







Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact      Sell   Watchlist ⌄   My eBay ⌄

Shop by category

Search for anything    All Categories   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Accessories › Luggage › Other Luggage

| Add to Watchlist

## People who viewed this item also viewed

Motorcycle Side Saddle Bags PU...
$49.99
+ shipping

2pcs Left+Right Side Motorcycle...
$45.98
+ $3.99 shipping

2pcs Motorcycle Leather Side...
$45.99
+ $6.99 shipping

2 Motorcycle Saddlebags 2 Sid...
$46.61
~~$49.99~~
Free shipping

2pcs L+R Brown Side Motorcycle...
$40.48
Free shipping

ⓘ Check if this part fits your vehicle    Select Vehicle

🔖 SAVE UP TO **5%** WHEN YOU BUY MORE

### 2pcs Motorcycle PU Side Saddle Bags for Harley Honda Suzuki Kawasaki Yamaha KTM

Condition: New

Bulk savings:
Buy 1 $54.66/ea   Buy 2 $53.02/ea
Buy 3 $52.47/ea

Compatibility: See compatible vehicles

Quantity: 1   4 or more for $51.93/ea

5 available / **1 sold**

Price: **US $54.66/ea**

**Buy It Now**

**Add to cart**

Best Offer:
**Make Offer**

♡ Add to Watchlist

**Free shipping**    Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide   See exclusions

Delivery: Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ
Please note the delivery estimate is **greater than 19 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: Seller does not accept returns | See details

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

**morriscarcam** (9182 ⭐)
96.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?   Sell now

## Sponsored items from this seller   1/2

Feedback on our suggestions

Feedback











| | | | | | |
|---|---|---|---|---|---|
| 2pcs Custom Motorcycle LED Turn Signal For Harley... | LED Light Dual Odometer Speedometer Gauge For... | For 7/8" Yamaha Honda Motorcycle Aluminum... | Black Motorcycle Cushion Pillion Passenger Seat Pad... | LED Motorcycle Tachometer Gauge For Harley Davidso... | Chrome Motorcycle Driving Passing Turn Signal Spot... |
| $11.31 | $17.37 | $12.49 | $14.83 | $17.18 | $56.06 |
| + $1.59 shipping | + $1.59 shipping | + $1.59 shipping | + $1.59 shipping | + $1.59 shipping | + $1.59 shipping |

**Description**  **Shipping and payments**

Report item

eBay item number:  193293948271

Seller assumes all responsibility for this listing.

Last updated on  Sep 30, 2020 20:18:54 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

Year [-Select-▾]  Make [-Select-▾]  Model [-Select-▾]  Submodel [-Select-▾]  [Go]

[show all compatible vehicles]

✓ This part is compatible with 638 vehicle(s).



| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2014 | Honda | Fury | VT1300CX |
| | 2012 | Honda | Fury | VT1300CXA ABS |
| | 2011 | Honda | Fury | VT1300CX |
| | 2011 | Honda | Fury | VT1300CXA ABS |
| | 2010 | Honda | Fury | VT1300CX |
| | 2014 | Honda | Interstate 1300 | VT1300CT |
| | 2013 | Honda | Interstate 1300 | VT1300CT |
| | 2012 | Honda | Interstate 1300 | VT1300CT |
| | 2012 | Honda | Interstate 1300 | VT1300CTA ABS |
| | 2011 | Honda | Interstate 1300 | VT1300CT |
| | 2011 | Honda | Interstate 1300 | VT1300CTA ABS |
| | 2004 | Honda | Magna 750 | VF750C |
| | 2002 | Honda | Magna 750 | VF750C |
| | 2001 | Honda | Magna 750 | VF750C |
| | 2000 | Honda | Magna 750 | VF750C |
| | 2000 | Honda | Magna 750 | VF750CD Deluxe |
| | 1999 | Honda | Magna 750 | VF750C |
| | 1999 | Honda | Magna 750 | VF750CX Black |
| | 1997 | Honda | Magna 750 | VF750C |
| | 1995 | Honda | Magna 750 | VF750C |

Page 1 of 32                    ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by morriscarcam

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | CARM |
| Material: | durable PU leather,metal buckle,woven strap | Manufacturer Part Number: | MRC002112 |
| Dimension: | approx 280mm(11")*215mm(8.5")*115mm(4.5") | Fitment: | Universal |
| Placement on Vehicle: | both rear sides(left and right) | Color: | Black |
| UPC: | Does not apply | | |

### morriscarcam

morriscarcam (9182 ★)  96.9%

Visit Store:  morriscarcam

📧 Sign up for newsletter

Other

Feedback

Welcome



00582

---

**Sponsored items based on your recent views** 1/2

Feedback on our suggestions

      

| 1PC Black Fuel Tank Bag Bike Motorcycle Outdoor... | Cylinder 39.5mm Air Cooled Cylinder Kit 49cc For Ktm... | Motorcycle PU Side Saddle Bags For Honda Suzuki... | Fork Roll Barrel Tool Bag Motorcycle Sissy Bar PU... | 2PCS Left+Right Side Motorcycle PU Leather... | SSPEC Black Motorcycle Bike Fuel Tank Bag Magnet... |
|---|---|---|---|---|---|
| $29.96 | $126.00 | $69.66 | $14.24 | $39.44 | $23.71 |
| $33.29 | | $74.90 | $14.99 | $41.52 | $24.96 |
| + $18.00 shipping | + $10.00 shipping | + $4.00 shipping | + $1.50 shipping | Free shipping | Free shipping |
| Last one | Seller 100% positive | New | New | New | New |
| | New | | | | |

---

**Explore more sponsored options: Color**

**Brown**

    

| 2 Side All Motorcycle Pouch Brown Leather Bags Pouch... | Left & Right Motorcycle Motorbike Saddle Bags... | Goat Leather Motorcycle Saddle Bags Saddlebag... | Motorcycle Side Pouch Brown Leather Side Pouch... | Rear Left Motorcycle Saddlebag Saddle Bag Sid... |
|---|---|---|---|---|
| $52.25 | $48.87 | $51.69 | $76.00 | $36.65 |
| $55.00 | $51.99 | $54.99 | $80.00 | $38.99 |
| Free shipping | + $20.00 shipping | + $20.00 shipping | + $5.00 shipping | + $20.00 shipping |
| Almost gone | Last one | Popular | Last one | |

---

**More from this seller** 1/2

Feedback on our suggestions



Feedback<br />



Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact                                    Sell   Watchlist ⌄   My eBay ⌄



ebay      Shop by category ⌄    | Search for anything                          | All Categories ⌄ |   **Search**    Advanced

⟨ Back to search results | Listed in category:   eBay Motors  ›  Parts & Accessories  ›  Motorcycle Accessories  ›  Luggage  ›  Other Luggage          ✉ f 🐦 📌  | Add to Watchlist

### People who viewed this item also viewed

 Motorcycle Side Saddle Bags PU... $49.99 + shipping

 2pcs Left+Right Side Motorcycle... $45.98 + $3.99 shipping

 2pcs Motorcycle Leather Side... $45.99 + $6.99 shipping

 2 Motorcycle Saddlebags 2 Sid... $46.49 ~~$49.99~~ Free shipping

 2pcs L+R Brown Side Motorcycle... $40.48 Free shipping

ⓘ  Check if this part fits your vehicle          **Select Vehicle**

🔻 **SAVE UP TO 5% WHEN YOU BUY MORE**





$ Have one to sell?  | **Sell now**

### 2pcs Motorcycle PU Side Saddle Bags for Harley Honda Suzuki Kawasaki Yamaha KTM

Condition:  New

Bulk savings: | **Buy 1** $54.66/ea | **Buy 2** $53.02/ea

| **Buy 3** $52.47/ea |



Compatibility:   See compatible vehicles

Quantity: | 1 |  4 or more for $51.93/ea

5 available / **1 sold**

Price:  **US $54.66/ea**     **Buy It Now**

**Add to cart**

Best Offer:    **Make Offer**

♡ Add to Watchlist



**Free shipping**         Longtime member

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide  See exclusions

Delivery: 📦 Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ
Please note the delivery estimate is **greater than 19 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿 VISA 💳 💳 💳

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  Seller does not accept returns | See details

#### Shop with confidence

$  eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
morrisscarcam (9182 🌟)
96.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

### Sponsored items from this seller  1/2            Feedback on our suggestions

⟨                                                                      ⟩

Feedback 










| | | | | | |
|---|---|---|---|---|---|
| 2pcs Custom Motorcycle LED Turn Signal For Harley... | LED Light Dual Odometer Speedometer Gauge For... | For 7/8" Yamaha Honda Motorcycle Aluminum... | Black Motorcycle Cushion Pillion Passenger Seat Pad... | LED Motorcycle Tachometer Gauge For Harley Davidso... | Chrome Motorcycle Driving Passing Turn Signal Spot... |
| $11.31 | $17.37 | $12.49 | $14.83 | $17.18 | $56.06 |
| + $1.59 shipping | + $1.59 shipping | + $1.59 shipping | + $1.59 shipping | + $1.59 shipping | + $1.59 shipping |

Description | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Guangzhou, China**

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Turkey, United Arab Emirates, Yemen, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Taiwan, Vietnam, Bermuda, Canada, Greenland, Saint Pierre and Miquelon, Bolivia, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Albania, Andorra, Austria, Belarus, Belgium, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Czech Republic, Estonia, Gibraltar, Greece, Guernsey, Hungary, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Netherlands, Romania, San Marino, Serbia, Slovenia, Svalbard and Jan Mayen, Switzerland, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, PO Box

| Quantity: | 1 | Change country: | United States ▾ | | ZIP Code: | 60440 | Get Rates |

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Oct. 29 and Wed. Nov. 18** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| Return policy details |
|---|
| Seller does not offer returns. |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|

**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

Sponsored items based on your recent views 1/2                    Feedback on our suggestions

Feedback





eBay   Shop by category ⌄   | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

Home > Community > Feedback forum > Feedback profile

## Feedback profile



eBay MONEY BACK GUARANTEE



**morriscarcam** (9182 ★ ) 📋 ⓘ

**Positive Feedback (last 12 months): 96.9%** ⓘ
**Member since:** Jun-25-12 in China
**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.
Learn more

### Member Quick Links
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|  | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 30 | 214 | 472 |
| ⊙ | Neutral | 0 | 4 | 7 |
| ➖ | Negative | 0 | 9 | 16 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (428) | ★★★★★ (452) |
| **Shipping speed** | **Communication** |
| ★★★★★ (444) | ★★★★★ (444) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

16 Feedback received (viewing 1-16)      Revised Feedback: 44 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

| e.g. Vintage 1970's Gibson Guitars | 🔍 |

Rating type: Negative (16) ⌄    Period: 12 Months ⌄



| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **holes did not line up for allen set screw would no tighten** <br> 7/8" Handlebar Clock For Honda VTX 1300 C R RETRO VTX 1800 TYPE C R S N RETRO (#193240360199) | Buyer: o***n (448★) <br> US $12.99 | Past 6 months <br> Reciprocal feedback |
| Reply by morriscarcam. Left within past 6 months. <br> Sorry, we will contact you to solve soon. | | |
| ➖ **Clamp bolts were stripped out couldn't even tighten when I received them** <br> Motorcycle 1" Chrome Handle Bar Risers Mount Clamp For Harley Suzuki Honda KTM (#203040765515) | Buyer: h***s (122★) <br> US $30.99 | Past 6 months <br> Reciprocal feedback |
| Reply by morriscarcam. Left within past 6 months. <br> Sorry, we will contact you to solve soon. | | |
| ➖ **seller does not have the product to ship.** <br> Motorcycle 5.75" 5 3/4 LED Headlight Projector For Dyna Sportster XL1200 XL883 (#203009921048) | Buyer: z***z (1465★) <br> US $62.92 | Past 6 months <br> Reciprocal feedback |
| Reply by morriscarcam. Left within past 6 months. <br> Sorry for all the inconvenience caused,we will do the best in furture. | | |
| ➖ **Absolutely horrible seller, bars are dented and threads no good!** <br> US 1" Chrome Drag T-Bar Riser Handlebar For Yamaha Honda Suzuki Kawasaki Triumph (#193497717874) | Buyer: 3***e (423★) <br> US $51.99 | Past 6 months <br> Reciprocal feedback |
| Reply by morriscarcam.Left within past 6 months. <br> Sorry,we accept to return for full refund. | | |

ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old.

| | | |
|---|---|---|
| ➖ **Turn signals are not bright at all. One of the fog lights did not work** <br> Motorcycle LED Driving Passing Spot Turn Signal Light Fog Light Amber Universal (#193258934030) | Buyer: s***r (19★) <br> US $56.99 | Past 6 months <br> Reciprocal feedback |
| Reply by morriscarcam. Left within past 6 months. <br> Sorry,we have offered the solution,pls reply | | |
| ➖ **Wrong item received - only 25% refund given** <br> Black ABS Fork Oil Seal&Dust Seals Kit For Honda CR125R Motorcycle (#193193294978) | Buyer: i***j (1585★) <br> US $11.99 | Past 6 months <br> Reciprocal feedback |
| Reply by morriscarcam. Left within past 6 months. <br> We have solved the problem for u before your feedback. | | |



## Items for sale(371)

See all items



DOT 7" Inch 60W...
US $80.48          4m left



7" LED projector headlights
2x 7" 60W LED S...
US $109.99         1h left



2pcs DOT 7" Inc...
US $76.85          2h left



DOT 7" Motorcyc...
US $67.99          2h left



Chrome 7" Round...
US $39.86          2h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

10/1/2020

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                          Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    | Search this Store | This Store ⌄ | **Search** |    Advanced

eBay › eBay Stores › morriscarcam



# morriscarcam

182 followers | morriscarcam (9182 ★) 96.9%

Welcome to our ebay store.we are Professional LED & Motorcycle Accessories company,Please add me to your list of favourite sellers and come again. welcome to do busin

✓ Save this seller

| Category | | |
|---|---|---|
| **All** | | |

Motorcycle Other Parts
Headlight Passing Light Set
Motorcycle Turn Signal
Motorcycle Rear View Mirror
Motorcycle Cover
Motorcycle Hand Grips
Motorcycle Foot Peg & Mount
Motorcycle Handlebar Risers
Motorcycle Tail Light
Motorcycle Fuel Gas Cap
Motorcycle Handguards
Motorcycle Air Filter
Motorcycle Rectifier
Motorcycle Round Headlight
Motorcycle Luggage & Saddlebag
Motorcycle Speakers
Motorcycle Mount Clock
Motorcycle Carburetor
Motorcycle Seat
Motorcycle Parts US Stock
Motorcycle Fork&Dust Seal Kit
Motorcycle Switch
5%
8%
10%
15%
20%
US STOCK
CN STOCK
Other



All Listings | Auction | Buy It Now                          Best Match ⌄

1-48 of 375 Results

2pcs Motorcycle PU Side Saddle Bags for Harley Honda Suzuki Kawasaki Yamaha KTM
$54.66
$1.59 shipping
or Best Offer
                                                                From China

2pcs Motorcycle Passing Fog Light For Harley Honda Yamaha Suzuki Kawasaki KTM
$28.79
$1.59 shipping
or Best Offer
                                                                From China

7" Inch LED Headlight DRL Angel Eyes For Harley Davidson Honda Yamaha Motorcycle
$39.86
$1.59 shipping
or Best Offer
                                                                From China

Motorcycle Turn Signal Lights For Yamaha VStar XVS1100 Custom Classic Silverado
$24.30
$1.59 shipping
or Best Offer
                                                                From China

Motorcycle Spot Fog Light Bar Clamp Mount Bracket For Harley Honda Suzuki Yamaha
$31.09
$1.59 shipping
or Best Offer
                                                                From China

CHROME BRAKE FOOT PEG PEDAL PADS FOR 2005-UP SUZUKI BOULEVARD C50
$20.79
$1.59 shipping
or Best Offer
11 watching
                                                                From China

4.5" LED Auxiliary Passing Lights Lamps for Harley Street Glide CVO FLHXSE FLHX
$46.47
$1.59 shipping
or Best Offer
7 watching
                                                                From China

Chrome Motorcycle Driving Passing Turn Signal Spot Light Bracket Bar for Harley
$56.06
$1.59 shipping
or Best Offer
5 watching
                                                                From China

Universal 22mm 7/8" Spike Motorcycle Hand Grips For Suzuki Honda Cafe Racer KTM
$24.93
$1.59 shipping
or Best Offer
                                                                From China

Ignitor CDI Box For Yamaha Gas Golf Cart G9 1990 1991 1992 1993 1994 99999-02368
$38.99
$1.59 shipping
or Best Offer
                                                                From China

4pcs Motorcycle Turn Signal Blinker Indicator Lights For Honda Suzuki Yamaha KTM
$17.50
$1.59 shipping
or Best Offer
                                                                From China

LED Side Saddlebag Box Run Brake Tail Lights For Harley Davidson Touring 2014-19
$73.59
$1.59 shipping
                                                                From China

10/1/2020





7/8" Chrome Handlebar Hand Grips Universal For Honda Suzuki Yamaha Kawasaki KTM
$29.31
$1.59 shipping
or Best Offer

From China



2x 4.5" Motorcycle Passing Fog Auxiliary Light Chrome Housing Bucket For Harley
$38.56
$1.59 shipping
or Best Offer

From China



5.75" Motorcycle Headlight Bezel Trim Ring For Harley Sportster XL 883 1200 Dyna
$25.33
$1.59 shipping
or Best Offer

From China



DOT 7" Motorcycle LED Headlight DRL Sealed Beam For Harley Touring Electra Glide
$67.99
$1.59 shipping
or Best Offer

From China



Motorcycle Handlebar Speakers FM Radio Audio For Harley Honda Kawasaki KTM ATV
$59.46
$1.59 shipping
or Best Offer

From China



Black Motorcycle Cushion Pillion Passenger Seat Pad For Universal Harley Chopper
$14.83
$1.59 shipping
or Best Offer

From China
Brand: Harley-Davidson



Motorcycle Headlight Fairing Kit For Honda Halery Kawasaki KTM Ducati Suzuki BMW
$46.38
$1.59 shipping
or Best Offer

From China



7" Headlight Decorate Trim Ring Visor For Harley Heritage Softail Classic FLSTC
$36.06
$1.59 shipping
or Best Offer

From China



7" Inch 60W Round LED Headlight DRL Universal For Harley Yamaha Honda Motorcycle
$42.28
$1.59 shipping
or Best Offer

From China



Black Carburetor Intake Manifold Boots Fit For Yamaha XJ650 XJ750 Maxim Seca
$30.23
$1.59 shipping
or Best Offer

From China



2x Ignition Coils For Kawasaki KZ1000 KZ1100 KZ1300 KZ500 KZ550 KZ650 KZ750 Z400
$48.34
$1.59 shipping
or Best Offer

From China



5-3/4" 5.75" Round Black LED Projector Headlight DRL For Harley Dyna Sportster
$32.40
$1.59 shipping
or Best Offer

From China



12V LED Speedometer Odometer Tachometer For Suzuki Boulevard C50 C90 C109R M109R
$30.76
$1.59 shipping
or Best Offer

From China



Chrome Headlight Spot Light for Yamaha Road Star Silverado Midnight Warrior
$24.10
$1.59 shipping
or Best Offer

From China
Brand: Yamaha

2pcs Motorcycle Turn Signal Lights For Harley Davidson Tour Glide Ultra Classic
$14.28
$1.59 shipping
or Best Offer

From China

10/1/2020



Motorcycle Red Tail Turn Signals Lights Fit For Harley Cafe Racer Cruiser Custom

$16.14
$1.59 shipping
or Best Offer

From China
Brand: Harley-Davidson



4.5" LED Passing Spot Fog Lights For Harley Touring Electra Glide Ultra Limited

$50.32
$1.59 shipping
or Best Offer

From China



Motorcycle 7/8" Handle Bar End Side Rearview Mirrors For Street Bike Sport Bike

$57.99
$1.59 shipping
or Best Offer

From China



Black CNC 7/8" Handle Bar End Side Mirror For Kawasaki Z1000 Z900 Z800 Z750 Z650

$32.30
$1.59 shipping
or Best Offer

From China

Passing Turn Signals Light Bar for Suzuki Boulevard C50 C90 M50 Intruder VL1500

$108.56
$1.59 shipping
or Best Offer
8 watching

From China
Brand: Suzuki

Black Motorcycle Oval Rearview Mirrors For Suzuki Intruder Volusia 750 800 1400

$37.99
$1.59 shipping
or Best Offer

From China

1x Chrome Motorcycle Passing Fog Light For Kawasaki Vulcan VN 900 1500 1600 2000

$16.51
$1.59 shipping
or Best Offer

From China

Motorcycle Rear View Blind Spot Mirror For Suzuki Aprilia Triumph Ducati 8/10mm

$55.40
$1.59 shipping
or Best Offer

From China

Chrome Air Cleaner Filter Cover For Honda Magna VF750 VF750C 1994-2004 95 96 97

$39.94
$1.59 shipping
or Best Offer

From China



Motorcycle Odometer Speedometer For Honda VTX 1300 C R S RETRO VTX1800 Cruiser

$18.63
$1.59 shipping
or Best Offer

From China



2.75" Universal Motorcycle CCFL LED Headlight Lamp Projector W/Angel&Devil Eyes

$40.07
$1.59 shipping
or Best Offer

From China



Motorcycle Turn Signal Lights Amber For Suzuki Boulevard C50 C90 C109R M109R M50

$10.81
$1.59 shipping
or Best Offer

From China



For 7/8" Yamaha Honda Motorcycle Aluminum Handle Bar Ends Rubber Gel Hand Grips

$12.49
$1.59 shipping
or Best Offer

From China



4pcs 39MM Clamp-On Motorcycle Air Filters Pod For Honda Kawasaki Suzuki

$28.71
$1.59 shipping
or Best Offer

From China



7" Round Motorcycle LED Headlight Projector For Harley Davidson FLD 2012 Later

$106.05
$1.59 shipping
or Best Offer

From China



Motorcycle Handlebar Clock For Yamaha V-Star Vstar 1100 1300 Classic Stryker

$14.16
$1.59 shipping

From China

Hi! **Sign in** or **register**     Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ∨    My eBay ∨    🔔    🛒

**ebay**    Shop by category ∨    | Yamaha KTM | All Categories ∨ |    **Search**    Advanced

Items for sale from **morriscarcam** (9182 ⭐)    📋    | ♡ Save this seller | Show results from all sellers

☐ Include description

| All Listings | Auction | Buy It Now |    Sort: Best Match ∨    View: ☰ ∨

75 results for Yamaha KTM    🔍 Save this search

### Categories

**eBay Motors**

Other Motorcycle Handlebars, Grips & Levers

Other Motorcycle Lighting & Indicators

Motorcycle Windshield Connectors & Trim

Other Motorcycle Accessories

Other ATV, Side-by-Side & UTV Parts & Accessories

More ▾

### Format    *see all*
- ● All Listings
- ○ Auction
- ○ Buy It Now

### Brand    *see all*
- ☐ BMW (1)
- ☐ Harley-Davidson (7)
- ☐ Honda (2)
- ☐ Kawasaki (4)
- ☐ KTM (3)
- ☐ Suzuki (3)
- ☐ Unbranded (53)
- ☐ Yamaha (3)

### Machine Type    *see all*
- ☐ Street Motorcycle (28)
- ☐ Off-road Motorcycle (22)
- ☐ Dual Sport Motorcycle (25)
- ☐ Not Specified (21)

### Warranty    *see all*

### Guaranteed Delivery    *see all*
- ● No Preference
- ○ 1 Day Shipping
- ○ 2 Day Shipping
- ○ 3 Day Shipping
- ○ 4 Day Shipping

### Condition    *see all*
- ☐ New (75)

### Price    *see all*
- ☐ Under $35.00
- ☐ Over $35.00

$ [    ] to $ [    ] »

### Item Location    *see all*
- ● Default
- ○ Within
  100 miles ∨ of 60440 [→]
- ○ US Only
- ○ North America
- ○ Worldwide

### Delivery Options    *see all*
- ☐ Free shipping

### Show only    *see all*
- ☐ Free Returns
- ☐ Returns accepted
- ☐ Completed listings
- ☐ Sold listings
- ☐ Deals & Savings

More refinements...

---

**Seller Information**

morriscarcam (9182 ⭐) 📋

Feedback rating: 9,182
Positive Feedback: 96.9%
Member since Jun-25-12 in
Hong Kong

Read feedback profile

Add to my favorite sellers

Visit seller's eBay Store!

▸ morriscarcam

---

**2pcs Motorcycle PU Side Saddle Bags for Harley Honda Suzuki Kawasaki Yamaha KTM (Fits: Yamaha)**

Brand New

**$54.66**
or Best Offer
Free Shipping
◉ Watch

From China

---

**7/8" Hand Guards Brush Bar For Honda Yamaha Suzuki KTM ATV Motocross Dirt Bike (Fits: Yamaha)**

Brand New

**$31.99**
or Best Offer
Free Shipping
Free Returns
◉ Watch

Save up to 5% when you buy more
🔵 Top Rated Plus

---

**2pcs Motorcycle Passing Fog Light For Harley Honda Yamaha Suzuki Kawasaki KTM**

Brand New

**$28.79**
or Best Offer
Free Shipping
Free Returns
◉ Watch

From China

---

**Chrome 1" Z Bar Drag Bar Handlebar For Yamaha Suzuki Honda Harley Kawasaki KTM (Fits: Yamaha)**

Brand New

**$51.99**
or Best Offer
Free Shipping
Free Returns
◉ Watch

Save up to 5% when you buy more
🔵 Top Rated Plus

---

**7/8" Handlebar Hand Guards Protector For Yamaha Suzuki KTM BMW Honda Ducati KTM**

Brand New

**$32.99**
or Best Offer
Free Shipping
Free Returns
◉ Watch

Save up to 5% when you buy more
🔵 Top Rated Plus

---

**7/8" Handlebar Hand Guards Handguard For KTM Honda Yamaha Off road Dirt Bike ATV (Fits: Yamaha)**

Brand New

**$33.99**
or Best Offer
Free Shipping
Free Returns
◉ Watch

Save up to 5% when you buy more
🔵 Top Rated Plus

---

**2pcs 125W Cree U5 LED Motorcycle Driving Spot Lights Headlights For KTM Yamaha (Fits: Yamaha)**

Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ 🏦 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

███████
375 W Briarcliff Rd Bolingbrook
Bolingbrook, IL 60440-3825
United States
███████

Change

---

**Review item and shipping**

Seller: morriscarcam    |    Message to seller

 2pcs Motorcycle PU Side Saddle Bags for Harley Honda Suzuki Kawasaki Yamaha KTM
**$54.66**

Quantity    [ 1 ▾ ]

**Delivery**
Est. delivery: Oct 29 – Nov 18
Standard SpeedPAK from China/Hong Kong/Taiwan
Free

---

### Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

---

### Donate to charity (optional) ⓘ
MUSICARES FOUNDATION, INC.
Donate today and help MusiCares provide essential financial, health and emergency support to the music community in times of crisis.

Select amount    [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $54.66 |
| Shipping | Free |
| Tax* | $3.42 |

**Order total**    **$58.08**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Hi ████! ▾ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ▾ | My eBay ▾ | 🔔 2 | 🛒

ebay | Shop by category ▾ | 🔍 Search for anything | All Categories ▾ | Search | Advanced

◀ Back to home page | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies >
See more Orange Motorcycle LED Headlight Motocross for ...

✉ f 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle    **Contact the seller**

🔺 **SAVE UP TO 6%**   See all eligible items ▶




$ Have one to sell?   **Sell now**

### Orange Motorcycle Led Headlight MOTOCROSS FOR KTM ADVENTURE 990 690 SUPERMOTO XC

☆☆☆☆☆ Be the first to write a review

**Condition:** New

**Quantity:** 1    More than 10 available / 6 sold

**Price:** US $30.07
US $31.99 (6% off) ⓘ

[ Buy It Now ]
[ Add to cart ]

**Best Offer:** [ Make Offer ]

[ ♡ Add to Watchlist ]

☐ 1-year accident protection plan from SquareTrade - $5.99

**30-day returns** | 11 watchers | Longtime member

**Shipping:** $3.50 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: guangzhou, China
Ships to: Worldwide See exclusions

**Delivery:** ⭐ Estimated between **Tue. Nov. 10 and Tue. Dec. 1** ⓘ
This item has an extended handling time and a delivery estimate greater than 17 business days. Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal VISA ⬤ MasterCard DISCOVER

*PayPal* CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** 30 day Buyer pays for return shipping | See details





**Shop with confidence**

ⓢ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
mosokoyoparts (6168 ⭐)
98.8% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

**Similar sponsored items** 1/2    Feedback on our suggestions








Orange For Ktm Enduro Dirt Bike Streetfighter Headlig...
$17.69
+ $4.30 shipping
New

Birt Bike Supermoto 12V LED Vision Headlight For KTM...
$28.20
$30.00
+ $6.99 shipping
New

Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
$229.10
Free shipping
New

White Supermoto Motorcycle Headlight For...
$28.89
$30.73
+ $3.50 shipping
New

Enduro Supermoto LED Headlight Front Lamp For...
$60.45
$65.00
Free shipping
New

Motorcycle Front Light Headlight LED For KTM KT...
$74.86
$80.50
Free shipping
New

**Sponsored items from this seller** 1/2    Feedback on our suggestions








| Motorcycle Led Headlight Headlamp 6500K for KTM... | White Motorbike Led Headlight MOTOCROSS... | Led Headlight Motorcycle Running Light DRL IP67 for... | Motocross Headlight Led Lamp LM1500 For KTM EX... | Waterproof Supermoto Led Headlight Head Lamp For... | StreetFighter Motorcycle Headlight Headlamps... |
| --- | --- | --- | --- | --- | --- |
| $230.23 | $30.07 | $465.15 | $75.90 | $175.73 | $25.76 |
| | ~~$31.99~~ | | ~~$86.74~~ | ~~$183.73~~ | ~~$27.40~~ |
| Free shipping | + $3.50 shipping | Free shipping | Free shipping | Free shipping | + $13.00 shipping |

---

**Description**    Shipping and payments                                Report item

Seller assumes all responsibility for this listing.           eBay item number:   **231639113722**

Last updated on   Sep 30, 2020 22:55:34 PDT   View all revisions

### Item specifics

| | | | |
| --- | --- | --- | --- |
| Condition: | New | Brand: | MOSOKOYO |
| Dimensions: | 33cm L x 32cm W x 9cm | Manufacturer Part Number: | YM-028-OG |
| Item Weight: | 0.770 kg | Placement on Vehicle: | Front |
| Color: | ORANGE | Surface Finish: | Pressure injection molding |
| Quantity: | 1PC | Country/Region of Manufacture: | China |
| Fit: | Universal motorcycle headlight | Bulb Type: | H3 12V 55W |
| UPC: | Does not apply | Material Type: | PP |
| EAN: | 699939875423 | | |



**mosokoyo-USA Store**
mosokoyoparts (6168 ⭐) 98.8%

🔒 Sign up for newsletter

Hi ███████, If you like what you see, browse my Store to find more items you may love.

Items On Sale

Search within store

Visit Store:   mosokoyo-USA Store

## Categories

Orange Motorcycle Led Headlight MOTOCROSS FOR KTM ADVENTURE 990 690 SUPERMOTO XC

# MOSOKOYO










Feedback

Taillights     &rsaquo;       **Product Description**

Features:
The LED Vision headlight features an innovative and compact design that makes it particularly attractive

The LED Vision headlight features an innovative and compact design that makes it particularly attractive.
Material: Polypropylene
Style: Halogen + LED Off-Road Headlight
Transparent glass lens cover and back cover to protect parts .
The position of the mounting points allow ample room for the brake cable .
Universal fitting with anti-vibration rubber strips, Will mount on your motorcycle's forks with 4 rubber straps .
Not DOT approved

**Specifications:**
The light bulb type:
Halogen spec: 4", H3 12V 55W large lamp
LED spec: 2", 20 PCS Wite LED small lamp
9 White LED each side for exceptional visibility (can be used as turn signals, just for show or however you want to wire them)
Dimensions: 33cm L x 32cm W x 9cmH(Approx)
Dual reflector design allows for optimum illumination of both near and distant terrain
Compact design fits tighter to forks than other headlights
Casing color:ORANGE as shown in pictures
(we have 5 colour ,if you have requirements can tell us in advance)

**Condition:**
100% Brand New

**Package Includes:**
1 headlight and 4 rubber straps
Instructions not included

**Fitment:**
Aftermarket headlight kit fits all Dual sport motorcycles, dirt bikes; Street fighter, naked motorcycles.

**PLEASE NOTE:**
This is an aftermarket custom item, not an OEM part. It will fit the models listed above but modification may or may not be required. This item is intended for professional install
instruction manual is not included. Make sure it will fit before you buy.
Image shown is for reference only. Actual parts may vary in appearance based on your model.

Payment

1.We ONLY accept PayPal and ship item(s) to PayPal's verified address ONLY.
2.Our prices do NOT include any customs duty or tax.
3.Payment must be made within 7 days after you win the auction. Non-Paying bidders will be reported
4.Non-Paying bidders will be reported.
5.No other payment method will be acceptable.
6.Payment must be made within 7 days.

Delivery details

**Shipping Time:**
Sometimes shipping time may has a little delay, such as Customs check packages strictly ,Bad weather,Holidays.
NOTE:Working day *Excluding weekend any Holidays If your don't accept the shipping time ,Please don't bidding .
PS :If the project has not reached more than 35 days may be subject to a number of natural factors and the impact of international holidays. (Example: Christmas, volcanic eru
flooding, fires and other factors)

**International Taxes & duty fees:**
We will mark "Gifts" on custom form. The buyers are fully responsible for any international taxes & duty fees, which may be charged upon delivery.

Feedback

1. We hope to give you a positive eBay experience by working hard, and we expect to receive a positive feedback and Detailed Selling Rating (DSR) of 5 Rating in ALL of the f
categories (Item as described, Communication, Shipping Time and Shipping and handling charges) from the buyer upon receiving the item .
2. If you are not satisfied with our items or service, please don't hesitate to contact us before you leave any Neutral/Negative feedbacks, we will always try our best for 100% cu
satisfaction.



About us

Contact us

**How to return?**
1. Please contact us for Return Merchant Authorization Number (RMA) and return address .
2. Shipping back the package . The RMA# must be clearly written on the return package ,Otherwise the package will be refused.
3. Mail us the return tracking number.
4. All returns will be inspected prior to a credit being issued.

# China Work Hours: Monday To Friday 9:00am-6:00pm

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

00000065

Motorcycle meter
Turn singal
Motorcycle Light
Handlebars & Accessories
Motorcycle Fairing
Bracket
Mirrors
Brake Clutch lever
Foot Peg Parts
Luggage & Saddlebags
Radiator Parts & Oil cooler
Gas Tanks , Protector & Cover
Motorcycle Accessories
Engine Parts
Exhaust Muffler
Sissy Bar Passenger & Cushion
Ajustable Lwering Link
Kickstand & Parts
Recommend Motorcycle Model
other
Auto Accessories
Other







## SAVE UP TO 6%  **See all eligible items** ▸

**Take 6% off**
Marked down item price reflects all savings. Items provided by mosokoyoparts

**All promotional offers from mosokoyoparts**

    

| Motorcycle Headlight Fairing Kit For Honda CB CRF XL XR NX 125 250 350 400 650 | White Motorbike Led Headlight MOTOCROSS FOR KTM BMW KAWASAKI HONDA Dirt bike | Motorcycle Dirt Bike White Headlight Lamp For Husqvarna FE TE TX 701 Supermoto | Black Motorbike Led Headlight MOTOCROSS FOR KAWASAKI KLR650 KSR110 KX450 250 125 | Motocross Green Headlight Fit Dirtbike KLX250 KLX250R KLX450R KL KLR 250 New Hot |
|---|---|---|---|---|
| Was: US $30.99 | Was: US $31.99 | Was: US $31.99 | Was: US $31.99 | Was: US $33.99 |
| Now: US $29.13 | Now: US $30.07 | Now: US $30.07 | Now: US $30.07 | Now: US $31.95 |

See all +

*Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions|Learn about pricing

You can change quantities in your cart.

---

### Sponsored items based on your recent views 1/4

Feedback on your suggestions

‹  ›

| Orange Motorcycle Dirt Bike Pair Plastic Unisex Helmet... | Motorcycle LED Headlight Head Lamp for KTM SX XC... | Racing Dirt Bike 1 Pair Unisex Mohawk Helmet Horns... | E8 Emark LED Headlight For KTM Husqvarna EXC XCF... | Headlight Head Lamp Light Streetfighter For KTM EXC... | Dirt Bike Motocross Supermoto Universal Blue... |
|---|---|---|---|---|---|
| $11.97 | $62.25 | $11.97 | $60.15 | $22.99 | $25.37 |
| $12.60 | $66.22 | $12.60 | $63.99 | Free shipping | $26.99 |
| + $3.50 shipping | Free shipping | + $3.50 shipping | Free shipping | Almost gone | + $3.50 shipping |
| New | New | New | New | | Seller 99.8% positive |

---

☆☆☆☆☆ No ratings or reviews yet

Be the first to **write a review**.

---

### Explore more sponsored options: Brand

**Pazoma**

 

| Motocross 12V LED Headlight Head Light For... | Enduro Supermoto LED Headlight Front Lamp For... |
|---|---|
| $85.00 | $60.45 |
| $91.40 | $65.00 |
| Free shipping | Free shipping |

**Yamaha**



Dirt Bike Motocross Supermoto Universal Blu...
$25.37
$26.99
+ $3.50 shipping

---

### More from this seller 1/2

Feedback on your sugg...

Feedback 



10/16/2020

Hi ▮▮▮▮ !    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

< Back to home page | Listed in category:    eBay Motors >  Parts & Accessories >  Motorcycle Parts >  Lighting & Indicators >  Headlight Assemblies >
                                        See more Orange Motorcycle LED Headlight Motocross for ...

Add to Watchlist

ⓘ Check if this part fits your vehicle    Contact the seller

🔖 SAVE UP TO 6%    See all eligible items ▶






### Orange Motorcycle Led Headlight MOTOCROSS FOR KTM ADVENTURE 990 690 SUPERMOTO XC

☆☆☆☆☆  Be the first to write a review

**Condition:** New

**Quantity:** 1    More than 10 available / 6 sold

**Price:** US $30.07    Buy It Now
US $31.99 (6% off) ⓘ    Add to cart

**Best Offer:**    Make Offer
                   ♡ Add to Watchlist

☐ 1-year accident protection plan from
  SquareTrade - $5.99

30-day returns | 11 watchers | Longtime member

**Shipping:** $3.50 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: guangzhou, China
Ships to: Worldwide  See exclusions

**Delivery:** ⭐ Estimated between Tue. Nov. 10 and Tue. Dec. 1 ⓘ
This item has an extended handling time and a delivery estimate greater than 17 business days. Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal  VISA  Mastercard  American Express  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** 30 day Buyer pays for return shipping | See details

#### Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

#### Seller information
mosokoyoparts (6168 ⭐)
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?  Sell now

---

### Similar sponsored items 1/2    Feedback on our suggestions



Orange For Ktm Enduro Dirt Bike Streetfighter Headlig...
$17.69
+ $4.30 shipping
New

Birt Bike Supermoto 12V LED Vision Headlight For KTM...
$28.20
$30.00
+ $6.99 shipping
New

Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
$229.10
Free shipping
New

White Supermoto Motorcycle Headlight For...
$28.89
$30.73
+ $3.50 shipping
New

Enduro Supermoto LED Headlight Front Lamp For...
$60.45
$65.00
Free shipping
New

Motorcycle Front Light Headlight LED For KTM KT...
$74.86
$80.50
Free shipping
New

---

### Sponsored items from this seller 1/2    Feedback on our suggestions



Feedback




**Motorcycle Led Headlight Headlamp 6500K for KTM...**
**$230.23**
Free shipping



**White Motorbike Led Headlight MOTOCROSS...**
**$30.07**
~~$31.99~~
+ $3.50 shipping



**Led Headlight Motorcycle Running Light DRL IP67 for...**
**$465.15**
Free shipping



**Motocross Headlight Led Lamp LM1500 For KTM EX...**
**$75.90**
~~$80.74~~
Free shipping



**Waterproof Supermoto Led Headlight Head Lamp For...**
**$175.73**
~~$183.73~~
Free shipping



**StreetFighter Motorcycle Headlight Headlamps...**
**$25.76**
~~$27.40~~
+ $13.00 shipping



| | Description | Shipping and payments | | | Report item |
|---|---|---|---|---|---|

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: guangzhou, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Middle East, South America, Russian Federation, Albania, Andorra, Austria, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of Cyprus, Czech Republic, Estonia, Gibraltar, Greece, Guernsey, Iceland, Ireland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Cambodia, Laos, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, PO Box

Quantity: 1    Change country: United States ▾    ZIP Code: 60106    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $3.50 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Tue. Nov. 10 and Tue. Dec. 1** |
| US $53.50 | United States | Economy Shipping (USPS Parcel Select Ground®) | Estimated between **Thu. Oct. 29 and Thu. Nov. 12** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods

PayPal VISA MasterCard American Express Discover

**PayPal CREDIT**

### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## 🏷️ SAVE UP TO 6% · See all eligible items ▸

Take 6% off
Marked down item price reflects all savings. Items provided by mosokoyoparts    **All promotional offers from mosokoyoparts**








Feedback



Hi ▮▮▮▮ !  ▾    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ▾    My eBay ▾    🔔² 🛒

**ebay**    Shop by category ▾    🔍 Search for anything    | All Categories ▾ |    **Search**    Advanced



Home  →  Community  →  Feedback forum  →  Feedback profile

## Feedback profile                                                                eb**ay** MONEY BACK GUARANTEE

  **mosokoyoparts** (6168 ★ )  🖼 ℹ                               **Member Quick Links**

**Positive Feedback (last 12 months): 98.8%** ℹ                  Contact member
Member since: Apr-03-15 in China                                 View items for sale
**Top-rated seller:** One of eBay's most reputable sellers.      View seller's Store
Consistently delivers outstanding customer service.
Learn more

### Feedback ratings ℹ                    ### Detailed seller ratings ℹ

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 58 | 330 | 711 |
| ⦿ Neutral | 1 | 5 | 10 |
| ➖ Negative | 1 | 6 | 9 |

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (618) | ★★★★★ (635) |
| Shipping speed | Communication |
| ★★★★★ (611) | ★★★★★ (600) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

9 Feedback received (viewing 1-9)                                                 Revised Feedback: 24 ℹ

Search Feedback received as seller with an item title or ID: ℹ        Rating type:        Period:

🔍 e.g. Vintage 1970's Gibson Guitars                              | Negative (9) ▾ |    | 12 Months ▾ |

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Cracked windscreen, won't let me return it.**<br>Front Headlight ABS Fairing Smoke Adjustable 15" Windshield Fit Harley Davidson (#233015903756) | Buyer: m***t (38 ★ )<br>AU $212.78 (Best offer was accepted) | Past month<br>Reciprocal feedback |
| ➖ **I never received the order**<br>Front Headlight Fairing Windshield For Harley Dyna Super Glide FXR FXDXT T-Sport (#233616900593) | Buyer: 5***1 (1)<br>US $274.99 | Past 6 months<br>Reciprocal feedback |
| | Reply by mosokoyoparts. Left within past 6 months.<br>Hi, any questions you have please let me know first ,thanks | |
| ➖ **Way smaller than pictured. Wires not long enough. Seller gave refund.**<br>Polish Motorcycle LED Tail Brake Light Lamp For Harley Bobber Chopper Cafe Racer (#232657877521) | Buyer: e***r (161 ★ )<br>US $18.04 | Past 6 months<br>Reciprocal feedback |
| ➖ **Was spsd to fit 7/8 bars smallest the mount goes is1 1/8 wayy to big useless**<br>Motorcycle 7/8" Handlebar Handguard White Hand Guards Dirt Bike ATV Universal (#233159878789) | Buyer: j***s (49 ★ )<br>US $46.99 | Past 6 months<br>Reciprocal feedback |
| | Reply by mosokoyoparts. Left within past 6 months.<br>Hi, any questions you have please let me know first ,thanks | |
| ℹ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Cheap**<br>Motorcycle Chrome Brake Tail Light Rear Stop Lamp For Cruiser Honda Shadow Sabre (#232856346170) | Buyer: 5***c (122 ★ )<br>US $15.92 | Past 6 months<br>Reciprocal feedback |
| | Reply by mosokoyoparts. Left within past 6 months.<br>Solving the problem ,thanks . | |
| ➖ **Does not fit seler does not reply**<br>Motorcycle 7 In Headlight Housing Shells Side Mount Chrome For Harley Care Racer (#233518373079) | Buyer: 7***l (122 ★ )<br>~~US $37.99~~ (Best offer was accepted) | Past 6 months<br>Reciprocal feedback |
| | Reply by mosokoyoparts. Left within past 6 months.<br>Hi, any questions you have please contact us first , thanks . | |
| ➖ **Item arrived way before estimated delivery. Very pleased.**<br>Complete Set Stainless Steel Fairing Bolt Kit For Suzuki GSX-R 600 750 2006-07 (#232486338961) | Buyer: n***a (65 ★ )<br>US $17.39 | Past year<br>Reciprocal feedback |
| ➖ **Very baaad ,**<br>Chrome Engine Guard Highway Crash Bar For Harley Davidson Touring FLHT FLHR FLHX (#232493448664) | Buyer: 9***s (58 ★ )<br>~~US $83.29~~ (Best offer was accepted) | Past year<br>Reciprocal feedback |

Comment?



Hi ████ ! ▾    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ▾    My eBay ▾    🔔 2    🛒

ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**    Advanced

✉ f t p

**mosokoyoparts** (6168★)
98.8% positive feedback

♡ Save

📄 Items for sale    🏬 Visit store    ✉ Contact

We are is a leading manufacturer and exporter which is concerned with the design, development and production of motorcycle parts and accessories. All of our parts comply with international quality standards and are greatly appreciated in a variety of

**Feedback ratings** ⓘ                                          See all feedback

⭐⭐⭐⭐⭐ 618    Item as described
⭐⭐⭐⭐⭐ 600    Communication
⭐⭐⭐⭐⭐ 611    Shipping time
⭐⭐⭐⭐⭐ 635    Shipping charges

➕ 711 Positive    ⚫ 10 Neutral    ➖ 9 Negative

Feedback from the last 12 months

➕ An outstanding transaction in every respect! Thanks
Oct 12, 2020

● ● ● ● ●

277 Followers | 0 Reviews | Member since: **Apr 03, 2015** | 📍 China

## Items for sale (4384)

See all items


Handlebar Switc...
US $4.39          11m left


Black Oil Filte...
US $8.46          20m left


CNC Bullet Rear...
US $54.51         20m left


Aluminum Heel T...
US $24.72         36m left


ABS Chrome Air ...
US $33.18         45m left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

🛡 Norton SECURED



Hi ████ ▼ | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist ▼ | My eBay ▼ 🔔 🛒

| Shop by category ▼ | 🔍 Search for anything | All Categories ▼ | **Search** |

eBay › eBay Stores › mosokoyo-USA Store





### mosokoyo-USA Store

281 followers | mosokoyoparts (6189 ⭐) 98.9%

We are is a leading manufacturer and exporter which is concerned with the design, development and production of motorcycle parts and accessories. All of our parts comply with in

♡ Save this seller

**Category**

All
Taillights
Motorcycle meter
Turn singal
Motorcycle Light
Handlebars & Accessories
Motorcycle Fairing
Bracket
Mirrors
Brake Clutch lever
Foot Peg Parts
Luggage & Saddlebags
Radiator Parts & Oil cooler
Gas Tanks , Protector & Cover
Motorcycle Accessories
Engine Parts
Exhaust Muffler
Sissy Bar Passenger & Cushion
Ajustable Lwering Link
Kickstand & Parts
Recommend Motorcycle Model
other
Auto Accessories
Other

**Condition**    see all
☐ New
☐ Used

**Price**
☐ Under $35.00
☐ Over $35.00
$ [        ] - $ [        ] ›

**Buying Format**    see all
◉ All Listings
○ Best Offer
○ Auction
○ Buy It Now
☐ Classified Ads

**Item Location**    see all
◉ Default
○ Within
  100 mile ▼ of 60106
○ US Only
○ North America
○ Worldwide

**Delivery Options**    see all
☐ Free Shipping
☐ Free In-store Pickup

**Show only**    see all
☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Guarantee

More refinements...

---

🔍 Search this Store    **Search**

All Listings | Auction | Buy It Now

1-48 of 4,199 Results    Best Match ▼  ▦



**Supermoto Enduro Headlight Fairing For Yamaha WR YZ 250 450 Motocross Head Light**
$30.17
$3.50 shipping
or Best Offer
34 watching
From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%

**Motorcycle Headlight Headlamp For YAMAHA WR250F WR450F Enduro DirtBike Universal**
$30.17
$3.50 shipping
or Best Offer
23 sold
From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%

**E8 LED Headlight Lamp For KTM EXC SX SXF XC XCF XCW EXCF 250 300 350 450 500 530**
Enduro Dual Sport Head Light For Husqvarna TE TC FE TX
$85.92
Was: $91.40
Free shipping
or Best Offer
From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%

**Plastic Front Number Plate + Fender For KTM 250/350/450/500 SX SXF XCF XCW EXCF**
$29.99
$7.50 shipping
or Best Offer
From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%

**Frame Guard Protector For 2017 HUSQVARNA TE250 TE300 FE250 FE350 FE450 FE500**
$20.30
Was: $21.60
$3.50 shipping
or Best Offer
From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%

**Front Number Plate Plastic Cover For KTM 250/350/450 SXF/XCF/EXCF 125 250 300 SX**
$8.82
Was: $9.28
$3.50 shipping
or Best Offer
From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%

**Orange Dirt Bike Headlight Mask Led Lamp For KTM EXC / EXC-F / SX / SX-F 300 350**
$77.28
Was: $82.21
Free shipping
or Best Offer
9 watching
From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%

**Waterproof Supermoto Led Headlight Head Lamp For KTM EXC / XC-W / XC-F 300 350**
$175.73
Was: $183.73
Free shipping
or Best Offer
From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%

**Motorcycle Dirt Bike Headlight Headlamp Fairing For KTM EXC XCF SX F SMR Enduro**
$33.70
Was: $35.85
$3.50 shipping
or Best Offer
From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%

**Motocross Headlight Led Lamp LM1500 For KTM EXC / XCF / SMR 2014-2020 White 12V**
$75.90
Was: $80.74
Free shipping
or Best Offer
5 watching
From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%



Motocross White Enduro Headlight Off-Road Headlamp For Honda CRF150F CRF230F NEW

$23.17
$3.50 shipping
or Best Offer
24 sold

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%



NEW LISTING Motocross Dirt Bike Headlight Lamp For Honda Yamaha YZ125 YZ250F WR250 Enduro

$30.17
$3.50 shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Motorcycle Orange Headlight For Enduro Motocross Dirt Bike Lamp SX XCF SXF KTM

$32.10
Was: $34.15
$3.50 shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6189) 98.9%



Motoball Dual Sport Led Headlight Lamp For KTM EXC / XCW / SX-F/ ECX-F 250 350

$171.43
Was: $179.43
Free shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Motorcycle LED Rear Brake Tail Light Running Lamp ABS Housing For Harley Chopper

$18.89
Was: $19.88
$3.50 shipping
or Best Offer
56 watching

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Enduro Motocross Dirt Bike Front Fender + Number Plate For KTM SX SXF XCF XCW XC

$29.99
$7.50 shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Supermoto Headlight Headlamp DRL Fit Husqvarna FE / TX / TE 300 450 501 701 2017

$163.14
Was: $171.14
Free shipping
or Best Offer
8 watching

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%



Fit KTM SX / SX-F / EXC / XCW / ECX-F 150 250 350 450 Motorcycle Led Headlight

$171.43
Was: $179.43
Free shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Universal Motorcycle Headlight Lamp For Enduro Dirt Bike KTM SX EXC SXF SMR

$33.70
Was: $35.85
$3.50 shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Dirt Bike Seat X-seat For KTM SX EXC-F XC SXF XC-F 125 150 250 300 350 450 500

$89.49
Was: $95.20
$60.00 shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%



For KTM Husqvarna LED Headlight Dual Spot E-Mark E8 MX Enduro EXC SX SXF XC XCF
Front Light For Husqvarna TE TC FE TX KTM EXC Six Days

$85.92
Was: $91.40
Free shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%



Vintage Retro Motorcycle Bike 4 1/2" Headlight Lamp For Harley Chopper Touring

$53.49
Was: $56.90
$14.10 shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%



LED E8 Headlamp For KTM SX F EXC XCF XCW 250 350 500 Six Day MX Enduro Headlight

$80.40
Was: $85.53
Free shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6189) 98.9%



Motorcycle Headlight Fairing Kit For Honda CB CRF XL XR NX 125 250 350 400 650

★★★★☆ 2 product ratings

$29.13
Was: $30.99
$3.50 shipping
or Best Offer
42 watching

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



For KTM LED E8 Headlight Enduro Dual Sport Head Light Front Mask EXC XCW XCF SX
Headlight Fairing For Husqvarna FC FE TC TE Dirt Bike

$85.92
Was: $91.40
Free shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Red Headlight For Honda Universal Motocross Motorcycle Head Light CRF XR 150 250

★★★★★ 1 product rating

$26.31

From China



Was: $27.99
$3.50 shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%



Motorcycle Frame Guard Protector Plastic For KTM SX125 SX150 SXF250 350 450 2016

$20.30
Was: $21.60
$3.50 shipping
or Best Offer

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Motorcycle Vintage Headlight Lamp With Mount Bracket For Harley Custom Bobber

$41.03
Was: $43.65
Free shipping
or Best Offer
12 watching

From China
Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



NEW LISTING  Motorcycle ABS Headlight Fairing Smoked 15" Windshields For Harley Dyna T-Sport

$192.00
Was: $200.00
Free shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6189) 98.9%



Orange Motorcycle Headlight Fairing For Yamaha TT-R WR XT YZ 125 250 350 400 450

$20.67
Was: $21.99
Free shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Motorcycle Front Headlight Windshield Fairing Windscreen For Harley Dyna T-Sport

$112.99
Was: $119.99
Free shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



30L Portable Fridge Freezer Car Refrigerator 12V/24V/100-240V Camping Cooler NEW

$299.99
Free shipping
or Best Offer

Seller: mosokoyoparts (6187) 98.9%



For Can-am Maverick X3 Max Turbo R 2017-2019 Racing UTV Side Rear View Mirrors

$46.05
Was: $48.99
Free shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



White Portable Car Fridge Freezer Travel Cooler Warmer 12V/24V 12 Liter Capacity

$191.99
Was: $199.99
Free shipping
or Best Offer

Seller: mosokoyoparts (6188) 98.9%



Universal Motorcycle LED Turn Dual Signal Light For Harley Dyna Chopper Bobber

$22.55
Was: $23.99
Free shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



ABS Adjustable Windshield Front Headlight Fairing For Harley T-Sport Dyna FXR

$112.99
Was: $119.99
Free shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Motorcycle Rearview Racing Side Mirror For Can-am Maverick X3 Max R UTV Off-road

$46.05
Was: $48.99
Free shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Motorcycle ABS Headlight Fairing Windshield Screen For Harley Dyna T-Sport FXR

$112.99
Was: $119.99
Free shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%



4 x LED Light Bar Universal 2" For Can-Am Commander Maverick Kawasaki Teryx RTV

$75.19
Was: $79.99
Free shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Timing Cam Chain Tensioner + Gasket Adjuster For Yamaha YFM 250X Bear Tracker

$21.99
Free shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%




ATV Quad LED Conversion Headlight Kit For Polaris RZR 800 900 4 900 2011-2014

$161.99
Was: $169.99
Free shipping
or Best Offer

Brand: MOSOKOYO
Seller: mosokoyoparts (6187) 98.9%



Timing Cam Chain Tensioner Manual Adjuster For Yamaha YFM 250 Big Bear Raptor

$20.67
Was: $21.99
Free shipping

Brand: MOSOKOYO
Seller: mosokoyoparts (6188) 98.9%





Hi [redacted] (Sign in) Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | KTM | All Categories | Search | Advanced

Include description

Items for sale from **mosokoyoparts** (6168 ) | Save this seller | Show results from all sellers

## Categories

**eBay Motors**

- Other Motorcycle Parts
- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Fairings & Bodywork
- Motorcycle Decals & Stickers
- Motorcycle Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (425)

**Price**

- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

mosokoyoparts (6168 )
Feedback rating: 6,168
Positive Feedback: 98.8%
Member since Apr-03-15 in Hong Kong

Read feedback profile
Add to my favorite sellers

## Sponsored items for you

Motorcycle LED Headlight for KTM Endu...
**$171.43**
Buy It Now

All Listings | Auction | Buy It Now    Sort: Best Match    View:

**425** results for **KTM**    Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106
Clear selections
**0** matching results
Find Results

White Motocross Front Number Plate For KTM SX SX-F XC EXC 150 450 350 250 125 (Fits: KTM)
Brand New
**$10.82**
Was: ~~$11.39~~
or Best Offer
+$3.50 shipping
5% off
Watch
From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 232406294800
Brand: MOSOKOYO

Front Number Plate Plastic Cover For KTM 250/350/450 SXF/XCF/EXCF 125 250 300 SX (Fits: KTM)
Brand New
**$8.82**
Was: ~~$9.28~~
or Best Offer
+$3.50 shipping
5% off
Watch
From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 233443722065
Brand: MOSOKOYO

Enduro Motocross Dirt Bike Front Fender + Number Plate For KTM SX SXF XCF XCW XC
Brand New
**$29.99**
or Best Offer
+$7.50 shipping
Watch
From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 233444645972
Brand: MOSOKOYO

Motorcycle Front Brake Disc Guard Cover For KTM 125-530 SX/SX-F EXC/EXC-F 03-15 (Fits: KTM)
Brand New
**$20.48**
or Best Offer
+$3.50 shipping
Watch
From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 233411153331
Brand: MOSOKOYO

Motorcycle Black Aero Dynamic Wing Kit Universal For Yamaha Honda CBR Ducati KTM
Brand New
**$9.49**
Was: ~~$9.99~~
or Best Offer
+$3.50 shipping
**Free Returns**
5% off
Watch
From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 233090376064
Brand: MOSOKOYO

Orange Front Number Plate For KTM 500 EXC 85 SXS 250 350 450 SX-F 250 350 XCF-W (Fits: KTM)
Brand New

$10.28



Front Number Plate For
KTM 350 SX-F 2...
$11.38
Buy It Now



White Front Fender
Number Plate Fairi...
$73.50
Buy It Now



Supermoto Dirt Pit Bike
Headlight Mas...
$15.58
Buy It Now



Motocross LED Headlight
for KTM EXC E...
$60.45
Buy It Now



LED Dirt Bike Headlight
for KTM SX-F ...
$79.52
Buy It Now



Motorcycle LED Headlight
For KTM 125 ...
$73.47
Buy It Now



$12.02
Was: $12.65
or Best Offer
+$3.50 shipping
5% off
👁 Watch

From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 233388575112
Brand: MOSOKOYO

---



Motorcycle Front Fender + Number Plate For KTM 250SX 500 EXC 300 XC-W 350 EXC-F
Brand New
$75.20
Was: $80.00
or Best Offer
+$3.50 shipping
6% off
👁 Watch

From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 233437800650
Brand: MOSOKOYO

---



Plastic Front Number Plate + Fender For KTM 250/350/450/500 SX SXF XCF XCW EXCF
Brand New
$29.99
or Best Offer
+$7.50 shipping
👁 Watch

From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 233444692515
Brand: MOSOKOYO

---



Motorcycle 27mm Flywheel Puller Extractor For Honda Kawasaki Suzuki Yamaha KTM (Fits: KTM)
Brand New
$13.40
Was: $14.10
or Best Offer
+$0.65 shipping
12 Watching
5% off
👁 Watch

From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 233588136323
Brand: MOSOKOYO

---



Motorcycle Dirt Bike Headlight Headlamp Fairing For KTM EXC XCF SX F SMR Enduro
Brand New
$33.70
Was: $35.85
or Best Offer
+$3.50 shipping
6% off
👁 Watch

From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 233271973526
Brand: MOSOKOYO

---



Orange Motorcycle Led Headlight MOTOCROSS FOR KTM ADVENTURE 990 690 SUPERMOTO XC
Brand New
$30.07
Was: $31.99
or Best Offer
+$3.50 shipping
6% off
👁 Watch

From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 231639113722
Brand: MOSOKOYO

---



Universal Motorcycle Rear Mudguard Fender For KTM 250/125SX 300/450/525MXC
Brand New
$19.99
or Best Offer
+$7.50 shipping
Free Returns
👁 Watch

From China
Seller: mosokoyoparts (6,167) 98.8%
Item: 232870516825
Brand: MOSOKOYO

---

Motorcycle Parking Rack Triangle Side Kick Stand Kickstand For KTM Honda Green (Fits: KTM)
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms



**Ship to**

▮▮▮▮▮▮▮▮
1001 Foster Ave
Bensenville, IL 60106-1445
United States
▮▮▮▮▮▮

Change

### Review item and shipping

Seller: mosokoyoparts    Message to seller

Orange Motorcycle Led Headlight MOTOCROSS FOR KTM
ADVENTURE 990 690 SUPERMOTO XC
**$30.07**
~~$31.99~~

Quantity   1 ⌄

**Delivery**

● Est. delivery: Nov 10 – Dec 1
Standard SpeedPAK from China/Hong Kong/Taiwan
**$3.50**

○ Est. delivery: Oct 29 – Nov 12
USPS Parcel Select Ground
**$53.50**

Save up to 6%

### Gift cards, coupons, eBay Bucks

Enter code: _____ [ Apply ]

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   None ⌄

---

| Subtotal (1 item) | $30.07 |
| Shipping | $3.50 |
| Tax* | $2.10 |

**Order total**     **$35.67**

*We're required by law to collect sales tax and applicable fees
for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Back to search results | Listed in category:  eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work
See more for KTM SX-f XC EXC 150 450 350 250 125 Mot...

✉ f ✈ 🅿 | Add to Watchlist

✓ This fits a KTM | Select Year

🏷 SAVE UP TO 5% See all eligible items ▸



MOSOKOYO

## White Motocross Front Number Plate For KTM SX SX-F XC EXC 150 450 350 250 125

Condition: **New**

Compatibility: See compatible vehicles

Quantity: 1   More than 10 available / 31 sold

Price: **US $10.82**   US $11.39 (5% off)

Best Offer:

31 sold | More than 54% sold | 30-day returns

Shipping: $3.50 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: guangzhou, China
Ships to: Worldwide  See exclusions

Delivery: ⚡ Estimated between **Tue. Nov. 10 and Tue. Dec. 1** ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿 VISA 💳 💳 💳
**PayPal CREDIT**
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Buy It Now**

**Add to cart**

**Make Offer**

♡ Add to Watchlist

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
mosokoyoparts (6168 ⭐)
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?  **Sell now**

## Similar sponsored items 1/2

Feedback on our suggestions



Motocross Front Number Plate For KTM 125 150 250...
$8.65
$9.20
+ $5.80 shipping
New



White Plastic Front Number Plate For KTM 200 250 350...
$12.99
Free shipping
Seller 99.2% positive



White Front Number Plate For KTM 350 SX-F 450 250...
$10.28
$10.82
+ $5.50 shipping
New



Plastics Motocross Front Number Plate White For KTM...
$10.82
$11.39
+ $5.50 shipping
New



For KTM 125 150 SX 150XCW 250 350 450 SXF XCF CN...
$9.98
$12.48
Free shipping
Last one



Dirt Bike Plastic Front Number Plate For KTM 200...
$10.82
$11.39
+ $5.50 shipping
New

Feedback 🖊

## Sponsored items from this seller 1/2

Feedback on our suggestions







Hi [redacted] (Sign in) Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work | Add to Watchlist

This fits a KTM | Select Year

SAVE UP TO 5% See all eligible items

Have one to sell? Sell now

# Front Number Plate Plastic Cover For KTM 250/350/450 SXF/XCF/EXCF 125 250 300 SX

Condition: New

Compatibility: See compatible vehicles

Sale ends in: 07d 13h 04m

Quantity: 1 | 9 available / 1 sold

Price: US $8.82
US $9.28 (5% off)

Buy It Now
Add to cart

Best Offer: Make Offer
Add to Watchlist

30-day returns | Longtime member

Shipping: $3.50 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: guangzhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Tue. Nov. 10 and Tue. Dec. 1
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
mosokoyoparts (6168)
98.8% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Motocross Front Number Plate For KTM 125 150 250...
$8.65
$9.20
+ $5.80 shipping
New

White Front Number Plate Plastic Cover For KTM 125-...
$8.82
$9.28
+ $5.80 shipping
New

White Plastic Front Number Plate For KTM 200 250 350...
$12.99
Free shipping
Seller 99.2% positive

Dirt Bike Plastic Front Number Plate For KTM 200...
$10.82
$11.39
+ $5.50 shipping
New

For KTM 125 150 SX 150XCW 250 350 450 SXF XCF CN...
$9.98
$12.48
Free shipping
Last one

ABS Front Number Plate Fit For KTM 125 200 250 300...
$13.39
Free shipping
Seller 99.4% positive

Feedback

## Sponsored items from this seller 1/2

Feedback on our suggestions

10/19/2020

 ebay

Shop by category ⌄     [Search for anything]     All Categories ⌄     [ Search ]     Advanced

‹ Back to home page | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work       ✉ f ✈ P | Add to Watchlist

## People who viewed this item also viewed

 Headlight Lamp For KTM EXC... $32.94 $35.05 + $4.55 shipping

 12V 35W Headlight For... $23.64 + $5.01 shipping

Dirt Bike Front Mudguard... $27.89 $29.99 + $5.50 shipping

 FXCNC For KTM SX EXC XCF... $13.99 + $6.99 shipping

 Universal Motorcycle Du... $23.06 $24.80 + $8.60 shipping

---

ⓘ Check if this part fits your vehicle     Contact the seller



### Motorcycle Dirt Bike Headlight MX Enduro Supermoto For KTM SX F EXC XCF SMR H4 B

**Condition:**  New

**Color:**  - Select - ⌄

**Quantity:**  [ 1 ]     4 available / 7 sold

**Price:**  **US $37.99**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

30-day returns    6 watchers    Longtime member

**Shipping:**  $1.90 Overnight shipping | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangdong , China
Ships to: Worldwide  See exclusions

**Delivery:**  Varies
Please allow additional time if international delivery is subject to customs processing.

**Payments:**  PayPal  VISA  ▭  ▭  ▭

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

**Returns:**  Free 30 day returns | See details

### Shop with confidence
**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
moto_siksik (732 ★)
95.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?  [ Sell now ]

---

## Related sponsored items 1/2                    Feedback on our suggestions

 Motorcycle Dirt Bike Headlight Headlamp... $33.70 $35.85 + $8.16 shipping

 Motorcycle Headlight Lamp For KTM Headlamp... $26.96 $28.99 + $4.50 shipping

 Supermoto Dirt Bike Headlight For KTM SX F... $60.54 $65.10 + $1.00 shipping

 12V 35W Headlight Head Light For 2017 2018 KTM... $33.45 $35.59 + $5.00 shipping

 White Motorcycle Dirt Bike Supermoto Universal... $31.71 $34.10 + $8.00 shipping

 Black Headlight For KTM EXC XCF SX F SMR Bike... $32.94 $35.05 + $4.55 shipping

---

**Description**   **Shipping and payments**                    Report

eBay item number: 183515867342

Seller assumes all responsibility for this listing.

Last updated on Oct 02, 2020 06:46:20 PDT  View all revisions

[Feedback ✏]

https://www.ebay.com/itm/Motorcycle-Dirt-Bike-Headlight-MX-Enduro-Supermoto-KTM-SX-F-EXC-XCF-SMR-H4-B-/183515867342     1/4

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Wattage: | 35W |
| Type: | Rear Fairing | Country/Region of Manufacture: | China |
| Surface Finish: | None | Brand: | unbranded |
| Material: | ABS Plastic | Model: | 865245 |
| Modified Item: | No | MPN: | MOTO365975 |
| Non-Domestic Product: | No | Item Type: | Headlight Assembly |
| Motorcross headlamp: | EXC XCW 6days | Custom Bundle: | No |
| Motorcycle fairing: | Headlight | Holes: | Self-Drill |
| Placement on Vehicle: | Rear | Number of Pieces: | 1 |
| Manufacturer Part Number: | Does Not Apply | Warranty: | No Warranty |
| Fit: | Universal Fit | | |

## Moto_Siksik

Visit my eBay store

Sign up for newsletter

[_____] [Search Store]

Helmets | Motorcycle&Car accessories | Stickers | Other

**SALE** Items On Sale

### Store Categories

Store home
Motorcycle&Car accessories
Bags
Yamaha
Helmets
Kawasaki
Suzuki
BMW
KTM
Honda
Reservoir socks
Aprilia
Ducati
Gloves
Stickers
Toys & Hobbies
Fashion
Home & Garden
Other

Feedback


# Motorcycle Dirt Bike Headlight MX Enduro Supermoto For KTM SX F EXC XCF SMR H4 Bulb

**Product Description:**

Tem Type:Headlight Assembly
Wattage:35W
Color:White / Orane / Black
Model :2014 2015 2016
Motorcycle Fairing:Headlight
Motorcross Headlamp:EXC XCW 6days




## Payment

Base on ebay rules,we can only accept PayPal payment.

If you want to delay the payment because of financial problem, please contact me by the ebay message within 3 days.

## Shipping

We ship the package within 24 hours from China,We ship to ebay address ONLY. The delivery time is about:

United Kingdom,United States:2-3 weeks

Other Country:3-5 weeks

Express Mail Service is available. You need to contact us about this service.

## Terms of Sale

In case the item is defective, please inform us within 30 days of receipt, we will arrange resend or refund.

Buyers have to pay for the return cost and we will pay the cost for resend.

## About Us

We have factory make the CNC motorcycle accessory,if you need customer order,please contact us.

## Contact Us

Sponsored items based on your recent views 1/4

Feedback on our suggestions






Shop by category ∨

Search for anything | All Categories ∨ | Search | Advanced

‹ Back to home page | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work

Add to Watchlist

## People who viewed this item also viewed


Headlight Lamp For KTM EXC...
$32.94
~~$35.05~~
+ $4.55 shipping


12V 35W Headlight For...
$23.64
+ $5.01 shipping


Dirt Bike Front Mudguard...
$27.89
~~$29.99~~
+ $5.50 shipping


FXCNC For KTM SX EXC XCF...
$13.99
+ $6.99 shipping


Universal Motorcycle Du...
$23.06
~~$24.80~~
+ $8.60 shipping

---

 Check if this part fits your vehicle    Contact the seller



### Motorcycle Dirt Bike Headlight MX Enduro Supermoto For KTM SX F EXC XCF SMR H4 B

**Condition:** New

**Color:** - Select - ∨

**Quantity:** 1    4 available / 7 sold

**Price:** US $37.99

Buy It Now

Add to cart

♡ Add to Watchlist

30-day returns | 6 watchers | Longtime member

**Shipping:** $1.90 Overnight shipping | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangdong, China
Ships to: Worldwide See exclusions

**Delivery:** Varies
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

**Returns:** Free 30 day returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
moto_siksik (732 ★)
95.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

$ Have one to sell? | Sell now

## Related sponsored items 1/2

Feedback on our suggestions


Motorcycle Dirt Bike Headlight Headlamp...
$33.70
~~$35.85~~
+ $8.16 shipping


Motorcycle Headlight Lamp For KTM Headlamp...
$26.96
~~$28.99~~
+ $4.50 shipping


Supermoto Dirt Bike Headlight For KTM SX F...
$60.54
~~$65.10~~
+ $1.00 shipping


12V 35W Headlight Head Light For 2017 2018 KTM...
$33.45
~~$35.59~~
+ $5.00 shipping


White Motorcycle Dirt Bike Supermoto Universal...
$31.71
~~$34.10~~
+ $8.00 shipping


Black Headlight For KTM EXC XCF SX F SMR Bike...
$32.94
~~$35.05~~
+ $4.55 shipping

---

Description | Shipping and payments

Report

Seller assumes all responsibility for this listing.

**Shipping and handling**

Feedback

Item location: **Guangdong , China**

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, South America, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Saudi Arabia, Turkey, United Arab Emirates, Yemen, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Indonesia, Laos, Macau, Malaysia, Singapore, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, Georgia, India, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan

Quantity: 1     Change country: United States     ZIP Code: 60440    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $1.90 | United States | Overnight shipping | Varies |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

| Payment methods |
|---|





### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

| Magnetic Motorcycle Oil Fuel Tank Bag Waterproo... | Motorcycle Pocket Magnetic Oil Fuel Tank... | High Quality Motorcycle Rear Tail Seat Back Sadd... | Headlam Lamp For KTM EXC XCF SX F SMR Endu... | 12V 35W Headlight For 2017 2018 KTM EXC XCF... | Motorcycle Headlight Headlamp For KTM EXC... |
|---|---|---|---|---|---|
| $19.99 | $18.99 | $34.19 ~~$35.99~~ | $32.94 ~~$35.05~~ | $23.64 | $85.00 ~~$91.40~~ |
| Free shipping | Free shipping | Free shipping | + $4.55 shipping | + $5.01 shipping | + $1.60 shipping |
| Seller 99% positive | New | New | New | New | New |

Back to home page                                                                     Return to top

**More to explore :**   KTM EXC Motorcycles,   Unbranded Motorcycle Headlight Assemblies for KTM Supermoto,   KTM EXC,   Salvage Motorcycles for KTM Supermoto,
Motorcycle Accessories for KTM Supermoto,   Athena Motorcycle Parts for KTM Supermoto,   Motorcycle Brake Rotors for KTM Supermoto,   WPS Motorcycle Batteries for KTM Supermoto,
Krator Motorcycle Parts for KTM Supermoto,   Grips for KTM Supermoto

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback





Hi! **Sign in** or **register**     Daily Deals     Brand Outlet     Help & Contact          Sell     Watchlist ⌄     My eBay ⌄     🔔     🛒

  Shop by category ⌄     🔍 Search for anything     All Categories ⌄     **Search**     Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

 eBay MONEY BACK GUARANTEE



**moto_siksik** (732 ⭐) 📋 ⓘ
**Positive Feedback (last 12 months): 95.6%** ⓘ
Member since: Nov-16-13 in Israel

### Member Quick Links

Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ



|          |   | 1 month | 6 months | 12 months |
|----------|---|---------|----------|-----------|
| ➕ Positive |   | 8 | 70 | 92 |
| ⚪ Neutral |   | 1 | 1 | 1 |
| ➖ Negative |   | 1 | 4 | 4 |

### Detailed seller ratings ⓘ



| Average for the last 12 months | |
|---|---|
| Accurate description ⭐⭐⭐⭐⭐ (86) | Reasonable shipping cost ⭐⭐⭐⭐⭐ (87) |
| Shipping speed ⭐⭐⭐⭐⭐ (86) | Communication ⭐⭐⭐⭐⭐ (84) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

4 Feedback received (viewing 1-4)                                          Revised Feedback: 3 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars  🔍          Rating type: Negative (4) ⌄     Period: 12 Months ⌄



| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **It's been over 10days since I bought/paid for my order and no communication.** <br> 19 Rcs 19rcs Motorcycle Brake Master Cylinder Radial Brake 22mm Universal New (#184182849976) | Buyer: a***m (52⭐) <br> US $49.90 | Past month <br> Reciprocal feedback |
| ➖ **The product is not the same as the photo.** <br> Yamaha Motorcycle Radiator Protection Accessories Grill Cover Kit Mt10 Mt New (#184289566209) | Buyer: r***i (6) <br> US $45.00 | Past 6 months <br> Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **the anti slippers pads arrive with one side stickers! i sent question but no ans** <br> BMW Motorcycle Protector Anti slip Tank Pad tank Side Traction 3M Sticker New (#184259825924) | Buyer: i***e (44⭐) <br> US $19.90 | Past 6 months <br> Reciprocal feedback |
| ➖ **No communication ,Tracking system not up dated ,HAS NOT ARRIVED! Waste of time** <br> Motocross Pit Dirt Bike Handle Bar Renthal 1 1/8" 28mm For ATV KTM CRF YZF KLX (#183516009230) | Buyer: t***n (487⭐) <br> US $39.99 | Past 6 months <br> Reciprocal feedback |

**Page 1 of 1**

← **1** →

### Member Quick Links

Contact member
View items for sale
View seller's Store

### Suggested Next

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                                                    Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    Search for anything    All Categories ⌄    **Search**    Advanced

**moto_siksik** (732★)
95.6% positive feedback                    🏷 Items for sale    Visit store    ✉ Contact

♡ Save

Motorcycle Parts Only Best Quality For:
Yamaha/Suzuki/Honda/Kawasaki/BMW/KTM/Ducati/ Husqvarna and More. I have
helmets all model masei lens all color. Parts for Motorcycle To Tmax 500/530 MT07
MT09 MT10 tracer09 Z650 Z800 Z900 Z1000 CRF Ninja Ducati.

**Feedback ratings** ⓘ                                                                    See all feedback

| ⭐⭐⭐⭐⭐ | 86 | Item as described | | | |
| ⭐⭐⭐⭐⭐ | 84 | Communication | ➕ **92** | ⭕ **1** | ➖ **4** |
| ⭐⭐⭐⭐½ | 86 | Shipping time | Positive | Neutral | Negative |
| ⭐⭐⭐⭐⭐ | 87 | Shipping charges | | | |

➕ TOP
Oct 12, 2020

Feedback from the last 12 months

73 Followers  |  1 Review  |  Member since: **Nov 16, 2013**  |  📍 Israel

● ○ ○ ○ ○

## Items for sale(2325)                                                        See all items











| Motorcycle Yama... | Motorcycle Yama... | Kawasaki Z650 Z... | Kawasaki Z650 Z... | Kawasaki Z650 Z... |
| US $110.00    2h left | US $110.00    2h left | US $24.99    6h left | US $24.99    6h left | US $24.99    6h left |

## Reviews (1)                                                                    See all reviews



DARK TINT VISOR FITS ARAI RR5 I-
TYPE RX7-GP Chaser-V Quantum 2
Axces 2 Helmet

⭐⭐⭐⭐⭐                                                                            Jul 11, 2016
Thanks

Thanks

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED

Hi! **Sign in** or **register**　　Daily Deals　Brand Outlet　Help & Contact　　　　　Sell　Watchlist ⌄　My eBay ⌄　🔔　🛒

 **Stores**

Home › eBay Stores › Moto_Siksik › All Categories　　　　　Save this seller | Sign up for Store newsletter



**Moto_Siksik**

**Maintained by:** moto_siksik ( 732 ⭐ )

Motorcycle Parts Only Best Quality For: Yamaha/Suzuki/Honda/Kawasaki/BMW/KTM/Ducati/ Husqvarna and More. I have helmets all model masei lens all color. Parts for Motorcycle To Tmax 500/530 MT03 MT07 MT09 MT10 tracer07 Z400 Z650 Z800 Z900 Z1000 CRF Ninja Ducati Gs800 Gs1200 KTM R1 R6 R3 and more mode

WELCOME TO MOTO SIKSIK STORE..　　　　　　　　HOME　ABOUT US　RETURNS　DELIVERY　CONTACT US

✉ FEEDBACK　★ ADD TO FAVORITE SELLER　👥 JOIN MAILING LIST

**Home**
**Motorcycle Accessories**
**Bags**
**Helmets**
**Motorbike Suits**
**All Parts**
**Headlights**
**Others**

✉ Fast Delivery On All Orders　|　🌐 30 DAYS Return Or Exchange　|　🔒 Safe And Secure Payments



MOTORBIKE SUITS

View All Items

| STORE SEARCH | 2,336 results found in all categories | | | View: **All Items** \| Buy It Now |
|---|---|---|---|---|
| [search box] Search | View as: List | Sort by: Best Match | | |
| ☐ in titles & description | Picture [hide] | Item Title | Price | Time Left |
| **STORE CATEGORIES** |  Aprilia Suzuki Yamaha Honda bmw Brembo hydraulic Mechanical Clutch Lever | | 🛒Buy It Now | $52.50 Free shipping | 11d 21h 13m |
| › MOTORCYCLE&CAR ACCESSORIC (795) | More options | | | |
| › BAGS (72) |  Universal Car Or Motorcycle Led Headlight, Moto Lantern,cafe Racer 7 Inch New | | 🛒Buy It Now | $120.00 Free shipping | 14d 0h 10m |
| › YAMAHA (112) | More options | | | |
| › HELMETS (383) |  Retro Motorcycle Handlebar Drag Bar Harley Sportster Bobber Touring Chopper New | | 🛒Buy It Now | $47.80 Free shipping | 16d 7h 3m |
| › KAWASAKI (43) | More options | | | |
| › SUZUKI (13) |  Motorbike Windshield Windscreen for YAMAHA T-MAX560 TMAX530 SX DX 2017-2020 New | | 🛒Buy It Now | $57.00 Free shipping | 23d 16h 40m |
| › BMW (38) | More options | | | |
| › KTM (50) | Motocross Motorcycle Embroidery Strap Key Ring Honda HRC CBR 250 600 1000 RR VFR | | 🛒Buy It Now | $11.90 Free shipping | 30d 10h 10m |
| › HONDA (38) | | | | |
| › RESERVOIR SOCKS (141) | Motorcycle Car Metal Key Ring Pendant Akrapovic Travel Bag Decoration Hanging | | 🛒Buy It Now | $6.99 | 24d 8h 56m |
| › APRILIA (61) | | | | |
| › DUCATI (5) | | | | |
| › GLOVES (69) | | | | |
| › STICKERS (84) | | | | |
| › TOYS & HOBBIES (2) | | | | |
| › FASHION (113) | | | | |
| › HOME & GARDEN (115) | | | | |
| › OTHER (1693) | | | | |

**DISPLAY**

› GALLERY VIEW

More options

Free shipping

## STORE PAGES

> ABOUT US

> HOME

> DELIVERY

> RETURNS

## WHY SHOP WITH US

> VIEW TIME LEFT

Universal Honda Motorcycle Fluid Oil Brake Reservoir Cuff Sock Tank Cover New

More options

Buy It Now $9.90 Free shipping 17d 7h 1m

Motocross Dirt Bike Headlight 3M Sticker Mask For KTM 6days EXC EXCF SX 125-500

Buy It Now $47.99 Free shipping 16d 8h 20m

Motorcycle Front Brake Reservoir Cover Sock Sleeve For Honda CBR600RR F5 2003-13

Buy It Now $14.99 Free shipping 19d 11h 13m

Motorcycle Keychain Car Key Strap ID Card Phone Lanyards For iPhone Honda Ducati

More options

Buy It Now $9.90 Free shipping 27d 8h 20m

Motorbike Embroidery Key Ring For Kawasaki Z900 Z 900 Motorcycles Scooters

Buy It Now or Best Offer $11.99 Free shipping 2d 7h 39m

Motorcycle Dirt Bike Motocross Headlight For KTM 6day EXC XCW SX 125-500 2017-18

Buy It Now $47.99 Free shipping 14d 7h 34m

Honda Motorcycle Fuel Tank Pad Cap Africa Twin Stickers best quality

More options

Buy It Now $29.90 Free shipping 27d 8h 30m

19 Rcs 19rcs Motorcycle Brake Master Cylinder Radial Brake 22mm Universal New

Buy It Now or Best Offer $49.90 Free shipping 4d 9h 53m

Motorcycle Keychain Keyring Keyfob Rubber Key Moto Gp Racing Two Side Printed

More options

Buy It Now $10.90 Free shipping 27d 7h 22m

YAMAHA TMAX 530 2012-2016 Windshield SPORTY Decoration Wildscreen's Visor New

More options

Buy It Now $89.99 Free shipping 25d 6h 58m

Engine Water Pump Cover for YAMAHA MT-09 Motorcycle Accessories

Buy It Now or Best Offer $49.48 Free shipping 13d 6h 8m

Motocross Pit Dirt Bike Handle Bar Renthal 1 1/8" 28mm For ATV KTM CRF YZF KLX

Buy It Now $39.99 Free shipping 14d 13h 59m

PDR Tools, Paintless Dent Repair Tools, Dent Repair Kit, Glue Car Dent Remover,

More options

Buy It Now $30.50 Free shipping 16d 16h 38m

Motorcycle Windshield Visor Wind Deflector Fits Yamaha MT-09 FZ-09 2017 Bubble

More options

Buy It Now $77.75 Free shipping 29d 8h 56m

| | | | |
|---|---|---|---|
| | Motorcycle Top Case Aluminum Cargo Tail Box Street Bike Rear Luggage Saddle Bag<br>More options | *Buy It Now* | $252.75<br>Free shipping | 28d 4h 53m |
| | Professional Use Alloy Steel 58-62HRC Tap DIE Set Metric Tap Wrench Thread Tools<br>More options | *Buy It Now* | $45.99<br>Free shipping | 26d 18h 43m |
| | Avengers Super Heroes Thanos Black Panther Thor Hulk Action Figure 12" 30cm<br>More options | *Buy It Now* | $31.99<br>Free shipping | 12d 1h 15m |
| | Men's Summer Mesh Motorcycle Jackets Moto Racing Windproof Fit For SUZUKI Motor<br>More options | *Buy It Now* | $121.75<br>Free shipping | 16d 10h 38m |
| | Ball Head Black Phone GPS Holder Mount Motorcycle Base with 10mm Hole autocycle<br>More options | *Buy It Now* | $4.18<br>Free shipping | 13d 10h 52m |
| | Motorcycle racing helmet bear doll toys carry small doll<br>More options | *Buy It Now* | $45.00<br>Free shipping | 2d 6h 17m |
| | Yamaha Motorcycle Radiator Protection Accessories Grill Cover Kit Mt10 Mt New<br>More options | *Buy It Now* | $45.00<br>Free shipping | 24d 14h 48m |
| | Motorcycle Accessories Front Footrest Fit Tmax 530 560 Aluminum Brushed Material<br>More options | *Buy It Now* | $45.00<br>Free shipping | 25d 6h 50m |
| | Motorbike Embroidery Key Ring For Kawasaki Z800 Z 800 Motorcycle Scooter Keychai | Buy It Now<br>or Best Offer | $11.99<br>Free shipping | 2d 7h 59m |
| | BMW, Motorcycle Fluid Oil Brake Reservoir Cover Sock Socks S1000RR S100R New<br>More options | *Buy It Now* | $11.90<br>Free shipping | 15d 28m |
| | PRACMANU 18V Electric Brushless Impact Wrench Rechargeable 1/2 Socket Wrench Pow | Buy It Now<br>or Best Offer | $43.00<br>Free shipping | 14d 8h 23m |
| | Honda Motorcycle Africa Twin Adventure Sports Keychain Leather Metal New Brand<br>More options | *Buy It Now* | $14.99<br>Free shipping | 12d 15h 3m |
| | Motorcycle Dirt Bike MX Enduro Supermoto Headlight With Sticker For KTM SX EXC | *Buy It Now* | $44.99<br>Free shipping | 14d 4h 31m |
| | Universal HRC Motorcycle Brake Fluid Reservoir Clutch Tank Oil Cup Cover Socks | *Buy It Now* | $14.99<br>Free shipping | 22d 6h 18m |



Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

## Stores

Home > eBay Stores > Moto_Siksik > All Categories

Save this seller | Sign up for Store newsletter



**Moto_Siksik**

Maintained by: moto_siksik ( 732 ⭐ )

Motorcycle Parts Only Best Quality For: Yamaha/Suzuki/Honda/Kawasaki/BMW/KTM/Ducati/ Husqvarna and More. I have helmets all model masei lens all color. Parts for Motorcycle To Tmax 500/530 MT03 MT07 MT09 MT10 tracer07 Z400 Z650 Z800 Z900 Z1000 CRF Ninja Ducati Gs800 Gs1200 KTM R1 R6 R3 and more mode

WELCOME TO MOTO SIKSIK STORE..

HOME | ABOUT US | RETURNS | DELIVERY | CONTACT US

✉ FEEDBACK   ❤ ADD TO FAVORITE SELLER   👥 JOIN MAILING LIST

- Home
- Motorcycle Accessories
- Bags
- Helmets
- Motorbike Suits
- All Parts
- Headlights
- Others

| ✉ Fast Delivery On All Orders | 🌐 30 DAYS Return Or Exchange | 🔒 Safe And Secure Payments |



# MOTORCYCLE PARTS
### View All Items

**STORE SEARCH**

KTM  [Search]

☐ in titles & description

**STORE CATEGORIES**

- MOTORCYCLE&CAR ACCESSORIES (47)
- KTM (29)
- RESERVOIR SOCKS (16)
- OTHER (133)

See all items in the store

**DISPLAY**

- GALLERY VIEW
- VIEW TIME LEFT

**STORE PAGES**

- ABOUT US
- HOME
- DELIVERY
- RETURNS

**WHY SHOP WITH US**

**160 results found for KTM**

View: All Items | Buy It Now

View as: List    Sort by: Best Match

| Picture [hide] | Item title | Price | Time Left |
|---|---|---|---|
| | Motocross Dirt Bike Headlight 3M Sticker Mask For KTM 6days EXC EXCF SX 125-500 | Buy It Now  Free shipping  $47.99 | 16d 7h 26m |
| | Motorcycle Dirt Bike Motocross Headlight For KTM 6day EXC XCW SX 125-500 2017-18 | Buy It Now  Free shipping  $47.99 | 14d 6h 40m |
| | Motorcycle Dirt Bike MX Enduro Supermoto Headlight With Sticker For KTM SX EXC | Buy It Now  Free shipping  $44.99 | 14d 3h 37m |
| | Motorcycle Dirt Bike Headlight MX Enduro Supermoto For KTM SX F EXC XCF SMR H4 B  ⊕ More options | Buy It Now  Free shipping  $37.99 | 14d 11h 10m |
| | Motorcycle Accessories Rubber Keychain Ktm Keyring Model 10cm New Brand  ⊕ More options | Buy It Now  Free shipping  $9.90 | 27d 4h 5m |
| | Motorcycle Front Fluid Oil Brake Reservoir Socks For BMW YAMAHA HONDA DUCATI KTM  ⊕ More options | Buy It Now  Free shipping  $14.99 | 20d 10h 27m |
| | KTM Motorcycle Edge Outer Rim 17inch Wheel Waterproof Decals RC 125 200 250 390 | Buy It Now or Best Offer  Free shipping  $29.99 | 14d 9h 19m |

 **Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

███
375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███
Change

---

## Review item and shipping

Seller: moto_siksik    Message to seller

Motorcycle Dirt Bike Headlight MX Enduro Supermoto For KTM SX F EXC XCF SMR H4 B
Color: White
**$37.99**

Quantity   [ 1 ⌄ ]

**Delivery**
Overnight shipping
**$1.90**

---

## Gift cards, coupons, eBay Bucks

[ Enter code: ]   [ Apply ]

---

## Donate to charity (optional) ⓘ
North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount   [ None ⌄ ]

---

| | |
|---|---|
| Subtotal (1 item) | $37.99 |
| Shipping | $1.90 |
| Tax* | $2.49 |

**Order total**    **$42.38**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

10/5/2020

**ebay**    Shop by category ⌄    [🔍 Search for anything                           All Categories ⌄]    **Search**    Advanced

‹ Back to search results | Listed in category: **eBay Motors** › **Parts & Accessories** › **Motorcycle Parts** › **Other Motorcycle Parts**
**Clothing, Shoes & Accessories** › **Men** › **Men's Accessories** › **Bags**

✉ f 🐦 📌 | **Add to Watchlist**

### People who viewed this item also viewed

 Motorcycle Rider Black Waterproof...
**$30.49**
$33.88
Free shipping

 Polyester Outdoor Sport Leg Bag Hi...
**$25.59**
$37.63
+ $8.00 shipping

 Black Outdoor Sport Drop Bag...
**$30.49**
$33.88
Free shipping

 Universal Reflective...
**$26.10**
$27.47
Free shipping

 Waist Pack Drop Leg Bag For Men...
**$33.99**
$35.78
Free shipping

 This fits a KTM    [ Select Year ]

🔖 **SAVE UP TO 7%** WHEN YOU BUY MORE





💲 Have one to sell?   [ **Sell now** ]

### Rider Motorcycle Drop Leg Bag Black Polyester Travel Outdoor Sports Waist Pack

Condition:  **New**

Bulk savings:  [ Buy 1 **$38.42**/ea ]  [ Buy 2 **$36.50**/ea ]  [ Buy 3 **$36.11**/ea ]

Compatibility:  **See compatible vehicles**

Sale ends in:  0ld 17h 27m

Quantity:  [ 1 ]   4 or more for $35.73/ea
More than 10 available / **5 sold**

Price:  **US $38.42/ea**         [ **Buy It Now** ]
US $42.69 (10% off) ⓘ       [ **Add to cart** ]

Best Offer:                     [ **Make Offer** ]
                                [ ♡ **Add to Watchlist** ]

**Free shipping and returns** | 17 watchers

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan |
**See details**
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: CN, China
Ships to: Worldwide  **See exclusions**

Delivery:  ⏱ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. | **See terms and apply now**

Earn up to 5x points when you use your eBay Mastercard. **Learn more**

Returns:  Free 60 day returns | **See details**

#### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns. **Learn more**

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. **Learn more**

**Seller information**
moto-car (1140 ★)
98.7% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

### Sponsored items from this seller 1/2

Feedback on our suggestions

https://www.ebay.com/itm/Rider-Motorcycle-Drop-Leg-Bag-Black-Polyester-Travel-Outdoor-Sports-Waist-Pack/223695554524?fits=Make%3AKTM&hash=item34154b47dc:g:vPAAAOSwWbVdmq3a    1/4

    

| Universal Motorcycle Polyester Hip Waist Pack... | Black Waterproof Waist Thigh Hip Pack Motorcycle... | Black Leather Saddlebag Roll Barrel Tool Bag For... | Motorcycle Front Fork Dust Waterproof Cover Black... | Motorcycle Engine Guard Frame Storage Bag Small... | Motorcycle Handlebar Sissy Bar Pannier Saddle-bag... |
|---|---|---|---|---|---|
| $38.42 | $38.42 | $18.77 | $17.90 | $15.75 | $18.77 |
| $42.69 | $42.69 | $20.85 | $19.89 | $17.50 | $20.85 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description**  |  Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: **223695554524**

Last updated on  Sep 26, 2020 21:09:42 PDT   View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

Year   Make   Model   Submodel
-Select-   -Select-   -Select-   -Select-     Go

[show all compatible vehicles]

✓  This part is compatible with 430 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2010 | All American Choppers | Apprentice | -- |
| | 2009 | All American Choppers | Bragger | -- |
| | 2007 | All American Choppers | Godzilla | -- |
| | 2007 | All American Choppers | Greem Reaper | -- |
| | 2010 | All American Choppers | Gunslinger | -- |
| | 2010 | All American Choppers | Interceptor | -- |
| | 2010 | All American Choppers | Rockzilla | -- |
| | 2006 | All American Choppers | Sand Man Trible | -- |
| | 2015 | KTM | 50 | SX |
| | 2015 | KTM | 50 | SX Mini |
| | 2015 | KTM | 65 | SX |
| | 2015 | KTM | 85 | SX 17/14 |
| | 2011 | KTM | 105 | SX |
| | 2010 | KTM | 105 | SX |
| | 2010 | KTM | 105 | XC |
| | 2009 | KTM | 105 | SX |
| | 2009 | KTM | 105 | XC |
| | 2008 | KTM | 105 | SX |
| | 2008 | KTM | 105 | XC |
| | 2007 | KTM | 105 | SX |

Page 1 of 22          ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by moto-car

### Item specifics

| Condition: | New | Manufacturer Part Number: | Does Not Apply |
|---|---|---|---|
| Warranty: | 90 Day | Brand: | Unbranded |
| UPC: | Does Not Apply | | |

Feedback




---

Sponsored items based on your recent views 1/4                                          Feedback on our suggestions




1PCS Waterproof
Motorcycle Rear Seat Bag...
**$48.89**
~~$71.89~~
+ $19.00 shipping
New


Oxford Cloth Motorcycle
Bike Leg Thigh Bag Pouch...
**$24.82**
~~$27.58~~
Free shipping
Seller 99.2% positive


Waterproof Car Travel Drop
Leg Bag Hip Thigh Pack...
**$24.82**
~~$27.58~~
Free shipping
Seller 99.2% positive


Waist Pack Drop Leg Bag
For Men Women Motorcycl...
**$33.99**
~~$35.78~~
Free shipping
New


1x Rider Motorcycle Leg Bag
Hip Drop Men Nylon Militar...
**$30.49**
~~$33.88~~
Free shipping
New


Black Waterproof Waist
Thigh Hip Pack Motorcycle...
**$38.42**
~~$42.69~~
Free shipping
New

---

More from this seller 1/2                                                              Feedback on our suggestions


Universal Motorcycle
Polyester Hip Waist Pack...
**$38.42**
~~$42.69~~
+ shipping


Universal Black Travel Drop
Belt Pouch Hip Ride Leg B...
**$38.42**
~~$42.69~~
+ shipping


Waist Bag Thigh Drop
Motorcycle Leg Bag Riding...
**$24.68**
+ shipping          0 bids


Motorcycle Leather Roll
Barrel Tool Bag Luggage...
**$15.20**
~~$16.89~~
+ shipping


Black Leather Saddlebag
Roll Barrel Tool Bag For...
**$18.77**
~~$20.85~~
+ shipping


Waterproof Phone Bag Case
Handlebar Mount Holder...
**$14.30**
~~$15.89~~
+ shipping

---

Back to search results                                                                              Return to top

**More to explore :**   Rider Black Motorcycle Shirts,   Rider Black Motorcycle Clothing,   Rider Black Motorcycle Trousers,   Rider Black Motorcycle Merchandise,   Rider Black Other Motorcycle Clothing,
Alpha Rider Motorcycle Parts for Kawasaki,   Motorcycle Parts for Harley-Davidson Alpha Rider,   Alpha Rider Motorcycle Parts for BMW,   Alpha Rider Motorcycle Body & Frames for Honda,
Alpha Rider Motorcycle Body & Frame for Yamaha

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ




Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact       Sell   Watchlist ⌄   My eBay ⌄

ebay    Shop by category ⌄    [Search for anything]   All Categories ⌄   [Search]   Advanced

‹ Back to search results | Listed in category:  eBay Motors › Parts & Accessories › Motorcycle Parts › Other Motorcycle Parts
Clothing, Shoes & Accessories › Men › Men's Accessories › Bags

✉ 📘 🐦 📌 | Add to Watchlist

### People who viewed this item also viewed

 Motorcycle Rider Black Waterproof... **$30.49** $33.88 Free shipping

 Polyester Outdoor Sport Leg Bag Hi... **$25.59** $37.63 + $8.00 shipping

 Black Outdoor Sport Drop Bag... **$30.49** $33.88 Free shipping

 Universal Reflective... **$26.10** $27.47 Free shipping

 Waist Pack Drop Leg Bag For Men... **$33.99** $35.78 Free shipping

---

 This fits a KTM   [Select Year]

🔥 **SAVE UP TO 7%** WHEN YOU BUY MORE





$ Have one to sell?  [Sell now]

## Rider Motorcycle Drop Leg Bag Black Polyester Travel Outdoor Sports Waist Pack

Condition: **New**

Bulk savings:
| Buy 1 **$38.42**/ea | Buy 2 **$36.50**/ea | Buy 3 **$36.11**/ea |

Compatibility:  See compatible vehicles
Sale ends in:   0ld 17h 27m
Quantity:  [1]   4 or more for $35.73/ea
More than 10 available / **5 sold**

Price:  **US $38.42/ea**   [Buy It Now]
US $42.69 (10% off) ⓘ   [Add to cart]

Best Offer:   [Make Offer]   [♡ Add to Watchlist]

**Free shipping and returns**    17 watchers

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: CN, China
Ships to: Worldwide  See exclusions

Delivery: ⏱ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard AMEX DISCOVER

PayPal **CREDIT**
Special financing available.  See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: Free 60 day returns  See details

### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
moto-car (1140 ★)
98.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Sponsored items from this seller 1/2       Feedback on our suggestions


 Feedback

‹   ›

1/3








| Universal Motorcycle Polyester Hip Waist Pack... | Black Waterproof Waist Thigh Hip Pack Motorcycle... | Black Leather Saddlebag Roll Barrel Tool Bag For... | Motorcycle Front Fork Dust Waterproof Cover Black... | Motorcycle Engine Guard Frame Storage Bag Small... | Motorcycle Handlebar Sissy Bar Pannier Saddle-bag... |
| --- | --- | --- | --- | --- | --- |
| $38.42 | $38.42 | $18.77 | $17.90 | $15.75 | $18.77 |
| ~~$42.69~~ | ~~$42.69~~ | ~~$20.85~~ | ~~$19.89~~ | ~~$17.50~~ | ~~$20.85~~ |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

| Description | **Shipping and payments** | | Report item |
| --- | --- | --- | --- |

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: CN, China

Shipping to: Worldwide

Excludes: Africa, Argentina, Bolivia, Chile, Afghanistan, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Mongolia, Nepal, Pakistan, Tajikistan, Turkmenistan, Uzbekistan, Iraq, Kuwait, Lebanon, Qatar, United Arab Emirates, Dominica, Dominican Republic, Guatemala, Cambodia, Laos, Macau

Quantity: 1   Change country: United States    ZIP Code: 60440   Get Rates

| Shipping and handling | To | Service | Delivery* |
| --- | --- | --- | --- |
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Oct. 28** and **Tue. Nov. 17** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
| --- |
| Will usually ship within 1 business day of receiving cleared payment. |

| Taxes |
| --- |
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
| --- | --- |
| 60 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods



### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

Sponsored items based on your recent views  1/4          Feedback on our suggestions

Feedback



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄              🔔    🛒



**ebay**    Shop by category ⌄    🔍 Search for anything              All Categories ⌄    **Search**    Advanced

Home  ›  Community  ›  Feedback forum  ›  Feedback profile

## Feedback profile

**ebay** MONEY BACK GUARANTEE



**motorbike** (1140 ★) 📋 ⓘ

**Positive Feedback (last 12 months): 98.7%** ⓘ

Member since: Apr-15-19 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

**Learn more**

### Member Quick Links

**Contact member**

**View items for sale**

**View seller's Store**

### Feedback ratings ⓘ



|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 74 | 548 | 1009 |
| ⊕ | Neutral | 0 | 7 | 15 |
| ➖ | Negative | 1 | 9 | 14 |

### Detailed seller ratings ⓘ



Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (948) | ★★★★★ (993) |
| Shipping speed | Communication |
| ★★★★★ (938) | ★★★★★ (952) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

14 Feedback received (viewing 1-14)                    Revised Feedback: 9 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ              Rating type:    Period:

🔍 e.g. Vintage 1970's Gibson Guitars              Negative (14) ⌄    12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Order incomplete My car have two air intakes not one and I only received one cov** <br> Carbon Fiber Style Stainless Steel Car Cold Air Intake Filter Cover Heat Shield <br> (#223979017495) | Buyer: l***o (18 ★) <br> US $32.30 | Past month <br> **Reciprocal feedback** |
| ➖ **PACKAGE ARRIVED DAMAGED. ONE OF THE CAMERAS IS NOT WORKING.** <br> Car Rear View Reverse Backup Night Vision Camera Parking HD 170° Wide Angle CCD <br> (#224081154942) | Buyer: c***8 (13 ★) <br> US $30.40 | Past 6 months <br> **Reciprocal feedback** |
| ➖ **Seller seems to be a Scammer, NOT HONEST! I Never got my order since July.** <br> Android 7in FHD 1080P Car Dual Lens DVR Camera Recorder Video Dash Cam GPS Navi <br> (#224022350482) | Buyer: r***_ (34 ★) <br> US $141.20 (Best offer was accepted) | Past 6 months <br> **Reciprocal feedback** |
| ➖ **Missing pieces to my part** <br> Carbon Fiber Style Stainless Steel Car Cold Air Intake Filter Cover Heat Shield <br> (#223979017495) | Buyer: s***6 (10 ★) <br> US $32.30 | Past 6 months <br> **Reciprocal feedback** |
| ➖ **Set me the wrong product** <br> 120x46cm Car Retractable Front/Rear Window Car Windshield Sun Shade Visor Cover <br> (#223540248236) | Buyer: 1***s (408 ✦) <br> US $22.55 | Past 6 months <br> **Reciprocal feedback** |

ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old.

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Had radio installed in car, and the radio does not come on.** <br> 2Din 6.2" Bluetooth Car DVD Player HD Touch GPS Sat Navi Stereo Radio Receiver <br> (#223825508338) | Buyer: b***r (12 ★) <br> US $202.37 | Past 6 months <br> **Reciprocal feedback** |
| ➖ **Bad quality** <br> 4x16mm Flat Sensor LED Display Car Parking Reverse Backup Radar Monitor Detector <br> (#223941676253) | Buyer: c***h (599 ★) <br> US $25.96 | Past 6 months <br> **Reciprocal feedback** |
| ➖ **These mirrors are plastic!! Not billet aluminum!!** <br> 2Pcs Billet Aluminum Universal Rear Side Rearview Mirrors For Motorcycle Bike <br> (#223714553470) | Buyer: o***j (83 ★) <br> US $35.56 | Past 6 months <br> **Reciprocal feedback** |
| ➖ **I did not receive it** <br> Car Accessories Carbon Fiber Door Sill Scuff Cover Anti-Scratch Reflective Strip <br> (#223954687031) | Buyer: h***t (273 ★) <br> US $11.60 | Past 6 months <br> **Reciprocal feedback** |
| ➖ **Started the return process to get the refund but it cost me for the shipping.** <br> Universal 4Pcs Black EVA Plastic Car Mud Flaps Splash Guard Fender Mudguards <br> (#223740207335) | Buyer: d***g (3323 ★) <br> US $13.20 | Past year <br> **Reciprocal feedback** |
| ➖ **Not what is shown in the picture at all** <br> Carbon Fiber Auto Rear Wing Lip Spoiler Tail Car Trunk Roof Trim Sticker Decor <br> (#223864037178) | Buyer: 2***n (35 ★) <br> US $10.58 | Past year <br> **Reciprocal feedback** |



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

**moto-car** (1140 ⭐)
98.7% positive feedback

🔖 Save

Car and motorcycle accessories supply

📄 Items for sale    🏪 Visit store    ✉ Contact

**Feedback ratings** ⓘ

| | | | |
|---|---|---|---|
| ⭐⭐⭐⭐⭐ | 948 | Item as described | |
| ⭐⭐⭐⭐⭐ | 952 | Communication | |
| ⭐⭐⭐⭐⭐ | 938 | Shipping time | |
| ⭐⭐⭐⭐⭐ | 993 | Shipping charges | |

⊕ **1,009** Positive    ⊝ **15** Neutral    ⊖ **14** Negative

⊕ Good stuff, thx!
Sep 28, 2020

See all feedback

Feedback from the last 12 months

● ○ ○ ○ ○

115 Followers | 0 Reviews | Member since: **Apr 15, 2019** | 📍 China

## Items for sale (1111)

See all items









2x Front Car Se...
US $24.82    14h left

2Pcs Polyester ...
US $24.82    14h left

1Pair Polyester...
US $24.82    14h left

63mm Car Stainl...
US $31.40    15h left

12"x3.35" Car I...
US $18.80    15h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › moto-car

# moto-car

115 followers | moto-car (1140 ★) 98.7%

Save this seller

**Category**

**All**

Other

**All Listings** | Auction | Buy It Now    Time: ending soonest

1-48 of 1,103 Results

2x Front Car Seat Cover 3D Skull Printing Universal Polyester Fiber Seat Cushion

$24.82
Was: ~~$27.58~~
Free shipping
or Best Offer

Top Rated Plus
From China

2Pcs Polyester 3D Skull Printing One-Piece Bucket Car Front Seat Cover Cushions

$24.82
Was: ~~$27.58~~
Free shipping
or Best Offer

Top Rated Plus
From China

1Pair Polyester Fiber 3D Skull Printing Front Car Seat Cover Cushions Protectors

$24.82
Was: ~~$27.58~~
Free shipping
or Best Offer

From China

63mm Car Stainless Steel 1 To 2 Dual Exhaust Tip Muffler Tail Pipe Square Chrome

$31.40
Was: ~~$34.89~~
Free shipping
or Best Offer

From China

12"x3.35" Car Interior Clip-On Wide Angle Curve Convex Rear View Rearview Mirror

$18.80
Was: ~~$20.89~~
Free shipping
or Best Offer

From China

Carbon Fiber Look Car Dashboard Mount Phone Holder Silicone Non-slip Mat Pad

$21.27
Was: ~~$23.63~~
Free shipping
or Best Offer
14 watching

Top Rated Plus
From China

4PCS 6.5" Car Speaker Ring Bass Door Trim Sound Insulation Foam Accessories

$22.55
Was: ~~$25.05~~
Free shipping
or Best Offer
38 watching

From China

Black PU Leather Armrest Box Holder Arm Rest Pad For Car Seat Center Console Gap

$50.90
Was: ~~$56.56~~
Free shipping
or Best Offer

From China

Car Dashboard Silicone Anti-Slip Pad Holder Mount For 3-7" Cell Phone Tablet GPS

$21.27
Was: ~~$23.63~~
Free shipping
or Best Offer

From China

Car Armrest Storage Box Seat Gap Organizer Black PU Leather Elbow Rest Support

$50.90
Was: ~~$56.56~~

From China

Free shipping
or Best Offer



Car Blind Spot Detection Safety Monitoring System Rear View 4Sensors Ultrasonic

$98.90
Was: $109.89
Free shipping
or Best Offer

⭐ Top Rated Plus
From China



2x1.5M Car Wheel Eyebrow Arch Trim Fender Flares Protector Strip Widening 6.5cm

$57.50
Was: $63.89
Free shipping
or Best Offer
10 watching

From China



Motorcycle Spring Shock Absorber 7" Round Hook C Spanner Wrench Tool Adjustable

$18.87
Was: $20.97
Free shipping
or Best Offer
47 watching

From China



2Pcs 6.5x150CM Rubber Car Fender Flares Wheel Well Arch Cover Carbon Fibre Look

$57.50
Was: $63.89
Free shipping
or Best Offer

From China



2-piece Polyester Fabric T-shirt Design Car Front Seat Cover Cushion Washable

$29.85
Was: $33.17
Free shipping
or Best Offer

From China



Black/Gray Polyester T-shirt Vest-style Car 2-Front Seat Cover Protector Cushion

$29.85
Was: $33.17
Free shipping
or Best Offer

From China



1pair Car Body Side Door Vinyl Decal Sticker Black Flame Graphics Racing Stripes

$21.42
Was: $23.80
Free shipping
or Best Offer
39 watching

From China



10M L-Shape Double Layer Rubber Seal Sealing Strip For Car Door Trunk Hood Edge

$23.43
Was: $26.03
Free shipping
or Best Offer

⭐ Top Rated Plus
From China



L-Shape Rubber Seal Strip Car Door Trunk Hood Trim Edge Moulding Weatherstrip

$23.43
Was: $26.03
Free shipping
or Best Offer

⭐ Top Rated Plus
From China



Universal 2Pc Car Body Side Door Vinyl Scratch Decal Black Flame Styling Sticker

$21.42
Was: $23.80
Free shipping
or Best Offer

From China



M3/M5 Motorcycle Armrest Rear Shelf Tail Luggage Rack Black Hollow Core Tube

$62.00
Was: $68.89
Free shipping
or Best Offer

From China



Universal Car CD Slot Phone Stand Holder Quick Release One-button Mount Cradle

$11.84
Was: $13.16
Free shipping
or Best Offer

From China



Motorcycle Rear Seat Extension Bracket Luggage Rack Tool Box Armrest Tail Shelf

$62.00
Was: $68.89
Free shipping
or Best Offer

From China

10/5/2020

76 watching


**Black Car Steering Wheel Quick Release Hub Racing Adapter Snap Off Boss Kits**
$32.76
Was: $36.40
Free shipping
or Best Offer

From China


**Racing 6-Hole Steering Wheel Ball Quick Release Hub Adapter Snap Off Boss Kits**
$32.76
Was: $36.40
Free shipping
or Best Offer

From China


**Universal Racing Car Quick Release Snap Off Steering Wheel Hub Adapter Accessory**
$32.76
Was: $36.40
Free shipping
or Best Offer
6 watching

From China


**250x Rubber Grommet Firewall Hole Plug Set Electrical Wire Gasket Assortment Kit**
$31.37
Was: $34.85
Free shipping
or Best Offer

🏅 Top Rated Plus
From China


**Silver 330mm CNC Aluminum Front Fork Steering Damper Stabilizer Linear Reversed**
$41.45
Was: $46.05
Free shipping
or Best Offer

From China


**1080P Full HD Car DVR Dash Camera Video 170° Wide Angle Night Vision Recorder**
$25.96
Was: $28.84
Free shipping
or Best Offer

🏅 Top Rated Plus
From China


**Motorcycle 33cm Anti-oxidation Aluminum Steering Damper Stabilizer Accessories**
$41.45
Was: $46.05
Free shipping
or Best Offer

From China


**2Pcs Water Hose Clamp Pliers Set Swivel Jaw Self-Locking Automotive Hand Tools**
$27.59
Was: $30.65
Free shipping
or Best Offer

🏅 Top Rated Plus
From China


**57Pcs Car Wire Harness Plug Connector Pins Terminals Repair Removal Key Tool Set**
$16.25
Was: $18.05
Free shipping
or Best Offer

🏅 Top Rated Plus
From China


**Universal 3Pcs PU leather Car 5-Seat Full Set Front+Rear Seat Cushion Cover Set**
$56.57
Was: $62.85
Free shipping
or Best Offer

🏅 Top Rated Plus
From China


**2Pcs Black Car Side Window Screen UV Protection Sun Shades Curtains w/Track Kit**
$21.29
Was: $23.65
Free shipping
or Best Offer

🏅 Top Rated Plus
From China


**Universal 2Pcs Track Interlock UV Sun Shade Side Window Curtain Car Accessories**
$21.29
Was: $23.65
Free shipping
or Best Offer

From China


**XL Size Motorcycle Seat Cover TPU Film Cushion Protector Mat Waterproof Anti-UV**
$14.30
Was: $15.89
Free shipping
or Best Offer

🏅 Top Rated Plus
From China


**Waterproof Sunscreen TPU Film Seat Cover Cushion Motorcycle Scooter Universal**



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Bag Black | All Categories | Search | Advanced

Include description

Items for sale from **moto-car** (1140 ) | Save this seller | Show results from all sellers

**Categories**
Clothing, Shoes & Accessories
Men's Bags
See all categories

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (14)

**Price**
$ to $

**Item Location** see all
- Default
- Within 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**
moto-car (1140 )
Feedback rating: 1,140
Positive Feedback: 98.7%
Member since Apr-15-19 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
moto-car

All Listings | Auction | Buy It Now    Sort: Best Match    View:

14 results for **Bag Black**    Save this search

Rider Motorcycle Drop Leg Bag Black Polyester Travel Outdoor Sports Waist Pack
Brand New
**$38.42**
Was: ~~$42.69~~
or Best Offer
**Free Shipping**
**Free Returns**
**10% off**
Watch
From China
Top Rated Plus

Black Drop Leg Bag Waist Belt Pack Waterproof Outdoor Hip Storage Pouch Travel
Brand New
**$38.42**
Was: ~~$42.69~~
or Best Offer
**Free Shipping**
**31 Watching**
**10% off**
Watch
From China

Universal Black Travel Drop Belt Pouch Hip Ride Leg Bag Waterproof Waist Pack
Brand New
**$38.42**
Was: ~~$42.69~~
or Best Offer
**Free Shipping**
**10% off**
Watch
From China

Black Waterproof Waist Thigh Hip Pack Motorcycle Rider Travel Hiking Leg Bag
Brand New
**$38.42**
Was: ~~$42.69~~
or Best Offer
**Free Shipping**
**Free Returns**
**10% off**
Watch
From China
Top Rated Plus

Polyester Multi-functional Black Drop Leg Bag Waist Pack Luggage Storage Pouch
Brand New
**$38.42**
Was: ~~$42.69~~
or Best Offer
**Free Shipping**
**10% off**
Watch
From China

Black PU Leather Multi-Pocket Car Rear Row Seat Back Organizer Storage Bag Box
Brand New
**$39.50**
Was: ~~$43.89~~
or Best Offer
**Free Shipping**
**Free Returns**
**10% off**
Watch
From China
Top Rated Plus

Universal Black Magnetic Motorcycle Fuel Tank Shoulder Sling Bag Phone Holder
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

### Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States

Change

---

### Review item and shipping

Seller: moto-car    Edit message
Message:    Item Id: 223695554524 Buyer's Vehicle: KTM



Rider Motorcycle Drop Leg Bag Black Polyester Travel Outdoor Sports Waist Pack

**$38.42**
$42.69

Quantity    1 ▾

**Delivery**
Est. delivery: Oct 28 – Nov 17
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

---

### Gift cards, coupons, eBay Bucks

Enter code:            Apply

---

### Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount    None ▾

---

| | |
|---|---|
| Subtotal (1 item) | $38.42 |
| Shipping | Free |
| Tax* | $2.40 |

**Order total**    **$40.82**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ▾    My eBay ▾



| Shop by category ▾ | Search for anything | All Categories ▾ | **Search** |

‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers    |    Add to Watchlist

### People who viewed this item also viewed


**US Ship Short Brake Clutch...**
$25.99
~~$30.99~~
+ $2.00 shipping


**Short Adjust Brake Clutch...**
$20.39
~~$39.99~~
+ $2.00 shipping


**For KTM 690 Duke/SMC/SM...**
$25.99
+ $5.00 shipping


**Short CNC Brake Clutch Levers fo...**
$20.23
~~$22.99~~
+ $0.80 shipping


**For KTM 690 Duke R 2014-2017 201...**
$29.99
Free shipping

---

 Check if this part fits your vehicle    **Select Vehicle**

🏷 **SAVE UP TO 11%**    See eligible items ►





### CNC Brake Clutch For KTM 690 Duke/SMC/SMCR/ Enduro R 2014-2017 Long Adjust Lever

| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 01d 11h 01m |
| Color: | - Select - ▾ |
| Quantity: | 1    5 available |

Price: **US $31.13**
~~US $34.98~~ (11% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping** · **30-day returns** · **Longtime member**

| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |

International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou City, Guangdong Province, China
Ships to: Worldwide   See exclusions

| Delivery: | Estimated between **Wed. Oct. 28 and Tue. Nov. 17** |

Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

| Payments: | PayPal  VISA  MasterCard  AMEX  Discover |

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | 30 day Buyer pays for return shipping | See details |

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
moto-decal (6009 ⭐)
99% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

### Sponsored items from this seller 1/2

Feedback on our suggestions


CNC Brake And Clutch For Yamaha YZF R1 1999 2000...
$27.57
~~$30.98~~
Free shipping


CNC Brake Clutch For Aprilia TUONO V4 1100 R...
$32.02
~~$35.98~~
Free shipping


3D Anti-Slip Brake Clutch For Honda CBR 600...
$31.13
~~$34.98~~
Free shipping


CNC Front Footplate For TMAX TMAX530 XP530...
$84.58
~~$89.98~~
Free shipping


Raised 3D Chrome For Burgman AN125/200/400...
$16.98
Free shipping


Real Carbon Fiber For Yamaha YZF R6 2010-2...
$50.58
Free shipping

Feedback ✍

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on  Sep 28, 2020 21:08:17 PDT  View all revisions

eBay item number:  **124147925416**

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 11 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2018 | KTM | 690 | Enduro R |
| | 2017 | KTM | 690 | Duke |
| | 2017 | KTM | 690 | Enduro R |
| | 2016 | KTM | 690 | Duke |
| | 2016 | KTM | 690 | Enduro R |
| | 2015 | KTM | 690 | Duke |
| | 2015 | KTM | 690 | Enduro R |
| | 2014 | KTM | 690 | Duke |
| | 2014 | KTM | 690 | Enduro R |
| | 2018 | KTM | 1090 | Adventure R |
| | 2017 | KTM | 1090 | Adventure R |

Portions of the information contained in this table have been provided by moto-decal

### Item specifics

| Condition: | New | Handle Bars, Levers & Mirror Part Type: | Levers |
|---|---|---|---|
| Country/Region of Manufacture: | China | Surface Finish: | CNC Anodized Coating |
| Placement on Vehicle: | Left, Right | Manufacturer Part Number: | Does Not Apply |
| Brand: | moto-decal | | |

Feedback

# Description:

**Add Some Bling To Your lovely Motor, catching everybody's eye on the road .**

Material: CNC brake and clutch lever from T6061-T6 billet Aluminum

Easy installation - No extra parts needed, direct bolt on.

**Lever Color: As your choice**

**Adjusters Color: All levers with Black Adjusters .**

**Besides Gold ,Red ,Green,Blue and Orange Adjusters Available too ,Pls tell us the adjuster's color by note or message , thanks !**

6 Position Lever Adjustment stainless steel fasteners .

Quantity:  **1 pair  (Left & Right)**

Fitment: **KTM 690 Duke/SMC/SMCR (2014-2017) .**

**It also can fit these models /years ,**

> **KTM 690 Enduro R  (2014-2018)**
>
> **KTM ADVENTURE 1050 ( 2016 )**
>
> **KTM 1090 Adventure/R (2017-2018**) .

**These lever heads in the photos are for example only, the ones we send will differ depending on your order !**

**Other colors and models available** , please check our other listing or contact us, thanks !

# Payments :

We accept Paypal only, and only Ship to the Confirmed address provided by paypal. Before you pay, please make sure your address in ebay is same as the address you would like us to ship to.

# Tax and Duty Fees :

**Your country may charge additional taxes or duties on your order when it enters your country. You are responsible for paying any additional charges.**

# Shipping:

1. Handling time: 1-2 working days .

2. It will be delayed a few days if it catches Chinese Traditional Festival .your understanding is appreciated.

3. Shipping by registered International Airmail parcel, Delivery time : United States / United Kingdom / Australia 7-13 days,Canada /France 7-15 days, Most European country 15-30 days.The estimated Time of South America and some remote areas probably takes  3-7 weeks due to strictly custom inspection.

4. Tracking number will be provided.

# Contact Us :

If you have suffer from following issue please contact us first ! Your aren't satisfaction with quality of the item . The item arrives in damaged or defective condition. Your don't receive the item. or get a wrong item.

# Feedback :

We appreciate your positive feedback Once we receive the feedback，we will do the same for you，No hasty negative feedbacks，please !



**SAVE UP TO 11%**  See all eligible items ▸
Save up to 11.0% lever
Marked down item price reflects all savings. Items provided by moto-decal

**All promotional offers from moto-decal**



See all

    

CNC Brake Clutch Triumph Scrambler 1200 XC/SPEED TWIN 1200cc 2019 Long Lever

CNC Brake Clutch For Triumph BONNEVILLE /SE/T100 2006-2015 Long Adjust Lever

CNC Brake Clutch For Triumph Bonneville T120 / T100 2016-2019 Long Adjust Lever

CNC Handle Bar End 7/8" For YAMAHA YZF R1/R3/R6 1999-2019 Lever Protect Guard

CNC Brake Clutch For Suzuki HAYABUSA/GSXR1300 2008-2020 Folding Extending Lever

| Was: US $34.98 | Was: US $34.98 | Was: US $38.98 | Was: US $37.98 | Was: US $40.98 |
| Now: US $31.13 | Now: US $31.13 | Now: US $34.69 | Now: US $33.80 | Now: US $36.47 |

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions/Learn about pricing

You can change quantities in your cart.

## Sponsored items based on your recent views  1/4

Feedback on our suggestions

     

Front Rear Brake Clutch Reservoir Cover For KTM...
$28.15
$31.99
+ $2.50 shipping
Seller 991% positive

Engine Oil Filter Cover For KTM DUKE 200 250 390 R...
$8.79
$9.99
+ $2.50 shipping
Seller 991% positive

Folding Extendable Brake Clutch Levers For KTM...
$30.79
$34.99
+ $2.50 shipping
Seller 991% positive

2pc 7/8" Handlebar Brake Clutch Lever Guard...
$15.99
$18.32
Free shipping
Seller 100% positive

7/8" Brake Clutch Lever Guard Protect For KTM...
$15.97
$17.94
Free shipping
Last one

CNC 3D Short/Long Camber Brake Clutch Lev...
$29.99
Free shipping
New

## Explore more sponsored options: Brand

### KTM                    More



Motorcycle Handlebar Brake Clutch Levers For...
$26.26
Free shipping

Motorcycle Foldy Extend Brake Clutch Levers For...
$26.39
$29.00
Free shipping

### FXCNC                  More



For Honda CRF230F 2003-2017 CNC...
$35.99
$39.99
Free shipping
Last one

3D Fold Extend Brake Clutch Levers For KTM...
$39.99
$44.43
Free shipping

### Yamaha



For Yamaha YZF R6/R1/R3/R25/125...
$27.23
$41.25
+ $2.00 shipping

Back to search results

Return to top

More to explore :   Motorcycle Brake Levers for 2017 KTM 690,   Motorcycle KTM Duke 690s,   Motorcycle Brake Levers for KTM 690,   Brake Pads for 2014 KTM 690,
Motorcycle Handlebars, Grips & Levers for 2017 KTM 690,   Clutch Master Cylinders for KTM 690,   Motorcycle Handlebars, Grips & Levers for KTM 690,
Unbranded Motorcycle Shift Levers for KTM 690,   Motorcycle Foot Levers Pads for KTM 690,   Complete Motorcycle Clutches & Kits for KTM 690

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED


Feedback

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒



Shop by category ⌄

Search for anything    |    All Categories ⌄    |    **Search**

⟨    Back to search results  |  Listed in category:   eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Handlebars, Grips & Levers  ›  Other Handlebars & Levers

✉ f 𝕏 📌  |  Add to Watchlist

### People who viewed this item also viewed



US Ship Short Brake Clutch...
$25.99
~~$30.99~~
+ $2.00 shipping



Short Adjust Brake Clutch...
$20.39
~~$39.99~~
+ $2.00 shipping



For KTM 690 Duke/SMC/SM...
$25.99
+ $5.00 shipping



Short CNC Brake Clutch Levers fo...
$20.23
~~$22.99~~
+ $0.80 shipping



For KTM 690 Duke R 2014-2017 201...
$29.99
Free shipping

---

ⓘ Check if this part fits your vehicle    |    Select Vehicle

🏷 **SAVE UP TO 11%**  See all eligible items ▶





⟨        ⟩

💲 Have one to sell?    Sell now

## CNC Brake Clutch For KTM 690 Duke/SMC/SMCR/ Enduro R 2014-2017 Long Adjust Lever

| | |
|---|---|
| **Condition:** | New |
| **Compatibility:** | See compatible vehicles |
| **Sale ends in:** | 01d 11h 01m |
| **Color:** | - Select - ⌄ |
| **Quantity:** | 1    5 available |

**Price:** US **$31.13**
~~US $34.98~~ (11% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping**    30-day returns    Longtime member

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou City, Guangdong Province, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | ★ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** |
| | Please note the delivery estimate is **greater than 13 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA ▉ ▉ ▉ |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
moto-decal (6009 ★)
99.1% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

### Sponsored items from this seller 1/2

Feedback on our suggestions



CNC Brake And Clutch For Yamaha YZF R1 1999 2000...
$27.57
~~$30.98~~
Free shipping



CNC Brake Clutch For Aprilia TUONO V4 1100 R...
$32.02
~~$35.98~~
Free shipping



3D Anti-Slip Brake Clutch For Honda CBR 600...
$31.13
~~$34.98~~
Free shipping



CNC Front Footplate For TMAX TMAX530 XP530...
$84.58
~~$89.98~~
Free shipping



Raised 3D Chrome For Burgman AN125/200/400...
$16.98
Free shipping



Real Carbon Fiber For Yamaha YZF R6 2010-2...
$50.58
Free shipping

Feedback ✎

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: Guangzhou City, Guangdong Province, China

Shipping to: Worldwide

Excludes: Africa, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Laos, Macau, Philippines, Taiwan, Bermuda, Greenland, Saint Pierre and Miquelon, Argentina, Bolivia, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Gibraltar, Guernsey, Jersey, Macedonia, Moldova, Montenegro, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kyrgyzstan, Maldives, Mongolia, Nepal, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Lebanon, Oman, Qatar, Saudi Arabia, United Arab Emirates, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.)

Quantity: 1     Change country: United States ▾     ZIP Code: 60106     Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| Free shipping | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Oct. 28** and **Tue. Nov. 17** |
| US $24.50 | US $5.00 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Wed. Oct. 14** and **Wed. Oct. 21** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

| Payment methods |
|---|
| PayPal  VISA  MasterCard  American Express  Discover |

### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

## 🔖 SAVE UP TO 11%   See all eligible items ▶

Save up to 11.0% lever
Marked down item price reflects all savings. Items provided by moto-decal    **All promotional offers from moto-decal**



**CNC Brake Clutch Triumph Scrambler 1200 XC/SPEED TWIN 1200cc 2019 Long Lever**
Was:  ~~US $34.98~~
**Now:**  **US $31.13**



**CNC Brake Clutch For Triumph BONNEVILLE /SE/T100 2006-2015 Long Adjust Lever**
Was:  ~~US $34.98~~
**Now:**  **US $31.13**

**CNC Brake Clutch For Triumph Bonneville T120 / T100 2016-2019 Long Adjust Lever**
Was:  ~~US $38.98~~
**Now:**  **US $34.69**

**CNC Handle Bar End 7/8" For YAMAHA YZF R1/R3/R6 1999-2019 Lever Protect Guard**
Was:  ~~US $37.98~~
**Now:**  **US $33.80**



**CNC Brake Clutch For Suzuki HAYABUSA/GSXR1300 2008-2020 Folding Extending Lever**
Was:  ~~US $40.98~~
**Now:**  **US $36.47**

➕ See all

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions/Learn about pricing

You can change quantities in your

 Feedback

---

Sponsored items based on your recent views 1/4     Feedback on our suggestions





Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    Search for anything    All Categories ⌄    **Search**    Advanced

Home > Community > Feedback forum > Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE



moto-decal (6009 ⭐)

**Positive Feedback (last 12 months): 99.1%** ⓘ

Member since: Mar-27-04 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

### Member Quick Links

Contact member

View items for sale

View seller's Store

### Feedback ratings ⓘ

| | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 75 | 519 | 894 |
| ◉ | Neutral | 2 | 8 | 11 |
| ➖ | Negative | 1 | 5 | 8 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (795) | ⭐⭐⭐⭐⭐ (827) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (793) | ⭐⭐⭐⭐⭐ (790) |



**All received Feedback**    Received as buyer    Received as seller    Left for others

8 Feedback received (viewing 1-8)                                    Revised Feedback: 9 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ          Rating type:          Period:

e.g. Vintage 1970's Gibson Guitars 🔍          Negative (8) ⌄          12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Disappointed, connectors doesn't match my RC390 as advertised, doesn't worth it**<br>Turn Signals Light For KTM 200/390/690/1050/1290 Duke RC125/200/390 2010-2019<br>(#124024874438) | Buyer: c***c (535⭐)<br>US $38.52 | Past month<br>Reciprocal feedback |
| ➖ **Item did not arrive with lightbulbs and packaging was poor, will not buy again**<br>Front Turn Signals Light Lens Cover For Kawasaki Ninja ZX14R/ZX10R/ZX6R/636/650R<br>(#123756609351) | Buyer: s***d (11⭐)<br>US $32.98 | Past 6 months<br>Reciprocal feedback |
| ➖ **Taillight received broken! Signals don't fit well. Want my Money back !!**<br>Integrated LED Tail Light For Aprilia RSV1000/RSV4R 2005-2008 Brake Turn Signals<br>(#123849887743) | Buyer: 2***3 (7)<br>US $51.28 | Past 6 months<br>Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **NOT made from real carbon! Too small. It's plastic badges with carbon effect.**<br>Real Carbon Fiber Fit Ninja ZX-6R ZX-10R ZZR600 Z750 Petrol Fuel Cover 3D Decal<br>(#124019638227) | Buyer: y***n (490⭐)<br>GBP 11.98 | Past 6 months<br>Reciprocal feedback |
| ➖ **DON'T PURCHASE HERE AS YOU WILL GET A MASSIVE CUSTOMS CHARGE OF 100%**<br>New Real Carbon Fiber For ZZR1400 Emblem Decal Raised 3D Tank Fairing Sticker<br>(#122602601047) | Buyer: g***i (private)<br>GBP 14.58 | Past 6 months<br>Reciprocal feedback |
| Follow-up by g***i. Left within past 6 months.<br>DO NOT TRUST THIS SELLER LIES LIES & MORE LIES SHOULD BE BANNED FROM EBAY 4 GOOD | | |
| ➖ **Doesn't fit grom don't buy for grom**<br>Real Carbon Fiber For CB500 /CB300F/ CBR 500R/300R Grom Fuel Gas Cover 3D Decal<br>(#123856094990) | Buyer: i***e (721⭐)<br>US $14.98 | Past year<br>Reciprocal feedback |
| ➖ **A+++**<br>CNC Handle Bar End 7/8" For Aprilia RSV Mille/R/RSV4/R/RF/RR/RXV450 Lever Guard<br>(#123733566097) | Buyer: u***l (37⭐)<br>US $37.98 | Past year<br>Reciprocal feedback |
| ➖ **Cant fit to the bike...**<br>CNC 3D Handle Bar End 7/8" For BMW S1000R/S1000RR/S1000XR/C600/C650 Lever<br>Guard (#123733555166) | Buyer: i***s (66⭐)<br>US $36.08 | Past year<br>Reciprocal feedback |

Page 1 of 1          ← 1 →

**Member Quick Links**          Contact member          **Suggested Next**          Leave Feedback
                                 View items for sale                                Reply to received Feedback
                                 View seller's Store                                Follow up to given Feedback

ebay

Shop by category

Search for anything

All Categories

Search

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

**moto-decal** (6009★)
99.1% positive feedback

🔒 Items for sale    📖 Visit store    ✉ Contact

Based in China, moto-decal has been an eBay member since Mar 27, 2014

♡ Save

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 795 | Item as described | |
| ★★★★★ 790 | Communication | |
| ★★★★★ 793 | Shipping time | |
| ★★★★★ 827 | Shipping charges | |

See all feedback

➕ **894** Positive    ⚫ **11** Neutral    ➖ **8** Negative

➕ one turn signal blinks faster than the other
Oct 05, 2020

Feedback from the last 12 months

● ● ● ● ●

216 **Followers** | 0 **Reviews** | Member since: **Mar 27, 2014** | 📍 China

## Items for sale(5663)

See all items

CNC Brake Clutc...
US $31.48          2h left

CNC Brake Clutc...
US $31.48          2h left

CNC Brake Clutc...
US $31.48          2h left

CNC Brake Clutc...
US $31.48          2h left

CNC Brake Clutc...
US $31.48          2h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✓ Norton
SECURED

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄    | 🔍 Search this Store | This Store ⌄ | **Search** | Advanced

eBay › eBay Stores › moto-decal



## moto-decal

216 followers | moto-decal (6009 ⭐) 99.1%

♡ Save this seller

### Category

**All**

Decal/Sticker

Real Carbon Fiber Decal

Handle Bars, Levers, Mirrors

Lighting & Indicators

Yamaha TMAX Parts

Honda MSX125 Grom Parts

Gas / Fuel Caps

Grips

Mirrors

Swingarm Spools-Sliders

Windscreens

Engine Stator Coil

Lowering Links

Other

**All Listings** | Auction | Buy It Now

1-48 of 1,238 Results

Best Match ⌄    ⊞ ⌄



**CNC Brake Clutch For KTM 690 Duke/SMC/SMCR/ Enduro R 2014-2017 Long Adjust Lever**
$31.13
Was: $34.98
Free shipping

From China
Brand: moto-decal



**CNC Brake Clutch For Triumph BONNEVILLE /SE/T100 2006-2015 Long Adjust Lever**
$31.13
Was: $34.98
Free shipping

From China
Brand: moto-decal



**Turn Signals Light For KTM 200/390/690/1050/1290 Duke RC125/200/390 2010-2019**
$40.98
Free shipping
56 sold

From China
Brand: moto-decal



**CNC Brake Clutch For BMW R1200R / R1200GS Adventure 2006-2013 Long Adjust Lever**
$31.48
Was: $34.98
Free shipping

From China
Brand: moto-decal



**CNC 3D Handle Bar End 7/8" For KTM 690 SM/SMC/SMCR/Duke/R/Enduro R Lever Guard**
$29.35
Was: $32.98
Free shipping

From China
Brand: moto-decal



**CNC Brake Clutch For Triumph STREET CUP/ Scrambler 2017-2018 Short Adjust Lever**
$31.48
Was: $34.98
Free shipping

From China
Brand: moto-decal



**3D Anti-Slip CNC Brake Clutch For Ducati MONSTER 1200/S/R 2014-2018 short Lever**
$33.28
Was: $36.98
Free shipping

From China
Brand: moto-decal



**CNC Brake Clutch For KTM 1090 Adventure/R 690 Enduro R 2017-2018 Short Lever**
$34.69
Was: $38.98
Free shipping

From China
Brand: moto-decal



**3D Anti-Slip CNC Brake Clutch For BMW K1300 S/R/GT 2009-2016 Adjust Long Lever**
$31.13
Was: $34.98
Free shipping

From China
Brand: moto-decal



**CNC Brake Clutch For KTM Super Adventure 1290 S/T/R 2015-2018 2017 Folding Lever**
$35.98
Was: $39.98
Free shipping

From China
Brand: moto-decal



CNC Brake Clutch For KTM 1290 Super Duke R/GT 2014-2018 Folding Extending Lever

$36.88
Was: $40.98
Free shipping

From China
Brand: moto-decal



CNC Brake Clutch For Yamaha YZF-R6 R6 2017-2019 Folding Stretch Adjust Lever

$35.98
Was: $39.98
Free shipping

From China
Brand: moto-decal



CNC Brake Clutch For BMW R1200GS Adventure 2014-2018 Adjustable Short Lever

$31.48
Was: $34.98
Free shipping

From China
Brand: moto-decal



Front Turn Signals Light Lens Cover For Kawasaki Ninja ZX14R/ZX10R/ZX6R/636/650R

$32.98
Free shipping
33 sold

From China
Brand: moto-decal



CNC Brake Clutch For Ducati 821 MONSTER/Dark/Stripe 2014-2019 2018 Short Lever

$31.48
Was: $34.98
Free shipping

From China
Brand: moto-decal



CNC Brake And Clutch For Yamaha YZF R1 1999 2000 2001 Adjustable Long Lever

$27.57
Was: $30.98
Free shipping

From China
Brand: moto-decal



CNC Brake Clutch For Husqvarna 701 Supermoto/Enduro Svartpilen 2019 Long Lever

$29.35
Was: $32.98
Free shipping

From China
Brand: moto-decal



CNC Brake Clutch For Kawasaki Ninja ZX10R/RR/KRT/SE 2016-2020 2019 Short Lever

$31.48
Was: $34.98
Free shipping

From China
Brand: moto-decal



CNC Brake Clutch For Honda CBR1100XX/BLACKBIRD 1997-2007 2006 Long Adjust Lever

$31.48
Was: $34.98
Free shipping

From China
Brand: moto-decal



CNC Brake Clutch For Suzuki VSTROM 250/GSX250R 2018-2020 Folding Stretch Lever

$36.88
Was: $40.98
Free shipping

From China
Brand: moto-decal



CNC 7/8" Handle Bar End For KTM Super Adventure 1290 S/T Lever Protect 3D Guard

$35.08
Was: $38.98
Free shipping

From China
Brand: moto-decal



CNC Brake Clutch Buell 1125R 2008-2009/ 1125CR 2009 Folding Stretch Adjust Lever

$35.98
Was: $39.98
Free shipping

From China
Brand: moto-decal

CNC Brake Clutch For Triumph STREET TWIN/BONNEVILLE T120/T100 2016-19 Long Lever

$34.69
Was: $38.98
Free shipping

From China
Brand: moto-decal

CNC 3D Handle Bar End 7/8" For KTM RC125/125 /1290 Super Duke S/T/R Lever Guard

$34.18
Was: $37.98
Free shipping

From China
Brand: moto-decal


3D Anti-Slip CNC Brake Clutch For BMW S1000R/S1000RR 2015-2019 Long Adjust Lever
$33.28
Was: $36.98
Free shipping

From China
Brand: moto-decal


CNC Brake Clutch For Ducati SUPER SPORT/S 2017 2018 2019 Long Adjustable Lever
$34.69
Was: $38.98
Free shipping

From China
Brand: moto-decal


CNC Brake Clutch For KTM 1290 Super Duke R/GT 2014-2020 RC8/R 09-16 Short Lever
$28.46
Was: $31.98
Free shipping

From China
Brand: moto-decal


LED Rear/Tail Light For Kawasaki Ninja ZX10R/ZX1000 2006-2007 Brake Turn Signals
$33.98
Free shipping

From China
Brand: moto-decal


CNC High Quality For Honda MSX125 Grom 2014-2018 Gold-Silver Engine Cam Cover
$39.46
Was: $41.98
Free shipping

From China
Brand: moto-decal


CNC Brake Clutch For KTM 990 Super Duke 2005-2012 Folding Adjust Extending Lever
$36.88
Was: $40.98
Free shipping

From China
Brand: moto-decal


LED Tail Light For Suzuki GSX 1300R Hayabusa 2014-2019 Brake Turn Signals Smoke
$50.58
Free shipping

From China
Brand: moto-decal


CNC Brake Clutch For Husqvarna 701 Supermoto/Enduro Svartpilen Folding Lever
$33.80
Was: $37.98
Free shipping

From China
Brand: moto-decal


CNC Brake Clutch For MSX125 CB300R Monkey CB125/F/R CB500 Folding Stretch Lever
$32.02
Was: $35.98
Free shipping

From China
Brand: moto-decal


3D Anti-Slip Brake Clutch For MT-07/FZ07/FZ09/MT-09/SR 2014-2019 2018 Long Lever
$33.28
Was: $36.98
Free shipping

From China
Brand: moto-decal


Front Turning Signals Light Lens Cover For Suzuki Hayabusa GSX 1300R 1999-2007
$32.88
Was: $34.98
Free shipping

From China
Brand: moto-decal


Integrated LED Tail Light For Suzuki TL1000S/TL1000R/SV650 Brake Turn Signals
$50.58
Free shipping

From China
Brand: moto-decal


CNC Brake Clutch For Yamaha TMAX530 2012-2017 TMAX500 2008-2011 Folding Lever
$35.58
Was: $39.98
Free shipping

From China
Brand: moto-decal

Integrated LED Rear/Tail Light For VTX 1300 / VTX1800 Custom Brake Turn Signals
$48.58
Free shipping

From China
Brand: moto-decal



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category

ktm brake lever All Categories Search Advanced

Include description

Items for sale from moto-decal (6009 ) | Save this seller | Show results from all sellers

**Categories**

eBay Motors

Other Motorcycle Handlebars, Grips & Levers

**Format** see all

- All Listings
- Auction
- Buy It Now

**Brand** see all

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (120)

**Price**

$ to $

**Item Location** see all

- Default
- Within
- 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

moto-decal (6009 )

Feedback rating: 6,009
Positive Feedback: 99.1%
Member since Mar-27-14 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now    Sort: Best Match    View:

**120** results for **ktm brake lever**    Save this search

CNC Brake Clutch For KTM 690 Duke/SMC/SMCR/ Enduro R 2014-2017 Long Adjust Lever (Fits: KTM)

Brand New

**$31.13** From China

Was: ~~$34.98~~

Buy It Now

**Free Shipping**

**11% off**

CNC Brake Clutch For KTM 1090 Adventure/R 690 Enduro R 2017-2018 Short Lever (Fits: KTM)

Brand New

**$34.69** From China

Was: ~~$38.98~~

Buy It Now

**Free Shipping**

**11% off**

CNC Brake Clutch For KTM Super Adventure 1290 S/T/R 2015-2018 2017 Folding Lever

Brand New

**$35.98** From China

Was: ~~$39.98~~

Buy It Now

**Free Shipping**

**10% off**

CNC Brake Clutch For KTM 1190 Adventure/R 2013-2016 2015 Short Adjustable Lever (Fits: KTM)

Brand New

**$31.13** From China

Was: ~~$34.98~~

Buy It Now

**Free Shipping**

**11% off**

CNC Brake Clutch For KTM 1290 Super Duke R/GT 2014-2018 Folding Extending Lever (Fits: KTM)

Brand New

**$36.88** From China

Was: ~~$40.98~~

Buy It Now

**Free Shipping**

**10% off**

CNC Brake Clutch For KTM 990 Super Duke 2005-2012 Folding Adjust Extending Lever (Fits: KTM)

Brand New

**$36.88** From China

Was: ~~$40.98~~

Buy It Now

**Free Shipping**

**10% off**

CNC Brake Clutch For KTM RC8/R 2009-2016/690 Duke 2008-2011 Folding Extend Lever (Fits: KTM)

Brand New

**$36.88** From China

Was: ~~$40.98~~

Buy It Now

**Free Shipping**

**10% off**

CNC Brake Clutch For KTM 1290 Super Duke R/GT 2014-2020 RC8/R 09-16 Short Lever (Fits: KTM)

Brand New

**$28.46** From China

Was: ~~$31.98~~

Buy It Now

**Free Shipping**

**11% off**

CNC Brake Clutch For KTM 1190 Adventure/R 2013-2016 Folding Stretch Adjust Lever (Fits: KTM)

Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ Other: Card payment by phone/in-person ⌄

### Ship to

▇▇▇▇▇
1001 Foster Ave
Bensenville, IL 60106-1445
United States
▇▇▇▇
Change

### Review item and shipping

Seller: moto-decal | Edit message
Message:  Item Id: 124147925416 Buyer's Vehicle: KTM

CNC Brake Clutch For KTM 690 Duke/SMC/SMCR/ Enduro
R 2014-2017 Long Adjust Lever
Color: Orange
**$31.13**
~~$34.98~~

Quantity  [ 1 ⌄ ]

**Delivery**

● Est. delivery: Oct 28 – Nov 17
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 14 – Oct 21
Expedited Shipping from China/Hong Kong/Taiwan to
worldwide
**$24.50**

Save up to 11%

### Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

### Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount  [ None ⌄ ]

| | |
|---|---|
| Subtotal (1 item) | $31.13 |
| Shipping | Free |
| Tax* | $1.95 |
| **Order total** | **$33.08** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

eBay    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search    Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

✉ f t p | Add to Watchlist

✓ This fits a KTM    Select Year

🔧 **SAVE UP TO 11%**  See all eligible items ▸







### CNC Brake Clutch For KTM 1090 Adventure/R 690 Enduro R 2017-2018 Short Lever

| | |
|---|---|
| Condition: | New |
| Compatibility : | See compatible vehicles |
| Sale ends in: | 02d 23h 45m |
| Color: | - Select - ⌄ |
| Quantity: | 1    2 available / 5 sold |

Price: **US $34.69**
US $38.98 (11% off) ⓘ

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

**Free shipping**    30-day returns    Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou City, Guangdong Province, China
Ships to: Worldwide See exclusions

Delivery: ⚡ Estimated between **Wed. Oct. 28** and **Tue. Nov. 17**
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  ●●  ●●  DISCOVER

**PayPal** CREDIT
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**
💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
moto-decal (6009 ⭐)
99.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell? Sell now

---

Similar sponsored items 1/2                    Feedback on our suggestions



| CNC Short Brake Clutch Lever For KTM 690 1050... | Folding Brake Clutch Levers For KTM 690 DUKE/SMC-... | 3D Clutch Brake Lever For KTM 690 Duke Enduro R... | CNC Extending Folding Brake Clutch Levers Pair Fit... | US Ship Short Brake Clutch Levers For KTM 690... | CNC Short Brake Clutch Levers For KTM 690 Endur... |
|---|---|---|---|---|---|
| $27.59 | $26.69 | $21.04 | $26.99 | $25.99 | $27.59 |
| $29.99 | $29.99 | $26.30 | $29.99 | $30.99 | $29.99 |
| + $3.99 shipping | + $3.99 shipping | + $2.00 shipping | + $5.99 shipping | + $2.00 shipping | + $3.99 shipping |
| New | New | New | New | New | New |

---

Sponsored items from this seller 1/2                Feedback on our suggestions

Feedback


# ebay

Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers    | Add to Watchlist

ⓘ Check if this part fits your vehicle    **Contact the seller**

🏷️ **SAVE UP TO 10%**    **See all eligible items ▶**





### CNC Brake Clutch For KTM Super Adventure 1290 S/T/R 2015-2018 2017 Folding Lever

Condition: New

Color: - Select - ⌄

Quantity: 1    5 available / **2 sold**

Price: **US $35.98**
US $39.98 (10% off) ⓘ

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Free shipping**    30-day returns    Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou City, Guangdong Province, China
Ships to: Worldwide    See exclusions

Delivery: ★ Estimated between **Wed. Oct. 28 and Tue. Nov. 17**
Please note the delivery estimate is **greater than 13 business days**.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
moto-decal (6009 ⭐)
991% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

💲 Have one to sell?    **Sell now**

---

## Similar sponsored items 1/2    Feedback on our suggestions



| For KTM Super Adventure 1290 S/T/R 2015-2018... | Folding Adjustable Brake Clutch Lever For KTM Supe... | Short Brake Clutch Levers For KTM 1190 1290 ADV... | Folding Brake Clutch Lever For KTM 950 990 1190 1290... | LOGO Folding extend brake clutch levers For KTM Sup... | Folding Brake Clutch Levers For KTM 690 DUKE/SMC-... |
| --- | --- | --- | --- | --- | --- |
| $29.99 | $34.28 | $29.69 | $29.36 | $36.99 | $26.69 |
| + $3.99 shipping | $37.67 | $32.99 | $32.99 | + $1.99 shipping | $29.99 |
| New | Free shipping | + $3.99 shipping | + $3.99 shipping | New | + $3.99 shipping |
|  | New | New | New |  | New |

Foldable & Extendable

---

## Sponsored items from this seller 1/2    Feedback on our suggestions



Feedback

Hi! Sign in or register     Daily Deals    Brand Outlet    Help & Contact          Sell   Watchlist ⌄   My eBay ⌄        🔔    🛒

 Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | **Search**

‹ Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f t P | Add to Watchlist

---

## People who viewed this item also viewed

 Front Nose Fairing Beak... $47.99 + $8.99 shipping

 Front Nose Fairing Beak... $47.99 + $8.99 shipping

 KTM 1050 1090 1190 1290... $25.30 Free shipping

Front Fender Beak Extension... $49.89 + $9.99 shipping

 Brand new KTM All... $27.19 ~~$29.88~~ Free shipping

---

ⓘ Check if this part fits your vehicle       **Select Vehicle**

---





‹ ›

### Front Nose Fairing Beak Cowl Protector Fender for KTM 1190 1290 ADV 2013-2017

Condition: **New**

Compatibility: See compatible vehicles

Quantity: [1]          2 available / 1 sold

Price: **US $41.99**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

**30-day returns** | 5 watchers | Longtime member

Shipping: **$15.90** ePacket delivery from China | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China, China
Ships to: Americas, Europe, Asia, Australia
See exclusions

Delivery: 📦 Estimated between **Tue. Oct. 27** and **Mon. Nov. 30**
This item has an extended handling time and a delivery estimate **greater than 9 business days**.
Please allow additional time if international delivery is subject to customs processing.

Payments:    

**PayPal CREDIT**
Special financing available. | See terms and apply now

💳 Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

---

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motofactory7788 (513 ⭐)
98.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

💲 Have one to sell?   **Sell now**

---

## Sponsored items from this seller 1/2                    Feedback on our suggestions

 Front Headlight Lens Screen Cover Protector... $19.69 + $7.99 shipping

CNC Aluminum Front Sprocket Chain Cover... $38.99 + $1.99 shipping **Popular**

For BMW R NINE T R9T 2014-2019 Rear Seat Co... $62.99 + $13.99 shipping

 Motorcycle Windscreen Windshield Fly Screen Fi... $50.99 + $9.99 shipping

 Smoke Windscreen Windshield For Honda... $41.99 + $1.99 shipping

 GPS Smart Phone Navigation Mount Brack... $16.99 + $6.99 shipping **Last one**

---

Description | Shipping and payments                                           Report item

Seller assumes all responsibility for this listing.

eBay item number: 123715150705

Last updated on Sep 29, 2020 21:55:40 PDT  View all revisions

## Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel |
|------|------|-------|----------|
| -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | Go |

[show all compatible vehicles]

✓ This part is compatible with 9 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
|  | 2016 | KTM | 1190 | Adventure |
|  | 2016 | KTM | 1190 | Adventure R |
|  | 2015 | KTM | 1190 | Adventure |
|  | 2015 | KTM | 1190 | Adventure R |
|  | 2015 | KTM | 1190 | RC8R |
|  | 2014 | KTM | 1190 | Adventure |
|  | 2014 | KTM | 1190 | Adventure R |
|  | 2014 | KTM | 1190 | RC8R |
|  | 2013 | KTM | 1190 | RC8R |

Portions of the information contained in this table have been provided by motofactory7788.

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | Does Not Apply |
| Placement on Vehicle: | Front | Brand: | LJBKOALL |
| Fit: | For 2015-2017 KTM 1290 Adventure | Material: | ABS Plastic |
| Modified Item: | no | Number of Pieces: | 2 pcs |
| Modification Description: | easy to install | Color: | Black |
| Custom Bundle: | no | Warranty: | yes |
| Bundle Description: | with mounting hardware and insctuction | UPC: | Does not apply |

### motofactory7788

motofactory7788 (513 ★)  98.3%

✉ Sign up for newsletter

Search within store

[_____] 🔍

Visit Store:  motofactory7788

Items On Sale  |  Mudguard Fender  |  Steering Damper  |  Luggage Racks  |  Engine Stator  |  License Plate

## Categories

| For Kawasaki Z800 Z900 Z650 Ninja 650 CNC Front brake Fluid Reservoir Cap Cover | Rear Front Wheel Fork Slider Protector For DUCATI MONSTER 821 1000 696 749 999 | Front Rear Brake Fluid Reservoir Cover Cylinder Cap For KTM DUKE 790 ADV 17-2020 | Rear Pillion Passenger Seat Back Fairing Cover for Yamaha YZF-R125 2008-2018 | For KTM Duke 200 390 13-19 Motorcycle Kickstand Foot Side Stand Extension Plate |
|---|---|---|---|---|
| 9.99 USD | 45.99 USD | 23.99 USD | 29.99 USD | 13.99 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
|  | Free shipping | Free shipping | Free shipping |  |

| Motorcycle Pillion Rear Seat Cover Cowl Fairing For Yamaha YZF R6 2008-2016 Blk | LED Taillight Turn Brake License Plate Signal Light for BMW R NINE T 2014-2017 | Rear Tail Cowl Cover Fairing Seat Cover for Ducati Monster 796 795 696 1100 S | CNC Engine Case Stator Crash Pad Slider Protector For 2011-2015 HONDA CBR250RR | Balance Shock Front Fork Brace Clamp Bracket for 2015-2016 Yamaha YZF R3 YZFR3 |
|---|---|---|---|---|
| 26.99 USD | 69.99 USD | 55.99 USD | 37.00 USD | 32.99 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |

Traction Pad ›

Screen Protector ›

Radiator Guard ›

Crash Bar ›

Tail Light ›

Tensioner Catena ›

Windshield ›

Headlight & Covers ›

Seat Cover ›

Sprocket Cover ›

Kickstand Support ›

Engine Frame Slider ›

Engine Stator ›

Foot Pegs & Pedal Pads ›

Fairing Bolts ›

Speedometer ›

License Plate ›

Mudguard Fender ›

Handlebar Raiser ›

Luggage Racks ›

Other ›

CNC Aluminum Rearset Rear Set Foot Pegs Pedal Footrest For BMW G310R 2017-2019
59.00 USD
Buy it now

Rear Mudguard Passenger Side Cover Fairing for Honda Rebel CMX 500 300 2017-2019
31.98 USD
Buy it now
Free shipping

# Front Nose Fairing Beak Cowl Protector for 2013-2016 KTM 1190 ADV

- **Condition: 100% Brand New**
- **Color:  Black**
- **Package: 1pc**
- **Material: ABS Plastic**
- **Fitment:**
  - **2013-2016 ktm 1190 Adventure**
  - **2015-2017 KTM 1290 Adventure**
  - ○

## Shipment

- The items you ordered will be shipped out in 1-2 business day by Hong Kong Air Mail when your payment is clear. The arrival time is 5-20 business days to United States usually.
- Customs duty is obligation and liability of a citizen in your country, so buyer should be responsible for any tax and custom duty incurred. Generally, the delay or failure delivery is sometimes caused by the policy of different customs. For example, Laser Pointer is unacceptable in some countries. Therefore, please double check your local customs policy carefully before purchase. Or, we will NOT be responsible for any failure delivery related destination customs issue.
- We ensure dispatch the item within 1-2 business days. However, you bought the item from opposite side of the earth, so it needs a little longer time to deliver. Please place order only if you agree with the shipping time and all the terms below.


SoldEazy
Powered by SoldEazy

powered by
PushAuction

for 2017-2020 Suzuki GSX-S GSX S 750 Stunt Cage Crash Bar Engine Frame Guard
129.00 USD
Buy it now

Carrier Support Mount Holder Bracket Luggage Rack for Honda Rebel CMX 300 500
39.00 USD
Buy it now

for 2015-2019 BMW F800R Windshield Windscreen Fly Screen
24.99 USD
Buy it now

for BMW R nine T Pure Racer Scrambler G S Luggage Rack Carrier Rear Rack Mount
69.00 USD
Buy it now

For 2017-2020 Honda Rebel CMX 300 500 Luggage Rear Rack Backrest Carrier Mount
119.00 USD
Buy it now

For 2017-2019 Kawasaki Z900 Fairing Bodywork Injection A

25mm Handlebar Riser Mount for Yamaha FZ-07 MT-07 Trac

Seat Frame Side Infill Panels Cover Cowl Fairing for BMW

Rear Footrests Passenger Extensions Foot Pegs For Vespa

Hand Guards Brake Clutch Lever Protector Handguards Fo

BS Plastic
459.00 USD

Buy it now

er 700 Moto Cage 2014-2017
21.99 USD

Buy it now

F750GS F850GS 2018-2020
69.99 USD

Buy it now

Primavera Sprint 125 150
64.99 USD

Buy it now

Honda XADV 750 2017-2020
52.00 USD

Buy it now

Engine Clutch Cover Spring R
etainer For BMW S1000R S10
00RR 2014-2019 S1000XR H
299.00 USD

Buy it now

Radiator Guard Cover Net Gril
l Protector for KTM Duke 250
390 RC EXC 2017-2020
29.99 USD

Buy it now

## Sponsored items based on your recent views 1/4

Feedback on our suggestions










CNC Aluminum Front
Sprocket Chain Cover...
**$38.99**
+ $1.99 shipping
New

100x 6mm Motorcycle
Fairing Panel Clips Scre...
**$13.87**
$14.76
Free shipping
Seller 99.3% positive

10x Aluminum M5 5mm for
KTM Motorcycle Fairing...
**$4.74**
$4.99
Free shipping
Last one

Left Engine Cover Case
Slider Guard Protector F...
**$45.99**
+ $1.99 shipping
Seller 99.5% positive

Motorcycle Fairing
Aerodynamic Winglets...
**$42.89**
Free shipping
Seller 99.3% positive

Pair Carbon Fiber Front
Brake Disc Cooling Air...
**$90.24**
$94.99
+ $19.99 shipping
New

## Explore more sponsored options:








HOT Front and Rear Heel
Protective Cover Guard...
**$51.29**
$56.99
Free shipping

Plastics Fender Kit Side
Cover Fairing Cowling Fo...
**$33.24**
$34.99
+ $10.00 shipping

Front Rear Brake Clutch
Reservoir Cover For KTM...
**$28.15**
$31.99
+ $3.88 shipping

For KTM 1050 1090 1190
1290 Super Adventure...
**$33.29**
$36.99
Free shipping

Moto Front and Rear Heel
Protective Cover Guard...
**$51.29**
$56.99
Free shipping

CNC Frame Sliders Crash
Protector Kit For KTM 125...
**$54.99**
+ $4.99 shipping
Almost gone

## More from this seller 1/2

Feedback on our suggestions

 

Hi! **Sign in** or **register**　Daily Deals　Brand Outlet　Help & Contact

Sell　Watchlist ⌄　My eBay ⌄　🔔　🛒

Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

‹ | Back to search results | Listed in category: | eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work

✉ f 🐦 P | Add to Watchlist

### People who viewed this item also viewed

 Front Nose Fairing Beak Cowl... $47.99 + $8.99 shipping

 Front Nose Fairing Beak Cowl... $47.99 + $8.99 shipping

KTM 1050 1090 1190 1290... $25.30 Free shipping

 Front Fender Beak Extension Cover... $49.89 + $9.99 shipping

 Brand new KTM All Models9 Years... $27.19 $29.88 Free shipping



---

ⓘ Check if this part fits your vehicle | Select Vehicle



 ‹ ›

Have one to sell? | **Sell now**

### Front Nose Fairing Beak Cowl Protector Fender for KTM 1190 1290 ADV 2013-2017

Condition: New

Compatibility: See compatible vehicles

Quantity: 1 | 2 available / 1 sold

Price: **US $41.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

30-day returns | 5 watchers | Longtime member

Shipping: **$15.99** ePacket delivery from China | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Americas, Europe, Asia, Australia | See exclusions

Delivery: ⚡ Estimated between **Tue. Oct. 27 and Mon. Nov. 30** 🚚
This item has an extended handling time and a delivery estimate **greater than 9 business days**.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 🖃   

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

#### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motofactory7788 (513 ⭐)
98.3% Positive feedback

♡ **Save this Seller**
Contact seller
Visit store
See other items

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

‹       ›

Front Headlight Lens Screen Cover Protector... $19.69 + $7.99 shipping

CNC Aluminum Front Sprocket Chain Cover... $38.99 + $1.99 shipping Popular

For BMW R NINE T R9T 2014-2019 Rear Seat Cowl... $62.99 + $13.99 shipping

Motorcycle Windscreen Windshield Fly Screen Fit... $50.99 + $9.99 shipping

Smoke Windscreen Windshield For Honda... $41.99 + $1.99 shipping Last one

GPS Smart Phone Navigation Mount Bracket... $16.99 + $6.99 shipping

---

Description | **Shipping and payments** | Report item

Seller assumes all responsibility for this listing.

#### Shipping and handling
Item location: China, China

Shipping to: Americas, Europe, Asia, Australia

Excludes: Africa, South America, American Samoa, Cook Islands, Fiji, French Polynesia, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Laos, Macau, Taiwan, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Albania, Andorra, Belarus, Bosnia and Herzegovina, Croatia, Republic of Cyprus, Estonia, Gibraltar, Greece, Guernsey, Hungary, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Poland, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.)

Quantity: [ 1 ]   Change country: [ United States ▾ ]   ZIP Code: [ 60106 ]   [ Get Rates ]

| Shipping and handling | Each additional item | To | Service | Delivery▾ |
|---|---|---|---|---|
| US $15.99 | US $15.00 | United States | ePacket delivery from China | Estimated between Tue. Oct. 27 and Mon. Nov. 30 |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods





**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views  1/4      Feedback on our suggestions









CNC Aluminum Front Sprocket Chain Cover...
**$38.99**
+ $1.99 shipping
New

100x 6mm Motorcycle Fairing Panel Clips Screw...
**$13.87**
~~$14.76~~
Free shipping
Seller 99.3% positive

10x Aluminum M5 5mm for KTM Motorcycle Fairing...
**$4.74**
~~$4.99~~
Free shipping
Last one

Left Engine Cover Case Slider Guard Protector For...
**$45.99**
+ $1.99 shipping
Seller 99.5% positive

Motorcycle Fairing Aerodynamic Winglets...
**$42.89**
Free shipping
Seller 99.3% positive

Pair Carbon Fiber Front Brake Disc Cooling Air...
**$90.24**
~~$94.99~~
+ $19.99 shipping
New

---

Explore more sponsored options:





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE

motofactory7788 (513 ★)

**Positive Feedback (last 12 months): 98.3%**

Member since: Mar-06-17 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

### Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 19 | 96 | 188 |
| Neutral | 0 | 0 | 2 |
| Negative | 0 | 3 | 3 |

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (173) | Reasonable shipping cost ★★★★★ (173) |
| Shipping speed ★★★★★ (172) | Communication ★★★★★ (174) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

3 Feedback received (viewing 1-3)

Revised Feedback: 7

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (3)

Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **Item was used and missing part. Seller is unable to offer solution.** Aluminum Footrest Adjustable Rearset Rear Footpeg for Kawasaki Z900RS 2018-2020 (#123364197090) | Buyer: a***a (1299★) US $99.00 | Past 6 months Reciprocal feedback |
| Reply by motofactory7788. Left within past 6 months. reship refund no problem. we ask for inform but he refused to answer which part | | |
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **Wrong year for part to fit listed. Refund from e-bay. I paid shipping.** CNC Aluminum Engine Guard Frame Slider Pad for 2004-2008 Yamaha YZF R1 YZF-1000 (#123668455968) | Buyer: 0***n (1042★) US $24.00 | Past 6 months Reciprocal feedback |
| **Didn't receive anything, two month later!!!!** Carbon Rear Pillion Seat Cowl Hump Cover Trunk For 2014-2020 BMW R NINE T R9T (#123954891306) | Buyer: r***e (808★) US $60.99 | Past 6 months Reciprocal feedback |

**Page 1 of 1**

← 1 →

**Member Quick Links**

Contact member
View items for sale
View seller's Store

**Suggested Next**

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Comment?

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄   Search for anything   All Categories ⌄   **Search**   Advanced

motofactory7788 (513 ★)
98.3% positive feedback

🔖 Items for sale   **Visit store**   ✉ Contact

♡ Save

Based in China, motofactory7788 has been an eBay member since Mar 06, 2017

Feedback ratings ⓘ                                                    See all feedback

★★★★★ 173   Item as described
★★★★★ 174   Communication
★★★★★ 172   Shipping time
★★★★★ 173   Shipping charges

⊕ **188** Positive   ⊖ **2** Neutral   ⊖ **3** Negative

⊕ Everything ok and in time.
   Oct 05, 2020

Feedback from the last 12 months

● ○ ○ ○ ○

42 Followers | 0 Reviews | Member since: **Mar 06, 2017** | ⦿ China

## Items for sale(1338)                                              See all items







CNC Engine Case...   CNC Engine Case...   Universal Motor...   Motorcycle Pill...   Motorcycle Pill...
US $114.00   2h left   US $114.00   2h left   US $44.99   2h left   US $34.99   4h left   US $34.99   4h left



About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄

  Shop by category ⌄    🔍 Search this Store    | This Store ⌄ |    **Search**    Advanced

eBay › eBay Stores › motofactory7788





### motofactory7788

42 followers | motofactory7788 (513 ⭐) 98.3%

100% Good Quality Guarantee & Best Service for you!

♡ Save this seller

**Category**

All
Traction Pad
Screen Protector
Radiator Guard
Crash Bar
Tail Light
Tensioner Catena
Windshield
Backrest
Headlight & Covers
Seat Cover
Sprocket Cover
Turn Signal Light
Kickstand Support
Engine Frame Slider
Speaker & Covers
Engine Stator
Foot Pegs & Pedal Pads
Fairing Bolts
Speedometer
License Plate
Lowering Link Kit
BMW Fairing
Mudguard Fender
Handlebar Raiser
Luggage Racks
Skid Plate
Rearset
Other

**Featured Items**



For Kawasaki Z900 2017-2019 Motorcycle Frame Side...
**$77.98**

| All Listings | Auction | Buy It Now |

1-48 of 465 Results

Time: ending soonest ⌄

  CNC Engine Case Cover Set Frame Slider Protector Guard for Kawasaki Z900RS 2018
**$114.00**
$12.99 shipping                                                        From China

  Universal Motorcycle Headlight H4 Bulbs For Suzuki Honda Kawasaki Yamaha
**$44.99**
$4.99 shipping                                                         From China

  Motorcycle Pillion Rear Seat Cover Cowl Fairing for Honda CBR1000RR 2017-2018
**$34.99**
$1.99 shipping                                                         From China

  Front & Rear Axle Wheel Fork Slider Protector For Yamaha TMAX 500 530 2008-2011
**$28.00**
$21.99 shipping                                                        From China

  Motorcycle Frame Hole Caps Frame Cap Set For BMW R Nine T R9T 2014-2019
**$23.50**
Free shipping                                                         From China
**2 watching**

For Yamaha MT07 FZ07 2013-2018 Motorcycle Adjustable Rear Set Rearsets Footrest
**$80.89**
                                                                      From China


$21.99 shipping


Engine Protective Guard Crash Bars Protector Black For Kawasaki ER-6N 2012-2015

$78.58
$25.99 shipping
or Best Offer

From China


Motorcycle ABS Rear Seat Cover Cowl Fairing For Kawasaki Ninja ZX10R 2011-2015

$35.99
$12.99 shipping

From China


Motorcycle Exhaust Muffler Bracket Mount for BMW R NINE T R9T 2014 2015 2016

$30.99
$7.99 shipping
or Best Offer
6 watching

From China
Brand: BMW


Rear Fender Mudguard + License Plate Holder Bracket for BMW R NINE T 2014-2019

$35.49 to $102.99
$1.99 shipping

From China


Cluster Scratch Film Screen Protector for Suzuki GSXS750 GSXS1000 2016 2017 2018

$15.89
$1.99 shipping

From China


Rear Seat Cover Cowl Fairing For Kawasaki Ninja 300 250 R Z250 EX300 2013-2018

$45.98
$1.99 shipping

From China


Rear Axle Chain Adjuster Tensioner Spool For Honda CBR600RR CBR 600RR 2007-2016

$43.00
$11.99 shipping

From China


Front Headlight Lens Screen Cover Protector Guard for Kawasaki Z650 2017-2018

$19.69
$7.99 shipping

From China


Axle Drive Shaft Housing Cardan Crash Swingarm Slider Protector For BMW R NINE T

$24.99
$4.99 shipping
or Best Offer

From China


Rear Seat Cowl Fairing Cover Pillion For 2017-2020 Suzuki GSXR 1000 GSX-R 1000

$24.99
$12.99 shipping

From China


Carbon Windscreen Windshield Fairing w/ Bracket for Yamaha MT-09 FZ-09 2014-2016

$36.99
$16.99 shipping

From China


CNC Side Stand Pad Enlargement Plate Kickstand Extension for YAMAHA MT-09 FZ-09

$11.51
$6.99 shipping

From China


Round 22mm 28mm Handlebar Riser Clamp Mount Adaptor for BMW G310R G310GS R1200GS

$38.99
$6.99 shipping

From China


Aluminum Adjustable Rearset Footrest Foot Rest Pegs For Yamaha MT-09 FZ-09 13-18


$80.99
($22.99 shipping)

From China

---


Chain Adjusters Tensioner Catena w/ Spool For BMW S1000R S1000RR HP4 2009-2016
$41.50
$11.99 shipping

From China

---


Front & Rear Axle Fork Wheel Protector For Kawasaki Z800 13-16 Crash Slider Pad
$39.00
$21.99 shipping

From China

---


2Pcs Axle Fork Wheel Crash Protector Slider Cap Pads for Suzuki GSXR750 GSXR 600
$36.99
$11.99 shipping

From China

---


Radiator Water Coolant Reservoir Tank Guard Cover For Yamaha FZ-09 MT-09 13-2018
$26.98
$1.99 shipping

From China

---


Engine Crash Guard Side Protector Cover Frame Slider for Kawasaki Z800 2013-2016
$15.91
$11.99 shipping

From China

---


Engine Guard Frame Slider Crash Pads for Suzuki GSXR1000 GSX-R 1000 2007-2008
$40.99
$1.99 shipping

From China

---


Fender Eliminator LED License Plate Holder Bracket For Yamaha YZF R1 2004-2008
$43.99
$11.99 shipping

From China

---


CNC Engine Stator Cover Frame Sliders Crash Pads For Honda CBR1000RR 2012-2016
$34.99
$6.99 shipping

From China

---


Exhaust Muffler Pipe Protector Heat Shield Cover for BMW R1200GS F700GS F800GS
$16.99
$9.00 shipping

From China

---


LED License Plate Frame Holder Bracket Mount For Yamaha MT-10 FZ-10 2016-2019 18
$36.99
$5.99 shipping

From China

---


Smoke Windscreen Windshield For Honda CB125R CB250R CB300R NEO SPORTS CAFE 18-20
$41.99
$1.99 shipping

From China

---


Motorcycle Acrylic Headlight Screen Protective Cover For Yamaha TMAX 530 2017
$18.99
$9.99 shipping

From China

---


1 Pair Headlight Screen Guard Protective Cover For 2017-2018 Yamaha Xmax 300 250
$25.50
$10.99 shipping

From China



Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | KTM | All Categories | Search | Advanced

Include description

Items for sale from **motofactory7788** (513 ) | Save this seller | Show results from all sellers

## Categories

**eBay Motors**

- Other Motorcycle Parts
- Motorcycle Fairings & Bodywork
- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Accessories
- Motorcycle Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (147)

**Price**

- Under $35.00
- Over $35.00

$ to $

**Item Location** see all

- **Default**
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motofactory7788 (513 )
Feedback rating: 513
Positive Feedback: 98.3%
Member since Mar-06-17 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now | Sort: Best Match | View:

**147** results for **KTM** Save this search

## Find your Motorcycle

Clear selections

Make & Model: KTM | Any Model
Year From / To: Year From | Year To
Distance: Any Distance of | 60106

**0** matching results

Find Results

CNC Aluminum Front Sprocket Chain Cover Guard For KTM DUKE 250 390 RC 2017-2020 (Fits: KTM)
Brand New
**$38.99**
Buy It Now
**Free Shipping**
**21+ Watching**
From China

Front Nose Fairing Beak Cowl Protector Fender for KTM 1190 1290 ADV 2013-2017 (Fits: KTM)
Brand New
**$41.99**
Buy It Now
+$15.99 shipping
**5 Watching**
Watch
From China

Left Right Engine Case Slider Guard Protector Cover For KTM 1290 Super Duke R GT (Fits: KTM)
Brand New
**$39.99**
Buy It Now
+$9.99 shipping
**7+ Sold**
From China

Rear Passenger Seat Hand Rail Grab Bar For KTM Duke 390 250 125 2017 2018 2019 (Fits: KTM)
Brand New
**$86.00**
Buy It Now
**Free Shipping**
**10 Watching**
Watch
From China
Brand: KTM

Right Side Engine Case Slider Stator Cover For KTM 1290 Super Duke R GT RC8/R (Fits: KTM)
Brand New
**$22.99**
Buy It Now
+$3.99 shipping
**8+ Watching**
From China

Stainless Steel Radiator Guard Cover Protector for KTM 690 Duke 2012-2016 2015 (Fits: KTM)
Brand New

10/12/2020

 **Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

### Pay with

○ Add a credit or debit card

○ *PayPal*

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████

Change

---

**Review item and shipping**

Seller: motofactory... | Message to seller



Front Nose Fairing Beak Cowl Protector Fender for KTM 1190 1290 ADV 2013-2017

**$41.99**

Quantity | 1 ∨

**Delivery**
Est. delivery: Oct 27 – Nov 30
ePacket delivery from China
**$15.99**

---

### Gift cards, coupons, eBay Bucks

Enter code: _____ | Apply

---

### Donate to charity (optional) ⓘ

Save the Children Federation, Inc.

Donate to Save the Children to help us support children's needs in times of crisis.

Select amount | None ∨

---

| | |
|---|---|
| Subtotal (1 item) | $41.99 |
| Shipping | $15.99 |
| Tax* | $3.62 |

**Order total** | **$61.60**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work | Add to Watchlist

This fits a KTM | Select Year

$ Have one to sell? Sell now

# CNC Aluminum Front Sprocket Chain Cover Guard For KTM DUKE 250 390 RC 2017-2020

21 viewed per day

Condition: New

Compatibility: See compatible vehicles

Color: Black

Quantity: 1 | 9 available | 21 sold / See feedback

Price: US $38.99

Buy It Now

Add to cart

Add to Watchlist

| 100% buyer satisfaction | 21 sold | More than 69% sold |
|---|---|---|

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: Estimated between Wed. Nov. 4 and Tue. Nov. 24
This item has an extended handling time and a delivery estimate greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
motofactory7788 (513 ★)
98.3% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

with logo Motorcycle Clutch Brake Lever Adjustable...
$30.93
~~$33.99~~
Free shipping
New

Orang Engine Guard Case Slider Cover Protector For...
$47.69
~~$52.99~~
Free shipping
New

FOR KTM DUKE 125 250 390 2017 2018 2019 Front /Rear...
$31.49
~~$34.99~~
Free shipping
New

HOT Front and Rear Heel Protective Cover Guard Fo...
$51.29
~~$56.99~~
Free shipping
New

Moto Front and Rear Heel Protective Cover Guard Fo...
$51.29
~~$56.99~~
Free shipping
New

Black For KTM 125 250 390 Duke CNC Radiator Grille...
$26.09
~~$28.99~~
Free shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions

**ebay**   Shop by category ⌄   🔍 Search for anything   | All Categories ⌄ | **Search**   Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f 🐦 P | Add to Watchlist

✓ This fits a KTM   | Select Year



### Left Right Engine Case Slider Guard Protector Cover For KTM 1290 Super Duke R GT

Condition: New

Compatibility: See compatible vehicles

Color: - Select -

Quantity: 1    4 available
10 sold | See feedback

Price: **US $39.99**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

100% buyer satisfaction | Limited quantity remaining | More than 66% sold

Shipping: **$9.99** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China, China
Ships to: Americas, Europe, Asia, Australia   See exclusions

Delivery: ⚡ Estimated between **Wed. Nov. 4 and Tue. Nov. 24** ⓘ
This item has an extended handling time and a delivery estimate **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 AMEX DISCOVER

PayPal **CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motofactory7788 (513 ⭐)
98.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?  | **Sell now**

---

**Similar sponsored items** 1/2    Feedback on our suggestions



| Motorcycle Fairing Aerodynamic Winglets... | Orang Engine Guard Case Slider Cover Protector For... | NEW Radiator Guard Protector Grille Cover For... | Left Engine Cover Case Slider Guard Protector For... | For 2014-2019 KTM 1290 Super Duke R/ GT Radiato... | Engine Guard Protector Case Slider Cover For KTM... |
|---|---|---|---|---|---|
| $42.89 | $47.69 ~~$52.99~~ | $37.79 ~~$41.99~~ | $45.99 + $1.99 shipping | $33.82 ~~$35.98~~ | $42.89 |
| Free shipping | Free shipping | Free shipping | Seller 99.5% positive | + $4.95 shipping | Free shipping |
| Seller 99.3% positive | New | New |  | Seller 99.3% positive | New |

---

**Sponsored items from this seller** 1/2    Feedback on our suggestions





Hi ▊▊ ▾   Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ▾   My eBay ▾

ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    Search    Advanced

◀ Back to previous page | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Engine Cooling › Radiator Guards          ✉ f t 🅟 | Add to Watchlist

✓ This fits a KTM    | Select Year

🛢 **SAVE UP TO 6%**  See all eligible items ▶



### For KTM DUKE 125 200 390 2012-2017 Radiator Grille Cover Stainless Steel Mesh

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1    4 available / 1 sold |
| Price: | **US $28.09**  US $29.88 (6% off) |

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

30-day returns

| | |
|---|---|
| Shipping: | $9.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou, China |
| | Ships to: Worldwide See exclusions |
| Delivery: | ⚡ Estimated between **Thu. Nov. 12 and Wed. Dec. 2** ⓘ |
| | Please note the delivery estimate is **greater than 13 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  ●●  AMEX  DISCOVER |
| | **PayPal CREDIT** |
| | Special financing available. See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
moto-langni (400 ★)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?  [ Sell now ]

---

**Similar sponsored items** 1/2                                          Feedback on our suggestions

◀

| | | | | | |
|---|---|---|---|---|---|
| Motorcycle Radiator Cover Guard Protector for KTM... | Aluminum Brand new Radiator Grille Guard Cov... | Radiator Grill Grille Guard Cover Protector For KTM... | Brand new KTM Duke 125 200 390 Stainless Radiator... | Grille Radiator Cover Guard Motorcycle Protector Fit... | Motorcycle New Stainless Steel Radiator Guard For... |
| $27.62 | $31.70 | $29.99 | $28.39 | $34.51 | $29.55 |
| Free shipping | $34.09 | Free shipping | $29.88 | Free shipping | Free shipping |
| New | Free shipping | New | Free shipping | Seller 99% positive | Seller 99.2% positive |
| | New | | Seller 100% positive | | |

▶

---

**Sponsored items from this seller** 1/2                                  Feedback on our suggestions





◀                                                                          ▶







| Motorbike New Aluminum Radiator For Kawasaki... | For Honda CBR1000RR 2004~2007 2005 2006... | Exhaust Tip Muffler Outlet Polished For 2003-2006... | For Kawasaki Z750 2007 2008 2009 Crankcase... | Motorcycle Left Engine Stator Cover Crankcase Fit... | New Motorcycle Engine Water Cooling Radiator Fo... |
|---|---|---|---|---|---|
| $92.96 | $24.20 | $18.37 | $32.95 | $31.00 | $65.70 |
| $98.89 | $25.74 | $19.54 | $35.05 | $32.98 | $69.89 |
| + $39.99 shipping | + $5.99 shipping | + $4.99 shipping | + $6.99 shipping | + $6.99 shipping | + $39.99 shipping |

---

**Description**  **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

eBay item number:  **392252634203**

Last updated on  Oct 20, 2020 06:31:13 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | Go |

[show all compatible vehicles]

✓  This part is compatible with 17 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2017 | KTM | 125 | SX |
| | 2016 | KTM | 125 | SX |
| | 2015 | KTM | 125 | SX |
| | 2014 | KTM | 125 | SX |
| | 2013 | KTM | 125 | SX |
| | 2012 | KTM | 125 | SX |
| | 2016 | KTM | 200 | XCW |
| | 2015 | KTM | 200 | XCW |
| | 2014 | KTM | 200 | XCW |
| | 2013 | KTM | 200 | XCW |
| | 2012 | KTM | 200 | XCW |
| | 2017 | KTM | 390 | Duke |
| | 2017 | KTM | 390 | RC |
| | 2016 | KTM | 390 | Duke |
| | 2016 | KTM | 390 | RC |
| | 2015 | KTM | 390 | Duke |
| | 2015 | KTM | 390 | RC |

Portions of the information contained in this table have been provided by moto-langni

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | Does Not Apply |
| Warranty: | 60 Day | Brand: | Unbranded |
| Country/Region of Manufacture: | China | UPC: | Does not apply |

---

### Showcase Presentation

**Feature:**
Prevent the Radiator from being damaged by Stones, and  Extend the Service Life of Radiator
High Quality Stainless Steel Material for better  durable
Perfectly reduces Air Resistance, and helps rider to  feel the Pleasure of Speed completely
Protect the Radiator from being covered with Mud thereby  keep the Heat Dissipation Effect Easy Installation

**Description:**
Condition: 100% Brand New
Material: aluminum alloy + stainless steel
Color: Silver

**FITMENT:**
KTM DUKE 125 200 390 2012-2017

**Package Included:**
1X Radiator Grille (Mounting Hardware are not included  in package)

Note: because manual measurement, there will be some  error, which is normal.
Due to the light and screen setting difference,  the  color may be slightly different from the pictures

Due to the light and screen setting difference, the color may be slightly different from the pictures.

All orders will shipped within 24 hours! Because we have plenty of inventory!!

cross ad2

**Shipping Information**

We provide economical international shipping via Hong Kong post office, and don't even charge the packaging cost!!

Please understand that parcel not have tracking number, normally it will reach most of the countries within 10 to 20 business days!!

We make statistics, goods arrived at destination country / region roughly as shown below:

| Country | Delivery Time | | | | | | |
|---|---|---|---|---|---|---|---|
| | Working Days (not including holiday) | 5-7 | 8-11 | 12-14 | 15-19 | 20-22 | >22 |
| | Working Days + Saturday + Sunday | 5-9 | 10-15 | 16-20 | 21-25 | 26-30 | >31 |
| United States | Rate (item arrived) | 20% | 30% | 45% | 4.5% | 0.5% | Refund |
| United Kingdom | Rate (item arrived) | 20% | 50% | 20% | 9.5% | 0.5% | Refund |
| Australia | Rate (item arrived) | 10% | 20% | 45% | 23% | 2% | Refund |
| France | Rate (item arrived) | 12% | 30% | 40% | 13% | 5% | Refund |
| Germany | Rate (item arrived) | 5% | 25% | 30% | 30% | 10% | Refund |
| Canada | Rate (item arrived) | 10% | 25% | 40% | 23% | 2% | Refund |
| Spain | Rate (item arrived) | 10% | 30% | 40% | 15% | 5% | Refund |
| Other countries | Rate (item arrived) | 2-6 weeks, if more than 6 weeks will be refund. | | | | | |

* EMS / Speedpost service is available, normally it takes it 5 - 7 working days to arrive.

* For the enquiry about the extra shipping cost, please contact our customer service support.

* Thanks for your patience!!

**Payment Method**

We will ship to the shown address on you PayPal Payment notice, Please confirm your shipping address in the PayPal Account.

Payment must be settling within 3 days of auction end or please notify us if you have multiple items.

If you are bidding for more items, please ignore the automatic payment reminders for individual items. Make your payment after you receive the combined invoice.

Unpaid dispute will be filed to eBay for the non payable bidders except getting buyer's updated news.

**Returns Policy**

All sales come with us 30 days warranty.

Return items must not be used or have any sign of abuse or intentional damage.

We reserve the right not to refund S&H when the item has been posted.

If you have any questions, Please contact with us via eBay message or our customer service e-mail. please be advised that message will be replied by our customer services officers on 08:00 - 20:00 (Excluding Weekends and Public Holidays)

* You may expect to receive a response to your inquiry within 24 hours. (Excluding Weekends and Public Holidays)

**Contact us**

We are an auto body parts manufacturer and wholesalers, We can supply good quality goods with best prices to you!

We have a lot of stock and can shipping goods to you in one day after you paid.

Thank you!!

**We always leave positive feedback!! Thanks for looking!!**

🔖 **SAVE UP TO 6%**  See all eligible items ›

**October discount**
Marked down item price reflects all savings. Items provided by moto-langni

All promotional offers from moto-langni

  

| For Suzuki GSX1300R HAYABUSA 1999-2007 Motorcycle Engine Water Cooling Radiator | For Honda CBR600RR 2003-2006 2004 2005 Motorbike Engine Water Cooling Radiator | For Kawasaki Ninja ZX10R 2004-2005 Motorbike Engine Water Cooling Radiator | For Honda CBR500R 2013-2015 2014 Radiator Grille Cover Stainless Steel Mesh | For Suzuki GSXR1000 2003-2004 Motorcycle Engine Water Cooling Radiator | ➕ See all |

| | | | | |
|---|---|---|---|---|
| Was: US $129.89 | Was: US $113.63 | Was: US $106.89 | Was: US $29.88 | Was: US $133.28 |
| Now: US $122.10 | Now: US $106.81 | Now: US $100.48 | Now: US $28.09 | Now: US $125.28 |

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions Learn about pricing

You can change quantities in your cart.

---

**Sponsored items based on your recent views** 1/4

Feedback on our suggestions

‹       ›

| For kTM 390 Duke/RC390 200 Duke/RC200 690 Duk... | Motorcycle CNC Frame Slider Crash Pad Protector... | Black Motorcycle Headlight with H4 Bulb Fit For KTM... | Motorcycle 10W High/low Beam LED Headlight... | Aluminum Brand new Radiator Grille Guard Cov... | Carbon Stainless steel Radiator Guard Cover For... |
|---|---|---|---|---|---|
| $22.25 | $65.70 | $28.99 | $41.24 | $31.70 | $32.35 |
| $23.67 | $69.89 | $36.24 | $54.99 | $34.09 | $35.55 |
| + $7.99 shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

---

**More from this seller** 1/2

Feedback on our suggestions

‹      ›

| For Kawasaki Z650 2017-2018 Radiator Grille Cover... | For Kawasaki Z900 2017-2018 Stainless Radiator... | For Honda X-ADV750 2017-2018 Radiator Grille Cover... | For Honda CBR650F 2015-2016 Radiator Grille Cover... | For Honda CB650F 2014-2016 Motorcycle Radiator... | For Suzuki GSX-S1000 2016-2018 2017 Radiator Grille... |
|---|---|---|---|---|---|
| $29.06 | $32.05 | $28.09 | $28.09 | $26.23 | $32.95 |
| $30.91 | $34.10 | $29.88 | $29.88 | $27.90 | $35.05 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

---

Back to previous page

Return to top

**More to explore :**  Stainless Steel Mesh Grilles Grilles ,  Stainless Steel Tachometers for KTM 125 ,  Other Motorcycle KTM Duke 390s ,  Stainless Steel Mesh Bumper Grilles Grilles ,
Motorcycle Radiators for KTM 390 ,  Unbranded Stainless Steel Motorcycle Mufflers for KTM 125 ,  Stainless Steel Motorcycle Silencers ,  Mufflers & Baffles for KTM 125 ,
Stainless Steel Chains, Sprockets & Parts for KTM 200 ,  Stainless Steel Front Brake Rotors for KTM 125 unfloating ,  Sunstar Stainless Steel Chains, Sprockets & Parts for KTM 125

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



10/22/2020



Hi | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄

Search for anything | All Categories ⌄ | Search | Advanced

‹ Back to previous page | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Engine Cooling > Radiator Guards

✉ f t p | Add to Watchlist

✓ This fits a KTM | Select Year

🏷 **SAVE UP TO 6%** See all eligible items ▶






## For KTM DUKE 125 200 390 2012-2017 Radiator Grille Cover Stainless Steel Mesh

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1   4 available / 1 sold |

Price: **US $28.09**
~~US $29.88~~ (6% off)

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**30-day returns**

| Shipping: | $9.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
|---|---|---|
| | International shipment of items may be subject to customs processing and additional charges. ⓘ | |
| | Item location: Guangzhou, China | |
| | Ships to: Worldwide See exclusions | |
| Delivery: | ▶ Estimated between **Thu. Nov. 12 and Wed. Dec. 2** ⓘ | |
| | Please note the delivery estimate is **greater than 13 business days.** | |
| | Please allow additional time if international delivery is subject to customs processing. | |
| Payments: |  | |
| | **PayPal CREDIT** Special financing available. See terms and apply now | |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more | |
| Returns: | 30 day Buyer pays for return shipping | See details |

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
moto-langni (400 ★)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

💲 Have one to sell? | Sell now

---

## Similar sponsored items 1/2

Feedback on our suggestions

     

| Motorcycle Radiator Cover Guard Protector for KTM... | Aluminum Brand new Radiator Grille Guard Cov... | Radiator Grill Grille Guard Cover Protector For KTM... | Brand new KTM Duke 125 200 390 Stainless Radiator... | Grille Radiator Cover Guard Motorcycle Protector Fit... | Motorcycle New Stainless Steel Radiator Guard For... |
|---|---|---|---|---|---|
| $27.62 | $31.70 ~~$34.09~~ | $29.99 | $28.39 ~~$29.88~~ | $34.51 | $29.55 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | Seller 99% positive | Seller 99% positive | Seller 99.2% positive |
|  |  |  | Seller 100% positive |  |  |

## Sponsored items from this seller 1/2

Feedback on our suggestions








| Motorbike New Aluminum Radiator For Kawasaki... | For Honda CBR1000RR 2004-2007 2005 2006... | Exhaust Tip Muffler Outlet Polished For 2003-2006... | For Kawasaki Z750 2007 2008 2009 Crankcase... | Motorcycle Left Engine Stator Cover Crankcase Fit... | New Motorcycle Engine Water Cooling Radiator Fo... |
|---|---|---|---|---|---|
| $92.96 | $24.20 | $18.37 | $32.95 | $31.00 | $65.70 |
| ~~$98.89~~ | ~~$25.74~~ | ~~$19.54~~ | ~~$35.05~~ | ~~$32.98~~ | ~~$69.89~~ |
| + $39.99 shipping | + $5.99 shipping | + $4.99 shipping | + $6.99 shipping | + $6.99 shipping | + $39.99 shipping |

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Guangzhou, China

Shipping to: Worldwide

Excludes: Africa, Middle East, Southeast Asia, Argentina, Bolivia, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Cyprus, Estonia, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Svalbard and Jan Mayen, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, Georgia, Kazakhstan, Kyrgyzstan, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Turkey, United Arab Emirates, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Nicaragua, Panama, Saint Kitts-Nevis, Cook Islands, Fiji, New Caledonia, Niue, Papua New Guinea, Solomon Islands, Tuvalu, Vanuatu, Brunei Darussalam, Cambodia, Bermuda

Quantity: [ 1 ]   Change country: [ United States ▾ ]   ZIP Code: [ 60440 ]   **Get Rates**

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $9.99 | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 12 and Wed. Dec. 2** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

PayPal VISA MasterCard American Express Discover

**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

🏷️ **SAVE UP TO 6%**   See all eligible items ›

**October discount**
Marked down item price reflects all savings. Items provided by moto-langni

**All promotional offers from moto-langni**


➕ See all







| For Suzuki GSX1300R HAYABUSA 1999-2007 | For Honda CBR600RR 2003-2006 2004 2005 Motorbike | For Kawasaki Ninja ZX10R 2004-2005 Motorbike | For Honda CBR500R 2013-2015 2014 Radiator Grille | For Suzuki GSXR1000 2003-2004 Motorcycle Engine |
|---|---|---|---|---|







Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

moto-langni (400 ★)

**Positive Feedback (last 12 months): 99%**

Member since: Nov-04-18 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

### Member Quick Links

Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 14 | 116 | 219 |
| Neutral | 0 | 0 | 0 |
| Negative | 0 | 0 | 2 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (184) | Reasonable shipping cost ★★★★★ (190) |
| Shipping speed ★★★★★ (182) | Communication ★★★★★ (180) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

2 Feedback received (viewing 1-2)

Revised Feedback: 1

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (2)

Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **Absolutely disgusting to deal with they wouldn't refund and then force the sale** For Kawasaki Ninja ZX10R 2011-2015 2014 Motorcycle Rear Seat Passenger Pillion (#392519021408) | Buyer: i***n (543★) US $29.89 | Past year Reciprocal feedback |
| **Incorrect part. Responded with generic answer. DO NOT TRUST THIS eBay company.** Passenger Handgrips Hand Grip Tank Grab Bar For Kawasaki Ninja ZX6RR ZX9R ZX12R (#392519052136) | Buyer: i***j (140★) US $39.89 | Past year Reciprocal feedback |

**Page 1 of 1**

← 1 →

**Member Quick Links**

Contact member
View items for sale
View seller's Store

**Suggested Next**

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi ▮▮ | Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist ⌄  My eBay ⌄

Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

**moto-langni** (400★)
99% positive feedback

🔖 Items for sale | 🏬 Visit store | ✉ Contact

Based in China, moto-langni has been an eBay member since Nov 04, 2018

♡ Save

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 184 | Item as described | |
| ★★★★★ 180 | Communication | |
| ★★★★★ 182 | Shipping time | |
| ★★★★★ 190 | Shipping charges | |

● **219** Positive  ● **0** Neutral  ● **2** Negative

Feedback from the last 12 months

See all feedback

⊕ Very nice Ignition, just as pictured. Lightweight and Shiny Black tits. Caps tit
Oct 12, 2020

● ○ ○ ○ ○

33 Followers | 0 Reviews | Member since: Nov 04, 2018 | 📍 China

## Items for sale(2580)

See all items


For Suzuki Haya...
US $35.86                    12m left


For Suzuki Haya...
US $35.86                    12m left


For Suzuki Haya...
US $35.86                    15m left


Motorcycle Rear...
US $18.44                    15m left


For Yamaha YZF ...
US $25.16                    26m left

10mm Bolt 7/8" ...
US $16.42                    1m left

About eBay  Announcements  Community  Security Center  Resolution Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

10/22/2020

eBay | Shop by category | [Search for anything] | [All Categories] | **Search** | Advanced

eBay › eBay Stores › moto-langni

## moto-langni

33 followers | moto-langni (400 ⭐) 99.0%

♡ Save this seller

### Category

All
Engine Crank Case Stator Cover
Headlight Bracket
Windshield
Foot Pegs Bracket
Tank side Gas Pad Knee Grips
Rear Brake Pedal
Gear Shift Lever
License plate bracket
Gas Cap Fueltank
LED Tail Turn Signal Light
Frame Sliders
Rear view Mirror
Ignition Switch Fuel Gas Cap
Brake Discs
Air Cleaner Intake Filter
Speedometer Case Cover
Rear Seat Cover
Lowering Links
Headlight Head Lamp Assembly
Radiator Grill Grille Guard
Exhaust Tip
Voltage Rectifier Regulator
Clutch Brake Levers Set
Chain Guards Cover
Passenger handrail
Switch Housing Cover
Other

### Condition    see all

☐ New

### Price

☐ Under $35.00
☐ $35.00 to $75.00
☐ Over $75.00

$ [ ] - $ [ ] ›

### Buying Format    see all

⦿ All Listings
○ Best Offer
○ Auction
○ Buy It Now
○ Classified Ads

### Item Location    see all

⦿ Default
○ Within
   [100 mi] of 60440
○ US Only
○ North America
○ Worldwide

### Delivery Options    see all

☐ Free Shipping
☐ Free In-store Pickup

### Featured Items

**Engine Crank Case Stator Cover for Honda...**
$29.06
$30.91 | 6% OFF

**Blakc Double Bubble Windscreen Windshield...**
$15.44
$16.43 | 6% OFF

**Side Engine Stator Cover Crankcase For Suzuki...**
$33.92
$36.08 | 6% OFF

[Search this Store] [Search]

Time: ending soonest ▾ | ☷

**All Listings** | Auction | Buy It Now

1-48 of 1,348 Results

For Suzuki Hayabusa GSXR1300 1999-2007 Motorcycle Rear Seat Cover Cowl ABS
$35.86
Was: $38.15
$8.99 shipping
Only 2 left
From China
Seller: moto-langni (400) 99.0%

For Suzuki Hayabusa GSXR1300 2008-2016 Motorcycle Rear Seat Cover Cowl ABS
$35.86
Was: $38.15
$8.99 shipping
5 watching
From China
Seller: moto-langni (400) 99.0%

Motorcycle Rearview Mirror For Honda CBR900RR CBR919RR CBR929RR CBR954RR 98-03
$18.44
Was: $19.62
$9.99 shipping
From China
Seller: moto-langni (400) 99.0%

Motorcycle Black Rearview Mirror For HYOSUNG GT125R/GT250R/GT650R/GT650S
$18.44
Was: $19.62
$9.99 shipping
From China
Seller: moto-langni (400) 99.0%

Motorcycle Black Rearview Mirror For Honda CBR600 F4 F4i 1999-2006 2003 2004 05
$18.44
Was: $19.62
$9.99 shipping
From China
Seller: moto-langni (400) 99.0%

For Yamaha YZF R1 2015-2018 2016 2017 Motorcycle Rear Seat Cover Cowl ABS
$25.16
Was: $26.77
$8.99 shipping
From China
Seller: moto-langni (400) 99.0%

For Yamaha YZF R6 2017-2018 Motorcycle Rear Seat Cover Cowl ABS
$27.19
From China

Show only      see all

☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Guarantee

**More refinements...**


Was: $28.93
$8.99 shipping


For Yamaha YZF R25 R3 2013-2018 MT-03 2014 Motorcycle Rear Seat Cover Cowl ABS
$33.92
Was: $36.08
$29.99 shipping
From China
Seller: moto-langni (400) 99.0%


For Yamaha YZF-R6 2003-2005 2004 Motorcycle Rear Seat Cover Cowl ABS
$29.06
Was: $30.91
$8.99 shipping
5 watching
From China
Seller: moto-langni (400) 99.0%


For Yamaha YZF-R6 2006-2007 Motorcycle Rear Seat Cover Cowl ABS
$30.02
Was: $31.94
$8.99 shipping
From China
Seller: moto-langni (400) 99.0%


For Yamaha YZF-R6 2008-2015 2012 2013 2014 Motorcycle Rear Seat Cover Cowl ABS
$30.02
Was: $31.94
$8.99 shipping
From China
Seller: moto-langni (400) 99.0%


For Yamaha YZF-R1 1998-1999 Motorcycle Rear Seat Cover Cowl ABS
$29.06
Was: $30.91
$8.99 shipping
From China
Seller: moto-langni (400) 99.0%


For Yamaha YZF-R1 2000-2001 Motorcycle Rear Seat Cover Cowl ABS
$30.02
Was: $31.94
$8.99 shipping
From China
Seller: moto-langni (400) 99.0%


For Yamaha YZF-R1 2002-2003 Motorcycle Rear Seat Cover Cowl ABS
$30.02
Was: $31.94
$8.99 shipping
From China
Seller: moto-langni (400) 99.0%


For Yamaha YZF-R1 2004-2006 2005 Motorcycle Rear Seat Cover Cowl ABS
$30.02
Was: $31.94
$8.99 shipping
From China
Seller: moto-langni (400) 99.0%


For Yamaha YZF-R1 2007-2008 Motorcycle Rear Seat Cover Cowl ABS
$30.02
Was: $31.94
$8.99 shipping
From China
Seller: moto-langni (400) 99.0%


For Yamaha YZF-R1 2009-2014 2011 2012 2013 Motorcycle Rear Seat Cover Cowl ABS
$30.02
Was: $31.94
$8.99 shipping
3 watching
From China
Seller: moto-langni (400) 99.0%


Motorcycle Middle Fender ABS For Yamaha YZF R3 R25 2015-2016
$33.92
Was: $36.08
$8.99 shipping
From China
Seller: moto-langni (400) 99.0%


Front Upper Stay Fairing Headlight Bracket For Kawasaki Ninja ZX10R 2004-2005
$28.35
Was: $30.16
Free shipping
From China
Seller: moto-langni (400) 99.0%


Front Upper Stay Fairing Headlight Bracket For Kawasaki Ninja ZX10R 2006-2007
$28.35
Was: $30.16
Free shipping
From China
Seller: moto-langni (400) 99.0%

Front Upper Stay Fairing Headlight Bracket For Kawasaki Ninja ZX10R 2008-2010 09

10/22/2020



$28.35
Was: $30.16
Free shipping

From China
Seller: moto-langni (400) 99.0%



Front Upper Stay Fairing Headlight Bracket For Kawasaki Ninja ZX10R ZX1000 11-14
$37.49
Was: $39.88
Free shipping

From China
Seller: moto-langni (400) 99.0%



Front Upper Stay Fairing Headlight Bracket For Kawasaki Ninja ZX6R ZX636 2005-08
$28.35
Was: $30.16
Free shipping

From China
Seller: moto-langni (400) 99.0%



Front Upper Stay Fairing Headlight Bracket For Kawasaki Ninja ZX6R 2009-2012
$36.50
Was: $38.83
Free shipping

From China
Seller: moto-langni (400) 99.0%



Motorcycle Timing Chain Cover Chrome For Honda GL1800 Goldwing 2001-2013 2012
$46.55
Was: $49.52
Free shipping

From China
Seller: moto-langni (400) 99.0%



For Suzuki GSXR600 GSXR-750 2004-2005 K4 Black Windscreen Windshield Shield ABS
$18.37
Was: $19.54
$5.99 shipping
Only 2 left

From China
Seller: moto-langni (400) 99.0%

For Suzuki GSXR600 GSXR-750 2006-2007 K6 Black Windscreen Windshield Shield ABS
$18.37
Was: $19.54
$5.99 shipping

From China
Seller: moto-langni (400) 99.0%

For Suzuki GSXR600 GSXR-750 2008-2010 K8 Black Windscreen Windshield Shield ABS
$17.39
Was: $18.50
$5.99 shipping

From China
Seller: moto-langni (400) 99.0%



For Suzuki GSXR1000 K5 2005-2006 Speedometer Tachometer Gauge Case Cover ABS
$24.28
Was: $25.83
$5.99 shipping

From China
Seller: moto-langni (400) 99.0%

For Suzuki GSXR600 GSXR-750 2011-2015 K11 Black Windscreen Windshield Shield ABS
$17.39
Was: $18.50
$5.99 shipping

From China
Seller: moto-langni (400) 99.0%

For Suzuki GSXR1000 K7 2007-2008 Speedometer Tachometer Gauge Case Cover ABS
$24.28
Was: $25.83
$5.99 shipping

From China
Seller: moto-langni (400) 99.0%



For Suzuki GSXR1000 K5 2005-2006 Black Windscreen Windshield Shield ABS
$17.39
Was: $18.50
$5.99 shipping

From China
Seller: moto-langni (400) 99.0%

For Suzuki GSXR1000 K9 2009-2016 Speedometer Tachometer Gauge Case Cover ABS
$31.97
Was: $34.01
$5.99 shipping

From China
Seller: moto-langni (400) 99.0%



For Suzuki GSXR1000 K7 2007-2008 Black Windscreen Windshield Shield ABS
$17.39
Was: $18.50
$5.99 shipping

From China
Seller: moto-langni (400) 99.0%



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

eBay › eBay Stores › moto-langni

# moto-langni

33 followers | moto-langni (400 ★) 99.0%

Save this seller

**Category**

All
Frame Sliders
Rear Seat Cover
Radiator Grill Grille Guard
Other

**Condition** see all

- New

**Price**

- Under $35.00
- $35.00 to $75.00
- Over $75.00

$ - $

**Buying Format** see all

- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

- Default
- Within 100 mile of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free Shipping
- Free In-store Pickup

**Show only** see all

- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Guarantee

**More refinements...**

ktm Search Time: ending soonest

All Listings | Auction | Buy It Now

1-6 of 6 Results

For kTM 1290 Super Duke R/GT 690 Duke/SMC/SMCR Complete Fairing Bolt Kit Screws
$22.25
Was: ~~$23.67~~
$7.99 shipping
From China

For kTM 390 Duke/RC390 200 Duke/RC200 690 Duke Complete Fairing Bolt Kit Screws
$22.25
Was: ~~$23.67~~
$7.99 shipping
From China

For KTM DUKE 125 200 390 2012-2017 Radiator Grille Cover Stainless Steel Mesh (Fits: KTM)
$28.09
Was: ~~$29.88~~
$9.99 shipping
From China

For KTM 125 200 390 Duke 2012-2017 Rear Seat Passenger Pillion Artificial Lea (Fits: KTM)
$51.60
Was: ~~$54.89~~
$8.89 shipping
From China

Motorcycle CNC Frame Slider Crash Pad Protector Fit For KTM DUKE 390 2017-2018 (Fits: KTM)
$65.70
Was: ~~$69.89~~
Free shipping
From China

For KTM 125 200 390 Duke 2012-2015 Motorcycle Rear Seat Cover Cowl ABS (Fits: KTM)
$54.41
Was: ~~$57.88~~
$29.99 shipping
From China

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

10/22/2020

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ Other: Card payment by phone/in-person ⌄

**Ship to**

███ ███
375 West Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███
Change

### Review item and shipping

Seller: moto-langni    Edit message
Message:   Item Id: 392252634203   Buyer's Vehicle: KTM



For KTM DUKE 125 200 390 2012-2017 Radiator Grille
Cover Stainless Steel Mesh
**$28.09**
$29.88

Quantity    [ 1 ⌄ ]

**Delivery**
Est. delivery: Nov 12 – Dec 2
Standard SpeedPAK from China/Hong Kong/Taiwan
**$9.99**

Save up to 6%

### Gift cards, coupons, eBay Bucks

[ Enter code: _____ ]   [ Apply ]

### Donate to charity (optional) ⓘ

North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount    [ None ⌄ ]

| | |
|---|---|
| Subtotal (1 item) | $28.09 |
| Shipping | $9.99 |
| Tax* | $2.38 |

**Order total**    **$40.46**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

10/22/2020



Hi | Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to previous page | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work

Add to Watchlist

ⓘ Check if this part fits your vehicle | Select Vehicle

🏷 **SAVE UP TO 6%** See all eligible items ▸







### For kTM 1290 Super Duke R/GT 690 Duke/SMC/SMCR Complete Fairing Bolt Kit Screws

Condition: New

Compatibility: See compatible vehicles

Colour: Black

Quantity: 1    5 available

Price: **US $22.25**
US $23.67 (6% off) ⓘ

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Shipping: $7.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide   See exclusions

Delivery: ⦿ Estimated between **Thu. Nov. 12 and Wed. Dec. 2**
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA ● ● ●

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
moto-langni (400 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

✉ f t 📌 | Add to Watchlist

💲 Have one to sell? | **Sell now**

---

### Similar sponsored items 1/2

Feedback on our suggestions



Brake Fluid Oil Reservoir Tank Cup For KTM 690 950 12...
$18.47
$20.99
Free shipping
Seller 99.2% positive



Complete Fairing & Screen Bolt Kit For KTM 690 SMC...
$32.79
$36.43
Free shipping
New



10MM Swingarm Spools For KTM DUKE 690 SMC DUEK...
$7.61
$8.45
+ $0.99 shipping
New



200x Complete Fairing Bolt kit body screws Clips For...
$26.39
$29.99
Free shipping
Seller 99% positive



CNC Motor Fairing Bolts For KTM 790 990 1050 1190 129...
$28.79
$31.99
Free shipping
New



Right Engine Cover Case Slider Guard Protector For...
$26.99
Free shipping
New

---

### Sponsored items from this seller 1/2

Feedback on our suggestions



Hi ▪️     Daily Deals   Brand Outlet   Help & Contact                                    Sell   Watchlist ⌄   My eBay ⌄              🔔   🛒

**ebay**   Shop by category ⌄   | 🔍 Search for anything | All Categories ⌄ | **Search** |   Advanced

‹ Back to previous page | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work          ✉ 📘 🐦 📌 | Add to Watchlist

ℹ️ Check if this part fits your vehicle    **Select Vehicle**

🔖 **SAVE UP TO 6%**  See all eligible items ▶







## For kTM 390 Duke/RC390 200 Duke/RC200 690 Duke Complete Fairing Bolt Kit Screws

| Condition: | New |
|---|---|
| Compatibility: | See compatible vehicles |
| Colour: | Black ▾ |
| Quantity: | 1 — 5 available |

Price: **US $22.25**
~~US $23.67~~ (6% off) ⓘ



[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
moto-langni (400 ⭐)
99% Positive feedback

☆ Save this Seller
Contact seller
Visit store
See other items

Shipping: $7.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide   See exclusions

Delivery: ★ Estimated between **Thu. Nov. 12 and Wed. Dec. 2**
Please note the delivery estimate is **greater than 13 business days**.
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿️ VISA 💳 💳 💳

**PayPal CREDIT**
Special financing available. | See terms and apply now

💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details



💲 Have one to sell?   [ **Sell now** ]

---

### Similar sponsored items 1/2                                    Feedback on our suggestions


Front Brake Caliper Protector Cover For KTM R...
$18.35
~~$23.99~~
+ $0.99 shipping
New


Motorcycle Fairing Bolts For KTM 200 250 390 690 990...
$28.79
~~$31.99~~
Free shipping
New


Rear Brake Fluid Reservoir Guard for KTM Duke...
$19.50
+ $12.50 shipping
Last one


Hot Moto Folding Brake Clutch Levers For KTM 690...
$30.59
~~$33.99~~
Free shipping
New


4PCS NEW Frame Slider Protector For KTM DUKE...
$21.59
~~$23.99~~
Free shipping
New


Motorcycle Front Fork Suspension Top Cover Ca...
$20.89
~~$21.99~~
+ $3.00 shipping
New

---

### Sponsored items from this seller 1/2                          Feedback on our suggestions

10/14/2020

Hi ▮ | ⌄    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔 2    🛒

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    **Search**    Advanced

⟨ Back to search results | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Parts › Lighting & Indicators › Headlight Assemblies

✉ f 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle    Contact the seller



$ Have one to sell?    **Sell now**

### Motorcycle Front Clear Headlight Lamp Assembly For KTM 200 DUKE 2012-2013

🔥 **2 viewed per hour**

| Condition: | New |
| Quantity: | 1 | 2 available |

| Price: | US $120.00 | **Buy It Now** |
| | No Interest if paid in full in 6 mo on $99+* | **Add to cart** |
| Best Offer: | | **Make Offer** |
| | | ♡ Add to Watchlist |

☐ 1-year accident protection plan from SquareTrade - $14.99

| **Free shipping** | 30-day returns | Longtime member |

**Shipping:** FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guang Zhou, China
Ships to: Worldwide    See exclusions

**Delivery:** 🚚 Estimated between **Mon. Nov. 23 and Fri. Dec. 11** ⓘ
This item has an extended handling time and a delivery estimate **greater than 27 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal VISA MasterCard AMEX DISCOVER 
**PayPal** CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** 30 day Buyer pays for return shipping |
See details

**Shop with confidence**
💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motomart11 (74933 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2    Feedback on our suggestions

             Fit For KTM Duke 200 Head Light Assembly         

Clear Headlight Lamp Assembly Head Light For...
$113.52
$119.50
Free shipping
Seller 99.2% positive

Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
$229.10
Free shipping
New

Motorcycle Front Head Light Headlight Headlamp...
$150.74
Free shipping
New

Fit For KTM Duke 200 Head Light Assembly
$109.56
Free shipping
Seller 100% positive

12V LED DRL Headlight Head Lamp Assembly Kit For KT...
$218.99
$228.99
Free shipping
New

For KTM 2012 2013 Duke 200 Motorcycle Headlight Hea...
$150.73
Free shipping
New

---

### Sponsored items from this seller 1/2    Feedback on our sugg...

Feedback 

    

| | | | | | |
|---|---|---|---|---|---|
| Motorcycle Front Headlight Lamp Assembly For Yamah... | Clear Lens Front Headlight Lamp Assembly For Suzuki... | Front Clear Headlight Lamp Assembly For Kawasaki... | Front Clear Headlamp Assembly Headlight Clear... | ABS Plastic Front HeadLight Lamp Assembly For... | Front Headlight Head Light Lamp Assembly For 2011-... |
| $88.99 | $180.95 | $135.50 | $160.00 | $170.50 | $49.46 |
| + $25.00 shipping | Free shipping | Free shipping | Free shipping | Free shipping | + $34.49 shipping |
| | | Last one | | | |

**Description**  **Shipping and payments**          Report item

Seller assumes all responsibility for this listing.

eBay item number: 333753408511

### Item specifics

| Condition: | New | Brand: | TCMT |
|---|---|---|---|
| Warranty: | Yes | Manufacturer Part Number: | Does Not Apply |
| Fitment: | For KTM 200 DUKE 2012-2013 | UPC: | Does not apply |

**motomart11**

motomart11 (74933 ⭐) 99%

Sign up for newsletter

Visit Store: motomart11

# Categories







Cowling Upper Cowl   >



Engines Components  ›
Oil Air Seal  ›
Lighting  ›
Meter  ›
Steering  ›
Brake Wheel  ›
Transmissions Chains  ›
Exhaust  ›
Step  ›
Electrical  ›
Cooling System  ›
Sliders Luggage  ›
Fuel System  ›
GL1800  ›
Carburetor Interface  ›
Clutch Plate Kit  ›
Ignitor  ›
Seat Cover  ›
CMX250  ›
XV250  ›
Front Brake Disc Rotors  ›
handlebar  ›
Swingarm Sliders  ›
YBR125  ›
key+keychain  ›
Air Shock Absorber  ›
Chain Parts  ›
Axle Sliders  ›
Harley Parts & Accessories  ›



Sponsored items based on your recent views 1/4          Feedback on our suggestions




Feedback









Black Headlight Fairing Light Lamp Cowling For KTM...
$35.50
Free shipping
New

Enduro Dirt Bike LED Headlight Kit For EXC SX...
$85.00
$91.40
Free shipping
New

LED Head Lamp Mask For KTM XC XC-W SX-F 250 35...
$73.47
$79.00
Free shipping
New

Enduro MX Headlight Mask Fairing For Honda Yamaha...
$79.52
$85.50
Free shipping
New

White Headlight Dual Sport For KTM EXC MXC LC4 52...
$31.71
$34.10
+ $3.50 shipping
New

Clear Headlight Lamp Assembly Head Light For...
$113.52
$119.50
Free shipping
Seller 99.2% positive

---

## More from this seller 1/2

Feedback on our suggestions







Motorcycle Front Headlight Lamp Assembly For Yamah...
$88.99
+ shipping

Clear Lens Front Headlight Lamp Assembly For Suzuki...
$180.95
+ shipping

Front Clear Headlight Lamp Assembly For Kawasaki...
$135.50
+ shipping
Last one

Front Clear Headlamp Assembly Headlight Clear...
$160.00
+ shipping

ABS Plastic Front HeadLight Lamp Assembly For...
$170.50
+ shipping

Front Headlight Head Light Lamp Assembly For 2011-...
$49.46
+ shipping

---

Back to search results     Return to top

More to explore : Motorcycle Headlight Assemblies for 2012 KTM 200,  Motorcycle Headlight Assemblies for KTM 200,  Unbranded Motorcycle Headlight Assemblies for KTM 200,  Pazoma Motorcycle Headlight Assemblies for KTM 200,  Areyourshop Motorcycle Headlight Assemblies for KTM 200,  Motorcycle Headlight Assemblies for 200 0 KTM 200,  Trail Tech Motorcycle Headlight Assemblies for KTM 200,  Motorcycle Headlight Assemblies for 2015 KTM 200,  KTM Motorcycle Headlight Assemblies for KTM,  Motorcycle Indicator Assemblies for KTM 200

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED


Feedback




Hi ███! ∨   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ∨   My eBay ∨   🔔 2   🛒

ebay   Shop by category ∨   | Search for anything | All Categories ∨ | Search | Advanced

‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Lighting & Indicators › Headlight Assemblies

✉ f ⊁ 𝕡 | Add to Watchlist

ℹ Check if this part fits your vehicle   Contact the seller



**Motorcycle Front Clear Headlight Lamp Assembly For KTM 200 DUKE 2012-2013**

🔥 2 viewed per hour

| Condition: | New |
|---|---|
| Quantity: | 1   2 available |

Price: **US $120.00**

No Interest if paid in full in 6 mo on $99+*

Best Offer:

☐ 1-year accident protection plan from SquareTrade - $14.99

**Buy It Now**

**Add to cart**

**Make Offer**

♡ Add to Watchlist

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motomart11 (74933 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

**Free shipping** | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guang Zhou, China
Ships to: Worldwide  See exclusions

Delivery: 📦 Estimated between **Mon. Nov. 23 and Fri. Dec. 11** ⓘ
This item has an extended handling time and a delivery estimate **greater than 27 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿 VISA 🔴 💳 🔵 💳

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

💲 Have one to sell? | Sell now

---

**Similar sponsored items** 1/2

Feedback on our suggestions

‹



Clear Headlight Lamp Assembly Head Light For...
$113.52
$119.50
Free shipping
Seller 99.2% positive



Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
$229.10
Free shipping
New



Motorcycle Front Head Light Headlight Headlamp...
$150.74
Free shipping
New



Fit For KTM Duke 200 Head Light Assembly
$109.56
Free shipping
Seller 100% positive



12V LED DRL Headlight Head Lamp Assembly Kit For KT...
$218.99
$228.99
Free shipping
New



For KTM 2012 2013 Duke 200 Motorcycle Headlight Hea...
$150.73
Free shipping
New

›

---

**Sponsored items from this seller** 1/2

Feedback on our suggestions


Feedback













Motorcycle Front Headlight Lamp Assembly For Yamah...
**$88.99**
+ $25.00 shipping

Clear Lens Front Headlight Lamp Assembly For Suzuki...
**$180.95**
Free shipping

Front Clear Headlight Lamp Assembly For Kawasaki...
**$135.50**
Free shipping
Last one

Front Clear Headlamp Assembly Headlight Clear...
**$160.00**
Free shipping

ABS Plastic Front HeadLight Lamp Assembly For...
**$170.50**
Free shipping

Front Headlight Head Light Lamp Assembly For 2011-...
**$49.46**
+ $34.49 shipping

| Description | **Shipping and payments** | | Report item |
| --- | --- | --- | --- |

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: Guang Zhou, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, US Protectorates, APO/FPO, Albania, Andorra, Bosnia and Herzegovina, Germany, Gibraltar, Iceland, Jersey, Liechtenstein, Lithuania, Macedonia, Moldova, Monaco, Montenegro, San Marino, Serbia, Slovakia, Slovenia, United Kingdom, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Nepal, Tajikistan, Turkmenistan, Iraq, Lebanon, Saudi Arabia, Turkey, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Nicaragua, Puerto Rico, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Australia, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Hong Kong, Macau, Bermuda, Canada, Greenland, Saint Pierre and Miquelon, Bolivia, Chile, Ecuador, French Guiana, Paraguay, Suriname, Uruguay, Venezuela, Algeria, Angola, Benin, Burundi, Cameroon, Cape Verde Islands, Central African Republic, Comoros, Equatorial Guinea, Eritrea, Gambia, Guinea, Guinea-Bissau, Lesotho, Liberia, Libya, Malawi, Mauritania, Mauritius, Mayotte, Namibia, Reunion, Saint Helena, Seychelles, Sierra Leone, Somalia, Swaziland, Tanzania, Togo, Zambia, Zimbabwe, PO Box

Quantity: [ 1 ]   Change country: [ United States ▾ ]      ZIP Code: [ 60106 ]   [ Get Rates ]

| Shipping and handling | To | Service | Delivery* |
| --- | --- | --- | --- |
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Mon. Nov. 23 and Fri. Dec. 11** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time | |
| --- | --- |
| Will ship within 15 business days of receiving cleared payment. The seller has specified an extended handling time for this item. | |

| Taxes | |
| --- | --- |
| Taxes may be applicable at checkout. Learn more | |

## Return policy

| After receiving the item, contact seller within | Return shipping |
| --- | --- |
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods



PayPal CREDIT

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

Sponsored items based on your recent views  1/4                                    Feedback on our suggestions

10/14/2020



Hi ▮▮▮▮ ! ▾ | Daily Deals  Brand Outlet  Help & Contact          Sell    Watchlist ▾    My eBay ▾      🔔 2    🛒

ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE



**motomart11** (74933 ⚝ ) 📋 ℹ

**Positive Feedback (last 12 months): 99%** ℹ

**Member since:** Oct-26-11 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member

View items for sale

View seller's Store

### Feedback ratings ℹ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 299 | 2131 | 3770 |
| ⦿ | Neutral | 2 | 18 | 35 |
| ➖ | Negative | 5 | 21 | 38 |

### Detailed seller ratings ℹ

Average for the last 12 months

| Accurate description ⭐⭐⭐⭐⭐ (3299) | Reasonable shipping cost ⭐⭐⭐⭐⭐ (3466) |
|---|---|
| Shipping speed ⭐⭐⭐⭐⭐ (3389) | Communication ⭐⭐⭐⭐⭐ (3296) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

38 Feedback received (viewing 1-25)                                    Revised Feedback: 303 ℹ

Search Feedback received as seller with an item title or ID: ℹ

e.g. Vintage 1970's Gibson Guitars    🔍

Rating type: Negative (38) ▾    Period: 12 Months ▾

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Seat does not fit perfect on motorcycle**<br>Rear Pillion Passenger Seat For 2008-2010 Suzuki GSXR GSX-R 600 750 08 09 10 K8<br>(#223317578972) | Buyer: i***0 (2)<br>US $23.99 | Past month<br>Reciprocal feedback |
| ➖ **catastrophic quality, can not be used, the seller does not respond**<br>Gauges Speedometer Techometer Cover For Yamaha XJR400R XJR1300 2004-2008 05 06<br>(#333485124286) | Buyer: m***m (private)<br>US $30.95 | Past month<br>Reciprocal feedback |
| ➖ **it wasn't wrap just in the box looking crazy**<br>Unpainted ABS Fairing Bodywork Body Set For YAMAHA YZF 1000 R1 YZF-R1 2000-2001<br>(#322900641217) | Buyer: d***e (4)<br>US $159.99 | Past month<br>Reciprocal feedback |
| ➖ **Not good quality, brittle and cracks easily**<br>ABS Plastic Unpainted Fairing Body Kit For Kawasaki Ninja 250R EX250 2008-2012<br>(#323654408435) | Buyer: k***t (81⭐)<br>US $169.08 | Past month<br>Reciprocal feedback |
| ➖ **NEVER SHIPPED THE ITEM HAS NOT REFUNDED MONEY. LIARS, CHEATS, UNPROFESSIONAL**<br>(Private listing) | Buyer: o***f (41⭐)<br> | Past month<br>Reciprocal feedback |
| ➖ **The item didn't fit my motorcycle like the description said it would**<br>Front Footrest Foot Pegs left right For Honda CBR600RR CBR 600RR 2003-2018 04 05<br>(#332974061121) | Buyer: m***d (23⭐)<br>US $6.58 | Past 6 months<br>Reciprocal feedback |
| ➖ **Very poor brightness of the LEDs used**<br>Clear LED Turn Signals Blinker Light For Honda CBR600 F3 f4 F4I CBR900RR CBR929<br>(#323912797854) | Buyer: c***m (34⭐)<br>US $29.98 | Past 6 months<br>Reciprocal feedback |
| ➖ **Deceptive and obstinate seller. Be very aware.**<br>Inner Outer Fairing Dual LED Headlight For Harley Touring Road Glide FLTR 98-13<br>(#323994822525) | Buyer: w***v (97⭐)<br>US $189.00 | Past 6 months<br>Reciprocal feedback |
| ➖ **~ LOW QUALITY ~ POOR MACHINING ~ POOR FINISH ~ NOT IMPRESSED**<br>(Private listing) | Buyer: g***2 (1465⭐)<br> | Past 6 months<br>Reciprocal feedback |
| ➖ **Spiked air filter will not mount to bike.Holes don't match up to mount to TB.**<br>Aluminum Spike Air Cleaner Kits Intake Filter For Honda VTX 1800 02-09 03 05 07<br>(#223264007115) | Buyer: u***l (39⭐)<br>US $84.50 | Past 6 months<br>Reciprocal feedback |
| ➖ **Ordered gloss black, seller sent a matte black and quality is C-**<br>NEW Front Fender Fit For Harley Forty Eight XL1200X 2010-2017 Gloss/Matte Black<br>(#324092147712) | Buyer: .***n (118⭐)<br>US $21.58 | Past 6 months<br>Reciprocal feedback |

ℹ Detailed item information is not available for the following items because the feedback is over 90 days old.

Comment?



Hi ████ ! ▾    Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ▾   My eBay ▾   🔔 2   🛒

ebay   Shop by category ▾   | Search for anything      | All Categories ▾ | **Search** | Advanced

**motomart11** (74933 ⭐)     🔗 Items for sale   🏬 Visit store   ✉ Contact

99% positive feedback

♡ Save      Based in China, motomart11 has been an eBay member since Oct 26, 2011

**Feedback ratings** ℹ

| | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 3,299 | Item as described | |
| ⭐⭐⭐⭐⭐ 3,296 | Communication | ⊕ **3,770** Positive   ◐ **35** Neutral   ⊖ **38** Negative |
| ⭐⭐⭐⭐⭐ 3,389 | Shipping time | |
| ⭐⭐⭐⭐⭐ 3,466 | Shipping charges | Feedback from the last 12 months |

⊕ Great product
Oct 12, 2020

See all feedback

● ○ ○ ○ ○

**2,485** Followers | **1** Review | Member since: **Oct 26, 2011** | 📍China

## Items for sale(9179)

See all items



Black Front Dri...
US $120.00   3m left



Two Piece Drive...
US $249.00   7m left



DOT Youth Green...
US $45.00   3m left



Amber Turn Sign...
US $84.99   35m left



Rear Trunk lugg...
US $160.00   4m left

## Reviews (1)

See all reviews



Painted Hard Saddle bags Trunk &Lid Latch Key For 94-13 Harley Touring Road King

⭐⭐⭐⭐⭐      Aug 13, 2019

Great Saddlebags

Recommend it! Great quality!

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED





# motomart11

2485 followers | motomart11 (74933★) 99.0%

Welcome to my eBay Store. Please add me to your list of favorite sellers and visit often. Thank you for your business.

Save this seller

**Category**

- All
- Cowling Upper Cowl
- Engines Components
- Oil Air Seal
- Lighting
- Meter
- Steering
- Brake Wheel
- Transmissions Chains
- Exhaust
- Step
- Electrical
- Cooling System
- Sliders Luggage
- Fuel System
- GL1800
- Carburetor Interface
- Clutch Plate Kit
- Ignitor
- Seat Cover
- CMX250
- XV250
- Front Brake Disc Rotors
- handlebar
- Swingarm Sliders
- YBR125
- key+keychain
- Air Shock Absorber
- Chain Parts
- Axle Sliders
- Harley Parts & Accessories
- Sound Dampening Material
- Motorcycle Cover
- Hand Switch Control
- Helmet
- Other

Search this Store | Search | Time: ending soonest

All Listings | Auction | Buy It Now

1-48 of 7,009 Results

Black Front Driver Rider Backrest Fit For Harley Touring Electra Glide 09-20
$120.00
Free shipping
or Best Offer
From China
Brand: TCMT

DOT Youth Green/Silver Dirt Bike ATV Motocross Helmet Goggles With Gloves S M L
$45.00
Free shipping
Brand: TCMT

Rear Trunk luggage Rack LED Brake Light For Honda Goldwing GL1800 2018-2020 New
$160.00
Free shipping
or Best Offer
4 watching
Brand: TCMT

Cylinder Head Rebuild Intake Valve For Honda Sportrax 400 TRX400EX 2x4 1999-2008
$64.00
Free shipping
or Best Offer
Brand: TCMT

Two Piece Driver Passenger Seat Fit For Harley CVO Street Glide 10-12 15-20 19
$249.00
Free shipping
0 bids
8m 42s
Brand: Rider

Driver Floorboard Brake Lever Pedal Kit Fit For Honda Goldwing 1800 2001-2017 US
$192.00
Free shipping
or Best Offer
Brand: TCMT

Chopped Tour Pack Trunk Bracket Rack Fit for Harley Touring Street Glide 97-08
$270.00
Free shipping
or Best Offer
Brand: TCMT

Motorcycle Fuel Gas Tank 3.4 gallons For Honda CMX 250 CMX250 Rebel 1985-2016
$64.99
Free shipping
or Best Offer
Brand: TCMT

One Piece Driver Passenger Seat For Harley Electra Glide Standard FLHT 2009-2020
$199.00
$80.00 shipping
or Best Offer
From China
Brand: Rider

Front Brake Caliper Set For Yamaha Banshee 350 1989-2006 Bear Tracker 250 99-04
$37.68
Brand: TCMT

Free shipping



Chopped Trunk Backrest Mount Rack For Harley Tour Pak Street Road Glide 09-13

$260.28
$20.00 shipping
or Best Offer

Brand: TCMT



Front Headlight Light Lamp Assembly For Honda CBR600 F4i 2001-2007 03 04 05 06

$106.70
$40.00 shipping
Only 1 left!

From China



Amber Turn Signal Light Rear View Mirror For Ducati 1299 Panigale S 15-16 959 16

$84.99
Free shipping

0 bids
36m 27s
Brand: TCMT



Left & Right Case Engine Guards Bars For Honda Goldwing GL1800 2001-2017 14 15

$115.86
$100.00 shipping
or Best Offer

From China
Brand: TCMT



Motorcycle 7" Projector High Low LED Bulb Headlight for Harley Touring Softail

$40.00
$3.79 shipping
or Best Offer

Brand: TCMT



7" HID LED Headlights Mounting Ring Bracket fit For Harley Touring 1994-2013 11

$17.14
Free shipping

Brand: TCMT



LED Smoke Brake Turn Light fit For Harley Touring Electra Glide Ultra Classic

$124.38
Free shipping
or Best Offer
Only 2 left

From China
Brand: TCMT



Synthetic Leather Sissy Bar Backrest For Harley Road Glide Special FLTRXS 15-20

$59.00
$20.00 shipping

From China
Brand: Rider



Black Front Left & Right Footrest Foot Pegs For Honda CB1000R 2008-2015 2009 10

$5.65
Free shipping
Only 2 left

From China
Brand: TCMT



Rear Passenger Foot Peg Footrest Bracket Set For SUZUKI GSXR 1000 2005 2006 New

$29.50
$6.99 shipping
38 sold

From China
Brand: TCMT



Shift Shifter Lever Pedal Fit For Harley Softail 86-17 Touring Road King 88-18

$19.95
Free shipping

Brand: TCMT



6x 9" Saddlebag Speakers Fit For Harley Touring Electra Street Road Glide 93-13

$69.55
$33.00 shipping
or Best Offer
11 watching

From China
Brand: TCMT



Pair Chrome ABS Frame Neck Cover Cowl For Honda Shadow VT600 VLX 600 STEED400

$29.20
$12.99 shipping
or Best Offer
4 watching

From China
Brand: TCMT



Fender Tip LED Brake Vertical Light Strips For Honda Goldwing GL1800 12-17



$135.62
Free shipping
or Best Offer
Only 2 left

From China
Brand: TCMT



2 Rubber Seal Gasket Weather Strip Seal For Harley Saddlebag Lid Electra 2014-18

$19.92
Free shipping
or Best Offer
3 watching

From China
Brand: TCMT



Turn Signal Wiring Adapter Plug For Yamaha YZF 600 R6 YZF-R6 1998-2012 11 10 09

$4.59
$2.00 shipping
2 watching

From China
Brand: TCMT



Vented Lower Fairing 6.5" Speakers +Box Pods For Harley Touring Road King 04-13

$126.05
$100.00 shipping
or Best Offer
6 watching

From China



4" Hard Stretched SaddleBag Extension For Harley Touring FL Electra Road Glide

$90.00
$110.00 shipping
or Best Offer

From China
Brand: TCMT



Saddlebags Hardware Hinges Latch Lids Lock Fit for Harley Touring Street Glide

$92.58
Free shipping
or Best Offer

From China
Brand: TCMT



Saddlebag Lids Upper Covers For Harley Road King Electra Glide Ultra 1994-2013

$85.65
$26.00 shipping

From China
Brand: TCMT



Chrome Airflow Groove Shifter Peg Footpeg For Harley Touring Sportster 883 1200

$13.30
Free shipping

Brand: TCMT



Saddlebag Bags Steel Guard Bracket For Harley Davidson Touring Models 1997-2013

$74.95
Free shipping
or Best Offer

From China
Brand: TCMT



Pair Saddlebag Lock Hinges Fit For Indian chieftain dark horse limited 2019-2020

$99.08
Free shipping
or Best Offer

From China
Brand: TCMT



Front Footrest Footpegs For Suzuki Marauder 800 1997-2004 1998 1999 00 01 02 03

$20.00
Free shipping
or Best Offer

From China
Brand: TCMT



DOT Red Motorcycle Helmet Full Face Goggles Gloves Dirt Bike Youth S/M/L/XL TCMT

$45.00
Free shipping

Brand: TCMT



Docking Hardware Kit Fit For Harley Street Bob FXBB Fat Bob FXFB FLHC 2018-2020

$35.50
Free shipping

Brand: TCMT



Right Engine Cover Crankcase For Suzuki GSF600 BANDIT 600 Katana 1996-2004 97

$23.29
$5.00 shipping
199 sold

From China
Brand: TCMT



 Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 2

ebay Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **motomart11** (74933) | Save this seller | Show results from all sellers

Include description

### Categories

**eBay Motors**

- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Parts
- Other Motorcycle Accessories
- Motorcycle Fairings & Bodywork
- Motorcycle Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (240)

**Price**

- Under $15.00
- Over $15.00

$ to $

**Item Location** see all

- **Default**
- Within
  100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motomart11 (74933)
Feedback rating: 74,933
Positive Feedback: 99%
Member since Oct-26-11 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Black Headlight Fairing Light Lamp Co...
**$35.50**
Buy It Now
Free shipping

All Listings | Auction | Buy It Now    Sort: Best Match    View:

**240** results for **KTM**    Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

New White Plastic Front Number Plate For KTM 250 300 450 500 XC-W 150 250 300 XC (Fits: KTM)
Brand New
**$13.19**
Buy It Now
**Free Shipping**
Watch
From China
Seller: motomart11 (74,868) 99%

Throttle Cable For KTM SXF 250 2005-2012 SXF EXCF 450 2007-2012 77002091000 (Fits: KTM)
Brand New
**$10.69**
Buy It Now
**Free Shipping**
Watch
From China
Seller: motomart11 (74,830) 99%
Brand: TCMT

Blue Silicone Radiator Hose Kit For KTM 350 SX-F 350SXF 2011-2012 11 12 Y Design
Brand New
**$16.42**
Buy It Now
**Free Shipping**
Watch
From China
Seller: motomart11 (74,771) 99%
Brand: TCMT

NEW LISTING Motorcycle Front Clear Headlight Lamp Assembly For KTM 200 DUKE 2012-2013
Brand New
**$120.00**
or Best Offer
**Free Shipping**
Watch
From China
Seller: motomart11 (74,933) 99%
Brand: TCMT

Left Clutch Case Cover Guard Protector For KTM 250/300 EXC SX XC XC-W 2013-2016 (Fits: KTM)
Brand New
**$17.99**
Buy It Now
**Free Shipping**
**Only 2 left!**
**13 Sold**
Watch
From China
Seller: motomart11 (74,699) 99%
Brand: TCMT

Red Easy Adjust Fuel Mixture Screw For Keihin FCR Carb Ktm Honda Yamaha Suzuki (Fits: KTM)
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

---

**Ship to**

███████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
███████

Change

---

**Review item and shipping**

Seller: motomart11     Message to seller



Motorcycle Front Clear Headlight Lamp Assembly For KTM 200 DUKE 2012-2013

**$120.00**

Quantity   [ 1 ▼ ]

**Delivery**
Est. delivery: Nov 23 – Dec 11
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

---

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

---

**Donate to charity (optional)** ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   [ None ▼ ]

---

| | |
|---|---|
| Subtotal (1 item) | $120.00 |
| Shipping | Free |
| Tax* | $7.50 |

**Order total**     **$127.50**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED









This fits a KTM Select Year

Have one to sell? Sell now

## Left Clutch Case Cover Guard Protector For KTM 250/300 EXC SX XC XC-W 2013-2016

Condition: New

Compatibility: See compatible vehicles

Quantity: 1 2 available / 13 sold

Price: US $17.99

Buy It Now

Add to cart

Add to Watchlist

1-year accident protection plan from SquareTrade - $5.99

Limited quantity remaining | More than 86% sold | Free shipping

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guang Zhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. Nov. 23 and Fri. Dec. 11
This item has an extended handling time and a delivery estimate greater than 27 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

motomart11 (74933 )
99% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

For KTM 250 300 EXC SX XC XC-W FREERIDE 13-16...
$12.95
~~$14.39~~
Free shipping
New

KTM clutch cover case protector for 2 Stroke...
$21.90
Free shipping
Seller 99.6% positive

Clutch Case Cover Guard Protector For KTM 250 EX...
$17.69
Free shipping
Seller 99.3% positive

Engine Right Clutch Case Cover Guard Protector For...
$16.70
Free shipping
New

Orange Clutch Cover Protector For KTM...
$14.10
~~$15.00~~
+ $3.50 shipping
New

Plastic Clutch Case Cover Guard Protector For KTM...
$12.95
~~$14.39~~
Free shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback

Hi █████ !| ▾      Daily Deals     Brand Outlet     Help & Contact

Sell     Watchlist ▾     My eBay ▾     🔔 2     🛒

**ebay**     Shop by category ▾     [Search for anything]     All Categories ▾     **Search**     Advanced

📧 f 🐦 📌 | Add to Watchlist

◀ Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Body & Frame  >  Fairings & Body Work

✓ This fits a KTM      [Select Year]





### New White Plastic Front Number Plate For KTM 250 300 450 500 XC-W 150 250 300 XC

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | [1]   2 available / 3 sold |

Price: **US $13.19**

[ **Buy It Now** ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Limited quantity remaining** | More than 59% sold | Free shipping

Shipping: **FREE** Economy Shipping from outside US | See details

International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guang Zhou, China
Ships to: Worldwide    See exclusions

Delivery: ★ Estimated between **Fri. Nov. 20 and Mon. Jan. 18** ⓘ
This item has an extended handling time and a delivery estimate **greater than 26 business days**. Please allow additional time if international delivery is subject to customs processing.

Payments:   

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motomart11 (74933 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions



Handlebar Handguards For KTM EXC-F 250 350 450...
$19.99
~~$23.99~~
Free shipping
New

CNC Rear Grab Handle For KTM 125 150 200 250 300...
$20.67
~~$21.99~~
Free shipping
Seller 99.1% positive



White Plastic Front Number Plate For KTM 200 250 350...
$12.99
Free shipping
Seller 99.2% positive



Headlight Mask Assembly For KTM 125 150 200 250...
$38.53
~~$40.99~~
Free shipping
Seller 99.2% positive



Kick Side Stand Sidestand Repair Kit For KTM 200 25...
$15.99
Free shipping
Seller 99.7% positive



ABS Front Number Plate Fit For KTM 125 200 250 300...
$13.39
Free shipping
Seller 99.4% positive

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

◀



Feedback

$ Have one to sell?   [ Sell now ]

https://www.ebay.com/itm/New-White-Plastic-Front-Number-Plate-For-KTM-250-300-450-500-XC-W-150-250-300-XC/223439742606?fits=Make%3AKTM&hash=item34060be68e:g:4kkAAOSwqbZXEaxP     1/4

Hi ▮▮▮▮

Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔1    🛒

**ebay**    Shop by category ⌄

Search for anything    | All Categories ⌄ |    Search    Advanced

‹ Back to search results | Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Body & Frame  ›  Fairings & Body Work

✉ f 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle    Select Vehicle



### Motorcycle Frame Slider Protector Anti Crash For KTM 125 200 390 Duke 2015-2019

| Condition: | New |
|---|---|
| Compatibility: | See compatible vehicles |
| Color: | - Select - ⌄ |
| Bulk savings: | Buy 1 $65.25/ea   Buy 2 $64.60/ea |
| Quantity: | 1 |

2 available / 8 sold

Price: **US $65.25/ea**
US $71.70 (9% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Limited quantity remaining** | More than 61% sold | Free shipping

| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: GuangZhou, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | 📦 Estimated between **Fri. Nov. 13 and Thu. Dec. 3** ⓘ This item has an extended handling time and a delivery estimate **greater than 21 business days.** Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  MasterCard  AMEX  Discover |

**PayPal** CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motomike01 (1362 ⭐)
95.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?   Sell now

---

Similar sponsored items 1/2    Feedback on our suggestions



| Motorcycle Frame Slider Protect Wear-resistant For... | Motorcycle Frame Slider Anti Crash Pad Protector F... | For KTM Duke 390 200 250 125 Duke CNC Frame Slide... | CNC Frame Sliders Crash Protector Kit For KTM 125... | HOT Front and Rear Heel Protective Cover Guard Fo... | Motorcycle Anti Crash Pad Protector Frame Slider For... |
|---|---|---|---|---|---|
| $59.86 | $55.00 | $31.79 | $48.39 | $51.29 | $65.78 |
| $65.78 | | $37.85 | $54.99 | $56.99 | |
| Free shipping | Free shipping | + $6.99 shipping | + $7.99 shipping | Free shipping | Free shipping |
| New | Last one | Seller 99.5% positive | Last one | New | New |

---

Related sponsored items 1/2    Feedback on our suggestions










| Motorcycle Frame Slider Anti Crash Pad Protector F... | CNC Frame Sliders Crash Protector Kit For KTM 125... | Frame Slider Anti Crash Pad Falling Protector For KTM... | Motorcycle Anti Crash Protector Frame Slider For... | Motorcycle Frame Slider Anti Crash Pads Protector... | Motorcycle Frame Slider Anti Crash Pads Protector... |
|---|---|---|---|---|---|
| $55.00 | $48.39 | $55.34 | $55.93 | $55.34 | $48.06 |
| Free shipping | $54.99 | $59.50 | $59.50 | $59.50 | $50.59 |
| Last one | + $7.99 shipping | + $3.50 shipping | + $3.50 shipping | + $3.50 shipping | + $6.00 shipping |
|  | Almost gone |  |  |  |  |

**Description**  **Shipping and payments**                                         Report item

Seller assumes all responsibility for this listing.

eBay item number: **143361520615**

Last updated on Sep 21, 2020 09:56:46 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel |
|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✅ This part is compatible with 5 vehicle(s).

| Notes Important part details | Year | Make | Model | Submodel |
|---|---|---|---|---|
| 125 200 390 Duke | 2019 | KTM | 390 | Duke |
| 125 200 390 Duke | 2018 | KTM | 390 | Duke |
| 125 200 390 Duke | 2017 | KTM | 390 | Duke |
| 125 200 390 Duke | 2016 | KTM | 390 | Duke |
| 125 200 390 Duke | 2015 | KTM | 390 | Duke |

Portions of the information contained in this table have been provided by motomike01

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | Does Not Apply |
| Material: | Aluminum | Brand: | Unbranded |
| Fit: | Custom Fit | Type2: | Frame Sliders Crash Pad Sturzpad Crashpads Protector |
| Number of Pieces: | 1 | Compatible Make: | For KTM |
| Feature: | Wear-resistant and Durable | EAN: | Does not apply |
| UPC: | Does not apply | Type: | Fairing/Body Work Kit |
| Holes: | Pre-Drilled | | |

**Product Description**

These frame sliders are easy to install. Mounting bolts are included. No cutting on your fairings. They are High Quality Aftermarket Frame Sliders (Left & Right Sides).

**Product Details:**

-- Condition:100% Brand New

-- Color: Same As Pictures Show

-- Material: 6061-T6 aluminium + ABS Plastic

-- Mounting bolts are included. No cutting on your fairings.

-- Easy installation, No Installation Instruction

**Package Including:**

1 Pair x Frame Sliders (Left & Right)

Include all hard ware bolts and nuts

**Fitment:** ( For KTM models as follow )

KTM 125 Duke 2015-2019

KTM 200 Duke 2015-2019

KTM 390 Duke 2015-2019

**Terms**

Payments: Paypal is the preferred method.

Returns: Returns are accepted within 30 days of receiving your item, be sure to contact us prior to returning your item. Returns must be in New condition in the original packaging with the receipt in the box.

Import charges: Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility. Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

New Arrival

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CNC Frame Exhaust Slider… | CNC Frame Exhaust Slider… | CNC Frame Exhaust Slider… | CNC Frame Exhaust Slider… | Motorcycle Frame Exhaust… | Motorcycle Frame Exhaust… | Motorcycle Frame Crash P… | Brake Clutch Levers Guards… | 7/8" Brake Clutch Lever… | Motorcycle Frame Exhaust… |
| USD 15.42 | USD 15.45 | USD 15.41 | USD 15.42 | USD 15.44 | USD 15.42 | USD 15.42 | USD 16.82 | USD 16.82 | USD 15.45 |
| CNC 7/8" Brake Clutch Lever… | 7/8" CNC Brake Clutch Lever… | CNC 7/8" Brake Clutch Lever… | 7/8" 22mm Handlebar Bra… | 7/8" 22 mm Motorcycle… | 7/8" Motorcycle CNC Handle… | Motorcycle Frame Crash… | 7/8" Handlebar Brake Clutch… | 7/8" 22mm Handlebar Bra… | 7/8" 22mm Brake Clutch… |
| USD 16.79 | USD 16.72 | USD 16.82 | USD 16.78 | USD 16.75 | USD 16.73 | USD 15.5 | USD 16.76 | USD 16.81 | USD 16.72 |

Sponsored items based on your recent views  1/4                                                                                          Feedback on our suggestions













CNC Aluminum Frame Sliders Crash Protector Kit…

$69.99

Free shipping

New

22/ 25/ 28mm Universal Motorcycle Hand Guard…

$44.64

$46.99

Free shipping

New

Universal Aluminum Alloy Motorcycle CNC Scooter…

$20.85

Free shipping

New

Full Electric Start Engine Wiring Harness For 50cc…

$35.99

Free shipping

New

49cc Engine Motor 2-Stroke Pull Start & Transmission…

$68.88

Free shipping

New

For KTM Duke 390 250 200 125 Duke CNC Frame Slide…

$31.79

$37.85

+ $6.99 shipping

Seller 99.5% positive

Explore more sponsored options: Brand

| Yamaha | KTM | More | Heinmo | More |
|---|---|---|---|---|

LED Brake Tail Light Turn Signals Integrated For…

$31.49

$34.99

Free shipping



10/13/2020

Hi ▮▮▮ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄ | 🔔1 | 🛒

ebay | Shop by category ⌄ | [Search for anything] | All Categories ⌄ | **Search** | Advanced

‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work

✉ f 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle | Select Vehicle







‹ 🖼 🖼 🖼 🖼 🖼 🖼 ›

$ Have one to sell? | **Sell now**



## Motorcycle Frame Slider Protector Anti Crash For KTM 125 200 390 Duke 2015-2019

Condition: New

Compatibility: See compatible vehicles

Color: - Select - ⌄

Bulk savings: | Buy 1 $65.25/ea | Buy 2 $64.60/ea

Quantity: [1]

2 available / 8 sold

Price: **US $65.25/ea**
US $71.70 (9% off) ⓘ

**Buy It Now**

**Add to cart**

♡ Add to Watchlist



**Limited quantity remaining** | More than 61% sold | Free shipping

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: GuangZhou, China
Ships to: Worldwide See exclusions

Delivery: ⚡ Estimated between **Fri. Nov. 13 and Thu. Dec. 3** ⓘ
This item has an extended handling time and a delivery estimate greater than 21 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard AMEX DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
motomike01 (1362 ⭐)
95.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items



## Similar sponsored items 1/2

Feedback on our suggestions

Motorcycle Frame Slider Protect Wear-resistant For...
$59.86
$65.78
Free shipping
New

Motorcycle Frame Slider Anti Crash Pad Protector F...
$55.00
Free shipping
Last one

For KTM Duke 390 200 250 125 Duke CNC Frame Slide...
$31.79
$37.85
+ $6.99 shipping
Seller 99.5% positive

CNC Frame Sliders Crash Protector Kit For KTM 125...
$48.39
$54.99
+ $7.99 shipping
Last one

HOT Front and Rear Heel Protective Cover Guard Fo...
$51.29
$56.99
Free shipping
New

Motorcycle Anti Crash Pad Protective Frame Slider For...
$65.78
Free shipping
New

## Related sponsored items 1/2

Feedback on our suggestions

https://www.ebay.com/itm/Motorcycle-Frame-Slider-Protector-Anti-Crash-For-KTM-125-200-390-Duke-2015-2019/143361520615

1/3








Motorcycle Frame Slider Anti Crash Pad Protector F...
**$55.00**
Free shipping
Last one

CNC Frame Sliders Crash Protector Kit For KTM 125...
**$48.39**
~~$54.99~~
+ $7.99 shipping
Almost gone

Frame Slider Anti Crash Pad Falling Protector For KTM...
**$55.34**
~~$59.50~~
+ $3.50 shipping

Motorcycle Anti Crash Protector Frame Slider For...
**$55.93**
~~$59.50~~
+ $3.50 shipping

Motorcycle Frame Slider Anti Crash Pads Protector...
**$55.34**
~~$59.50~~
+ $3.50 shipping

Motorcycle Frame Slider Anti Crash Pads Protector...
**$48.06**
~~$50.59~~
+ $6.00 shipping

---

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: GuangZhou, China

Shipping to: Worldwide

Excludes: Africa, Andorra, Belarus, Gibraltar, Malta, San Marino, Svalbard and Jan Mayen, Ukraine, Vatican City State, China, Sri Lanka, Bahrain, Kuwait, Qatar, Saudi Arabia, Yemen, Antigua and Barbuda, Grenada, Guadeloupe, Martinique, Netherlands Antilles, Nicaragua, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Fiji, French Polynesia, Guam, Marshall Islands, Micronesia, Nauru, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Laos, Bermuda, Greenland, Saint Pierre and Miquelon, Bolivia, Falkland Islands (Islas Malvinas), French Guiana, Peru, Uruguay, Venezuela

Quantity: `1`   Change country: `United States`   ZIP Code: `60106`   **Get Rates**

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Fri. Nov. 13 and Thu. Dec. 3** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 10 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods





**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/4          Feedback on our suggestions

10/13/2020



Hi ████ | ▾     Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ▾   My eBay ▾    🔔1   🛒

ebay   Shop by category ▾   🔍 Search for anything   | All Categories ▾ |   **Search**   Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile



eBay MONEY BACK GUARANTEE



**motomike01** (1362 ★ ) 📋 ⓘ

**Positive Feedback (last 12 months): 95.1%** ⓘ

Member since: Nov-26-14 in China

**Member Quick Links**

Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

| | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 35 | 264 | 567 |
| ◉ | Neutral | 0 | 10 | 15 |
| ➖ | Negative | 2 | 10 | 24 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (479) | ★★★★★ (504) |
| Shipping speed | Communication |
| ★★★★★ (475) | ★★★★★ (476) |

---

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

24 Feedback received (viewing 1-24)        Revised Feedback: 6 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

| e.g. Vintage 1970's Gibson Guitars 🔍 | Rating type: Negative (24) ▾ | Period: 12 Months ▾ |
|---|---|---|

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ I installed it like a guide they sent. My engine has damaged and It's like $2-3K <br> (Private listing) | Buyer: i***p (66★) | Past month <br> Reciprocal feedback |
| ➖ He says it came with the ninja logo and it didn't come with the logo, it took a long time to arrive <br> (Private listing) | Buyer: l***0 (99★) | Past month <br> Reciprocal feedback |
| ➖ The Item was not as shown. Motomike has offered to replace them still waiting <br> (Private listing) | Buyer: a***f (349★) | Past 6 months <br> Reciprocal feedback |
| ➖ The parts not fit the bike at all.....2 cm to long.bad seller. <br> (Private listing) | Buyer: r***e (500★) | Past 6 months <br> Reciprocal feedback |
| ➖ Haven't received it in 2 months <br> (Private listing) | Buyer: 2***r (9) | Past 6 months <br> Reciprocal feedback |

ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old.

| | | |
|---|---|---|
| ➖ The rack doesnt fit on a 2019 honda crf250 i need to find new bolt <br> (Private listing) | Buyer: d***r (33★) | Past 6 months <br> Reciprocal feedback |
| ➖ Buyer beware! Did not ship until I filed a claim through PayPal. based in China! <br> (Private listing) | Buyer: e***3 (98★) | Past 6 months <br> Reciprocal feedback |
| ➖ Seller said shipped. USPS said label created but never left seller. Never rec it <br> (Private listing) | Buyer: 0***8 (24★) | Past 6 months <br> Reciprocal feedback |
| ➖ No shipping info, no answer <br> (Private listing) | Buyer: n***n (337★) | Past 6 months <br> Reciprocal feedback |
| ➖ you suck <br> (Private listing) | Buyer: 3***s (6) | Past 6 months <br> Reciprocal feedback |
| ➖ Does not fit aprilia rsv4. Diameter of fitment is too large. <br> (Private listing) | Buyer: 1***6 (17★) | Past year <br> Reciprocal feedback |
| ➖ No instructions, extra parts, the color is not a match. Rude communication. <br> (Private listing) | Buyer: -***l (146★) | Past year <br> Reciprocal feedback |
| ➖ Does not fit 1994 xv1100 virago fuel pump is in the way of back cylinder pipe <br> (Private listing) | Buyer: 0***0 (52★) | Past year <br> Reciprocal feedback |
| ➖ Doesn't fit ok Kymco AK 550 No way <br> (Private listing) | Buyer: 6***6 (352★) | Past year <br> Reciprocal feedback |
| ➖ The object is not CNC machined but printed. The description is bogus. <br> (Private listing) | Buyer: m***s (29★) | Past year <br> Reciprocal feedback |

Comment?



Hi ▓▓▓▓ ▾   Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ▾   My eBay ▾   🔔¹   🛒

**ebay**   Shop by category ▾   Search for anything   All Categories ▾   **Search**   Advanced

**motomike01** (1362★)
95.1% positive feedback

🔒 Items for sale    🏬 Visit store    ✉ Contact

Based in China, motomike01 has been an eBay member since Nov 26, 2014

♡ Save

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 479 | Item as described | |
| ★★★★★ 476 | Communication | |
| ★★★★★ 475 | Shipping time | |
| ★★★★★ 504 | Shipping charges | |

|  |  |  |
|---|---|---|
| ● 567 Positive | ◐ 15 Neutral | ● 24 Negative |

Feedback from the last 12 months

See all feedback

➕ Thank you very much A+++
Oct 12, 2020

● ○ ○ ○ ○

67 Followers | 0 Reviews | Member since: Nov 26, 2014 | 📍 China

## Items for sale(5680)

See all items









Motorcycle Exte...          Motorcycle Radi...          Motorcycle Exte...          Chrome Adjustab...          Motorcycle Exte...
US $33.90      2m left     US $26.99      21h left     US $33.90      2m left     US $27.99      21h left     US $33.90      2m left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ







Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category Search this Store This Store Search Advanced

eBay › eBay Stores › motomike01

# motomike01

67 followers | motomike01 (1362 ★) 95.1%

Save this seller

**Category**

**All**

eBay Motors

Parts & Accessories

Search this Store Search Time: ending soonest

All Listings | Auction | Buy It Now

1-48 of 970 Results

Rear Brake Lever Gear Shift Lever Rubber Tip Pad for Ducati 696 796 795 1100
$6.97
Was: ~~$7.74~~
Free shipping
From China

CNC Rear Brake Reservoir Cover Caps For Benelli BN302 BN302 TNT300 TNT 300
$7.79
Was: ~~$8.66~~
Free shipping
From China

CNC Rear Brake Fluid Reservoir Cover Cap For Yamaha YZF R3 2015-2018
$7.81
Was: ~~$8.68~~
Free shipping
From China

CNC Motorcycle Rear Brake Fluid Reservoir Cover Cap For Yamaha YZF R6 2001-2018
$7.79
Was: ~~$8.65~~
Free shipping
From China

CNC Motorcycle Rear Brake Fluid Reservoir Cover Cap For Yamaha YZF R1 1998-2018
$7.79
Was: ~~$8.65~~
Free shipping
From China

7/8" Handle Bar Grip End Cap Plug For Honda CB919 CB600 CB599 CB500 CB300 CB650F
$8.36
Was: ~~$9.29~~
Free shipping
From China

7/8" Handlebar Bar End Hand Grips End Cap Plugs For KTM 125 200 390 690 790 DUKE
$8.54
Was: ~~$9.49~~
Free shipping
From China

Motorcycle Handle Bar Hand Grips End Caps Plugs For SUZUKI V-strom DL1000 DL 650
$8.36
Was: ~~$9.29~~
Free shipping
From China

Motorcycle 7/8" CNC Handlebar Grip End Plug Cap For Honda CBR1000RR CBR 1000RR
$8.36
Was: ~~$9.29~~
Free shipping
From China

CNC Frame Exhaust Sliders Crash Pads Protector For KAWASAKI ZX14R ZZR1400 Ninja
$19.93 to $25.92
From China

Was: $28.80
Free shipping



Motorcycle Radiator Grille Guard Silver For HONDA NC750 NC750S NC750X 2014-2017

$26.99
Free shipping

0 bids
21h 2m
From China



Chrome Adjustable Handle Brake Clutch Levers Fits Harley Sportster XL 883 1200

$27.99
Free shipping

0 bids
21h 3m
From China



1" Motorcycle HandleBar Low Rise Drag Bar Fits Harley Sportster XL883 XL1200 US

$30.99
Free shipping

0 bids
21h 5m



Front Headlight Guard Protector Mash Cover Fit F850GS F750GS Adventure 2018 2019

$30.99
Free shipping

0 bids
21h 6m
From China



7/8" 22MM Motorcycle Drag Bar Handlebar Chrome For Ducati Monster 696 2008-2014

$35.99
$25.00 shipping

0 bids
21h 7m
From China



Motorcycle chrome accessories Rotor LED Covers For Honda Goldwing GL1800 18-20

$275.49
Was: $289.99
Free shipping

From China



2pc 7/8" Handlebar Motorcycle Hand Guard Protection Universal Dirt Bike ATV Grip

$41.39
Was: $45.99
Free shipping

From China



U.S. Brake Clutch Levers For Victory KINGPIN VEGAS 8 BALL CROSS COUNTRY Roads

$46.79
Was: $51.99
Free shipping



Non-Adjustable Center Stand Jack Service Stand For Kawasaki KLR650 2008-2018

$227.99
Was: $239.99
Free shipping
or Best Offer

From China



Motorcycle Sportbike Windscreen Fairing Bolts Kit Fastener Clips Screws Aluminum

$20.69
Was: $22.99
Free shipping

From China



Engine Guard Side Crash Bar Protector Kit For Honda CTX700N 2014-2018 2017 2015

$180.99
Free shipping

0 bids
2d
From China



Durable Front Engine Guard Crash Bar Protector Kit Fits Honda CB500x 2013-2017

$196.99
Free shipping

0 bids
2d
From China



Engine Guard Front Lower Crash Bar Silver Protect Kit Fits BMW R1200RT 2005-2013

$224.99
Free shipping

0 bids
2d
From China



1 1/4" Engine Guard Crash Bar For Harley Street XG500 XG750 2014-UP US STOCK



$68.99
Free shipping

0 bids
2d



US STOCK Passenger Foot Pegs Footrest For Indian Scout Sixty Bobber 2015-2018 US
$98.99
Free shipping

0 bids
2d



1.25" Highway Engine Guard Crash Bar Kit For Indian Scout Sixty Bobber 16 17 18
$168.03
Was: $178.75
Free shipping

From China



Backrest Sissy Bar Fits Harley-Davidson Dyna Street Bob Super Glide Low Rider
$120.97
Was: $128.69
Free shipping

From China



Off Road Rear Support Luggage Rack Shield For YAMAHA TW200 1987-2008 MT
$105.87
Was: $112.63
Free shipping

From China



Highway Engine Guard Crash bars Black For Honda CB1100 2010 2011 2012 2013 2014
$155.67
Was: $165.61
Free shipping

From China



Headlight Guard Grille Cover Mash Protector Black Kit Fit HONDA X-ADV XADV 750
$64.92
Was: $71.34
Free shipping

From China



Motorcycle Frame Slider Cover Crash Pad Protect Fit KTM 125 200 390 Duke 2015-19
$70.86
Was: $77.87
Free shipping

From China



Motorcycle Black 10 Gauge Front Pulley Cover For Indian Scout & Sixty 2015-2018
$160.62
Was: $170.87
Free shipping
or Best Offer

From China



2pcs Freeway Upper Engine Guard Crash Bars Protector Kit For BMW G310GS 2018
$152.05
Was: $161.75
Free shipping
or Best Offer

From China



Left Side Engine Ignition Cover Fit Indian Scout Sixty Bobber 2015-2019
$129.50
Was: $137.77
Free shipping
or Best Offer

From China



Shortshots Staggered Exhaust Pipe For Kawasaki Vulcan 900S EN900 VN900 S900 New
$371.44
Was: $390.99
Free shipping

From China



Shortshots Staggered Exhaust Pipes For Kawasaki Vulcan 900/S EN900 VN900 S900
$351.49
Was: $369.99
Free shipping
Only 1 left!

From China



Rear Oil Brake Reservoir Fluid Cover Cap For YAMAHA MT-09 FZ-09 2013-2018
$7.78
Was: $8.64
Free shipping

From China



 Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category KTM All Categories Search Advanced

Items for sale from **motomike01** (1362 ) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors

- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Parts
- Motorcycle Fairings & Bodywork
- Other Motorcycle Accessories
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (2,015)

**Price**

- Under $15.00
- Over $15.00

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motomike01 (1362 )
Feedback rating: 1,362
Positive Feedback: 95.1%
Member since Nov-26-14 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

CNC Aluminum Frame Sliders Crash Prot...
**$69.99**
Buy It Now
Free shipping

All Listings | Auction | Buy It Now Sort: Best Match View:

**2,015** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106-1445
Clear selections
**0** matching results
Find Results

Motorcycle Frame Slider Protector Anti Crash For KTM 125 200 390 Duke 2015-2019 (Fits: KTM)
Brand New
**$65.25** From China
Was: ~~$71.70~~
Buy It Now
**Free Shipping**
**8+ Sold**
**9% off**

Orange Anodized Chain Guard Cover For KTM 125 200 390 Duke 2011-2016 (Fits: KTM)
Brand New
**$22.79** From China
Was: ~~$25.32~~
Buy It Now
**Free Shipping**
**10% off**
Watch

Motorcycle Frame Slider Cover Crash Pad Protect Fit KTM 125 200 390 Duke 2015-19 (Fits: KTM)
Brand New
**$70.86** From China
Was: ~~$77.87~~
Buy It Now
**Free Shipping**
**9% off**

Skid Plate Engine Guard Protective For KTM Duke 250 390 2013 2014 2015 2016 (Fits: KTM)
Brand New
**$55.59** From China
Was: ~~$61.09~~
Buy It Now
**Free Shipping**
**9% off**

6/8/10mm Swingarm Stand Spools Sliders Bobbins For KTM RC 125/200/390 Duke 690 (Fits: KTM)
Brand New
**$7.17** to **$10.52** From China
Was: ~~$11.69~~
Buy It Now
**Free Shipping**
**10% off**

Motorcycle SwingArm Paddocks Stand Bobbins Sliders Spool For KTM 1290 Super Adv
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

▮▮▮▮▮
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
▮▮▮▮▮

Change

---

## Review item and shipping

Seller: motomike01    Message to seller



Motorcycle Frame Slider Protector Anti Crash For KTM 125 200 390 Duke 2015-2019
Color: Orange
**$65.25**
~~$71.70~~

Quantity 1

**Delivery**
Est. delivery: Nov 13 – Dec 3
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

Save up to 9%

---

## Gift cards, coupons, eBay Bucks

Enter code: [               ]    [ Apply ]

---

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount  [ None ⌄ ]

---

| | |
|---|---|
| Subtotal (1 item) | $65.25 |
| Shipping | Free |
| Tax* | $4.08 |

**Order total**    **$69.33**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi ████ ▾    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ▾    My eBay ▾    🔔1    🛒

**ebay**    Shop by category ▾    [Search for anything]    All Categories ▾    **Search**    Advanced

< Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work    ✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM    [Select Year]





### Orange Anodized Chain Guard Cover For KTM 125 200 390 Duke 2011-2016

Condition: New

Bulk savings:
| Buy 1 $22.79/ea | Buy 2 $22.56/ea | Buy 3 $22.33/ea |

Compatibility: See compatible vehicles

Quantity: [ 1 ]
3 available

Price: **US $22.79/ea**
US $25.32 (10% off) ⓘ

**Buy It Now**
**Add to cart**
♡ Add to Watchlist

*Free shipping*    30-day returns    Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: GuangZhou, China
Ships to: Worldwide    See exclusions

Delivery: ⏲ Estimated between **Fri. Nov. 13 and Thu. Dec. 3** ⓘ
This item has an extended handling time and a delivery estimate **greater than 21 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 💳 DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**
💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motomike01 (1362 ⭐)
95.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell? **Sell now**

---

### Similar sponsored items 1/2
Feedback on our suggestions

     

| 2019 Hand Guards Handlebar Handguard For... | CNC Brake Cylinder Cover Oil Filler Cap Plugs for KT... | 2020 NEW Front Brake Fluid Reservoir Cover Black... | Engine Case Plugs Brake Cylinder Cover Oil Filler C... | CNC Front Brake Fluid Reservoir Master Cover C... | Tank Traction Side Pad Gas Knee Grip Protector For... |
| $22.49 | $35.99 | $17.80 | $35.99 | $10.79 | $18.99 |
| $24.99 | $39.99 | Free shipping | $39.99 | $11.36 | Free shipping |
| + $2.99 shipping | Free shipping | New | Free shipping | + $2.99 shipping | Last one |
| New | Seller 99.4% positive | | Seller 99.5% positive | New | |

---

### Related sponsored items 1/2
Feedback on our suggestions

Case: 1:20-cv-06677 Document #: 10 Filed: 11/10/20 Page 126 of 376 PageID #:299



Hi ▮▮▮▮ ▾     Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ▾    My eBay ▾    🔔 1    🛒

ebay    Shop by category ▾    [Search for anything]    All Categories ▾    Search    Advanced

◁ Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work        ✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM    [Select Year]






## Motorcycle Frame Slider Cover Crash Pad Protect Fit KTM 125 200 390 Duke 2015-19

Condition:       New
Compatibility    See compatible vehicles
:
Sale ends in:    02d 01h 08m
Color:           - Select -  ▾
Quantity:        [1]              1 available

Price:    **US $70.86**
          US $77.87 (9% off) ⓘ

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

**Free shipping**    30-day returns    Longtime member



Shipping:    **FREE** Standard SpeedPAK from China/Hong
             Kong/Taiwan | See details
             International shipment of items may be subject to customs
             processing and additional charges. ⓘ
             Item location: GuangZhou, China
             Ships to: Worldwide   See exclusions

Delivery:    ⏱ Estimated between **Fri. Nov. 13 and Thu. Dec. 3** ⓘ
             This item has an extended handling time and a delivery
             estimate **greater than 21 business days.**
             Please allow additional time if international delivery is subject
             to customs processing.
Payments:    PayPal  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay
Mastercard®. Learn more

Returns:     30 day Buyer pays for return shipping | See details

### Shop with confidence
ⓢ eBay Money Back Guarantee
Get the item you ordered or get
your money back. Learn more

### Seller information
motomike01 (1362 ⭐)
95.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?   [Sell now]

---

## Similar sponsored items 1/2                                    Feedback on our suggestions



Motorcycle Frame Slider    Motorcycle Frame Slider    Motorcycle Frame Slider    CNC Frame Sliders Crash    Motorcycle Frame Slider    CNC Aluminum Frame
Protect Wear-resistant For...  Cover Crash Pad Protect Fi...  Protect Wear-resistant For...  Protector Kit For KTM 125...  Anti Crash Pad Protector Fo...  Sliders Crash Protector Kit...
$59.86                     $66.59                     $60.52                     $48.39                     $55.00                     $69.99
US $65.33                  US $73.99                  US $65.78                  US $54.99                  Free shipping              Free shipping
Free shipping              Free shipping              Free shipping              + $7.99 shipping           Last one                   New
New                        Seller 99.6% positive      New                        Last one

## Related sponsored items 1/2                                    Feedback on our suggestions



Hi [____]    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    **Search**    Advanced

‹ Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheels & Rims         ✉ f 🐦 🅿 | Add to Watchlist

---

ⓘ Check if this part fits your vehicle    **Select Vehicle**





### Supermoto 17*3.5 17*5.0 Complete Wheel Hubs Set For KTM SX SXF EXC 125-530 03-14

| | |
|---|---|
| Condition: | New |
| Compatibility : | See compatible vehicles |
| Quantity: | [1]    2 available / 7 sold |

**Price:** US $599.90
$52 for 12 months with PayPal Credit*



**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

*Limited quantity remaining*    More than 77% sold    Free shipping

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: SHANGHAI, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | 📦 Estimated between **Fri. Oct. 30 and Thu. Nov. 19** |
| | Please note the delivery estimate is **greater than 14 business days**. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | 🅿 VISA 🔴🟠 AMEX DISCOVER |

**PayPal CREDIT**
*$52 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 60 day Buyer pays for return shipping | See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motomodification (101 ⭐)
96.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2                                                    Feedback on our suggestions

           

| KTM Supermoto 17" & 17" Complete Wheel Set SX S... | 17" 3.5 5.0" Supermoto Wheel Rim Set Hub For KT... | Supermoto 17" KTM Complete Wheels Set for... | 17" & 17 Complete Supermoto Wheel Set Rim... | Compatible For KTM Duke 390 Racing Bike Front &... | Front SM Wheel 3.5 x 17 Warp 9 |
|---|---|---|---|---|---|
| $566.99 | $549.00 | $550.00 | $662.39 | $343.98 | $225.00 |
| ~~$629.99~~ | ~~$577.90~~ | | ~~$735.99~~ | | + $40.00 shipping |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Seller 99.7% positive |
| Almost gone | Seller 99.9% positive | New | Seller 99.3% positive | Last one | |

---

### Sponsored items from this seller 1/2                                          Feedback on our suggestions

$ Have one to sell?   **Sell now**

     

17*3.5 17*4.25 Orange MX Complete Wheel Hub Set...
$640.00
Free shipping

17*3.5 17*4.25 Orange MX Complete Wheel Hub Set...
$585.40
Free shipping

Supermoto Complete Wheel Rims 17*3.5 4.25 For...
$563.00
Free shipping

For Honda CR125 250R CRF250 450R 17*3.5 4.25...
$562.00
Free shipping

Red Rim Complete Set Wheel Rims For Honda...
$586.00
Free shipping

17*3.5 4.25 Supermoto Complete Wheel Rim For...
$599.90
Free shipping

---

**Description** | Shipping and payments | Report item

Seller assumes all responsibility for this listing.

eBay item number: 163125434047

Last updated on Aug 29, 2020 21:14:28 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

Year [-Select-]   Make [-Select-]   Model [-Select-]   Submodel [-Select-]   [Go]

[show all compatible vehicles]

✓ This part is compatible with 836 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
|  | 2011 | KTM | 105 | SX |
|  | 2010 | KTM | 105 | SX |
|  | 2010 | KTM | 105 | XC |
|  | 2009 | KTM | 105 | SX |
|  | 2009 | KTM | 105 | XC |
|  | 2008 | KTM | 105 | SX |
|  | 2008 | KTM | 105 | XC |
|  | 2007 | KTM | 105 | SX |
|  | 2006 | KTM | 105 | SX |
|  | 2005 | KTM | 105 | SX |
|  | 2004 | KTM | 105 | SX |
|  | 2018 | KTM | 125 | SX |
|  | 2017 | KTM | 125 | SX |
|  | 2016 | KTM | 125 | SX |
|  | 2015 | KTM | 125 | SX |
|  | 2014 | KTM | 125 | SX |
|  | 2013 | KTM | 125 | SX |
|  | 2012 | KTM | 125 | SX |
|  | 2011 | KTM | 125 | SX |
|  | 2010 | KTM | 125 | SX |

Page 1 of 42        ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by motomodification

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Modified Item: | No |
| Surface Finish: | CNC Anodized | Country/Region of Manufacture: | China |
| Manufacturer Part Number: | WH1717FRO-KT | Custom Bundle: | No |
| Brand: | Unbranded | Material: | Aluminum & Stainless Steel |
| Non-Domestic Product: | No | Type: | Spoked Wheel |
| Rim Diameter: | 17in. | Color: | Black+Orange |
| Rim Width: | 3.5in 5.0in | UPC: | Does not apply |

**International Buyers – Please Note**
1.Importduties,taxes and charges are not included in the item price or shipping charges.These charges are the buyer's responisbility.
2.Pls check with your country's customs office to determine what these additional cost will be prior to bidding.
3.These charges are normaly colected by the delivering freight company or when you pick the item up-don't confuse them for additional shipping charges.
4.We don't mrke merchandise values below value or mark items as "gifts" International goverment regulations prohibit such behaivior.

# Description



**Wheel Bearings Included:**
Orange Hub / Black Rim
FRONT Wheel= 3.5" X 17" 36 holes
REAR Wheel= 5.0" X 17" 36 holes
-Brand New Complete Set of FRONT & REAR Hub Wheels.
-Professional quality wheel sets built of the best components available.
-6061 T6 Aluminum CNC Machined Hub.
-304 Stainless steel spoke with nipple.
-7075 T7 Alloy Rims.
-Each wheel set have been tested, guaranteeing the best in quality and performance.
-Will last for years of top performance.
-Professional installation recommended.

## Fitment:
KTM 125CC-530CC ALL MODEL    2003-2014
HUSABERG ALL MODELS            2003-2013

**Pls check size before purchase to avoid buying wrong item!**

Payment

We accept PayPal ONLY

Shipping

Item will be shipped from CHINA within 2-3 business days, after your full payment has been received. If your country is not in the listing we ship to, please contact us before you bidding them. We offer a 60-days 100% money back guarantee. Buyer pays return shipping and when we received will refund your money. All returned products must be in new, re-salable condition.

Feedback

Customer satisfaction is very important to us and our feedback rating reflects this satisfaction. If you have any question during this transaction, welcome you to contact us directly through EBAY MESSAGE before you leave any comments. Due to different time zone, Pls forgive us maybe we couldn't reply you as quickly as you expected.Since your feedback is very important to our business development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute or less. Thank you very much!

Returns

100% Satisfaction Guarantee/Money Back Guarantee We offer a 60 days money back guarantee. We will take any products with which you are not completely satisfied within the 7 days from the date of your delivery. All returned products must be in new, re-salable condition and include original packaging. All manuals,registration cards and accessories must be included. We will promptly refund your purchase price. Shipping cost is not refundable. Customer pays all return shipping. If you want to exchange you want to exchange an item for another item(such as a different size or color), the buyer must cover the shipping fees. Due to the policy of eBay, we can't withdraw any negative feedback, Please contact us to resolve any problem before leaving Negative feedback.

# Welcome To Our Store

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

**MX 18" Rear Wheel Rim Hub For KTM 125 300 400...**
$299.75
$318.88
+ $100.00 shipping
Seller 99.6% positive

**21"x1.6" Enduro Front Wheel Rim Hub KTM 125-540 250...**
$299.75
$318.88
+ $100.00 shipping
Seller 99.6% positive

**Dirt Bike MX Enduro LED Headlight Fairing For KTM...**
$167.20
$177.20
Free shipping
Seller 99% positive

**For KTM SX XC EXC XCW SXF XCF125 250 350 450...**
$168.90
$178.90
Free shipping
Seller 99.1% positive

**17*3.5 17*4.25 Orange MX Complete Wheel Hub Set...**
$640.00
Free shipping
New

**17" Supermoto Spoked Wheels Set for KTM 125-53...**
$549.00
Free shipping
New

## Explore more sponsored options: Brand

### Honda
More

 

**17" Supermoto Wheels Set for Honda CRF250R...**
$550.00
Free shipping
Popular

**SUPERMOTO COMPLETE 17" WHEELS HUBS RIMS...**
$449.99
$499.99
+ $99.95 shipping

### Tarazon
More

  

**17" & 17 Complete Supermoto Wheel Set...**
$662.39
$735.99
Free shipping
Popular

**17/17 Complete Supermoto Spoked...**
$569.99
$633.32
+ $99.95 shipping

### Pro-Wheel

 

**Pro-Wheel 1220KSBK Front/Rear Rim - 12x1.60 ...**
$73.75
$103.95
Free shipping

**Pro-Wheel 12-KLXGOR Rear Rim - 12in. - Gold**
$90.94
$103.95
Free shipping

## Explore more sponsored options: Color

### Orange
More

   

**Compatible For KTM Duke 390 Racing Bike Front &...**
$343.98
Free shipping
Last one

**Compatible For KTM RC 390 Racing Bike Front &...**
$344.03
Free shipping
Last one

**Compatible For KTM RC 390 Front and Rear Wheel...**
$378.98
Free shipping

### Red



**17" Supermoto Wheel Rim Hub Front Rear Brake Dis...**
$620.96
$689.96
Free shipping

## More from this seller 1/2

Feedback on our suggestions

     

**17*3.5 17*4.25 Orange MX Complete Wheel Hub Set...**
$640.00
+ shipping

**Supermoto Complete Wheel Rims 17*3.5 4.25 For...**
$563.00
+ shipping

**For Honda CR125 250R CRF250 450R 17*3.5 4.25...**
$562.00
+ shipping

**Red Rim Complete Set Wheel Rims For Honda...**
$586.00
+ shipping

**Motorcycle rims 17*3.5 & 17*5.0 Supermoto Aluminu...**
$285.00
+ shipping

**Motorcycle Supermoto rims 17*3.5 & 17*3.0 Aluminum...**
$269.00
+ shipping

← Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheels & Rims

| Add to Watchlist

Hi ▮▮▮▮   Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

**ebay**   Shop by category ⌄   [Search for anything]   All Categories ⌄   **Search**   Advanced





### Supermoto 17*3.5 17*5.0 Complete Wheel Hubs Set For KTM SX SXF EXC 125-530 03-14

Condition: New

Compatibility : See compatible vehicles

Quantity: [1]   2 available / 7 sold

Price: **US $599.90**
$52 for 12 months with PayPal Credit*

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Limited quantity remaining** | More than 77% sold | Free shipping

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: SHANGHAI, China
Ships to: Worldwide   See exclusions

Delivery: Estimated between **Fri. Oct. 30 and Thu. Nov. 19**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 🔵 MasterCard AMEX DISCOVER

**PayPal CREDIT**
*$52 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 60 day Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motomodification (101 ★)
96.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items



Have one to sell?   Sell now





**Similar sponsored items** 1/2                                   Feedback on our suggestions

KTM Supermoto 17" & 17" Complete Wheel Set SX S...
$566.99
$629.99
Free shipping
**Almost gone**

17" 3.5" 5.0" Supermoto Wheel Rim Set Hub For KT...
$549.00
$577.90
Free shipping
Seller 99.9% positive

Supermoto 17" KTM Complete Wheels Set for...
$550.00
Free shipping
New

17" & 17 Complete Supermoto Wheel Set Rim...
$662.39
$735.99
Free shipping
Seller 99.3% positive

Compatible For KTM Duke 390 Racing Bike Front &...
$343.98
Free shipping
**Last one**

Front SM Wheel 3.5 x 17 Warp 9
$225.00
+ $40.00 shipping
Seller 99.7% positive

**Sponsored items from this seller** 1/2                           Feedback on our suggestions







| 17*3.5 17*4.25 Orange MX Complete Wheel Hub Set... | 17*3.5 17*4.25 Orange MX Complete Wheel Hub Set... | Supermoto Complete Wheel Rims 17*3.5 4.25 For... | For Honda CR125 250R CRF250 450R 17*3.5 4.25... | Red Rim Complete Set Wheel Rims For Honda... | 17*3.5 4.25 Supermoto Complete Wheel Rim For... |
|---|---|---|---|---|---|
| $640.00 | $585.40 | $563.00 | $562.00 | $586.00 | $599.90 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

**Description**    **Shipping and payments**    Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **SHANGHAI, China**

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Iraq, Israel, Saudi Arabia, Turkey, United Arab Emirates, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, American Samoa, French Polynesia, Nauru, Niue, Solomon Islands, Vanuatu, Western Samoa, Hong Kong, Indonesia, Macau, Malaysia, Vietnam, Bermuda, Saint Pierre and Miquelon, Argentina, Bolivia, Brazil, Chile, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Suriname, Uruguay, Venezuela, Angola, Benin, Botswana, Burkina Faso, Burundi, Cameroon, Cape Verde Islands, Central African Republic, Chad, Comoros, Congo, Democratic Republic of the, Congo, Republic of the, Côte d'Ivoire (Ivory Coast), Djibouti, Equatorial Guinea, Eritrea, Gabon Republic, Gambia, Guinea, Guinea-Bissau, Kenya, Lesotho, Liberia, Libya, Madagascar, Malawi, Mali, Mauritania, Mauritius, Mayotte, Mozambique, Namibia, Nigeria, Reunion, Rwanda, Saint Helena, Senegal, Seychelles, Sierra Leone, Somalia, Swaziland, Tanzania, Togo, Uganda, Western Sahara, Zambia, Zimbabwe, Albania, Bosnia and Herzegovina, Bulgaria, Macedonia, Moldova, Romania, Serbia, Svalbard and Jan Mayen, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, China, Georgia, India, Kazakhstan, Kyrgyzstan, Pakistan, Tajikistan, Turkmenistan, Uzbekistan, PO Box

Quantity: [ 1 ]    Change country: [ United States ]    ZIP Code: [ 60106 ]    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Fri. Oct. 30 and Thu. Nov. 19** |
| US $5.00 | United States | Standard Shipping from outside US | Estimated between **Wed. Oct. 21 and Wed. Nov. 18** |
| US $14.80 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Fri. Oct. 16 and Fri. Oct. 23** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 60 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|
|  |



**Special financing available**

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views  1/4                    Feedback on our suggestions



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

motomodification (101 ★ )
**Positive Feedback (last 12 months): 96.9%**
Member since: Mar-03-18 in China

**Member Quick Links**
Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 1 | 15 | 32 |
| Neutral | 0 | 0 | 0 |
| Negative | 1 | 1 | 1 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (29) | Reasonable shipping cost ★★★★★ (32) |
| Shipping speed ★★★★★ (29) | Communication ★★★★★ (30) |

**All received Feedback** Received as buyer Received as seller Left for others

1 Feedback received (viewing 1-1) Revised Feedback: 2

Search Feedback received as seller with an item title or ID:
e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1)
Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **Did not receive item...** (Private listing) | Buyer: e***e (141★) | Past month Reciprocal feedback |

**Page 1 of 1**

← 1 →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi █████ ▼    Daily Deals    Brand Outlet    Help & Contact        Sell   Watchlist ▼   My eBay ▼



ebay   Shop by category ▼

Search for anything   | All Categories ▼ |   **Search**   Advanced

**motomodification** (101★)
96.9% positive feedback

♡ Save

🔗 Items for sale   🏬 Visit store   ✉ Contact

Please contact us if you have any questions, we also help find products, thanks

**Feedback ratings** ⓘ                    See all feedback

| ★★★★★ 29 | Item as described | ⊕ 32 | ◯ 0 | ⊖ 1 | ⊖ Did not receive item... |
| ★★★★½ 30 | Communication | Positive | Neutral | Negative | Sep 28, 2020 |
| ★★★★★ 29 | Shipping time | | | | |
| ★★★★★ 32 | Shipping charges | | Feedback from the last 12 months | | |

● ○ ○ ○ ○

49 Followers | 0 Reviews | Member since: **Mar 03, 2018** | 📍 China

## Items for sale(57)
                                                           See all items

    

| Aluminum ATV QU... | 230mm Upswept C... | Motorcycle Rim ... | Custom Motorcyc... | 2.4 Gallon 9L M... |
| US $49.00   4d left | US $69.00   5d left | US $127.90   5d left | US $69.00   10d left | US $126.00   15d left |

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

10/9/2020

Hi ▮▮▮▮▮ ⌄   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒



**ebay**   Shop by category ⌄

🔍 Search this Store | This Store ⌄ | **Search**   Advanced

eBay › eBay Stores › motomodification





## motomodification

49 followers | **motomodification** (101 ⭐) 96.9%

We are leading brand NEW motorcycle parts in the market.We provide our items in new styles and high quality!Want to change the NEW LOOK, don't miss this chanc...

♡ **Save this seller**

| Category | | |
|---|---|---|
| **All** | | |
| Brake Rotors | | |
| Radiators | | |
| Wheel & Rims | | |
| Harley Davidson Accessories | | |
| Cafe Racer Parts | | |
| Other | | |

All Listings   Auction   **Buy It Now**

Best Match ⌄ | ☰

1-48 of 57 Results



Supermoto 17*3.5 17*5.0 Complete Wheel Hubs Set For KTM SX SXF EXC 125-530 03-14
**$599.90**
Free shipping
**50 watching**
From China

17*3.5 17*4.25 Orange MX Complete Wheel Hub Set For KTM SX SXF EXC 125-530 03-16
**$640.00**
Free shipping
**5 watching**
From China

For Kawasaki KX250F KX450F 06-18 17*3.5 17*4.25 MX Wheels Complete Set Hub Rims
**$569.86**
Free shipping
From China
Brand: Kawasaki

17*3.5 4.25 Supermoto Complete Wheel Rim For Honda CR125 02 13 CRF250 450R 04 12
**$599.90**
Free shipping
**24 watching**
From China
Brand: Honda

Complete Set 21/18 Front Rear Wheel Rim For Honda CR250R 02 13 CRF450R 02 12
**$589.90**
Free shipping
From China
Brand: Honda

Motorcycle rims 17*3.5 & 17*4.25 Supermoto Aluminum Rim Fit For Honda Yamaha
**$256.00**
Free shipping
**6 watching**
From China

Supermoto Motorcycle 17 3.5 Aluminum Rim Enduro Motocross Bike For Honda Yamaha
**$132.60**
Free shipping
**32 watching**
From China

Motorcycle rims 17*3.0 & 17*4.25 Supermoto Aluminum Rim Fit For Honda Yamaha
**$269.00**
Free shipping
From China

Motorcycle Front Rear Complete Set Weels Rims Fit HONDA CG125 Cafe Race 2.15*18
**$336.00**
Free shipping
From China



Motorcycle Rims 17*3.5 & 17*4.25 Supermoto Aluminum Rim and Spokes Nipples
$389.00
Free shipping
43 watching
From China



For Honda CR125 250R CRF250 450R 17*3.5 4.25 Red Rim Complete Set Wheel Rims
$562.00
Free shipping
From China



Red Rim Complete Set Wheel Rims For Honda CR125 250R CRF250 450R 17*3.5 4.25
$586.00
Free shipping
From China



2 Pcs Motorcycle 17*3.5 & 17*2.5 Supermoto Aluminum Rim Enduro Motocross Bike
$226.00
Free shipping
From China



Motorcycle rims 17*3.5 & 17*5.0 Supermoto Aluminum Rim Fit For Honda Yamaha
$285.00
Free shipping
8 watching
From China



Motorcycle Supermoto rims 17*3.5 & 17*3.0 Aluminum Rim Fit For Honda Yamaha
$269.00
Free shipping
3 watching
From China



21/19 MX Wheel Rim Hub Red Fit Honda CR125R 250R 02 13 CRF250R 04-13 450R 02 03
$580.00
Free shipping
5 watching
From China
Brand: Honda



Thicken 2.9gal 11L Motorcycle Universal Cafe Racer Fuel Gas Tank For Honda CG125
$151.00
Free shipping
Only 1 left!
From China



Motorcycle Rim 2.5 by 17 inch 28 spokes Motocross Bike For Honda Yamaha Kawasaki
$127.90
Free shipping
From China



2.9gal 11L Motorcycle Universal Thicken Cafe Racer Fuel Gas Tank Fit Honda CG125
$168.00
Free shipping
65 watching
From China



Motorcycle 17 2.5 Supermoto Aluminum Rim Enduro Motocross Bike 40 Holes
$106.90
Free shipping
10 watching
From China



Custom Motorcycle Stainless Steel Spoke Kit Nipples For Honda Suzuki Yamaha Ktm
$69.00
Free shipping
From China



Motorcycle Fuel Gas Tanks Cafe Racer Tank Fit HONDA CG125 Retro Style Street car
$148.00
Free shipping
2 watching
From China



21/18 Complete Set Wheel Rim Fit Honda CRF250R CRF450R 02 04-13 CR125 250R 02-13
$499.83
Free shipping
From China

Motorcycle Rim 19inch 1.85 40 spokes Motocross Bike For Honda Yamaha Kawasaki
**$129.80**
Free shipping
13 watching
From China

Motorcycle 17 2.5 Supermoto Aluminum Rim Enduro Motocross Bike For Honda Yamaha
**$126.90**
Free shipping
From China

11.5" Motorcycle Front Brake Disc Rotor For Harley Touring 1984-2013 Stainless
**$65.60**
Free shipping
11 watching
From China

Motorcycle Universal Cafe Racer Vintage Fuel Gas Tank 2.4gal 9L For Yamaha RD50
**$161.00**
Free shipping
8 watching
From China

Motorcycle Front Brake Disc Rotor Super Spoke Polished For Harley Touring 11.8"
**$70.00**
Free shipping
From China

2.4gal 9L Fuel Gas Tank Motorcycle Universal Cafe Racer Fit Honda CG125 Red Blue
**$99.80**
Free shipping
22 watching
From China

Motorcycle Water Engine Cooling Aluminum Radiator For KTM SXF250/350/450 11-14
**$118.60**
Free shipping
From China

Blue Motorcycle Universal Cafe Racer Fuel Gas Tank 2.4gal 9L Fit Honda CG125
**$109.90**
Free shipping
18 watching
From China

8L Cafe Racer Tank 2gal Retro Style Motorcycle Fuel Gas Tanks Fit Honda CG JH70
**$90.00**
Free shipping
From China

Front L+R Brake Disc Rotors Set Fit YAMAHA YZF R1 1000 98-03 1998 1999 2000 2001
**$159.90**
Free shipping
5 watching
From China

2.4 Gallon 9L Motorcycle Fuel Gas Tank Universal Cafe Racer Fit Honda Yamaha
**$126.00**
Free shipping
From China

Universal Motorcycle Cafe Racer Vintage Fuel Gas Tank 2.4gal 9L Fit Yamaha RD50
**$129.90**
Free shipping
11 watching
From China

10L Iron Motorcycle Fuel Gas Tank Fit Honda Yamaha 2.6 Gallon Cafe Racer Retro
**$169.90**
Free shipping
From China

230mm Cafe Racer Seat Frame Hoop Loop End Brat Large CC With LED Brake Light CG
**$45.90**
Free shipping
11 watching
From China



 Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category KTM All Categories Search Advanced
Include description

Items for sale from **motomodification** (101 ) | Save this seller | Show results from all sellers

## Categories

**eBay Motors**
Motorcycle Wheels & Rims
More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (7)

**Price**
$ to $

**Item Location** see all
- **Default**
- Within
100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**
motomodification (101 )
Feedback rating: 101
Positive Feedback: 96.9%
Member since Mar-03-18 in Hong Kong
Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now    Sort: Best Match    View:

7 results for **KTM**    Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106-1445
Clear selections
**0** matching results
Find Results

Motorcycle Water Engine Cooling Aluminum Radiator For KTM SXF250/350/450 11-14
Brand New
**$118.60** From China
Buy It Now
**Free Shipping**
Watch

17*3.5 17*4.25 Orange MX Complete Wheel Hub Set For KTM SX SXF EXC 125-530 03-16 (Fits: KTM)
Brand New
**$640.00** From China
Buy It Now
**Free Shipping**
**5 Watching**
Watch

Custom Motorcycle Stainless Steel Spoke Kit Nipples For Honda Suzuki Yamaha Ktm
Brand New
**$69.00** From China
Buy It Now
**Free Shipping**
Watch

Supermoto 17*3.5 17*5.0 Complete Wheel Hubs Set For KTM SX SXF EXC 125-530 03-14 (Fits: KTM)
Brand New
**$599.90** From China
Buy It Now
**Free Shipping**
**50 Watching**
Watch

Motorcycle Aluminum Rim 18in. 2.5" Fit Honda Suzuki Yamaha Ktm Enduro Motocross
Brand New
**$129.90** From China
Buy It Now
**Free Shipping**
Watch

Motorcycle Aluminum Rim 18in. 2.15" Fit Honda Suzuki Yamaha Ktm Enduro Motocross
Brand New

Sponsored items for you

MX 18" Rear Wheel Rim Hub For KTM 125...
**$299.75**
Buy It Now

**Checkout**

How do you like our checkout? <u>Tell us what you think</u>

## Pay with

○ 〓 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
$28.40 for 24 months.
Apply now. <u>See terms</u>

| | |
|---|---|
| Subtotal (1 item) | $599.90 |
| Shipping | Free |
| Tax* | $37.49 |

**Order total** **$637.39**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
<u>See details</u>

---

### Ship to

▮▮▮▮▮▮▮▮▮
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
▮▮▮▮▮▮

<u>Change</u>

### Review item and shipping

Seller: motomodific... | <u>Message to seller</u>

 Supermoto 17*3.5 17*5.0 Complete Wheel Hubs Set For KTM SX SXF EXC 125-530 03-14

**$599.90**

Quantity [ 1 ⌄ ]

**Delivery**

◉ Est. delivery: Oct 30 – Nov 19
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 21 – Nov 18
Standard Shipping from outside US
**$5.00**

○ Est. delivery: Oct 16 – Oct 23
Expedited Shipping from China/Hong Kong/Taiwan to worldwide
**$14.80**

---

### Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

---

### Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount [ None ⌄ ]

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u> ⓘ



Hi ██████ | Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist ⌄  My eBay ⌄

**ebay** | Shop by category ⌄ | [Search for anything] | All Categories ⌄ | **Search** | Advanced

‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Wheels, Tires & Tubes › Wheels & Rims

Add to Watchlist

✓ This fits a KTM | Select Year





### 17*3.5 17*4.25 Orange MX Complete Wheel Hub Set For KTM SX SXF EXC 125-530 03-16

🔥 2 watched in last 24 hours

| Condition: | New |
|---|---|
| Compatibility: | See compatible vehicles |
| Quantity: | 1  2 available / 1 sold |

Price: **US $640.00**

$29 for 24 months with PayPal Credit*

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Free shipping | 60-day returns | 5 watchers



**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motomodification (101 ⭐)
96.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Shipping: FREE Economy Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: SHANGHAI, China
Ships to: Worldwide  See exclusions

Delivery: 📦 Estimated between **Thu. Oct. 29** and **Mon. Dec. 28**
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
*$29 for 24 months. Minimum purchase required. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 60 day Buyer pays for return shipping | See details

---

### Similar sponsored items 1/2

Feedback on our suggestions





| 17" 3.5" 5.0" Supermoto Wheel Rim Set Hub For KT... | Front SM Wheel 3.5 x 17 Warp 9 | Warp 9 Racing Wheel Assembly, Rear SM, 4.25" ... | 17" 3.5 4.25 Supermoto Front Rear Wheel Rim Hub... | 3.5*17" 4.25*17" Supermoto Wheels Set Blue Hubs for... | KTM Supermoto 17" & 17" Complete Wheel Set SX S... |
|---|---|---|---|---|---|
| **$549.00** ~~$577.90~~ | **$225.00** | **$225.00** | **$548.06** ~~$576.90~~ | **$550.00** | **$566.99** ~~$629.99~~ |
| Free shipping | + $40.00 shipping | + $40.00 shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.9% positive | Seller 99.7% positive | Seller 99.7% positive | Seller 99.9% positive | New | Almost gone |

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

10/9/2020

eBay

Shop by category ⌄

[Search for anything]   All Categories ⌄   Search   Advanced

‹ Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheels & Rims

✉ f 𝕏 𝒫 | Add to Watchlist

✓ This fits a KTM    Select Year





‹ ›

$ Have one to sell?   Sell now

### 17*3.5 17*4.25 Orange MX Complete Wheel Hub Set For KTM SX SXF EXC 125-530 03-16

Condition: New

Compatibility: See compatible vehicles

Quantity: 1    3 available

Price: **US $585.40**

$51 for 12 months with PayPal Credit*

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping**   |   60-day returns

Shipping: **FREE** Economy Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: SHANGHAI, China
Ships to: Worldwide   See exclusions

Delivery: 📦 Estimated between **Thu. Oct. 29 and Mon. Dec. 28**
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  💳 mastercard  AMEX  DISCOVER

PayPal CREDIT
*$51 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 60 day Buyer pays for return shipping | See details

---

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motomodification (101 ★)
96.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions

‹

KTM Supermoto 17" & 17" Complete Wheel Set SX S...
$566.99
~~$629.99~~
Free shipping
Almost gone

MX Complete Wheel Hub Set Fit For KTM SX SXF EX...
$569.00
Free shipping
Seller 100% positive

MX Orange17*3.5 17*5.0 Complete Wheels Hubs Se...
$589.00
Free shipping
Seller 100% positive

3.5*17" 4.25*17" Supermoto Wheels Set Blue Hubs for...
$550.00
Free shipping
New

21" 19" Full Set F&R Wheel Rim Hubs for KTM 125-530...
$449.96
~~$499.96~~
+ $90.00 shipping
Seller 99.7% positive

17" Supermoto Front Rear Wheel Rim Hub for KTM 12...
$590.80
~~$621.90~~
+ $200.00 shipping
Seller 99.9% positive

›

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

‹ ›



Hi! Sign in or register     Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

← Back to search results | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Parts › Other Motorcycle Parts

✉ f 𝕏 ⓟ  | Add to Watchlist

### People who viewed this item also viewed


Motorcycle Headlight For KT...
$26.39
$28.69
Free shipping


FCR Carburetor Accelerator Pum...
$29.43
$31.99
Free shipping


Headlight For KTM R SX EXC XC XCF...
$26.73
+ $5.00 shipping


CMC Rear Lift Grab Handle Bar...
$17.99
Free shipping


Rear Compression Adjustment Tool...
$16.99
$18.47
Free shipping

---

 Check if this part fits your vehicle    Contact the seller

🏷 **SAVE $2 FOR EVERY $69**    See all eligible items ▸



     

‹  ›

Have one to sell?  **Sell now**

### Motorcycle Headlight For KTM R SX EXC XCF XC SXF 65 85 105 250 350 450 525

Condition: New

Quantity:  1    More than 10 available / **96 sold**

Price:  **US $17.19**    **Buy It Now**
US $19.53 (12% off)    **Add to cart**

                        ♡ Add to Watchlist

**100% buyer satisfaction** | 96 sold | More than 85% sold

Shipping:  **$10.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Worldwide  See exclusions

Delivery:  ★ Estimated between **Mon. Nov. 9 and Mon. Nov. 30**
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA ▪ ▪ 🔵  

**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  30 day Buyer pays for return shipping | See details

**Shop with confidence**

🔵 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motopartsport (11161 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Sponsored items from this seller  1/2

Feedback on our suggestions


**12 pcs**
12pc Oil Filter For Yamaha YZ 250 250F 450F XT250...
$26.45
$29.07
+ $2.30 shipping


10mm Clutch Brake Throttle Cable Adjuster For...
$5.89
$6.55
Free shipping


Air Filter For Polaris 7080369 250 Trail Boss Tra...
$11.31
$12.57
Free shipping


38mm Air Filter Clearner Blue For Honda TRX250 TR...
$7.44
$8.45
+ $1.00 shipping


ATV Stator Pickup Pulsar Coil For Quad Yamaha YF...
$10.23
$11.63
Free shipping


Gas Fuel Petcock Switch Valve Tap Tank For Honda...
$8.08
$9.18
Free shipping

---

Description | Shipping and payments    Report item

Seller assumes all responsibility for this listing.    eBay item number: 252308920642

Last updated on Oct 04, 2020 08:02:22 PDT  View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Warranty: | Yes | Type: | Motorcycle Head Light |
| Country/Region of Manufacture: | China | Manufacturer Part Number: | Does not apply |
| Application Models: | KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 | Placement on Vehicle: | Front |
| UPC: | Does not apply | | |

## Hot Products

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Carburetor & Intake Manifold for Baja... | Carb Air Filter Intake Manifold for... | Performance Carburetor & Air... | PERFORMANCE CARBURETOR A... | Carburetor Air Filter for DAZON RAID... | PD24 Carburetor Air Filter For Yerf-Dog... | PD24 Carburetor 42mm Foam Air... | YX150 Engine Cylinder Pistion Ki... | YX140 Engine Cylinder 56mm... |
| $35.99 | $39.99 | $30.99 | $30.2 | $30.2 | $30.25 | $30.25 | $76.29 | $55.99 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UL Approved L14-30P NEMA L14-3... | NEMA L14-20R L14-20P 20A... | Lifan 150cc Engine Oil Dipstick Cap... | Aluminum Mono Shock Extender... | Battery Holder Bracket for Monke... | Chain Adjuster Tensioner for Chin... | ATV Alum Oil Dipstick For Roket... | Rear Brake Caliper For Honda CRF 25... | Front Brake Caliper For Yamaha YZ12... |
| $12.65 | $12.65 | $6.1 | $32.55 | $10.7 | $6.9 | $5 | $39.7 | $39.65 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Front Brake Caliper Mount Pads Assy F... | Front Brake Caliper For Honda CRF25... | Carburetor For 1988-1999 Kawasaki AT... | 19mm Mikuni VM16 Carburetor for 50cc... | Carby Air Filter Mainfold For... | 26mm Carburetor For Predator 212cc... | Carburetor Air Filter Mainfold For... | Mikuni Carb VM22 Carburetor Kit For... | VM22 26mm Carburetor Kit For... |
| $39.7 | $39.72 | $22.62 | $27.8 | $52.5 | $52.5 | $52.5 | $52.5 | $52.5 |







● Condition: New, never used.

● Color: Orange, As shown in the picture.

● Specifications:

Material: Polypropylene

Approx. Dimension: L: 33cm W: 32cm H: 9cm

Light Bulb Type: S2, 12V, 35W

●Package Included:

1 headlight and 4 rubber straps

Instructions not included

● Dimension: Please check pictures for dimensions.

**\*\*\*International Buyers\*\*\***

Please allow about 20-50 business days for delivery, as your purchase will be shipped from CHINA,

not from your country. Thanks for your kind understanding!

| Country | Approx. Delivery time |
| --- | --- |
| United States | 18-25 business days |
| European Countries/New Zealand | 22-25 business days |
| Other Countries | 30-50 business days |

● Item will be sent out within **1 business day** (excludes weekends and holidays) once your payment is completed.

● The international shipping highly depends on Post Office and local customs. Sometimes, it will probably take longer time to arrive, particularly during the holiday season. Thanks for your kind understanding!

● Generally, all of our items are shipped by China Post Air Mail (economy international flat rate shipping). If you would prefer EMS or other express shipping service, please contact us for a quotation before buying.

● We do our best to provide you the most reliable and affordable way of shipping service. If you don't receive your item on time, please contact us immediately for further assistance. We take responsibility for any damages or losses occurred in the shipping process.

● We accept PayPal Only. Please ensure you have a valid PayPal account prior to buying.

● Please make payment within 5 days of receiving winning notification, or we can't make sure the item is still in stock.

● Import duties, taxes and charges are NOT included in the item price or shipping charges. These charges are the buyer's responsibility. Please check with your country's custom office to determine what these additional costs will be prior to buying.

# Customer Service

● Please do not hesitate to contact us anytime before or after your purchase, we are happy to respond to any questions you may have as soon as possible. However, due to the time zone difference between us, sometimes we may not be able to reply your emails immediately. Please allow 1 business day for us to respond. Thanks for your patience!

● The Positive Feedback will be left to the buyer once we received the full payment, we respect every valued customer to us!

● Your FEEDBACK is extremely important to us!

● If you are satisfied with our items and services, please leave us a Positive Feedback with an overall Detailed Selling Rating (DSR) of 5 stars. It is really important to eBay sellers. When you rate the shipping time section, please take international shipping into consideration. Thank you so much for your support!

● If you have any problems with our items or services, please contact us immediately so that we could do our best to solve your problem. We understand the concerns and frustrations you might have, and will try our best to solve the issues. Please email us BEFORE leaving any 1, 2 or 3 ratings, negative/neutral feedbacks or open any disputes. Your understanding and help will be highly appreciated!

## Have a nice day! :)

DO NOT DUPLICATE OR COPY! Template Made By: © Inkfrog Template Center
Auction Templates, Logos, Store fronts and more!

---

🏷️ **SAVE $2 FOR EVERY $69*** **See all eligible items ▸**

Save $2 for every $69 you spend
Discount will be applied when you add promotional items from motopartsport to your cart

**All promotional offers from motopartsport**



| Carb Carburetor 49cc 70cc 90cc 100cc 110cc 125cc Chinese ATV Coolster NST | Carburetor Carb For Tecumseh 632242 Carburetor fit HM100 10HP tecumseh engine | Rear Disc Brake Caliper Red For Motovox MBX10 MBX11 MBX12 Mini Bike Moto MM-B80 | Mikuni Carb Carburetor Jet VM22 VM24 VM26 125cc 150cc 200cc 250cc Dirt Pit Bike | Gear Shifter Lever For XR50 CRF 50 70 KLX110 TTR SSR 125 110 160cc Pit Dirt Bike |
|---|---|---|---|---|

Was: ~~US $17.68~~  Now: US $15.73
Was: ~~US $18.39~~  Now: US $16.18
Was: ~~US $12.02~~  Now: US $10.58
Was: ~~US $10.29~~  Now: US $9.06
Was: ~~US $10.21~~  Now: US $9.09



See all

* Discount amount will be applied once per transaction.
Offer conditions Learn about pricing

You can change quantities in your cart.

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions








| For KTM Adventure Enduro tail light Motorcycle... | For KTM DUKE/RC Motorcycle Clutch Brake... | Motorcycle Headlight For KTM R SX EXC XC XCF SX... | For KTM CR EXC WRF Enduro tail light Motorcycl... | For Honda XR650L LED light plastic light Enduro tail ligh... | For Honda Rear Fender Enduro tail light plastic ligh... |
|---|---|---|---|---|---|
| $10.00 | $18.99 | $26.39 | $10.00 | $10.00 | $10.00 |
| Free shipping | Free shipping | ~~$28.69~~ | Free shipping | Free shipping | Free shipping |
| Seller 99.2% positive | Seller 99.2% positive | Free shipping | Seller 99% positive | Seller 99.2% positive | Seller 99% positive |
| | | Seller 99.6% positive | | | |

**More from this seller** 1/2

Feedback on our suggestions








| 12pc Oil Filter For Yamaha YZ 250 250F 450F XT250... | Air Filter For Polaris 7080369 250 Trail Boss Tra... | 38mm Air Filter Clearner Blue For Honda TRX250 TR... | ATV Stator Pickup Pulsar Coil For Quad Yamaha YF... | Gas Fuel Petcock Switch Valve Tap Tank For Honda... | Brake Master Cylinder For 90 110 125 150 200 250 cc... |
|---|---|---|---|---|---|
| $26.45 | $11.31 | $7.44 | $10.23 | $8.08 | $28.37 |
| ~~$29.07~~ | ~~$12.57~~ | ~~$8.45~~ | ~~$11.63~~ | ~~$9.18~~ | ~~$31.52~~ |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                               Return to top

**More to explore :**  KTM EXC Motorcycles,   Motorcycle Headlight Assemblies for KTM 525,   Motorcycle Headlight Assemblies for KTM 85,   Motorcycle Headlight Assemblies for KTM 105,   KTM EXC,   Unbranded Motorcycle Headlight Assemblies for KTM 85,   R Motorcycle Tires & Tubes for KTM 450,   Motorcycle Headlight Assemblies for KTM 450,   Trail Tech Motorcycle Headlight Assemblies for KTM 85,   KTM Motorcycle Parts for KTM 525

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄



Shop by category ⌄    Search for anything    [All Categories ⌄]    Search    Advanced

‹ Back to search results | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Parts › Other Motorcycle Parts    ✉ f 𝕏 P | Add to Watchlist

### People who viewed this item also viewed


Motorcycle Headlight For KT...
$26.39
$28.69
Free shipping


FCR Carburetor Accelerator Pum...
$29.43
$31.99
Free shipping


Headlight For KTM R SX EXC XC XCF...
$26.73
+ $5.00 shipping


CMC Rear Lift Grab Handle Bar...
$17.99
Free shipping


Rear Compression Adjustment Tool...
$16.99
$18.47
Free shipping

 Check if this part fits your vehicle    Contact the seller

🏷 **SAVE $2 FOR EVERY $69**    See all eligible items ▸



     

Have one to sell? **Sell now**

### Motorcycle Headlight For KTM R SX EXC XCF XC SXF 65 85 105 250 350 450 525

Condition: New

Quantity: [ 1 ]    More than 10 available / **96 sold**

Price: **US $17.19**
US $19.53 (12% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

 **100% buyer satisfaction** | 96 sold | More than 85% sold

Shipping: $10.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Worldwide    See exclusions

Delivery: ⬛ Estimated between **Mon. Nov. 9 and Mon. Nov. 30**
ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 

 **PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

#### Shop with confidence

 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
motopartsport (11161 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

### Sponsored items from this seller    1/2

Feedback on our suggestions


**12 pcs**
12pc Oil Filter For Yamaha YZ 250 250F 450F XT250...
$26.45
$29.07
+ $2.30 shipping


10mm Clutch Brake Throttle Cable Adjuster For...
$5.89
$6.55
Free shipping


Air Filter For Polaris 7080369 250 Trail Boss Tra...
$11.31
$12.57
Free shipping


38mm Air Filter Cleanner Blue For Honda TRX250 TR...
$7.44
$8.45
+ $1.00 shipping


ATV Stator Pickup Pulsar Coil For Quad Yamaha YF...
$10.23
$11.63
Free shipping


**Petcock Outlet OD: 7mm Nut threading : M18 x1**
Gas Fuel Petcock Switch Valve Tap Tank For Honda...
$8.08
$9.18
Free shipping

Description | Shipping and payments    Report item

Seller assumes all responsibility for this listing.

#### Shipping and handling
Item location: **China, China**
Shipping to: Worldwide

Excludes: Africa, South America, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Saudi Arabia, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Malaysia, Philippines, Taiwan, Vietnam, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Albania, Andorra, Belarus, Bosnia and Herzegovina, Gibraltar, Guernsey, Iceland, Jersey, Liechtenstein, Macedonia, Moldova, Monaco, Montenegro, San Marino, Serbia, Svalbard and Jan Mayen, Ukraine, Vatican City State

Quantity: [ 1 ]    Change country: [ United States ▾ ]    ZIP Code: [ 60106 ] [ Get Rates ]

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $10.00 | US $9.00 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between Mon. Nov. 9 and Mon. Nov. 30 |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 1 business day of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

| Payment methods |
|---|
| PayPal   VISA   MasterCard   American Express   Discover |

**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

🔖 SAVE **$2** FOR EVERY **$69***  See all eligible items ▸

Save $2 for every $69 you spend
Discount will be applied when you add promotional items from motopartsport to your cart

**All promotional offers from motopartsport**



| Carb Carburetor 49cc 70cc 90cc 100cc 110cc 125cc Chinese ATV Coolster NST | Carburetor Carb For Tecumseh 632242 Carburetor fit HM100 10HP tecumseh engine | Rear Disc Brake Caliper Red For Motovox MBX10 MBX11 MBX12 Mini Bike Moto MM-B80 | Mikuni Carb Carburetor Jet VM22 VM24 VM26 125cc 150cc 200cc 250cc Dirt Pit Bike | Gear Shifter Lever For XR50 CRF 50 70 KLX110 TTR SSR 125 110 160cc Pit Dirt Bike | + See all |
|---|---|---|---|---|---|
| Was:   US $17.88 | Was:   US $18.39 | Was:   US $12.02 | Was:   US $10.29 | Was:   US $10.21 | |
| Now:   US $15.73 | Now:   US $16.18 | Now:   US $10.58 | Now:   US $9.06 | Now:   US $9.09 | |

* Discount amount is applied once per transaction.
Offer conditions/Learn about pricing

You can change quantities in your cart.

---

Sponsored items based on your recent views 1/3     Feedback on our suggestions



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category    Search for anything    All Categories ⌄    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

motopartsport (11161 ⭐)    ⓘ

**Positive Feedback (last 12 months): 99%** ⓘ

Member since: Aug-19-12 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

### Member Quick Links

Contact member

View items for sale

View seller's Store



## Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 124 | 839 | 1409 |
| ◉ | Neutral | 0 | 4 | 9 |
| ➖ | Negative | 0 | 6 | 12 |

## Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (1196) | ⭐⭐⭐⭐⭐ (1232) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (1189) | ⭐⭐⭐⭐⭐ (1244) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

12 Feedback received (viewing 1-12)                    Revised Feedback: 9 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars    🔍

Rating type: Negative (12) ⌄    Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ Its to long don .t fit in my carburetor<br>(Private listing) | Buyer: e***4 (56★) | Past 6 months<br>Reciprocal feedback |
| ➖ DID not fit, some of the gears were correct but the shafts were both to small<br>(Private listing) | Buyer: c***c (1159★) | Past 6 months<br>Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ unable to acquire jets of different sizes<br>(Private listing) | Buyer: 8***n (691★) | Past 6 months<br>Reciprocal feedback |
| ➖ i didnt got the item yey, it is few months all ready<br>(Private listing) | Buyer: _***_ (2) | Past 6 months<br>Reciprocal feedback |
| ➖ The room is too small<br>(Private listing) | Buyer: m***m (78★) | Past 6 months<br>Reciprocal feedback |
| ➖ Not a perfect fit.<br>(Private listing) | Buyer: p***s (34★) | Past 6 months<br>Reciprocal feedback |
| ➖ Been sitting in royol oak mi sence friday the 25th.<br>(Private listing) | Buyer: 5***1 (150★) | Past year<br>Reciprocal feedback |
| ➖ Goods arrived in 2 days<br>(Private listing) | Buyer: r***o (29★) | Past year<br>Reciprocal feedback |
| ➖ Does not fit a klx110 completely back to front... fix your description<br>(Private listing) | Buyer: 5***d (17★) | Past year<br>Reciprocal feedback |
| ➖ very bad .... did not send the item<br>(Private listing) | Buyer: s***n (110★) | Past year<br>Reciprocal feedback |
| ➖ Thankyou very much<br>(Private listing) | Buyer: 4***1 (unregistered) | Past year<br>Reciprocal feedback |
| ➖ Fuel shut off and choke are on wrong side of carb and will not fit<br>(Private listing) | Buyer: e *** o ( 122★) | Past year<br>Reciprocal feedback |

Page 1 of 1

←    **1**    →

| **Member Quick Links** | **Suggested Next** |
|---|---|
| Contact member | Leave Feedback |
| View items for sale | Reply to received Feedback |
| View seller's Store | Follow up to given Feedback |

Comment?



Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄   Search for anything   All Categories ⌄   **Search**   Advanced

**motopartsport** (11161 ⭐)
99% positive feedback

🔖 Save

🔗 Items for sale   🏬 Visit store   ✉ Contact

Based in China, motopartsport has been an eBay member since Aug 19, 2012

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 1,196 | Item as described | |
| ⭐⭐⭐⭐⭐ 1,244 | Communication | |
| ⭐⭐⭐⭐⭐ 1,189 | Shipping time | |
| ⭐⭐⭐⭐⭐ 1,232 | Shipping charges | |

➕ 1,409 Positive   ➖ 9 Neutral   ➖ 12 Negative

Feedback from the last 12 months

➕ very satisfied
Oct 19, 2020

See all feedback

● ● ● ● ●

441 Followers | 0 Reviews | Member since: **Aug 19, 2012** | 📍 China

## Items for sale(3182)

See all items


3 pcs

3x Oil Filter F...
US $8.13   1m left


5 pcs

5x Oil Filter F...
US $13.15   4m left


12 pcs

12x Oil Filter ...
US $28.97   11m left


20mm 24mm clutch removal tool

Oil Filter Clut...
US $8.78   4h left



Carburetor Carb...
US $12.26   4h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact                     Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄   🔍 Search this Store | This Store ⌄ | **Search** | Advanced

eBay › eBay Stores › motopartsport

# Welcome to my shop of *motopartsport*



## motopartsport
441 followers | **motopartsport** (11161 ⭐) 99.0%

We focus on Motorcycle Parts for Chinese Dirt Pit Bike, Pocket Bike, Mini Bike, Minimoto, ATV Quad, Go Kart, Buggy, Moped Scooter and Gas/Electric Motor Bike.

♡ Save this seller



| Category |
|---|
| All |
| Mini Bike Parts |
| Pit Dirt Bike Parts |
| Scooter Parts |
| Tools |
| ATV Quad Parts |
| YX Engine Parts |
| Generator Parts |
| Monkey Bike Parts |
| Garden Machine Parts |
| Other |

**Condition**  see all
- [ ] New

**Price**
- [ ] Under $15.00
- [ ] Over $15.00
$ [____] - $ [____] >

**Buying Format**  see all
- (●) All Listings
- ( ) Best Offer
- ( ) Auction
- ( ) Buy It Now
- ( ) Classified Ads

**Item Location**  see all
- (●) Default
- ( ) Within
  100 mi ⌄ of 60106
- ( ) US Only
- ( ) North America
- ( ) Worldwide

**Delivery Options**  see all
- [ ] Free Shipping
- [ ] Free In-store Pickup

**Show only**  see all
- [ ] Returns Accepted
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authorized Seller
- [ ] Authenticity Guarantee

**More refinements...**

All Listings | Auction | Buy It Now

1-48 of 2,728 Results

Best Match ⌄   ⊞ ⌄

Motorcycle Headlight For KTM R SX EXC XCF XC SXF 65 85 105 250 350 450 525
**$17.19**
Was: $19.53
$10.00 shipping
96 sold
From China

Headlamp Headlight For KTM XCF EXC F W SX SXF 125 250 300 450 500 530 Dirt Bike
**$33.11**
Was: $36.79
Free shipping
7 watching
From China

Motorcycle Headlight Orange For 2017 2018 KTM EXC XCF SX F SMR Enduro Dirt Bike
**$33.11**
Was: $36.79
Free shipping
From China

Mikuni Carb VM22 Carburetor Kit For Predator 212cc GX200 196cc Mini Bike Go Kart
**$60.35**
Free shipping
173 sold
From China

Upgraded Hydraulic Brake For Go Karts Mini Bike Baja Doodlebug DB30, 50inch hose
**$46.21**
Was: $51.34
Free shipping
84 sold
From China

MIKUNI Carburetor Carb Honda ATC200 ATC200S ATC200E ATC 200 ATC200X ATC 200 X
**$32.06**
Was: $36.43
Free shipping
32 sold
From China

Fairing Plastic Fender Kits For 2003-2008 KTM 50 SX Mini Adventure Senior Junior
**$34.34**
Was: $38.16
Free shipping
From China

12V Motorcycle Headlight Headlamp For KTM EXC XCW EXCF SX-F 125-500 2017 2018
**$33.11**
Was: $36.79
Free shipping
From China

1 1/8" Fat Handle Bar Clamp Risers Taper For ATV Honda Trx 450r 250r 300ex 400ex

10/21/2020



$11.72
Was: $13.32
$2.00 shipping
103 sold

From China



FRONT BRAKE CALIPER W PAD FOR HONDA ATC250R 1985 1986 1990-97 YAMAHA YZ125 YZ250
$42.94
Was: $47.71
Free shipping

From China



Oil Filter For HF116 KN116 Honda CRF150F CRF450X CRF250X CRF150R CRF250R CRF450R
$9.20
Was: $9.89
Free shipping

From China



26mm Adjuster Carburetor Inlet Manifold Spinner Plate Adaptor For Pit Dirt Bike
$7.03
Was: $7.99
Free shipping
49 sold

From China



Carburetor Air Filter Intake For Predator 212cc GX200 196cc Mini Bike Go Kart
$60.35
Free shipping
84 sold

From China



Carburetor Intake Manifold Kit For GX200 196cc Predator 212cc Go Kart Mini Bike
$60.35
Free shipping
56 sold

From China



6T Gear Box + 25H Chain + 68T 29mm Rear Sprocket 49cc Pocket Quad Dirt Bike ATV
$26.10
Was: $29.00
$2.00 shipping

From China



60 Tooth #35 Rear Sprocket For Mini Bike Go Kart Trike ATV Predator 79cc 212cc
$22.19
Was: $24.66
Free shipping
43 sold

From China



Rubber Intake Manifold Boot For KTM 50 SX Pro Senior KTM 50SX LC Water-cooled
$23.38
Was: $25.98
Free shipping

From China



CRF50 XR50 Fairing Plastic Fender Kit For SDG SSR Honda 50cc-160cc Pit Dirt Bike
$21.19
Was: $23.55
Free shipping

From China



Flywheel Puller Remover M33x1.5mm For ATV Quad YAMAHA WR250F WR450F YFZ450 Rotor
$26.49
Was: $29.43
Free shipping

From China



2x Air Filter For 613022 650821 697152 698413 797007 794421 5079 21A902 21B902
$9.15
Was: $10.17
Free shipping
165 sold

From China



Kick Starter Lever For KTM50 KTM 50 50cc SX Junior Mini Adventure 2002-2008
$17.79
Was: $19.77
Free shipping

From China

VM22 26mm Carburetor Kit For Predator 212cc GX200 196cc Clones Mini Bike Go Kart
$60.35
Free shipping
123 sold

From China

White Headlight Fairing For KTM Honda Yamaha Kawasaki Suzuki Ducati Dirt Bike

10/21/2020



White Headlight Fairing For KTM Honda Yamaha Kawasaki Suzuki Ducati Dirt Bike

$32.06
Was: $35.62
Free shipping

From China



Hyosung United Motors Brake Pads For GT650R GT250R GT125 GT250 GV650 GV250 GV125

$10.24
Was: $11.51
Free shipping
81 sold

From China



Dirt Bike Headlight Head Lamp For KTM Suzuki DRZ RM 125 250 400 Yamaha TTR WR YZ

$26.56
Was: $29.51
Free shipping
15 watching

From China



Plastic Fairing Body Kits Tall Foam Seat For Chinese Pit Dirt Trail Motor Bike

$41.85
Was: $46.50
Free shipping
20 watching

From China



Motorcycle Plastic Front Fender Mudguard White for Dirt Bike Motocross Supermoto

$13.45
Was: $14.94
Free shipping

From China



Brake Master Cylinder For Tomberlin Crossfire 150 150R Go Kart Buggy ATV UTV

$46.27
Was: $51.41
Free shipping

From China



DNM MK-AR 290mm 350LBS Rebound Spring Rear Shock for Pit Dirt Bike Honda CRF110

$124.94
Was: $138.82
Free shipping

From China



Handlebar Clamp Risers Taper For ATV Honda TRX450r TRX250r Sport Quad 4 Wheeler

$13.88
Was: $15.77
Free shipping

From China



Fuel Gas Tank For Yamaha YZ85 2002-2018 Dirt Bike Replace OEM #5PA-24110-30-00

$75.69
Was: $84.10
Free shipping
25 sold

From China



2x Air Filter Cleaner For Stihl TS400 BR350 BR430 SR430 SR450 4223-141-0300

$7.70
Was: $8.56
Free shipping

From China



12pc Oil Filter For Yamaha YZ 250 250F 450F XT250 WR 250F 450F YFZ 450 450X 450R

$26.45
Was: $29.07
$2.30 shipping

From China



Kill Start Light Choke Switch For 50 70 90 110 125cc ATV Quad Taotao Sunl Roketa

$8.71
Was: $9.68
Free shipping
160 sold

From China



LEFT & RIGHT Tie Rod End TOMBERLIN CROSSFIRE 150 BAJA DN150 GO KART BALL JOINT

$21.03
Was:
Free shipping

From China



Orange Fairing Plastic Kits Fender Grips For Dirt Bike KTM50 KTM 50cc SX SR JR

$37.51
Was: $41.68
Free shipping

From China



 Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | ktm | All Categories | Search | Advanced

Include description

Items for sale from **motopartsport** (11161) | Save this seller | Show results from all sellers

## Categories

**eBay Motors**

- Motorcycle Fairings & Bodywork
- Other Motorcycle Parts
- Motorcycle Parts
- Motorcycle Headlight Assemblies
- Motorcycle Carburetors & Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (36)

**Price**

- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motopartsport (11161)
Feedback rating: 11,161
Positive Feedback: 99%
Member since Aug-19-12 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match — View:

36 results for **ktm** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

Motorcycle Headlight For KTM R SX EXC XCF XC SXF 65 85 105 250 350 450 525
Brand New
**$17.19** From China
Was: ~~$19.53~~
Buy It Now
+$10.00 shipping
**96 Sold**
**12% off**
Watch

Fairing Plastic Fender Kits For 2003-2008 KTM 50 SX Mini Adventure Senior Junior
Brand New
**$34.34** From China
Was: ~~$38.16~~
Buy It Now
**Free Shipping**
**10% off**
Watch

Headlight Headlamp For KTM XCF EXC F W SX SXF 125 250 300 450 500 530 Dirt Bike
Brand New
**$33.11** From China
Was: ~~$36.79~~
Buy It Now
**Free Shipping**
**7 Watching**
**10% off**
Watch

Motorcycle Headlight Orange For 2017 2018 KTM EXC XCF SX F SMR Enduro Dirt Bike
Brand New
**$33.11** From China
Was: ~~$36.79~~
Buy It Now
**Free Shipping**
**10% off**
Watch

12V Motorcycle Headlight Headlamp For KTM EXC XCW EXCF SX-F 125-500 2017 2018
Brand New
**$33.11** From China
Was: ~~$36.79~~
Buy It Now
**Free Shipping**
**10% off**
Watch

Plastic Farings Plate Fender Kit For 2002-2008 KTM50 KTM 50 SX MTK50 JUNIOR 50cc
Brand New

**Checkout**

How do you like our checkout? <u>Tell us what you think</u>

## Review item and shipping

Seller: motopartsport | <u>Message to seller</u>

 Motorcycle Headlight For KTM R SX EXC XCF XC SXF 65 85 105 250 350 450 525

**$17.19**
~~$19.53~~

Quantity [ 1 ⌄ ]

**Delivery**
Est. delivery: Nov 9 – Nov 30
Standard SpeedPAK from China/Hong Kong/Taiwan
**$10.00**

Save up to 12%

## Ship to

████████
100 W Roosevelt Ave
Bensenville, IL 60106
United States
████████████
████████

<u>Change</u>

| | |
|---|---|
| Subtotal (1 item) | $17.19 |
| Shipping | $10.00 |
| Tax* | $1.70 |
| **Order total** | **$28.89** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
<u>See details</u>

## Pay with

○ Credit or debit card
[VISA] [Mastercard] [Discover] [American Express]

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. <u>See terms</u>

## Add coupons

Enter code: _____ [ Apply ]

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u> ⓘ

 Norton SECURED



10/21/2020

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄   Search for anything   All Categories ⌄   **Search**   Advanced

◁ Back to search results | Listed in category:  eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies

✉ f 𝕏 P | Add to Watchlist

ⓘ Check if this part fits your vehicle   **Contact the seller**

🏷 **SAVE $2 FOR EVERY $69**   See all eligible items ▸





◁   ▷

ⓘ Have one to sell?   **Sell now**

### Headlight Headlamp For KTM XCF EXC F W SX SXF 125 250 300 450 500 530 Dirt Bike

Condition:   New

Quantity:   [ 1 ]   7 available / **18 sold**

Price:   **US $33.11**
US $36.79 (10% off)

[ **Buy It Now** ]
[ **Add to cart** ]
[ ♡ **Add to Watchlist** ]

☐ **1-year accident protection plan** from SquareTrade - $5.99

**Limited quantity remaining** | More than 71% sold | Free shipping

Shipping:   **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China, China
Ships to: Worldwide   See exclusions

Delivery:   Estimated between **Tue. Nov. 10 and Tue. Dec. 1** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal  VISA  ●●●  ●●●  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:   30 day Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motopartsport (11161 ⭐)
99% Positive feedback

✩ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

## Similar sponsored items 1/2

Feedback on our suggestions













| | | | | | |
|---|---|---|---|---|---|
| Dirt Bike Headlight For KTM EXC SX SXF XC XCF EXC... | White Headlight Head Lamp Light StreetFighter For KT... | Headlight Head Lamp Light Streetfighter For KTM EXC... | White Head Light Headlight For Kawasaki Suzuki Yama... | E8 Emark LED Headlight For KTM Husqvarna EXC XCF... | For KTM 450 SX-F 250 SX 200 EXC XC-W Motocross... |
| $85.00 | $28.80 | $19.36 | $23.58 | $60.15 | $20.45 |
| $91.40 | Free shipping | Free shipping | $26.20 | $63.99 | $21.99 |
| Free shipping | Almost gone | Almost gone | Free shipping | Free shipping | Free shipping |
| New | | | New | New | New |

◁   ▷

---

## Sponsored items from this seller 1/2

Feedback on our suggestions

◁   ▷

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ∨    My eBay ∨

![ebay]

Shop by category ∨

Search for anything          All Categories ∨          Search    Advanced

← Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies

| Add to Watchlist

ⓘ Check if this part fits your vehicle    Contact the seller

🏷️ SAVE **$2** FOR EVERY **$69**    See all eligible items →





‹    ›

### Motorcycle Headlight Orange For 2017 2018 KTM EXC XCF SX F SMR Enduro Dirt Bike

Condition:    New

Quantity:    1    More than 10 available / 17 sold

Price:    **US $33.11**
US $36.79 (10% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $5.99

**Free shipping**    30-day returns    10 watchers

Shipping:    FREE  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China, China
Ships to: Worldwide   See exclusions

Delivery:    ⚡ Estimated between Tue. Nov. 10 and Tue. Dec. 1 ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motopartsport (11161 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

✉️ 📘 🐦 📌  | Add to Watchlist

$ Have one to sell?    **Sell now**

---

### Similar sponsored items 1/2                                    Feedback on our suggestions

‹


Universal Motorcycle Headlight Head Lamp for...
$27.44
Free shipping
New


Motorcycle Headlight Front Light For Enduro Motocros...
$20.67
$21.99
Free shipping
Seller 99.8% positive


Motorcycle Headlight Lamp For KTM Headlamp EXC X...
$26.96
$28.99
+ $1.50 shipping
New


New Orange Headlight Head Light Lamp...
$27.77
Free shipping
Almost gone


Orange Motorcycle Streetfighter Dirt Bike...
$20.67
$21.99
Free shipping
Almost gone


White Dirt Bike Motorcycle Enduro Headlight Lamp...
$32.10
$34.15
+ $3.50 shipping
New

›

---

### Sponsored items from this seller 1/2                          Feedback on our suggestions

‹    ›









Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies | Add to Watchlist

Check if this part fits your vehicle Contact the seller

# Motorcycle Headlight Enguro Road Legal Cowling For KTM 250 450 520 525 530 SX

Condition: New

Quantity: 1 5 available

Price: US $35.65

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

1-year accident protection plan from SquareTrade - $5.99

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guang Zhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. Nov. 23 and Fri. Dec. 11
This item has an extended handling time and a delivery estimate greater than 27 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

$ Have one to sell? Sell now

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

motopros (19225 )
99.2% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Green Headlight Enduro Road Legal Fit For KTM 25...
$34.93
Free shipping
Seller 99.4% positive

Led Headlight Enduro Road Legal Streetfighter For KT...
$30.07
~~$31.99~~
+ $3.50 shipping
Almost gone

White Motorcycle Headlight Enduro Road Legal For KT...
$20.45
~~$21.99~~
Free shipping
Almost gone

Black Motorcycle Headlight for Enduro Road Legal KTM...
$32.90
Free shipping
New

Motorcycle Bike Headlight Lamp For Enduro Road Leg...
$38.40
Free shipping
New

Road Legal Streetfighter Enduro LED Headlight For...
$27.89
~~$29.99~~
+ $3.50 shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback

Retro Electroline Vintage Headlight For Motorcycle...
$49.85
Free shipping



Chrome Old School Headlamp Headlight For...
$37.55
Free shipping



7" CNC Aluminum Headlight Grill Cover For Harley Dyna...
$20.99
+ $5.00 shipping



Bullet 5-3/4" H4 Headlight Lamp Fit For Harley Cruiser...
$49.99
+ $10.00 shipping



Universal Headlight Light HeadLamp For Harley...
$36.99
Free shipping



7" LED Headlight Bulb Bucket Assembly Fit For...
$172.00
Free shipping

---

**Description**    Shipping and payments                      Report item

Seller assumes all responsibility for this listing.

eBay item number: 224044657491

Last updated on   Sep 13, 2020 17:16:28 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded/Generic |
| Color: | Black | Manufacturer Part Number: | Does not apply |
| UPC: | Does not apply | | |

**motopros**        Visit my eBay store

Sign up for newsletter

**Store Categories**

- Store home
- Foot Pedal
- Rear Mirror Parts
- Chain Parts
- Stator Engine Cover
- seat
- Engine Guard
- Foot Peg
- Other

**Motopros**   Motorcycle Parts& Accessories Outlet. 20 years industry experience. Shop with confidence.   Welcome to our store

Motorcycle Parts

**Please Ensure This Part Fits For Your Motorcycle Before Bidding**

SEEN IT CHEAPER? WE'LL MATCH IT...





SHIP WITHIN 24 HOURS





Sponsored items based on your recent views *1/4*      Feedback on our suggestions

Orange Front Fender Front Number Plate For KTM...
**$56.13**
Free shipping
Seller 99.4% positive

Green Headlight Enduro Road Legal Fit For KTM 25...
**$34.93**
Free shipping
Seller 99.4% positive

Orange Bar Hand Guard For KTM 390 Duke 2013 2014...
**$11.39**
$11.99
+ $3.50 shipping
Seller 99.2% positive

Supermoto Front Headlight Head Lamp For Enduro Dirt...
**$15.85**
$16.68
+ $3.50 shipping
Seller 99.2% positive

Plastic Front Number Plate + Fender For KTM...
**$28.19**
$29.99
+ $7.50 shipping
New

White Motocross Front Number Plate For KTM S...
**$10.82**
$11.39
+ $3.50 shipping
New







     

Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 2

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies | Add to Watchlist

Check if this part fits your vehicle Contact the seller

# Motorcycle Headlight Enguro Road Legal Cowling For KTM 250 450 520 525 530 SX

Condition: New

Quantity: 1 5 available

Price: **US $35.65**

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

1-year accident protection plan from SquareTrade - $5.99

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guang Zhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. Nov. 23 and Fri. Dec. 11
This item has an extended handling time and a delivery estimate greater than 27 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
motopros (19225 ★)
99.2% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Green Headlight Enduro Road Legal Fit For KTM 25...
$34.93
Free shipping
Seller 99.4% positive

Led Headlight Enduro Road Legal Streetfighter For KT...
$30.07
~~$31.99~~
+ $3.50 shipping
Almost gone

White Motorcycle Headlight Enduro Road Legal For KT...
$20.45
~~$21.99~~
Free shipping
Almost gone

Black Motorcycle Headlight for Enduro Road Legal KTM...
$32.90
Free shipping
New

Motorcycle Bike Headlight Lamp For Enduro Road Leg...
$38.40
Free shipping
New

Road Legal Streetfighter Enduro LED Headlight For...
$27.89
~~$29.99~~
+ $3.50 shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback












| Retro Electroline Vintage Headlight For Motorcycle... | Chrome Old School Headlamp Headlight For... | 7" CNC Aluminum Headlight Grill Cover For Harley Dyna... | Bullet 5-3/4" H4 Headlight Lamp Fit For Harley Cruiser... | Universal Headlight Light HeadLamp For Harley... | 7" LED Headlight Bulb Bucket Assembly Fit For... |
|---|---|---|---|---|---|
| $49.85 | $37.55 | $20.99 | $49.99 | $36.99 | $172.00 |
| Free shipping | Free shipping | + $5.00 shipping | + $10.00 shipping | Free shipping | Free shipping |

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Guang Zhou, China**

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Angola, Botswana, Central African Republic, Côte d'Ivoire (Ivory Coast), Congo, Democratic Republic of the, Congo, Republic of the, Eritrea, Libya, Mauritania, Sierra Leone, Somalia, Chad, Tunisia, South Africa, China, Sri Lanka, Maldives, Mongolia, Nepal, Aruba, Anguilla, Antigua and Barbuda, Barbados, Costa Rica, Cayman Islands, Dominica, Dominican Republic, Guatemala, Saint Kitts-Nevis, Saint Lucia, Martinique, Panama, Puerto Rico, Bosnia and Herzegovina, Belarus, Czech Republic, Germany, United Kingdom, Jersey, Liechtenstein, Lithuania, Moldova, Montenegro, Vatican City State, Kuwait, Oman, Saudi Arabia, Turkey, Yemen, Bermuda, Canada, Greenland, Saint Pierre and Miquelon, Australia, Fiji, Micronesia, Guam, Kiribati, Marshall Islands, Nauru, French Polynesia, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Bolivia, Brazil, Chile, Ecuador, French Guiana, Peru, Paraguay, Suriname, Uruguay, Venezuela, Brunei Darussalam, Indonesia, Philippines, PO Box

Quantity: | 1 |     Change country: | United States ▾ |     ZIP Code: | 60106 |     **Get Rates**

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Mon. Nov. 23 and Fri. Dec. 11** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 15 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

PayPal  VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

PayPal CREDIT

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views  1/4     Feedback on our suggestions



Feedback

Hi ▬▬▬ !  |  ⌄    Daily Deals    Brand Outlet    Help & Contact         Sell    Watchlist ⌄    My eBay ⌄    🔔²   🛒

**ebay**   Shop by category ⌄   | 🔍 Search for anything    | All Categories ⌄ | **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

 **MONEY BACK GUARANTEE**

 **motopros** (19225 ⭐) 🔷 ⓘ

**Positive Feedback (last 12 months): 99.2%** ⓘ

Member since: Sep-17-10 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member

View items for sale

View seller's Store

### Feedback ratings ⓘ



| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 137 | 881 | 1690 |
| ⬤ Neutral | 0 | 8 | 17 |
| ➖ Negative | 1 | 7 | 13 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (1463) | ⭐⭐⭐⭐⭐ (1550) |
| **Shipping speed** | **Communication** |
| ⭐⭐⭐⭐⭐ (1488) | ⭐⭐⭐⭐⭐ (1472) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

13 Feedback received (viewing 1-13)      Revised Feedback: 78 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars   🔍

Rating type: Negative (13) ⌄    Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Gasket came ripped. Did not want to provide a new one or issue partial refund.**<br>Engine Stator Crank Case Cover For Suzuki GSXR 600 750 GSXR600 GSXR750 06-19 K6<br>(#324011089325) | Buyer: 8***h (122⭐)<br>US $29.99 | Past month<br>Reciprocal feedback |
|    Reply by motopros. Left within past month.<br>   **we gave resend and partial refund for you to choose but you don't reply back** | | |
| ➖ **Purchased this fender thinking it was made to fit a 23" wheel but does not fit!**<br>Unpainted 23" Wheel Front Fender Fairing Fit For Harley Touring Custom Bagger<br>(#323994929743) | Buyer: p***r (155⭐)<br>US $114.99 | Past 6 months<br>Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Item was broken and will not company has yet to make it right. Bad over all**<br>Universal Headlight Light HeadLamp For Harley Davidson Bobber Cafe racer Chopper<br>(#223798627991) | Buyer: n***n (155⭐)<br>US $36.99 | Past 6 months<br>Reciprocal feedback |
| ➖ **Did not fit well bolt holes do not line up just a bad fit**<br>Right Left Trunk Pocket Saddlebag For Honda gold wing GL1800 goldwing 2006-2011<br>(#223937090272) | Buyer: t***6 (169⭐)<br>US $76.50 | Past 6 months<br>Reciprocal feedback |
| ➖ **The chrome metal screws could not be tightened enough to hold the pedals.**<br>Chrome Adjustable Foot Rest Foot Pegs For Honda Goldwing GL1800 GL 1800<br>(#323834766829) | Buyer: 3***7 (1)<br>US $90.00 | Past 6 months<br>Reciprocal feedback |
| ➖ **Ordered march 13 never received package asked for a refund twice had ebay stepin**<br>21" Wrap Front Fender For Harley Bagger Touring Street Glide FLTR FLHT FLHR FLHX<br>(#323800884360) | Buyer: 5***a (23⭐)<br>US $159.99 (Best offer was accepted) | Past 6 months<br>Reciprocal feedback |
| ➖ **Pump leaked right after I installed it. Chinese Crap. Dont Buy, waste of money**<br>Fuel Pump For Suzuki Boulevard S50 GSX1100G Intruder 1400 1500 700 750 800 RF600<br>(#323644670085) | Buyer: t***9 (112⭐)<br>US $16.32 | Past 6 months<br>Reciprocal feedback |
| ➖ **Mounting holes match up on my 2005 gsxr 600 that's about it wrong mirror crap!**<br>Rear View Mirrors For Suzuki GSXR 600 750 2004-2005 Katana GSX 650F 2008-2012<br>(#323851118125) | Buyer: e***2 (106⭐)<br>US $19.96 | Past year<br>Reciprocal feedback |
| ➖ **Wrong item received. 2 weeks arguing, receive refund & lost $50 on exchange rate**<br>Red Flames Hand Made Fairing Bodywork For Honda VTR1000F 97-05 98 99 01 02 03 04<br>(#323826020811) | Buyer: u***t (484⭐)<br>US $353.40 | Past year<br>Reciprocal feedback |
| ➖ **Arrive crushed and unusable was shipped in a plastic bag**<br>King Size Pak Carpet Liner Hard Trunk For Harley Touring Models Road King 93-13<br>(#223551097382) | Buyer: s***e (45⭐)<br>US $47.49 | Past year<br>Reciprocal feedback |

Comment?



Hi ▮▮▮▮ !

Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔 2    🛒

ebay    Shop by category ⌄

Search for anything    All Categories ⌄    **Search**    Advanced

motopros (19225 ⭐)
99.2% positive feedback

⌂ Items for sale    🏬 Visit store    ✉ Contact

Based in China, motopros has been an eBay member since Sep 17, 2012

♡ Save

**Feedback ratings** ⓘ

⭐⭐⭐⭐⭐ 1,463    Item as described
⭐⭐⭐⭐⭐ 1,472    Communication
⭐⭐⭐⭐⭐ 1,488    Shipping time
⭐⭐⭐⭐⭐ 1,550    Shipping charges

⊕ 1,690    ⊙ 17    ⊖ 13
Positive    Neutral    Negative

Feedback from the last 12 months

⊕ Awesome thanks
Oct 12, 2020

See all feedback

● ○ ○ ○ ○

0 Followers  |  0 Reviews  |  Member since: **Sep 17, 2012**  |  📍 China

## Items for sale (4544)

See all items



Shifter Shift G...
US $13.99    11m left



4" CVO Extended...
US $499.99    11m left



Clutch Cable LW...
US $9.99    11m left



Turn Signal Run...
US $189.99    11m left



Detachable Back...
US $65.19    11m left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✓ Norton SECURED

Hi! **Sign in** or **register**     Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

 **Stores**

Home › eBay Stores › motopros › All Categories                                                     Save this seller | Sign up for Store newsletter

| motopros | **motopros** |
|---|---|
| | Maintained by: motopros ( 19225 ⭐) 📧 |
| | Dear, welcome to our store, we are professional motorcycle parts seller.you can select parts what you need like Saddlebags&Luggage,Fairing Bodywork,footpegs, motorcycle cover, headlight,fender, handlebar and so on,Enjoy Your Purchase! |

### Store search

[_____] [Search]
☐ in titles & description

### Store categories

**Store home**
Brake Pads (6)
Brake & Clutch Lever (3)
Filter (12)
Foot Pedal (99)
Rear Mirror Parts (60)
Disc Brake Rotor (14)
Sprocket (5)
Passenger Seat (17)
Clutch Plates (19)
Spark Plug (1)
Carburetor Parts (12)
Handle Bar (19)
Light (136)
Master Cylinder Assy (3)
Rectifier (9)
Key Set (3)
Cable (10)
Oil Seal (1)
Gasket (7)
Speedometer Assy (4)
Exhaust Cover (6)
Chain Parts (4)
Brake Oil Cup (3)
Windscreen Windshield Screws (10)
Relay (1)
Gauges Meter Cover (16)
Stator Engine Cover (29)
Discount product (2)
upper fairing Bracket (5)
oil filter (7)
Vehicle Parts (23)
Fuel system (10)
Tail Box (1)
Ignition Coil (5)
Engine cover (11)
seat (114)
Gear Shift Lever (13)
Rear Brake Lever (1)
ignition switch (6)
Windscreen (233)
Fuel Fitting Adapter (6)
Seat Cowl Lock (5)
Fairing (4)
switch housing (2)
Air Filter (41)
Starter Motor (18)
Intercooler (1)
Air Shock Absorber (3)
Stator Coil (12)
Hose (2)
Engine Guard (15)
Crankshaft (3)
Yamaha YBR125 (1)
Regulator (12)
CMX250 (5)
Foot Peg (124)
Crank Case Cover (3)
Radiator (29)

### New Arrivals!

▸ Rider Driver Passenger Pillion Seat Fit For Harley Sportster XL Models 2010-2020
▸ Two-Up Luggage Rack Backrest For Harley Street 500 750 15-20 Detachable Chrome

See all items

### Ending Soon!

4" CVO Extended Saddlebags Fit F...
Buy It Now
or Best Offer     $499.99
Time left:**4m**

See all items

View: **All Items** | Buy It Now

**4,544** results found in **all categories**

View as: List ⌄     Sort by: Time: ending soonest ⌄

| Picture [hide] | Item title | | Price | Time Left ▲ |
|---|---|---|---|---|
|  | 4" CVO Extended Saddlebags Fit For Harley Touring Street Electra Glide 2014-2019 | | Buy It Now or Best Offer | $499.99 | 4m |
| | Clutch Cable LW Fit For Harley Softail Super Glide Fat Bob Low Rider Wide Glide | *Buy It Now* | $9.99 | 4m |
|  | Shifter Shift Gear Lever Foot Pedal For Honda CBR 600RR CBR1000RR 1000RR CBR600 | *Buy It Now* | $13.99 Free shipping | 4m |
|  | L R Windshield Windshield Cover Bracket For Honda Goldwing GL1800 2018-2020 1800 | Buy It Now or Best Offer | $29.95 Free shipping | 4m |
|  | Turn Signal Running Fog Light Kit For Honda Goldwing GL1800 12-17 F6B Valkyrie | Buy It Now or Best Offer | $189.99 Free shipping | 4m |
| | Detachable Backrest Sissy Bar For Harley Touring FLHT FLH FLHR FLTR 2009-2019 | Buy It Now or Best Offer | $65.19 Free shipping | 4m |
| | Clutch Cable LW For Harley Sportster 1100 1200 883 XLH883 Deluxe XLH1100 XLH1100 | *Buy It Now* | $9.99 | 4m |
| | LED Foglights + Attachment Kit Fit For Honda Goldwing GL1800 1800 2018-2020 19 | Buy It Now or Best Offer | $220.00 Free shipping | 4m |
|  | L UV protective Youth Kid DOT Blue Flame Dirt Bike ATV Helmet + Goggles Gloves | *Buy It Now* | $45.00 Free shipping | 25m |



2 × Turn Signal Lights For Kawasaki VN650 Vulcan S 2015-2016 KLX 250SF 2009-2011 — $19.89 — 26m

1" Fat 10" Rise Ape Hangers Handlebar For Harley Softail Sportster XL 1200 — Buy It Now or Best Offer — $125.00 — 26m

Oil Cooler Cover Fit For Harley Touring Road King Electra Street Glide Trike — $15.36 Free shipping — 41m

Front Footrest Foot Pegs For KAWASAKI ZX6R 2005-2008 2007 ZX636 2005-2006 05 06 — Buy It Now or Best Offer — $19.90 — 41m

Vintage Style 12V LED Chrome Brake Tail Light For Harley Davidson Bobber Chopper — $31.95 — 50m

Unpainted Front Side Panel Fairing Cover Fit For Yamaha YZF R1 YZFR1 09-14 2013 — Buy It Now or Best Offer — $79.99 — 1h 16m

10.7" Chopped Pack Trunk Razor Backrest +Rack For Harley Tour Pak Touring 14-20 — Buy It Now or Best Offer — $356.00 — 1h 21m

Oil Filter For Yamaha V Star XVS1100 XVS650 XV1100 XV920 XV750 XV250 Virago — $5.59 Free shipping — 1h 27m

Oil Filter For Yamaha YFM600FW Grizzly 4x4 1998-2001 YFM700R Raptor 2006-2009 — $5.59 Free shipping — 1h 27m

Inner Panel Headlight Splash Guard Nose Fairing For Yamaha YZ-FR1 YZFR1 09-14 — Buy It Now or Best Offer — $26.00 Free shipping — 1h 29m

Tank Side Cover cowl Panel Fairing Fit For Yamaha YZF R1 YZFR1 2009-2014 2013 12 — Buy It Now or Best Offer — $19.99 Free shipping — 1h 32m

35mm Fuel Pump Fit For Suzuki GSXR 600 GSXR 750 2008-2012 GSXR600 GSXR750 2012 — $14.00 — 1h 39m

Braided 71" Clutch Cable Wire For Harley XL883N XL1200 11-15 XL1200X 13-15 New — Buy It Now or Best Offer — $42.90 Free shipping — 2h 4m

10/14/2020

| | | | |
|---|---|---|---|
| Razor Pack Trunk Top Rack Backrest Pad Fit For Harley Tour Pak Road Glide 97-13 | Buy It Now or Best Offer | $242.00 Free shipping | 2h 6m |
| 23" Front Wheel Rim Dual Disc Wheel Hub Fit For Harley Touring Non ABS models | Buy It Now or Best Offer | $830.00 | 2h 11m |
| Sissy Bar Backrest Stealth Luggage Rack For Harley Touring FLH FLTR FLHR 09-20 | Buy It Now or Best Offer | $120.00 Free shipping | 2h 17m |
| 4 point Dock Hardware + Backrest Sissy Bar For Harley Touring Models 2009-2013 | Buy It Now or Best Offer | $90.29 Free shipping | 2h 21m |
| Tri Line Stereo Trim Fairing Cover For Harley Touring Road Electra Glide 14-20 | Buy It Now | $27.99 Free shipping | 2h 31m |
| 6.5" Speaker Box Lower Vented Fairing For Harley Touring Models Road King 14-20 | Buy It Now or Best Offer | $119.89 Free shipping | 2h 36m |
| Chopped Trunk Razor Backrest Rack For Harley Tour Pak Touring Road King 14-20 | Buy It Now or Best Offer | $260.00 Free shipping | 2h 41m |
| Backrest Sissy Bar Luggage Rack Docking Hardware Fit For Harley Touring Models | Buy It Now or Best Offer | $145.50 Free shipping | 2h 46m |
| Streamliner Rear Footpeg Pedal For Harley Softail FLS /FLSS and '08-'11 FLSTSB | Buy It Now or Best Offer | $52.99 Free shipping | 2h 51m |
| Chopped Tour Pak Pack Trunk Backrest + Luggage Rack For Harley Road King 09-13 | Buy It Now or Best Offer | $270.50 Free shipping | 2h 56m |
| 2.25" Passenger Foot Peg Support Mount Clevis For Harley Softail Fat Boy 00-06 | Buy It Now | $17.19 Free shipping | 3h 41m |
| Detachable Backrest Sissy Bar Luggage Rack For Harley Electra Glide 2009-2020 More options | Buy It Now | $119.00 Free shipping | 4h 33m |

10/14/2020

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ∨    My eBay ∨

  Stores

Home > eBay Stores > motopros > All Categories

Save this seller | Sign up for Store newsletter

**motopros**

Maintained by: motopros ( 19225 )

Dear, welcome to our store, we are professional motorcycle parts seller.you can select parts what you need like Saddlebags&Luggage,Fairing Bodywork,footpegs, motorcycle cover, headlight,fender, handlebar and so on,Enjoy Your Purchase!

### Store search

KTM headlight [Search]

☐ in titles & description

### Store categories

Store home

Light (3)

Other (1)

See all items in the store

### Display

- Gallery view
- View new listed

### Store pages

- Motorcycle Pros

### Store Newsletter!

Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

☑ General Interest

[Sign Up]

View: **All Items** | Buy It Now

**4** results found for **KTM headlight**

View as: List ▾    Sort by: Time: ending soonest ▾

| Picture [hide] | Item title | | Price | Time Left ▴ |
|---|---|---|---|---|
|  | CHROME Right&Left Side New Headlight Bracket for Kawasaki/Suzuki /Honda/Yamaha | Buy It Now | $8.88 Free shipping | 3d 23h 30m |
|  | Black 5-3/4" Headlight + Fork Mount Brackets For Harley Chopper Bobber Cafe BSA | Buy It Now or Best Offer | $48.98 Free shipping | 17d 21h 35m |
|  | Amber 5.75 inch Headlight Lamp w/ Fork Brackets For Harley Chopper project Bike | Buy It Now or Best Offer | $48.95 Free shipping | 23d 22h 20m |
| | Motorcycle Headlight Enruro Road Legal Cowling For KTM 250 450 520 525 530 SX | Buy It Now or Best Offer | $35.65 Free shipping | 30d 21h 56m |

Page 1 of 1

An eBay Store maintained by:  motopros ( 19225 )

Seller, manage Store

Tools:  My eBay

Learn more about feeds

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

www.ebaystores.com/motopros/_i.html?rt=nc&_nkw=KTM+headlight&_dmd=1&_sacat=motopros&_sid=1131165765&_trksid=p4634.c0.m14&_vc=1

1/1

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

**Ship to**

1001 Foster Ave
Bensenville, IL 60106-1445
United States

Change

### Review item and shipping

Seller: motopros  |  Message to seller



Motorcycle Headlight Enguro Road Legal Cowling For KTM
250 450 520 525 530 SX

**$35.65**

Quantity  [ 1 ▾ ]

**Delivery**
Est. delivery: Nov 23 – Dec 11
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

### Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount  [ None ▾ ]

---

| Subtotal (1 item) | $35.65 |
|---|---|
| Shipping | Free |
| Tax* | $2.23 |

**Order total** | **$37.88**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi! **Sign in** or **register**     Daily Deals     Brand Outlet     Help & Contact                              Sell     Watchlist ⌄     My eBay ⌄          🔔     🛒

# ebay

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

‹  Back to search results  |  Listed in category:  eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Wheels, Tires & Tubes  ›  Wheels & Rims          ✉ f 𝕥 P  |  Add to Watchlist

---

People who viewed this item also viewed

| KKE 14/12 Spoked Kids' Wheels Rim... $429.00 + $180.00 shipping | 04-06 HARLEY-DAVIDSON... $179.10 $199.00 + shipping | 2003 Harley Davidson Sportst... $199.77 + shipping | Suzuki Marauder GZ125 - REAR... $38.95 + $102.01 shipping | 2008 Triumph Bonneville T100... $224.99 + shipping |

---

ⓘ  Check if this part fits your vehicle       **Select Vehicle**

---

## 17" Supermoto Rear Spoked Wheel Hub Rim HUSABERG FE FC 04-13 KTM 125-540 03-14

Condition: **New**

Bulk savings:
| Buy 1 $349.88/ea | Buy 2 $342.88/ea |
| Buy 3 $339.38/ea | |

Compatibility: See compatible vehicles

Sale ends in: 05d 02h 01m

Quantity: [ 1 ]

3 available

Price: **US $349.88/ea**
$30 for 12 months with PayPal Credit*
US $411.62 (15% off)

**30-day returns**

Shipping: **$70.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: SH, China
Ships to: United States  See exclusions

Delivery: ⬩ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  ● ● ●  AMEX  DISCOVER

**PayPal CREDIT**
*$30 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

$ Have one to sell?  **Sell now**

---

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
motoradiator (203 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Related sponsored items 1/2                              Feedback on our suggestions


Feedback


1988-2008 Honda Shadow VT600c Oem rear wheel...
$68.46
~~$76.07~~
+ $22.84 shipping


75 Honda CB500T CB 500 Rear Spoked Wheel Rim...
$128.19
~~$191.79~~
+ $129.99 shipping


Deep Dish 350mm Racing Spoked Steering Wheel+...
$38.15
+ $28.64 shipping


SUZUKI GS250 GS400 REAR BRAKE HUB & SHOE...
$45.44
+ $102.11 shipping


SKF Front Wheel Bearing Hub for 2003-2009 Mazda...
$122.84
~~$245.74~~
+ $68.13 shipping


Wheel Bearing and Hub Assembly Front,Rear WJB...
$108.20
+ $48.62 shipping

---

**Description** | Shipping and payments | Report item

Seller assumes all responsibility for this listing.

eBay item number: 184412038035

Last updated on  Oct 06, 2020 18:23:44 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|------|------|-------|----------|--|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓  This part is compatible with 241 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2005 | Husaberg | FC450 | -- |
| | 2004 | Husaberg | FC450 | -- |
| | 2005 | Husaberg | FC550 | -- |
| | 2004 | Husaberg | FC550 | -- |
| | 2013 | Husaberg | FE250 | -- |
| | 2013 | Husaberg | FE350 | -- |
| | 2012 | Husaberg | FE390 | -- |
| | 2011 | Husaberg | FE390 | -- |
| | 2010 | Husaberg | FE390 | -- |
| | 2013 | Husaberg | FE450 | -- |
| | 2012 | Husaberg | FE450 | -- |
| | 2011 | Husaberg | FE450 | -- |
| | 2010 | Husaberg | FE450 | -- |
| | 2009 | Husaberg | FE450 | -- |
| | 2008 | Husaberg | FE450E | -- |
| | 2007 | Husaberg | FE450E | -- |
| | 2006 | Husaberg | FE450E | -- |
| | 2005 | Husaberg | FE450E | -- |
| | 2004 | Husaberg | FE450E | -- |
| | 2013 | Husaberg | FE501 | -- |

Page 1 of 13          ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by motorradiator

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Motorradiator |
| Bundle Description: | Wheels, Rims, Hubs, Spokes, Nipples, Spacers | Manufacturer Part Number: | RW17KTM651FBOR20-mr |
| Modified Item: | Yes | Type: | Spoked Wheel |
| UPC: | Does not apply | Rim Diameter: | 17in. |
| EAN: | Does not apply | Rim Width: | 5in. |
| Features: | fit OEM Sprocket, Disc | Surface Finish: | CNC Billet Anodized |
| Hub made:: | CNC Billet Aluminum 6061 | Color: | Blue+Black |
| Rim made:: | Aluminum 7075 | Material: | Aluminum & Stainless Steel |
| Spoke made:: | Stainless Steel | Warranty: | 1 Year |

### Motorradiator

motorradiator (203 ★)  99%

Sign up for newsletter

Search within store

Visit Store:  Motorradiator

Items On Sale | Harley Accessories | Street Bike Accessories | Offroad Motocross Accessories | Cruiser/Touring Accessories | ATV/UTV/QUAD Accessories

Feedback




Home    About us    Contact us

Store Categories

Harley Accessories  ▸

Street Bike Accessories  ▸

Offroad Motocross Accessories  ▸

ATV/UTV/QUAD Accessories  ▸

Cruiser/Touring Accessories  ▸

Cafe Racer Accessories

Car Accessories

Golf Accessories

Other

## Product Overview



## Description

**Brand New 17"Supermoto Rear Spoked Wheel Hub Rim Set**
**Color: Black Rim & Blue Hub**
**Material: Hub made of CNC Billet Aluminum 6061, anodized in Blue**
         **Alloy Rims Made of Aluminum 7075 in Black**
         **Spokes and Nipples made of Stainless Steel**

**Rear Wheel= 17" X 5.0" 36 Spokes Black Rim+ Blue Hub, will fit Rear Tire Size:160-170-180/70-17**

Detailed Models:
**KTM** 125CC-540CC  ALL MODEL 2003-2014
(125, 144, 150, 200, 250, 300, 350, 380, 400, 450, 525, 530, 540)

**HUSABERG**  FE/FC ALL MODEL 2004-2013

Features:
- Each wheel set have been good tested, guaranteeing the best in quality and performance.
- Will last for years of top performance.
- Professional installation recommended.
- Bearings, spacers and seals are also included
- Certification: DOT
- Super Fast Delivery & Longer Warranty than other Sellers
We also have other color for the rims and hubs, contact us if you need.

___

About us          Payment          Shipping and Return          Contact us

**Why Choose us?**

We are a professinal factory specialized in high quality aluminum motorcycle parts and accesseries from year 2004. our products cover almost all the brand ,bike type, all the motorcyle model and popular year on the market.

Main products including: brake disc rotors, levers , rearsets, clip ons , frame sliders, gas caps, wheel sets, footpegs, radiators ,forward controls and other aluminum parts.

We are A team, strong support for sales ,design and research, QC and logistic, enough capacity of manufature, ensure our customer have good service.

Feedback


## More from this seller 1/2

Feedback on our suggestions

      

| | | | | | |
|---|---|---|---|---|---|
| 17" Supermoto Spoked Wheel Hub Rim for... | 17" Supermoto F&R Spoked Wheel Hub Rim Set for... | MX 21 / 1.6 Front Wheel Hub Rim for KTM 125-540 SX X... | 19" Rear Spoked Wheel Rim Hub Set CRF250R CRF450... | MX 19/2.15 Rear Wheel Hub Rim 4 Honda CR125R... | 21" 18" MX Enduro F&R Wheel Rim Hub for KTM 12... |
| $599.95 | $579.95 | $348.54 | $349.98 | $299.89 | $449.88 |
| $705.82 | $682.29 | $410.05 | $411.74 | $352.81 | $529.27 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                    Return to top

More to explore :   Motorcycle Spoked Wheels for KTM 125,   Motorcycle Wheels and Rims for KTM 540,   Motorcycle Wheels and Rims for KTM 125,   Motorcycle Rims for KTM 540,
Dubya Motorcycle Wheels and Rims for KTM 125,   Aluminum Motorcycle Wheels and Rims for KTM 125,   Unbranded Motorcycle Wheels and Rims for KTM 125,
Pro-Wheel Motorcycle Wheels and Rims for KTM 125,   Excel Motorcycle Rims for KTM 125,   Motorcycle Wheel Hub Assemblies for KTM 125

About eBay       Announcements       Community       Security Center       Resolution Center       Seller Center       Policies       Affiliates       Help & Contact       Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Feedback 

ebay    Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

‹ Back to search results | Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Wheels, Tires & Tubes  ›  Wheels & Rims

✉ f 𝕏 📌 | Add to Watchlist

### People who viewed this item also viewed



| KKE 14/12 Spoked Kids' Wheels Rim... | 04-06 HARLEY-DAVIDSON... | 2003 Harley Davidson Sportst... | Suzuki Marauder GZ125 - REAR... | 2008 Triumph Bonneville T100... |
|---|---|---|---|---|
| $429.00 + $180.00 shipping | $179.10 $199.00 + shipping | $199.77 + shipping | $38.95 + $102.01 shipping | $224.99 + shipping |

ⓘ Check if this part fits your vehicle        Select Vehicle



‹  ›

## 17" Supermoto Rear Spoked Wheel Hub Rim HUSABERG FE FC 04-13 KTM 125-540 03-14

Condition:    New

Bulk savings:
| Buy 1 $349.88/ea | Buy 2 $342.88/ea |
| Buy 3 $339.38/ea |

Compatibility:    See compatible vehicles

Sale ends in:    05d 02h 01m

Quantity:    [ 1 ]    3 available

Price:    **US $349.88/ea**
$30 for 12 months with PayPal Credit*
US $411.62 (15% off)

**Buy It Now**
**Add to cart**
♡ Add to Watchlist

**30-day returns**

Shipping:    $70.00  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: SH, China
Ships to: United States  See exclusions

Delivery:    Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  Mastercard  American Express  Discover
**PayPal CREDIT**
*$30 for 12 months. Minimum purchase required. |
See terms and apply now
Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    30 day Buyer pays for return shipping |
See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motorradiator (203 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?    Sell now

### Related sponsored items 1/2
Feedback on our suggestions


Feedback

‹  ›








| | | | | | |
|---|---|---|---|---|---|
| 1988-2008 Honda Shadow VT600c Oem rear wheel... | 75 Honda CB500T CB 500 Rear Spoked Wheel Rim... | Deep Dish 350mm Racing Spoked Steering Wheel+... | SUZUKI GS250 GS400 REAR BRAKE HUB & SHOE... | SKF Front Wheel Bearing Hub for 2003-2009 Mazda... | Wheel Bearing and Hub Assembly Front,Rear WJB... |
| $68.46 | $128.19 | $38.15 | $45.44 | $122.84 | $108.20 |
| $76.07 | $191.79 | | | $245.74 | |
| + $22.84 shipping | + $129.99 shipping | + $28.64 shipping | + $102.11 shipping | + $68.13 shipping | + $48.62 shipping |



Description | **Shipping and payments** | Report item

Seller assumes all responsibility for this listing.

**Shipping and handling**

Item location: SH, China

Shipping to: United States

Excludes: Alaska/Hawaii, US Protectorates, APO/FPO, Africa, Asia, Central America and Caribbean, Europe, Middle East, Greenland, Mexico, Canada, Saint Pierre and Miquelon, Bermuda, Oceania, Southeast Asia, South America, PO Box

Quantity: [ 1 ]    Change country: [ United States ▾ ]    ZIP Code: [ 60106 ]    [ Get Rates ]

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $70.00 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 5 and Wed. Nov. 25** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

**Return policy**

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

**Payment details**

| Payment methods |
|---|

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

**More from this seller** 1/2

Feedback on our suggestions

Feedback










Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

motoradiator (203 ★ )

**Positive Feedback (last 12 months): 99%**

Member since: Jul-22-19 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

### Member Quick Links

Contact member
View items for sale
View seller's Store

### Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 21 | 139 | 205 |
| Neutral | 0 | 2 | 2 |
| Negative | 0 | 1 | 2 |

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (194) | Reasonable shipping cost ★★★★★ (205) |
| Shipping speed ★★★★★ (201) | Communication ★★★★★ (200) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

2 Feedback received (viewing 1-2) Revised Feedback: 1

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (2) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **Did not receive all of my item and no response from seller** (Private listing) | Buyer: 5***e (726★ ) | Past 6 months Reciprocal feedback |
| Reply by motoradiator. Left within past 6 months. Hello, we sent you 2 packages, and 2 packages both shows delivered, pls check. | | |
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **I never got the back disc break only the front two** (Private listing) | Buyer: r***v (53★ ) | Past 6 months Reciprocal feedback |
| Reply by motoradiator.Left within past 6 months. Hello, we sent you 2 packages, and 2 packages both shows delivered, pls check. | | |

**Page 1 of 1** ← 1 →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

**motoradiator** (203★)
99% positive feedback

Save

Items for sale Visit store Contact

Based in China, motoradiator has been an eBay member since Jul 22, 2019

Feedback ratings See all feedback

| | | |
|---|---|---|
| ★★★★★ | 194 | Item as described |
| ★★★★★ | 200 | Communication |
| ★★★★★ | 201 | Shipping time |
| ★★★★★ | 205 | Shipping charges |

| Positive | Neutral | Negative |
|---|---|---|
| 205 | 2 | 2 |

Feedback from the last 12 months

Fast shipper
Oct 12, 2020

**15** Followers | **0** Reviews | Member since: **Jul 22, 2019** | China

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Items for sale from **motoradiator** (203) | Save this seller

Include description

## Categories

**eBay Motors**

- Motorcycle Brake Rotors
- Motorcycle Radiators
- Motorcycle Throttle & Choke Cables
- Motorcycle Foot Pegs & Pedal Pads
- Motorcycle Clutch Cables
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (2,418)

**Price**

- Under $75.00
- $75.00 - $150.00
- Over $150.00

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motoradiator (203)
Feedback rating: 203
Positive Feedback: 99%
Member since Jul-22-19 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now | Sort: Best Match | View:

2,418 results | Save this search

17" Supermoto F&R Wheels Hubs Rims for KTM 125-540 EXC SX XC SXS HUSABERG 03-13
Brand New
**$519.32**
Was: ~~$610.97~~
Buy It Now
**Free Shipping**
**15% off**
Watch

21" 18" MX Enduro F&R Wheel Rim Hub for KTM 125-500 EXC SXF XC-W HUSABERG 03-13
Brand New
**$449.88**
From China
Was: ~~$529.27~~
Buy It Now
+$150.00 shipping
**15% off**
Watch

MX 21 / 1.6 Front Wheel Hub Rim for KTM 125-540 SX XC XCW SX-F EXC SXS HUSABERG
Brand New
**$348.54**
From China
Was: ~~$410.05~~
Buy It Now
+$90.00 shipping
**15% off**
Watch

17" Supermoto F&R Spoked Wheel Hub Rim Set for SUZUKI RMZ250 07-19 RMZ450 05-19
Brand New
**$579.95**
Was: ~~$682.29~~
Buy It Now
**Free Shipping**
**15% off**
Watch

Supermoto 17" 3.5/5.0 F&R Wheel Hub Rim Set for KTM 125-540 03-14 HUSABERG 04-13
Brand New
**$599.95**
Was: ~~$705.82~~
Buy It Now
**Free Shipping**
**15% off**
Watch

17" Supermoto Rear Spoked Wheel Hub Rim HUSABERG FE FC 04-13 KTM 125-540 03-14
Brand New
**$349.88**
From China
Was: ~~$411.62~~
Buy It Now
+$70.00 shipping
**15% off**
Watch

17" Supermoto Spoked Wheel Hub Rim for KTM 125-540 03-14 HUSABERG FE FC 04-13
Brand New

**$599.95**
Was: ~~$705.82~~
Buy It Now
**Free Shipping**
15% off
👁 Watch

---



Supermoto Front Rear Wheels Hubs Rims Spokes Set for Yamaha YZ250F YZ450F 09-13
Brand New

**$550.99**
Was: ~~$648.22~~
Buy It Now
**Free Shipping**
**13 Watching**
15% off
👁 Watch

---



2009-2013 MX 21" / 1.6" Front Wheel Black Rim Blue Hub for YAMAHA YZ250F YZ450F
Brand New

**$348.54**
Was: ~~$410.05~~
Buy It Now
**Free Shipping**
15% off
👁 Watch

---



21" 18" MX Spoked Wheel Set Black Rims Gold Hubs for Suzuki RMZ250 RMZ450 07-19
Brand New

**$450.98**
Was: ~~$530.57~~
Buy It Now
**Free Shipping**
15% off
👁 Watch

---



Rear Brake Rotor for KTM XC SX 85 105 FREERIDE 250 350 12-17 HUSQVARNA TC 14-18
Brand New

**$44.95**          From China
Was: ~~$52.88~~
Buy It Now
+$5.00 shipping
**2 Watching**
15% off
👁 Watch

---



MX 19/2.15 Rear Wheel Hub Rim 4 Honda CR125R CR250R 02-07 CRF450R 04-13 CRF250R
Brand New

**$299.89**
Was: ~~$352.81~~
Buy It Now
**Free Shipping**
15% off
👁 Watch

---



18" Rear Wheel Rim Hub for Honda CRF250R CRF450R 13-19 CRF250RX CRF450RX 17-19
Brand New

**$349.88**
Was: ~~$411.62~~
Buy It Now
**Free Shipping**
15% off
👁 Watch

---

17" Supermoto Spoked Wheels Hubs Rims Set for Honda CR125 CR250 CRF250R CRF450R
Brand New

10/15/2020



$550.99
Was: $648.22
Buy It Now
Free Shipping
15% off
👁 Watch

21" x 18" Gloss Black F&R Wheels Touring 84-07 Dyna Heritage Softail Sportster
Brand New



$599.88
Was: $705.74
Buy It Now
Free Shipping
15% off
👁 Watch

17" Supermoto Spoked Wheels Rims Hubs Set KX125 KX250 06-13 KX250F KX450F 06-19
Brand New



$579.95
Was: $682.29
Buy It Now
Free Shipping
15% off
👁 Watch

MX 19/2.15" Rear Wheel Hub Rim for KTM 125 150 250 300 350 SX XC SX-F XC-F 12-19
Brand New



$299.89
Was: $352.81
Buy It Now
Free Shipping
15% off
👁 Watch

21" 18" MX Motocross Enduro Wheel Hub Set Rims Spokes for CRF250R CRF450R 04-12
Brand New

$449.88                                    From China
Was: $529.27
Buy It Now
+$150.00 shipping
15% off
👁 Watch

For KTM MX 19" 2.15" Rear Wheel Hub Rim 125 540 EXC SX SX-F SXS XC-W XC-F EXC-F
Brand New



$299.89
Was: $352.81
Buy It Now
Free Shipping
15% off
👁 Watch

21/18" MX Enduro Wheel Set Rims Spokes Green Hubs KX250F KX450F 06-18 KX 125 250
Brand New



$499.88
Was: $588.09
Buy It Now
Free Shipping
15% off
👁 Watch

17" Supermoto Spoked Wheel Hub Rim for HUSABERG FE FC 04-13 KTM 125-540 03-14
Brand New





Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **motoradiator** (203) | Save this seller | Show results from all sellers

Include description

**Categories**

**eBay Motors**
- Other Motorcycle Parts
- Motorcycle Wheels & Rims
- Motorcycle Parts
- Motorcycle Brake Rotors
- Motorcycle Foot Pegs & Pedal Pads
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (93)

**Price**
- Under $35.00
- $35.00 - $150.00
- Over $150.00
- $ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motoradiator (203)
Feedback rating: 203
Positive Feedback: 99%
Member since Jul-22-19 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now | Sort: Best Match | View:

**93** results for **KTM** | Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

For KTM MX 19" 2.15" Rear Wheel Hub Rim 125 540 EXC SX SX-F SXS XC-W XC-F EXC-F (Fits: KTM)
Brand New
**$299.89**
Was: ~~$352.81~~
Buy It Now
**Free Shipping**
15% off
Watch
Brand: KTM

Black Wave Front Rear Brake Discs Rotors For KTM 640 950 990 LC4 LC8 Adventure (Fits: KTM)
Brand New
**$199.99**
Was: ~~$235.28~~
Buy It Now
**Free Shipping**
15% off
Watch

For KTM SX 50 SX50 12-19 2013 14 15 16 17 18 Aluminum MX Engine Cooler Radiator (Fits: KTM)
Brand New
**$139.94**
Was: ~~$164.64~~
Buy It Now
+$30.00 shipping
15% off
Watch
From China
Brand: KTM

Front Rear Brake Discs Rotors For KTM 400 525 620 640 660 LC4 Adventure Rallye (Fits: KTM)
Brand New
**$140.21**
Was: ~~$164.95~~
Buy It Now
+$20.00 shipping
15% off
Watch

MX Billet Wide Fat Foot Pegs Pedals for KTM 50 Jr Adventure 2000-2003 Mini 99-08 (Fits: KTM)
Brand New
**$60.99**
Was: ~~$71.75~~
Buy It Now
**Free Shipping**
15% off
Brand: KTM

Front Brake Rotor for KTM SX 85 17/14 SW 19/16 Big Wheel SX 105 03-08 XC 85 105 (Fits: KTM)
Brand New

$44.95
Was: $52.88
Buy It Now
+$5.00 shipping
15% off
Watch

From China
Brand: KTM



Black Wave Front Rear Brake Discs Rotors For KTM 640 LC4 Adventure 04 05 06 07 (Fits: KTM)
Brand New
$199.99
Was: $235.28
Buy It Now
Free Shipping
15% off
Watch

Supermoto 17" 3.5/5.0 F&R Wheel Hub Rim Set for KTM 125-540 03-14 HUSABERG 04-13 (Fits: KTM)
Brand New
$599.95
Was: $705.82
Buy It Now
Free Shipping
15% off
Watch



1.8 Bar 26 PSI Radiator Cap for All Europe Bikes KTM HUSQVARNA APRILIA HUSABERG
Brand New
$10.32
Was: $12.14
Buy It Now
Free Shipping
15% off
Watch



CNC Billet Universal Racing Motorcycle Footpegs Footrest Foot Pegs Pedal Silver (Fits: KTM)
Brand New
$12.00
Was: $14.12
Buy It Now
+$5.00 shipping
15% off
Watch

From China



MX Offroad Gold 120 Links 520 X-Ring Chains for Suzuki Yamaha Honda Kawasaki KTM
Brand New
$64.98
Was: $76.45
Buy It Now
Free Shipping
15% off
Watch



MX Offroad Wide Fat Foot Pegs Pedal for Honda CRF1000L Africa Twin DTC 2016 2017 (Fits: KTM)
Brand New
$60.99
Was: $71.75
Buy It Now
Free Shipping
15% off

Brand: Honda



17" Supermoto Spoked Wheel Hub Rim for KTM 125-540 03-14 HUSABERG FE FC 04-13 (Fits: KTM)
Brand New



**$599.95**
Was: ~~$705.82~~
Buy It Now
**Free Shipping**
15% off
👁 Watch



**MX Billet Foot Pegs Pedals for HONDA CRF1000 CR 80 85 R XR 250 400 600 R XR 650 (Fits: KTM)**
Brand New

**$60.99**
Was: ~~$71.75~~
Buy It Now
+$5.00 shipping
15% off
👁 Watch

From China

Brand: Honda



**Universal Gas Fuel Tank Petcock Valve Switch ATV Cafe Racer Pit Dirt Bike CG125 (Fits: KTM)**
Brand New

**$9.99**
Was: ~~$11.75~~
Buy It Now
**Free Shipping**
15% off
👁 Watch



**17" Supermoto Rear Spoked Wheel Hub Rim HUSABERG FE FC 04-13 KTM 125-540 03-14 (Fits: KTM)**
Brand New

**$349.88**
Was: ~~$411.62~~
Buy It Now
+$70.00 shipping
15% off
👁 Watch

From China




**9L Cafe Racer Vintage Custom Gas Fuel Tank Petcock for Honda CG125 CG125S CG250 (Fits: KTM)**
Brand New

**$90.98**
Was: ~~$107.04~~
Buy It Now
**Free Shipping**
15% off
👁 Watch

Brand: Honda



**17" Supermoto Spoked Wheel Hub Rim for HUSABERG FE FC 04-13 KTM 125-540 03-14 (Fits: KTM)**
Brand New

**$599.95**
Was: ~~$705.82~~
Buy It Now
+$150.00 shipping
15% off
👁 Watch

From China



**Universal Offroad Dirt Bike Gas Fuel Cap Tank Vent Tube Breather Hose Pipe Valve (Fits: KTM)**
Brand New

**$2.54**
Was: ~~$2.99~~
Buy It Now
**Free Shipping**
15% off

**Aluminum MX Engine Cooling Radiators for HUSQVARNA 450 501 FC FS FE 2016-2018 (Fits: KTM)**
Brand New

10/15/2020

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
$37.17 for 12 months.
Apply now. See terms

---

**Ship to**

████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
████

Change

---

**Review item and shipping**

Seller: motoradiator    Message to seller



17" Supermoto Rear Spoked Wheel Hub Rim HUSABERG
FE FC 04-13 KTM 125-540 03-14
**$349.88**
~~$411.62~~

Quantity    1 ⌄

**Delivery**
Est. delivery: Nov 5 – Nov 25
Standard SpeedPAK from China/Hong Kong/Taiwan
**$70.00**

Save up to 15%

---

## Gift cards, coupons, eBay Bucks

Enter code:    [ Apply ]

---

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount    None ⌄

---

| Subtotal (1 item) | $349.88 |
|---|---|
| Shipping | $70.00 |
| Tax* | $26.24 |

**Order total**    **$446.12**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

**eBay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

10/15/2020

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄   | Search for anything | All Categories ⌄ | **Search**   Advanced

< Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Brakes & Suspension > Brake Rotors

✉ f ⓕ 🐦 📌 | Add to Watchlist

✓ This fits a KTM | Select Year

### Front Brake Rotor for KTM SX 85 17/14 SW 19/16 Big Wheel SX 105 03-08 XC 85 105

Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

| Condition: | New |
| Bulk savings: | Buy 1 $44.95/ea | Buy 2 $44.05/ea |

Compatibility: See compatible vehicles

Sale ends in: 04d 15h 02m

Quantity: 1

2 available

**Seller information**
motoradiator (203 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Price: **US $44.95/ea**
US $52.88 (15% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns**

Shipping: $5.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: SH, China
Ships to: United States See exclusions

Delivery: ⚑ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 AMEX DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Similar sponsored items 1/2                                    Feedback on our suggestions



X-Brake Front Brake Disc Protection Cover Rotor...
$18.97
$20.40
+ $6.70 shipping
New

Floating Brake Disc Rotor +Bracket+Air Vent for KTM...
$51.17
$55.02
Free shipping
Seller 99.6% positive

Floating Brake Disc Rotor +Bracket+Air Vent for KTM...
$51.69
$55.58
Free shipping
Seller 99.5% positive

320MM Front Wavy Floating Brake Disc Rotor For KTM...
$60.45
$65.00
Free shipping
Seller 99.5% positive

Front Brake Disc Rotor For KTM 200...
$35.20
+ $7.00 shipping
Seller 99.1% positive

Front Brake Disc Rotor Guard Protector Cover For...
$15.44
$16.60
+ $6.70 shipping
New

Related sponsored items 1/2                                     Feedback on our suggestions

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheels & Rims

✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM    Select Year





### 17" Supermoto Spoked Wheel Hub Rim for HUSABERG FE FC 04-13 KTM 125-540 03-14

Condition: **New**

Bulk savings:
| Buy 1 $599.95/ea | Buy 2 $587.95/ea |

Compatibility: See compatible vehicles

Sale ends in: 05d 01h 59m

Quantity: 1

2 available

Price: **US $599.95/ea**

$50 for 12 months with PayPal Credit*

US $705.82 (15% off) ⓘ

30-day returns

Shipping: **$150.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: SH, China
Ships to: United States See exclusions

Delivery: Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA ● ● DISCOVER

**PayPal CREDIT**
*$50 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping |
See details

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motoradiator (203 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items    Feedback on our suggestions


Front Spoked 19" Wheel
$438.41
+ $125.00 shipping
Seller 99.1% positive


HardDrive Rear Spoked Wheel - 051-0446
$248.83
$293.95
+ $146.00 shipping
Seller 99.3% positive


75 Honda CB500T CB 500 Rear Spoked Wheel Rim...
$128.19
$191.79
+ $129.99 shipping
Seller 99.8% positive


1972 YAMAHA XS2 FRONT WHEEL RIM STEEL SPOKED...
$105.00
+ $147.39 shipping
Seller 99.7% positive


Drag Specialties 0203-0413 Front Laced Wheel
$359.95
+ $225.00 shipping
Seller 99.8% positive

Related sponsored items 1/2    Feedback on our suggestions

Feedback




Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist    My eBay    🔔    🛒

ebay    Shop by category    Search for anything    All Categories ▾    **Search**    Advanced

‹  Back to search results | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Accessories › Luggage › Other Luggage    ✉ f ✦ 𝕡 | Add to Watchlist

### People who viewed this item also viewed



| 1x Motorcycle Bike Tail Rear Seat Ba... $44.90 ~~$49.89~~ Free shipping | Motorcycle Rear Tail Seat Back... $25.35 ~~$26.68~~ + $4.99 shipping | Waterproof Motorcycle Rear... $56.90 Free shipping | NEW Motorcycle Rear Tail Seat Bac... $49.40 ~~$52.00~~ Free shipping | Motorcycle Rear Tail Seat Back... $24.50 ~~$25.79~~ + $6.99 shipping |

✓ This fits a KTM    Select Year

🏷 **SAVE UP TO 9%** WHEN YOU BUY MORE





### Motorcycle Rear Tail Seat Tank Bag Saddle Helmet Shoulder Storag

**Condition:** New

**Bulk savings:**

| Buy 1 $60.16/ea | Buy 2 $57.15/ea | Buy 3 $56.55/ea |

**Compatibility:** See compatible vehicles

**Quantity:** 1    3 available

**Price:** US $60.16/ea    **Buy It Now**

**Add to cart**

**Best Offer:**    **Make Offer**

♡ Add to Watchlist

**Free shipping and returns**

**Shipping:** FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide See exclusions

**Delivery:** 🚚 Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

**Returns:** Free 30 day returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motorbrand18 (1618 ⭐)
97.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell? **Sell now**

### Sponsored items from this seller 1/2

Feedback on our suggestions




Feedback








| | | | | | |
|---|---|---|---|---|---|
| Universal Rear Right Side Seat Motorcycle PU Saddl... | 58L Pair Universal Motorcycle Side Saddle Ba... | SSPEC Magnetic Motorcycle Motorbike Oil... | Universal Motorcycle Side Tool Bag PU Luggage... | 1.5m 4.9Ft Stainless Exhaust Pipe Hose Parking Air... | Universal Motorcycle Front Fork Tool Bag SaddleBag... |
| $26.65 | $76.53 | $25.94 | $16.40 | $15.19 | $21.96 |
| Free shipping | Free shipping | Free shipping | + $20.00 shipping | Free shipping | Free shipping |

**Description** | Shipping and payments

Report item

eBay item number:  284018798106

Seller assumes all responsibility for this listing.

Last updated on  Sep 21, 2020 20:57:01 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel |
|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- | Go

[show all compatible vehicles]

✓ This part is compatible with 112 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2011 | KTM | 105 | SX |
| | 2010 | KTM | 105 | SX |
| | 2010 | KTM | 105 | XC |
| | 2009 | KTM | 105 | SX |
| | 2009 | KTM | 105 | XC |
| | 2008 | KTM | 105 | SX |
| | 2008 | KTM | 105 | XC |
| | 2007 | KTM | 105 | SX |
| | 2006 | KTM | 105 | SX |
| | 2005 | KTM | 105 | SX |
| | 2004 | KTM | 105 | SX |
| | 2014 | KTM | 125 | SX |
| | 2013 | KTM | 125 | SX |
| | 2012 | KTM | 125 | SX |
| | 2011 | KTM | 125 | SX |
| | 2010 | KTM | 125 | SX |
| | 2009 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SXS |
| | 2007 | KTM | 125 | EXC |

Page 1 of 6    ‹ 1 2 3 4 5 6 ›

Portions of the information contained in this table have been provided by motorbrand18

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | BQB6424157 |
| Size: | 39cm x 36cm x 6cm   (LxWxH) | Brand: | Unbranded/Generic |
| After Expansion Size: | 39cm x 36cm x 32cm   (LxWxH) | Colour: | Black |
| Uses: | Storage / Placing Items | Contents of the package: | 1 x Back Seat Storage Bag 4 x Straps 1 x Waterproo |
| UPC: | Does not apply | | |

Feedback




---

### Description

Universal Motorcycle Rear Tail Seat Tank Bag Saddle Helmet Shoulder Storage Waterproof

Specification:
Condition:100% Brand New
Model Number: D24194
Product Name: Motorcycle Tail Tank Bag
Material: Carbon Fiber Pattern Pu & Nylon Cloth
Color: Black
Size: 39cm x 36cm x 6cm   (LxWxH)
After Expansion Size: 39cm x 36cm x 32cm   (LxWxH)
Uses: Storage / Placing Items
Quantity: 1pcs

Fitment:
Universal For Motorcycle

Features:
-Can be placed in the fuel tank, the tail of the motorcycle.
-Waterproof, wear-resistant and long-lasting.
-It is equipped with 4 straps for easy fixing at the rear of the motorcycle.
-To expand the capacity design, you only need to open the zipper to increase the storage capacity of the bag.
-Place 4 powerful magnets on the bottom to stabilize the fuel tank or the rear of the motorcycle.

Package Includes:
1 x Back Seat Storage Bag
4 x Straps
1 x Waterproof Bag

Note:
1.We provide clear pictures, measurements where possible. Please check as much as possible to make sure the item is the one that you need.
2. Please allow 0.5-1 inch difference due to manual measurement.(1inch=2.54cm)
3.There are no instructions included in this kit.If you want to know how to use or install it,please contact us by Email.We will provide help as much as possible.

---

### Detail Image

#divImageDetail

---

### Payment

1.We accept PayPal only.
2.All major credit cards are accepted through secure payment processor PayPal.
3.Payment must be received within 7 business days of auction closing.
4.We ship to your eBay or Paypal address. Please make sure your eBay and Paypal address is correct before you pay.

---

### Shipping

1.We ship to your eBay or Paypal address. Please make sure your eBay and Paypal address is correct before you pay.
2.Items will be shipped within 1-3 business day when we received payment.
3.Delivery time depends on destination and other factors;


Feedback


`00050`

## Sponsored items based on your recent views 1/3

Feedback on our suggestions


Universal Motorcycle Backpack Tank Case...
$68.76
$80.89
Free shipping
New


Canvas+Leather Motorcycle Saddle Bag Rear Tail Side...
$30.31
$37.89
Free shipping
New


Waterproof Motorcycle Rear Tail Seat Bag Saddle Helm...
$56.90
Free shipping
New


1x Motorcycle Bike Tail Rear Seat Bag Rider Backpack...
$44.90
$49.89
Free shipping
New


T Shirt KTM Thor Factory Racing Team Motorcycle...
$41.52
+ $11.67 shipping
Seller 100% positive


AUDI T Shirt Quattro Sport S3, S6, S8 RS Models Tee...
$38.92
+ $11.67 shipping
New

## Explore more sponsored options:


NEW Motorcycle Rear Tail Seat Back Saddle Pack...
$49.40
$52.00
Free shipping


Motorcycle Tail Bag Multifunction Back Seat...
$60.90
Free shipping


Motorcycle Rear Seat Tail Bag Bicycle Saddle...
$34.77
$36.99
Free shipping


Motorcycle Rear Seat Tail Saddlebag Waterproof...
$26.89
+ $1.99 shipping
Last one


1x Motorcycle Bike Tail Rear Seat Bag Rider Backpack...
$44.90
$49.89
Free shipping


Motorcycle Rear Tail Seat Back Saddle Helmet...
$25.35
$26.68
+ $4.99 shipping

## More from this seller 1/2

Feedback on our suggestions


Universal Rear Right Side Seat Motorcycle PU Saddl...
$26.65
+ shipping


Motorcycle Rear Seat Back Helmet Storage Travel Pac...
$31.80
+ shipping


58L Pair Universal Motorcycle Side Saddle Ba...
$76.53
+ shipping


PU Leather Universal Motorcycle Front Rear Fork...
$14.80
+ shipping


SSPEC Magnetic Motorcycle Motorbike Oil...
$25.94
+ shipping


Motorcycle Front Fork Tool Side Tool Saddle Bag...
$14.09
+ shipping

Back to search results                                                              Return to top
More to explore :   Motorcycle Helmet Bags Bags,   Motorcycle Helmet & Visor Bags,   Rear Tail Lights for Seat Leon,   Rear Tail Lights for Seat Ibiza,   Black Motorcycle Helmet Bags Bags,
Rear Car & Truck Tail Lights for Seat,   Motorcycle Helmets,   Rear Car & Truck Headlight & Tail Light Covers for Seat,   Seat Belt Shoulder Pads for Toyota Camry,   Seat Belt Shoulder Pads for Seat Leon

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Feedback



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search    Advanced

‹ Back to search results | Listed in category:  eBay Motors › Parts & Accessories › Motorcycle Accessories › Luggage › Other Luggage

Add to Watchlist

## People who viewed this item also viewed

1x Motorcycle Bike Tail Rear Seat Ba...
$44.90
$49.89
Free shipping

Motorcycle Rear Tail Seat Back...
$25.35
$26.68
+ $4.99 shipping

Waterproof Motorcycle Rear...
$56.90
Free shipping

NEW Motorcycle Rear Tail Seat Bac...
$49.40
$52.00
Free shipping

Motorcycle Rear Tail Seat Back...
$24.50
$25.79
+ $6.99 shipping

✓ This fits a KTM    Select Year

🔥 **SAVE UP TO 9% WHEN YOU BUY MORE**





Have one to sell?    Sell now

### Motorcycle Rear Tail Seat Tank Bag Saddle Helmet Shoulder Storag

**Condition:** New

**Bulk savings:**

| Buy 1 $60.16/ea | Buy 2 $57.15/ea | Buy 3 $56.55/ea |

**Compatibility:** See compatible vehicles

**Quantity:** 1    3 available

**Price:** US $60.16/ea    Buy It Now

Add to cart

**Best Offer:**    Make Offer

♡ Add to Watchlist

**Free shipping and returns**

**Shipping:** FREE Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide    See exclusions

**Delivery:** ⊡ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal  VISA  MasterCard  American Express  Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

**Returns:** Free 30 day returns |  See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motorbrand18 (1618 ⭐)
97.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

## Sponsored items from this seller  1/2

Feedback on our suggestions








Universal Rear Right Side Seat Motorcycle PU Saddl...
$26.65
Free shipping

58L Pair Universal Motorcycle Side Saddle Ba...
$76.53
Free shipping

SSPEC Magnetic Motorcycle Motorbike Oil...
$25.94
Free shipping

Universal Motorcycle Side Tool Bag PU Luggage...
$16.40
+ $20.00 shipping

1.5m 4.9Ft Stainless Exhaust Pipe Hose Parking Air...
$15.19
Free shipping

Universal Motorcycle Front Fork Tool Bag SaddleBag...
$21.96
Free shipping

---

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Shenzhen, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, US Protectorates, APO/FPO, Africa, Central America and Caribbean, Middle East, Bosnia and Herzegovina, Croatia, Republic of, Liechtenstein, Macedonia, Moldova, Norway, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Cook Islands, Fiji, Guam, Marshall Islands, Micronesia, New Caledonia, Palau, Solomon Islands, Western Samoa, Hong Kong, Macau, Taiwan, Saint Pierre and Miquelon, Argentina, Bolivia, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Peru, Suriname, Venezuela, PO Box

Quantity: [1]    Change country: [United States ▾]    ZIP Code: [60440]    [Get Rates]

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| Free shipping | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between Wed. Oct. 28 and Tue. Nov. 17 |
| US $19.99 | US $16.99 | United States | Expedited Shipping from outside US | Estimated between Tue. Oct. 27 and Fri. Oct. 30 |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods



PayPal CREDIT

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

**Seller's payment instructions**

We accept PAYPAL Payment. All payment has to be received within 7 working days after bid is placed, we will then mail the items to the address registered in PAYPAL.

---

Sponsored items based on your recent views 1/3                    Feedback on our suggestions


Feedback



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact      Sell    Watchlist ⌄    My eBay ⌄   🔔   🛒

ebay   Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

eBay MONEY BACK GUARANTEE



**motorbrand18** (1618 ★) 🔲 ⓘ
**Positive Feedback (last 12 months): 97.4%** ⓘ
Member since: Mar-22-18 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 144 | 1046 | 1529 |
| ⦿ Neutral | 1 | 17 | 24 |
| ➖ Negative | 2 | 24 | 39 |

### Detailed seller ratings ⓘ

Average for the last 12 months



| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (1463) | ⭐⭐⭐⭐⭐ (1546) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (1460) | ⭐⭐⭐⭐⭐ (1449) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

39 Feedback received (viewing 1-25)      Revised Feedback: 11 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ
e.g. Vintage 1970's Gibson Guitars 🔍

Rating type: Negative (39) ⌄    Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ I had ordered 2 pieces they sent me one<br>Universal Car Front Seat Cover Breathable Cushion Leather Chair For (# 283989159232 ) | Buyer: a***8 (11★)<br>EUR 23.94 | Past month<br>Reciprocal feedback |
| ➖ Not a product I would have purchased if I saw it in person first. Poor quality.<br>Car Truck Magnet Windshield Windscreen Cover Sun Snow Ice Frost Protector US (#284015578764) | Buyer: k***h (215★)<br>US $12.31 | Past month<br>Reciprocal feedback |
| Reply by motorbrand18. Left within past month.<br>Sorry, we will contact and stand on your side to make you satisfy | | |
| ➖ Product arrived damaged<br>Gear Shift Knob Handle 5 Speed For Fiat Grande Punto Linea 2006- (# 283799213415) | Buyer: 8***i (28★)<br>EUR 15.99 | Past 6 months<br>Reciprocal feedback |
| Reply by motorbrand18. Left within past 6 months.<br>We feel terrible sorry for your any trouble,we're trying to help you to solve it | | |
| ➖ I did not receive the item and I did not get my money back<br>15MM CARBURETOR FOR MINIMOTO HEDGE TRIMMER 43CC 47CC 49CC 50CC (# 283789128733) | Buyer: 8***a (0)<br>EUR 9.98 | Past 6 months<br>Reciprocal feedback |
| Reply by motorbrand18. Left within past 6 months.<br>Sorry.Please give us a chance to make you satisfied. We will solve it. | | |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ Absolutely not suitable for audi A4 b8 ... the headphone plastic is small<br>6 SPEED GEAR KNOB + HEADSET FOR AUDI A4 S4 B8 8K A5 8T Q5 8R S-LINE / (# 283789128435) | Buyer: a***n (12★)<br>EUR 12.59 | Past 6 months<br>Reciprocal feedback |
| Reply by motorbrand18. Left within past 6 months.<br>We feel terrible sorry for your any trouble,we're trying to help you to solve it | | |
| ➖ I bought a backpack then the cancel my order. And then the rise the price 150%<br>Universal Carbon Fiber Motorcycle Backpack Motocross Riding Racing Storage Pack (#283702382871) | Buyer: o***n (1150★)<br>US $42.99 | Past 6 months<br>Reciprocal feedback |
| Reply by motorbrand18. Left within past 6 months.<br>Sorry, we will contact and try best to make you satisfy | | |
| ➖ The item never arrived and was sold to me even though it is no longer available<br>Motorcycle License Plate Holder Bracket Aluminum Adjustable License Plate Holder With Led Light (# 283799220230) | Buyer: u***s (307★)<br>EUR 23.80 | Past 6 months<br>Reciprocal feedback |
| Reply by motorbrand18. Left within past 6 months.<br>Sorry.Please give us a chance to make you satisfied. We will solve it. | | |

Comment?



Hi! **Sign in** or **register**     Daily Deals     Brand Outlet     Help & Contact

Sell     Watchlist ⌄     My eBay ⌄

Shop by category ⌄     🔍 Search for anything     All Categories ⌄     **Search**     Advanced

**motorbrand18** (1618★)
97.4% positive feedback

❤ Save

🏷 Items for sale     🏬 Visit store     ✉ Contact

Based in China, motorbrand has been an eBay member since Mar 22, 2018

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 1,463 | Item as described | |
| ★★★★★ 1,449 | Communication | |
| ★★★★★ 1,460 | Shipping time | |
| ★★★★★ 1,546 | Shipping charges | |

⊕ 1,529 Positive     �𝄤 24 Neutral     ⊖ 39 Negative

Feedback from the last 12 months

See all feedback

⊕ Exactly as described! Fast shipping!
Oct 05, 2020

● ○ ○ ○ ○

100 Followers | 0 Reviews | Member since: **Mar 22, 2018** | 📍 China

## Items for sale (3484)

See all items


12V LED Fog Lig...
US $17.17     29m left


2" 52mm 7 Color...
US $21.99     2h left


Rear Bumper Tow...
US $17.85     1d left


Black Full Car ...
US $34.40     2d left


Black Full Car ...
US $40.92     2d left

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





# motorbrand18

100 followers | motorbrand18 (1618 ★) 97.4%

Welcome to our store. Stocking a wide range of car parts & motor parts in our US based warehouse with fast delivery. Great customer satisfied service. If you have any problems, please

Save this seller

**Category**

- **All**
- Car & Truck light
- Car Air Filter
- Car Brake Line Tubing Kit
- Car Cover
- Car Decoration Parts
- Car Gauge
- Car Gear Knob Gaitor
- Car Lock
- Car Mirrors
- Car Other Parts
- Car Radio Stereo
- Car Roof Rack
- Car Seat Cover
- Car Wheel Parts
- Carburettors
- Home & Garden
- mopeizu
- Motorcycle Bag
- Motorcycle Muffler Pipe
- Motorcycle Switch
- Sporting Goods
- Other

All Listings | Auction | Buy It Now | Time: ending soonest

1-48 of 1,863 Results

12V LED Fog Light Laser Rocker On/Off Switch Wiring Harness Set 40A Relay
$17.17
Free shipping
or Best Offer
From China
Brand: MATCC

2" 52mm 7 Color LED Electronic 140PSI Oil Pressure Gauge Car Meter Universal
$21.99
Free shipping
or Best Offer
From China

70L Outdoor Waterproof Military Tactical Bag Camping Hiking Trekking Backpack
$58.11
Free shipping
From China

Electric BBQ Rotisserie Grill Roast Rod Spit Universal Kit Motor Meat Skewer
$10.77 to $18.57
Free shipping
From China

11Pcs Stainless Steel BBQ Barbecue Tool Utensil Cutlery Outdoor Camping Cooking
$34.25
Free shipping
or Best Offer
From China

Anti Bird Netting Garden Plant Friuts Protect Poultry Aviary Heavy Duty Mesh Net
$9.79 to $21.55
Free shipping
From China

Rear Bumper Tow Eye Black Cover Panel For Land Rover Discovery 3/4 DPO500011PCL
$17.85
Free shipping
or Best Offer
From China

Portable Lunch Box Bag Tote Hot Cold Insulated Thermal Cooler Travel Work Bags
$16.10
Free shipping
From China

Mosquito Garden Bug Insect Netting Barrier Bird Net Fruits Plants Protect Mesh
$6.85 to $18.61
Free shipping
From China

Black Full Car Cover Waterproof Sun Rain Heat Dust UV Resistant Protection 190T
$34.40 to $46.50
Free shipping
From China

Smoke Motorcycle LED Tail Turn Signal Brake Stop Light Lamp With License Plate
$12.88
Free shipping
or Best Offer
From China

Men Leather Wallet Credit Card Holder Purse ID Blocking Bifold Money Clip Pocket
$9.59
Free shipping
From China

DIDEEP 0.5L Mini SCUBA Tank Diving Oxygen Dive Equipment Air Hand Inflator Pump
$197.72
Free shipping
or Best Offer
From China

50*150cm Modern Abstract Unframed Canvas Print Painting Picture Wall Home Decor
$13.57
From China

Free shipping

50*150cm

2x Mini Remote Garage Transmitter For MultiCode 3060 300mhz 3089 4128
★★★★☆ 58 product ratings
$11.89
Free shipping
From China
Brand: Multi-Code

40pcs 3D ABS Chrome Emblem Decal Sticker Alphabet Letter Number Symbol Badge
★★★★☆ 7 product ratings
$7.77
Trending at $11.30 ⓘ
Free shipping
or Best Offer
From China

1/2/7PCS Car Seat Armour Cover Set Universal Fit Rose Wolf Seat Protection Cover
$18.49 to $44.30
Free shipping
From China

3x A/C Heater Switch Knob Climate Control Button for Toyota 02-2014 Tacoma Vios
$8.88
Free shipping
or Best Offer
From China

2 in 1 700W Corded Vacuum Cleaner 13KPa Suction Stick Vacuum Handheld Home
$91.48
Free shipping
From China

Car Auto Retractable Curtain Window Windshield Folding Cover Sunshade Fit USA
$35.11 to $37.64
Free shipping
From China

Updated Disinfection Gun Cordless Nano Atomization Fogger Sprayer Battery Type
$61.63
($9.99 shipping)
From China

4 PCS 330031 Electric Stove Range Receptacle 5303935058 ER330031 for Whirlpool
$14.39
Free shipping
or Best Offer
From China

1/2/7PCS Car Seat Cover Set Universal Fit Wolf Print Seat Protection Cover Decor
$16.68 to $20.67
Free shipping
From China

1/2/7PCS Car Seat Cover Set Universal Fit Wolf Seat Protection Cover Car Decor
$12.50 to $20.08
Free shipping
From China

Dryer Belt Pulley Kit WP4392065 For Whirlpool 4392065 691366 341241T 341241
$18.60
Free shipping
or Best Offer
From China

Nappy Diaper Bag USB Mommy Baby Backpack Handbag Waterproof Travel Rucksack New
$38.56
Free shipping
From China

2 Layers Stainless Steel Microwave Oven Rack Kitchen Storage Bath Holder Shelf
$49.88
Free shipping
or Best Offer
From China

2 Seater Outdoor Furniture Bench Seat Sofa Cover Durable Waterproof Garden Patio
$18.49
Free shipping
or Best Offer
134*70*88cm
From China

Bathroom Corner Storage Shelf Cabinet Toilet Vanity Cabinet Bath Sink Organizer
$64.99 to $67.51
Free shipping
From China

9Speed 220V Electric Heated Neck Shoulder Knee Massager Pain Relief Moxa Pad
$36.46 to $37.92
Free shipping
From China

18oz/36oz/64oz Stainless Steel Vacuum Water Bottle Insulated Sports Travel New



$26.61 to $34.82
Free shipping
From China

Smart Robot Dog Sing Dance Walking Talking Electronic Pets Puppy Kids Toy Gift
$45.59
Free shipping
From China

300CM Umbrella Mosquito Net Cover Bug Insect Table Screen Patio Outdoor Netting
$17.15 to $47.12
Free shipping
From China

220V Thermal Care Hair Hat Electric Treatment Beauty Nourishing Steamer SPA Cap
$11.79
Free shipping
From China

7PCS DIY Cotton Fabric Quilting Bundle Patchwork Handmade Sewing Floral Crafts
$5.36
Free shipping
From China

6PCS DIY Cotton Quilting Fabric Bundles Fat Quarters Florals Gingham Home Craft
$4.90 to $4.99
Free shipping
From China

4WD Off-Road Car Inertia Drive Vehicle Shockproof Simulation Model Toy Baby Gift
$8.54
Free shipping
From China

Plush Sofa Cushion Cover Bed Throw Waist Fur Pillow Soft Square Case Home Decor
$6.53
Free shipping
From China

Pair Flexible BBQ Grill Lights LED Magnetic Base Outdoor Barbecue Camping
$15.32
Free shipping
From China

12 Colour 2mm 100m/Roll Waxed Cotton Thread Reel String Cord Macrame Craft Wire
$7.42
$2.20 shipping
From China

Wooden Uppercase Letter Puzzle Block Board Toddler Educational Developmental Toy
$8.46
Free shipping
From China

Wholesale Shoe Boxes Storage Foldable Clear Plastic Organizer Stackable Tidy Box
$8.82
Free shipping
From China

2Pcs Black Cowl Body Armor Cover Diamond Plate Trim For Jeep Wrangler JK 2007-17
$16.50
Free shipping
or Best Offer
From China
Brand: MATCC

4/6mm PVC Clear Fish Tank Air Hose Pipe Tube Oxygen Line Aquarium/Pond Air Pump
$4.16 to $7.36
$10.00 shipping
From China

2020 Women Canvas Shoulder Beach Bag Large Tote Shopping Messenger Handbag New
$10.12
Free shipping
From China

1PCS Shoe Storage Drawer Dust-proof Transparent PP Box Stackable Organiser Rack
$14.48
Free shipping
From China

433MHz 12 24V USB Cigarette Lighter Garage Door Opener Remote control 4 +/
$12.00
Free shipping
From China

12V Car Auto Heater Cooling Fan Windshield Defroster Demister w/ Air
$17.48
From China



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Bag Saddle | All Categories | Search | Advanced

Items for sale from motorbrand18 (1618 ) | Save this seller | Show results from all sellers

Include description

## Categories

eBay Motors
- Other Motorcycle Luggage
- Motorcycle Saddlebags & Accessories
- Fewer

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (21)

**Price**
- Under $35.00
- Over $35.00
- $ to $

**Item Location** see all
- Default
- Within 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**See also**
- Titleist AP2 712 Iron set Golf Club
- Adams Idea a12 OS Iron set Golf Club
- Callaway X-Hot Iron set Golf Club
- TaylorMade Burner Plus Iron set Golf Club
- TaylorMade RocketBallz Stage 2 Driver Golf Club

More popular products

**Seller Information**

motorbrand18 (1618 )
Feedback rating: 1,618
Positive Feedback: 97.4%
Member since Mar-22-18 in Hong Kong

Read feedback profile
Add to my favorite sellers
Visit seller's eBay Store!
motorbrand18

All Listings | Auction | Buy It Now    Sort: Best Match    View:

21 results for **Bag Saddle**    Save this search

Motorcycle Rear Tail Seat Tank Bag Saddle Helmet Shoulder Storag
Brand New
**$60.16**    From China
or Best Offer
**Free Shipping**
**Free Returns**
Watch

Motorcycle Front Fork Tool Side Tool Saddle Bag Luggage Storage Barrel -/
Brand New
**$14.09**    **Save up to 9% when you buy more**
or Best Offer
**Free Shipping**
**Free Returns**
Watch

2x Side Saddle Bag PU Luggage Pannier Motorcycle Tool Saddlebags Pouch Black
Brand New
**$38.78**    **Save up to 9% when you buy more**
or Best Offer
**Free Shipping**
**Free Returns**
Watch

58L Pair Universal Motorcycle Side Saddle Bag Luggage Helmet Bags Tool
Brand New
**$76.53**    From China
or Best Offer
**Free Shipping**
**Free Returns**
Watch

2X Motorcycle Saddle Bags Side Saddlebags Pannier Luggage Storage PU Leather
Brand New
**$44.80**    **Save up to 9% when you buy more**
or Best Offer
**Free Shipping**
**Free Returns**
Watch

Motorcycle Left Side Saddle Bag Saddlebag Pannier Luggage Storage PU Leather -/
Brand New
**$29.20**    **Save up to 9% when you buy more**
or Best Offer
**Free Shipping**
**Free Returns**
Watch

2PCS Universal Motorcycle Side Saddle Bags Luggage Box Tool Pouch Saddlebags
Brand New

**Checkout**

How do you like our checkout? <u>Tell us what you think</u>

### Pay with

○     💳   Add a credit or debit card

○     **PayPal**

○     **PayPal CREDIT**
      Special financing available.
      Apply now. <u>See terms</u>

---

**Ship to**

375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States

<u>Change</u>

---

### Review item and shipping

Seller: motorbrand18   |   <u>Edit message</u>
Message:   Item Id: 284018798106 Buyer's Vehicle: KTM



Motorcycle Rear Tail Seat Tank Bag Saddle Helmet Shoulder Storag
**$60.16**

Quantity   | 1 ⌄ |

**Delivery**

◉   Est. delivery: Oct 28 – Nov 17
    Standard SpeedPAK from China/Hong Kong/Taiwan
    **Free**

○   Est. delivery: Oct 27 – Oct 30
    Expedited Shipping from outside US
    **$19.99**

---

### Gift cards, coupons, eBay Bucks

| Enter code: |    Apply |

---

### Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount   | None ⌄ |

---

| Subtotal (1 item) | $60.16 |
| Shipping | Free |
| Tax* | $3.76 |

**Order total**     **$63.92**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
<u>See details</u>

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u> ⓘ

✓ Norton
SECURED



Hi ▓▓▓▓ !    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔 2    🛒

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

← Back to search results | Listed in category:   eBay Motors  >  Parts & Accessories  >  Apparel & Merchandise  >  Motorcycle Street Gear  >  Gloves          ✉ f 🐦 📌 | Add to Watchlist





**KTM Riding Gloves (Orange Black, Large)**

Condition: **New without tags**

Quantity: [ 1 ]   2 available / 3 sold

Price: **US $39.99**

| **Buy It Now** |
| **Add to cart** |

Best Offer:   **Make Offer**

♡ Add to Watchlist

**Limited quantity remaining** | More than 59% sold | Free shipping and returns

Shipping: **FREE** Expedited Shipping from India | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: DELHI, DELHI, India
Ships to: Worldwide

Delivery: Estimated between **Mon. Oct. 26 and Wed. Nov. 4** ⓘ
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motorcycle-hub (9)
100% Positive feedback

Save this Seller
Contact seller
See other items

---

**Similar sponsored items** 1/2                    Feedback on our suggestions

‹

     

KTM Riding Gloves (Orange Black, Large)
$37.99  $39.99
Free shipping
Seller 100% positive

Bike Riding Half Finger Ktm Gloves (Set of 2)
$34.19  $35.99
Free shipping
Seller 100% positive

New Motorcycle KTM REDBULL motogp leather...
$99.00
Free shipping
Seller 100% positive

KTM Riding Gloves (Orange Black, Large) New Brand
$58.99
Free shipping
New

Breathable Motorcycle Riding Gloves Racing Mot...
$8.99
Free shipping
Seller 99.6% positive

Fox Racing Bomber Motorcycle/ATV Bike...
$34.99
Free shipping
New

›

---

**Sponsored items from this seller** 1/2                    Feedback on our suggestions

‹

     

Breathable Motorcycle Motorbike Black Riding...
$19.99
Free shipping

Black Breathable Motorcycle Motorbike...
$19.99
Free shipping

Breathable Motorcycle Motorbike Riding Gloves...
$19.99
Free shipping

Brand New Custom Made Motorcycle Handle bar for...
$69.99
Free shipping

Customized Black Saddle Seat For Royal Enfield...
$129.00
Free shipping

For KTM Windscreen Visor Compatible with Front...
$84.99
Free shipping

Feedback


›

Description | Shipping and payments                    Report item

Seller assumes all responsibility for this listing.

eBay item number:  363106872184

Last updated on  Oct 12, 2020 21:06:48 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New without tags | Gender: | Unisex Adult |
| Displayed Make: | KTM | Size: | XL |
| Color: | Black | Country/Region of Manufacture: | India |
| Brand: | Unbranded | UPC: | Does not apply |

## Description

- All weather gloves
- Optimum grip
- Bike Riding Gloves
- Reliable performance

---

### Sponsored items based on your recent views  1/3

Feedback on our suggestions

     

| YOUTH/PEEWEE MOTORBIKE RACING... | KTM Riding All weather Gloves (Orange Black,... | KTM Riding Gloves (Orange Black, Large) New Brand | Bike Riding Half Finger Ktm Gloves (Set of 2) | CUSTOMISABLE MOTOGP MOTORBIKE MOTORCYCL... | Motorcycle Racing Gloves MOTORBIKE Real CowHid... |
|---|---|---|---|---|---|
| $4.99 | $20.99 | $58.99 | $34.19 ~~$35.99~~ | $84.22 | $67.00 |
| + $4.99 shipping New | + $10.00 shipping New | Free shipping New | Free shipping Seller 100% positive | + $6.37 shipping Seller 100% positive | Free shipping New |

---

### Explore more sponsored options: Brand

**KTM**



Motorcycle / Cycling Gloves KTM...
$12.90
+ $27.08 shipping

**Fox Racing**

 

Fox Racing Bomber Motorcycle Gloves -...
$25.99
Free shipping
Popular

Fox Racing Bomber Motorcycle/ATV Bike...
$34.99
Free shipping

**Alpinestars**

    

2020 Alpinestars Reef Street Motorcycle Ridin...
$34.95
Free shipping

---

### More from this seller  1/2

Feedback on our suggestions



Feedback

Hi ▮▮▮! ▾    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ▾    My eBay ▾    🔔²    🛒



Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**    Advanced

◀ Back to search results | Listed in category:   eBay Motors  >  Parts & Accessories  >  Apparel & Merchandise  >  Motorcycle Street Gear  >  Gloves      ✉ f 𝕏 🅿 | Add to Watchlist





### KTM Riding Gloves (Orange Black, Large)

| | |
|---|---|
| **Condition:** | New without tags |
| **Quantity:** | 1    2 available / 3 sold |

**Price:** US $39.99    **Buy It Now**

   **Add to cart**

**Best Offer:**    **Make Offer**

   ♡ Add to Watchlist

**Limited quantity remaining** | More than 59% sold | Free shipping and returns

**Shipping:** FREE Expedited Shipping from India | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: DELHI, DELHI, India
Ships to: Worldwide

**Delivery:** Estimated between **Mon. Oct. 26 and Wed. Nov. 4** ⓘ
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal VISA MasterCard AmericanExpress Discover

   

**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** Free 30 day returns | See details

**Shop with confidence**
🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motorcycle-hub (9)
100% Positive feedback

Save this Seller
Contact seller
See other items

$ Have one to sell?   Sell now

---

### Similar sponsored items 1/2       Feedback on our suggestions

     

| KTM Riding Gloves (Orange Black, Large) | Bike Riding Half Finger Ktm Gloves (Set of 2) | New Motorcycle KTM REDBULL motogp leather... | KTM Riding Gloves (Orange Black, Large) New Brand | Breathable Motorcycle Riding Gloves Racing Mot... | Fox Racing Bomber Motorcycle/ATV Bike... |
|---|---|---|---|---|---|
| $37.99 ~~$39.99~~ | $34.19 ~~$35.99~~ | $99.00 | $58.99 | $8.99 | $34.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 100% positive | Seller 100% positive | Seller 100% positive | New | Seller 99.6% positive | New |

---

### Sponsored items from this seller 1/2       Feedback on our suggestions

     

| Breathable Motorcycle Motorbike Black Riding... | Black Breathable Motorcycle Motorbike... | Breathable Motorcycle Motorbike Riding Gloves... | Brand New Custom Made Motorcycle Handle Bar for... | Customized Black Saddle Seat For Royal Enfield... | For KTM Windscreen Visor Compatible with Front... |
|---|---|---|---|---|---|
| $19.99 | $19.99 | $19.99 | $69.99 | $129.00 | $84.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Feedback 

Description | Shipping and payments       Report item

Seller assumes all responsibility for this listing.



### Shipping and handling

Item location: **DELHI, DELHI, India**

Shipping to: Worldwide

Quantity: [1]    Change country: [United States ▾]    ZIP Code: [60106]    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| **Free shipping** | United States | Expedited Shipping from India | Estimated between **Mon. Oct. 26 and Wed. Nov. 4** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 1 business day of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|

PayPal VISA MasterCard American Express Discover

**PayPal CREDIT**

### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

**Sponsored items based on your recent views** 1/3                    Feedback on our suggestions



| YOUTH/PEEWEE MOTORBIKE RACING... | KTM Riding All weather Gloves (Orange Black,... | KTM Riding Gloves (Orange Black, Large) New Brand | Bike Riding Half Finger Ktm Gloves (Set of 2) | CUSTOMISABLE MOTOGP MOTORBIKE MOTORCYCL... | Motorcycle Racing Gloves MOTORBIKE Real CowHid... |
|---|---|---|---|---|---|
| $4.99 | $20.99 | $58.99 | $34.19 | $84.22 | $67.00 |
| + $4.99 shipping | + $10.00 shipping | Free shipping | ~~$35.99~~ | + $6.37 shipping | Free shipping |
| New | New | New | Free shipping | Seller 100% positive | New |
| | | | Seller 100% positive | | |

---

Explore more sponsored options: Brand

| KTM | Fox Racing | Alpinestars |
|---|---|---|

Feedback



Hi ▮▮▮▮▮ ▾     Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist ▾    My eBay ▾    🔔 2    🛒

**motorcycle-hub** (9)
100% positive feedback

🔖 Items for sale    🏬 Visit store    ✉ Contact

Motorcycle Hub
All Kinds Of Vintage Parts & Accessories

💙 Save

All custom accessories for all motorcycle like KTM, Yamaha, Royal Enfield, Harley etc available at great prices. Accessories like Headlight, Tail Light, Indicator Light, Riding Gears, Saddle Bag, Saddle Seat, etc. We are wholesaler based on Delhi

### Feedback ratings ⓘ

See all feedback

| ⊕ 9 | ○ 0 | ⊖ 0 |
|---|---|---|
| Positive | Neutral | Negative |

⊕ Higly recomended seller
Oct 12, 2020

Feedback from the last 12 months

● ● ● ● ● ●

9 Followers | 0 Reviews | Member since: **Aug 05, 2020** | 📍 India

## Items for sale(854)

See all items







New Customized ...
US $254.99            1h left

Brand New Cost ...
US $299.99            1h left

Brand New Cost ...
US $274.99            2h left

BSA Norton Triu ...
US $94.99             3h left

Motorcycle Sadd...
US $339.99           3h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

eBay › eBay Stores › Jeetu-motorcycle

# Jeetu-motorcycle

9 followers | motorcycle-hub (9) 100.0%

Save this seller

**Category**

**All**

Saddle Seats

Saddle Bag

Lever

Other

**Condition** see all

- New

**Price**

- Under $75.00
- Over $75.00

$ - $

**Buying Format** see all

- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

- Default
- Within 100 mile of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free Shipping
- Free In-store Pickup

**Show only** see all

- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Verified

**More refinements...**

Search this Store | Search | Time: ending soonest

**All Listings** | Auction | Buy It Now

1-48 of 856 Results

New Customized Black Color Pure Leather Saddle Bag For Indian Chief Motorcycles

$254.99

Free shipping

or Best Offer

From India

Brand New Customized Black Color Pure Leather Saddle Bag For Triumph Motorcycles

$254.99

Free shipping

or Best Offer

From India

New Customized Black Color Pure Leather Saddle Bag For Matchless Motorcycles

$254.99

Free shipping

or Best Offer

From India

Brand New Customized Black Color Pure Leather Saddle Bag For AJS Motorcycles

$254.99

Free shipping

or Best Offer

From India

Brand New Customized Black Color Pure Leather Saddle Bag For BSA Motorcycles

$254.99

Free shipping

or Best Offer

From India

Brand New Customized Brown Color Pure Leather Saddle Bag For BSA Motorcycles

$299.99

Free shipping

or Best Offer

From India

Brand New Customized Pure Leather Saddle Bag For AJS Motorcycles Black Color

$274.99

Free shipping

or Best Offer

From India

New Customized Pure Leather Saddle Bag For Matchless Motorcycles Black Color

$274.99

Free shipping

or Best Offer

From India

Brand New Customized Pure Leather Saddle Bag For Triumph Motorcycles Black Color

$274.99

Free shipping

or Best Offer

From India

New Customized Pure Leather Saddle Bag For Indian Chief Motorcycles Black Color

$274.99

From India

Free shipping
or Best Offer



Brand New Customized Pure Leather Saddle Bag For BSA Motorcycles Black Color

$274.99
Free shipping
or Best Offer

From India



BSA Norton Triumph AJS Matchless Motorcycle Saddle Bag Luggage Canvas + Leather

$94.99
Free shipping
or Best Offer

From India



Motorcycle Saddle Bags Side Tool Luggage Saddlebag For Harley Dyna Sportster

$339.99
Free shipping
or Best Offer

From India



New Motorcycle Saddle Bags Side Tool Luggage Saddlebag For Harley Dyna Sportster

$209.99
Free shipping
or Best Offer

From India



New Faux leather side saddle bag for Harley Davidson Street Motorcycles Black

$269.99
Free shipping
or Best Offer

From India



New Pure leather side saddle bag for Harley Davidson Street Motorcycles Black

$299.99
Free shipping
or Best Offer

From India



New Faux leather side saddle bag for Harley Davidson Street Motorcycles Brown

$269.99
Free shipping
or Best Offer

From India



New Genuine leather side saddle bag for Harley Davidson Street Motorcycles Brown

$299.99
Free shipping
or Best Offer

From India



New Pure Leather Black Color Universal Motorcycle Side 1Pc Saddle Bag

$89.99
Free shipping
or Best Offer

From India



Motorcycle Brown Faux Leather Saddle Bags Luggage Tool Bag For Harley Bobber

$189.99
Free shipping
or Best Offer

From India



Pair Motorcycle Brown PU Leather Saddle Bags Luggage Tool Bag For Harley Bobber

$269.99
Free shipping
or Best Offer

From India



NEW PURE LEATHER TOOL BAG FOR INDIAN CHIEF MOTORCYCLE IN TAN COLOR

$74.99
Free shipping
or Best Offer

From India



Motorcycle Heavy Duty Disc Brake Lock Anti Theft Wheel Locking for Bikes

$16.99
Free shipping
or Best Offer

From India

Adjustable Brake Clutch Levers For KTM DUKE 125 200 250 390 2012-2020 Silver



$64.00
Free shipping
or Best Offer

From India

6 Adjustment Clutch and Brake Levers for Yamaha R15 V1, V2, R15S Silver



$64.00
Free shipping
or Best Offer

From India

Moxi 6 Adjustment Clutch and Brake Lever for Bajaj Pulsar All Models Silver



$64.00
Free shipping
or Best Offer

From India

NEW PURE LEATHER TOOL BAG FOR INDIAN CHIEF MOTORCYCLE IN TAN COLOR WITH STUDS



$74.99
Free shipping
or Best Offer
4 watching

From India

NEW PURE LEATHER TOOL BAG FOR INDIAN CHIEF MOTORCYCLE IN TAN COLOR WITH FRILL



$94.99
Free shipping
or Best Offer
Only 1 left!

From India

Bike Bicycle Motorbike Combination Cable Lock Anti Thief Security 4 Digit



$19.99
Free shipping
or Best Offer

From India

(Set Of 2 ) Roots Chrome Front Vibrosonic Tone Motorcycle Horn For All Vehicles



$95.99
Free shipping
or Best Offer

From India

NEW PURE LEATHER TOOL BAG FOR INDIAN CHIEF MOTORCYCLE IN TAN COLOR WITH STUDS





$69.99
Free shipping
or Best Offer

From India

LEATHER ENGRAVED TOOL BAG FOR INDIAN CHIEF MOTORCYCLE IN TAN COLOR WITH STUDS



$84.99
Free shipping
or Best Offer
2 watching

From India

BRAND NEW PURE LEATHER TOOL ROLL BAG FOR INDIAN CHIEF MOTORCYCLE IN BLACK COLOR



$64.99
Free shipping
or Best Offer

From India

NEW PURE LEATHER TOOL BAG ENGRAVED FOR HARLEY DAVIDSON MOTORCYCLE IN BLACK COLOR



$69.99
Free shipping
or Best Offer
8 watching

From India

PURE LEATHER TOOL BAG ENGRAVED FOR HARLEY DAVIDSON MOTORCYCLE IN BLACK COLOR



$74.99
Free shipping
or Best Offer
Only 1 left!

From India

BRAND NEW PURE LEATHER TOOL BAG ENGRAVED FOR YAMAHA MOTORCYCLE IN BLACK COLOR



$74.99
Free shipping
or Best Offer

From India

New Black Pure Leather Round Tool Bag Engraved With Studs Fit Triumph All Model



$69.99
Free shipping
or Best Offer

From India

Hi ██████ (Sign in) | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄ | 🛒

# ebay

Shop by category ⌄

| KTM | All Categories ⌄ | **Search** |

Items for sale from **motorcycle-hub** (9) 🔗 | ♡ Save this seller |
Show results from all sellers

## Categories

**eBay Motors**
Other Motorcycle Parts
Other Motorcycle Handlebars, Grips & Levers
Motorcycle Wheels & Rims
Other Motorcycle Accessories
Motorcycle Parts
More ⌄

---

**Format** see all
◉ All Listings
○ Auction
○ Buy It Now

**Guaranteed Delivery** see all
◉ No Preference
○ 1 Day Shipping
○ 2 Day Shipping
○ 3 Day Shipping
○ 4 Day Shipping

**Condition** see all
☐ New (77)

**Price**
☐ Under $75.00
☐ Over $75.00
$ [  ] to $ [  ] »

**Item Location** see all
◉ Default
○ Within
[100 miles ⌄] of [60106] »
○ US Only
○ North America
○ Worldwide

**Delivery Options** see all
☐ Free shipping

**Show only** see all
☐ Free Returns
☐ Returns accepted
☐ Completed listings
☐ Sold listings
☐ Deals & Savings

More refinements...

---

**Seller Information**

motorcycle-hub (9) 🔗
Feedback rating: 9
Positive Feedback: 100%
Member since Aug-05-20 in India

Read feedback profile
Add to my favorite sellers

---

| All Listings | Auction | Buy It Now |

77 results for KTM 🔍 Save this search

Sort: **Best Match** ⌄ | View: ▤ ⌄

### Find your Motorcycle

**Make & Model**

| KTM ⌄ |
| Any Model ⌄ |

Year From / To
[Year From]
[Year To]

Distance
Any Distance of ⌄
60106

Clear selections

**0**
matching results

**Find Results**

---

**Front Fork Suspension Assembly for Ktm Duke 200 390**
Brand New

**$681.00**
or Best Offer
Free Shipping
Free Returns
👁 Watch

From India
Seller: motorcycle-hub (1) 100% 🔗
Item: 363084508279

---

**Adjustable Brake Clutch Levers For KTM DUKE 125 200 250 390 2012-2020 Black (Fits: KTM)**
Brand New

**$64.00**
or Best Offer
Free Shipping
Free Returns
👁 Watch

From India
Seller: motorcycle-hub (5) 100% 🔗
Item: 363072987790

---

**Motorcycle Paddock Stand KTM Yamaha Kawasaki Honda Benelli Bajaj Harley Enfield**
Brand New

**$94.99**
or Best Offer
Free Shipping
Free Returns
👁 Watch

From India
Seller: motorcycle-hub (7) 100% 🔗
Item: 363089066210

---

**Adjustable Brake Clutch Levers For KTM DUKE 125 200 250 390 2012-2020 Silver (Fits: KTM)**
Brand New

**$64.00**
or Best Offer
Free Shipping
Free Returns
👁 Watch

From India
Seller: motorcycle-hub (6) 100% 🔗
Item: 363073800977

---

**New Motorcycle Universal Body Cover Rain Cover Yellow for All KTM Duke Bajaj**
Brand New

Sponsored items for you



3M sticker graphics Motorcycle For Ho...
$16.99
Buy It Now



IGNITION COIL STATOR FLYWHEEL FOR KTM...
$35.95
Buy It Now



Motorcycle Tire Plugger Tubeless Tyre...
$29.99
Buy It Now
Popular



1x KTM 50 Ignition Coil Stator Rotor ...
$42.43
Buy It Now



Motorcycle Bike MX Headlight Headlamp...
$39.95
Buy It Now



**$49.00**
or Best Offer
**Free Shipping**
**Free Returns**
◉ Watch

From India
Seller: motorcycle-hub (7) 100%
Item: 363088949883



**Brand New Hand Guard for KTM Duke 690 (Orange)**
Brand New
**$49.99**
or Best Offer
**Free Shipping**
**Free Returns**
◉ Watch

From India
Seller: motorcycle-hub (4) 100%
Item: 363100568203




**Motorcycle Radiator Grill Guard Cover Protection For KTM 250/390 Duke 2017 2018 (Fits: KTM)**
Brand New
**$59.99**
or Best Offer
**Free Shipping**
**Free Returns**
◉ Watch

From India
Seller: motorcycle-hub (4) 100%
Item: 363100486622



**Motorcycle Cylinder Master Stainless Steel Disk Oil Cover for KTM 250cc (Fits: KTM)**
Brand New
**$24.99**
or Best Offer
**Free Shipping**
**Free Returns**
◉ Watch

From India
Seller: motorcycle-hub (7) 100%
Item: 363084441168



**Fit For KTM Duke 125 200 250 390 Side Stand Spring (Fits: KTM)**
Brand New
**$29.99**
or Best Offer
**Free Shipping**
**Free Returns**
◉ Watch

From India
Seller: motorcycle-hub (6) 100%
Item: 363103918391

**Adjustable Brake Clutch Levers For KTM DUKE 125 200 250 390 2012-2020 (Fits: KTM)**
Brand New
**$64.00**
or Best Offer
**Free Shipping**
**Free Returns**
◉ Watch

From India
Seller: motorcycle-hub (5) 100%
Item: 363072983498

**Motorcycle Radiator Grill Guard Protective Cover for KTM DUKE 125 390 2017-2019 (Fits: KTM)**
Brand New



Motorcycle Bike MX Universal Headligh...
$36.26
Buy It Now



Motorcycle Bike MX Orange Headlight H...
$33.29
Buy It Now



12V, 35W Motorcycle Headlight Headlam...
$22.51
Buy It Now



Motorcycle Enduro SM Headlight Headla...
$28.99
Buy It Now
Almost gone



New Motorcycle Bike MX 2017-2018 Head...
$31.71
Buy It Now



Back Side

$59.99
or Best Offer
Free Shipping
Free Returns
👁 Watch

From India
Seller: motorcycle-hub (4) 100%
Item: 363100489066



**Handlebar Fat Bar Risers Mount Clamp For KTM Duke 125/200/390 2011-2016 Orange (Fits: KTM)**
Brand New

$34.99
or Best Offer
Free Shipping
Free Returns
2 Watching
👁 Watch

From India
Seller: motorcycle-hub (6) 100%
Item: 363072959895



**Compatible For KTM Duke 390 Top Yoke 2013 To 2016 Model**
Brand New

$182.00
or Best Offer
Free Shipping
Free Returns
👁 Watch

From India
Seller: motorcycle-hub (1) 100%
Item: 363088961929



**Adjustable Brake Clutch Levers For KTM DUKE 125 200 250 390 2012-2020 Silver (Fits: KTM)**
Brand New

$64.00
or Best Offer
Free Shipping
Free Returns
👁 Watch

From India
Seller: motorcycle-hub (1) 100%
Item: 363077915934



**KTM Riding Gloves (Orange Black, Large)**
New (Other)

$39.99
or Best Offer
Free Shipping
Free Returns
👁 Watch

From India
Seller: motorcycle-hub (9) 100%
Item: 363106872184



**Handlebar Fat Bar Risers Mount Clamp For KTM Duke 125/200/390 2011-2016 2015 14 (Fits: KTM)**
Brand New

$34.99
or Best Offer
Free Shipping
Free Returns
Only 1 left!
👁 Watch

From India
Seller: motorcycle-hub (6) 100%
Item: 363071423279



**New Compatible For KTM RC 390 Rear Drive Chain**
Brand New

$150.00
or Best Offer
Free Shipping

From India
Seller: motorcycle-hub (1) 100%

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████
Change

## Review item and shipping

Seller: motorcycle-hub | Message to seller

 KTM Riding Gloves (Orange Black, Large)
**$39.99**

Quantity [ 1 ▾ ]

**Delivery**
Est. delivery: Oct 26 – Nov 4
Expedited Shipping from India
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: [_____]  [ Apply ]

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $39.99 |
| Shipping | Free |
| Tax* | $2.50 |

**Order total**     **$42.49**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 **ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

10/16/2020



Shop by category ⌄

Search for anything          All Categories ⌄     Search





### Brand New Hand Guard for KTM Duke 690 (Orange)

| Condition | New |
|---|---|

| Price: | **US $49.99** | **Buy It Now** |
|---|---|---|
| | | Add to cart |

| Best Offer: | | **Make Offer** |
|---|---|---|
| | | ♡ Add to Watchlist |

**Free shipping and returns** | 100% positive feedback

Shipping: **FREE** Expedited Shipping from India |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: DELHI, DELHI, India
Ships to: Worldwide

Delivery: Estimated between **Mon. Oct. 26 and Wed. Nov. 4** ⓘ
Please allow additional time if international delivery is subject to customs processing.

Payments: [PayPal] [VISA] [Mastercard] [American Express] [Discover]

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: Free 30 day returns | See details

**Shop with confidence**

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motorcycle-hub (9)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

$ Have one to sell?  **Sell now**

## Similar sponsored items 1/2
Feedback on our suggestions













Rear Hugger Fender Mudguard Wheel Cover...
$48.39
$54.99
+ $7.99 shipping
Seller 99.1% positive

Rear Hugger Fender Mudguard Wheel Cover...
$48.94
$54.99
+ $7.99 shipping
Seller 99.1% positive

Rear Hugger Fender Mudguard Wheel Cover...
$49.67
$53.99
+ $3.99 shipping
New

Rear Hugger Fender Mudguard Wheel Cover...
$48.94
$54.99
+ $7.99 shipping
Seller 99.1% positive

KTM DUKE 690 2012 > ON PYRAMID FRONT...
$36.98
+ $19.36 shipping
Seller 100% positive

08 09 10 11 2010 KTM DUKE 690 SUPERMOTO...
$49.99
+ shipping
Seller 99.2% positive

## Sponsored items from this seller 1/2
Feedback on our suggestions


Feedback

Hi ████ (Sign in)    Daily Deals    Brand Outlet    Help & Contact

Sell   Watchlist ∨   My eBay ∨



| Shop by category ∨ | Search for anything | All Categories ∨ | Search |

Back to search results | Listed in category:  eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

Add to Watchlist

✅ This fits a KTM    Select Year





### Adjustable Brake Clutch Levers For KTM DUKE 125 200 250 390 2012-2020 Silver

| Condition | New |
|---|---|
| Compatibility | See compatible vehicles |

Price: **US $64.00**

**Buy It Now**

**Add to cart**

| Best Offer: | **Make Offer** |

♡ Add to Watchlist

**Free shipping and returns**    100% positive feedback

| Shipping: | **FREE** Expedited Shipping from India \| See details |

International shipment of items may be subject to customs processing and additional charges.
Item located in: DELHI, DELHI, India
Ships to: Worldwide

| Delivery: | Estimated between **Mon. Oct. 26 and Wed. Nov. 4** ⓘ |

Please allow additional time if international delivery is subject to customs processing.

Payments:   

*PayPal* CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

| Returns: | Free 30 day returns \| See details |

#### Shop with confidence

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motorcycle-hub (9 )
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

Have one to sell?   **Sell now**

---

### Similar sponsored items 1/2

Feedback on our suggestions

   

| Adjustable Brake Clutch Levers For KTM DUKE 12... | For KTM Duke 125 200 390 RC125/250/390 Short... | CNC Folding Brake Clutch Levers for KTM 390... | Fits KTM RC125/200/250/390 KT... | Adjustable Brake Clutch Levers For KTM DUKE 12... | Adjustable Brake Clutch Levers For KTM DUKE 12... |
|---|---|---|---|---|---|
| $64.00 | $20.23 ~~$22.99~~ | $31.31 ~~$33.67~~ | $28.99 ~~$32.21~~ | $64.00 | $64.00 |
| + $5.00 shipping | + $0.50 shipping | Free shipping | + $15.00 shipping | + $5.00 shipping | + $5.00 shipping |
| Seller 100% positive | Almost gone | Seller 99.6% positive | New | Seller 100% positive | Seller 100% positive |

### Sponsored items from this seller 1/2

Feedback on our suggestions





Hi! **Sign in** or **register**     Daily Deals   Brand Outlet   Help & Contact                                    Sell   Watchlist ⌄   My eBay ⌄

   Shop by category ⌄     🔍 Search for anything                    | All Categories ⌄ |   **Search**

‹ Back to home page | Listed in category:   eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Handlebars, Grips & Levers  ›  Other Handlebars & Levers          ✉ f 𝕏 🅿  | Add to Watchlist

---

### People who viewed this item also viewed

 CNC Pivot Brake Clutch Levers Fo... **$15.00** Free shipping | For Kawasaki Suzuki Yamaha... **$20.42** ~~$35.83~~ Free shipping | CNC Pivot Foldable Brake... **$15.50** Free shipping | Shorty CNC Clutch Brake... **$18.18** + $3.00 shipping | For KTM 690 Duke R 2014-2017... **$21.24** ~~$24.99~~ Free shipping

---

ℹ Check if this part fits your vehicle     | **Select Vehicle** |

---

🏷 **SAVE UP TO 10%**  See all eligible items ▸





‹ 🖼 🖼 🖼 🖼 🖼 🖼 ›

$ Have one to sell?  **Sell now**

### Pivot Clutch Brake Levers For Honda Kawasaki Yamaha Suzuki KTM HUSQVARNA BETA MP

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 07d 03h 55m |
| Lever Color: | Black ⌄ |
| For: | - Select - ⌄ |
| Model: | - Select - ⌄ |
| Year: | - Select - ⌄ |
| Quantity: | 1    1 available / **2 sold** |

**Price:** US $15.99
~~US $17.77~~ (10% off) ⓘ

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

**30-day returns**

| | |
|---|---|
| Shipping: | $3.59 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou,Guangdong, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | ⚠ Estimated between **Wed. Nov. 4 and Tue. Nov. 24** ⓘ |
| | Please note the delivery estimate is **greater than 15 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 💳 💳 |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | 💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motorcyclepartsclub0 (806 ⭐)
96.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

**Sponsored items from this seller** 1/2                    Feedback on our suggestions













| 7/8" Hydraulic Clutch Brake Master Cylinder For Hond... | Billet Pivot Brake Clutch Levers For Kawasaki... | Dirt Bike Pivot Brake Clutch Levers For Honda CRF150... | CNC Short Brake Clutch Levers For Kawasaki... | Short Brake Clutch Levers For Suzuki TL1000R 1998-... | Fit Suzuki DRZ400S DRZ400SM 2000-2017... |
|---|---|---|---|---|---|
| $36.99 | $15.99 | $15.99 | $16.99 | $16.99 | $15.99 |
| $41.10 | $17.77 | $17.77 | $17.88 | $17.88 | $17.77 |
| Free shipping | + $3.59 shipping | + $3.59 shipping | + $1.99 shipping | + $1.99 shipping | + $3.59 shipping |

**Description**   Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number:  **274395966221**

Last updated on  Sep 18, 2020 01:01:31 PDT  View all revisions

## Compatibility

To confirm that this part fits your vehicle, please choose a vehicle from the "My Garage" list OR enter your vehicle's details below.

My Garage
Select a vehicle ▼

**or**

Year  Make  Model  Submodel
-Select- ▼  -Select- ▼  -Select- ▼  -Select- ▼  Go

Go to My Garage
[show all compatible vehicles]

✓ This part is compatible with 763 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2002 | Honda | CR80R | -- |
| | 2001 | Honda | CR80R | -- |
| | 2000 | Honda | CR80R | -- |
| | 1999 | Honda | CR80R | -- |
| | 1998 | Honda | CR80R | -- |
| | 2007 | Honda | CR85R | -- |
| | 2006 | Honda | CR85R | -- |
| | 2005 | Honda | CR85R | -- |
| | 2004 | Honda | CR85R | -- |
| | 2003 | Honda | CR85R | -- |
| | 2007 | Honda | CR125R | -- |
| | 2006 | Honda | CR125R | -- |
| | 2005 | Honda | CR125R | -- |
| | 2004 | Honda | CR125R | -- |
| | 2003 | Honda | CR125R | -- |
| | 2002 | Honda | CR125R | -- |
| | 2001 | Honda | CR125R | -- |
| | 2000 | Honda | CR125R | -- |
| | 1999 | Honda | CR125R | -- |
| | 1998 | Honda | CR125R | -- |

Page 1 of 39                    ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by motorcyclepartsclub0

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Material: | T6-6061 Aluminum |
| Placement on Vehicle: | Left, Right, Front | Type: | Dirt Bike Motocross Pivot Brake Clutch Levers |
| Brand: | Unbranded | Surface Finish: | CNC Anodized |
| Warranty: | Yes | Manufacturer Part Number: | Does Not Apply |

2x Motorcycle Amber 1156 LED Rear Turn Signal Light Inserts F or Harley Davidson
19.99 USD
Buy it now

Chrome Visor Turn Signal Light Bezels Lens Ring Cover For Ha rley Parts MP
11.94 USD
Buy it now
Free shipping

**For Kawasaki Suzuki Yamaha Honda KTM CNC Dirt Bike Pivot Brake Clutch Lever**

**For Kawasaki Suzuki Yamaha Honda KTM CNC Dirt Bike Pivot Brake Clutch Lever**

**Specification:**

**Condition:Brand New**
**Material:CNC Billet T6-6061 Aluminum levers.**
**Levers:Clutch 4 fingers, Brake 3 fingers**
**Color:Black/Blue/Gold/Silver/Red/Titanium**
**If you want The below color,You can E-mail us,thank you!!**
**Lever to fold outward to prevent breakage in the event of a crash.**
**Automatic lever position restoration provides quick recovery from the crash.**
**Ultra precision machine cut for super light weight construction, high precision and quality.**
**Made of durable aluminum for extreme strength.**
**Direct replacement for stock levers. No modification!**
**Very Smooth Movement**
**Hard anodized finish**
**Easy Installation**

**Fitment:as your choose**

**Package including:**

brake lever&clutch lever (1 set)

# PAYMENT

we accept paypal only.because it is more convenient and safe for everyone.We only ship to the confirmed address provided by PayPal. Before you pay, please make sure your address in PayPal matches the address you would like us to ship to.

• **All payments must be received within 3 days from the end of the auction,all non-payment will be reported.**

# SHIPPING

we will ship it in two bussiness days after you had clear payment.you can get them in 15-25 days.Sometimes may delay one more week,as for your Country customhouse.we assure ship them to worldwide. if you dont receive,mail me can check this shipping. we wish you get it safely quickly and approvingly.

**If you want other shipping service, plese contact us first.**

# RETURN

100% money refund or exchange,if you were not pleased with it. exchange or resend, if it was damaged or lost on shiping way.Please don't leave negative or neutral feedbcak,if any problem with my product,you should contact me first,i am sure everything could be solved by communication.

# FEEDBACK

If you have any problem please email to us first before leaving a feedback. We will do our best to help you. Thank you. No hasty negative feedbacks, please!!!

• Sometimes the package maybe stay at customs for long time,Please understand international shipping.

powered by
PUSHAUCTION

| | | | | |
|---|---|---|---|---|
| Chrome Mini LED Brake Clutch Lever Mount Turn Signal Lights For Harley Honda MP | 2x Mini LED Brake Clutch Lever Mount Turn Signal Light For Kawasaki,Ducati MP | Mini Motorcycle LED Turn Signa l Indicators Flasher Amber Light s Blinker Lamp MP | 1Pair Black Mini LED Turn Sign al Indicators Flasher Amber Lig hts Blinker Lamp MP | 2pcs Mini 6 LED Motorcycle Tur n Signals Blinkers Front Rear P eg Lamp Lights MP |
| 11.99 USD | 11.99 USD | 11.99 USD | 11.99 USD | 11.99 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |

**SAVE UP TO 10%** See all eligible items ▶

All promotional offers from motorcyclepartsclub0

Save up to 10%
Marked down item price reflects all savings. Items provided by motorcyclepartsclub0







CNC Aluminum Dirt Bike Pivot Brake Clutch Levers For GAS GAS FSE/FSR EC 2T /4T

Pivot Brake Clutch Levers For Suzuki DR-Z 400S 00-12/DR-Z 400SM 05-12 /DR 250R

Aluminum Dirt Bike Pivot Brake Clutch Lever For Yamaha YZ125 YZ250 2001-2014 MP

CNC For Honda CR80R/85 CRF150R CRF450R CRF230Dirt Bike Pivot Brake Clutch Levers

Dirt Bike Pivot Brake Clutch Levers For Honda CRF150R 07-2017 CRF450R 2002-03 MP

| Was: | US $17.77 | Was: | US $17.77 | Was: | US $17.77 | Was: | US $17.77 | Was: | US $17.77 |
| Now: | US $15.99 | Now: | US $15.99 | Now: | US $15.99 | Now: | US $15.99 | Now: | US $15.99 |

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions/Learn about pricing

You can change quantities in your cart.

---

**Sponsored items based on your recent views** 1/3

Feedback on our suggestions








CNC Short Brake Clutch Levers For Ducati 821...
$18.98
$27.98
Free shipping
New

For KTM 125Duke 200Duke Motorcycle Folding...
$29.39
$34.99
Free shipping
Seller 99.4% positive

For Kawasaki Suzuki Yamaha Honda KTM CNC...
$20.42
$35.83
Free shipping
New

Dirt Bike Clutch Brake Pivot Levers For Honda Kawasa...
$21.11
$23.99
+ $5.00 shipping
New

CNC Pivot Dirt Bike Brake Clutch Levers...
$21.73
$31.49
Free shipping
New

Short Brake & Clutch Levers Fit DUCATI 821...
$24.16
Free shipping
Seller 99% positive

---

**Explore more sponsored options: Brand**

| KTM | More | TOPHOME | More | FXCNC | More |
|---|---|---|---|---|---|





For KTM 350 SX-F XC-F XCF-W EXC-F 2011-201...
$20.51
$35.99
Free shipping
Almost gone

MSR Lever Pair KTM 125 EXC SX 2005 - 2008 25...
$15.00
Free shipping
Almost gone

For KTM 250 300 350 450 500 EXC/F SX/F X...
$11.43
$21.99
+ $2.00 shipping

For SHERCO SE-R SEF-R 250 300 2016 2017 2018...
$11.07
$21.29
+ $2.00 shipping

For KTM 790 Duke 2019-2020 FXCNC Motorbik...
$24.29
$26.99
Free shipping

FXCNC Pivot Clutch Brake Levers Dirtbike F...
$13.99
Free shipping

---

Back to home page

Return to top

More to explore : Motorcycle Clutch Levers for KTM, Motorcycle Clutch Levers for Husqvarna, Kawasaki Motorcycle Clutch Levers for Kawasaki, Pivot Works ATV, Side-by-Side & UTV Brake Levers & Pedals for Kawasaki, Yamaha Motorcycle Clutch Levers for Yamaha, Motorcycle Clutch Levers for Yamaha, Pivot Works ATV, Side-by-Side & UTV Brake Levers & Pedals for Honda, Honda Motorcycle Clutch Levers for Honda, Motorcycle Clutch Levers for Honda, FXCNC Motorcycle Clutch Levers for Kawasaki

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Hi! **Sign in** or **register**      Daily Deals     Brand Outlet     Help & Contact                          Sell     Watchlist ˅     My eBay ˅



Shop by category ˅

Search for anything                                          All Categories ˅     **Search**

‹ Back to home page | Listed in category:     eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers          ✉ f 𝕏 🅿 | Add to Watchlist

### People who viewed this item also viewed



| CNC Pivot Brake Clutch Levers Fo... | For Kawasaki Suzuki Yamaha... | CNC Pivot Foldable Brake... | Shorty CNC Clutch Brake... | For KTM 690 Duke R 2014-2017... |
| $15.00 | $20.42 | $15.50 | $18.18 | $21.24 |
| Free shipping | ~~$35.83~~ Free shipping | Free shipping | + $3.00 shipping | ~~$24.99~~ Free shipping |

---

ⓘ Check if this part fits your vehicle          Select Vehicle

 **SAVE UP TO 10%**   See all eligible items ▸





‹ [thumbnails] ›

💲 Have one to sell?   **Sell now**

**Pivot Clutch Brake Levers For Honda Kawasaki Yamaha Suzuki KTM HUSQVARNA BETA MP**

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 07d 03h 55m |
| Lever Color: | Black ˅ |
| For: | - Select - ˅ |
| Model: | - Select - ˅ |
| Year: | - Select - ˅ |
| Quantity: | 1    1 available / 2 sold |

Price: **US $15.99**
~~US $17.77~~ (10% off) ⓘ

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns**

| | |
|---|---|
| Shipping: | $3.59 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou,Guangdong, China |
| | Ships to: Worldwide See exclusions |
| Delivery: | ⬤ Estimated between **Wed. Nov. 4** and **Tue. Nov. 24** ⓘ |
| | Please note the delivery estimate is **greater than 15 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 🅫 AMEX DISCOVER |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motorcyclepartsclub0 (806 ★)
96.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Sponsored items from this seller 1/2                     Feedback on our suggestions







| 7/8" Hydraulic Clutch Brake Master Cylinder For Hond... | Billet Pivot Brake Clutch Levers For Kawasaki... | Dirt Bike Pivot Brake Clutch Levers For Honda CRF150... | CNC Short Brake Clutch Levers For Kawasaki... | Short Brake Clutch Levers For Suzuki TL1000R 1998-... | Fit Suzuki DRZ400S DRZ400SM 2000-2017... |
|---|---|---|---|---|---|
| $36.99 | $15.99 | $15.99 | $16.99 | $16.99 | $15.99 |
| $41.10 | $17.77 | $17.77 | $17.88 | $17.88 | $17.77 |
| Free shipping | + $3.59 shipping | + $3.59 shipping | + $1.99 shipping | + $1.99 shipping | + $3.59 shipping |



**Description**   **Shipping and payments**                                                **Report item**

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Guangzhou,Guangdong, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, US Protectorates, APO/FPO, Africa, Central America and Caribbean, Middle East, South America, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Russian Federation, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Malaysia, Philippines, Singapore, Taiwan, Thailand, Albania, Bosnia and Herzegovina, Croatia, Republic of, Gibraltar, Guernsey, Jersey, Macedonia, Montenegro, Svalbard and Jan Mayen, Vatican City State, PO Box

Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $3.59 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between Wed. Nov. 4 and Tue. Nov. 24 |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

**Special financing available**

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

**SAVE UP TO 10%**   **See all eligible items ▶**    **All promotional offers from motorcyclepartsclub0**

Save up to 10%
Marked down item price reflects all savings. Items provided by motorcyclepartsclub0






**+**
**See all**



Hi! Sign in or register    Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

 Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

 MONEY BACK GUARANTEE

motorcyclepartsclub0 (806 ☆ ) 🔲 ⓘ

**Positive Feedback (last 12 months): 96.8%** ⓘ

**Member since:** Dec-20-17 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member

View items for sale

View seller's Store

### Feedback ratings ⓘ

| | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 60 | 194 | 388 |
| ⚫ | Neutral | 0 | 2 | 5 |
| ➖ | Negative | 0 | 5 | 13 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| | |
|---|---|
| Accurate description ⭐⭐⭐⭐⭐ (323) | Reasonable shipping cost ⭐⭐⭐⭐⭐ (342) |
| Shipping speed ⭐⭐⭐⭐⭐ (322) | Communication ⭐⭐⭐⭐⭐ (335) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

13 Feedback received (viewing 1-13)      Revised Feedback: 1 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars   🔍

Rating type: Negative (13) ⌄    Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Don't fit game boards**<br>Tailgating Premium Cornhole Board Carrying Case Tote Bag 4 Feet X 2 Feet MP<br>(#274400673033) | Buyer: l***9 (4)<br>US $16.98 | Past 6 months<br>Reciprocal feedback |
| ➖ **TRASH SERVICE. TRASH PRODUCT**<br>Skulls with Gun Truck Tailgate Wrap Vinyl Full Color Graphic Decal Sticker T51<br>(#274415678548) | Buyer: .***m (86★)<br>US $35.99 | Past 6 months<br>Reciprocal feedback |
|      Reply by motorcyclepartsclub0. Left within past 6 months.<br>     **Dear Friend.Have any problem,contact us first.** | | |

ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old.

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **never received anything yet OUTRAGEOUS!**<br>Motors Military Camo Face Shield Sun Mask Neck Gaiter Balaclava Scarf Headwear<br>(#274138721415) | Buyer: j***j (31★)<br>US $4.99 | Past 6 months<br>Reciprocal feedback |
|      Reply by motorcyclepartsclub0. Left within past 6 months.<br>     **Dear Friend.Have any problem,contact us first.** | | |
| ➖ **Garbage**<br>3D Carbon Fiber Gas Cap Tank Cover Pad Sticker For HONDA CBR500R CBR300R 14-15<br>(#273967390574) | Buyer: i***i (17★)<br>US $13.99 | Past 6 months<br>Reciprocal feedback |
|      Reply by motorcyclepartsclub0. Left within past 6 months.<br>     **Dear Friend.Have any problem,contact us first.** | | |
| ➖ **4 days later still no tacking # gave refund now have to wait 3 to 5 days for it**<br>US Fairing Bolts Screws Kit For Honda CBR929RR 2000-2001,CBR954RR 2002-2003 MP<br>(#273178108833) | Buyer: a***7 (33★)<br>US $27.45 | Past 6 months<br>Reciprocal feedback |
|      Reply by motorcyclepartsclub0. Left within past 6 months.<br>     **Dear Friend.Have any problem,contact us first.** | | |
| ➖ **just not arrived**<br>Vforce Reed Valve Vinyl Hand Hat Car Truck Motor Decal Sticker Helmet Decor MP<br>(#273927114604) | Buyer: l***l (20★)<br>US $2.98 | Past year<br>Reciprocal feedback |
|      Reply by motorcyclepartsclub0. Left within past year.<br>     **Dear Friend.Have any problem,contact us first.** | | |
| ➖ **This was INSANELY CONFUSINGto assemble. It did NOT have ant instructions.**<br>US For Yamaha YZF-R1 2004-2005-2006 CNC Rearset Foot Peg Rearset Footrest Pedal<br>(#273524917530) | Buyer: d***t (19★)<br>US $75.99 | Past year<br>Reciprocal feedback |

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄

Search for anything    All Categories ⌄    Search

## motorcyclepartsclub0 (806★)
96.8% positive feedback

🔖 Items for sale    🏬 Visit store    ✉ Contact

🤍 Save

Based in China, motorcyclepartsclub0 has been an eBay member since Dec 20, 2017

### Feedback ratings ⓘ

| | | |
|---|---|---|
| ★★★★★ 323 | Item as described | |
| ★★★★★ 335 | Communication | |
| ★★★★★ 322 | Shipping time | |
| ★★★★★ 342 | Shipping charges | |

➕ 388 Positive    ⬤ 5 Neutral    ➖ 13 Negative

Feedback from the last 12 months

✅ Perfect
Oct 12, 2020

See all feedback

40 Followers | 0 Reviews | Member since: Dec 20, 2017 | 📍 China

## Items for sale (11450)

See all items

| | | | | |
|---|---|---|---|---|
| Foot Pedal Heel... | 17"/18" Wheel D... | 17"/18" Wheel D... | 17"/18" Wheel D... | 17"/18" Wheel D... |
| US $29.99    1h left | US $12.49    4h left | US $12.49    4h left | US $12.49    4h left | US $12.49    4h left |

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄

| Search this Store | This Store ⌄ | **Search** |

eBay  >  eBay Stores  >  Super-Fairing-Factory



# Super-Fairing-Factory

40 followers | motorcyclepartsclub0 (806 ★) 96.8%

♡ **Save this seller**

### Category

**All**

LED Turn Signals Lights
Rear Passenger Seat
Motorbike LED Tail Light
Radiator Cover Guard
Headlight Lens Cover
Pump cover
Carburetor Cover
CA Windshield
Rear Tail Light
Steering Damper
Tank/Clutch Cover
CNC Kickstand Side
Motorcycle Fender/Mudguard
Extra 10% off Big Savings
Heat shield Insulation Pad
Pivot Brake Clutch Levers
Swingarm Spools stand screws
Bag Toss Game Stickers
Folding Clutch Brake Lever
Headlight Protector/Lens
US warehouse
Tailgate Sticker
Cushion Cover
Motorcycle Wheel Sticker
Rear Window Graphic Decal
Stainless Steel Fairing Bolt
Short Brake Clutch Levers
Bullet Turn Signal Light Cover
CNC Fairing Bolts Kit
Air Seat Cushion
UTV Door Storage Bags
Solo Seat Spring Bracket
Pool Cleaner Tools
Mini Turn Signal Light
Handlebar Cup Holder
Center Seats Storage Bag
Tailgating Toss Game Bag
Carbon Fiber Print Windscreen

### Featured Items



Rear Passenger Seat For Honda CBR600 F4i 2001-...

**$29.99**

Trending at $19.89



| All Listings | Auction | Buy It Now |

Time: ending soonest ⌄

1-48 of 2,080 Results



Foot Pedal Heel Guard Plates For Kawasaki ZX-10R Ninja ZX-10RR 2011-17 15 16

**$29.99**
Was: $33.32
Free shipping
or Best Offer

From China



Aluminum Foot Pedal Heel Guard Plates For Kawasaki ZX-10R Ninja 11-2017 ZX-10RR

**$29.99**
Was: $33.32
Free shipping
or Best Offer

From China



18" 20" Yellow Spot Wave Pillow Case Sofa Throw Waist Cushion Cover Home Decor

**$1.49 to $3.69**
$3.59 shipping

From China



17"/18" Wheel Decals Reflective Sticker Rim Strip For Aprilia DORSODURO

**$12.49**
Was: $17.84
Free shipping

From China



Fairing Bolts Screws Kit For Honda CBR1000RR 2004-2005 2006 2007 2008 2009 10 11

Reflective Wheel Sticker

Wheel Sticker w/ Logo

Battery Side Fairing Cover

CNC Rearsets Footpeg

Fork Leg Cover

Finned Engine Cover

Adjustable pant clips

Shifter Toe Shift Peg

Docking Hardware Kit

Handlebar Risers Clamp

Saddlebag Speaker Lid Cover

Navigation Bracket

Garden Flag

Hand Guard

Handlebar Grip

Foot Pedal Heel Guard Plates

Fender Eliminator License

Hydraulic Clutch Brake

Iridium Fairing Bolt Kit

Pillow Case Cover

Other



$18.99
Was: $21.10
Free shipping

From China



Fairing Bolts Screws Kit For Honda CBR600 F4i 2001-2002 2003 2004 2005 2006
$18.99
Was: $21.10
Free shipping

From China



Fairing Bolt Screw Kit For Suzuki GSXR600/750 2008-2009 2010 2011 2012 2013 2014
$18.99
Was: $21.10
Free shipping

From China



Fairing Bolts Screws Kit For Kawasaki Ninja ninja 300 2013-2014 2015
$18.99
Was: $21.10
Free shipping

From China



Inner Fairing Mirror Plugs for Harley FLH/T Batwing 1996-2009 11 12 13 14 15 MP
$12.99
$2.99 shipping

From China



Chrome Radio Cruise Switch Cap Kit For Harley FLHTK,FLTR,FLTRU 1996-12-2013 MP
$14.99
Free shipping
Only 2 left

From China



10PCS Chrome Radio Cruise Switch Cap Kit For Harley FLHTCU,FLHTCUTG 1996-02-2013
$14.99
Free shipping
2 watching

From China



10PCS Chrome Radio Cruise Switch Cap Kit Fit For Harley Electra Glide 1996-2013
$14.99
Free shipping
Only 2 left

From China



"Be Wild and Free"18"Black Pillow Case Sofa Throw Waist Cushion Cover Home Decor
$1.49 to $3.69
$3.59 shipping

From China





17'/18' Wheel Rim Tape Decal Stripes Sticker For Aprilia RS 125 50 RSV MILLE / R
$12.49
Was: $17.84
Free shipping

From China



17'/18' "CB500F" Rim Stripes Wheel Dacal Tape Stickers For Honda CB500F
$12.49
Was: $17.84
Free shipping

From China



17"/18" Motorcycle Racing Rim Stripes Wheel Dacal Tape Stickers For Honda CB500X



$12.49
Was: ~~$17.84~~
Free shipping

From China



17/18" Motorcycle Racing Rim Stripes Wheel Dacal Tape Stickers For Honda CB1000R

$12.49
Was: ~~$17.84~~
Free shipping

From China



17/18" Rim Stripes Wheel Dacal Tape Stickers For Honda CBR1000RR CBR600RR

$12.49
Was: ~~$17.84~~
Free shipping

From China



17/18" Motorcycle Rim Stripes Wheel Dacal Tape Stickers For Honda CBR250RR

$12.49
Was: ~~$17.84~~
Free shipping

From China





Turn Signal Light Mount Brake Clutch Lever For Harley Honda Yamaha Cafe Racer MP

$11.99
Was: ~~$13.32~~
$0.99 shipping
or Best Offer

From China



Motorcycle Mini LED Brake Clutch Lever Mount Turn Signal Light+Black Bracket MP

$11.99
Was: ~~$13.32~~
$0.99 shipping
Only 1 left!

From China





Mini LED Motorcycle Turn Signal Indicators Front Rear Peg Lamp Blinker Lights MP

$11.99
Was: ~~$13.32~~
$0.99 shipping
or Best Offer

From China



2pcs Mini 6 LED Motorcycle Turn Signals Blinkers Front Rear Peg Lamp Lights MP

$11.99
Was: ~~$13.32~~
$0.99 shipping
Only 1 left!

From China




1Pair Black Mini LED Turn Signal Indicators Flasher Amber Lights Blinker Lamp MP

$11.99
Was: ~~$13.32~~
$0.99 shipping
or Best Offer

From China



Mini Motorcycle LED Turn Signal Indicators Flasher Amber Lights Blinker Lamp MP

$11.99
Was: ~~$13.32~~
$0.99 shipping
or Best Offer

From China



2x Mini LED Brake Clutch Lever Mount Turn Signal Light For Kawasaki,Ducati MP

$11.99
Was: ~~$13.32~~
$0.99 shipping

From China



Chrome Mini LED Brake Clutch Lever Mount Turn Signal Lights For Harley Honda MP



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category
ktm brake lever All Categories Search Advanced
Include description

Items for sale from motorcyclepartsclub0 (806 ) | Save this seller | Show results from all sellers

**Categories**
eBay Motors
Other Motorcycle Handlebars, Grips & Levers

**Format** see all
- All Listings
- Auction
- Buy It Now

**Brand** see all

**Warranty** see all

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (451)

**Price**
$ to $

**Item Location** see all
- Default
- Within
100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**
motorcyclepartsclub0 (806 )
Feedback rating: 806
Positive Feedback: 96.8%
Member since Dec-20-17 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match — View:

451 results for ktm brake lever — Save this search

Pivot Clutch Brake Levers For Honda Kawasaki Yamaha Suzuki KTM HUSQVARNA BETA MP (Fits: KTM)
Brand New
**$15.99** From China
Was: ~~$17.77~~
Buy It Now
+$3.59 shipping
10% off

CNC Pivot Brake Clutch Lever For KTM SX SXF EXC EXCF XC XCF XCW 125 250-500 (Fits: KTM)
Brand New
**$15.99** From China
Was: ~~$17.77~~
Buy It Now
+$3.59 shipping
10% off

Brake Clutch Lever Fit KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF XCW 14-16 (Fits: KTM)
Brand New
**$15.99** From China
Was: ~~$17.77~~
Buy It Now
+$3.59 shipping
10% off

CNC Brake Clutch Lever Protector Hand Guard For Honda CBF 600 SA CBF 600 2004-07 (Fits: KTM)
Brand New
**$14.99** From China
Was: ~~$16.65~~
Buy It Now
**Free Shipping**
10% off

Dirt Bike Pivot Brake Clutch Lever For KTM 125EXC 04-08 KTM 350EXC-f 14-17 MP (Fits: KTM)
Brand New
**$15.99** From China
Was: ~~$17.77~~
Buy It Now
+$3.59 shipping
10% off

7/8" CNC Handlebar Brake Clutch Levers Protector Guard For BMW S1000R 2014-2019 (Fits: KTM)
Brand New
**$14.99** From China
Was: ~~$16.65~~
Buy It Now
**Free Shipping**
10% off

7/8" CNC Brake Clutch Lever Protector Hand Guard For KAWASAKI 250R ZX-6R ZX6R (Fits: KTM)
Brand New

**Checkout**

How do you like our checkout? <u>Tell us what you think</u>

## Pay with

○ Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. <u>See terms</u>

### Ship to

████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████

<u>Change</u>

### Review item and shipping

Seller: motorcyclep...   <u>Edit message</u>
Message:  Item Id: 274395966221 Buyer's Vehicle: KTM

Pivot Clutch Brake Levers For Honda Kawasaki Yamaha Suzuki KTM HUSQVARNA BETA MP
Year: 03-11, Model: 85SX/XC, For: KTM, Lever Color: Black
**$15.99**
~~$17.77~~

Quantity 1

**Delivery**
Est. delivery: Nov 4 – Nov 24
Standard SpeedPAK from China/Hong Kong/Taiwan
**$3.59**

Save up to 10%

### Gift cards, coupons, eBay Bucks

Enter code:        [ Apply ]

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $15.99 |
| Shipping | $3.59 |
| Tax* | $1.22 |
| **Order total** | **$20.80** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

[ 🔒 **Confirm and pay** ]

**Select a payment option**

eBay MONEY BACK GUARANTEE
<u>See details</u>

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u> ⓘ



Hi! **Sign in** or **register**     Daily Deals     Brand Outlet     Help & Contact

Sell     Watchlist ⌄     My eBay ⌄

**ebay**     Shop by category ⌄     🔍 Search for anything     All Categories ⌄     **Search**     Advanced

‹ Back to search results | Listed in category:     eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Handlebars, Grips & Levers  >  Other Handlebars & Levers

✉ f 𝕏 🅟 | **Add to Watchlist**

✓ This fits a KTM     **Select Year**

💰 **SAVE UP TO 10%**  See all eligible items ▶







### CNC Pivot Brake Clutch Lever For KTM SX SXF EXC EXCF XC XCF XCW 125 250-500

| | |
|---|---|
| Condition: | New |
| Compatibility | See compatible vehicles |
| Sale ends in: | 07d 03h 50m |
| Compatibility | KTM ⌄ |
| Model&Year: | - Select - ⌄ |
| Color: | - Select - ⌄ |
| Quantity: | 1    1 available / **6 sold** |

Price: **US $15.99**
US $17.77 (10% off) ⓘ

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

**30-day returns**

| | |
|---|---|
| Shipping: | $3.59  Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: GuangZhou, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | ⊞ Estimated between **Wed. Nov. 4** and **Tue. Nov. 24** ⓘ |
| | Please note the delivery estimate is **greater than 15 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 🆑 AMEX DISCOVER |
| | **PayPal CREDIT** |
| | Special financing available.  See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |



**Shop with confidence**

💠 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motorcyclepartsclub0 (806 ★)
96.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions



| CNC Pivot Foldable Brake Clutch Lever For KTM SX... | CNC Pivot Brake Clutch Levers For KTM 250 300... | EXC LOGO CNC Pivot Brake Clutch Levers for KTM EX... | CNC Pivot Brake Clutch Levers Foldable for KTM 25... | Brake Clutch Levers For KTM 250 300 350 450 500 SX... | CNC Brake Clutch Levers for KTM EXC 125 200 SX XC15... |
|---|---|---|---|---|---|
| $15.50 | $15.00 | $17.90 | $16.53 | $14.90 | $15.00 |
| Free shipping | Free shipping | $19.89 | $17.58 | Free shipping | Free shipping |
| Almost gone | New | + $0.99 shipping | Free shipping | New | New |
| | | New | Seller 99.6% positive | | |

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

ebay   Shop by category ⌄

[Search for anything]   All Categories ⌄   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers

✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM    Select Year

🔥 SAVE UP TO 10%   See all eligible items ▸







Have one to sell?   **Sell now**

### Brake Clutch Lever Fit KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF XCW 14-16

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 07d 03h 50m |
| Lever Color: | - Select - ⌄ |
| Quantity: | 1    1 available / 2 sold |

Price: **US $15.99**
US $17.77 (10% off) ⓘ

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns**

| | |
|---|---|
| Shipping: | $3.59 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou,Guangdong, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | ⭐ Estimated between **Wed. Nov. 4** and **Tue. Nov. 24** ⓘ |
| | Please note the delivery estimate is **greater than 15 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 AMEX Discover |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | 💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motorcyclepartsclub0 (806 ⭐)
96.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2          Feedback on our suggestions






| | | | | | |
|---|---|---|---|---|---|
| Brake Clutch Levers For KTM 250 300 350 450 500 SX... | CNC Pivot Brake Clutch Levers For KTM 250 300... | CNC Pivot Foldable Brake Clutch Lever For KTM SX... | CNC Pivot Foldable Brake Clutch Lever For KTM SX... | CNC Brake Clutch Levers for KTM EXC 125 200 SX XC15... | For KTM 250 300 350 450 500 XCW EXC EXCF XC S... |
| $14.90 | $15.00 | $15.50 | $15.50 | $15.00 | $11.80 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | $22.69 |
| New | New | Almost gone | New | New | + $2.00 shipping |
| | | | | | New |

---

Sponsored items from this seller 1/2          Feedback on our suggestions

‹                                                                              ›

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

 **ebay**    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    **Search**    Advanced

‹ Back to search results    | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

✉ f 🐦 📌 | Add to Watchlist

---

### People who viewed this item also viewed

 For KTM 790 Duke 2019-2020 FXCN... **$26.99** Free shipping

 Folding Extendable Adjustable Brake... **$39.96** Free shipping

 CNC Aluminum Brake Clutch Sho... **$39.95** Free shipping

 Motorcycle CNC Aluminum Brake... **$39.98** Free shipping

Titanium Foldable Extendable Clutc... **$34.99** Free shipping

---

ℹ Check if this part fits your vehicle    **Select Vehicle**





‹ ›

### For KTM 790 Adventure 2019 2020 CNC Pair Foldable Extendable Cluth Brake Levers

Condition: New

Compatibility: **See compatible vehicles**

Color: | - Select - ⌄ |

Quantity: | 1 |    3 available / **6 sold**

Price: **US $29.95**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**More than 49% sold** | Free shipping | 30-day returns

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ℹ
Item location: guangzhou, China
Ships to: Worldwide See exclusions

Delivery: 🚚 Estimated between **Wed. Nov. 4 and Tue. Nov. 24**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 💳 PayPal VISA 💳 💳 💳 DISCOVER

**PayPal** CREDIT
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

---

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. **Learn more**

**Seller information**
**motorcycle-world (6112 ⭐)**
99.2% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

 For Yamaha Tenere 700 2019 2020 CNC Engine Cover... **$39.98** + $8.00 shipping

 CNC Brake Lever Protector Guard For Yamaha Tmax53... **$16.97** Free shipping

 CNC Billet Brake Lever Protector Hand Guard For... **$16.96** Free shipping

 For 2019 2020 Kawasaki Versys 1000 SE/SX Ninja Z... **$30.37** ~~$37.96~~ Free shipping

  Motorbike Adjustable Folding Extendable Brake... **$27.92** + $3.00 shipping

 Fit For Honda CRF450L 2019 2020 Aluminum Radiator... **$59.97** + $10.00 shipping

---

**Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: 184209628543

Last updated on  Sep 15, 2020 23:26:59 PDT  View all revisions

## Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|------|------|-------|----------|--|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 1 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2019 | KTM | 790 Adventure | -- |

Portions of the information contained in this table have been provided by motorcycle-world

## Item specifics

| | | | |
|--|--|--|--|
| Condition: | New | Brand: | Unbranded |
| Surface Finish: | Anodized | Manufacturer Part Number: | LSCCBL01ZS139790adv |
| Fit Manufacturer: | KTM | Placement on Vehicle: | Left, Right, Front |
| Fit Model: | 790 Adventure | Warranty: | Yes |
| Fit Year: | 2019-2020 | Country/Region of Manufacture: | China |
| Reference OE/OEM number: | Clutch Brake Lever,KTM | Material: | Aluminum Alloy 6063-T6 |
| Handle Bars, Levers & Mirror Part Type: | Levers | | |

**For KTM 790 Adventure 2019 2020 CNC Pair Foldable Extendable Cluth Brake Levers**




Product Description

## Clutch Brake Levers

Features:
6 position adjustable foldable and extendable.
Smooth Touch Surface.
Anodized into Bright Colors for Durable Surface Finish
Specifics:
Condition: 100% Brand New
Material: Aluminum Alloy 6063-T6.
Color: All black/ Black & orange
Easy to install without instructions

Fitment:
KTM
790 Adventure ADV 2019 2020

Package Include:
1 Pair of Brake Clutch Lever (Left&Right)

Note:
Plz make sure this item fits your bike before ordering.

10/15/2020

## Shipping

Item will be shipped within 2 business days after payment is cleared, excluding weekends and public holidays.
we only ship to PayPal confirmed address. For international buyers, we only ship to PayPal verified users. So before bidding, please kindly verify your PayPal account.
We ship this item to USA via USPS or China Post Air Mail. If you want faster shipping way like DHL, UPS, FedEx. ..Please contact us before making payment.To other countries items will be shipped from china by EMS or DHL or China Post Air Mail.
The price does not cover any applicable tax or duty that might be charged by your customs. Buyers are responsible for such charges.

## Payment

We accept PayPal only. We only ship item to your PayPal verified address. Payment must be cleared within 3 days from the date of purchase.

## Returns

If you have any questions, please feel free to email our service specialists 24 Hours a Day, 7 Days a Week. We will reply you ASAP.
Return/refund is accepted within 30 days after the buyer receives the item. NO exchange will be accepted after 30 days from the date when the item is received.
We pays for return freight.
Please contact us first before returning your product!!!

## Warranty&Guarantee

We focus on high quality products, 3 Months Warranty. Buy in confidence!
If you are not satisfied with the item, please contact us for replacement or money back.
If the item is defective within 3 months, we will send you a replacement without any extra charge, or offer a full refund after we receive the defective item.
Enjoy your shopping here!

## Contact us

Contact us through ebay message in English
If you have any questions, our Customer Service staffs welcome you to email us. We strive to answer all questions and resolve any problems as quickly as possible.
Business Hours: BeiJing Time GMT+8:00)
Monday-Friday 9:00-22:00
Saturday-Sunday 9:00-17:00
Note:
1.We try our best to reply to your emails as soon as possible, however, due to high volume of daily incoming emails and time zone difference, we may not be able to reply your emails immediately. Please allow 1 business days for us to response. If you do not receive any reply from us, please check your email ensuring your mailbox has not reached full size.
2.Due to some ISP SPAM filter settings, you may not be able to receive our replies; if you have problems receiving our emails, you may need to use a different email account to contact us.
3.Please give us the opportunity to resolve any problem. We understand the concerns and frustrations you might have, and will try our best to resolve the issues. Please email us before leaving any negative feedback or open any dispute on PayPal.
4.We care about our valued customers, and will always try to help you. So if you have any problems, please e-mail us immediately.

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

| | | | | | |
|---|---|---|---|---|---|
| For KTM 690 Enduro 790 ADV 950/990/1090/1190 Adventure Handle Bar End Mirrors | 28mm Handlebar Fat Bar Clamp Riser Mount For KTM 790 Adventure 950 Adventure | For KTM 690 Enduro 790 ADV 1290 Super Adventure CNC Handle Bar End Grip Plug Cap | For KTM 790 Adventure ADV 2019 2020 CNC Extendable Folding Brake Clutch Levers | Motorcycle CNC Aluminum Brake Clutch Lever For KTM 790 Adventure ADV 2019 2020 | For KTM 690 Enduro 790 ADV 1290 Super Adventure Handlebar Grips And Bar End Plug |
| 49.98 USD | 18.99 USD | 14.96 USD | 39.97 USD | 39.98 USD | 18.96 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

9% off

For KTM 690 Enduro 2008-2016 790 Adventure 2019 Offset HandleBar Risers Mount
29.07 USD
Buy it now
Free shipping

powered by
PUSHAUCTION

On Sep-15-20 at 23:26:59 PDT, seller added the following information:

Sponsored items based on your recent views 1/4

Feedback on our suggestions








Brake Lever Guard Protector Hand Guard For KTM RC 3...
$16.96
Free shipping
Seller 99.2% positive

CNC Brake Clutch Lever Guards Protector For Aprili...
$16.98
Free shipping
Seller 99.2% positive

For 2012-2018 KTM 690 Duke 2016 2015 2017 CNC...
$32.99
+ $5.00 shipping
Seller 99.2% positive

Fairing Fender Kits For KTM50 SX SR Mini Senior...
$34.27
$37.66
Free shipping
Seller 99.7% positive

USA Motorbike For KTM 790 Duke 2019-2020 CNC Fold...
$26.99
Free shipping
New

CNC Brake Master Cylinder Mirror Mount Fit for KTM 79...
$25.19
Free shipping
New

More from this seller 1/2

Feedback on our suggestions








For 2007-2016 SUZUKI GSF1250 BANDIT 2011 2012...
$29.98
$39.98
+ shipping

Handlebar Mirror Mount Adapter Holder Clamp For...
$24.96
+ shipping

For 2018-2019 KTM 790 Duke Brake Master Cylind...
$23.71
$24.96
+ shipping

For DUCATI MTS1100/S 2007 2008 2009 CNC Folding...
$29.99
$39.99
+ shipping

Motorcycle Alloy CNC Handle Bar Riser Clamp...
$19.97
+ shipping

Extendable Folding Brake Clutch Levers For 14-16...
$29.98
$39.98
+ shipping

Back to search results

Return to top

**More to explore :** Motorcycle Handlebars, Grips & Levers for 2019 KTM 790, Other Motorcycle Handlebars, Grips & Levers for 2019 KTM 790, Motorcycle Parts for 2019 KTM 790, Other Motorcycle Lighting & Indicators for 2019 KTM 790, Motorcycle Handlebars, Grips & Levers for KTM 790, Motorcycle Brake Levers for KTM, MSR Brake Levers for KTM, ASV Motorcycle Brake Levers for KTM, Motorcycle Brake Levers for KTM 450, Motorcycle Brake Levers for KTM 350

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

 **ebay**   Shop by category ⌄   🔍 Search for anything   All Categories ⌄   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers

✉ f 📌 ✔ | Add to Watchlist

### People who viewed this item also viewed

 For KTM 790 Duke 2019-2020 FXCN... **$26.99** Free shipping

Folding Extendable Adjustable Brake... **$39.96** Free shipping

 CNC Aluminum Brake Clutch Sho... **$39.95** Free shipping

Motorcycle CNC Aluminum Brake... **$39.98** Free shipping

 Titanium Foldable Extendable Clutc... **$34.99** Free shipping

 ℹ Check if this part fits your vehicle    **Select Vehicle**





$ Have one to sell?   **Sell now**

### For KTM 790 Adventure 2019 2020 CNC Pair Foldable Extendable Cluth Brake Levers

Condition: **New**

Compatibility: **See compatible vehicles**

Color:   - Select -  ⌄

Quantity:   1      3 available / **6 sold**

Price: **US $29.95**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**More than 49% sold**   Free shipping   30-day returns

Shipping:   **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: guangzhou, China
Ships to: Worldwide See exclusions

Delivery:   ✈ Estimated between **Wed. Nov. 4** and **Tue. Nov. 24**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal VISA 💳 💳 💳

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:   30 day Buyer pays for return shipping | See details

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

#### Seller information

**motorcycle-world** (6112 ⭐)
99.2% Positive feedback

♡ **Save this Seller**
Contact seller
Visit store
See other items

### Sponsored items from this seller 1/2

Feedback on our suggestions

 For Yamaha Tenere 700 2019 2020 CNC Engine Cover... **$39.98** + $8.00 shipping

 CNC Brake Lever Protector Guard For Yamaha Tmax53... **$16.97** Free shipping

 CNC Billet Brake Lever Protector Hand Guard For... **$16.96** Free shipping

 For 2019 2020 Kawasaki Versys 1000 SE/SX Ninja Z... **$30.37** ~~$37.96~~ Free shipping

 Motorbike Adjustable Folding Extendable Brake... **$27.92** + $3.00 shipping

 Fit For Honda CRF450L 2019 2020 Aluminum Radiator... **$59.97** + $10.00 shipping

| Description | **Shipping and payments** | | Report item |

**Shipping and payments**

Seller assumes all responsibility for this listing.

**Shipping and handling**

Item location: **guangzhou, China**

Shipping to: Worldwide

Excludes: US Protectorates, Alaska/Hawaii, APO/FPO, Africa, Central America and Caribbean, South America, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Turkey, United Arab Emirates, Yemen, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Philippines, Taiwan, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Estonia, Germany, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, PO Box

Quantity: [ 1 ]    Change country: [ United States ▾ ]        ZIP Code: [ 60106 ]   [ Get Rates ]

| Shipping and handling | Each additional item | To | Service | Delivery˅ |
|---|---|---|---|---|
| Free shipping | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Nov. 4** and **Tue. Nov. 24** |
| US $18.99 | US $5.99 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Wed. Oct. 21** and **Wed. Oct. 28** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|





**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions

‹

     

›

| Brake Lever Guard Protector Hand Guard For KTM RC 3... | CNC Brake Clutch Lever Guards Protector For Aprili... | For 2012-2018 KTM 690 Duke 2016 2015 2017 CNC... | Fairing Fender Kits For KTM50 SX SR Mini Senior... | USA Motorbike For KTM 790 Duke 2019-2020 CNC Fold... | CNC Brake Master Cylinder Mirror Mount Fit for KTM 79... |
|---|---|---|---|---|---|
| $16.96 | $16.98 | $32.99 | $34.27 | $26.99 | $25.19 |
| Free shipping | Free shipping | + $5.00 shipping | ~~$37.66~~ | Free shipping | Free shipping |
| Seller 99.2% positive | Seller 99.2% positive | Seller 99.2% positive | Free shipping | New | New |
|  |  |  | Seller 99.7% positive |  |  |

---

### More from this seller 1/2

Feedback on our suggestions

‹                                                                                          ›




Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist ⌄    My eBay ⌄    🔔   🛒

**ebay**    Shop by category ⌄    🔍 Search for anything      | All Categories ⌄ |    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

 MONEY BACK GUARANTEE

 **motorcycle-world** (6112 ★ ✉️) 📋 ⓘ

     **Positive Feedback (last 12 months): 99.2%** ⓘ

     Member since: Apr-01-17 in China

     **Top-rated seller:** One of eBay's most reputable sellers.

             Consistently delivers outstanding customer service.

     **Learn more**



**Member Quick Links**

Contact member

View items for sale

View seller's Store

### Feedback ratings ⓘ

| | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 201 | 1305 | 2217 |
| ✚ | Neutral | 1 | 10 | 18 |
| ➖ | Negative | 2 | 13 | 16 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (1997) | ★★★★★ (2087) |
| **Shipping speed** | **Communication** |
| ★★★★★ (2032) | ★★★★★ (2038) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

16 Feedback received (viewing 1-16)                      Revised Feedback: 31 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ        Rating type:     Period:

e.g. Vintage 1970's Gibson Guitars 🔍       | Negative (16) ⌄ |    | 12 Months ⌄ |

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Item was not correct for what i needed, it has been days trying to return it** <br> Magneto Stator Coil Generator For Polaris Sportsman 400 450 500 ATP 500 4x4 Carb <br> (#**183661734144**) | Buyer: -***- (59★) <br> US $52.21 | Past month <br> Reciprocal feedback |
| ➖ **The sliders were used is (not brand new) and it says that its new** <br> For Honda CBR1000RR 2012-2016 2015 CNC Frame Slider Crash Guard Protection Cover <br> (#**184172105110**) | Buyer: a***k (20★) <br> US $49.96 | Past month <br> Reciprocal feedback |
| ➖ **Bolts are smaller than the originals. Have not received replacements...** <br> Fairing Cowling Bolts Kit For 1998-2007 Honda VFR800 2000 2001 2002 2003 2004 <br> (#**184138162168**) | Buyer: the *** o ( 61★) <br> US $27.97 | Past 6 months <br> Reciprocal feedback |
|    Reply by motorcycle-world. Left within past 6 months. <br>    **Dear friend we have resend the you needed bolts to you.Thank you** | | |
| ➖ **Very nice seller but missing a piece. Just send part. I kept getting runaround.** <br> Fit For Honda CRF450L 2019 2020 Aluminum Radiator Guard Grill Protection Cover <br> (#184341450616) | Buyer: 2***0 (194★) <br> ~~US $59.97~~ (Best offer was accepted) | Past 6 months <br> Reciprocal feedback |
| ➖ **Lack of license plate mounting plate light?** <br> (Private listing) | Buyer: r***d (730★) | Past 6 months <br> Reciprocal feedback |
| ➖ **Was sent the wrong package, bad customer service, stuck with unwanted product** <br> (Private listing) | Buyer: a***r (486★) | Past 6 months <br> Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Poor quality. Anti rotation lock does not fit. There is no instruction provided** <br> Fender Cover Plate Hole Protector For Ducati Panigale 899 959 1199 1299 Black <br> (#183653065301) | Buyer: e***h (5) <br> US $29.96 | Past 6 months <br> Reciprocal feedback |
|    Reply by motorcycle-world. Left within past 6 months. <br>    **We had send the instrution to you,and if you don't how install it,pls contact us** | | |
| ➖ **The clutch lever is for a hydraulic activated clutch. 790 is cable.** <br> For KTM 790 Adventure ADV 2019 2020 CNC Extendable Folding Brake Clutch Levers <br> (#184117537277) | Buyer: u***u (27★) <br> US $39.97 | Past 6 months <br> Reciprocal feedback |
| ➖ **Z900RS tail tidy; bad design. wiring can't be routed and plate hits tire** <br> Fender Eliminator For Kawasaki Z900RS 2018 2019 License Plate Holder Tail Tidy <br> (#184082990204) | Buyer: t***i (743★) <br> US $33.99 | Past 6 months <br> Reciprocal feedback |
| ➖ **Item does not thread proper. Seller doesnt understand. Wasted time** <br> For Honda GROM MSX125 CRF250 Rally X ADV Alloy Mirror Hole Plugs Blanking Plug <br> (#183946261732) | Buyer: w***o (133★) <br> US $9.95 | Past 6 months <br> Reciprocal feedback |

Comment?



Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

**motorcycle-world** (6112★)
99.2% positive feedback

Save

Items for sale | Visit store | Contact

Based in China, motorcycle-world has been an eBay member since Apr 01, 2017

Feedback ratings

See all feedback

| | | |
|---|---|---|
| ★★★★★ | 1,997 | Item as described |
| ★★★★★ | 2,038 | Communication |
| ★★★★★ | 2,032 | Shipping time |
| ★★★★★ | 2,087 | Shipping charges |

| 2,217 | 18 | 16 |
|---|---|---|
| Positive | Neutral | Negative |

Feedback from the last 12 months

A
Oct 12, 2020

**164** Followers | **0** Reviews | Member since: **Apr 01, 2017** | China

## Items for sale(26182)

See all items

1 1/8" 28mm Han...
US $25.99 3m left

1 1/8" 28mm Han...
US $27.99 3m left

1 1/8" 28mm Han...
US $22.96 3m left

1 1/8" 28mm Han...
US $18.99 3m left

1 1/8" 28mm Han...
US $23.99 3m left

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    🔍 Search this Store    | This Store ⌄ |    **Search**    Advanced

eBay › eBay Stores › motorcycle-parts-world



# motorcycle-parts-world

164 followers | motorcycle-world (6112 ★) 99.2%

We only carry the highest quality items at the best prices.

♡ Save this seller

---

## Category

All
HONDA
SUZUKI
YAMAHA
KAWASAKI
DUCATI
KTM
BMW
Keychain
Clutch Brake Lever
Triumph
Bolts Screws
Cowing Upper Cowl
Fender Eliminator
Aprilia
MV AGUSTA
Steering Stem Nut
Universal Parts For Dirt Bike
Frame Crash Gurad
Plug
Radiator Guard
Engine Crash Guard
Mounting Kits
Magnetic Oil Drain Plug
Handle Bar Mirror
Cafe Racer
Universal Parts For Motorcycle
Mount Clamps Riser
Light
Passenger Handle Grab
Footpeg
Gas Cap
CF-Moto
Stand Bobbin
Mirror Hole Plug
Oil Fill Cap Plug
Tyre Valve Stems
Benelli
Stator Coil
Rear Sprocket Nut
foot protector
lever guard
Brake Fluid Reservoir Cap
handle bar end
Fork Preload Adjustment
Headlamp Bracket
Chain Guard Protector
Headlight Grill Guard
Mirror Riser Extender Set
Luggage Rack
Harley Davidson
Brake Reservoir Guard
Other

### Featured Items

     

Fit For 2008-2018 Kawasaki KLR650 Height Adjust Lifte...
**$69.95**

Complete Fairing Bolts Screws Kit for Suzuki...
**$23.91**
$26.57 | 10% OFF

Complete Fairing Bolt For Suzuki GSXR600 GSXR750...
**$28.48**
$29.98 | 5% OFF

Fender Bodywork Engine Plastic Frame Bolt Kit For...
**$43.66**
$45.96 | 5% OFF

---

| All Listings | Auction | Buy It Now |              Best Match ⌄    ▤ ⌄

1-48 of 12,820 Results

 Motorcycle Radiator Guard Grill Cover For 2014-2018 Yamaha FZ-07 FZ07 2015 2016
**$25.46**
Was: $29.95
$5.00 shipping
or Best Offer
Only 2 left                                    From China

 For 2012-2018 KTM 690 Duke 2016 2015 2017 CNC Radiator Guard Grill Cover Orange
**$32.99**
$5.00 shipping
or Best Offer
27 sold                                        From China

For 2013-2019 Honda CRF250L 2014 2015 2016 Radiator Guard Grill Protection Cover
**$37.99 to $39.85**
Was: $41.95
Free shipping

 Headlight Grill Cover Guard Head Lamp Protect Fit For Kawasaki KLR650 2008-2015
**$48.96**
Free shipping
or Best Offer
10 watching                                    From China

 Fit For Yamaha Tenere 700 XTZ690 2019 2020 Radiator Guard Grill Protection Cover
**$39.96**
Free shipping
or Best Offer
19 watching                                    From China

 For Kawasaki Z650 2017 2018 2019 CNC Frame Sliders Crash Falling Protector Guard
**$35.11**
Was: $36.96
Free shipping
or Best Offer
Only 1 left!                                    From China

For 2012 2013 2014 2015 2016 Kawasaki Ninja650 ER 6F Complete Fairing Bolts Kit
**$26.59**
Was: $27.99

**Condition**    see all
- [ ] New

**Price**
- [ ] Under $35.00
- [ ] Over $35.00

$ [ ] - $ [ ] >

**Buying Format**    see all
- (•) All Listings
- ( ) Best Offer
- ( ) Auction
- ( ) Buy It Now
- ( ) Classified Ads

**Item Location**    see all
- (•) Default
- ( ) Within
  - 100 mi ⌄ of 60106
- ( ) US Only
- ( ) North America
- ( ) Worldwide

**Delivery Options**    see all
- [ ] Free Shipping
- [ ] Free In-store Pickup

**Show only**    see all
- [ ] Returns Accepted
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authorized Seller
- [ ] Authenticity Verified

More refinements...

---

Free shipping
or Best Offer
12 watching

Motorcycle CNC Aluminum Brake Clutch Lever For KTM 790 Adventure ADV 2019 2020
$39.98
Free shipping
or Best Offer

Fit For KTM 690 ENDURO & R 2008-2018 Alloy Radiator Guard Grille Protector Cover
$74.95 to $74.99
Free shipping

For Yamaha XMAX 125 250 400 2014 2015 2016 2017 2018 2019 Fairing Bolt Screw Kit
$27.95 to $27.99    From China
Free shipping
13 watching

Fender Eliminator Tail Tidy Kit Fit For KTM Duke 125 Duke 250 Duke 390 2017-2020
$34.98
Free shipping
or Best Offer

NEW LISTING  CNC Radiator Guard Grille Protector Cover Fit For Kawasaki KLX250S/SF 2009-2015
$64.96
Free shipping
or Best Offer

Fit For 2008-2018 Kawasaki KLR650 Height Adjust Lifter Windshield Rally Dash Kit
$69.95    From China
Free shipping
or Best Offer
41 sold

Motorcycle Rear Brake Reservoir Guard Fit For Yamaha Tenere 700 XTZ690 2019 2020
$19.99    From China
Free shipping
or Best Offer
20 watching

NEW LISTING  Aluminum Radiator Guard Grill Protection Cover Fit For 2019 2020 Honda CRF450L
$59.96
Free shipping
or Best Offer

Aluminum Radiator Guard Grille Cover Protection For Kawasaki Z900RS 2018 2019
$27.99    From China
$5.00 shipping
or Best Offer

For Suzuki GSXR 1000 2017 2018 2019 2020 Fender Eliminator License Plate Bracket
$39.96
Free shipping
or Best Offer
14 sold

Fit For 50mm Fork Tubes Motorcycle Headlight Mount Bracket Fork Head Lamp Holder
$39.97
Free shipping
or Best Offer

For Yamaha Tenere 700 2019 2020 CNC Engine Cover Crash Stator Case Protector
$39.98 to $39.99    From China
$8.00 shipping
15 watching

Headlight Grill Guard Headlamp Protect Fit For 2019 2020 Yamaha Tenere700 XTZ690
$44.96    From China
Free shipping
or Best Offer

Black Method Fork Brace Fit For 2008-2018 Kawasaki KLR650 2014 2015 2016 2017



$69.68
Free shipping
or Best Offer
40 watching

From China



CNC Frame Slider Crash Protector For Honda CB500F CB500X CB400X CB400F 2013-2018

$35.11
Was: $36.96
Free shipping
or Best Offer
Only 3 left



Tail Light Brake Turn Signals For Yamaha MT09 FZ09 MT-09 FZ-09 2014 2015 2016

$39.95
Free shipping
or Best Offer
31 sold



For KTM Duke 790 890 Duke R Tail Tidy License Plate Holde Kit Fender Eliminator

$39.97 to $39.99
Free shipping
5 watching



For 2018-2019 KTM 790 Duke Brake Master Cylinder Mirror Mount Clamp Cover Orange

$23.71
Was: $24.96
Free shipping
or Best Offer




For Honda CBR1000RR 2012-2016 2015 CNC Frame Slider Crash Guard Protection Cover

$49.96
Free shipping
or Best Offer
12 watching




For Kawasaki Ninja300 Ex300 Ninja 250 2013-2017 Fairing Bolt Screw Fasteners Kit

$26.58
Was: $27.98
Free shipping
or Best Offer
Only 1 left!



Body Plastic Fender Shrouds Exhaust Bolts Kit For Yamaha YZ 80 85 YZ 125 YZ 250

$37.98
Was: $39.98
Free shipping
or Best Offer
10 watching



Motorcycle CNC Alloy Brake Clutch Lever For BMW F750GS F850GS 2017 2018 F750 GS

$39.95
Free shipping
or Best Offer



Complete Fairing Bolts Bodywork Screw Kit For Suzuki GSX1300R Hayabusa 1999-2007

$27.99
Free shipping
or Best Offer
36 sold



For Honda CBR1000RR 2017 2018 2019 2020 License Plate Fender Eliminator Bracket

$35.96
Free shipping
or Best Offer
Only 3 left



CNC Cylinder Head Left Side Cover Protector Fit For Honda Grom MSX125 2013-2020

$29.96 to $29.99
Free shipping



For ATV Kawasaki KFX400 KFX450 KFX700 KFS400 Plastic Frame Body Plastic Bolt Kit

$37.97
Was: $39.97
Free shipping
or Best Offer
56 sold



For Kawasaki 2012-2019 ZX14R ZZR 1400 2015 2016 2017 Complete Fairing Bolts Kit





 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category
ktm brake lever | All Categories | Search | Advanced
Include description

Items for sale from **motorcycle-world** (6112) | Save this seller | Show results from all sellers

## Categories
**eBay Motors**
Other Motorcycle Handlebars, Grips & Levers

**Format** see all
- All Listings
- Auction
- Buy It Now

**Brand** see all

**Warranty** see all

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (922)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all
- **Default**
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**
motorcycle-world (6112)
Feedback rating: 6,112
Positive Feedback: 99.2%
Member since Apr-01-17 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match — View:

**922** results for **ktm brake lever** Save this search

Motorcycle CNC Aluminum Brake Clutch Lever For KTM 790 Adventure ADV 2019 2020
Brand New
**$39.98**
or Best Offer
**Free Shipping**
Watch

CNC Brake Clutch Lever Guards Protector For Aprilia RSV4 RSV1000R RS125 RS250 (Fits: KTM)
New (Other)
**$16.98** to **$31.99** From China
Buy It Now
**Free Shipping**

Brake Lever Guard Protector Hand Guard For KTM RC 390 2014 2015 2016 2017 2018 (Fits: KTM)
New (Other)
**$16.96** to **$31.99** From China
Buy It Now
**Free Shipping**

Billet Brake Lever Guard Protector For KTM 690 SMC 2008-2018 2009 2010 2011 2012 (Fits: KTM)
New (Other)
**$16.97** to **$31.99** From China
Buy It Now
**Free Shipping**

For KTM 790 Adventure 2019 2020 CNC Pair Foldable Extendable Cluth Brake Levers (Fits: KTM)
Brand New
**$29.95** to **$29.99** From China
Buy It Now
**Free Shipping**

For Ducati Motorcycle CNC Alloy Brake Lever Protector Guard Bar End Handguard (Fits: KTM)
Brand New
**$34.97**
or Best Offer
**Free Shipping**
Watch

Folding Extending Extend Brake Clutch Levers For KTM Duke 790 2018 2019 Orange (Fits: KTM)
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○   Add a credit or debit card

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now. See terms

<div style="border:2px solid green">

**Ship to**

▮▮▮▮▮▮▮
1001 Foster Ave
Bensenville, IL 60106-1445
United States
▮▮▮▮▮▮▮

Change

## Review item and shipping

Seller:  motorcycle-...  |  Message to seller

 For KTM 790 Adventure 2019 2020 CNC Pair Foldable
Extendable Cluth Brake Levers
Color: Black & Orange
**$29.99**

Quantity  [ 1 ▾ ]

**Delivery**

◉ Est. delivery: Nov 4 – Nov 24
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 21 – Oct 28
Expedited Shipping from China/Hong Kong/Taiwan to
worldwide
**$18.99**

</div>

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount  [ None ▾ ]



Subtotal (1 item)                    $29.99
Shipping                               Free
Tax*                                  $1.87

**Order total**                      **$31.86**

*We're required by law to collect sales tax and applicable fees
for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ












Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers | Add to Watchlist

This fits a KTM Select Year

$ Have one to sell? Sell now

# CNC Brake Clutch Lever Guards Protector For Aprilia RSV4 RSV1000R RS125 RS250

Condition: **New other (see details)**
"*This item perfect fit Aprilia RSV4 RSV1000R RS125 RS250.*"

Compatibility: See compatible vehicles

Color: - Select -

Side: - Select -

Quantity: 1 3 available

Price: **US $16.98**

Buy It Now

Add to cart

Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guang Zhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between **Wed. Nov. 4 and Tue. Nov. 24**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**motorcycle-world** (6112 ★)
99.2% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

CNC Pivot Foldable Brake Clutch Lever For KTM SX...
$15.50
Free shipping
Almost gone

CNC Brake Clutch Levers for KTM EXC 125 200 SX XC15...
$15.00
Free shipping
New

CNC Brake Clutch Levers for KTM EXC 125 200 SX XC15...
$15.80
Free shipping
New

CNC Brake Clutch Levers For YAMAHA YZ125 YZ250...
$14.99
Free shipping
New

CNC Brake Clutch Levers For Yamaha YZ125 YZ250...
$14.80
Free shipping
New

CNC Brake Clutch Levers Dirt Bike For Kawasaki KX6...
$14.88
Free shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒

eBay    Shop by category    Search for anything    All Categories    Search    Advanced

Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM    Select Year

### Brake Lever Guard Protector Hand Guard For KTM RC 390 2014 2015 2016 2017 2018

Condition: **New other (see details)**
" This item perfect fit KTM RC 390 2014-2018. "

Compatibility: See compatible vehicles

Color: - Select -
Side: - Select -
Quantity: 1    3 available

Price: **US $16.96**

Buy It Now
Add to cart
♡ Add to Watchlist

**Free shipping**    30-day returns    Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guang Zhou, China
Ships to: Worldwide    See exclusions

Delivery: 📅 Estimated between **Wed. Nov. 4** and **Tue. Nov. 24**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  AMEX  DISCOVER
PayPal **CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
motorcycle-world (6112 ⭐)
99.2% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?    Sell now

Similar sponsored items 1/2    Feedback on our suggestions

CNC Short Clutch Brake Levers For KTM Duke...
$21.27
~~$31.28~~
Free shipping
New

for KTM RC125 Duke / RC 200 390 2014-2019 2018...
$24.80
Free shipping
Last one

Brake Lever Guard Protector Guard For KTM 390 Duke...
$16.97
Free shipping
Seller 99.2% positive

CNC Long Brake Clutch Levers For KTM 390...
$19.59
~~$21.06~~
Free shipping
New

for KTM RC 125 200 390 Duke 2017 2018 2019...
$24.50
Free shipping
Seller 100% positive

1 Pair Shorty/Long CNC Brake Clutch Levers For KT...
$27.99
Free shipping
New

Sponsored items from this seller 1/2    Feedback on our suggestions



10/7/2020

Hi! Sign in or register     Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ∨    My eBay ∨

Shop by category ∨

Search for anything          All Categories ∨     Search    Advanced

< Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Exhausts & Exhaust Systems  >  Silencers, Mufflers & Baffles

| Add to Watchlist

## People who viewed this item also viewed

Rear Exhaust Pipe Muffler Silencer...
$28.99
+ $5.99 shipping

Motorcycle Rear Exhaust Pipe...
$34.99
Free shipping

For KTM DUKE 250 390 Exhaust Pipe...
$28.99
+ $5.99 shipping

Motorcycle Rear Exhaust Pipe...
$35.14
$36.99
+ $2.00 shipping

Rear Exhaust Pipe Muffler Silencer...
$28.99
+ $5.99 shipping

ⓘ Check if this part fits your vehicle    Contact the seller

🔻 SAVE UP TO **10%** WHEN YOU BUY MORE





### Rear Exhaust Pipe Muffler Silencer Tube Kit For KTM DUKE 250/390 2017 2018 2019

| Condition: | New |
|---|---|

| Bulk savings: | Buy 1 $25.99/ea | Buy 2 $24.69/ea | Buy 3 $23.91/ea |
|---|---|---|---|

Quantity:  1    4 or more for $23.39/ea

More than 10 available

Price:  **US $25.99/ea**

**Buy It Now**

**Add to cart**

Best Offer:  **Make Offer**

♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $5.99

**30-day returns**

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

#### Seller information

motornice_ar (358 ★)
98.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

| Shipping: | $8.99  Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
|---|---|---|

International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide    See exclusions

| Delivery: | ★ Estimated between **Thu. Oct. 29 and Wed. Nov. 18** |
|---|---|

Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

| Payments: | PayPal  VISA  MasterCard  [AmEx]  [Discover] |
|---|---|

**PayPal CREDIT**
Special financing available.  See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  30 day Buyer pays for return shipping |  See details

Have one to sell?  Sell now

Sponsored items from this seller 1/2          Feedback on our suggestions





Feedback

< >








For KTM DUKE 790 2018 2019 2020 Slip-on Catalyst...
$51.88
Free shipping

Stainless Steel Exhaust Middle Pipe For Vespa GT...
$35.99
+ $3.99 shipping

Exhaust Muffler Connect Mid Link Tube Pipe Kit For...
$79.99
Free shipping

Exhaust Mid Muffler Pipe Silencer System Clamp...
$58.99
Free shipping

Exhaust Middle Link Pipe Set Kit For Suzuki Hayabus...
$79.99
+ $8.99 shipping

Rear Spoke Nipple Kit Tire For Honda XR80R CRF80F...
$18.99
+ $4.99 shipping

---

**Description**  |  **Shipping and payments**                                    Report item

Seller assumes all responsibility for this listing.                    eBay item number: 373110210911

Last updated on  Sep 17, 2020 20:28:33 PDT  View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Country/Region of Manufacture: | China |
| Type: | Exhaust Pipe Muffler Silencer Tube | Warranty: | 1 Year |
| Manufacturer Part Number: | Does Not Apply | Finish: | Steel |
| Brand: | Alpha Rider | Color: | Black |
| Fitment: | For KTM DUKE 250 390 2017-2019 | Material: | Steel |
| UPC: | Does not apply | | |




# Rear Exhaust Pipe Muffler Silencer Tube Kit For KTM DUKE 250/390 2017 2018 2019

## Description

**Features:**

Color: Black

Condition: 100% Brand New

Material: Carbon Steel

**Fitment:**

For KTM Duke 250   2017 2018 2019

For KTM Duke 390   2017 2018 2019

**Package Included:**

1x Exhaust pipe Silencer

## Payment

Please note that we only accept PayPal.

## Shipping

**To International Customers:**

1) Shipping Fee is include packing & handling charges.

2) Import duties, taxes, and other charges are NOT INCLUDED in the item price or shipping charges.

3) These charges are the buyer's responsibility and vary by country/location.


Feedback

4) Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

5) These charges are normally collected by the delivering freight (shipping) company or when you pick the item up. These charges are not to be confused for additional shipping charges.

**PS:**

\* If you have not received the item within 30 days, please contact us first, and then we will arrange to resend or refund to you asap.

\* Please do not open case or leave bad feedback for us before contact, we will really appreciate that.

## Terms of Sale

**If you have any problems with the following issue, please Contact Us immediately.**

1) You do not satisfaction the item quality

2) Item do not fit your motorcycle perfect

3) Item can not reach your expectation

4) The item arrived be broken

5) You do not receive the item

6) Parcel Lost

7) Receive the wrong item

\* We are honest eBay dealers, we will endeavour to resolve all of your problems until you are satisfied.

Please feel free to Contact Us.

## About Me

**Alpha Rider-Service to every rider over the World.**

1) We are a store specializing in motorcycle accessories, with more than 2,000 products, you can find what you want.

2) We have powerful partner factory to sure our price can be the best.

3) We have professional team to care about every piece of fairing sale from us.




**Business seller information**

Value Added Tax Number: DE 322564226

**Return policy**

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to [eBay Return policy](#) for more details. You are covered by the [eBay Money Back Guarantee](#) if you receive an item that is not as described in the listing.

Sponsored items based on your recent views *1/3*

Feedback on our suggestions











| Motorcycle Rear Brake Fluid Reservoir Guard Cover For... | Motorcycle Headlight Protection Guard Cover Ki... | Rear Exhaust Pipe Muffler Silencer Tube Set For KTM... | Motorcycle Catalyst Delete Muffler Middle Link Pipe Fo... | CNC Rear Brake Fluid Reservoir Cover Black Fit f... | Motorcycle Rear Brake Fluid Reservoir Guard Cover For... |
|---|---|---|---|---|---|
| $12.99 | $55.99 | $28.99 | $51.88 | $9.99 | $12.99 |
| Free shipping | + $3.99 shipping | + $5.99 shipping | Free shipping | Free shipping | $13.97 |
| New | New | Seller 99.5% positive | Seller 99.8% positive | New | Free shipping |
|  |  |  |  |  | Seller 99.4% positive |

## Explore more sponsored options: Brand

### Lightning





| For KTM Duke 125 250 390 2017-2020 Motorcycle... | For KTM 125 250 390 Duke 2017-2020 Exhaust Pipe... | For KTM Duke 125 250 390 2017-2020 Slip On 51mm... |
|---|---|---|
| $88.99 | $97.89 | $73.71 |
| $99.99 | $109.99 | $82.82 |
| Free shipping | Free shipping | + $15.99 shipping |

## More from this seller 1/2

Feedback on our suggestions







| For KTM DUKE 790 2018 2019 2020 Slip-on Catalyst... | Stainless Steel Exhaust Middle Pipe For Vespa GT... | Exhaust Muffler Connect Mid Link Tube Pipe Kit For... | Exhaust Mid Muffler Pipe Silencer System Clamp... | Exhaust Middle Link Pipe Set Kit For Suzuki Hayabus... | Rear Spoke Nipple Kit Tire For Honda XR80R CRF80F... |
|---|---|---|---|---|---|
| $51.88 | $35.99 | $79.99 | $58.99 | $79.99 | $18.99 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

Back to search results
Return to top

**More to explore :** Motorcycle Silencers, Mufflers & Baffles for 2018 KTM 390, Motorcycle Silencers, Mufflers & Baffles for 2017 KTM 390, Motorcycle Silencers, Mufflers & Baffles for KTM 390, Yoshimura Motorcycle Silencers, Mufflers & Baffles for KTM 390, Unbranded Motorcycle Silencers, Mufflers & Baffles for KTM 390, KTM Motorcycle Silencers, Mufflers & Baffles for KTM 250, Motorcycle Silencers, Mufflers & Baffles for KTM 250, Exhaust Systems for KTM 390, Motorcycle Exhaust Pipes for KTM 250, Aluminum Motorcycle Silencers, Mufflers & Baffles for KTM 250

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback









People who viewed this item also viewed

Rear Exhaust Pipe Muffler Silencer...
$28.99
+ $5.99 shipping

Motorcycle Rear Exhaust Pipe...
$34.99
Free shipping

For KTM DUKE 250 390 Exhaust Pipe...
$28.99
+ $5.99 shipping

Motorcycle Rear Exhaust Pipe...
$35.14
~~$36.99~~
+ $2.00 shipping

Rear Exhaust Pipe Muffler Silencer...
$28.99
+ $5.99 shipping

Check if this part fits your vehicle Contact the seller

## SAVE UP TO 10% WHEN YOU BUY MORE

Have one to sell? Sell now

# Rear Exhaust Pipe Muffler Silencer Tube Kit For KTM DUKE 250/390 2017 2018 2019

Condition: New

Bulk savings: Buy 1 $25.99/ea | Buy 2 $24.69/ea | Buy 3 $23.91/ea

Quantity: 1 — 4 or more for $23.39/ea

More than 10 available

Price: US $25.99/ea

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

1-year accident protection plan from SquareTrade - $5.99

30-day returns

Shipping: $8.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Thu. Oct. 29 and Wed. Nov. 18
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
motornice_ar (358 ★)
98.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback

| For KTM DUKE 790 2018 2019 2020 Slip-on Catalyst... | Stainless Steel Exhaust Middle Pipe For Vespa GT... | Exhaust Muffler Connect Mid Link Tube Pipe Kit For... | Exhaust Mid Muffler Pipe Silencer System Clamp... | Exhaust Middle Link Pipe Set Kit For Suzuki Hayabus... | Rear Spoke Nipple Kit Tire For Honda XR80R CRF80F... |
|---|---|---|---|---|---|
| $51.88 | $35.99 | $79.99 | $58.99 | $79.99 | $18.99 |
| Free shipping | + $3.99 shipping | Free shipping | Free shipping | + $8.99 shipping | + $4.99 shipping |

---

Description | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

**Item location:** Guangzhou, China

**Shipping to:** Worldwide

Excludes: Africa, Central America and Caribbean, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Estonia, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, United Arab Emirates, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Laos, Bermuda, Greenland, Saint Pierre and Miquelon, Argentina, Bolivia, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela

Quantity: 1    Change country: United States ▾    ZIP Code: 60106    Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery ▾ |
|---|---|---|---|---|
| US $8.99 | US $8.69 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Oct. 29 and Wed. Nov. 18** |
| US $35.99 | US $29.99 | United States | Expedited Shipping from outside US | Estimated between **Wed. Oct. 14 and Mon. Oct. 19** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

**Handling time**

Will usually ship within 3 business days of receiving cleared payment.

**Taxes**

Taxes may be applicable at checkout. Learn more

---

### Payment details

Payment methods

 



**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views 1/3

Feedback on our suggestions










| Motorcycle Rear Brake Fluid Reservoir Guard Cover For... | Motorcycle Headlight Protection Guard Cover Ki... | Rear Exhaust Pipe Muffler Silencer Tube Set For KTM... | Motorcycle Catalyst Delete Muffler Middle Link Pipe Fo... | CNC Rear Brake Fluid Reservoir Cover Black Fit f... | Motorcycle Rear Brake F Reservoir Guard Cover I... |
|---|---|---|---|---|---|
| $12.99 | $55.99 | $28.99 | $51.88 | $9.99 | $12.99 |
| Free shipping | + $3.99 shipping | + $5.99 shipping | Free shipping | Free shipping | $13.97 |
| New | New | Seller 99.5% positive | Seller 99.8% positive | New | Free shipping |
|  |  |  |  |  | Seller 99.4% positive |





Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

motornice_ar (358 ★)

**Positive Feedback (last 12 months): 98.9%**

Member since: Jan-10-19 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 89 | 360 | 363 |
| Neutral | 2 | 3 | 3 |
| Negative | 1 | 4 | 4 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (341) | Reasonable shipping cost ★★★★★ (350) |
| Shipping speed ★★★★★ (347) | Communication ★★★★★ (361) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

4 Feedback received (viewing 1-4) Revised Feedback: 2

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (4) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **This item Does Not fit the Predator 3500 watt Inverter Generator.** FOR PREDATOR 3500 WATT 3500W INVERTER GENERATOR MAGNETIC OIL DIPSTICK CY CNC Red (#372990519630) | Buyer: 3***s (2) ~~US $13.39~~ (Best offer was accepted) | Past month Reciprocal feedback |
| Reply by motornice_ar. Left within past month. sorry.could you send me some pictures?we will give you a best solution. | | |
| **One of the pieces has a nick on it, unexpectedly** Side Mid Trim Cover Panel Insert Cowl Set For Yamaha R6 2003-2005 R6S 2006-2009 (#373118700270) | Buyer: r***w (100★) US $35.99 | Past 6 months Reciprocal feedback |
| Reply by motornice_ar. Left within past 6 months. sorry for this shipping issue.we can give you a best solution.please don't worry | | |
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **This article never came to me the order was placed 3 months ago** IAT Intake Air Fan Coolant Temperature Sensor Pigtail Plug For Honda Civic Acura (#373001645165) | Buyer: o***i (60★) US $5.19 | Past 6 months Reciprocal feedback |
| Reply by motornice_ar.Left within past 6 months. So sorry for the late delivered, we will improve in the future. | | |
| **Product not as described, must pay shipping to return to China(ship from Ohio)** 4x Motorcycle Rubber Grommet Mount Set Side Cover Fender For Yamaha 90480-12053 (#373023756343) | Buyer: s *** y ( 409★) ~~US $9.89~~ (Best offer was accepted) | Past 6 months Reciprocal feedback |

**Page 1 of 1**

← 1 →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Items for sale(1220)                                                                    See all items











Cross Enrichene...          Spring Installe...          8x CNC Fuel Inj...          Motorcycle Fron...          6V 15/15W Headl...
US $18.99        15m left   US $0.99         9h left    US $24.69        9h left    US $39.99       10h left    US $3.49        10h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

10/7/2020

Hi! Sign in or register     Daily Deals     Brand Outlet     Help & Contact                    Sell     Watchlist ⌄     My eBay ⌄     🔔     🛒

eBay | Shop by category ⌄ | 🔍 Search this Store | This Store ⌄ | **Search** | Advanced

eBay › eBay Stores › motornicear



## motornicear

5 followers | motornice_ar (358 ★) 98.9%

Welcome to motornice_ar! We sell a variety of professional auto parts.

♡ Save this seller

**Category**

All

eBay Motors
  Parts & Accessories
  Automotive Tools & Supplies
Business & Industrial
Home & Garden
Sporting Goods
Travel

Show Less ⌃

### Featured Items



| Clutch Brake Handle Levers Set Replace For HONDA... $6.29 | Plunger Pin&Compression Spring Replace 14125-KV2-... $9.29 | Set of 2 Rubber Exhaust Pipe Clamp Kit For Yamaha... $8.99 | Engine Side Case Screw Bolt Set Kit Replace For Honda... $11.99 |

---

All Listings | Auction | Buy It Now

1-48 of 1,153 Results



**Motorcycle Engine Guard Upper Crash Bars Protector Kit For KTM 790 Adventure/R**
$245.99
Free shipping
or Best Offer
From China
Brand: Alpha Rider

**Engine Guard Lower Crash Bars Protector Protection Kit For KTM790 Adventure/R**
$245.99
Free shipping
or Best Offer
From China
Brand: Alpha Rider

**Motorcycle Frame Protector Cover Fairing For BMW S1000RR 2015 2016 2017 2018 ABS**
$169.99
$22.99 shipping
or Best Offer
From China
Brand: Alpha Rider

**Motorcycle Swingarm Guard Cover Set For BMW S1000RR 2009-2018 S1000R 2015-2019**
$159.99
Free shipping
or Best Offer
From China
Brand: Alpha Rider

**Front Head Nose Air Intake Fairing Cover Carbon Fiber For BMW S1000RR 2015-2018**
$132.99
Free shipping
or Best Offer
From China
Brand: Alpha Rider

**Carbon Fibre Front Spoiler Winglets Fairing&Bracket Set For BMW S1000RR 2019-20**
$114.99
Free shipping
or Best Offer
From China

**Motorcycle Inner Front Fairing Headlight Cowl Nose Cover For YAMAHA R6 2017-2019**
$110.99
$12.99 shipping
or Best Offer
From China
Brand: Alpha Rider

**Windscreen Windshield Screen Bracket Set Replace For BMW F750GS F850GS 2018 2019**



$109.99
$12.99 shipping

From China
Brand: Alpha Rider



Motorcycle Front Spoiler Winglet Fairing Bracket Set For BMW S1000RR 2019 2020

$107.99
Free shipping
or Best Offer

From China



Motorcycle Engine Crash Bar Frame Protector Set For Kawasaki Z900 2017-2020 2019

$101.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider



For KTM 125SX Husqvarna FE TX TC Motorcycle 6000K LED Headlight Lamp Fairing Kit

$99.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider



Front Fender Splash Guard Mudguard Cover For BMW S1000RR S1000R 2009-2018 2015

$99.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider



For Kawasaki Z750 2007-2012 2010 Tail Left & Right Side Fairings Rear Cover ABS

$95.99
$14.99 shipping
or Best Offer

From China
Brand: Alpha Rider



For BMW S1000RR 2009-2018 2010 2011 Carbon Fiber Gas Fuel Tank Cover Fairing ABS

$92.99
Free shipping
or Best Offer

From China



Cylinder Rebuild Top End For Polaris Predator Scrambler 50 Sportsman 2-Stroke

$92.96
Free shipping
or Best Offer

From China
Brand: Alpha Rider



Motorcycle Carbon Fiber Fairing Side Panel For BMW S1000RR 2019 2020+ Glossy

$91.09
Free shipping
or Best Offer

From China
Brand: Alpha Rider



Motorcycle Rear Tail Upper Fairing Cover Body Set For Yamaha FZ6 FZ6N 2007-2009

$89.99
$12.99 shipping
or Best Offer

From China
Brand: Alpha Rider



CNC Rear Luggage Rack Cargo Holder Shelf Bracket For Piaggio VESPA GTS 300 250

$87.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider



Motorcycle Gas Fuel Tank Cover Fairing ABS For BMW S1000RR 2009-2018 2010 2012

$85.99
Free shipping
or Best Offer

From China



Motorcycle Headlight Protector Guard For Ducati Multistrada MTS1200 950S 1260S

$85.99
$6.99 shipping
or Best Offer

From China
Brand: Alpha Rider



Engine Water Cooling Tank Pipe Tube Cover Guard Replace For BMW K1600GTL K1600GT

$85.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider


52mm Cylinder Rebuild Top End Set For Polaris Predator Scrambler Sportsman 90

$84.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider


BIG BORE REBUILD KIT FOR 90cc 2-STROKE 50QMF SCOOTERS WITH JOG MINARELLI CLONE

$83.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider


L&R Battery Side Fairing Cover Set For Yamaha V-Star DragStar 650 XVS650 XVS650A

$83.96
Free shipping
or Best Offer

Brand: Alpha Rider


Exhaust Muffler Connect Mid Link Tube Pipe Kit For Suzuki GSR 400 600 BK 400 600

$79.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider


Exhaust Middle Link Pipe Set Kit For Suzuki Hayabusa GSX1300R GSXR1300 2008-2017

$79.99
$8.99 shipping
or Best Offer

From China
Brand: Alpha Rider


NEW LISTING  Fuel Gas Tank Cover Protector For Kawasaki ZX10R 2011-2019 2020 Carbon Fiber

$79.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider


Extended Run Fuel Cap Kit For Honda EU3000IS 6500IS 7000IS Generator Silver CNC

$79.69
Free shipping
or Best Offer

Brand: Honda


For Honda EU3000IS 6500IS 7000IS Portable Generator Extended Run Fuel Cap Cover

$79.69
Free shipping
or Best Offer

Brand: Honda


Extended Run Fuel Cap Gasket Kit For Honda EU3000IS EU6500IS EU7000IS Generator

$79.59
Free shipping
or Best Offer

Brand: Honda


Rear Luggage Rack Cargo Holder Shelf Bracket Scooter For Piaggio Vespa GTS 300

$78.99
$8.99 shipping
or Best Offer

From China
Brand: Alpha Rider


Engine Cylinder Rebuild Set For Polaris Predator Scrambler Sportsman 50cc ATV

$76.99
$8.99 shipping
or Best Offer

From China
Brand: Alpha Rider


Motorcycle Side Frame Panels Fairing Cowls Cover For Yamaha XJ6 2009-2012 2010

$34.99 to $74.99
$9.99 shipping

From China
Brand: Alpha Rider


Front Fender Mudguard Tire Guard Cover For Kawasaki Ninja 650R ER6N 2012-2016 14

$73.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider


Carbon Fiber Steering Wheel Paddle Shifter Extension For Discovery Jaguar 10-16

$72.99
$13.99 shipping

From China





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category

ktm All Categories Search Advanced

Include description

Items for sale from **motornice_ar** (358) | Save this seller | Show results from all sellers

### Categories

**eBay Motors**
- Other Motorcycle Parts
- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Fairings & Bodywork
- Other Motorcycle Accessories
- Motorcycle Silencers, Mufflers & Baffles
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (49)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00
- $ to $

**Item Location** see all
- **Default**
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motornice_ar (358)
Feedback rating: 358
Positive Feedback: 98.9%
Member since Jan-10-19 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
motornicear

All Listings | Auction | Buy It Now Sort: Best Match View:

**49** results for **ktm** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

Motorcycle Headlight Protection Guard Cover Kit For KTM 790 ADVENTURE / R ADV (Fits: KTM)
Brand New
**$55.99**
or Best Offer
+$3.99 shipping
Watch
From China
Brand: Alpha Rider

Motorcycle Rear Brake Fluid Reservoir Guard Cover For KTM 790 ADVENTURE R 19-20
Brand New
**$12.99**
or Best Offer
**Free Shipping**
Watch
From China
Brand: Alpha Rider

Engine Guard Protector Case Slider Cover Set For KTM DUKE RC 250 390 2017-2019
Brand New
**$42.89**
or Best Offer
**Free Shipping**
Watch
From China
Brand: Alpha Rider

Motorcycle Nos Tools Kit Set For Honda Kawasaki Suzuki Yamaha Ducati KTM Polaris
New (Other)
**$17.95**
or Best Offer
**Free Shipping**
**16 Watching**
Watch
Brand: Alpha Rider

Engine Guard Protector Case Slider Cover Pad Set For KTM DUKE RC 250 390 2017-19 (Fits: KTM)
Brand New
**$42.89**
or Best Offer
**Free Shipping**
Watch
From China
Brand: Alpha Rider

Universal Gripper Soft Seat Cover Gripper Rubber For KTM SX EXC XC XCW MX SXF
Brand New

$19.99
Buy It Now
+$2.99 shipping

From China
Brand: Alpha Rider



Motorcycle Nos Tool Kit For Honda Kawasaki Suzuki Yamaha Ducati KTM BMW Polaris (Fits: KTM)
New (Other)

$16.89
or Best Offer
Free Shipping
👁 Watch

From China
Brand: Alpha Rider



Motorcycle Front Nose Fairing Beak Cowl Protector Fender For KTM 1190 1290 ADV
Brand New

$47.99
or Best Offer
+$8.99 shipping
👁 Watch

From China
Brand: Alpha Rider



Rear Exhaust Pipe Muffler Silencer Tube Kit For KTM DUKE 250/390 2017 2018 2019
Brand New

$25.99
or Best Offer
+$8.99 shipping
👁 Watch

From China
Brand: Alpha Rider



Engine Guard Lower Crash Bars Protector Protection Kit For KTM790 Adventure/R
Brand New

$245.99
or Best Offer
Free Shipping
👁 Watch

From China
Brand: Alpha Rider



Air Intake Filter Cleaner For KTM SX85 2005-2012 SX105 SX400 520 525 XC85 EXC250 (Fits: KTM)
Brand New

$9.45
or Best Offer
Free Shipping
👁 Watch

From China
Brand: Alpha Rider



Front Headlight Guard Cover Protector Kit For KTM1290 Super Adventure R/S 17-18
Brand New

$68.90
or Best Offer
Free Shipping
👁 Watch

From China
Brand: Alpha Rider

For Beta KTM/Husqvarna SX/EXC/TE 125/150 Beta RR 250/300 Exhaust Manifold Gasket (Fits: KTM)
New (Other)

10/7/2020

 **Checkout**

How do you like our checkout? Tell us what you think

**Pay with**

- ○  Add a credit or debit card
- ○ **PayPal**
- ○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

**Ship to**

▮▮▮▮▮▮
1001 Foster Ave
Bensenville, IL 60106-1445
United States
▮▮▮▮▮▮

Change

**Review item and shipping**

Seller: motornice_ar    Message to seller



Rear Exhaust Pipe Muffler Silencer Tube Kit For KTM DUKE 250/390 2017 2018 2019
**$25.99**

Quantity    [ 1 ▾ ]

**Delivery**

- ● Est. delivery: Oct 29 – Nov 18
  Standard SpeedPAK from China/Hong Kong/Taiwan
  **$8.99**
- ○ Est. delivery: Oct 14 – Oct 19
  Expedited Shipping from outside US
  **$35.99**

**Gift cards, coupons, eBay Bucks**

Enter code: _____    [ Apply ]

**Donate to charity (optional)** ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount    [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $25.99 |
| Shipping | $8.99 |
| Tax* | $2.19 |
| **Order total** | **$37.17** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Search for anything    All Categories ⌄   **Search**   Advanced

Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts

Add to Watchlist

✓ This fits a KTM    Select Year

🔖 SAVE UP TO **10%** WHEN YOU BUY MORE

### Motorcycle Headlight Protection Guard Cover Kit For KTM 790 ADVENTURE / R ADV

**Condition:** New

**Bulk savings:**

| Buy 1 | Buy 2 | Buy 3 |
|---|---|---|
| **$55.99/ea** | $53.19/ea | $51.51/ea |

**Compatibility** : See compatible vehicles

**Quantity:** 1   4 or more for $50.39/ea

More than 10 available | 1 sold

**Price:** US $55.99/ea

**Buy It Now**

**Add to cart**

**Best Offer:**   **Make Offer**

♡ Add to Watchlist

**30-day returns**

**Shipping:** $3.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

**Delivery:** ⚡ Estimated between **Thu. Oct. 29 and Wed. Nov. 18**
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal VISA MasterCard AMEX Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** 30 day Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motornice_ar (358 ⭐)
98.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?   Sell now

---

### Similar sponsored items 1/2

Feedback on our suggestions



| FOR KTM 790 Adventure / R ADV Headlight Protection... | Motorcycle Headlight Protection Guard Cover Gr... | 1190 Adventure & R Adv Front Lamp Headlight... | New Engine Guard Cover and protector Crap Flap... | Motorcycle Engine Guard Cover & Protector For KTM... | Steering Stabilizer Damper For KTM DUKE RC 125 200... |
|---|---|---|---|---|---|
| $59.98 | $59.99 | $45.55 | $30.93 | $39.23 | $35.99 |
| $64.50 | Free shipping | Free shipping | $33.99 | Free shipping | $39.99 |
| Free shipping | Seller 100% positive | New | Free shipping | New | Free shipping |
| Seller 99.4% positive | | | Last one | | New |

---

### Sponsored items from this seller 1/2

Feedback on our suggestions



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    | Search for anything | All Categories ⌄ | **Search** |    Advanced

← Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f 𝕏 📌 | Add to Watchlist

ⓘ  Check if this part fits your vehicle    **Contact the seller**

🏷 SAVE UP TO **10%** WHEN YOU BUY MORE





**Motorcycle Rear Brake Fluid Reservoir Guard Cover For KTM 790 ADVENTURE R 19-20**

Condition:  New

Bulk savings:  | Buy 1 $12.99/ea | Buy 2 $12.34/ea | Buy 3 $11.95/ea |

Quantity:  | 1 |   4 or more for $11.69/ea
More than 10 available / **4 sold**

Price:  **US $12.99/ea**

**Buy It Now**

**Add to cart**

Best Offer:  **Make Offer**

♡ **Add to Watchlist**

*Free shipping*        30-day returns



Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. **Learn more**

**Seller information**
**motorice_ar** (358 ⭐)
98.9% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**



Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide  See exclusions

Delivery:  ▶ Estimated between **Mon. Nov. 9 and Mon. Nov. 30** ⓘ
This item has an extended handling time and a delivery estimate **greater than 22 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal VISA 💳 💳 💳

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. **Learn more**

Returns:  30 day Buyer pays for return shipping | See details

---

Similar sponsored items 1/2                                    Feedback on our suggestions



2020 Front Rear Brake Fluid Reservoir Cover For KTM...
$9.67
$10.99
+ $2.50 shipping
Seller 99% positive

Motorcycle Rear Brake Fluid Reservoir Guard Cover For...
$12.99
$13.97
Free shipping
Seller 99.4% positive

Rear Brake Fluid Reservoir Cover Cap for KTM DUKE...
$13.02
Free shipping
New

1X Rear Fluid Reservoir Protective Cover Guard Fo...
$11.39
$11.99
Free shipping
Seller 99.6% positive

Motorcycle Rear Brake Fluid Reservoir Guard Cover for...
$13.02
$11.99
Free shipping
New

For KTM 790 Duke,790 Adventure (R) Front and Re...
$20.68
$22.98
Free shipping
Seller 99.4% positive

Feedback

Sponsored items from this seller 1/2                              Feedback on our suggestions













People who viewed this item also viewed

10PCS Universal Hex Socket Bolt...
$6.99
Free shipping

10x Universal Hex Socket Bolt Scre...
$6.99
Free shipping

30Pcs Motorcycle Screw Nut Bolt...
$5.39
~~$5.99~~
Free shipping

Fits Ducati 848/899/1098/11...
$9.99
+ $2.20 shipping

10mm Hole CNC Swingarms Spool...
$8.64
~~$9.19~~
Free shipping

This fits a KTM | Select Year

Have one to sell? Sell now

# Motorcycle 7.5mm-10mm Engine Bolt Caps Cover For Yamaha Ducati KTM Universal

Condition: New

Compatibility: See compatible vehicles

Color: - Select -

Quantity: 1 | 10 available

Price: **US $9.99**

Buy It Now

Add to cart

Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: GuangZhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Wed. Oct. 28 and Tue. Nov. 17
Please note the delivery estimate is greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

motorparts-mall (512)
98.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Sponsored items from this seller | Feedback on our suggestions

Pair Rubber Footpegs Floorboard Insert Pads For...
$44.38
Free shipping

For Honda CBR650 CB650 2014-2019 Motorbike Gas...
$11.41
+ $0.99 shipping

Solo Seat Hardware Bracket Mount + Spring For Harley...
$15.12
Free shipping

New Intake Air Filter Cleaner For Harley Touring Road...
$84.99
Free shipping

Description | Shipping and payments | Report item

eBay item number: 2839154982 | Feedback

Seller assumes all responsibility for this listing.

Last updated on Sep 15, 2020 09:03:59 PDT View all revisions

## Compatibility

Please choose your vehicle's details for specific results.

Year [-Select-▾]  Make [-Select-▾]  Model [-Select-▾]  Submodel [-Select-▾]  Go

[show all compatible vehicles]

✓ This part is compatible with 58 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2006 | KTM | 50 | Adventure Senior |
| | 2006 | KTM | 50 | Mini Adventure |
| | 2006 | KTM | 50 | SX |
| | 2006 | KTM | 50 | SX Junior |
| | 2006 | KTM | 50 | SX Pro Junior LC |
| | 2006 | KTM | 50 | SX Pro Sr LC |
| | 2006 | KTM | 50 | Sr Adventure |
| | 2006 | KTM | 65 | SX |
| | 2006 | KTM | 85 | SX 17/14 |
| | 2006 | KTM | 85 | SX 19/16 |
| | 2006 | KTM | 105 | SX |
| | 2006 | KTM | 125 | EXC |
| | 2006 | KTM | 125 | SX |
| | 2006 | KTM | 125 | SXS |
| | 2006 | KTM | 200 | XC |
| | 2006 | KTM | 200 | XCW |
| | 2006 | KTM | 250 | SX |
| | 2006 | KTM | 250 | SXF |
| | 2006 | KTM | 250 | SXS |
| | 2006 | KTM | 250 | SXS-F |

Page 1 of 3                    ‹ 1 2 3 ›

Portions of the information contained in this table have been provided by motorparts-mall

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Type: | Bolt Covers |
| Warranty: | Yes | Fit: | Custom Fit |
| Country/Region of Manufacture: | China | Brand: | Unbranded |
| UPC: | Does not apply | Manufacturer Part Number: | 10001-0092 |
| Material: | CNC Aluminum | Placement on Vehicle: | Front |
| Inner Hole Size: | 7.5mm - 10mm | | |

## Mortal-Mall

motorparts-mall (512 ★)  98.5%

📧 Sign up for newsletter

Search within store

[                    ] 🔍

Visit Store: Mortor-Mall

Engine    Body & Frame    Lighting & Indicators    Foot Control    Handlebar Control

You May Like Hot Sell Item

| Motorcycle Bolt Topper Cap Cover Kits For Harley Touring FLTR FLHX FLHT 07-16 | 11mm-14.6mm Motorcycle Motor Bolt Caps Racing Bike Screw Cover Trim Universal | Racing Bike Motor Engine Body Work 9mm-12mm Screw Bolt Topper Caps Cover Kit | Motorcycle 7.5mm-10mm Engine Bolt Caps Cover For Yamaha Ducati KTM Universal | 10X Bolt Toppers Caps Aluminum Screw Cover 7.5-10mm/9-12mm/11-14.6mm Universal | 7.5-10mm/9-12mm/11-14.6mm Chrome Motor Bolt Caps Cover Set For Harley Universal |
|---|---|---|---|---|---|
| 59.99 USD | 11.99 USD | 10.99 USD | 9.99 USD | 16.90 USD | 17.13 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

| 7.5-10mm/9-12mm/11-14.6mm Bolt Topper Caps CNC Schrauben Cover Universal 10PCS | Black Screw Nuts 7.5-10mm/9-12mm/11-14.6mm Schrauben Bolt Topper Cap Universal | Chrome Screw Nuts 7.5-10mm/9-12mm/11-14.6mm Schrauben Bolt Topper Cap Universal | 7.5mm-10mm Motorcycle Chrome CNC Bolt Topper Caps Cover For Harley Dyna 91-15 | | |
|---|---|---|---|---|---|
| 14.27 USD | 14.27 USD | 14.27 USD | 12.40 USD | | |
| Buy it now | Buy it now | Buy it now | Buy it now | | |
| Free shipping | Free shipping | Free shipping | Free shipping | | |

Feedback 



Motorcycle 7.5mm-10mm Engine Bolt Caps Cover For Yamaha Ducati KTM Universal





Product Description

**Description:**
- Condition:100% Brand New
- Material: CNC Aluminum
- Color : Black, Chrome, Titanium, Red, Blue, Green, Gold
- Inner Hole Size: 7.5mm-10mm
- Easily installed using the included set screws.
- The internal spring steel retention clip resists vibration and thermal cycling to securely hold the covers in place.

**Package Included:** 5PCS Bolt Caps (bolts are not include )
**Fitment:** Fit For All Inner Hoel Size 7.5mm-10mm socket head screws with hex drive
(Please Ensure This Part Fits For Your Motorcycle Before Bidding.)

Payment

We accept PayPal ONLY. Please make sure you have a valid PayPal account before bidding.

Delivery details

• The items you ordered will be shipped out in 1-2 business daywhen your payment is clear. The arrival time is 10-20 business days to United States usually.
•
International Buyers – Please Note:
Import duties, taxes, and charges are not included in the item price or shipping cost. These charges are the buyer's responsibility.
Please check with your country's customs office to determine what these additional costs will be prior to bidding or buying.
•

Terms of sales

We will keep in touch with you during the transaction, and promise to stand by the item.
Any question, please contact us via ebay message, we will response to you within 24 hours and solve the problem for you.
If you do not receive the item in the scheduled time, or you are not saisfied with what you receive, please kindly get back to us for a solution.
If you receive defective items (seldom happen), we will either refund or send replacement. In this case, pictures that can clearly show the problem are NECESSARY.

We will surely help with the problem and give you a satisfactory answer.Without communication, PLEASE:
1, DO NOT open any case in Resolution Center;
2, DO NOT leave any neutral or negative feedback;

Feedback

About us

We are a wholesaler of motorcycle fairings and aftermarket motorcycle parts in China. We are focus on motorcycle fairings and aftermarket

We are a wholesaler of motorcycle fairings and aftermarket motorcycle parts in China. We are focus on motorcycle fairings and aftermarket parts !
We have professional team to care about every piece of fairing sale from us. Best sevice is the key to make we stand out.
We have poweful partner factory to sure our price can be the best !!
Service to every rider over the World is our target !!!!

Contact us

Please contact us before you leave us negative or neutral feedback , communication can solve 99.9% of problems, we care for every customer.
If you leave us any neutral or negative feedback without any communication with us ,we will not follow up to solve any problem for you.
(Because eBay consider all the neutral feedback as negative feedback ,it won't be removed any more).

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

You May Like Hot Item

Aluminum Chrome Seat Bolt Screw Kit Mounting Tab Knob Cover Nut For Harley
5.54 USD
Buy it now

Aluminum Black Rear Seat Bolt Screw Nut Mounting Knob Tab Cover Kit For Harley
5.46 USD
Buy it now

Black CNC Aluminum Knurled Seat Bolt Billet For Harley Touring Sportster XL 1200
2.99 USD
Buy it now

4pcs Chrome Spark Plug Head Bolt Cap Cover Plug For Harley Twin Cam Models 99-17
10.99 USD
Buy it now
Free shipping

10PCS Universal Chrome Motorcycle Bike Aluminum Machine Bolts Screw M6 x 20mm
4.03 USD
Buy it now

4pcs Black Spark Plug HeadBolt Cap Covers Plug For Harley Twin Cam Sportster XL
10.32 USD
Buy it now
Free shipping

M6x16mm Chrome Umbrella Head Motorcycle Aluminum Bolts Screw Sportbike Universal
5.13 USD
Buy it now

Black CNC Spark Plug Headbolt Cap Cover Plug Kit For Harley Twin Cam Model 99-up
12.51 USD
Buy it now
Free shipping

CNC Chrome Inner 9mm-12mm Schrauben Motor Bolt Cover Topper Cap For Harley 10pcs
13.36 USD
Buy it now
Free shipping

Motorcycle Chrome CNC Schrauben Inner 11mm-14.6mm Motor Screw Bolt Cover Cap
14.80 USD
Buy it now
Free shipping

10PCS Universal Black Motorcycle Bike Aluminum Machine Bolts Screw M5 x 16mm
4.03 USD
Buy it now

Motorcycle CNC Aluminum Engine Oil Drain Plug Bolt For KTM Duke RC 125 200 390
4.99 USD
Buy it now
Free shipping

powered by
PUSHAUCTION

Sponsored items based on your recent views 1/2                    Feedback on our suggestions













Motorcycle Gear Shift Case Protectors Covers Lever...
$3.46
$3.68
+ $3.99 shipping
New

1 Pcs Black Universal Motorcycle Rubber Shifter...
$0.99
+ $115 shipping
New

Motorcycle Gear Lever Rubber Shift Sock Boot...
$3.48
$3.70
+ $3.99 shipping
New

Motorcycle Gear Shift Lever Cover Rubber Sock Boot...
$3.49
$3.71
+ $3.99 shipping
New

Fit For Gixxer SF 250 GSX150F GSX250R-A Han...
$29.99
+ $11.99 shipping
New

Fit For KTM LC8 Adventure 950/990 Supermoto...
$9.35
$9.95
+ $3.99 shipping
New










Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay
Shop by category | Search for anything | All Categories | Search | Advanced
Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work | Add to Watchlist

People who viewed this item also viewed

10PCS Universal Hex Socket Bolt...
$6.99
Free shipping

10x Universal Hex Socket Bolt Scre...
$6.99
Free shipping

30Pcs Motorcycle Screw Nut Bolt...
$5.39
~~$5.99~~
Free shipping

Fits Ducati 848/899/1098/11...
$9.99
+ $2.20 shipping

10mm Hole CNC Swingarms Spool...
$8.64
~~$9.19~~
Free shipping

This fits a KTM | Select Year

$ Have one to sell? Sell now

# Motorcycle 7.5mm-10mm Engine Bolt Caps Cover For Yamaha Ducati KTM Universal

Condition: New

Compatibility: See compatible vehicles

Color: - Select -

Quantity: 1 10 available

Price: US $9.99

Buy It Now | Add to cart | Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: GuangZhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Wed. Oct. 28 and Tue. Nov. 17
Please note the delivery estimate is greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

motorparts-mall (512 ★)
98.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Sponsored items from this seller

Feedback on our suggestions

Pair Rubber Footpegs Floorboard Insert Pads For...
$44.38
Free shipping

For Honda CBR650 CB650 2014-2019 Motorbike Gas...
$11.41
+ $0.99 shipping

Solo Seat Hardware Bracket Mount + Spring For Harley...
$15.12
Free shipping

New Intake Air Filter Cleaner For Harley Touring Road...
$84.99
Free shipping

Description | Shipping and payments | Report item | Feedback

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: **GuangZhou, China**
Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Asia, Central America and Caribbean, Middle East, North America, Southeast Asia, South America, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Estonia, Finland, Gibraltar, Greece, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Norway, Romania, San Marino, Serbia, Slovakia, Slovenia, Spain, Svalbard and Jan Mayen, Ukraine, Vatican City State, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, PO Box

Quantity: [1]   Change country: [United States ▾]          ZIP Code: [60440]   [Get Rates]

| Shipping and handling | Each additional item | To | Service | Delivery |
|---|---|---|---|---|
| Free shipping | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Oct. 28 and Tue. Nov. 17** |
| US $15.00 | US $9.99 | United States | Standard Shipping from outside US | Estimated between **Mon. Oct. 19 and Mon. Nov. 16** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 1 business day of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods



### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## Sponsored items based on your recent views  1/2                          Feedback on your suggestions









| Motorcycle Gear Shift Case Protectors Covers Lever... | 1 Pcs Black Universal Motorcycle Rubber Shifter... | Motorcycle Gear Lever Rubber Shift Sock Boot... | Motorcycle Gear Shift Lever Cover Rubber Sock Boot... | Fit For Gixxer SF 250 GSX150F GSX250R-A Han... | Fit For KTM LC8 Adventure 950/990 Supermoto... |
|---|---|---|---|---|---|
| $3.46 | $0.99 | $3.48 | $3.49 | $29.99 | $9.35 |
| $3.68 | | $3.70 | $3.71 | | $9.95 |
| + $3.99 shipping | + $1.15 shipping | + $3.99 shipping | + $3.99 shipping | + $11.99 shipping | + $3.99 shipping |
| New | New | New | New | New | New |

## Explore more sponsored options: Brand

| Ducati | More | | Yamaha | More |
|---|---|---|---|---|





Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

ebay   Shop by category ⌄   🔍 Search for anything   All Categories ⌄   **Search**   Advanced

Home ➔ Community ➔ Feedback forum ➔ Feedback profile

## Feedback profile                                                      ebay MONEY BACK GUARANTEE

**motorparts-mall** (512 ★) ⓘ ⓘ
**Positive Feedback (last 12 months): 98.5%** ⓘ
Member since: Dec-19-16 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 21 | 118 | 213 |
| ⚪ Neutral | 0 | 2 | 5 |
| ➖ Negative | 0 | 3 | 3 |

### Detailed seller ratings ⓘ

| Average for the last 12 months | |
|---|---|
| Accurate description ★★★★★ (183) | Reasonable shipping cost ★★★★★ (198) |
| Shipping speed ★★★★★ (183) | Communication ★★★★★ (195) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

3 Feedback received (viewing 1-3)                                    Revised Feedback: 2 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

🔍 e.g. Vintage 1970's Gibson Guitars          Rating type: Negative (3) ⌄   Period: 12 Months ⌄



| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **The mirrors were cut unevenly and too large to fit the mirror frame. Unusable.** Teardrop Rearview Mirror Lens Mirror Glass Lenses For Harley Models 1982-2019 (#283770826681) | Buyer: i***v (117★) US $11.99 | Past 6 months Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Delivery time is ridiculous do not use this company** CNC Speedometer Bezels Trim Ring For Harley Electra Glide Street Glide 1996-2013 (#283676826170) | Buyer: 9***9 (18★) US $39.84 | Past 6 months Reciprocal feedback |
| ➖ **Poor quality, wrong size holes, China** 🖐 Black 2.25" Passenger Foot Peg Support Mount Clevis For Harley Softail 2000-2006 (#283740093111) | Buyer: 1***r (111★) US $13.99 | Past 6 months Reciprocal feedback |
| Reply by motorparts-mall. Left within past 6 months. So sad to hear that, any problem, could u contact us first? then we will help u | | |

Page 1 of 1                         ← 1 →

**Member Quick Links**       **Suggested Next**
Contact member               Leave Feedback
View items for sale          Reply to received Feedback
View seller's Store          Follow up to given Feedback
                             Request feedback revision

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

**motorparts-mall** (512★)
98.5% positive feedback

📄 Items for sale    🏬 Visit store    ✉ Contact

Based in China, motorparts-mall has been an eBay member since Dec 19, 2016

♡ Save

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 183 | Item as described | |
| ★★★★★ 195 | Communication | |
| ★★★★★ 183 | Shipping time | |
| ★★★★★ 198 | Shipping charges | |

➕ 213 Positive    ◯ 5 Neutral    ➖ 3 Negative

Feedback from the last 12 months

➕ You make eBay great
Sep 28, 2020

● ○ ○ ○ ○

See all feedback

**5** Followers | **0** Reviews | Member since: **Dec 19, 2016** | 📍 China

## Items for sale(14)

See all items







Motorcycle Part... | Motorcycle Part... | Motorcycle Part... | Motorcycle Part... | Pair Rubber Foo...
US $17.34   1d left | US $17.34   1d left | US $17.34   1d left | US $17.34   1d left | US $44.38   8d left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search this Store This Store Search Advanced

eBay › eBay Stores › Motorparts-Mall

# Motorparts-Mall

5 followers | motorparts-mall (512 ★) 98.5%

Save this seller

**Category**

**All**
Body & Frame
Engine
Foot Control
Sticker Decal Tank Pad
For Harley
For Honda

All Listings Auction Buy It Now Time: ending soonest

1-5 of 5 Results

Motorcycle Parts Seat Foot Pedal Craft Handbag Leather Fringe Black For Indian
$17.34
$0.99 shipping
From China

Pair Rubber Footpegs Floorboard Insert Pads For Indian Chief Vintage Dark Horse
$44.38
Free shipping
From China

Solo Seat Hardware Bracket Mount + Spring For Harley Sportster Custom Old School
$15.12 to $25.90
Free shipping
From China

For Honda CBR650 CB650 2014-2019 Motorbike Gas Tank Cap Sticker Protction Pad
$11.41
$0.99 shipping
From China

New Intake Air Filter Cleaner For Harley Touring Road King Electra Glide 2017-up
$84.99
Free shipping
From China

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | ktm | All Categories | Search | Advanced

Include description

Items for sale from **motorparts-mall** (513 ) | Save this seller | Show results from all sellers

**Categories**

eBay Motors
- Motorcycle Fairings & Bodywork
- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Parts
- Motorcycle Parts
- Other Motorcycle Lighting & Indicators
- Motorcycle Gas Tanks
- Motorcycle Handlebars
- Fewer

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (42)

**Price**
- Under $8.00
- $8.00 - $15.00
- Over $15.00

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motorparts-mall (513 )
Feedback rating: 513
Positive Feedback: 98.5%
Member since Dec-19-16 in Hong Kong

Read feedback profile
Add to my favorite sellers
Visit seller's eBay Store!
Mortor-Mall

All Listings | Auction | Buy It Now | Sort: Best Match | View:

**42** results for **ktm** | Save this search

## Find your Motorcycle

Make & Model: KTM | Any Model
Year From / To: Year From | Year To
Distance: Any Distance of | 60440

Clear selections

**0** matching results

Find Results

M6 Fairing Bolts Spire Fastener Clips Spring Nuts For Suzuki KTM Honda Universal
Brand New
**$11.41** From China
Buy It Now
**Free Shipping**

Motorcycle 7.5mm-10mm Engine Bolt Caps Cover For Yamaha Ducati KTM Universal (Fits: KTM)
Brand New
**$9.99** From China
Buy It Now
**Free Shipping**

Universal M6 x 40mm Blue Motorcycle Dirt Bike Bolts 10PCS Aluminum Decor Screw (Fits: KTM)
Brand New
**$4.03** From China
Buy It Now
+$3.00 shipping
Watch

Motorbike Fuel Tank Side Pad Grips Decals Fit For KTM DUKE 125 200 390 2012-2016
Brand New
**$10.32** From China
Buy It Now
**Free Shipping**
Watch

Pair GasTank Pad Knee Decal Grips Easy Yellow For KTM DUKE 390 200 125 2013-2016 (Fits: KTM)
Brand New
**$16.24** From China
Buy It Now
**Free Shipping**
Watch

3M Oil Tank Traction Side Pad Rubber Sticker For KTM DUKE 390 200 125 2012-2016
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

**Pay with**

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

**Ship to**
███
375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███
Change

**Review item and shipping**

Seller: motorparts-...   Edit message
Message: Item Id: 283915498206 Buyer's Vehicle: KTM



Motorcycle 7.5mm-10mm Engine Bolt Caps Cover For Yamaha Ducati KTM Universal
Color: Black
**$9.99**

Quantity   1 ▾

**Delivery**

● Est. delivery: Nov 13 – Dec 3
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Nov 3 – Dec 2
Standard Shipping from outside US
**$15.00**

**Gift cards, coupons, eBay Bucks**

Enter code: _____   Apply

**Donate to charity (optional)** ⓘ
Bright Pink NFP
Donate $1 and help educate women on breast and ovarian cancer prevention.

Select amount   None ▾

| | |
|---|---|
| Subtotal (1 item) | $9.99 |
| Shipping | Free |
| Tax* | $0.62 |
| **Order total** | **$10.61** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi ██████ ! ▾   Daily Deals   Brand Outlet   Help & Contact       Sell   Watchlist ▾   My eBay ▾   🔔 1   🛒

ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**    Advanced

◂ Back to home page | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Lighting & Indicators › Headlight Assemblies        ✉ f 𝕏 ⓟ | Add to Watchlist

ⓘ  Check if this part fits your vehicle   **Contact the seller**

🅱 **BUY 1, GET 1 AT 7% OFF** (add 2 to cart)   See all eligible items ▸



$ Have one to sell?   **Sell now**

### Motorcycle Headlight Headlamp for KTM EXC MXC 525 450 Dirt Bike Black

Condition:   New

Quantity:   1    3 available / **6 sold**

Price:   US $31.75

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ **1-year accident protection plan** from SquareTrade - $5.99

**Limited quantity remaining** | More than 66% sold | Free shipping

Shipping:   **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide   See exclusions

Delivery:   ◵ Estimated between **Wed. Nov. 4** and **Tue. Nov. 24** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal  VISA  🔴🟠 MasterCard  AMERICAN EXPRESS  DISCOVER
 

**PayPal CREDIT**
Special financing available. | See terms and apply now

🔵 Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:   30 day buyer pays for return shipping | See details

#### Shop with confidence
🔵 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
motorpartsvalue (44168 ⭐)
97.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2                                    Feedback on our suggestions

     

| Motorcycle Headlight Dirt Bike Head Lamp Fairing For... | Dirt Bike Headlight Head Lamp Fairing For KTM EXC... | Orange Dirt Bike Headlight Head Lamp For KTM EXC X... | Black Dirt Bike Headlight Head Lamp Fairing For KT... | Headlight Dual Sport MX Supermoto Dirt Bike For... | LED Orange Dirt Bike Motorcycle Headlight Lam... |
| $25.10 | $25.10 | $25.10 | $25.10 | $26.03 | $27.91 |
| $26.99 | $26.99 | $26.99 | $26.99 | $27.99 | $30.01 |
| + $3.50 shipping | + $3.50 shipping | + $3.50 shipping | + $3.50 shipping | + $3.50 shipping | + $5.49 shipping |
| New | New | Seller 99% positive | New | Seller 99.1% positive | New |

---

### Sponsored items from this seller 1/2                                Feedback on our suggestions

Feedback



     

| BLACK HEADLIGHT LAMP FAIRING MOTORCYCLE M... | Motorcycle 6V Headlight Headlamp For Honda Z50... | Motorcycle Headlight Fairing Orange for... | Motorcycle Headlight Headlamp Light For DUCA... | 5.75" Motorcycle Black Headlight Housing Holder... | 7.4" Motorcycle Black Headlight Housing Holder... |
|---|---|---|---|---|---|
| $44.51 | $19.44 | $28.71 | $170.96 | $36.16 | $52.15 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description**   Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: 323774877142

Last updated on  Oct 11, 2020 18:57:31 PDT   View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Manufacturer Part Number: | Does Not Apply | Color: | Black |
| Material: | Plastic | Country/Region of Manufacture: | China |
| Placement on Vehicle: | Front | Designer/Brand: | Unbranded |
| Size: | as described | MPN: | Does Not Apply |
| UPC: | Does not apply | ISBN: | Does not apply |
| EAN: | Does not apply | | |



Motorcycle Headlight Headlamp for KTM EXC MXC 525 450 Dirt Bike Black

**Description:**

Provide good field of view while driving in poor visibility
Unique shape and beautiful appearance
With antivibration rubber straps.
Well performance with high quality and durability
Fits for KTM SX EXC XCF SMR CRF XR WRF YZF DRZ KLX

**Specification:**

Bulb Type: Halogen Lamp, 12V,35W
Material: Plastic

**Package Includes:**

1 Piece Motorcycle Headlight
4 Pieces Mounting Straps







Feedback





**Shipping And Handling Policy**

- The buyer is responsible for any applicable import duties and local taxes. Please verify with your customs before making your purchase.
- Please verify your address during checkout. We are not responsible for any wrong or undeliverable addresses.

## People always bought together with



| | | | | |
|---|---|---|---|---|
| Motorcycles 6V Headlight Sealed Beam fits for | 4pcs Motorcycle Headlight Net Guard | Motorcycles 6V Headlight Sealed Beam For Honda | 2 Pieces Motorcycle LED Headlight Work Spotlight | Motorcycle Cycling LED Headlight Passing |
| US$21.5 | US$26.07 | US$19.21 | US$33.37 | US$19.04 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now | Buy It Now |
| Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping |
| Motorcycle LED Headlight Outside Driving | 2pcs Reproduction 6V Headlight For Honda Z50 | Motorcycle 6V Headlight Sealed Beam For Honda | 3pcs 175mm Motorcycle Headlight Grill Guards | 2 Pieces 7inch Retro Motorcycle Headlight |
| US$19.06 | US$34.39 | US$19.21 | US$23.28 | US$17.1 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now | Buy It Now |
| Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping |
| Metal 5.75" Headlight Headlamp Cover Housing | 2x Motorcycle Driving Lights Spotlights Fog | Side Mounting Fork Tube Clamp Headlight | 2pcs Universal New Aftermarket Fog Light | 2x BA20D S2 Halogen Headlight White Light |
| US$35.78 | US$33.87 | US$13.61 | US$18.9 | US$6.93 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now | Buy It Now |
| Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping |
| 2pcs New Aftermarket Front Headlight LED Fog | 2 Pieces 55W Super Bright Motorcycle | Acrylic ATV Headlamp Grille Cover For BMW | Headlight Grille Cover For BMW R1200GS | Headlight Protector Guard Cover Fit for B |
| US$18.9 | US$77.9 | US$9.88 | US$9.91 | US$49.56 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now | Buy It Now |
| Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping |

10/16/2020

**BUY 1, GET 1 AT 7% OFF (add 2 to cart)*** See all eligible items ▸

Hot Sale

Discount will be applied when you add promotional items from motorpartsvalue to your cart

All promotional offers from motorpartsvalue







See all

2 Pin Adjustable LED Flasher Relay Car Turn Signal Indicator Blinker Light

Side Mount Tail Light License Plate Bracket for Honda Rebel 250 CMX250C

6V-12V 2-Pin Indicator Electronic Turn Signal Flasher Relay for Motorbike

2x 12v 2-Pin Speed Adjustable LED Flasher Relay Fix Turn Signal Flash

Amber LED Black Micro Mini Tiny Small Indicators Turn Signals Motorcycle

US $7.18          US $13.45          US $4.99          US $6.96          US $10.32

* Value of least expensive qualifying item will be discounted from the subtotal amount, once per transaction.

Offer conditions/Learn about pricing

You can change quantities in your cart.

---

Sponsored items based on your recent views 1/4

Feedback on our suggestions









White LED Motorcycle Headlight Front Light For...

$59.98
Free shipping
New

Motorcycle Headlight Fairing for KTM Enduro...

$23.14
Free shipping
New

Motorcycle 6000K LED Headlight Lamp Fairing For...

$99.99
Free shipping
Seller 99.3% positive

Black Dirt Bike Headlight Head Lamp Fairing For KT...

$25.10
$26.99
+ $3.50 shipping
New

For KTM EXC XC MXC 250 450 525 530 Dirt Bike...

$25.48
$27.40
+ $3.50 shipping
Seller 99.1% positive

Orange Dirt Bike Headlight Head Lamp Fairing Fit KTM...

$36.26
$38.99
+ $3.50 shipping
Seller 99.1% positive

---

More from this seller 1/2

Feedback on our suggestions








BLACK HEADLIGHT LAMP FAIRING MOTORCYCLE M...

$44.51
+ shipping

Motorcycle 6V Headlight Headlamp For Honda Z50...

$19.44
+ shipping

Motorcycle Headlight Fairing Orange for...

$28.71
+ shipping

Motorcycle Headlight Headlamp Light For DUCA...

$170.96
+ shipping

5.75" Motorcycle Black Headlight Housing Holder...

$36.16
+ shipping

7.4" Motorcycle Black Headlight Housing Holder...

$52.15
+ shipping

---

Back to home page                                                      Return to top

More to explore : KTM EXC Motorcycles, Motorcycle Headlight Assemblies for KTM 525, KTM EXC, Pazoma Motorcycle Headlight Assemblies for KTM 525, Unbranded Motorcycle Headlight Assemblies for KTM 525, Motorcycle Headlight Assemblies for KTM 450, Trail Tech Motorcycle Headlight Assemblies for KTM 525, KTM Motorcycle Parts for KTM 525, Areyourshop Motorcycle Headlight Assemblies for KTM 450, Unbranded Motorcycle Headlight Assemblies for KTM 450

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 

Feedback



Hi █████! Daily Deals    Brand Outlet    Help & Contact
Sell    Watchlist    My eBay    🔔1    🛒

Shop by category    Search for anything    All Categories    Search    Advanced

◁ Back to home page | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies

✉ f t p | Add to Watchlist

ⓘ Check if this part fits your vehicle    Contact the seller

🅱 BUY 1, GET 1 AT **7% OFF** (add 2 to cart)    See all eligible items ▸



### Motorcycle Headlight Headlamp for KTM EXC MXC 525 450 Dirt Bike Black



Condition: New

Quantity: 1    3 available / 6 sold

Price: US $31.75

[Buy It Now]
[Add to cart]
[♡ Add to Watchlist]

☐ 1-year accident protection plan from SquareTrade - $5.99

Limited quantity remaining | More than 66% sold | Free shipping

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide    See exclusions

Delivery: ◆ Estimated between **Wed. Nov. 4 and Tue. Nov. 24** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA ● ● ●
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day buyer pays for return shipping | See details

#### Shop with confidence
$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

#### Seller information
motorpartsvalue (44168 ⭐)
97.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?    [Sell now]

---

## Similar sponsored items 1/2    Feedback on our suggestions



Motorcycle Headlight Dirt Bike Head Lamp Fairing For...
$25.10
~~$26.99~~
+ $3.50 shipping
New

Dirt Bike Headlight Head Lamp Fairing For KTM EXC...
$25.10
~~$26.99~~
+ $3.50 shipping
New

Orange Dirt Bike Headlight Head Lamp For KTM EXC X...
$25.10
~~$26.99~~
+ $3.50 shipping
Seller 99% positive

Black Dirt Bike Headlight Head Lamp Fairing For KT...
$25.10
~~$26.99~~
+ $3.50 shipping
New

Headlight Dual Sport MX Supermoto Dirt Bike For...
$26.03
~~$27.99~~
+ $3.50 shipping
Seller 99.1% positive

LED Orange Dirt Bike Motorcycle Headlight Lam...
$27.91
~~$30.01~~
+ $5.49 shipping
New

## Sponsored items from this seller 1/2    Feedback on our suggestions




Feedback 🖉








| BLACK HEADLIGHT LAMP FAIRING MOTORCYCLE M... | Motorcycle 6V Headlight Headlamp For Honda Z50... | Motorcycle Headlight Fairing Orange for... | Motorcycle Headlight Headlamp Light For DUCA... | 5.75" Motorcycle Black Headlight Housing Holder... | 7.4" Motorcycle Black Headlight Housing Holder... |
|---|---|---|---|---|---|
| $44.51 | $19.44 | $28.71 | $170.96 | $36.16 | $52.15 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Shenzhen, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Middle East, North America, South America, Greenland, Saint Pierre and Miquelon, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Malaysia, Philippines, Taiwan, Thailand, Vietnam, Russian Federation, Albania, Andorra, Belarus, Bosnia and Herzegovina, Croatia, Republic of, Cyprus, Czech Republic, Estonia, France, Germany, Gibraltar, Greece, Guernsey, Iceland, Italy, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Moldova, Monaco, Montenegro, Norway, Romania, San Marino, Serbia, Slovakia, Slovenia, Spain, Svalbard and Jan Mayen, Sweden, Ukraine, United Kingdom, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan

Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Nov. 4** and **Tue. Nov. 24** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 1 business day of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|

**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

#### Seller's payment instructions

We only use PayPal's secure interface to accept payment. If you do not have a PayPal account, you can still use Visa, MasterCard or American Express or other Credit Card PayPal accepted via PayPal. Please check PayPal website for more information.

🔥 **BUY 1, GET 1 AT 7% OFF** (add 2 to cart)*   **See all eligible items ▶**

Hot Sale
Discount will be applied when you add promotional items from motorpartsvalue to your cart          **All promotional offers from motorpartsvalue**








Feedback



Hi ▮▮▮ !  ⌄       Daily Deals    Brand Outlet    Help & Contact              Sell    Watchlist ⌄    My eBay ⌄        🔔 1      🛒

**ebay**          Shop by category ⌄    🔍 Search for anything          All Categories ⌄       **Search**      Advanced

Home  →  Community  →  Feedback forum  →  Feedback profile

## Feedback profile


ebay **MONEY BACK GUARANTEE**



| | Member Quick Links |
|---|---|
| | Contact member |
| | View items for sale |
| | View seller's Store |

**Motorpartsvalue**

**motorpartsvalue** (44169 ⭐) 📋 ⓘ

**Positive Feedback (last 12 months): 97.9%** ⓘ

Member since: Jul-08-15 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

### Feedback ratings ⓘ



Detailed seller ratings ⓘ

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 448 | 3218 | 6079 |
| ⊕ Neutral | 11 | 49 | 97 |
| ➖ Negative | 12 | 79 | 130 |

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (5356) | ⭐⭐⭐⭐⭐ (5701) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (5323) | ⭐⭐⭐⭐⭐ (5648) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

130 Feedback received (viewing 1-25)                                                          Revised Feedback: 74 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars     🔍

Rating type: Negative (130) ⌄       Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **BUYER BEWARE ITEM DESCRIPTION IS NOT ACCURATE! THEN BLAME YOU FOR THE MISTAKE!** 40Pcs Bronze Kitchen Cabinet Pulls - 3 Inch Pull Bin Cup Drawer Handles Knob (#323399510194) | Buyer: l***e (564⭐) US $18.32 | Past month Reciprocal feedback |
| ➖ **I still haven't received the package that was supposed to arrive on the 3rd of this month** Durable Coffee Spoon w/Swan Holder Set Eleglant Home Party Bar Decor Silver (#323810645046) | Buyer: c***a (51⭐) US $17.39 | Past month Reciprocal feedback |
| ➖ **Bad seller, didn't get all of the items, lied about refund, no way to return** 5pcs Road Mountain Bike Chainring Bolt Crankset Chainwheel Screw Nut Hardware (#324021227035) | Buyer: e *** o ( 46⭐) US $6.28 | Past month Reciprocal feedback |
| ➖ **Paid for product, they emailed outofstock then said theyd refund and still no $$** Swimming Pool Solar Heating Cover Blanket Protective Cover 193 x 38" Black (#323751558887) | Buyer: i***5 (8) US $27.33 | Past month Reciprocal feedback |
| ➖ **Never received the Item .** 16 Type Realistic Rabbit Figure Statues Desk Home Ornament Garden Yard Decor (#328802412703) | Buyer: a***e (476⭐) US $16.24 | Past month Reciprocal feedback |
| ➖ **I ordered a philips not a flat screw driver for a watch - wrong item delivered** Precision Phillips Head Screwdriver Watch Jewelry Eyeglasses Repair PDA (#322394220094) | Buyer: m***6 (67⭐) US $6.46 | Past month Reciprocal feedback |
| ➖ **I do not recommend the seller, this is a fraud he sold me an item that does not** U21 360 Degree Bending Activity USB Mini Real-time Surveillance Camera (#323977661828) | Buyer: _***i (21⭐) US $19.61 | Past month Reciprocal feedback |
| ➖ **Ordered a royal 4 piece head cover set received a navy 3 piece set.** 4Pcs Wood Head Cover Golf 400cc Fairway Driver Club Headcover Guard Protector (#324106081133) | Buyer: the *** o ( 92⭐) US $22.56 | Past month Reciprocal feedback |
| ➖ **This item has still not arrived, no shipping advice received please advise** Flasher Rigs Fish Skin Baits Fishing Rigs Lures with Hook 2/0 (#323398019472) | Buyer: 4***i (2) US $6.19 | Past month Reciprocal feedback |
| ➖ **Never received it** Practical Braided 1/8inch to 2 RCA Converter AUX Audio Cable Subwoofer (#323772243174) | Buyer: t***t (364⭐) US $7.11 | Past month Reciprocal feedback |
| ➖ **Very small in size...need a return authorization. Robert Brondell** 12V 24V 36V 48V LCD Lead Acid Battery Capacity Indicator Volt Meter GY-6S (#323749771659) | Buyer: 5***o (253⭐) US $36.28 | Past month Reciprocal feedback |

Comment?



Hi ▮▮▮▮ !    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ∨    My eBay ∨        🔔 1    🛒

ebay    Shop by category ∨    🔍 Search for anything        All Categories ∨    **Search**    Advanced

**motorpartsvalue** (44168 ⭐)    Items for sale    Visit store    Contact
97.9% positive feedback

 Motorpartsvalue    ♡ Save    Based in China, motorpartsvalue has been an eBay member since July 08, 2015

**Feedback ratings** ⓘ    See all feedback

⭐⭐⭐⭐⭐ 5,355    Item as described        ➕ 6,078    ⬤ 97    ➖ 130        ➕    Thank you
⭐⭐⭐⭐⭐ 5,647    Communication        Positive    Neutral    Negative        Oct 12, 2020
⭐⭐⭐⭐⭐ 5,322    Shipping time
⭐⭐⭐⭐⭐ 5,700    Shipping charges        Feedback from the last 12 months        ● ○ ○ ○ ○

812 Followers  |  0 Reviews  |  Member since: **Jul 08, 2015**  |  📍 China

## Items for sale(52063)    See all items

                

Petrol Fuel Pum ...    Gas Fuel Pump F...    Set of 2 Stainl...    New 3x Motorcyc...    Car Auto Keyles...
US $18.77    7m left    US $25.49    7m left    US $19.33    26m left    US $9.65    26m left    US $33.82    48m left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ    



Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

eBay › eBay Stores › motorpartsvalue

# motorpartsvalue

812 followers | motorpartsvalue (44169) 97.9%

Save this seller

**Category**

**All**
- eBay Motors
- Sporting Goods
- Home & Garden
- Cell Phones & Accessories
- Consumer Electronics
- Business & Industrial
- Pet Supplies
- Jewelry & Watches
- Toys & Hobbies
- Health & Beauty
- Musical Instruments & Gear
- Clothing, Shoes & Accessories
- Crafts
- Computers/Tablets & Networking
- Collectibles
- Show More

**Condition** see all
- New
- Not Specified

**Price**
- Under $15.00
- $15.00 to $35.00
- Over $35.00

$ - $

**Buying Format** see all
- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free Shipping
- Free In-store Pickup

**Show only** see all

Search this Store | Search | Best Match

All Listings | Auction | Buy It Now

1-48 of 50,919 Results

Motorcycle Headlight Headlamp for KTM EXC MXC 525 450 Dirt Bike Black
$31.75
Free shipping
From China

Black Motorcycle Integrated LED Tail Light For HONDA CB650R CBR650R 2018-2019
$49.35
Free shipping
From China

For KTM XC XCW XC-F SX SXF Motorcycle Kickstand Side Stand Base Pad Plate
$8.86
Free shipping
From China

15mm Yoga Mat Exercise with Carrying Bag And Strap Non-Slip Exercise Pad
$61.13 to $124.61
Free shipping
From China

Bicycle Cable Chain Lock 5 Digit Combination Password Cycling Security Locks
$24.89
Free shipping

Cruise LED Light Night Flight Lamp Tape Accessories for DJI Mavic Air Decor
$14.04
Free shipping
11 sold
From China

ABS Chain Slider Swingarm Guide Lower Roller For KTM SXF 250 350 450 2016-2018
$6.45
Free shipping
2 watching
From China

LED Turn Signal Light for KTM 1190 Adventure/R,1290 Super Adventure/R/S/T
$37.58
Free shipping
From China

Returns Accepted
Completed Items
Sold Items
Deals & Savings
Authorized Seller
Authenticity Verified

**More refinements...**

Motorcycle Ignition Coil Stator Replacement Parts For KTM 50 SX Adventure

$35.40

Free shipping

From China

Pair LED Daytime Running Light DRL Fog Lamp for Mercedes W204 C250 C300 C350

$41.75

Free shipping

5 watching

From China

Motorcycle 12V Compatible Work Light LED Headlight Bike Outside Projector Lamp

$18.52

Free shipping

From China

Retro Wooden Treasure Chest Wood Jewelry Storage Box Case Organizer B

$20.90

Free shipping

82 watching

From China

Anti-dazzle Bicycle Headlight Waterproof Sensor LED Bike Front Light Lamp USB

$13.25

Free shipping

From China

High Performance Racing Carb 34mm Carburetor for 125-350cc Dirt Pit Bike ATV

$44.15

Free shipping

21 watching

From China

2x Tool Box Lock Clasp with Screws Stainless Steel Toggle Latch Buckle #1

$6.82

Free shipping

74 sold

From China

2 Panels Set Teen Animal Decor Darkening Curtain Drapes~Wolf

$27.64

Free shipping

26 watching

From China

Reel Replacement Power Handle Knob Raft Fishing Reel Handle for All Reel

$9.71

Free shipping

246 sold

From China

Rear LED Tail Brake Turn Signal Light for YAMAHA R15 2014-2016 Assemblies

$31.82

Free shipping

From China

Silicone Anti-scratch Protection Cover Case Box For Skullcandy Indy Headset

$7.29

Free shipping

From China

Motorcycle Hand Grip Bar Handlebar End for KTM EXC SX SXF XC XCF XCW XCFW

$23.42

Free shipping

From China

6pcs Front Fork Guard Bolts Screws for KTM SX SXF EXC EXCF XCF XCW 65 125 150

$8.14

Free shipping

From China

Waterproof Motorbike Front Handlebar Bag, Motorcycle Fork Bag Storage Tool Pouch

$16.45

Free shipping

From China

10/16/2020



CNC Motorcycle Bar Clamp fits for CR125/250 CRF250R/X Motocross Black



$35.76
Free shipping

From China

Black Motorcycle Screw Nut Cover Bolt Cap for Harley Touring 1994-2017



$27.06
Free shipping

From China

Chrome Motorcycle Front Mudguard Mud Guard Cover for Honda CG125



$18.34
Free shipping
7 watching

From China

4 Pieces Scuba Diving Safety Snap Hook Camping Sail Boat Carabiner Accessory



$7.90
Free shipping

From China

High Performance Clutch for GY6 125 150 Chinese Scooter Moped ATV



$45.20
Free shipping

From China

Adult Scuba Free Diving Full Face Mask Anti-Fog Snorkeling Swimming Goggles



$21.24
Free shipping
29 watching

From China

Multi-Pocket Waistcoat Causal Photography Waterproof Mesh Detachable Vest



$28.76
Free shipping
5 watching

From China

Stainless Steel Soup Spoon Ladle Pasta Colander Filter Kitchen Long Handle



$10.89
Free shipping
12 watching

From China

Five Speed Switch for Boat Outboard Trolling Motor Speed Controller On-Off



$13.72
Free shipping
79 sold

From China

41mm 1.6" Motorcycle Headlight Turn Signal Indicators Head Light Bracket



$22.99 to $23.24
Free shipping

From China

39 " Clutch Cable for Dirt Bike 90 110 125cc Honda CRF50 XR50 XR



$8.21
Free shipping

From China

32MM CARBURETTOR CARB REPLACEMENT PART FOR KTM 125 150 200 250CC RACING ATV



$43.57
Free shipping
2 watching

From China

Motorcycle Led Headlight Front Fork Lamp for Honda Grom125 MSX125 Black

$85.20
Free shipping

From China

Animal Figurine Balloon Dog Ornament Decorative Gift for Kids -White-Gold







**Categories**

eBay Motors
- Other Motorcycle Parts
- Motorcycle Fairings & Bodywork
- Other Motorcycle Accessories
- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Silencers, Mufflers & Baffles
- More

See all categories

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (146)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motorpartsvalue (44168)

Feedback rating: 44,168
Positive Feedback: 97.9%
Member since Jul-08-15 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Dirt Bike Headlight Fairing For KTM R...
**$31.61**
Buy It Now

All Listings | Auction | Buy It Now    Sort: Best Match    View:

146 results for KTM    Save this search

## Find your Motorcycle

Make & Model: KTM | Any Model
Year From / To: Year From | Year To
Distance: Any Distance of | 60106

Clear selections

**0** matching results

Find Results

Motorcycle Shock Suspension Adjusting Tools Spanner Wrench for KTM SX XC-W
Brand New
**$10.26**
Buy It Now
**Free Shipping**
Watch
From China
Seller: Engine Party Value (44,068) 97.9%
Item: 323988435074

(1) Motorcycle Shock Suspension Adjusting Tools Spanner Wrench for KTM SX EXC XC
Brand New
**$10.26**
Buy It Now
**Free Shipping**
Watch
From China
Seller: Engine Party Value (44,128) 97.9%
Item: 324101951121

ABS Chain Slider Swingarm Guide Lower Roller For KTM SXF 250 350 450 2016-2018
Brand New
**$6.45**
Buy It Now
**Free Shipping**
**2 Watching**
Watch
From China
Seller: Engine Party Value (44,140) 97.9%
Item: 324003426161

Motorcycle Headlight Protective Mesh Hood for KTM RC 125/200/250/390
Brand New
**$23.46**
Buy It Now
**Free Shipping**
**Only 1 left!**
Watch
From China
Seller: Engine Party Value (44,139) 97.9%
Item: 323751869481

Replacement Metal Motorcycle Key Case Cover for KTM DUKE 125 200 250 990
Brand New
**$12.50**
Buy It Now
**Free Shipping**
From China
Seller: Engine Party Value (44,092) 97.9%
Item: 324117015152

LED Turn Signal Light for KTM 1190 Adventure/R,1290 Super Adventure/R/S/T
Brand New

Set Bike Headlight Lamp
For R SX EXC ...
**$35.50** 💰
Buy It Now
Free shipping



High Quality 12V 35W
Black Headlight ...
**$32.96** 💰
Buy It Now
Free shipping



12V 35W Headlight Head
Light For 2017...
**$33.45**
Buy It Now



Motocross Headlight
Headlamp For 2017...
**$49.67**
Buy It Now
Free shipping



12V Universal Enduro
Motorcycle Headl...
**$32.15**
Buy It Now



2020 Universal LED
Headlight For KTM ...
**$75.67**
Buy It Now

---



**$37.58**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (43,941) 97.9% 🏴
Item: 323810162306

---



Swingarm Covers Panels Protectors Guards Suit for KTM 300 EXC F 2014 Orange
Brand New
**$55.09**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,057) 97.9% 🏴
Item: 323937329299

---



NEW Rear Shock C Spanner Adjuster Wrench Tool For KTM 250 350 450 SX-F XC-F XC
Brand New
**$10.26**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,079) 97.9% 🏴
Item: 324130449102

---



Swingarm Covers Panels Protectors Guards Suit for KTM 300 EXC F 2014 Black
Brand New
**$55.84**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,050) 97.9% 🏴
Item: 323937329274

---



Orange Fork Guard Bolts Screw For KTM 125-530SX/SX-F/XC-F/EXC/EXC-F/XC-W/XCF-W
Brand New
**$13.37**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,146) 97.9% 🏴
Item: 324005247119

---



ORANGE - Chain Adjuster Regulator Swingarm Slider for KTM XC-W XCF-W EXCF
Brand New
**$11.27**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,146) 97.9% 🏴
Item: 323972378911

---



6pcs Front Fork Guard Bolts Screw Fits for KTM KTM SX SXF EXC EXCF XC XCF Blue
Brand New
**$8.14**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,143) 97.9% 🏴
Item: 324275098062

---

Swingarm Covers Panels Protectors Guards Suit for KTM 300 EXC F 2014 Blue
Brand New



**$85.92**
Buy It Now



Motorcycle Headlight For
KTM EXCF/SIX...
**$85.93**
Buy It Now



Dirt Bike Headlight For
KTM EXC SX SX...
**$85.00**
Buy It Now



LED E8 Headlight For
KTM EXC XC XCF X...
**$80.40**
Buy It Now



Universal Motorcycle
Headlight For KT...
**$85.93**
Buy It Now



Motorcycle Dirt Bike
Headlight Headla...
**$33.70**
Buy It Now



Dirt Bike MX Headlight
For Enduro Mas...
**$87.31**
Buy It Now




**$55.34**
Buy It Now
Free Shipping
Watch

From China
Seller: Engine Party Value (44,057) 97.9%
Item: 323937329387

---

Motorcycle Front License Number Plate Orange Replacement Fit for KTM Models
Brand New



**$13.57**
Buy It Now
Free Shipping
Only 1 left!
1 Watching
Watch

From China
Seller: Engine Party Value (44,113) 97.9%
Item: 323774856393

---

Blue Fork Guard Bolts Screw For KTM 125-530SX/SX-F/XC-F/EXC/EXC-F/XC-W/XCF-W
Brand New



**$13.37**
Buy It Now
Free Shipping
Watch

From China
Seller: Engine Party Value (44,062) 97.9%
Item: 324005247082

---

Chain Roller Tensioner Pulley Wheel Guide for CRF YZF KTM RMZ KLX
Brand New



**$7.25**
Buy It Now
Free Shipping
Watch

From China
Seller: Engine Party Value (44,072) 97.9%
Item: 323843794667

---

Aluminum Alloy Passenger Grab Bar Handle Rail for KTM SX/SXF/XC/ESC-F Orange
Brand New



**$21.08**
Buy It Now
Free Shipping
Watch

From China
Seller: Engine Party Value (44,086) 97.9%
Item: 323854523002

---

CNC Carburetor Drain Plug For KTM SXF XCF XCFW 65 125 350 2000-2019 Orange
Brand New



**$13.37**
Buy It Now
Free Shipping
Watch

From China
Seller: Engine Party Value (44,146) 97.9%
Item: 324023064138

---

New Motorbike Carburetor Drain Plug For KTM SX SXF EXCF 450 530 2000-2019 Blue
Brand New

**$13.37**
Buy It Now
Free Shipping
Watch

From China
Seller: Engine Party Value (44,054) 97.9%
Item: 324023064130

---

Motorcycles Carburetor Drain Plug For KTM SXF EXC XCFW 350 530 2000-2019 Red
Brand New





**$13.37**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,054) 97.9%
Item: 324023064151

---

### CNC Engine Case Cover Plug Screws Bolts For KTM DUKE 125/200/390 Motors
Brand New



**$9.97**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,146) 97.9%
Item: 323962473291

---

### GPS Bracket Holder Stand Guide Plate for KTM Adv Adventure 1050 1190 1290
Brand New



**$41.08**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,141) 97.9%
Item: 324102873975

---

### 2Pairs Rear Swingarm Covers Protectors Guards for KTM EXC & EXCF 2012-2019
Brand New



**$40.90**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,063) 97.9%
Item: 324252570769

---

### M4x0.7mm CNC Fork Air Bleeder Relief Valve for KTM SX SXF EXC SMR
Brand New



**$11.16**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,132) 97.9%
Item: 323843794346

---

### Motorcycle Headlight Headlamp for KTM EXC MXC 525 450 Dirt Bike Black
Brand New



**$31.75**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,113) 97.9%
Item: 323774877142

---

### Transparent Motorcycle Motorbike Windshield For KTM DUKE 690 2012-2016
Brand New



**$23.42**
Buy It Now
Free Shipping
👁 Watch

From China

Seller: Engine Party Value (44,093) 97.9%
Item: 324208178157

---

### Transparent Gray Motorcycle Windshield Windscreen for KTM DUKE 690 12 - 16
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

**Ship to**

1001 Foster Ave
Bensenville, IL 60106-1445
United States

Change

### Review item and shipping

Seller: motorpartsv ...    | Message to seller

 Motorcycle Headlight Headlamp for KTM EXC MXC 525 450 Dirt Bike Black
**$31.75**

Quantity  | 1 ∨ |

**Delivery**
Est. delivery: Nov 4 – Nov 24
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

### Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   | None ∨ |

---

| Subtotal (1 item) | $31.75 |
| Shipping | Free |
| Tax* | $1.98 |

**Order total**  **$33.73**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

eBay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED









Check if this part fits your vehicle Contact the seller

**BUY 1, GET 1 AT 7% OFF (add 2 to cart)** See all eligible items ►

$ Have one to sell? Sell now

# Motorcycle Shock Suspension Adjusting Tools Spanner Wrench for KTM SX XC-W

Condition: New

Quantity: 1 5 available

Price: **US $10.26**

Buy It Now

Add to cart

Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide See exclusions

Delivery: Estimated between **Wed. Nov. 4 and Tue. Nov. 24**
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

motorpartsvalue (44169 ★)
97.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Shock Absorber Adjustment Spanner Wrench Tool for...
$9.37
~~$10.18~~
Free shipping
New

1x Motorcycle Shock Suspension Adjusting Tool...
$10.26
Free shipping
New

Shock Absorber Spanner Wrench Puller Tool for KTM...
$9.47
~~$10.18~~
Free shipping
New

Shock Absorber Adjustment Spanner Wrench Tool for...
$9.37
~~$10.18~~
Free shipping
New

1x Shock Spanner Wrench WP Shock Tool Adjusting...
$10.18
Free shipping
New

CNC Throttle Cable Protection Guard Cover...
$11.39
Free shipping
Seller 99.2% positive

## Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback

10/16/2020

Hi ▮ (Sign in)  |  Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist  My eBay  🔔 1  🛒

**ebay**

Shop by category ▾

Search for anything | All Categories ▾ | **Search** | Advanced

← Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts

✉ f 𝕏 📌 | Add to Watchlist





🔴 **BUY 1, GET 1 AT 7% OFF** (add 2 to cart)  See all eligible items ▸

### ABS Chain Slider Swingarm Guide Lower Roller For KTM SXF 250 350 450 2016-2018

Condition: **New**

Quantity: 1  2 available / 2 sold

Price: **US $6.45**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**More than 49% sold** | Free shipping | 30-day returns

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide  See exclusions

Delivery: 📦 Estimated between **Wed. Nov. 4 and Tue. Nov. 24** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  ●● MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details



**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motorpartsvalue (44169 ⭐)
97.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?  Sell now

---

Similar sponsored items 1/2    Feedback on our suggestions



| For KTM SX SXF XC 250 350 450 Orange Chain Slider... | For KTM SXF 250 350 450 Plastic Chain Slider... | For KTM SX SXF XC 250 350 450 1pc Chain Slider... | Motorcycle Chain Slider Swingarm Guide Lower... | CNC Gear Shifter Shift Lever Tip for KTM 250/350/450... | Shock Absorber Spanner Wrench Puller Tool for KTM... |
|---|---|---|---|---|---|
| $6.45 | $6.45 | $6.45 | $6.45 | $10.21 $10.98 | $9.47 $10.18 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | Seller 99.2% positive | New |

---

Sponsored items from this seller 1/2    Feedback on our suggestions



Feedback

Hi    Daily Deals    Brand Outlet    Help & Contact       Sell   Watchlist ⌄   My eBay ⌄    🔔²   🛒

**ebay**   Shop by category ⌄   | 🔍 Search for anything | All Categories ⌄ | **Search**   Advanced

← Back to previous page | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fender Eliminators      ✉ f 🐦 P | Add to Watchlist

ℹ Check if this part fits your vehicle     Select Vehicle







### CNC License Plate Holder Fender Eliminator For Yamaha Honda Suzuki Kawasaki KTM

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 23h 41m 52s |
| Color: | Black ⌄ |
| Quantity: | 1    5 available |

Price: **US $27.99**
~~US $32.99~~ (15% off) ⓘ

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns**  |  Longtime member

| | |
|---|---|
| Shipping: | $4.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangdong Foshan, China |
| | Ships to: Worldwide See exclusions |
| Delivery: | ⊙ Estimated between Thu. Nov. 12 and Wed. Dec. 2 ⓘ |
| | This item has an extended handling time and a delivery estimate greater than 16 business days. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 💳 💳 |

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:   30 day Buyer pays for return shipping | See details

#### Shop with confidence
**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
motor-pro (10290 ⭐)
97% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?    **Sell now**

---

### Similar sponsored items 1/2     Feedback on our suggestions



| CNC License Plate Holder Fender Eliminator For... | CNC License Plate Holder Bracket Fender Eliminator... | LED Light License Plate Holder Registration Bracke... | Motorcycle Universal CNC Fender Eliminator License... | CNC License Plate Bracket Frame Fender Eliminator LE... | CNC Aluminum License Plate Holder Bracket Fend... |
|---|---|---|---|---|---|
| $27.99 | $24.39 | $27.99 | $27.99 | $25.50 | $28.18 |
| Free shipping | + $5.00 shipping | Free shipping | Free shipping | ~~$27.42~~ | ~~$29.98~~ |
| New | Seller 99.3% positive | New | New | + $3.50 shipping | Free shipping |
| | | | | New | Seller 99% positive |

---

### Sponsored items from this seller 1/2     Feedback on our suggestions








Fender Eliminator With Turn Signal Lights For Yamaha...
**$5.99**
$10.99
+ $5.00 shipping

8/7" 28mm Handlebar Clamps Risers Holder For...
**$21.59**
+ $3.99 shipping

Motorcycle Holder License Plate Frame Turn Signal...
**$5.99**
$10.99
+ $5.00 shipping

Aluminum Fender Eliminator With Turn Signal Light For...
**$5.99**
$10.99
+ $5.00 shipping

Fender Eliminator With Turn Signal Lights For Kawasaki...
**$5.99**
$10.99
+ $5.00 shipping

Universal Fender Eliminator Holder Signal Lights For...
**$5.99**
$10.99
+ $5.00 shipping

---

| **Description** | Shipping and payments | | Report item |
| --- | --- | --- | --- |

Seller assumes all responsibility for this listing.

eBay item number: **143635943769**

Last updated on  Oct 14, 2020 19:15:33 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
| --- | --- | --- | --- | --- |
| -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | Go |

[show all compatible vehicles]

✓ This part is compatible with 552 vehicle(s).

| Notes | Year | Make | Model | Submodel |
| --- | --- | --- | --- | --- |
| | 2002 | Ducati | 748 | Biposto |
| | 1999 | Ducati | 748 | Monoposto |
| | 1997 | Ducati | 748 | Monoposto |
| | 1995 | Ducati | 748 | Biposto |
| | 2006 | Ducati | 749 | Biposto |
| | 2005 | Ducati | 749 | Dark Biposto |
| | 2004 | Ducati | 749 | Biposto |
| | 2003 | Ducati | 749 | Biposto |
| | 2004 | Ducati | 749 S | -- |
| | 2003 | Ducati | 749 S | -- |
| | 2001 | Ducati | 750 SS | Full Fairing |
| | 2000 | Ducati | 750 SS | Half Fairing |
| | 2013 | Ducati | 848 EVO | -- |
| | 2011 | Ducati | 848 EVO | -- |
| | 2000 | Ducati | 900 SS | Half Fairing |
| | 1999 | Ducati | 900 SS | Full Fairing |
| | 1998 | Ducati | 900 SS | CR |
| | 1997 | Ducati | 900 SS | SP |
| | 1995 | Ducati | 900 SS | CR |
| | 1993 | Ducati | 900 SS | -- |

Page 1 of 28                          ‹  **1**  2  3  4  5  6  7  8  9  10  ›

Portions of the information contained in this table have been provided by motor-pro

### Item specifics

| | | | |
| --- | --- | --- | --- |
| Condition: | New | Manufacturer Part Number: | Does Not Apply |
| Surface Finish: | CNC | Brand: | Unbranded |
| Placement on Vehicle: | Rear | Features: | License Plate LED Light |
| Warranty: | Yes | Material: | Aluminum |
| Type: | License Plate Frame | | |

5% off                    5% off

| Sissy Bar Luggage Rack For Honda Shadow VT750 C2 1997-2003 VLX600 1999-2007 | 1Pair Rear Brake Pads For Honda CB 400/500/600/750/900/1000/110 0/1300,VT 1100 | 1Pair Rear Brake Pads For Honda CBR600/1000,CBF600/900/1000,V T1300/VTR1000,NC700 | Short Machined Brake Clutch Leve rs For Yamaha YZ 80/125/250 WR 400/YZ400F | Foldable Extendable Brake Clutch Levers For Honda CB500/NS125 (1998-2003)02 01 | Folding Extendable Brake evers For Honda NC700X 18/CB650F/CBR650F |
|---|---|---|---|---|---|
| 49.99 USD | 11.99 USD | 11.99 USD | 26.99 USD | 27.54 USD | 28.99 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |

| LOGO Folding extendable brake cl utch levers For SUZUKI GSR 600/ 750 GSXS-750 /SFV | LOGO Folding extendable brake cl utch levers For SUZUKI GSXR 110 0/W (1989-1998) | LOGO Extending Folding brake clu tch levers For SUZUKI GSXR 600/ 750 2004-2005 | LOGO Folding extendable brake cl utch levers For SUZUKI GSXR 60 0/750 (2006-2010) | LOGO Folding extendy brake clutc h levers For SUZUKI GSXR 600/7 50/1000 2011-2018 | Rear Brake Rotor Disc dis M SX 125/144/150/200/25 0/500/520/525 |
|---|---|---|---|---|---|
| 36.99 USD | 36.99 USD | 36.99 USD | 36.99 USD | 36.99 USD | 42.10 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |

## Product Description

Your satisfaction is our best pleasure, please contact us directly whenever you need.

Universal CNC Aluminum Motorcycle Rear License Plate Mount Holder with White LED Light for Honda Kawasaki Yamaha KTM Suzuki BMW

## Features:

Condition : 100% brand new

Material : CNC aluminum

Quantity : 1 pcs

Color: Black Blue Red Gold Green Orange Titanium

Easy to install

With 3 led license plate light

## Fitment:

Universal fit most motorcycle, sport bike, street bike, dirt bike, etc.

## Package include:

1 * motorcycle licence plate

*Please Bear in Mind That Photo May Slightly Different From Actual Item in Terms of Color Due to the Lighting During Photo Shooting or the Monitor's Display

Customer Satisfaction:

If you have any question, welcome to contact us. We are committed to your 100% customer satisfaction.

Please give us the opportunity to solve any problem. We understand the concerns and frustrations you might have and will try our best to solve the issues.

Note: Item color displayed in photos may be showing slightly different on your computer monitor since monitors are not calibrated same.

Shipping Terms:

*Unlike other shops - All of our items will be shipped out with a CUSTOM TRACKING NUMBER which allow you to track you'r shipment at anytime !*

Shipping Time: All items will be shipped out within 2-4 business days after confirm your payment. When the parcel have shipped out,you can track your parcel within 5-

Package: All items are professionally packed with great care to ensure safe delivery.

## Payment:

We accept Paypal only.

## Shipping:

We will ship within 2-3 business days after the full payment received.

| Country | Delivery Time | | | | | |
|---|---|---|---|---|---|---|
| | Working Days (not including holiday) | 5-7 | 8-11 | 12-14 | 15-19 | 20-22 | >22 |
| | Working Days + Saturday + Sunday | 5-9 | 10-15 | 16-20 | 21-25 | 26-30 | >31 |
| United States | Rate (item arrived) | 5 .1% | 50.1% | 29.6% | 10.5% | 4.7% | Refund |
| United Kingdom | Rate (item arrived) | 9.9% | 63.2% | 19.1% | 3.4% | 4.4% | Refund |
| Australia | Rate (item arrived) | 21.4% | 50.0% | 14.3% | 7.2% | 7.1% | Refund |
| France | Rate (item arrived) | 10.5% | 28.6% | 43.8% | 10.1% | 7.0% | Refund |
| Germany | Rate (item arrived) | 11.1% | 22.2% | 30.3% | 20.9% | 15.5% | Refund |
| Canada | Rate (item arrived) | 0.0% | 47.1% | 31.4% | 17.6% | 3.9% | Refund |
| Spain | Rate (item arrived) | 3.5% | 25.0% | 47.9% | 12.9% | 10.7% | Refund |

## Return Policy

1) 30 days warranty from the purchased date. Please contact us via email before returning the defective item.

2) All products have been checked and packaged in good condition before dispatch. In case the item is defective, please inform us within 30 days of receipt, we will replace a new o refund.

We unfortunately do not have control over certain circumstances such as weather condition, delay by post office, & etc.

3) Return items should include the original packaging and all accessories.

4) Only defective products will be offered exchange.

5) We will pay for the shipping cost of resending items, while buyers are responsible for the postal cost of returning the items.

**Feedback:**

If you're in any way dissatisfied with your purchase, simply let me know through "MY MESSAGES". We will solve it for you as soon as possible. We are committed to ensuring that completely satisfied with every transaction. So please contact us first to get a better solution before you would leave a Neutral or Negative feedback.

Please contact us from eBay message center.

If you are pleased with this transaction, please respond with all 5-star! We strive for 5-star service by stating upfront our policies and will try our best to solve the problem you have. please treat the transaction fairly. Positive feedback is simply what we pursue.

powered by
PUSHAUCTION

Motorcycle Body Work Clip Screws Fairing Bolt Kit For Ducati Honda S uzuki KTM
25.99 USD
Buy it now

For Ducati 848 1098 Motorcycle C omplete Fairing Bolts Kit Bodywork Screws Nuts
25.99 USD
Buy it now

Rear Tail Tidy Fender Eliminator A djustable LED For BMW S1000R 2 014-2019 16 15
27.99 USD
Buy it now

License Plate Holder Fender Elimi nator For KTM DUKE 125 200 390 RC 125 200 390
27.99 USD
Buy it now

Motorcycle Complete Fairing Bolts Kit Bodywork Screws Nuts For Duc ati 748 749
25.99 USD
Buy it now

Motorcycle Complete Fairi Nuts Bodywork Screws Ki ati 749 999
25.99 USD
Buy it now

Fender Eliminator With Turn Signal Light For Suzuki Bandit GSXR600 750 1000 1300
27.99 USD
Buy it now

License Plate Holder Fender Elimi nator For KawasakiZ800, ER6N, Z 750, nigia 300
27.99 USD
Buy it now

Motorcycle Fairing Bolt Kit Bodywo rk Screw Kits For Ducati 1198 2009 2010 2011
25.99 USD
Buy it now

Wide Angle Motorcycle Rearview Rear View Mirrors Windshiled Win dscreen Safety
29.99 USD
Buy it now

For Ducati Diavel 2014-2017 Unive rsal Motorcycle Fairing Bolt Kit Bod ywork Screw
25.99 USD
Buy it now

License Plate Holder Fend nator For Honda CBR500I F CBR600RR/1000RR
27.99 USD
Buy it now

Sponsored items based on your recent views 1/4

Feedback on our suggestions

‹

›

     

| | | | | | |
|---|---|---|---|---|---|
| Motorcycle Rearview Side Mirrors 8mm/10mm For... | 4 pcs Front&Rear Fork Wheels Frame Slider Crash... | CNC License Plate Holder Fender Eliminator For... | CNC License Plate Holder Bracket Fender Eliminator... | CNC Aluminum License Plate Bracket Holder Fend... | 7/8" Bar End Motorcycle Side Mirrors Black For KTM... |
| $24.95 | $21.10 | $27.99 | $24.39 | $27.99 | $29.68 |
| $29.95 | $22.21 | Free shipping | + $5.00 shipping | Free shipping | Free shipping |
| + $15.00 shipping | + $2.00 shipping | New | Seller 99.3% positive | New | Seller 99.1% positive |
| New | New | | New | | |

## More from this seller 1/2

Feedback on our suggestions

     

| | | | | | |
|---|---|---|---|---|---|
| CNC Yellow Fender Eliminator License Plate... | CNC Fender Eliminator License Plate Bracket... | Sissy Bar Luggage Rack For Honda Shadow VT750 C2... | Vented Short Brake Clutch Levers For Suzuki GSXR 11... | Blue Off Road Brake Clutch Levers for Yamaha... | Short Pink Color Brake Clutch Levers For Honda... |
| $20.99 | $25.99 | $49.99 | $22.09 | $20.00 | $19.99 |
| $25.99 | $30.99 | + shipping | + shipping | $23.53 | + shipping |
| + shipping | + shipping | | | + shipping | |

Back to previous page

Return to top

More to explore :  License Plate LED Light Motorcycle Fender Eliminators for Yamaha,   License Plate LED Light Motorcycle Fender Eliminators for Honda CBR1000RR,
License Plate LED Light Motorcycle Fender Eliminators for Honda CBR600RR,   License Plate Frames for Kawasaki Eliminator 900,   License Plate Frames for Kawasaki Eliminator 1000,
Kawasaki Motorcycle Fender Eliminators for Kawasaki,   Yamaha Motorcycle Fender Eliminators for Yamaha,   PUIG Motorcycle Fender Eliminators for KTM,   Motorcycle Fender Eliminators for Honda,
License Plate Frames License Plate Frames for Honda

| | |
|---|---|
| About eBay | Announcements | Community | Security Center | Resolution Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map |

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice 

Norton SECURED

Hi ▬ ▾    Daily Deals    Brand Outlet    Help & Contact        Sell   Watchlist ▾   My eBay ▾   🔔²   🛒

**ebay**   Shop by category ▾   🔍 Search for anything   | All Categories ▾ |   **Search**   Advanced

‹ Back to previous page | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fender Eliminators     ✉ f t 🅿 | Add to Watchlist

ⓘ Check if this part fits your vehicle    Select Vehicle





### CNC License Plate Holder Fender Eliminator For Yamaha Honda Suzuki Kawasaki KTM

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 23h 41m 22s |
| Color: | Black ▾ |
| Quantity: | 1    5 available |
| Price: | **US $27.99** |
| | US $32.99 (15% off) ⓘ |

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns** | Longtime member

| | |
|---|---|
| Shipping: | $4.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangdong Foshan, China |
| | Ships to: Worldwide See exclusions |
| Delivery: | ⏱ Estimated between **Thu. Nov. 12 and Wed. Dec. 2** |
| | This item has an extended handling time and a delivery estimate **greater than 16 business days**. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | 🅿 VISA 💳 💳 💳 |
| | **PayPal CREDIT** Special financing available. | See terms and apply now |
| | 💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motor-pro (10290 ⭐)
97% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Have one to sell?   **Sell now**

---

**Similar sponsored items** 1/2        Feedback on our suggestions

     

| CNC License Plate Holder Fender Eliminator For... | CNC License Plate Holder Bracket Fender Eliminator... | LED Light License Plate Holder Registration Bracke... | Motorcycle Universal CNC Fender Eliminator License... | CNC License Plate Bracket Frame Fender Eliminator LE... | CNC Aluminum License Plate Holder Bracket Fend... |
|---|---|---|---|---|---|
| $27.99 | $24.39 | $27.99 | $27.99 | $25.50 | $28.18 |
| Free shipping | + $5.00 shipping | Free shipping | Free shipping | $27.42 | $29.98 |
| New | Seller 99.3% positive | New | New | + $3.50 shipping | Free shipping |
| | | | | New | Seller 99% positive |

---

**Sponsored items from this seller** 1/2        Feedback on our suggestions








Fender Eliminator With Turn Signal Lights For Yamaha...
$5.99
~~$10.99~~
+ $5.00 shipping

8/7" 28mm Handlebar Clamps Risers Holder For...
$21.59
+ $3.99 shipping

Motorcycle Holder License Plate Frame Turn Signal...
$5.99
~~$10.99~~
+ $5.00 shipping

Aluminum Fender Eliminator With Turn Signal Light For...
$5.99
~~$10.99~~
+ $5.00 shipping

Fender Eliminator With Turn Signal Lights For Kawasaki...
$5.99
~~$10.99~~
+ $5.00 shipping

Universal Fender Eliminator Holder Signal Lights For...
$5.99
~~$10.99~~
+ $5.00 shipping



| Description | **Shipping and payments** | | Report item |

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Guangdong Foshan, China**

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, South America, Afghanistan, China, United Arab Emirates, Yemen, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia

Quantity: `1`    Change country: United States    ZIP Code: `60440`    Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $4.99 | US $3.99 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 12 and Wed. Dec. 2** |
| US $19.98 | US $9.99 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Wed. Oct. 28 and Wed. Nov. 4** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

PayPal VISA MasterCard American Express DISCOVER

**PayPal CREDIT**

### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

**Sponsored items based on your recent views** 1/4    Feedback on our suggestions



Hi [ ] ▼   Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ▼   My eBay ▼   🔔 **2**   🛒



ebay   Shop by category ▼   🔍 Search for anything   All Categories ▼   **Search**   Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE



**motor-pro** (10290) ★▼ 📋 ⓘ

**Positive Feedback (last 12 months): 97%** ⓘ
Member since: Feb-26-14 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more



**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 59 | 384 | 623 |
| ⚪ | Neutral | 1 | 2 | 4 |
| ➖ | Negative | 4 | 13 | 19 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (539) | ★★★★★ (561) |
| Shipping speed | Communication |
| ★★★★★ (540) | ★★★★★ (545) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

19 Feedback received (viewing 1-19)                                     Revised Feedback: 58 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

🔍 e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (19) ▼          Period: 12 Months ▼

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Very poor quality, it is not even the screws of a yamaha 700 raptor.**<br>Complete Fairing Bolt Kit Screws For Yamaha YFM 350/YFM 660/YFM 700 Raptor (#133431379832) | Buyer: f***r (37★)<br>US $25.99 | Past month<br>Reciprocal feedback |
| Reply by motor-pro. Left within past month.<br>Dear Friend Have any question contact us at any time | | |
| ➖ **before i bought this item it said the item location was in california it was not**<br>For YAMAHA YZF R3 R15 R25 Hot Motorcycle Rear View Side Mirror Rearview Mirrors (#143735663150) | Buyer: 9***~ (29★)<br>US $20.99 | Past month<br>Reciprocal feedback |
| Reply by motor-pro.Left within past month.<br>We have two warehouses, which are just sold out in uswc and can only be uskny' | | |
| ➖ **received different design product and I question to seller.they say "new style"**<br>220MM Rear Steel Brake Disc Rotor For KTM EXC EXCF SX SXF SXS XC XCR XCW XCF MXC (#132321095489) | Buyer: 0***a (40★)<br>US $33.59 | Past month<br>Reciprocal feedback |
| ➖ **I ordered 51mm. You sent 52mm. I want 51mm.**<br>43/45/46/48/50/51/52/53/54/55mm CNC Forks Clip-ons HandleBars For motorcycles (#132321185829) | Buyer: s***n (424★)<br>US $31.99 | Past month<br>Reciprocal feedback |
| Reply by motor-pro. Left within past month.<br>51, 52 generic | | |
| ➖ **Poorly design. ABS locking up and clutch switch disengaged. Very unsafe.**<br>Shorty Black Brake Clutch Levers For BMW S1000RR (w or w/o CC) (2010-2017) (#132458269418) | Buyer: c***y ( 46★)<br>US $31.89 | Past 6 months<br>Reciprocal feedback |
| Reply by motor-pro. Left within past 6 months.<br>Dear Friend Have any question contact us at any time | | |
| ➖ **This item does not fit my car!When reaching seller he says what bike do you have**<br>Universal Manual Operate Truck Car Gear Shift Knob Shifter Lever Resin Red Skull (#142097014341) | Buyer: 2***2 (4)<br>US $12.29 | Past 6 months<br>Reciprocal feedback |
| Reply by motor-pro.Left within past 6 months.<br>Dear Friend Have any question contact us at any time | | |
| ➖ **The item I purchased never arrived. Was given a bogus reason. I was reimbursed.**<br>Short Edging Brake Clutch Levers For aprilia RSV4 factory RSV4R/RR 2009-2017 (#132392637975) | Buyer: r***o (5)<br>US $22.99 | Past 6 months<br>Reciprocal feedback |
| Reply by motor-pro. Left within past 6 months.<br>Dear Friend you have cancel the order.we have refund to you. | | |

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **Horrible DO NOT BUY**<br>Steering Damper stabilzer w/ Bracket mount for YAMAHA YZF R1 (1998-2004) full s (#142676866402) | Buyer: d***g (149★)<br>US $55.99 | Past 6 months<br>Reciprocal feedback |
| **Cheap product**<br>3X Front+Rear Brake Pads For Suzuki GSXR 600/750 (2006-2010)/ GSXR 1000 (07-08) (#142506990631) | Buyer: a***7 (37★)<br>US $31.99 | Past 6 months<br>Reciprocal feedback |
| Reply by motor-pro. Left within past 6 months.<br>Dear Friend Have any question contact us at any time | | |
| **Great product, best costumer service ever and 4 days delivery 👍? Just perfect👏**<br>Vented Short brake clutch levers for BMW S1000RR S1000R (2015 2016 2017) (#142533003562) | Buyer: 8***a (39★)<br>US $21.99 | Past 6 months<br>Reciprocal feedback |
| Reply by motor-pro.Left within past 6 months.<br>Dear Friend Have any question contact us at any time | | |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **Don't waste you time and money on these. Total pos.**<br>Pair Handle Bar Hand Brush Guard Handguard Protector For 2013-2019 Honda CB500X (#143581155809) | Buyer: f***a (125★)<br>US $29.99 | Past 6 months<br>Reciprocal feedback |
| Reply by motor-pro. Left within past 6 months.<br>Dear Friend | | |
| **Color tone is different between two same items.**<br>10 p LOGO Folding extend brake clutch levers For KTM Duke 125/200/390 2013-2018 (#132687650344) | Buyer: 0***e (424★)<br>US $310.00 | Past 6 months<br>Reciprocal feedback |
| Reply by motor-pro.Left within past 6 months.<br>Dear Friend Have any question contact us at any time | | |
| **These do not fit yzf r6 2007 the bolts are too big for the opening**<br>CNC accessories Swingarm Spools slider stand screws for yamaha YZF R6 1999-2016 (#143590398436) | Buyer: m***e (11★)<br>US $8.59 | Past 6 months<br>Reciprocal feedback |
| Reply by motor-pro. Left within past 6 months.<br>Dear Friend Have any question contact us at any time | | |
| **Had to grind sides of pads as did not fit took me a whole day, not buy again**<br>1Pair Front Brake Pads For BUELL Firebolt/ Lightning/ Ulysses (#142667606052) | Buyer: e***1 (36★)<br>US $15.99 | Past year<br>Reciprocal feedback |
| Reply by motor-pro. Left within past year.<br>Dear Friend Have any question contact us at any time | | |
| **Will never buy from this company again. Absolutely poor customer service.**<br>LOGO Folding extendable brake clutch levers for BMW S1000RR (2015-2016-2017-18) (#142183957757) | Buyer: 4***9 (63★)<br>US $36.99 | Past year<br>Reciprocal feedback |
| Reply by motor-pro.Left within past year.<br>Dear Friend Have any question contact us at any time | | |
| **Product arrived in bad conditions**<br>Front Headlight Assembly Headlamp Lighting fit for Yamaha YZF-R3 2015-2018 (#132838109541) | Buyer: r***n (446★)<br>US $134.99 | Past year<br>Reciprocal feedback |
| **Brake lever was not designed correctly and required significant modifications.**<br>LOGO Folding brake clutch levers For MV Agusta Brutale 750/910/920/989/990/1078 (#132485688533) | Buyer: t***r (10★)<br>US $42.99 | Past year<br>Reciprocal feedback |
| **I did not recive**<br>Red Short Brake Clutch Levers For DUCATI HYPERMOTARD 1100/S/EVO SP (2007-2012) (#142771213753) | Buyer: o***k (97★)<br>US $18.99 | Past year<br>Reciprocal feedback |
| **no get the parts and no answer**<br>Machined Brake Clutch Levers For Suzuki GSXR1000 2001-2004,2005-2006,2009-2018 (#132745102720) | Buyer: l***l (551★)<br>US $27.99 | Past year<br>Reciprocal feedback |

**Page 1 of 1**

←   **1**   →

**Member Quick Links**    Contact member     **Suggested Next**    Leave Feedback

View items for sale                      Reply to received Feedback

View seller's Store                        Follow up to given Feedback

Request feedback revision



Hi ▮ ⌄    Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ⌄   My eBay ⌄   🔔²   🛒

| Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced |

motor-pro (10290 ⭐)
97% positive feedback
🔗 Items for sale   🏬 Visit store   ✉ Contact
♡ Save

Based in China, motor-pro has been an eBay member since Feb 26, 2014

**Feedback ratings** ⓘ                 See all feedback

| ⭐⭐⭐⭐⭐ 539 | Item as described | ➕ 623 Positive | 🔘 4 Neutral | ➖ 19 Negative | ➕ Just as described and fitment......... |
| ⭐⭐⭐⭐⭐ 545 | Communication | | | | Oct 12, 2020 |
| ⭐⭐⭐⭐⭐ 540 | Shipping time | | | | |
| ⭐⭐⭐⭐⭐ 561 | Shipping charges | | Feedback from the last 12 months | | |

● ○ ○ ○ ○

557 Followers | 0 Reviews | Member since: Feb 26, 2014 | 📍 China

## Items for sale (13558)

See all items



CNC Crash Pads ...
US $19.99     46m left



CNC Crash Pads ...
US $19.99     46m left



CNC Crash Pads ...
US $19.99     46m left



CNC Crash Pads ...
US $19.99     46m left



US Vented Short...
US $24.99     1h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Hi [redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

eBay › eBay Stores › daniel's motor

# daniel's motor

557 followers | motor-pro (10290 ★) 97.0%

Hi dear all, We am so sorry we can't ship out the item until 3rd March as the arrival of the biggest holiday in China, the shipping company won't be returning to work until 3rd March, so let me know if you want to w

Save this seller

**Category**

All
Pivot Dirt Bikes Levers
Short Brake Clutch Levers
Long&Regular Levers
Foldable & Extendable Levers
Extendable-only levers
Brake Clutch Master Cylinders
Steering Damper
Clip ons
Rear view mirrors
CNC Rearsets(Forward control)
Motor Parts
Windscreen
Brake pads
Speedometer Cases
Brake Rotor Discs
Clutch Plates
Frame Sliders
US Stock
Steering Wheel
Proguards/Handle grips/Barends
Turn signal lights
Kickstand pads
Fairing bodyworks
Laser Engraved Folding Levers
Lightings
Tail Lights
Hand grips/Handle bar ends
Headlights
For Honda
For Yamaha
For KTM
For Suzuki
For Kawasaki
For Ducati
For Aprilia
For BMW
For Triumph
For Benelli
Seatings
Sissy Bar Luggage Rack
For Off Road DirtBikes
Swingarm Sliders Spools Stand
Exhaust Protector
Complete Fairing Bolt Screws
Holder License Plate Frame
Handlebar Hand Grip
Harley accessories
Radiator Guard Protector
Pet exclusive
Tank Pad Sticker
UTV accessories
Cylinder Clutch Perch Levers
Helmet accessories
Other

**Condition** see all
- New
- Used

**Price**
- Under $35.00
- Over $35.00

$ - $

**Buying Format** see all
- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all
- Default
- Within 100 mile of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free Shipping
- Free In-store Pickup

**Show only** see all
- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Verified

Search this Store Search Time: ending soonest

All Listings Auction Buy It Now

1-48 of 7,086 Results

CNC Crash Pads Exhaust Sliders Body Protector for Yamaha YZF-R3 MT-03 2015-2018
$19.99
Was: ~~$21.99~~
$1.00 shipping
From China

US Vented Short brake clutch levers For SUZUKI GSX1300R hayabusa 1999-04-05-2007
$24.99
Was: ~~$26.99~~
$2.99 shipping

14mm 22mm Front hydraulic Brake Master Cylinder & cable Perch w/Fluid Reservoir
$42.99
$3.99 shipping
From China

15.7mm Front hydraulic Brake Master Cylinder & cable Perch with Fluid Reservoirs
$42.99
$3.99 shipping
From China

18.8mm Front hydraulic Brake Master Cylinder & cable Perch with Fluid Reservoirs
$42.99
$3.99 shipping
From China

Short Brake Clutch Levers For Honda CB500F 2006-2007/ CB750 Nighthawk
$31.89
Was: ~~$33.89~~
$2.99 shipping

Short green Brake Clutch Levers For Kawasaki ninja 650R/er6f Z650 Z900 2017-2018
$31.89
$2.99 shipping
or Best Offer

For YAMAHA YZF R6 (2005-2016) 15 14 13 12 Folding Extendable Brake Clutch Levers
$28.99
Was: ~~$30.52~~
$1.99 shipping
3 watching
From China

Folding Extendable Brake Clutch Levers For Suzuki GSXR 600/750 (1997-2003) 02 01
$28.99
Was: ~~$30.52~~
$1.99 shipping
From China

Foldable Extendable Brake Clutch Levers For Suzuki GSXR 1000 (2005-2006)
$27.54
Was: ~~$28.99~~
$1.99 shipping
From China

Fold Extend Brake Clutch Levers For Suzuki GSXR 600 750 2006-2010 2009 2008 2007
$28.99
Was: ~~$30.52~~
$1.99 shipping
From China

Short Brake Clutch Levers For Honda CBR1000RR/Fireblade (2004-2005-2006-2007)
$31.89
$2.99 shipping

Rear Seat Cowl Cover For Suzuki GSXR 600 GSX-R 750 (2011-2016) 15 14 Carbon-Look
$36.99
$3.99 shipping
From China

Black For SUZUKI GN125 GN400 GR650 GS GT T TU250 Universal Cafe Racer Seat Hump
$52.99
$3.99 shipping
From China

Folding Extending Both Brake Levers For YAMAHA XP 530 T-Max (2014-2015-2016)
$28.99
Was: ~~$30.52~~
$1.99 shipping
From China

Vintage Cafe Racer Seat Retro Saddle For Honda CB350 CB400 CB500 CB550 CB750
$44.99
$3.99 shipping
26 watching
From China

Short green Brake Clutch Levers For Kawasaki ninja 650R/er6f er6n (2009-2016)



More refinements...

$33.99
$2.99 shipping
Brand: Kawasaki

Fire UTV Side Door Bags w/ Knee Pad For Polaris RZR XP 1000 900XC S900 2014-2018
$34.99
Was: $39.99
$2.00 shipping
or Best Offer

Brown Hump Custom Cafe Racer Seat Vintage Saddle For Honda CB100 CB500T CL360 GN
$42.99
$3.99 shipping
From China

8mm Swingarm Spools Slider Protector For KAWASAKI Z1000 Z 1000 2012-2015-2018
$8.58
Was: $10.58
$1.99 shipping
From Hong Kong

For Suzuki hayabusa GSX1300R 1999-2007 06 Folding Extending Brake Clutch Levers
$28.99
Was: $30.52
$1.99 shipping
From China

Motorcycle Black Cafe Racer Hump Seat Saddle For Yamaha XJ750 XS400 SR500 RD400
$50.99
$3.99 shipping
33 watching
From China

Foldable Extending Brake Clutch Levers For Suzuki GSF 1200 bandit 2001-2006 2005
$28.99
Was: $30.52
$1.99 shipping
From China

NEW Universal Motorcycles ATV 180 degree Motorcycle wide-angle rearview mirror
$29.99
Was: $34.99
$2.00 shipping
or Best Offer
From China

Folding Extendable Brake Clutch Levers For Suzuki SFV 650 GLADIUS (2009-2015)
$28.99
Was: $30.52
$1.99 shipping
From China

Short Brake Clutch Levers For Husqvarna Svartpilen 401 2018-2019-2020 Husky
$31.89
$2.99 shipping
Brand: Husqvarna

Leather Motorcycle 3" Spring Solo Bracket Seat For Harley Chopper Bobber Custom
$69.99
$3.99 shipping
From China

Motorcycle Fairing Bolts Kit Bodywork Clips Screws For Ducati 848 2008-2013 12
$25.99
Was: $30.58
$1.99 shipping
From China

Short Edging Brake Clutch Levers For Kawasaki ZX1400/ZX14R/ZZR1400 06-17/GTR1400
$22.99
$3.99 shipping
From China
Brand: Kawasaki

US Left Right Side UTV Door Bags Knee Pad For Polaris RZR XP XP4 1000 14-17 2016
$34.99
Was: $39.99
$3.00 shipping
or Best Offer

180 Degree wide-angle rearview mirror For BMW GS 1200GS LC R1250GS ADV
$29.99
Was: $34.99
$2.00 shipping
or Best Offer
From China

Short Edging Brake Clutch Levers For Suzuki Bandit 1200 (96-00)/GSXR1100/W
$22.99
$3.99 shipping
From China
Brand: Suzuki

License Plate Holder Fender Eliminator For Honda CBR500R/CB500F CBR600RR/1000RR
$27.99
Was: $32.99
$4.99 shipping
From China

Black Motorcycle Swingarm Spools Slider 8mm Stand Screws For KAWASAKI Z1000 14-
$8.58
Was: $10.58
$1.99 shipping
From Hong Kong

For Ducati Diavel 2014-2017 Universal Motorcycle Fairing Bolt Kit Bodywork Screw
$25.99
Was: $30.58
$1.99 shipping
From China

Short Edging Brake Clutch Levers For Kawasaki ZX9R(94-97)/ZX7R/GTR1000/ZZR1200
$22.99
$3.99 shipping
From China
Brand: Kawasaki

Wide Angle Motorcycle Rearview Rear View Mirrors Windshiled Windscreen Safety
$29.99
Was: $34.99
$2.00 shipping
or Best Offer
From China



Short Edging colored Brake Clutch Levers For Kawasaki H2R/ZX10R/KRT/ZZR/ 16-17
$22.99
$3.99 shipping
From China
Brand: Kawasaki

YZF 6mm Swingarm Sliders Spools Stand Bobbins for Yamaha YZF R1 R6 R6S 600R 750R
$8.59
Was: $10.59
$1.99 shipping
From China

CNC Crash Pads Exhaust Sliders Body Protector for Yamaha YZF-R15/ R3 MT03 15-18
$19.99
Was: $21.99
$1.00 shipping
From China

Machined Anodized Brake Clutch Levers For Yamaha XT660Z Tenere (2008-2017)
$26.99 to $27.99
$3.99 shipping
From China

Motorcycle Fairing Bolt Kit Bodywork Screw Kits For Ducati 1198 2009 2010 2011
$25.99
Was: $30.58
$1.99 shipping
From China

License Plate Holder Fender Eliminator For KawasakiZ800, ER6N, Z750, nigia 300
$27.99
Was: $32.99
$4.99 shipping
From China

US Left Right Sides UTV Door Bags Knee Pad For Polaris RZR XP XP4 1000 2014-2017
$34.99
Was: $99.99
$2.00 shipping
or Best Offer

4 pcs Front&Rear Fork Wheels Frame Slider Crash Protectors For KTM RC390 Duke
$21.10
Was: $22.21
$2.00 shipping
186 sold
From China

10mm M10 Swingarm Sliders Spools Stand Screws for Yamaha YZF750 /YZF1000 1987-97
$8.59
Was: $10.59
$1.99 shipping
From China

CNC Crash Pads Exhaust Sliders Body Protector for Yamaha FZ1 2001-2015 F8 11-13
$19.99
Was: $21.99
$1.00 shipping
From China

Brake Clutch Levers For Yamaha YFZ450S YFM350/660/700 Raptor/Banshee/200 Blaster
$26.99 to $27.99
$3.99 shipping
From China

< 1 2 3 4 5 6 7 8 9 10 >

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ







Hi [redacted] Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

eBay › eBay Stores › daniel's motor

# daniel's motor

557 followers | motor-pro (10290 ★) 97.0%

Hi dear all, We am so sorry we can't ship out the item until 3rd March as the arrival of the biggest holiday in China, the shipping company won't be returning to work until 3rd March, so let me know if you want to w

Save this seller

**Category**

All
Pivot Dirt Bikes Levers
Short Brake Clutch Levers
Long&Regular Levers
Foldable & Extendable Levers
Extendable-only levers
Brake Clutch Master Cylinders
Rear view mirrors
Motor Parts
Brake pads
Brake Rotor Discs
Clutch Plates
Frame Sliders
US Stock
Proguards/Handle grips/Barends
Turn signal lights
Kickstand pads
Laser Engraved Folding Levers
Lightings
Tail Lights
Hand grips/Handle bar ends
Headlights
For Yamaha
For KTM
For BMW
Seatings
For Off Road DirtBikes
Swingarm Sliders Spools Stand
Exhaust Protector
Complete Fairing Bolt Screws
Holder License Plate Frame
Handlebar Hand Grip
Radiator Guard Protector
Tank Pad Sticker
Cylinder Clutch Perch Levers
Helmet accessories
Other

**Condition** see all

- New
- Used

**Price**

- Under $15.00
- $15.00 to $35.00
- Over $35.00

$ - $

**Buying Format** see all

- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

- Default
- Within
  100 mile of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free Shipping
- Free In-store Pickup

**Show only** see all

- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Verified

More refinements...

ktm Search Time: ending soonest

All Listings Auction Buy It Now

1-48 of 407 Results

15.7mm Front hydraulic Brake Master Cylinder & cable Perch with Fluid Reservoirs (Fits: KTM)
$42.99
$3.99 shipping
From China

18.8mm Front hydraulic Brake Master Cylinder & cable Perch with Fluid Reservoirs (Fits: KTM)
$42.99
$3.99 shipping
From China

NEW Universal Motorcycles ATV 180 degree Motorcycle wide-angle rearview mirror (Fits: KTM)
$29.99
Was: ~~$34.99~~
$2.00 shipping
or Best Offer
From China

180 Degree wide-angle rearview mirror For BMW GS 1200GS LC R1250GS ADV (Fits: KTM)
$29.99
Was: ~~$34.99~~
$2.00 shipping
or Best Offer
From China

Wide Angle Motorcycle Rearview Rear View Mirrors Windshiled Windscreen Safety (Fits: KTM)
$29.99
Was: ~~$34.99~~
$2.00 shipping
or Best Offer
From China

4 pcs Front&Rear Fork Wheels Frame Slider Crash Protectors For KTM RC390 Duke (Fits: KTM)
$21.10
Was: ~~$22.21~~
$2.00 shipping
186 sold
From China

License Plate Holder Fender Eliminator For KTM DUKE 125 200 390 RC 125 200 390
$27.99
Was: ~~$32.99~~
$4.99 shipping
From China

Motorcycle Body Work Clip Screws Fairing Bolt Kit For Ducati Honda Suzuki KTM
$25.99
Was: ~~$30.58~~
$1.99 shipping
From China

CNC License Plate Holder Fender Eliminator For Yamaha Honda Suzuki Kawasaki KTM
$27.99
Was: ~~$32.99~~
$4.99 shipping
From China

Rear Brake Rotor Disc disk for KTM SX 125/144/150/200/250/300/380/500/520/525 (Fits: KTM)
$42.10
Was: ~~$47.10~~
$5.99 shipping
or Best Offer
From China

Folding Extendable Brake Clutch Levers For KTM 640 LC4 Supermoto 2003-2004-2005 (Fits: KTM)
$28.99
Was: ~~$30.52~~
$1.99 shipping
From China

Orange Off road Brake Clutch Levers for KTM 450 XCR-W/EXC/EXC-R 2005-2006 (Fits: KTM)
$20.00
Was: ~~$23.53~~
$4.99 shipping
From China

Motorcycle Rearview Side Mirrors 8mm 10mm For Honda Yamaha Suzuki KTM Kawasaki (Fits: KTM)
$24.95
Was: ~~$29.95~~
$15.00 shipping
From China

Engraved Folding extendable brake clutch levers For KTM SuperDuke 990/1290 RC8R (Fits: KTM)
$36.99
$1.99 shipping
16 sold
From China
Brand: KTM

Motorcross footpegs for KTM exc/sx 105/125/150/200/250//300/305/350/380/400/450 (Fits: KTM)
$38.94
$1.99 shipping
From China

Off road motor cross Dirtbike brake clutch levers For KTM 380 EXC (2000-2002) 01 (Fits: KTM)
$20.00
Was: ~~$23.53~~
$4.99 shipping
From China

off roadDirtbike brake clutch levers For KTM 125 EXC/SX 2004-2005-2006-2007-2008 (Fits: KTM)

$20.00
Was: $23.53
$4.99 shipping

From China

---

HandleBar Slide Terminal Grips Bar End For Suzuki GSXS1000GSXR750/600/GSX1300 (Fits: KTM)
$13.99
Was: $15.99
$1.00 shipping

From China

---

Pairs Motorcycle Rearview Mirrors 8mm/10mm For Suzuki SV650 DL1000 DL650 GSF650 (Fits: KTM)
$24.95
Was: $29.95
$15.00 shipping

From China

---

Off road dirtbike brake clutch levers For KTM 125 EXC/SX/Sixdays 2009-10-12-2013 (Fits: KTM)
$20.00
Was: $23.53
$4.99 shipping

From China

---

Pairs Motorcycle Rearview Mirrors 8mm/10mm For Kawasaki Z900 Z125 VERSYS 1000 (Fits: KTM)
$24.95
Was: $29.95
$15.00 shipping

From China

---

HandleBar Slide Terminal Grips Bar End For SUZUKI GSXR1000/600/750 SV1000 (Fits: KTM)
$13.99
Was: $15.99
$1.00 shipping

From China

---

Orange Motorcross footpegs for KTM 105/125/150/200/250//300/305/350 exc/sx/EXC-F (Fits: KTM)
$38.94
$3.99 shipping
or Best Offer

From China

---

Front Brake Rotor Disc Disk for KTM EXC 125/200/250/300/380/400/450/520/525/530 (Fits: KTM)
$37.02
Was: $42.62
$5.99 shipping
or Best Offer

From China

---

HandleBar Slide Terminal Grips Bar End For Kawasaki ZX10R/12R/6R/14R/9R Ninja (Fits: KTM)
$13.99
Was: $15.99
$1.00 shipping

From China

---

Orange Brake Clutch Levers for KTM 200 XCW/EXC 2009-2010-2011-2012-2013 Off Road (Fits: KTM)
$20.00
Was: $23.53
$4.99 shipping

From China

---

HandleBar Slide Terminal Grips Bar End For Honda CRF100F/150/250/230/450R (Fits: KTM)
$13.99
Was: $15.99
$1.00 shipping

From China

---

Motorcycle Brake Clutch Master Cylinder Fluid Reservoir CNC Oil Tank Cup For KTM
$8.09 to $10.09
Was: $12.89
$2.00 shipping

From China

---

HandleBar Slide Terminal Grips Bar End For Suzuki RM/125/250 DR125/200/250/SE (Fits: KTM)
$13.99
Was: $15.99
$1.00 shipping

From China

---

HandleBar Slide Terminal Grips Bar End For KTM XC/SXS-F/XCF-W/XCW/SX/EXC/SX/MX (Fits: KTM)
$13.99
Was: $15.99
$1.00 shipping

From China

---

LOGO Folding extend brake clutch levers For KTM Super Adventure 1290 S/R 2015-18 (Fits: KTM)
$36.99
$1.99 shipping

From China
Brand: KTM

---

LOGO Folding extendable brake clutch levers For KTM 690 Duke R (2014-2017) 16 15 (Fits: KTM)
$36.99
$1.99 shipping

From China
Brand: KTM

---

Folding extendy brake clutch levers For KTM 690 Duke/Enduro-R/SMC/R 2014-2017 (Fits: KTM)
$36.99
$1.99 shipping
23 sold

From China
Brand: KTM

---

LOGO Folding extendy brake clutch levers For KTM 690 LC4 supermoto 03-06/Duke/R (Fits: KTM)
$36.99
$1.99 shipping

From China
Brand: KTM

---

LOGO Folding extend brake clutch levers For KTM 640 Adventure/LC4-E Supermoto 99 (Fits: KTM)
$36.99
$1.99 shipping

From China
Brand: KTM

---

LOGO Folding extendy brake clutch levers For KTM 950 Super Enduro/690 Enduro/R (Fits: KTM)
$36.99
$1.99 shipping

From China
Brand: KTM

---

LOGO Folding extendy brake clutch levers For KTM Duke RC 125/200/390 (2013-2018) (Fits: KTM)
$36.99
$1.99 shipping
62 sold

From China
Brand: KTM



Orange Short CNC Brake Clutch Levers For KTM 690 SMC 2008-2011 2010 2009
$20.00
$3.99 shipping
83 sold
From China

Motorcycle Rearview Mirrors 8mm/10mm For Honda CB500F CB500X CB300F CB650F NC750 (Fits: KTM)
$24.95
Was: ~~$29.95~~
$15.00 shipping
From China

Motorcycle Rearview Side Mirrors 8mm/10mm For Honda KTM Duke 390 200 125 690 990 (Fits: KTM)
$24.95
Was: ~~$29.95~~
$15.00 shipping
From China

Motorcycle Rearview Side Mirrors 8mm For Yamaha FZ07 FZ09/07/10/6 MT03/07/09/25 (Fits: KTM)
$24.95
Was: ~~$29.95~~
$15.00 shipping
From China

Universal 35-43mm Headlight Mount Bracket For Norton, BSA, Ducati and Harley (Fits: KTM)
$12.29
Was: ~~$17.29~~
Free shipping
From China

Universal Black 35-43mm Headlight Mount Bracket For ,Kawasaki, Suzuki, Yamaha (Fits: KTM)
$12.29
Was: ~~$17.29~~
Free shipping
From China

Universal Black 35-43mm Headlight Mount Bracket For Harley Chopper Cafe Racer (Fits: KTM)
$12.29
Was: ~~$17.29~~
Free shipping
From China

LOGO Folding extendy brake clutch levers For KTM 1190 Adventure/R (2013-2016) 15 (Fits: KTM)
$36.99
$1.99 shipping
From China
Brand: KTM

35mm-43mm Headlight Mount Brackets Fork Ear Motorcycle For Chopper Cafe Honda (Fits: KTM)
$12.29
Was: ~~$17.29~~
Free shipping
From China

LOGO Folding extend brake clutch levers For KTM 1050/1090 Adventure/R 2016-2017 (Fits: KTM)
$36.99
$1.99 shipping
From China
Brand: KTM

Fast Ship Motorcycle Air Cushion Seat Pressure Relief Pad For Rear Seats Black (Fits: KTM)
$29.99
Was: ~~$34.99~~
$1.99 shipping
or Best Offer

< 1 2 3 4 5 6 7 8 9 >

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice



 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms



**Ship to**

███
375 West Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███

Change

### Review item and shipping

Seller: motor-pro | Message to seller

CNC License Plate Holder Fender Eliminator For Yamaha Honda Suzuki Kawasaki KTM
Color: Black
**$27.99**
~~$32.99~~

Quantity [ 1 ▾ ]

**Delivery**

◉ Est. delivery: Nov 12 – Dec 2
Standard SpeedPAK from China/Hong Kong/Taiwan
**$4.99**

○ Est. delivery: Oct 28 – Nov 4
Expedited Shipping from China/Hong Kong/Taiwan to worldwide
**$19.98**

---

### Gift cards, coupons, eBay Bucks

Enter code: [                    ]  [ Apply ]

---

### Donate to charity (optional) ⓘ
North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount [ None ▾ ]

---

| Subtotal (1 item) | $27.99 |
| Shipping | $4.99 |
| Tax* | $2.06 |

**Order total** **$35.04**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi | Daily Deals  Brand Outlet  Help & Contact                                    Sell  Watchlist ⌄  My eBay ⌄   🔔 2   🛒

ebay    Shop by category ⌄    🔍 Search for anything              All Categories ⌄    Search    Advanced

‹ Back to previous page | Listed in category:  eBay Motors ›  Parts & Accessories ›  Motorcycle Parts ›  Handlebars, Grips & Levers ›  Other Handlebars & Levers          ✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM    Select Year

🔥 SAVE UP TO **7%** WHEN YOU BUY MORE





### Motorcycle Rearview Side Mirrors 8mm 10mm For Honda Yamaha Suzuki KTM Kawasaki



Condition:  New

Bulk savings:  | Buy 1 $24.95/ea | Buy 2 $24.20/ea | Buy 3 $23.70/ea |

Compatibility:  See compatible vehicles

Sale ends in:  06m 37s

Quantity:  [ 1 ]  4 or more for $23.20/ea
More than 10 available

Price:  **US $24.95/ea**
US $29.95 (16% off)

Buy It Now

Add to cart

♡ Add to Watchlist

30-day returns | Longtime member

Shipping:  **$15.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangdong Foshan, China
Ships to: Worldwide  See exclusions

Delivery:  📦 Estimated between **Thu. Nov. 12 and Wed. Dec. 2** ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  💳  💳  DISCOVER
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  Free 30 day returns | See details

Shop with confidence
💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motor-pro (10290 ⭐ )
97% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?  Sell now

---

### Similar sponsored items 1/2                                                        Feedback on our suggestions



| Universal CNC Motorcycle Rearview Side Mirrors For... | Black Motorcycle Rearview Side Mirrors for Honda... | Motorcycle Round Rearview Side Mirrors 10mm For... | Motorcycle Mirrors Rearview Side Round 10m... | Motorcycle 8mm 10mm Side Rearview Mirrors For Hond... | Black Motorcycle Rearview Side Mirrors 10mm For... |
| $27.88 | $17.94 | $24.69 | $24.99 | $25.64 | $23.09 |
| $29.35 | Free shipping | $25.99 | Free shipping | $26.99 | Free shipping |
| Free shipping | Seller 99.1% positive | Free shipping | New | Free shipping | Seller 99.5% positive |
| Seller 99.1% positive | | New | | New | |

### Sponsored items from this seller 1/2                                                Feedback on our suggestions



Hi ▬▬ | Daily Deals · Brand Outlet · Help & Contact   Sell · Watchlist ˅ · My eBay ˅   🔔² · 🛒

ebay | Shop by category ˅ | 🔍 Search for anything | All Categories ˅ | **Search** | Advanced

‹ Back to previous page | Listed in category:  eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers   ✉ f ⓕ 🐦 📌 | Add to Watchlist

---

✅ This fits a KTM | [ Select Year ]

🔴 **SAVE UP TO 7% WHEN YOU BUY MORE**





‹  ›

$ Have one to sell? [ Sell now ]

### Motorcycle Rearview Side Mirrors 8mm/10mm For Honda KTM Duke 390 200 125 690 990



Condition: New

Bulk savings: | Buy 1 $24.95/ea | Buy 2 $24.20/ea | Buy 3 $23.70/ea

Compatibility : See compatible vehicles

Sale ends in: 06m 24s

Quantity: [ 1 ] 4 or more for $23.20/ea
More than 10 available / 4 sold



Price: **US $24.95/ea**
US $29.95 (16% off)

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

30-day returns | 8 watchers | Longtime member

Shipping: **$15.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangdong Foshan, China
Ships to: Worldwide See exclusions

Delivery: ⚡ Estimated between **Thu. Nov. 12 and Wed. Dec. 2** ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA ●●● 🟦 DISC●VER

PayPal **CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details

Shop with confidence
💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
motor-pro (10290 ⭐ )
97% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions

‹       ›

Folding Extendable Brake Clutch Levers For KTM DU...
$23.49
$26.69
+ $3.99 shipping
New

Motorcycle Street Bike 7/8" Handle Bar End Mirrors For...
$29.09
Free shipping
Almost gone

Handle Bar End Mirrors Motorcycle Rear View Win...
$23.09
Free shipping
Seller 99.1% positive

For KTM Duke 690 790 390 125 Motorcycle Sportbike...
$25.11
Free shipping
Seller 99.5% positive

For KTM Duke 790 690 390 250 125 7/8" Bar End...
$25.08
Free shipping
Seller 99.1% positive

7/8" Bar End Motorcycle Side Mirrors Black For KTM...
$29.68
Free shipping
Seller 99.1% positive

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

Hi [blacked out]    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔 2    🛒



Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

‹ Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Other Motorcycle Parts    ✉ f 🐦 📌  | Add to Watchlist

ℹ Check if this part fits your vehicle    Select Vehicle

🔥 SAVE UP TO 7% WHEN YOU BUY MORE







## Fork Air Bleeder Pressure Relief Valve Fit For KTM SX XC SX EXC MXC XCW SXF SMR

🔥 20 viewed per day

| Condition: | New |
| --- | --- |

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 |
| --- | --- | --- |
| $4.50/ea | $4.37/ea | $4.28/ea |

Compatibility :    See compatible vehicles

Quantity:  [ 1 ]  4 or more for $4.19/ea

More than 10 available / 3 sold

Price:  **US $4.50/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Shop with confidence**

ⓈeBay Money Back Guarantee
Get the item you ordered or get
your money back. Learn more

**Seller information**
motorshop-us (434 ★)
97.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?  Sell now

30-day returns    5 watchers

Shipping: $0.30 Economy Shipping from China/Hong
Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs
processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia    See exclusions

Delivery: 📦 Estimated between **Fri. Nov. 6 and Tue. Jan. 5** ⓘ
This item has an extended handling time and a delivery
estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject
to customs processing.

Payments:  

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay
Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Similar sponsored items 1/2    Feedback on our suggestions














| Fork Air Bleeder Pressure Relief Valve For KTM SX X... | M4 0.7MM CNC Fork Air Bleeder Pressure Relief... | Orange M4 0.7MM Fork Air Bleeder Pressure Relief... | Gear Shifter Shift Lever Tip Fit KTM EXC EXCF XC XCF... | Rear Grab Rail Handle For KTM XC XCF EXC XC-F... | Gear Shifter Shift Lever Tip For KTM EXC EXCF XC XC... |
| --- | --- | --- | --- | --- | --- |
| $4.99 | $11.33 | $11.50 | $8.43 | $11.42 | $9.50 |
| Free shipping | Free shipping | Free shipping | Free shipping | $12.69 | Free shipping |
| New | New | Almost gone | Seller 99% positive | + $0.99 shipping | Almost gone |
| | | | | New | |

10/15/2020

Sponsored items from this seller 1/2

Feedback on our suggestions








| 3x Black Racing Car Vinyl Stripe Decal Sticker Fit For... | Coolant Expansion Tank Bleeder Screw Brass Most... | Hazard Warning Switch Button fit for Renault Espa... | 18 LED License Plate Lights Fit for Nissan Navara D40... | 1pc Motorcycle Front Fender Metal Mudguard Fit for... | 11PCS Inflatable Extension Tube Adapter Nozzle Air... |
|---|---|---|---|---|---|
| $14.50 | $4.45 | $3.55 | $10.99 | $8.20 | $6.85 |
| Free shipping | Free shipping | Free shipping | Free shipping | + $4.25 shipping | Free shipping |

---

**Description** | Shipping and payments | Report item

Seller assumes all responsibility for this listing.

eBay item number: **363122268431**

Last updated on  Oct 10, 2020 23:53:05 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

Year [-Select-]  Make [-Select-]  Model [-Select-]  Submodel [-Select-]  Go

[show all compatible vehicles]

✓ This part is compatible with 424 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
|  | 2015 | KTM | 50 | SX |
|  | 2015 | KTM | 50 | SX Mini |
|  | 2014 | KTM | 50 | SX |
|  | 2014 | KTM | 50 | SX Mini |
|  | 2013 | KTM | 50 | SX |
|  | 2013 | KTM | 50 | SX Mini |
|  | 2012 | KTM | 50 | SX |
|  | 2012 | KTM | 50 | SX Mini |
|  | 2011 | KTM | 50 | SX |
|  | 2010 | KTM | 50 | SX |
|  | 2009 | KTM | 50 | SX |
|  | 2008 | KTM | 50 | SX |
|  | 2007 | KTM | 50 | SX |
|  | 2006 | KTM | 50 | SX |
|  | 1996 | KTM | 50 | SX |
|  | 2015 | KTM | 65 | SX |
|  | 2014 | KTM | 65 | SX |
|  | 2013 | KTM | 65 | SX |
|  | 2012 | KTM | 65 | SX |
|  | 2011 | KTM | 65 | SX |

Page 1 of 22     ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by motorshop-us.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | Does Not Apply |
| Brand: | Unbranded | Botl Size: | M4x0.7 Pitch |
| Material: | Stainless Steel & Aluminum | UPC: | Does not apply |

## Fork Air Bleeder Pressure Relief Valve Fit For KTM SX XC SX EXC MXC XCW SXF SMR

**Specification:**

- 100% Brand New
- Fork Air Bleeder Pressure Relief Valve
- Material: Stainless Steel & Aluminum
- Botl Size: M4x0.7 Pitch
- Color: as picture shown
- Easy to use to upgrade your forks
- Allows bleeding of air pressure without tools
- Reduces harshness caused by air build-up
- CNC-machined anodized aluminum press buttom
- Stainless steel body is stronger and will not corrode

**Fitment:**

-For use on KTM, HUSKY, WP, Marzocchi, Olins and Paioli Forks with a M4x0.7mm air bleed screw in the fork cap.
-Fits for most Euro Off-Road Motorbikes, Husqvarna, KTM, BMW, Beta, Gas Gas etc.
-Will also fits for Husabergs with WP forks with 4mm thread '98-'12 (Husabergs can take 4mm or 5mm thread bleeders pays to remove and check genuine thread in forks).

for KTM   50SX 1994-2015
for KTM   50SX Pro Jr. 1997-2008
for KTM   50SX Pro Sr. 1997-2008
for KTM   50SX MINI 2012-2015
for KTM   65SX 1998-2015
for KTM   65XC 2008-2009
for KTM   85SX 2003-2015
for KTM   85XC 2008-2009
for KTM   105SX 2004-2011
for KTM   105XC 2008-2009
for KTM   125EXC 1990-2005
for KTM   125SX 1993-2013
for KTM   144SX 2007-2008
for KTM   150SX 2009-2013
for KTM   150XC 2010-2012
for KTM   200EXC 1998-2005
for KTM   200MXC 1998-2003
for KTM   200SX 2003-2004
for KTM   200XC 2006-2009
for KTM   200XCW 2006-2015
for KTM   250EXC 1990-2005
for KTM   250EXC-RFS 2002-2006
for KTM   250MXC 1995-2003
for KTM   250SX 1993-2013
for KTM   250SXF 2005-2013
for KTM   250XC 2006-2013
for KTM   250XCF 2007-2013
for KTM   250XCFW 2006-2015
for KTM   250XCW 2006-2015
for KTM   300EXC 1990-2005
for KTM   300MXC 1993-2005
for KTM   300XCW 2006-2015
for KTM   350EXCF 2012-2015
for KTM   350SXF 2011-2012
for KTM   350XCF 2011-2012
for KTM   350XCFW 2012-2015
for KTM   360EXC 1996-1997
for KTM   360MXC 1996-1997
for KTM   360SX 1996-1997
for KTM   380EXC 1998-2002
for KTM   380MXC 1998-2002
for KTM   380SX 1998-2002
for KTM   400EXC 2000-2007
for KTM   400MXC 2000-2002
for KTM   400RXC 1991-1999
for KTM   400SC 1991-1999
for KTM   400SX 2000-2002
for KTM   400XCW 2007-2010
for KTM   450EXC 2003-2011
for KTM   450MXC 2003-2005
for KTM   450SMR 2012-2012
for KTM   450SX 2003-2006
for KTM   450SXF 2007-2012
for KTM   450XC 2006-2007
for KTM   450XCF 2008-2009, 2013
for KTM   450XCW 2008-2015
for KTM   500EXC 2012-2015
for KTM   500XCW 2012-2015
for KTM   505SXF 2008-2008
for KTM   505XCF 2008-2009
for KTM   520EXC 2000-2002
for KTM   520MXC 2000-2002
for KTM   520SX 2000-2002
for KTM   525EXC 2003-2007
for KTM   525MXC 2003-2005
for KTM   525SX 2003-2006
for KTM   525XC 2006-2008
for KTM   530EXC 2008-2011
for KTM   530XCW 2008-2011
for KTM   550MXC 1993-2006
for KTM   620SX 1997-1999
for KTM   620XCE 1997-1998
for KTM   625SXC 2003-2004
for KTM   640 Adventure 2007
for KTM   660 SMC 2004
for KTM   690 Enduro 2008-2009
for KTM   690 Enduro R 2009-2010,2012-2013
for KTM   690 SMC 2008-2009
for KTM   690 Supermoto 2007-2009
for KTM   950 Adventure 2003-2007
for KTM   950 Adventure S 2003-2006
for KTM   950 Super Enduro 2007
for KTM   950 Super Enduro R 2008-2009
for KTM   950 Supermoto 2005-2007
for KTM   950 Supermoto R 2006-2007
for KTM   990 Adventure 2007-2009,2012
for KTM   990 Adventure R 2009,2011-2012
for KTM   990 Adventure S 2007-2009
for KTM   990 Supermoto T 2012

**Package included:** 1Pair x Fork Air Bleeder

Note:
-Please allow 1-10mm difference due to manual measurement.
-Due to light and screen difference, the item's color may be slightly different from the pictures.

Item Show











## Shipping

| Shipping Method | Shipping Destination | Shipping Time |
|---|---|---|
| Economy(without Tracking) | USA,Canada,United Kingdom,Austrilia,France,Germany,Spain,Ireland,Italy,Others | 15-30 working days |
| Standard (EMS  Express Trackable ) | USA,Canada,United   Kingdom,Austrilia,France,Germany,Spain,Ireland,Italy,Others | 5-7 working days |
| Express (DHL Express Trackable) | USA,Canada,United   Kingdom,Austrilia,France,Germany,Spain,Ireland,Italy,Others | 3-4 working days |

**Customs Declaration:**

Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility.
Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

- DHL can not reach to few remote areas in your country,if you choose Express and living remote areas.You should pay the additional shipping charge. If your area belongs to remote areas, the parcel can't reach, or you need to pay more freight, our customer service will contact you.
- If you need to add the tracking number, be sure to contact customer service before making orders，especial for the people comes from the country of Eastern Europe, the Middle East and South American. It needs to pay the extra shipping cost!
- Order can not be shipping to any P.O boxes. Order can only be shipped to physical addresses.

## Payment

Payment is needed to receive within 7 days after deal.if not we will close the transaction.
We only accept PayPal.
PayPal is the only online payment method we accept. Please make sure you have a valid/confirmed PayPal account prior bidding. And please make sure that your PayPal registed address is the same with your eBay registed address.

Sponsored items based on your recent views  1/4                                      Feedback on our suggestions



| Oil Filter Plug Cap For KTM 125/200/390 Duke RC... | CNC Grab Handle Rear Handrail For KTM 150 XC... | CNC Grab Handle For KTM 150 XC 250 XCF 300 EXC... | 1190 Adventure & R Adv Front Lamp Headlight... | Motorcycle Fork Air Bleeder Pressure Relief Valve For... | M4 0.7MM CNC Fork Air Bleeder Pressure Relief... |
|---|---|---|---|---|---|
| $10.99 | $19.95 | $19.95 | $43.27 | $13.90 | $11.33 |
| Free shipping | Free shipping | Free shipping | $45.55 | Free shipping | Free shipping |
| Last one | New | New | Free shipping | New | New |
|  |  |  | New |  |  |

Explore more sponsored options: Brand



KTM

| High Flow Billet Water Pump Impeller Wheel For... | REAR SPROCKET 50T 125 144 150 200 250 350 450... | 2013 KTM SX-F 250 RIGHT AIR BOX COVER (A) 13... |
|---|---|---|
| $18.99 | $39.00 | $16.79 |
| $19.99 | + $5.00 shipping | $23.99 |
| Free shipping | Last one | Free shipping |
| Last one |  |  |

uxcell                                                          More

| Universal Aluminum Alloy Red Decorative Key Lock... | Aluminum Alloy Keychain Key Head Cover Purple fo... | Motorcycle Red Aluminum Alloy Motorbike Brake... |
|---|---|---|
| $7.57 | $6.40 | $6.59 |
| Free shipping | Free shipping | $7.29 |
|  | Last one | Free shipping |

More from this seller  1/2                                        Feedback on our suggestions



Hi ▮ | Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔 2   🛒

### ebay

Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts

✉ f 🐦 📌 | Add to Watchlist

---

ℹ Check if this part fits your vehicle | Select Vehicle

🔖 SAVE UP TO **7%** WHEN YOU BUY MORE







$ Have one to sell? | Sell now



### Fork Air Bleeder Pressure Relief Valve Fit For KTM SX XC SX EXC MXC XCW SXF SMR

🔥 20 viewed per day

Condition: New

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 |
|---|---|---|
| $4.50/ea | $4.37/ea | $4.28/ea |

Compatibility: See compatible vehicles

Quantity: [ 1 ]   4 or more for $4.19/ea

More than 10 available / 3 sold

Price: **US $4.50/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

30-day returns | 5 watchers

Shipping: $0.30 Economy Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia   See exclusions

Delivery: 📦 Estimated between **Fri. Nov. 6** and **Tue. Jan. 5** ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 AMEX DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

---

**Shop with confidence**

💰 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motorshop-us (434 ⭐)
97.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions



| Fork Air Bleeder Pressure Relief Valve For KTM SX X... | M4 0.7MM CNC Fork Air Bleeder Pressure Relief... | Orange M4 0.7MM Fork Air Bleeder Pressure Relief... | Gear Shifter Shift Lever Tip Fit KTM EXC EXCF XC XCF... | Rear Grab Rail Handle For KTM XC XCF EXC XC-F... | Gear Shifter Shift Lever Tip For KTM EXC EXCF XC XC... |
|---|---|---|---|---|---|
| $4.99 | $11.33 | $11.50 | $8.43 | $11.42 | $9.50 |
| Free shipping | Free shipping | Free shipping | Free shipping | $12.69 | Free shipping |
| New | New | Almost gone | Seller 99% positive | + $0.99 shipping | Almost gone |
| | | | | New | |

---

## Sponsored items from this seller 1/2

Feedback on our suggestions

    

| 3x Black Racing Car Vinyl Stripe Decal Sticker Fit For... | Coolant Expansion Tank Bleeder Screw Brass Most... | Hazard Warning Switch Button fit for Renault Espa... | 18 LED License Plate Lights Fit for Nissan Navara D40... | 1pc Motorcycle Front Fender Metal Mudguard Fit for... | 11PCS Inflatable Extension Tube Adapter Nozzle Air... |
|---|---|---|---|---|---|
| $14.50 | $4.45 | $3.55 | $10.99 | $8.20 | $6.85 |
| Free shipping | Free shipping | Free shipping | Free shipping | + $4.25 shipping | Free shipping |

---

**Description**   **Shipping and payments**   <span style="color:blue">Report item</span>

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Guangzhou, China

Shipping to: Americas, Europe, Asia, Australia

Excludes: Central America and Caribbean, Afghanistan, Azerbaijan Republic, Bangladesh, China, Georgia, Kazakhstan, Maldives, Mongolia, Nepal, Turkmenistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Saudi Arabia, Yemen, American Samoa, Cook Islands, Fiji, Guam, Kiribati, Marshall Islands, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Philippines, Taiwan, Vietnam, Bermuda, Canada, Saint Pierre and Miquelon, Bolivia, Brazil, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Algeria, Angola, Benin, Botswana, Burkina Faso, Burundi, Cameroon, Cape Verde Islands, Central African Republic, Chad, Comoros, Congo, Republic of the, Côte d'Ivoire (Ivory Coast), Djibouti, Egypt, Equatorial Guinea, Eritrea, Ethiopia, Gabon Republic, Gambia, Ghana, Guinea, Guinea-Bissau, Kenya, Lesotho, Liberia, Libya, Madagascar, Malawi, Mali, Mauritania, Mauritius, Mayotte, Morocco, Mozambique, Namibia, Niger, Nigeria, Reunion, Rwanda, Saint Helena, Senegal, Seychelles, Sierra Leone, Somalia, South Africa, Swaziland, Tanzania, Togo, Tunisia, Uganda, Western Sahara, Zambia, Zimbabwe, Albania, Andorra, Austria, Bosnia and Herzegovina, Germany, Gibraltar, Iceland, Ireland, Liechtenstein, Moldova, Monaco, Montenegro, San Marino, Serbia, Sweden, Switzerland, United Kingdom, Vatican City State, PO Box



| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $0.30 | United States | Economy Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between Fri. Nov. 6 and Tue. Jan. 5 |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

**Handling time**

Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item.

**Taxes**

Taxes may be applicable at checkout. Learn more

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods



**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

## Sponsored items based on your recent views 1/4

Feedback on our suggestions



Hi    Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ⌄   My eBay ⌄   🔔²   🛒

eBay   Shop by category ⌄   🔍 Search for anything   All Categories ⌄   **Search**   Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile



eBay MONEY BACK GUARANTEE



**motorshop-us** (434 ★) 📋 ⓘ
**Positive Feedback (last 12 months): 97.6%** ⓘ
Member since: May-09-20 in China
**Top-rated seller:** One of eBay's most reputable sellers.
       Consistently delivers outstanding customer service.
**Learn more**

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 171 | 459 | 459 |
| ◐ Neutral | 0 | 3 | 3 |
| ➖ Negative | 8 | 11 | 11 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (434) | ★★★★★ (458) |
| **Shipping speed** | **Communication** |
| ★★★★★ (432) | ★★★★★ (442) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

11 Feedback received (viewing 1-11)        Revised Feedback: 3 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ     Rating type:   Period:

e.g. Vintage 1970's Gibson Guitars   🔍    Negative (11) ⌄    12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Super cheap.... but it doesn't work so price is irrelevant :-(** <br> 3.5mm Male AUX Audio Plug Jack To USB 2.0 Female Converter Cable Cord Car MP3 <br> (#363095300557) | Buyer: c***a (2081 ★) <br> US $1.54 | Past month <br> Reciprocal feedback |
| ➖ **Comes rolled up in a bag, the ends crushed,difficult to flatted out. Unusable.** <br> Auto Vehicle Body Grille Net 40X13" Universal Aluminum Black Mesh Grill Section <br> (#363024411372) | Buyer: e***a (178 ★) <br> US $10.69 | Past month <br> Reciprocal feedback |
| ➖ **Do not buy here !!!!! It is fraud and deception** <br> 12-Way Blade Fuse Box Block Holder LED Indicator 12V 32V Auto Marine Waterproof <br> (#363081296356) | Buyer: t***8 (14 ★) <br> US $18.99 | Past month <br> Reciprocal feedback |
| ➖ **The item arrived broken and on top of that does not even remotely fit the wrx** <br> 3x Carbon Fiber Front Mesh Grill Grille Fit For Subaru Impreza WRX STi 9th <br> (#363005497353) | Buyer: _***_ (40 ★) <br> US $82.69 | Past month <br> Reciprocal feedback |
| ➖ **low quality product. :(** <br> 2x Coolant Temperature Sensor & Switch Fit For HONDA CR-V Civic ACURA Tool <br> (#363010459627) | Buyer: v***i (319 ★) <br> US $8.99 | Past month <br> Reciprocal feedback |
| ➖ **Order was delivered to 152 Coonawarra road item was addressed to 162 Coonawarra** <br> High Low Angle Quick Adapter Kit ACME Car AC R134a A/C Manifold Gauge Conversion <br> (#363086373483) | Buyer: 1***n (242 ★) <br> US $11.59 | Past month <br> Reciprocal feedback |
| ➖ **purchased the item got wrong one didn't want to refund purchase price** <br> 2" 52mm Digital Display LED Auto Fuel Pressure Gauge Meter 0-120 PSI Sensor 12V <br> (#363051306528) | Buyer: o***m (995 ★) <br> US $20.49 | Past month <br> Reciprocal feedback |
| ➖ **things come broken** <br> Handheld Digital Laser Tachometer Contact Tach Tool RPM Tester Velocimeter <br> (#363010459828) | Buyer: k***a (44 ★) <br> US $12.99 | Past month <br> Reciprocal feedback |
| ➖ **Bad shipping** <br> 12V 15 LED Interior Lights Auto Car Strip Light Bar Lamp White Van Bus Caravan <br> (#363005176702) | Buyer: l***i (936 ★) <br> US $3.77 | Past 6 months <br> Reciprocal feedback |
| ➖ **I wouldn't even consider this a mirror absolutely junk** <br> Universal Motorcycle Rearview Mirrors Fit For Honda Suzuki Yamaha Scooter <br> (#363012591471) | Buyer: r***r (252 ★) <br> US $12.69 | Past 6 months <br> Reciprocal feedback |
| ➖ **They suck the product is trash, delivery sucks, and will never use this company** <br> Motorcycle CNC Brake Clutch Lever Fit For GY6 Honda Grom MSX125 VTX1300 NC700 <br> (#363006885385) | Buyer: 1***l (23 ★) <br> US $12.50 | Past 6 months <br> Reciprocal feedback |

**Comment?**

**Page 1 of 1**      ←   **1**   →



Hi ███ ▾          Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist ▾    My eBay ▾    🔔 2    🛒

**ebay**    Shop by category ▾    🔍 Search for anything          All Categories ▾    **Search**    Advanced

motorshop-us (434★)
97.6% positive feedback          📢 Items for sale   🏬 Visit store   ✉ Contact

💗 Save

Based in China, motorshop-us has been an eBay member since May 09, 2020

**Feedback ratings** ⓘ                                                          See all feedback

⭐⭐⭐⭐⭐ 434    Item as described        ➕ 459    ❓ 3    ➖ 11          ➖    Super cheap.... but it doesn't work so price is
⭐⭐⭐⭐⭐ 442    Communication            Positive   Neutral   Negative              irrelevant :-(
⭐⭐⭐⭐⭐ 432    Shipping time                                                      Oct 12, 2020
⭐⭐⭐⭐⭐ 458    Shipping charges         Feedback from the last 12 months

10 Followers | 0 Reviews | Member since: May 09, 2020 | 📍 China

## Items for sale(1245)                                                          See all items

    

Fender Side Mar...      3.5mm Male AUX ...      400W 40A Smart ...      Wireless Solar ...      Auto Rear Windo...
US $7.99      27m left    US $0.99      9h left    US $47.99      5h left    US $23.59      6h left    US $3.25      9h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ          Norton SECURED





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

eBay › eBay Stores › Motorshop-us666

# Motorshop-us666

10 followers | motorshop-us (434 ★) 97.6%

Save this seller

**Category**

**All**

ebay motors

- Interior tool
- Exterior tool
- LED Light & Lamp
- Key case & Fob
- Toy
- Car & Truck Parts
- Car & Truck Camera Recorder
- Motorcycle Parts
- Other

Other

**Condition** see all

- New

**Price**

- Under $8.00
- $8.00 to $15.00
- Over $15.00

$ - $

**Buying Format** see all

- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

- Default
- Within

100 miles of 60106

- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free Shipping
- Free In-store Pickup

**Show only** see all

- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Verified

**More refinements...**

Search this Store | Search | Time: ending soonest

All Listings | Auction | Buy It Now

1-48 of 1,178 Results

Fender Side Marker Turn Signal Light Fit For Toyota RAV4 2006-2009
$7.99
Free shipping
From China

400W 40A Smart Pulse Repair Car Battery Charger Automatic LCD Lead Charger
$47.99
Free shipping
13 watching
From China

Wireless Solar TPMS LCD Car Tire Pressure Monitoring System 4 External Sensors
$23.59
Free shipping
13 watching
From China

3.5mm Male AUX Audio Plug Jack To USB 2.0 Female Converter Cable Cord Car MP3
$0.99
Free shipping
9h 22m
From China

Auto Rear Window Sunshade Sun Shade Cover Visor Mesh Shield UV Block Protect
$3.25
Free shipping
9h 46m
From China

2x Fit For Fiat 500 595 Alfa Romeo Italy Flag 70mm Exterior Badges Stickers Car
$1.49
$0.99 shipping
From China

3 Way Car Cigarette Lighter Socket Splitter Dual USB Phone Charger Adapter Tool
$12.49
Free shipping
From China

10x T5 3SMD LED White Instrument Panel Dash Light Bulb 6000k 74 17 18 37 70 kits
$4.99
Free shipping
From China

Windshield Washer Nozzle Front fit for Jeep Grand Cherokee
$1.99
Free shipping
1d 3h
From China

3x LED Road Flares Emergency Disc Safety Light Flashing Roadside Beacon
$19.99
From China

Free shipping
19 sold



Hot Bike Tire Air CO2 Inflator Pump Valve Head Cycling Gear For Presta Schrader

$8.59
$1.99 shipping
5 watching

From China



Hot Carbon Fiber Style Rear Mirror Cover Caps For BMW F20 F21 F22 F30 F32 F36 X1

$27.55
$3.65 shipping

From China



2PC LED Solar Cup Pad Car Accessories Light Cover Interior Decoration Lights p-

$10.50
Free shipping

From China



Aluminium Alloy Steering Wheel Cover Trim Body Emblem Sticker Fit For Audi p-

$4.99
Free shipping

From China



Clutch Brake Bleeder Hose One Way Valve Tube Bleeding Tool Kit Motorcycle Car

$4.99
Free shipping

From China



10X Ceramic Stone Polishing Grinding Rotary Die Grinder Drill Bit Tools 4-10mm

$2.99
Free shipping

From China



2x 12V 18LED Round Car Fog Lamp Driving DRL Daytime Running Bright White Light I

$8.99
$0.99 shipping

From China



Mini Compact Design Bicycle Pump Bike Air Stick Presta Schrader Tire Inflator

$5.99
$2.99 shipping

From China



Auto Vehicle Body Grille Net 40X13" Universal Aluminum Black Mesh Grill Section

$10.69
Free shipping
21 sold

From China



2pcs Universal Throttle Grip Assist Wrist Cruise Control Cramp Rest Motorcycle

$2.79
Free shipping

From China



2X 60CM APP Slim RGB Sequential Flexible LED DRL Turn Signal Strip For Headlight

$12.50
Free shipping

From China



Manual 5 Speed Leather Red Stitch Car Gear Stick Shift Knob Universal

$8.99
Free shipping

From China

Universal Cup Holder for Stroller Cup Holder For Pram Baby Stroller Fast Ship

$4.99
Free shipping
6 watching

From China

3" Car Digital GPS Speedometer Head Up Display Overspeed MPH/KM/H Warning Alarm

10/15/2020


$18.99
Free shipping

From China

---


5 Speed Gear Shift Knob Stick Head Fit For Renault Clio Kangoo Plastic
$4.99
Free shipping

From China

---


Car European Standard 13-Core Resistance Tester Trailer Plug Socket Connector
$15.59
Free shipping

From China

---


4pcs Replacement Roof Rail Rack Clip Cover Fit For Mazda 2 3 6 CX5 CX7 CX9 kits
$2.39
Free shipping

From China

---


8PCS Car Door Handle Films Sticker Protector Anti Scratch Protect Accessories
$2.64
Free shipping

From China

---


Auto Accessories 5D Glossy Carbon Fiber Vinyl Film Car Interior Wrap Stickers
$6.99 to $22.99
Free shipping

From China

---


9006 HB4 LED Headlight Fog Light Bulbs Kit High Low Beam 6000K White High Power
$9.99
Free shipping

From China

---


4Pc Car Side Window Shade Screen Cover Sunshade Breathable For Car Auto Truck
$9.89
Free shipping
32 sold

From China

---


Universal Car Bottle Opener Seat Belt Buckle Alarm Stopper Clip Clamp Tool
$2.03
Free shipping

From China

---


5 PCS Car Side Rear Window Screen Mesh Sun Shade Cover Windshield Sunshade Visor
$7.79
Free shipping
8 watching

From China

---


1pc R134a A/C Refrigerant Car Air Conditioning Can Tap Bottle Opener Adapter
$4.39
Free shipping
8 watching

From China

---


Locking Clip Automotive Hot Steel Car Safety Seat Belt Adjuster Steel Adjuster
$0.99
$1.25 shipping

3d 15h
From China

---


36MM C5W 12SMD LED Canbus Error Free Number Plate Light Bulb Lamp 36MM
$1.79
$0.99 shipping

3d 15h
From China

---


12V Car Auto LED Male Cigarette Lighter Socket Plug Connector with Fuse Auto
$0.99
$0.99 shipping

3d 15h
From China



**Categories**
eBay Motors
Other Motorcycle Parts
Other Motorcycle Handlebars, Grips & Levers
More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (6)

**Price**
$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**
motorshop-us (434)
Feedback rating: 434
Positive Feedback: 97.6%
Member since May-09-20 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now
Sort: Best Match View:

**6** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106-1445
Clear selections
0 matching results
Find Results

Fork Air Bleeder Pressure Relief Valve Fit For KTM SX XC SX EXC MXC XCW SXF SMR (Fits: KTM)
Brand New
**$4.50**
Buy It Now
+$0.30 shipping
From China
Watch

Motorcycle Rectangle Mirrors Fit For Harley Softail Sportster Chopper Bobber (Fits: KTM)
Brand New
**$22.50**
Buy It Now
**Free Shipping**
From China
Watch

Fit For THROTTLE FRONT BRAKE LEVER HANDLE ATV 110cc 125cc 250cc 150cc TAOTAO (Fits: KTM)
Brand New
**$12.25**
Buy It Now
**Free Shipping**
**17 Sold**
From China
Watch

Motorcycle LED Turn Signals Brake Light License Plate Integrated Tail Light (Fits: KTM)
Brand New
**$13.99**
Buy It Now
**Free Shipping**
From China
Watch

Motorcycle 17 LED Fork Light Strip Amber Turn Signal White Daytime Running p- (Fits: KTM)
Brand New
**$4.99**
Buy It Now
**Free Shipping**
From China
Watch

30 Sets 1 2 3 4 5 6 Pin Way Sealed Electrical Wire Connector Plug For Car Trucks (Fits: KTM)
Brand New

Sponsored items for you

Fork Air Bleeder Pressure Relief Valv...
**$4.50**
Buy It Now

10/15/2020

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ Add a credit or debit card

○ *PayPal*

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
████
Change

## Review item and shipping

Seller: motorshop-us | Message to seller

 Fork Air Bleeder Pressure Relief Valve Fit For KTM SX XC SX EXC MXC XCW SXF SMR

**$4.50**

Quantity [ 1 ▾ ]

**Delivery**
Est. delivery: Nov 6 – Jan 5
Economy Shipping from China/Hong Kong/Taiwan to worldwide
**$0.30**

## Gift cards, coupons, eBay Bucks

Enter code: _____ [ Apply ]

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $4.50 |
| Shipping | $0.30 |
| Tax* | $0.30 |

**Order total** **$5.10**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED







## Shock Absorber Spanner Wrench Puller Tool for KTM SX SXF XC 125 200 250 350 400

Condition: New

Quantity: 1    3 available / 1 sold

Price: US $9.47
US $10.18 (7% off)

Buy It Now

Add to cart

Add to Watchlist

Free shipping    30-day returns

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide  See exclusions

Delivery: Estimated between Wed. Oct. 28 and Tue. Nov. 17
Please note the delivery estimate is greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
motorsmarket_sfc (1013 ★)
98.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items





| Condition: | New | Brand: | Unbranded |
|---|---|---|---|
| Material: | as described | Color: | Orange |
| Size: | as described | Country/Region of Manufacture: | China |
| Type: | Shock Spanner Wrench WP Shock Tool Adjusting | MPN: | Does Not Apply |
| Warranty: | Seller Warranty | Manufacturer Part Number: | Does not apply |
| UPC: | Does not apply | ISBN: | Does not apply |
| EAN: | Does not apply | | |








Shock Absorber Spanner Wrench Puller Tool for KTM SX SXF XC 125 200 250 350 400

**Description:**

This spanner wrench that makes adjusting your KTM/PDS shock a breeze

It was designed to loosen or tighten the shock adjusting collar without having to get out that damaging punch.

Allows you to adjust the spring pre-load without having to remove the shock

Fitment

For KTM

125 - 450 SX / SXF / XCF (Except 2016 250 SX) 2016

125 - 500 Motorcross All Models 2017-2018

For

125 TC 2016

250 / 350 / 450 FC 2016

125 - 501 All Models 2017-2018

**Specification:**

Material:T6-6061 Aluminum

Color:Orange

Fits models as follows

For FC 250, 2014-2015

For FC 350, 2014-2015

For FC 450, 2014-2015

For FE 250, 2014-2015

For FE 350, 2014-2015

For FE 501, 2014-2016

For TC 125, 2014-2015

For TC 250, 2014-2016

For TE 125, 2014-2016

For TE 250, 2014-2016

For TE 300, 2014-2016

For KTM 125 SX 2012-2015

For KTM 150 SX 2011-2015

For KTM 150 XC 2011-2015

For KTM 200 XC-W 2012-2016

For KTM 250 SX 2011-2016

For KTM 250 SX-F 2011-2016

For KTM 250 XC 2011-2016

For KTM 250 XC-F 2011-2015

For KTM 250 XC-W (e-start) 2012-2016
For KTM 250 XCF-W 2012-2016
For KTM 300 XC 2011-2016
For KTM 300 XC-W (e-start) 2012-2015
For KTM 350 EXC-F 2012-2015
For KTM 350 SX-F 2011-2015
For KTM 350 XC-F 2011-2015
For KTM 350 XCF-W 2012-2015
For KTM 450 SX-F 2011-2015
For KTM 450 SX-F Factory Edition 2012-2014
For KTM 450 XC-F 2013-2015
For KTM 450 XC-W 2012-2015
For KTM 500 EXC 2012-2015
For KTM 500 XC-W 2012-2015

**Package Includes:**

1x Tool

---

**Shipping And Handling Policy**

- The buyer is responsible for any applicable import duties and local taxes. Please verify with your customs before making your purchase.
- Please verify your address during checkout. We are not responsible for any wrong or undeliverable addresses.

---

## People always bought together with

   

| Waterproof Rechargeable Bluetooth Speaker Music | Touch Smart Watch Women Heart Rate | NEW DM28 Dual Camera 4G smart watch 3+32G | Clear Display Show Case with Led Lights for MG | Recharge Touch Sc |
|---|---|---|---|---|
| US$26.36 | US$25.69 | US$157.27 | US$32.81 | US$21. |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now | Buy It Now |

---

🏷️ **SAVE UP TO 7%**   **See all eligible items ▸**

Take 7% off each item

Marked down item price reflects all savings. Items provided by motorsmarket_sfc    **All promotional offers from motorsmarket_sfc**

    

**See all**

| Motorcycles Rear Passenger Footrest Foot Pegs For Honda CRF230 CRF 230 | Motorcycle Chain Guard Guide Shield Protector for Honda Z50 JZ Z 50 | Boat Motor Outboard Carburetor for Tohatsu Nissan 2-Stroke 3.5hp 2.5hp outboards | Motorcycle ABS Plastic Front Fender Cover For Honda Shadow VT600 VLX 600 400 | 16" Hand Gear Shifter Shift Lever for Quad Dirt Bike ATV Motorcycle Go Kartv |
|---|---|---|---|---|
| Was: ~~US$23.22~~ | Was: ~~US$8.22~~ | Was: ~~US$27.23~~ | Was: ~~US$39.15~~ | Was: ~~US$16.13~~ |
| Now: US $21.59 | Now: US $7.64 | Now: US $25.32 | Now: US $36.41 | Now: US $14.60 |

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.

Offer conditions Learn about pricing     You can change quantities in your cart.

---

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

| Rear Swingarm Swing Arm Protector for KTM EXC 125-... | Rear Seat Cover Cowl Fairing For KTM Duke 125... | New Motorcycle Scalable brake clutch levers for KTM... | Rear Swingarm Swing Arm Protector for KTM EXC 125-... | Shock Spanner Wrench Puller For KTM SX SXF XC... | Shock Spanner Wrench Puller For KTM SX SXF X... |
|---|---|---|---|---|---|
| $19.24 | $61.45 | $35.48 | $19.24 | $9.65 | $9.65 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

Feedback 

## Explore more sponsored options:








**Shock Spanner Wrench Puller For KTM SX SXF XC...**
$9.65
Free shipping

**Pair Orange CNC Clutch & Brake Lever for KTM 250 3...**
$19.79
~~$21.99~~
Free shipping

**Spanner Wrench for KTM SX XC XC-W SX-F XCF XCF-...**
$9.45
~~$9.95~~
Free shipping

**CNC Front Axle Nut Screw For KTM 125 150 200 250...**
$13.99
~~$15.21~~
Free shipping
**Popular**

**NEW CNC REAR GRAB HANDLE FOR KTM EXC 125...**
$11.42
~~$12.69~~
+ $0.99 shipping

**Shock Spanner Wrench Puller For KTM SX SXF XC...**
$9.65
Free shipping

---

**More from this seller** 1/2

Feedback on our suggestions








**Motorcycle Ignition Switch Lock SET For Yamaha YBR...**
$19.50
~~$21.52~~
+ shipping

**Belt Removal Tool for Polaris RZR XP1000 900 and Polar...**
$18.75
~~$20.70~~
+ shipping

**Motorcycle Engine Steel Piston Pin Removal Tool...**
$16.90
~~$18.17~~
+ shipping

**Camshaft Tensioning Locking Aligement Timing...**
$28.33
~~$30.46~~
+ shipping

**Motorcycle Chain Guide Roller Tensioner...**
$7.59
~~$8.16~~
+ shipping

**GPS Phone Navigation Bracket for KTM Adventure...**
$38.14
~~$41.01~~
+ shipping

---

More to explore :   Spanner Wrench Automotive Hand Wrenches,   Motorcycle Shocks for KTM 125,   Motorcycle Parts for KTM 125 Wrench Rabbit,   Wrench Rabbit Engines & Parts for KTM 125,   Rear Motorcycle Shocks for KTM 125,   Motorcycle Shocks for KTM 400,   Motorcycle Shocks for KTM 200,   Motorcycle Parts for KTM 200 Wrench Rabbit,   Racetech Motorcycle Shocks for KTM 125,   Set Spanner Wrench Automotive Hand Wrenches

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback












Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts | Add to Watchlist

## People who viewed this item also viewed

Shock Spanner Wrench Puller For... $9.65 Free shipping

Fork Air Bleeder Pressure Relief... $4.50 + $0.30 shipping

Pair Orange CNC Clutch & Brake... $19.79 ~~$21.99~~ Free shipping

Shock Spanner Wrench Puller For... $9.65 Free shipping

Spanner Wrench for KTM SX XC X... $9.45 ~~$9.95~~ Free shipping

Check if this part fits your vehicle Contact the seller

SAVE UP TO 7% See all eligible items

Have one to sell? Sell now

# Shock Absorber Spanner Wrench Puller Tool for KTM SX SXF XC 125 200 250 350 400

Condition: New

Quantity: 1 3 available / 1 sold

Price: US $9.47
~~US $10.18~~ (7% off)

Buy It Now
Add to cart
Add to Watchlist

Free shipping 30-day returns

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Wed. Oct. 28 and Tue. Nov. 17
Please note the delivery estimate is greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

motorsmarket_sfc (1013 ★)
98.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Sponsored items from this seller 1/2

Feedback on our suggestions

Motorcycle Ignition Switch Lock SET For Yamaha YBR... $19.50 ~~$21.52~~ Free shipping

Belt Removal Tool for Polaris RZR XP1000 900 and Polar... $18.75 ~~$20.70~~ Free shipping

Motorcycle Engine Steel Piston Pin Removal Tool... $16.90 ~~$18.17~~ Free shipping

Camshaft Tensioning Locking Aligement Timing... $28.33 ~~$30.46~~ Free shipping

Motorcycle Chain Guide Roller Tensioner... $7.59 ~~$8.16~~ Free shipping

GPS Phone Navigation Bracket for KTM Adventure... $38.14 ~~$41.01~~ Free shipping

Description | Shipping and payments | Report | Feedback

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Shenzhen, China**
Shipping to: Worldwide

Excludes: Africa, Central America and Caribbean, South America, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Hong Kong, Laos, Macau, Taiwan, Bermuda, Canada, Greenland, Saint Pierre and Miquelon, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of Cyprus, Czech Republic, Estonia, France, Gibraltar, Guernsey, Iceland, Italy, Jersey, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Norway, San Marino, Serbia, Slovakia, Slovenia, Spain, Svalbard and Jan Mayen, Switzerland, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Israel, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, United Arab Emirates, Yemen

Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Oct. 28** and **Tue. Nov. 17** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 1 business day of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

| Payment methods |
|---|





### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

### Seller's payment instructions

We only use PayPal's secure interface to accept payment. If you do not have a PayPal account, you can still use Visa, MasterCard or American Express or other Credit Card PayPal accepted via PayPal. Please check PayPal website for more information.

## 🔥 SAVE UP TO 7%   See all eligible items ›

**Take 7% off each item**
Marked down item price reflects all savings. Items provided by motorsmarket_sfc

All promotional offers from motorsmarket_sfc



Motorcycles Rear Passenger Footrest Foot Pegs For Honda CRF230 CRF 230
Was: US $23.22
Now: US $21.59

Motorcycle Chain Guard Guide Shield Protector for Honda Z50 JZ Z 50
Was: US $8.22
Now: US $7.64

Boat Motor Outboard Carburetor for Tohatsu Nissan 2-Stroke 3.5hp 2.5hp outboards
Was: US $27.23
Now: US $25.32



Motorcycle ABS Plastic Front Fender Cover For Honda Shadow VT600 VLX 600 400
Was: US $39.15
Now: US $36.41



16" Hand Gear Shifter Shift Lever for Quad Dirt Bike ATV Motorcycle Go Kartv
Was: US $16.13
Now: US $14.60

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions/Learn about pricing

You can change quantities in your cart.

## Sponsored items based on your recent views 1/4

Feedback on our suggestions



Feedback





Hi! **Sign in** or **register**    Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

**ebay**   Shop by category ⌄   | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

Home › Community › Feedback forum › Feedback profile

## Feedback profile

 MONEY BACK GUARANTEE



**motorsmarket_sfc** (1013 ★) 📋 ⓘ

**Positive Feedback (last 12 months): 98.4%** ⓘ

Member since: Feb-17-20 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

**Learn more**

**Member Quick Links**

Contact member

View items for sale

View seller's Store

---

### Feedback ratings ⓘ

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 323 | 1055 | 1058 |
| ⊙ Neutral | 6 | 18 | 18 |
| ➖ Negative | 8 | 17 | 17 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (994) | ★★★★★ (1063) |
| Shipping speed | Communication |
| ★★★★★ (988) | ★★★★★ (1053) |

---

**All received Feedback** | Received as buyer | Received as seller | Left for others

17 Feedback received (viewing 1-17)      Revised Feedback: 1 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

| e.g. Vintage 1970's Gibson Guitars | 🔍 |

Rating type: [ Negative (17) ⌄ ]    Period: [ 12 Months ⌄ ]

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **intentionally misleading, ms250 crankcase. wont return just partial refund.** Crankcase For STIHL MS390 MS290 MS290 039 029 Engine Housing Fuel Tank (#233671173153) | Buyer: 0***i (527★) ● US $33.36 | Past month Reciprocal feedback |
| ➖ **i couldn't imagine how small was this NECKLACE display. doesn't fit a necklace** Resin Earring Necklace Display Bust Stand Mannequin - Jewelry Holder for (#233685778968) | Buyer: z***a (11★) US $9.49 | Past month Reciprocal feedback |
| ➖ **What a scam! says 20, thought- 10 posts 10 backs, it's 4 posts 16 backs. Really?** 20x 925 Sterling Silver Ball Earring Loop Post Studs Pin Findings with Stoppers (#233659010485) | Buyer: 7***s (31★) US $7.03 | Past month Reciprocal feedback |
| ➖ **Not as described...listing can be used w 1 inch tubing...not even 7/8 inch** Boat Rail/Stanchion Base for Tube 90 Degree Stainless Steel for 25mm 22mm Tube (#233656073699) | Buyer: c***c (1744★) US $23.46 | Past month Reciprocal feedback |
| ➖ **Did not fit, was to wide** Car Interior Air Outlet Vent Cover Trim Decor For BMW 3 Series E90 2005-2012 (#233656598656) | Buyer: n***8 (19★) US $15.58 | Past month Reciprocal feedback |
| ➖ **The belt did not fit it was not that accurate description that they showed in th** Transmission Reduction Gear Box for 47CC-49CC 4 Stroke Engine Mini Pocket Bike (#233655961062) | Buyer: 1***3 (8) US $24.07 | Past month Reciprocal feedback |
| ➖ **Not honest offering discount then cancel order saying "as per buyer's request"** OBD2 16-pin Plug Male To USB Female Charging Power Cable For Car GPS DVR (#233656215471) | Buyer: 4***4 (801★) ● US $5.86 | Past month Reciprocal feedback |
| ➖ **Received damaged** Round Shape Egg Pancake Non-Stick Fry Frying Cook Kitchen Breakfast Pan 24cm (#233684851774) | Buyer: r***m (191★) US $19.82 | Past month Reciprocal feedback |
| ➖ **I cancelled this order 2 minutes after I ordered it and I was still charged.** Gy6 19 Teeth 428 Drive Chain Sprocket Cog Fit for 150cc Quad Pit Dirt Bikes ATV (#233656073560) | Buyer: u***u (1) US $15.46 | Past 6 months Reciprocal feedback |
| ➖ **very bad description, after many emails, made a partial refund.** Stainless Steel Tea Kettle Stovetop Whistling Teakettle Teapot (#233601102608) | Buyer: t***n (688★) ● US $26.88 | Past 6 months Reciprocal feedback |
| ➖ **Very poor quality. Refunded seller didn't want them back.** 12pcs Motorcycle Carburetor Slow Pilot Jets Kit for Keihin PZ19 PB16/18/20 Carb (#233530127057) | Buyer: k***k (29★) US $10.05 | Past 6 months Reciprocal feedback |
| ➖ **Took way to long for delivery. Over a month** Set of 6 Car Headlamp Retaining Spring Clips Headlight Clamps for H1, H3, H4, H7 (#233520086962) | Buyer: o***c (14★) US $12.11 | Past 6 months Reciprocal feedback |



Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact                                                    Sell   Watchlist ⌄   My eBay ⌄        🔔        🛒

ebay    Shop by category ⌄    🔍 Search for anything                          All Categories ⌄      **Search**      Advanced

motorsmarket_sfc (1013★)                        🔗 Items for sale    🏬 Visit store    ✉ Contact
98.4% positive feedback

♡ Save                    professional Parts&Accessories Seller, quality guarantee! Hope enjoy your shopping!

**Feedback ratings** ⓘ                                              See all feedback

⭐⭐⭐⭐⭐  994    Item as described        ⊕ 1,058   ⊙ 18    ⊖ 17    ⊘   Not what I expected. Will cost me more to
⭐⭐⭐⭐⭐  1,053  Communication           Positive  Neutral  Negative     return than refund 😩
⭐⭐⭐⭐⭐  988    Shipping time                                              Sep 28, 2020
⭐⭐⭐⭐⭐  1,063  Shipping charges

                                    Feedback from the last 12 months                    ● ● ● ● ●

70 Followers | 0 Reviews | Member since: Feb 17, 2020 | 📍 China

## Items for sale (20205)                                                              See all items

            

Set of 12 Motor...   6 Packs Motorbi...   1 Set Ignition ...   Set of 2 Vertic...   Marine Carburre...
US $18.72  36m left  US $11.68  36m left  US $18.40  36m left  US $36.97   1h left  US $27.54   1h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ        Norton SECURED

10/2/2020

Hi! **Sign in** or **register**     Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒



ebay    Shop by category ⌄    🔍 Search this Store    | This Store ⌄ |    **Search**    Advanced

eBay › eBay Stores › motorsmarket_sfc



## motorsmarket_sfc

70 followers | motorsmarket_sfc (1013 ★) 98.4%

professional Parts&Accessories Seller, quality guarantee! Hope enjoy your shopping!

♡ **Save this seller**

### Category

All
eBay Motors
Home & Garden
Sporting Goods
Crafts
Business & Industrial
Consumer Electronics
Health & Beauty
Toys & Hobbies
Clothing, Shoes & Accessories
Computers/Tablets & Networking
Pet Supplies
Cell Phones & Accessories
Jewelry & Watches
Musical Instruments & Gear
Cameras & Photo
**Show More** ⌄

**All Listings**  Auction  Buy It Now

1-48 of 19,064 Results

Time: ending soonest ⌄    ⊟



Set of 12 Motorcycle Fender Seat Nut Durable Compatible for Harley 96-17
$18.72
Was: $20.96
Free shipping

From China



6 Packs Motorbike Fender Seat Nut Set Compatible for Harley Touring 96-17
$11.68
Was: $13.18
Free shipping

From China



1 Set Ignition Switch Key for Yamaha Outboard Motor PN 703-82510-43-00
$18.40
Was: $19.77
Free shipping

From China

700C Inner Bicycle Tube 700 x 23C Mountain Bike Presta Valve 60mm Tyre Tube Part
$8.87
Was: $9.54
Free shipping

From China



2 Pieces Black Foam Female Mannequin Head Model Wig Glasses Hat Display Stands
$12.07
Was: $12.98
Free shipping

From China



3 Pieces Black Foam Female Mannequin Head Model Wig Glasses Hat Display Stands
$15.67
Was: $16.85
Free shipping

From China



3-pack Camera Lens Converter for C-Mount Lens to Micro 4/3 MFT Panasonic
$9.64
Was: $10.37
Free shipping

From China



Set of 2 Vertical 3 Tubes Boat Kayak Fishing Rod Holder Racks Storage 10"
$36.97
Was: $38.92
Free shipping

From China



Marine Carburretor Rebuild Kit For Johnson Evinrude 20/25/28/30/40HP Engines
$27.54
Was: $28.99
Free shipping

From China



40x Motorcycle Rubber Grommets Bolts Cushions For Honda Yamaha Fairing

$15.94
Was: $17.14
Free shipping

From China



50x Pack Motorcycle Rubber Grommets Bolts Pads For Honda Yamaha Fairing

$18.86
Was: $20.28
Free shipping

From China



30 Pieces Motorcycle Rubber Grommets Assortment For Honda Yamaha Fairing

$13.03
Was: $14.01
Free shipping

From China



2 Pieces 6" Grab Rail Bar Boat Entry Handrails for Yacht Trailer Camper

$25.86
Was: $27.81
Free shipping

From China



Heavy Duty 2" Gate Spring Clip Snap Hook Lobster Claw for Sailboat Halyard

$4.99
Was: $5.39
Free shipping

From China



Wired Game Gaming Mouse USB Ergonomic Optical For PC Laptop Computer

$14.24
Was: $15.31
Free shipping

From China



2x Chest Adjustable Strap Holder & Clip Horizontal+Vertical for Smartphone

$23.18
Was: $24.92
Free shipping

From China



2pcs Helmet Camera Chin Holder for GoPro Hero 8 7 5 Sports Camera Blue+Black

$12.08
Was: $13.62
Free shipping

From China



2x 1080P/720P/480P Computer Webcam Camera Dual Microphone for Video Calling

$18.22
Was: $19.59
Free shipping

From China



12pcs Silicone Hot Bed Heatbed Leveling Column Buffer Tube for Ender 3

$15.65
Was: $17.71
Free shipping

From China



2 Pieces High Torque Worm Geared Motor 12V 12RPM Self-locking for Curtains

$48.65
Was: $52.31
Free shipping

From China



6 Pieces Single Earphone 4ft Length Earbud Earplug for Sony PS4 Controller

$19.35
Was: $20.81
Free shipping

From China



2 Packs Portable Laptop Cooler Fan Mini Vacuum Cooler Fan LED USB Powered

$18.24
Was: $19.61
Free shipping

From China



4 Pieces RCA Connector Male+Female Jack RCA Socket Adapter Soldering Plug

$7.75
Was: $8.33

From China

10/2/2020




4Pcs 6.5ft Queue Belt Crowd Control Ribbon Stretch Barriers Belt Wall Mount

$60.25
Was: $64.78
Free shipping

From China


8pcs/Set 4mm Gold Plated Banana Plug Speaker Wire AMP Terminal Connectors

$20.60
Was: $22.15
Free shipping

From China


8pcs 3D Printer TL Smoother for Addon Module Motor Drivers Accessories

$13.90
Was: $15.80
Free shipping

From China


5pcs Joystick Thumb Stick Replacements w/ Tool Kit For Nintendo Switch

$32.29
Was: $34.72
Free shipping

From China
Brand: Nintendo


2x Flexible Hot Bed Sticker 220x220mm Magnetic Heated Bed for 3D Printer

$26.59
Was: $28.59
Free shipping

From China


8 Pieces TL Smoother PLUS Addon Module for RepRap MK8 i3 Terminator Parts

$17.51
Was: $19.82
Free shipping

From China


2 Pieces Heavy-Duty Trailer Roller Inflatable Ribbed Wobble Replacement

$29.05
Was: $31.24
Free shipping

From China


3/8-inch 12-Point Magnetic Swivel Spark Plug Socket Fits BMW Removal Tools

$9.98
Was: $10.73
Free shipping

From China


2x Nylon Eye End Cap Bimini Top Fitting 7/8" Boat Marine Bimini Frame

$6.23
Was: $6.70
Free shipping

From China


Switch Box 2 Cylinder Unit for Mercury Outboard 339-7452A19 & Hook Clips

$77.26
Was: $83.08
Free shipping

From China


5pcs Cam Cleat Cam Wre Fairlead Sailing Accessories for 3-12mm Dia. Rope

$29.33
Was: $31.54
Free shipping

From China


Carburetor Assy 68T-14301-11-00 Replacement fits Yamaha Outboard Motors

$44.44
Was: $47.79
Free shipping

From China


Switch Box & Door Stopper for Mercury Outboard 6HP-25 HP 339-7452A19 18-5777

$87.27
Was: $93.84
Free shipping

From China


3pcs Motorcycle Digital Tyre Pressure Gauge Rubber Hose Air Compressors Tool

$22.05

From China



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category ktm All Categories Search Advanced

Include description

Items for sale from **motorsmarket_sfc** (1013 ★) | Save this seller | Show results from all sellers

**Categories**

eBay Motors
- Other Motorcycle Parts
- Other Motorcycle Accessories
- Motorcycle Fairings & Bodywork
- Motorcycle Parts
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (29)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all
- Default
- Within
  100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motorsmarket_sfc (1013 ★)

Feedback rating: 1,013
Positive Feedback: 98.4%
Member since Feb-17-20 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
motorsmarket_sfc

All Listings | Auction | Buy It Now Sort: Best Match View:

**29** results for **ktm** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of 60106

Clear selections

**0**
matching results

Find Results

Shock Absorber Spanner Wrench Puller Tool for KTM SX SXF XC 125 200 250 350 400
Brand New
**$9.47** From China
Was: ~~$10.18~~
Buy It Now
**Free Shipping**
**7% off**
Watch

Orange Motorcycle Chain Slider Swingarm Guide Lower Roller For KTM SX SXF XC
Brand New
**$6.00** From China
Was: ~~$6.45~~
Buy It Now
**Free Shipping**
**7% off**
Watch

Motorcycle Chain Slider Swingarm Guide Lower Roller For KTM SX SXF XC , 250, 300
Brand New
**$6.00** From China
Was: ~~$6.45~~
Buy It Now
**Free Shipping**
**7% off**
Watch

1 Set Aluminum Water Pump Impeller Wheel Cooler for KTM XC-W 400 2009-2010
Brand New
**$23.28** From China
Was: ~~$25.03~~
Buy It Now
**Free Shipping**
**7% off**
Watch

GPS Phone Navigation Bracket for KTM Adventure 1050 1090 1190 1290 ADV
Brand New
**$38.14** From China
Was: ~~$41.01~~
Buy It Now
**Free Shipping**
**7% off**
Watch

Motorcycle Rear Fender Splash Mud Guard for KTM DUKE 390 2017-2018
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

<div style="border:2px solid green">

**Ship to**

▮▮▮▮▮▮▮
1001 Foster Ave
Bensenville, IL 60106-1445
United States
▮▮▮▮▮▮

Change

---

### Review item and shipping

Seller: motorsmarke... | Message to seller

Shock Absorber Spanner Wrench Puller Tool for KTM SX SXF XC 125 200 250 350 400
**$9.47**
~~$10.18~~

Quantity [ 1 ⌄ ]

**Delivery**
Est. delivery: Oct 28 – Nov 17
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

---

Save up to 7%

</div>

### Gift cards, coupons, eBay Bucks

Enter code: _____ [ Apply ]

### Donate to charity (optional) ⓘ
MUSICARES FOUNDATION, INC.
Donate today and help MusiCares provide essential financial, health and emergency support to the music community in times of crisis.

Select amount [ None ⌄ ]

---

| | |
|---|---|
| Subtotal (1 item) | $9.47 |
| Shipping | Free |
| Tax* | $0.59 |
| **Order total** | **$10.06** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

 ebay MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





10/2/2020

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄

Search for anything    All Categories ⌄    **Search**    Advanced

< Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts

✉ f 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle    **Contact the seller**

🏷 **SAVE UP TO 7%**    See all eligible items ▶



### Orange Motorcycle Chain Slider Swingarm Guide Lower Roller For KTM SX SXF XC





Condition:    New

Price:    **US $6.00**
~~US $6.45~~ (7% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

_Free shipping_    30-day returns

Shipping:    **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide    See exclusions

Delivery:    ⏱ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  🟠🟠  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motorsmarket_sfc (1013 ★)
98.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?    **Sell now**

---

**Similar sponsored items** 1/2    Feedback on our suggestions



NEW For KTM SXF 250 350 450 Plastic Chain Slider...
$6.03
Free shipping
New

For KTM SX SXF XC 250 350 450 Orange Chain Slider...
$6.45
Free shipping
New

ABS Chain Slider Swingarm Guide Lower Roller For KT...
$6.45
Free shipping
Last one

Motorcycle Chain Slider Swingarm Guide Lower...
$6.45
Free shipping
New

For KTM SX SXF XC 250 350 450 1pc Chain Slider...
$6.45
Free shipping
New

For KTM SXF 250 350 450 Plastic Chain Slider...
$6.45
Free shipping
New

---

**Sponsored items from this seller** 1/2    Feedback on our suggestions

Motorcycle Chain Guide Roller Tensioner...
$7.59
~~$8.16~~
Free shipping

Shock Absorber Spanner Wrench Puller Tool for KTM...
$9.47
~~$10.18~~
Free shipping

Sprocket Crank Case Cover Chain Guard for 90cc 110c...
$9.76
~~$10.49~~
Free shipping

Motorcycle 1" Handlebar Control Switches+Wiring...
$27.78
~~$33.28~~
Free shipping

Motorcycle Training Wheels For Yamaha50, Peewee50,...
$75.85
~~$81.56~~
Free shipping

Motorcycle Ignition Switch Lock SET For Yamaha YBx...
$19.50
~~$21.52~~
Free shipping









 

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts | Add to Watchlist

Check if this part fits your vehicle Contact the seller

SAVE UP TO 7% See all eligible items

Have one to sell? Sell now

# Motorcycle Chain Slider Swingarm Guide Lower Roller For KTM SX SXF XC , 250, 300

Condition: New

Quantity: 1 3 available

Price: US $6.00
~~US $6.45~~ (7% off)

Buy It Now
Add to cart
Add to Watchlist

Free shipping 30-day returns

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Wed. Oct. 28 and Tue. Nov. 17
Please note the delivery estimate is greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
motorsmarket_sfc (1013 ★)
98.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 Feedback on our suggestions

NEW For KTM SXF 250 350 450 Plastic Chain Slider...
$6.03
Free shipping
New

For KTM SX SXF XC 250 350 450 Orange Chain Slider...
$6.45
Free shipping
New

ABS Chain Slider Swingarm Guide Lower Roller For KT...
$6.45
Free shipping
Last one

Motorcycle Chain Slider Swingarm Guide Lower...
$6.45
Free shipping
New

For KTM SX SXF XC 250 350 450 1pc Chain Slider...
$6.45
Free shipping
New

For KTM SXF 250 350 450 Plastic Chain Slider...
$6.45
Free shipping
New

Sponsored items from this seller 1/2 Feedback on our suggestions

Shock Absorber Spanner Wrench Puller Tool for KTM...
$9.47
~~$10.18~~
Free shipping

Motorcycle Chain Guide Roller Tensioner...
$7.59
~~$8.16~~
Free shipping

Sprocket Crank Case Cover Chain Guard for 90cc 110c...
$9.76
~~$10.49~~
Free shipping

Motorcycle Training Wheels For Yamaha50, Peewee50,...
$75.85
~~$81.56~~
Free shipping

Motorcycle Ignition Switch Lock SET For Yamaha YBR...
$19.50
~~$21.52~~
Free shipping

Motorcycle Steering Shaft U-Joint 30T 14mm for ATV...
$16.86
~~$18.13~~
Free shipping

Feedback

Hi ▊ ▼    Daily Deals   Brand Outlet   Help & Contact       Sell   Watchlist ▼   My eBay ▼   🔔 1   🛒

 Shop by category ▼   | Search for anything | All Categories ▼ | **Search**   Advanced

 Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Windshields

✉ f 🐦 P   | Add to Watchlist

---

ⓘ Check if this part fits your vehicle    Contact the seller





‹ ›

### Windshield Extension Spoiler Air Deflector Smoke for KTM DUKE 690 12-18

| | |
|---|---|
| Condition: | New |
| Quantity: | 1    Last one / 3 sold |
| Price: | US $23.71 |

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

More than 74% sold  |  Last item available  |  Free shipping

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Shenzhen, China |
| | Ships to: Worldwide See exclusions |
| Delivery: | ⏱ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** |
| | Please note the delivery estimate is greater than 12 business days. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 💳 DISCOVER |

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:   30 day Buyer pays for return shipping | See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motortradeonline (50662 ⭐)
97.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

$ Have one to sell?   **Sell now**

---

## Similar sponsored items 1/2           Feedback on our suggestions

‹

    

›

| Smoke Windscreen Panels Wind Deflector for KTM... | Motorcycle windshield wind deflector W/ Bracket for... | Adjustable Clip-On Windshield Extension... | Motorcycle Smoke Windscreen Spoiler... | Adjustable Clip On Windshield Extension... | Smoke Adjustable Clip On Windshield Extension... |
|---|---|---|---|---|---|
| $23.60 | $23.71 | $20.90 | $15.70 | $20.80 | $19.52 |
| Free shipping | Free shipping | + $0.99 shipping | $16.70 | Free shipping | $20.99 |
| Last one | Last one | Almost gone | + $4.20 shipping | New | Free shipping |
| | | | New | | Seller 99.1% positive |

---

## Sponsored items from this seller 1/2           Feedback on our suggestions

‹                         ›











| Windshield Extension Spoiler Air Deflector for... | Smoke Windshield Extension Spoiler Air... | Smoke Windshield Extension Spoiler Air... | Windshield Extension Spoiler Air Deflector for... | Windshield Extension Spoiler Windproof Air... | Windshield Extension Spoiler Air Deflector for... |
|---|---|---|---|---|---|
| $31.48 | $32.78 | $34.99 | $103.17 | $28.55 | $38.25 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description**    **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

eBay item number:  264436824353

Last updated on  Oct 05, 2020 19:36:55 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Manufacturer Part Number: | Does Not Apply | Country/Region of Manufacture: | China |
| UPC: | Does not apply | ISBN: | Does not apply |
| EAN: | Does not apply | | |


motortradeonline



Store Home  |  Home & Garden  |  eBay Motors  |  Business & Industrial  |  Computers/Tablets & Networking  |  Consumer Electronics  |  Pet Supplies  | Cell Phones & Accessories  |  Cameras & Photo

**Windshield Extension Spoiler Air Deflector Smoke for KTM DUKE 690 12-18**

**Description:**

Fitment: For KTM DUKE 690 12-18

Professional modified Acrylic clear windshield provides good-looking while adding an excellent degree of wind protection.

The wind protection can be significantly better and faster driving noise can be minimized.

More comfortable and more relaxed travelling on faster stretches!

Quick and easy to install, without installation instructions.

**Specification:**

Name: Motorcycle refitted windshield

Material: ABS plastics

Size: 346*292mm/13.62x11.50"

**Package Includes:**

1 Set Windscreens

**Note:**

Please allow 1-3mm deviation due to manual measurement.(1mm=0.04inch)

Please check the size details and make sure it will fit your bike before purchase.

THANK YOU FOR SHOPPING WITH US!

Have a nice day! ☺

| Shipping And Handling Policy |
| --- |
|  |

## People always bought together with



Motorcycle Windshield
Bag Three 3 Pouch
**US$31.99**
Buy It Now
Free Shipping



Windshield Saddle 3
Pouch for Harley Touring
**US$33.71**
Buy It Now
Free Shipping



Windshield Fly Screen
Visor Guard Spoiler
**US$44.96**
Buy It Now
Free Shipping



Motor Windshield Saddle
Pouch Bag Sunglasses
**US$33.71**
Buy It Now
Free Shipping

3x Univer
Clip On W
**US$58.**
Buy It Now
Free Shippi



1x Black 304 Stainless
Steel Motorcycle
**US$65.82**
Buy It Now



Universal Wind Deflector
Replacement Windscreen
**US$23.32**
Buy It Now



Aluminium Alloy
Windshield Bracket Anti-
**US$33.61**
Buy It Now



Motorcycle PC
Windshield Protector
**US$50.27**
Buy It Now

Transpare
Windshie
**US$23.**
Buy It Now

---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions



Aluminium Engine Oil Filter
Cover Cap For Motorcycle...
$9.53
Free shipping
New



Motorcycle Rear Mudguard
Guard for KTM DUKE 390...
$61.37
Free shipping
New



Smoke Windscreen Panels
Wind Deflector for KTM...
$23.60
Free shipping
Last one



Motorcycle windshield wind
deflector W/ Bracket for...
$23.71
Free shipping
Last one



Smoke Windscreen
Modified Acrylic Windshiel...
$23.71
Free shipping
New



CNC Aluminum Engine Oil
Filter Cover Cap For KTM...
$9.49
$9.99
Free shipping
New

---

### More from this seller 1/2

Feedback on our suggestions



Hi ▮ ⌄    Daily Deals   Brand Outlet   Help & Contact                                  Sell   Watchlist ⌄   My eBay ⌄   🔔¹   🛒

**ebay**   Shop by category ⌄   [Search for anything]   All Categories ⌄   [Search]   Advanced

⟨   Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Windshields      ✉ 📘 🐦 📌 | Add to Watchlist

ⓘ  Check if this part fits your vehicle    **Contact the seller**



⟨       ⟩




⟨      ⟩

💲 Have one to sell?  [Sell now]

### Windshield Extension Spoiler Air Deflector Smoke for KTM DUKE 690 12-18

Condition:   New

Quantity:  [1]        Last one / 3 sold

Price:  **US $23.71**        [Buy It Now]

[Add to cart]

♡ Add to Watchlist

**More than 74% sold**   Last item available   Free shipping

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide   See exclusions

Delivery:  ⚡ Estimated between **Wed. Oct. 28 and Tue. Nov. 17**
Please note the delivery estimate is **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  🔴🟠  AMERICAN EXPRESS  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  30 day Buyer pays for return shipping | See details

#### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
motortradeonline (50662 ⭐)
97.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

### Similar sponsored items 1/2                                    Feedback on our suggestions

⟨


Smoke Windscreen Panels Wind Deflector for KTM...
$23.60
Free shipping
Last one


Motorcycle windshield wind deflector W/ Bracket for...
$23.71
Free shipping
Last one


Adjustable Clip-On Windshield Extension...
$20.90
+ $0.99 shipping
Almost gone


Motorcycle Smoke Windscreen Spoiler...
$15.70
$16.70
+ $4.20 shipping
New


Adjustable Clip On Windshield Extension...
$20.80
Free shipping
New


Smoke Adjustable Clip On Windshield Extension...
$19.52
$20.99
Free shipping
Seller 99.1% positive

⟩

### Sponsored items from this seller 1/2                              Feedback on our suggestions

⟨                                                                        ⟩








| | | | | | |
|---|---|---|---|---|---|
| Windshield Extension Spoiler Air Deflector for... | Smoke Windshield Extension Spoiler Air... | Smoke Windshield Extension Spoiler Air... | Windshield Extension Spoiler Air Deflector for... | Windshield Extension Spoiler Windproof Air... | Windshield Extension Spoiler Air Deflector for... |
| $31.48 | $32.78 | $34.99 | $103.17 | $28.55 | $38.25 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description**    **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

## Shipping and handling

**Item location:** Shenzhen, China

**Shipping to:** Worldwide

**Excludes:** Alaska/Hawaii, APO/FPO, Africa, Central America and Caribbean, North America, South America, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Israel, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Yemen, American Samoa, Australia, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Philippines, Taiwan, Albania, Andorra, Belarus, Bosnia and Herzegovina, France, Gibraltar, Guernsey, Italy, Jersey, Liechtenstein, Macedonia, Moldova, Monaco, Montenegro, Norway, San Marino, Serbia, Slovakia, Slovenia, Spain, Svalbard and Jan Mayen, Sweden, Ukraine, United Kingdom, Vatican City State

Change country: | United States ▾ |    ZIP Code: | 60106 |    **Get Rates**

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Oct. 28** and **Tue. Nov. 17** |

\* <u>Estimated delivery dates</u> include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 1 business day of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. <u>Learn more</u> |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to <u>eBay Return policy</u> for more details. You are covered by the <u>eBay Money Back Guarantee</u> if you receive an item that is not as described in the listing.

## Payment details

| Payment methods |
|---|
|  |



### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. <u>See terms</u>

The PayPal Credit account is issued by Synchrony Bank.

### Seller's payment instructions

We only use PayPal's secure interface to accept payment. If you do not have a PayPal account, you can still use Visa, MasterCard or American Express or other Credit Card PayPal accepted via PayPal. Please check PayPal website for more information.

---

Sponsored items based on your recent views  1/4

Feedback on our suggestions

‹    ›



Hi ████ ▾ | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist ▾ | My eBay ▾ | 🔔¹ | 🛒



Shop by category ▾ | 🔍 Search for anything | All Categories ▾ | **Search** | Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile



eBay MONEY BACK GUARANTEE

**motortradeonline** (50662 ⭐) 📧 ℹ️

**Positive Feedback (last 12 months): 97.3%** ℹ️

Member since: Jul-08-15 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.

[Learn more](#)

### Member Quick Links

Contact member

View items for sale

View seller's Store

### Feedback ratings ℹ️

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 235 | 1797 | 3528 |
| ◉ | Neutral | 4 | 19 | 50 |
| ➖ | Negative | 3 | 44 | 96 |



### Detailed seller ratings ℹ️

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (3113) | ⭐⭐⭐⭐⭐ (3332) |
| **Shipping speed** | **Communication** |
| ⭐⭐⭐⭐⭐ (3089) | ⭐⭐⭐⭐⭐ (3285) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

96 Feedback received (viewing 1-25)                    Revised Feedback: 108 ℹ️

Search Feedback received as seller with an item title or ID: ℹ️

[ e.g. Vintage 1970's Gibson Guitars ] 🔍

Rating type: [ Negative (96) ▾ ]    Period: [ 12 Months ▾ ]

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Poor quality and fitment.**<br>Pair LED Side Marker Turn Signal Warning Lights For 99-04 VW MK4 Golf Jetta (#264299480879) | Buyer: 3***0 (77★)<br>US $6.73 | Past month<br>Reciprocal feedback |
| ➖ **Se despega no funciona**<br>Carburetor Fuel Line Filter for Generac GP6500 GP6500E GP7500E GP5500 8125W (#264295541419) | Buyer: t***t (170★)<br>US $18.26 | Past month<br>Reciprocal feedback |
| ➖ **Haven't received radiator guard v connector**<br>Fairing Radiator Guard V Connector Part for Suzuki Hayabusa GSX1300R 2008-12 (#264292837189) | Buyer: 5***3 (9)<br>US $29.76 | Past month<br>Reciprocal feedback |
| ➖ **Received the product without a powersupply. Seller refused to send it to me.**<br>HDMI Splitter 1x2 Audio Extractor V1.4 2Port Hub Amplifier 3D 1080p 1in2 out (#264301746364) | Buyer: y***e (159★)<br>US $12.52 | Past 6 months<br>Reciprocal feedback |
| ➖ **It is a fraud indicates that the merchandise is sent to you and it never arrive**<br>Lots 2 Motorcycle 10in Tubeless Wheel Rim for Monkey Bike Parts Silver (#264515253886) | Buyer: u***i (94★)<br>US $99.98 | Past 6 months<br>Reciprocal feedback |
| ➖ **I did not receive my item yet**<br>2Pcs Ear Pads Cushion Pillow For Razer ManO'War 7.1 Earphone Accessories (#264729207029) | Buyer: i***_ (40★)<br>US $13.23 | Past 6 months<br>Reciprocal feedback |
| ➖ **I will have to modify because did not fit correctly**<br>2x316 Stainless Steel Quick Release Post Boat Bimini Top Deck Hinge Hardware (#264369876357) | Buyer: s***i (56★)<br>US $14.14 | Past 6 months<br>Reciprocal feedback |
| ➖ **Both Items arrived DOA! Total Junk!!!**<br>12V 150PSI Air Compressor Portable Mini Inflator Smart Bicycle Air Tyre Pump (#264559115882) | Buyer: p***a (2588★)<br>US $79.14 | Past 6 months<br>Reciprocal feedback |
| ➖ **Total waste of time and unit is not rated for an AC cooler**<br>Universal Car Auto A/C Air Conditioning Condenser Set Aluminum Alloy (#264299265311) | Buyer: r***u (161★)<br>US $38.29 | Past 6 months<br>Reciprocal feedback |
| ➖ **Seller listed the part for the wrong motorcycle type. Did not offer refund.**<br>Motorcycle Car Starter Solenoid Relay for Yamaha YFS360 XS400 XS400R Maxim (#264436807721) | Buyer: y***o (255★)<br>US $9.08 | Past 6 months<br>Reciprocal feedback |
| ➖ **Order 1 month ago.notifications shipped.when asked now the carrier cancelled**<br>Motorcycle Tachometer Speedometer Gauge Mount Bracket+Gauge Sensor Bracket (#264299188358) | Buyer: 1***1 (282★)<br>US $7.08 | Past 6 months<br>Reciprocal feedback |

Comment?



Hi ████ ▾   Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ▾   My eBay ▾   🔔 ¹   🛒

**ebay**   Shop by category ▾   🔍 Search for anything   All Categories ▾   **Search**   Advanced

motortradeonline

welcome you!

motortradeonline (50662 ⭐)
97.3% positive feedback

🔲 Items for sale   🏪 Visit store   ✉ Contact

💙 Save                    Based in China, motortradeonline has been an eBay member since Jul 08, 2015

**Feedback ratings** ⓘ                                                                    See all feedback

⭐⭐⭐⭐⭐ 3,113   Item as described            ⊕ 3,528   ⊖ 50   ⊖ 96        ⊕ Thanks 😊
⭐⭐⭐⭐⭐ 3,285   Communication               Positive   Neutral   Negative        Oct 05, 2020
⭐⭐⭐⭐⭐ 3,089   Shipping time
⭐⭐⭐⭐⭐ 3,332   Shipping charges            Feedback from the last 12 months

● ● ● ● ●

**966** Followers  |  **0** Reviews  |  Member since: **Jul 08, 2015**  |  📍 China

## Items for sale(35067)                                                              See all items


2x Motorcycle 5...
US $7.22            5m left


2x Steel 17 Inc...
US $24.24           5m left


Shifter Linkage...
US $22.14           7m left


NEW Brake Clutc...
US $35.14           7m left


Aluminum Heavy ...
US $10.24           7m left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search this Store This Store Search Advanced

eBay › eBay Stores › motortradeonline

## motortradeonline

966 followers | motortradeonline (50662 ★) 97.3%

Dear Valued Customer, Welcome to our store! We're here to express our gratitude for your business with us. We sell many quality products and deeply discounted goods. Please contact us if you buy multiple it

Save this seller

**Category**

- **All**
- eBay Motors
- Computers/Tablets & Networking
- Consumer Electronics
- Cell Phones & Accessories
- Cameras & Photo
- Video Games & Consoles
- Sporting Goods
- Home & Garden
- Business & Industrial
- Travel
- Jewelry & Watches
- Musical Instruments & Gear
- Clothing, Shoes & Accessories
- Health & Beauty
- Collectibles
- Show More

All Listings | Auction | Buy It Now — Best Match

1-48 of 34,696 Results

Windshield Extension Spoiler Air Deflector Smoke for KTM DUKE 690 12-18
$23.71
Free shipping
Only 1 left!
From China

Motorcycle Accessories Air Filter Cleaner for KTM 125/200/390 DUKE RC200 RC390
$18.14
Free shipping
From China

Aluminium Engine Oil Filter Cover Cap For Motorcycle KTM Duke 390 200 125
$9.53
Free shipping
From China

Motorcycle CNC Engine Case Cover Screws Bolts For KTM Duke 125 200 390
$9.97
Free shipping
From China

CNC Foot Rear Brake Gear Shifter Shift Pedal Lever For KTM DUKE125 200 390
$24.60
Free shipping
From China

Smoke Windshield Extension Spoiler Air Deflector for YAMAHA MT09 MT-09 FZ-09
$34.99
Free shipping
From China

Windshield Extension Spoiler Air Deflector for KTM 2014-18 RC125 RC200 Smoke
$35.61
Free shipping
From China

HAND HELD CAR VACUUM CLEANER HOOVER HOME WET & DRY VAN 7.4V PORTABLE VACUM
$28.99
Free shipping
From China

Black Motorcycle Bike Fuel Tank Bag Magnetic Outdoor Waterproof Wallet NEW
$34.36
Free shipping
60 watching
From China

Plated Bumpers Triggers Buttons Replacement Part for Xbox One S Controller
$9.17 to $9.26
Free shipping
5 watching
From China

Windshield Wind Screen Shield Protector Fits for 2017-2019 KTM Duke 125/390
$40.89
Free shipping
From China

Motorcycle Headlight Windshield Cover Fairing for Honda Grom MSX125 Red
$31.45
Free shipping
9 watching
From China

Motorcycle Rear Mudguard Guard for KTM DUKE 390 2017-2018
$61.37
Free shipping
5 watching
From China

Impact Motorcycle Rear Hub for KAWASAKI KX125 KX250 2003-2005 Universal
$27.90
Free shipping
From China

Motorcycle Front/Rear LED Turn Signal Blinker for KTM 690 DUKE/R 2008-2017
$37.58
Free shipping
From China

2 Pieces Carbon Fiber Color Air Scoop Fan Cover Cap for GY6 125cc 150cc Scooter

| | | |
|---|---|---|
| | $12.68<br>Free shipping | From China |
| | Performance Roller Weights Air Filter Cartridge Motorcycle Parts for GY6-125<br>$8.85<br>Free shipping | From China |
| | Windshield Fly Screen Visor Guard Spoiler Shield for YAMAHA TMAX 530 12-17<br>$44.96<br>Free shipping | From China |
| | 2" 52MM Bezel Gas Fuel Level Gauge Analogue LED Car Marine Boat Universal<br>$13.83<br>Free shipping<br>60 sold | From China |
| | Motorcycle Air Filter Cleaner Replaces for KTM 125 250 390 Duke 2017 2018 2019<br>$12.79<br>Free shipping | From China |
| | Wireless Backlight Mini Touchpad Air Mice 2.4GHz Qwerty for PC, Computers<br>$22.00<br>Free shipping | From China |
| | Windshield Extension Spoiler Air Deflector for SUZUKI GSXS750 GSX-S750 17-19<br>$38.03<br>Free shipping | From China |
| | KH-6750 Single Flexible Aluminum Camera Video Fluid Tripod Head For Camera<br>$39.15<br>Free shipping<br>10 watching | From China |
| | Black Windshield Extension Air Deflector for Kawasaki Z650 Z-650 2017- 2019<br>$33.66<br>Free shipping | From China |
| | Waterproof Magnetic Motorcycle Motorbike Oil Fuel Tank Bag Saddlebag New<br>$36.85<br>Free shipping<br>11 watching | From China |
| | 5 / 8 Ways Plastic Distribution Box for Circuit Breaker Indoor On the Wall<br>$15.44 to $20.65<br>Free shipping<br>19 watching | From China |
| | Adjustable Height Lever Car Gear Shift Knob Extender Shifter Extension<br>$19.03<br>Free shipping<br>8 watching | From China |
| | 1 Set Engine Bolt Screws for GY6 125cc 150cc Scooter Motorcycle<br>$35.63<br>Free shipping | From China |
| | 150dB Single Trumpet 18" Air Horn Compressor Kit for Car Truck 12/24V<br>$31.89<br>Free shipping | From China |
| | Red Motorcycle Scooter Moped Breathable Protector Cushion Seat Cover XL<br>$9.15<br>Free shipping<br>12 watching | From China |
| | For Kawasaki Z125 15-17 Red Motorcycle CNC Engine Stator Cover Protector<br>$19.64<br>Free shipping | From China |
| | Laptop Back Cover Case For Dell Inspiron 15 3552 3558 3567 #460.08808.0012<br>$22.08<br>Free shipping | From China |
| | Black Shell Motorcycle Headlight Fairing Lamp for Streetfighter Dirt Bike<br>$27.27<br>Free shipping | From China |
| | Air Filter Intake Cleaner for KTM 125/200/390 DUKE RC200 RC390<br>$18.14<br>Free shipping | From China |
| | Cap Style Oil Filter Wrench 76mm 14 flutes Suit for Harley 07-18<br>$11.08<br>Free shipping | From China |
| | Smoke Windshield Extension Spoiler Air Deflector for DUCATI SCRAMBLER 16+<br>$32.78<br>Free shipping | From China |



Smoke Windshield Extension Spoiler Air Deflector for DUCATI SCRAMBLER 2016+

$31.74

Free shipping

From China

Outboard Single Engine Key Switch Panel for Yamaha 704-82570-12-00

$51.33

Free shipping

5 watching

From China

4x Spike Custom Tire Air Valve Stem Caps for Car Motorcycle SUV Van Silver

$6.93

Free shipping

3 watching

From China

Motorcycle 12V Rear Tail Light Lamp for 49cc 50cc Gy6 Scooters Moped TaoTao

$22.73

Free shipping

From China

End Cap Style Oil Filter Wrench 76mm Drive Fit for Harley 07-18

$11.08

Free shipping

From China

Engine Oil Cooler CNC Radiator Adapter Plate 125cc/140cc for Monkey Pit Bike

$15.03

Free shipping

Only 1 left!

From China

Motorcycle Waterpump Water Pump Cover Plastic for YAMAHA MT-09 XSR900 17-19

$42.06

Free shipping

From China

Heated Grips Handlebar Hand Warmers ATV UTV Snowmobile for POLARIS YAMAHA SUZUKI

$24.35

Free shipping

18 watching

From China

Motorcycle Rear Pillion Seat Cowl Fairing Cover for Suzuki GSXR1300 08-16

$47.14

Free shipping

From China

Motorcycle Smoke Windshield Windscreen For Harley Sportster XL 883 1200

$54.16

Free shipping

From China

Side Mount Motorcycle License Plate Bracket Tail Light Holder for Harley

$33.19

Free shipping

14 watching

From China

Motorcycle Extended Extension Swingarm Kit Suits for Honda GROM MSX125

$85.79

Free shipping

Only 1 left!

From China

‹  1  2  3  4  5  6  7  8  9  10  ›

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ







Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category KTM All Categories Search Advanced

Items for sale from motortradeonline (50662) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors
- Other Motorcycle Parts
- Motorcycle Fairings & Bodywork
- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Accessories
- Motorcycle Silencers, Mufflers & Baffles
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (131)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all
- Default
- Within

100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motortradeonline (50662)

Feedback rating: 50,662
Positive Feedback: 97.3%
Member since Jul-08-15 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Windshield Extension Spoiler Air Defl...
$23.71
Buy It Now
Free shipping
Last one

All Listings | Auction | Buy It Now Sort: Best Match View:

131 results for KTM Save this search

## Find your Motorcycle

Make & Model: KTM, Any Model
Year From / To: Year From, Year To
Distance: Any Distance of, 60106-1445

Clear selections

0 matching results

Find Results

Front License Number Plate White Bracket for KTM XCF SX SXF 125 250 350 450
Brand New
**$13.57** From China
Buy It Now
**Free Shipping**
Watch

Front License Number Plate Black Bracket for KTM XCF SX SXF 125 250 350 450
Brand New
**$13.31** From China
Buy It Now
**Free Shipping**
**Only 1 left!**
Watch

Guard Protective Grill Black for KTM 1050 1190 1290 Adventure 2013-2017
Brand New
**$47.47** From China
Buy It Now
**Free Shipping**
Watch

NEW Motorcycle Shock Suspension Adjusting Tools Spanner Wrench for KTM SX EXC XC
Brand New
**$10.26** From China
Buy It Now
**Free Shipping**
Watch

Motorcycle Key Case Cover for KTM DUKE 125 200 250 300 390 690 1050 EX250
Brand New
**$12.50** From China
Buy It Now
**Free Shipping**

Billet Carburetor Screw Drain Plug For KTM SX XCW 65 350 2000-2019 Orange
Brand New

Aluminium Engine Oil
Filter Cover Cap...
**$9.53**
Buy It Now
Free shipping



Motorcycle Rear
Mudguard Guard for K...
**$61.37**
Buy It Now
Free shipping



Smoke Windscreen
Panels Wind Deflecto...
**$23.60**
Buy It Now
Free shipping
Last one



Motorcycle windshield
wind deflector ...
**$23.71**
Buy It Now
Free shipping
Last one



Smoke Windscreen
Modified Acrylic Win...
**$23.71**
Buy It Now
Free shipping



CNC Aluminum Engine Oil
Filter Cover ...
**$9.49**
Buy It Now
Free shipping



**$13.37**
Buy It Now
Free Shipping
👁 Watch

From China



**Hot! For KTM XC 250 300 2017-2018 Chain Slider Swingarm Guide Lower Roller**
Brand New
**$6.45**
Buy It Now
Free Shipping
👁 Watch

From China



**Headlight Protector Guard Headlight Grill Cover for KTM RC 125/200/250/390**
Brand New
**$23.46**
Buy It Now
Free Shipping
👁 Watch

From China



**Motorcycle Rear Grab Handle Passenger Rail Armrest for KTM SX/SXF/XC Orange**
Brand New
**$21.08**
Buy It Now
Free Shipping
👁 Watch

From China



**Aluminium Engine Oil Filter Cover Cap For Motorcycle KTM Duke 390 200 125**
Brand New
**$9.53**
Buy It Now
Free Shipping
👁 Watch

From China



**Motorcycle Rear Grab Handle Passenger Rail Armrest for KTM SX/SXF/XC Black**
Brand New
**$21.33**
Buy It Now
Free Shipping
👁 Watch

From China



**Motorcycle Rear Mudguard Guard for KTM DUKE 390 2017-2018**
Brand New
**$61.37**
Buy It Now
Free Shipping
5 Watching
👁 Watch

From China

**Motorcycle CNC Engine Case Cover Screws Bolts For KTM Duke 125 200 390**
Brand New



10/9/2020



$28.89
Free shipping



Motorcycle CNC
Aluminum Engine Oil Fi...
$9.99
Buy It Now
Free shipping



Plastic Rear Splash Guard
Mudguard f...
$48.22
Buy It Now
Free shipping



Black Motorcycle Rear
Mudguard Guard...
$46.79
Buy It Now
Free shipping



Plastic Rear Splash Guard
Mudguard fo...
$61.37
Buy It Now
Free shipping



Motorcycle Engine Guard
Crash Frame P...
$146.00
Buy It Now
Free shipping



Motorcycle Engine Guard
Crash Frame P...



$9.97
Buy It Now
Free Shipping
Watch

From China

**2Pcs Shock Spanner Wrench WP Shock Tool Adjusting For KTM 125-450 SX SX-F EXC**
Brand New
$16.04
Buy It Now
Free Shipping
Watch

From China



**Black Motorcycle Swingarm Cover Protectors Guards for KTM 300 XC-W TPI 2019**
Brand New
$55.84
Buy It Now
Free Shipping
Watch

From China



**Orange Fork Guard Bolts Screw For KTM SX-F/XC/XC-F/EXC/EXC-F/XC-W/XCF-W 00-19**
Brand New
$13.37
Buy It Now
Free Shipping
Watch

From China



**Chain Adjuster Regulator Swingarm Sliders for KTM 640 LC4 Adventure ORANGE ~**
Brand New
$11.27
Buy It Now
Free Shipping
Watch

From China



**2Pair Motorcycle Rear Swingarm Covers Guards for KTM EXC & EXCF 2012-2019**
Brand New
$40.90
Buy It Now
Free Shipping
Watch

From China



**For KTM SXF 250 350 450 Plastic Chain Slider Swingarm Guide Lower Roller**
Brand New
$6.45
Buy It Now
Free Shipping
Watch

From China



**Orange Motorcycle Swingarm Cover Protectors Guards for KTM 300 XC-W TPI 2019**
Brand New

10/9/2020

$156.96
Buy It Now
Free shipping



Motorcycle Engine Guard
Skid Plate Su...
$111.62
Buy It Now



3D Tank Pad Protector
Decal Sticker F...
$19.68
Buy It Now
Free shipping



5pcs Motorcycle Tank Gas
Protector Pa...
$17.38
Buy It Now
Free shipping



For Benelli TRK 502 2017
2018 Decals ...
$18.99
Buy It Now
Free shipping



3D Gas Fuel Tank Pad
Protector Emblem...
$11.04
Buy It Now
Free shipping



3D Gas Cap Fuel Tank
Cap Pad Protecto...
$11.43
Buy It Now
Free shipping




$55.09
Buy It Now
Free Shipping
Watch

From China

Blue Fork Guard Bolts Screw For KTM SX-F/XC/XC-F/EXC/EXC-F/XC-W/XCF-W 00-19
Brand New

$13.37
Buy It Now
Free Shipping
Watch

From China



Blue Motorcycle Swingarm Cover Protectors Guards for KTM 300 XC-W TPI 2019
Brand New

$55.34
Buy It Now
Free Shipping
Watch

From China



Fit For KTM SXF 250 350 450 Plastic Chain Slider Swingarm Guide Lower Roller
Brand New

$6.45
Buy It Now
Free Shipping
Watch

From China



Motorcycle Rear Grab Handle Passenger Rail Armrest for KTM XC-F 13-15 Black
Brand New

$20.58
Buy It Now
Free Shipping
Watch

From China



New Motorcycles Carburetor Screw Drain Plug For KTM SXF XCF 65 125 00-19 Blue
Brand New

$13.37
Buy It Now
Free Shipping
Watch

From China



2pcs Fork Bleeder Relief Valves for KTM SX SXF EXC SMR SMCR M4x0.7mm Orange
Brand New

$8.29
Buy It Now
Free Shipping
Watch

From China

Stand Holder Phone Mobile Phone GPS Bracket for KTM Adv 1050 1190 1290
Brand New





$14.95
Free shipping



$41.08
Buy It Now
**Free Shipping**
◉ Watch

From China

**Motorcycle Radiator Grille Guard Cover for KTM Duke 390 2018**
Brand New



$25.21
Buy It Now
**Free Shipping**
◉ Watch

From China

**Euro Body Bolt Hardware 150pcs / Pack for KTM Motorcycle**
Brand New



$45.46
Buy It Now
**Free Shipping**
◉ Watch

From China

**For KTM Duke 200 390 125 2013-2015 Steering Damper Stabilizer Mounting Kit**
Brand New



$44.09
Buy It Now
**Free Shipping**
**Only 1 left!**
**1 Watching**
◉ Watch

From China

**Motorcycle Air Filter Cleaner Replaces for KTM 125 250 390 Duke 2017 2018 2019**
Brand New



$12.79
Buy It Now
**Free Shipping**
◉ Watch

From China

**Racing Clutch Pads for KTM 50 Senior Adventure 2002-2007**
Brand New



$35.08
Buy It Now
**Free Shipping**
◉ Watch

From China

**Throttle Cable Protection Guard Cover For KTM 350 EXC-F 450 EXC 2013-2016**
Brand New



$7.39
Buy It Now
**Free Shipping**
◉ Watch

From China

**Motorcycle License Plate Frame Holder LED Light for KTM DUKE 390 2017-2018**
Brand New

10/9/2020



$22.59
Buy It Now
**Free Shipping**
👁 Watch

From China

**Motorcycle Side Stand Kickstand Enlarge Base Pad For KTM XC XCW XC-F SX SXF**
Brand New



$8.86
Buy It Now
**Free Shipping**
👁 Watch

From China

**Stand Holder Phone Mobile Phone GPS Bracket for KTM Adv 1050 1190 1090**
Brand New



$41.08
Buy It Now
**Free Shipping**
👁 Watch

From China

**Front Rear Brake Pads Kit for KTM 125 / 200 / 250 / 300 EXC EXC125**
Brand New



$13.45
Buy It Now
**Free Shipping**
👁 Watch

From China

**Motorcycle Front/Rear LED Turn Signal Blinker for KTM 690 DUKE/R 2008-2017**
Brand New



$37.58
Buy It Now
**Free Shipping**
👁 Watch

From China

**Motorcycle Bike Hand Grip Bar End Handlebar for KTM EXC SX SXF XC XCF XCFW**
Brand New



$23.42
Buy It Now
**Free Shipping**
👁 Watch

From China

**CNC Billet Motorbike Carburetor Drain Plug For KTM XC 65 530 2000-2019 Red Red**
Brand New



$13.37
Buy It Now
**Free Shipping**
👁 Watch

From China

**Black Motorcycle Headlight Headlamp for KTM EXC XCW EXCF SX Dirt Bike**
Brand New



$31.75
Buy It Now
Free Shipping
👁 Watch

From China

Motorcycle Accessories Air Filter Cleaner for KTM 125/200/390 DUKE RC200 RC390
Brand New



$18.14
Buy It Now
Free Shipping
👁 Watch

From China

Rear Wheel Cover Splash Guard for KTM DUKE 390 2017 2018, NEW
Brand New



$61.37
Buy It Now
Free Shipping
👁 Watch

From China

CNC Orange Billet Wide Foot Pegs For KTM EXC XC SX SXF Motorcycle Dirt Bike
Brand New



$46.34
Buy It Now
Free Shipping
👁 Watch

From China

8mm Chain Guide Roller Tensioner Fit for CRF YZF KTM RMZ KLX - Green
Brand New



$7.23
Buy It Now
Free Shipping
👁 Watch

From China

Motorcycle Orange Rear Brake Reservoir Cover for KTM SX125 SX250 SXF250
Brand New



$9.99
Buy It Now
Free Shipping
👁 Watch

From China

Motorcycle GPS Bracket Stand Holder For KTM 1290 Super Adventure S 2017-2019
Brand New



$13.66
Buy It Now
Free Shipping
👁 Watch

From China

Motorcycle Oil Filter Fits for KTM EXC/SX/XC,Husaberg FE/FS, FC/FE
Brand New



**$6.66**
Buy It Now
**Free Shipping**

🔵 Watch

From China

**Windshield Extension Spoiler Air Deflector Smoke for KTM DUKE 690 12-18**
Brand New

**$23.71**
Buy It Now
**Free Shipping**
Only 1 left!
3 Watching

🔵 Watch

From China

**Front Fork Shock Absorber Guard Wrap Cover Skin for KTM EXC SX SXF XC Black**
Brand New

**$17.84**
Buy It Now
**Free Shipping**

🔵 Watch

From China

Tell us what you think

| ‹ | 1 | 2 | 3 | › |

Items per page: 50 ▾

---

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



*Learn about pricing

This page was last updated:  Oct-08 19:50. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

 **Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms



**Ship to**

▬▬▬▬
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
▬▬▬▬

Change

### Review item and shipping

Seller: motortradeo...  |  Message to seller

Windshield Extension Spoiler Air Deflector Smoke for KTM DUKE 690 12-18
**$23.71**
Quantity 1

**Delivery**
Est. delivery: Oct 28 – Nov 17
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

### Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

### Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount   [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $23.71 |
| Shipping | Free |
| Tax* | $1.48 |

**Order total**   **$25.19**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi ████ ▾    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ▾    My eBay ▾    🔔¹    🛒

Shop by category ▾    | Search for anything    | All Categories ▾ |    Search    Advanced

◀ Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Other Motorcycle Parts    ✉ 𝗳 𝕏 📌 | Add to Watchlist

ℹ Check if this part fits your vehicle    Contact the seller





$ Have one to sell?    Sell now

### Fit For KTM SXF 250 350 450 Plastic Chain Slider Swingarm Guide Lower Roller

Condition:    **New**

Quantity:    | 1 |    5 available

Price:    **US $6.45**    | Buy It Now |

| Add to cart |

| ♡ Add to Watchlist |

*Free shipping*    30-day returns    Longtime member

Shipping:    **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide    See exclusions

Delivery:    📦 Estimated between **Wed. Oct. 28** and **Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  🟥🟧  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    30 day Buyer pays for return shipping | See details

#### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
motortradeonline (50662 ⭐)
97.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2    Feedback on our suggestions








| NEW For KTM SXF 250 350 450 Plastic Chain Slider... | For KTM SX SXF XC 250 350 450 Orange Chain Slider... | ABS Chain Slider Swingarm Guide Lower Roller For KT... | For KTM SXF 250 350 450 Plastic Chain Slider... | 1x Fit for KTM SXF 250 350 450 Plastic Chain Slider... | For KTM SX SXF XC 250 350 450 1pc Chain Slider... |
| $6.03 | $6.45 | $6.45 | $6.45 | $6.03 | $6.45 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Last one | Last one | Last one | New | New | New |

---

### Sponsored items from this seller 1/2    Feedback on our suggestions








| 3 Pieces Chain Tensioner Roller Slider Guide for 125... | Headlight Protector Guard Headlight Grill Cover for... | Motorcybike Throttle Lock Assist Cruise Control Fit fo... | Rubber motorcycle rider Seat saddle lower lowering... | 2x Alloy Swing Arm Slider Spools Adapters for Hond... | NEW Motorcycle Shock Suspension Adjusting Tool... |
| $19.71 | $23.46 | $16.75 | $8.43 | $25.26 | $10.26 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |



10/9/2020

Sell   Watchlist ▾   My eBay ▾   🔔 1   🛒



ebay   Shop by category ▾   | Search for anything |   All Categories ▾   | Search |   Advanced

◀ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts

✉ f 𝕏 𝕡 | Add to Watchlist

ⓘ Check if this part fits your vehicle   Contact the seller





### NEW Motorcycle Shock Suspension Adjusting Tools Spanner Wrench for KTM SX EXC XC

Condition: New

Quantity: 1   20 available / 1 sold

Price: **US $10.26**

| Buy It Now |
| Add to cart |
| ♡ Add to Watchlist |

**Free shipping**   Limited time remaining   30-day returns

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide   See exclusions

Delivery: 📦 Estimated between **Wed. Oct. 28 and Tue. Nov. 17**
Please note the delivery estimate is **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details



**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motortradeonline (50662 ⭐)
97.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?  | Sell now |

---

Similar sponsored items 1/2                    Feedback on our suggestions



| Shock Spanner Wrench Puller For KTM SX SXF XC... | Motorcycle Shock Suspension Adjusting Tool... | Shock Spanner Wrench Puller For KTM SX SXF XC... | Spanner Wrench for KTM SX XC XC-W SX-F XC-F XCF-... | (1) Motorcycle Shock Suspension Adjusting Tool... | Shock Absorber Spanner Wrench Puller Tool for KTM... |
| $9.65 | $10.26 | $9.65 | $9.95 | $10.26 | $9.47 |
| | | | | | $10.18 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

---

Sponsored items from this seller 1/2              Feedback on our suggestions



10/6/2020

**ebay**   Shop by category ⌄   | Search for anything | All Categories ⌄ | **Search** |   Advanced

< Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f 🐦 📌 | Add to Watchlist

---

### People who viewed this item also viewed

 Front Rear Axle Fork Crash Slider... $45.99 ~~$57.49~~ Free shipping

 Racing Fork Wheel Axle Sliders Cras... $45.99 Free shipping

 Front & Rear Axle Fork Crash Slider... $43.99 Free shipping

 Front & Rear Wheel Axle Fork Crash... $39.59 ~~$43.99~~ Free shipping

 For Buell Lightning XB12X Front Rear... $38.27 ~~$46.67~~ Free shipping

---

 ⓘ Check if this part fits your vehicle   **Select Vehicle**

---






$ Have one to sell?   **Sell now**

### For KTM 690 DUKE 12-14 Front Rear Axle Fork Swing Arm Crash Protector Pad

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Color: | - Select - ⌄ |
| Quantity: | [ 1 ]   1 available |

Price: **US $48.67**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Free shipping**   30-day returns   Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: GZ, China
Ships to: Worldwide See exclusions

Delivery: 🚚 Estimated between **Thu. Oct. 29 and Wed. Nov. 18**
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 💳 💳

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
moto-speedy (3589 ⭐)
99.2% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

 Front Rear Wheel Axle Slider Fork Crash Protector For... $22.70 Free shipping

 CNC Front Rear Wheel Axle Slider Fork Crash Protector... $22.70 Free shipping

 Front Rear Wheel Fork Slider Crash Protector For Suzuki... $32.33 Free shipping

 Front Rear Wheel Axle Slider Crash Protector For Yamah... $19.80 Free shipping

 Front Wheel Axle Slider Fork Protector For Kawasaki Nin... $22.70 Free shipping

CNC Adjustable Rearset Footpeg For KTM 1290... $125.95 Free shipping

Feedback
Report item

---

**Description**   **Shipping and payments**

eBay item number: **184381755112**

Seller assumes all responsibility for this listing.

Last updated on Sep 30, 2020 04:58:13 PDT View all revisions



### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 3 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2014 | KTM | 690 | Duke |
| | 2013 | KTM | 690 | Duke |
| | 2012 | KTM | 690 | Enduro R |

Portions of the information contained in this table have been provided by moto-speedy

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Modified Item: | No |
| Type: | Axle Slider | Holes: | Pre-Drilled |
| Surface Finish: | Anodize | Fit: | Custom Fit |
| Manufacturer Part Number: | Does Not Apply | Fitting Position: | Front & Rear |
| Placement on Vehicle: | Left, Right, Front, Rear | Fitment 1: | For KTM 690 DUKE 12-14 |
| Brand: | RockMute | Number of Pieces: | 2 |
| Warranty: | 6 Month | | |



**moto-speedy**

moto-speedy (3589 ★) 99.2%

📧 Sign up for newsletter

Items On Sale

**Search within store**

Visit Store: moto-speedy

## Categories

Crash Protector ›

License Plate Bracket ›

Phone Bracket ›

Handlebar parts/ Lever Guard ›

Foot Peg Parts ›

Lighting ›

Brake Clutch Lever ›

Gas Tank ›

US Stock ›

Other ›

Feedback

# <u>Front & Rear Axle Crash Protector</u>

● Item Description

Fitment:

For KTM 690 DUKE 12-14

**Material**:

T7075 aluminum alloy + T6061 aluminum alloy + POM (Plastic mixed with aluminum powder)

**Color**:

black + black / red + black / gold + black / green + black / blue + black

**Size**:

Bike model specific

**Position**:

Front or rear axle.

**Features**:

Direct install and fit

Custom design

Color combination

High quality raw material and finish

**Note**: recommend to use thread-lock glue when install

**Shipment includes**: Axle slider x 1 pair ( front x1, rear x1)

**Purpose of the product:**
Offering extra protection to the fork and wheel at accident crash, bike  drop, slide to stop  situations

**Please check your bike model before placing an order**

● Shipping Informationn

Economic Postal Shipping Method:

- About 7-20 days for  delivery to USA.
- About 15-25 days for  delivery to whole Europe
- About 35-55 days for  delivery to South America
- About 25 days for  delivery to North America (Not USA), Australia, New Zealand
- About 10-25 days for  delivery to Japan, Korea, Malaysia, Philippine, Singapore, Thailand
- About 45-55 days for  delivery to other countries

Expedited Express  Shipping Method:

- About 7-10 days for  delivery to North America (including USA, Canada, Mexico)
- About 10-13 days for  delivery to Europe
- About 5-7 days for  delivery to Japan, Korea, Malaysia, Philippine, Singapore, Thailand

Please note for some  products, the import country custom may charge import taxes and the  import taxes are the buyer's responsibility.

● Money Back  Guarantee

Please contact us once when meet the below problems:

- Shipment delivery  delay
- Product received but  damage
- Shipment received  but not what you ordered
- Product doesn't fit
- Require for  installation instruction and assistance

If you meet any  above problems, please contact us freely right away. We will be  always here and get back to you promptly. We will offer you  prompt assistance and solution. Please note negative feedback  never helps, but we do. We will have no way for you to have any  lost on doing business with us.

Feedback

Sponsored items based on your recent views 1/4

Feedback on our suggestions








CNC Adjustable Rearset Footpeg For KTM 1290...
$125.95
Free shipping
Seller 99.3% positive

CNC Phone Sport Camera Navigation GPS Bracket Fo...
$20.59
Free shipping
Seller 99.3% positive

For KTM 125 250 350 450 530 SX EXC XCF SXF XC...
$4.65
Free shipping
New

2015 Motorcycle Radiator Grille Guard Cover For KT...
$39.12
$42.99
Free shipping
New

Front Fork Wheel Axle Sliders Crash Pads...
$25.99
Free shipping
Seller 99.5% positive

Rear Fork Wheel Axle Sliders Crash Pads...
$28.99
Free shipping
Seller 99.5% positive

---

### More from this seller

Feedback on our suggestions




Front/Rear Turn signals For Kawasaki KLZ Versys 1000...
$16.99
+ shipping



Adjustable Rearsets Rear Set Footpeg For Yamaha...
$125.95
+ shipping
Last one



Rear Brake Lever Pedal Bracket Foot pegs For...
$53.99
+ shipping



Racing Adjustable Rearset Footpeg For BMW S1000R...
$125.95
+ shipping
Last one

---

Back to search results                                                                                                          Return to top

More to explore :  Motorcycle KTM Duke 690s,    Front Brake Pads for KTM 690,    Rear Sintered Brake Pads for KTM 690,    EBC Front Brake Pads for KTM 690,    Rear Motorcycle Brake Pads for KTM 690,
GOLDfren Front Brake Pads for KTM 690,    Front Brake Rotors for KTM 690,    Sintered Brake Pads for KTM 690,    Motorcycle Front Tires for KTM 690,    All Balls Motorcycle Fork Seals for KTM 690

About eBay        Announcements        Community        Security Center        Resolution Center        Seller Center        Policies        Affiliates        Help & Contact        Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    **Search**    Advanced

‹ Back to search results | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work

✉ f 𝕏 🅿 | Add to Watchlist

### People who viewed this item also viewed



| Front Rear Axle Fork Crash Slider... | Racing Fork Wheel Axle Sliders Cras... | Front & Rear Axle Fork Crash Slider... | Front & Rear Wheel Axle Fork Crash... | For Buell Lightning XB12X Front Rear... |
|---|---|---|---|---|
| $45.99 | $45.99 | $43.99 | $39.59 | $38.27 |
| $57.49 | Free shipping | Free shipping | $43.99 | $46.67 |
| Free shipping | | | Free shipping | Free shipping |

---

ⓘ Check if this part fits your vehicle    **Select Vehicle**



### For KTM 690 DUKE 12-14 Front Rear Axle Fork Swing Arm Crash Protector Pad

Condition: New

Compatibility: See compatible vehicles

Color: - Select - ⌄

Quantity: [1]    1 available

Price: **US $48.67**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping**    30-day returns    Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: GZ, China
Ships to: Worldwide See exclusions

Delivery: 📦 Estimated between **Thu. Oct. 29 and Wed. Nov. 18**
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

#### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
moto-speedy (3589 ⭐)
99.2% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

💲 Have one to sell?    **Sell now**

### Sponsored items from this seller 1/2

Feedback on our suggestions



| Front Rear Wheel Axle Slider Fork Crash Protector For... | CNC Front Rear Wheel Axle Slider Fork Crash Protector... | Front Rear Wheel Fork Slider Crash Protector For Suzuki... | Front Rear Wheel Axle Slider Crash Protector For Yamah... | Front Wheel Axle Slider Fork Protector For Kawasaki Nin... | CNC Adjustable Rearset Footpeg For KTM 1290... |
|---|---|---|---|---|---|
| $22.70 | $22.70 | $32.33 | $19.80 | $22.70 | $125.95 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Report item

---

Description | **Shipping and payments**

Seller assumes all responsibility for this listing.

**Shipping and handling**

Item location: **GZ, China**

Shipping to: Worldwide

Excludes: Africa, South America, Albania, Andorra, Bosnia and Herzegovina, Bulgaria, Gibraltar, Guernsey, Iceland, Ireland, Jersey, Liechtenstein, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Iraq, Jordan, Lebanon, Oman, Qatar, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, American Samoa, Cook Islands, Fiji, French Polynesia, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Cambodia, Hong Kong, Laos, Macau, Philippines, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon

Quantity: [ 1 ]     Change country: [ United States ]     ZIP Code: [ 60106 ]     [ Get Rates ]

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Oct. 29 and Wed. Nov. 18** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|





## Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views  1/4

Feedback on our suggestions



**CNC Adjustable Rearset Footpeg For KTM 1290...**
$125.95
Free shipping
Seller 99.3% positive



**CNC Phone Sport Camera Navigation GPS Bracket Fo...**
$20.59
Free shipping
Seller 99.3% positive



**For KTM 125 250 350 450 530 SX EXC XCF SXF XC...**
$4.65
Free shipping
New



**2015 Motorcycle Radiator Grille Guard Cover For KT...**
$39.12
~~$42.99~~
Free shipping
New



**Front Fork Wheel Axle Sliders Crash Pads...**
$25.99
Free shipping
Seller 99.5% positive



**Rear Fork Wheel Axle Sliders Crash Pads...**
$28.99
Free shipping
Seller 99.5% positive

---

More from this seller

Feedback on our suggestions

Feedback








Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE

Moto-Speedy

moto-speedy (3589 ★)

**Positive Feedback (last 12 months): 99.2%**

Member since: Jun-16-11 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member

View items for sale

View seller's Store

### Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 9 | 174 | 425 |
| Neutral | 0 | 7 | 9 |
| Negative | 0 | 1 | 3 |

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (375) | Reasonable shipping cost ★★★★★ (392) |
| Shipping speed ★★★★★ (379) | Communication ★★★★★ (374) |

**All received Feedback** Received as buyer Received as seller Left for others

3 Feedback received (viewing 1-3) Revised Feedback: 12

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (3) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **Item was default it did not work correctly** Phone Camera Navigation GPS Bracket Fr Honda CBR250R/300R/400R/500R/600RR/600F4I (#173655916461) | Buyer: 2***s (13★) US $31.87 | Past 6 months Reciprocal feedback |
| **No refund, . Seller lying. Avoid at all costs!!** Front Wheel Axle Slider Fork Protector For Yamaha MT-01 MT-03 MT-07 MT-09 MT-10 (#173910431402) | Buyer: l***l (140★) US $20.12 | Past year Reciprocal feedback |
| **Don't fit in the motorcycle location because the production year is not respectd** Tail Tidy Fender Eliminator License Bracket For YAMAHA MT-09 FZ-09 2017-2020 (#174009434085) | Buyer: c***5 (28★) US $30.33 | Past year Reciprocal feedback |

**Page 1 of 1** ← 1 →

**Member Quick Links**

Contact member

View items for sale

View seller's Store

**Suggested Next**

Leave Feedback

Reply to received Feedback

Follow up to given Feedback

Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Moto-Speedy

**moto-speedy** (3589★)
99.2% positive feedback

Save

Items for sale | Visit store | Contact

We have been specializing in this line for 15 years and do realise the poor quality of China Made products with our long term accumulation of experience. Now we are forcusing on high quality motorcycle products sourcing, quality control for Customer

**Feedback ratings**

See all feedback

| | | |
|---|---|---|
| ★★★★★ | 375 | Item as described |
| ★★★★★ | 374 | Communication |
| ★★★★★ | 379 | Shipping time |
| ★★★★★ | 392 | Shipping charges |

| 425 | 9 | 3 |
|---|---|---|
| Positive | Neutral | Negative |

Feedback from the last 12 months

Don't blinker
Sep 28, 2020

**189** Followers | **0** Reviews | Member since: **Jun 16, 2011** | China

## Items for sale(3589)

See all items

Daytime Running...
US $29.99 20h left

Running Sequent...
US $29.99 20h left

LED Turn Signal...
US $12.99 20h left

Front Wheel Axl...
US $22.70 22h left

Front Wheel Axl...
US $22.70 22h left

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi! Sign in or register    Daily Deals   Brand Outlet   Help & Contact       Sell   Watchlist ▾   My eBay ▾    🔔   🛒

Shop by category ▾ | 🔍 Search this Store | This Store ▾ | **Search** | Advanced

eBay › eBay Stores › moto-speedy



## moto-speedy

189 followers | moto-speedy (3589 ⭐) 99.2%

Welcome to Moto-Speedy-Store. If you like us, please add us as your favorite seller.

♡ Save this seller

**Category**

All
Crash Protector
License Plate Bracket
Phone Bracket
Handlebar parts/ Lever Guard
Foot Peg Parts
Lighting
Brake Clutch Lever
Gas Tank
US Stock
Other



| All Listings | Auction | Buy It Now |

1-48 of 381 Results

Time: newly listed ▾ | ☰



**NEW LISTING** Rear Sequential LED Turn signal Indicator For Yamaha NVX 155 EXVITER150 T-MAX530

$16.99
Free shipping

From China



**NEW LISTING** Sequential LED Turn signal Indicator For Yamaha FZ16 FZ-S 150 FZ150I FZ250 Fazer

$16.99
Free shipping

From China



**NEW LISTING** Sequential Turn signal Indicator For Yamaha V-MAX 1700 XTZ 1200Z/ZE WR250R/X

$16.99
Free shipping

From China



**NEW LISTING** Sequential LED Turn signal Light For Yamaha FZ-25 FZ-03 FZ-07 FZ-09 FJ-09 FZ-10

$16.99
Free shipping

From China



**NEW LISTING** Sequential Front/Rear LED Turn signal Light For Yamaha XSR 700/900 YZF R1/M/S R6

$16.99
Free shipping

From China



**NEW LISTING** Sequential LED Turn signal Light For Yamaha YBR125/250 YZF-R125 R15 R25 R3 R6 R1

$16.99
Free shipping

From China

Front/Rear LED Turn signal Light For Yamaha XJ6/N/Diversion/F Tracer 900/GT

$16.99
Free shipping

From China

Front/Rear LED Turn signals Indicator Light For Yamaha FZ1/N FZ8 FZ6 N/S TDM900

$16.99
Free shipping

From China

Sequential LED Turn signal Indicator For Yamaha MT-07/Tracer MT-09/Tracer MT-10

$16.99
Free shipping

From China



Sequential Turn signals Indicator Light For Yamaha MT-01 MT-125 MT-15 MT25 MT-03

$16.99
Free shipping

From China



Sequential Front/Rear Turn signals For Kawasaki Ninja 1000/SX 650/R 250 300 400

$16.99

Free shipping

From China



Sequential Front/Rear Turn signal Light For Kawasaki KLE 500 KLR 650 ER-6N ER-6F

$16.99

Free shipping

From China



Front/Rear Turn signals Indicator For Kawasaki Z650 Z750/S Z800 Z900 Z1000/R/SX

$16.99

Free shipping

From China



Front/Rear Turn signal Indicator For Kawasaki ZRX1200 Z125 PRO Z250/SL Z300 Z400

$16.99

Free shipping

From China



Sequential Front/Rear Turn signals For Kawasaki Ninja ZX-6R/RR/636 ZX-10R/RR

$16.99

Free shipping

From China



Front/Rear Turn signals For Kawasaki KLZ Versys 1000 KLE Versys 650 Versys-V 300

$16.99

Free shipping

From China



Shock Absorber Signal Light For Suzuki VZ800/1500 VZR1800 DL650/X/1000 UH200/A

$3.98

Free shipping

From China



Front/Rear Shock Absorber Signal Light For Suzuki SFV650 LS650 VL800/1500 AN400

$3.98

Free shipping

From China



Front/Rear Shock Absorber LED Signal Light For Suzuki RV200 SV650 TU250/X GW250

$3.98

Free shipping

From China



Front/Rear Shock Absorber Signal Light For Kawasaki Versys 650/1000 Versys-X 300

$3.98

Free shipping

From China



Front/Rear Shock Absorber Signal Light For Kawasaki Z400 Z650 Z800 Z900/RS Z1000

$3.98

Free shipping

From China



Front/Rear Shock Absorber LED Signal Light For Kawasaki W800 W175 Z H2 Z125 PRO

$3.98

Free shipping

From China



Shock Absorber LED Signal Light For Yamaha V/SV STAR 1300/250 XV250 FJ09 STRYKER

$3.98

Free shipping

From China

Shock Absorber LED Signal Light For Yamaha Bolt/C/R XVS95 V STAR 950/650 XVS65

$3.98

Free shipping

From China



Shock Absorber LED Signal Light For Yamaha XSR700/900 SR400/950 FZ07 FZ09 FZ10
$3.98
Free shipping

From China



Front/Rear Shock Absorber LED Signal Light For Yamaha MT03 MT07 MT09 MT10 VMAX
$3.98
Free shipping

From China



Front/Rear Shock Absorber LED Signal Light Fr Honda NC750X 18-20 NC700X/XD 15-18
$3.98
Free shipping

From China



Shock Absorber LED Signal Light For Honda CMX250X/300/500 Rebel 250X/300/500 19
$3.98
Free shipping

From China



Front/Rear Shock Absorber LED Signal Light For Honda CBF300 Grom125 CB1000/R 20
$3.98
Free shipping

From China



Shock Absorber LED Signal Light For Honda CB300F CB300F CB500X CN500F CB650F/R
$3.98
Free shipping

From China



CNC Aluminum Fuel Tank Cap For Kawasaki Z400 2018-2020 Z650 Z900 2017-2020
$35.95
Free shipping

From China



CNC Fuel Tank Cap For Kawasaki Versys-X 250/300/1000 KLE 250/300/1000 2017-2020
$35.95
Free shipping

From China



CNC Aluminum Fuel Tank Cap For Kawasaki Ninja 250 400 650 Ninja ZX-6R/25R 2020
$35.95
Free shipping

From China



CNC Aluminum Fuel Tank Cap For Honda CB650F/R CRF1000/L CB500F/X CB300R 13-20
$35.95
Free shipping

From China



CNC Aluminum Fuel Tank Cap For Honda MSX125 CBR250RR 1000RR 650R/F CBR500R 2020
$35.95
Free shipping

From China



CNC Fuel Tank Cap For BMW HP2 SPORT 08-11 F650GS F750GS F850GS K1600GT/GTL 2012
$35.95
Free shipping

From China



CNC Fuel Tank Cap For BMW F800GT/R/S/ST/GS ADV 2016 S1000R 14-18 S1000RR 09-20
$35.95
Free shipping

From China



Billet CNC Fuel Tank Cap For BMW R1200GS/ADV 2007-2010 R1200R/S R nine T 14-19
$35.95
Free shipping

From China



Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category

ktm | All Categories | Search | Advanced

Items for sale from **moto-speedy** (3589 ★ ) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors

Motorcycle Fairings & Bodywork

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (19)

**Price**

$ to $

**Item Location** see all

- **Default**
- Within
  100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

moto-speedy (3589 ★ )

Feedback rating: 3,589

Positive Feedback: 99.2%

Member since Jun-16-11 in Hong Kong

Read feedback profile

Add to my favorite sellers

**Visit seller's eBay Store!**

moto-speedy

All Listings | Auction | Buy It Now Sort: Best Match View:

**19** results for **ktm** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

CNC Adjustable Rearset Footpeg For KTM 1290 Super Duke R/GT 2014-2018 (Fits: KTM)

Brand New

**$125.95**

Buy It Now

**Free Shipping**

**10+ Sold**

From China

Brand: KTM

CNC Phone Sport Camera Navigation GPS Bracket For KTM 125 200 390 690 690R Duke (Fits: KTM)

Brand New

**$20.59** to **$53.54**

Buy It Now

**Free Shipping**

**2+ Watching**

From China

Phone Sport Camera Navigation GPS Bracket For KTM 1290 1190 1050 950 990 690 640 (Fits: KTM)

Brand New

**$20.59** to **$53.54**

Buy It Now

**Free Shipping**

**4+ Watching**

From China

For KTM 690 DUKE 12-14 Front Rear Axle Fork Swing Arm Crash Protector Pad (Fits: KTM)

Brand New

**$48.67**

Buy It Now

**Free Shipping**

From China

Brand: KTM

For Buell Lightning XB12X Front Rear Axle Fork Swing Arm Crash Protector Pad (Fits: KTM)

Brand New

**$48.67**

Buy It Now

**Free Shipping**

From China

Brand: Buell

Tell us what you think

10/6/2020

 **Checkout**

How do you like our checkout? <u>Tell us what you think</u>

### Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. <u>See terms</u>

---

**Ship to**

████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████

<u>Change</u>

---

**Review item and shipping**

Seller: moto-speedy | <u>Message to seller</u>



For KTM 690 DUKE 12-14 Front Rear Axle Fork Swing Arm Crash Protector Pad
Color: Blue
**$48.67**

Quantity 1

**Delivery**
Est. delivery: Oct 29 – Nov 18
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

---

### Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

---

### Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount   [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $48.67 |
| Shipping | Free |
| Tax* | $3.04 |
| **Order total** | **$51.71** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
<u>See details</u>

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u> ⓘ



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell   Watchlist ⌄   My eBay ⌄ 🔔 🛒

**ebay**   Shop by category ⌄

Search for anything    All Categories ⌄   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f 🐦 📌 | Add to Watchlist

✅ **This fits a KTM**    Select Year



RockMute®

### CNC Phone Sport Camera Navigation GPS Bracket For KTM 125 200 390 690 690R Duke

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Optional sets: | - Select - |
| Quantity: | 1    Last one / 2 sold |

Price: **US $20.59**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping**     Longtime member

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: GZ, China |
| | Ships to: Worldwide   See exclusions |
| Delivery: | ⏵ Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ |
| | Please note the delivery estimate is **greater than 15 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA ●● ⌨ DISCOVER |

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | Seller does not accept returns | See details |
|---|---|

**Shop with confidence**

Ⓢ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
moto-speedy (3589 ★)
99.2% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2
Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| Laser Logo CNC Swingarm Spools Slider For KTM DUK... | LQ CNC Aluminum Side Stand Plate Enlarge For KT... | GPS Smart Phone Navigation Mount... | License Plate Holder Signal blinker light for ktm duke... | 10M Motorcycle Accessories Swingarm... | Motorcycle GPS Smart Phone Navigation Bracket... |
| $8.56 | $19.99 | $22.31 | $35.00 $38.89 | $15.60 | $21.79 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

---

### Sponsored items from this seller 1/2
Feedback on our suggestions



Feedback

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work | Add to Watchlist

This fits a KTM | Select Year

$ Have one to sell? Sell now

# CNC Adjustable Rearset Footpeg For KTM 1290 Super Duke R/GT 2014-2018

Condition: New

Compatibility: See compatible vehicles

Color: - Select -

Quantity: 1 | Last one | 10 sold / See feedback

Price: US $125.95

No Interest if paid in full in 6 mo on $99+*

Buy It Now | Add to cart | Add to Watchlist

100% buyer satisfaction | Limited quantity remaining | More than 76% sold

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: GZ, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Thu. Oct. 29 and Wed. Nov. 18
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, Mastercard, American Express, Discover

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
moto-speedy (3589 ★)
99.2% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 | Feedback on our suggestions

Clutch Cover & Pressure Plate For KTM 1290 Super...
$99.99
Free shipping
Seller 100% positive

Engine Clutch Protector Cover For KTM 1290...
$114.98
~~$127.76~~
+ $12.00 shipping
New

Pair Engine Cover Case Slider Guard Protector For...
$49.99
Free shipping
New

For KTM 1190 1090 Adventure R 1290 Super...
$49.77
~~$52.39~~
Free shipping
New

Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC...
$74.86
~~$80.50~~
Free shipping
New

LED Headlight For KTM Enduro / EXC / EXC-F / XC...
$172.90
~~$182.90~~
Free shipping
New

Sponsored items from this seller 1/2 | Feedback on our suggestions

Feedback



