Hi ████  Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist ⌄  My eBay ⌄  🔔 **2**  🛒



Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

Back to search results | Listed in category:  eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

✉ f t 🅟 | **Add to Watchlist**

ⓘ Check if this part fits your vehicle    **Contact the seller**

🔖 SAVE UP TO **10%**   See all eligible items ▶



### Fits KTM 690 Duke R 2014-2018 CNC Short Brake Clutch Levers

Condition: New

Color:   - Select - ⌄

Quantity: [ 1 ]    Last one / **2 sold**

Price: **US $26.99**
US $29.99 (10% off) ⓘ

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

**More than 49% sold** | 30-day returns | Longtime member

Shipping: **$3.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide   See exclusions

Delivery: ⏱ Estimated between **Thu. Nov. 5 and Wed. Nov. 25**
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  Mastercard  AmEx  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details



Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motospirit8888 (1027 ⭐)
95.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell? [ **Sell now** ]

---

## Similar sponsored items 1/2

Feedback on our suggestions



Fits KTM 690 SMC/R KTM 690 Duke KTM 690...
$26.99
$29.99
+ $3.00 shipping
New

For KTM 690 Duke / Enduro R 2014-2020 Folding...
$27.05
$40.99
+ $2.50 shipping
New

For KTM 690 Duke SMC 2012 2013 Orange Short CNC...
$21.24
$24.99
+ $2.00 shipping
New

For KTM 690 Duke/SMC/SMCR 2014-...
$26.99
Free shipping
New

CNC Short Brake & Clutch Lever Fit KTM 690...
$26.34
Free shipping
New

CNC Short Brake Clutch Lever For KTM 690 1050...
$27.59
$29.99
+ $3.99 shipping
New

---

## Sponsored items from this seller 1/2

Feedback on our suggestions










Fits KTM 690 Duke KTM 690 Enduro R KTM 1090 Adv/R...
$26.99
~~$29.99~~
+ $3.00 shipping

Fits ZX-6R 2000-2017 CNC Short Brake Clutch Levers
$26.99
~~$29.99~~
+ $3.00 shipping

Fits Speed Triple R Speed Triple 1050/S Thruxton R...
$26.99
~~$29.99~~
+ $3.00 shipping

Fits CBR600RR 2007-2019 CBR1000RR 2008-2020...
$26.99
~~$29.99~~
+ $3.00 shipping

Fits MT-10 FZ-10 2016-2020 CNC Short Brake & Clutch...
$26.99
~~$29.99~~
+ $3.00 shipping

Fits Speed Triple Speed Four Speed Triple 1050 CN...
$20.99
~~$23.32~~
+ $12.00 shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on **Oct 11, 2020 07:20:38 PDT** View all revisions

eBay item number: **192274051352**

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Guaimi |
| Non-Domestic Product: | No | Country/Region of Manufacture: | China |
| Placement on Vehicle: | Front, Left, Right | Manufacturer Part Number: | Does Not Apply |
| Warranty: | 90 Day | Modified Item: | No |





           



**Product Description**

## Description:

*CNC Billet Aluminum 6061 Brake Clutch Levers

*Brake and Clutch lever set with 6 adjustable positions

*Item is easy to install without instructions

*Available color: Black/Orange

*Color may have 5% different from the photos shown online

*Quantity: 1 pairs (Clutch side + Brake side)

## Fitment:

KTM 690 Duke R 2014-2018

NOTE: Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility. Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

| About Us | Payment | Shipping | Terms | Contact Us |

We are a integrity sellers on eBay, we sell high quality items and provide reasonable price to all customers.

powered by TONGTOOL

🔖 SAVE UP TO **10%**   **See all eligible items ▶**

Save up to 10.0% for your oder

Marked down item price reflects all savings. Items provided by motospirit8888     **All promotional offers from motospirit8888**


See all

   

**Now:** US $10.99        **Now:** US $8.99        **Now:** US $11.99        **Now:** US $26.99        Was: US $35.54
**Now:** US $31.99

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions. Learn about pricing

You can change quantities in your cart.

---

Sponsored items based on your recent views 1/4                    Feedback on our suggestions

     

| Pair Engine Cover Case Slider Guard Protector For... | Air Filter Dust Protection For 2017-2020 KTM Super... | Flyscreen Windscreen Windshield Protector Cove... | For KTM DUKE 690 2012-2018 2019 Motorcycle Tank... | For KTM 690 Duke R 2014-2018 CNC Brake Clutch... | Fits KTM RC8 RC8R 1190 1290 990 Super Duke 690... |
|---|---|---|---|---|---|
| $49.99 | $39.99 | $29.99 | $22.06  $26.90 | $20.39  $39.99 | $20.99  $23.32 |
| Free shipping | Free shipping | Free shipping | Free shipping | + $2.00 shipping | + $12.00 shipping |
| New | New | New | Last one | New | New |

---

Explore more sponsored options:

 

| Fits KTM 690 Duke/R 1190 RC8/R 990 1290 Folding... | Fits KTM RC8 RC8R 1190 1290 990 Super Duke 690... |
|---|---|
| $31.99  $35.54 | $20.99  $23.32 |
| + $12.00 shipping | + $12.00 shipping |

---

More from this seller 1/2                    Feedback on our suggestions

      

| Fits Caponord 1200 Dorsoduro 1200 RSV1000... | Fits K1600GT K1600GTL 2010-2016 CNC New... | Fits F800GS 2008-2012 Brand New Brake Clutch... | Fits CBR250R/300R/500R CB500F/X CB190R/X... | Fits Hypermotard 820 Hypermotard 821 13-15 Bra... | Fits K1600GTL/GT/B K1200GT/R/S K1300GT/R/... |
|---|---|---|---|---|---|
| $26.99  $29.99 | $26.99  $29.99 | $70.98  $78.87 | $31.99  $35.54 | $40.99  $45.54 | $19.99  $22.21 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |
|  | Last one | Last one | Last one | Last one | Last one |

---

Back to search results                                                                                                           Return to top

More to explore :   Motorcycle Clutch Levers for KTM 690,   Motorcycle KTM Duke 690s,   Motorcycle Brake Levers for 2014 KTM 690,   Motorcycle Brake Levers for KTM 690,   Brake Pads for 2014 KTM 690,   Motorcycle Clutch Plates for KTM 690,   Clutch Master Cylinders for KTM 690,   Brake Cylinders for KTM 690,   Brake Cables for KTM 690,   Barnett Motorcycle Clutch Plates for KTM 690












Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 2

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers | Add to Watchlist

Check if this part fits your vehicle Contact the seller

SAVE UP TO 10% See all eligible items ▸

# Fits KTM 690 Duke R 2014-2018 CNC Short Brake Clutch Levers

Condition: New

Color: - Select -

Quantity: 1 Last one / 2 sold

Price: US $26.99
~~US $29.99~~ (10% off)

Buy It Now
Add to cart
Add to Watchlist

More than 49% sold | 30-day returns | Longtime member

Shipping: $3.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Thu. Nov. 5 and Wed. Nov. 25
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

motospirit8888 (1027 ★)
95.1% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Fits KTM 690 SMC/R KTM 690 Duke KTM 690...
$26.99
~~$29.99~~
+ $3.00 shipping
New

For KTM 690 Duke / Enduro R 2014-2020 Folding...
$27.05
~~$40.99~~
+ $2.50 shipping
New

For KTM 690 Duke SMC 2012 2013 Orange Short CNC...
$21.24
~~$24.99~~
+ $2.00 shipping
New

For KTM 690 Duke/SMC/SMCR 2014-...
$26.99
Free shipping
New

CNC Short Brake & Clutch Lever Fit KTM 690...
$26.34
Free shipping
New

CNC Short Brake Clutch Lever For KTM 690 1050...
$27.59
~~$29.99~~
+ $3.99 shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions

Fits KTM 690 Duke KTM 690 Enduro R KTM 1090 Adv/R...
**$26.99**
~~$29.99~~
+ $3.00 shipping

Fits ZX-6R 2000-2017 CNC Short Brake Clutch Levers
**$26.99**
~~$29.99~~
+ $3.00 shipping

Fits Speed Triple R Speed Triple 1050/S Thruxton R...
**$26.99**
~~$29.99~~
+ $3.00 shipping

Fits CBR600RR 2007-2019 CBR1000RR 2008-2020...
**$26.99**
~~$29.99~~
+ $3.00 shipping

Fits MT-10 FZ-10 2016-2020 CNC Short Brake & Clutch...
**$26.99**
~~$29.99~~
+ $3.00 shipping

Fits Speed Triple Speed Four Speed Triple 1050 CN...
**$20.99**
~~$23.32~~
+ $12.00 shipping

---

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Guangzhou, China

Shipping to: Worldwide

Excludes: APO/FPO, Alaska/Hawaii, US Protectorates, Africa, Central America and Caribbean, North America, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Turkey, United Arab Emirates, Yemen, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Laos, Bolivia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Suriname, Uruguay, Venezuela, Albania, Andorra, Austria, Belarus, Belgium, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Gibraltar, Greece, Guernsey, Hungary, Iceland, Ireland, Italy, Jersey, Latvia, Liechtenstein,Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Netherlands, Norway, Poland, Portugal, Romania, San Marino, Serbia, Slovakia, Slovenia, Spain, Svalbard and Jan Mayen, Sweden, Switzerland, Ukraine, United Kingdom, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, PO BoxKyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, PO BoxKyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, PO Box

Quantity: 1    Change country: United States    ZIP Code: 60106    [Get Rates]

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $3.00 | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 5 and Wed. Nov. 25** |
| US $25.00 | US $5.00 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Thu. Oct. 22 and Thu. Oct. 29** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|

Will usually ship within 3 business days of receiving cleared payment.

| Taxes |
|---|

Taxes may be applicable at checkout. Learn more

---

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

---

### Payment details

| Payment methods |
|---|





**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

🔖 **SAVE UP TO 10%**  See all eligible items ▶

Save up to 10.0% for your oder

Marked down item price reflects all savings. Items provided by motospirit8888

**All promotional offers from motospirit8888**


See all




10/15/2020



Hi [ ▾ ]   Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ▾   My eBay ▾       🔔 2   🛒

**ebay**   Shop by category ▾   [ 🔍 Search for anything ]   All Categories ▾   **Search**   Advanced

Home > Community > Feedback forum > Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE

**motospirit8888** (1027 ★) 📋 ⓘ
**Positive Feedback (last 12 months): 95.1%** ⓘ
Member since: Nov-09-16 in China

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 6 | 61 | 152 |
| ◐ Neutral | 3 | 5 | 6 |
| ➖ Negative | 2 | 6 | 7 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (138) | ★★★★★ (140) |
| Shipping speed | Communication |
| ★★★★★ (138) | ★★★★★ (135) |

**All received Feedback**    Received as buyer    Received as seller    Left for others

7 Feedback received (viewing 1-7)

Revised Feedback: 5 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

[ e.g. Vintage 1970's Gibson Guitars ] 🔍

Rating type: [ Negative (7) ▾ ]   Period: [ 12 Months ▾ ]

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Should've have shipped sooner. Told about delay on shipping after placed order.**<br>Fits KTM RC8 KTM RC8R Motorcycle Helmet Lock Anti-Theft (#193532045392) | Buyer: e ***e  ( 1 )<br>US $19.99 | Past month<br>Reciprocal feedback |
| ➖ **Did not receive package.**<br>Fits Ducati 899 1299 1199 959 Panigale Folding Extendable Brake & Clutch Levers (#192241883482) | Buyer: 0***r (43★)<br>US $31.99 | Past month<br>Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Item not as described in add and photo. Didnt fit bike. Wrong item recieved.**<br>Fits Z750 2007-2012 Z1000 2003-2009 Hot Sell Left Gear Shift Lever Shifter Pedal (#192543872467) | Buyer: m***m (7)<br>US $17.99 | Past 6 months<br>Reciprocal feedback |
| ➖ **Unbelievably Bad. Terribly Disgusted With You & Your Company.**<br>Fits Dyna Sportster Softail Touring XL883 Vertical Pillion Pad Seat 6Suction Cup (#193380366609) | Buyer: b***l (29★)<br>US $12.99 | Past 6 months<br>Reciprocal feedback |
| ➖ **Did not fit my bike like seller said it would**<br>Fits Fatboy FLSTF Softail Luggage Rack Sissy Bar Passenger Backrest Cushion Pad (#192825228917) | Buyer: 2***1 (8)<br>US $129.99 | Past 6 months<br>Reciprocal feedback |
| ➖ **Does not fit Honda CBF125 Stunner    2009-2014**<br>Fits CBF125 Stunner 2009-2014 CBR125R 2004-2015 CNC Long Brake & Clutch Levers (#192437375993) | Buyer: t***r (663★)<br>US $20.99 | Past 6 months<br>Reciprocal feedback |
| ➖ **Item does not fit the BMW F800R . The only return address is in Chinese**<br>Fits F800GS Adv F800S F700GS F800R Front Brake Fluid Reservoir Guard Protector (#192483899465) | Buyer: o***u (64★)<br>US $12.99 | Past year<br>Reciprocal feedback |

Page 1 of 1

← 1 →

**Member Quick Links**    Contact member    **Suggested Next**    Leave Feedback
View items for sale    Reply to received Feedback
View seller's Store    Follow up to given Feedback
Request feedback revision

Comment?

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi ▇▇▇▇ ▾         Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ▾    My eBay ▾        🔔 2    🛒

ebay        Shop by    🔍 Search for anything                    All Categories ▾        Search        Advanced
            category ▾

motospirit8888 (1027 ★)                        🏪 Items for sale    🏪 Visit store    ✉ Contact
95.1% positive feedback

♡ Save                        Welcome to our shop. We sell the best quality items to all the customer, and we pay our
                             100% attention to all customers need.

**Feedback ratings** ⓘ                                                    See all feedback

⭐⭐⭐⭐⭐ 138   Item as described      ➕ 152        ⭕ 6       ➖ 7         ➕   Good.
⭐⭐⭐⭐⭐ 135   Communication         Positive      Neutral    Negative          Oct 12, 2020
⭐⭐⭐⭐⭐ 138   Shipping time
⭐⭐⭐⭐⭐ 140   Shipping charges             Feedback from the last 12 months              ● ○ ○ ○ ○

40 Followers | 0 Reviews | Member since: **Nov 09, 2016** | 📍 China

## Items for sale(4211)                                                                See all items

                                        

Fits FZ-6R 2009...    Fits FZ-6R 2009...    Fits FZ-6R 2009...    Fits FZ-6R 2009...    Fits FZ-6R 2009...
US $20.99    32m left  US $20.99    32m left  US $20.99    32m left  US $20.99    32m left  US $20.99    32m left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ                    Norton SECURED

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄    🔍 Search this Store | This Store ⌄ | **Search**    Advanced

eBay › eBay Stores › motospirit8888

# motospirit8888

40 followers | **motospirit8888** (1027 ★) 95.1%

♡ **Save this seller**

## Category

**All**
License Plate Holder
Navigation Bracket
Short Brake & Clutch Levers
Radiator Grill Grille Cover
Helmet Lock
Reservoir Cover
Tail Light
Turning Signal
Clutch Cable Adjuster
Long Brake & Clutch Levers
CNC Brake & Clutch Levers
Fold Extend Brake Clutch Leve
Screws
Handguard
Adjustable Shift Lever
Side Kickstand Stand Plate
Frame Sliders Crash Protector
Wheel Fork Slider Protector
Bar End Caps
Engine Case Slider
For Harley
For BMW
Other

**Condition**    see all
☐ New

**Price**
☐ Under $35.00
☐ Over $35.00
$ [    ] – $ [    ]  >

**Buying Format**    see all
◉ All Listings
○ Best Offer
○ Auction
○ Buy It Now
○ Classified Ads

**Item Location**    see all

**Delivery Options**    see all
☐ Free Shipping
☐ Free In-store Pickup

**Show only**    see all
☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Verified

**More refinements...**

| All Listings | Auction | Buy It Now |

1-48 of 1,219 Results

Time: ending soonest ⌄

Fits R1200GS LC Adventure CNC Handlebar Riser Handle Bar Clamp Extend Adapter
**$58.99**
Was: ~~$65.54~~
$15.00 shipping
**4 watching**
From China

Fits R1200GS LC R1200GS LC Adv R1250GS R1250GS Adv Rear MudSling Inner Fender
★★★★★ 1 product rating
**$24.98**
Was: ~~$27.76~~
$15.00 shipping
or Best Offer
**Only 1 left!**
From China
Brand: BMW

Fits R1200GS LC 2013-2016 R1200GS LC Adventure 2014 Cockpit Wind Deflector
★★★★★ 1 product rating
**$22.99**
Was: ~~$25.54~~
$10.00 shipping
or Best Offer
**Only 1 left!**
From China
Brand: BMW

Fits R1200GS Adv R1200R R1200RT R1200S R1200ST R nineT Paralever Torque Arm
**$114.98**
Was: ~~$127.76~~
$20.00 shipping
**5 watching**
From China

Fits R1200GS LC R1200GS LC Adv R1250GS R1250GS Adventure Carved Frame Protector
**$19.99**
Was: ~~$22.21~~
$14.00 shipping
or Best Offer
**Only 1 left!**
From China

Fits K1300S/R/GT K1200R/Sport K1200S Folding Extendable Brake & Clutch Levers
**$31.99**
Was: ~~$35.54~~
$15.00 shipping
**1 watching**
From China

Fits KTM RC125 RC200 RC250/390 Duke CNC Folding Extendable Brake & Clutch Levers
**$31.99**
Was: ~~$35.54~~
$15.00 shipping
From China

Fits R1200GS LC/Adv K1600 GT/GTL/Bagger Folding Extendable Brake & Clutch Levers
**$31.99**
Was: ~~$35.54~~
$15.00 shipping
From China

Fits KTM 690 Duke/SMC/R/Supermoto 640 LC4 Fold Extendable Brake & Clutch Levers
**$31.99**
Was: ~~$35.54~~
$15.00 shipping
From China

Fits K1600GT/GTL 11-16 R1200RT 10-13 Folding Extendable Brake & Clutch Levers



$31.99
Was: $35.54
$15.00 shipping

From China



Fits KTM 1190 Adv/R KTM 1290 Super Adv Folding Extendable Brake & Clutch Levers

$31.99
Was: $35.54
$15.00 shipping

From China



Fits B-King 1300 2008-2013 Hot Sell CNC Folding Extendable Brake & Clutch Levers

$31.99
Was: $35.54
$15.00 shipping

From China



Fits KTM 690 Duke R 2014-2017 Brand New Folding Extendable Brake & Clutch Levers

$31.99
Was: $35.54
$15.00 shipping

From China



Fits GSX-R 1000 2007-2008 Brand New CNC Folding Extendable Brake & Clutch Levers

$31.99
Was: $35.54
$15.00 shipping

From China



Fits GSX-R 600 GSX-R 750 2004-2005 CNC Folding Extendable Brake & Clutch Levers

$31.99
Was: $35.54
$15.00 shipping

From China



Fits F800GS F800GS Adv F800R/S/GT/ST CNC Folding Extendable Brake & Clutch Lever

$31.99
Was: $35.54
$15.00 shipping

From China



Fits CB650F CBR650F NC750S NC750X CNC Folding Extendable Brake & Clutch Levers

$31.99
Was: $35.54
$15.00 shipping

From China



Fits GSX-R600 GSX-R750 GSX-R1000 CNC Folding Extendable Brake & Clutch Levers

$31.99
Was: $35.54
$15.00 shipping

From China



Fits KLZ1000 Versys 2012-2018 Hot Sell Folding Extendable Brake & Clutch Levers

$31.99
Was: $35.54
$15.00 shipping

From China



Fits XT1200Z FJR1300 FJR1300A XJR1300 Folding Extendable Brake & Clutch Levers

$31.99
Was: $35.54
$15.00 shipping

From China



Fits R1200GS/Adv R1200RT/ST/R/S R900RT Folding Extendable Brake & Clutch Levers

$31.99
Was: $35.54
$15.00 shipping

From China



Fits FZ-8 2010-2014 CNC Brand New Folding Extendable Brake & Clutch Levers

$31.99
Was: $35.54
$15.00 shipping

From China



Fits R1200GS R1200GS Adventure R Nine T R1200R Final Drive Housing Protector

$19.99
Was: $22.21
$6.00 shipping
1 watching

From China



Fits F800GS F700GS F650GS Front Footpeg Footrest Rubber

$26.99
Was: ~~$29.99~~
$8.00 shipping
or Best Offer
Only 1 left!

From China

---

Fits R1200GS Adventure 2014+ Front Fender Beak Extension Wheel Cover

$29.99
Was: ~~$33.32~~
$12.00 shipping
or Best Offer
Only 1 left!

From China

---

Fits F700GS F650GS 2000-2008 Front Fender Mudguard Wheel Hugger Rear Extension

$10.99
Was: ~~$12.21~~
$8.00 shipping
or Best Offer
Only 1 left!

From China

---



Fits R1200GS F650GS R1100GS Front Footpeg Plate Footrest Rubber

$19.99
Was: ~~$22.21~~
$4.00 shipping
or Best Offer
Only 1 left!

From China

---



Fits K1600GT K1600GTL 2010-2016 CNC New Motorcycle Aluminum Clutch Brake Levers

$26.99
Was: ~~$29.99~~
$8.00 shipping
or Best Offer
Only 1 left!

From China
Brand: BMW

---



Fits F800GS 2008-2017 F700GS 2013-2016 F650GS 2008-2012 Chain Guard Cover

★★★★★ 1 product rating

$26.99
Was: ~~$29.99~~
$14.00 shipping
or Best Offer
Only 1 left!

From China

---



Fits R Nine T 2014-2016 Front Fender Mudguard Wheel Hugger Rear Extension

★★★★★ 1 product rating

$8.99
Was: ~~$9.99~~
$4.00 shipping
or Best Offer
Only 1 left!

From China

---



Fit R1200GS 2008-2012 R1200GS Adventure 2008-2013 Mudguard Enlarger Beak Extenda

★★★★★ 1 product rating

$30.99
Was: ~~$34.43~~
$15.00 shipping
or Best Offer
Only 1 left!

From China

---

Fits R1200GS K50 R1200GS Adventure R1200RT R1200R R1200RS Ignition Coil Cover

$32.99
Was: ~~$36.65~~
$10.00 shipping
or Best Offer

From China

---



Fits 25mm Crash Bar Hot Sell New Fog Lamp Bracket Black Fog Lamp Bracket Suit

$22.99
Was: ~~$25.54~~
$6.00 shipping
or Best Offer
Only 1 left!

From China

---



Fits R1200GS -2012 R1200GS Adventure -2013 Rear MudSling Inner Fender

★★★★★ 1 product rating

$34.98
Was: ~~$38.87~~
$15.00 shipping
or Best Offer
Only 1 left!

From China

---



Fits F800GS F800GS Adventure F700GS F650GS Backrest & Luggage Rack Set

$130.99
Was: ~~$145.54~~

From China





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category KTM All Categories Search Advanced

Items for sale from motospirit8888 (1027 ) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors

Other Motorcycle Handlebars, Grips & Levers

Motorcycle Fairings & Bodywork

More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (217)

**Price**

- Under $35.00
- Over $35.00

$ to $

**Item Location** see all

- Default
- Within

100 miles of 60106

- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

motospirit8888 (1027 )

Feedback rating: 1,027
Positive Feedback: 95.1%
Member since Nov-09-16 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now

Sort: Best Match View:

217 results for KTM Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of / 60106

Clear selections

0 matching results

Find Results

Fits KTM RC8 KTM RC8R Motorcycle Helmet Lock Anti-Theft (Fits: KTM)
Brand New
**$19.99**
Was: ~~$22.21~~
Buy It Now
+$2.00 shipping
10% off
From China
Brand: KTM

Fits KTM 1290 Super Duke R RC8R 2008-2015 CNC Rear Brake Fluid Reservoir Cover (Fits: KTM)
Brand New
**$0.99 to $12.21**
Buy It Now
+$12.00 shipping
1+ Watching
From China

Fits KTM 1290 Super Duke R/1190/1290 Adv CNC Front & Rear Brake Reservoir Cover (Fits: KTM)
Brand New
**$0.99 to $18.87**
Buy It Now
+$12.00 shipping
14+ Sold
From China

Fits KTM 1290 Super Duke R 2013-2017 New Radiator Grille Guard Cover Protector (Fits: KTM)
Brand New
**$70.19**
Was: ~~$77.99~~
Buy It Now
+$12.00 shipping
10% off
From China

Fits KTM 1050 1090 1290 Super Adv Clutch Slave Cylinder Guard Cover Protector (Fits: KTM)
Brand New
**$23.39**
Was: ~~$25.99~~
Buy It Now
+$12.00 shipping
4+ Watching
10% off
From China

Fits KTM 990SMT 990R 1190 RC8/R 2004-2015 CNC Front Brake Fluid Reservoir Cover (Fits: KTM)
Brand New
**$0.99 to $12.21**
Buy It Now
+$12.00 shipping
2+ Watching
From China

Fits KTM 690 Duke 2008-2010 CNC Hot Sell New Brake Clutch & Rear Reservoir Caps (Fits: KTM)
Brand New
**$0.99 to $24.43**
Buy It Now
+$12.00 shipping
14+ Sold
From China

**Fits KTM 690 Enduro R/Duke 1090 Adv/R 1290 Super Adv CNC Rear ABS Sensor Guard (Fits: KTM)**
Brand New
**$19.79**
Was: $21.99
Buy It Now
+$12.00 shipping
**10% off**

From China



**Fits KTM Duke 200 Duke 125 2012-2016 New Radiator Grille Guard Cover Protector**
Brand New
**$29.99**
Was: $33.32
Buy It Now
+$12.00 shipping
**10% off**

From China



**Fits KTM 125 Duke 200 Duke 250 Duke 390 Duke Integrated LED Tail Turning Signal (Fits: KTM)**
Brand New
**$22.99**
Was: $25.54
Buy It Now
+$12.00 shipping
**6+ Watching**
10% off

From China



**Fits KTM 1290 Superduke R 1090 1050 1190 Adv R LC8 Engine Clutch Protector Cover (Fits: KTM)**
Brand New
**$114.98**
Was: $127.76
Buy It Now
+$12.00 shipping
**10% off**

From China
Brand: KTM



**Fits KTM 1050 1190 Adv KTM 1290 Super Adventure HotSell Radiator Cover Side Pane (Fits: KTM)**
Brand New
**$59.99**
Was: $66.65
or Best Offer
+$12.00 shipping
**Only 1 left!**
**1 Watching**
10% off
 Watch

From China



**Fits KTM 990 Supermoto/R/T SuperDuke/R 690Duke R Front &Rear Brake Reservoir Cap (Fits: KTM)**
Brand New
**$16.98** to **$30.59**
Was: $33.99
Buy It Now
+$12.00 shipping
**10% off**

From China



**Fits KTM 990 Super Duke 990 Super Duke R Integrated LED Tail Light Turn Signal (Fits: KTM)**
Brand New
**$52.98**
Was: $58.87
Buy It Now
+$12.00 shipping
**10% off**

From China



**Fits KTM 690 Duke 2012-2017 Brand New CNC Radiator Grille Guard Cover Protector (Fits: KTM)**
Brand New
**$34.98**
Was: $38.87
Buy It Now
+$12.00 shipping
**10% off**

From China

**Fits KTM 1090 Adv/L KTM 1090 Adv R KTM 1290 Super Adv R/S Engine Guard Protector**
Brand New

10/15/2020



**$256.99**
Was: ~~$285.54~~
Buy It Now
+$12.00 shipping
**1+ Watching**
10% off

From China

**Fits KTM 390 Duke 2013-2016 Brand New CNC Radiator Grille Guard Cover Protector (Fits: KTM)**
Brand New



**$64.79**
Was: ~~$71.99~~
Buy It Now
+$12.00 shipping
**10% off**

From China

**Fits KTM 1190 RC8 1190 RC8R New Radiator Guard Grill Cover Oil Cooler Protector (Fits: KTM)**
Brand New



**$73.79**
Was: ~~$81.99~~
Buy It Now
+$12.00 shipping
**10% off**

From China

**Fits KTM 1290 ADV 1190 ADV 1290 SuperDuke 13-16 New Front Brake Reservoir Cover (Fits: KTM)**
Brand New



**$0.99** to **$12.21**
Buy It Now
+$12.00 shipping

From China

**Fits KTM 1050 1190 1290 Adventure Hot Sell Radiator Grille Guard Cover Protector (Fits: KTM)**
Brand New



**$70.19**
Was: ~~$77.99~~
Buy It Now
+$12.00 shipping
**10% off**

From China

**Fits KTM 1190 RC8R 09-15 KTM 1190 RCR 08-10 Front & Rear Brake Reservoir Cover (Fits: KTM)**
Brand New



**$16.98** to **$30.59**
Was: ~~$18.87~~
Buy It Now
+$12.00 shipping
**10% off**

From China

**Fits KTM 1190 1050 Adv KTM 1290 Super Adv New Plastic Headlight Guard Protector (Fits: KTM)**
Brand New



**$38.99**
Was: ~~$43.32~~
Buy It Now
+$12.00 shipping
**10% off**

From China

**Fits KTM Duke 250 Duke 390 17-18 Radiator Guard Grill Cover Oil Cooler Protector (Fits: KTM)**
Brand New



**$29.99**
Was: ~~$33.32~~
Buy It Now
+$12.00 shipping
**10% off**

From China

**Fits KTM RC125 RC200 RC390 Radiator Guard Grill Cover Coolant Protector Grille (Fits: KTM)**
Brand New





$62.99
Was: $69.99
Buy It Now
+$12.00 shipping
**10% off**

From China

---



**Fits EXC EXC-F XC SX SX-F 525 530 660 950 990 New Scaling Foot Pegs Rests Pedals (Fits: KTM)**
Brand New
$60.98
Was: $67.76
Buy It Now
+$12.00 shipping
**2+ Watching**
**10% off**

From China

---



**Fits KTM 1290 Super Duke R RC8R 2008-2015 New Rear Brake Fluid Reservoir Cover (Fits: KTM)**
Brand New
$8.99
Was: $9.99
or Best Offer
**Free Shipping**
**10% off**
👁 Watch

From China
Brand: KTM

---



**Fits KTM 690 Duke R 2014-2018 CNC Short Brake Clutch Levers**
Brand New
$26.99
Was: $29.99
Buy It Now
+$3.00 shipping
**10% off**

From China
Brand: KTM

---



**Fits KTM 690 Duke/R 1190 RC8/R 990 1290 Folding Extendable Brake & Clutch Lever (Fits: KTM)**
Brand New
$31.99
Was: $35.54
Buy It Now
+$12.00 shipping
**10% off**

From China

---



**Fits KTM RC8 RC8R 1190 1290 990 Super Duke 690 Duke Short Brake & Clutch Levers**
Brand New
$20.99
Was: $23.32
Buy It Now
+$12.00 shipping
**10% off**

From China

---



**Fits KTM 690 Duke R 2013-2017 CNC Hot Sell Side Kickstand Stand Extension Plate**
Brand New
$12.99
Was: $14.43
or Best Offer
+$8.50 shipping
**10% off**
👁 Watch

From China

---



**Fits KTM 690 Duke R 2014-2017 Brand New Folding Extendable Brake & Clutch Levers**
Brand New
$31.99
Was: $35.54
Buy It Now
+$12.00 shipping
**10% off**

From China

---



**Fits KTM RC8 1190 RC8R 1190 1290 990 SuperDuke 690 Duke Long Brake&Clutch Levers (Fits: KTM)**
Brand New
$20.99
Was: $23.32
Buy It Now
+$12.00 shipping
**10% off**

From China

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 🟦 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

███████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
███████

Change

---

**Review item and shipping**

Seller: motospirit8888 | Message to seller

Fits KTM 690 Duke R 2014-2018 CNC Short Brake Clutch
Levers
Color: Orange
**$26.99**
~~$29.99~~
Quantity 1

**Delivery**

● Est. delivery: Nov 5 – Nov 25
Standard SpeedPAK from China/Hong Kong/Taiwan
**$3.00**

○ Est. delivery: Oct 22 – Oct 29
Expedited Shipping from China/Hong Kong/Taiwan to
worldwide
**$25.00**

Save up to 10%



---

**Gift cards, coupons, eBay Bucks**

Enter code: [_____]  [ Apply ]

---

**Donate to charity (optional)** ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount  [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $26.99 |
| Shipping | $3.00 |
| Tax* | $1.87 |

**Order total**     **$31.86**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ    ✓ Norton SECURED



# Fits KTM 1190 1050 Adv KTM 1290 Super Adv New Plastic Headlight Guard Protector

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 0ld 08h 05m |
| Color: | - Select - |
| Quantity: | 1     1 available |

**Price:** US $38.99
~~US $43.32~~ (10% off)

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

30-day returns — Longtime member

| | |
|---|---|
| Shipping: | $12.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. |
| | Item location: Guangzhou, China |
| | Ships to: Worldwide | See exclusions |
| Delivery: | Estimated between **Thu. Nov. 5 and Wed. Nov. 25** Please note the delivery estimate is **greater than 15 business days.** Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 🔲 🔲 🔲 |

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

---

## Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

## Seller information

motospirit8888 (1027 ★)
95.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

SAVE UP TO 10%  See all eligible items ▶

✓ This fits a KTM     [ Select Year ]

---

$ Have one to sell?  [ Sell now ]

---

## Similar sponsored items 1/2

Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| Moto Radiator Guard Cover Protector For KTM 1050 10... | Headlight Lens For KTM Adventure 1050 1190 1290... | Headlight Cover Lens Guard for KTM 1050 1190 Adventu... | Radiator Side Cover Panel Guard Protector For KTM... | Fits KTM 1050 1090 1290 Super Adv Clutch Slave... | Radiator Guard Protection Grille for KTM... |
| $41.39 | $35.99 | $39.42 | $32.54 | $23.39 | $34.35 |
| ~~$45.99~~ | Free shipping | Free shipping | ~~$34.99~~ | ~~$25.99~~ | + $6.99 shipping |
| Free shipping | New | New | Free shipping | + $12.00 shipping | Seller 99.3% positive |
| New | | | Seller 99.4% positive | New | |

---

## Sponsored items from this seller 1/2

Feedback on our suggestions

---

https://www.ebay.com/itm/Fits-KTM-1190-1050-Adv-KTM-1290-Super-Adv-New-Plastic-Headlight-Guard-Protector/192827949219?fits=Make%3AKTM&hash=item2ce57100a3:g:Lt0AAOSwWiJcZ9DZ

1/4

Hi ████ | Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ⌄   My eBay ⌄   🔔 2   🛒



Shop by category ⌄        Search for anything        All Categories ⌄   **Search**    Advanced

< Back to search results  | Listed in category:   eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Body & Frame  >  Fairings & Body Work        ✉ f t p   | Add to Watchlist

✓ This fits a KTM    Select Year





### Fits KTM 1290 Super Duke R/1190/1290 Adv CNC Front & Rear Brake Reservoir Cover

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Color: | - Select - ⌄ |
| Quantity: | 1    1 available / 14 sold |

Price:   **US $0.99**



**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Limited quantity remaining | More than 81% sold | 30-day returns

| | |
|---|---|
| Shipping: | $12.00  Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | ★ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ |
| | Please note the delivery estimate is greater than 15 business days. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: |  |

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

ⓢ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motospirit8888 (1027 ★)
95.1% Positive feedback

☆ Save this Seller
Contact seller
Visit store
See other items

---

## Similar sponsored items 1/2                    Feedback on our suggestions








| Front Rear Brake Clutch Reservoir Cover For KTM... | For KTM 1290 SuperDuke R 2013-20 Aluminum Frame... | Right Engine Cover Case Slider Guard Protector For... | Front Rear Brake Fluid Oil Reserv... | Swingarm Protector KTM EXC-F 250 350 2012-2019... | Front Fender Screw Bolts For KTM DUKE 125 200 250... |
|---|---|---|---|---|---|
| $31.99 | $16.98 | $26.99 | $19.79 | $19.73 | $9.89 |
| + $2.50 shipping | Free shipping | Free shipping | $21.99 | $20.99 | $10.99 |
| Seller 99.2% positive | New | New | Free shipping | Free shipping | + $0.99 shipping |
| | | | New | Seller 99.5% positive | New |

---

## Sponsored items from this seller 1/2                    Feedback on our suggestions



Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ⌄   My eBay ⌄   🔔  🛒

Shop by category ⌄     Search for anything     All Categories ⌄   **Search**   Advanced

⟨  Back to search results  | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work     ✉ f 🐦 📌 | Add to Watchlist

### People who viewed this item also viewed


CNC Motorcycle Universal Rear...
$8.92
$9.39
+ $2.00 shipping


New Rear Brake Fluid Reservoir...
$0.99
+ $12.00 shipping


CNC Aluminum Rear Brake Fluid...
$8.97
Free shipping


Fits KTM 690 Duke 2008-2010 CNC...
$0.99
+ $12.00 shipping


Rear Brake Fluid Oil Reservoir Cap...
$8.98
Free shipping

---

ⓘ  Check if this part fits your vehicle     Select Vehicle



⟨   ⟩



⟨  🔴 🔴 🔴 🔴 🔴 🔴  ⟩

$ Have one to sell?  Sell now

### CNC Brake Clutch&Rear Reservoir Cap For KTM 690 Duke 2008-2010

Condition: New
Compatibility: See compatible vehicles

Color:  - Select -  ⌄
Quantity:  1        1 available / 13 sold

Price:  **US $0.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Limited quantity remaining | More than 80% sold | 30-day returns

Shipping: $12.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: ⚡ Estimated between **Thu. Oct. 29 and Wed. Nov. 18**
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  💳  💳  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

#### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motospirit9999 (1569 ⭐)
98.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Sponsored items from this seller 1/2                                        Feedback on our suggestions

⟨


New Rear Brake Fluid Reservoir Cover For KTM...
$0.99
+ $12.00 shipping


New Front & Rear Brake Reservoir Cover For KTM...
$18.87
+ $12.00 shipping


CNC Front Brake & Clutch Reservoir Covers For Suzu...
$18.99
$21.10
+ $2.00 shipping
Popular


New CNC Front Brake Reservoir Cover For Yama...
$9.99
$11.10
+ $12.00 shipping


New CNC Front Brake Reservoir Cover For Yama...
$9.99
$11.10
+ $2.00 shipping


Front Brake Reservoir Cover Cap For Yamaha MT07 FZ0...
$9.99
$11.10
+ $6.00 shipping

⟩

Feedback


**Description**   Shipping and payments                                                      Report item

Seller assumes all responsibility for this listing.                                eBay item number: 182883551127

Last updated on  Sep 07, 2020 05:05:04 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|------|------|-------|----------|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 17 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2010 |  KTM | 690 | Duke |
| | 2009 | KTM | 690 | Duke |
| | 2008 | KTM | 690 | Duke |
| | 2011 | KTM | 990 | Super Duke R |
| | 2010 | KTM | 990 | Super Duke R |
| | 2009 | KTM | 990 | Super Duke R |
| | 2008 | KTM | 990 | Super Duke R |
| | 2007 | KTM | 990 | Super Duke R |
| | 2015 | KTM | 1190 | RC8R |
| | 2014 | KTM | 1190 | RC8R |
| | 2013 | KTM | 1190 | RC8R |
| | 2012 | KTM | 1190 | RC8R |
| | 2011 | KTM | 1190 | RC8R |
| | 2010 | KTM | 1190 | RC8 |
| | 2010 | KTM | 1190 | RC8R |
| | 2009 | KTM | 1190 | RC8 |
| | 2008 | KTM | 1190 | RC8 |

Portions of the information contained in this table have been provided by motospirit9999

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Number of Pieces: | 3 | Country/Region of Manufacture: | China |
| Placement on Vehicle: | Left, Right, Front, Rear | Manufacturer Part Number: | Does Not Apply |
| Warranty: | No Warranty | | |

**motospirit9999**

motospirit9999 (1569 ⭐)   98.7%

🖥 Sign up for newsletter

Search within store

Visit Store:  motospirit9999

Items On Sale | Helmet Lock | Other | Navigation Bracket | Screws | Bar End Caps

## Categories



Short Brake & Clutch Levers

Helmet Lock

Reservoir Cover

Clutch Cable Adjuster

Screws

Handguard

Side Kickstand Stand Plate

Bar End Caps

Engine Case Slider

For Harley Davidson

BMW R1200GS

Yamaha MT-07

Yamaha MT-09

Suzuki GSX1300R Hayabusa

BMW G310

Suzuki GSX-R600 / 750 GSX-R1000

BMW F800GS

KTM

BMW R Nine T

Other























**Product Description**

Description:
*Al 6061 T6 billet Aluminum
*Condition: 100% Brand New
*Package included: 3 pieces of Brake Reservoir Cover
*Item is easy to install without instructions
*Color may have 5% different from the photos shown online
*Available color: Gold/Orange/Red
*Please confirm if the item can be fit for your model or not before you make order

Fitment:
KTM 690 Duke 2008-2010

Attention: All of tax for custom from buyer country is not included in price


Feedback

### About Us

We are a integrity sellers on eBay, we sell high quality items and provide reasonable price to all customers.

### Payment

1. We accept Paypal, Visa and MasterCard;
2. All the payments are expected within 7 days after the last auction is closed. All unpaid auction will be forfeited;
3. By bidding on your auction, we will assume that bidder had accepted our terms and conditions;
4. After paying, the buyers need to leave us the recipient address, name, contact number and postcode; which is ensure that the package arrived safety and timely.

### Shipping

1. We only ship the items to the address you have indicated, so we hope you can check your address twice before you place the order
2. We will deliver the item within one business day after we got the payment from Paypal. If the package can not arrive at the exact time, please contact with us via eBay message, we will try our best to help you;
3. We sent the package by China Post, E-packet, Post NL, DHL Global Mail or HK Post;
4. If you want to get the item fast, you can contact with us, we provide the international fast shipping.

### Terms

1. If the items are defective when we sent you or we sent you the wrong items, that's the only case we can refund you or sent you the correct item again;
2. All the defective situations must be reported and please provide the relevant photos to us within 3 days, after our confirmation, we will sent you a new correct item or just make you the refund as you like. If there any problems before you left us the negative feedback, we will try our best to help you. Customers' satisfactions and feedback are very important to us.

### Contact Us

If you have interested in our selling items, you can feel free to contact with us via eBay or sent message to our email.

powered by **TONGTOOL**

---

Sponsored items based on your recent views 1/4                    Feedback on our suggestions



Foldable Extendable Clutch Brake Lever For KTM Duke...
$27.98
+ $4.99 shipping
New

7/8" 22mm Motorcycle Brake Clutch Lever...
$23.59
$27.75
+ $7.50 shipping
New

7/8" 22mm Motorcycle Brake Clutch Lever Guards...
$23.66
$27.83
+ $9.99 shipping
New

CNC Brake Clutch Levers for KTM EXC 125 200 SX XC15...
$15.80
Free shipping
New

Brake Clutch Lever For KTM EXC125 SX125 SX144 XC15...
$15.99
Free shipping
New

CNC Brake Clutch Fluid Reservoir Cover Cap For...
$15.83
$17.99
+ $0.99 shipping
Seller 99.1% positive

---

Explore more sponsored options: Number of Pieces



| 1 | More |
| --- | --- |

| 2 | More |
| --- | --- |

Feedback



New CNC Front Brake Reservoir Cover For...
$9.99
$11.10
+ $2.00 shipping



CNC 10mm Clutch Cable Adjuster For Yamaha YZF...
$5.99
$6.65
+ $2.00 shipping



Knurled Fender Seat Bolt Screw 1/4"-20 Thread For...
$6.98
$7.76
Free shipping



CNC Front Brake & Clutch Reservoir Covers For...
$18.99
$21.10
+ $2.00 shipping
Popular



2X 3D Chromed Motorcycle Fuel Gas Tank...
$14.69
$19.99
Free shipping




For KTM 1190 1090 Adventure R 1290 Super...
$49.77
$52.39
Free shipping

---

## More from this seller

Feedback on our suggestions



Brand New Aluminum Clutch Brake Levers For BMW...
$26.99
$29.99
+ shipping
Last one



Top Case Passenger Armrest For Yamaha MT09...
$29.99
$33.32
+ shipping
Last one



Rear View Mirrors For Ducati Streetfighter Streetfighter ...
$40.99
$45.54
+ shipping
Last one

---

Back to search results                                                                                          Return to top

More to explore :  Brake Pads for 2010 KTM 690,   Rear Sintered Brake Pads for KTM 690,   Rear Motorcycle Brake Rotors for KTM 690,   Brake Pads for 2008 KTM 690,
Motorcycle Rear & Brake Light Assemblies for 2010 KTM 690,   Motorcycle Radiator Caps for KTM 690,   Motorcycle Rear & Brake Light Assemblies for KTM 690,
GOLDfren Rear Motorcycle Brake Pads for KTM 690,   Motorcycle Rear Tires for KTM 690,   Complete Motorcycle Clutches & Kits for KTM 690

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED

Feedback




Shop by category ⌄   | Search for anything | All Categories ⌄ | **Search**   Advanced

◁ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f 🐦 📌 | Add to Watchlist

## People who viewed this item also viewed

 CNC Motorcycle Universal Rear... $8.92 ~~$9.39~~ + $2.00 shipping

 New Rear Brake Fluid Reservoir... $0.99 + $12.00 shipping

 CNC Aluminum Rear Brake Fluid... $8.97 Free shipping

 Fits KTM 690 Duke 2008-2010 CNC... $0.99 + $12.00 shipping

 Rear Brake Fluid Oil Reservoir Cap... $8.98 Free shipping

---

ⓘ   Check if this part fits your vehicle     **Select Vehicle**

---



<     >



<  ... >

$ Have one to sell?   **Sell now**

### CNC Brake Clutch&Rear Reservoir Cap For KTM 690 Duke 2008-2010

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Color: | - Select - ⌄ |
| Quantity: | 1   1 available / **13 sold** |

Price: **US $0.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

*Limited quantity remaining*    More than 80% sold    30-day returns

Shipping: **$12.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: ⚡ Estimated between **Thu. Oct. 29 and Wed. Nov. 18**
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
motospirit9999 (1569 ⭐)
98.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

## Sponsored items from this seller 1/2

Feedback on our suggestions

<                     >

New Rear Brake Fluid Reservoir Cover For KTM... $0.99 + $12.00 shipping

New Front & Rear Brake Reservoir Cover For KTM... $18.87 + $12.00 shipping

CNC Front Brake & Clutch Reservoir Covers For Suzu... $18.99 ~~$21.10~~ + $2.00 shipping *Popular*

New CNC Front Brake Reservoir Cover For Yama... $9.99 ~~$11.10~~ + $2.00 shipping

New CNC Front Brake Reservoir Cover For Yama... $9.99 ~~$11.10~~ + $2.00 shipping

Front Brake Reservoir Cover Cap For Yamaha MT07 FZ0... $9.99 ~~$11.10~~ + $6.00 shipping

[Feedback]

---

| Description | **Shipping and payments** |
|---|---|

Seller assumes all responsibility for this listing.

**Shipping and handling**

Report item



Item location: Guangzhou, China

Shipping to: Worldwide

Excludes: APO/FPO, Alaska/Hawaii, US Protectorates, Africa, Central America and Caribbean, Middle East, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Laos, Bermuda, Greenland, Saint Pierre and Miquelon, Bolivia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Suriname, Uruguay, Venezuela, Albania, Andorra, Austria, Belarus, Belgium, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Gibraltar, Greece, Guernsey, Hungary, Iceland, Ireland, Italy, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Netherlands, Poland, Portugal, Romania, San Marino, Serbia, Slovakia, Slovenia, Spain, Svalbard and Jan Mayen, Sweden, Switzerland, Ukraine, United Kingdom, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, PO Box

Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $12.00 | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Oct. 29** and **Wed. Nov. 18** |
| US $50.00 | US $10.00 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Thu. Oct. 15** and **Thu. Oct. 22** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods





**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

Sponsored items based on your recent views 1/4

Feedback on our suggestions



| Foldable Extendable Clutch Brake Lever For KTM Duke... | 7/8" 22mm Motorcycle Brake Clutch Lever... | 7/8" 22mm Motorcycle Brake Clutch Lever Guards... | CNC Brake Clutch Levers for KTM EXC 125 200 SX XC15... | Brake Clutch Lever For KTM EXC125 SX125 SX144 XC15... | CNC Brake Clutch Fluid Reservoir Cover Cap For... |
|---|---|---|---|---|---|
| $27.98 | $23.59 | $23.66 | $15.80 | $15.99 | $15.83 |
| + $4.99 shipping | ~~$27.75~~ | ~~$27.83~~ | Free shipping | Free shipping | ~~$17.99~~ |
| New | + $7.50 shipping | + $9.99 shipping | New | New | + $0.99 shipping |
|  | New | New |  |  | Seller 99.1% positive |

Explore more sponsored options: Number of Pieces

| 1 | More | 2 | More |
|---|---|---|---|







Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

motospirit9999 (1569 ★)

**Positive Feedback (last 12 months): 98.7%**

Member since: Nov-09-16 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 8 | 152 | 339 |
| Neutral | 0 | 0 | 3 |
| Negative | 0 | 4 | 5 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (286) | Reasonable shipping cost ★★★★★ (299) |
| Shipping speed ★★★★★ (290) | Communication ★★★★★ (291) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

5 Feedback received (viewing 1-5) Revised Feedback: 9

Search Feedback received as seller with an item title or ID:

e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (5) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **Very cheap product Don't waste your money or time** 5.5"x9" American Flag Antenna Flag Pole Mount For Honda GL1800 GL1500 Goldwing (#183932840184) | Buyer: 7***7 (612★) US $16.65 | Past 6 months Reciprocal feedback |
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **Unbelievably Bad. Terribly Disgusted with you and your company** Pillion Pad Seat 6 Suction Cup For Dyna Sportster Softail Touring XL 883 1200 (#184208575619) | Buyer: b***l (28★) US $12.99 | Past 6 months Reciprocal feedback |
| **Cheap Chinese Junk - Overheats and erratic lighting with a lof of vibration** Driving Aux Lights For BMW R1200GS Adv R1200GS LC Adv R1250GS Adv F800GS Adv (#184040892642) | Buyer: t***r (146★) ~~US $48.99~~ (Best offer was accepted) | Past 6 months Reciprocal feedback |
| **Cheap Chinese junk, very low quality.** Driving Aux Lights For BMW R1200GS Adv R1200GS LC Adv R1250GS Adv F800GS Adv (#184040892642) | Buyer: t***r (146★) ~~US $48.99~~ (Best offer was accepted) | Past 6 months Reciprocal feedback |
| **Your automated responses to problems are very annoying you didn't even read it..** Clutch Cable Adjuster For Honda CBR125R/150R/250R/300R/500R MSX125 Grom CMX 250 (#183166740969) | Buyer: a***f (private) US $6.98 | Past year Reciprocal feedback |

**Page 1 of 1**

← 1 →

**Member Quick Links**

Contact member
View items for sale
View seller's Store

**Suggested Next**

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Front Extenda F...
US $9.99                    4h left

        

| Front Extenda F... | Rear Fender Mud... | Cockpit Wind De... | ParaLever Final... | ParaLever Final... |
|---|---|---|---|---|
| US $9.99 | US $52.98 | US $22.99 | US $26.99 | US $26.99 |
| 4h left | 4h left | 4h left | 4h left | 4h left |



10/7/2020

ebay    Shop by category ⌄

Search this Store | This Store ⌄ | **Search** | Advanced

eBay › eBay Stores › motospirit9999



# motospirit9999

58 followers | motospirit9999 (1569 ★) 98.7%

Welcome to our shop. We sell the best quality items to all the customer, and we pay our 100% attention to all customers' need.

♡ Save this seller

## Category

All
Short Brake & Clutch Levers
Helmet Lock
Reservoir Cover
Clutch Cable Adjuster
Screws
Handguard
Side Kickstand Stand Plate
Bar End Caps
Engine Case Slider
For Harley Davidson
BMW R1200GS
Yamaha MT-07
Yamaha MT-09
Suzuki GSX1300R Hayabusa
BMW G310
Suzuki GSX-R600/750 GSX-R1000
BMW F800GS
KTM
BMW R Nine T
Other

### Featured Items



Topcase Passenger Backrest Pad For BMW F800GS/Adv...
**$24.98**
~~$27.76~~ 10% OFF



Top Case Passenger Armrest For Yamaha MT09 KTM...
**$29.99**
~~$33.32~~ 10% OFF

---

All Listings | Auction | Buy It Now

Time: newly listed ⌄

1-48 of 132 Results

Gallery View ⊞



Fender Seat Bolt Screw Nut Kit 1/4"-20 Thread For Harley Davidson- American Flag
**$9.99**
Was: ~~$11.10~~
Free shipping

From China



Fender Seat Bolt Screw Nut Kit 1/4"-20 Thread For Harley Davidson-Skeleton Wreck
**$9.99**
Was: ~~$11.10~~
Free shipping

From China
Brand: Harley-Davidson

Fender Seat Bolt Screw Nut Kit 1/4"-20 Thread For Harley -Skeleton Middle Finger
**$9.99**
Was: ~~$11.10~~
Free shipping

From China
Brand: Harley-Davidson



Fender Seat Bolt Screw Nut 1/4"-20 Thread For Harley Davidson Pirat Jolly Roger
**$9.99**
Was: ~~$11.10~~
Free shipping

From China



Fender Seat Bolt Screw Nut 1/4"-20 Thread For Harley Davidson - California Skull
**$9.99**
Was: ~~$11.10~~
Free shipping

From China



Fender Seat Bolt Screw Nut Kit 1/4"-20 Thread For Harley - Skull Middle Finger
**$9.99**
Was: ~~$11.10~~
Free shipping

From China
Brand: Harley-Davidson



Fender Seat Bolt Screw Nut 1/4"-20 Thread For Harley Davidson - United We Stand
**$9.99**
Was: ~~$11.10~~
Free shipping

From China



Fender Seat Bolt Screw Nut Kit 1/4"-20 Thread For Harley Davidson - Indian Skull

$9.99
Was: $11.10
Free shipping

From China
Brand: Indian



Fender Seat Bolt Screw Nut Kit 1/4"-20 Thread For Harley Davidson American Skull

$9.99
Was: $11.10
Free shipping

From China



Fender Seat Bolt Screw Nut Kit 1/4"-20 Thread For Harley Davidson - Flame

$9.99
Was: $11.10
Free shipping

From China



Motorcycle Anti-Theft Helmet Lock For BMW F650GS F700GS F800GS

$19.99
Was: $22.21
$2.00 shipping

From China
Brand: BMW



New CNC Front Brake Reservoir Cover For Yamaha MT01 MT03 MT07 FZ07 FZ10 MT10

$9.99
Was: $11.10
$2.00 shipping

From China
Brand: Yamaha



Stainless Knurled Fender Seat Bolt Screw 1/4"-20 For Harley Jolly Roger Pirate

$6.98
Was: $7.76
Free shipping

From China
Brand: Harley-Davidson



Stainless Knurled Fender Seat Bolt Screw 1/4"-20 Thread - United We Stand

$6.98
Was: $7.76
Free shipping

From China



Knurled Fender Seat Screw 1/4"-20 Thread For Harley Davidson - Indian Skeleton

$6.98
Was: $7.76
Free shipping

From China
Brand: Indian



Knurled Fender Seat Bolt Screw 1/4"-20 Thread For Harley Davidson Skeleton Skull

$6.98
Was: $7.76
Free shipping

From China



Stainless Knurled Fender Seat Bolt Screw 1/4-20 Thread For Harley Davidson Flame

$6.98
Was: $7.76
Free shipping

From China



Stainless Knurled Fender Seat Bolt Screw 1/4"-20 Thread - Skeleton Middle Finger

$6.98
Was: $7.76
Free shipping

From China



Stainless Knurled Fender Seat Bolt 1/4"-20 Thread For Harley - American Skeleton

$6.98
Was: $7.76
Free shipping

From China
Brand: Harley-Davidson



Knurled Fender Seat Bolt Screw 1/4"-20 Thread For Harley Davidson -Middle Finger

$6.98
Was: $7.76
Free shipping

From China



Stainless Knurled Fender Seat Bolt 1/4"-20 Thread For Harley Davidson - American

$6.98
Was: $7.76
Free shipping

From China



Stainless Knurled Fender Seat Screw 1/4"-20 Thread For Harley - Skeleton Wreck

**$6.98**
Was: $7.76
Free shipping

From China
Brand: Harley-Davidson



Front Brake Reservoir Cover Cap For Yamaha MT07 FZ07 MT09 FZ09 FJ09 MT10 MT01

**$9.99**
Was: $11.10
$6.00 shipping
1 watching

Brand: Yamaha



Windscreen Windshield Sport Screen Wind Deflector For Yamaha MT07 FZ07 2018-2020

**$20.99**
Was: $23.32
$7.50 shipping
or Best Offer

Brand: Yamaha



Motorcycle Windshield Windscreen Pare-brise Smoke For Kawasaki Z125 2015-2019

**$22.99**
Was: $25.54
$2.00 shipping
or Best Offer

From China
Brand: Kawasaki



Glare Shield For Cockpit TFT 6.5 inch For BMW R1200GS LC Adv R1250GS Adv F850GS

**$8.99**
Was: $9.99
$2.00 shipping
or Best Offer
Only 1 left!

From China
Brand: BMW



1-1/4" Crash Bars Highway Bar Light Switchback Driving Light For Harley Davidson

**$30.99**
Was: $34.43
$2.00 shipping

From China



Leather Gas Fuel Tank Cover Panel Pad With Pouch For Sportster XL883 XL1200

**$20.99**
Was: $23.32
$5.00 shipping
or Best Offer
Only 1 left!

From China



Tour Pak Pack Lid Retractable Cable For Touring Electra Street Glide Road King

**$12.99**
Was: $14.43
$2.00 shipping
or Best Offer
Only 1 left!

From China



Derby Timer Engine Cover For Dyna Street Glide FLHTK FLHRS Fatboy FXSTB Predator

**$34.98**
Was: $38.87
$5.00 shipping
or Best Offer
Only 1 left!

From China



Derby Timer Engine Cover For Dyna Street Glide FLHTK Fatboy - Jolly Roger Pirate

**$34.98**
Was: $38.87
$5.00 shipping
or Best Offer
Only 1 left!

From China



Derby Timer Engine Cover For Dyna Street Glide Fatboy FXSTB - Skeleton Mechanic

**$34.98**
Was: $38.87
$5.00 shipping
or Best Offer
Only 1 left!

From China



Fuel Tank Door Cover Dash Insert Panel For Electra Street Skeleton Middle Finger

**$12.99 to $30.99**
Was: $34.43
$6.00 shipping

From China



Pillion Pad Seat 6 Suction Cup For Dyna Sportster Softail Touring XL 883 1200

★★★★★ 1 product rating

**$12.99**

From China

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄    | ktm | All Categories ⌄ | **Search** |    Advanced

Items for sale from **motospirit9999** (1569 ⭐)    ♡ Save this seller | Show results from all sellers    ☐ Include description

**Categories**

eBay Motors

Motorcycle Fairings & Bodywork

More ⌄

---

| All Listings | Auction | Buy It Now |

15 results for ktm    ♡ Save this search

Sort: Best Match ⌄    View: ▦ ⌄

**Format** see all
- ○ All Listings
- ○ Auction
- ○ Buy It Now

**Find your Motorcycle**

Make & Model    Year From / To    Distance    Clear selections

| KTM ⌄ |    | Year From |    | Any Distance of ⌄ |    **0** matching results
| Any Model ⌄ |    | Year To |    | 60106 |    Find Results

**Guaranteed Delivery** see all
- ○ No Preference
- ○ 1 Day Shipping
- ○ 2 Day Shipping
- ○ 3 Day Shipping
- ○ 4 Day Shipping

**Engine Clutch Protector Cover For KTM 1290 Superduke R 1090 1050 1190 Adv R LC8 (Fits: KTM)**
Brand New
**$114.98**    From China
Was: $127.76    Brand: KTM
Buy It Now
+$12.00 shipping
3+ Watching
10% off

**Condition** see all
- ☐ New (15)

**Price**
$ [ ] to $ [ ] ▸

**Item Location** see all
- ○ Default
- ○ Within
  [100 miles ⌄] of [60106] ▸
- ○ US Only
- ○ North America
- ○ Worldwide

**CNC Brake Clutch&Rear Reservoir Cap For KTM 690 Duke 2008-2010 (Fits: KTM)**
Brand New
**$0.99** to **$24.43**    From China
Buy It Now
+$12.00 shipping
12+ Sold

**Delivery Options** see all
- ☐ Free shipping

**New Rear Brake Fluid Reservoir Cover For KTM 1290 Super Duke R RC8R 2008-2015 (Fits: KTM)**
Brand New
**$0.99** to **$12.21**    From China
Buy It Now
+$12.00 shipping
3+ Watching

**Show only** see all
- ☐ Free Returns
- ☐ Returns accepted
- ☐ Completed listings
- ☐ Sold listings
- ☐ Deals & Savings

More refinements...

**New Front & Rear Brake Reservoir Cover For KTM 1290 Super Duke R/1190/1290 Adv. (Fits: KTM)**
Brand New
**$18.87**    From China
Buy It Now
+$12.00 shipping
6+ Sold

**Seller Information**

motospirit9999 (1569 ⭐)

Feedback rating: 1,569
Positive Feedback: 98.7%
Member since Nov-09-16 in
Hong Kong

Read feedback profile
Add to my favorite sellers
Visit seller's eBay Store!
🏪 motospirit9999

**Top Case Passenger Armrest For Yamaha MT09 KTM 1050/1190/1290 BMW R1200GS LC ADV**
Brand New
**$29.99**    From China
Was: $33.32    Brand: BMW
or Best Offer
+$4.00 shipping
Only 1 left!
7 Sold
10% off
👁 Watch

**Clutch Slave Cylinder Guard Cover Protector For KTM 990 SM/R/T 1050 1090 1290 (Fits: KTM)**
Brand New
**$10.99**    From China
Was: $12.21
Buy It Now
+$12.00 shipping
11+ Sold
10% off

Tell us what you think

 **Checkout**

How do you like our checkout? <u>Tell us what you think</u>

To add more items, <u>go to cart</u>.

## Pay with

⚪ 💳 Add a credit or debit card

⚪  **PayPal**

⚪ **PayPal CREDIT**
Special financing available.
Apply now. <u>See terms</u>

---

### Ship to

████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████

<u>Change</u>

---

### Review item and shipping

Seller: motospirit9999    <u>Edit message</u>
Message: Item Id: 182883551127 Buyer's Vehicle: KTM

 CNC Brake Clutch&Rear Reservoir Cap For KTM 690 Duke 2008-2010
Color: Orange
**$24.43**
Quantity 1

**Delivery**

🔘 Est. delivery: Oct 29 – Nov 18
Standard SpeedPAK from China/Hong Kong/Taiwan
**$12.00**

⚪ Est. delivery: Oct 15 – Oct 22
Expedited Shipping from China/Hong Kong/Taiwan to worldwide
**$50.00**

---

### Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

---

### Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount    | None ▾ |

---

| Subtotal (1 item) | $24.43 |
| Shipping | $12.00 |
| Tax* | $2.28 |
| **Order total** | **$38.71** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

🔒 Confirm and pay

**Select a payment option**

 **MONEY BACK GUARANTEE**

<u>See details</u>

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u> ⓘ

 Norton SECURED



Hi! **Sign in** or **register**    Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

Shop by category ⌄   | Search for anything | All Categories ⌄ | **Search**   Advanced

‹   **Back to search results** | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work      ✉ f 🐦 📌 | **Add to Watchlist**

---

### People who viewed this item also viewed

 Clutch Cover & Pressure Plate Fo... **$99.99** Free shipping

 Motorcycle Clear Engine Clutch... **$149.99** + $10.00 shipping

 CNC Machined Engine Clutch... **$103.50** Free shipping

CNC Adjustable Rearset Footpeg... **$125.95** Free shipping

LC8 Engine Clutch Protection Cover... **$122.77** ~~$144.43~~ Free shipping

---

 This fits a KTM | [ Select Year ]

🔥 **SAVE UP TO 10%**   See all eligible items →





‹      ›

   ... ‹   ›

$ Have one to sell? | **Sell now**

### Engine Clutch Protector Cover For KTM 1290 Superduke R 1090 1050 1190 Adv R LC8

Condition: **New**

Compatibility:   See compatible vehicles

Color:   [ - Select - ⌄ ]

Quantity:   [ 1 ]   Last one / **7 sold**

Price:   **US $114.98**

No Interest if paid in full in 6 mo on $99+* ~~US $127.76~~ (10% off)

[ **Buy It Now** ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

**Limited quantity remaining** | More than 63% sold | 30-day returns

Shipping:   **$12.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide   See exclusions

Delivery:   ⏱ Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal VISA ● ● DISCOVER

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:   30 day Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
motospirit9999 (1569 ⭐)
98.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Sponsored items from this seller   1/2      Feedback on our suggestions

‹

Clutch Slave Cylinder Guard Cover Protector For KTM... **$10.99** ~~$12.21~~ + $12.00 shipping

New Front & Rear Brake Reservoir Cover For KTM... **$18.87** + $12.00 shipping

Top Case Passenger Armrest For Yamaha MT09... **$29.99** ~~$33.32~~ + $4.00 shipping Last one

New Rear Brake Fluid Reservoir Cover For KTM... **$0.99** + $12.00 shipping

Frame Guard Protector Cover For BMW R1200GS L... **$19.99** ~~$22.21~~ + $7.00 shipping Almost gone

Machined Headlamp Cover Generator Cover For BMW ... **$96.98** ~~$107.76~~ + $15.00 shipping

›

  

[Feedback] 

---

**Description** | Shipping and payments      Report item

10/7/2020

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ∨   My eBay ∨   🔔   🛒

 eBay   Shop by category ∨   | Search for anything | All Categories ∨ | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f 𝕏 📌 | Add to Watchlist

### People who viewed this item also viewed

 CNC Motorcycle Universal Rear...
$8.92
~~$9.39~~
+ $2.00 shipping

 CNC Brake Clutch&Rear...
$0.99
+ $12.00 shipping

 Fits KTM 1290 Super Duke R...
$0.99
+ $12.00 shipping

 Rear Brake Fluid Reservoir Clutch...
$7.59
~~$7.99~~
+ $2.99 shipping

 Front Brake Fluid Reservoir Cap...
$8.96
Free shipping

✅ This fits a KTM   | Select Year |





### New Rear Brake Fluid Reservoir Cover For KTM 1290 Super Duke R RC8R 2008-2015

| Condition: | New |
| Compatibility: | See compatible vehicles |
| Color: | - Select - ∨ |
| Quantity: | 1 | 1 available / 5 sold |

Price: **US $0.99**

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

**Limited quantity remaining** | More than 61% sold | 30-day returns

Shipping: **$12.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide   See exclusions

Delivery: 📦 Estimated between **Thu. Oct. 29 and Wed. Nov. 18**
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 

**PayPal CREDIT**
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
**motospirit9999** (1569 ⭐)
98.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

### Sponsored items from this seller 1/2

Feedback on our suggestions

 New Front & Rear Brake Reservoir Cover For KTM...
$18.87
+ $12.00 shipping

 CNC Brake Clutch&Rear Reservoir Cap For KTM 69...
$0.99
+ $12.00 shipping

 New Rear Brake Reservoir Cover For Ducati Monster...
$0.99
+ $12.00 shipping

 New CNC Front Brake Reservoir Cover For Yama...
$9.99
~~$11.10~~
+ $2.00 shipping

 New CNC Front Brake Reservoir Cover For Yama...
$9.99
~~$11.10~~
+ $2.00 shipping

New CNC Front Brake Reservoir Cover For Yama...
$9.99
~~$11.10~~
+ $2.00 shipping

💲 Have one to sell?   [ Sell now ]

Description | Shipping and payments

Feedback
Report item

Seller assumes all responsibility for this listing.

Last updated on Sep 07, 2020 05:05:07 PDT   View all revisions

eBay item number: **182883551148**

10/8/2020

ebay    Shop by category ⌄    | Search for anything | All Categories ⌄ |    Search    Advanced

Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Brakes & Suspension > Brake Pads    ✉ f 𝕏 𝕡 | Add to Watchlist

### People who viewed this item also viewed

 Caltric Front and Rear Brake Pads f... $12.85 Free shipping

 FRONT&REAR BRAKE PADS fit... $16.13 $16.98 Free shipping

 Front + Rear Ceramic Brake... $18.14 $25.99 Free shipping

 Front + Rear Organic Brake... $15.48 $20.99 Free shipping

 Front + Rear Non-Metallic Organic... $12.99 Free shipping

---

ℹ Check if this part fits your vehicle    Contact the seller



$ Have one to sell?    Sell now

### FRONT REAR Brake Pads for KTM 690 R Enduro 2008-2012

Condition: New

Quantity: | 1 |    2 available

Price: **US $27.49**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $5.99

Free shipping    30-day returns    Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: FUJIAN, China
Ships to: United States

Delivery: ▶ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 13 business days**.
Please allow additional time if international delivery is subject to customs processing.

Payments:   
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

#### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
mototalk2011 (607 ★)
88.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Sponsored items from this seller    Feedback on our suggestions

 Front Rear Brake Pads for HYOSUNG GT650 GT 650 ... $29.49 Free shipping Last one

 FRONT REAR Brake Pads for Harley Davidson FXDX... $38.49 Free shipping

 BRAKE PADS For KTM 50SX 65SX SX50 SX65 SX 50 65... $6.45 Free shipping

---

Description | Shipping and payments    Report     Feedback

eBay item number: 173835482704

Seller assumes all responsibility for this listing.
Last updated on Sep 13, 2020 18:06:44 PDT    View all revisions

Item specifics

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Applications: | Buyers need to compare with their old parts |
| Product Type: | Brake Pads | Part Brand: | XYT |
| Intended Use: | Replacement Part | | |

## SUNYOTA

mototalk2011 (607 ⭐)  88.9%

📧 Sign up for newsletter

Search within store

[                    ] 🔍

Visit Store:  **SUNYOTA**

Items On Sale | Brake pads & shoes | Tools | Motorcycle Accessories | Exhaust parts | Chain Master Links

## Categories

**Motorcycle Parts**  ›

**Tools**  ›

**Other**  ›



Check out these other items that I have on eBay right now!

| REAR Brake Pads for Harley Davidson FXDC Dyna Super Glide Custom | Brake Pads for Yamaha YXR700 YXR 700 Rhino 4x4 SE Parking Brake | FRONT REAR Brake Pads for KTM SXC 625 SC Supercompetition | 75mm Exhaust Spring Pipe Muffler for Yamaha YZ 250 1989 - 2013 | REAR Brake Pads for Harley Davidson FXCWC Rocker C 2008-2011 |
|---|---|---|---|---|
| US $9.07 | US $7.63 | US $13.80 | US $6.99 | US $9.07 |

Click here to browse all my eBay items!



**Auctiva's FREE Scrolling Gallery**
Mobile Responsive and Active Content Free

**Please use our store search.**

Get more results with fewer keywords. Such as **Yamaha WR250** model, you can search **WR250** first, if cant find that model, try **WR 250** or just **WR**.

(choose the **in title and description** beneath the search box will return more results)

**PLEASE READ DESCRIPTION CAREFULLY, YOU WILL GET MOST OF ANSWERS, SAVE YOUR TIME.**

After your purchase, it means you agree with all our Policies.

**The fitment below just for reference,we will not be responsible for any mistakes, the only way to make sure you get the right pads is to compare with your old pads.**

Please note we accept exchange or refund if you buy on wrong parts.**Please use eBay's messaging service as emails may not be answered.**

**KTM 690 R Enduro 2009-2012**

**KTM 690 Enduro 2008-2010**

If your bike model is not the same as above.Please look at our other listing or contact us.

For sale - brand new Brakes (**AS PICTURE SHOWS**)

**Front Brake**

Organic Brake Pads

Part No.X40

Size. 108.9 x 41.3x7.6mm

**Rear Brake**

Organic Brake Pads

Part No.X39

Size. 78.13x41.2x9mm

(If you just need front or rear, please click on the above part no. to get it.)

-------------------------------------------------------------------------------------------------

We also offer other compound brake pads as below,you can buy it on other listings.

**Rear Brake**

Sintered Brake Pads

Part No.XS39

Size. 78.13x41.2x9mm

Products conform to ISO9002 and QS9000 quality manufacturing standards, and have been developed to meet and exceed the specifications of the original equipment manufacturer.

**Payment Options**

- Payment is due within 7days
- Paypal

**Postage & Handling**

10/8/2020

- Please check out after you finish all your purchases, then the ebay will work out the total automatically. Once an order is paid for, ebay CANNOT combine it with another order.

- Will usually ship within 2 business days of receiving cleared payment.No delivery on weekends, public holidays, or after hours.

- Estimated shipping time within 5-15 business days

- You orders may be sent by separately if overweight or oversized.

- International Buyers - Please Note:
  1.Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility.
  2.Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

**Feedback:** After receiving the items in good conditions, please leave feedback. Once we received your positive feedback(s), the system will leave positive feedback(s) for you automatically.

If problems do arise, please contact us prior leaving feedback, we will try our best to resolve any issues in accordance with our policies.

While all care is taken, any errors or omissions are unintentional.

**Policies & Conditions**

- Please do not buy or bid if you disagree with the postage and handling charge.
- **Whilst all care is taken, any errors or omissions are unintentional.**
- **We will not be liable for any loss if buyers dont read the desciption of this listing carefully**



Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

<div style="text-align:center">□□□□ 1</div>

**Track Page Views With**
Auctiva's FREE Counter

00085

---

## Sponsored items based on your recent views

<span style="float:right">Feedback on our suggestions</span>



Front Rear Brake Pads KTM 690 Enduro R 2008-2010
$22.77
+ $15.76 shipping
Seller 99.3% positive



FRONT REAR Brake Pads for KTM 690 Enduro R 2008-...
$22.77
+ $15.76 shipping
Seller 99.3% positive



FRONT REAR Brake Pads for KTM 690 Enduro 2008 200...
$22.77
+ $15.76 shipping
Seller 99.4% positive



Rear Organic Brake Pads 2012-2015 KTM 690 Enduro...
$13.35
~~$16.99~~
Free shipping
Seller 99.6% positive

Rear Ceramic Brake Pads 2012-2015 KTM 690 Enduro...
$13.28
~~$16.99~~
Free shipping
Seller 99.7% positive



FRONT REAR Brake Pads for KTM SMC R 2012 2013...
$22.77
+ $15.76 shipping
Seller 99.4% positive

---

## People were also interested in



Front Rear Brake Pads for KTM 250 Xc250 Xc-F250...
$13.15
Free shipping



Moose Qualifier Brake Pads Front Organic...
$16.95
Free shipping



Moose Qualifier Brake Pads Rear Organic...
$16.95
Free shipping



Rear Brake Pads for KTM 250 Exc250 SX250 Xc250...
$8.95
Free shipping



Rear Brake Pads for KTM SX65 2004 2005 2006 20...
$10.35
Free shipping



Caltric Front and Rear Brake Pads for KTM SX65 SX 6...
$13.55
Free shipping

Feedback

## More from this seller 1/2

Feedback on our suggestions

   

FRONT REAR Brake Pads for KTM 50 Supermoto 2006
**$15.49**
+ shipping

FRONT REAR Brake Pads for KTM Duke 400 LC4 1994-...
**$27.49**
+ shipping

FRONT REAR Brake Pads for KTM SXC 625 SC...
**$26.49**
+ shipping

Fits KTM 690 R Enduro 2009 2010 2011 2012 2013 2014...
**$7.49**
+ shipping

Fits KTM 690 SMC R 2012 2013 2014 2015 Rear Brake...
**$7.49**
+ shipping

FRONT REAR Brake Pads for Harley Davidson XL 883 R...
**$40.49**
+ shipping

This is a private listing and your identity will be disclosed to anyone except the seller.

Back to search results                                                                                 Return to top

More to explore :   Front Brake Pads for KTM 690,    Brake Pads for 2012 KTM 690,    Rear Sintered Brake Pads for KTM 690,    Rear Motorcycle Brake Pads for KTM 690,    EBC Front Brake Pads for KTM 690,
BikeMaster Front Brake Pads for KTM 690,    Unbranded Brake Pads for KTM 690,    EBC Sintered Brake Pads for KTM 690,    BikeMaster Motorcycle Brake Pads for KTM 690,
Galfer Brakes Front Brake Rotors for KTM 690

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback




Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

**ebay**   Shop by category ⌄   | 🔍 Search for anything | All Categories ⌄ |   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Brakes & Suspension > Brake Pads

✉ f 🐦 🅿   | Add to Watchlist

### People who viewed this item also viewed

 Caltric Front and Rear Brake Pads f... $12.85 Free shipping

 FRONT&REAR BRAKE PADS fit... $16.13 ~~$16.98~~ Free shipping

 Front + Rear Ceramic Brake... $18.14 ~~$25.99~~ Free shipping

 Front + Rear Organic Brake... $15.48 ~~$20.99~~ Free shipping

 Front + Rear Non-Metallic Organic... $12.99 Free shipping

---

ℹ Check if this part fits your vehicle    Contact the seller



**$ Have one to sell?**   Sell now

**FRONT REAR Brake Pads for KTM 690 R Enduro 2008-2012**

| Condition: | New |
| Quantity: | [ 1 ]   2 available |

Price: **US $27.49**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $5.99

**Free shipping** | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: FUJIAN, China
Ships to: United States

Delivery: ▶ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 13 business days**.
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿 VISA 💳 💳 💳
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
mototalk2011 (607 ⭐)
88.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Sponsored items from this seller

 Front Rear Brake Pads for HYOSUNG GT650 GT 650 ... $29.49 Free shipping **Last one**

 FRONT REAR Brake Pads for Harley Davidson FXDX... $38.49 Free shipping

 BRAKE PADS For KTM 50SX 65SX SX50 SX65 SX 50 65... $6.45 Free shipping

Feedback on our suggestions

---

| Description | **Shipping and payments** |

Feedback
Repo

Seller assumes all responsibility for this listing.

**Shipping and handling**
Item location: FUJIAN, China



Shipping to: United States

| Quantity: 1 | Change country: United States ⌄ | ZIP Code: 60564 | Get Rates |

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Oct. 28 and Tue. Nov. 17** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

**Seller's payment instructions**
THANKS FOR YOUR PAYMENT

## Sponsored items based on your recent views

Feedback on our suggestions

     

| Front Rear Brake Pads KTM 690 Enduro R 2008-2010 | FRONT REAR Brake Pads for KTM 690 Enduro R 2008-... | FRONT REAR Brake Pads for KTM 690 Enduro 2008 200... | Rear Organic Brake Pads 2012-2015 KTM 690 Enduro-... | Rear Ceramic Brake Pads 2012-2015 KTM 690 Enduro-... | FRONT REAR Brake Pads for KTM 690 SMC R 2012 2013... |
|---|---|---|---|---|---|
| $22.77 | $22.77 | $22.77 | $13.35 | $13.28 | $22.77 |
| + $15.76 shipping | + $15.76 shipping | + $15.76 shipping | $16.99 Free shipping | $16.99 Free shipping | + $15.76 shipping |
| Seller 99.3% positive | Seller 99.3% positive | Seller 99.4% positive | Seller 99.6% positive | Seller 99.7% positive | Seller 99.4% positive |

## People were also interested in

     

| Front Rear Brake Pads for KTM 250 Xc250 Xc-F250... | Moose Qualifier Brake Pads Front Organic... | Moose Qualifier Brake Pads Rear Organic... | Rear Brake Pads for KTM 250 Exc250 SX250 Xc250... | Rear Brake Pads for KTM SX65 2004 2005 2006 20... | Caltric Front and Rear Brake Pads for KTM SX65 SX 65... |
|---|---|---|---|---|---|
| $13.15 | $16.95 | $16.95 | $8.95 | $10.35 | $13.55 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |



Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

mototalk2011 (607 ★)

**Positive Feedback (last 12 months): 88.9%**

Member since: Oct-13-11 in China

**Member Quick Links**

Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 1 | 7 | 10 |
| Neutral | 0 | 0 | 0 |
| Negative | 0 | 0 | 1 |

## Detailed seller ratings

Average for the last 12 months

This information will be available when this member receives at least 10 detailed seller ratings.

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1)

Revised Feedback: 2

Search Feedback received as seller with an item title or ID:

e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1)

Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **Never recived item asked for money back and so far nothing! No item and no money** (Private listing) | Buyer: j***e (9) | Past year Reciprocal feedback |

**Page 1 of 1**

1

**Member Quick Links**

Contact member
View items for sale
View seller's Store

**Suggested Next**

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Comment?





Shop by category ⌄    Search for anything    All Categories ⌄    **Search**    Advanced

mototalk2011 (607★)
88.9% positive feedback

Items for sale | Visit store | Contact

♡ Save

Based in China, mototalk2011 has been an eBay member since Oct 13, 2011

Feedback ratings ⓘ                                                    See all feedback

⊕ 10          ⊖ 0          ⊝ 1                    ⊕    Got it FAST!! Nice
Positive      Neutral      Negative                    Sep 21, 2020

Feedback from the last 12 months                                    ● ● ● ● ●

3 Followers | 0 Reviews | Member since: Oct 13, 2011 | ⌖ China

## Items for sale(1294)                                              See all items









NEW Motorcycle ...          NEW Motorcycle ...          FRONT REAR Brak...          BRAKE PAD For K...          REAR Brake Pads...
US $18.99        18h left   US $20.60        18h left   US $35.49        20h left   US $5.99        1d left   US $15.49        2d left

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ          Norton SECURED

Hi! Sign in or register     Daily Deals    Brand Outlet    Help & Contact                              Sell    Watchlist ⌄    My eBay ⌄          🔔    🛒

**ebay**     Shop by category ⌄     🔍 Search this Store          | This Store ⌄ |     **Search**     Advanced

eBay  >  eBay Stores  >  SUNYOTA

# SUNYOTA

3 followers  |  mototalk2011 (607 ★) 88.9%

♡ Save this seller

**Category**

All

Motorcycle Parts

Tools

Other

| All Listings | Auction | Buy It Now |

1-48 of 1,294 Results

Best Match ⌄    ⊞ ⌄

Fits KTM 690 SMC R 2012 2013 2014 2015 Rear Brake Pads
$7.49
Free shipping
From China

Fits KTM 690 Duke R Multi Spoke Cast Wheels 2013 2014 2015 Rear Brake Pads
$7.49
Free shipping
From China

Fits KAWASAKI KLZ 1000 2012 2013 2014 Rear Brake Pads
$8.49
Free shipping
From China

Fits HONDA CTX 700 DE-DCT 2014 2015 2016 Rear Brake Pads
$8.49
Free shipping
From China

Fits KAWASAKI KLX 250 2009 2010 2011 2012 2013 2014 2015 2016 Rear Brake Pads
$6.99
Free shipping
From China

Fits KAWASAKI Ninja 650 2017 Rear Brake Pads
$8.49
Free shipping

FRONT REAR Brake Pads for KTM Duke 400 LC4 1994-1998
$27.49
Free shipping
Brand: KTM

Fits KTM SX 85 2003-2004 2005 2006 2007 2008 2009 2010 Front Or Rear Brake Pads
$5.99
Free shipping

NEW Motorcycle Rear Brake shoes Fit YAMAHA YFM 09 RYXG/H (Raptor 90) 2016 2017
$18.99
Was: $19.99
Free shipping
Only 1 left!

TL0009 Universal Motorcycle Dual Cable Oiler Luber Lubricator Tool MX Dirt bike
$7.99
Free shipping
Only 1 left!



FRONT REAR Brake Pads for TRIUMPH Tiger 885cc Carbs 1992-1997

$33.49

Free shipping

Brand: Triumph



FRONT REAR Brake Pads for Yamaha XJR1300 XJR 1300 L M 1999-2000

$36.49

Free shipping



Fits HYOSUNG GT 650 650 i Naked 2009-2011 2012 2013 2014 2015 Rear Brake Pads

$7.99

Free shipping

From China



Fits BMW C 600 Sport Scooter 2012 2013 2014 2015 Front Brake Pads

$8.49

Free shipping

From China



NEW Motorcycle Rear Brake shoes Fit KYMCO K-Pipe 125 2012 2013 2014 2015

$11.11

Was: $17.09

Free shipping

From China



FRONT REAR Brake Pads for Harley Davidson FLHRSi Road King Custom 2007

$40.49

Free shipping



FRONT REAR Brake Pads for KTM 690SMC 690 SMC R 2008-2012

$26.49

Free shipping

From China

Brand: KTM



FRONT REAR Brake Pads for Harley Davidson XLH 883 Sportster Deluxe 1988-1995

$30.49

Free shipping

Only 1 left!

From China



REAR Brake Pads for Harley Davidson FLSTF Fat Boy 2008-2012

$15.49

Free shipping

From China



FRONT REAR Brake Pads for KTM 690 R Enduro 2008-2012

$27.49

Free shipping

From China

Brand: KTM



FRONT REAR Brake Pads for KTM 690 Duke 2012

$27.49

Free shipping

From China

Brand: KTM



Front Rear Brake Pads for HYOSUNG GT650 GT 650 R 2007-2008

$29.49

Free shipping

Only 1 left!

From China

Brand: Hyosung



FRONT REAR Brake Pads for Harley Davidson FLHXSE 2 3 CVO Street Glide 2011-2012

$35.49

Free shipping

2 watching

From China



FRONT REAR Brake Pads for Harley Davidson FLTCUi Ultra Classic 2001-2004

$30.49

Free shipping

Only 1 left!

From China



NEW Motorcycle Rear Brake shoes Fit HONDA TRX 350 Rancher ES 2000 2001 2002 2003

$20.60
Was: $22.89
Free shipping



Fits KTM 690 R Enduro 2009 2010 2011 2012 2013 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



Fits KTM 200 Duke 2012 2013 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



Fits KTM 690 Enduro 2008 2009 2010 2011 2012 2013 2014 Rear Brake Pads

$7.49
Free shipping

From China



Fits KTM 125 Duke 2011 2012 2013 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



Fits KTM 690 Duke 2008 2009 2010 2011 2012 2013 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



Fits KTM 390 Duke 2013 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



Fits KTM RC 200 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



Fits YAMAHA WR 125 R 2009 2010 2011 2012 2013 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



Fits KTM RC 125 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



Fits BMW F 700 GS 2013 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



Fits BMW F 800 GT 2013 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



Fits KTM RC 390 RC 390 4T 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



Fits BMW G 650 GS 2009 2010 2011 2012 2013 2014 2015 Rear Brake Pads

$7.49
Free shipping

From China



 Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category

KTM | All Categories | Search | Advanced

Include description

Items for sale from **mototalk2011** (607 ) | Save this seller | Show results from all sellers

**Categories**

eBay Motors

Motorcycle Brake Pads

More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (100)

**Price**

- Under $35.00
- Over $35.00

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60564
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

mototalk2011 (607 )

Feedback rating: 607
Positive Feedback: 88.9%
Member since Oct-13-11 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now | Sort: Best Match | View:

**100** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of / 60564

Clear selections

0 matching results

Find Results

Fits KTM RC 125 2014 2015 Rear Brake Pads

Brand New

**$7.49**
Buy It Now
**Free Shipping**
Watch

From China

FRONT REAR Brake Pads for KTM 690 R Enduro 2008-2012

Brand New

**$27.49**
Buy It Now
**Free Shipping**
Watch

From China
Brand: KTM

Fits KTM SX 65 2009-2011 2012 2013 2014 2015 Front Or Rear Brake Pads

Brand New

**$5.99**
Buy It Now
**Free Shipping**
Watch

From China

FRONT Brake Pads for KTM 50SX 50 SX Senior Adventure 2002-2007

Brand New

**$7.49**
Buy It Now
**Free Shipping**
Only 2 left!
**50 Sold**
Watch

From China
Brand: KTM

FRONT REAR Brake Pads for KTM 690 Duke 2012

Brand New

**$27.49**
Buy It Now
**Free Shipping**
Watch

From China
Brand: KTM

Fits KTM 690 Duke R Multi Spoke Cast Wheels 2013 2014 2015 Rear Brake Pads

Brand New

**Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

### Pay with

○ 🔵 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**
28W700 Perkins Ct
Naperville, IL 60564-9579
United States

Change

---

### Review item and shipping

Seller: mototalk2011    Message to seller

 FRONT REAR Brake Pads for KTM 690 R Enduro 2008-2012
**$27.49**

Quantity [ 1 ▼ ]

**Delivery**
Est. delivery: Oct 28 – Nov 17
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

---

### Gift cards, coupons, eBay Bucks

[ Enter code: _____ ] [ Apply ]

---

### Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help the healing power of music to hospital patients

Select amount [ None ▼ ]

---

| | |
|---|---|
| Subtotal (1 item) | $27.49 |
| Shipping | Free |
| Tax* | $1.72 |

**Order total**    **$29.21**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

**ebay**

Shop by category ⌄

Search for anything          All Categories ⌄   **Search**   Advanced

‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Brakes & Suspension › Brake Pads ›
See more Fits KTM SX 85 2003-2004 2005 2006 2007 2008 2...

✉ f 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle    Contact the seller



$ Have one to sell? **Sell now**

### Fits KTM SX 65 2009-2011 2012 2013 2014 2015 Front Or Rear Brake Pads

☆☆☆☆☆ Be the first to write a review | write a review

Condition: New

Price: **US $5.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ **2-year protection plan** from SquareTrade - $2.99

**Free shipping** | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: FuJian, China
Ships to: United States

Delivery: 📦 Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  💳  AMEX  DISCOVER

**PayPal** CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

🅢 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
mototalk2011 (607 ⭐)
88.9% Positive feedback

♡ **Save this Seller**
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2                                                      Feedback on our suggestions



‹ SIXITY ... ›

| Front + Rear Ceramic Brake Pads 2009-2015 KTM 250... | Rear Organic Brake Pads 2009-2015 KTM 250 SX Se... | Front + Rear Ceramic Brake Pads 2012-2015 KTM 350... | Front + Rear Organic Brake Pads 2009-2015 KTM 250... | Front + Rear Organic Brake Pads 2009-2015 KTM 450... | Front + Rear Organic Brake Pads 2009-2015 KTM 150 S... |
|---|---|---|---|---|---|
| **$16.86** ~~$23.99~~ | **$10.63** ~~$10.99~~ | **$17.09** ~~$23.99~~ | **$14.52** ~~$18.99~~ | **$14.43** ~~$18.99~~ | **$14.62** ~~$18.99~~ |
| Free shipping Seller 99.7% positive | Free shipping Seller 99.7% positive | Free shipping Seller 99.7% positive | Free shipping Seller 99.7% positive | Free shipping Seller 99.7% positive | Free shipping Seller 99.7% positive |

### Sponsored items from this seller                                                 Feedback on our suggestions

Feedback


Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

### ebay

Shop by category ⌄

Search for anything    | All Categories ⌄ |    **Search**    Advanced

◁    Back to search results    | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Brakes & Suspension  >  Brake Pads

✉ **f** ✦ 📌    | **Add to Watchlist**

---

ℹ  Check if this part fits your vehicle    Contact the seller



$ Have one to sell?    **Sell now**

## Fits KTM RC 125 2014 2015 Rear Brake Pads

| Condition: | New |

Price: **US $7.49**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $5.99

**Free shipping**    30-day returns    **Longtime member**

Shipping:    **FREE** ePacket delivery from China | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: FuJian, China
Ships to: United States

Delivery:    ⏱ Estimated between **Tue. Oct. 20 and Sat. Nov. 21** ⓘ
Please note the delivery estimate is **greater than 7 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  🔴🟠  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    30 day Buyer pays for return shipping | See details



### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
mototalk2011 (607 ⭐)
88.9% Positive feedback

♡ **Save this Seller**

Contact seller

Visit store

See other items

---

## Similar sponsored items  1/2

Feedback on our suggestions



| Front & Rear Brake Pads for KTM Duke RC 125 200 250... | Rear Sintered Brake Pads fit BMW HUSABERG FE... | Rear Brake Pads For KTM SX XC EXC SXF XCF XCW... | Front + Rear Organic Brake Pads 2014-2015 KTM 1190... | Front Brake Pads for KTM Duke 125 200 390 4T... | EBC Carbon X Brake Pads Rear #FA368X... |
| **$12.69** ~~$16.92~~ | **$11.96** | **$12.57** | **$17.86** ~~$25.99~~ | **$7.19** ~~$9.59~~ | **$30.56** |
| Free shipping | Free shipping | Free shipping | Free shipping | + $1.50 shipping | Free shipping |
| Seller 99.6% positive | Seller 99.6% positive | New | Seller 99.6% positive | Seller 99.6% positive | Seller 99.6% positive |

## Sponsored items from this seller

Feedback on our suggestions




Feedback

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄

Search for anything    All Categories ⌄    **Search**    Advanced

‹ Back to search results | Listed in category:  eBay Motors > Parts & Accessories > Motorcycle Parts > Electrical & Ignition > Relays    ✉ f 🐦 📌 | Add to Watchlist

⚠ The seller is away until Oct 04, 2020. If you buy this item, expect a delay in shipping.

✓ This fits a KTM    [ Select Year ]



💲 Have one to sell?   [ Sell now ]

## Fit For KTM 1050 1190 1290 SUPER ADVENTURE RC8 Starter Solenoid Relay

🔥 1 viewed per hour

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Price: | **US $9.95** |

[ Buy It Now ]

[ Add to cart ]

| Best Offer: | |
|---|---|

[ Make Offer ]

[ ♡ Add to Watchlist ]

Longtime member

| | |
|---|---|
| Shipping: | $2.19  Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou, Guangdong, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | 🚚 Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ |
| | Please note the delivery estimate **is greater than 18 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  MasterCard  AMEX  DISCOVER |
| | PayPal CREDIT  Special financing available. See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | Seller does not accept returns  See details |

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
movingvinson-tan8816 (1114 ⭐)
97.7% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2    Feedback on our suggestions



Starter Solenoid Relay For HONDA VTR1000 VT1100C...
$7.99
Free shipping
New



Starter Solenoid Relay For Honda CB400SF 92-97...
$8.99
Free shipping
New

Starter Relay Solenoid For YAMAHA RAPTOR 90...
$9.39
Free shipping
New



Starter Solenoid Relay for Honda ATC200 ES / M / E...
$7.99
Free shipping
New



Starter Solenoid Relay for SUZUKI VL800 T / Z / C...
$7.99
Free shipping
New



Starter Solenoid Relay Ignition Switch For Honda...
$6.99
$9.32
+ $2.99 shipping
Almost gone

## Sponsored items from this seller 1/2    Feedback on our suggestions


Feedback

     

| Fit For KTM LC8 Adventure 950/990 Supermoto... | Fit For 2005-2007 Suzuki KingQuad LT-A700X Starte... | Fit For Yamaha RAPTOR YFM250 FM700R YFM125R... | Fit For Honda VTR1000F RVT1000R Starter Solenoi... | Fit For 2000-2016 Suzuki GSXR600 GSXR750... | Fit for 1993-1999 Honda CBR900RR Starter Solenoi... |
|---|---|---|---|---|---|
| $9.35 | $9.35 | $9.35 | $9.35 | $9.35 | $9.33 |
| $9.95 | $9.95 | $9.95 | $9.95 | $9.95 | $9.93 |
| + $3.99 shipping | + $3.99 shipping | + $3.99 shipping | + $3.99 shipping | + $3.99 shipping | + $3.99 shipping |

**Description**    Shipping and payments                                                                    Report item

Seller assumes all responsibility for this listing.

eBay item number:  **114438372037**

## Compatibility

Please choose your vehicle's details for specific results.

Year          Make          Model          Submodel
-Select-▾     -Select-▾     -Select-▾      -Select-▾          Go

[show all compatible vehicles]

✓ This part is compatible with 15 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
|  | 2016 | KTM | 1190 | Adventure |
|  | 2016 | KTM | 1190 | Adventure R |
|  | 2015 | KTM | 1190 | Adventure |
|  | 2015 | KTM | 1190 | Adventure R |
|  | 2015 | KTM | 1190 | RC8R |
|  | 2014 | KTM | 1190 | Adventure |
|  | 2014 | KTM | 1190 | Adventure R |
|  | 2012 | KTM | 1190 | RC8R |
|  | 2011 | KTM | 1190 | RC8 |
|  | 2011 | KTM | 1190 | RC8R |
|  | 2010 | KTM | 1190 | RC8 |
|  | 2010 | KTM | 1190 | RC8R |
|  | 2009 | KTM | 1190 | RC8 |
|  | 2008 | KTM | 1190 | RC8 |
|  | 2015 | KTM | 1290 | Super Adventure |

Portions of the information contained in this table have been provided by movingvinson-tan8816

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Surface Finish: | Matte | Non-Domestic Product: | No |
| Country/Region of Manufacture: | China | Warranty: | 90 Day |
| Placement on Vehicle: | Left, Right, Front, Rear | Custom Bundle: | No |
| Modified Item: | No | Manufacturer Part Number: | Does Not Apply |
| UPC: | Does not apply | | |

Feedback

**Features:**

Selection of high-quality oxygen-free pure copper

The material has less impurities and better conductivity. The plastic parts are made of genuine PA66.PBT, high temperature and heat resistance

Edge, pure oxygen-free copper enameled wire, high-tech winding turns, stable magnetic flux, guaranteed

Error-free startup, durable, high-flow impact resistance, up to 10,000 closures, power

Full, touch-off, trustworthy!

**Description:**
**Specifications:**
**Material:** plastic + metal
**Product size:** 70*60*50mm/2.76*2.36*1.97in

**Replace for OEM Part numbers**
ER2484RE142DM

**Applicable motorcycles:**
Fit for: KTM 58211058000
KTM 1050 ADVENTURE ABS 2015-2016
KTM 1050 ADVENTURE ABS (EU) 2015-2016
KTM 1190 ADVENTURE ABS GREY 2013-2016
KTM 1190 ADVENTURE ABS ORANGE 2013-2015
KTM 1190 ADVENTURE R ABS 2013-2015
KTM 1190 ADVENTURE ABS GREY (AU) 2013
KTM 1190 ADVENTURE ABS ORANGE (AU) 2013
KTM 1190 ADVENTURE R ABS (AU) 2013
KTM 1190 ADVENTURE ABS GREY (FR) 2013-2015
KTM 1190 ADVENTURE ABS GREY (EU) 2013-2016
KTM 1190 ADVENTURE R ABS (EU) 2013-2016
KTM 1190 RC 8 BLACK 2009
KTM 1190 RC 8 ORANGE 2008-2009
KTM 1190 RC 8 R 2009
KTM 1190 RC 8 WHITE 2009
KTM 1190 RC8 BLACK 2010
KTM 1190 RC8 ORANGE 2010
KTM 1190 RC8 R BLACK 2011
KTM 1190 RC8 R WHITE 2011
KTM 1190 RC8 WHITE 2010
KTM 1190 RC8-R 2010
KTM1190 RC8R TRACK 2012 2012
KTM 1290 SUPER ADVENTURE WH A 2015
KTM 1290 SUPER ADVENTURE WH ABS 15 2015

**Included:**
1 X Motorcycle Start Relay

**Notes:**
Please allow 0-2mm error due to manual measurement, thanks for understanding.
Due to the difference between different monitors, the picture may not reflect the actual color of the item. Please understand, thank you!

**Function:** Use a small current to control the starting relay, which can supply power to the starter, thereby increasing the starting current and protecting the ignition switch

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions



Motorcycle Gear Shift Case Protectors Covers Lever...
$3.46
$3.68
+ $3.99 shipping
New



1 Pcs Black Universal Motorcycle Rubber Shifter...
$0.99
+ $1.15 shipping
New



Fit For KTM LC8 Adventure 950/990 Supermoto...
$9.35
$9.95
+ $3.99 shipping
New



Motorcycle Gear Lever Rubber Shift Sock Boot...
$3.48
$3.70
+ $3.99 shipping
New



Motorcycle Gear Shift Lever Cover Rubber Sock Boot...
$3.49
$3.71
+ $3.99 shipping
New



Motorcycle Rubber Shift Lever Sock Cover Boot...
$3.49
$3.71
+ $3.99 shipping
New

**ebay**    Shop by category ⌄    | Search for anything | All Categories ⌄ |    **Search**    Advanced

⟨  Back to search results  | Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Electrical & Ignition  ›  Relays                    ✉ f 💬 🐦 📌  | Add to Watchlist

▶ The seller is away until Oct 04, 2020. If you buy this item, expect a delay in shipping.

✓ This fits a KTM    | Select Year |



Fit For KTM 1050 1190 1290 SUPER ADVENTURE RC8 Starter Solenoid Relay

🔥 1 viewed per hour

| Condition: | New |
| Compatibility: | See compatible vehicles |

Price: **US $9.95**    **Buy It Now**

Add to cart

Best Offer:    **Make Offer**

♡ Add to Watchlist

Longtime member

| Shipping: | $2.19 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |

International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, Guangdong, China
Ships to: Worldwide  See exclusions

| Delivery: | ▶ Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ |

Please note the delivery estimate is **greater than 18 business days**.
Please allow additional time if international delivery is subject to customs processing.

| Payments: | PayPal VISA MasterCard AMEX Discover |

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

| Returns: | Seller does not accept returns | See details |

$ Have one to sell?  **Sell now**

---

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
movingvinson-tan8816 (1114 ⭐)
97.7% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

---

**Similar sponsored items** 1/2                                                                    Feedback on our suggestions

     

Starter Solenoid Relay for HONDA VTR1000 VT1100C...
$7.99
Free shipping
New

Starter Solenoid Relay For Honda CB400SF 92-97...
$8.99
Free shipping
New

Starter Relay Solenoid For YAMAHA RAPTOR 90...
$9.39
Free shipping
New

Starter Solenoid Relay for Honda ATC200 ES / M / E...
$7.99
Free shipping
New

Starter Solenoid Relay for SUZUKI VL800 T / Z / C...
$7.99
Free shipping
New

Starter Solenoid Relay Ignition Switch For Honda...
$6.99
$9.32
+ $2.99 shipping
Almost gone

**Sponsored items from this seller** 1/2                                                           Feedback on our suggestions

Feedback 










| | | | | | |
|---|---|---|---|---|---|
| Fit For KTM LC8 Adventure 950/990 Supermoto... | Fit For 2005-2007 Suzuki KingQuad LT-A700X Starte... | Fit For Yamaha RAPTOR YFM250 FM700R YFM125R... | Fit For Honda VTR1000F RVT1000R Starter Solenoi... | Fit For 2000-2016 Suzuki GSXR600 GSXR750... | Fit for 1993-1999 Honda CBR900RR Starter Solenoi... |
| $9.35 | $9.35 | $9.35 | $9.35 | $9.35 | $9.33 |
| $9.95 | $9.95 | $9.95 | $9.95 | $9.95 | $9.93 |
| + $3.99 shipping | + $3.99 shipping | + $3.99 shipping | + $3.99 shipping | + $3.99 shipping | + $3.99 shipping |



**Description**     **Shipping and payments**               **Report item**

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Guangzhou, Guangdong, China**

Shipping to: Worldwide

Excludes: APO/FPO, Alaska/Hawaii, US Protectorates, Africa, Georgia, PO Box

Change country: United States        ZIP Code: 60440    **Get Rates**

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $2.19 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Oct. 29 and Wed. Nov. 18** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| Return policy details |
|---|
| Seller does not offer returns. |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|
| PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER |

**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

**Sponsored items based on your recent views** 1/3             Feedback on our suggestions








| | | | | | |
|---|---|---|---|---|---|
| Motorcycle Gear Shift Case Protectors Covers Lever... | 1 Pcs Black Universal Motorcycle Rubber Shifter... | Fit For KTM LC8 Adventure 950/990 Supermoto... | Motorcycle Gear Lever Rubber Shift Sock Boot... | Motorcycle Gear Shift Lever Cover Rubber Sock Boot... | Motorcycle Rubber Shift Lever Sock Cover Boot... |
| $3.46 | $0.99 | $9.35 | $3.48 | $3.49 | $3.49 |
| $3.68 | | $9.95 | $3.70 | $3.71 | $3.71 |
| + $3.99 shipping | + $1.15 shipping | + $3.99 shipping | + $3.99 shipping | + $3.99 shipping | + $3.99 shipping |
| New | New | New | New | New | New |

**Feedback**



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                                        Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

eBay MONEY BACK GUARANTEE

movingvinson-tan8816 (1114 ★) 📋 ⓘ
**Positive Feedback (last 12 months): 97.7%** ⓘ
Member since: Feb-24-16 in China

**Member Quick Links**
Contact member
View items for sale
View seller's Store



### Feedback ratings ⓘ

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 7 | 44 | 186 |
| ◐ Neutral | 0 | 1 | 3 |
| ➖ Negative | 0 | 2 | 5 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (161) | ★★★★★ (169) |
| Shipping speed | Communication |
| ★★★★★ (162) | ★★★★★ (163) |



| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

5 Feedback received (viewing 1-5)                                                                Revised Feedback: 3 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

| e.g. Vintage 1970's Gibson Guitars 🔍 | | Rating type: Negative (5) ⌄ | Period: 12 Months ⌄ |

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Item was broken when i received it and the company is refusing to refund me** Rear Hard Seat Cover Cowl Fairing Part For Honda Interceptor VFR 800 1998-2001 (#114054569660) | Buyer: l***2 (34★) ~~AU $63.98~~ (Best offer was accepted) | Past 6 months Reciprocal feedback |
| Reply by movingvinson-tan8816. Left within past 6 months. **Are we not discussing how to refund and return the goods???** | | |
| ➖ **Wrong seat sent , told seller wrong type insisted it was right very disapointed** Front Rider Driver Pillion Seat Cushion Fit For Motorcycle Honda CBR600RR 05-06 (#113303883962) | Buyer: r***e (385★) AU $ 69.45 | Past 6 months Reciprocal feedback |
| Reply by movingvinson-tan8816.Left within past 6 months. **Ours is just a picture error, not a product error...It really suits your bike** | | |
| ➖ **A+** Motorcycle Black Headlight Mount Brackets Fork For Harley Cafe Racer 26mm-36mm (#112395282361) | Buyer: s***f (492★) AU $ 10.43 | Past year Reciprocal feedback |
| ➖ **Stuck with part does not fit, cannot afford to return to china BAD SELLER!!!!!!!** Front Shock Absorber Fork Brace Balanced Device Fit For Kawasaki ZRX1100 ZRX1200 (#113236309839) | Buyer: l***g (598★) AU $ 42.36 | Past year Reciprocal feedback |
| ➖ **Way too long to arrive, can't use it as it doesn't line up properly** Colorful Racing Windshield/Winscreen For Honda CBR1000RR 2004-2007 05 06 (#112539963488) | Buyer: r***r (16★) AU $ 34.76 | Past year Reciprocal feedback |

ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old.

Page 1 of 1                                                ← **1** →

**Member Quick Links**    Contact member    **Suggested Next**    Leave Feedback
                          View items for sale                     Reply to received Feedback
                          View seller's Store                      Follow up to given Feedback
                                                                   Request feedback revision



About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄    Search for anything    All Categories ⌄    **Search**    Advanced

**movingvinson-tan8816**  (1114★)    Items for sale    Visit store    ✉ Contact
97.7% positive feedback

♡ Save

We are a professional motorcycle company dedicated to providing high quality products and excellent service. Our mission is to serve you wholeheartedly! If you have any questions, please feel free to contact us!

**Feedback ratings** ⓘ    See all feedback

★★★★★ 161    Item as described    ● 186    ● 3    ● 5    ● Very quick delivery and good quality.
★★★★★ 163    Communication    Positive    Neutral    Negative    Sep 28, 2020
★★★★★ 162    Shipping time
★★★★★ 169    Shipping charges    Feedback from the last 12 months    ● ● ● ● ●

88 Followers | 10 Reviews | Member since: Feb 24, 2016 | ⦿ China

## Items for sale(1459)    See all items







A variety of si...    A variety of si...    A variety of si...    A variety of si...    A variety of si...
US $16.90    10d left    US $14.94    10d left    US $14.94    10d left    US $14.94    10d left    US $14.94    10d left

## Reviews (10)    See all reviews


Radiator Fan Switch for Honda VFR700F VFR750F CBR600 CBR1000 GL1500 PC800 VT600

★★★★★    Sep 12, 2017
Great
Great


Front + Rear Brake Pads For Honda ST1100 ST1300 NRX1800 VTX1800 Motorcycle New

★★★★★    Jul 31, 2017
Great
Great


Voltage Regulator Rectifier for Suzuki GSX650 SV650/1000 GSXR600/750/1000 SFV650

★★★★★    Aug 14, 2017
Great
Great

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact                                        Sell   Watchlist ˅   My eBay ˅   🔔   🛒

ebay          Shop by category ˅          🔍 Search this Store          This Store ˅          Search          Advanced

eBay  >  eBay Stores  >  Forward Motorcycle



### Forward Motorcycle
movingvinson-tan8816 (1114 ★) 97.7%

📍 Save this seller

Wholesale sell and Accept custom modified motorcycle accessories Honda, Yamaha, Suzuki, Kawasaki, Ducati, Aprilia, BMW, KTM ,Harley-Davidson Motorcycles Parts And Accessories , mot

**Category**
All
Other



| | All Listings | Auction | Buy It Now | Time: ending soonest ˅  ⊞ ˅ |
|---|---|---|---|---|
| | 1-48 of 159 Results | | | |

A variety of size M10 Stainle Steel Extended Brake Line Fit Universal Motorcycle
$14.08 to $16.90                                                                From China
Was: $14.98
$11.99 shipping

8mm CNC Swing Arm Sliders Spools For Suzuki GSXR600/750 SV650 SV1000S TL1000R/S
$6.48                                                                           From China
Was: $6.89                                                                      Brand: Suzuki
$3.99 shipping

Ignition Key Blank Uncut keys fit for Harley Sportster 1200 883 X48 XL XLH
$3.53 to $10.39                                                                 From China
Was: $3.75
$3.99 shipping

Blank Key Uncut Fit For Yamaha YZF R1 R6 FZ1 FZ6 XJR1300 MT01/03 Tmax
$3.53                                                                           From China
Was: $3.75
$3.99 shipping

Blank Key Uncut Fit For Yamaha YZF R1 R6 R15 FZ1 FZ6 XJR1300 XJ6 MT09 Tmax
$4.46 to $13.18                                                                 From China
Was: $4.74
$3.99 shipping

Blank Key Uncut Fit For Aprilia RS125 250 RSV4 Tuono Dorsoduro 750 1200 ETV1000
$3.56 to $11.60                                                                 From China
Was: $3.79
$3.99 shipping

Blank Key Uncut Blade Embryo Fit For Ducati 696 748 749 848 999 1098 Monster
$3.56 to $11.60                                                                 From China
Was: $3.79
$3.99 shipping

Blank Key Uncut Blade Embryo Fit For KTM125 KTM250 EX250 KTM390 KTM690 KTM990
$8.92 to $19.64                                                                 From China
Was: $9.49
$3.99 shipping

Blank Key Uncut Fit For Suzuki GSX GSX-R 600/750/1000/1300 SV650 DL Hayabusa
$3.56 to $10.59                                                                 From China
Was: $3.79
$3.99 shipping

Blank Key Uncut Fit For Yamaha YZF R1 R6 R15 FZ1 FZ6 XJR1300 XJ6 MT09 Tmax
$3.56 to $10.59                                                                 From China
Was: $3.79
$3.99 shipping

Blank Key Uncut Fit For BMW F800 S1000rr R1100 R1150 R1200 K1200 K1300
$5.35 to $17.85                                                                 From China
Was: $5.69
$3.99 shipping

Blank Key Uncut Blade Embryo Fit For Honda CBR 919 929 954 250 600 750 1000 1300
$3.56 to $10.59                                                                 From China
Was: $3.79
$3.99 shipping

Blank Key Uncut Fit For Aprilia RS125 250 RSV4 Tuono Dorsoduro 750 1200 ETV1000
$3.56 to $11.60                                                                 From China
Was: $3.79



Left Slot Blank Blade Motorcycle Uncut Key Fit For Kawasaki
$3.52 to $10.68
Was: $3.79
$3.99 shipping
From China

Left / Right Slot Blank Blade Motorcycle Uncut Key Fit For Yamaha
$3.56 to $10.46
Was: $3.79
$3.99 shipping
From China

Blank Key Uncut Blade Embryo Fit For DUCATI 696 796 748 848 916 996 1098 1198
$8.92 to $22.32
Was: $9.49
$3.99 shipping
From China

10pcs 5mm Motorcycle Windshield Fairing Bolts Windscreen Screws Nuts + Allen Key
$5.32
Was: $5.66
$3.99 shipping
From China

Blank Key Uncut Fit For Yamaha YZF R1 R6 FZ1 FZ6 XJR1300 MT09 Tmax XMAX NMAX
$3.53
Was: $3.75
$3.99 shipping
From China

New Motorcycle Ignition Blank Key Uncut Fit For Honda Goldwing GL1800 2001-2018
$6.69 to $11.52
Was: $7.12
$3.99 shipping
From China

Left / Right Slot Blank Blade Motorcycle Uncut Key Fit For Yamaha
$3.56 to $10.46
Was: $3.79
$3.99 shipping
From China

Blank Key Uncut Fit For Yamaha YZF R1 R6 FZ1 FZ6 XJR1300 FZ8 MT09 Nmax XMAX
$3.56 to $10.46
Was: $11.13
$3.99 shipping
From China

New Keys Blade Blank Uncut Key Fit For Yamaha YZF R3 R25 YZF-R3 YZF-R25
$3.95 to $11.57
Was: $4.20
$3.99 shipping
From China

New Windshield Fit For 1990-1992 Kawasaki ZZR1100 ZZR1100C ZX11 ZX-11 Windscreen
$33.02
Was: $35.53
$24.99 shipping
or Best Offer
From China

For KLX 125 110R 450R KX250 KLR650 Hand Guards Handle Protector Shield
$28.19
Was: $29.99
Free shipping
From China

Fit For CBR CRF CMX NT MSX X-ADV Tire Rim Valve Wheel Stem Caps Dust Cover
$3.94 to $10.11
Was: $4.19
$3.99 shipping
From China

7/8" 22mm Bar End Side Mirrors Fit For Ninja 300 400 650 Z900 Rear View Mirror
$16.72
Was: $17.79
$11.99 shipping
From China

7/8" 22mm Universal Motorcycle Aluminum Handle Bar End Side Rearview Mirrors
$16.72
Was: $17.79
$11.99 shipping
From China

Fit For Suzuki GSXR 600 750 1000 1300 SV RGV TL Complete Fairing Bolt Screws Kit
$22.52
Was: $23.96
$11.99 shipping
From China

7/8" 22mm Bar End Side Mirrors Fit For KTM 125 200 390 690 790 Rear View Mirror
$16.72
Was: $17.79
$11.99 shipping
From China

7/8" 22mm Bar End Side Mirrors Fit For CB CBR CRF MSX X-ADV NT Rear View Mirror
$16.72
Was: $17.79
$11.99 shipping
From China

7/8" 22mm Bar End Rear Mirrors Motorbike Scooters Rearview Mirror Side Mirrors
$16.72
From China



Rearview Bracket fit for NMAX 155 125 150 Side Mirror Adapter Fixed Stent Holder
$62.44
Was: $66.43
Free shipping
or Best Offer
From China

Rearview Bracket fit for XMAX 300 400 250 125 Side Mirrors Fixed Stent Holder
$62.44
Was: $66.43
Free shipping
or Best Offer
From China

Fuel Tank Decal Pad Gas Cap Sticker Protector Fit For Honda CBR 600 1000 1100XX
$5.23
Was: $5.56
$3.99 shipping
or Best Offer
From China

Fuel Tank Decal Pad Gas Cap Sticker Protector For Suzuki GSXR1000 600 750 1300
$5.23
Was: $5.56
$3.99 shipping
or Best Offer
From China

Fuel Tank Decal Pad Gas Cap Sticker Protector For Honda Yamaha suzuki Kawasaki
$5.23
Was: $5.56
$3.99 shipping
or Best Offer
From China

For all Yamaha Bike YZF R1 R6 FZ Sticker Fuel Tank Decal Pad Gas Cap Protector
$5.28
Was: $5.62
$3.99 shipping
or Best Offer
From China

New Fuel Gas Tank pad Decals Sticker Fit For Suzuki Bandit GSF 400 600 1200 1250
$5.28
Was: $5.62
$3.99 shipping
or Best Offer
From China

Fuel Tank Decal Pad Gas Cap Sticker Protector For Kawasaki Ninja 250 300 500 ZX-
$5.28
Was: $5.62
$3.99 shipping
or Best Offer
From China

3D Motorcycle Gas Fuel Tank Pad Sticker Decals Motorbike Devil Logo Protector
$4.95
Was: $5.27
$3.99 shipping
or Best Offer
From China

19cm 3D Motorcycle Decal Gas Oil Fuel Tank Pad Protector Skull Universal Racing
$5.23
Was: $5.56
$3.99 shipping
or Best Offer
From China

Fishbone Motorcycle Tank Pad Gel Oil Gas Fuel Tank Protector Sticker Decal
$5.28
Was: $5.62
$3.99 shipping
From China

For Kawasaki Ninja 250 300 500 ZX- Fuel Tank Decal Pad Gas Cap Sticker Protector
$5.28
Was: $5.62
$3.99 shipping
or Best Offer
From China

Fuel Tank Decal Pad Gas Cap Sticker Protector For Honda Suzuki Kawasaki Yamaha
$5.28
Was: $5.62
$3.99 shipping
or Best Offer
From China

Fuel Tank Decal Pad Gas Cap Sticker Protector For Yamaha YZF R1 R25 R3 R6 FZ1
$5.28
Was: $5.62
$3.99 shipping
From China

Fuel Tank Decal Pad Gas Cap Sticker Protector For Kawasaki Ninja ZX6R ZX7R ZX12R
$5.28
Was: $5.62
$3.99 shipping
From China

Moto Gas Tank Pad Protector Decal Sticker Fit For Suzuki GSXR 600 750 1000 1300
$4.96 to $5.23
Was: $5.56
$3.99 shipping
From China

Fuel Tank Decal Pad Sticker Fit For Kawasaki Ninja 300 Z800 Z1000 Z750 ZX- 6R 9R
$5.56
Was: $5.92
$3.99 shipping
or Best Offer
From China



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category

KTM 1050 All Categories Search

Include description

Items for sale from movingvinson-tan8816 (1114) | Save this seller | Show results from all sellers

## Categories

eBay Motors

Motorcycle Electrical & Ignition Relays

**Format** see all

- All Listings
- Auction
- Buy It Now

**Brand** see all

**Warranty** see all

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (1)

**Price**

$ to $

**Item Location** see all

- Default
- Within
100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

movingvinson-tan8816
(1114)
Feedback rating: 1,114
Positive Feedback: 97.7%
Member since Feb-24-16 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now Sort: Best Match View:

1 result for KTM 1050 Save this search

NEW LISTING Fit For KTM 1050 1190 1290 SUPER ADVENTURE RC8 Starter Solenoid Relay (Fits: KTM)

Brand New

**$9.95** From China
or Best Offer
+$2.19 shipping
Watch

Tell us what you think

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

*Learn about pricing

This page was last updated: Oct-01 03:34. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

**Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

**Pay with**

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States

Change

---

**Review item and shipping**

Seller: movingvinso... Edit message
Message: Item Id: 114438372037 Buyer's Vehicle: KTM

 Fit For KTM 1050 1190 1290 SUPER ADVENTURE RC8
Starter Solenoid Relay
**$9.95**
Quantity 1

**Delivery**
Est. delivery: Oct 29 – Nov 18
Standard SpeedPAK from China/Hong Kong/Taiwan
**$2.19**

---

**Gift cards, coupons, eBay Bucks**

Enter code: [ Apply ]

---

**Donate to charity (optional)** ⓘ
MUSICARES FOUNDATION, INC.
Donate today and help MusiCares provide essential financial, health and emergency support
to the music community in times of crisis.

Select amount [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $9.95 |
| Shipping | $2.19 |
| Tax* | $0.76 |
| **Order total** | **$12.90** |

*We're required by law to collect sales tax and applicable fees
for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    [Search for anything]    [All Categories ⌄]    [Search]    Advanced

‹ Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Accessories  >  Luggage  >  Other Luggage          ✉ f 𝕏 P | Add to Watchlist

### People who viewed this item also viewed

| 2x Universal Motorcycle PU... $40.32 Free shipping | Motorcycle Saddlebag... $28.99 + $1.50 shipping | PU Leather Right Side Saddle... $40.41 $42.79 Free shipping | Left Motorcycle Side Saddle Ba... $28.49 $29.99 + $1.50 shipping | Motorcycle PU Leather Side B... $27.81 $31.96 Free shipping |

---

ⓘ Check if this part fits your vehicle    **Contact the seller**

## Universal Motorcycle PU Leather Side Saddle Bags Luggage Bag For Harley Kawasaki

Condition:  New

Bulk savings:
| Buy 1 $41.99/ea | Buy 2 $41.15/ea | Buy 3 $40.73/ea |

Sale ends in:  01d 14h 06m

Quantity:  [ 1 ]   4 or more for $40.31/ea

7 available / 3 sold

Price:  **US $41.99/ea**
US $46.65 (10% off) ⓘ

Best Offer:

Free shipping    30-day returns    6 watchers

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: CHINA, China
Ships to: Worldwide  See exclusions

Delivery:  ▶ Estimated between **Thu. Nov. 12 and Wed. Dec. 2**
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  30 day Buyer pays for return shipping | See details

$ Have one to sell?  [Sell now]

[Buy It Now]
[Add to cart]

[Make Offer]
[♡ Add to Watchlist]

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information

**mtparts4u** (32245 ⭐)
98% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Sponsored items from this seller 1/2                    Feedback on our suggestions


Feedback

‹                                                                                    ›







| Pair Motorcycle Saddle Bags Pu Leather Side To... | Brown Universal Motorcycle Saddlebag P... | 7/8" 22mm Aluminum Universal Motorcycle... | Universal Motorcycle Retro Front Fender... | Universal Handlebars 7/8" 22mm Drag Bar... | Saddlemen Saddlebag Pak Pack Soft Liner Bag... |
|---|---|---|---|---|---|
| $53.99 | $42.67 | $25.19 | $32.14 | $26.73 | $46.61 |
| $59.99 | $47.41 | $27.99 | $35.71 | $29.70 | $51.79 |
| + $5.00 shipping | + $3.00 shipping | + $5.00 shipping | + $5.00 shipping | + $3.00 shipping | + $5.00 shipping |

---

**Description**     **Shipping and payments**     Report item

Seller assumes all responsibility for this listing.                                    eBay item number:  **401872345019**

Last updated on  Oct 08, 2020 00:13:32 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Country/Region of Manufacture: | China |
| Color: | Black | Luggage & Saddlebag Part Type: | Saddle Bag |
| Manufacturer Part Number: | Does Not Apply | Surface Finish: | black |
| Brand: | Unbranded | Bundle Listing: | Yes |
| Warranty: | Yes | UPC: | Does not apply |

**luckybluemoon2011**

mtparts4u (32245 ⭐ )  98%

✉ Sign up for newsletter

Search within store

Visit Store:  luckybluemoon2011

Items On Sale  |  Motor Jacket Protector  |  Handguards  |  Lock  |  Pull Starter

Condition:Brand New

Color:Black

Material:PU  Leather

Size: 28(L)x11(W)x21(H)CM

These Saddlebags Can Store tools, papers and any other documents or something important.

They are all weather proof and resistant to water or heat and provide safety to soft luggage from heat exhausts or rain.

Easy to install and use.

Placement on Location: both rear sides(left and right)

Fitment:

for Harley models application,also apply to other cruiser/bobber/chopper models like Honda/Suzuki/Kawasaki/Yamaha/Ducati/KTM/etc.

Package included: 2 x bag

Note:

1. Please allow 0.5-1 inch difference due to manual measurement.(1 inch=2.54cm)

2. The color of the actual items may slightly different from the listing images due to different computer screen, thanks for your understanding.

Sponsored items based on your recent views 1/3

Feedback on our sugg      

      

A Set 36-58L Big Capacity waterproof motorcycle...
**$70.29**
~~$73.99~~
+ shipping
New

2Pcs Universal Motorcycle Soft PU Leather Side Bag...
**$53.90**
~~$59.89~~
Free shipping
New

2x Universal Motorcycle PU Leather Saddlebags...
**$40.32**
Free shipping
New

2x PU Leather Side Saddle Bags Luggage Storage...
**$43.66**
~~$46.95~~
Free shipping
6m left

7/8in 22mm Dual Hydraulic Brake Master...
**$39.50**
~~$43.89~~
Free shipping
Seller 99.1% positive

7/8" 22mm Dual Hydraulic Front Brake Master...
**$51.20**
~~$56.89~~
Free shipping
New

## Explore more sponsored options: Color

### Brown

    

Motorcycle Saddle Bags Two Brown Leather Side...
**$57.00**
Free shipping
Last one

Saddlebags Motorcycle Pouch Brown Leather Tw...
**$49.40**
~~$52.00~~
+ $30.00 shipping
Almost gone

Motorcycle Leather Side Saddle Bags For Honda...
**$72.53**
+ $1.59 shipping

Motorcycle PU Leather Brown Saddlebags Side...
**$47.99**
Free shipping

2x Brown Motorcycle Saddle Bags Side Pouch...
**$94.01**
Free shipping

## More from this seller 1/2

Feedback on our suggestions

      

Pair Motorcycle Saddle Bags Pu Leather Side To...
**$53.99**
~~$59.99~~
+ shipping

Black Universal Motorcycle Bike PU...
**$24.53**
~~$27.25~~
+ shipping

Brown Universal Motorcycle Saddlebag P...
**$42.67**
~~$47.41~~
+ shipping

Universal Saddle Bag Support Bars Mount...
**$32.40**
~~$36.00~~
+ shipping

Motorcycle Black Left Luagge Side Bag PU...
**$37.33**
~~$41.48~~
+ shipping

Black Universal PU Leather Motorcycle Tool Bag...
**$52.15**
~~$57.94~~
+ shipping

Back to search results　　　　　　　　　　　　　　　　　　　　　　　　　　Return to top

**More to explore :**　Gray PU Leather Universal Fit Covers,　Black PU Leather Universal Fit Covers,　Kawasaki ATV, Side-by-Side & UTV Racks & Luggage for Kawasaki,　ATV, Side-by-Side & UTV Racks & Luggage for Kawasaki,　PU Leather Car Covers,　QuadBoss ATV, Side-by-Side & UTV Racks & Luggage for Kawasaki,　Kawasaki Motorcycle Side Stands for Kawasaki,　Great Day Inc ATV, Side-by-Side & UTV Racks & Luggage for Kawasaki,　Motorcycle Side Fairings for Kawasaki,　Motorcycle Side Stands for Kawasaki

About eBay　Announcements　Community　Security Center　Resolution Center　Seller Center　Policies　Affiliates　Help & Contact　Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback










Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Accessories > Luggage > Other Luggage | Add to Watchlist

People who viewed this item also viewed

2x Universal Motorcycle PU... $40.32 Free shipping

Motorcycle Saddlebag... $28.99 + $1.50 shipping

PU Leather Right Side Saddle... $40.41 ~~$42.99~~ Free shipping

Left Motorcycle Side Saddle Ba... $28.49 ~~$29.99~~ + $1.50 shipping

Motorcycle PU Leather Side B... $27.81 ~~$31.96~~ Free shipping

Check if this part fits your vehicle Contact the seller

$ Have one to sell? Sell now

## Universal Motorcycle PU Leather Side Saddle Bags Luggage Bag For Harley Kawasaki

Condition: New

Bulk savings: Buy 1 $41.99/ea | Buy 2 $41.15/ea | Buy 3 $40.73/ea

Sale ends in: 01d 14h 06m

Quantity: 1 4 or more for $40.31/ea

7 available / 3 sold

Price: US $41.99/ea
~~US $46.65~~ (10% off)

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

Free shipping | 30-day returns | 6 watchers

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: CHINA, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Thu. Nov. 12 and Wed. Dec. 2
This item has an extended handling time and a delivery estimate greater than 16 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
mtparts4u (32245 )
98% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Sponsored items from this seller 1/2 Feedback on our suggestions

Feedback

| Pair Motorcycle Saddle Bags Pu Leather Side To... | Brown Universal Motorcycle Saddlebag P... | 7/8" 22mm Aluminum Universal Motorcycle... | Universal Motorcycle Retro Front Fender... | Universal Handlebars 7/8" 22mm Drag Bar... | Saddlemen Saddlebag Pak Pack Soft Liner Bag... |
|---|---|---|---|---|---|
| $53.99 | $42.67 | $25.19 | $32.14 | $26.73 | $46.61 |
| $59.99 | $47.41 | $27.99 | $35.71 | $29.70 | $51.79 |
| + $5.00 shipping | + $3.00 shipping | + $5.00 shipping | + $5.00 shipping | + $3.00 shipping | + $5.00 shipping |

---

**Description** | **Shipping and payments**          Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **CHINA, China**

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Argentina, Bolivia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Albania, Andorra, Belarus, Gibraltar, Guernsey, Iceland, Jersey, Macedonia, Malta, Moldova, Montenegro, San Marino, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, United Arab Emirates, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Indonesia, Laos, Philippines, Vietnam, Bermuda, Greenland, Saint Pierre and Miquelon

Quantity: [1]   Change country: [United States ▾]   ZIP Code: [60440]   [Get Rates]

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| Free shipping | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 12 and Wed. Dec. 2** |
| US $20.00 | US $15.00 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Wed. Oct. 28 and Wed. Nov. 4** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

---

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

---

### Payment details

| Payment methods |
|---|





**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

Feedback


Sponsored items based on your recent views   1/3        Feedback on our suggestions



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home › Community › Feedback forum › Feedback profile

## Feedback profile


eBay MONEY BACK GUARANTEE



**mtparts4u** (32245 ⭐) 🔗 ⓘ

**Positive Feedback (last 12 months): 98%** ⓘ

Member since: Mar-29-11 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

| **Member Quick Links** |
| --- |
| Contact member |
| View items for sale |
| View seller's Store |

### Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
| --- | --- | --- | --- | --- |
| ➕ | Positive | 99 | 660 | 1162 |
| ⊙ | Neutral | 1 | 10 | 16 |
| ➖ | Negative | 1 | 17 | 24 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
| --- | --- |
| ⭐⭐⭐⭐⭐ (1071) | ⭐⭐⭐⭐⭐ (1130) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (1077) | ⭐⭐⭐⭐⭐ (1064) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
| --- | --- | --- | --- |

24 Feedback received (viewing 1-24)        Revised Feedback: 141 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars   🔍      Rating type: Negative (24) ⌄    Period: 12 Months ⌄



| FEEDBACK | FROM | WHEN |
| --- | --- | --- |
| ➖ **Did not fit my Harley davidson 2008 softtail deluxe** <br> (Private listing) | Buyer: m***n (14⭐) | Past month <br> Reciprocal feedback |
| ➖ **verry bad** <br> (Private listing) <br><br> Reply by mtparts4u. Left within past 6 months <br> I am sorry , if any problem please write to me before left feedback | Buyer: p***j (43⭐) | Past 6 months <br> Reciprocal feedback |
| ➖ **poorly packaged. broken when i received it.** <br> Motorcycle Silver LED Skull Head Light Headlight Lamp Cafe Racer Cruiser Touring (#192894232453) <br><br> Reply by mtparts4u. Left within past 6 months. <br> I am sorry , if any problem please write to me before left feedback | Buyer: o***m (3) <br> US $146.00 | Past 6 months <br> Reciprocal feedback |
| ➖ **Says it is for a RVF400, but arrives with CBR engraved on it???** <br> Motorcycle Keyless Fuel Gas Tank Cap Cover For Honda CBR 600RR 1000RR RVF 400 (#312617726853) <br><br> Reply by mtparts4u. Left within past 6 months. <br> I am sorry , if any problem please write to me before left feedback | Buyer: p***4 (257⭐) <br> US $20.48 (Best offer was accepted) | Past 6 months <br> Reciprocal feedback |
| ➖ **Only one light works** <br> Silver Motorcycle Skull Headlight Head Light Lamp LED Universal For Harley BMW (#193547574154) <br><br> Reply by mtparts4u. Left within past 6 months. <br> I am sorry , if any problem please write to me before left feedback | Buyer: o***j (30⭐) <br> US $125.11 | Past 6 months <br> Reciprocal feedback |
| ➖ **Worse company to buy from bad customer service.** <br> Motorcycle Spike Air Cleaner Kit Intake Filter For Honda Shadow Spirit 750 ACE (#312484859509) <br><br> Reply by mtparts4u. Left within past 6 months. <br> I am sorry , if any problem please write to me before left feedback | Buyer: m***v (81⭐) <br> US $85.73 | Past 6 months <br> Reciprocal feedback |
| ➖ **Very hesitant to help return. Had to ship items separately back, double cost** <br> Red Motorcycle Universal Headlight Fairing kit for Honda CR80R CR125R CRF230F (#4015115669126) <br><br> Reply by mtparts4u. Left within past 6 months. <br> I am sorry , if any problem please write to me before left feedback | Buyer: e***4 (55⭐) <br> US $29.98 | Past 6 months <br> Reciprocal feedback |

Comment?





Items for sale(496)

See all items



Waterproof Univ...
US $9.96                9h left



Motorbike Vinta...
US $38.69               9h left



Black Motorcycl...
US $38.69               9h left



MP3 USB SD Blue...
US $45.29              11h left



About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

eBay    Shop by category ⌄    | Search this Store    | This Store ⌄ |    Search    Advanced

eBay › eBay Stores › luckybluemoon2011

## luckybluemoon2011

962 followers | mtparts4u (32245 ★) 98.0%

Welcome to my eBay Store. Please add me to your list of favorite sellers and visit often. Thank you for your business.

♡ Save this seller

### Category

All
Handle bar
Motor Seat
Windscreen
Headlight Assemblies
Fairing Stay Bracket
Heat Shield
Plastic Kit
US Store
Chain Guard
Footrest
Tag Bracket
Tail Lights
Gas Tank
Clock
USB Charger
Risers
Handguards
Instruments & Cases Covers
Air Filter
Spot Lights
Other

### Condition    see all
☐ New

### Price
☐ Under $35.00
☐ $35.00 to $75.00
☐ Over $75.00
$ [____] - $ [____] ›

### Buying Format    see all
◉ All Listings
○ Best Offer
○ Auction
○ Buy It Now
○ Classified Ads

### Item Location    see all

### Delivery Options    see all
☐ Free Shipping
☐ Free In-store Pickup

### Show only    see all
☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Verified

### More refinements...

---

All Listings | Auction | Buy It Now

1-48 of 452 Results

Best Match ⌄ | ▦ ⌄

Pair Motorcycle Saddle Bags Pu Leather Side Tool Bag Luggage For Harley Touring
$53.99
Was: $59.99
$5.00 shipping
or Best Offer
From China

2x Universal Motorcycle Saddle Bags Side Luggage Bag For Harley Honda Kawasaki
$40.55
Was: $45.05
$4.00 shipping
or Best Offer
From China

Black Universal PU Leather Motorcycle Tool Bag Luggage Saddlebags Chopper Custom
$52.15
Was: $57.94
$3.00 shipping
or Best Offer
From China

2x Motorcycle Black Saddle Bags PU Leather Motorbike Side Tool Bag Luggage ATV
$45.41
Was: $50.45
Free shipping
or Best Offer
From China

Universal PU Leather Right Side Saddlebag Saddle Bag Storage Tool Pouches Bobber
$31.68
Was: $35.20
$5.00 shipping
or Best Offer
From China

Brown Universal Motorcycle Saddlebag PU Leather saddle Motorbike bag Tool Bag
$42.67
Was: $47.41
$3.00 shipping
or Best Offer
From China

1" 25mm Motorcycle Black Tracker Drag Handlebar Bars Universal For Harley Honda
$48.15
Was: $53.50
$2.00 shipping
or Best Offer
14 watching
From China

Custom Motorcycle Exhaust Muffler Pipe Silence Universal For Harley Kawasaki KTM
$50.68
Was: $56.31
$5.00 shipping
or Best Offer
From China

Black Leathe Eagle Right side Saddlebag Saddle Bag Motorcycle For Harley Touring
$32.01
Was: $35.57
$5.00 shipping
or Best Offer
From China

Black Hump Vintage Cafe Racer Seat Saddle Motorcycle For Suzuki GS Yamaha XJ CB
$45.89
Was: $50.99
$3.00 shipping
From China

10/19/2020

34 watching

7/8" 22mm Aluminum Universal Motorcycle Handlebars Drag Bar For Harley Kawasaki

**$25.19**
Was: $27.99
$5.00 shipping
or Best Offer

From China

Chrome Universal 7/8" 22mm Handlebars Hight-Rise Drag Bar For Kawasaki Yamaha

**$26.75**
Was: $29.72
$5.00 shipping
or Best Offer

From China

Motorcycle Side Luggage Rack Mount National Flag w/Pole Flag For Harley Honda

**$21.55**
Was: $23.94
$5.00 shipping

From China

Universal 7/8" 22mm Chrome Drag Handlebar Front Handle Bar For Harley Kawasaki

**$57.30**
Was: $63.67
$3.00 shipping
or Best Offer

From China

Universal Tapered Shorty Exhaust Pipe Silencer Muffler For Honda Yamaha Kawasaki

**$50.68**
Was: $56.31
$5.00 shipping
or Best Offer

From China

Chrome Handlebar Bar 1" 25mm Motorcycle For Honda Rebel 250 Shadow VT750C 1100C

**$31.29**
Was: $34.77
$2.00 shipping
or Best Offer

From China

8 watching

Universal Motorcycle Retro Front Fender Mudguard For GN125 GS125 Kawasaki Honda

**$32.14**
Was: $35.71
$5.00 shipping
or Best Offer

From China

10 watching

Universal 1" 25mm Motorcycle Drag HandleBar For Harley Softail Sportster FLST

**$48.02**
Was: $53.36
$5.00 shipping
or Best Offer

From China

7/8" 22mm Drag Motorcycle Vintage Handlebar Bars For Yamaha Kawasaki Suzuki BMW

**$48.16**
Was: $53.51
$3.00 shipping
or Best Offer

From China

12 watching

Windscreen Windshield Trim For Harley Electra Street Glide CVO Touring 2014 - UP

**$17.86**
Was: $19.84
Free shipping
or Best Offer

From China

Motorcycle Brown PU Leather Tool Bag Luggage Saddlebag Cruiser Chopper Bobber



**$49.01**
Was: $54.46
$3.00 shipping
or Best Offer

From China

9" Rear Fender Extension Stretched Bag Fillers For Harley FLHT FLHR Street Glide

**$44.60**
Was: $49.56
$5.00 shipping
or Best Offer

From China

Vintage Hump Motorcycle Custom Cafe Racer Leather Seat Saddle For Honda CB CL



**$45.89**
Was: $50.99
$3.00 shipping
or Best Offer

From China



**Universal Chrome 7/8" 22mm Handlebar Motorcycle Drag Style Bar Handle bar Bobber**

$24.63
Was: $27.99
$2.00 shipping
or Best Offer
8 watching

From China



**Motorcycle Cafe Racer Seat Vintage Hump For Kawasaki Suzuki Yamaha Honda Touring**

$45.89
Was: $50.99
$3.00 shipping
or Best Offer
11 watching

From China



**Motorcycle Vintage Alligator Leather Cafe Racer Hump Saddle Seat For BMW Honda**

$44.09
Was: $48.99
$3.00 shipping
or Best Offer

From China



**Motorcycle Short Sissy Bar Backrest For Harley XL1200X Sportster 1200 883 04-16**

$65.23
Was: $72.48
$5.00 shipping
or Best Offer

From China



**7/8" Drag Handlebar Bar 22mm Handle Bar Motorcycle For Honda Kawasaki Yamaha BMW**

$33.44
Was: $37.16
$3.00 shipping
or Best Offer

From China



**Universal 7/8" 22mm Aluminium Motorcycle Handlebar Handle bar For Honda Yamaha**

$22.73
Was: $25.25
$5.00 shipping
or Best Offer
13 watching

From China



**Universal Black Hump Cafe Racer Seat For Yamaha XJ750 XS400 XT225 SR500 RD400 60**

$38.69
Was: $42.99
$5.00 shipping
or Best Offer
39 sold

From China



**Universal 7" Headlight Windshield Fairing Screen Cafe Racer For Harley Kawasaki**

$105.42
Was: $119.80
$5.00 shipping

From China



**Black Alligator Leather Motorcycle Cafe Racer Seat Flat Saddle For Kawasaki W650**

$44.09
Was: $48.99
$3.00 shipping
or Best Offer

From China



**1"25mm Drag Z-Bars Handlebars Motorcycle Universal Handle Bar For Harley Honda**

$225.02
Was: $250.02
$5.00 shipping
or Best Offer

From China



**Motorcycle "Shorty" Megaphone Slip-on Mufflers Exhaust Pipes For Honda Kawasaki**

$67.92
Was: $75.47
$5.00 shipping
or Best Offer

From China



**Motorcycle Exhaust Link Pipe Middle Connecting Tubes For Kawasaki ZX10R 2008-17**

$46.61
Was: $51.79
$5.00 shipping
or Best Offer

From China

**7/8" 22mm Motocross Black Drag Handlebar Z Bar For Harley Honda Yamaha Kawasaki**

$218.41
Was: $242.68
$5.00 shipping
or Best Offer

From China

HI! Sign in or register   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ∨   My eBay ∨

**ebay**   Shop by category ∨

Saddle Bags | All Categories ∨ | **Search** | Advanced

Items for sale from **mtparts4u** (32245 ⭐) 📑 | ♡ Save this seller | Show results from all sellers

Include description

### Categories

**eBay Motors**

Other Motorcycle Luggage
Motorcycle Saddlebags & Accessories
Motorcycle Luggage
Motorcycle Onboard Tool Bags & Repair Kits
Motorcycle Tank Bags
Fewer ▲

| All Listings | Auction | Buy It Now |

50 results for Saddle Bags   ♡ Save this search

Sort: Best Match ∨   View: ▦ ∨

#### Format   see all
- ◉ All Listings
- ○ Auction
- ○ Buy It Now

#### Brand   see all

#### Warranty   see all

#### Guaranteed Delivery   see all
- ◉ No Preference
- ○ 1 Day Shipping
- ○ 2 Day Shipping
- ○ 3 Day Shipping
- ○ 4 Day Shipping

#### Condition   see all
- ☐ New (50)

#### Price
- ☐ Under $35.00
- ☐ Over $35.00

$ ▢ to $ ▢  ›

#### Item Location   see all
- ◉ Default
- ○ Within
  100 miles ∨ of 60440 »
- ○ US Only
- ○ North America
- ○ Worldwide

#### Delivery Options   see all
- ☐ Free shipping

#### Show only   see all
- ☐ Free Returns
- ☐ Returns accepted
- ☐ Completed listings
- ☐ Sold listings
- ☐ Deals & Savings

More refinements...

---

**Seller Information**

mtparts4u (32245 ⭐) 📑
Feedback rating: 32,245
Positive Feedback: 98%
Member since Mar-29-11 in Hong Kong

Read feedback profile
Add to my favorite sellers

---

**Universal Motorcycle PU Leather Side Saddle Bags Luggage Bag For Harley Kawasaki**
Brand New
**$41.99**
Was: $46.65
or Best Offer
Free Shipping
10% off
◉ Watch

From China

**Pair Motorcycle Saddle Bags Pu Leather Side Tool Bag Luggage For Harley Touring**
Brand New
**$53.99**
Was: $59.99
or Best Offer
+$5.00 shipping
10% off
◉ Watch

From China

**2x Motorcycle Black Saddle Bags PU Leather Motorbike Side Tool Bag Luggage ATV**
Brand New
**$45.41**
Was: $50.45
or Best Offer
Free Shipping
10% off
◉ Watch

From China

**Motorcycle PU Leather Saddle Bags Luggage Black Left+Right Side Tool Bag Custom**
Brand New
**$51.22**
Was: $56.91
or Best Offer
Free Shipping
10% off
◉ Watch

From China

**2x Universal Saddle Bags Rider Motorbike Panniers Luggage Bag Cruiser Chopper**
Brand New
**$38.90**
Was: $43.22
or Best Offer
Free Shipping
10% off
◉ Watch

From China

**Saddlebags Organizer Saddle Bag Wall Tool Case Hard Bags Storage For Harley FLHX**
Brand New
**$60.80**
Was: $67.56
or Best Offer
Free Shipping
10% off
◉ Watch

From China

**Motorcycle Black Left Luagge Side Bag PU Leather Saddle Bag Saddlebags Tool Bag**
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

### Ship to

375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States

Change

### Review item and shipping

Seller: mtparts4u    Message to seller

 Universal Motorcycle PU Leather Side Saddle Bags
Luggage Bag For Harley Kawasaki
**$41.99**
~~$46.65~~

Quantity    [ 1 ⌄ ]

**Delivery**

● Est. delivery: Nov 12 – Dec 2
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 28 – Nov 4
Expedited Shipping from China/Hong Kong/Taiwan to worldwide
**$20.00**

Save up to 10%

### Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

### Donate to charity (optional) ⓘ
North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount    [ None ⌄ ]

| | |
|---|---|
| Subtotal (1 item) | $41.99 |
| Shipping | Free |
| Tax* | $2.62 |

**Order total**          **$44.61**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



10/6/2020

ebay    Shop by category ∨    [Search for anything]    All Categories ∨    **Search**    Advanced

‹ Back to search results | Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Lighting & Indicators  ›  Headlight Assemblies                    ✉ f 🐦 📌 | Add to Watchlist

ⓘ  Check if this part fits your vehicle    Select Vehicle

### 12V White Universal Headlight Headlamp Fairing kit for Honda KTM

| | |
|---|---|
| Condition: | New |

| Bulk savings: | Buy 1 $30.77 / she | Buy 2 $30.15 / she |
|---|---|---|
| | Buy 3 $29.85 / she | |

| Compatibility: | See compatible vehicles |
|---|---|
| Sale ends in: | 01d 04h 10m |
| Quantity: | [ 1 ]  4 or more for $29.54/ea |
| | More than 10 available |
| | 12 sold | See feedback |

| Price: | US $30.77/ea    **Buy It Now** |
|---|---|
| | US $34.19 (10% off)    **Add to cart** |

| Best Offer: | **Make Offer** |
|---|---|
| | ♡ Add to Watchlist |

☐ 1-year accident protection plan from SquareTrade - $5.99

**100% buyer satisfaction** | Free shipping | 30-day returns

| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
|---|---|
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Shenzhen, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | ⏱ Estimated between **Mon. Nov. 2 and Fri. Nov. 20** ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 18 business days**. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  MasterCard  American Express  Discover |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

Have one to sell?  Sell now

#### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
mtparts4world (11746 ⭐)
98.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2                    Feedback on your suggestions








| Universal Motorcross Headlights Head light... | 12v White Motorcycle Universal Headlight Fairing... | White Headlight Head Lamp Light StreetFighter For KT... | Front Headlight Assembly Headlamp For KTM EXC-... | E8 Emark LED Headlight For KTM Husqvarna EXC XCF... | Headlight Head Lamp Light Streetfighter For KTM EXC... |
|---|---|---|---|---|---|
| $21.13 | $29.26 | $28.80 | $27.50 | $60.15 | $22.99 |
| ~~$22.72~~ | ~~$33.25~~ | | ~~$29.89~~ | ~~$63.99~~ | |
| Free shipping | Free shipping | Free shipping | + $3.99 shipping | Free shipping | Free shipping |
| Seller 99.2% positive | New | Almost gone | New | New | Almost gone |

---

### Sponsored items from this seller 1/2

Feedback on our suggestions








| 5.75"Universal Motorcycle Grill Mesh Front Headlight... | Green Universal Headlight Headlamp for Kawasaki... | Black Universal Headlight Headlamp for Yamaha... | Chrome Universal Motorcycle Retro Round... | Universal 12V LED Bullet Motorcycle Head Light... | Universal Black Motorcycle Grill Headlight Lamp... |
|---|---|---|---|---|---|
| $36.67 | $30.77 | $30.77 | $28.46 | $144.49 | $51.94 |
| ~~$40.74~~ | ~~$34.19~~ | ~~$34.19~~ | ~~$31.62~~ | ~~$160.55~~ | ~~$57.71~~ |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Almost gone | | | | |

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.          eBay item number: **391723023377**

Last updated on Sep 29, 2020 22:59:13 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
| -Select- ▢ | -Select- ▢ | -Select- ▢ | -Select- ▢ | Go |

[show all compatible vehicles]

✓ This part is compatible with 506 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2002 | Honda | CR80R | -- |
| | 2001 | Honda | CR80R | -- |
| | 2000 | Honda | CR80R | -- |
| | 1999 | Honda | CR80R | -- |
| | 1998 | Honda | CR80R | -- |
| | 1997 | Honda | CR80R | -- |
| | 1996 | Honda | CR80R | -- |
| | 1995 | Honda | CR80R | -- |
| | 1994 | Honda | CR80R | -- |
| | 1993 | Honda | CR80R | -- |
| | 1992 | Honda | CR80R | -- |
| | 1991 | Honda | CR80R | -- |
| | 1990 | Honda | CR80R | -- |
| | 1989 | Honda | CR80R | -- |
| | 1988 | Honda | CR80R | -- |
| | 1987 | Honda | CR80R | -- |
| | 1986 | Honda | CR80R | -- |
| | 1985 | Honda | CR80R | -- |
| | 1983 | Honda | CR80R | -- |
| | 1982 | Honda | CR80R | -- |

Page 1 of 26                                      ‹ 1 2 3 4 5 6 7 8 9 10 › 

Portions of the information contained in this table have been provided by mtparts4world.

Feedback

### Item specifics

| Condition: | New | Brand: | Unbranded |

| Condition: | New | Brand: | Unbranded |
| Warranty: | Yes | Manufacturer Part Number: | Does not apply |
| Country/Region of Manufacture: | China | Placement on Vehicle: | Front |
| Diameter: | 11" W | Surface Finish: | white |
| UPC: | Does not apply | | |

**goldyear2012**

mtparts4world (11746 ⭐ )  98.9%

📧 Sign up for newsletter

Visit Store:  goldyear2012

Categories

## Feature:

- Fit most Dirt Bikes, Streetfighters style and Custom Motorcycles

- Material: ABS piastic
- Bulb: 12V/35W
- Transparent lens cover to protect lights
- The position of the mounting points allow enough room for the brake cable

- Plenty of room for instruments

- Color:White(If you need other colors, you can select in our store)
- Quantity: 1 piece

## Package include:

- 1 x Street Fighter Head Light

Feedback

Side Mirrors &









2Pcs Motorcycle 12V LED Turn Signal Light Motorbik...
$14.74
$16.38
Free shipping
New

10MM 8MM Motorcycles Screws Nut Cap For...
$11.27
$11.99
Free shipping
New

Universal Motorcycle LED Front Headlight Headlamp...
$36.47
$38.80
Free shipping
New

12v White Motorcycle Universal Headlight Fairing...
$29.26
$33.25
Free shipping
New

Headlight Headlamp Fairing Kit For KTM XC Honda XR...
$16.81
$17.69
+ $3.50 shipping
Seller 99.8% positive

Motorcycle 12v 35W Universal Headlight Fairing...
$22.79
$25.90
Free shipping
New

## Explore more sponsored options: Brand

### KTM





Motorcycle KTM Dirt Bike Sports Headlight Fairing...
$21.11
+ $16.00 shipping
Last one

White Front Head Lamp Headlight Accessories fo...
$27.73
Free shipping

2020 Supermoto LED Headlight Mask For KTM...
$75.67
$80.50
Free shipping

### Honda




Dirt Bike Streetfighter Enduro LED Headlight For...
$29.30
$31.50
Free shipping

LED Conversion Headlight Lamp(4x6" Bulb) for Hond...
$39.81
$56.87
Free shipping
Popular

## More from this seller 1/2

Feedback on our suggestions








5.75"Universal Motorcycle Grill Mesh Front Headlight...
$36.67
$40.74
+ shipping

Green Universal Headlight Headlamp for Kawasaki...
$30.77
$34.19
+ shipping
Almost gone

Black Universal Headlight Headlamp for Yamaha...
$30.77
$34.19
+ shipping

Chrome Universal Motorcycle Retro Round...
$28.46
$31.62
+ shipping

Universal 12V LED Bullet Motorcycle Head Light...
$144.49
$160.55
+ shipping

Universal Black Motorcycle Grill Headlight Lamp...
$51.94
$57.71
+ shipping

Back to search results                                                                                                                Return to top

More to explore :   Universal Fit Motorcycle Fairings/Body Work Kits for KTM,   Universal Fit Motorcycle Fairings/Body Work Kits for Honda,   Universal Fit Motorcycle Fairings & Bodywork for KTM,
Universal Fit ABS Plastic Motorcycle Fairings/Body Work Kits for KTM,   Motorcycle Fairings/Body Work Kits for KTM,   Motorcycle Front Headlight Fairings for Honda,
Universal Sport Bike Fit Motorcycle Fairings/Body Work Kits for Honda,   Unbranded Motorcycle Front Headlight Fairings for Honda,   Universal Fit Motorcycle Bolt Kits for KTM,
Motorcycle Fairings/Body Work Kits for Honda

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Norton
SECURED

Feedback


10/6/2020

### ebay

Shop by category ▾ | 🔍 Search for anything | All Categories ▾ | **Search** | Advanced

‹ Back to search results | Listed in category:  eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Lighting & Indicators  ›  Headlight Assemblies    ✉ f 🐦 📌 | Add to Watchlist

ℹ Check if this part fits your vehicle    **Select Vehicle**



**12V White Universal Headlight Headlamp Fairing kit for Honda KTM**

| | |
|---|---|
| Condition: | New |

| Bulk savings: | Buy 1 $30.77 / she | Buy 2 $30.15 / she |
|---|---|---|
| | Buy 3 $29.85 / she | |

| Compatibility: | See compatible vehicles |
|---|---|
| Sale ends in: | 01d 04h 10m |
| Quantity: | [ 1 ]   4 or more for $29.54/ea |
| | More than 10 available |
| | 12 sold | See feedback |

| Price: | **US $30.77/ea** | **Buy It Now** |
|---|---|---|
| | US $34.19 (10% off) ⓘ | **Add to cart** |

| Best Offer: | **Make Offer** |
|---|---|
| | ♡ Add to Watchlist |

☐ 1-year accident protection plan from SquareTrade - $5.99

| **100% buyer satisfaction** | Free shipping | 30-day returns |
|---|---|---|

| Shipping: | **FREE**  Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
|---|---|
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Shenzhen, China |
| | Ships to: Worldwide   See exclusions |

| Delivery: | ⚑ Estimated between **Mon. Nov. 2 and Fri. Nov. 20** ⓘ |
|---|---|
| | This item has an extended handling time and a delivery estimate **greater than 18 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |

| Payments: | PayPal  VISA  MasterCard  American Express  Discover |
|---|---|

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | 30 day Buyer pays for return shipping | See details |
|---|---|

$ Have one to sell?  **Sell now**

**Shop with confidence**

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
mtparts4world (11746 ⭐)
98.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2                    Feedback on our suggestions

‹








| Universal Motorcross Headlights Head light... | 12v White Motorcycle Universal Headlight Fairing... | White Headlight Head Lamp Light StreetFighter For KT... | Front Headlight Assembly Headlamp For KTM EXC-... | E8 Emark LED Headlight For KTM Husqvarna EXC XCF... | Headlight Head Lamp Light Streetfighter For KTM EXC... |
|---|---|---|---|---|---|
| $21.13 | $29.26 | $28.80 | $27.50 | $60.15 | $22.99 |
| $22.72 | $33.25 | | $29.89 | $63.99 | |
| Free shipping | Free shipping | Free shipping | + $3.99 shipping | Free shipping | Free shipping |
| Seller 99.2% positive | New | Almost gone | New | New | Almost gone |

---

### Sponsored items from this seller 1/2

Feedback on our suggestions








| 5.75"Universal Motorcycle Grill Mesh Front Headlight... | Green Universal Headlight Headlamp for Kawasaki... | Black Universal Headlight Headlamp for Yamaha... | Chrome Universal Motorcycle Retro Round... | Universal 12V LED Bullet Motorcycle Head Light... | Universal Black Motorcycle Grill Headlight Lamp... |
|---|---|---|---|---|---|
| $36.67 | $30.77 | $30.77 | $28.46 | $144.49 | $51.94 |
| $40.74 | $34.19 | $34.19 | $31.62 | $160.55 | $57.71 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Almost gone | | | | |

---

| **Description** | **Shipping and payments** | | **Report item** |
|---|---|---|---|

Seller assumes all responsibility for this listing.

#### Shipping and handling

Item location: Shenzhen, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, South America, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, United Arab Emirates, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Cambodia, Philippines, Bermuda, Mexico, Saint Pierre and Miquelon, Albania, Belarus, Cyprus, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Malta, Moldova, Montenegro, San Marino, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan

| Quantity: | 1 | | Change country: | United States | | ZIP Code: | 60106 | **Get Rates** |
|---|---|---|---|---|---|---|---|---|

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| Free shipping | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Mon. Nov. 2** and **Fri. Nov. 20** |
| US $20.00 | US $15.00 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Mon. Oct. 19** and **Mon. Oct. 26** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

#### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

#### Payment details

| Payment methods |
|---|

    

Feedback



Hi ████ ! ∨    Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ∨   My eBay ∨    🔔²   🛒

**ebay**   Shop by category ∨   🔍 Search for anything   | All Categories ∨ |   **Search**   Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

eBay MONEY BACK GUARANTEE

mtparts4world (11746) ⭐ 📑 ⓘ
**Positive Feedback (last 12 months): 98.9%** ⓘ
Member since: May-28-12 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|   |   | 1 month | 6 months | 12 months |
|---|---|---------|----------|-----------|
| ➕ | Positive | 44 | 307 | 606 |
| ⚪ | Neutral | 0 | 4 | 9 |
| ➖ | Negative | 0 | 4 | 6 |

### Detailed seller ratings ⓘ

Average for the last 12 months

Accurate description ⭐⭐⭐⭐⭐ (552)
Shipping speed ⭐⭐⭐⭐⭐ (553)
Reasonable shipping cost ⭐⭐⭐⭐⭐ (577)
Communication ⭐⭐⭐⭐⭐ (545)

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

6 Feedback received (viewing 1-6)      Revised Feedback: 45 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ    Rating type: | Negative (6) ∨ |   Period: | 12 Months ∨ |

e.g. Vintage 1970's Gibson Guitars   🔍

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ I have bought alot of parts for my bikes everyone gives a sticker 2 advertise 4 <br> 1" Flame Control Reservoir Brake Clutch Levers For Harley Choppers Dyna Glide (#390710138012) | Buyer: h***o (17⭐) <br> US $81.34 | Past 6 months <br> Reciprocal feedback |
| Reply by mtparts4world. Left within past 6 months. <br> I am sorry , if have problem, please write to me before left feedback, thanks | | |
| ➖ I haven't received my order so don't give a date. If you don't respected. <br> Motorcycle Chrome Air Cleaner Intake Filter Kit For Honda Shadow Aero 750 VT750 (#392058615632) | Buyer: 5***8 (3) <br> US $96.94 | Past 6 months <br> Reciprocal feedback |
| Reply by mtparts4world.Left within past 6 months. <br> because of Covid-19, most of flights was canceled, so the parcels was delayed | | |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ Awesome <br> (Private listing) | Buyer: 6***6 (520⭐) <br> | Past 6 months <br> Reciprocal feedback |
| Reply by mtparts4world. Left within past 6 months. <br> I am sorry , if have problem, please write to me before left feedback, thanks | | |
| ➖ Wasn't as wide as expected <br> Universal Motorcycle Silver Wheel Protector Short Front Fender Mudguard Fairing (#392583173387) | Buyer: -***7 (8) <br> US $13.54 | Past 6 months <br> Reciprocal feedback |
| Reply by mtparts4world.Left within past 6 months. <br> I am sorry , if have problem, please write to me before left feedback, thanks | | |
| ➖ Wrong color delivered. Too weak battery. Practically not working. Poor quality. <br> Womens Men Silicone Band Digital LED Bracelet Wristwatch Sports Running Watches (#392119716011) | Buyer: a***n (33⭐) <br> US $2.75 | Past year <br> Reciprocal feedback |
| ➖ Doesn't fit z650 as advertised..seller & did want to send proper Bracket.. <br> Motorcycle Rear Wheel Fender Mudguard Splash Guard Mudflap For Kawasaki Z650 800 (#283658097988) | Buyer: f***r (146⭐) <br> US $29.99 | Past year <br> Reciprocal feedback |

Page 1 of 1      ← | **1** | →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?



**mtparts4world** (11746 ⭐)

98.9% positive feedback

💠 Items for sale    🏬 Visit store    ✉ Contact

♡ Save

Based in China, mtparts4world has been an eBay member since May 28, 2012

### Feedback ratings ⓘ

| | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 552 | Item as described | ⊕ **606** Positive |
| ⭐⭐⭐⭐⭐ 545 | Communication | ⊘ **9** Neutral |
| ⭐⭐⭐⭐⭐ 553 | Shipping time | ⊖ **6** Negative |
| ⭐⭐⭐⭐⭐ 577 | Shipping charges | |

Feedback from the last 12 months

⊕ Awsome!
Oct 05, 2020

See all feedback

● ● ● ● ●

**534** Followers   **0** Reviews   Member since: **May 28, 2012**   📍 China

## Items for sale (3633)

See all items



2X CNC Front Ax...
US $15.08          7m left



Motorcycle Rear...
US $10.67         10m left



Motorcycle Rear...
US $10.67         10m left



2x Front Axle N...
US $12.93         11m left



1" 25mm Handleb...
US $25.87         14m left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✔ Norton SECURED

10/6/2020



Hi ▓▓▓▓ ! ˅    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ˅    My eBay ˅    🔔 2    🛒

ebay    Shop by category ˅    🔍 Search this Store    | This Store ˅ |    **Search**    Advanced

eBay › eBay Stores › goldyear2012



## goldyear2012
534 followers | mtparts4world (11746 ⭐) 98.9%

Please add me to your list of favorite sellers and come again. I offer Turn Lights, Motor Mirrors, Tail Lights, Hand Grips, Motor Boots, and Hand Guards.

♡ Save this seller

| Category | |
|---|---|
| **All** | |
| Side Mirrors & accessories | |
| Heat Shield | |
| Carburetors | |
| Pull Starter | |
| Hand Guards | |
| Fender & Plastic Kits | |
| Brake Clutch Levers | |
| Turn Lights | |
| Tail Lights | |
| Bar Ends | |
| Hand Grips | |
| Boots | |
| Rear Seat & Springs & Bracket | |
| Windscreen | |
| Air Filter | |
| Fluid Cap | |
| Ignition Switch & Lock | |
| CDI COIL | |
| Gas Tank | |
| Head Lights & Cover | |
| Spot Lights | |
| Handlebar Clocks | |
| Handle bar | |
| Speedomter Cover & Case | |
| Switch & Covers | |
| Linkage | |
| Foot peg | |
| Handlebar Risers | |
| USB Charger | |
| Lowering kits | |
| Light fork bracket | |
| Stickers & Tank Pads | |
| Saddle Bag & Bracket | |
| Horn & Cover | |
| Flasher | |
| Front Axle Nut Cover | |
| US Store | |
| Other | |

| All Listings | Auction | Buy It Now |

Time: ending soonest ˅    ☷ ˅

1-48 of 3,009 Results




Motorcycle Rear Axle Nut Cover Cap For Harley Dyna Fatboy Road Glide FLHR FLHX
$12.93
Was: ~~$14.37~~
Free shipping
or Best Offer
From China

Black CNC Front+Rear Axle Cover Cap Nut Bolt Kit For Harley Breakout FXSB Dyna
$20.26
Was: ~~$22.51~~
Free shipping
or Best Offer
**10 watching**
From China

custom wedding topper bobble head dolls people figurine handmade by polymer clay
$103.03
Was: ~~$114.48~~
Free shipping
or Best Offer
From China

Universal Red LED Rear Fender Brake Tail Light For Yamaha Suzuki Kawasaki Honda
$12.75
Was: ~~$14.17~~
Free shipping
From China

Pair Motorcycle Bike Aluminum Lowering Link For 1987-2007 Kawasaki KL KLR 650
$21.29
Was: ~~$23.65~~
Free shipping
or Best Offer
From China

Motorcycle Inner Fairing Speaker Enclosure Cover For Harley Street Glide FLHTK
$83.11
Was: ~~$92.35~~
$5.00 shipping
or Best Offer
From China

7/8 "22mm Handlebar Hand Grips Motorcycle For Honda CBR1000RR Yamaha FZR YZF 600
$21.55
Was: ~~$23.94~~
Free shipping
From China

Universal 7/8" 22mm Handlebars Drag Cross Bar Drilled Hole For Honda Yamaha BMW
$51.24
Was: ~~$56.93~~
$5.00 shipping
From China

Motorcycle Rearview Mirrors Integrate Turn Signal For 2004-2008 Aprilia RSV 1000
$71.17
Was: ~~$79.08~~
Free shipping
or Best Offer
From China

2X Chrome CNC Front Axle Nut Cover Bolt Kit Motorcycle For Harley Dyna Fatboy
$15.08
Was: ~~$16.76~~
Free shipping
From China

or Best Offer


Black Forward Control Foot Pegs Levers Linkages For 14-17 Harley XL1200X XL883N
$172.54
Was: $191.71
$5.00 shipping
or Best Offer

From China


1" 25mm Handlebar Hand Grips W/ Throttle Boss For Harley Dyna Motorcycle Cruiser
$28.03
Was: $31.14
Free shipping
or Best Offer

From China


Glasses Sunglasses Holder Pack Package Touring Dirt bike Scooter Motorcycle ATV
$10.03
Was: $11.15
Free shipping
or Best Offer

From China


Motorcycle Metal Chrome Bates Bottom Mount Headlight Spot Light For Harley 883
$60.00
Was: $66.67
Free shipping
or Best Offer

From China


Black Front Windshield Windscreen For Suzuki TL1000R 1998-2003 1999 Motorcycle
$24.31
Was: $27.01
$5.00 shipping
or Best Offer

From China


8pcs Motorcycle Clutch Friction Plate Kit For Harley Sportster XL1200 L Touring
$32.35
Was: $35.94
Free shipping

From China


5pcs Motorcycle Clutch Friction Plate Discs Kit For Honda CRF250M CRF250L 12-17
$24.79
Was: $27.55
Free shipping
or Best Offer

From China


Front Upper Stay Fairing Headlight Bracket For Yamaha YZF-R6 2006-2007 YZF-R6s
$35.58
Was: $39.53
$5.00 shipping
or Best Offer

From China


Black Upper Stay Fairing Headlight Bracket For Yamaha YZF-R6 2008-2014 Motorbike
$35.56
Was: $39.51
$5.00 shipping
or Best Offer

From China


Clutch Fibre Friction Disc Kit Motorcycles Engine For Honda CBR250R 2008-2017
$29.39
Was: $32.65
Free shipping

From China


Upper Stay Fairing Headlight Bracket Front For Suzuki GSX-R 600 750 2006 - 2007
$33.43
Was: $37.15
$5.00 shipping
or Best Offer

From China


Motorcycle Chrome Aluminum 7/8" Handle Bar End Side Rear View Mirrors Offroad
$33.95
Was: $37.72
Free shipping
or Best Offer

From China


Motorcycle Black Upper Stay Cowl Bracket Fairing For 2005-2006 Suzuki GSX-R 1000
$35.57
Was: $39.52
$5.00 shipping
or Best Offer

From China


Universal 4 x 40mm Air Filters Cleaner For Honda Yamaha Suzuki Bobber Motorcycle
$26.50

From China



Was: $29.44
Free shipping



Motorcycle Chrome Aluminum 7/8" Side Rear View Mirrors Handle Bar End Universal

$33.95
Was: $37.72
Free shipping
or Best Offer

From China



8 pcs Motorcycle Drivetrain Engines Clutch Plates Kit For Yamaha YZ125 2000-2018

$21.55
Was: $23.94
Free shipping

From China



Motorcycle Clutch Friction And Steel Plates Discs Kit For Yamaha XP530 TMAX 530

$57.14
Was: $63.49
Free shipping

From China



12v Custom Bullet Amber Turn Signal Lights Motorcycle Dual Sport bike Cruiser

$13.04
Was: $14.49
Free shipping
or Best Offer

From China



7/8" 22mm Drag Handlebar Bars Motorcycle For Yamaha FZR600R XT250 YZ250 YZF R6

$53.23
Was: $59.15
$5.00 shipping
or Best Offer

From China



Universal 7/8" 22mm Drag Style Bar Handlebar Custom Dirt bike For Harley Touring

$53.23
Was: $59.15
$5.00 shipping
or Best Offer

From China



Universal Black 7/8" 22mm Drag Style Bar Handlebar For Honda Yamaha Suzuki BMW

$53.23
Was: $59.15
$5.00 shipping
or Best Offer

From China



1" 25mm Diameter Drag Bar Handlebar Motorcycle For Harley Honda Yamaha Kawasaki

$53.23
Was: $59.15
$5.00 shipping
or Best Offer

From China



Motorcycle Universal Exhaust Pipe Muffler Silencer Black For Harley Yamaha Honda

$41.26
Was: $45.84
Free shipping
or Best Offer

From China



Universal Motorcycle 8mm 10mm Round Side Mirrors For Harley Softail 883 Suzuki

$33.96
Was: $37.73
Free shipping
or Best Offer

From China



Chrome 9" Exhaust Muffler Heat Shield Cover Heel Guard Motorcycle Touring ATV

$15.29
Was: $16.99
Free shipping

From China



Chrome Exhaust Muffler Heat Shield Cover Heel Guard Motorcycle For Harley Honda

$11.34
Was: $12.60
Free shipping

From China



Universal Motorcycle High Low Beam LED Headlight Lamp Street Bike Dual Sport

$27.89
Was: $30.99
Free shipping
or Best Offer

From China

Custom Red Front Left Camera Support Bracket For BMW R1200 GS LC ADV 2014-2018





Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 2

ebay Shop by category | ktm | All Categories | Search | Advanced

Items for sale from **mtparts4world** (11746) | Save this seller | Show results from all sellers

Include description

**Categories**

**eBay Motors**

- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Fairings & Bodywork
- Other Motorcycle Accessories
- Motorcycle Silencers, Mufflers & Baffles
- Motorcycle Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (221)

**Price**

- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all

- **Default**
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

mtparts4world (11746)
Feedback rating: 11,746
Positive Feedback: 98.9%
Member since May-28-12 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
goldyear2012

Sponsored items for you

12V White Universal Headlight Headla...
**$30.77**
Buy It Now
Free shipping

All Listings | Auction | Buy It Now    Sort: Best Match    View:

**221** results for **ktm**    Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106
Clear selections
**0** matching results
Find Results

Black Tank Traction Pad Side Fuel Gas Grip Decal For 2012-2016 KTM 200/ 390 DUKE (Fits: KTM)
Brand New
**$15.08**
Was: ~~$16.76~~
or Best Offer
**Free Shipping**
**10% off**
Watch
From China
Seller: mtparts4world (11,739) 98.9%

Motorcycle Silver 10mm Swing Arm Spools Sliders Stand For Kawasaki Ninja KTM 690
Brand New
**$8.62**
Was: ~~$9.58~~
or Best Offer
**Free Shipping**
**10% off**
Watch
From China
Seller: mtparts4world (11,739) 98.9%

Exhaust Muffler Pipe Heat Shield Cover Heel Guard Motorcycle For Kawasaki Yamaha (Fits: KTM)
Brand New
**$13.58**
Was: ~~$15.09~~
or Best Offer
**Free Shipping**
**10% off**
Watch
From China
Seller: mtparts4world (11,739) 98.9%

Motorcycle Blue 10mm Swing Arm Spools Sliders Stand For Kawasaki Yamaha KTM 690
Brand New
**$7.79**
Was: ~~$8.66~~
Buy It Now
**Free Shipping**
**10% off**
Watch
From China
Seller: mtparts4world (11,744) 98.9%

10mm Swing Arm Spools Sliders Stand For Kawasaki Z750R Yamaha YZF750 KTM 690 SM
Brand New
**$8.62**
Was: ~~$9.58~~
or Best Offer
**Free Shipping**
**10% off**
Watch
From China
Seller: mtparts4world (11,739) 98.9%

Blue CNC Gear Shifter Shift Lever Tip For KTM 125-530 SX EXC XCF XC XCW SXF SMR (Fits: KTM)
Brand New

2Pcs Motorcycle 12V LED
Turn Signal L...
$14.74
Buy It Now
Free shipping



10MM 8MM Motorcycles
Screws Nut Cap F...
$11.27
Buy It Now
Free shipping



Universal Motorcycle LED
Front Headli...
$36.47
Buy It Now
Free shipping



12v White Motorcycle
Universal Headli...
$29.26
Buy It Now
Free shipping



Universal Dirt Bike 12V
Headlight Hea...
$29.99
Buy It Now



Headlight Headlamp
Fairing Kit For KT...
$16.81
Buy It Now



$8.18
Was: $9.09
Buy It Now
Free Shipping
10% off
Watch

From China
Seller: mtparts4world (11,739) 98.9%

**Motorcycle Rear Brake Pedal Step Tip Plate For KTM 250 350 450 SXF XCF XC XC-W**
Brand New
$12.59
Was: $13.99
Buy It Now
Free Shipping
10% off

From China
Seller: mtparts4world (11,739) 98.9%

**Motorcycle Brake Pedal Step Plate Shifter Shift Lever Tip For KTM 250/350/450**
Brand New
$20.69
Was: $22.99
Buy It Now
Free Shipping
10% off

From China
Seller: mtparts4world (11,739) 98.9%

**Universal 10mm CNC Billet Swingarm Stand Spools Slider For Kawasaki Yamaha KTM**
Brand New
$11.84
Was: $13.16
Buy It Now
Free Shipping
10% off
Watch

From China
Seller: mtparts4world (11,739) 98.9%

**Motorcycle Rear Brake Shifter Shift Lever Tip For KTM 250/350/450 SXF/XCF**
Brand New
$12.59
Was: $13.99
Buy It Now
Free Shipping
10% off

From China
Seller: mtparts4world (11,739) 98.9%

**Motorcycle Red Air Filter Dual Foam Sponge For KTM EXC XC SX-F SX Off Road**
Brand New
$10.17
Was: $11.30
Buy It Now
Free Shipping
10% off
Watch

From China
Seller: mtparts4world (11,739) 98.9%

**Black CNC Gear Shifter Shift Lever Tip For KTM 690 SUPERMOTOR ENDURO DUKE 990 SX (Fits: KTM)**
Brand New
$8.18
Was: $9.09
Buy It Now
Free Shipping
10% off
Watch

From China
Seller: mtparts4world (11,739) 98.9%

**12V White Universal Headlight Headlamp Fairing kit for Honda KTM**
Brand New



$14.88
Buy It Now
Free shipping



For Yamaha 2004
Kawasaki KFX400 MINI ...
$10.29
Buy It Now
Free shipping



4Pcs Bike Motorcycle 12V
LED Turn Sig...
$16.90
Buy It Now
Free shipping



CNC Front Wheel Axle
Cap Slider Fork ...
$22.70
Buy It Now
Free shipping



Aluminum Motorcycles
Side Engine Clut...
$17.15
Buy It Now
Free shipping



Alloy 10MM Swingarm
Fairing Spool Sta...
$13.99
Buy It Now
Free shipping



Headlight Headlamp
StreetFighter For ...
$40.76
Buy It Now
Free shipping



$30.77
Was: ~~$34.19~~
or Best Offer
Free Shipping
**10% off**
👁 Watch

From China
Seller: mtparts4world (11,739) 98.9%

---

**Exhaust Middle Pipe Connect Link Tube Motorcycle For KTM 125 250 390 SX XC XC-F (Fits: KTM)**
Brand New



$39.12
Was: ~~$43.47~~
or Best Offer
Free Shipping
**10% off**
👁 Watch

From China
Seller: mtparts4world (11,744) 98.9%

---

**Mmotorcycle Aluminium Brake Lever Gear Shifting Lever For KTM DUKE 125 200 390 (Fits: KTM)**
Brand New



$24.51
Was: ~~$27.23~~
Free Shipping
**10% off**
👁 Watch

From China
Seller: mtparts4world (11,739) 98.9%

---

**LED Turn Signal Lights Indicator For KTM 950 85 690 660 65 640 Supermoto Enduro (Fits: KTM)**
Brand New



$11.96
Was: ~~$13.29~~
or Best Offer
Free Shipping
79 Sold
10% off
👁 Watch

From China
Seller: mtparts4world (11,739) 98.9%

---

**Motorcycle Bike Enduro Fender LED Brake Stop Rear Tail Lights For Honda BMW KTM**
Brand New



$12.93
Was: ~~$14.37~~
Buy It Now
Free Shipping
**10% off**
👁 Watch

From China
Seller: mtparts4world (11,743) 98.9%

---

**Motorcycle LED Turn Signal Lights Indicator For KTM 620 660 690 Victory Arlen (Fits: KTM)**
Brand New



$11.86
Was: ~~$13.18~~
Buy It Now
Free Shipping
**10% off**
👁 Watch

From China
Seller: mtparts4world (11,739) 98.9%

---

**Motorcycle Black Digital Mount Clock For KTM 105 1190 150 175 200 125 144 990 (Fits: KTM)**
Brand New



$10.67
Was: ~~$11.86~~
or Best Offer
+$5.00 shipping
**10% off**
👁 Watch

From China
Seller: mtparts4world (11,739) 98.9%

---

**Motorcycle Oil Cap Parts Billet Fuel Tank Cover For KTM Duke 200 125 390 11-16**
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms



**Ship to**

⬛⬛⬛⬛⬛
1001 Foster Ave
Bensenville, IL 60106-1445
United States
⬛⬛⬛⬛
Change

### Review item and shipping

Seller: mtparts4world    Message to seller

12V White Universal Headlight Headlamp Fairing kit for Honda KTM
**$30.77**
~~$34.19~~

Quantity  [ 1 ▾ ]

**Delivery**

● Est. delivery: Nov 2 – Nov 20
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 19 – Oct 26
Expedited Shipping from China/Hong Kong/Taiwan to worldwide
**$20.00**

Save up to 10%

### Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

### Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount   [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $30.77 |
| Shipping | Free |
| Tax* | $1.92 |

**Order total**   **$32.69**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



10/6/2020

Hi ███████ !   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔 2   🛒

eBay   Shop by category ⌄   [Search for anything]   All Categories ⌄   [Search]   Advanced

◂ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f ✦ 🅟 | Add to Watchlist

ℹ Check if this part fits your vehicle   Contact the seller







### Motorcycle Silver 10mm Swing Arm Spools Sliders Stand For Kawasaki Ninja KTM 690

| | |
|---|---|
| Condition: | New |

| Bulk savings: | Buy 1 $8.62 / she | Buy 2 $8.45 / she |
|---|---|---|
| | Buy 3 $8.36 / she | |

Sale ends in:   0ld 03h 48m

Quantity:  [1]   4 or more for $8.28/ea

More than 10 available | 2 sold

Price: **US $8.62/ea**
US $9.58 (10% off) ⓘ

[ Buy It Now ]

[ Add to cart ]

Best Offer:   [ Make Offer ]

[ ♡ Add to Watchlist ]

*Free shipping*   30-day returns   Longtime member

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide   See exclusions

Delivery:  ⬛ Estimated between **Mon. Nov. 2 and Fri. Nov. 20** ⓘ
This item has an extended handling time and a delivery estimate **greater than 18 business days**.
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  🮺 mastercard  DISCOVER

**PayPal** CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  30 day Buyer pays for return shipping |
See details

---

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
mtparts4world (11746 ⭐)
98.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?   [ Sell now ]

---

### Similar sponsored items 1/2

Feedback on our suggestions



| For Kawasaki Ninja ZX 6R 9R 10R 12R Motorcycle Swing... | 8/10mm Motorcycle Swingarm Swing Arm Spools... | 10mm Swing Arm Spools Sliders Fits Kawasaki Ninja... | For Kawasaki KTM Yamaha Motorcycle Billet 10mm... | 10mm Swing Arm Spools Sliders For KTM... | 10mm Motorcycle Swing Arm Spools Sliders For... |
|---|---|---|---|---|---|
| $7.79 | $3.79 | $7.79 | $11.50 | $7.79 | $7.79 |
| Free shipping | $3.99 | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.6% positive | + $1.50 shipping | Seller 99.7% positive | New | Seller 99.7% positive | Seller 99.5% positive |
| | New | | | | |

Sponsored items from this seller 1/2   Feedback on our suggestions

https://www.ebay.com/itm/Motorcycle-Silver-10mm-Swing-Arm-Spools-Sliders-Stand-For-Kawasaki-Ninja-KTM-690/392196498581?hash=item5b50bba495:g:ocUAAOSwPVFcGbLr

1/4

Hi ▮▮▮ !    Daily Deals    Brand Outlet    Help & Contact                                   Sell    Watchlist ⌄    My eBay ⌄    🔔 2    🛒

**ebay**    Shop by category ⌄    [Search for anything]    All Categories ⌄    **Search**    Advanced

Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Body & Frame  >  Fairings & Body Work                    ✉ f 🐦 P | Add to Watchlist

ℹ Check if this part fits your vehicle    **Contact the seller**

### Motorcycle Blue 10mm Swing Arm Spools Sliders Stand For Kawasaki Yamaha KTM 690

| | |
|---|---|
| Condition: | New |

| Bulk savings: | **Buy 1** $7.79 / she | **Buy 2** $7.63 / she |
|---|---|---|
| | **Buy 3** $7.56 / she | |

Sale ends in:    01d 03h 48m

Quantity:    [1]    4 or more for $7.48/ea

More than 10 available

Price:    **US $7.79/ea**
US $8.66 (10% off) ⓘ

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Free shipping**    30-day returns    Longtime member

| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
|---|---|---|
| | International shipment of items may be subject to customs processing and additional charges. ⓘ | |
| | Item location: Shenzhen, China | |
| | Ships to: Worldwide    See exclusions | |

| Delivery: | ⏱ Estimated between **Mon. Nov. 2 and Fri. Nov. 20** ⓘ |
|---|---|
| | This item has an extended handling time and a delivery estimate **greater than 18 business days**. |
| | Please allow additional time if international delivery is subject to customs processing. |

| Payments: | PayPal  VISA  MasterCard  American Express  Discover |
|---|---|

**PayPal CREDIT**
Special financing available.    See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.    Learn more

Returns:    30 day Buyer pays for return shipping | See details

**Shop with confidence**

ⓢ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
mtparts4world (11746 ⭐)
98.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?    **Sell now**

---

Similar sponsored items 1/2                                                                    Feedback on our suggestions

| | | | | | |
|---|---|---|---|---|---|
| For Kawasaki Ninja ZX 6R 9R 10R 12R Motorcycle Swing... | 8/10mm Motorcycle Swingarm Swing Arm Spool... | Motorcycle Silver 10mm Swing Arm Spools Sliders... | For Kawasaki KTM Yamaha Motorcycle Billet 10mm...  | 10mm Swing Arm Spools Sliders Fits Kawasaki Ninja... | 10mm Swing Arm Spools Sliders For KTM...  |
| $7.79 | $3.79 | $8.62 | $11.50 | $7.79 | $7.79 |
| Free shipping | $3.99 | $9.58 | Free shipping | Free shipping | Free shipping |
| Seller 99.6% positive | + $1.50 shipping | Free shipping | New | Seller 99.7% positive | Seller 99.7% positive |
| | New | New | | | |

Feedback

Sponsored items from this seller 1/2                                                          Feedback on our suggestions



Hi! Sign in or register    Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄     🛒

ebay   Shop by category ⌄   | Search for anything | All Categories ⌄ | **Search** |   Advanced

‹ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Accessories > Luggage > Other Luggage

✉ f ⚇ 🅿   | Add to Watchlist

---

People who viewed this item also viewed

 A Set 36-58L Big Capacity...
$73.99
+ shipping

 2X 36-58L Motorcycle Side...
$76.43
Free shipping

 A pair 36-58L Big Capacity...
$99.55
+ shipping

 58L Pair Universal Motorcycle Side...
$76.53
Free shipping

 Motorcycle Rear Tail Seat Back...
$25.35
$26.68
+ $4.99 shipping

---

 ⊘ This fits a KTM   | Select Year |

🔖 **SAVE UP TO 16% WHEN YOU BUY MORE**



waterproof

$ Have one to sell? | **Sell now**

### A Set black for most motorcycle side saddle bag 36-58L Big Capacity waterproof

Condition: **New**

Bulk savings: | Buy 1 $99.69/ea | Buy 2 $93.71/ea | Buy 3 $87.73/ea |

Compatibility: See compatible vehicles

Quantity: | 1 | 4 or more for $83.74/ea

More than 10 available / 1 sold

Price: **US $99.69/ea**
No Interest if paid in full in 6 mo on $99+*

**Buy It Now**

**Add to cart**

Best Offer: **Make Offer**

♡ Add to Watchlist

---

Free shipping | 30-day returns | 13 watchers

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: shenzhen, China
Ships to: Worldwide   See exclusions

Delivery: 📦 Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿 VISA ▪ ▪ DISCOVER

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

---

Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

Seller information
muoo-54 (806 ⭐)
98.5% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Sponsored items from this seller 1/2    Feedback on our suggestions

 36-58L wateerproof Motorcycle Trunk Big...
$99.88
+ shipping

 Waterproof Motorcycle Pannier Luggage Saddle...
$99.59
+ shipping

 Waterproof HD FOR Android PC Endoscope Borescope...
$10.99
+ shipping

 13x Multifunction Repair Tool Allen Key Hex Socket...
$13.79
+ shipping

 Projector 6000K/3000K LED Headlight Hi-Lo Black ...
$59.37
$74.21
+ shipping

 LED BLACK Headlight DRL High Low Halo For 1965-198...
$95.99
+ shipping

Feedback

Description | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

Last updated on  Sep 26, 2020 22:56:28 PDT  View all revisions

eBay item number:  183931549499

## Compatibility

Please choose your vehicle's details for specific results.

Year | Make | Model | Submodel
-Select- | -Select- | -Select- | -Select- | Go

[show all compatible vehicles]

✓ This part is compatible with 1224 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2018 | KTM | 50 | SX |
| | 2018 | KTM | 50 | SX Mini |
| | 2017 | KTM | 50 | SX |
| | 2017 | KTM | 50 | SX Mini |
| | 2016 | KTM | 50 | SX |
| | 2016 | KTM | 50 | SX Mini |
| | 2015 | KTM | 50 | SX |
| | 2015 | KTM | 50 | SX Mini |
| | 2014 | KTM | 50 | SX |
| | 2014 | KTM | 50 | SX Mini |
| | 2013 | KTM | 50 | SX |
| | 2013 | KTM | 50 | SX Mini |
| | 2013 | KTM | 50 | SXS |
| | 2012 | KTM | 50 | SX |
| | 2012 | KTM | 50 | SX Mini |
| | 2012 | KTM | 50 | SXS |
| | 2011 | KTM | 50 | SX |
| | 2011 | KTM | 50 | SX Mini |
| | 2011 | KTM | 50 | SXS |
| | 2010 | KTM | 50 | SX |

Page 1 of 62          ‹  1  2  3  4  5  6  7  8  9  10  ›

Portions of the information contained in this table have been provided by muoo-54

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Type: | Saddle Bags | Manufacturer Part Number: | Does not apply |
| Package included: | 2x bag with rain cover | Color: | Black |
| Material: | oxford cloth & carbon fiber | Warranty: | 1 Year |
| Fit: | Honda,Aprilia,Ducati,Buell,Kawasaki,, Harley-Davidson,BMW | Country/Region of Manufacture: | China |
| Herstellernummer: | nicht zutreffend | UPC: | Does not apply |
| Bundle Listing: | Yes | EAN: | Does not apply |
| Hersteller: | No-Name | Placement on Vehicle: | Left, Right |

Feedback


10/7/2020

You may like

| 15% Off | 20% Off | 15% Off | 15% Off | 15% Off | 15% Off |

Para BMW 328i 325xi 330xi 02-2006 Combo K9 LED...
$56.09  $65.99

For BMW 328i 325xi 330xi 2002-2006 Combo LED...
$53.43  $66.79

Para Benz GL450 07-2012 E320 08-2009 K9 Kit de...
$56.09  $65.99

For Benz GL450 07-12 E320 08-2009 6x K9 LED Hi/Lo...
$58.55  $68.88

6x K9 Combo H7 H11 LED Headlight Fog Light Bulbs...
$58.21  $68.48

6x K9 Combo H7 H11 LED Faros antiniebla Bombillas...
$56.09  $65.99

*1Set 36-58L Big Capacity Motorcycle Pannier Luggage Saddle Bag universal Black*

*Specification :*
*Condition : 100% Brand new*
*Product name : motorcycle side saddle bag*
*Material : oxford cloth & carbon fiber*
*Color : black*
*Size: Single Size Only*
*Waterproof : yes*
*Total package volume : 58L*
*Placement on vehicle : rear / right / left*
*Fitment : universal for most motorcycle*
*Quantity : 1 pair*
*Feature :*
*1.Side bag with genuine waterproof housing, large-area night reflective design, ideal for long trips, can be adapted to a variety of weather conditions.*
*2.The total package volume around 36L- 58L. Unilateral maximum capacity of 29L, the highest unilateral heavy 3KG. Almost any type of helmet down.*
*3.Making ample space for all your tools and other essentials.*
***Fixing soft board is not included inside the package.*
*Package included :*
*1 x motorcycle side saddle bag ( left&right )*
*Note :*
*1.We provide clear pictures, measurements where possible. Please check as much as possible to make sure the item is the one that you need.*
*2.Please allow 0.5-1 inch difference due to manual measurement.(1inch=2.54cm).*
*3.There is Instruction Included In This Kit.Professional Installation Is Highly Recommended!*
*4.Please note that some countries will have custom duty or tax for certain items. It is the buyer's responsibility to pay all endued custom duty or tax. We are not responsible for any custom duty or tax since our price do not include this charge.*

You may like

36-58L wateerproof Motorcycle Trunk Big...
$99.88

Waterproof Motorcycle Pannier Luggage Saddle Ba...
$99.59

Feedback

Sponsored items based on your recent views 1/3

Feedback on our sugg...



Hi! Sign in or register    Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ˅   My eBay ˅



Shop by category ˅

Search for anything     All Categories ˅   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors   >   Parts & Accessories   >   Motorcycle Accessories   >   Luggage   >   Other Luggage

Add to Watchlist

### People who viewed this item also viewed


A Set 36-58L Big Capacity...
$73.99
+ shipping


2X 36-58L Motorcycle Side...
$76.43
Free shipping


A pair 36-58L Big Capacity...
$99.55
+ shipping


58L Pair Universal Motorcycle Side...
$76.53
Free shipping


Motorcycle Rear Tail Seat Back...
$25.35
$26.68
+ $4.99 shipping

✓ This fits a KTM    Select Year

 **SAVE UP TO 16% WHEN YOU BUY MORE**



waterproof

Have one to sell?   **Sell now**

### A Set black for most motorcycle side saddle bag 36-58L Big Capacity waterproof

Condition: **New**

Bulk savings:
| Buy 1 $99.69/ea | Buy 2 $93.71/ea | Buy 3 $87.73/ea |
|---|---|---|

Compatibility: See compatible vehicles

Quantity: 1   4 or more for $83.74/ea

More than 10 available / 1 sold

Price: US $99.69/ea
No Interest if paid in full in 6 mo on $99+*

**Buy It Now**

**Add to cart**

Best Offer:   **Make Offer**

♡ Add to Watchlist

| Free shipping | 30-day returns | 13 watchers |
|---|---|---|

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: shenzhen, China
Ships to: Worldwide   See exclusions

Delivery: ⚑ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
muoo-54 (806 ★)
98.5% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

### Sponsored items from this seller 1/2

Feedback on our suggestions


36-58L wateerproof Motorcycle Trunk Big...
$99.88
+ shipping


Waterproof Motorcycle Pannier Luggage Saddle...
$99.59
+ shipping


Waterproof HD FOR Android PC Endoscope Borescope...
$10.99
+ shipping


13x Multifunction Repair Tool Allen Key Hex Socket...
$13.79
+ shipping


Projector 6000K/3000K LED Headlight Hi-Lo Black ...
$59.37
$74.21
+ shipping


LED BLACK Headlight DRL High Low Halo For 1965-198...
$95.99
+ shipping

**Description**   **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: **shenzhen, China**

Shipping to: Worldwide

Excludes: APO/FPO, Africa, Middle East, South America, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Taiwan, Vietnam, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Russian Federation, France, Guernsey, Jersey, Macedonia, Malta, Spain, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan

Quantity: `1`   Change country: `United States`   ZIP Code: `60440`   **Get Rates**

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| Free shipping | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Oct. 28** and **Tue. Nov. 17** |
| US $59.99 | Free | United States | Expedited Shipping from outside US | Estimated between **Tue. Oct. 13** and **Fri. Oct. 16** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

### Handling time

Will usually ship within 2 business days of receiving cleared payment.

### Taxes

Taxes may be applicable at checkout. Learn more

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods





### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

### Seller's payment instructions

ATTENTION!! Please DOUBLE CHECK your shipping address BEFORE submitting a payment. All buyers are responsible for providing a CURRENT and VALID shipping address. We ONLY send package to the address provided in your payment. thanks for your understanding. AutoGoody

Sponsored items based on your recent views 1/3                    Feedback on our suggestions













| Motorcycle Rear Tail Seat Tank Bag Saddle Helmet... | Universal Motorcycle Backpack Tank Case... | A Set 36-58L Big Capacity waterproof motorcycle sid... | 2X 36-58L Motorcycle Side Saddle Luggage Bag Helm... | Motorcycle Rear Tail Seat Back Saddle Helmet... | Waterproof Motorcycle Rear Tail Seat Bag Saddle Helm... |
|---|---|---|---|---|---|
| $60.16 | $68.76 $80.89 | $73.99 | $76.43 | $25.35 $26.68 | $56.90 |
| Free shipping | Free shipping | + shipping | Free shipping | + $4.99 shipping | Free shipping |
| New | New | New | New | New | New |

Feedback



Explore more sponsored options:



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄           🔔    🛒

**ebay**    Shop by category ⌄    🔍 Search for anything          All Categories ⌄        **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

 MONEY BACK GUARANTEE

|  |  |
|---|---|
|  | **muoo-54** (806 ⭐) 🔲 ℹ️  **Positive Feedback (last 12 months): 98.5%** ℹ️  Member since: Mar-31-19 in China  **Top-rated seller:** One of eBay's most reputable sellers.  Consistently delivers outstanding customer service.  **Learn more** |

**Member Quick Links**

Contact member
View items for sale
View seller's Store

### Feedback ratings ℹ️

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 119 | 613 | 815 |
| ⊙ | Neutral | 1 | 9 | 11 |
| ➖ | Negative | 2 | 9 | 12 |

### Detailed seller ratings ℹ️

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (771) | ⭐⭐⭐⭐⭐ (832) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (796) | ⭐⭐⭐⭐⭐ (779) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

12 Feedback received (viewing 1-12)                    Revised Feedback: 4 ℹ️

Search Feedback received as seller with an item title or ID: ℹ️

🔍 e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (12) ⌄      Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **junk lights, only worked for one day. the end of the light fell off.** (Private listing) | Buyer: j***u (178 ⭐) | Past month  Reciprocal feedback |
| ➖ **Perfect transaction.** (Private listing) | Buyer: i *** y (77 ⭐) | Past month  Reciprocal feedback |
| ➖ **I would like to swap them for white ones. 2016 kia forte lx 1.8** (Private listing) | Buyer: 9***9 (8) | Past 6 months  Reciprocal feedback |
| ➖ **I did not receive the item as described** (Private listing) | Buyer: o***d (185 ⭐) | Past 6 months  Reciprocal feedback |
| ➖ **very soft materials b** 4PCs Car Door Trim Removal Tool Pry Panel Dash Radio Body Clip Installer Kit (#184366853433) | Buyer: n***n (91 ⭐)  US $4.99 (Best offer was accepted) | Past 6 months  Reciprocal feedback |
|   Reply by muoo-54. Left in past 6 months.  Can remove trim,moldings,door skins and panels,dash bezels etc,not car radio. | | |
| ➖ **Didn't fit my truck like it said in the listing I wouldn't buy these waste of $$** For Chevy Suburban Tahoe 2007-2014 6X LED Headlight Fog Light Bulbs Kit 6000K (#184362461538) | Buyer: 0***a (76 ⭐)  US $39.49 (Best offer was accepted) | Past 6 months  Reciprocal feedback |
| ➖ **It's the worst tape isn't easy to put on and I had to throw away** (Private listing) | Buyer: 0***a (60 ⭐) | Past 6 months  Reciprocal feedback |
|   Reply by muoo-54.Left within past 6 months.  Buyer didn't know how to use it. Full refunded and no need to return item. | | |
| ℹ️ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **One of the lights did not work seller did not fix issue.** Car Atmosphere Neon Lights Foot Strip 9LED Wireless music control 7color RGB kit (#183913508194) | Buyer: z***f (96 ⭐)  US $89.00 | Past 6 months  Reciprocal feedback |
| ➖ **received package damaged,took pics,no reply since then** Blue LED Boat Light Deck Waterproof 12v Bow Trailer Pontoon Lights Kit Marine (#184040552704) | Buyer: e***w (219 ⭐)  US $9.49 | Past 6 months  Reciprocal feedback |
| ➖ **came early but item was defect didnt last a week im very disappointed!!** LED Headlight 3D Bulb 30000LM For Hyundai Sonata 2002-2008 Como Hi/Lo Beam white (#184101384058) | Buyer: b***9 (32 ⭐)  US $49.93 (Best offer was accepted) | Past year  Reciprocal feedback |

Comment?



Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄

Search for anything

All Categories ⌄

Search

Advanced

muoo-54 (806 ⭐)
98.5% positive feedback

🏬 Items for sale   🏪 Visit store   ✉ Contact

♡ Save

Based in China, muoo-54 has been an eBay member since Mar 31, 2019

**Feedback ratings** ⓘ

| | | | |
|---|---|---|---|
| ⭐⭐⭐⭐⭐ 771 | Item as described | | |
| ⭐⭐⭐⭐⭐ 779 | Communication | | |
| ⭐⭐⭐⭐⭐ 796 | Shipping time | | |
| ⭐⭐⭐⭐⭐ 832 | Shipping charges | | |

See all feedback

➕ 815 Positive   ⊘ 11 Neutral   ➖ 12 Negative

Feedback from the last 12 months

➕ Product received in good time and condition and actually fit the vehicle listed.
Oct 05, 2020

● ○ ○ ○ ○

24 Followers | 0 Reviews | Member since: Mar 31, 2019 | 📍 China

## Items for sale(218)

See all items



2X 90 Degree An...
US $5.99          5h left

Lot Of 50pc ATV...
US $12.88        10h left



7mm Lens 2 in 1...
US $9.99          1d left

For Suzuki Moto...
US $12.99        1d left



2PC 12V Car Int...
US $8.65          1d left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › muoo-54

# muoo-54

24 followers | muoo-54 (806 ★) 98.5%

Save this seller

**Category**

**All**

Other

**All Listings** | Auction | Buy It Now

Time: ending soonest

1-48 of 264 Results

2X 90 Degree Angle Tyre Valve Extension Motorbike Adaptor Motorcycle Car Auto
$5.99
From China

Lot Of 50pc ATV Retainer Clips 8mm Push Pin Splash Guard Body Panel For Polaris
$12.88
or Best Offer
From China

2X DIY carbon fiber Laptop Notebook Sleeve Case film For 15-15.6" HP Dell
$17.69
$99.99 shipping
or Best Offer

7mm Lens 2 in 1 USB LED Inspection Camera Endoscope Borescope For Android PC
$9.99
or Best Offer
From China

For Suzuki Motorcycle Multifunction Repair Tool Kit Allen Key Hex Socket Wrench
$12.99
From China

For Toyota 4Runner 2001-2019 LED Reverse Backup Light 921 912 6000K Super Bright
$13.99
or Best Offer
From China

2PC 12V Car Interior COB LED Strip Lights Bar Lamp WHITE for Van Caravan US
$8.65
or Best Offer
From China

Super Bright White Canbus LED Bulb For Car Backup Reverse Light 921 T10 W5W
$8.37
or Best Offer
From China

6pcs LED Headlight Fog Light Bulbs 6K For GMC Sierra 1500 2500 3500 HD 2007-2014
$59.99
Was: ~~$74.99~~
or Best Offer
From China

6X LED Headlight Bulb Fog Lights+High/Low Beam Headlight For Toyota Venza 09-16
$31.99
Was: ~~$39.99~~

HOT 3X Bicycle Chain Cleaner Cycling Repair Tool Brushes Scrubber Wash MTB Trim
$5.99

From China



for BMW 1 3 5 7 Series X3 X5 X6 1X 86mm Ultra Blue Emblem LED Background Light
$9.69
or Best Offer

From China



1SET Blue 82mm Badge Background LED LAMP Emblem Logo sticker Colorful brightness
$9.99
or Best Offer

From China



2X White Switchback LED Turn Signal Light Bulbs For Chevy Silverado 1500 2500
$10.59
or Best Offer

From China



6Pcs LED Snowmobile Underglow Custom LED Neon Accent Lighting BRIGHT WHITE DC12V
$14.78
Was: $16.79
or Best Offer

From China



FIT Dodge Ram 1500 1994-2010 2x 3157 Switchback LED Front Turn Signal Light Bulb
$9.67
Was: $10.99
or Best Offer

From China
Brand: Dodge



1X 82mm Ultra Blue Emblem LED Background Light for BMW 1 3 5 7 Series X3 X5 X6
$11.99
or Best Offer

From China



1x 12v Blue COB LED Strip Light For Car Trunk Cargo Area Interior Illumination
$7.94
or Best Offer

From China



4D Premium Gloss Carbon Fiber Vinyl Sticker Wrap Decal Sheet Bubble Free Film
$5.27
Was: $5.99
or Best Offer

From China



Premium 3D Gloss Carbon Fiber Vinyl Sticker Wrap Decal Sheet Bubble Free Film
$5.27
Was: $5.99

From China



2PCS Plug & Play Super Bright 12 volt White LED Accent Lights Waterproof for RVs
$7.43
or Best Offer

From China



4PCS Switchback Turn Signal Light+Parking LED Bulbs For Ford Mustang 2015 2016
$28.79
or Best Offer

From China



For 2015-2017 Ford Mustang Switchback Turn Signal Light&Parking LED Bulbs
$23.75
Was: $26.99
or Best Offer

From China



1x Black Adjustable Car Auto Windshield Wiper Arm Puller Removal Metal Hand Tool
$10.87
or Best Offer

From China



FIT For Chevy Silverado 1500 2500 White/Amber Switchback LED Turn Signal Light

$16.98



2Pcs White 3156 3157 LED Reverse Backup Light Bulb For Ford Mustang2015-2018

$12.99
or Best Offer

From China



2x 3157 COB LED Turn Signal Light Bulb Super White For Dodge Caliber Tail Lights

$13.46
or Best Offer

From China



3D Waterproof Carbon Fiber Vinyl Car Wrap Sheet Roll Film Decal Paper DIY RED

$5.63
Was: $5.99

From China





6x Combo 9005 9006 LED Headlight 880 Fog Light Bulb For Chevy Tahoe 2001-2006

$62.80
Was: $73.88
or Best Offer




Combo 9005+9006+880 LED Headlight Fog Bulbs 6000K For GMC Yukon Denali 2004-2005

$62.52
Was: $73.55
or Best Offer




6x Combo LED Headlights 880 Fog Bulbs Kit 6000K For GMC Yukon SLT 2000-2006

$62.47
Was: $73.49
or Best Offer




9005 9006 880 LED Headlights Bulbs Kit+Fog Light For 2002 GMC Yukon XL 1500 2500

$62.47
Was: $73.49
or Best Offer




9005 9006 LED Headlight Hi/Lo Beam 899 Fog 6x Bulbs For Nissan Titan 2004-2015

$62.62
Was: $73.67
or Best Offer



6x Combo CREE LED Headlights Fog Bulbs 6000K white For Nissan Armada 2005-2010

$62.55
Was: $73.59
or Best Offer



Herramienta de kit de recorte de audio de radio estéreo para automóvil 11X

$12.99
$99.99 shipping
or Best Offer



COB 12V White LED Strip lamp For Car Trunk Cargo Area Interior Illumination 1set

$6.99
or Best Offer

From China



Blue Fits For Infiniti G37 2008-2015 T10 & 31MM LED Interior Light Package Kit

$8.42
Was: $10.53
or Best Offer

From China
Brand: Infiniti

11pcs For Acura TSX 2004-2008 LED Lights Interior Package Bright White Kit

$6.65
Was: $7.56

From China
Brand: Acura



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | saddle bag | All Categories | Search | Advanced

Include description

Items for sale from **muoo-54** (806) | Save this seller | Show results from all sellers

**Categories**

eBay Motors

Other Motorcycle Luggage

**Format** see all

- All Listings
- Auction
- Buy It Now

**Brand** see all

**Warranty** see all

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (3)

**Price**

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

muoo-54 (806)

Feedback rating: 806
Positive Feedback: 98.5%
Member since Mar-31-19 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
muoo-54

All Listings | Auction | Buy It Now — Sort: Best Match — View:

3 results for **saddle bag** Save this search

A Set black for most motorcycle side saddle bag 36-58L Big Capacity waterproof
Brand New
**$99.69** From China
or Best Offer
**Free Shipping**
Watch

36-58L waterproof Motorcycle Trunk Big Capacity black Luggage Saddle Bag 1 set
Brand New
**$99.88** From China
or Best Offer
**Free Shipping**
Watch

Waterproof Motorcycle Pannier Luggage Saddle Bag Side Seat 36-58L Universalblack
Brand New
**$99.59** From China
or Best Offer
**Free Shipping**
Watch

Tell us what you think

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

*Learn about pricing

This page was last updated: Oct-07 00:23. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

**Ship to**

█████████
375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
█████████

Change

## Review item and shipping

Seller: muoo-54    Edit message
Message:    Item Id: 183931549499 Buyer's Vehicle: KTM



A Set black set for most motorcycle side saddle bag 36-58L Big Capacity waterproof
**$99.69**

Quantity    1 ▾

**Delivery**

● Est. delivery: Oct 28 – Nov 17
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 13 – Oct 16
Expedited Shipping from outside US
**$59.99**

Extra 6% off

Offer applied: Extra 6% off                                    -$5.98

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $99.69 |
| Shipping | Free |
| Tax* | $5.86 |
| Discount | -$5.98 |
| **Order total** | **$99.57** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi ▊ ▼          Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄         🔔    🛒

**eBay**    Shop by category ⌄    🔍 Search for anything                    All Categories ▾    **Search**    Advanced

‹ Back to search results | Listed in category:   Clothing, Shoes & Accessories  >  Men  >  Men's Clothing  >  Shirts  >  T-Shirts          ✉ 📘 🐦 📌 | Add to Watchlist





‹ [thumbnail] [thumbnail] [thumbnail] [thumbnail] [thumbnail] [thumbnail] ›


💲 Have one to sell?    **Sell now**

**KTM REDBULL Factory Racing Logo T shirt Men's Short Sleeve**

Condition:   New with tags

Size (Men's):   - Select -   ▾

Colour:   - Select -   ▾

Quantity:   [ 1 ]      3 available / 7 sold

Price:  **US $15.99**        **Buy It Now**

                              **Add to cart**

                              ♡ Add to Watchlist

30-day returns   |   8 watchers   |   100% positive feedback

Shipping:  **$5.50** Economy Shipping from outside US | See details
           International shipment of items may be subject to customs
           processing and additional charges. ⓘ
           Item location: Nanjing, China
           Ships to: Worldwide   See exclusions

Delivery:  📦 Estimated between **Wed. Oct. 28 and Thu. Dec.
           24** ⓘ
           Please note the delivery estimate is **greater than 12 business
           days.**
           Please allow additional time if international delivery is subject
           to customs processing.

Payments:  

**PayPal CREDIT**
Special financing available. | See terms and apply now

 Earn up to 5x points when you use your eBay
Mastercard®. Learn more

Returns:  30 day returns. Buyer pays for return shipping |
          See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get
your money back. Learn more

**Seller information**
na-5222 (18 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

---

Similar sponsored items 1/2                                      Feedback on our suggestions

‹    ›

| KTM Racing Motocross MX SX Logo Race Tee T-Shirt | Primitive Skate Men's Dirty P Seasons Short Sleeve T Shi... | Caterpillar Men's Trademark S/S T-Shirt S01 | Volcom Men's Black & Orange Striped S/S T-Shirt... | DC Shoes Skid Marks Logo #2 Men's T-Shirt Black S-... | Volcom Men's Sonic Green Flexure Crew L/S T-Shirts... |
|---|---|---|---|---|---|
| $14.00 | $27.95 | $14.00 ~~$20.00~~ | $16.00 ~~$20.00~~ | $22.00 | $17.50 ~~$25.00~~ |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | Last one | Seller 99.7% positive | Seller 99.7% positive | New | Seller 99.7% positive |

---

Related sponsored items                                          Feedback on our suggestions


Feedback

10/8/2020






Suzuki GSXR T Shirt Men
Size 2XL Factory Effex Blac...

$14.99
+ $4.99 shipping

Adidas T-shirt Mens Small
Redbull New York Graphic...

$16.19
$17.99
+ $4.95 shipping

Redbull Records Men's
AwolNation Short Sleeve T...

$16.14
$18.99
Free shipping

RedBull KTM Shirt L

$27.99
Free shipping
Last one

| Description | Shipping and payments |
|---|---|

Report item

Seller assumes all responsibility for this listing.

eBay item number: 313041749006

Last updated on Sep 16, 2020 20:54:27 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original packaging (such as the original box or bag) and/or with the original tags attached. See all condition definitions | | |
| Color: | Multicolor | Size: | S-3XL |
| Vintage: | No | Department: | Men |
| Sleeve Length: | Short Sleeve | Style: | Basic Tee |
| Brand: | Gildan | Material: | 100% Cotton |
| Size Type: | Regular | Type: | T-Shirt |

Feedback

# PRODUCT DETAILS :

### PLEASE READ CORRECTLY

**Our great t-shirt is made of 100% preshrunk cotton from biggest and number one "*TEXTILE FACTORY*", high-quality and *softstyle cotton*
Standard fit.
Our t-shirt will be printed using high performance digital printing technology in full color with durable photo quality reproduction.
4.5 oz. 100% *Softstyle Cotton*, Standard Fit, High Quality
Very Comfortable and Looks Great with a pair of Jeans
Never worn, brand new and factory sealed.
Sealed in plastic wrap.**

**HOW TO ORDER :**

Available size : S, M, L, XL, and 2XL.

### To Choose t shirt size



| Size | S | M | L | XL | 2XL |
|---|---|---|---|---|---|
| MeasureA(inch) | 28.3 | 28.9 | 29.7 | 30.7 | 32.3 |
| MeasureB(inch) | 18.1 | 20.3 | 22 | 24.2 | 26.8 |

**PLEASE READ BEFORE CHOOSE YOUR T SHIRT SIZE :**

**We have 2 warehouse with different t shirt measurement**

Men's Gildan T-shirt (USA Size)

Sizes : S,M, L, XL, 2XL

**Standard American Size**

Material : 100% cotton gildan t-shirt

We are not work on Saturday and Sunday.

### SHIPPING AND HANDLING :

The items will shipped within 2 to 3 days after payment received.

Shipping times for USA Address Standart Shipping it takes 11 - 23 business days USA shipment by UPS or USPS

Shipping times for Outside USA Address (Worldwide) it takes 15 - 30 business days for shipment by Registered Post Mail.

Sometimes, it takes up to 30 business days.

Please be patient when awaiting shipment (TRACKING NUMBER AVAILABLE)

**PAYMENT :**

We only accept paypal for payment.

**FEEDBACK :**

We are appreciated positive feedback from our buyers. I just started my ebay business, so Positive Feedback was very important for me.
If you not satisfied with our product and services please do not leave negative/neutral feedback before Give us an opportunity to resolve the problem first.

**RETURN POLICY :**
we can issue you a full refund if the items was not delivered or the items was damage due the shipment process.

**CONTACT US :**
If you have any question, please feel a free to contact me .We will answer your questions at the same day.

Thank you.

Money Back Guarante

Feedback

Sponsored items based on your recent views 1/3

Feedback on our suggestions

10/8/2020








KTM T-SHIRT Ready to Race Inspired Motorcycles T-shi...
$13.99
+ $5.99 shipping
New

KTM T-SHIRT Ready to Race Inspired Motorcycles Size ...
$13.80
+ $5.95 shipping
New

KTM Racing Motocross MX SX Logo Race Tee T-Shirt
$14.00
Free shipping
New

DC Shoes Skid Marks Logo #2 Men's T-Shirt Black S-...
$22.00
Free shipping
New

RED BULL ENERGY DRINK RACING BULL LOGO MEN'...
$16.99
+ $3.99 shipping
Seller 100% positive

Men's RedBull Racing Match Form Short Sleeve T Shirt
$13.99
+ $9.99 shipping
New

## Explore more sponsored options: Brand

| Alpinestars | DC Shoes | More | Nike | More |





Alpinestars Men's Blaze Classic Short Sleeve T...
$18.99
Free shipping

Alpinestars Men's Blaze Classic Short Sleeve T...
$18.99
Free shipping

DC Shoes Skid Marks Logo #2 Men's T-Shirt...
$22.00
Free shipping

DC Shoes Skid Marks Logo Men's T-Shirt
$22.00
Free shipping

Nike Sportswear Miami All Over Print T-Shirt Blue...
$25.99
Free shipping

Nike Men's Sportswear Washed T-...
$29.99
Free shipping

## Explore more sponsored options: Color

### Black





OZZY OSBOURNE THE ULTIMATE SIN BLACK...
$16.14
$16.99
+ $4.99 shipping

Rare!! Ozzfest Concert Tour Short Sleeve Black Unisex...
$16.14
$16.99
+ $4.99 shipping

New T Shirt Petronas Formula 1 100%AMG 3D...
$31.99
+ $11.99 shipping

## People who viewed this item also viewed 1/2

Feedback on our suggestions








Fox Racing Men T Shirt
$14.00
+ $3.99 shipping

Red Bull KTM Racing Team Logo T-Shirt, Mens
$27.69
Free shipping

DC SHOES MENS MCXCIV LONG SLEEVES LOGO T...
$11.50
$23.00
Free shipping

KTM Racing Motocross MX SX Logo Race Tee T-Shirt
$14.00
Free shipping
Popular

RedBull KTM Shirt L
$27.99
Free shipping
Last one

Monster Energy Mens XL Short Sleeve Black T-Shirt...
$19.95
Free shipping


Feedback





KTM REDBULL Factory Racing Logo T shirt Men's Short Sleeve

| | |
|---|---|
| Condition: | New with tags |
| Size (Men's): | - Select - |
| Colour: | - Select - |
| Quantity: | 1    3 available / 7 sold |

Price: US $15.99

**Buy It Now**

**Add to cart**

Add to Watchlist

30-day returns    8 watchers    100% positive feedback

Shipping: $5.50 Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Nanjing, China
Ships to: Worldwide    See exclusions

Delivery: Estimated between **Wed. Oct. 28 and Thu. Dec. 24**
Please note the delivery estimate is **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day returns. Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
na-5222 (18 ⭐)
100% Positive feedback

Save this Seller
Contact seller
See other items

Have one to sell? **Sell now**



Similar sponsored items 1/2    Feedback on our suggestions

KTM Racing Motocross MX SX Logo Race Tee T-Shirt
$14.00
Free shipping
New

Primitive Skate Men's Dirty P Seasons Short Sleeve T Shi...
$27.95
Free shipping
Last one

Caterpillar Men's Trademark S/S T-Shirt S01
$14.00
$20.00
Free shipping
Seller 99.7% positive

Volcom Men's Black & Orange Striped S/S T-Shirt...
$16.00
$20.00
Free shipping
Seller 99.7% positive

DC Shoes Skid Marks Logo #2 Men's T-Shirt Black S-...
$22.00
Free shipping
New

Volcom Men's Sonic Green Flexure Crew L/S T-Shirts...
$17.50
$25.00
Free shipping
Seller 99.7% positive



Related sponsored items    Feedback on our suggestions








Suzuki GSXR T Shirt Men Size 2XL Factory Effex Blac...

**$14.99**
+ $4.99 shipping

Adidas T-shirt Mens Small Redbull New York Graphic...

**$16.19**
~~$17.99~~
+ $4.95 shipping

Redbull Records Men's AwolNation Short Sleeve T...

**$16.14**
~~$18.99~~
Free shipping

RedBull KTM Shirt L

**$27.99**
Free shipping
Last one

---

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Nanjing, China

Shipping to: Worldwide

Excludes: Africa, Central America and Caribbean, Russian Federation, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Czech Republic, Estonia, France, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Netherlands, Norway, Poland, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Israel, Jordan, Kuwait, Lebanon, Oman, Qatar, United Arab Emirates, Yemen, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Malaysia, Philippines, Singapore, Taiwan, Vietnam, Bermuda, Greenland, Saint Pierre and Miquelon, Argentina, Bolivia, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela

| Quantity: | 1 | Change country: | United States | ZIP Code: | 60106 | Get Rates |
|---|---|---|---|---|---|---|

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $5.50 | United States | Economy Shipping from outside US | Estimated between **Wed. Oct. 28 and Thu. Dec. 24** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|

Will usually ship within 3 business days of receiving cleared payment.

| Taxes |
|---|

Taxes may be applicable at checkout. Learn more

### Return policy

| After receiving the item, contact seller within | Refund will be given as | Return shipping |
|---|---|---|
| 30 days | Money back | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|



 **PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

**Sponsored items based on your recent views** 1/3     Feedback on our suggestions

Feedback 



Hi ███ ▾   Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ▾   My eBay ▾   🔔   🛒

**ebay**   Shop by category ▾   🔍 Search for anything   | All Categories ▾ |   **Search**   Advanced

na-5222 (18 ⭐)                    🔒 Items for sale   ✉ Contact
100% positive feedback

♡ Save                    Based in Indonesia, na-5222 has been an eBay member since May 23, 2018

**Feedback ratings** ⓘ                                                        See all feedback

⭐⭐⭐⭐⭐ 13   Item as described      ➕ **16**   ⊘ **0**   ➖ **0**      ➕   Great grafics on t shirt at a fair price.
⭐⭐⭐⭐⭐ 13   Communication          Positive   Neutral   Negative            Oct 05, 2020
⭐⭐⭐⭐⭐ 13   Shipping time
⭐⭐⭐⭐⭐ 13   Shipping charges       Feedback from the last 12 months

1 Follower | 0 Reviews | Member since: **May 23, 2018**   📍 Indonesia          ● ● ● ● ●

## Items for sale(1441)                                                      See all items

            

Hot T shirt Boa...   Hot T shirt Boa...   Hot T shirt Boa...   Hot T shirt Boa...   Hot T shirt Boa...
US $15.99      18h left   US $15.99      18h left   US $15.99      18h left   US $15.99      18h left   US $15.99      18h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ          



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

Items for sale from **na-5222** (18 ) | Save this seller

**Categories**

Clothing, Shoes & Accessories
Men's T-Shirts

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (1,441)

**Price**
$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

na-5222 (18 )
Feedback rating: 18
Positive Feedback: 100%
Member since May-23-18 in United States

Read feedback profile
Add to my favorite sellers

## Sponsored items for you

KTM T-SHIRT Ready to Race Inspired Mo...
**$13.99**
Buy It Now

KTM T-SHIRT Ready to Race Inspired Mo...

All Listings | Auction | Buy It Now    Sort: Best Match    View:

**1,441** results    Save this search

KTM REDBULL Factory Racing Logo T shirt Men's Short Sleeve
Brand New
**$15.99** to **$23.99**    From China
Buy It Now
+$5.50 shipping
**2+ Watching**

NEW LISTING new se racing logo gildan t shirt short sleeve sz S-2XL
Brand New
**$20.99**    From China
Buy It Now
+$5.50 shipping

NEW LISTING Z71 Off Road Chevy Colorado Logo Short Sleeve Black T-Shirt Size S to 2XL
Brand New
**$15.99**    From China
Buy It Now
+$5.50 shipping

HJC Helmets Racing Logo Tee Short Sleeve T-Shirt
Brand New
**$15.99** to **$23.99**    From China
Buy It Now
+$5.50 shipping

NEW LISTING RARE MAVIC Bike Sport Racing Logo GILDAN T-Shirt Size S to 2XL
Brand New
**$15.99**    From China
Buy It Now
+$5.50 shipping

Hot MaiNe NorDiQues Logo Men T shirt Short Sleeve
Brand New
**$15.99** to **$23.99**    From China
Buy It Now
+$5.50 shipping

T shirt se racing beastmode - BMX Logo Men's Clothing Tee Short Sleeve
Brand New

10/8/2020

$13.80
Buy It Now



KTM Racing Motocross
MX SX Logo Race ...
$14.00
Buy It Now
Free shipping
Popular



DC Shoes Skid Marks
Logo #2 Men's T-S...
$22.00
Buy It Now
Free shipping



Fox Racing Men's Short
Sleeve Tee T S...
$13.59 🤑
Buy It Now



RED BULL ENERGY
DRINK RACING BULL
$16.99
Buy It Now



TROY LEE DESIGNS
2020 Team TLD KTM T-...
$30.00
Buy It Now
Free shipping
Almost gone



TUNICA new dad hats
women & men baseb...
$12.82
Buy It Now
Free shipping



$15.99 to $23.99
Buy It Now
+$5.50 shipping

From China

Hot Hills Logo Tee Short sleeve T shirt Sz USA
Brand New
$15.99 to $23.99
Buy It Now
+$5.50 shipping

From China

NEW LISTING  Marzocchi bomber Motorcycle Company Logo Men's Black T-Shirt Size S to 2XL
Brand New
$15.99
Buy It Now
+$5.50 shipping

From China



NEW LISTING  This is Costco Wholesale Logo gildan mens T Shirt To SZ S-2XL
Brand New
$15.99
Buy It Now
+$5.50 shipping

From China




Fob Logo Short Sleeve T shirt S-3XL
Brand New
$15.99 to $23.99
Buy It Now
+$5.50 shipping

From China



BMX INNOVATIONS SE LOS ANGELES LOGO SHORT SLEEVE T SHIRT Men's Clothing S-3XL
Brand New
$15.99 to $23.99
Buy It Now
+$5.50 shipping

From China



Dancummins Buick Cheve T shirt short sleeve
Brand New
$15.99 to $23.99
Buy It Now
+$5.50 shipping

From China



RVCA Men's Cold Soul Logo Short Sleeve T Shirt S-3XL
Brand New



$13.99



KTM T-SHIRT Ready to
Race Inspired Mo...
$15.99
Buy It Now
Free shipping



CZ USA Pistol Rifle
Hunting Tactical ...
$13.99
Buy It Now



Hoosier Racing Tire logo
racing shirt...
$11.99
Buy It Now



KTM RACING T-Shirt
Motocross MX SX Bi...
$13.95 ⭐
Buy It Now

KTM Racing Motocross
MX SX Logo Race ...
$11.99
Buy It Now



$15.99 to $23.99
Buy It Now
+$5.50 shipping

From China

M&P Smith Wesson FIREARM MILITARY WEAPONS T-SHIRT Short Sleeve SZ S-2XL
Brand New
$20.99
Buy It Now
+$5.50 shipping

From China

Hot Item !! Air New ZealanD T shirt Short Sleeve
Brand New
$15.99 to $23.99
Buy It Now
+$5.50 shipping

From China



Limited Edition Bushnell Logo Tee Short sleeve T shirt Variation & Colors
Brand New
$15.99 to $23.99
Buy It Now
+$5.50 shipping

From China



Hot T shirt Boards Of Canada Logo Men's Clothing Tee Short Sleeve
Brand New
$15.99 to $23.99
Buy It Now
+$5.50 shipping

From China



HUMMINBIRD Logo Men's Clothing T-shirt
Brand New
$15.99 to $23.99
Buy It Now
+$5.50 shipping

From China

Gravely Tr4ctor Logo Tee Short Sleeve T-Shirt Sz S-3XL
Brand New
$15.99 to $23.99
Buy It Now
+$5.50 shipping

From China



NEW GOODYEAR Tire Rubber Company T shirt Men's Short Sleeve SZ s-2XL
Brand New



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **na-5222** (18 ) | Save this seller | Show results from all sellers

Include description

**Categories**

Clothing, Shoes & Accessories

Men's T-Shirts

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (36)

**Price**

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

na-5222 (18 )

Feedback rating: 18
Positive Feedback: 100%
Member since May-23-18 in United States

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now

Sort: Best Match View:

**36** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of / 60106-1445

Clear selections

0 matching results

Find Results

KTM REDBULL Factory Racing Logo T shirt Men's Short Sleeve

Brand New

**$15.99** to **$23.99**

Buy It Now

+$5.50 shipping

2+ Watching

From China

Brand: Gildan

Tell us what you think

## Sponsored items for you

KTM T-SHIRT Ready to Race Inspired Mo...

**$13.99**

Buy It Now

KTM T-SHIRT Ready to Race Inspired Mo...

10/8/2020

 **Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ Add a credit or debit card

○ *PayPal*

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

**Ship to**
████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
████
Change

### Review item and shipping

Seller: na-5222 | Message to seller



KTM REDBULL Factory Racing Logo T shirt Men's Short Sleeve
Colour: Black, Size: (Men's): S
**$15.99**

Quantity | 1 ▼

**Delivery**
Est. delivery: Oct 28 – Dec 24
Economy Shipping from outside US
**$5.50**

### Gift cards, coupons, eBay Bucks

Enter code: _____ [ Apply ]

### Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount | None ▼

| | |
|---|---|
| Subtotal (1 item) | $15.99 |
| Shipping | $5.50 |
| Tax* | $1.34 |

**Order total** **$22.83**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED














Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Seats & Seat Parts > Other Seat Parts | Add to Watchlist

This fits a KTM Select Year

$ Have one to sell? Sell now

# Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 SX 250 EXC-F 200 EXC 450/200SXF

Condition: New

Compatibility: See compatible vehicles

Color: - Select -

Quantity: 1 Last one / 1 sold

Price: US $14.99

Buy It Now

Add to cart

Add to Watchlist

Free shipping and returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: shipping to worldwide with tracking service, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Tue. Nov. 3 and Mon. Nov. 23
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: Free 30 day returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
nanalu66880 (161 ★)
99% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 S...
$12.99
Free shipping
New

Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 S...
$14.99
+ $3.00 shipping
Almost gone

Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 S...
$14.99
+ $3.00 shipping
Seller 99.1% positive

Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 S...
$14.99
+ $3.00 shipping
New

Motocross Rubber Gripper Soft Seat Cover For Honda...
$11.00
~~$11.70~~
+ $6.20 shipping
New

For KTM SX XC EXC XC-W SX-F 85 105 125 150 200 25...
$12.99
Free shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback

| Motorcycle Seat Cover For Kawasaki KLX125 KX85 Sof... | For Kawasaki KLX250 KX85 KLX125 KX85 KLX125 KX65... | For Yamaha TTR110E TTR125 TTR125E TTR125L TTR50E... | For Suzuki DRZ125 RM85/L RMZ250 RMZ450 DRZ125L... | For Honda CR125R CR250R CR500R CR80R CRF100F... | For BMW F800GS Prevent bask Cushion cover Heat... |
|---|---|---|---|---|---|
| $14.99 | $14.99 | $14.99 | $14.99 | $14.99 | $21.99 |
| + $3.00 shipping | + $3.00 shipping | + $3.00 shipping | + $3.00 shipping | + $3.00 shipping | + $3.00 shipping |

**Description** | Shipping and payments      Report item

Seller assumes all responsibility for this listing.

eBay item number: **174153335560**

Last updated on Oct 12, 2020 01:49:52 PDT View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

Year -Select-   Make -Select-   Model -Select-   Submodel -Select-   Go

[show all compatible vehicles]

✅ This part is compatible with 791 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
|  | 2018 | KTM | 50 | SX |
|  | 2018 | KTM | 50 | SX Mini |
|  | 2017 | KTM | 50 | SX |
|  | 2017 | KTM | 50 | SX Mini |
|  | 2016 | KTM | 50 | SX |
|  | 2016 | KTM | 50 | SX Mini |
|  | 2015 | KTM | 50 | SX |
|  | 2015 | KTM | 50 | SX Mini |
|  | 2014 | KTM | 50 | SX |
|  | 2014 | KTM | 50 | SX Mini |
|  | 2013 | KTM | 50 | SX |
|  | 2013 | KTM | 50 | SX Mini |
|  | 2013 | KTM | 50 | SXS |
|  | 2012 | KTM | 50 | SX |
|  | 2012 | KTM | 50 | SX Mini |
|  | 2012 | KTM | 50 | SXS |
|  | 2011 | KTM | 50 | SX |
|  | 2011 | KTM | 50 | SX Mini |
|  | 2011 | KTM | 50 | SXS |
|  | 2010 | KTM | 50 | SX |

Page 1 of 40    ‹ 1 2 3 4 5 6 7 8 9 10 › 

Portions of the information contained in this table have been provided by nanalu66880

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Primary Color: | AS THE PHOTOS | Country/Region of Manufacture: | China |
| size: | 82cm x 48cm | Manufacturer Part Number: | ZD-AS-52 |
| Type: | Seat Cover | Material: | Leather |
| Warranty: | 90 Day | Placement on Vehicle: | Rear |

| For Kawasaki Z650 #style 1 Rim Decal motorcycle wheel sticker #LU | For Kawasaki ninja 400 Cool wheel protector motorcycle wheel sticker | For KTM ER-6N ER6N #style 1 Stripes Sticker motorcycle wheel | For kawasaki Z750 #style 4 Cool wheel stickers Stripes Sticker Rim | For Kawasaki Z900 #style 3 Motorcycle accessories Stripes Sticker | For Kawasaki Z750 Fashion wheel protector Cool wheel stickers #LU |
|---|---|---|---|---|---|
| 13.99 USD | 13.99 USD | 13.99 USD | 13.99 USD | 13.99 USD | 13.99 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Feedback

| For Kawasaki Z1000 #style 1 Stereo Rubber rim pasters Cool wheel | For kawasaki Z1000 #style 4 Fashion wheel protector motorcycle wheel | Aluminum Tool Box Rear Seat Left Side Mount Case For BMW R1200GS | For Kawasaki ninja 400 #style 3 Motorcycle accessories motorcycle rim | For Kawasaki Z650 Motorcycle wheel paster motorcycle rim protector #Lu | For Kawasaki Z750 #style 2 Stripes Sticker Stereo Rubber rim pasters #lu |
|---|---|---|---|---|---|
| 13.99 USD | 13.99 USD | 55.0 USD | 13.99 USD | 13.99 USD | 13.99 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

### Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 SX 250 EXC-F 200 EXC 450/200SXF

Product Description

Payment

We accept PayPal only.
We only ship item to your PayPal verified address.
Payment must be cleared within 3 days from the date of purchase.

Shipping

Item will be shipped within 3 business days after payment is cleared, excluding weekends and public holidays.
we only ship to PayPal confirmed address. For international buyers, we only ship to PayPal verified users. So before bidding, please kindly verify your PayPal account.
We ship this item via USPS or EMS or China Post Air Mail. If you want faster shipping way like DHL, UPS, FedEx. ..Please contact us before making payment.
A tracking No. is provided once the item is dispatched. The checking URL as below:
For DHL is https://www.dhl.com/en.html
For USPS is https://www.usps.com
For EMS is https://www.11183.com.cn/english.html
For China Post is https://www.17track.net/en/
The price does not cover any applicable tax or duty that might be charged by your customs. Buyers are responsible for such charges.
Delivery time as below:
country Shipping days (Except International Holidays)
5~7 8~15 16~20 21~25 26~30 >40
USA 10.2% 80.2% 6.5% 3.1% 0.0% refund
UK 6.9% 63.1% 19.2% 7.5% 3.3% refund
Canada 2.0% 45.0% 31.3% 17.7% 4.0% refund
Australia 21.5% 52.1% 16.3% 5.2% 4.9% refund
Brazil/Russia 0.5% 12.1% 43.3% 28.1% 16.0% refund
Note: Brazil will take much longer than other countries, so the refund time is up to 55 days. Economy Shipping like China Post will take much

longer delivery time, so for items shipped by China Post the return time is up to 55 days.

## Returns

If you have any questions, please feel free to email our service specialists 24 Hours a Day, 7 Days a Week. We will reply you ASAP.
Return/refund is accepted within 30 days after the buyer receives the item. NO exchange will be accepted after 30 days from the date when the item is received. We pays for return freight.

**Please contact us first before returning your product!!!**

## Warranty&Guarantee

We focus on high quality products, 3 Months Warranty. Buy in confidence!
If you are not satisfied with the item, please contact us for replacement or money back.
If the item is defective within 3 months, we will send you a replacement without any extra charge, or offer a full refund after we receive the defective item.

Enjoy your shopping here!

## Contact us

Contact us through ebay message in English
If you have any questions, our Customer Service staffs welcome you to email us. We strive to answer all questions and resolve any problems as quickly as possible.
Business Hours: BeiJing Time GMT+8:00)
Monday-Friday 9:00-22:00
Saturday-Sunday 9:00-17:00
Note:
1.We try our best to reply to your emails as soon as possible, however, due to high volume of daily incoming emails and time zone difference, we may not be able to reply your emails immediately. Please allow 1 business days for us to response. If you do not receive any reply from us, please check your email ensuring your mailbox has not reached full size.
2.Due to some ISP SPAM filter settings, you may not be able to receive our replies; if you have problems receiving our emails, you may need to use a different email account to contact us.
3.Please give us the opportunity to resolve any problem. We understand the concerns and frustrations you might have, and will try our best to resolve the issues. Please email us before leaving any negative feedback or open any dispute on PayPal.
4.We care about our valued customers, and will always try to help you. So if you have any problems, please e-mail us immediately.

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

powered by
PushAuction

| For Aprilia RSV4 R Tuono V4 2009-2011 Decals 3D Sticker Motorcycle 18.0 USD Free shipping | For Triumph Triple Street Speed Daytona Motorcycle Accessories Fuel 18.0 USD Free shipping | For Triumph Tiger 1050 2006-2012 Motorcycle Tank Sticker Tank Pad 18.0 USD Free shipping | For Ducati 748 916 996 998 Fashion Tank Sticker Tank Pad Protector 18.0 USD Free shipping | For Kawasaki Z1000 2010-2013 Decals 3D Sticker Motorcycle Tank 18.0 USD Free shipping | For Suzuki GSXR 600 GSXR 750 2006-2017 Fuel Tank Protector 18.0 USD Free shipping |
| --- | --- | --- | --- | --- | --- |
| For Ducati Monster 1993 - 2008 Motorcycle sticker Fish Bone Sticker 18.0 USD Free shipping | For Triumph Speed Triple 1050 2005 - 2016 Fuel Tank Protector Fuel Tank 18.0 USD Free shipping | For Yamaha Fazer 600 1000 FZS Fuel Tank Sticker Motorcycle sticker Fuel 18.99 USD Free shipping | For Ducati Monster 600 1000 1993 - 2008 Fuel Tank Pad Decals 3D Sticker 18.0 USD Free shipping | For Triumph Speed Triple 1050 2005-2016 Fuel Tank Protector Motorcycle 18.0 USD Free shipping | For Yamaha YZF R1 R6 Motorcycle Accessories Fashion Tank Sticker 18.0 USD Free shipping |
| For Honda CBR1100XX Blackbird 1996 - 08 Stereo Rubber Tank Sticker 18.0 USD Free shipping | For Yamaha FJR 1300 Decals 3D Sticker Fuel Tank Protector Fuel Tank 18.0 USD Free shipping | For KTM RC8R 1190 V2 2008-15 Motorcycle sticker Decals 3D Sticker 18.0 USD Free shipping | For Yamaha MT09 2013-2015 Fashion Tank Sticker Fish Bone Sticker 18.0 USD Free shipping | For Suzuki GSXR 600 GSXR 750 2007 Fish Bone Sticker Motorcycle 18.0 USD Free shipping | For Yamaha Fazer 600 1000 FZS Fish Bone Sticker Fuel Tank Sticker 18.0 USD Free shipping |

Feedback

Motorcycle Tank Sticker Free Shipping 4 Styles High quality
**18.0 USD**
Free shipping

For Suzuki GSXR 1000 2007 Decals 3D Tank Pad Tank Pad Protector
**18.0 USD**
Free shipping

For Suzuki GSXR 600 GSXR 750 GSXR 1000 Fashion Tank Sticker Fish
**18.0 USD**
Free shipping

For Triumph Speed Triple 1050 2005 - 2016 Fuel Tank Pad Tank Pad
**18.0 USD**
Free shipping

Universal Elastic Mesh Net trunk Bag Car organizer Seat Back Storage Mesh
**5.99 USD**
Free shipping

For Ducati 848 1098 1198 Fashion Tank Sticker Fuel Tank Sticker
**18.0 USD**
Free shipping

For Kawasaki ZX10R 2010 - 2015 2011 2012 2013 2014 Motorcycle Tank
**18.0 USD**
Free shipping

Fuel Tank Sticker 3 Style Motorcycle Sticker Corse Factoryracing
**18.0 USD**
Free shipping

For Suzuki GSXR 600 GSXR 750 GSXR 1000 Motorcycle sticker Tank
**18.0 USD**
Free shipping

For Ducati Sport Classic 1000 Fish Bone Sticker Decals 3D Sticker
**18.0 USD**
Free shipping

For Honda VFR1200X Crosstourer 2012 - 2014 Tank Pad Protector Fuel
**18.0 USD**
Free shipping

For Yamaha YZF R1 R6 Decals 3D Sticker Fashion Tank Sticker Tank Pad
**18.0 USD**
Free shipping

## Sponsored items based on your recent views 1/3

Feedback on our suggestions





For KTM RC8 1190 2008 - 2015 Fuel Tank Protector...
**$18.00**
+ $3.00 shipping
New

For KTM 1290 Super Adventure S 2017 2018 Tan...
**$18.00**
+ $3.00 shipping
New

For KTM DUKE RC fashion motorcycle mudguard...
**$48.00**
+ $3.00 shipping
New

For KTM CR EXC WRF Enduro tail light Motorcycl...
**$10.00**
+ $3.00 shipping
New

For KTM RC8 1190 2008 - 2015 Fuel Tank Sticker...
**$18.00**
+ $3.00 shipping
New

For KTM RC8R 1190 V2 2008-15 Motorcycle sticke...
**$18.00**
+ $3.00 shipping
New

Back to search results

Return to top

More to explore : KTM EXC, KTM EXC Motorcycles, 450 EXC Motorcycle Repair Manuals & Literature, Davico 49 States Exc California Catalytic Converters for Ford F-150, 250 EXC Motorcycle Repair Manuals & Literature, Davico 49 States Exc California Car & Truck Exhausts & Parts for BMW, Davico 49 States Exc California Car & Truck Catalytic Converters for Honda, Davico 49 States Exc California Car & Truck Exhausts & Exhaust Parts for Chevrolet, Davico 49 States Exc California Car & Truck Catalytic Converters for Jeep, Davico 49 States Exc California Car & Truck Exhausts & Parts for Mazda

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback




Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                                        Sell    Watchlist ∨    My eBay ∨



Shop by category

Search for anything | All Categories ∨ | **Search** | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Seats & Seat Parts > Other Seat Parts    | Add to Watchlist

✓ This fits a KTM    | Select Year






### Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 SX 250 EXC-F 200 EXC 450/200SXF

| Condition: | New |
| Compatibility: | See compatible vehicles |
| Color: | - Select - ∨ |
| Quantity: | 1    Last one / 1 sold |

Price: **US $14.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Free shipping and returns    Longtime member

| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: shipping to worldwide with tracking service, China |
| | Ships to: Worldwide   See exclusions |
| Delivery: | Estimated between **Tue. Nov. 3 and Mon. Nov. 23** ⓘ |
| | Please note the delivery estimate is **greater than 14 business days**. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  MasterCard  American Express  Discover |
| | **PayPal CREDIT** |
| | Special financing available.   See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | Free 30 day returns   See details |

**Shop with confidence**

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
nanalu66880 (161 ★)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?   Sell now

---

### Similar sponsored items 1/2                                                         Feedback on our suggestions









| Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 S... | Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 S... | Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 S... | Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 S... | Motocross Rubber Gripper Soft Seat Cover For Honda... | For KTM SX XC EXC XC-W SX-F 85 105 125 150 200 25... |
| **$12.99** | **$14.99** | **$14.99** | **$14.99** | **$11.00** ~~$11.70~~ | **$12.99** |
| Free shipping | + $3.00 shipping | + $3.00 shipping | + $3.00 shipping | + $6.20 shipping | Free shipping |
| New | Almost gone | Seller 991% positive | New | New | New |

---

### Sponsored items from this seller 1/2                                              Feedback on our suggestions

Feedback









| Motorcycle Seat Cover For Kawasaki KLX125 KX85 Sof... | For Kawasaki KLX250 KX85 KLX125 KX85 KLX125 KX65... | For Yamaha TTR110E TTR125 TTR125E TTR125L TTR50E... | For Suzuki DRZ125 RM85/L RMZ250 RMZ450 DRZ125L... | For Honda CR125R CR250R CR500R CR80R CRF100F... | For BMW F800GS Prevent bask Cushion cover Heat... |
| --- | --- | --- | --- | --- | --- |
| $14.99 | $14.99 | $14.99 | $14.99 | $14.99 | $21.99 |
| + $3.00 shipping | + $3.00 shipping | + $3.00 shipping | + $3.00 shipping | + $3.00 shipping | + $3.00 shipping |

**Description** | **Shipping and payments** | **Report item**

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **shipping to worldwide with tracking service, China**

Shipping to: Worldwide

Excludes: Africa, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, United Arab Emirates, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, American Samoa, Cook Islands, Fiji, French Polynesia, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Laos, Bermuda, Greenland, Saint Pierre and Miquelon, Bolivia, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Albania, Andorra, Belarus, Bulgaria, Estonia, Gibraltar, Guernsey, Jersey, Liechtenstein, Lithuania, Macedonia, Malta, Moldova, Monaco, Montenegro, San Marino, Serbia, Svalbard and Jan Mayen, Vatican City State, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, Georgia, Kazakhstan, Kyrgyzstan, Mongolia, Nepal, Pakistan, Tajikistan, Turkmenistan, Uzbekistan

Quantity: 1   Change country: United States   ZIP Code: 60106   Get Rates

| Shipping and handling | To | Service | Delivery* |
| --- | --- | --- | --- |
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Tue. Nov. 3 and Mon. Nov. 23** |

* **Estimated delivery dates** include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
| --- |
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
| --- |
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
| --- | --- |
| 30 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

PayPal VISA mastercard AMERICAN EXPRESS DISCOVER

**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

### Sponsored items based on your recent views 1/3

Feedback on our suggestions


Feedback





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

eBay MONEY BACK GUARANTEE

nanalu66880 (161 ★)

**Positive Feedback (last 12 months): 99%**

Member since: Mar-09-16 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 15 | 70 | 113 |
| Neutral | 0 | 0 | 0 |
| Negative | 0 | 0 | 1 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (94) | Reasonable shipping cost ★★★★★ (100) |
| Shipping speed ★★★★★ (92) | Communication ★★★★★ (88) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1)

Revised Feedback: 0

Search Feedback received as seller with an item title or ID:

e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1)

Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **The product is delivery damage and the seller not response**<br>For Kawasaki Z750 Z800 z1000 Z800e Z1000SX ninja1000 versy1000 Grille Protector (#173952749296) | Buyer: l***o (1034★)<br>US $25.99 | Past year<br>Reciprocal feedback |

**Page 1 of 1**

← 1 →

**Member Quick Links**

Contact member
View items for sale
View seller's Store

**Suggested Next**

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

10/13/2020

nanalu66880 (161★)
99% positive feedback

⛓ Items for sale | 🏬 Visit store | ✉ Contact

Based in China, nanalu66880 has been an eBay member since Mar 09, 2016

♡ Save

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 94 | Item as described | |
| ★★★★★ 88 | Communication | |
| ★★★★★ 92 | Shipping time | |
| ★★★★★ 100 | Shipping charges | |

⊕ 113 Positive  ⊖ 0 Neutral  ⊖ 1 Negative

⊕ Very good
Oct 12, 2020

See all feedback

Feedback from the last 12 months

● ○ ○ ○ ○

5 Followers | 0 Reviews | Member since: **Mar 09, 2016** | 📍 China

## Items for sale (2486)

See all items









| For APRILIA CAP... | For APRILIA CAP... | For APRILIA CAP... | For APRILIA CAP... | For APRILIA CAP... |
|---|---|---|---|---|
| US $13.99  7h left | US $13.99  7h left | US $13.99  7h left | US $13.99  7h left | US $13.99  7h left |

About eBay  Announcements  Community  Security Center  Resolution Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ






Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search this Store This Store Search Advanced

eBay › eBay Stores › SpeedF1

# SpeedF1

5 followers | nanalu66880 (161 ★) 99.0%

Save this seller

**Category**

**All**

Other

Search this Store Search Time: ending soonest

All Listings | Auction | Buy It Now

1-48 of 499 Results

For APRILIA CAPONORD 1200 Motorcycle wheel sticker protector
$13.99
$3.00 shipping
From China

For APRILIA RSV4 Rim Decal Motorcycle wheel paster motorcycle wheel sticker
$13.99
$3.00 shipping
From China

Motorcycle wheel paster rim protector For APRILIA DORSODURO
$13.98
$3.00 shipping
From China

2D Printing waterproof stickers Cool wheel stickers For Aprilia TUONO V4
$13.98
$3.00 shipping
From China

For Aprilia TUONO V4 all year Motorcycle wheel paster
$13.99
$3.00 shipping
From China

For Aprilia RS Stereo Rubber rim pasters Cool wheel stickers Stripes Sticker
$13.99
$3.00 shipping
2 watching
From China

motorcycle wheel sticker Fashion wheel protector For Aprilia SHIVER 750
$13.98
$3.00 shipping
From China

For Aprilia SHIVER 750 New Style Rim Decal Stripes Sticker Cool wheel stickers
$13.99
$3.00 shipping
From China

For Aprilia CAPONORD Motorcycle accessories Stripes Sticker#lu
$13.99
$3.00 shipping
From China

2D Printing Fashion waterproof wheel protector Stripes Sticker For Aprilia RS
$13.98
From China

$3.00 shipping


For BMW R1200GS seat scooter Heat insulation Cushion cover seat cover

$21.99
$3.00 shipping

From China
Brand: BMW


For BMW F800GS Motorcycle seat cover seat scooter Cushion cover

$22.00
$3.00 shipping
1 watching

From China
Brand: BMW


For BMW F800GS Prevent bask Cushion cover Heat insulation seat scooter

$21.99
$3.00 shipping

From China
Brand: BMW


For BMW R1200GS/ADV 2013-18 Guard Protector Frame Infill Panel Set

$15.59
$3.00 shipping
4 watching

From China
Brand: BMW


Fashion wheel protector Motorcycle accessories Rim Decal

$13.99
$3.00 shipping

From China


For BMW C650GT Stereo Rubber rim pasters Motorcycle accessories

$13.99
$3.00 shipping

From China
Brand: BMW


Fashion wheel protector motorcycle wheel sticker For BMW C650 Sport

$13.98
$3.00 shipping

From China
Brand: BMW


For BMW F800R Rim Decal Motorcycle wheel paster motorcycle wheel sticker

$13.99
$3.00 shipping

From China
Brand: BMW


For BMW K1600GTL motorcycle rim protector Rim Decal motorcycle wheel sticker

$13.99
$3.00 shipping

From China
Brand: BMW


For BMW F800GT Stereo Rubber rim pasters motorcycle wheel sticker

$13.99
$3.00 shipping

From China
Brand: BMW


waterproof wheel stickers Stereo Rubber rim Sticker For BMW S1000R

$13.98
$3.00 shipping

From China
Brand: BMW


For BMW S1000XR Rim Decal motorcycle wheel sticker Stereo Rubber rim pasters

$14.52 to $16.52
$3.00 shipping

From China
Brand: BMW


BMW G310R Stripes Sticker Motorcycle accessories Rim Decal

$13.99
$3.00 shipping

From China
Brand: BMW

2D Printing Motorcycle wheel paster motorcycle rim protector For BMW R1200GS



$13.98
$3.00 shipping

From China
Brand: BMW



For BMW S1000RR #2 Style motorcycle rim protector Fashion wheel protector#Iu
$13.99 to $15.99
$3.00 shipping
1 watching

From China
Brand: BMW



For Aprilia TUONO V4 #2 Style Motorcycle wheel paster Motorcycle accessories
$13.99
$3.00 shipping

From China



For Aprilia DORSODURO #2 Style Cool wheel stickers Stereo Rubber rim pasters
$13.99
$3.00 shipping

From China



For APRILIA SHIVER 750 #2 Style Rim Decal Fashion wheel protector
$13.99
$3.00 shipping

From China



For Aprilia SXV 550 Model Motorcycle accessories Motorcycle wheel paster
$13.99
$3.00 shipping

From China



For APRILIA Dorsoduro 1200 #4 Style Motorcycle wheel paster
$13.99
$3.00 shipping

From China



For Aprilia RSV4 #3 Style Rim Decal Stripes Sticker Stereo Rubber rim pasters
$13.99
$3.00 shipping

From China



For Benelli TRK 502X TRK502X 2017 2018 Motorcycle Tank Sticker Fuel Tank Sticker
$18.00
$3.00 shipping

From China



For Ducati Motorcycle Accessories Exhaust hood Silencer protector
$8.99
$3.00 shipping

From China
Brand: Ducati



For Ducati Exhaust tail Exhaust hood 5 colors Exhaust ring Round Oval protector
$8.99
$3.00 shipping

From China
Brand: Ducati



For BMW Exhaust tail Motorcycle Accessories Exhaust hood Exhaust ring
$8.99
$3.00 shipping

From China
Brand: BMW



For BMW Motorcycle Accessories Exhaust hood Exhaust tail Silencer protector
$8.99
$3.00 shipping

From China
Brand: BMW



motorcycle rim protector motorcycle wheel sticker For APRILIA RSV4
$13.98
$3.00 shipping

From China





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category KTM All Categories Search Advanced

Include description

Items for sale from **nanalu66880** (161) | Save this seller | Show results from all sellers

## Categories

**eBay Motors**

- Motorcycle Decals & Stickers
- Motorcycle Fairings & Bodywork
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (86)

**Price**

$ to $

**Item Location** see all

- **Default**
- Within
  100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

nanalu66880 (161)
Feedback rating: 161
Positive Feedback: 99%
Member since Mar-09-16 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now Sort: Best Match View:

**86** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106
Clear selections
**0** matching results
Find Results

For KTM DUKE RC fashion motorcycle mudguard Motorcycle Accessories (Fits: KTM)
Brand New
**$48.00**
Buy It Now
**Free Shipping**
**Free Returns**
**2+ Watching**
From China
Brand: KTM

For KTM 1290 Super Adventure S 2017 2018 Tank Pad Protector
Brand New
**$18.00**
Buy It Now
**Free Shipping**
**Free Returns**
**1+ Watching**
From China

For KTM DUKE 690 KTM DUKE 790 motorcycle wheel sticker Stereo Rubber rim pasters
Brand New
**$13.99**
Buy It Now
**Free Shipping**
**Free Returns**
**1+ Watching**
From China

For KTM RC8 1190 2008 - 2015 Fuel Tank Protector Fuel Tank Pad
Brand New
**$18.00**
Buy It Now
**Free Shipping**
**Free Returns**
From China

rim protector For 2017 KTM 1290 SUPER ADV R/S/T #style 1 motorcycle rim sticker
Brand New
**$13.99** to **$15.99**
Buy It Now
**Free Shipping**
**Free Returns**
**3+ Watching**
From China

For KTM CR EXC WRF Enduro tail light Motorcycle Accessories plastic light
Brand New

**$10.00**
Buy It Now
**Free Shipping**
**Free Returns**
1+ Watching

From China
Brand: KTM

---

**For KTM RC8R 1190 V2 2008-15 Motorcycle sticker Decals 3D Sticker**
Brand New



**$18.00**
Buy It Now
**Free Shipping**
**Free Returns**

From China

---

**For KTM RC #style Motorcycle accessories Rim Decal Cool wheel stickers**
Brand New



**$13.99**
Buy It Now
**Free Shipping**
**Free Returns**
1+ Watching

From China

---

**For KTM RC 125 200 250 390 #style 3 Stereo Rubber rim pasters**
Brand New



**$13.99**
Buy It Now
**Free Shipping**
**Free Returns**

From China

---

**For KTM DUKE 125 250 390 790 1290s #style 1 Stereo Rubber rim pasters**
Brand New



**$13.98** to **$15.98**
Buy It Now
**Free Shipping**
**Free Returns**

From China

---

**For KTM DUKE #style 1 Rim Decal Fashion wheel protector Stripes Sticker**
Brand New



**$13.98** to **$15.98**
Buy It Now
**Free Shipping**
**Free Returns**
2+ Watching

From China

---

**For KTM RC #style 1 motorcycle rim protector Rim Decal motorcycle wheel sticker**
Brand New



**$13.99**
Buy It Now
**Free Shipping**
**Free Returns**

From China

---

**For KTM DUKE #style 3 Stereo Rubber rim pasters Rim Decal Cool wheel stickers**
Brand New



$13.99
Buy It Now
Free Shipping
Free Returns
1+ Watching

From China

---

**For KTM DUKE 2018 #style 4 Rim Decal Stereo Rubber rim pasters Stripes Sticker**
Brand New



$13.99
Buy It Now
Free Shipping
Free Returns

From China

---

**For KTM Tail light Rear Fender LED light LED Tail Light Motorcycle Accessories**
Brand New



$10.00
Buy It Now
Free Shipping
Free Returns

From China
Brand: KTM

---

**Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 SX 250 EXC-F 200 EXC 450/200SXF (Fits: KTM)**
Brand New



$14.99
Buy It Now
Free Shipping
Free Returns
1+ Watching

From China

---

**For Honda CR125R CR250R CR500R CR80R CRF100F CRF125F CRF150F Soft Seat Cover Top (Fits: KTM)**
Brand New



$14.99
Buy It Now
Free Shipping
Free Returns

From China

---

## Results matching fewer words

**For Honda CRF Motorcycle Accessories Enduro tail light Motorcycle Light**
Brand New



$10.00
Buy It Now
Free Shipping
Free Returns
11+ Sold

From China
Brand: Honda

---

**For SUZUKI Motorcycle Accessories LED light plastic light Tail light Rear Fender**
Brand New



$10.00
Buy It Now
Free Shipping
Free Returns
1+ Watching

From China
Brand: Suzuki

---

**4.2L Stainless Tool Box For BMW R1200GS LC Adventure Left Side Bracket 2004-2019**
Brand New

$54.99
Buy It Now
Free Shipping
Free Returns
Only 1 left!
2 Watching
👁 Watch

FAST 'N FREE
Estimated Delivery Mon, Oct. 19
Brand: AMS

 **Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

<span style="color:green">┌─────────────────────────┐</span>

**Ship to**
██████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
██████████
Change

**Review item and shipping**
Seller: nanalu66880     Edit message
Message: Item Id: 174153335560 Buyer's Vehicle: KTM

 Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 SX 250 EXC-F 200 EXC 450/200SXF
Color: Orange
**$14.99**
Quantity 1

**Delivery**
Est. delivery: Nov 3 – Nov 23
Standard SpeedPAK from China/Hong Kong/Taiwan
Free

<span style="color:green">└─────────────────────────┘</span>

---

### Gift cards, coupons, eBay Bucks

Enter code: [_____]  [ Apply ]

---

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $14.99 |
| Shipping | Free |
| Tax* | $0.94 |

**Order total**     **$15.93**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                 Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work       ✉ f 𝕏 🅿 | Add to Watchlist

✓ This fits a KTM    | Select Year





### For KTM DUKE RC fashion motorcycle mudguard Motorcycle Accessories

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Model: | - Select - |
| Quantity: | 1   1 available / 3 sold |

Price: **US $48.00**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping and returns**    12 watchers    Longtime member

Shipping:   **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: shipping to worldwide with tracking service, China
Ships to: Worldwide   See exclusions

Delivery:   ⚡ Estimated between **Tue. Nov. 3 and Mon. Nov. 23** ⓘ
**Please note the delivery estimate is greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal   VISA   MasterCard   American Express   Discover

**PayPal** CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:   Free 30 day returns | See details

**Shop with confidence**

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
nanalu66880 (161 ★)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions

‹













›

| For KTM DUKE RC fashion motorcycle mudguard Rea... | HOT Front and Rear Heel Protective Cover Guard Fo... | Moto Front and Rear Heel Protective Cover Guard Fo... | FOR KTM DUKE 125 250 390 2017 2018 2019 Front /Rear... | Wheel Cover Guard Rear Hugger Fender Mudguard... | Rear Fender Extender Mudguard For KTM DUKE... |
|---|---|---|---|---|---|
| $48.00 | $51.29 ~~$56.99~~ | $51.29 ~~$56.99~~ | $31.49 ~~$34.99~~ | $48.39 ~~$54.99~~ | $50.04 ~~$54.99~~ |
| + $3.00 shipping | Free shipping | Free shipping | Free shipping | + $7.99 shipping | + $7.99 shipping |
| Seller 99% positive | New | New | New | Seller 99% positive | Seller 99.2% positive |

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

‹        ›

Feedback




ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    **Search**    Advanced

‹ Back to search results | Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Accessories  ›  Decals, Emblems & Flags  ›  Decals & Stickers          Add to Watchlist












$ Have one to sell?   Sell now

### For KTM RC8 1190 2008 - 2015 Fuel Tank Protector Fuel Tank Pad

Condition:  New

Color:    - Select -    ⌄

Quantity:  [1]    Last one / 2 sold

Price:  **US $18.00**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist



**Free shipping and returns** | Longtime member

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: shipping to worldwide with tracking service, China
Ships to: Worldwide    See exclusions

Delivery:  ⚡ Estimated between **Tue. Nov. 3 and Mon. Nov. 23** ⓘ
Please note the delivery estimate is **greater than 14 business days**.
Please allow additional time if international delivery is subject to customs processing.

Payments:     

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  Free 30 day returns | See details

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
nanalu66880 (161 ★)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2                                    Feedback on our suggestions

                

| 3D Fuel Tank Pad Cap Protector Stickers Decals... | For KTM RC8 1190 2008 - 2015 Fuel Tank Sticker... | 3D Gas Fuel Tank Pad Stickers Decals for KTM... | 3D Gas Fuel Tank Pad Sticker Decal for KTM Sup... | 3D Gas Fuel Tank Pad Protector Stickers Decal fo... | Gas Cap Tank Pad Stickers Decals for KTM 1190 RC8... |
| $12.72 | $18.00 | $14.37 | $13.52 | $12.72 | $11.92 |
| $15.90 | + $3.00 shipping | $16.90 | $16.90 | $15.90 | $14.90 |
| Free shipping | New | Free shipping | Free shipping | Free shipping | Free shipping |
| New | | New | New | New | New |

---

### Sponsored items from this seller 1/2                             Feedback on our suggestions

                    

| For Honda VFR1200X Crosstourer 2012 - 2014... | For BMW R1250GS Tank Pad Protector Fuel Tank... | For Honda VFR 800 V4 Interceptor 1998 - 2012 Tan... | For Ducati 848 1098 1198 Tank Pad Protector Fuel Ta... | For KTM 1290 Super Adventure S 2017 2018 Tan... | For Suzuki Hayabusa GSX1300R Fuel Tank... |
| $18.00 | $18.00 | $18.00 | $18.00 | $18.00 | $18.00 |
| + $3.00 shipping | + $3.00 shipping | + $3.00 shipping | + $3.00 shipping | + $3.00 shipping | + $3.00 shipping |



Hi ▮▮▮    Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ⌄   My eBay ⌄   🔔1   🛒

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search    Advanced

< Back to search results | Listed in category:  Clothing, Shoes & Accessories  >  Men  >  Men's Clothing  >  Shirts  >  T-Shirts        ✉ f 𝕏 𝓅  | Add to Watchlist






### MEN 01 - Ken Roczen MX Rider Stickerbomb Motocross KTM RACING T-SHIRT

| | |
|---|---|
| Condition: | New without tags |
| Size Type: | Regular |
| Size (Men's): | - Select - |
| Quantity: | 1    1 available |

Price:  **US $25.00**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

Longtime member

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
nanang_0 (2)
· · · · · · · · · · · · · · · · · · · ·
♡ Save this Seller
Contact seller
See other items

Shipping:  $9.99  Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Bandung, default, Indonesia
Ships to: Worldwide

Delivery:  ★ Estimated between **Thu. Oct. 22 and Wed. Nov. 25** ⓘ
Please note the delivery estimate is **greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal VISA 💳 💳 💳
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  14 day returns. Buyer pays for return shipping | See details

💲 Have one to sell?  [ Sell now ]

---

**Similar sponsored items** 1/2                              Feedback on our suggestions







| | | | | | |
|---|---|---|---|---|---|
| Motocross and Supercross Champion Ken 94 Roczen... | Ken Roczen Motocross Supercross Racer Logo... | NWOT TOKYO GHOUL Ken Kaneki Double Sided... | Street Fighter Men's T-Shirt Ryu v Ken Classic Gamer... | Anime Tokyo Ghoul Ken Black T-Shirt Men... | Ken Roczen Slant Unisex Tee S - 3XL |
| $12.30 | $14.99 | $27.99 | $19.99 | $15.19 | $21.95 |
| $12.95 | $19.99 | + $4.75 shipping | $24.99 | $15.99 | + $5.99 shipping |
| + $5.99 shipping | + $4.99 shipping | Last one | Free shipping | + $2.50 shipping | Seller 100% positive |
| New | Seller 99.1% positive | | Seller 99.7% positive | Seller 99.1% positive | |

---

| Description | Shipping and payments |                                              Report item

Seller assumes all responsibility for this listing.                              eBay item number:  302212922252

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in original packaging or may be missing original packaging materials (such as the original box or bag). The original tags may not be attached. See all condition definitions | Brand: | Unbranded |
| Sleeve Length: | Short Sleeve | Style: | Graphic Tee |
| Country/Region of Manufacture: | Hong Kong | Material: | Polyester |

### DESCRIPTION

- Material : 100% HIGH QUALITY POLYESTER

- Short Sleeve

- Machine Washable

- Image Duration: 1 Years

**Men's Apparel**

|  | M | L | XL | 2XL | 3XL |
|---|---|---|---|---|---|
| Chest | 37-39" | 40-42" | 43-45" | 46-48" | 49-51" |
| Waist | 31"-33" | 34"-36" | 37"-39" | 40"-42" | 43"-45" |

### SHIPPING

We will use Registered  Air Mail shipping, this shipping is with tracking number for your order.

Due to this, 2 day handling time is limited for us.

So we need 3 days to prepare your order and uploading  tracking number.

It takes about 15-25 days to arrive you.

Due to bad weather or some other reasons, sometime it will delay during shipping,in this case,it takes 20-30 days to arrive.

### RETURN POLICY

Exchange or refund are accepted.

The returning item should be kept in its original condition.

Buyer is responsible for return shipping charges.

Any question, please feel free to contact us.
We left positive feedback for you after receiving payment.

Your feedback is very important for us, positive feedback and 5 Score DSR is highly appreciated.

Sponsored items based on your recent views 1/2     Feedback on our suggestions

     

1 Set Fairing Plastic Body for KTM50 KTM SX 50 JUNIOR...
$27.26
Free shipping
New

Motorcycle Air Filter Cover Protector Protection Skins...
$10.58
Free shipping
New

KTM Racing Hoodie 2020 Men Women's Shirt 3D...
$34.99
+ $9.99 shipping
Seller 100% positive

Hoodie KTM Sweatshirt Racing Team Alpinestars...
$64.48
+ $11.60 shipping
New

Fairing Plastic Body for KTM50 KTM SX 50 JUNIOR...
$27.26
Free shipping
New

Orange Plastic Fairing Fender Kit For KTM50 KTM...
$34.28
$48.28
Free shipping
Seller 99.6% positive

People who viewed this item also viewed 1/2     Feedback on our suggestions



Back to search results | Listed in category: Clothing, Shoes & Accessories > Men > Men's Clothing > Shirts > T-Shirts

Add to Watchlist



## MEN 01 - Ken Roczen MX Rider Stickerbomb Motocross KTM RACING T-SHIRT

| | |
|---|---|
| Condition: | New without tags |
| Size Type: | Regular |
| Size (Men's): | - Select - |
| Quantity: | 1    1 available |

Price: **US $25.00**

Buy It Now

Add to cart

♡ Add to Watchlist

Longtime member

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
nanang_0 (2)

Save this Seller
Contact seller
See other items

| | |
|---|---|
| Shipping: | $9.99 Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Bandung, default, Indonesia
Ships to: Worldwide |
| Delivery: | Estimated between **Thu. Oct. 22** and **Wed. Nov. 25**
Please note the delivery estimate is **greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  MasterCard  American Express  Discover |
| | **PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 14 day returns. Buyer pays for return shipping | See details |

$ Have one to sell?  Sell now

---

Similar sponsored items 1/2                                      Feedback on our suggestions

     

| Motocross and Supercross Champion Ken 94 Roczen... | Ken Roczen Motocross Supercross Racer Logo... | NWOT TOKYO GHOUL Ken Kaneki Double Sided... | Street Fighter Men's T-Shirt Ryu v Ken Classic Gamer... | Anime Tokyo Ghoul Kaneki Ken Black T-Shirt Men... | Ken Roczen Slant Unisex Tee S - 3XL |
|---|---|---|---|---|---|
| $12.30 | $14.99 | $27.99 | $19.99 | $15.19 | $21.95 |
| $12.95 | $19.99 | + $4.75 shipping | Free shipping | $15.99 | + $5.99 shipping |
| + $5.99 shipping | + $4.99 shipping | Last one | Seller 99.7% positive | + $2.50 shipping | Seller 100% positive |
| New | Seller 99.1% positive | | | Seller 99.1% positive | |

---

| Description | **Shipping and payments** | | Report item |

Seller assumes all responsibility for this listing.

**Shipping and handling**

Item location: Bandung, default, Indonesia
Shipping to: Worldwide

| Quantity: | 1 | Change country: | United States | | ZIP Code: | 60106 | Get Rates |

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $9.99 | United States | Economy Shipping from outside US | Estimated between **Thu. Oct. 22** and **Wed. Nov. 25** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time | |
|---|---|
| Will usually ship within 2 business days of receiving cleared payment. | |

| Taxes | |
|---|---|
| Taxes may be applicable at checkout. [Learn more](#) | |

### Return policy

| After receiving the item, contact seller within | Refund will be given as | Return shipping |
|---|---|---|
| 14 days | Money back | Buyer pays for return shipping |

Refer to [eBay Return policy](#) for more details. You are covered by the [eBay Money Back Guarantee](#) if you receive an item that is not as described in the listing.

### Payment details

Payment methods

 



**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. [See terms](#)

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views 1/2

Feedback on our suggestions

     

| 1 Set Fairing Plastic Body for KTM50 KTM SX 50 JUNIOR... | Motorcycle Air Filter Cover Protector Protection Skins... | KTM Racing Hoodie 2020 Men Women's Shirt 3D... | Hoodie KTM Sweatshirt Racing Team Alpinestars... | Fairing Plastic Body for KTM50 KTM SX 50 JUNIOR... | Orange Plastic Fairing Fender Kit For KTM50 KTM... |
|---|---|---|---|---|---|
| $27.26 | $10.58 | $34.99 | $64.48 | $27.26 | $34.28 |
| Free shipping | Free shipping | + $9.99 shipping | + $11.60 shipping | Free shipping | $48.28 |
| New | New | Seller 100% positive | New | New | Free shipping |
| | | | | | Seller 99.6% positive |

---

### People who viewed this item also viewed 1/2

Feedback on our suggestions

    

| Ken Roczen MX Rider Stickerbomb Motocross T... | Ken Roczen MX Rider Stickerbomb Motocross T... | Racing MX Stickerbomb Fullprint T-Shirt | MX Moto Stickerbomb Racing Tshirt Polyester Tee... | New Popular Ken Roczen AMA MotoX Racing Men's... | Motocross Racing Stickerbomb MX Riders Te... |
|---|---|---|---|---|---|
| $19.49 | $18.25 | $19.99 | $19.49 | $17.99 | $29.99 |
| + $9.51 shipping | + $8.75 shipping | + $6.51 shipping | + $9.51 shipping | + $7.99 shipping | + $3.51 shipping |

---

[Back to search results](#)     [Return to top](#)

**More to explore :**   [Riders T-Shirts for Men](#),   [Rider T-Shirts for Men](#),   [MX T-Shirts for Men](#),   [Unit Riders Men's T-Shirts](#),   [Easy Rider T-Shirts for Men](#),   [MX Basic T-Shirts for Men](#),   [MX Solid T-Shirts for Men](#),   [Fox Racing T-Shirts for Men](#),   [Men's T-Shirts](#),   [Vintage Drag Racing T Shirts In Men's T-Shirts](#)

---

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map



## Items for sale(59)

See all items







BLACK SABBATH N...
US $35.00            3d left

BLACK SABBATH N...
US $25.00            3d left

BLACK SABBATH N...
US $30.00            3d left

BLACK SABBATH R...
US $35.00            3d left

BLACK SABBATH R...
US $25.00            3d left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Items for sale from **nanang_0** (2) | Save this seller

Include description

**Categories**

Clothing, Shoes & Accessories

Men's T-Shirts

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (59)

**Price**

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

nanang_0 (2)
Feedback rating: 2
Member since Sep-23-16 in United States

Read feedback profile
Add to my favorite sellers

Sponsored items for you

1 Set Fairing Plastic Body for KTM50 ...
**$27.26**
Buy It Now
Free shipping

Motorcycle Air Filter Cover Protector...
**$10.58**

All Listings | Auction | Buy It Now Sort: Best Match View:

**59** results Save this search

MEN06 - Ken Block Skull FIRE BLADE KTM RACING T-SHIRT FULLPRINT
New (Other)
**$25.00** to **$35.00** From Indonesia
Buy It Now
+$9.99 shipping

MEN 01 - Ken Roczen MX Rider Stickerbomb Motocross KTM RACING T-SHIRT
New (Other)
**$25.00** to **$35.00** From Indonesia
Buy It Now
+$9.99 shipping

MEN 31 - Racing Ken Block RACING T-SHIRT FULLPRINT
New (Other)
**$25.00** to **$35.00** From Indonesia
Buy It Now
+$9.99 shipping

MEN 09 - Ken Block Monster Rally Gymkhana DC Skull RACING T-SHIRT
New (Other)
**$25.00** to **$35.00** From Indonesia
Buy It Now
+$9.99 shipping

MEN 25 - Ken Block 43 RACING T-SHIRT FULLPRINT
New (Other)
**$25.00** to **$35.00** From Indonesia
Buy It Now
+$9.99 shipping

MEN METALLLICA ROCK BAND T-SHIRT FULLPRINT
New (Other)
**$25.00** to **$35.00** From Indonesia
Buy It Now
+$9.99 shipping

BLACK SABBATH NEW FULLPRINT T-SHIRT FOR MENS
New (Other)
**$25.00** to **$35.00** From Indonesia
Buy It Now
+$9.99 shipping

MEN Zombified Carnage Slaughter and Death T-SHIRT FULLPRINT
New (Other)
**$25.00** to **$35.00** From Indonesia
Buy It Now
+$9.99 shipping

black sabbath heaven and hell T-shirt
New (Other)
**$13.00** to **$17.00** From Indonesia
Buy It Now
+$10.00 shipping

COLDPLAY NEW FULLPRINT T-SHIRT FOR MENS

Buy It Now
Free shipping

KTM Racing Hoodie 2020
Men Women's Sh...
**$34.99**
Buy It Now



Fairing Plastic Body for
KTM50 KTM SX...
**$27.26**
Buy It Now
Free shipping



Orange Plastic Fairing
Fender Kit For...
**$34.28**
Buy It Now
Free shipping



Fairing Fender Kits For
KTM50 MTK50 M...
**$34.40**
Buy It Now
Free shipping



Motorcycle Air Filter Cover
Skins For...
**$10.96**
Buy It Now
Free shipping

Motorcycle Air Filter Sand
Cover Cap ...
**$11.11**
Buy It Now
Free shipping

  

New (Other)
**$25.00** to **$35.00**          From Indonesia
Buy It Now
+$9.99 shipping



**BLACK SABBATH ROCK METAL NEW FULLPRINT T-SHIRT FOR MENS**
New (Other)
**$25.00** to **$35.00**          From Indonesia
Buy It Now
+$9.99 shipping



**MEN 09 - Ken Block Monster Rally Gymkhana DC Skull RACING T-SHIRT FULLPRINT**
New (Other)
**$25.00** to **$35.00**          From Indonesia
Buy It Now
+$9.99 shipping

Tell us what you think

Hi ▮▮▮▮ ▾　　Daily Deals　Brand Outlet　Help & Contact　　　　　　　　Sell　Watchlist ▾　My eBay ▾　🔔 1　🛒

**ebay**　Shop by category ▾　　| KTM | All Categories ▾ |　**Search**　Advanced

Items for sale from  **nanang_0** (2)  |  ♡ Save this seller | Show results from all sellers

☐ Include description

| All Listings | Auction | Buy It Now |

10 results for **KTM** ♡ Save this search

Sort: **Best Match** ▾　View: ▦ ▾

### Categories
**Clothing, Shoes & Accessories**
Men's T-Shirts

**Format**　see all
◉ All Listings
○ Auction
○ Buy It Now

**Guaranteed Delivery**　see all
◉ No Preference
○ 1 Day Shipping
○ 2 Day Shipping
○ 3 Day Shipping
○ 4 Day Shipping

**Condition**　see all
☐ New (10)

**Price**
$ [　] to $ [　] ⟫

**Item Location**　see all
◉ Default
○ Within
　[100 miles ▾] of [60106]  ⟫
○ US Only
○ North America
○ Worldwide

**Delivery Options**　see all
☐ Free shipping

**Show only**　see all
☐ Free Returns
☐ Returns accepted
☐ Completed listings
☐ Sold listings
☐ Deals & Savings

More refinements...



**Find your Motorcycle**

Make & Model
| KTM ▾ |
| Any Model ▾ |

Year From / To
| Year From |
| Year To |

Distance
| Any Distance of ▾ |
| 60106-1445 |

Clear selections

**0**
matching results

Find Results

**MEN 01 - Ken Roczen MX Rider Stickerbomb Motocross KTM RACING T-SHIRT**
New (Other)
**$25.00** to **$35.00**　　　From Indonesia
Buy It Now
+$9.99 shipping

**MEN06 - Ken Block Skull FIRE BLADE KTM RACING T-SHIRT FULLPRINT**
New (Other)
**$25.00** to **$35.00**　　　From Indonesia
Buy It Now
+$9.99 shipping

Tell us what you think

**Seller Information**
nanang_0 (2)
Feedback rating: 2
Member since Sep-23-16 in United States

Read feedback profile
Add to my favorite sellers

**Sponsored items for you**



1 Set Fairing Plastic Body for KTM50 ...
**$27.26**
Buy It Now
Free shipping



Motorcycle Air Filter Cover Protector...
**$10.58**

10/9/2020

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  ▽

○ *PayPal*

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**
███████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
███████
Change

---

**Review item and shipping**

Seller: nanang_0   |   Message to seller

 MEN 01 - Ken Roczen MX Rider Stickerbomb Motocross KTM RACING T-SHIRT
Size Type: Regular, Size (Men's): M

**$25.00**
Quantity 1

**Delivery**
Est. delivery: Oct 22 – Nov 25
Economy Shipping from outside US
**$9.99**

---

**Gift cards, coupons, eBay Bucks**

Enter code: _____   [ Apply ]

---

**Donate to charity (optional)** ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount   [ None ▾ ]

---

| Subtotal (1 item) | $25.00 |
| Shipping | $9.99 |
| Tax* | $2.19 |

**Order total**   **$37.18**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi ▮▮▮   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ∨   My eBay ∨   🔔 1   🛒

 Shop by category ∨

Search for anything    All Categories ∨   **Search**   Advanced

< Back to search results | Listed in category:   Clothing, Shoes & Accessories > Men > Men's Clothing > Shirts > T-Shirts

✉ f t 🅟   | Add to Watchlist



**MEN06 - Ken Block Skull FIRE BLADE KTM RACING T-SHIRT FULLPRINT**

Condition: **New without tags**

Size Type: Regular ∨

Size (Men's): - Select - ∨

Quantity: [ 1 ]    1 available

Price: **US $25.00**

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

Longtime member | 12 watchers

Shipping: **$9.99** Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Bandung, default, Indonesia
Ships to: Worldwide

Delivery: ▶ Estimated between **Thu. Oct. 22 and Wed. Nov. 25** ⓘ
Please note the delivery estimate is **greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 💳 💳

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 14 day returns. Buyer pays for return shipping | See details

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
nanang_0 (2)

Save this Seller
Contact seller
See other items

$ Have one to sell?  **Sell now**

**Similar sponsored items** 1/2

Feedback on our suggestions


DC Shoes Mens Graphic T-Shirt Small White Ken Bloc...
**$34.99**
Free shipping
**Last one**


Street Fighter Men's T-Shirt Ryu v Ken Classic Gamer...
**$19.99**
$24.99
Free shipping
Seller 99.7% positive


DC Shoes Mens Graphic T-Shirt Small White Ken Bloc...
**$34.99**
Free shipping
**Last one**


DC Shoes Mens Graphic T-Shirt Small White Ken Bloc...
**$34.99**
Free shipping
Seller 99.6% positive


DC Shoes X Ken Block Men's #43 Racing T-Shirt...
**$34.99**
+ $5.99 shipping
Seller 100% positive


Anime Tokyo Ghoul Kaneki Ken Long Sleeve Black T-...
**$21.99**
Free shipping
New

**Related sponsored items**

Feedback on our suggestions

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist    My eBay

ebay    Shop by category    Search for anything    All Categories    Search    Advanced

Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Engines & Engine Parts > Other Engines & Engine Parts >

See more 13-14 KTM 250 SX Engine Motor Cylinder Head Cov...

Add to Watchlist

ⓘ Check if this part fits your vehicle    Contact the seller





54830206000 cylinder head **ktm** exc\sx 2011-2016 husqvarne te 250 2014-2016

Condition:    New other (see details)

"after sand plast and repair at millennium technologieslike new"

Price:    US $160.00    **Buy It Now**

No Interest if paid in full in 6 mo on $99+*

**Add to cart**

♡ Add to Watchlist

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
natiabukrat (647 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

*Limited time remaining*    Longtime member    No returns

Shipping:    $50.00 Expedited Shipping from outside US | See details
Item location: moshav tzlafon, Israel
Ships to: Worldwide

Delivery:    Estimated between Tue. Oct. 27 and Thu. Oct. 29 ⓘ

Payments:    PayPal    VISA    MasterCard    AMEX    Discover

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    Seller does not accept returns | See details

**Related sponsored items** 1/2    Feedback on our suggestions


Athena Cylinder Head Gasket fits Husqvarna TE...
$55.53
+ $11.64 shipping
Last one


1x ABS Dirt Bike Headlight Head Lamp Fits Husqvarna...
$34.40
$36.99
+ $4.00 shipping


Stator Generator Fits KTM 250 300 EXC XC TE 2007-...
$52.99
Free shipping


BREMBO FRNT BRAKE CALIPER MASTER CYLIND...
$289.89
+ shipping


Ajusa 10124120 Head Gasket fits Toyota 2.0L 2.2L Diesel...
$59.99
+ $42.21 shipping


Athena Cylinder Head Gasket fits Husqvarna TE...
$32.26
+ $11.64 shipping

Description    Shipping and payments    Report item

eBay item number: 183961623165

Seller assumes all responsibility for this listing.

Last updated on Sep 18, 2020 11:58:39 PDT    View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New other (see details) | | |
| Seller Notes: | "after sand plast and repair at millennium technologieslike new" | | |
| Manufacturer Part Number: | 54830206000 | Brand: | KTM |
| UPC: | Does not apply | | |

after sand plast and repair at millennium technologieslike new
its a sx head -hi comp head.
fit also exc models for better top end power


Feedback

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

‹








›

| | | | | | |
|---|---|---|---|---|---|
| 1 Pair PU Leather Waterproof Motorcycle Side Saddleba... | 1PCS Universal Motorcycle Side Saddle Bag PU Leathe... | PU Motorcycle Password Lock Anti-theft Saddle Bag... | PU Leather Motorcycle Saddlebag Luggage Saddl... | 1X Left Side Motorcycle Saddlebag Luggage Saddl... | Left Motorcycle Side Saddle Bag Pannier Tool Bags PU... |
| $68.30 | $39.77 | $59.85 | $59.85 | $28.98 | $28.49 |
| $75.89 | $50.99 | $72.99 | $72.99 | + $1.50 shipping | $29.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | New | + $1.50 shipping |
| New | New | Last one | New | | New |

## People were also interested in









| | | | | | |
|---|---|---|---|---|---|
| Tusk Flywheel Puller Remover 26mm KTM 250... | SAS Valve Removal kit with Block Off plates KTM 1190... | KTM 690 SMC/Enduro/Duke 08-18 Carbon Fiber Clutch... | KTM 300-550 XC MX MXC EXC 555/565 Motor Clutc... | Hot Cams/HotCams 8.90mm Complete Valve... | 2017 14-17 KTM 390 Duke Engine Motor Runs Warran... |
| $19.96 | $46.90 | $79.95 | $789.99 | $47.99 | $1,487.95 |
| + $39.00 shipping | + $15.90 shipping | Free shipping | + $69.55 shipping | $60.55 | $1,599.95 |
| Almost gone | Popular | | Almost gone | + $23.78 shipping | + $1,400.00 shipping |

Back to search results | See More Details about "13-14 KTM 250 SX Engine Motor Cyliner Head Cover 54830..."    Return to top

More to explore :  Motorcycle Cylinder Barrels for 2016 KTM 250,   Cylinder Works Motorcycle Parts for 2016 KTM 250,   Fenders for 2016 KTM 250,   Seats for 2016 KTM 250,
Cylinder Heads & Parts for 2016 Ford Transit-250,   Fairings & Bodywork for 2016 KTM 250,   Gas Tanks for 2016 KTM 250,   Motorcycle Cylinder Heads & Valve Covers for KTM 250,
Motorcycle Headlight Assemblies for 2016 KTM 250,   Motorcycle Triple Trees for 2016 KTM 250

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Feedback 

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

eBay

Shop by category ⌄

🔍 Search for anything    | All Categories ⌄ |    **Search**    Advanced

← Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Engines & Engine Parts > Other Engines & Engine Parts >

See more 13-14 KTM 250 SX Engine Motor Cylinder Head Cov...

✉ f ⊻ 🅿 | Add to Watchlist

ⓘ Check if this part fits your vehicle    **Contact the seller**



### 54830206000 cylinder head ktm exc\sx 2011-2016 husqvarne te 250 2014-2016

| Condition: | New other (see details) |
| --- | --- |
| | " after sand plast and repair at millennium technologieslike new " |

Price: **US $160.00**

No Interest if paid in full in 6 mo on $99+*

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🔴 **Limited time remaining** | Longtime member | No returns

Shipping: **$50.00** Expedited Shipping from outside US | See details
Item location: moshav tzlafon, Israel
Ships to: Worldwide

Delivery: Estimated between **Tue. Oct. 27** and **Thu. Oct. 29** ⓘ

Payments: 🅿 PayPal  VISA  MasterCard  DISCOVER  

**PayPal** CREDIT
*No Interest if paid in full in 6 months on $99+.. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: Seller does not accept returns | See details

**Shop with confidence**

ⓢ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
natiabukrat (647 ★)
100% Positive feedback

♡ **Save this Seller**
Contact seller
See other items

---

### Related sponsored items 1/2                    Feedback on our suggestions







Athena Cylinder Head Gasket fits Husqvarna TE...
**$55.53**
+ $11.64 shipping
Last one

1x ABS Dirt Bike Headlight Head Lamp Fits Husqvarna...
**$34.40**
~~$36.99~~
+ $4.00 shipping

Stator Generator Fits KTM 250 300 EXC XC TE 2007-...
**$52.99**
Free shipping

BREMBO FRNT BRAKE CALIPER MASTER CYLIND...
**$289.89**
+ shipping

Ajusa 10124120 Head Gasket fits Toyota 2.0L 2.2L Diesel...
**$59.99**
+ $42.21 shipping

Athena Cylinder Head Gasket fits Husqvarna TE...
**$32.26**
+ $11.64 shipping

---

**Description** | **Shipping and payments**    Report item



Seller assumes all responsibility for this listing.

#### Shipping and handling
Item location: moshav tzlafon, Israel
Shipping to: Worldwide

Change country: | United States ⌄ |    ZIP Code: | 60440 |    **Get Rates**

| Shipping and handling | To | Service | Delivery* |
| --- | --- | --- | --- |
| US $50.00 | United States | Expedited Shipping from outside US | Estimated between **Tue. Oct. 27** and **Thu. Oct. 29** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
| --- |
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
| --- |
| Taxes may be applicable at checkout. Learn more |

## Return policy

| Return policy details |
|---|
| Seller does not offer returns. |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

| Payment methods |
|---|





**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions









| 1 Pair PU Leather Waterproof Motorcycle Side Saddleba... | 1PCS Universal Motorcycle Side Saddle Bag PU Leathe... | PU Motorcycle Password Lock Anti-theft Saddle Bag... | PU Leather Motorcycle Saddlebag Luggage Saddl... | 1X Left Side Motorcycle Saddlebag Luggage Saddl... | Left Motorcycle Side Saddle Bag Pannier Tool Bags PU... |
|---|---|---|---|---|---|
| $68.30 | $39.77 | $59.85 | $59.85 | $28.98 | $28.49 |
| $75.89 | $50.99 | $72.99 | $72.99 | + $1.50 shipping | $29.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | New | + $1.50 shipping |
| New | New | Last one | New | | New |

---

### People were also interested in








| Tusk Flywheel Puller Remover 26mm KTM 250... | SAS Valve Removal kit with Block Off plates KTM 1190... | KTM 690 SMC/Enduro/Duke 08-18 Carbon Fiber Clutch... | KTM 300-550 XC MX MXC EXC 555/565 Motor Clutc... | Hot Cams/HotCams 8.90mm Complete Valve... | 2017 14-17 KTM 390 Duke Engine Motor Runs Warran... |
|---|---|---|---|---|---|
| $19.96 | $46.90 | $79.95 | $789.99 | $47.99 | $1,487.95 |
| + $39.00 shipping | + $15.90 shipping | Free shipping | + $69.55 shipping | $60.55 | $1,599.95 |
| Almost gone | Popular | | Almost gone | + $23.78 shipping | + $1,400.00 shipping |

---

Back to search results | See More Details about "13-14 KTM 250 SX Engine Motor Cyliner Head Cover 54830..."     Return to top

More to explore : Motorcycle Cylinder Barrels for 2016 KTM 250, Cylinder Works Motorcycle Parts for 2016 KTM 250, Fenders for 2016 KTM 250, Seats for 2016 KTM 250, Cylinder Heads & Parts for 2016 Ford Transit-250, Fairings & Bodywork for 2016 KTM 250, Gas Tanks for 2016 KTM 250, Motorcycle Cylinder Heads & Valve Covers for KTM 250, Motorcycle Headlight Assemblies for 2016 KTM 250, Motorcycle Triple Trees for 2016 KTM 250

---

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Feedback





Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄   Search for anything   All Categories ⌄   **Search**   Advanced

**natiabukrat** (647★)
100% positive feedback                    🏠 **Items for sale**   ✉ **Contact**

♡ **Save**                    Based in Israel, natiabukrat has been an eBay member since Dec 25, 2010



**Feedback ratings** ⓘ                                          **See all feedback**

➕ **19**          ⚫ **0**          ➖ **0**          ➕   Good buyer, prompt payment, valued customer,
Positive        Neutral        Negative              highly recommended.
                                                             Aug 31, 2020
Feedback from the last 12 months                        ● ● ● ● ●

**1** Follower   **0** Reviews   Member since: **Dec 25, 2010**   📍 Israel

## Items for sale(1)                                                          **See all items**

54830206000 cyl...
US $160.00        50m left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ







Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Include description

Items for sale from natiabukrat (647 ) | Save this seller

## Categories

eBay Motors

Other Motorcycle Engines & Parts

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (1)

**Price**

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

### Seller Information

natiabukrat (647 )

Feedback rating: 647
Positive Feedback: 100%
Member since Dec-25-10 in United States

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now    Sort: Best Match    View:

1 results    Save this search

54830206000 cylinder head ktm excsx 2011-2016 husqvarne te 250 2014-2016

New (Other)

**$160.00**
Buy It Now
+$50.00 shipping
From Israel
Watch

Tell us what you think

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

*Learn about pricing

This page was last updated: Oct-18 11:01. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | ktm | All Categories | Search | Advanced

Include description

Items for sale from **natiabukrat** (647 ) | Save this seller | Show results from all sellers

### Categories

eBay Motors
Other Motorcycle Engines & Parts

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (1)

**Price**
$ to $

**Item Location** see all
- Default
- Within 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

natiabukrat (647 )
Feedback rating: 647
Positive Feedback: 100%
Member since Dec-25-10 in United States

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match — View:

**1** result for **ktm** — Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60440
Clear selections
**0** matching results
Find Results

54830206000 cylinder head ktm excsx 2011-2016 husqvarne te 250 2014-2016
New (Other)
**$160.00**
Buy It Now
+$50.00 shipping
Watch
From Israel
Brand: KTM

Tell us what you think

About eBay | Announcements | Community | Security Center | Resolution Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

*Learn about pricing

This page was last updated: Oct-18 11:04. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 🟦 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

---

**Ship to**

███████
375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███████

Change

---

**Review item and shipping**

Seller: natiabukrat      Message to seller

 54830206000 cylinder head ktm exc\sx 2011-2016
husqvarne te 250 2014-2016
**$160.00**
Quantity 1

**Delivery**
Est. delivery: Oct 27 – Oct 29
Expedited Shipping from outside US
**$50.00**

---

## Gift cards, coupons, eBay Bucks

Enter code: _____     [ Apply ]

---

## Donate to charity (optional) ⓘ

North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount      [ None ▾ ]

---

| Subtotal (1 item) | $160.00 |
| Shipping | $50.00 |
| Tax* | $13.13 |

**Order total**          **$223.13**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED




















Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work
eBay Motors > Parts & Accessories > Motorcycle Parts > Air Intake & Fuel Delivery > Air Filters

| Add to Watchlist

Check if this part fits your vehicle | Select Vehicle

**SAVE UP TO 11% WHEN YOU BUY MORE**

$ Have one to sell? Sell now

# Motorcycle Air Filter Fairing Dust Protection Covers for 1290 Super Adventure R

Condition: New

Bulk savings: Buy 1 $ 42.38 / she | Buy 2 $ 40.68 / she

Compatibility: See compatible vehicles

Quantity: 1

2 available

Price: **US $42.38/ea**

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

**Free shipping**

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between **Thu. Oct. 29 and Wed. Nov. 18**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 14 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

nawensonparts (40 ★)
97.6% Positive feedback

Save this Seller
Contact seller
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

TOP Moto Radiator Guard Grille Cover For KTM 1290...
$49.99
Free shipping
New

LQ Radiator Guard cover Protection For KTM 1290...
$49.99
Free shipping
New

Complete Fairing & Screen Bolt Kit For KTM 1190...
$32.79
~~$36.43~~
Free shipping
New

200x Complete Fairing Bolt Kit body screws Clips For...
$26.39
~~$29.99~~
+ $3.99 shipping
Seller 99.1% positive

White Front Fender Number Plate Fairings For KTM 250...
$73.50
~~$78.19~~
+ $3.50 shipping
Seller 99.1% positive

Motorcycle Fairing Bolts For KTM 200 250 390 690 990...
$28.79
~~$31.99~~
Free shipping
New

Feedback

## Sponsored items from this seller 1/2

Feedback on our suggestions

| Aluminum Motorcycle Air Intake Cover Intake Grille... | Motorcycle Air Cleaner Element Replacement Filte... | Chrome Motorcycle Swingarm Pivot Covers... | Motorcycle Frame Plug Kit Aluminum Frame End Caps... | Protective Frame End Caps Crash Bar Plugs Decorati... | Motorcycle Tail Light Trim ABS Plastic Fairing... |
|---|---|---|---|---|---|
| $27.99 | $6.99 | $34.38 | $36.99 | $6.99 | $31.99 |
| + $1.99 shipping | + $1.99 shipping | + $1.99 shipping | + $1.99 shipping | + $1.99 shipping | + $1.99 shipping |

**Description**    Shipping and payments    Report item

Seller assumes all responsibility for this listing.

eBay item number:   402298179313

Last updated on **Sep 16, 2020 23:47:23 PDT**  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

Year -Select-    Make -Select-    Model -Select-    Submodel -Select-    Go

[show all compatible vehicles]

 This part is compatible with 7 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
|  | 2020 | KTM | 1290 | Super Adventure R |
|  | 2020 | KTM | 1290 | Super Adventure S |
|  | 2019 | KTM | 1290 | Super Adventure R |
|  | 2019 | KTM | 1290 | Super Adventure S |
|  | 2018 | KTM | 1290 | Super Adventure R |
|  | 2018 | KTM | 1290 | Super Adventure S |
|  | 2017 | KTM | 1290 | Super Adventure R |

Portions of the information contained in this table have been provided by nawensonparts

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Modified Item: | No |
| Type: | Motorcycle air filter dust protection | Country/Region of Manufacture: | China |
| Color: | Orange | Custom Bundle: | No |
| Manufacturer Part Number: | Does Not Apply | Holes: | NO |
| Placement on Vehicle: | Front | Material: | plastic, sponge |
| Brand: | Nawenson | Fit: | Custom Fit |
| Non-Domestic Product: | No | Number of Pieces: | 1 pair |
| Warranty: | 60 Day | UPC: | 708111922531 |

The default color of this product here is Orange. If you need other colors (4 colors in total), please leave us a message about your choice, then we will send the correct color for you. Orange color will be sent if no message is left for us. Thanks!

Motorcycle air filter dust protection
A great supplement for your motorcycle when riding in dusty areas or riding in regions with high sand levels
Help to extend the life of the main air filter.
Upgrade the look of the front end of your motorcycle
Easy to install and disassemble for regular cleaning
4 choices available in color as pictures shown

Condition: new
Material: plastic, sponge
Color: 4 choices, as pictures shown
Quantity: 1 pair

Fitment:
For 1290 Super Adventure R 2017-2020
For 1290 Super Adventure S 2018-2020

**Payment:**

1.we accept payment by Paypal only!

2. Payment should be completed within 7 days after order is made. Or, an unpaid case will be issued in order to cancel the transaction. Please contact us if you can not make the payment in time.

3. The eCheck from PayPal will only be processed once the payment is cleared.

4. Our price does not include any Duties, Value Added Taxes, Customs Clearance Fees and other charges. These charges are borne by buyers if they are needed. So, please check with your custom office to learn what additional costs will be needed before bidding or buying. If the parcel is returned due to buyer's refusal to pay for the above-mentioned charges, it will not be shipped again unless buyer completes those charges and pay for those return and resend costs. Buyer can not cancel the order or request refund due to this

Feedback


Sponsored items based on your recent views 1/2    Feedback on our suggestions










| | | | | | |
|---|---|---|---|---|---|
| Nos Rear Shock Absorber Shocker Suspension Fits... | 10Set 17MM Motorcycle Quick Release D-RING 1/4... | Pair Carbon Fiber Front Brake Disc Cooling Air... | WP Performance Front Suspension Fork KTM Duk... | KTM DUKE 200 390 RC REAR SHOCK ABSORBER... | Nos Rear Shock Absorber Shocker Suspension for KT... |
| $158.39 | $23.10 | $90.24 | $629.99 | $171.32 | $162.00 |
| $175.99 | $26.55 | $94.99 | $699.99 | + $4.54 shipping | $186.21 |
| Free shipping | Free shipping | + $19.99 shipping | Free shipping | Seller 100% positive | Free shipping |
| New | New | New | New | | New |

## Explore more sponsored options: Material

### Stainless Steel




| | |
|---|---|
| Contrast Cut Billet Aluminum Air Cleaner Inta... | 250pc Bolt Kit KTM SX EX EXC XC 50 65 85 105 150... |
| $80.74 | $49.99 |
| $84.99 | + $27.00 shipping |
| Free shipping | Popular |

## More from this seller 1/2

Feedback on our suggestions













| | | | | | |
|---|---|---|---|---|---|
| Aluminum Motorcycle Air Intake Cover Intake Grille... | Motorcycle Air Cleaner Element Replacement Filte... | Chrome Motorcycle Swingarm Pivot Covers... | Motorcycle Frame Plug Kit Aluminum Frame End Caps... | Protective Frame End Caps Crash Bar Plugs Decorati... | Motorcycle Tail Light Trim ABS Plastic Fairing... |
| $27.99 | $6.99 | $34.38 | $36.99 | $6.99 | $31.99 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results — Return to top

More to explore : Motorcycle Air Filters for KTM 1290, Fairings & Bodywork for KTM 1290, Motorcycle Air Filters for 2015 KTM 1290, BMC Motorcycle Intake Air Filters for KTM 1290, Motorcycle Air Filters for 2014 KTM 1290, Motorcycle Air Intake Covers & Fairings for Honda, Motorcycle Air Intake Covers & Fairings for Harley-Davidson, Motorcycle Air Intake Covers & Fairings for Triumph, Plastic Motorcycle Air Intake Covers & Fairings for Honda, Unbranded Motorcycle Air Intake Covers & Fairings for Honda

About eBay  Announcements  Community  Security Center  Resolution Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice


Norton SECURED

Feedback




**Motorcycle Air Filter Fairing Dust Protection Covers for 1290 Super Adventure R**

Condition: New

Bulk savings:
- Buy 1 $42.38 / she
- Buy 2 $40.68 / she

Compatibility: See compatible vehicles

Quantity: 1

2 available

Price: **US $42.38/ea**

Buy It Now
Add to cart

Best Offer: Make Offer
Add to Watchlist

**Free shipping**

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between **Thu. Oct. 29 and Wed. Nov. 18**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover

*PayPal* CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 14 day Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
nawensonparts (40 ★)
97.6% Positive feedback

Save this Seller
Contact seller
See other items

---

**Similar sponsored items** 1/2
Feedback on our suggestions



| TOP Moto Radiator Guard Grille Cover For KTM 1290... | LQ Radiator Guard cover Protection For KTM 1290... | Complete Fairing & Screen Bolt Kit For KTM 1190... | 200x Complete Fairing Bolt Kit body screws Clips For... | White Front Fender Number Plate Fairings For KTM 250... | Motorcycle Fairing Bolts For KTM 200 250 390 690 990... |
|---|---|---|---|---|---|
| $49.99 | $49.99 | $32.79 $36.43 | $26.39 $29.99 | $73.50 $78.19 | $28.79 $31.99 |
| Free shipping | Free shipping | Free shipping | + $3.99 shipping | + $3.50 shipping | Free shipping |
| New | New | New | Seller 99.1% positive | Seller 99.1% positive | New |

**Sponsored items from this seller** 1/2
Feedback on our suggestions



















| Aluminum Motorcycle Air Intake Cover Intake Grille... | Motorcycle Air Cleaner Element Replacement Filte... | Chrome Motorcycle Swingarm Pivot Covers... | Motorcycle Frame Plug Kit Aluminum Frame End Caps... | Protective Frame End Caps Crash Bar Plugs Decorati... | Motorcycle Tail Light Trim ABS Plastic Fairing... |
|---|---|---|---|---|---|
| $27.99 | $6.99 | $34.38 | $36.99 | $6.99 | $31.99 |
| + $1.99 shipping | + $1.99 shipping | + $1.99 shipping | + $1.99 shipping | + $1.99 shipping | + $1.99 shipping |

**Description**　　**Shipping and payments**　　　　　　　　　　　Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Guangzhou, China

Shipping to: Worldwide

Excludes: Africa, Central America and Caribbean, Oceania, South America, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Turkey, United Arab Emirates, Yemen, Brunei Darussalam, Cambodia, Laos, Bermuda, Canada, Greenland, Saint Pierre and Miquelon, Albania, Andorra, Bosnia and Herzegovina, Gibraltar, Guernsey, Jersey, Liechtenstein, Macedonia, Malta, Moldova, Monaco, Norway, San Marino, Svalbard and Jan Mayen, Sweden, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Kyrgyzstan, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan

Quantity: | 1 |　　Change country: | United States ▾ |　　　　ZIP Code: | 60106 |　　Get Rates

| Shipping and handling | To | Service | Delivery▾ |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Oct. 29 and Wed. Nov. 18** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 14 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|



**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/2　　　　　　　　　　　　　　　Feedback on our suggestions

Feedback






Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

Nawenson

nawensonparts (40 ★ )

**Positive Feedback (last 12 months): 97.6%**

Member since: Oct-23-19 in China

**Member Quick Links**

Contact member

View items for sale

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 5 | 36 | 43 |
| Neutral | 0 | 1 | 1 |
| Negative | 1 | 1 | 1 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (40) | Reasonable shipping cost ★★★★★ (40) |
| Shipping speed ★★★★★ (40) | Communication ★★★★★ (41) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1)

Revised Feedback: 0

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1)

Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **Some items are unavailable** (Private listing) | Buyer: 0***0 (21★ ) | Past month Reciprocal feedback |

**Page 1 of 1**

← 1 →

**Member Quick Links**

Contact member

View items for sale

**Suggested Next**

Leave Feedback

Reply to received Feedback

Follow up to given Feedback

Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

**nawensonparts** (40★)
97.6% positive feedback

Items for sale    Contact

♡ Save

Nawenson is an energetic brand that committed to provide motorcycle enthusiasts with awesome parts and accessories. With close cooperation with manufacturers, we are able to offer products with preferential prices and good quality and offer the lates

**Feedback ratings** ⓘ                                                See all feedback

★★★★★ 40    Item as described     ⊕ 43        ⊖ 1        ⊖ 1        ⊖ Some items are unavailable
★★★★★ 41    Communication        Positive    Neutral    Negative          Oct 05, 2020
★★★★★ 40    Shipping time
★★★★★ 40    Shipping charges

Feedback from the last 12 months

2 Followers | 0 Reviews | Member since: Oct 23, 2019 | 📍 China

## Items for sale(52)                                                        See all items







CNC Motorcycle ...        New Lock Set fo...        Motocross Exhau...        Frame Plug Kit ...        Front Fender Mo...
US $16.00    1h left      US $15.68    2h left      US $12.99    23h left     US $15.99    1d left      US $16.99    1d left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ







Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Include description

Items for sale from **nawensonparts** (40 ) | Save this seller

**Categories**

eBay Motors
- Motorcycle Fairings & Bodywork
- Other Motorcycle Parts
- Motorcycle Parts
- Other Motorcycle Body & Frame
- Motorcycle Air Filters
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (52)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

nawensonparts (40 )
Feedback rating: 40
Positive Feedback: 97.6%
Member since Oct-23-19 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now Sort: Best Match View:

52 results Save this search

Motorcycle Air Filter Fairing Dust Protection Covers for 1290 Super Adventure R
Brand New
**$42.38** From China
or Best Offer
**Free Shipping**
Watch

Motorcycle Frame Plug Kit Aluminum Frame End Caps for R1250GS Adventure 2019
Brand New
**$36.99** From China
or Best Offer
**Free Shipping**
**4 Watching**
Watch

Chrome Motorcycle Swingarm Pivot Covers Fairing Accessories for Gold Wing GL1800
Brand New
**$34.38** From China
or Best Offer
**Free Shipping**
Watch

Universal Motorcycle Pipe Guard Flexible Exhaust Heat Shield for Off-road Bikes
Brand New
**$40.88** From China
or Best Offer
**Free Shipping**
**3 Watching**
Watch

Motorcycle Handlebar Riser Handlebar Adapter Rolocation Brackets for Z900RS
Brand New
**$57.99** From China
or Best Offer
**Free Shipping**
Watch

Motorcycle Front Fender Vent Trim Side Panel Vent Trim Kit for Gold Wing GL1800
Brand New
**$57.99** From China
or Best Offer
**Free Shipping**
Watch

Motorcycle Chain Guide Block Plastic Protector Kit for CRF250R/450RX/KX250F/450F
Brand New

**$23.99**
or Best Offer
**Free Shipping**
2 Watching
👁 Watch

From China

---



Aluminum Motorcycle Air Intake Cover Intake Grille Guard Filter for R Nine T R9T
Brand New

**$27.99**
or Best Offer
**Free Shipping**
👁 Watch

From China

---



Hydraulic Master Cylinder Brake Lever Clutch Handle for Motorcycle under 500CC
Brand New

**$58.99**
or Best Offer
**Free Shipping**
👁 Watch

From China

---




Front Aerodynamic Winglet Decoractive Spoiler Fairing for Ninja 400/250 18-2020
Brand New

**$24.99**
or Best Offer
**Free Shipping**
👁 Watch

From China

---

Speedometer Bezel Gauge Ring Tachometer Odometer Trim Cover for BMW R Nine T R9T
Brand New



**$32.38**
or Best Offer
**Free Shipping**
4 Watching
👁 Watch

From China

---

Motorcycle Brake Fluid Reservoir Cover Clutch Tank Cap Set for XDiavel/S Diavel
Brand New



**$44.99**
or Best Offer
**Free Shipping**
3 Watching
👁 Watch

From China

---

Motorcycle Front Fender ABS Plastic Short Mudguard for V7 III Racer/Stone/Special
Brand New

**$35.38**
or Best Offer
**Free Shipping**
👁 Watch

From China




---

Motorcycle Engine Stabilizer Link CNC Aluminum Accessories for Road Glide/King
Brand New



$26.99
or Best Offer
**Free Shipping**
3 Watching
👁 Watch

From China

---

**Motorcycle Front Engine Mount Bracket CNC Aluminum Accessories for Electra/Road**
Brand New



$30.99
or Best Offer
**Free Shipping**
5 Watching
👁 Watch

From China



---

**Magnetic Mount Motorcycle Gas Tank Bag Storage Pack for Sport Bike Street Bike**
Brand New



$27.99
or Best Offer
**Free Shipping**
5 Watching
👁 Watch

From China



---

**Universal Motorcycle Tail Bag Rear Luggage Rack Storage Pack Helmet Bag Trunk**
Brand New



$37.38
or Best Offer
**Free Shipping**
2 Watching
👁 Watch

From China

---

**Motorcycle Tail Light Trim ABS Plastic Fairing Accessories for Gold Wing GL1800**
Brand New



$31.99
or Best Offer
**Free Shipping**
👁 Watch

From China

---

**Motorcycle Gas Tank Bag Black Storage Pack Magnetic Mount for Metallic Tank**
Brand New



$25.99
or Best Offer
**Free Shipping**
👁 Watch

From China

---

**Universal Motorcycle Windscreen Extension Spoiler deflector Adjustable Aerofoil**
Brand New



$19.99
or Best Offer
**Free Shipping**
13 Sold
👁 Watch

From China



---

**Motorcycle Speedometer Bezel Gauge Ring Tachometer Trim Cover for R Nine T R9T**
Brand New





 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Ktm | All Categories | Search | Advanced

Items for sale from **nawensonparts** (40 ) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors
- Motorcycle Fairings & Bodywork
- Other Motorcycle Parts
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (8)

**Price**

$ to $

**Item Location** see all
- **Default**
- Within
  100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

nawensonparts (40 )
Feedback rating: 40
Positive Feedback: 97.6%
Member since Oct-23-19 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now Sort: Best Match View:

1 results for **Ktm** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

Motorcycle Air Filter Fairing Dust Protection Covers for 1290 Super Adventure R (Fits: KTM)

Brand New

**$42.38**
or Best Offer
**Free Shipping**
Watch

From China

**Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

<div style="border:3px solid green">

**Ship to**

████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████

Change

---

**Review item and shipping**

Seller: nawensonparts     Message to seller

Motorcycle Air Filter Fairing Dust Protection Covers for
1290 Super Adventure R
**$42.38**

Quantity  [ 1 ⌄ ]

**Delivery**
Est. delivery: Oct 29 – Nov 18
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

</div>

### Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

### Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount   [ None ⌄ ]

| | |
|---|---|
| Subtotal (1 item) | $42.38 |
| Shipping | Free |
| Tax* | $2.65 |
| **Order total** | **$45.03** |

*We're required by law to collect sales tax and applicable fees
for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

**✓ Norton SECURED**

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search    Advanced

‹ Back to search results | Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Handlebars, Grips & Levers  ›  Other Handlebars & Levers

✉ f 🐦 P | Add to Watchlist

### People who viewed this item also viewed

CNC Clutch&Brake Levers For KTM...
$24.54
$28.87
Free shipping

177mm Set Clutch Brake Levers For...
$18.99
$19.99
Free shipping

For KTM 390 Duke/RC390 201...
$24.29
$26.99
Free shipping

CNC Short Clutch Brake Levers For...
$21.27
$31.28
Free shipping

CNC Long Brake Clutch Levers For...
$19.59
$21.06
Free shipping

---

ⓘ  Check if this part fits your vehicle      Select Vehicle

🔴 **SAVE UP TO 10% WHEN YOU BUY MORE**





### 1 Pair Shorty/Long CNC Brake Clutch Levers For KTM 390 Duke/RC390 2013-2017 US

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Lever: | - Select - |
| Lever Color: | - Select - |
| Adjuster Color: | - Select - |

Bulk savings:
| Buy 1 $27.99/ea | Buy 2 $26.59/ea | Buy 3 $25.75/ea |

Quantity: [1]

3 available / 8 sold

Price: **US $27.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Free shipping    30-day returns    Longtime member



### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

neverland_cover (31780 ⭐)
98.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | ⚡ Estimated between **Fri. Oct. 30 and Thu. Nov. 19** ⓘ |
| | Please note the delivery estimate is **greater than 13 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  MasterCard  AMEX  Discover |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

Have one to sell?  Sell now

### Sponsored items from this seller 1/2

Feedback on our suggestions

    

| 1 Pair Shorty/Long CNC Brake Clutch Levers For KT... | 2x Shorty/Long Aluminum CNC Brake Clutch Levers... | 2x Adjustable Shorty/Long CNC Brake Clutch Levers... | 1 Pair Short&Long CNC Brake Clutch Levers For... | 1Pair Adjustable CNC Short/Long Brake Clutch... | 1 Pair CNC Front Brake & Clutch Pivot Levers Fits... |
|---|---|---|---|---|---|
| $27.99 | $27.99 | $25.99 | $25.99 | $20.99 | $22.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: **113660535688**

Last updated on  Sep 22, 2020 09:01:31 PDT   View all revisions

### Compatibility

To confirm that this part fits your vehicle, please choose a vehicle from the "My Garage" list OR enter your vehicle's details below.

My Garage
Select a vehicle ⌄          **or**     Year -Select- ⌄   Make -Select- ⌄   Model -Select- ⌄   Submodel -Select- ⌄   Go

Go to My Garage
[show all compatible vehicles]

✓ This part is compatible with 10 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2016 | KTM | 125 | SX |
| | 2015 | KTM | 125 | SX |
| | 2014 | KTM | 125 | SX |
| | 2015 | KTM | 200 | XCW |
| | 2014 | KTM | 200 | XCW |
| | 2016 | KTM | 390 | Duke |
| | 2016 | KTM | 390 | RC |
| | 2015 | KTM | 390 | Duke |
| | 2015 | KTM | 390 | RC |
| | 2013 | KTM | 690 | Duke |

Portions of the information contained in this table have been provided by neverland_cover

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | NEVERLAND |
| EAN: | Does not apply | Manufacturer Part Number: | Does not apply |
| Material: | Billet Aluminum | Placement on Vehicle: | Rear |
| Fit for: | KTM | Surface Finish: | CNC |
| Fit for#1: | 390 Duke/RC390 | Warranty: | 1 Year |
| fit for#3: | RC125/125 Duke | Color: | Multi-Colored |
| Fit for#2: | 200 Duke/RC200 | Country/Region of Manufacture: | China |
| Handle Bars, Levers & Mirror Part Type:: | Lever | UPC: | Does not apply |

**wangyionline1980**

neverland_cover (31780 ⭐) 98.4%

Sign up for newsletter

Search within store

Visit Store:  wangyionline1980

Items On Sale | Car Cover | Motorcycle Cover | ATV/UTV Cover | Bike Cover | BBQ Grill Cover

You may like

| CNC Pivot Brake Clutch Lever For Suzuki RM85 RM125/2... | Pivot Brake Clutch Lever For Honda CR80R/85R CRF15... | Pair CNC Brake Clutch Lever For Suzuki DL650/V-STRO... | Short CNC Brake Clutch Lever For Suzuki SFV650... | Adjustable Short/Long CNC Clutch Brake Lever For... | Shorty/Long Clutch Brake Lever for Honda CB919 02-... |
|---|---|---|---|---|---|
| $17.99 | $27.99 | $25.99 | $23.99 | $25.99 | $25.99 |

 



Home    About Us    FAQ    Return    Feedback    Contact-us

Fast Shipping✓High Quality✓30 days Return Policy Money Back✓

**Specification:**
High quality T6061-T6 aluminum CNC finish
Package including brake lever and clutch lever
Fully 6 positions adjustable
Short Lever Lenth:14.7cm/5.8inch
Long Lever Lenth: 17.7cm/7inch
Perfect fit and no modification is needed, no install instructions included.

**Fitments:**

| Brand | Model | Year |
|-------|-------|------|
| For KTM | 390 Duke/RC390 | 2013-2017 |
| For KTM | 200 Duke/RC200 | 2014-2016 |
| For KTM | RC125/125 Duke | 2014-2017 |

**Note:**
Please check if the model and the year fit your bike before you make the order

**Package included:**
2 X Brake Clutch Levers(Left and Right)

**Store Categories**
Car Cover
ATV/UTV Cover ▸
Motorcycle Cover
Bike Cover
BBQ Grill Cover
Furniture Cover
Lawn Mower Cover
Golf Cart Cover
Exterior Auto Parts ▸
Interior Auto Parts ▸
Motorcycle Parts ▸
AUTO LED LIGHTING BULB
Boat Cover
Other

Shipping Policy    Payment Method    Returns Policy    Tax & Duty    Contact Us

1.All items will be shipped by USPS,Airmail Parcel ,UPS ,DHL,TNT,EMS and TOLL(Supply bulk orders).
2.We will ship the item via different shipping method depending on order amount , order weight and the country
3.You can choose the more fast shipping method by paying more shipping charge.
4.Please kindly check before you brought the item whether you can wait for it.
5.Please provide us your telephone number and correct shipping address since it is very important for the item delivery to you successfully.
6.We only ship the item to the confirmed paypal address, if you need to change the shipping address you must add it to your paypal account before sending payment.
7.Delivery time depends on destination and other factors, it may takes up to 30 days. If you don`t receive the item after 30 days, please contact us, we`ll investigate and solve the delivery problem.
8.Please do not open case or leave bad feedback for us before contact. We will really appreciate that.
9.Shipping details:

Note
International Buyers – Please Note:
Import duties, taxes and charges are not included in the item price or shipping charges. Customs Clear Charges are not included,You will be responsible for the charges.
Pls confirm the charges with your local customs office before ordering/bidding

| Shipping Method | Shipping Destination | Shipping Time |
|-----------------|---------------------|---------------|
| UNITED STATES POSTAL SERVICE | USA | 7-25 business days |
| AIRMAIL | Canada, United Kingdom, Australia, France, Germany, Spain,  Ireland, Others | 15-30 business days |
| UPS | USA | 5-10 business days |
| TNT | United Kingdom, Australia, France, Germany, Spain | 5-10 business days |
| DHL | USA, Canada, United Kingdom,  France, Germany, Spain | 5-10 business days |
| TOLL | Australia | 5-10 business days |

HOT SALE !!

10/9/2020

4x4 Utility Vehicle Storage Cover Double Row Seats Fi...
$109.99

Utility Vehicle Storage Cover Waterproof For Can-Am...
$70.99

XXXL Waterproof ATV Cover Universal For Can-Am...
$32.99

Full Car SUV Cover Outdoor Dust Protection Waterproof...
$33.99

Waterproof Full Car Cover w/Zipper For Land Rover...
$38.99

M-XXXL ATV Cover Waterproof Sun Rain Dust...
$22.99

---

**Sponsored items based on your recent views** 1/3

Feedback on our suggestions


For KTM 990 SMR SMT 2009-2013 10MM Stand...
$9.99
Free shipping
Seller 99.4% positive


For KTM DUKE 125 200 390 690 790 Motorcycle...
$9.99
Free shipping
Seller 99.4% positive


For KTM 125Duke 200Duke Motorcycle Folding...
$28.69
$34.99
Free shipping
Seller 99.4% positive


1 Pair Shorty/Long CNC Brake Clutch Levers For KT...
$27.99
Free shipping
New


Brake Clutch Levers Handle Grip Set For KTM RC8 R R...
$30.91
$32.88
Free shipping
New


CNC Long Brake Clutch Levers For KTM 390...
$19.59
$21.06
Free shipping
New

---

Explore more sponsored options:


for KTM RC 125 200 390 Duke 2017 2018 2019...
$24.50
Free shipping


Pair 7/8" Motorcycle Master Cylinder Hydraulic Brake...
$36.99
Free shipping


Folding Extendable Brake Clutch Levers For KTM DU...
$29.43
$31.99
Free shipping


Folding Extendable Brake Clutch Levers For KTM DU...
$25.46
$28.29
+ $3.99 shipping


Universal 7/8" 22mm Motorcycle Front Brake...
$29.59
$36.99
Free shipping
Popular


MZS short Clutch Brake Levers For Kawasaki...
$27.08
$31.86
Free shipping
Almost gone

---

**More from this seller** 1/2

Feedback on our suggestions


Black CNC Pivot Brake Clutch Levers For Yamaha...
$24.99
+ shipping


Black CNC Pivot Brake Clutch Levers for Suzuki...
$24.99
+ shipping


Black CNC Pivot Brake Clutch Levers For Yamaha...
$24.99
+ shipping


Green CNC Pivot Brake Clutch Levers For Yamaha...
$24.99
+ shipping


Pivot Brake Clutch Levers For Yamaha YZ125/250 15-...
$23.99
+ shipping


1 Pair 40MM Fork Tube CNC Handle Bar Clip On Racing...
$26.99
+ shipping

---

Back to search results
Return to top

More to explore : Other Motorcycle KTM Duke 390s, Brake Cylinders for 2017 KTM 390, Motorcycle Handlebars, Grips & Levers for 2017 KTM 390, Grips for 2017 KTM 390, Motorcycle Shift Levers for KTM 390, Brake Pads for KTM 390, Unbranded Motorcycle Shift Levers for KTM 390, Motorcycle Handlebars, Grips & Levers for KTM 390, EBC Brake Pads for KTM 390, Other Motorcycle Handlebars, Grips & Levers for KTM 390







     

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers | Add to Watchlist

People who viewed this item also viewed

CNC Clutch&Brake Levers For KTM... $24.54 ~~$28.87~~ Free shipping

177mm Set Clutch Brake Levers For... $18.99 ~~$19.99~~ Free shipping

For KTM 390 Duke/RC390 201... $24.29 ~~$26.99~~ Free shipping

CNC Short Clutch Brake Levers For... $21.27 ~~$31.28~~ Free shipping

CNC Long Brake Clutch Levers For... $19.59 ~~$21.06~~ Free shipping

Check if this part fits your vehicle Select Vehicle

SAVE UP TO 10% WHEN YOU BUY MORE

Have one to sell? Sell now

# 1 Pair Shorty/Long CNC Brake Clutch Levers For KTM 390 Duke/RC390 2013-2017 US

Condition: New

Compatibility: See compatible vehicles

Lever: - Select -

Lever Color: - Select -

Adjuster Color: - Select -

Bulk savings: Buy 1 $27.99/ea | Buy 2 $26.59/ea | Buy 3 $25.75/ea

Quantity: 1

3 available / 8 sold

Price: US $27.99/ea

Buy It Now

Add to cart

Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Fri. Oct. 30 and Thu. Nov. 19
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
neverland_cover (31780 )
98.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Sponsored items from this seller 1/2

Feedback on our suggestions

| 1 Pair Shorty/Long CNC Brake Clutch Levers For KT... | 2x Shorty/Long Aluminum CNC Brake Clutch Levers... | 2x Adjustable Shorty/Long CNC Brake Clutch Levers... | 1 Pair Short&Long CNC Brake Clutch Levers For... | 1Pair Adjustable CNC Short/Long Brake Clutch... | 1 Pair CNC Front Brake & Clutch Pivot Levers Fits... |
|---|---|---|---|---|---|
| $27.99 | $27.99 | $25.99 | $25.99 | $20.99 | $22.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

**Description**    **Shipping and payments**                                        Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Guangzhou, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Middle East, Southeast Asia, South America, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Russian Federation, Albania, Andorra, Austria, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Estonia, Germany, Gibraltar, Greece, Guernsey, Iceland, Ireland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Netherlands, Romania, San Marino, Serbia, Slovakia, Slovenia, Spain, Svalbard and Jan Mayen, Sweden, Switzerland, Ukraine, United Kingdom, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, PO Box

Quantity: | 1 |    Change country: | United States ▾ |       ZIP Code: | 60106 |   Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| Free shipping | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Fri. Oct. 30** and **Thu. Nov. 19** |
| US $25.99 | US $24.99 | United States | Expedited Shipping from outside US | Estimated between **Thu. Oct. 15** and **Tue. Oct. 20** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

**Handling time**

Will usually ship within 3 business days of receiving cleared payment.

**Taxes**

Taxes may be applicable at checkout. Learn more

---

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

---

### Payment details

Payment methods

PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**

**Special financing available**

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/3                    Feedback on our suggestions

‹                                                                              ›



Hi! Sign in or register    Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

ebay   Shop by category ⌄   🔍 Search for anything   All Categories ⌄   **Search**   Advanced

Home › Community › Feedback forum › Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE

**neverland_cover** (31780 ⭐) 📋 ℹ️

**Positive Feedback (last 12 months): 98.4%** ℹ️

Member since: Oct-12-10 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

### Member Quick Links
Contact member
View items for sale
View seller's Store

### Feedback ratings ℹ️

| | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 210 | 1869 | 4806 |
| ⊙ | Neutral | 3 | 22 | 45 |
| ➖ | Negative | 5 | 35 | 80 |

### Detailed seller ratings ℹ️

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (4290) | ⭐⭐⭐⭐⭐ (4417) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (4341) | ⭐⭐⭐⭐⭐ (4429) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

80 Feedback received (viewing 1-25)     Revised Feedback: 159 ℹ️

Search Feedback received as seller with an item title or ID: ℹ️
e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (80) ⌄    Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Terrible product!!! Can't get refund...beware overseas junk!!!..**<br>NEVERLAND Waterproof Utility Vehicle UTV Cover 4x4 For Kawasaki Mule SX XC SE (#223823213570) | Buyer: m***k (2850 ⭐)<br>US $48.59 | Past month<br>Reciprocal feedback |
| Reply by neverland_cover. Left within past month.<br>sorry,please back to us | | |
| ➖ **No where near as described, dont waste the money,**<br>Utility Vehicle Cover Waterproof For CFMOTO ZFORCE 500 800 Trail EX 950 Sport (#223761762031) | Buyer: s***s (301 ⭐)<br>US $62.99 | Past month<br>Reciprocal feedback |
| Reply by neverland_cover. Left within past month.<br>hi,sorry the item could not meet ur expectation,any issue,contact to solve | | |
| ➖ **Cover did not fit, so tried to return it. Seller says not to send it back.**<br>Extra Large Universal SUV Full Car Cover All Weather Protection Dust Breathable (#192857399908) | Buyer: w***s (67 ⭐)<br>US $34.19 | Past month<br>Reciprocal feedback |
| Reply by neverland_cover. Left within past month.<br>so sorry,please back to us | | |
| ➖ **Product doesnt fit my Mule as advertised. Seller wants me to resell or give away**<br>Utility Vehicle Storage Cover Waterproof For Kawasaki Mule 4000 4010 Trans SE (#223469904540) | Buyer: e***e (121 ⭐)<br>US $83.84 | Past month<br>Reciprocal feedback |
| Reply by neverland_cover. Left within past month.<br>sorry for this misunderstanding for you.back to us | | |
| ➖ **Garbage. Brackets are installed crooked and seller wants me to fix it. AVOID!**<br>110cm Universal Lightweight Aluminum Rear Hatch Car Trunk GT Wing Racing Spoiler (#113851917608) | Buyer: o***7 (250 ⭐)<br>US $104.99 | Past month<br>Reciprocal feedback |
| Reply by neverland_cover. Left within past month.<br>sorry please back to us, we will solve your problem. | | |
| ➖ **this cover was made cheap I thought was getting a good quality material**<br>XXXL Black&Silver Motorcycle Cover For Honda Goldwing GL1800 1500 1200 1000 1100 (#192717721924) | Buyer: i***4 (5)<br>US $31.99 | Past month<br>Reciprocal feedback |
| Reply by neverland_cover. Left within past month.<br>sorry please back to us, we will solve your problem. | | |
| ➖ **Was perfect size if you had two sportsmen's lined up in a row**<br>Custom 190T Waterproof ATV Cover Storage UV Protector For Polaris Sportsman 450 (#223350910361) | Buyer: j***o (346 ⭐)<br>US $34.19 | Past 6 months<br>Reciprocal feedback |

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄

Search for anything    All Categories ⌄    Search

---

**neverland_cover** (31780 ⭐)
98.4% positive feedback

🔖 Items for sale    Visit store    ✉ Contact

♡ Save

Based in China, neverland_cover has been an eBay member since Oct 12, 2010



**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 4,290 | Item as described | ⊕ 4,806 Positive |
| ⭐⭐⭐⭐⭐ 4,429 | Communication | ◯ 45 Neutral |
| ⭐⭐⭐⭐⭐ 4,341 | Shipping time | ⊖ 80 Negative |
| ⭐⭐⭐⭐⭐ 4,417 | Shipping charges | |

See all feedback

⊕ Great price for the product! Fast shipping!!! Will definitely buy from again!
Oct 05, 2020

● ● ● ● ●

Feedback from the last 12 months

570 Followers  |  0 Reviews  |  Member since: Oct 12, 2010   📍 China

## Items for sale (2459)

See all items



**3 Buttons Remot...**
US $13.99          2h left



**NEVERLAND XL Bl...**
US $23.39          4h left



**SUV Full Car Co...**
US $33.99          6h left



**Custom Waterpro...**
US $18.99          6h left



**Utility Vehicle...**
US $59.99          6h left

---

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄



**ebay**    Shop by category ⌄    🔍 Search this Store    | This Store ⌄ |    **Search**    Advanced

eBay  >  eBay Stores  >  neverland_cover



YOUR COVER, NEVERLAND COVERS!
Best Prices/Best Services/Best Products



## neverland_cover

570 followers  |  neverland_cover (31780 ⭐) 98.4%

Best Quality, Best Services, Best Prices!! Welcome to my eBay Shop. We sell various cover products mainly in the market, ATV covers, UTV covers, Motorcycle covers, Bike covers, BBQ covers, Furniture covers, Lawn Mower covers, Car covers,Boat Covers, Wheel trie covers and other Auto accessories etc. Just contact us for more! Many products are in the local warehouse, so it's fast for you to receive the goods.Please add us to your list of favourite sellers and come again. Thank you for your business.

♡ Save this seller                                                                                          Show less ⌃

### Category

All
Car Cover
ATV/UTV Cover
Motorcycle Cover
Bike Cover
BBQ Grill Cover
Furniture Cover
Lawn Mower Cover
Golf Cart Cover
Exterior Auto Parts
Interior Auto Parts
Motorcycle Parts
AUTO LED LIGHTING BULB
Boat Cover
Parasol Banana Umbrella Cover
Other

### Featured Items







| | | |
|---|---|---|
| Custom Waterproof ATV Cover Storage 4x4 For... | SUV Full Car Cover Waterproof Anti-UV Rain... | NEVERLAND XXXL Waterproof Motorcycle Rai... |
| **$26.99** | **See Price** | **$28.99** |
| ~~$29.99~~ | 10% OFF | Trending at $29.32 |

---

| All Listings | Auction | Buy It Now |    Best Match ▾    ☰ ▾

1-48 of 1,163 Results



**1 Pair Shorty/Long CNC Brake Clutch Levers For KTM 390 Duke/RC390 2013-2017 US**
$27.99
Free shipping                                                                From China
                                                                              Brand: Neverland



**1 Pair Shorty/Long CNC Brake Clutch Levers For KTM 200 Duke/RC200 2014 2015 2016**
$27.99
Free shipping                                                                From China
                                                                              Brand: Neverland



**SidexSide Utility Vehicle Storage Cover For POLARIS RZR XP 900 1000 XP Turbo EPS**
$53.24
Was: ~~$70.99~~                                                              Brand: Neverland
Free shipping
or Best Offer



**XL 420D Oxford Car Cover Waterproof Dust Protector For Toyota 4Runner Highlander**
$60.99
Free shipping                                                                Brand: Neverland
or Best Offer



**Waterproof Bicycle Cover Bike Sun/Rain/Snow/Dust Proof UV Protector For 3 Bikes**
⭐⭐⭐⭐⯨ 51 product ratings
$17.84
Was: ~~$20.99~~                                                              Brand: Neverland
Free shipping
or Best Offer

10/9/2020



XXXL ATV Cover Waterproof Dust Protection Silver For Yamaha Raptor 660R 700 700R

$28.99

Free shipping
or Best Offer

Brand: Neverland



Utility Vehicle Storage Cover Waterproof For Can-Am Maverick X3 XDS XMR Turbo

$53.24
Was: $70.99
Free shipping
or Best Offer

Brand: Neverland



XXXL Waterproof ATV Cover Universal For Can-Am Outlander 450 570 650 850 1000R

★★★★½  26 product ratings

$32.99

Free shipping
or Best Offer

Brand: Neverland



Utility Vehicle Cover Storage Waterproof For Honda Pioneer 500 700 700-4 Deluxe

$59.84
Was: $62.99
Free shipping
or Best Offer

Brand: Neverland



Side-by-Side Utility Vehicle Storage Cover Waterproof For Kawasaki Teryx 750 800

$70.99

Free shipping
or Best Offer

Brand: Neverland



SUV Full Car Cover Waterproof Outdoor Protector For Toyota Land Cruiser 4Runner

$40.99

Free shipping
or Best Offer

Brand: Neverland



Motorcycle Cover waterproof Heavy Duty For Winter Outside Storage XXL Snow Rain

★★★★½  32 product ratings

$29.60
Was: $32.89
Free shipping
or Best Offer

Brand: Neverland



Utility Vehicle Cover SxS Waterproof For Polaris Ranger XP 1000 900 800 Premium

$59.84
Was: $62.99
Free shipping
or Best Offer

Brand: Neverland




Extra Large Universal SUV Full Car Cover All Weather Protection Dust Breathable

$37.99

Free shipping
or Best Offer

Brand: Neverland



NEVERLAND Waterproof Utility Vehicle UTV Cover 4x4 For Polaris RZR 570 800 900

$42.99

Free shipping
or Best Offer

Brand: Neverland




NEVERLAND XL Motorcycle Cover Waterproof For Harley Davidson Sportster 1200 883

$24.29
Was: $26.99
Free shipping
or Best Offer

Brand: Neverland



Double Row Seat Cover Utility Vehicle Storage Fit Polaris RZR XP 4 Turbo S4 1000

$101.19

Free shipping
or Best Offer

Brand: Neverland



4x4 Utility Vehicle Storage Cover Double Row Seats Fits Can-Am Maverick X3 Max R

$98.99
Was: $109.99
Free shipping
or Best Offer

Brand: Neverland



Waterproof Full ATV Cover 4x4 Storage Black For Polaris Sportsman 550 EFI XP 570

$33.99
Free shipping

Brand: Neverland



Full SUV Car Waterproof Sun UV Snow Dust Rain Scratch Resistant Protection

$45.99
Free shipping

Brand: Neverland



NEVERLAND Utility Vehicle Storage Cover SXS Waterproof For Yamaha WOLVERINE X4

$62.09
Was: $68.99
Free shipping
or Best Offer

Brand: Neverland



NEVERLAND 2 Row Seats Utility Vehicle Cover For Polaris RZR XP 4 S4 900 1000 US
★★★★★ 3 product ratings

$95.99
Free shipping
or Best Offer
Only 2 left

Brand: Neverland



XXXL Orange Motorcycle Cover For Harley Davidson Road Glide King Ultra Limited

$32.99
Free shipping
or Best Offer

Brand: Neverland



Waterproof SUV Car Cover Outdoor Dust Sun Protection For Jeep Wrangler Unlimited

$40.99
Free shipping
or Best Offer

Brand: Neverland



XXXL Motorcycle Cover Waterproof Heavy Duty For Winter Outside Storage Snow Rain
★★★★½ 11 product ratings

$29.60
Was: $32.89
Free shipping
or Best Offer

Brand: Neverland



Utility Vehicle Cover Storage Waterproof For Polaris RZR S 570 800 900 1000 EPS

$59.84
Was: $62.99
Free shipping
or Best Offer

Brand: Neverland



3XL Orange Motorcycle Cover Waterproof For Harley Davidson Electra Glide Ultra

$33.99
Free shipping
or Best Offer

Brand: Neverland



4x4 Utility Vehicle Storage Cover Waterproof For Yamaha YXZ 1000R SS SE EPS

$53.17
Was: $70.89
Free shipping
or Best Offer

Brand: Neverland



NEVERLAND XXXL Waterproof Quad ATV Cover For Polaris Touring 550 570 850 XP 1000

$35.99
Free shipping
or Best Offer

Brand: Neverland



L Waterproof Motorcycle Cover For Yamaha YZF R1 R6 R6S R1M R3 R7 1000R 600R 700R

$20.99
Free shipping
or Best Offer

Brand: Neverland



Utility Vehicle Storage Cover SidexSide Waterproof For Honda Talon 1000X 1000R

$59.99
Free shipping
or Best Offer

Brand: Neverland



M Full Car Cover Waterproof 420D Oxford Snow All Weather Dust Protection For SUV

$54.99
Free shipping

Brand: Neverland



Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | ktm | All Categories | Search | Advanced

Items for sale from neverland_cover (31780) | Save this seller | Show results from all sellers

Include description

### Categories

**eBay Motors**

- Other Motorcycle Accessories
- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Fairings & Bodywork
- Motorcycle Covers & Tarpaulins
- Other ATV, Side-by-Side & UTV Parts & Accessories
- More

**See all categories**

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (136)

**Price**

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

neverland_cover (31780)

Feedback rating: 31,780
Positive Feedback: 98.4%
Member since Oct-12-10 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now | Sort: Best Match | View:

**136** results for **ktm** | Save this search

## Find your Motorcycle

Make & Model: KTM | Any Model

Year From / To: Year From | Year To

Distance: Any Distance of | 60106

Clear selections

0 matching results

Find Results

Bling Kit CNC Billet Block For KTM SX SXF EXC F 125 200 250 300 350 400 450 505 (Fits: KTM)

Brand New

**$58.99**
or Best Offer
**Free Shipping**
**4 Watching**
Watch

From China
Brand: Neverland

1 Pair CNC Foot Pegs Rests Pedals For KTM EXC SX SXF XC XCW XCF EXCF Motorcycle (Fits: KTM)

Brand New

**$46.99**
or Best Offer
**Free Shipping**
Watch

From China
Brand: Neverland

1 Pair Shorty/Long CNC Brake Clutch Levers For KTM 390 Duke/RC390 2013-2017 US (Fits: KTM)

Brand New

**$27.99**
Buy It Now
**Free Shipping**

From China
Brand: Neverland

XL Orange Motorcycle Cover Bike Waterproof Outdoor Rain Dust For KTM Duke 390

Brand New

**$23.99**
or Best Offer
**Free Shipping**
Watch

**Save up to 10% when you buy more**
Brand: Neverland

Dust Bike Motorcycle Cover For Kawasaki Ninja 250 250R 300 500 650 650R 1000 US (Fits: KTM)

Brand New

**$19.99**
or Best Offer
**Free Shipping**
Watch

**Save up to 10% when you buy more**
Brand: Neverland

XXL 210D Oxford Motorcycle Cover Waterproof Bike Outdoor For Harley Yamaha KTM

Brand New

10/9/2020

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

<div style="border: 2px solid green;">

**Ship to**

███████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████

Change

---

**Review item and shipping**

Seller: neverland_c... | Edit message
Message: Item Id: 113660535688 Buyer's Vehicle: KTM

 1 Pair Shorty/Long CNC Brake Clutch Levers For KTM 390 Duke/RC390 2013-2017 US
Adjuster Color: Black, Lever: Short, Lever Color: Orange
**$27.99**

Quantity  [ 1 ▾ ]

**Delivery**

● Est. delivery: Oct 30 – Nov 19
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 15 – Oct 20
Expedited Shipping from outside US
**$25.99**

</div>

## Gift cards, coupons, eBay Bucks

[ Enter code: _____ ]  [ Apply ]

## Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount  [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $27.99 |
| Shipping | Free |
| Tax* | $1.75 |
| **Order total** | **$29.74** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

**ebay** MONEY BACK GUARANTEE

See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED





Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Other Tire & Wheel Parts
eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

| Add to Watchlist

This fits a KTM | Select Year

SAVE UP TO 10% WHEN YOU BUY MORE

$ Have one to sell? Sell now

# Bling Kit CNC Billet Block For KTM SX SXF EXC F 125 200 250 300 350 400 450 505

Condition: New

Bulk savings: Buy 1 $58.99/ea | Buy 2 $56.04/ea

Compatibility: See compatible vehicles

Quantity: 1

2 available / 1 sold

Price: US $58.99/ea

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: FREE Expedited Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: United States See exclusions

Delivery: Estimated between Thu. Oct. 15 and Thu. Oct. 22
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

neverland_cover (31780 ★)
98.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

KTM Orange CNC Motorcycle Spoke Wrench...
$13.99
+ $4.00 shipping
Seller 100% positive

19" Motorcycle Rear Spokes Nipples Kit For KTM EXC S...
$43.58
Free shipping
New

Fast Rear Wheel Axle Spacers Washer Aluminum...
$22.99
~~$25.54~~
Free shipping
Seller 99.4% positive

21" Front Spokes Nipples Kit For KTM SX SXF XC XCW...
$42.50
Free shipping
New

CNC Billet Orange Fuel Petrol Tank Cap Spoke...
$20.53
~~$21.84~~
Free shipping
Seller 99.7% positive

Moose 19" Stainless Spoke Kit for KTM 1998-20 125 25...
$69.95
Free shipping
Seller 99.5% positive

## Sponsored items from this seller 1/2

Feedback on our suggestions

Hi! **Sign in** or **register**    Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ▾   My eBay ▾

**ebay**   Shop by category ▾    🔍 Search for anything          | All Categories ▾ |    **Search**

‹ Back to search results | Listed in category:   eBay Motors ›  Parts & Accessories ›  Motorcycle Parts ›  Footrests, Pedals & Pegs ›  Foot Pegs & Pedal Pads ›
See more 1 Pair CNC Foot Pegs Rests Pedals for KTM EXC ...                                              ✉ f ⊱   Add to Watchlist
                                                                                                         📌

✓ This fits a KTM     | Select Year |

🔖 **SAVE UP TO 10% WHEN YOU BUY MORE**



**1 Pair CNC Foot Pegs Rests Pedals For KTM EXC SX SXF XC XCW XCF EXCF Motorcycle**

☆☆☆☆☆  Be the first to write a review

| Condition: | New |
| --- | --- |

| Bulk savings: | Buy 1 $46.99/ea | Buy 2 $44.64/ea |
| --- | --- | --- |
| | Buy 3 $43.23/ea | |

Compatibility:   See compatible vehicles

Quantity: | 1 |    3 available

Price: **US $46.99/ea**    **Buy It Now**

                              **Add to cart**

Best Offer:              **Make Offer**

                         ♡ **Add to Watchlist**

**Free shipping**  |  30-day returns  |  Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide   See exclusions

Delivery: ★ Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ
Please note the delivery estimate is **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 💳 💳
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
neverland_cover (31780 ⭐)
98.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2                                    Feedback on our suggestions

‹                                                                                                    ›

Have one to sell?  **Sell now**

Hello. **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact          Sell    Watch List ⌄    My eBay ⌄    🔔    🛒

 ebay    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    | **Search** |

‹ Back to previous page | Listed in category:    Vehicle Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Brake Levers          ✉ f 🐦 📌    | Watch this item

### People who viewed this item also viewed

    For KTM DUKE 125/200/390 201... £17.99 + £3.99 P&P    Short
    Adjust Folding Brake Clutch... £29.99 Free P&P
    For KTM DUKE 125 200 390 2011-201... £23.99 Free P&P
    Motorcycle Alu Brake Clutch... £23.99 Free P&P
    Foldable Extendable Brake... £24.99 + £2.00 P&P

LAST ONE



Mouse over image to zoom

‹  ›

🌱 Have one to sell? **Sell it yourself**

## Orange CNC Motorbike Short Clutch Brake Levers For KTM Duke RC 125 200 390 UK

Condition: **New**

Compatibility: **See compatible vehicles**
:

Quantity: | 1 |    **Last one** / **1 sold**

Price: **£16.99**

| **Buy it now** |

| **Add to basket** |

Best Offer: | **Make offer** |

| ♡ **Watch this item** |

| Last one available | Long-time member | 30-day returns |

 nectar    Collect **17** Nectar points    Redeem your points | Conditions

Postage: **£5.99** Economy SpeedPAK from China/Hong Kong/Taiwan | See details
International postage of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Posts to: Worldwide    See exclusions

Delivery: **Estimated between Tue. 1 Dec. and Tue. 22 Dec.** ⓘ
Seller sends within 5 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Payments: 💳 PayPal  🔵 VISA  🔴 Mastercard  🔵 Maestro  AMEX

Returns: 30 days refund, buyer pays return postage | See details

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

**Seller information**
neverland-gbp (72021 ⭐)
98.8% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

### Sponsored items from this seller 1/2                    Feedback on our suggestions

‹
  2x 320mm 12.5" Rear Gas Shock Absorbers Gas Fit... £79.99 + £4.99 P&P
  2pcs 15" 380mm Motorcycle Shock Absorbers Shock... £89.99 + £49.99 P&P  Last one
  2x 320mm Motor Rear Shock Absorbers Gas... £95.99 + £45.99 P&P
  Novsight H1 LED Headlight Xenon Bulbs 72W 9000LM... £16.99 + £2.99 P&P
  15" 380mm Motor Rear Shock Absorbers Gas Air... £89.99 + £50.00 P&P  Last one
  Black Shock Bolt Cover Kit For Harley 2004-Later Dyn... £6.66 + £2.99 P&P  Almost gone
›

| **Description** | Postage and payments |                    Report item

eBay item number: 274401037111

Seller assumes all responsibility for this listing.

Last updated on 12 Oct, 2020 20:02:50 BST  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Make | Model | CCM | Submodel | Year | StreetName |
| --- | --- | --- | --- | --- | --- |



| -Select- | -Select- | -Select- | -Select- | -Select- | -Select- | Check compatibility |
|---|---|---|---|---|---|---|

Select your vehicle's Make and Name to see if your vehicle fits

This item fits with these vehicles:

[show all compatible vehicles]

| Notes | Make | Model | CCM | Submodel | Year | StreetName |
|---|---|---|---|---|---|---|
| |  KTM | Duke | 125 | -- | 2018 | -- |
| | KTM | Duke | 125 | -- | 2017 | -- |
| | KTM | Duke | 125 | -- | 2016 | -- |
| | KTM | Duke | 125 | -- | 2015 | -- |
| | KTM | Duke | 125 | -- | 2014 | -- |
| | KTM | Duke | 125 | -- | 2013 | -- |
| | KTM | Duke | 125 | -- | 2012 | -- |
| | KTM | Duke | 125 | -- | 2011 | -- |
| | KTM | Duke | 200 | -- | 2017 | -- |
| | KTM | Duke | 200 | -- | 2016 | -- |
| | KTM | Duke | 200 | -- | 2015 | -- |
| | KTM | Duke | 200 | -- | 2014 | -- |
| | KTM | Duke | 200 | -- | 2013 | -- |
| | KTM | Duke | 200 | -- | 2012 | -- |
| | KTM | Duke | 390 | -- | 2018 | -- |
| | KTM | Duke | 390 | -- | 2017 | -- |
| | KTM | Duke | 390 | -- | 2016 | -- |
| | KTM | Duke | 390 | -- | 2015 | -- |
| | KTM | Duke | 390 | -- | 2014 | -- |
| | KTM | Duke | 390 | -- | 2013 | -- |

Portions of the information contained in this table have been provided by neverland-gbp

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened and undamaged item in original retail packaging (where packaging is applicable). If the item comes direct from a manufacturer, it may be delivered in non-retail packaging, such as a plain or unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | NEVERLAND |
| Lever: | Short | Manufacturer Part Number: | Does not apply |
| Lever Color: | Orange | UPC: | Does not apply |
| Adjuster Color: | Black | EAN: | Does not apply |
| Fit forl: | For KTM 390 Duke/RC390 2013-2017 | Material: | Billet Aluminum |
| Fit for2: | For KTM 200 Duke/RC200 2014-2016 | Placement on Vehicle: | Front |
| Fit for3: | For KTM RC125/125 Duke 2014-2017 | Surface Finish: | CNC |

### Neverland-England

neverland-gbp (72021 ⭐) 98.8%

Sign up for newsletter

Search within shop

[ ] 🔍

Visit shop: Neverland-England

Items On Sale   Car Cover   Motorcycle Cover   ATV/UTV Cover   Bike Cover   BBQ Grill Cover

## Seller Recommend

Universal Red 7/8" Motor Bikes Brake Clutch Lever Master... £27.99

Blue 7/8" Universal Adjustable Motorcycle Brake Clutch... £22.99

CNC Pivot Clutch Brake Lever Gold fit For Suzuki... £15.99

Short Clutch Brake Levers for Yamaha YZF R1 2004-2008 ... £14.99

Short Brake Clutch Lever For Suzuki GSX650F/1250... £17.99

Pair Pivot Clutch Brake Levers For Honda CR80R/85R 1983... £16.99

Brake Clutch Pivot Levers Set fit For Suzuki... £14.49

Long Brake Clutch Lever GSX1250 F/SA/ABS 2010-... £17.99

For Honda CBR900RR Fireblade 1993-99 CB919... £20.99

Pair 7/8" 22mm Motorbike Brake Clutch Levers Master... £21.99

Red Folding Extendable Brake Clutch Levers For Yamaha Y... £24.99

Short Brake Clutch Levers for Honda CB599 /CB600... £16.99



eBay Shop  Über uns  Kontaktieren uns  Bewertung

**Store Categories**

Autozubehör

Motorradzubehör

Other







Orange CNC Motorbike Short Clutch Brake Levers For KTM Duke RC 125 200 390 UK

**Note**
International Buyers – Please Note:
  Import duties, taxes and charges are not included in the item price or shipping charges. Customs Clear Charges are
  not included,You will be responsible for the charges.
  Please check with your country's customs office to determine what these additional costs will be prior to bidding / buying.





**Specification:**
High quality T6061-T6 aluminum CNC finish
Package including brake lever and clutch lever
Color:Orange Lever,Black Adjuster
Fully 6 positions adjustable
Short Lever Lenth:14.7cm/5.8inch
Long Lever Lenth: 17.7cm/7inch
Perfect fit and no modification is needed, no install instructions included.

**Fitments:**
For KTM 390 Duke/RC390 2013-2017
For KTM 200 Duke/RC200 2014-2016
For KTM RC125/125 Duke 2014-2017

**Note:**
Please check if the model and the year fit your bike before you make the order

**Package included:**
2 X Brake Clutch Levers(Left and Right)

| Versandart | Zahlung | Versprechen | Service |
| --- | --- | --- | --- |

1. All items will be shipped by USPS, Airmail Parcel ,UPS ,DHL,TNT,EMS ,TOLL .We will ship the item via different shipping method by order amount and order weight .Different way will have different shipping charges.

2. If you choose the express shipping method, Please offer us your telephone number or your order will be delayed since the courier will need it for the delivery.

3 Delivery time depends on destination and the shipping method that you choose, also affected by the custom clearance and other factors.

Please kindly check the delivery time and allow enough time for the delivery. Any problem for the delivery, please kindly contact us first before open case or leave bad feedback. We believe we can work you together to make the transaction best. Thanks!

Here is the shipping details:

And for every parcel, if you have not received it within 30 days, Please contact us first, we will arrange to resend or refund to you.

Please do not open case or leave bad feedback for us before contact. We will really appreciate that.

## Buyers also like

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Black Pivot Brake Clutch Lever For... | CNC Pivot Brake Clutch Levers For... | Orange CNC Pivot Brake Clutch Levers... | Orange CNC Pivot Brake Clutch Levers... | Red Pivot Brake Clutch Levers Set Fit For... | Blue CNC Pivot Clutch Brake Lever For... | Fit Yamaha YZF R1 02-2003 R6 FZ1... | Orange CNC Pivot Brake Clutch Levers... |
| £16.99 | £16.99 | £14.99 | £14.99 | £13.99 | £15.99 | £24.99 | £14.99 |

---

### Business seller information

XITAO WU

Shitao Wang
2nd Floor, No 83 building,Huangbian ErHeng Road ,
510400 GuangZhou, Guangdong
China

▼ Phone: 8613719355845
  Email: motorzone888@hotmail.com

VAT number: GB 268236580

### Returns policy

| After receiving the item, cancel the purchase within | Return postage |
|---|---|
| 30 days | Buyer pays return postage |

Take a look at our Returning an item help page for more details. You're covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

The buyer is responsible for return postage costs.

| Return policy details | |
|---|---|
| Returns accepted | |

Most purchases from business sellers are protected by the Consumer Contract Regulations 2013 which give you the right to cancel the purchase within 14 days after the day you receive the item. Find out more about your rights as a buyer and exceptions.

---

## Sponsored items based on your recent views  1/3

Feedback on our suggestions











| Orange Short Brake Clutch Levers For KTM Duke RC... | For KTM DUKE 125 200 390 2011-2014 Motorcycle... | Foldable Extendable Brake Clutch Levers for KTM Duk... | CNC Keyless Fuel Gas Tank Cap For KTM Super Duke... | 1 Set Black Fuel Gas Tank Cap Bolts For 950... | CNC Folding Brake Clutch Levers for KTM Duke 390... |
|---|---|---|---|---|---|
| £17.99 | £23.99 | £24.99 | £18.99 | £15.88 | £23.98 |
| + £3.99 P&P | Free P&P | + £2.00 P&P | + £2.50 P&P | + £7.00 P&P | Free P&P |
| New | New | Seller 99.7% positive | Seller 99.1% positive | Last one | Seller 99.2% positive |

## Explore more sponsored options: Colour

Orange







**Short**

For KTM DUKE 125/200/390 2011-2018 Short Brake...

£17.99
+ £3.99 P&P

For KTM DUKE 125 200 390 2011-2014 Motorcycle...

£23.99
Free P&P

For KTM DUKE 125 200 390 690 R SMC RC8 CNC...

£23.99
+ £8.00 P&P
Almost gone

Foldable Extendable Brake Clutch Lever Set for KTM...

£24.99
+ £2.00 P&P

Hydraulic Brake Clutch Master Cylinder Levers For...

£35.99
+ £20.00 P&P

---

### People who viewed this item also viewed 1/2

Feedback on our suggestions








**Short**

For KTM DUKE 125/200/390 2011-2018 Short Brake...

£17.99
+ £3.99 P&P

Adjust Folding Brake Clutch Levers Handle Grips Set fo...

£29.99
Free P&P

For KTM DUKE 125 200 390 2011-2014 Motorcycle...

£23.99
Free P&P

Motorcycle Alu Brake Clutch Levers Folding...

£23.99
Free P&P
Last one

Foldable Extendable Brake Clutch Lever Set for KTM...

£24.99
+ £2.00 P&P

**Foldable & Extendable**

Folding Extend Brake Clutch Levers For KTM...

£23.59
+ £3.99 P&P

---

### More from this seller 1/2

Feedback on our suggestions








Orange CNC Pivot Brake Clutch Levers For Suzuki...

£15.99
+ P&P

Orange CNC Pivot Brake Clutch Levers For Suzuki...

£14.99
+ P&P

Orange CNC Pivot Brake Clutch Levers For Honda...

£14.99
+ P&P

Short Brake Clutch CNC Levers for Suzuki GSR600...

£16.99
+ P&P
Last one

fit For Suzuki GSX650F GSX1250 GSX1400...

£17.49
+ P&P
Last one

Short Brake Clutch Levers fit for Suzuki...

£16.99
+ P&P
Last one

---

Ad ils.be ▾

**Professional tension levers - Large stock and fast delivery - Discover our products**

Tension **levers** = adjustable **levers** = **lever** handles. To increase tension on lashing chains. Tension a ship's container lashing with lashing bars in combination with turn buckles. Large Stock. Best Price. 40 Years Of Experience. Types: Twistlocks, Cornercastings, Decksockets and D-rings, Elephant Foot Socket, Carlashing, Lashing Bars, Turnbuckles, Lashing Chains, Bridgefittings, Weblashing.

+32 3 234 28 80
Products    About Us
Contact Us

[ Visit Website ]

Ad pricecat.co.uk ▾

**KTM Lever - KTM Lever - pricecat.co.uk**

Compare **KTM Lever** in All Categories of Product. Search Now!

Motorcycle Parts    Car Wheels and Tyres
Car Tuning and Styling    Car Accessories

[ Visit Website ]

Ad sale-r.com ▾

**KTM Duke 125 Levers up to 75% off - Compare Prices & Save - sale-r.com**

Now or never: **KTM** Duke 125 **Levers** sale. Free UK Delivery on Eligible Orders. View Offers.

[ Visit Website ]

Ad ktm-bike-parts.com ▾

**KTM Motorcycle Bike Parts - KTM Genuine Parts - ktm-bike-parts.com**

Need **KTM** Parts? Buy With Confidence – Fast and reliable DHL world-wide delivery. View Online Part Diagrams. Easy to read diagrams. Secure on-line Payment. Genuine **KTM** Parts. Worldwide delivery by DHL.

[ Visit Website ]

---

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to previous page                                                                                      Return to top

**More to explore :**  Motorcycle Clutch Levers for KTM Duke,   Motorcycle Brake Levers for KTM Duke,   Motorcycle Brake Levers for 2017 KTM Duke,   Motorcycle Brake Levers for KTM Duke II,   Unbranded Motorcycle Brake Levers for KTM Duke,   Motorcycle Handlebars, Grips & Levers for KTM Duke,   Yamaha Xt 125 Clutch Lever,   Brake Discs for KTM Duke,   KTM Motorcycle Clutch Levers,   Motorcycle Clutch Levers for KTM Duke

Hello. Sign in or register   Daily Deals   Brand Outlet   Help & Contact

Sell   Watch List ▾   My eBay ▾



Shop by category ▾

Search for anything

All Categories ▾

Search

◄ Back to previous page | Listed in category:   Vehicle Parts & Accessories  >  Motorcycle Parts  >  Handlebars, Grips & Levers  >  Brake Levers

✉ f 🐦 📌  | Watch this item

## People who viewed this item also viewed


For KTM DUKE 125/200/390...
£17.99
+ £3.99 P&P
Short


Adjust Folding Brake Clutch...
£29.99


For KTM DUKE 125 200 390...
£23.99
Free P&P


Motorcycle Alu Brake Clutch...
£23.99
Free P&P


Foldable Extendable...
£24.99
+ £2.00 P&P



LAST ONE

### Orange CNC Motorbike Short Clutch Brake Levers For KTM Duke RC 125 200 390 UK

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1   Last one / 1 sold |
| Price: | **£16.99** |

**Buy it now**

**Add to basket**

| Best Offer: | **Make offer** |
|---|---|

♡ **Watch this item**

| Last one available | Long-time member | 30-day returns |
|---|---|---|

 nectar
Collect **17** Nectar points
Redeem your points | Conditions

| | |
|---|---|
| Postage: | £5.99  Economy SpeedPAK from China/Hong Kong/Taiwan | See details
International postage of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Posts to: Worldwide  See exclusions |
| Delivery: | Estimated between **Tue. 1 Dec. and Tue. 22 Dec.**
Seller sends within 5 days after receiving cleared payment. ⓘ
Please allow additional time if international delivery is subject to customs processing. |
| Payments: |   |
| Returns: | 30 days refund, buyer pays return postage | See details |

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

**Seller information**
neverland-gbp (72021 ⭐)
98.8% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

## Sponsored items from this seller 1/2

Feedback on our suggestions


2x 320mm 12.5" Rear Gas Shock Absorbers Gas Fit...
£79.99
+ £4.99 P&P


2pcs 15" 380mm Motorcycle Shock...
£89.99
+ £49.99 P&P
Last one


2x 320mm Motor Rear Shock Absorbers Gas...
£95.99
+ £45.99 P&P


Novsight H1 LED Headlight Xenon Bulbs 72W 9000L...
£16.99
+ £2.99 P&P


15" 380mm Motor Rear Shock Absorbers Gas Ai...
£89.99
+ £50.00 P&P
Last one


Black Shock Bolt Cover Kit For Harley 2004-Later...
£6.66
+ £2.99 P&P
Almost gone

| Description | **Postage and payments** |

Report item

Seller assumes all responsibility for this listing.

## Postage and packaging

Item location: Guangzhou, China

Postage to: Worldwide

Excludes: Africa, Central America and Caribbean, Middle East, South East Asia, South America, Russian Federation, Albania, Andorra, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Estonia, Germany, Gibraltar, Greece, Guernsey, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Spain, Svalbard and Jan Mayen, Sweden, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, PO Box

Change country: [ United States ▾ ]　　　　Get rates

| Postage and packaging | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| £5.99 | Free | United States | Economy SpeedPAK from China/Hong Kong/Taiwan | Estimated between Tue. 1 Dec. and Tue. 22 Dec. Seller sends within 5 days after receiving cleared payment. |
| £49.99 | Free | United States | Express delivery (Express Int'l Postage) | Estimated between Mon. 2 Nov. and Wed. 18 Nov. Seller sends within 5 days after receiving cleared payment. |

* You'll see an estimated delivery date based on the seller's dispatch time and delivery service. Delivery times may vary, especially during peak periods and will depend on when your payment clears.

| Domestic dispatch time |
|---|
| Will usually dispatch within 5 working days of receiving cleared payment. |

## Payment details

| Payment methods |
|---|

  

**Seller's payment instructions**

We only accept payments via PayPal on our eBay Store. Therefore payment will follow immediately after using Buy It Now. eBay and PayPal will guide you through that process

---

### Sponsored items based on your recent views 1/3

Feedback on our suggestions

   

| | | | | |
|---|---|---|---|---|
| Orange Short Brake Clutch Levers For KTM... | For KTM DUKE 125 200 390 2011-2014 Motorcycl... | Foldable Extendable Brake Clutch Levers for KTM... | CNC Keyless Fuel Gas Tank Cap For KTM Super... | 1 Set Black Fuel Gas Tank Cap Bolts For 950... |
| £17.99 | £23.99 | £24.99 | £18.99 | £15.88 |
| + £3.99 P&P | Free P&P | + £2.00 P&P | + £2.50 P&P | + £7.00 P&P |
| New | New | Seller 99.7% positive | Seller 99.1% positive | Last one |

CNC Folding Brake Clutch Levers for KTM Duke 390...
£23.98
Free P&P
Seller 99.2% positive

### Explore more sponsored options: Colour

Orange

    

| | | | | |
|---|---|---|---|---|
| For KTM DUKE 125/200/390 2011-2018... | For KTM DUKE 125 200 390 2011-2014 Motorcycl... | For KTM DUKE 125 200 390 690 R SMC RC8 CN... | Foldable Extendable Brake Clutch Lever Set for KTM... | Hydraulic Brake Clutch Master Cylinder Levers... |
| £17.99 | £23.99 | £23.99 | £24.99 | £35.99 |
| + £3.99 P&P | Free P&P | + £8.00 P&P | + £2.00 P&P | + £20.00 P&P |
| | | Almost gone | | |

### People who viewed this item also viewed 1/2

Feedback on our suggestions

10/16/2020



Hello. **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watch List ⌄    My eBay ⌄       🔔    🛒



ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

### neverland-gbp (72021 ✯) 🎖 ⓘ

**Positive Feedback (last 12 months): 98.8%** ⓘ

Member since: 16-Mar-10 in China

**eBay Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member quick links**

Contact member

View items for sale

View seller's Shop

### Feedback ratings ⓘ

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 336 | 1538 | 3023 |
| ◉ Neutral | 3 | 10 | 29 |
| ➖ Negative | 8 | 21 | 41 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable postage cost |
|---|---|
| ⭐⭐⭐⭐⭐ (2705) | ⭐⭐⭐⭐⭐ (2852) |
| Delivery time | Communication |
| ⭐⭐⭐⭐⭐ (2751) | ⭐⭐⭐⭐⭐ (2761) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

41 Feedback received (viewing 1-25)                    Revised Feedback: 319 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

🔍 e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (41) ⌄        Period: 12 months ⌄



| FEEDBACK | From | WHEN |
|---|---|---|
| ➖ I have purchased two and have opened them to use and the colours won't change ☹ (Private listing) | Buyer: e***t (28 ⭐) | Past month Reciprocal Feedback |
| Reply by neverland-gbp. Left within past month. please back to us to solve it. | | |
| ➖ Not bright at all, they stay lit up when side lights and low bean are turned on (Private listing) | Buyer: l***i (114 ⭐) | Past month Reciprocal Feedback |
| Reply by neverland-gbp. Left within past month. please back to us to solve it. | | |
| ➖ Don't fit and although states Uk on listing from China and returns to China (Private listing) | Buyer: o***1 (402 ⭐) | Past month Reciprocal Feedback |
| Reply by neverland-gbp. Left within past month. please back to us to solve it. | | |
| ➖ Cheep Chinese rubbish.fast but poor communication .Not road legal (Private listing) | Buyer: 5***1 (745 ⭐) | Past month Reciprocal Feedback |
| Reply by neverland-gbp. Left within past month. we have refunded the two orders once we receive the return parcel. | | |
| ➖ A1 Ebayer (Private listing) | Buyer: 5***1 (745 ⭐) | Past month Reciprocal Feedback |
| Reply by neverland-gbp. Left within past month. we have refunded the two orders once we receive the return parcel. | | |
| ➖ Definitely not bright enough for headlights, asked for a refund. (Private listing) | Buyer: b***m (564 ⭐) | Past month Reciprocal Feedback |
| Reply by neverland-gbp. Left within past month. please back to us to solve. | | |
| ➖ Sent the wrong item, bad communication, no free return.Not recommend this seller (Private listing) | Buyer: u***r (409 ⭐) | Past month Reciprocal Feedback |
| Reply by neverland-gbp. Left within past month. please back to us to resolve it. | | |
| ➖ Product did not work ☹ then asked to jump through hoops for a refund (Private listing) | Buyer: s***i (382 ⭐) | Past month Reciprocal Feedback |

Comment?

10/16/2020

Hello. Sign in or register   Daily Deals   Brand Outlet   Help & Contact

Sell   Watch List ⌄   My eBay ⌄

ebay   Shop by category ⌄

Search for anything   All Categories ⌄   Search

**neverland-gbp** (72021 ⭐)
98.8% positive Feedback

🔖 Items for sale   | Visit Shop   ✉ Contact

♡ Save

NEVERLAND is a Cross-Border Electronic Company that dedicates in design and develop automotive and motorcycle accessories. Since its inception, is focused on quality, commitment to provide consumers with high quality products.

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 2,705 | Item as described | |
| ⭐⭐⭐⭐⭐ 2,761 | Communication | |
| ⭐⭐⭐⭐⭐ 2,751 | Dispatch time | |
| ⭐⭐⭐⭐⭐ 2,852 | Postage | |

➕ **3,023** Positive   ◯ **29** Neutral   ➖ **41** Negative

Feedback from the last 12 months

➕ Thank you
12 Oct, 2020

See all Feedback

● ○ ○ ○ ○

**1,385** Followers   |   **0** Reviews   |   Member since: **16 Mar, 2010**   📍 China

About eBay   Announcements   Community   Safety Centre   Resolution Centre   Seller Centre   VeRO: Protecting Intellectual Property   Policies   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED

Hello. Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watch List ˅    My eBay ˅    🔔    🛒

ebay    Shop by category ˅    🔍 Search for anything    | All Categories ˅ |    Search

eBay › eBay Shops › Neverland-gbp



**Neverland-gbp**
1385 followers | neverland-gbp (72021) ⭐ 98.8%

NEVERLAND is a Cross-Border Electronic Company that dedicates in design and develop automotive and motorcycle accessories. Since its inception, is focused on quality, commi

♡ Save this seller     Contact seller



**Category**

All
Car Modification Parts
Car Covers
Car LED Light
Motorcycle Parts
Health & Beauty
Other

**Condition**    see all
☐ New

**Price**
☐ Under £11.00
☐ £11.00 to £25.00
☐ Over £25.00
£ [    ] - £ [    ] ›

**Buying format**    see all
◉ All listings
○ Best Offer
○ Auction
○ Buy it now
○ Classified Ads

**Item location**    see all
◉ Default
○ UK Only
○ European Union
○ Worldwide

**Delivery options**    see all
☐ Free postage
☐ Free Click & Collect

**Show only**    see all
☐ Returns accepted
☐ Completed items
☐ Sold items
☐ Deals & savings
☐ Authorised seller
☐ Authenticity verified

More refinements...

🔍 Search this shop    Search

All listings   Auction   Buy it now                    Best Match ˅   ⊞

1-48 of 652 results

| | Orange CNC Motorbike Short Clutch Brake Levers For KTM Duke RC 125 200 390 UK | |
|---|---|---|
| | £16.99 | From China |
| | £5.99 postage | Brand: Neverland |
| | or Best Offer | |
| | Only 1 left. | |

Black CNC Short Brake Clutch Lever For Yamaha YZF R1 R6 02-03 FZ1 FAZER R6S
£16.99                                                        From China
£5.99 postage                                                 Brand: Neverland
or Best Offer
Only 1 left.

Short Brake Clutch Levers fit for Suzuki TL1000R/SV1000/S/Bandit 650S/GSX1400 UK
£16.99                                                        From China
£4.99 postage                                                 Brand: Neverland
or Best Offer
Only 1 left.

Short Motorcycle Clutch&Brake Lever For Yamaha YZF R1/R6 FZ1 FAZER 2002 2003 UK
£17.99                                                        From China
£5.99 postage                                                 Brand: Neverland
or Best Offer

Short Brake Clutch Levers For Suzuki GSF1200 BANDIT 2001-06 SV1000/S GSX650F UK
£16.99                                                        From China
£5.99 postage                                                 Brand: Neverland
or Best Offer

fit For Suzuki GSX650F GSX1250 GSX1400 SV1000/S CNC Short Brake Clutch Levers
£17.49                                                        From China
£5.99 postage                                                 Brand: Neverland
or Best Offer
Only 1 left.

Short Brake Clutch Levers for Honda CB599 /CB600 HORNET 1998-2006/ CB919 02-07
£16.99                                                        From China
£5.99 postage                                                 Brand: Neverland
or Best Offer

CNC Pivot Brake Clutch Levers For Yamaha WR250F WR450F 2001-2015 WR400F 2000
£15.99                                                        From China
£49.99 postage                                                Brand: Neverland
or Best Offer
Only 1 left.

Titanium Pivot Brake Clutch Lever for Honda CR125R/250R 04-07 CRF250X CRF450X UK
£13.99                                                        From China
£49.99 postage                                                Brand: Neverland
or Best Offer
Only 1 left.

Short Brake Clutch Lever For Honda ST1300 / ST1300A 2003-2007 / VFR800 1998-2001
£16.99                                                        From China
£1.99 postage                                                 Brand: Neverland
or Best Offer

Orange CNC Pivot Brake Clutch Levers For Suzuki RM125/250 1996-2003
£14.99                                                        From China


£5.99 postage
or Best Offer
Brand: Neverland


Short Brake Clutch Lever For Suzuki GSX650F/1250 F/SA/ABS GSF1250/1200 BANDIT UK
£17.99
£5.99 postage
or Best Offer
Only 1 left.
From China
Brand: Neverland


Short Brake Clutch Levers for Suzuki GSXR 600 750 06-10 GSXR 1000 05-06 K5 K6
£19.99
£49.99 postage
or Best Offer
Only 1 left.
From China


24" 100% Fiber Hair Hairdressing Training Head Mannequin Makeup Doll with Clamp
£19.99
£1.99 postage
or Best Offer
From China
Brand: Neverland Beauty


Orange CNC Pivot Brake Clutch Levers For Suzuki DRZ400S DRZ400SM 00-15 DR250R UK
£15.99
£49.99 postage
or Best Offer
From China


Pair 7/8" 22mm Motorbike Brake Clutch Levers Master Cylinder Reservoir Black
£21.99
£49.99 postage
or Best Offer
Only 1 left.
From China
Brand: Neverland


CNC Pivot Brake Clutch Levers Fit For KTM 65SX/XC 85SX/XC 2004-2011 Dirt Bike UK
£14.99
£5.99 postage
or Best Offer
Only 1 left.
From China
Brand: Neverland


Pivot Brake® Clutch Levers Set For Honda CR125R/250R 1992-03 CRF150R/450R CR500R
£15.99
£5.99 postage
or Best Offer
From China
Brand: Neverland


CNC Brake Clutch Pivot Lever For KTM 450 EXC SX SX-F SX-R XC-F SMR XC-W 2013 UK
£15.99
£49.99 postage
or Best Offer
From China
Brand: Neverland


Pivot Brake Clutch Levers For Yamaha XT250X WR250R/X TTR250 93-97 TTR125/LW Blue
£16.69
£5.99 postage
or Best Offer
From China
Brand: Neverland


Motorcycle CNC Handlebar Grip Brake Lever Security Caps-Lock Anit Theft Black UK
£18.99
£5.99 postage
or Best Offer
4 watching
From China


Blue Motorcycle Brake Clutch Short Levers fit for Suzuki 600/750 KATANA 1998-06
£15.99
£4.99 postage
or Best Offer
From China
Brand: Neverland


24" Real Hair Hairdressing Mannequin Training Head Practice Doll with Braid Set
★★★★½ 10 product ratings
£26.99
£2.99 postage
or Best Offer
From China
Brand: Neverland Beauty


Titanium Pivot Brake Clutch Levers For Honda XR250/MOTARD 95-2007 CRM250R/AR UK
£16.99
£5.99 postage
or Best Offer
From China
Brand: Neverland


Gold CNC Pivot Brake Clutch Levers for Honda CRF250R 2007-2016 CRF450R 2007-2016
£14.99
£5.99 postage
or Best Offer
From China
Brand: Neverland


Blue CNC Short Brake Clutch Lever For Suzuki SV650 99-09 DL650/V-STROM 04-10 UK
£16.99
£4.99 postage
or Best Offer
From China
Brand: Neverland


Motorcycle CNC Pivot Brake Clutch Levers for Honda XR650R 2000-06 XR250R XR400R
£16.99
£49.99 postage
or Best Offer
From China
Brand: Neverland



Blue CNC Pivot Brake Clutch Levers For Suzuki RMZ250 2007-2017 RMZ450 2005-2017
£17.49
£49.99 postage
or Best Offer
From China
Brand: Neverland

Titanium CNC Pivot Brake Clutch Levers For Suzuki RM125/250 1992-2003
£14.99
£5.99 postage
From China

Red CNC Pivot Brake Clutch Levers For Suzuki RM125/250 1992-2003
£14.99
£5.99 postage
From China
Brand: Neverland

Gold CNC Pivot Brake Clutch Levers For Honda CRF250L/M 2012-2015
£14.99
£5.99 postage
Only 1 left.
From China

Motorbike Tank Pad Protector Sticker Carbon Fiber Look for Yamaha YZF R1 R6 R6S
£2.99
£5.99 postage
From China

Pair CNC Pivot Brake Clutch Levers For Honda XR250/ XR400/CRM250R/CRM250AR UK
£17.99
£49.99 postage
or Best Offer
From China
Brand: Neverland

Universal Gold 7/8" 22mm Short Brake Clutch Levers Master Cylinder Reservoir UK
£21.99
£5.99 postage
or Best Offer
From China
Brand: Neverland

Red Dirt Bike Pivot Brake Clutch Levers For Suzuki DR250R 1997-2000 DRZ400S UK
£13.99
£5.99 postage
or Best Offer
Only 1 left.
From China



10/20/30/50M 5050 RGB LED Strip Light +24 Button IR Bluetooth Controller UK Plug
£49.99 to £145.99
£45.99 postage
3 watching
From China



7/8" 22mm Universal Motorcycle Brake Clutch Master Cylinder Levers Set Silver UK
£19.99
£5.99 postage
or Best Offer
From China
Brand: Neverland



Pair Long Brake Clutch Lever For Suzuki SV1000/S 2003-2007 GSX1400 2001-2007 UK
£17.99
£5.99 postage
or Best Offer
Only 1 left.
From China
Brand: Neverland



Black Gents Mens Hair Comb Mustache Pocket Folding Leather Wooden Beard Grooming
£10.99
£5.99 postage
or Best Offer
From China



24" 90% Real Hair Training Head Hairdressing Dummy Mannequin Doll with Clamp
£22.99
£49.99 postage
or Best Offer
From China



Aquarium Fish Tank Over Head LED Light 28-117cm 5050 SMD LED Lighting White+Blue
£25.99 to £56.89
£49.99 postage
From China



2x Pivot CNC Brake Clutch Lever For Honda XR400MOTARD 2005-2008 CRM250R/AR 94-98
£16.99
£5.99 postage
or Best Offer
From China
Brand: Neverland



CNC Pivot Brake Clutch Levers Set fit For Suzuki DRZ400S DRZ400SM 00-15 DR250R
£16.99
£49.99 postage
or Best Offer
From China
Brand: Neverland



Pivot Brake Clutch Levers For Honda CR125R/250R CR80R/85 CRF150R CRF450R CRF125F
£16.99
From China



Hello, Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watch List ⌄    My eBay ⌄

eBay    Shop by category ⌄    | Search for anything | All Categories ⌄ | Search |

eBay › eBay Shops › Neverland-gbp



### Neverland-gbp

1385 followers | neverland-gbp (72021 ⭐) 98.8%

NEVERLAND is a Cross-Border Electronic Company that dedicates in design and develop automotive and motorcycle accessories. Since its inception, is focused on quality, commi

♡ Save this seller        Contact seller

---

**Category**

All

Motorcycle Parts

   Swingarm Sliders Spools

   Other Parts

Other

**Condition**            see all

☐ New

**Price**

£ [____] - £ [____] ›

**Buying format**        see all

◉ All listings
○ Best Offer
○ Auction
○ Buy it now
○ Classified Ads

**Item location**        see all

◉ Default
○ UK Only
○ European Union
○ Worldwide

**Delivery options**     see all

☐ Free postage
☐ Free Click & Collect

**Show only**            see all

☐ Returns accepted
☐ Completed items
☐ Sold items
☐ Deals & savings
☐ Authorised seller
☐ Authenticity verified

More refinements...





 ktm Search

Best Match

All listings | Auction | Buy it now

1-13 of 13 results

Orange CNC Motorbike Short Clutch Brake Levers For KTM Duke RC 125 200 390 UK (Fits: KTM)
£16.99
£5.99 postage
or Best Offer
Only 1 left.
From China
Brand: Neverland

CNC Brake Clutch Pivot Lever For KTM 450 EXC SX SX-F SX-R XC-F SMR XC-W 2013 UK (Fits: KTM)
£15.99
£49.99 postage
or Best Offer
From China
Brand: Neverland

CNC Pivot Brake Clutch Levers Fit For KTM 65SX/XC 85SX/XC 2004-2011 Dirt Bike UK (Fits: KTM)
£14.99
£5.99 postage
or Best Offer
Only 1 left.
From China
Brand: Neverland

Silver CNC Pivot Brake Clutch Levers For KTM 250EXC/EXC-F/SX/XC 300EXC 06-13
£14.99
£5.99 postage
From China

Black Brake Clutch Pivot Levers Set For KTM SX65 SX 65 2004-2011 2010 2009 UK (Fits: KTM)
£13.99
£5.99 postage
or Best Offer
From China
Brand: Neverland

CNC Hand Guards Brake Lever Altronguard For Honda Yamaha Suzuki BMW Kawasaki KTM
2 product ratings
£20.99
£5.99 postage
or Best Offer
Only 1 left.
From China
Brand: Neverland

2pcs Motorcycle 16 LED Turn Signal Indicator Light For Honda KTM Universal Amber
£6.66
£2.99 postage
From China
Brand: Neverland

2pcs Motorcycle 3 LED Turn Signal Indicator Light For Harley KTM Universal Amber
£4.59
£2.99 postage
From China
Brand: Neverland

8MM CNC Swingarm Spools Sliders For Honda CBR 600 954 1000 RR Orange KTM
£3.28
£5.99 postage
Only 1 left.
From China
Brand: Neverland

2X Motorcycle 12V 9 LED Turn Signal Indicators Lights For Harley KTM Universal
£4.49
£2.99 postage
From China
Brand: Neverland

8MM CNC Silver Swing Arm Spools Sliders For Honda CBR 600 954 1000 RR Gold KTM
£3.99
£5.99 postage
Only 1 left.
From China
Brand: Neverland

CNC Pivot Brake Clutch Lever Set fit For KTM 250 EXC/EXC-F/SX/XC 300EXC 2006-13 (Fits: KTM)
£15.99
£49.99 postage
or Best Offer
Only 1 left.
From China
Brand: Neverland

Black Brake Clutch Pivot Levers Set For KTM SX65 SX 65 2004-2011 2010 2009 (Fits: KTM)
£14.99
£5.99 postage
or Best Offer
From China
Brand: Neverland

About eBay Announcements Community Safety Centre Resolution Centre Seller Centre VeRO: Protecting Intellectual Property Policies Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

**Checkout**

How do you like our checkout? <u>Tell us what you think</u>

## Review item and postage

Seller: neverland-gbp | <u>Message to seller</u>



Orange CNC Motorbike Short Clutch Brake Levers For KTM Duke RC 125 200 390 UK
**£16.99**
Quantity 1

**Postage**

○ Est. delivery: 1 – 22 Dec
Economy SpeedPAK from China/Hong Kong/Taiwan
**£5.99**

○ Est. delivery: 2 – 18 Nov
Express Int'l Postage
**£49.99**

### Post to

██████
100 W Roosevelt Ave
Bensenville, IL 60106
United States
██████████████

<u>Change</u>

| Subtotal (1 item) | £16.99 |
|---|---|
| Postage | £5.99 |
| Tax* | £1.44 |

**Order total**     **£24.42**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

🔒 Confirm and pay

**Select a payment option**

 MONEY BACK GUARANTEE
<u>See details</u>

## Pay with

○ **PayPal**

○ **PayPal CREDIT** ⌄

○ Credit or debit card

 VISA · MasterCard · DISCOVER · AMERICAN EXPRESS · Maestro

## Add vouchers

Enter code: _____   Apply

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ

 **Norton SECURED**



Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search**

Back to previous page | Listed in category: Vehicle Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Brake Levers

See more Blue CNC Pivot Clutch Brake Lever for KTM 250 ...

| Watch this item





Mouse over image to zoom

Have one to sell? Sell it yourself

## CNC Brake Clutch Pivot Lever For KTM 450 EXC SX SX-F SX-R XC-F SMR XC-W 2013 UK

☆☆☆☆☆ Be the first to write a review.

Condition: New

Compatibility: See compatible vehicles

Price: **£15.99**

**Buy it now**

**Add to basket**

Best Offer:

**Make offer**

♡ **Watch this item**

Long-time member | 30-day returns

*nectar* Collect 16 Nectar points Redeem your points | Conditions

Postage: £49.99 Express delivery | See details
International postage of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Posts to: Worldwide | See exclusions

Delivery: Estimated between **Wed. 28 Oct.** and **Fri. 13 Nov.**
Seller sends within 2 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, MasterCard, VISA, Maestro, American Express

Returns: 30 days refund, buyer pays return postage | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Seller information
neverland-gbp (72021 ★)
98.8% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

---

### Similar sponsored items 1/2                                    Feedback on our suggestions

    

| CNC Pivot Clutch Brake Lever For KTM SX SXF XC... | Pivot Brake Clutch Levers For KTM SX SX-F XC XC-F... | Billet Pivot Clutch Brake Lever For KTM EXC SXF... | Billet Clutch Brake Lever For KTM EXC EXCF XCW XCF... | Fit KTM 250 300 350 450 500 SX EXC/F XCW 2014-... | Pivot Clutch Brake Lever For KTM SX XC EXC XCW SXF... |
| £13.37 | £13.95 | £14.92 | £12.88 | £15.69 | £12.33 |
| Free P&P | + £20.00 P&P | Free P&P | Free P&P | Free P&P | Free P&P |
| New | Seller 99.8% positive | New | New | New | Almost gone |

---

### Sponsored items from this seller 1/2                            Feedback on our suggestions

     

| 2x 320mm 12.5" Rear Gas Shock Absorbers Gas Fit... | 2pcs 15" 380mm Motorcycle Shock... | 2x 320mm Motor Rear Shock Absorbers Gas... | Novsight H1 LED Headlight Xenon Bulbs 72W 9000LM... | 15" 380mm Motor Rear Shock Absorbers Gas Air... | Black Shock Bolt Cover Kit For Harley 2004-Later Dyn... |
| £79.99 | £89.99 | £95.99 | £16.99 | £89.99 | £6.66 |
| + £4.99 P&P | + £49.99 P&P | + £45.99 P&P | + £2.99 P&P | + £50.00 P&P | + £2.99 P&P |
|  | Last one |  |  | Last one | Almost gone |

---

**Description** | Postage and payments

Report item



Hello. Sign in or register    Daily Deals    Brand Outlet    Help & Contact    Sell    Watch List ∨    My eBay ∨    🔔    🛒

**ebay**    Shop by category ∨    🔍 Search for anything    All Categories ∨    **Search**

‹ Back to previous page  | Listed in category:    Vehicle Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Brake Levers    ✉ 📘 🐦 🅿    | Watch this item



LAST ONE

Mouse over image to zoom



🌱 Have one to sell?  Sell it yourself

### CNC Pivot Brake Clutch Levers Fit For KTM 65SX/XC 85SX/XC 2004-2011 Dirt Bike UK

Condition:    New

Compatibility:    See compatible vehicles

Quantity:    [ 1 ]    Last one / 1 sold

Price:    **£14.99**    **Buy it now**

**Add to basket**

Best Offer:    **Make offer**

♡ Watch this item

| Last one available | Long-time member | 30-day returns |

 Collect 15 Nectar points  Redeem your points  |  Conditions

Postage:    £5.99 Economy SpeedPAK from China/Hong Kong/Taiwan | See details
International postage of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Posts to: Worldwide  See exclusions

Delivery:    Estimated between Tue. 1 Dec. and Tue. 22 Dec. ⓘ
Seller sends within 5 days after receiving cleared payment. ⓘ
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal  MasterCard  VISA  Maestro  American Express

Returns:    30 days refund, buyer pays return postage. | See details

---

Shop with confidence

🅿  **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

**Seller information**
neverland-gbp (72021 ⭐)
98.8% Positive Feedback

Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

---

**Similar sponsored items** 1/2    Feedback on our suggestions

‹       ›

| Pivot Brake Clutch Levers Fit For KTM 65SX/XC 85SX/X... | CNC Pivot Clutch Brake Lever For KTM SX SXF XC... | Billet Pivot Clutch Brake Lever For KTM EXC EXCF... | Fit KTM 250 300 350 450 500 SX EXC/F XCW 2014-... | Billet Pivot Clutch Brake Lever For KTM SX XC 65/8... | CNC Clutch Brake Lever For KTM 400 250 XC-... |
|---|---|---|---|---|---|
| £10.99 | £13.37 | £14.92 | £15.69 | £12.35 | £16.79 |
| + £1.99 P&P | Free P&P | Free P&P | Free P&P | Free P&P | Free P&P |
| Seller 99.2% positive | New | New | New | New | New |

---

**Sponsored items from this seller** 1/2    Feedback on our suggestions

‹       ›

| 2x 320mm 12.5" Rear Gas Shock Absorbers Gas Fit... | 2x 320mm Motor Rear Shock Absorbers Gas... | 15" 380mm Motor Rear Shock Absorbers Gas Air... | 2pcs 15" 380mm Motorcycle Shock... | Motorcycle 380mm 15" Gokart Quad ATV Rear... | Novsight H1 LED Headlight Xenon Bulbs 72W 9000LM... |
|---|---|---|---|---|---|
| £79.99 | £95.99 | £89.99 | £89.99 | £109.99 | £16.99 |
| + £4.99 P&P | + £45.99 P&P | £50.00 P&P | + £49.99 P&P | + £45.99 P&P | + £2.99 P&P |
|  |  | Last one | Last one |  |  |

Report item

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers     ✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM     [Select Year]





### Long CNC Brake Clutch Levers For KTM 990 SuperDuke 2005-2012 690 Duke 2008-2011

Condition: **New**

Compatibility: See compatible vehicles

Quantity: [ 1 ]   Last one / 3 sold

Price: **US $22.98**    **Buy It Now**

**Add to cart**

Best Offer:    **Make Offer**

♡ Add to Watchlist

More than 74% sold    Last item available    Free shipping

Shipping:   **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide   See exclusions

Delivery:   ⏱ Estimated between **Thu. Nov. 12 and Wed. Dec. 2** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal VISA ▭ ▭ ▭

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:   30 day Buyer pays for return shipping | See details

**Shop with confidence**

Ⓢ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
neverland-motor (49733 ⭐)
97.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?   [Sell now]

---

## Similar sponsored items 1/2      Feedback on our suggestions



For KTM 690 SMC / SMC-R / Duke/R 2012-2013 Short...
**$20.67** $23.49
+ $0.50 shipping
Almost gone

Fits KTM 690 Duke Super Duke 990 CNC Folding...
**$31.99** $35.54
+ $15.00 shipping
New

CNC Modified Brake Clutch Lever For KTM DUKE 125 2...
**$31.50** $35.00
Free shipping
New

FXCNC 3D Rhombus Brake Clutch Lever For KTM 690...
**$27.04** $32.98
Free shipping
New

For KTM 990 Superduke RC/8R Extending Clutch...
**$25.52** $36.99
+ $0.50 shipping
New

Fits KTM 990 SuperDuke 2005-2012 690 Duke 2008...
**$28.99** $32.21
+ $15.00 shipping
New

---

## Sponsored items from this seller      Feedback on our suggestions







For HONDA CRF230F
CRF150F 2003-18...

$17.99
+ $2.99 shipping

8 Color Available



CNC Rearset Foot Pegs
Rest Racing Fit For Suzuki...

$109.99
Free shipping

Stripe Leather Rear
Passenger Pad Seat For...

$99.99
Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: **283685396328**

Last updated on  Sep 22, 2020 21:23:08 PDT  [View all revisions](#)

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- ▾ | -Select- ▾ | -Select- ▾ | -Select- ▾ | Go |

[show all compatible vehicles]

✓ This part is compatible with 13 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2011 | KTM | 690 | Duke |
| | 2010 | KTM | 690 | Duke |
| | 2009 | KTM | 690 | Duke |
| | 2008 | KTM | 690 | Duke |
| | 2011 | KTM | 990 | Super Duke |
| | 2010 | KTM | 990 | Super Duke |
| | 2009 | KTM | 990 | Super Duke |
| | 2008 | KTM | 990 | Super Duke |
| | 2007 | KTM | 990 | Super Duke |
| | 2006 | KTM | 990 | Super Duke |
| | 2005 | KTM | 990 | Super Duke |
| | 2015 | KTM | 1290 | Super Duke R |
| | 2014 | KTM | 1290 | Super Duke R |

Portions of the information contained in this table have been provided by neverland-motor

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | NEVERLAND |
| Lever Color: | Orange | Manufacturer Part Number: | Does not apply |
| Adjuster Color: | Black | Placement on Vehicle: | Left, Right, Front |
| Season: | All | Surface Finish: | CNC |
| Packaged Included: | 2 X Brake Clutch Levers | Warranty: | 1 Year |
| Fit for1: | For KTM RC8 / R 2009-2015 | UPC: | Does not apply |
| Fit for2: | For KTM 1290 Super Duke R 2014-2015 | EAN: | Does not apply |
| Fit for3: | For KTM 990 SuperDuke 2005-2012 | Material: | Billet Aluminum |
| Fit for4: | For KTM 690 Duke 2008-2011 | Lever: | Long |

**Neverland-Motor**

neverland-motor (49733 ⭐)  97.8%

📧 Sign up for newsletter

Search within store

[                    ] 🔍

Visit Store:  **Neverland-Motor**

| Items On Sale | Brake Clutch Levers | Motorcycle Cover | ATV/UTV Cover | Bike Cover | BBQ Grill Cover |
|---|---|---|---|---|---|

## HOT SALE

Motorcycle 7/8" 22mm
Brake Clutch Master...

**$37.99**

7/8" 22mm CNC
Universal Motorcycle...

**$29.99**

Motorcycle Mirror Block
Base Plates For Yama...

**$13.98**

| Home | About us | Contact us | Feedback |
|---|---|---|---|



**Note**
**International Buyers – Please Note:**
   Import duties, taxes and charges are not included in the item price or shipping charges. Customs Clear Charges are not included,You will be responsible for the charges.
   Please check with your country's customs office to determine what these additional costs will be prior to bidding / buying.

## Picture Show









**Store Categories**

- Motorcycle Parts ▸
- Interior Auto Par…
- Exterior Auto Par…
- Honda Fairing ▸
- Suzuki Fairing ▸
- Yamaha Fairing ▸
- Kawasaki Fairing ▸
- Ducati Fairing ▸
- Apparel & Protect…
- Cell & Pad Access…
- Health & Beauty
- ATVs ▸
- Fashion Bags
- Clothing, Shoes & …
- Mobile Phone Acc…
- Car LED Light ▸
- Harley
- Other

## Description

**Specification:**
Conditions: 100% Brand New
Material: High quality T6061-T6 Aluminum CNC Finish
Adjustment: Fully 6 positions adjustable
Color: Show as picture
Length: 17.7cm
Perfect fit and no modification is needed, no install instructions included.

**Fitments:**

| Brand | Model | Year |
|---|---|---|
| For KTM | RC8 / R | 2009-2015 |
| For KTM | 1290 Super Duke R | 2014-2015 |
| For KTM | 990 SuperDuke | 2005-2012 |
| For KTM | 690 Duke | 2008-2011 |

**Package included:**
2 X Brake Clutch Levers





* 6 Color available: Black ,Blue,Golden, Silver,Orange, Red
* Machined CNC Billt 6061 T6 Aluminum
* 6 Position Lever Adjustment stainless steel fasteners
* Precision Machined Pivot Bore To Ensure A Perfect Fit
* 7075 Type 3 Black Anodized Cam Block For Improved Longvity
* Custom Cadmium Plated Springs & Brass Pivot Bushing
* Stainless Steel Hardware

### Lever Installation note:

1. Remove Old levers and visually inspect, compare them to your new levers (Shorties or Regular) .We have discovered, on occasion, that used bikes handlebars and/or Switch Assemblies get replaced with a different bikes set up after a wreck.

2. Our Levers are Direct OEM Lever replacements for the make, models listed. After ensuring they fit, grease the Pivot Point of the new Levers. Position the Front Brake and or Clutch Assembly Piston-Comp-Brake Actuator Pin/Post (if there is one) so that it slides into the appropriate lever hole (see Pictures).

3. Reinstall Clutch cable, Lever Bolts and Lock Nuts. Do NOT over-tighten the Lever Bolts or Lock Nuts; Use the Service Manual directed Lbs of Torque to properly tighten. As with any Motorcycle lever, OEM or Aftermarket, Test the Lever Performance BEFORE Riding.

4.Be sure they are installed properly and allow for normal brake operation. When in doubt have a professional install the levers.

## Shipping

Shipping | Payment | Terms of sales | Contact us

| Economy Delivery | Europe,ASIA, USA,CANADA,AUSTRALIA,NEW ZEALAND | Flat shipping [no tracking] By China Post, Hong Kong Post，Singapore Post etc. | 20-31 business days |
|---|---|---|---|
| Standard Delivery | Europe,ASIA, USA,CANADA,AUSTRALIA,NEW ZEALAND | Registered Mail [w/tracking] By China Post, Hong Kong Post，Singapore Post etc. | 20-31 business days |
| Epacket Delivery | USA | Registered Mail [w/tracking] By USPS | 10-18 business days |
| Expedited Delivery | Europe,ASIA, USA,CANADA,AUSTRALIA,NEW ZEALAND | Express shipping [w/tracking] By DHL,TNT,TOLL,UPS,EMS etc. | 3-7 business days |
| Standard Int'l Flat Rate Postage | Europe,ASIA, USA,CANADA,AUSTRALIA,NEW ZEALAND | Flat shipping [no tracking] By China Post, Hong Kong Post，Singapore Post etc. | 20-31 business days |

* 1.Our shipping fee is original USPS shipping rate, not include the cost of handing, packaging and related manpower costs.
* 2.Our items are shipped out within 2 business day after your payment has been completed.(Sat, Sun and Public holidays are not included)
  * 3.Orders from the United States will be shipped out with USPS first class,Sure Post or Priority Mail. The shipment usually takes 2-6 business days(exclude Saturday, Sunday and Public Holidays).
  * Orders outside the United States will be shipped out with USPS First-Class Mail International. Usually it takes 2-5 weeks.
* Local pick up is not available.

## You may like

Motorcycle Mirror Block     Green Long CNC Clutch     NEVERLAND CNC Pivot

Base Plates For Yama...  Brake Levers For...  Brake Clutch Lever for...
$13.98  $22.98  $19.99

---

Sponsored items based on your recent views 1/4  Feedback on our suggestions

     

| Pair 320mm 12.5" Eye to Eye Rear Air Shock Absorber... | STYLE REAR VIEW MIRROR RH & LH for KTM DUKE 20... | CLUTCH CABLE Suitable For KTM RC 390 MODEL 2015... | CNC Pivot Brake Clutch Lever Air Vent for KTM 250... | CNC Pivot Brake Clutch Lever Air Vent for KTM... | CNC Dirt Brake Clutch Pivot Levers For KTM 350 SX-F... |
| $139.99 | $45.45 | $37.37 | $19.62 $21.10 | $19.62 $21.10 | $21.59 $23.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | + $5.99 shipping |
| Almost gone | Last one | New | Seller 99.5% positive | Seller 99.5% positive | New |

---

More from this seller 1/2  Feedback on our suggestions

    

| Orange CNC Pivot Brake Clutch Levers For KTM... | CNC Long Blue Brake Clutch Lever For Suzuki GSXR600... | Black CNC Pivot Brake Clutch Levers For Suzuki... | Motorcycle CNC Blue Pivot Brake Clutch Levers For... | CNC Aluminum Gold Brake Clutch Levers for Suzuki... | Pair CNC Billet Pivot Brake Clutch Levers For Suzuki... |
| $20.89 | $17.99 | $17.99 | $17.99 | $17.99 | $17.99 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |
|  |  | Almost gone |  |  |  |

---

Back to search results  Return to top

More to explore : Motorcycle Clutch Levers for KTM 690, Motorcycle KTM Duke 690s, Motorcycle Brake Levers for KTM 690, Motorcycle Brake Levers for KTM 990, Motorcycle Shift Levers for 2008 KTM 990, Motorcycle Shift Levers for KTM 990, Motorcycle Clutch Plates for KTM 690, Motorcycle Shift Levers for KTM 990, Clutch Master Cylinders for KTM 690, Brake Cylinders for KTM 690

About eBay  Announcements  Community  Security Center  Resolution Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED

10/22/2020

‹ Back to search results | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers

✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM    Select Year



### Long CNC Brake Clutch Levers For KTM 990 SuperDuke 2005-2012 690 Duke 2008-2011

| Condition: | New |
|---|---|
| Compatibility: | See compatible vehicles |
| Quantity: | 1    Last one / 3 sold |

Price: **US $22.98**

[ Buy It Now ]

[ Add to cart ]

Best Offer:    [ Make Offer ]

[ ♡ Add to Watchlist ]

More than 74% sold · Last item available · Free shipping

| Shipping: | FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
|---|---|---|

International shipment of items may be subject to customs processing and additional charges.

Item location: Guangzhou, China

Ships to: Worldwide   See exclusions

Delivery: ⊙ Estimated between **Thu. Nov. 12 and Wed. Dec. 2**

Please note the delivery estimate is greater than 14 business days.

Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  ●●●●  AMEX  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:   30 day Buyer pays for return shipping | See details

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

#### Seller information
neverland-motor (49733 ⭐)
97.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?   [ Sell now ]

---

### Similar sponsored items 1/2

Feedback on our suggestions



For KTM 690 SMC / SMC-R / Duke/R 2012-2013 Short...
$20.67
$23.49
+ $0.50 shipping
Almost gone

Fits KTM 690 Duke Super Duke 990 CNC Folding...
$31.99
$35.54
+ $15.00 shipping
New

CNC Modified Brake Clutch Lever For KTM DUKE 125 2...
$31.50
$35.00
Free shipping
New

FXCNC 3D Rhombus Brake Clutch Lever For KTM 690...
$27.04
$32.98
Free shipping
New

For KTM 990 Superduke RC/8R Extending Clutch...
$25.52
$36.99
+ $0.50 shipping
New

Fits KTM 990 SuperDuke 2005-2012 690 Duke 2008...
$28.99
$32.21
+ $15.00 shipping
New

---

### Sponsored items from this seller

Feedback on our suggestions



For HONDA CRF230F
CRF150F 2003-18...
**$17.99**
+ $2.99 shipping

8 Color Available



CNC Rearset Foot Pegs
Rest Racing Fit For Suzuki...
**$109.99**
Free shipping



Stripe Leather Rear
Passenger Pad Seat For...
**$99.99**
Free shipping

---

Description | **Shipping and payments** | | | | Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Guangzhou, China**

Shipping to: **Worldwide**

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Middle East, Southeast Asia, South America, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Russian Federation, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of Cyprus, Estonia, Gibraltar, Greece, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Spain, Svalbard and Jan Mayen, Sweden, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, PO Box

Change country: United States ▾    ZIP Code: 60106    Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| Free shipping | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 12 and Wed. Dec. 2** |
| US $23.99 | US $20.00 | United States | Expedited Shipping from outside US | Estimated between **Tue. Oct. 27 and Fri. Oct. 30** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|
|  |

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

### Seller's payment instructions

We only accept payments via PayPal on our eBay Store. Therefore payment will follow immediately after using Buy It Now. eBay and PayPal will guide you through that process

---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions

‹                                                                                                                                               ›

10/22/2020



Hi! Sign in or register    Daily Deals   Brand Outlet   Help & Contact        Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒



**ebay**   Shop by category ⌄   | Search for anything | All Categories ⌄ | **Search** | Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

**ebay** MONEY BACK GUARANTEE



**neverland-motor** (49733) ⭐ 📋 ⓘ

**Positive Feedback (last 12 months): 97.8%** ⓘ

Member since: Jul-04-09 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

### Member Quick Links

Contact member

View items for sale

View seller's Store

### Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 15 | 327 | 1231 |
| ⚫ | Neutral | 0 | 15 | 31 |
| ➖ | Negative | 0 | 14 | 31 |

### Detailed seller ratings ⓘ



Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (1084) | ⭐⭐⭐⭐⭐ (1143) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (1095) | ⭐⭐⭐⭐⭐ (1100) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

31 Feedback received (viewing 1-25)

Revised Feedback: 225 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

| e.g. Vintage 1970's Gibson Guitars | 🔍 |

Rating type: Negative (31) ⌄    Period: 12 Months ⌄



| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **your filter said for my motorcycle would fit no way not good.** (Private listing) | Buyer: u***s (38⭐) | Past 6 months Reciprocal feedback |
| *Reply by neverland-motor. Left within past 6 months.* hi,any question about itemc,could contact us to solve 1st.thx | | |
| ➖ **These levers are not designed for a Suzuki DRZ125L.** Pair CNC Pivot Clutch Brake Levers For Suzuki RM125/250 2004-2008 RM85 DRZ125L (#293435574514) | Buyer: h***i (431⭐) US $17.99 | Past 6 months Reciprocal feedback |
| *Reply by neverland-motor. Left within past 6 months.* Hi, pls. contact us first, and we will check and solve for you. | | |
| ➖ **Shocks are longer than described** US Red 320mm Air Suspension Shock Absorbers For Universal Motorcycle Replacement (#353104027983) | Buyer: i***t (213⭐) US $79.90 (Best offer was accepted) | Past 6 months Reciprocal feedback |
| *Reply by neverland-motor. Left within past 6 months.* Hi, pls. contact us first, and we will check and solve for you. | | |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Ordered shocks springs bent they do not want to send new one am returning produc** (Private listing) | Buyer: b***a (88⭐) | Past 6 months Reciprocal feedback |
| *Reply by neverland-motor. Left within past 6 months.* Hi,plz don not wory, we will check and solve it for you | | |
| ➖ **Hope I recieve this item I paid already** (Private listing) | Buyer: c***c (23⭐) | Past 6 months Reciprocal feedback |
| *Reply by neverland-motor. Left within past 6 months.* Hi, pls. contact us first, and we will check and solve for you asap. | | |
| ➖ **This distributor is a scammer.** 2Pcs 11" 280mm Motorcycle Rear Shock Absorbers Air Damper Suspension Round Hole (#352609576372) | Buyer: f***s (426⭐) US $59.99 | Past 6 months Reciprocal feedback |
| *Reply by neverland-motor. Left within past 6 months.* Hi, pls. contact us first, and we will check and solve for you. | | |
| ➖ **Junk led. Don't waste you money. High and low are reversed on mine. Junk** (Private listing) | Buyer: 2***2 (239⭐) | Past 6 months Reciprocal feedback |



Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact                Sell   Watchlist ⌄   My eBay ⌄    🔔   🛒

ebay   Shop by category ⌄   | Search for anything | All Categories ⌄ | **Search** | Advanced

neverland-motor (49733 ⭐)
97.8% positive feedback

♡ Save

Items for sale | Visit store | Contact

Thank you for visiting our eBay store. We offer quality parts, LED headlight bulbs, accessories for your auto&motorcycle. Please feel free to browse our store selections and contact us with your product questions. Dealers are welcome.

**Feedback ratings** ⓘ                                                    See all feedback

⭐⭐⭐⭐⭐ 1,084   Item as described
⭐⭐⭐⭐⭐ 1,100   Communication          ➕ 1,231   ⊘ 31    ➖ 31        ➕ Thank u its exactly what I wanted
⭐⭐⭐⭐⭐ 1,095   Shipping time           Positive   Neutral   Negative      Oct 12, 2020
⭐⭐⭐⭐⭐ 1,143   Shipping charges

                                   Feedback from the last 12 months        ● ○ ○ ○ ○

**1,370** Followers   **6** Reviews   Member since: **Jul 04, 2009**   📍 China

## Items for sale(28)                                                    See all items

    


Stripe Leather ...
US $99.99          1d left

8 Color Available
For HONDA CRF23...
US $17.99          3d left


8 Color Available
For HONDA CRF23...
US $17.99          3d left

8 Color Available
For HONDA CRF23...
US $17.99          3d left


8 Color Available
For HONDA CRF23...
US $17.99          3d left

## Reviews (6)                                                           See all reviews

Pair 320mm 12.5" Eye to Eye Rear Air Shock Absorber Suspension Damper Universal

⭐⭐⭐⭐⭐                                Aug 06, 2018

good deal for me, Very nice quality, and quick shipping time

They are a direct fit onto a 1974 DT100. I should imagine that they would fit the entire line up of Yamaha DT's ride height was restored and shocks seem quite firm even for a heavier rider. Although these shocks look far from stock and original they look pretty good. Shocks a...Read full review

Wind Air Deflectors Windshields For Harley Touring FLHR FLHT FLHX 1996-2013 ABS

⭐⭐⭐⭐⭐                                Jul 26, 2018

High Quality

Good quality, Highly recommend

2x Smoke Turn Signal Light Lens Cover Plastic For Harley Dyna Softail FLST/FLSTC

⭐⭐⭐⭐⭐                                Aug 21, 2018

Great for turn signal replacement

I purchased these to change from smoke to red with running a run turn brake module. Good clarity for the lenses and installed in just a few minutes. They seem to be good quality and fit snugly in the bullet signal housing. I put about 100 miles on the bike today and no issue...Read full review

1 of 1 found this helpful

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄



Shop by category ⌄

Search this Store | This Store ⌄ | **Search**

eBay › eBay Stores › Neverland-Motor



### Neverland-Motor

1370 followers | neverland-motor (49733 ⭐) 97.8%

Thank you for visiting our eBay store. We offer quality parts and accessories for your motorcycle or power-sports equipment. Please feel free to browse our store selections and conta...

♡ Save this seller

**Category**

All
Motorcycle Parts
Car LED Light
Harley
Motorcycle--Brake Clutch Lever

**Condition**    see all
☐ New

**Price**
☐ Under $150.00
☐ Over $150.00
$ [____] - $ [____] >

**Buying Format**    see all
◉ All Listings
○ Best Offer
○ Auction
○ Buy It Now
○ Classified Ads

**Item Location**    see all

**Delivery Options**    see all
☐ Free Shipping
☐ Free In-store Pickup

**Show only**    see all
☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Guarantee

**More refinements...**

### Featured Items



Rear Set For Suzuki GSXR600 GSXR750...
$99.99
Trending at $69.98

Motorcycle 7/8" 22mm Brake Clutch Master Cylinder...
$37.99
Trending at $35.99

---

All Listings | Auction | Buy It Now     Time: newly listed ⌄ | ⊞ ⌄

1-20 of 20 Results

 NEW LISTING NOVSIGHT 2PCS 36mm 2835 SMD LED License Plate Interior Truck Lights Bulbs White
$8.37
Free shipping    From China

CNC Rearset Foot Peg Rear Set For Suzuki GSXR600 GSXR750 2006-2010 Black&Silver
$119.99
Free shipping    From China
   Brand: Neverland

For Suzuki GSXR 1000 07 08 GSXR1000 2007 2008 Rearsets Foot pegs Rear set Black
$119.99
Free shipping    From China
Only 1 left!    Brand: Neverland

NEVERLAND Adjustable Rearset Foot pegs Rear Set For SUZUKI GSX-R1000 2007 2008
$119.99
Free shipping    From China
   Brand: Neverland

Rear Set Footpeg Footrest Motorcycle Adjustable For Kawasaki Z1000 ABS 2011-2016
$119.99
Free shipping    From China
   Brand: Neverland

Black Rearset Rear set Foot peg Footrest For Kawasaki NINJA ZX6R 2005 2006-2008
$99.99
Free shipping    From China
   Brand: Neverland

For Yamaha R1 YZF-R1 2007 2008 CNC Rearsets Foot pegs Rear set Footrest Black
$119.99
Free shipping    From China
   Brand: Neverland

Blue Rear Sets Rearset Foot Peg Rest For Honda CBR600RR 2003-2006 1000RR 2004-07
⭐ 1 product rating
$119.99
Free shipping    From China
Only 1 left!    Brand: Neverland

Gold Rear Sets Rearsets Footpegs Rest For Honda CBR600RR 2003-2006 1000RR 04-07
⭐ 1 product rating



$119.99
Free shipping

From China
Brand: Neverland

**Black CNC Aluminum Motor Rearset Footpegs Rear Set fit for Honda CBR600RR 03-06**
★☆☆☆☆ 1 product rating
$119.99
Free shipping

From China
Brand: Neverland

**Multi-Color Rear Set Rearset Foot Peg Rest For Honda CBR600RR 03-06 1000RR 04-07**
★☆☆☆☆ 1 product rating
$119.99
Free shipping

From China
Brand: Neverland

**Rearset Foot Pegs Rear set Footrests For Honda CBR1000RR CBR 1000 RR 2008-2014**
$119.99
Free shipping

From China
Brand: Neverland

**CNC Aluminum Rear Set Rearset Footrest Pedal for Suzuki GSX-R600/750 2011-2019**
$109.99
Free shipping

From China
Brand: Neverland

**For Suzuki GSXR600 2011- 2019 2015 2014 2013 2012 GSX-R 600 Rearsets Foot Pegs**
$109.99
Free shipping

From China
Brand: Neverland

**Rearset Foot Peg Rear Sets Footrest For 2006-2010 Suzuki GSX-R600 GSXR-750 06-10**
$129.99
Free shipping
or Best Offer

From China
Brand: Neverland

**CNC Rearset Foot Pegs Rest Racing Fit For Suzuki GSXR600/750/1000 SV650/S Silver**
$109.99
Free shipping

From China
Brand: Neverland

**For HONDA CRF230F CRF150F 2003-18 Motorcycle Dirt Bike Pivot Brake Clutch Levers**
$17.99
$2.99 shipping

From China
Brand: Neverland

**Stripe Leather Rear Passenger Pad Seat For Harley Sportster Iron XL883N 14-19**
$99.99
Free shipping
or Best Offer

From China
Brand: Neverland

**Pair 320mm 12.5" Eye to Eye Rear Air Shock Absorber Suspension Damper Universal**
★★★★☆ 5 product ratings
$139.99
Free shipping
54 sold

From China
Brand: Neverland

**Rear Set For Suzuki GSXR600 GSXR750 GSXR1000 SV650 Footpeg Shift Adjust Rearsets**
The official shop to sell NEVERLAND product√Fast Ship√
$99.99
Only 2 left

From China
Brand: Neverland

---

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category

KTM | All Categories | Search | Advanced

Include description

Items for sale from **neverland-motor** (49733) | Save this seller | Show results from all sellers

### Categories

**eBay Motors**

- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Accessories
- Motorcycle Fairings & Bodywork
- Motorcycle Shocks
- Motorcycle Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (100)

**Price**

- Under $35.00
- Over $35.00

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

neverland-motor (49733)

Feedback rating: 49,733
Positive Feedback: 97.8%
Member since Jul-04-09 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now

Sort: Best Match View:

**100** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

Long CNC Brake Clutch Levers For KTM 990 SuperDuke 2005-2012 690 Duke 2008-2011 (Fits: KTM)

Brand New

**$22.98**
or Best Offer
**Free Shipping**
**Only 1 left!**
Watch

From China
Brand: Neverland

Orange CNC Bling Cylinder Tank Caps Axle Block Steering Stem Nut Kit Fit For KTM

Brand New

**$39.99**
or Best Offer
**Free Shipping**
Watch

Brand: Neverland

CNC Rear Brake Disc Guard Protector For KTM 125 200 250 300 450 SX EXC 2003-2014 (Fits: KTM)

Brand New

**$49.99**
Buy It Now
**Free Shipping**
Watch

From China
Brand: Neverland

CNC Titanium Pivot Brake Clutch Levers For KTM 250EXC-F/SX-F/XC-F 300/400/525EXC (Fits: KTM)

Brand New

**$17.99**
or Best Offer
**Free Shipping**
Watch

From China
Brand: Neverland

Orange CNC Pivot Brake Clutch Levers For KTM 250EXC-F/SX-F/XC-F 300/400/525EXC (Fits: KTM)

Brand New

**$20.89**
or Best Offer
**Free Shipping**
Watch

From China
Brand: Neverland

2x 57mm Wide Fat Foot Peg Footrest for For KTM 125-200 SX/EXC 1998-2015 65/85 SX (Fits: KTM)

Brand New

**Checkout**

How do you like our checkout? Tell us what you think

**Pay with**

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms



**Ship to**
████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████
Change

**Review item and shipping**

Seller: neverland-m...    Edit message
Message:    Item Id: 283685396328    Buyer's Vehicle: KTM

Long CNC Brake Clutch Levers For KTM 990 SuperDuke 2005-2012 690 Duke 2008-2011
**$22.98**
Quantity 1

**Delivery**

● Est. delivery: Nov 12 – Dec 2
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 27 – Oct 30
Expedited Shipping from outside US
**$23.99**

| | |
|---|---|
| Subtotal (1 item) | $22.98 |
| Shipping | Free |
| Tax* | $1.44 |

**Order total**                    **$24.42**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

**Gift cards, coupons, eBay Bucks**

Enter code:            Apply

**Donate to charity (optional)** ⓘ
North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount    None ⌄

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers | Add to Watchlist

This fits a KTM Select Year

SAVE UP TO 12% WHEN YOU BUY MORE

Have one to sell? Sell now

## CNC Titanium Pivot Brake Clutch Levers For KTM 250EXC-F/SX-F/XC-F 300/400/525EXC

Condition: New

Bulk savings: Buy 1 $17.99/ea | Buy 2 $17.09/ea

Compatibility: See compatible vehicles

Quantity: 1

2 available / 4 sold

Price: US $17.99/ea

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

Limited quantity remaining | More than 66% sold | Free shipping

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Fri. Nov. 13 and Thu. Dec. 3
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, MasterCard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

neverland-motor (49733)
97.8% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

CNC Pivot Brake Clutch Levers Foldable for KTM 25...
$16.53
~~$17.58~~
Free shipping
Seller 99.5% positive

CNC Pivot Brake Clutch Lever For KTM 530 525 50...
$12.59
~~$13.99~~
+ $5.00 shipping
New

CNC Pivot Foldable Brake Clutch Lever Air Vent for...
$20.72
~~$22.52~~
Free shipping
Seller 99.2% positive

Billet Pivot Foldable Brake Clutch Levers for KTM SX...
$16.06
~~$17.46~~
Free shipping
Seller 99.2% positive

CNC Pivot Brake Clutch Levers Foldable for KTM 12...
$17.20
~~$18.50~~
Free shipping
Seller 99.5% positive

Billet Brake Clutch Levers Air Vent for KTM 125-500 S...
$17.94
~~$19.50~~
Free shipping
Seller 99.2% positive

## Sponsored items from this seller

Feedback on our suggestions

Hi! **Sign in** or **register**     Daily Deals     Brand Outlet     Help & Contact

Sell     Watchlist ⌄     My eBay ⌄

**ebay**     Shop by category ⌄     🔍 Search for anything     | All Categories ⌄ |     **Search**     Advanced

‹ Back to search results | Listed in category:     eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers     ✉ f 𝕏 📌 | Add to Watchlist

✓ This fits a KTM     **Select Year**

🔥 **SAVE UP TO 12% WHEN YOU BUY MORE**



DESIGH WILL HAVE A SELF-PROCTED FUNCTION

### Orange CNC Pivot Brake Clutch Levers For KTM 250EXC-F/SX-F/XC-F 300/400/525EXC

Condition:     New

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 |
|-------|-------|-------|
| $20.89/ea | $19.85/ea | $19.22/ea |

Compatibility     **See compatible vehicles**

Quantity:     | 1 |

3 available

Price:     **US $20.89/ea**

**Buy It Now**

**Add to cart**

Best Offer:     **Make Offer**

♡ **Add to Watchlist**

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. **Learn more**

**Seller information**
neverland-motor (49733 ⭐ )
97.8% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

💲 Have one to sell?     **Sell now**

**Free shipping**     30-day returns     Longtime member

Shipping:     **FREE**  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide  See exclusions

Delivery:     📦 Estimated between **Thu. Nov. 12 and Wed. Dec. 2** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:     PayPal  VISA  💳  💳  DISCOVER

**PayPal CREDIT**
Special financing available.  | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:     30 day Buyer pays for return shipping | See details

---

**Similar sponsored items** 1/2     Feedback on our suggestions



CNC Pivot Brake Clutch Levers Foldable for KTM 25...
**$16.53**
~~$17.58~~
Free shipping
Seller 99.5% positive

CNC Pivot Foldable Brake Clutch Lever Air Vent for...
**$20.72**
~~$22.52~~
Free shipping
Seller 99.2% positive

CNC Pivot Brake Clutch Lever For KTM 530 525 50...
**$12.59**
~~$13.99~~
+ $5.00 shipping
New

CNC Brake Clutch Lever Orange Air Vent For KTM S...
**$20.64**
~~$21.96~~
Free shipping
New

Billet Pivot Foldable Brake Clutch Levers for KTM SX...
**$16.06**
~~$17.46~~
Free shipping
Seller 99.2% positive

CNC Clutch Brake Levers For KTM 400 250 XC-...
**$23.99**
Free shipping
Seller 99% positive

**Sponsored items from this seller**     Feedback on our suggestions







Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers | Add to Watchlist

This fits a KTM | Select Year

$ Have one to sell? Sell now

# CNC Gold Pivot Brake Clutch Levers For KTM 250/300/350/450/500EXC XC-W 2014-2016

Condition: New

Compatibility: See compatible vehicles

Price: US $22.98

Buy It Now

Add to cart

Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: Estimated between Tue. Nov. 3 and Mon. Nov. 23
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

neverland-usa (67494)
97.3% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items

EXC LOGO CNC Pivot Brake Clutch Levers For...
$17.90
~~$19.89~~
+ $0.99 shipping
New

CNC Pivot Brake Clutch Levers For KTM 250 300 40...
$15.00
Free shipping
New

Brake Clutch Levers For KTM 250 300 350 450 500 SX...
$14.90
Free shipping
New

CNC Pivot Brake Clutch Levers For KTM 530 500 45...
$17.90
~~$19.89~~
+ $0.99 shipping
New

CNC Pivot Brake Clutch Levers Foldable for KTM 25...
$16.53
~~$17.58~~
Free shipping
Seller 99.6% positive

CNC Pivot Foldable Brake Clutch Lever For KTM SX SX...
$15.50
Free shipping
Almost gone

## Sponsored items from this seller

CNC Silver Pivot Brake Clutch Levers For Honda...
$22.98
Free shipping

Black CNC Short Brake Clutch Levers For Suzuki...
$17.99
Free shipping
Last one

CNC Long Clutch Brake Levers For Yamaha YZF R1...
$17.99
Free shipping

CNC Short Brake Clutch Silver Levers Green Adjuste...
$17.99
Free shipping
Last one

Blue CNC Brake Clutch Levers For Kawasaki ZZR60...
$17.99
Free shipping
Last one

Long CNC Blue Clutc Levers For Yamaha FJ
$17.99
Free shipping

Feedback

**Description** | **Shipping and payments**                                          Report item

Seller assumes all responsibility for this listing.                    eBay item number: 274360997117

Last updated on **Aug 09, 2020 11:50:27 PDT** View all revisions

## Compatibility

To confirm that this part fits your vehicle, please choose a vehicle from the "My Garage" list OR enter your vehicle's details below.

My Garage                          Year        Make        Model       Submodel
[Select a vehicle ▾]      or       [-Select- ▾] [-Select- ▾] [-Select- ▾] [-Select- ▾]   Go

Go to My Garage

[show all compatible vehicles]

✅ This part is compatible with 44 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
|  | 2016 | KTM | 250 | XC |
|  | 2016 | KTM | 250 | XCF-W |
|  | 2016 | KTM | 250 | XCW |
|  | 2015 | KTM | 250 | SX |
|  | 2015 | KTM | 250 | SXF |
|  | 2015 | KTM | 250 | XC |
|  | 2015 | KTM | 250 | XCF-W |
|  | 2015 | KTM | 250 | XCW |
|  | 2014 | KTM | 250 | SX |
|  | 2014 | KTM | 250 | SXF |
|  | 2014 | KTM | 250 | XC |
|  | 2014 | KTM | 250 | XCF-W |
|  | 2014 | KTM | 250 | XCW |
|  | 2016 | KTM | 300 | XC |
|  | 2016 | KTM | 300 | XC-W Six Days |
|  | 2016 | KTM | 300 | XCW |
|  | 2015 | KTM | 300 | XC |
|  | 2015 | KTM | 300 | XCW |
|  | 2014 | KTM | 300 | XC |
|  | 2014 | KTM | 300 | XCW |

Page 1 of 3                                    ‹ 1 2 3 ›

Portions of the information contained in this table have been provided by neverland-usa

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | NEVERLAND |
| Fit for7: | For KTM 300XC-W 2014-2016 | Manufacturer Part Number: | ZE-L83MR83M |
| Fit for8: | For KTM 300XC 2014 | Color: | Gold |
| Fit for9: | For KTM 350EXC 2014-2015 | UPC: | Does not apply |
| Fit for10: | For KTM 350EXC-F 2014-2015 | EAN: | Does not apply |
| Fit for11: | For KTM 450EXC 2014-2016 | Material: | Billet Aluminum |
| Fit for12: | For KTM 450SMR 2014-2015 | Packaged Included: | 1 Pair Brake Clutch Lever |
| Fit for13: | For KTM 450SX/SX-F/SX-R 2014-2015 | Fit for1: | For KTM 250EXC/EXC-F(SIX DAYS) 2014-2016 |
| Fit for14: | For KTM 450XC-F 2014 | Fit for2: | For KTM 250SX-F 2016 |
| Fit for15: | For KTM 450XC-W/XCR-W(SIX DAYS) 2014-2015 | Fit for3: | For KTM 250XCF-W 2014 |
| Fit for16: | For KTM 500EXC/XC-W 14-16 | Fit for4: | For KTM 250SX 2014 |
| Fit for17: | For HUSQVARNA TE250 2014-2016 | Fit for5: | For KTM 300EXC 2014-2015 |
| Fit for18: | For HUSQVARNA TE300 2014-2016 | Fit for6: | For KTM 250XC-W 2014-2016 |

**neverland-usa**
neverland-usa (67494 ★) 97.3%

Sign up for newsletter

Search within store
[                    ] 🔍

Visit Store:  neverland-usa

**Items On Sale**   Car Cover   Motorcycle Cover   ATV/UTV Cover   Bike Cover   BBQ Grill Cover

HOT！！！

| Green CNC Pivot Brake Clutch Levers fit for Kawasaki KX125… | Blue CNC Pivot Brake Clutch Levers For Yamaha YZ125/250… | 7/8" Brake Clutch Master Cylinder Reservoir Levers For… | CNC Black Pivot Brake Clutch Levers Aluminum Fit For Yama… | Black Pivot Brake Clutch Levers For Kawasaki KX65 00-18 KX8… | CNC Blue Levers Aluminum F… |
|---|---|---|---|---|---|
| $17.99 | $17.99 | $29.99 | $23.99 | $17.99 | $23.99 |

Feedback

| Home | Return | Contact us | Feedback |
|------|--------|-----------|----------|

Store Categories

Car Cover

ATV/UTV Cover ∙

Motorcycle Cover

Bike Cover

BBQ Grill Cover

Furniture Cover

Interior Auto Parts ∙

Exterior Auto Parts ∙

Car Keyless Entry Remotes…

ATV-Parts ∙

Motorcycle Parts ∙

Harley parts ∙

Car LED Light ∙

Other

**Note**
**International Buyers – Please Note:**
   Import duties, taxes and charges are not included in the item price or shipping charges. Customs Clear Charges are not included,You will be responsible for the charges.
   Please check with your country's customs office to determine what these additional costs will be prior to bidding / buying.

## Picture Show







## Description

**Specification:**
Conditions: 100% Brand New
Material: Top quality T6065-T6 aluminum CNC Machined
Color: Gold
Levers: 3 fingers
Features：Ultra precision machine cut for super light weight construction, high precision and quality.
Direct replacement for stock levers. No modification!
Others: Perfect fit and no modification is needed, no install instructions included
**Fitments:**
For KTM 250EXC/EXC-F(SIX DAYS) 2014-2016
For KTM 250SX-F 2016
For KTM 250SX 2014
For KTM 250XCF-W 2014
For KTM 250XC-W 2014-2016
For KTM 300EXC 2014-2015
For KTM 300XC 2014
For KTM 300XC-W 2014-2016
For KTM 350EXC 2014-2015
For KTM 350EXC-F 2014-2015
For KTM 450EXC 2014-2016
For KTM 450SMR 2014-2015
For KTM 450SX/SX-F/SX-R 2014-2015

Feedback

For KTM 450EXC/SIX DAYS 2014-2016
For KTM 450XC-F 2014
For KTM 450XC-W/XCR-W(SIX DAYS) 2014-2015
For KTM 500EXC/XC-W 14-16
For HUSQVARNA TE250 2014-2016
For HUSQVARNA TE300 2014-2016
For HUSQVARNA FC250 2014-2015
For HUSQVARNA FE250-501 2014-2016

**Ordering Instructions:**
Please contact us and let us know that. (Please don't compare your levers with pictures, sometimes the pictures are not the same model as the tittle, just buy it according to the tittle)

**Package included:**
brake lever and clutch lever (1 set)

## Shipping

Shipping Policy    Terms of Sale    Returns Policy    Payment Method

| Online method | Countries | Shipping method | Delivery time |
|---|---|---|---|
| Economy Delivery | Europe,ASIA,USA,CANADA, | Flat shipping [no tracking] | 20-31 business days |
| | AUSTRALIA,NEW ZEALAND | By China Post, Hong Kong Post, | |
| | | Singapore Post etc. | |
| Standard Delivery | Europe,ASIA,USA,CANADA, | Registered Mail [w/tracking] | 20-31 business days |
| | AUSTRALIA,NEW ZEALAND | By China Post, Hong Kong Post, | |
| | | Singapore Post etc. | |
| Epacket Delivery | USA | Registered Mail [w/tracking] By USPS | 10-18 business days |
| Expedited Delivery | Europe,ASIA,USA,CANADA, | Express shipping [w/tracking] | 3-7 business days |
| | AUSTRALIA,NEW ZEALAND | By DHL,TNT,TOLL,UPS,EMS etc. | |
| Standard Int'l Flat Rate Postage | Europe,ASIA,USA,CANADA, | Flat shipping [no tracking] | 20-31 business days |
| | AUSTRALIA,NEW ZEALAND | By China Post, Hong Kong Post, | |
| | | Singapore Post etc. | |

• 1.Our shipping fee is original USPS shipping rate, not include the cost of handing, packaging and related manpower costs.
• 2.Our items are shipped out within 2 business day after your payment has been completed.(Sat, Sun and Public holidays are not included)
• 3.Orders from the United States will be shipped out with USPS first class,Sure Post or Priority Mail. The shipment usually takes 2-6 business days(exclude Saturday, Sunday and Public Holidays).
• Orders outside the United States will be shipped out with USPS First-Class Mail International. Usually it takes 2-5 weeks.

• Local pick up is not available.

You may like

Black Pivot Brake Clutch Levers For Kawasaki KX6...
$17.99

CNC Blue Pivot Brake Clutch Levers Aluminum F...
$23.99

Feedback

Sponsored items based on your recent views







Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers | Add to Watchlist

This fits a KTM | Select Year

$ Have one to sell? Sell now

# CNC Gold Pivot Brake Clutch Levers For KTM 250/300/350/450/500EXC XC-W 2014-2016

Condition: New

Compatibility: See compatible vehicles

Price: US $22.98

Buy It Now | Add to cart | Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: Estimated between Tue. Nov. 3 and Mon. Nov. 23
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, MasterCard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
neverland-usa (67494 ★)
97.3% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items

EXC LOGO CNC Pivot Brake Clutch Levers For...
$17.90
~~$19.89~~
+ $0.99 shipping
New

CNC Pivot Brake Clutch Levers For KTM 250 300 40...
$15.00
Free shipping
New

Brake Clutch Levers For KTM 250 300 350 450 500 SX...
$14.90
Free shipping
New

CNC Pivot Brake Clutch Levers For KTM 530 500 45...
$17.90
~~$19.89~~
+ $0.99 shipping
New

CNC Pivot Brake Clutch Levers Foldable for KTM 25...
$16.53
~~$17.58~~
Free shipping
Seller 99.6% positive

CNC Pivot Foldable Brake Clutch Lever For KTM SX SX...
$15.50
Free shipping
Almost gone

Sponsored items from this seller

CNC Silver Pivot Brake Clutch Levers For Honda...
$22.98
Free shipping

Black CNC Short Brake Clutch Levers For Suzuki...
$17.99
Free shipping
Last one

CNC Long Clutch Brake Levers For Yamaha YZF R1...
$17.99
Free shipping

CNC Short Brake Clutch Silver Levers Green Adjuste...
$17.99
Free shipping
Last one

Blue CNC Brake Clutch Levers For Kawasaki ZZR60...
$17.99
Free shipping
Last one

Long CNC Blue Clutc... Levers For Yamaha FJ...
$17.99
Free shipping

Feedback

| Description | **Shipping and payments** | | Report item |

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: Guangzhou, China

Shipping to: Americas, Europe, Asia, Australia

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Middle East, Southeast Asia, South America, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Russian Federation, Albania, Andorra, Austria, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Czech Republic, Estonia, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Sweden, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, PO Box

Change country: | United States ▼ |          ZIP Code: | 60106 |  Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Tue. Nov. 3 and Mon. Nov. 23** |
| US $39.99 | United States | Expedited Shipping from outside US | Estimated between **Mon. Oct. 19 and Thu. Oct. 22** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods

   



**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## Sponsored items based on your recent views

     

| Front Rear Fork Wheel Frame Slider Crash... | Shock Absorber 360mm 370mm 380mm 410mm... | For KTM 250 XC-W XCF-W EXC EXC-F 2014-2020 Pivot... | For KTM 450 EXC EXC-R EXC-F 2014-2020 Pivot... | For KTM 450 SX-F XC-F XC-W SXF EXC SX 2014-2020... | Nos Rear Shock Absorber Shocker Suspension for KT... |
|---|---|---|---|---|---|
| $35.59 | $139.99 | $11.95 ~~$22.99~~ | $11.07 ~~$21.29~~ | $18.87 ~~$36.29~~ | $163.97 ~~$188.47~~ |
| + $11.00 shipping | + $36.59 shipping | + $0.50 shipping | + $0.50 shipping | + $0.50 shipping | Free shipping |
| New | New | New | New | New | New |

● ○ ○

## More from this seller

    

| CNC Titanium Pivot Brake | Black CNC Pivot Brake | Blue CNC Pivot Brake Clutch | Gold CNC Short Brake | CNC Orange Pivot Brake | Titanium CNC Pivot Brake |
|---|---|---|---|---|---|

Feedback



Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ⌄   My eBay ⌄        🔔   🛒



🔍 Search for anything            All Categories ⌄        **Search**        Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile





neverland-usa (67494 ⭐) 🏷️ ⓘ

**Positive Feedback (last 12 months): 97.3%** ⓘ

Member since: Mar-10-10 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member

View items for sale

View seller's Store

### Feedback ratings ⓘ

|   |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 79 | 779 | 2180 |
| ⊙ | Neutral | 0 | 18 | 34 |
| ➖ | Negative | 4 | 33 | 55 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (1910) | ⭐⭐⭐⭐⭐ (2013) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (1917) | ⭐⭐⭐⭐⭐ (1972) |

**All received Feedback**   Received as buyer   Received as seller   Left for others

55 Feedback received (viewing 1-25)                    Revised Feedback: 331 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars  🔍

Rating type: Negative (55) ⌄    Period: 12 Months ⌄



| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Parts were wrong. Seller did not want to issue return label, complaint filed!!!!**<br>Motorcycle 7/8" Brake Clutch Master Cylinder Reservoir Levers Universal Black<br>(#274360262814) | Buyer: 1***3 (173⭐ )<br>US $29.99 | Past month<br>Reciprocal feedback |
| Reply by neverland-usa. Left within past month.<br>please back to us to solve it. | | |
| ➖ **Yes give me excuses item paid for i don't want a refund got item at great price**<br>Plug-In Driver Backrest Pad Pocket Kit For Harley Touring Road King Glide 97-17<br>(#372879623035) | Buyer: n***j (332⭐ )<br>US̶ ̶$̶5̶6̶.̶0̶0̶ (Best offer was accepted) | Past month<br>Reciprocal feedback |
| Reply by neverland-usa. Left within past month.<br>please back to us to solve it. | | |
| ➖ **I've contacted seller and they refuse to send missing parts.**<br>2x 420mm Rear Shock Absorbers Suspension For Motorcycle ATV Gokart Quad Titanium<br>(#372766168699) | Buyer: d***1 (747⭐ )<br>US $89.99 | Past month<br>Reciprocal feedback |
| Reply by neverland-usa. Left within past month.<br>please back to us to solve it. | | |
| ➖ **Was sent wrong part and company failed to fix issue ask me to sell for them**<br>For Suzuki GSXR 600 GSXR 750 2000/05 1000 2001/04 SV 650 S Rearset Foot Pegs<br>(#273289903038) | Buyer: 1***2 (50⭐ )<br>US $99.99 | Past month<br>Reciprocal feedback |
| Reply by neverland-usa. Left within past month.<br>please back to us to solve your poblem. | | |
| ➖ **Never received the item**<br>Rear Black Mudguard Fender For Harley Sportster Solo Bobber Chopper Cafe Racer<br>(#392471205722) | Buyer: k***e (327⭐ )<br>US $19.99 | Past 6 months<br>Reciprocal feedback |
| Reply by neverland-usa. Left within past 6 months.<br>We will check it and solve the problem for you. | | |
| ➖ **This company falsely advertises parts that don't fit...Forget about a refund**<br>Pair Motorcycle 13.5" 340mm Rear Gas Damper Shock Absorbers For Honda Kawasaki<br>(#392728339607) | Buyer: _***h (24⭐ )<br>US $159.99 | Past 6 months<br>Reciprocal feedback |
| Reply by neverland-usa. Left within past 6 months.<br>We will check it and solve the problem for you. | | |
| ➖ **Item arrived scratched cheap packaging and quality disappointed**<br>12.5" 320mm Adjustable Air Shock Absorbers Suspension For Honda Scooter Quad ATV<br>(#392470743543) | Buyer: n***1 (342⭐ )<br>US $74.99 | Past 6 months<br>Reciprocal feedback |







Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

**neverland-usa** (67494★)
97.3% positive feedback

Save

Items for sale | Visit store | Contact

Based in China, neverland-usa has been an eBay member since Mar 10, 2010

**Feedback ratings**

| | | |
|---|---|---|
| ★★★★★ | 1,910 | Item as described |
| ★★★★★ | 1,972 | Communication |
| ★★★★★ | 1,917 | Shipping time |
| ★★★★★ | 2,013 | Shipping charges |

| Positive | Neutral | Negative |
|---|---|---|
| 2,180 | 34 | 55 |

Feedback from the last 12 months

super fast shipping
Oct 12, 2020

See all feedback

1,857 Followers | 11 Reviews | Member since: Mar 10, 2010 | China

## Items for sale(72)

See all items

15 3/4" 400mm A...
US $159.99 1d left

15" 380mm Motor...
US $159.99 1d left

2Pcs 11" 280mm ...
US $149.99 1d left

1pair 13.5" 340...
US $155.99 1d left

Pair 15" 380mm ...
US $159.99 1d left

## Reviews (11)

See all reviews

Black 7/8" CNC Motorcycle Front Brake Clutch Master Cylinder Lever Set Reservoir

★★★★★ Jul 24, 2018

Great

Fits like original equipment

1 of 1 found this helpful

CNC Rear Set Rearsets Kit Fit Suzuki GSXR600 GSXR750 2006 07 08 09 10 NEVERLAND

★★★★★ Sep 20, 2018

AWESOME REARSET

AWESOME REARSET

7/8" Motorcycle Hydraulic Master Cylinder Reservoir Brake Clutch Lever Black

★★★★★ Sep 16, 2018

Great transaction

Product as described

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Case: 1:20-cv-06677 Document #: 11 Filed: 11/10/20 Page 221 of 400 PageID #:770

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search this Store This Store Search Advanced

eBay › eBay Stores › NEVERLAND US OFFICIAL STORE

NEVERLAND

# NEVERLAND US OFFICIAL STORE

1857 followers | neverland-usa (67494 ★) 97.3%

Neverland-motor.com ( Guangzhou Wangyi Trade Co., Ltd.) Established in 2010, Guangzhou, China . Our business was start from Ebay. we sells motorcycle parts and accessories on Ebay since 2010, we have ser

Save this seller

**Category**

All
Interior Auto Parts
Car Keyless Entry Remotes/Fobs
Motorcycle Parts
Car LED Light

## Featured Items

14" Man 90% Real Hair Training Head Mannequin...
$39.99

For Suzuki GSXR 600 GSXR 750 2000/05 1000 2001/04...
$99.99

12.5" 320mm Adjustable Air Shock Absorbers...
$74.99
~~$149.99~~ | 50% OFF

Search this Store Search Best Match

All Listings Auction Buy It Now

1-48 of 73 Results

15.75" 400mm Rear Shock Absorber Suspension Round End For Suzuki KTM Black&Gold
$149.99
Free shipping
From China
Brand: Neverland

Rearset Footpeg Rear Set Footrest For DUCATI Monster 696 08-14 Monster 796 10-14
$129.99
Free shipping
Only 1 left!
From China
Brand: Neverland

16.9" 430mm Rear Shock Absorber Suspension Round End For Suzuki Honda Black&Gold
$149.99
Free shipping
From China
Brand: Neverland

12.5" 320mm Silver Rear Shock Absorbers Suspension Round End For Honda Suzuki
$139.99
Free shipping
From China
Brand: Neverland

340mm Rear Shock Absorber Suspension Round End For Honda Yamaha Suzuki ATV Quad
$139.99
Free shipping
From China
Brand: Neverland

13.4" 340mm Black Rear Shock Absorbers Suspension Round End For Honda Kawasaki
$139.99
Free shipping
Only 1 left!
From China
Brand: Neverland

415mm Rear Shock Absorber Air Fork Suspension Clevis End For Suzuki Black&Gold
$149.99
Free shipping
From China
Brand: Neverland

430mm Rear Shock Absorbers Suspension 10mm Thickness Universal Motorcycle Quads
$159.99
Free shipping
From China
Brand: Neverland

For Suzuki GSXR600 GSXR750 2011-2019 2016 CNC Foot pegs Rearsets Rear Set Black
$119.99
Free shipping
From China
Brand: Neverland

320mm Rear Shock Absorber Suspension Round End For Honda Yamaha Suzuki ATV Quad
$139.99
Free shipping
Only 1 left!
From China
Brand: Neverland

11" 280mm Rear Air Shock Absorber Suspension Round End For Honda ATV Quad Gokart
$159.99
Free shipping
From China
Brand: Neverland

340mm Black Rear Shock Absorbers Suspension 7mm Thickness Universal Motorcycle
$159.99
Free shipping
From China
Brand: Neverland



12.5" 320mm Black Rear Shock Absorbers Suspension Round End For Honda Kawasaki
$139.99
Free shipping
Only 1 left!
From China
Brand: Neverland

13.4" 340mm Silver Rear Shock Absorbers Suspension Round End For Suzuki Yamaha
$139.99
Free shipping
From China
Brand: Neverland

NEVERLAND Rear Sets B-Style For Suzuki GSXR600 GSXR750 2006-2010 Foot pegs Rest
$109.99
Free shipping
From China
Brand: Neverland

370mm Black Rear Shock Absorbers Suspension 7mm Thickness Universal Motorcycle
$159.99
Free shipping
From China
Brand: Neverland

Rearset Foot Peg Rear Set Footrest Adjustable For MV AGUSTA F4/F4 1000 2010-2014
$119.99
Free shipping
From China
Brand: Neverland

13" 330mm Rear Air Shock Absorber Suspension Round End For Honda ATV Quad Gokart
$159.99
Free shipping
From China
Brand: Neverland

12.5" 320mm Yellow Rear Shock Absorbers Suspension 7mm Spring Thickness For KTM
$159.99
Free shipping
From China
Brand: Neverland

Black Rearset Rear Set Footpegs For 2006 - 2010 SUZUKI GSXR 600 / 750 07 08 09
$119.99
Free shipping
From China
Brand: Neverland

12" 305mm Yellow Rear Shock Absorbers Suspension 8mm Spring Thickness For KTM
$159.99
Free shipping
From China
Brand: Neverland

5202 H16 LED Headlight Bulbs For 2007-2015 Chevy Silverado 1500 White 6500K 50W
$40.43
Free shipping
From China

12" 305mm Black Rear Shock Absorbers Suspension 8mm Spring Thickness ATV Quads
$159.99
Free shipping
From China
Brand: Neverland

15" 380mm Motor Rear Shock Absorbers Air Suspension For Yamaha Honda Suzuki
$159.99
Free shipping
From China
Brand: Neverland

CNC Rearsets Rear Sets For Suzuki GSX-R600 GSX-R750 2006 2007 2008 2009 2010 Red
$109.99
Free shipping
From China
Brand: Neverland

15" 380mm Motorcycle Rear Shock Absorbers Gas Suspension For Kawasaki BMW Harley
$159.99
Free shipping
From China
Brand: Neverland

13.5" 340mm Motorcycle Shock Absorbers Suspension For Honda Suzuki Kawasaki KTM
$149.99
Free shipping
From China
Brand: Neverland

360mm Black Rear Shock Absorbers Suspension 7mm Thickness Universal Motorcycle
$159.99
Free shipping
From China
Brand: Neverland

1pair 13.5" 340mm Rear Shock Absorber Gas Suspension Motor Quad Universal Sliver
$155.99
Free shipping
Only 1 left!
From China
Brand: Neverland

Universal 280mm 11 Inch Motorcycle ATV Rear Air Shock Absorbers For BMW Suzuki
$149.99
Free shipping
From China
Brand: Neverland

Rearset Footpegs Rear Set Footrest Adjustable Fit For YAMAHA VMAX 1700 2009-2019
$119.99
Free shipping
From China
Brand: Neverland

420mm Rear Shock Absorbers Suspension 12mm Thickness Universal Motorcycle Quads
$159.99
Free shipping
From China
Brand: Neverland

CNC Foot pegs Footrests Rearsets Rear Set Fit For Suzuki GSXR600 750 2006-2010



$109.99
Free shipping

From China
Brand: Neverland

CNC Rearset Footpegs Rear Set For SUZUKI GSXR 600/750 GSXR600 GSXR750 2011-2019
$119.99
Free shipping

From China
Brand: Neverland

2Pcs 11" 280mm Motor Rear Shock Absorber Air Suspension For Honda Yamaha New
$149.99
Free shipping

From China
Brand: Neverland

Rearset Rear Set Foot Pegs Rest Footrest For Suzuki GSXR 600/750 2006-2010 07 08
$109.99
Free shipping

From China
Brand: Neverland

NIGHTEYE H1 LED Headlight 72W 9000LM Conversion Kit 6500K Replace Halogen Bulbs
$22.88
Free shipping
Only 1 left!

From China
Brand: Nighteye

NOVSIGHT Pair 50W 10000LM H7 Car LED Headlight Bulbs Conversion Kit 6500K White
$29.75
Free shipping
Only 1 left!

From China

Rearset Foot Pegs Pedal Fit For Suzuki GSXR 600 GSXR 750 K6 Rear Sets 2006-2010
★☆☆☆☆ 1 product rating
$109.99
Free shipping

From China
Brand: Neverland

12.5" 320mm Black Rear Shock Absorbers Suspension 7mm Spring Thickness ATV Quads
$159.99
Free shipping

From China
Brand: Neverland

Steering Damper Stabilizer w/Bracket For Suzuki GSXR750 GSXR600 K4 2004 2005
$179.99
Free shipping

From China
Brand: Neverland

15 3/4" 400mm Shock Absorbers For Yamaha YFZ 450 Raptor 700 660 Banshee ATV
$159.99
Free shipping

From China
Brand: Neverland

Motorcycle 240mm 9" Rear Gas Shock Absorber Suspension Damper Karting ATV Quads
$109.99
Free shipping

From China
Brand: Neverland

Pair 15" 380mm Motorcycle Rear Air Shock Absorbers Suspension For Kawasaki Honda
$159.99
Free shipping

From China
Brand: Neverland

11" 280mm Rear Air Shock Absorbers For ATV Street Bikes Kawasaki Round Gray
$149.99
Free shipping
Only 1 left!

From China
Brand: Neverland

Rearset Rear Set Footrests For 2006 2007 2008 2009-2019 Suzuki GSXR600 GSXR750
$119.99
Free shipping

From China
Brand: Neverland

Rearset Foot Pegs Rear Set Footrest Adjustable Fit For Honda CBR600RR 2013-2016
$119.99
Free shipping

From China
Brand: Neverland

340mm Yellow Rear Shock Absorbers Suspension 7mm Thickness Universal Motorcycle
$159.99
Free shipping

From China
Brand: Neverland

1  2  >

About eBay  Announcements  Community  Security Center  Resolution Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **neverland-usa** (67494) | Save this seller | Show results from all sellers

Include description

**Categories**

**eBay Motors**

- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Fairings & Bodywork
- Other Motorcycle Accessories
- Motorcycle Shocks
- Motorcycle Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (168)

**Price**

- Under $35.00
- Over $35.00

$ to $

**Item Location** see all

- **Default**
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

neverland-usa (67494)
Feedback rating: 67,494
Positive Feedback: 97.3%
Member since Mar-10-10 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now    Sort: Best Match    View:

**168** results for **KTM**    Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

CNC Motorcycle Rear Disc Brake Guard For KTM XCW XCF EXC EXC-F 2013-2019 Orange (Fits: KTM)
Brand New
**$24.98**
Buy It Now
**Free Shipping**
Watch
From China
Brand: Neverland

For KTM SX SXF EXC F 125 200 250 300 350 400 450 505 Bling Kits Cover Axle Block
Brand New
**$39.99**
or Best Offer
**Free Shipping**
Watch
Brand: Neverland

CNC Motorcycle Rear Disc Brake Guard For KTM XCW XCF EXC EXC-F 2013-2019 Silver (Fits: KTM)
Brand New
**$24.98**
Buy It Now
**Free Shipping**
Watch
From China
Brand: Neverland

CNC Motorcycle Rear Disc Brake Guard For KTM XCW XCF-W EXC EXC-F 2013-2019 Black (Fits: KTM)
Brand New
**$24.98**
Buy It Now
**Free Shipping**
**Only 1 left!**
Watch
From China
Brand: Neverland

Black CNC Pivot Brake Clutch Levers for KTM 125EXC/125SX/144SX/200EXC/XC-W 05-08 (Fits: KTM)
Brand New
**$22.98**
Buy It Now
**Free Shipping**
Watch
From China
Brand: Neverland

Orange Motorcycle Billet Foot Pegs Footrest For KTM EXC SX SXF XC XCW XCF EXCF (Fits: KTM)
Brand New

10/14/2020



$26.99
or Best Offer
**Free Shipping**
👁 Watch

Brand: Neverland

CNC Gold Pivot Brake Clutch Levers For KTM 250/300/350/450/500EXC XC-W 2014-2016 (Fits: KTM)
Brand New



$22.98
Buy It Now
**Free Shipping**
👁 Watch

From China
Brand: Neverland

CNC Red Pivot Brake Clutch Levers For KTM 250/300/350/450/500 EXC XC-W 2014-2016 (Fits: KTM)
Brand New



$22.98
Buy It Now
**Free Shipping**
👁 Watch

From China
Brand: Neverland

Titanium CNC Pivot Brake Clutch Levers fit for KTM 125-525 SX/EXC/XC 2005-2008 (Fits: KTM)
Brand New



$22.98
Buy It Now
**Free Shipping**
👁 Watch

From China
Brand: Neverland

Silver CNC Pivot Brake Clutch Levers fit for KTM 125-525 SX/EXC/XC 2005-2008 (Fits: KTM)
Brand New



$22.98
Buy It Now
**Free Shipping**
👁 Watch

From China
Brand: Neverland

Billet MX Wide Foot Pegs For KTM SX125 SX150 SXF250 SXF350 SXF450 2016 Orange (Fits: KTM)
Brand New



$38.98
Buy It Now
**Free Shipping**
👁 Watch

From China
Brand: Neverland

CNC Green Pivot Brake Clutch Levers For KTM 250/300/350/450/500 EXC XC-W 14-16 (Fits: KTM)
Brand New



$22.99
Buy It Now
**Free Shipping**
👁 Watch

From China
Brand: Neverland

1x Motorcycle 11" 280mm Rear Shock Absorber Air Suspension Round For Honda KTM (Fits: KTM)
Brand New

10/14/2020

 **Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

### Ship to

████████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████████

Change

### Review item and shipping

Seller: neverland-usa    Edit message
Message:    Item Id: 274360997117 Buyer's Vehicle: KTM



CNC Gold Pivot Brake Clutch Levers For KTM
250/300/350/450/500EXC XC-W 2014-2016
**$22.98**
Quantity 1

**Delivery**

● Est. delivery: Nov 3 – Nov 23
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 19 – Oct 22
Expedited Shipping from outside US
**$39.99**

### Gift cards, coupons, eBay Bucks

Enter code:          [ Apply ]

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount    [ None ⌄ ]

| | |
|---|---|
| Subtotal (1 item) | $22.98 |
| Shipping | Free |
| Tax* | $1.44 |

**Order total**          **$24.42**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ∨   My eBay ∨

**ebay**   Shop by category ∨   [Search for anything]   All Categories ∨   **Search**   Advanced

‹ Back to search results | Listed in category: | eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

| Add to Watchlist

✓ This fits a KTM   [Select Year]



### Black CNC Pivot Brake Clutch Levers for KTM 125EXC/125SX/144SX/200EXC/XC-W 05-08

Condition:   New

Compatibility:   See compatible vehicles

Price:   **US $22.98**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

**Free shipping**   30-day returns   Longtime member

Shipping:   **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia   See exclusions

Delivery:   Estimated between **Tue. Nov. 3 and Mon. Nov. 23** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal  VISA  MasterCard  AMEX  Discover

**PayPal** CREDIT
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:   30 day Buyer pays for return shipping |
See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
neverland-usa (67494 ★)
97.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?   [ Sell now ]

---

### Similar sponsored items


EXC LOGO CNC Pivot Brake Clutch Levers For...
$17.90
~~$19.89~~
+ $0.99 shipping
New


Folding Extendable Brake Clutch Levers For KTM DUK...
$29.99
Free shipping
New


Brake Clutch Levers For KTM 250 300 350 450 500 SX...
$14.90
Free shipping
New


CNC Pivot Brake Clutch Levers For KTM 250 300 40...
$15.00
Free shipping
New


CNC Billet Pivot Foldable Brake Clutch Levers For KT...
$15.50
Free shipping
New

CNC Pivot Foldable Brake Clutch Lever For KTM SX SX...
$15.50
Free shipping
Almost gone

● ○

---

### Sponsored items from this seller


Black CNC Short Brake Clutch Levers For Suzuki...
$17.99
Free shipping
Last one


Black Pivot Brake Clutch Levers For Kawasaki KX65...
$17.99
Free shipping
Last one


CNC Silver Pivot Brake Clutch Levers For Honda...
$22.98
Free shipping


CNC Long Clutch Brake Levers For Yamaha YZF R1...
$17.99
Free shipping


CNC Short Brake Clutch Silver Levers Green Adjuste...
$17.99
Free shipping
Last one


Blue CNC Brake Clutch Levers For Kawasaki Z...
$17.99
Free shipping
Last one

Feedback

● ○

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

eBay    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search    Advanced

< Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers    | Add to Watchlist

✓ This fits a KTM    Select Year



### CNC Red Pivot Brake Clutch Levers For KTM 250/300/350/450/500 EXC XC-W 2014-2016

Condition:    New

Compatibility:    See compatible vehicles

Price:    US $22.98

Buy It Now

Add to cart

♡ Add to Watchlist

Free shipping    30-day returns    Longtime member

Shipping:    FREE  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia    See exclusions

Delivery:    Estimated between Tue. Nov. 3 and Mon. Nov. 23 ⓘ
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  MasterCard  American Express  Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    30 day Buyer pays for return shipping | See details

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

#### Seller information
neverland-usa (67494 ⭐)
97.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?    Sell now

---

### Similar sponsored items


EXC LOGO CNC Pivot Brake Clutch Levers For...
$17.90
$19.89
+ $0.99 shipping
New


CNC Pivot Brake Clutch Levers For KTM 250 300 40...
$15.00
Free shipping
New


Brake Clutch Levers For KTM 250 300 350 450 500 SX...
$14.90
Free shipping
New


CNC Pivot Brake Clutch Levers For KTM 530 500 45...
$17.90
$19.89
+ $0.99 shipping
New


CNC Pivot Brake Clutch Levers Foldable for KTM 25...
$16.53
$17.58
Free shipping
Seller 99.6% positive


CNC Pivot Foldable Brake Clutch Lever For KTM SX SX...
$15.50
Free shipping
Almost gone

● ○

---

### Sponsored items from this seller


CNC Long Clutch Brake Levers For Yamaha YZF R...
$17.99
Free shipping


CNC Short Clutch Brake Levers For Yamaha YZF R1...
$17.99
Free shipping


CNC Silver Pivot Brake Clutch Levers For Honda...
$22.98
Free shipping


Black CNC Short Brake Clutch Levers For Suzuki...
$17.99
Free shipping
Last one


Long Clutch Brake Levers for Kawasaki GPZ500S/EX500...
$17.99
Free shipping
Last one


CNC Short Brake Clutch Silver Levers Green A...
$17.99
Free shipping
Last one

● ○


Feedback ✎



Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    **Search**    Advanced

✉ f t p  | Add to Watchlist

---

People who viewed this item also viewed



KTM Riding Gloves (Orange Black,...
$39.99
+ $5.00 shipping



KTM Riding Gloves (Orange Black,...
$37.99
$39.99
+ $9.99 shipping



Motorcycle / Cycling Gloves,...
$12.97
+ $35.71 shipping



New Motorcycle KTM REDBULL...
$99.00
Free shipping



KTM Racing Powerwear...
$54.99
+ $35.35 shipping

---

🔖 SAVE UP TO 5%  See all eligible items ▸



‹    ›



 thumbnails

Have one to sell?  **Sell now**

### [KTM] Moto Biker Hand Gloves for Riding Bikes/Motorcycles/Cycles (Orange, Large)

| Condition: | New with tags |
| --- | --- |
| Sale ends in: | 0ld 09h 28m |
| Quantity: | 1    2 available |

Price: **US $30.03**
US $31.61 (5% off) ⓘ

| **Buy It Now** |
| **Add to cart** |

Best Offer:    | **Make Offer** |

♡ Add to Watchlist

---

**Free shipping**  |  30-day returns

Shipping: **FREE** Mail Service from India | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: DELHI, DELHI, India
Ships to: Worldwide

Delivery: ⓘ Estimated between **Wed. Nov. 25 and Thu. Dec. 17**
Please note the delivery estimate is **greater than 28 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal VISA 💳 💳 💳

**PayPal CREDIT**
Special financing available. | See terms and apply now

 Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

---

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
newgenlifestyle_collection (19 ⭐)
95% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Sponsored items from this seller 1/2                    Feedback on our suggestions

‹



Open Face with Peak Helmet Size (XL)62 CM...
$193.47
$203.65
Free shipping



Autofy Sonex Camouflage Side Bag and Metal Clip fo...
$43.69
$45.99
Free shipping



Sonex Tycoon Universal Side Bag with Two Plastic...
$29.49
$31.04
Free shipping



Steelbird Air SBA-2 Full Face Helmet (Black, Large)
$147.25
$155.00
Free shipping



New Xtra Large Micro Fiber Drying Towel Free Shippin...
$47.99
Free shipping



Biking Hub Bike Rear Brake Shoe (Set of 2) for Suzuki...
$29.85
Free shipping

›

---

**Description**    Shipping and payments                    Report item

Seller assumes all responsibility for this listing.

Last updated on Oct 12, 2020 06:45:13 PDT View all revisions

eBay item number: 312997559541

**Item specifics**

| Condition: | New with tags | Size: | L |
| Displayed Make: | KTM | Gender: | Unisex Adult |
| Color: | Orange | Modified Item: | No |
| Manufacturer Part Number: | Does Not Apply | Country/Region of Manufacture: | India |
| Brand: | Unbranded | Custom Bundle: | No |
| UPC: | Does not apply | | |

## Product description

Size:**Large**

While ordering pls conform the size and then order. To ride your bike without any hassle, you need proper biking gloves. therefore, in order to ride in a safe mar without any discomfort, you can take a look at the ktm motorcross gloves. this pair of gloves comes in black,orange colour that makes them look quite stylish. th from ktm ensure proper and powerful grip as well as control that would let you ride with pleasure.

- While ordering pls confirm the size and then order
- To ride your bike without any hassle, you need proper biking gloves
- Therefore, in order to ride in a safe manner and without any discomfort, you can take a look at the ktm motorcross gloves
- This pair of gloves comes in black, orange colour that makes them look quite stylish
- These gloves from ktm ensure proper and powerful grip as well as control that would let you ride with pleasure

---

### Sponsored items based on your recent views

Feedback on our suggestions



MC MX Rear Brake Disc Rotor For KTM EXC 525 EX...
**$49.80**
+ $50.00 shipping
New



KTM Riding Gloves (Orange Black, Large)
**$39.99**
+ $5.00 shipping
Seller 100% positive



MC MX Rear Brake Disc Rotor For SUZUKI RM 125 /...
**$49.80**
+ $50.00 shipping
New



MC MX Front Brake Disc Rotor For SUZUKI RM 65 0...
**$49.80**
+ $50.00 shipping
New

MC MX Front Brake Disc Rotor For KTM EGS 400 EX...
**$49.80**
+ $50.00 shipping
Last one

---

### Explore more sponsored options: Color

**Black**



KTM Riding Gloves (Orange Black, Large)
**$37.99**
~~$39.99~~
+ $9.99 shipping



New Motorcycle KTM REDBULL motogp leather...
**$99.00**
Free shipping



KTM Motorcycle / Motorbike Motogp Race...
**$166.00**
Free shipping

---

### More from this seller 1/2

Feedback on our suggestions

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄



eBay    Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

◁ Back to home page | Listed in category:    eBay Motors > Parts & Accessories > Apparel & Merchandise > Motorcycle Street Gear > Gloves

Add to Watchlist

## People who viewed this item also viewed

 KTM Riding Gloves (Orange Black,... $39.99 + $5.00 shipping

 KTM Riding Gloves (Orange Black,... $37.99 $39.99 + $9.99 shipping

 Motorcycle / Cycling Gloves... $12.97 + $35.71 shipping

 New Motorcycle KTM REDBULL... $99.00 Free shipping

 KTM Racing Powerwear... $54.99 + $35.35 shipping

🔖 **SAVE UP TO 5%**    See all eligible items ▶





### K T M Moto Biker Hand Gloves for Riding Bikes/Motorcycles/Cycles (Orange, Large)

| | |
|---|---|
| Condition: | New with tags |
| Sale ends in: | 0ld 09h 28m |
| Quantity: | 1    2 available |

Price: **US $30.03**
US $31.61 (5% off) ⓘ

**Buy It Now**

**Add to cart**

Best Offer:    **Make Offer**

♡ Add to Watchlist

Free shipping    |    30-day returns

| | |
|---|---|
| Shipping: | **FREE** Mail Service from India | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: DELHI, DELHI, India |
| | Ships to: Worldwide |
| Delivery: | ▶ Estimated between **Wed. Nov. 25 and Thu. Dec. 17** ⓘ |
| | Please note the delivery estimate is **greater than 28 business days**. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: |    |
| | **PayPal CREDIT** Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
newgenlifestyle_collection (19 ⭐)
95% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

## Sponsored items from this seller 1/2

Feedback on our suggestions

 Open Face with Peak Helmet Size (XL)62 CM... $193.47 $203.65 Free shipping

 Autofy Sonex Camouflage Side Bag and Metal Clip fo... $43.69 $45.99 Free shipping

 Sonex Tycoon Universal Side Bag with Two Plastic... $29.49 $31.04 Free shipping

 Steelbird Air SBA-2 Full Face Helmet (Black, Large) $147.25 $155.00 Free shipping

 New Xtra Large Micro Fiber Drying Towel Free Shippin... $47.99 Free shipping

 Biking Hub Bike Rear Brake Shoe (Set of 2) for Suzuki... $29.85 Free shipping

Description | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

**Shipping and handling**
Item location: DELHI, DELHI, India
Shipping to: Worldwide

$ Have one to sell?    Sell now



| Quantity: | 1 | Change country: | United States | | | ZIP Code: | 60106 | Get Rates |
|-----------|---|-----------------|---------------|--|--|-----------|--------|-----------|

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Mail Service from India | Estimated between **Wed. Nov. 25** and **Thu. Dec. 17** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

**Handling time**

Will usually ship within 3 business days of receiving cleared payment.

**Taxes**

Taxes may be applicable at checkout. Learn more

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

**Payment methods**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

**Seller's payment instructions**

Buyer is responsible for all applicable import duty & taxes within their respective country and it's not included in our shipping and handling fees.

### Sponsored items based on your recent views

Feedback on our suggestions







| MC MX Rear Brake Disc Rotor For KTM EXC 525 EX... | KTM Riding Gloves (Orange Black, Large) | MC MX Rear Brake Disc Rotor For SUZUKI RM 125 /... | MC MX Front Brake Disc Rotor For SUZUKI RM 65 0... | MC MX Front Brake Disc Rotor For KTM EGS 400 EX... |
|---|---|---|---|---|
| $49.80 | $39.99 | $49.80 | $49.80 | $49.80 |
| + $50.00 shipping | + $5.00 shipping | + $50.00 shipping | + $50.00 shipping | + $50.00 shipping |
| New | Seller 100% positive | New | New | Last one |

### Explore more sponsored options: Color

**Black**





| KTM Riding Gloves (Orange Black, Large) | New Motorcycle KTM REDBULL motogp leather... | KTM Motorcycle / Motorbike Motogp Race... |
|---|---|---|
| $37.99 | $99.00 | $166.00 |
| $39.99 | Free shipping | Free shipping |
| + $9.99 shipping | | |





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE

newgenlifestyle_collection (19 ★ )
**Positive Feedback (last 12 months): 95%**
Member since: Aug-08-19 in India

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 2 | 6 | 20 |
| Neutral | 1 | 1 | 1 |
| Negative | 1 | 1 | 1 |

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description (21) | Reasonable shipping cost (21) |
| Shipping speed (21) | Communication (21) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1) Revised Feedback: 0

Search Feedback received as seller with an item title or ID:
e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **No good** (Private listing) | Buyer: r***p (38★ ) | Past month Reciprocal feedback |

**Page 1 of 1** 1

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist    My eBay

Shop by category    Search for anything    All Categories    Search    Advanced

newgenlifestyle_collection (19 ★)
95% positive feedback

Items for sale    Visit store    Contact

♡ Save

Based in India, newgenlifestyle_collection has been an eBay member since Aug 08, 2019

Feedback ratings ⓘ

| ★★★★⯪ 21 | Item as described |
|---|---|
| ★★★★⯪ 21 | Communication |
| ★★★★★ 21 | Shipping time |
| ★★★★★ 21 | Shipping charges |

⊕ 20 Positive    ⊙ 1 Neutral    ⊖ 1 Negative

⊖ No good
Oct 12, 2020

Feedback from the last 12 months

See all feedback

5 Followers | 0 Reviews | Member since: Aug 08, 2019 | 📍 India

## Items for sale (2225)

See all items











K T M Moto Bike...
US $30.03    1d left

Matt Grey Open ...
US $168.24    4d left

Open Face with ...
US $193.47    4d left

Steelbird Air S...
US $147.25    4d left

New Xtra Large...
US $47.99    5d left



About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › newgenlifestyle

# newgenlifestyle

5 followers | newgenlifestyle_collection (19 ★) 95.0%

We are one of the leading traders and exporters from India. We are into the trade since last few years. We strictly aim at building trust among the online buyers. We believe in 100% customer satisfaction that's w

Save this seller

**Category**

- All
- HEALTH & BEAUTY
- SPORTS
- PHYSIOTHAREPY
- TOOLS
- SHAMPO & SHOAP
- TEA & COFFEE
- KEY CHAIN
- BAGS
- Essential Oil
- Attar Perfume
- Cricket Bat
- STATIONARY
- beauty
- shampoo
- baby product
- AUTO PARTS
- Spices
- TOOTH PASTE
- BELTS
- FOOD ITEMS
- general product
- Decoration item
- Other

**Condition** see all

- New

**Price**

- Under $35.00
- Over $35.00
- $ - $

**Buying Format** see all

- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

**Delivery Options** see all

- Free Shipping
- Free In-store Pickup

**Show only** see all

- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Verified

**More refinements...**

All Listings | Auction | Buy It Now    Time: ending soonest

1-48 of 1,185 Results

DEALBOX Toung Cleaner/Oral Dental C Cleaner Brush Scraper Pack of 2
$21.46
Was: ~~$22.59~~
Free shipping
or Best Offer
From India

Old Spice Lather Shaving Cream Original /Musk /Fresh Lime 70 gm each (Pack of 4)
$26.50
Was: ~~$27.89~~
Free shipping
or Best Offer
From India

Neko Daily Hygiene Soap Green 100 g (Pack of 4)
$31.79
Was: ~~$33.46~~
Free shipping
or Best Offer
From India

New Reckeweg Berberis Vulgaris 1X (Q) 20ml Free Shipping @US
$25.00
Free shipping
or Best Offer
From India

New Balance TC1260 Lower Body protection Thigh Pad @US
$68.10
Was: ~~$71.68~~
Free shipping
From India

M_F Genius Virat Kohli Popular Willow Cricket Bat with Ball Full Size
$73.36
Was: ~~$77.22~~
Free shipping
From India

Cricket Bat Safety Anti Crack Water Proof And Repair Doctor Tape @US
$24.45
Was: ~~$25.74~~
Free shipping
or Best Offer
From India

New Junior Combo Cricket Kit (Bat Size: 5) @US
$84.77
Was: ~~$89.23~~
Free shipping
or Best Offer
From India

Leather Club Cricket Ball White,Pack of 5 @US
$75.80
Was: ~~$79.79~~
Free shipping
or Best Offer
From India

100% Pure Organic Green Coffee Beans - 100 Gm (Decaffeinated & Unroasted) @US
$28.50
Was: ~~$30.00~~
Free shipping
or Best Offer
From India

T-20 Virat Kohli Poplar Willow Tennis Ball Cricket Bat @US
$76.62
Was: ~~$80.65~~
Free shipping
From India

Maggi Masala A Magic 6Gm Pack Of 20 @CA
*$17.89*
$25.88 shipping
From India

DSC Condor Flite Cricket Thigh Pad Boys Right hand @US
$78.25
Was: ~~$82.37~~
Free shipping
or Best Offer
From India

New Kaya Skin Clinic Intense Hydration Body Lotion 200ml Instantly Absorbed @US
$27.08
Was: ~~$28.50~~
Free shipping
From India

New Hightop Leather Cricket Ball (Red) - Pack of 12 @US
$139.71
Was: ~~$147.06~~
Free shipping
or Best Offer
From India

Crazy Bouncy Jumping Balls Pack for Kids (Multicolour Set of 36) Pack of 2 @CA
*$32.73*
$25.88 shipping
From India

Right Hand Thigh Guard for Cricket Large Size @US
$75.80
Was: ~~$79.79~~
Free shipping
or Best Offer
From India

Moon Bounce Ball Set- 2 Pieces randome Color Will Ship @CA
$31.20
$25.88 shipping
From India

DSC Intense Pro Cricket Thigh Pad Mens Right Multicolour @US
$89.66
Was: $94.38
Free shipping
From India

SUGAR Cosmetics Arch Arrival Brow Definer 02 Taupe Tom (Grey-Brown, 0.35 g) @CA
$24.35
$25.88 shipping
From India

Green coffee Powder for Weight Loss 100% Natural with Lemon & Ginger in 500 gm
$69.82
Was: $73.50
Free shipping
or Best Offer
From India

GREAT MASTER CRICKET BAT REPAIR COMBO PACK Original Top Brandad High Qualitiy@CA
$35.01
$25.88 shipping
From India

Vaadi Herbals Super Value Luxurious Saffron Skin Whitening Therap Soap,75g 6 Pcs
$27.71
Was: $29.17
Free shipping
or Best Offer
From India

Donic Double Bat Cover Texas Table Tennis Cover Color May Vary @CA
$34.63
$25.88 shipping
From India

Vaadi Herbals Enchanting Rose Soap with Mulberry Extractl, 75gms x 6
$27.71
Was: $29.17
Free shipping
or Best Offer
From India

PSM Ishihara Vision Test Book for Colour Deficiency 38 Plates with User Manual
$50.13
Was: $52.77
Free shipping
or Best Offer
From India

New Ishihara Test Chart Books For Color Deficiency 38 Plates With Manual
$51.49
Was: $54.20
Free shipping
or Best Offer
From India

New JSB N03 Peak Flow Meter for Adults (White-Blue) Measurement of Asthma Levels
$33.83
Was: $35.61
Free shipping
or Best Offer
From India

Rossmax Peak Flow Meter (Adult, White) Usage Breath checking @US
$33.43
Was: $35.19
Free shipping
or Best Offer
From India

2X Hollywood Secrets 100% Pure Organic Green Coffee Bean Powder Weight Loss
$26.09
Was: $27.46
Free shipping
From India

New Shrestha Green Coffee, 100% Natural 225g A Natural Weight Loss Supplement
$21.87
Was: $23.02
Free shipping
or Best Offer
From India

New Omorose Orange Peel Powder 100 Gms 100% Pure & Natural @US
$21.85
Was: $23.00
Free shipping
or Best Offer
From India

Solimo Cricket Batting Gloves Youth (Color May Vary) @US
$48.90
Was: $51.47
Free shipping
From India

Cricket Wind Balls Best Quality Test Cricket Ball for Plastic- Combo of 6 Pc @US
$35.86
Was: $37.75
Free shipping
or Best Offer
From India

Flink F1 Tournament Grade Nylon Shuttlecock @US
$45.65
Was: $48.05
Free shipping
or Best Offer
From India

New Leather Cricket Shot Practice Hanging Ball String MultiColor @US
$27.71
Was: $29.17
Free shipping
or Best Offer
From India

Kara Wipes Nail Polish Remover + Vitamin Removes Nail Polish Rose 30 Pcs
$24.44
Was: $25.73
Free shipping
or Best Offer
From India

K T M Moto Biker Hand Gloves for Riding Bikes/Motorcycles/Cycles (Orange, Large)
$30.03
From India



Was: $31.61
Free shipping
or Best Offer

SKYVEDA ORGANICS Green Coffee Beans Powder for Weight Loss Boost METABOLISM @US
$33.10
Was: $34.84
Free shipping
2 watching
From India

Organic India Tulsi Green Tea Lemon Ginger 25 Tea Bags
$19.94
Was: $20.99
Free shipping
or Best Offer
From India

Organic India Tulsi Chai Masala Tea Bags 91g (Pack of 25) 100% pure & Natural
$20.89
Was: $21.99
Free shipping
or Best Offer
From India

Teamonk Turmeric Green Tea Long Leaf 100 Grams
$22.42
Was: $23.60
Free shipping
or Best Offer
From India

Organic India Tulsi Green Tea Classic 25 Tea Bags 100% Pure & Natural
$22.42
Was: $23.60
Free shipping
or Best Offer
From India

Rubber Cricket Batting Tee Multi-Color Pack of 4 @us
$35.86
Was: $37.75
Free shipping
or Best Offer
From India

New Tournament Carrom Striker (Multicolour) Free Shipping @US
$23.75
Was: $25.00
Free shipping
or Best
From India

Vicky Cricket Rubber Play Ball, Pack of 20 multicolour @US
$92.92
Was: $97.81
Free shipping
or Best Offer
From India

Goldiee Heeng Tadaka Jar, 2 X 100 g @US
$42.37
Was: $44.60
Free shipping
or Best Offer
From India

Pond's Moisturizing Cold Cream, 100ml (pack of 2) @US
$42.37
Was: $44.60
Free shipping
or Best Offer
From India
Brand: Pond's

‹  1  2  3  4  5  6  7  8  9  10  ›

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

███
1001 Foster Ave
Bensenville, IL 60106-1445
United States
███

Change

## Review item and shipping

Seller: newgenlifes... | Message to seller

K T M Moto Biker Hand Gloves for Riding
Bikes/Motorcycles/Cycles (Orange, Large)
**$30.03**
$31.61

Quantity 1 ▾

**Delivery**
Est. delivery: Nov 25 – Dec 17
Mail Service from India
**Free**

Save up to 5%

## Gift cards, coupons, eBay Bucks

Enter code: [_____]  Apply

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount  None ▾

| Subtotal (1 item) | $30.03 |
| Shipping | Free |
| Tax* | $1.88 |

**Order total** **$31.91**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi    Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔 2   🛒

ebay   Shop by category ⌄   🔍 Search for anything   | All Categories ⌄ |   **Search**   Advanced

Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts

✉ f 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle    **Select Vehicle**

💲 **SAVE UP TO 5%** See all eligible items ▶





### 1190 Adventure & R Adv Front Lamp Headlight Guards Protector Cover For KTM

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1   2 available / 4 sold |

Price: **US $43.27**   US $45.55 (5% off) ⓘ

**Buy It Now**

**Add to cart**

Best Offer:   **Make Offer**

♡ Add to Watchlist

*Limited quantity remaining*   More than 66% sold   Free shipping

| Shipping: | FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: guangzhou, China |
| | Ships to: Worldwide See exclusions |
| Delivery: | ⊙ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** |
| | Please note the delivery estimate is **greater than 15 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 AMEX DISCOVER |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
newlucky_us (1311 ★)
97.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?   **Sell now**

## Similar sponsored items 1/2

Feedback on our suggestions



| Headlight Guard Cover Headlamp Protection for... | Headlight Headlamp Guard Kit Protection Cover For... | CNC Front Headlight Grille Guard Cover Protector For... | Motorcycle Headlight Protection Guard Cover Ki... | For KTM 1090 Adventure R 1190 Adventure 1290 Super... | Front Lamp Headlight Guards Protector Cover Fo... |
|---|---|---|---|---|---|
| **$55.00** | **$39.95** $42.50 | **$41.79** $43.99 | **$55.99** | **$14.99** | **$43.89** $46.20 |
| Free shipping | + $6.99 shipping | + $6.00 shipping | + $3.99 shipping | Free shipping | Free shipping |
| Seller 100% positive | Seller 99.5% positive | New | New | Seller 99.6% positive | New |

## Sponsored items from this seller 1/2

Feedback on our suggestions








Front Fork Guides Fork Guards Cover Protector Fo...

**$10.00**
+ $20.00 shipping

Front Brake Caliper Protector Cover Guard For...

**$23.74**
$24.99
Free shipping

Front Brake Disc Cover W/ Mounting For KTM 125-530...

**$21.84**
$22.99
Free shipping

Front Axle Fork Wheel Protector Crash Sliders Ca...

**$25.64**
$26.99
Free shipping

Radiator Protector Guard Grill Cover For Kawasaki...

**$20.89**
$21.99
Free shipping

Front Fender Beak Extension Wheel Cover For BMW...

**$27.54**
$28.99
Free shipping

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: **183522993850**

Last updated on Oct 06, 2020 20:24:51 PDT View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 12 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2018 | KTM | 1090 | Adventure R |
| | 2017 | KTM | 1090 | Adventure R |
| | 2016 | KTM | 1190 | Adventure |
| | 2016 | KTM | 1190 | Adventure R |
| | 2015 | KTM | 1190 | Adventure |
| | 2015 | KTM | 1190 | Adventure R |
| | 2015 | KTM | 1190 | RC8R |
| | 2014 | KTM | 1190 | Adventure |
| | 2014 | KTM | 1190 | Adventure R |
| | 2014 | KTM | 1190 | RC8R |
| | 2016 | KTM | 1290 | Super Adventure |
| | 2015 | KTM | 1290 | Super Adventure |

Portions of the information contained in this table have been provided by newlucky_us

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Placement on Vehicle: | Front |
| Warranty: | 6 Month | Type: | Headlight Protector |
| Fitment 2: | For KTM 1050 Adventure 2015-2018 | Manufacturer Part Number: | Does Not Apply |
| Fitment 3: | For KTM 1090 Adventure /R/L 2016-2018 | Fitment: | For KTM 1190 Adventure/ R 2013-2018 |
| Fitment 4: | For KTM 1290 Super Adventure 2015-2016 | Country/Region of Manufacture: | China |
| Brand: | GIDIBII | UPC: | Does Not Apply |

## You may like

Aluminum Fender Eliminator License Plate Holder For KAWASAKI Z 1000 14-17 Z1000R
22.56 USD
Buy it now
Free shipping

Fender Eliminator License Plate Holder LED Light For Kawasaki Z125/PRO 2015-2019
21.61 USD
Buy it now
Free shipping

Luggage Saddlebag Side Bags Triangle Bag For BMW R1200GS R1250GS F750GS F850GS
21.84 USD
Buy it now
Free shipping

Triple Tree Stem Yoke Fork Center Cover For SUZUKI Hayabusa GSX1300R 08-20 Black
9.99 USD
Buy it now
Free shipping

Radiator Grille Protector Guard For KAWASAKI NINJA 300 400/ Z400 18-20 Aluminium
19.94 USD
Buy it now
Free shipping

CNC Triple Tree Stem Yoke Fork Cover Cap For Suzuki Hayabusa GSX1300R 08-20 New
21.84 USD
Buy it now

For SUZUKI Hayabusa GSX 1300R 99-20 Brake Clutch Master

ABS Hard Bags Billet Saddlebag Latch Covers for Harley Tourin

Hard Bags Billet Saddlebag CNC Latch Covers for Harley Touri

3D Hex Engraved Exhaust Hanger Peg For SUZUKI GSX1300

Oil Filler Cap Engine Plug For BMW R nine T R1200GS R1200

Clutch Brake Cylinder Bar Clamp Cover For KTM EXC EXCF 25

| Cylinder Clamp Cover | g 1994-2015 | ng 1994-2015 | R Hayabusa 1999-2020 Black | R R1250GS R1250R/R1T/ST | U-556 SX SX-F SXS-F 85 |
|---|---|---|---|---|---|
| 10.99 USD | 17.99 USD | 17.99 USD | 7.59 USD | 10.99 USD | 9.99 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| | Free shipping | Free shipping | | Free shipping | Free shipping |

**1190 Adventure & R Adv Front Lamp Headlight Guards Protector Cover For KTM**







Product Description

Protect your expensive KTM 1190 headlight assembly with a strong laser-cut stainless steel grid. The design accents the unique styling of the 1190 Adventure or Adventure R and looks great with a black powder coated finish. The mounting brackets are available in black.
This quick-release headlight guard for the KTM 1190 Adventure or ADV R removes instantly for easy access to clean dust or dirt off the headlight assembly to maximize light output.
Laser-cut stainless steel grid construction with black powder coated finish
Design accents the unique styling of the KTM 1190 Adventure
Quick-release mounts allow you to remove guard to clean the light surface
Critical protection for the expensive headlight assembly

Fitment:
For KTM 1050 Adventure 2015-2018
For KTM 1090 Adventure /R/L 2016-2018
For KTM 1190 Adventure/ R 2013-2018
For KTM 1290 Super Adventure 2015-2016
(NOTE: Does NOT fit 2017 & newer 1290 Super Adventure R, S, T.)

**Please check the size before you buy.**

Payment

We only accept **Paypal** payment.

All payments should be received within 7 working days after auction has ended. Non-paying bidders will be reported to ebay. If you can not pay in time, plz contact us!

Delivery details

| AREA | SHIPPING TERMS | SHIPPING TIME |
|---|---|---|
| USA | E-PACKET SpeedPAK | 08-20 DAYS |
| | EXPRESS(UPS/TNT/EMS/FEDEX) | 3-7 DAYS |

| UK, RUSSIA AUSTRALIA, CANADA | | 3-7 DAYS |
|---|---|---|
| | CHINA POST, SpeedPAK | 15-20 DAYS |
| | E-PACKET | 7-25 DAYS |
| | EXPRESS(UPS/TNT/EMS/FEDEX) | 3-7 DAYS |
| ASIA | CHINA POST | 10-30 DAYS |
| | EXPRESS(UPS/TNT/EMS/FEDEX) | 3-15 DAYS |
| EUROPE | CHINA POST | 15-30 DAYS |
| | EXPRESS(UPS/TNT/EMS/FEDEX) | 3-15 DAYS |
| SOUTH AMERICA | CHINA POST | 40-90 DAYS |
| | EXPRESS(UPS/TNT/EMS/FEDEX) | 7- 20DAYS |

We ship the package within 24 hours after receiving clear payment
We ship to PayPal's address ONLY. Please make sure your address in PayPal is matched with your shipping address before you pay.
If you need quickly shipping ,please contact us for extra postage before you making a clear payment .
Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility. Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

Terms of sales

1. There are no refund will be given of all transactions. If the items are defective or we send the wrong items, these the only cases we can return the items. If you think our item is not good enough to make you satisfy, we just sent you the correct item, but you want the refund, that's ok, you can sent us the item back, (the freight should be charged by yourself) and when we get the item back, we will give you the refund;

2. All defective situations must be reported and please provide the relevant photos to us within 3 days upon receipt of the items. After our confirmation, we will sent you a new correct item or make the refund for you. If there are any problems before you left the negative feedback, we will try our best to solve it with you. Customer's satisfactions & feedback are important to us.

3. All returned items must be marked with the eBay ID; buyer's email address; item number and returning reasons. We will deal with your problems as soon as possible. (If you haven't provided the relevant messages to us, we will handle it in 5 working days.)

4. If buyers have problems caused by your personal reasons, the responsibilities should be bear by buyer.

About us

Welcome to our store.
If you have any questions, please email us directly!

Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility. Customers should consult Customs in their own country about these additional charges prior to purchasing.

Contact us

1. Please feel free for any questions, all the emails will be replied within 1-2 business days. If you didn't receive any mail, maybe it's in the junk mail fold.
2. We are online between 9: 00-18: 00 Beijing Time, Monday to Saturday.

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

GIDIBII RECOMEND

| Luggage Saddlebag Side Bags Triangle Bag For BMW R1200G S R1250GS F750GS F850GS | Oil Filler Cap Engine Plug For B MW R nine T R1200GS R1200 R R1250GS R1250R/RT/ST | Transmission Rolling Cover for BMW C650GT C600 / C650 Sp ort Black/Blue/Red/Grey | ABS Front Fender Extender Spl ash Guard For BMW F850GS A DV 2018-2020 Black | Brake Clutch levers for BMW R NINE T K1600GT/GTL R1200G S/R/RT R1250GS/R/RS NEW | Extendable Foldable Brake Clut ch levers for BMW F700GS F80 0GS/GT/S/R/ST F650GS |
|---|---|---|---|---|---|
| 21.84 USD | 10.99 USD | 193.79 USD | 12.99 USD | 30.39 USD | 30.39 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

00000068

powered by
PushAuction

## SAVE UP TO 5%    See all eligible items ▸

Save up to 5.0%
Marked down item price reflects all savings. Items provided by newlucky_us

All promotional offers from newlucky_us

    

See all ➕

**Hydraulic Brake Lever & Clutch Lever For Harley Street Glide Special FLHXS 2014**
Was: US $39.99
Now: US $37.99

**Aerodynamics Winglet Front Fairing For Kawasaki Ninja 300 250 MotoGP STYLE**
Was: US $58.99
Now: US $56.04

**Black Brake Clutch Levers For Victory KINGPIN/KINGPIN TOURING/KINGPIN LOW**
Was: US $44.99
Now: US $42.74

**One Pcs Adjustable Brake Levers For Victory JACKPOT/NESS JACKPOT KINGPIN Motor**
Was: US $25.50
Now: US $24.22

**1Pcs Motor Adjustable Clutch Levers For Victory CROSS COUNTRY GUNNER HIGH BALL**
Was: US $26.99
Now: US $25.64

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions/Learn about pricing

You can change quantities in your cart.

---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions

‹
     
›

**Fits KTM 1290 Super Duke R/1190/1290 Adv CNC Fro...**
$0.99
+ $12.00 shipping
New

**Fits KTM 1190 1050 Adv KTM 1290 Super Adv New Plasti...**
$38.99
$43.32
+ $12.00 shipping
New

**CNC Front Headlight Grille Guard Cover Protector For...**
$41.79
$43.99
+ $6.00 shipping
New

**Front Headlight Lamp Protector Guard Cover For...**
$39.89
Free shipping
Seller 99.5% positive

**Short Brake Clutch Levers for KTM 390 Duke/RC390...**
$21.99
$23.15
Free shipping
Seller 99.7% positive

**For KTM DUKE 200 390 RC125 RC200 RC390 2014...**
$25.24
$26.85
Free shipping
Last one

---

### Explore more sponsored options: Placement on Vehicle

#### Rear

   

**CNC Aluminum Rear Brake Disc Guard Gear Shifter...**
$30.44
$32.04
Free shipping
Popular

**NEW CNC REAR GRAB HANDLE FOR KTM EXC 125...**
$19.99
$24.99
+ $0.99 shipping
Popular

**MOJO KTM Bling Kit - CNC Billet Anodized Aluminum |...**
$129.95
Free shipping
Popular

**Motorcycle Rear Seat Extension Bracket Luggag...**
$62.00
$68.89
Free shipping
Popular

---

### More from this seller 1/2

Feedback on our suggestions

‹                                                                          ›



Hi ▮▮▮▮  Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ⌄   My eBay ⌄    🔔 2    🛒

**ebay**   Shop by category ⌄    🔍 Search for anything    All Categories ⌄   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Other Motorcycle Parts          ✉ f 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle    Select Vehicle

🏷 **SAVE UP TO 5%**   See all eligible items ▸





### 1190 Adventure & R Adv Front Lamp Headlight Guards Protector Cover For KTM

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1   2 available / 4 sold |

Price: **US $43.27**   US $45.55 (5% off) ⓘ

[ **Buy It Now** ]

[ **Add to cart** ]

Best Offer:   [ **Make Offer** ]

[ ♡ Add to Watchlist ]

*Limited quantity remaining*   More than 66% sold   Free shipping

| | |
|---|---|
| Shipping: | FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: guangzhou, China |
| | Ships to: Worldwide   See exclusions |
| Delivery: | 📦 Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ |
| | Please note the delivery estimate is **greater than 15 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  ●● ● AMEX DISCOVER |

**PayPal** CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| | |
|---|---|
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
newlucky_us (1311 ⭐)
97.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?   Sell now

---

**Similar sponsored items** 1/2                                Feedback on our suggestions



| Headlight Guard Cover Headlamp Protection for... | Headlight Headlamp Guard Kit Protection Cover For... | CNC Front Headlight Grille Guard Cover Protector For... | Motorcycle Headlight Protection Guard Cover Ki... | For KTM 1090 Adventure R 1190 Adventure 1290 Super... | Front Lamp Headlight Guards Protector Cover Fo... |
|---|---|---|---|---|---|
| $55.00 | $39.95 | $41.79 | $55.99 | $14.99 | $43.89 |
| Free shipping | $42.50 | $43.99 | + $3.99 shipping | Free shipping | $46.20 |
| Seller 100% positive | + $6.99 shipping | + $6.00 shipping | New | Seller 99.6% positive | Free shipping |
| | Seller 99.5% positive | Seller 99.5% positive | | | New |
| | | New | | | |

---

**Sponsored items from this seller** 1/2                         Feedback on our suggestions

‹                                                                    ›








Front Fork Guides Fork
Guards Cover Protector Fo...

$10.00
+ $20.00 shipping

Front Brake Caliper
Protector Cover Guard For...

$23.74
$24.99
Free shipping

Front Brake Disc Cover W/
Mounting For KTM 125-530...

$21.84
$22.99
Free shipping

Front Axle Fork Wheel
Protector Crash Sliders Ca...

$25.64
$26.99
Free shipping

Radiator Protector Guard
Grill Cover For Kawasaki...

$20.89
$21.99
Free shipping

Front Fender Beak Extension
Wheel Cover For BMW...

$27.54
$28.99
Free shipping

| Description | **Shipping and payments** |

<div align="right">Report item</div>

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: guangzhou, China

Shipping to: Worldwide

Excludes: US Protectorates, APO/FPO, Alaska/Hawaii, Africa, Central America and Caribbean, Oceania, Brunei Darussalam, Macau, Taiwan, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Bolivia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Suriname, Venezuela, Albania, Andorra, Bulgaria, Croatia, Republic of, Cyprus, Estonia, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Macedonia, Malta, Moldova, Monaco, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Yemen, PO Box

Quantity: [ 1 ]    Change country: [ United States ]    ZIP Code: [ 60106 ]    Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| Free shipping | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 5 and Wed. Nov. 25** |
| US $55.00 | Free | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Thu. Oct. 22 and Thu. Oct. 29** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**

## Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

🔖 **SAVE UP TO 5%**    See all eligible items ▸

**Save up to 5.0%**
Marked down item price reflects all savings. Items provided by newlucky_us

<div align="right">All promotional offers from newlucky_us</div>

<div align="right">＋<br/>See all</div>







Hydraulic Brake Lever &
Clutch Lever For Harley

Aerodynamics Winglet Front
Fairing For Kawasaki Ninja

Black Brake Clutch Levers
For Victory

One Pcs Adjustable Brake
Levers For Victory

1Pcs Motor Adjustable
Clutch Levers For Victory



# Feedback profile

ebay MONEY BACK GUARANTEE

**newlucky_us** (1311 ★)

**Positive Feedback (last 12 months): 97.4%**

Member since: Jul-17-16 in China
**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

## Feedback ratings

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 12 | 137 | 252 |
| ⬤ Neutral | 0 | 2 | 2 |
| ➖ Negative | 0 | 5 | 7 |

## Detailed seller ratings

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (222) | ★★★★★ (235) |
| **Shipping speed** | **Communication** |
| ★★★★★ (221) | ★★★★★ (216) |



| All received Feedback | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

7 Feedback received (viewing 1-7)

Revised Feedback: 6

Search Feedback received as seller with an item title or ID:

e.g. Vintage 1970's Gibson Guitars

**Rating type:** Negative (7)    **Period:** 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **These snapped in half first time I tried to use them.** <br> Wheel Removal Spanner For Honda Africa Twin CRF1000L/ ADV 16-20 Change Tool Kit (#184309564012) <br><br> *Reply by newlucky_us. Left within past 6 months.* <br> pls contact us before feedback, we can help you! thanks | Buyer: o***i (20 ★) <br> US $27.20 | Past 6 months <br> Reciprocal feedback |
| ➖ **I have not received my refund yet** <br> Motorcycle Parts Helmet Lock + Key Set For Kawasaki VN650 Vulcan S 2015-2017 16 (#183997546018) <br><br> *Reply by newlucky_us. Left within past 6 months.* <br> pls contact us before feedback, we can help you! thanks | Buyer: a***n (6) <br> US $17.00 | Past 6 months <br> Reciprocal feedback |
| ➖ **Item was not shipped to me although it is mention free ship world wide !!!** <br> 4PCS Car Door Plastic Trim Panel Clip Dash Radio Removal Pry Tools Kit Plastic (#182331156808) <br><br> *Reply by newlucky_us. Left within past 6 months.* <br> pls contact us before feedback, we can help you! thanks | Buyer: o***a (15 ★) <br> US $2.99 | Past 6 months <br> Reciprocal feedback |
| ➖ **Do not buy Cheap Chinese tool not worth it** <br> Wheel Removal Spanner For Honda Africa Twin CRF1000L/ ADV 16-20 Change Tool Kit (#184309564012) <br><br> *Reply by newlucky_us.Left within past 6 months.* <br> pls contact us before feedback, we can help you! | Buyer: 7***i (17 ★) <br> US $27.20 | Past 6 months <br> Reciprocal feedback |

ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old.

| | | |
|---|---|---|
| ➖ **Deceptive advertising! These are NOT RUBBER! They are hard plastic! Do not buy!** <br> Rubber Black Replacement Windshield Bushing Grommet For Harley Softail Road King (#182404706518) | Buyer: the *** e ( 155 ★) <br> US $9.99 | Past 6 months <br> Reciprocal feedback |
| ➖ **Poor quality, terrible customer service, they dont return your money** <br> Rear Drive Shaft Final Drive Housing Bottom For BMW R1200GS R NINET R9t 2014-17 (#183912055511) | Buyer: 0***5 (39 ★) <br> US $35.19 | Past year <br> Reciprocal feedback |
| ➖ **The article does not arrive on the established date** <br> New YAMAHA MT-25 MT-03 2015-2017 Red Motorcycle Head Cover Headlight Guard Kit (#183545222056) | Buyer: -***e (5) <br> US $48.29 | Past year <br> Reciprocal feedback |

**Page 1 of 1**

←   1   →



Hi ▮▮▮▮ ⌄    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄    🔔 2    🛒

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

**newlucky_us** (1311★)
97.4% positive feedback

🏷 Items for sale    🏬 Visit store    ✉ Contact

💙 Save

Thank you for coming to our shop! In the coming year, you will be more lucky!

### Feedback ratings ℹ

| | | |
|---|---|---|
| ★★★★★ 222 | Item as described | |
| ★★★★★ 216 | Communication | |
| ★★★★★ 221 | Shipping time | |
| ★★★★★ 235 | Shipping charges | |

➕ **252** Positive    ⬤ **2** Neutral    ➖ **7** Negative

➕ Fantastic protection for 2018 r1200gsa
Oct 12, 2020

See all feedback

Feedback from the last 12 months

● ○ ○ ○ ○

**42** Followers | **0** Reviews | Member since: **Jul 17, 2016** | 📍 China

## Items for sale(2005)

See all items



Motorcycle Fron...
US $16.99          8m left



Motorcycle Fron...
US $16.59          8m left



Fork Oil Seal K...
US $8.99          11m left



Motorcycle Rear...
US $119.69          15m left



Rear Fender and...
US $142.49          17m left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄    🔍 Search this Store    | This Store ⌄ |    **Search**    Advanced

eBay › eBay Stores › newlucky_1



### newlucky_1

42 followers | newlucky_us (1311 ★) 97.4%

Happy New Year! Welcome to our store. This is a Professional motorcycle accessories shop. We are serious about making products.

♡ Save this seller

**Category**

All
Body & Frame
Brake Clutch Lever
Scratch Screen Protection
Turn Signal light
Tail lamp
Head light
Universal light
Turn Signal Lenses
lights Cover
Radiator Grille Guard Cover
Screws Swingarm Spools Slider
Anti-slip Sticker
Universal
Other parts
Voltage Regulator Rectifier
BMW R 1200
BMW
Honda
Yamaha
Kawasaki
SUZUKI
kTM
Harley
Ducati
Victory
Aprilia
Windshield WindScreen
Fender Mudguard
Auto parts
Other

**Condition**    see all

☐ New

**Price**

☐ Under $15.00
☐ $15.00 to $35.00
☐ Over $35.00

$ [＿＿] - $ [＿＿] ›

**Buying Format**    see all

◉ All Listings
◯ Best Offer
◯ Auction
◯ Buy It Now

### Featured Items

    

| | | | |
|---|---|---|---|
| Chain Oiler Motorcycle Lubrication System For... | Universal Rear Seat Tool Box 5 Liters ABS Plastic For BM... | Hand Wind Handguards Kit Set For SUZUKI DL1000 V-... | CNC Brake Clutch Reservoir Cover Master Cylinder... |
| **$37.04** | **$56.61** | **$48.44** | **$4.69** |
| ~~$38.99~~ \| 5% OFF | ~~$59.59~~ \| 5% OFF | ~~$50.99~~ \| 5% OFF | |



**All Listings** | Auction | Buy It Now     Time: ending soonest ⌄ | ⊞ ⌄

1-48 of 1,171 Results

 Front Fork Guides Fork Guards Cover Protector For Kawasaki KDX250/KDX200/KLX650
$10.00 to $37.99
$2.00 shipping     From China

 Aerodynamic Winglet Windshield For KAWASAKI NINJA 250 300 MOTOGP STYLE 2019 2017
$56.04
Was: ~~$58.99~~
$0.99 shipping
or Best Offer
Only 1 left!     From China

 Aerodynamics Winglet Front Fairing For Kawasaki Ninja 300 250 MotoGP STYLE
$56.04
Was: ~~$58.99~~
$0.99 shipping
Only 2 left!     From China

 Aerodynamics Winglet Front Fairing For Kawasaki Ninja 250 300 MotoGP STYLE Green
$56.04
Was: ~~$58.99~~
$0.99 shipping
Only 1 left!     From China

 Motorcycle Radiator Grill Grille Guard Cover For BMW R NINET 2014 2015 2016 2017
$34.00
Was: ~~$35.79~~
$0.99 shipping
or Best Offer     From China
Brand: BMW

Motorcycle Radiator Grill Grille Guard Cover For BMW R NINET 2014 2017 15 16 New



Classified Ads

**Item Location**                    see all

**Delivery Options**                 see all
☐ Free Shipping
☐ Free In-store Pickup

**Show only**                        see all
☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Verified

**More refinements...**

Motorcycle Radiator Grill Grille Guard Cover For BMW R NINE 2014-2017 15 16 New

$34.00
Was: $35.79
$0.99 shipping
or Best Offer

From China
Brand: BMW



Motorcycle Headlight Bezel Trim Ring For BMW R Nine T 2014 2015 2016 2017

$85.40
Was: $89.89
$0.99 shipping
or Best Offer

From China
Brand: BMW



CNC Grab Handle For KTM 150 XC 250 XCF 300 EXC 125 SX 350 EXC-F Rear Handrail

$19.95
$2.00 shipping

From China
Brand: KTM



CNC Grab Handle Rear Handrail For KTM 150 XC 250 XCF 300 EXC 125 SX 350 EXC-F

$19.95
$2.00 shipping

From China

Motor Yellow KAWASAKI Z650 Z 650 2016-2017 Radiator Grille Guard Protector Cover

$39.89
Was: $41.99
$0.99 shipping
or Best Offer
Only 1 left!

From China



For Kawasaki Z800 2013 2014 2015 Carbon Fiber Windshield Fairing Windscreen

$73.14
Was: $76.99
$0.99 shipping
or Best Offer

From China

New ATV Motorcycle Gas Fuel Tank Cap Valve Vent Breather Hose Black Tube Cap CNC

$3.99
Free shipping
or Best Offer
Only 1 left!

From China



New Motorcycle CNC ATV Gas Fuel Tank Cap Valve Vent Breather Hose Grey Tube Cap

$3.99
Free shipping
or Best Offer

From China



Fit BMW S1000RR HP4 S1000R 2010-2016 Silver Brake Clutch Levers Left & Right

$48.44
Was: $50.99
$0.99 shipping
or Best Offer
Only 1 left!

From China



Left Split Handlebar Handle Bar OEM For KAWASAKI Ninja 300 300R 250 250R EX250

$47.49
Was: $49.99
Free shipping

From China
Brand: Kawasaki



Engine Standard Bore 64MM Piston And Ring Pin And Clips For Honda STEED400 NV400

$24.69
Was: $25.99
$0.99 shipping
or Best Offer
Only 1 left!

From China



Black Brake Clutch Levers Adjustable For BMW R Ninet 2014-2019 2015 2018 2017 16

$37.99
Was: $39.99
$0.99 shipping
or Best Offer

From China

Motorcycle Black Helmet Lock W/ Keys For Ducati Scrambler 400/800 2015-2018 2017

$15.99
$2.00 shipping
Only 1 left!

From China



1/5 PC Blank Key Uncut Blade For Bombardier CAM-AM Motorcycle

$5.69 to $10.39

From China







Headlight Grille Guard Cover Protection For BMW R1200GS ADV LC 2013-2019 2015

$39.89
Was: $41.99
$0.99 shipping

From China



3 Color Blank Blade Uncut key For BMW K1600GTL R1200RT LC R1200GS ADV S1000 2018

$6.87 to $21.67
Free shipping
3 watching

From China



3 Color Blank Blade Uncut key For BMW F800ST K1200R K1200S K1300S S1000RR K1200

$5.59 to $5.78
Free shipping

From China



Motorcycle Blank Key Uncut For BMW R850R R1100S R1100RS R1100GS R1100R R1100RT

$5.28 to $5.69
Free shipping

From China



Universal Extention Bracket +15mm For Motorbike Chain Oiler Kit Oiling System

$7.49
Free shipping
or Best Offer

From China



Front Fender Extender Splash Guard Mudguard For BMW F750GS 2018-2020 2019

$11.99
$0.99 shipping
or Best Offer

From China
Brand: BMW



Radiator Guard Grill Cover Oil Cooler Protector For KTM Duke 390 2017-2018 Motor

$27.54 to $28.49
Was: $29.99
$0.99 shipping

From China



Fork Oil Seal Kit 38x50x10.5mm For KTM Marzocchi 38 Moto Guzzi Suzuki Yamaha FZX

$6.99
$0.99 shipping
or Best Offer
Only 1 left!

From China
Brand: KTM



Fork Oil Seal Kit 38x50x10.5mm For Aprilia AF1 125 Betor Cagiva ALA WRX Betor MM

$8.99
$0.99 shipping
or Best Offer

From China
Brand: Aprilia



Fork Oil Seal Kit 38x50x10.5mm For Kawasaki KDX 200 250 420 KL KLR KX 125 KX KZ

$7.99
$0.99 shipping
or Best Offer
Only 1 left!

From China
Brand: Kawasaki



Fork Oil Seal Kit 38x50x10.5mm For Ducati MHR 900 S2 DESMO 900 SHOWA 750 Gilera

$8.99
$0.99 shipping
or Best Offer

From China



Intake Carburetor Interface Adapter For Honda CB250 JADE250 CBR250 MC14 MC17

$9.99
$0.99 shipping
or Best Offer

From China



Traction Tank Pads Decal Anti-slip Sticker For Kawasaki Z800 2013-14 Motorcycle

$12.99
$0.99 shipping
or Best Offer

From China

Carburetor Intake Manifold & interface Glue For Honda CB400VTEC 1999-2010 Motor



 Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **newlucky_us** (1311 ) | Save this seller | Show results from all sellers

Include description

## Categories

**eBay Motors**

- Other Motorcycle Parts
- Motorcycle Fairings & Bodywork
- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Accessories
- Motorcycle Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (94)

**Price**

- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

newlucky_us (1311 )
Feedback rating: 1,311
Positive Feedback: 97.4%
Member since Jul-17-16 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now | Sort: Best Match | View:

94 results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of 60106
Clear selections
**0** matching results
Find Results

1190 Adventure & R Adv Front Lamp Headlight Guards Protector Cover For KTM (Fits: KTM)
Brand New
**$43.27**
Was: ~~$45.55~~
or Best Offer
**Free Shipping**
**8 Watching**
**5% off**
Watch
From China

1/5 PC Blank Key Uncut Blade For KTM DUKE 125 250 390 690 990 (Fits: KTM)
Brand New
**$5.69** to **$12.27**
Buy It Now
**Free Shipping**
From China
Brand: KTM

CNC Grab Handle For KTM 150 XC 250 XCF 300 EXC 125 SX 350 EXC-F Rear Handrail (Fits: KTM)
Brand New
**$19.95**
Buy It Now
**Free Shipping**
Watch
From China
Brand: KTM

1/5 PC Blank Key Uncut Blade For KTM 1050 RC8R 1190 1290 Motorcycle (Fits: KTM)
Brand New
**$6.16** to **$13.21**
Buy It Now
**Free Shipping**
From China
Brand: KTM

CNC Grab Handle Rear Handrail For KTM 150 XC 250 XCF 300 EXC 125 SX 350 EXC-F (Fits: KTM)
Brand New
**$19.95**
Buy It Now
**Free Shipping**
Watch
From China

M10 Screws Swingarm Spools Slider For Para KTM 690 Supermoto Enduro R DUKE 2013 (Fits: KTM)
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

▬▬▬▬
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
▬▬▬▬

Change

---

### Review item and shipping

Seller: newlucky_us | Message to seller

 1190 Adventure & R Adv Front Lamp Headlight Guards Protector Cover For KTM
**$43.27**
~~$45.55~~

Quantity [ 1 ▾ ]

**Delivery**

◉ Est. delivery: Nov 5 – Nov 25
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 22 – Oct 29
Expedited Shipping from China/Hong Kong/Taiwan to worldwide
**$55.00**

Save up to 5%

---

### Gift cards, coupons, eBay Bucks

Enter code: _____ [ Apply ]

---

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $43.27 |
| Shipping | Free |
| Tax* | $2.70 |

**Order total** **$45.97**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✓ Norton SECURED

10/15/2020









This fits a KTM Select Year

$ Have one to sell? Sell now

## CNC Grab Handle For KTM 150 XC 250 XCF 300 EXC 125 SX 350 EXC-F Rear Handrail

Condition: New

Compatibility: See compatible vehicles

Quantity: 1 10 available

Price: **US $19.95**

Buy It Now

Add to cart

Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou,Guangdong, China
Ships to: Worldwide See exclusions

Delivery: Estimated between **Thu. Nov. 5 and Wed. Nov. 25**
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

newlucky_us (1311 ★)
97.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 Feedback on our suggestions

Handrail Rear Grab Handle CNC For KTM 150 XC 250...
$17.76
~~$18.69~~
Free shipping
New

CNC Handrail Rear Grab Handle For KTM 150 XC 25...
$17.72
~~$18.65~~
Free shipping
Seller 99.5% positive

NEW CNC REAR GRAB HANDLE FOR KTM EXC 125...
$19.99
~~$24.99~~
+ $0.99 shipping
New

XC-F 250 350 NEW CNC REAR GRAB HANDLE FOR...
$19.99
~~$24.99~~
+ $0.99 shipping
New

CNC Billet Rear Grab Handle For KTM 125 150 20...
$19.99
~~$22.21~~
+ $0.99 shipping
New

NEW CNC REAR GRAB HANDLE FOR KTM EXC 125...
$11.42
~~$12.69~~
+ $0.99 shipping
New

Sponsored items from this seller 1/2 Feedback on our suggestions

Shop by category ⌄    🔍 Search for anything     | All Categories ⌄ |    **Search**    Advanced

✉ f 🐦 📌 | Add to Watchlist

‹ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts

✓ This fits a KTM | Select Year





### Oil Filter Plug Cap For KTM 125/200/390 Duke RC 125/200/390 450/500 EXC 1050 ADV

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1   Last one / 1 sold |
| Price: | **US $10.99** |

**Buy It Now**

**Add to cart**

Best Offer: **Make Offer**

♡ **Add to Watchlist**

More than 49% sold   Last item available   Free shipping

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou,Guangdong, China |
| | Ships to: Worldwide   See exclusions |
| Delivery: | ★ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** Please note the delivery estimate is **greater than 15 business days.** Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 💳 DISCOVER |
| | **PayPal CREDIT** Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
newlucky_us (1311 ★)
97.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell? | **Sell now**

---

## Similar sponsored items 1/2

Feedback on our suggestions

     

| Engine Oil Filter Cover Cap For KTM 125 200 390 690... | CNC Engine Oil Filter Cover Cap For KTM 125 200 390... | CNC Rear Axle Blocks Chain Adjuster Fit For KTM RC 12... | CNC Aluminum Engine Oil Filter Cover Cap For KTM... | NiceCNC Oil Filter Cover Cap For KTM 1190 1290... | Billet Kit For KTM 125 200 390 Duke Oil Filter Cap... |
|---|---|---|---|---|---|
| $9.45 | $9.49 | $12.80 | $9.49 | $9.99 | $29.99 |
| $9.95 | $9.99 | | $9.99 | | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.5% positive | New | Last one | New | Seller 99.5% positive | Seller 99.7% positive |

---

## Sponsored items from this seller 1/2

Feedback on our suggestions











People who viewed this item also viewed

For KTM 690 Duke R 2014-2017 2015...
$29.99
Free shipping

For KTM 690 Duke/SMC/SMC...
$25.99
+ $5.00 shipping

For KTM 690 DUKE / 690 SMC-R / 69...
$26.99
~~$29.99~~
+ $2.99 shipping

Long Brake Clutch Levers Fit KTM 69...
$32.26
Free shipping

Short Brake Clutch Levers For KTM...
$31.89
~~$33.89~~
+ $2.99 shipping

Check if this part fits your vehicle Contact the seller

Move over photo to zoom

# New Motorcycle Scalable brake clutch levers for KTM 690 Duke R 2014 2015 2016

Condition: New

Color: - Select -

Quantity: 1 3 available

Price: US $35.48

Buy It Now

Add to cart

Add to Watchlist

Free shipping | 60-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guang Zhou, Guang Dong, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. Nov. 9 and Mon. Nov. 30
This item has an extended handling time and a delivery estimate greater than 23 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 60 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

newyoutube (3066 ★)
98.6% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Sponsored items from this seller 1/2 Feedback on our suggestions

Short Brake Clutch Lever For KTM 690 Duke R 2014-2016...
$30.20
Free shipping

2x Scalable brake clutch levers for KAWASAKI NINJ...
$35.48
Free shipping

CNC Racing Short Brake Clutch Levers For KTM...
$30.64
Free shipping

Moto Short Brake Clutch Levers for BMW R1200GS...
$24.23
Free shipping

2pcs Long Brake Clutch Levers fit BMW R NINE T...
$29.51
Free shipping

Motorcycle Scalable brake clutch levers for KAWASAK...
$35.47
Free shipping

Description | Shipping and payments Report item Feedback

eBay item number: 203122863

Seller assumes all responsibility for this listing.

Last updated on Sep 29, 2020 23:36:09 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | GZYF |

| Manufacturer Part Number: | TUBE-34YF072 | Country/Region of Manufacture: | China |
| Placement on Vehicle: | Left, Right | Handle Bars, Levers & Mirror Part Type: | Levers |
| Warranty: | 6 Month | | |

**newyoutube**
newyoutube (3066 ★)  98.6%

🗐 Sign up for newsletter

Visit Store:  newyoutube

## Categories

Motorcycle Parts ›

Car & Truck Parts ›

Bicycle Accessories ›

Other ›

You may like

| Pair Handlebar Hand Grips for Harley-... | Pair Moto long Brake Clutch Levers for... | Moto Short Brake Clutch Lever for... | Pair Short Brake Clutch Levers for APRILIA... | Handguards Protection Bracket Hand Guard... | Pair Long Brake Clutch Levers For MOTO... |
| $15.73 | $26.29 | $24.23 | $24.23 | $40.67 | $32.49 |
| (https://www.ebay.com/itm/Pair-Handlebar-Hand-Grips-for-Harley-Davidson-Sportster-883-XL883-2003-/202776045610) | (https://www.ebay.com/itm/Pair-Moto-long-Brake-Clutch-Levers-for-Honda-CBR600RR-2007-2016-CBR1000RR-/202991342060) | (https://www.ebay.com/itm/Moto-Short-Brake-Clutch-Lever-Kawasaki-Ninja-ZX6R-Z1000-2007-2016-/203070269056) | (https://www.ebay.com/itm/Pair-Short-Brake-Clutch-Levers-APRILIA-RSV4-RSV4-FACTORY-2009-2010-2015-2016-/203028862428) | (https://www.ebay.com/itm/Handguards-Protection-Bracket-Hand-Guard-Fits-BMW-G310R-G3100GS-2017-2019-2018-/202989077990) | (https://www.ebay.com/itm/Pair-Long-Brake-Clutch-Levers-MOTO-GUZZI-V9-Bobber-Roamer-2016-/203081968387 |

## Product Description

**New Motorcycle Scalable brake clutch levers for KTM 690 Duke R 2014 2015 2016**

Condition: Aftermarket 100% brand new

Material: High quality T6061-T6 aluminum

Finish: CNC Finish

Available position: Fully 6 positions adjustable

Reduces the chance of broken levers after a crash and looks Really Cool.

Fitment:

KTM 690 Duke R 2014-2016

This levers is extendable and foldable style:

Extendable: Approx. 4cm,runs on the function of personal preference settings, you can adjust the length according to your preference, longer or shorter.

Foldable: 90 degrees,mainly works on broken protection when the bike going to crash, it can fold up automatically to decrease the least the damage to your bike.

Please Note:

It does not fit a Hydraulic clutch.

No instruction included.

Package included: 1 pair brake clutch levers

Ordering Instructions: Please make sure that the model and the year of your bike,and if your bike has the OEM original brake cylinder and clutch perch. we ship it the levers just as our title, if you need other model, pleasecontact us and let us know that.(Please don't compare your levers with our pictures, sometimes the pictures are not the same model as the title, just buy it according to the title)



Feedback



## About Us

1. All our stock is located in China and all shipments will originate here. Your purchase will be shipped via standard airmail two or three days after payment clears except those custom products.
2. Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer responsibility.Please check with your country customs office to determine what these additional costs will be prior to bidding/buying.
3. Shipping to USA is via Speedpak or EMS or UPS or Fedex. Other shipments will be shipped from china by Speedpak or EMS or DHL or Fedex. A tracking No. is provided once the item is dispatched. Delivery normally takes 7-20 business days if it can go smoothly through customs.
4. We do not ship on holidays or weekends
5. You need to contact your local post office or customs department in the following cases:
Delivery mistake by the post office man
Delayed shipping due to customs detention
Delivery failure caused by wrong address

## Payment

We only accept PayPal payment.

## Returns

1. If you receive any damaged or defective items, we will exchange it as quickly as possible.
2. You must contact us within 7 days of delivery of the product to notify us of any defects.
3. You need to send a picture to prove the problems by using ebay's attaching files button
4. Items must be in original box and kept in good condition.
5. Buyer is responsible for return shipping cost if there isn't any problem with the product. No matter the item is free shipping or not, we pay money for the  shipping.You need to cover the actual shipping cost provided by us.

## Contact Us

1.Do not hesitate to contact us anytime before and after your purchase, we are committed to your 100% customer satisfaction.
2.I am here and ready to assist you with any questions or concerns you might have before or after the purchase.
3.My goal is to make sure you are a happy customer and pleasant shopping with us.

## Feedback

If you are satisfied with the purchase and our total service, your comment is very important in our business success. Please take a minute to leave us a positive feedback with an overall Detailed Selling Rating (DSR) of 5.
Our eBay account setup auto feedback, so eBay system gives you automatically Positive feedback back after your positive feedback left.
If you plan to give us a neutral/negative feedback Or open ebay/paypal case, please write to us immediately so that we can do our best to resolve your problem.

Sponsored items based on your recent views 1/4

Feedback on our suggestions



Feedback








| Motorcycle Keyless Gas Fuel Tank Cap Cover For... | Rear Exhaust Pipe Muffler Silencer Tube Set For KTM... | Engine Oil Filter Cover Cap For KTM 125 200 390 690... | Folding Adjustable Brake Clutch Lever For KTM Supe... | For KTM 690 Duke R 2014-2017 2015 2016 CNC Brake... | For KTM 690 Duke R 2014-2017 2015 2016 CNC... |
|---|---|---|---|---|---|
| $21.74 | $28.99 | $9.95 | $34.28 | $29.99 | $24.29 |
| ~~$22.88~~ | + $5.99 shipping | Free shipping | ~~$37.67~~ | Free shipping | ~~$26.99~~ |
| Free shipping | Seller 99.5% positive | Seller 99.4% positive | Free shipping | New | Free shipping |
| New | | | New | | New |

## Explore more sponsored options: Brand

### KTM                                                More



| Short Brake Clutch Lever For KTM 690 Duke R 201... | For KTM 690 DUKE / 690 SMC-R / 690 Enduro R... |
|---|---|
| $30.20 | $26.99 |
| Free shipping | ~~$29.99~~ |
| | + $2.99 shipping |

### FXCNC                                              More



| For KTM 690 Duke/SMC/SMCR 2014-... | FXCNC 3D Rhombus Brake Clutch Lever For... |
|---|---|
| $24.29 | $28.03 |
| ~~$26.99~~ | ~~$32.98~~ |
| Free shipping | Free shipping |

### Kawasaki                                           More



| For Kawasaki KLX250 D-TRACKER 250 2008-20... | MZS short Clutch Brake Levers For Kawasaki... |
|---|---|
| $11.95 | $27.08 |
| ~~$22.99~~ | ~~$31.86~~ |
| + $1.00 shipping | Free shipping |
| | Almost gone |

## More from this seller 1/2                          Feedback on our suggestions




| Motorcycle Handlebar Brake Clutch Levers For BMW... | Pair Motorcycle Handlebar Brake Clutch Levers For... | 2pcs Motorcycle Handlebar Riser Extender Adapter For... | Pair CNC Chrome Brake Clutch Levers For HONDA... | 7/8" Clutch Brake Lever Fluid Reservoir kit For Honda... | Folding Extending Brake Clutch Levers for BMW... |
|---|---|---|---|---|---|
| $26.30 | $26.27 | $23.17 | $13.77 | $102.63 | $33.63 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

Back to search results                                                                    Return to top

More to explore :  Motorcycle KTM Duke 690s,   Motorcycle Clutch Levers for KTM 690,   Motorcycle Brake Levers for 2016 KTM 690,   Motorcycle Brake Levers for 2015 KTM 690,
Motorcycle Brake Levers for 2014 KTM 690,   Motorcycle Brake Levers for KTM 690,   Motorcycle Shift Levers for KTM 690,   Motorcycle Clutch Plates for KTM 690,
Motorcycle Handlebars, Grips & Levers for KTM 690,   Motorcycle Foot Levers Pads for KTM 690

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ




Feedback







Case: 1:20-cv-06677 Document #: 11 Filed: 11/10/20 Page 260 of 400 PageID #:809

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers | Add to Watchlist

People who viewed this item also viewed

For KTM 690 Duke R 2014-2017 2015...
$29.99
Free shipping

For KTM 690 Duke/SMC/SMC...
$25.99
+ $5.00 shipping

For KTM 690 DUKE / 690 SMC-R / 69...
$26.99
~~$29.99~~
+ $2.99 shipping

Long Brake Clutch Levers Fit KTM 69...
$32.26
Free shipping

Short Brake Clutch Levers For KTM...
$31.89
~~$33.89~~
+ $2.99 shipping

Check if this part fits your vehicle Contact the seller

Have one to sell? Sell now

## New Motorcycle Scalable brake clutch levers for KTM 690 Duke R 2014 2015 2016

Condition: New

Color: - Select -

Quantity: 1 3 available

Price: US $35.48

Buy It Now

Add to cart

Add to Watchlist

Free shipping | 60-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guang Zhou, Guang Dong, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. Nov. 9 and Mon. Nov. 30
This item has an extended handling time and a delivery estimate greater than 23 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 60 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
newyoutube (3066 ★)
98.6% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Sponsored items from this seller 1/2 Feedback on our suggestions

Short Brake Clutch Lever For KTM 690 Duke R 2014-2016...
$30.20
Free shipping

2x Scalable brake clutch levers for KAWASAKI NINJ...
$35.48
Free shipping

CNC Racing Short Brake Clutch Levers For KTM...
$30.64
Free shipping

Moto Short Brake Clutch Levers for BMW R1200GS...
$24.23
Free shipping

2pcs Long Brake Clutch Levers fit BMW R NINE T...
$29.51
Free shipping

Motorcycle Scalable brake clutch levers for KAWASAK...
$35.47
Free shipping

Description | Shipping and payments Report item Feedback

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Guang Zhou, Guang Dong, China**
Shipping to: Worldwide

Excludes: APO/FPO, Alaska/Hawaii, US Protectorates, Africa, Central America and Caribbean, South America, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Indonesia, Laos, Macau, Philippines, Singapore, Vietnam, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Albania, Andorra, Bosnia and Herzegovina, Bulgaria, Cyprus, Estonia, Gibraltar, Guernsey, Iceland, Jersey, Liechtenstein, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kyrgyzstan, Maldives, Mongolia, Nepal, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Oman, Qatar, Saudi Arabia, United Arab Emirates, Yemen, PO Box

Quantity: [1]     Change country: [United States ▾]     ZIP Code: [60106]   [Get Rates]

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Mon. Nov. 9** and **Mon. Nov. 30** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time | |
|---|---|
| Will ship within 10 business days of receiving cleared payment. The seller has specified an extended handling time for this item. | |

| Taxes | |
|---|---|
| Taxes may be applicable at checkout. Learn more | |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 60 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods

 

     

### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

## Sponsored items based on your recent views  1/4

Feedback on our suggestions

| | | | | | |
|---|---|---|---|---|---|
| Motorcycle Keyless Gas Fuel Tank Cap Cover For... | Rear Exhaust Pipe Muffler Silencer Tube Set For KTM... | Engine Oil Filter Cover Cap For KTM 125 200 390 690... | Folding Adjustable Brake Clutch Lever For KTM Supe... | For KTM 690 Duke R 2014-2017 2015 2016 CNC Brake... | For KTM 690 Duke R 2014-2017 2015 2016 CNC... |
| $21.74 | $28.99 | $9.95 | $34.28 | $29.99 | $24.29 |
| $22.88 | + $5.99 shipping | Free shipping | $37.67 | Free shipping | $26.99 |
| Free shipping | Seller 99.5% positive | Seller 99.4% positive | Free shipping | New | Free shipping |
| New | | | New | | New |

---

## Explore more sponsored options: Brand

| KTM | More | FXCNC | More | Kawasaki | More |
|---|---|---|---|---|---|





Hi! **Sign in** or **register**　　Daily Deals　Brand Outlet　Help & Contact　　　　　　Sell　Watchlist ⌄　My eBay ⌄　🔔　🛒

 **ebay**　Shop by category ⌄　　🔍 Search for anything　　All Categories ⌄　　**Search**　Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

 **MONEY BACK GUARANTEE**

**newyoutube** (3036 ★) 📋 ⓘ

**Positive Feedback (last 12 months): 98.7%** ⓘ
**Member since:** Oct-20-15 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
**Learn more**

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 270 | 847 | 1436 |
| ◯ Neutral | 2 | 9 | 25 |
| ➖ Negative | 7 | 14 | 18 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (1241) | Reasonable shipping cost ★★★★★ (1319) |
| Shipping speed ★★★★★ (1246) | Communication ★★★★★ (1226) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

18 Feedback received (viewing 1-18)　　　　　　　　　　Revised Feedback: 13 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

🔍 e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (18) ⌄　　Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **This does not fit a ninja 250 I have 2010 model and this does not fit DO NOT BUY**<br>Red Rear Seat Cover Cowl Fairing ABS For Kawasaki Ninja ZX 250 R 2008 - 2012<br>(#203069353477) | Buyer: s***s (5)<br>US $35.59 | Past month<br>Reciprocal feedback |
| ➖ **Fake shimano pedals from china**<br>105 PD-5800 Carbon SPD-SL Road Bike Pedals w/ SM-SH11 Cleats Sport Black<br>(#203066181161) | Buyer: u***y (773★)<br>US $64.99 | Past month<br>Reciprocal feedback |
| ➖ **Came with cheap 3m tape and 3 little screws. Fell off within a day. Money wasted**<br>For 2016-19 Honda Civic Front Bumper Lip Kit Spoiler Splitter Glossy Black 3 PCS<br>(#203068988658) | Buyer: i***i (15★)<br>US $51.29 | Past month<br>Reciprocal feedback |
| ➖ **Lousy quality, wrong tread**<br>Front Fork Cap Preload Adjuster Bolts 33MM Aluminum for Honda CMX250 tb<br>(#203052233561) | Buyer: a***u (4141★)<br>US $15.58 | Past month<br>Reciprocal feedback |
| ➖ **Lousy quality, wrong tread**<br>Front Fork Cap Preload Adjuster Bolts 33MM Aluminum for Honda CMX250 tb<br>(#203052233561) | Buyer: a***u (4141★)<br>US $18.31 | Past month<br>Reciprocal feedback |
| ➖ **The piece I got looks nothing like the picture it's not real carbon fibre!**<br>Carbon Fiber Rear Seat Cover Tail Cowl Fairing For Honda CBR 600RR F5 2007-2012<br>(#203071502826) | Buyer: c***o (25★)<br>US $29.25 | Past month<br>Reciprocal feedback |
| ➖ **Rip off! False advertising! No customer service!**<br>Portable Flexible Mini Octopus Tripod Adjustable Phone/Camera Holder 17.5cm<br>(#202988154707) | Buyer: l***2 (1266★)<br>US $5.35 | Past month<br>Reciprocal feedback |
| ➖ **Not as described missing parts**<br>Replace Flip Key Fob Case Shell Uncut Blade For Honda Civic Fit HR-V XR-V<br>(#202675653554) | Buyer: _***3 (2)<br>US $7.60 | Past month<br>Reciprocal feedback |
| ➖ **Missing parts**<br>1 Set Black Adjustable Rear Sets Foot Pegs Kit for Kawasaki 2016 2017 2018 Z125<br>(#203002900786) | Buyer: 2***i (316★)<br>US $129.18 (Best offer was accepted) | Past 6 months<br>Reciprocal feedback |
| ➖ **No**<br>Red Interior Gear Shift Frame Cover Trim for Honda Civic 10TH GEN 2016-2018 17<br>(#202573517021) | Buyer: u***3 (9)<br>US $12.17 | Past 6 months<br>Reciprocal feedback |
| ➖ **Item was late, broke during installation, bad item and seller,AVOID!**<br>Fuel Door Push Button Gas Oil Cap Tank For Harley-Davidson Electra Glide Chrome<br>(#202984752241) | Buyer: i***i (202★)<br>US $20.10 | Past 6 months<br>Reciprocal feedback |

Comment?







Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

**newyoutube** (3036★)
98.7% positive feedback

Save

Items for sale | Visit store | Contact

Based in China, newyoutube has been an eBay member since Oct 20, 2015

Feedback ratings

See all feedback

| | | |
|---|---|---|
| ★★★★★ | 1,241 | Item as described |
| ★★★★★ | 1,226 | Communication |
| ★★★★★ | 1,246 | Shipping time |
| ★★★★★ | 1,319 | Shipping charges |

| Positive | Neutral | Negative |
|---|---|---|
| 1,436 | 25 | 18 |

Feedback from the last 12 months

Thanks
Sep 28, 2020

127 Followers | 0 Reviews | Member since: Oct 20, 2015 | China

## Items for sale(24372)

See all items

Pair Motorcycle...
US $28.75 8h left

Pair Motorcycle...
US $26.29 8h left

Pair Motorcycle...
US $28.75 8h left

Pair Motorcycle...
US $28.75 8h left

Pair Motorcycle...
US $28.75 8h left

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

# newyoutube

127 followers | newyoutube (3036 ★) 98.7%

Save this seller

**Category**

**All**

Motorcycle Parts

Car & Truck Parts

Bicycle Accessories

Other

**All Listings** | Auction | Buy It Now

Time: ending soonest

1-48 of 20,213 Results

Pair Motorcycle long Brake Clutch Levers for GSXR600 750 2006-2010 & GSXR1000

$26.29 to $28.75

Free shipping

From China

Brand: GZYF

Radiator Coolant Reservoir Overflow Tank Bottle ABS For Honda CBR1000 2006 2007

$33.89

Free shipping

or Best Offer

From China

Brand: GZYF

Flowing LED Style MESH Fog Light Grille Set Fit Audi A4 B6 01-05 8E0807681 tb

$49.81

Free shipping

or Best Offer

From China

Fog Light Driving Light for Chevy Silverado Tahoe Suburban Avalanche 2007-2013

$39.25

Free shipping

or Best Offer

From China

Magneto Engine Generator Stator Coil for HONDA CBR900RR CBR929RR 2000-2001

$54.63

Free shipping

or Best Offer

From China

Silver Gas Cap Fuel Tank Cover Trim Sticker For Toyota C-HR CHR 2016 -2018 New

$13.62

Free shipping

From China

Motor Front Foot Peg Step Frame Fittings Assembly Kit Yamaha YZF R1 2007 - 2008

$41.90

Free shipping

or Best Offer

From China

Carbon Fiber Car Window B Pillar Trim Cover For BMW 5 Series G38 2018 up

$32.35

Free shipping

or Best Offer

From China

2pcs Long Brake Clutch Levers for KTM 690 Duke R 2014 2015 2016 Double color

$29.51 to $32.25

Free shipping

From China

Brand: GZYF

2pcs CNC Long Brake Clutch Levers fit KTM 690 SMC/SMC-R/Duke/Duke R 2012-2013

$29.51 to $32.25

Free shipping

From China

Brand: GZYF

Pair Double color Long Brake Clutch Levers for KAWASAKI ZRX1100 / 1200 1999-2007

$29.51 to $31.69
Free shipping

From China
Brand: GZYF



Pair Double color Long Brake Clutch Levers for YAMAHA XJR 1300/Racer 2004-2016

$29.51 to $32.25
Free shipping

From China
Brand: GZYF



2pcs Double color Long Brake Clutch Levers for KTM RC8/R 2009-2016

$29.51 to $32.25
Free shipping

From China
Brand: GZYF



ZTTO Brake Disc Cool Floating Rotor for MTB Gravel Road Bike 203/180/160/140mm

$22.27 to $36.76
Free shipping

From China



ABS High Quality Gear Shift Knob Cover Trim For Porsche Cayenne 2018-2020 New

$24.34 to $29.54
Free shipping

From China



2x Motor long Brake Clutch Levers for Honda CBR954RR 02-03 & CBR600RR 2003-2006

$26.29 to $28.75
Free shipping

From China



Road Bike Bracket Aluminum Alloy Bicycle kettle Bottle Conversion Seat Adapter

$11.71 to $11.97
Free shipping

From China



ABS Gear Shift Knob Cover Trim For Porsche Panamera 971 Chassis G2 2017-2020

$24.34 to $29.54
Free shipping

From China



Footrest Rearset Foot Pegs Kit For Suzuki GSXS750 15-16/ GSR750 11-16 Adjustable

$128.93
Free shipping

From China
Brand: GZYF



ZTTO Cycling Plastics/Resin Handlebar Cap End Plug Handle bar Grips Bar End Cap

$8.43 to $8.92
Free shipping

From China



ZTTO Bicycle Grip Silicone Handlebar Grip Non-Slip Shock Absorption Cover Sleeve

$11.02 to $12.50
Free shipping

From China



CNC Rear Side Mirrors Rearview For Kawasaki Ninja ZX9R ZX6R Yamaha YZF R6 R1

$47.99 to $57.34
Free shipping

From China
Brand: MTL



ZTTO Rim Liner Bicycle Tire Puncture-Proof 700c/26/27.5/29 Inch Tape Pad Strips

$8.79 to $10.51
Free shipping

From China



Pair CNC Racing Short Brake Clutch Levers For Honda RVT1000RR RC51 2000 - 2006

$30.65 to $33.31
Free shipping

From China
Brand: GZYF

10/1/2020



Car 5.8" HUD E350 OBD2 Head Up Display MPH Digital Speedometer Warning Alarm

$30.07

Free shipping
or Best Offer

From China



CNC Rear Side Mirrors Rearview For Suzuki GSXR1000 05-11 GSXR600 GSXR750 06-12

$47.99 to $57.34

Free shipping

From China
Brand: MTL



Fits Yamaha YZF R25/R3 2015-2016 Shock Front Fork Brace Stabilizer CNC Aluminum

$40.07 to $49.94

Free shipping

From China
Brand: GZYF



1 piece Carbon Fiber Remote Key Shell Cover Case For Alfa Romeo Giulia Stelvio

$36.05 to $36.27

Free shipping

From China



Pair Clip On Handlebar Replacement for 36MM Fork Tube Gold/Black/Sliver

$33.41 to $39.32

Free shipping

From China
Brand: GZYF



Engine Cover Crash Slider Protector for Yamaha FZ8 2012 Black Gold Silver tb

$39.75 to $48.10

Free shipping

From China
Brand: MTO



Real Carbon Fiber Remote Key Shell Cover Case For Audi A4 A5 S4 S5 Q5 Q7 TT

$29.16 to $29.70

Free shipping

From China



2x Chrome Rearview Side Mirror Cover Trim Decorate For Toyota C-HR CHR 2016-2018

$14.46

Free shipping
or Best Offer

From China



Carbon Fiber Remote Key Shell Cover Case For Chevy CamaroMalibu Cruze Spark Volt

$29.16 to $29.70

Free shipping

From China



LED Rear Tail Light Brake Turn Signal Lamp for 07-17 Jeep Wrangler JK EU Version

$85.56

Free shipping
or Best Offer

From China



7/8"Universal Clutch Brake Levers Master Cylinder Reservoir For Suzuki CNC Black

$79.60 to $153.97

Free shipping

From China



License Plate Holder Black License Plate Frame For SUZUKI GSX-R 600 08-10

$26.16

Free shipping

From China



Motor 7/8" Handlebars Clip-On 31-53mm Fork Tube For Cafe Racer Universal

$33.39 to $38.67

Free shipping

From China
Brand: GZYF



1 new Carbon Fiber Remote Key Shell Cover For BMW X1 X5 X6 F48 F15 F16 X-Series

$29.16 to $29.70

Free shipping

From China



Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | ktm brake clutch | All Categories | Search | Advanced
Include description

Items for sale from **newyoutube** (3066 ★) | Save this seller | Show results from all sellers

## Categories

**eBay Motors**

Other Motorcycle Handlebars, Grips & Levers

**Format** see all

- All Listings
- Auction
- Buy It Now

**Brand** see all

- GZYF (364)
- KTM (164)
- MTO (24)

**Warranty** see all

- Unspecified Length (292)
- 6 Month (48)
- 1 Year (36)
- Not Specified (41)

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (417)

**Price**

$ to $

**Item Location** see all

- **Default**
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

newyoutube (3066 ★)
Feedback rating: 3,066
Positive Feedback: 98.6%
Member since Oct-20-15 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
newyoutube

All Listings | Auction | Buy It Now — Sort: Best Match — View:

**417** results for **ktm brake clutch** Save this search

New Motorcycle Scalable brake clutch levers for KTM 690 Duke R 2014 2015 2016
Brand New
**$35.48** to **$37.93** From China
Buy It Now
**Free Shipping**

Short Brake Clutch Lever For KTM 690 Duke R 2014-2016 2015 (Fits: KTM)
Brand New
**$30.20** to **$32.63** From China
Buy It Now
**Free Shipping**

Short Brake Clutch Lever For KTM RC125 Duke 200 RC200 2014-2015 390 RC390 13-16 (Fits: KTM)
Brand New
**$30.19** to **$32.63** From China
Buy It Now
**Free Shipping**

Motorcycle Handlebar Brake Clutch Levers For KTM 690 Duke R 2014-2015
Brand New
**$26.28** From China
or Best Offer
**Free Shipping**
Watch

2x Motorcycle Foldable Brake Clutch Levers For KTM DUKE 125/200/390 2013-2015
Brand New
**$33.61** From China
or Best Offer
**Free Shipping**
Watch

Long Brake Clutch Levers For KTM 690 SMC/SMC-R/Duke/Duke R 2012-2013 (Fits: KTM)
Brand New
**$32.48** to **$34.76** From China
Buy It Now
**Free Shipping**

Pair Short Brake Clutch Levers for KTM 1190 Adventure/R 2013 2014 2015 2016 NEW (Fits: KTM)
Brand New

10/6/2020

 Checkout

How do you like our checkout? Tell us what you think

To add more items, go to cart.

**Pay with**

○ Add a credit or debit card

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

**Ship to**
██████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
██████████

Change

**Review item and shipping**

Seller: newyoutube      Message to seller



New Motorcycle Scalable brake clutch levers for KTM 690
Duke R 2014 2015 2016
Color: Blue

**$35.48**

Quantity   | 1 ▾ |

**Delivery**
Est. delivery: Nov 9 – Nov 30
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:          | Apply |

**Donate to charity (optional)** ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount   | None ▾ |

| Subtotal (1 item) | $35.48 |
| Shipping | Free |
| Tax* | $2.22 |
| **Order total** | **$37.70** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact        Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

**ebay**   Shop by category ⌄   [🔍 Search for anything     | All Categories ⌄]   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work      ✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM   |   **Select Year**



**Rear Swingarm Swing Arm Protector for KTM EXC 125-500 12-19 Husqvarna TC FC blue**

Condition: New

Compatibility: See compatible vehicles

Quantity: [ 1 ]   5 available

Price: **US $19.24**

[ **Buy It Now** ]

[ **Add to cart** ]

Best Offer:   [ **Make Offer** ]

[ ♡ **Add to Watchlist** ]

**Free shipping and returns**    Longtime member

Shipping: **FREE** ePacket delivery from China | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guang Zhou, Guang Dong, China
Ships to: Worldwide   See exclusions

Delivery: 📅 Estimated between **Fri. Oct. 23** and **Wed. Nov. 25**
This item has an extended handling time and a delivery estimate **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal   VISA   💳   AMEX   DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 60 day returns | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
newyoutube (3036 ⭐)
98.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

**Similar sponsored items** 1/2         Feedback on our suggestions



| Rear Swingarm Swing Arm Protector for KTM EXC 125-... | Rear Swingarm Swing Arm Protector For KTM EXC 125-... | Rear Swingarm Swing Arm Protector for KTM EXC 125-... | Rear Swingarm Swing Arm Protector for KTM EXC EX... | Swingarm Protector KTM EXC-F 250 350 2012-2019... | Swingarm Swing Arm Protector for KTM EXC EX... |
|---|---|---|---|---|---|
| $19.19 | $20.55 | $19.24 | $22.84 | $19.73 | $22.72 |
| Free shipping | Free shipping | Free shipping | ~~$24.56~~ | ~~$20.99~~ | ~~$24.43~~ |
| Last one | New | New | Free shipping | Free shipping | Free shipping |
| | | | Seller 99.1% positive | Seller 99.7% positive | Seller 99.3% positive |

**Sponsored items from this seller** 1/2        Feedback on our suggestions

💲 Have one to sell?   **Sell now**

**ebay**    Shop by category ∨    | 🔍 Search for anything | All Categories ∨ |    **Search**    Advanced

◁ Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers        ✉ 📘 🐦 📌 | Add to Watchlist

✓ This fits a KTM    Select Year

### Short Brake Clutch Lever For KTM 690 Duke R 2014-2016 2015

| Condition: | New |
|---|---|
| Compatibility: | See compatible vehicles |
| Color: | - Select - ∨ |
| Quantity: | 1    More than 10 available |

Price:    **US $30.20**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

*Free shipping*    60-day returns    Longtime member

| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |

International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guang Zhou, Guang Dong, China
Ships to: Worldwide    See exclusions

| Delivery: | ▶ Estimated between **Mon. Nov. 2 and Fri. Nov. 20** ⓘ |

This item has an extended handling time and a delivery estimate **greater than 18 business days.**
Please allow additional time if international delivery is subject to customs processing.

| Payments: | PayPal VISA 💳 AMEX DISCOVER |

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | 60 day Buyer pays for return shipping | See details |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
newyoutube (3066 ⭐)
98.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items



Similar sponsored items 1/2    Feedback on our suggestions

| For KTM 690 DUKE / 690 SMC-R / 690 Enduro R... | For KTM 690 SMC / 690 DUKE / 690 LC4 /640 DUK... | Brake Clutch Hand Levers for KTM 690 Duke/Enduro... | For KTM 690 Duke R 2014-2017 2015 2016 CNC Brake... | CNC Short Brake Clutch Lever For KTM 690 1050... | Adjustable Short Brake Clutch Levers Motor Fit KT... |
|---|---|---|---|---|---|
| $26.99 | $26.99 | $25.98 | $29.99 | $27.59 | $26.33 |
| $29.99 | $29.99 | $28.87 | Free shipping | $29.99 | Free shipping |
| + $2.99 shipping | + $2.99 shipping | Free shipping | New | + $3.99 shipping | Seller 99% positive |
| New | New | New | | New | |



Sponsored items from this seller 1/2    Feedback on our suggestions

Feedback





















Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men > Men's Clothing > Shirts > T-Shirts | Add to Watchlist

Have one to sell? Sell now

## New Arrival !! Red Bull KTM Factory Racing Gildan T-Shirt Short Sleeve

Condition: New with tags

Size Type: Regular

Size: - Select -

Color: - Select -

Quantity: 1 | 1 available

Price: US $25.00

Buy It Now

Add to cart

Add to Watchlist

30-day returns | 100% positive feedback

Shipping: $1.50 Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Nanjing, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Wed. Oct. 28 and Thu. Dec. 24
Please note the delivery estimate is greater than 12 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day returns. Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
ngadla_0 (12)
100% Positive feedback

Save this Seller
Contact seller
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

T Shirt KTM Tee Racing Team Top Alpinestars...
$38.68
+ $11.60 shipping
New

Primitive Skate x Dragon Ball Z Men's Mecha Frieza Shor...
$19.99
Free shipping
Seller 99.7% positive

KTM Racing Motocross MX SX Logo Race Tee T-Shirt
$14.00
Free shipping
New

Bull Hardest Decisions - Riding One Of The You'll...
$22.99
Free shipping
Seller 99% positive

Primitive x Dragon Ball Z Men's Shadow Vegeta...
$35.95
Free shipping
Seller 99.7% positive

Primitive Skate x Dragon Ball Z Men's Mecha Frieza Shor...
$19.99
Free shipping
Seller 99.7% positive

## Related sponsored items

Feedback on our suggestions

Feedback

RED BULL KTM FACTORY
RACING NEW ERA 59FIFT...
$19.49
$29.99
+ $5.65 shipping

Red Bull KTM Factory
Racing SnapBack. RARE
$45.00
+ $7.50 shipping

No Bull Winston Shirt Men Xl
Racing Red White Nascar...
$8.99
$17.99
+ $4.99 shipping

Red Bull Spect Racing
Sunglasses Mens Sport...
$29.99
+ $9.99 shipping

Red Bull Sporty Racing
Mirrored Sunglasses RBR...
$25.00
+ $9.99 shipping

---

**Description** | **Shipping and payments**  Report item

Seller assumes all responsibility for this listing.

eBay item number: **174433978827**

Last updated on  Sep 15, 2020 23:12:55 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original packaging (such as the original box or bag) and/or with the original tags attached. See all condition definitions | Accents: | Logo |
| Type: | T-Shirt | Department: | Men |
| Year of Manufacture: | 2020 | Material: | Cotton |
| Sleeve Length: | Short Sleeve | Pattern: | Solid |
| Brand: | Gildan | Fit: | Regular |

Feedback

# DETAIL PRODUCT

**Our great t-shirt is made of 100% preshrunk cotton from biggest and number one "TEXTILE FACTORY ", high-quality and softstyle. Standard fit.**
**Our t-shirt will be printed using high performance digital printing technology in full color with durable photo quality reproduction.**
**4.5 oz. 100% Soft Cotton, Standard Fit, High Quality**
**Very Comfortable and Looks Great with a pair of Jeans**
**Never worn, brand new and factory sealed.**
**Sealed in plastic wrap.**

**HOW TO ORDER :**

**Available size :S, M, L, XL, and 2XL.**

**To Choose t shirt size**



| Size | S | M | L | XL | 2XL |
|---|---|---|---|---|---|
| MeasureA(inch) | 28.3 | 28.9 | 29.7 | 30.7 | 32.3 |
| MeasureB(inch) | 18.1 | 20.3 | 22 | 24.2 | 26.8 |

Men's Gildan T-shirt (USA Size)

# STANDART AMERICA SIZE

Material:100% Cotton GILDAN t-shirt

# Shipping and handling :

The items will shipped within 2 to 3 days after payment received.

Shipping times for USA Address it takes Standart Shipping it takes

11 - 23 business days USA shipment by UPS or USPS

Shipping times for Outside USA Address (Worldwide) it takes 15 - 30 business days for shipment by Registered Post Mail.

Sometimes, it takes up to 30 business days.

Please be patient when awaiting shipment (TRACKING NUMBER AVAILABLE)

## FEEDBACK :

We are appreciated positive feedback from our buyers. I just started my ebay business, so Positive Feedback was very important for me.
If you not satisfied with our product and services please do not leave negative/neutral feedback before Give us an opportunity to resolve the problem first.

**RETURN POLICY :**
we can issue you a full refund if the items was not delivered or the items was damage due the shipment process.

**CONTACT US :**
If you have any question, please feel a free to contact me .We will answer your questions in 2x24 hours.

Thank you.

Money Back Guarante

===============HAPPY SHOP===============

Sponsored items based on your recent views 1/3    Feedback on our suggestions










RedBull KTM Shirt M

$27.99
Free shipping
Last one

Primitive x Dragon Ball Z
Men's Shadow Vegeta Sho...

$33.95
Free shipping
Seller 99.7% positive

KTM READY TO RACE
MOTORBIKE TSHIRT...

$9.02
+ $21.55 shipping
Seller 99.9% positive

CIGARETTE RACING TEAM
2020 new Logo Size S to...

$27.55
Free shipping
Seller 100% positive

NY NEW YORK YANKEES
MLB BASEBALL TEAM LOG...

$12.83
+ $2.57 shipping
Seller 99.4% positive

Limited New Comp Cams
Racing Logo Black Gildan...

$17.99
+ $8.00 shipping
New

## Explore more sponsored options: Color

### Black    More



Primitive x Dragon Ball Z
Men's Shenron Long...

$22.99
Free shipping

Primitive x Dragon Ball Z
Men's Cell Forms Short...

$17.99
Free shipping

### Blue    More



TLD KTM SX Troy Lee Jr
Racing Supercross Mot...

$25.00
Free shipping

Primitive Skate x Dragon
Ball Z Men's Mecha Friez...

$19.99
Free shipping

### White



RedBull KTM Shirt L

$27.99
Free shipping
Last one

Primitive Skate x Dragon
Ball Z Men's Nuevo Gok...

$17.99
Free shipping

## Explore more sponsored options: Brand

### BAPE



NEW POPULAR T SHIRT
BAPE BABY MILO AFTER...

$24.99
+ $3.00 shipping

### Scuderia Ferrari





T Shirt Scuderia Ferrari
Monza Italy 3D Fan Long...

$41.26
+ $11.60 shipping

T Shirt New Scuderia
Ferrari Challenge Formula...

$34.81
+ $11.60 shipping

T Shirt Long Tee New 2020
Scuderia FERRARI Missio...

$38.68
+ $11.60 shipping
Popular

### People who viewed this item also viewed   1/2

Feedback on our suggestions








Red Bull KTM Racing Team
Logo T-Shirt, Mens

$27.69
Free shipping

KTM REDBULL Factory
Racing Logo T shirt Men's...

$15.99
+ $5.50 shipping

RedBull KTM Shirt M

$27.99
Free shipping
Last one

NEW Red Bull KTM Racing
Team Transparent Logo TE...

$30.99
Free shipping

RedBull KTM Shirt L

$27.99
Free shipping

KTM Racing Motocross MX
SX Logo Race Tee T-Shirt

$14.00
Free shipping
Popular


Feedback

Back to search results                                                                                                                                                                Return to top

More to explore : Gildan Short Sleeve T-Shirts for Men,   Gildan Short Sleeve Red Shirts for Men,   Gildan Short Sleeve Red Unisex Kids' Tops & T-Shirts,   Gildan Short Sleeve Beer T-Shirts for Men,
Gildan Short Sleeve Love T-Shirts for Men,   Gildan Short Sleeve Anime T-Shirts for Men,   Gildan Polyester Short Sleeve T-Shirts for Men,   Gildan Short Sleeve Vintage T-Shirts for Men,

https://www.ebay.com/itm/New-Arrival-Red-Bull-KTM-Factory-Racing-Gildan-T-Shirt-Short-Sleeve/174433978827                                                                                                4/5



### New Arrival !! Red Bull KTM Factory Racing Gildan T-Shirt Short Sleeve

| | |
|---|---|
| Condition: | New with tags |
| Size Type: | Regular |
| Size: | - Select - |
| Color: | - Select - |
| Quantity: | 1    1 available |

Price: **US $25.00**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns**     100% positive feedback

Shipping: $1.50 Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Nanjing, China
Ships to: Worldwide    See exclusions

Delivery: Estimated between **Wed. Oct. 28 and Thu. Dec. 24**
Please note the delivery estimate is **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day returns. Buyer pays for return shipping | See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
ngadla_0 (12 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

---



### Similar sponsored items 1/2

Feedback on our suggestions

| | |
|---|---|
| T Shirt KTM Tee Racing Team Top Alpinestars... | Primitive Skate x Dragon Ball Z Men's Mecha Frieza Shor... |
| $38.68 | $19.99 |
| + $11.60 shipping | Free shipping |
| New | Seller 99.7% positive |

KTM Racing Motocross MX SX Logo Race Tee T-Shirt
$14.00
Free shipping
New

Bull Hardest Decisions - Riding One Of The You'll...
$22.99
Free shipping
Seller 99% positive

Primitive x Dragon Ball Z Men's Shadow Vegeta...
$35.95
Free shipping
Seller 99.7% positive

Primitive Skate x Dragon Ball Z Men's Mecha Frieza Shor...
$19.99
Free shipping
Seller 99.7% positive

### Related sponsored items

Feedback on our suggestions


RED BULL KTM FACTORY
RACING NEW ERA 59FIFT...
$19.49
$29.99
+ $5.65 shipping


Red Bull KTM Factory
Racing SnapBack. RARE
$45.00
+ $7.50 shipping


No Bull Winston Shirt Men Xl
Racing Red White Nascar...
$8.99
$17.99
+ $4.99 shipping


Red Bull Spect Racing
Sunglasses Mens Sport...
$29.99
+ $9.99 shipping


Red Bull Sporty Racing
Mirrored Sunglasses RBR...
$25.00
+ $9.99 shipping

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Nanjing, China

Shipping to: Worldwide

Excludes: Africa, Asia, Central America and Caribbean, Middle East, Southeast Asia, South America, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Russian Federation, Albania, Andorra, Austria, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Czech Republic, Estonia, Finland, Gibraltar, Greece, Guernsey, Hungary, Iceland, Ireland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Norway, Poland, Portugal, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Switzerland, Ukraine, Vatican City State

Quantity: [1]    Change country: [United States]    ZIP Code: [60106]    [Get Rates]

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $1.50 | United States | Economy Shipping from outside US | Estimated between **Wed. Oct. 28 and Thu. Dec. 24** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Refund will be given as | Return shipping |
|---|---|---|
| 30 days | Money back | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

PayPal · VISA · MasterCard · American Express · Discover

PayPal CREDIT

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views  *1/3*                    Feedback on our suggestions

Feedback




Hi ▇▇▇▇  Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄   Search for anything   [All Categories ⌄]   **Search**   Advanced

**ngadla_0** (12⭐)
100% positive feedback                              🔒 Items for sale    ✉ Contact

♡ Save                         Based in Indonesia, ngadla_0 has been an eBay member since Nov 27, 2017

**Feedback ratings** ⓘ                                                    See all feedback

⭐⭐⭐⭐⭐ 12  Item as described      ⊕ 14        ◐ 0        ⊖ 0       ⊕  Nice. Thank you.
⭐⭐⭐⭐⭐ 12  Communication          Positive    Neutral    Negative        Sep 21, 2020
⭐⭐⭐⭐⭐ 12  Shipping time
⭐⭐⭐⭐⭐ 12  Shipping charges         Feedback from the last 12 months

0 Followers | 0 Reviews | Member since: **Nov 27, 2017** | 📍 Indonesia

## Items for sale(689)                                                    See all items







New !! DEF CON ...   New !! DEF CON ...   Hot !! Heisenbe...   Hot !! Heisenbe...   Hot !! Heisenbe...
US $20.00    2d left   US $20.00    2d left   US $20.00    2d left   US $20.00    2d left   US $20.00    2d left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Items for sale from **ngadla_0** (12 ★) | Save this seller

Include description

**Categories**

Clothing, Shoes & Accessories
Men's T-Shirts

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (689)

**Price**
$ to $

**Item Location** see all
- **Default**
- Within
  100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

ngadla_0 (12 ★)
Feedback rating: 12
Positive Feedback: 100%
Member since Nov-27-17 in United States

Read feedback profile
Add to my favorite sellers

Sponsored items for you

RedBull KTM Shirt M

**$27.99**
Buy It Now
Free shipping
**Last one**

All Listings | Auction | Buy It Now    Sort: Best Match   View:

689 results   Save this search

New !! 2020Kenzo Paris Simple Text Box Logo Gildan T-Shirt
Brand New
**$20.00** From China
Buy It Now
+$1.50 shipping
**5+ Watching**

New Arrival !! Red Bull KTM Factory Racing Gildan T-Shirt Short Sleeve
Brand New
**$25.00** From China
Buy It Now
+$1.50 shipping

Special Edition !! Red Bull Batalla De Los Gallos Logo Gildan T-Shirt Short Slee
Brand New
**$20.00** to **$25.00** From China
Buy It Now
+$1.50 shipping

Hot !! Red Bull King Of The Air Gildan Logo T-Shirt Short Sleeve
Brand New
**$20.00** From China
Buy It Now
+$1.50 shipping

New Arrival ! Grateful Dead Santa FE 1983 Tour Music Gildan T-Shirt Short Sleeve
Brand New
**$20.00** From China
Buy It Now
+$1.50 shipping

Hot !! Wrangler Classic Logo Gildan T-Shirt
Brand New
**$20.00** From China
Buy It Now
+$1.50 shipping

New Hot !! Red Bull Air Race Logo World Championship T-Shirt Gildan Soft Style
Brand New

Primitive x Dragon Ball Z Men's Shado...
**$33.95** 🏅
Buy It Now
Free shipping



CIGARETTE RACING TEAM 2020 new Logo S...
**$27.55**
Buy It Now
Free shipping



Limited New Williams F1 Racing Fans L...
**$17.99**
Buy It Now



NEW CIGARETTE RACING TEAM Logo T
**$10.99**
Buy It Now



Limited New Comp Cams Racing Logo Bla...
**$17.99**
Buy It Now



Limited New Tesla Motors Emblem Logo ...
**$16.99**
Buy It Now



New Limited T-shirt Martini Racing Ca...
**$19.95**
Buy It Now



**$20.00**
Buy It Now
+$1.50 shipping
From China



Special !! 2020UGG Australia Simple Text Box Logo Gildan T-Shirt
Brand New
**$20.00**
Buy It Now
+$1.50 shipping
From China



New Arrival !! ANJUNABEATS Men's short Sleeve T-Shirt Size S-2XL
Brand New
**$20.00**
Buy It Now
+$1.50 shipping
From China



New !! Special Red Bull King Of The Air Gildan T-Shirt
Brand New
**$25.00**
Buy It Now
+$1.50 shipping
From China



Hot !! GT BMX Logo Old Skool Gildan T-Shirt
Brand New
**$20.00**
Buy It Now
+$1.50 shipping
1+ Watching
From China



Edition !! Bad Bull Parody Red Bull Logo Gildan T-Shirt
Brand New
**$20.00**
Buy It Now
+$1.50 shipping
From China



Special !! Wrangler Horse Logo Gildan T-Shirt
Brand New
**$20.00**
Buy It Now
+$1.50 shipping
From China

New Arrival !! 2020 Summer Olympics Team USA at Tokyo T-Shirt
Brand New


$32.95
Free shipping


Fox Racing Men's Legacy
Fox Head Shor...
$25.95
Buy It Now
Free shipping


Fox Racing x Honda
Men's Honda Basic ...
$32.95
Buy It Now
Free shipping


2008-2010 KTM 690 Duke
Front Fender M...
$148.95
Buy It Now


2008-2010 KTM 690 Duke
Rear Tire Hugg...
$99.95
Buy It Now


Turn Signal Light For KTM
990 ADVENTU...
$11.69
Buy It Now


2015-2017 KTM 1290
Super Adventure/T ...
$179.95
Buy It Now

 
$20.00
Buy It Now
+$1.50 shipping

From China

New !! Grateful Dead Santa FE 1983 Tour Music Gildan New Tag T-Shirt
Brand New


$25.00
Buy It Now
+$1.50 shipping

From China

New Arrival !! Swissair Vintage Logo Swiss Airline Aviation T-Shirt
Brand New


$20.00
Buy It Now
+$1.50 shipping

From China

New Hot !! 2020Zoo York ZY Logo Gildan T-Shirt
Brand New


$20.00
Buy It Now
+$1.50 shipping

From China

New !! STREETWISE ROOTED T-shirt Urban Streetwear Tee Men's Black New
Brand New


$20.00
Buy It Now
+$1.50 shipping

From China

New !! 2020Tag Hauer Swiss Since 1860 Logo Gildan T-Shirt
Brand New


$20.00
Buy It Now
+$1.50 shipping

From China

New !! Dogtown And Z Boys T-Shirt Gildan T-Shirt
Brand New


$20.00
Buy It Now
+$1.50 shipping

From China

New !! DEF CON is canceled REDACTED t-shirt GITD Men's cut
Brand New

Hi ████ ▾    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ▾    My eBay ▾    🔔    🛒

**ebay**    Shop by category ▾    | KTM |    | All Categories ▾ |    **Search**    Advanced

Items for sale from  **ngadla_0**  (12 ⭐ )    |    ♡ Save this seller  |  Show results from all sellers

Categories

**Clothing, Shoes & Accessories**

Men's T-Shirts

**Format**    see all
- ⦿ All Listings
- ○ Auction
- ○ Buy It Now

**Guaranteed Delivery**    see all
- ⦿ No Preference
- ○ 1 Day Shipping
- ○ 2 Day Shipping
- ○ 3 Day Shipping
- ○ 4 Day Shipping

**Condition**    see all
- ☐ New (15)

**Price**
$ [ ] to $ [ ]  »

**Item Location**    see all
- ⦿ Default
- ○ Within
  [100 miles ▾] of [60106]
- ○ US Only
- ○ North America
- ○ Worldwide

**Delivery Options**    see all
- ☐ Free shipping

**Show only**    see all
- ☐ Free Returns
- ☐ Returns accepted
- ☐ Completed listings
- ☐ Sold listings
- ☐ Deals & Savings

**More refinements...**

---

**Seller Information**

ngadla_0 (12 ⭐ )

Feedback rating: 12
Positive Feedback: 100%
Member since Nov-27-17 in
United States

Read feedback profile
Add to my favorite sellers

---

**Sponsored items for you**

All Listings | Auction | Buy It Now                    Sort: Best Match ▾    View: ▦ ▾

15 results for **KTM**    ♡ Save this search

### Find your Motorcycle



Make & Model    Year From / To    Distance    **0** matching results

| KTM ▾ |    [Year From]    [Any Distance of ▾]    Clear selections
| Any Model ▾ |    [Year To]    [60106-1445]    Find Results

**New Arrival !! Red Bull KTM Factory Racing Gildan T-Shirt Short Sleeve**
Brand New

**$25.00**
Buy It Now
+$1.50 shipping

From China

Brand: Gildan

Tell us what you think

---



RedBull KTM Shirt M

**$27.99**
Buy It Now
Free shipping
Last one



 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

▮▮▮▮▮▮
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
▮▮▮▮▮▮

Change

## Review item and shipping

Seller: ngadla_0 | Message to seller



New Arrival !! Red Bull KTM Factory Racing Gildan T-Shirt
Short Sleeve
Size Type: Regular, Color: Black, Size: S
**$25.00**
Quantity 1

**Delivery**
Est. delivery: Oct 28 – Dec 24
Economy Shipping from outside US
**$1.50**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ

Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount   [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $25.00 |
| Shipping | $1.50 |
| Tax* | $1.66 |

**Order total**        **$28.16**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi ▾ · Daily Deals · Brand Outlet · Help & Contact

Sell · Watchlist ▾ · My eBay ▾

**ebay** | Shop by category ▾ | 🔍 Search for anything | All Categories ▾ | Search | Advanced

◀ Back to previous page | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies

✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM | Select Year

🏷 **SAVE UP TO 9% WHEN YOU BUY MORE**





◀ ▶

     

$ Have one to sell? | Sell now

### Black Motorcycle Headlight with H4 Bulb Fit For KTM Honda Suzuki Dirt Pit Bikes

Condition: New

Bulk savings:
| Buy 1 $28.99/ea | Buy 2 $26.96/ea | Buy 3 $26.67/ea |
|---|---|---|

Compatibility: See compatible vehicles

Sale ends in: 03d 17h 50m

Quantity: 1 | 4 or more for $26.38/ea

5 available

Price: **US $28.99/ea**
US $36.24 (20% off)

**Buy It Now**

**Add to cart**

Best Offer: **Make Offer**

♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $5.99

Free shipping · 30-day returns · Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shanghai, China
Ships to: Americas, Europe, Asia, Australia | See exclusions

Delivery: ⏱ Estimated between **Tue. Dec. 1 and Fri. Dec. 18**
This item has an extended handling time and a delivery estimate greater than 25 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal · VISA · Mastercard · AMEX · DISCOVER
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence
**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
niagara_falls_us (1241 ★)
99.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

## Similar sponsored items 1/2

Feedback on our suggestions

◀

| Motorcycle Dirt Bike Headlight Front Headlamp... | Black Universal Motorcycle Headlight +H4 Bulb For KT... | Motorcycle Headlight Lamp for Husqvarna KTM Suzuki... | Universal Motorcross Headlights Head light... | Universal Motorcycle Headlight +H4 Bulb For For... | Headlight Head Lamp Universal For Honda Yama... |
|---|---|---|---|---|---|
| $20.67 | $29.48 | $29.57 | $21.13 | $28.99 | $27.99 |
| $21.99 | $33.89 | | $22.72 | $36.24 | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Almost gone | New | New | Seller 99.2% positive | New | New |

▶

Sponsored items from this seller 1/2                                    Feedback on our suggestions

     

| Cross-country Motorcycle Lamp Fairing Light Headlig... | Aluminum Motorcycle Headlight Grill Guard Cov... | 35W Motorcycle Off-road Front Headlight with Turn... | Motorcycle CNC Handlebar Riser Top Cover For KTM... | Anodized Rotating Motorcycle Handlebar Ris... | Fit For HONDA CB300R CB150R CBR150R 2017-20... |
|---|---|---|---|---|---|
| $46.74 | $39.10 | $38.54 | $37.39 | $55.99 | $71.19 |
| $54.99 | $46.00 | $51.39 | $43.99 | | $88.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description** | Shipping and payments                                                    Report item

Seller assumes all responsibility for this listing.                    eBay item number:  114329274888

Last updated on  Oct 13, 2020 00:48:14 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 110 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2011 | KTM | 105 | SX |
| | 2010 | KTM | 105 | SX |
| | 2010 | KTM | 105 | XC |
| | 2009 | KTM | 105 | SX |
| | 2009 | KTM | 105 | XC |
| | 2008 | KTM | 105 | SX |
| | 2008 | KTM | 105 | XC |
| | 2007 | KTM | 105 | SX |
| | 2006 | KTM | 105 | SX |
| | 2005 | KTM | 105 | SX |
| | 2004 | KTM | 105 | SX |
| | 2014 | KTM | 125 | SX |
| | 2013 | KTM | 125 | SX |
| | 2012 | KTM | 125 | SX |
| | 2011 | KTM | 125 | SX |
| | 2010 | KTM | 125 | SX |
| | 2009 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SXS |
| | 2007 | KTM | 125 | EXC |

Page 1 of 6                                            ‹ 1 2 3 4 5 6 ›

Portions of the information contained in this table have been provided by niagara_falls_us

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Technology: | LED | Fitment: | Universal fit most of motorcycle dirtbike |
| The light bulb type: | 12V, 35W | Manufacturer Part Number: | Does Not Apply |
| The packaging includes: | 1PC (with four rubber bands) | Material: | PP plastic |
| Type: | Motorcycle Headlight +H4 Bulb | Placement on Vehicle: | Front |
| Warranty: | 6 Month | Shell Color: | Black |
| UPC: | Does not apply | | |



Store Home    Engraving Machine    Welding Equipments    Outdoor Sports    Rotary Laser Lever

DESCRIPTION

## Product Description

- Black Universal Motorcycle Headlight +H4 Bulb For KTM Honda Suzuki Dirt Pit Bike

## Description:

- 100% Brand New
- Transparent glass lens cover and back cover to protect lights.
- The position of the mounting points allow ample room for the brake cable.
- Universal fitting with anti-vibration rubber strips, Will mount on your motorcycle's forks with 2 rubber straps
- Universal fit, easy to install
- The light bulb type: 12V, 35W
- Shell Color: Black

## Fitment:

- Universal fit most of motorcycle dirtbike.

## The packaging includes:

- 1PC (with four rubber bands)

DETAIL IMAGE



















**SHIPPING**    PAYMENT    RETURNS    CONTACT    ABOUT US

1.We have warehouses in the USA, CA, and AU. For those customers who live in the US,CA, and AU, we will send item from the corresponding warehouse.Estimated Delivery 2-4 business days to major locations,4-7 business days to remote areas.

2.For those customers who live in other countries,we will send item from our foreign warehouses if available, otherwise from China.Delivery time is 5~8 business days.(Tax maybe required if send from China,and tax is buyers' responsibility according to ebay policy.)

---

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

| Motorcycle 10W High/low Beam LED Headlight... | Motorcycle CNC Handlebar Riser Top Cover For KTM... | for KTM Duke RC 390 200 125 New CNC Short Brake... | M10 Motor Swingarm Spools Slider Arms Stand Bobbin... | for KTM 990 1290 SuperDuke R/GT 690DUK... | Universal Motorcycle Headlight Shell+H4 Bulb Fi... |
|---|---|---|---|---|---|
| $41.24 | $37.39 | $23.74 | $10.82 | $23.74 | $28.99 |
| $54.99 | $43.99 | $24.99 | $11.39 | $24.99 | $36.24 |
| Free shipping | Free shipping | Free shipping | + $4.99 shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

---

## More from this seller 1/2

Feedback on our suggestions

     

| Cross-country Motorcycle Lamp Fairing Light Headlig... | Aluminum Motorcycle Headlight Grill Guard Cov... | 35W Motorcycle Off-road Front Headlight with Turn... | Windshield Washer Pump 85330-21010 With Gromm... | Motorcycle Scooter LED Headlight Fog Light Drivin... | Fit For BMW R1200GS GSA R1250GS Adventure... |
|---|---|---|---|---|---|
| $46.74 | $39.10 | $38.54 | $9.99 | $31.19 | $52.25 |
| $54.99 | $46.00 | $51.39 | | $38.99 | $66.99 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

---

Back to previous page          Return to top

More to explore : Black Car & Truck Headlights H4 (9003) Bulb,   H4 (9003) Bulb Headlight Kits LED Light Bulbs for Headlights,   Motorcycle Parts for Suzuki Pit Posse, Black Car & Truck Headlights H4 (9003) Bulb Bulbs Included,   Motorcycle Parts for Honda Pit Posse,   Custom Fit Motorcycle Front Headlight Fairings for Suzuki, Motorcycle Headlight Assemblies for KTM,   Perfect Fit Headlights for Honda Fit,   Universal Sport Bike Fit Motorcycle Fairings & Bodywork for Suzuki, Unbranded Custom Fit Motorcycle Front Headlight Fairings for Suzuki

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi ▬ | Daily Deals Brand Outlet Help & Contact

Sell Watchlist ⌄ My eBay ⌄

**ebay**

Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

< Back to previous page | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies

Add to Watchlist

✓ This fits a KTM | Select Year

🔥 SAVE UP TO **9%** WHEN YOU BUY MORE





< >



### Black Motorcycle Headlight with H4 Bulb Fit For KTM Honda Suzuki Dirt Pit Bikes

| Condition: | New |
|---|---|

Bulk savings: | Buy 1 **$28.99/ea** | Buy 2 $26.96/ea | Buy 3 $26.67/ea

Compatibility | See compatible vehicles

Sale ends in: 03d 17h 50m

Quantity: 1 | 4 or more for $26.38/ea

5 available

Price: **US $28.99/ea**
US $36.24 (20% off)

**Buy It Now**

**Add to cart**

Best Offer: **Make Offer**

♡ Add to Watchlist

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
niagara_falls_us (1241 ★)
99.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell? | Sell now



☐ 1-year accident protection plan from SquareTrade - $5.99

**Free shipping** | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shanghai, China
Ships to: Americas, Europe, Asia, Australia | See exclusions

Delivery: ⏱ Estimated between **Tue. Dec. 1 and Fri. Dec. 18**
This item has an extended handling time and a delivery estimate **greater than 25 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 AMEX DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

---

Similar sponsored items 1/2 | Feedback on our suggestions








| Motorcycle Dirt Bike Headlight Front Headlamp... | Black Universal Motorcycle Headlight +H4 Bulb For KT... | Motorcycle Headlight Lamp for Husqvarna KTM Suzuki... | Universal Motorcross Headlights Head light... | Universal Motorcycle Headlight +H4 Bulb For For... | Headlight Head Lamp Universal For Honda Yama... |
|---|---|---|---|---|---|
| $20.67 | $29.48 | $29.57 | $21.13 | $28.99 | $27.99 |
| $21.99 | $33.89 | Free shipping | $22.72 | $36.24 | Free shipping |
| Free shipping | Free shipping | New | Free shipping | Free shipping | New |
| Almost gone | New | | Seller 99.2% positive | New | |

Sponsored items from this seller 1/2

Feedback on our suggestions

     

| Cross-country Motorcycle Lamp Fairing Light Headlig... | Aluminum Motorcycle Headlight Grill Guard Cov... | 35W Motorcycle Off-road Front Headlight with Turn... | Motorcycle CNC Handlebar Riser Top Cover For KTM... | Anodized Rotating Motorcycle Handlebar Ris... | Fit For HONDA CB300R CB150R CBR150R 2017-20... |
|---|---|---|---|---|---|
| $46.74 | $39.10 | $38.54 | $37.39 | $55.99 | $71.19 |
| $54.99 | $46.00 | $51.39 | $43.99 | | $88.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

| Description | **Shipping and payments** | Report item |
|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Shanghai, China

Shipping to: Americas, Europe, Asia, Australia

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Bolivia, Cape Verde Islands, Côte d'Ivoire (Ivory Coast), Mauritius, Seychelles, South Africa, Bahrain, Dominica, Dominican Republic, Guatemala, Martinique, Nicaragua, Puerto Rico, Virgin Islands (U.S.), American Samoa, Fiji, French Polynesia, New Caledonia, Georgia

Quantity: 1    Change country: United States    ZIP Code: 60440   Get Rates



| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Tue. Dec. 1 and Fri. Dec. 18** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 15 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|



### PayPal CREDIT

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/4

Feedback on our suggestions



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE

niagara_falls_us (1241 ★)

**Positive Feedback (last 12 months): 99.3%**

Member since: Apr-12-17 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

### Member Quick Links

Contact member
View items for sale
View seller's Store

### Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 17 | 93 | 156 |
| Neutral | 0 | 0 | 1 |
| Negative | 0 | 0 | 1 |

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (142) | Reasonable shipping cost ★★★★★ (151) |
| Shipping speed ★★★★★ (147) | Communication ★★★★★ (142) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1) Revised Feedback: 4

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **It only covers two thirds of the arm rest** 1x Car SUV Armrest Box Pad Cover Center Console PU Leather Cushion Black 30*21cm (#113716091544) | Buyer: d***d (41★) US $7.00 | Past year Reciprocal feedback |

**Page 1 of 1**

← 1 →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi ▮▮  Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

ebay   Shop by category ⌄   🔍 Search for anything   | All Categories ⌄ |   **Search**   Advanced



niagara_falls_us (1241 ★)
99.3% positive feedback

🔗 Items for sale   🏪 Visit store   ✉ Contact

💙 Save

Dear Customer, Thank you for your regards and attention.Due to the problem of the item itself, we unconditionally refund, please contact us directly, do not leave a negative feedback !!! I am out off duty on Saturday and Sunday.Thank you.

Feedback ratings ⓘ                                                    See all feedback

| ★★★★★ 142 | Item as described |
| ★★★★★ 142 | Communication |
| ★★★★★ 147 | Shipping time |
| ★★★★★ 151 | Shipping charges |

➕ 156 Positive   ⊘ 1 Neutral   ➖ 1 Negative

Feedback from the last 12 months

➕ ++  Oct 12, 2020



51 Followers | 0 Reviews | Member since: Apr 12, 2017 | 📍 China

## Items for sale(1486)

See all items


9" Quad Core An...
US $187.99        20m left


1 DIN 10.1" And...
US $230.99        26m left


2DIN 9" Android...
US $154.43        1h left


10W QI Wireless...
US $67.99        17h left


340MM Aluminum ...
US $21.83        18h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

eBay › eBay Stores › niagara-store

# niagara-store

51 followers | niagara_falls_us (1241 ★) 99.3%

Dear valued customer, If any after-sale problems, please don t worry, this is an integrity shop and honest seller, just email or note left., I will solve for you and make you satisfied. Please don not leave negative feedback or case, return request. If anything wrong, I will check it well and ship the right, perfect goods for you. If you worry about the logistics, When I see your message, I will try our best to deal with questions. Thank for your notice and patience. Best regards.

Save this seller                                                                 Show less

**Category**

**All**
- Cars & Trucks Parts
- Motorcycle Accessories
- Boat & Marine Parts
- Hand Tools
- Lights
- Switches & Controls
- Home & Garden
- Cup Holder
- Bikes
- Other

**Condition** see all
- New

**Price**
- Under $35.00
- Over $35.00
- $ - $

**Buying Format** see all
- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all
- Default
- Within
- 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free Shipping
- Free In-store Pickup

**Show only** see all
- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Guarantee

**More refinements...**

Search this Store | Search | Time: ending soonest

**All Listings** | Auction | Buy It Now

1-48 of 1,058 Results

9" Quad Core Android Stereo Radio GPS Navigation Player for Toyota Sienna 11-14
$187.99
Free shipping
or Best Offer
From China

1 DIN 10.1" Android 9.1 HD 1+16GB Car Stereo Radio GPS Navigation Built-in WiFi
$230.99
Free shipping
or Best Offer
5 watching
From China

Polyester Outdoor Waterproof Lawn Mower Cover Storage Dustproof Black Protective
$19.55
Was: ~~$23.00~~
Free shipping
or Best Offer
From China

2DIN 9" Android 9.0 Car Stereo Head Unit Radio GPS 1+16GB For Smart Fortwo 11-14
$154.43
Free shipping
or Best Offer
From China

AC3000Mbps Intel AX200 Bluetooth5.0 WiFi Adapter PCI-E Wireless Network Card Kit
$56.93
Was: ~~$72.99~~
Free shipping
or Best Offer
From China

Folding Shopping Trolley Cart Roller Freight Hand Luggage Cargo Handling 25kg
$54.99
Free shipping
or Best Offer
From China

10W QI Wireless Car Center Console Phone Charger Pad for BMW X5 F15 X6 F16 14-18
$67.99
Was: ~~$79.99~~
Free shipping
or Best Offer
From China

1PCS Manual Woodworking Hand Tool Trimming Sealing Machine Edge Banding Trimmer
$18.26 to $21.99
Free shipping
From China

340MM Aluminum Bracket Engine Oil Cooler Radiator Adapter Black Set 210mm /223mm
$21.83
Was: ~~$27.99~~
Free shipping
or Best Offer
From China

1x For Intex Type A Reusable Washable Swimming Pool Filter Foam Cartridge Sponge
$8.74
From China

Free shipping
or Best Offer



7" HD Flip up 1 DIN GPS Navigation Car Stereo MP5 Player Radio Bluetooth 1+16GB
**$146.99**
Was: $195.99
Free shipping
or Best Offer

From China



Waterproof Dual USB 12V /24V Motorcycle Handlebar Charger Socket +Mounts 5V 3.1A
**$15.90**
Was: $19.39
Free shipping
or Best Offer

From China



Cotton 15M Motorcycle Exhaust900℃ Insulation Glass Fiber Tape Wrap Thermal Strip
**$35.24**
Was: $46.99
Free shipping
or Best Offer

From China



Car CD DVD Player Readable Disc PM3 Bluetooth Music Phone Call Digital Stereo
**$78.99**
Was: $92.93
$30.00 shipping
or Best Offer

From China



76.2-102mm Vehicle Auto Car Black Stainless Steel Exhaust Pipe Muffler Tip Tail
**$37.39**
Was: $43.99
$6.00 shipping
or Best Offer

From China



Car SUV Pickup Leather Cushion Center Console Armrest Pad Key Cover Cup Slot Mat
**$13.59**
Was: $15.99
Free shipping
or Best Offer

From China



Kitchen Tungsten Knife Sharpener Professional 3 Stage Grinder Non-Slip Removable
**$11.75**
Was: $14.69
Free shipping
or Best Offer

From China



2" 360° Adjustable Impact Sprinkler Large Area Water Irrigation Spray Alloy 1PCS
**$60.99**
Free shipping
or Best Offer



4Pcs Car Side Windows Sun Shade Curtain Visor Mesh Shield UV Protector Shading
**$22.29**
Free shipping
or Best Offer

From China



7" Car Multimedia Player Navigation Bluetooth Reversing Video Fit for Chevrolet
**$136.99**
Was: $152.21
Free shipping
or Best Offer

From China



9" Android 9.1 Car Stereo Radio GPS Navigation 1+16GB Fit For Ford Escape 13-17
**$221.10**
Free shipping
or Best Offer

From China



USB Car Ionizer Air Purifier Removes Dust Cigarette Smoke Release Anion Home 5V
**$26.85**
Was: $31.59
$16.00 shipping

From China



Stainless Steel Car Door Step Pedal Latch Hook Foot Ladder For Jeep Wrangler JK
**$33.11**
Was: $41.39
Free shipping
or Best Offer

From China

Car Interior Net Mesh Pocket Seat Back Multi-Pocket Storage Bag Organizer Holder



Car Interior Net Mesh Pocket Seat Back Multi-Pocket Storage Bag Organizer Holder
$24.69
Free shipping
or Best Offer

From China



12V Car Truck Vehicle Quick Connector Cable Clamp Clip Battery Terminals Brass
$17.67
Was: $22.09
Free shipping
or Best Offer
6 watching

From China



Universal Auto Car Gear Shift Knob with Adapters M10x1.5 M8x1.25 M12x1.25 Brass
$15.35
Was: $19.19
$6.00 shipping
or Best Offer

From China



Automatic Adjustable Spring Door Closer Lock for Residential Household for 77lb
$17.56
Was: $20.66
Free shipping

From China



Car Window Windshield Cleaner Tool Washing Brush Cleaning Retractable Handle Kit
$14.33
Free shipping
or Best Offer

From China



SUV Off-road Roof LED Work Light Strip Lamp Mount Bracket Car Upper Bar for Jeep
$38.99
Was: $59.99
Free shipping
or Best Offer



Universal Car Central Container Armrest Box PU Leather Storage Case 11.5cm ~ 20cm
$59.99
Free shipping
or Best Offer



5.8G+2.4G Home/Car Wifi Mirrorlink Box For IOS AirPlay Android Device Air Touch
$111.53
Was: $142.99
Free shipping
or Best Offer
6 watching

From China



4PCS Car Headlight Housing Open Tool Cover Cold Glue Sealant Remover Kit Repair
$43.67
Was: $55.99
$16.00 shipping
or Best Offer
16 watching

From China



Anodized Rotating Motorcycle Handlebar Riser 22mm 28mm Clamp for Yamaha Honda
$55.99
Free shipping

From China



1x Motorcycle Scooter Bicycle Handlebar Brake Parking Safety Ramp Stop Lock Grip
$9.35
Was: $11.99
Free shipping
or Best Offer

From China



Motorcycle Hydraulic Rear Disc Brake Caliper w/ Master Cylinder Brake for Yamaha
$35.69
Was: $50.99
Free shipping
or Best Offer



4PCS PVC Black + Gray Car Front Rear Mat Carpet Non-slipfloor Mats Grip Feet Pat
$46.79
Was: $59.99
Free shipping
or Best Offer

From China

7/8" 22mm Motorcycle Bikes ATVs Brake Clutch Lever Master Cylinder Reservoir Kit
$70.88

From China



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

eBay › eBay Stores › niagara-store

# niagara-store

51 followers | niagara_falls_us (1241 ★) 99.3%

Dear valued customer, If any after-sale problems, please don t worry, this is an integrity shop and honest seller, just email or note left., I will solve for you and make you satisfied. Please don not leave negative feedback or case, return request. If anything wrong, I will check it well and ship the right, perfect goods for you. If you worry about the logistics, When I see your message, I will try our best to deal with questions. Thank for your notice and patience. Best regards.

Save this seller Show less

**Category**

**All**

Cars & Trucks Parts

Motorcycle Accessories

Home & Garden

Bikes

Other

**Condition** see all

- New

**Price**

- Under $15.00
- $15.00 to $35.00
- Over $35.00

$ - $

**Buying Format** see all

- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

- Default
- Within

100 mile of 60440

- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free Shipping
- Free In-store Pickup

**Show only** see all

- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Guarantee

**More refinements...**

ktm Search Time: ending soonest

All Listings Auction Buy It Now

1-48 of 145 Results

Waterproof Dual USB 12V /24V Motorcycle Handlebar Charger Socket +Mounts 5V 3.1A (Fits: KTM)

$15.90
Was: ~~$19.39~~
Free shipping
or Best Offer
From China

Anodized Rotating Motorcycle Handlebar Riser 22mm 28mm Clamp for Yamaha Honda (Fits: KTM)

$55.99
Free shipping
From China

1x Motorcycle Scooter Bicycle Handlebar Brake Parking Safety Ramp Stop Lock Grip (Fits: KTM)

$9.35
Was: ~~$11.99~~
Free shipping
or Best Offer
From China

Motorcycle Hydraulic Rear Disc Brake Caliper w/ Master Cylinder Brake for Yamaha (Fits: KTM)

$35.69
Was: ~~$50.99~~
Free shipping
or Best Offer

7/8" 22mm Motorcycle Bikes ATVs Brake Clutch Lever Master Cylinder Reservoir Kit (Fits: KTM)

$70.88
Free shipping
or Best Offer
From China

Motorcycle Aluminum Alloy Tailbox Handrail Case Box Rear Seat Folding Armrest (Fits: KTM)

$67.99
Free shipping
or Best Offer
5 watching
From China

22MM Crosscountry Motorcycle CNC Balance Handlebar Separation Bar Strength Lever (Fits: KTM)

$67.85
Was: ~~$75.39~~
Free shipping
or Best Offer
From China

28MM Clamp Handlebar Handle Fat Bar For Dirt Bikes Motocross Motorcycle Off Road (Fits: KTM)

$46.01
Was: ~~$58.99~~
Free shipping
From China

6.5" LED Headlight Retro Motorcycle Racer Lamp 6000K Projector high / low Light (Fits: KTM)

$25.91
Was: ~~$32.39~~
$16.00 shipping
or Best Offer
From China

Aluminium Motorcycle Round Rear View Handlebar End Side Mirror Adjustable Mirror (Fits: KTM)

$19.79
From China

Was: $26.39
Free shipping

2PCS Motorcycle Scooter Turn Signal Flowing Water Tail Light 24 LED Patch Wicks (Fits: KTM)
$17.67
Was: $20.79
Free shipping
or Best Offer

From China

Smoke 30LED Motorcycle ATV Brake License Plate Tail Light Stop Running + Bracket (Fits: KTM)
$13.08
Was: $15.39
$6.00 shipping
or Best Offer

From China

12V Smoke Motorcycle Fender Lamp LED Brake Stop Rear Tail Turn Light ABS Yellow (Fits: KTM)
$22.66
Was: $26.66
Free shipping
or Best Offer

From China

Motorcycle Modified LED Brake Tail Light Signal Retro Universal Small Round Lamp (Fits: KTM)
$22.22
Free shipping

From China

10MM Screw Scooter Motorcycle Rearview Mirror Black Handle Bar Back Reflection (Fits: KTM)
$18.29
Was: $24.39
Free shipping
or Best Offer

From China

Motorcycle Carbon Fiber Style Tank Bag Hard Shell Bag Backpack 25L Waterproof (Fits: KTM)
$57.79
Was: $67.99
Free shipping
or Best Offer

From China

Motorcycle License Plate Mount LED Strobe Light Tail Brake Running Lamp+ Bracket (Fits: KTM)
$11.80
Was: $13.88
Free shipping
or Best Offer

From China

Bike Kickstand Side Stand Extension Enlarge Pad fit for Yamaha NMAX155 2016-2018 (Fits: KTM)
$17.56
Was: $20.66
Free shipping

From China

Motorcycle Bikes LED Real Time Speedometer LCD Digital Odometer For 2.4 Cylinder (Fits: KTM)
$115.22
Was: $135.55
Free shipping
or Best Offer
**3 watching**

From China

Carbon Fiber Color Motorcycle Bikes Exhaust Muffler Pipe Heat Shield Cover Guard (Fits: KTM)
$18.93 to $23.85
Was: $29.09
Free shipping

From China

Motorcycle Handlebar Front Brake Fix Lever Clutch Press ButtonPark Stop Switch (Fits: KTM)
$14.84
Was: $19.79
Free shipping
or Best Offer

From China

Motorcycle 10W High/low Beam LED Headlight Assembly Headlamp for KTM CRF XR WRF
$41.24
Was: $54.99
Free shipping

From China



4pcs Motorcycle Scooter Bike Led Turn Signal Light Waterproof Tail Running Lamps (Fits: KTM)
$23.29
Was: $29.11
Free shipping
or Best Offer

From China





Motorcycle Scooter Cover Rain Dust UV Waterproof Protect 210D Oxford PU Coating (Fits: KTM)

$30.99
Was: $37.79
Free shipping
or Best Offer

From China



Scooter PU Leather Motorcycle Seat Bag Luggage Storage Organizer Built Net Bag (Fits: KTM)

$18.52
Was: $24.69
Free shipping
or Best Offer

From China



Pair Universal Motorcycle Scooter Bikes CNC Aluminum Alloy Rearview Side Mirrors (Fits: KTM)

$44.92
Was: $57.59
Free shipping

From China



Motorcycle Exhaust Muffler Silencer Mid Connect Pipe for DUKE 125RC 390RC 17-19 (Fits: KTM)

$34.49
Was: $45.99
Free shipping
or Best Offer

From China



48.5/49.5MM Motorcycle CNC Gas Fuel Tank Cap Cover Valve Breather ATV for Honda (Fits: KTM)

$14.39
Was: $17.99
Free shipping

From China



6PCS Motorcycle Scooter Light Start Turn Signal High/low Beam Horn Switch Button (Fits: KTM)

$9.59
Was: $11.99
Free shipping

From China



2PCS Motorcycle Extension Fork Tube Mount Holder Spot Light Fog Bracket Support (Fits: KTM)

$19.19
Was: $23.99
Free shipping
or Best Offer

From China



9L/2.4 Gallon Vintage Motorcycle Cafe Racer Seat Fuel Gas Tank +Cap Switch Steel (Fits: KTM)

$234.22
Was: $275.55
Free shipping

From China



Motorcycle Modification Driving Passing Turn Signal Light Fog Lamp 10MM Screw (Fits: KTM)

$11.64
Was: $13.69
Free shipping

From China



Pair Adjust Motorcycle Retro Folding Pedal Metal Non-slip Back Foot Pegs 24-38mm (Fits: KTM)

$20.24
Was: $26.99
Free shipping
or Best Offer

From China



Motorcycle Kick Starter Lever Pedal Gear Lever Aluminum Alloy Adjustment Angle (Fits: KTM)

$19.04
Was: $25.39
Free shipping
or Best Offer

From China



Breathable Motorcycle Helmet Net Cushion Heat Insulation Head Lining Pad CoolMax (Fits: KTM)

$13.68
Free shipping
or Best Offer

From China



22MM Motorcycle Scooter Bikes Aluminum Square Rear View Side Mirror Universal (Fits: KTM)

$49.69
Free shipping
or Best Offer

From China

Washable Heat Insulation Seat Cover Cushion for Motorcycle Electric Vehicle Bike (Fits: KTM)

$11.79
Was: $14.74
Free shipping

From China

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

███
375 West Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███

Change

---

**Review item and shipping**

Seller: niagara_fal...  Edit message
Message:  Item Id: 114329274388  Buyer's Vehicle: KTM



Black Motorcycle Headlight with H4 Bulb Fit For KTM Honda Suzuki Dirt Pit Bikes

**$28.99**
~~$36.24~~

Quantity  1 ⌄

**Delivery**
Est. delivery: Dec 1 – Dec 18
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

Extra 5% off $20+

Offer applied: Extra 5% off $20+                    -$1.45

---

## Gift cards, coupons, eBay Bucks

Enter code:                         Apply

---

## Donate to charity (optional) ⓘ

North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount    None ⌄

---

| | |
|---|---|
| Subtotal (1 item) | $28.99 |
| Shipping | Free |
| Tax* | $1.72 |
| Discount | -$1.45 |

**Order total**    **$29.26**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**🔒 Confirm and pay**

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi | Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

ebay | Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

< Back to search results | Listed in category: | eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

✉ f ☷ 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle | Select Vehicle

🔥 **SAVE UP TO 9%** WHEN YOU BUY MORE



### Motorcycle CNC Handlebar Riser Top Cover For KTM DUKE 390 200 125 Black Orange

| | |
|---|---|
| Condition: | New |
| Compatibility | See compatible vehicles |
| Sale ends in: | **19h 28m 33s** |
| Color: | - Select - ⌄ |
| Bulk savings: | Buy 1 $37.39/ea   Buy 2 $35.15/ea   Buy 3 $34.77/ea |
| Quantity: | 1   4 or more for $34.02/ea |
| | 5 available |

Price: **US $37.39/ea**
US $43.99 (15% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping**   30-day returns   Longtime member

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Shanghai, China |
| | Ships to: Americas, Europe, Asia, Australia   See exclusions |
| Delivery: | ⓘ Estimated between **Tue. Dec. 1 and Fri. Dec. 18** ⓘ This item has an extended handling time and a delivery estimate **greater than 25 business days.** Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 💳 💳 |
| | **PayPal CREDIT** Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

Seller information
niagara_falls_us (1241 ⭐)
99.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell? | Sell now

### Similar sponsored items 1/2



Feedback on our suggestions

Motorcycle CNC Aluminum Handlebar Riser Top Cover...
$36.65
$38.99
Free shipping
New

Motorcycle Aluminum Handlebar Risers Orange...
$15.99
+ $3.50 shipping
New

Motorcycle Bikes Aluminum Handlebar Riser Top Cover...
$37.39
$43.99
Free shipping
New

CNC Motorcycle Handlebar Riser For KTM DUKE...
$16.99
Free shipping
New

Motorcycle Brake Clutch Levers & Handle Grips 1 Se...
$34.19
$35.99
+ $6.99 shipping
New

NEW Handlebar Bar Ends Hand Grips End Cap For...
$17.99
$19.99
Free shipping
New

### Sponsored items from this seller 1/2



Feedback on our suggestions



Hi ▾ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ▾ | My eBay ▾

**ebay** | Shop by category ▾ | [Search for anything] | All Categories ▾ | Search | Advanced

◂ Back to previous page | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work

✉ f 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle | Select Vehicle

🔴 **SAVE UP TO 9% WHEN YOU BUY MORE**



### Motorcycle 10W High/low Beam LED Headlight Assembly Headlamp for KTM CRF XR WRF

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 04d 18h 52m |
| Color: | White ▾ |

Bulk savings:

| Buy 1 $41.24/ea | Buy 2 $38.35/ea | Buy 3 $37.94/ea |
|---|---|---|

Quantity: [1] 4 or more for $37.53/ea

5 available

**Price:** US $41.24/ea
US $54.99 (25% off) ⓘ

Buy It Now

Add to cart

♡ Add to Watchlist

**Free shipping** | 30-day returns | Longtime member

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Shanghai, China |
| | Ships to: Americas, Europe, Asia, Australia | See exclusions |
| Delivery: | ★ Estimated between **Tue. Dec. 1 and Fri. Dec. 18** ⓘ This item has an extended handling time and a delivery estimate **greater than 25 business days.** Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA MasterCard 💳 DISCOVER |
| | **PayPal CREDIT** Special financing available. See terms and apply now |
| | ⬛ Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

$ **eBay Money Back Guarantee** Get the item you ordered or get your money back. Learn more

**Seller information**
niagara_falls_us (1241 ★)
99.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions



| 10W Motorcycle LED Headlight High/low Beam... | Universal Headlight Assemblies Headlamp Lig... | 10W High/low Beam LED Motorcycle Headlight... | Off-road 10W High/low Beam LED Motorcycle... | Motorbike 10W High/low Beam LED Motorcycle... | Motorcycle 10W High/low Beam LED Spotlights... |
|---|---|---|---|---|---|
| $41.24 | $20.04 | $41.24 | $41.24 | $41.24 | $41.24 |
| $54.99 | Free shipping | $54.99 | $54.99 | $54.99 | $54.99 |
| Free shipping | New | Free shipping | Free shipping | Free shipping | Free shipping |
| New | | New | New | New | New |

### Sponsored items from this seller 1/2

Feedback on our suggestions

Hello. Sign in or register   Daily Deals   Brand Outlet   Help & Contact     Sell   Watch List ⌄   My eBay ⌄   🔔   🛒

ebay    Shop by category ⌄   🔍 Search for anything    | All Categories ⌄ |   Search

‹ Back to previous page | Listed in category:   Vehicle Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Brake Levers    ✉ f 🐦 📌 | Watch this item

### People who viewed this item also viewed

 Adjust Folding Brake Clutch... £29.99 Free P&P

 Hydraulic Brake Clutch Master... £35.99 + £20.00 P&P

Hydraulic Brake Clutch Levers... £35.99 + £20.00 P&P

Hydraulic Brake Clutch Master... £35.99 + £20.00 P&P

For KTM 300 XC-W/SX/XC/EXC... £18.33 + £1.50 P&P

---

🔖 UP TO **10%** OFF WITH MULTI-BUY


Free Postage

Mouse over image to zoom



📷 Have one to sell? Sell it yourself

### Hydraulic Brake Clutch Master Cylinder Levers For KTM 125 150 SX XC-W 250 300 XC

| | |
|---|---|
| Condition: | New |
| Multi-buy: | **Buy 1** £35.99 each   Buy 2 £34.19 each   Buy 3 £33.11 each |
| Compatibility : | See compatible vehicles |
| Quantity: | 1  4 or more for £32.39 each |

10 available / 10 sold / See Feedback

Price: **£35.99 each**

**Buy it now**

**Add to basket**

♡ Watch this item

**100% buyer satisfaction** | 11 watchers | Free postage

nectar Collect 36 Nectar points Redeem your points | Conditions

| | |
|---|---|
| Postage: | **Free** Economy Delivery | See details |
| | International postage of items may be subject to customs processing and additional charges. ℹ |
| | Item location: Guangzhou, China |
| | Posts to: Worldwide See exclusions |
| Delivery: | Estimated between **Thu. 5 Nov.** and **Mon. 4 Jan.** |
| | Seller sends within 3 days after receiving cleared payment. ℹ Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal MasterCard VISA 🔲 AmericanExpress 🔲 Credit card (please contact seller) |
| Returns: | 30 days refund, buyer pays return postage | See details |

**Shop with confidence**

ⓔ eBay Money Back Guarantee Get the item you ordered or your money back. Learn more

**Seller information**
nice2boy (26106 ⭐)
99.8% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

---

### Sponsored items from this seller 1/2

Feedback on our suggestions



CNC Brake Clutch Master Cylinder Lever For KTM 50... £35.99 + £20.00 P&P

Pivot Brake Clutch Levers For KTM SX SX-F XC XC-F... £13.95 + £20.00 P&P

Brake Pedal Shift Gear Lever Tip for 125 150 SX KTM 250... £13.99 + £20.00 P&P

CNC Rear Lift Grab Handle Bar for KTM 125 150 250 35... £12.59 + £20.00 P&P

Universal Green Motorcycles 7/8" Brake... £37.99 £39.99 + £20.00 P&P

Brake Clutch Levers for Yamaha YBR125 YBR 125... £5.77 + £20.00 P&P

---

| Description | Postage and payments |    Report item

Seller assumes all responsibility for this listing.

eBay item number: 133232467465

Last updated on 05 Oct, 2020 19:11:25 BST View all revisions



## Compatibility

Please choose your vehicle's details for specific results.

| Make | Model | CCM | Submodel | Year | StreetName | |
|------|-------|-----|----------|------|-----------|--|
| -Select- | -Select- | -Select- | -Select- | -Select- | -Select- | Check compatibility |

Select your vehicle's Make and Name to see if your vehicle fits

This item fits with these vehicles:

[show all compatible vehicles]

| Notes | Make | Model | CCM | Submodel | Year | StreetName |
|-------|------|-------|-----|----------|------|-----------|
| | Husqvarna | FC | 250 | -- | 2015 | -- |
| | Husqvarna | FC | 250 | -- | 2014 | -- |
| | Husqvarna | FC | 350 | -- | 2015 | -- |
| | Husqvarna | FC | 350 | -- | 2014 | -- |
| | Husqvarna | FC | 450 | -- | 2015 | -- |
| | Husqvarna | FC | 450 | -- | 2014 | -- |
| | Husqvarna | FE | 250 | -- | 2016 | -- |
| | Husqvarna | FE | 250 | -- | 2015 | -- |
| | Husqvarna | FE | 250 | -- | 2014 | -- |
| | Husqvarna | FE | 350 | -- | 2016 | -- |
| | Husqvarna | FE | 350 | -- | 2015 | -- |
| | Husqvarna | FE | 350 | -- | 2014 | -- |
| | Husqvarna | FE | 450 | -- | 2016 | -- |
| | Husqvarna | FE | 450 | -- | 2015 | -- |
| | Husqvarna | FE | 450 | -- | 2014 | -- |
| | Husqvarna | FE | 501 | -- | 2016 | -- |
| | Husqvarna | FE | 501 | -- | 2015 | -- |
| | Husqvarna | FE | 501 | -- | 2014 | -- |
| | Husqvarna | FE | 701 | -- | 2016 | -- |
| | Husqvarna | FS | 450 | -- | 2015 | -- |

Page 1 of 7    ‹ 1 2 3 4 5 6 7 ›

Portions of the information contained in this table have been provided by nice2boy.

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened and undamaged item in original retail packaging (where packaging is applicable). If the item comes direct from a manufacturer, it may be delivered in non-retail packaging, such as a plain or unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | NiceCNC |
| Manufacturer Part Number: | Does not apply | Country/Region of Manufacture: | China |
| Intended Use: | Replacement Part | Type: | Levers Assembly For Hydraulic Brembo Brake Clutch Systems |
| Machine Type: | Off-Road Motorcycle | Material: | Aluminum |
| Colour: | Orange | Compatible Make: | KTM |
| Surface Finish: | CNC-Machined Anodized | EAN: | Does not apply |

## nice2boy

nice2boy (26106 ⭐) 99.8%

Visit shop: nice2boy

✉ Sign up for newsletter

Welcome



**Hydraulic Brake Clutch Master Cylinder Levers For KTM
125 150 SX XC-W 250 300 XC**







**Business seller information**

Guangzhou Luode Information Technology Co Ltd
Xiahua Huang
Room 303,No.20 Xizeng Road Liwan
510160 Guangzhou, Guangdong
China
▼ Phone: 15902007896
  Email: nice2boy201502@sina.com
**VAT number:** GB 334763393

**Returns policy**

| After receiving the item, cancel the purchase within | Return postage |
|---|---|
| 30 days | Buyer pays return postage |

Take a look at our Returning an item help page for more details. You're covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

The buyer is responsible for return postage costs.

| Return policy details |
|---|
| Returns accepted |

Most purchases from business sellers are protected by the Consumer Contract Regulations 2013 which give you the right to cancel the purchase within 14 days after the day you receive the item. Find out more about your rights as a buyer and exceptions.

**Sponsored items based on your recent views** 1/4                    Feedback on our suggestions


CNC Short Brake Clutch
Levers Handlebar Grips Se...
£21.99
+ £2.99 P&P
New


5D Short Adjustable
Motorcycle Brake Clutch...
£24.69
+ £2.99 P&P
New


Brake Clutch Levers
Handlebar Grips Set for...
£21.99
+ £2.99 P&P
Last one


Adjust Folding Brake Clutch
Levers Handle Grips Set fo...
£29.99
Free P&P
New


CNC Brake Clutch Master
Cylinder Lever For KTM 50...
£35.99
+ £20.00 P&P
Seller 99.8% positive


Brake Master Cylinder
Clutch Perch Levers For...
£28.99
Free P&P
New

## Explore more sponsored options: Colour

### Black                                    More


7/8" Motorcycle Master
Cylinder Hydraulic Brake...
£27.99
+ £0.99 P&P


22mm 7/8" Motorcycle
Handlebar Cylinder...
£25.99
+ £0.99 P&P


Foldable Extendable Brake
Clutch Levers for KTM...
£24.99
+ £2.00 P&P

### Gold


Long Brake Clutch Levers
For KTM 990 SMR/SMT...
£15.96
Free P&P


Long Brake Clutch Levers
For KTM 990 SMR/SMT...
£15.96
Free P&P


CNC Folding Brake Clutch
Levers for KTM Duke 390...
£23.98
Free P&P

### People who viewed this item also viewed 1/2                    Feedback on our suggestions


Adjust Folding Brake Clutch
Levers Handle Grips Set fo...
£29.99
Free P&P


Hydraulic Brake Clutch
Master Cylinder Levers For...
£35.99
+ £20.00 P&P


Hydraulic Brake Clutch
Levers Assembly for KTM...
£35.99
+ £20.00 P&P


Hydraulic Brake Clutch
Master Cylinder Levers For...
£35.99
+ £20.00 P&P


For KTM 300 XC-
W/SX/XC/EXC 2014-2019...
£18.33
+ £1.50 P&P
Almost gone


CNC Brake Clutch Master
Cylinder Lever For KTM 50...
£35.99
+ £20.00 P&P

### More from this seller 1/2                    Feedback on our suggestions


Hydraulic Brake Clutch
Master Cylinder Levers For...
£40.99
+ P&P


Hydraulic Brake Clutch
Levers Assembly for KTM...
£35.99
+ P&P


Hydraulic Brake Clutch
Master Cylinder Levers For...
£35.99
+ P&P


Hydraulic Brake Clutch
Master Cylinder Levers For...
£40.99
+ P&P


Hydraulic Brake Clutch
Levers Assembly for KTM...
£35.99
+ P&P


CNC Hydraulic Brake Clutch
Master Cylinder Levers For...
£40.99
+ P&P

Hello. Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watch List ⌄    My eBay ⌄



Shop by category ⌄

Search for anything      All Categories ⌄      **Search**      Advanced

‹ Back to previous page  | Listed in category:  Vehicle Parts & Accessories  ›  Motorcycle Parts  ›  Handlebars, Grips & Levers  ›  Brake Levers

| Watch this item

## People who viewed this item also viewed



| Adjust Folding Brake Clutch... £29.99 Free P&P | Hydraulic Brake Clutch Master... £35.99 + £20.00 P&P | Hydraulic Brake Clutch Levers... £35.99 + £20.00 P&P | Hydraulic Brake Clutch Master... £35.99 + £20.00 P&P | For KTM 300 XC-W/SX/XC/EXC... £18.33 + £1.50 P&P |

### UP TO 10% OFF WITH MULTI-BUY

Free postage



Mouse over image to zoom

  

🌱 Have one to sell? **Sell it yourself**

### Hydraulic Brake Clutch Master Cylinder Levers For KTM 125 150 SX XC-W 250 300 XC

Condition: New

Multi-buy:

| Buy 1 £35.99 each | Buy 2 £34.19 each | Buy 3 £33.11 each |

Compatibility: See compatible vehicles

Quantity: [ 1 ]   4 or more for £32.39 each

10 available

**10 sold** / See Feedback

Price: **£35.99 each**

**Buy it now**

**Add to basket**

♡ Watch this item

| **100% buyer satisfaction** | 11 watchers | Free postage |

🟣 nectar   Collect 36 Nectar points Redeem your points | Conditions

Postage: **Free** Economy Delivery | See details
International postage of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Posts to: Worldwide  See exclusions

Delivery: Estimated between **Thu. 5 Nov.** and **Mon. 4 Jan.** ⓘ
Seller sends within 3 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Payments: 💳 PayPal VISA 💳 💳   Credit card (please contact seller)

Returns: 30 days refund, buyer pays return postage | See details

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

**Seller information**
nice2boy (26106 ⭐)
99.8% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

## Sponsored items from this seller 1/2

Feedback on your suggestions

| CNC Brake Clutch Master Cylinder Lever For KTM 50... £35.99 + £20.00 P&P | Pivot Brake Clutch Levers For KTM SX SX-F XC XC-F... £13.95 + £20.00 P&P | Brake Pedal Shift Gear Lever Tip for 125 150 SX KTM 250... £13.99 + £20.00 P&P | CNC Rear Lift Grab Handle Bar for KTM 125 150 250 35... £12.59 + £20.00 P&P | Universal Green Motorcycles 7/8" Brake... £37.99 £39.99 + £20.00 P&P | Brake Clutch Levers for Yamaha YBR125 YBR 125... £5.77 + £20.00 P&P |

| Description | **Postage and payments** |

Report item

Seller assumes all responsibility for this listing.

### Postage and packaging

Item location: Guangzhou, China

Postage to: Worldwide

Excludes: Channel Islands, Isle of Man, Isle of Wight, Scilly Isles, Scottish Islands, Africa, Central America and Caribbean, Middle East, South America, American Samoa, Australia, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Philippines, Taiwan, Russian Federation, Albania, Andorra, Bosnia and Herzegovina, Gibraltar, Guernsey, Iceland, Jersey, Liechtenstein, Macedonia, Malta, Moldova, Monaco, Montenegro, San Marino, Serbia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan

Quantity: `1`   Change country: `United States`     **Get rates**

| Postage and packaging | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| **Free P&P** | Free | United States | Economy Delivery (Economy Shipping from China/Hong Kong/Taiwan to worldwide) | Estimated between **Thu. 5 Nov. and Mon. 4 Jan.** Seller sends within 3 days after receiving cleared payment. |
| £1.99 | Free | United States | Standard Delivery (Standard Shipping from China/Hong Kong/Taiwan to worldwide) | Estimated between **Fri. 30 Oct. and Wed. 25 Nov.** Seller sends within 3 days after receiving cleared payment. |
| £20.00 | £8.00 | United States | Express delivery (Expedited Shipping from China/Hong Kong/Taiwan to worldwide) | Estimated between **Fri. 23 Oct. and Fri. 30 Oct.** Seller sends within 3 days after receiving cleared payment. |

\* You'll see an estimated delivery date based on the seller's dispatch time and delivery service. Delivery times may vary, especially during peak periods and will depend on when your payment clears.

| Domestic dispatch time |
|---|
| Will usually dispatch within 3 working days of receiving cleared payment. |

### Payment details

| Payment methods |
|---|
|  Credit card (please contact seller) |

**Immediate payment required for this item.**
Immediate payment of £35.99 is required.

---

**Sponsored items based on your recent views** 1/4     Feedback on our suggestions


CNC Short Brake Clutch Levers Handlebar Grips Se...
£21.99
+ £2.99 P&P
New


5D Short Adjustable Motorcycle Brake Clutch...
£24.69
+ £2.99 P&P
New


Brake Clutch Levers Handlebar Grips Set for KT...
£21.99
+ £2.99 P&P
Last one


Adjust Folding Brake Clutch Levers Handle Grips Set fo...
£29.99
Free P&P
New


CNC Brake Clutch Master Cylinder Lever For KTM 50...
£35.99
+ £20.00 P&P
Seller 99.8% positive


Brake Master Cylinder Clutch Perch Levers For KT...
£28.99
Free P&P
New

### Explore more sponsored options: Colour

**Black**    More



7/8" Motorcycle Master Cylinder Hydraulic Brake...
£27.99
+ £0.99 P&P

22mm 7/8" Motorcycle Handlebar Cylinder...
£25.99
+ £0.99 P&P

Foldable Extendable Brake Clutch Levers for KTM...
£24.99
+ £2.00 P&P

**Gold**


Long Brake Clutch Levers For KTM 990 SMR/SMT...
£15.96
Free P&P


Long Brake Clutch Levers For KTM 990 SMR/SMT...
£15.96
Free P&P


CNC Folding Brake Clutch Levers for KTM Duke 390...
£23.98
Free P&P

---

**People who viewed this item also viewed** 1/2     Feedback on our suggestions



Hello. **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watch List ⌄   My eBay ⌄

**ebay**   Shop by category ⌄   | Search for anything | All Categories ⌄ |   **Search**   Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile



**nice2boy** (26106 ⭐✦) 💬 ⓘ

**Positive Feedback (last 12 months): 99.8%** ⓘ
Member since: 21-Sep-13 in China
**eBay Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
**Learn more**

**Member quick links**
Contact member
View items for sale
View seller's Shop

### Feedback ratings ⓘ

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 548 | 3952 | 6540 |
| ⚫ Neutral | 6 | 27 | 37 |
| 🔴 Negative | 2 | 7 | 15 |

### Detailed seller ratings ⓘ



Average for the last 12 months

| Accurate description | Reasonable postage cost |
|---|---|
| ⭐⭐⭐⭐⭐ (5764) | ⭐⭐⭐⭐⭐ (6097) |
| Delivery time | Communication |
| ⭐⭐⭐⭐⭐ (5785) | ⭐⭐⭐⭐⭐ (5843) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

15 Feedback received (viewing 1-15)

Revised Feedback: 74 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

| e.g. Vintage 1970's Gibson Guitars | 🔍 |

Rating type: Negative (15) ⌄   Period: 12 months ⌄



| FEEDBACK | From | WHEN |
|---|---|---|
| 🔴 **object not adaptable and function uncertain.**<br>For Suzuki TS 50 75 90 125 185 250 400 Motorcycle Turn Signal Flasher Relay 6V (#133510225218) | Buyer: c***_ (12⭐)<br>£5.69 | Past month<br>Reciprocal Feedback |
| Reply by nice2boy. Left in past month.<br>Offer exchange if item any problem, prefer communication. | | |
| 🔴 **I fitted this item, clutch adjuster screw bent immediately, messaged no reply**<br>Motorcycle 22mm Short Stunt Clutch Lever Cable Performance Easy Pull Left Lever (#133224822919) | Buyer: r***r (40⭐)<br>£18.80 | Past month<br>Reciprocal Feedback |
| Reply by nice2boy. Left within past month.<br>Offer exchange if item any problem, prefer communication. | | |
| 🔴 **Not valid for z 750**<br>Black Radiator Grill Grille Guard Cover For Kawasaki Z800 13-16 Z1000 Z750 07-16 (#133346035360) | Buyer: 1***a (22⭐)<br>£16.99 | Past 6 months<br>Reciprocal Feedback |
| Reply by nice2boy. Left within past 6 months.<br>Offer solution if parts did not fit · prefer communication | | |
| 🔴 **Wrong item received not as described, communication poor and irrelevant**<br>25mm Black Handlebar Riser Spacer Moves Bar Up Kit For Kawasaki ZX-14R ZZR1400 (#133222117505) | Buyer: i***k (220⭐)<br>£29.44 | Past 6 months<br>Reciprocal Feedback |
| Reply by nice2boy. Left within past 6 months.<br>We accept return if there is any problem, always offer solution. | | |

ⓘ Detailed item information is not available for the following items because the Feedback is over 90 days old.

| 🔴 **waste**<br>Driver Side Right Wing Mirror Cap Cover Case Trim Ring For BMW X5 E53 2000-2006 (#143425162492) | Buyer: s***u (1608⭐)<br>£7.75 | Past 6 months<br>Reciprocal Feedback |
|---|---|---|
| Reply by nice2boy. Left within past 6 months.<br>We accept return if part is not fit, always offer solution. | | |
| 🔴 **Wrong size bad description poor seller**<br>CNC Oil Filler Cap For Aprilia Shiver Dorsoduro 750 RSV Mille R SP RS250 (#133219804346) | Buyer: e***b (136⭐)<br>£5.11 | Past 6 months<br>Reciprocal Feedback |
| Reply by nice2boy. Left within past 6 months.<br>Offer solution if parts did not fit · prefer communication | | |

Comment?



Hello. Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watch List My eBay

Shop by category Search for anything All Categories Search

nice2boy (26106)
99.8% positive Feedback

Save

Items for sale Visit Shop Contact

Based in China, nice2boy has been an eBay member since 21 Sep, 2013

Feedback ratings

See all Feedback

| | | |
|---|---|---|
| ★★★★★ | 5,764 | Item as described |
| ★★★★★ | 5,843 | Communication |
| ★★★★★ | 5,785 | Dispatch time |
| ★★★★★ | 6,097 | Postage |

| Positive | Neutral | Negative |
|---|---|---|
| 6,540 | 37 | 15 |

Feedback from the last 12 months

A+ perfect description
12 Oct, 2020

**501** Followers | **0** Reviews | Member since: **21 Sep, 2013** | China

About eBay Announcements Community Safety Centre Resolution Centre Seller Centre VeRO: Protecting Intellectual Property Policies Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

Norton SECURED

Hello, **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watch List ▾    My eBay ▾

    Shop by category ▾    🔍 Search for anything    | All Categories ▾ |    **Search**    Advanced

eBay  ›  eBay Shops  ›  nice2boy



**nice2boy**
501 followers | nice2boy (26106 ⭐) 99.8%

Welcome to my eBay Store. Please add me to your list of favourite sellers and visit often. Thank you for your business.

♡ **Save this seller**    **Contact seller**

| Category | |
| --- | --- |

All

Motorcycle Parts & Accessories
Car Parts & Accessories
Handlebars,Grips & Levers
Lighting
Bodywork & Frame Parts
Home & Garden
Scooter Parts
LED Light Bulbs
Big Sale Daily Auction £ £ £
ATV UTV Part
Dirt Bike & Motocross Parts
KTM Parts
Honda Parts
Yamaha Parts
Kawasaki Parts
Suzuki Parts
BMW Parts
Street & Scooter Parts
STREET MOTORCYCLE PART
LED Light Strip
Motoycycle/off road Gear
Other

**Condition**    see all
☐ New

**Price**
☐ Under £12.00
☐ £12.00 to £25.00
☐ Over £25.00
£ [  ] - £ [  ] ›

**Buying format**    see all
◉ All listings
○ Best Offer
○ Auction
○ Buy it now
○ Classified Ads

**Item location**    see all
◉ Default
○ UK Only
○ European Union
○ Worldwide

**Delivery options**    see all
☐ Free postage
☐ Free Click & Collect

**Show only**    see all

🔍 Search this shop    **Search**    Time: ending soonest ▾    ⊞▾

All listings    Auction    **Buy it now**

1-48 of 30,943 results





LED License Number Plate Light Fit VW Touran Caddy for Passat For Skoda Superb I
£7.99    From China
£24.00 postage

LED Number Plate Light License Lamp Fit VW Caddy for Golf Plus for Jetta 2006+
£7.99    From China
£24.00 postage

2x 880 LED Car Fog Light Bulbs 100W DRL Lamps White Daytime Running Light 6000K
£13.99    From China
£20.00 postage

1 Set of 4Pcs Lift Kit ATV Silver For Yamaha Grizzly 350 400 450 550 700
£12.16    From China
£20.00 postage

For Kawasaki Yamaha Suzuki Handlebar Hydraulic Brake & Clutch Master Cylinder
£12.98    From China
£20.00 postage

Shift Control Cable For 7081342 7081680 Polaris RZR 800 2008-2012 2013
£15.19    From China
£20.00 postage

Rear Lowering Kit For 2004-2013 Yamaha Raptor 350 660 660R 700 700R YFM700
£17.81    From China
£20.00 postage

Piston Set Pin Rings Clips 66.5mm For 1988-2005 2006 Yamaha Blaster 200 YFS200
£15.19    From China
£20.00 postage

For 1988-2006 Yamaha Blaster YFS200 67.5mm Piston Pin Rings Clips Kit Oversize

- [ ] Returns accepted
- [ ] Completed items
- [ ] Sold items
- [ ] Deals & savings
- [ ] Authorised seller
- [ ] Authenticity verified

More refinements...

£28.79
£20.00 postage

From China

Piston Pin Rings Clips Gasket For 1988-2005 2006 Yamaha Blaster 200 YFS200
£20.73
£20.00 postage

From China

Front Rear Wheel Axle Slider Fork Crash Protector For Suzuki GSX-S 1000FT 1000FZ
£30.34
Was: £32.98
£20.00 postage

From China

48mm Front Fork Knob Adjuster For KTM SX 125 144 150 200 250 380 SXF 250 350 450
£6.99
£20.00 postage

From China

Front Fork Knob Adjuster For KTM EXC-F 250 350 450 EXC 125 200 250 500 Orange
£6.99
£20.00 postage

From China

48mm Front Fork Knob Adjuster For KTM 690 Supermoto 690 SMC 690 Enduro 690 Duke
£6.99
£20.00 postage

From China

CNC 48mm Front Fork Knob Adjuster For Husaberg Husqvarna TE FE TC FC FX Blue
£6.99
£20.00 postage

From China

Radiator Fan Sensor Thermostat For Honda Big Ruckus Helix Reflex #37750-PC1-004
£6.49
£20.00 postage

From China

Radiator Fan Sensor Thermostat For Honda Elite 250 CH250 1985-1990 37750-PC1-004
£6.49
£20.00 postage

From China

Rear Lowering Kit For 2004-13 Yamaha Raptor 700R 660R 700 YFM700 Raptor 350 YFM
£19.43
£20.00 postage

From China

0° 3AN Brake Hose Banjo Bolt Connector for Braided PTFE Oil Line Fuil Hose
£5.46
£20.00 postage

From China

Stainless Steel 3AN Banjo Bolt Connector Fitting Adapter for Braided PTFE Hose
£5.49
£20.00 postage

From China

Staright 3AN Brake Hose Banjo Fitting Adapter for Motorcycle Braided PTFE Hose
£5.49
£20.00 postage

From China

2x H8 LED Angel Eyes Marker Halo Headlight Bulbs Fit BMW E70 E71 E82 E88 E84 E89
£21.59
£20.00 postage

From China

10/16/2020



2x Angel Eyes H8 LED Headlight Marker Halo Bulbs Fit For BMW E90 E91 E60 E61 E63

£21.59
£20.00 postage

From China



NiceCNC Rear Axle Spindle Chain Adjuster Blocks Kit For Yamaha YZ450F 10-20 250F

£8.99
(£8.99/Unit)
£20.00 postage

From China



Rear Axle Blocks Spindle Chain Adjuster Clamp For Yamaha YZ450F 10-20 YZ 250F

£8.99
(£8.99/Unit)
£20.00 postage

From China



Front Fork Guard Bolts Screw For Yamaha YZ 125 250 250F 450F WR 250F 450F 250R/X

£5.99
£20.00 postage

From China



2 Stroke Exhaust Collar For Husaberg TE 250 300 TE 250 TE 300 Blue 2013-2014

£11.99
£20.00 postage

From China



Fork Guard Bolts For Yamaha YZ 65 85 125 125X 250 250F 250X 250FX YZ 450F 450FX

£5.59
£20.00 postage

From China



CNC Anodized Rearsets Foot Pegs Footrests For KTM Duke 125 200 250 390 2018-2020

£105.99
£20.00 postage

From China



PVC Car Trunk Rear Bumper Protector Corner Guard Scratch Sticker Self-Adhesive

£2.68
£20.00 postage

From China



8M Rubber Weatherstrip Seal Strip D Shape For Car Truck Door Windscreen Window

£11.99
£20.00 postage
or Best Offer

From China



Carbon Fiber Black Wing Door Mirror Cover Cap For BMW E90 E91 3 Series 2005-2008

£32.99
£20.00 postage

From China



Auto Car Rear Bumper Sill Protector Plate Trim Strip Cover Carbon Fiber Sticker

£2.68
£20.00 postage
52 sold

From China



Car Interior LED Cold Light Strip Accessories 5M 12V For Audi A3 A4 A5 S3 S5 TT

£5.23
£20.00 postage

From China



Carbon Fiber Car Rear Bumper Protector Sill Scuff Sticker For VW Ford Skoda Audi

£7.59
(£7.59/Unit)
£20.00 postage

From China



FITS FORD FOCUS MK2 RIGHT BLACK SIDE DOOR WING MIRROR COVER CAP CASING TRIM

£6.99
£20.00 postage

From China

10/16/2020

Hello, Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watch List ▾    My eBay ▾

ebay    Shop by category ▾    [Search for anything]    All Categories ▾    **Search**    Advanced

eBay › eBay Shops › nice2boy





### nice2boy
501 followers | nice2boy (26106 ⭐) 99.8%

Welcome to my eBay Store. Please add me to your list of favourite sellers and visit often. Thank you for your business.

♡ Save this seller    Contact seller

**Category**

All

Motorcycle Parts & Accessories

Handlebars,Grips & Levers

Dirt Bike & Motocross Parts

KTM Parts

Other

**Brand**    see all

**Condition**    see all
☐ New

**Price**
☐ Under £12.00
☐ £12.00 to £25.00
☐ Over £25.00
£ [    ] - £ [    ] ›

**Buying format**    see all
◉ All listings
○ Best Offer
○ Auction
○ Buy it now
○ Classified Ads

**Item location**    see all
◉ Default
○ UK Only
○ European Union
○ Worldwide

**Delivery options**    see all
☐ Free postage
☐ Free Click & Collect

**Show only**    see all
☐ Returns accepted
☐ Completed items
☐ Sold items
☐ Deals & savings
☐ Authorised seller
☐ Authenticity verified

**More refinements...**

[ktm brake lever]    Search

Time: ending soonest ▾    ⊞

All listings | Auction | Buy it now

1-48 of 129 results



Rear Brake Lever Pedal For KTM SX-F 250 350 450 16-20 EXC-F 250 350 450 17-20 (Fits: KTM)
£37.99
(£37.99/Unit)
£20.00 postage    From China

Rear Brake Lever Pedal For Husqvarna TX125 FX 350 450 FE 250 350 450 501 17-20 (Fits: KTM)
£37.99
(£37.99/Unit)
£20.00 postage    From China

CNC Hydraulic Brake Cable Clutch Lever Set 22mm For Honda CR 80R 85R 125R 250R (Fits: KTM)
£27.99
£20.00 postage    From China

Hydraulic Brake Cable Clutch Lever Set For Honda CRF 125F 150R 250R 230F 250X (Fits: KTM)
£27.99
£20.00 postage    From China

Hydraulic Brake Cable Clutch Lever Set For Honda XR 230 400 MOTARD CBR 250R 300R (Fits: KTM)
£27.99
£20.00 postage    From China

Hydraulic Brake Cable Clutch Lever For Yamaha YZ 80 85 125 250 YZ250F 426F 450F (Fits: KTM)
£27.99
£20.00 postage    From China

Hydraulic Brake Cable Clutch Lever For Yamaha WR250F WR450F WR 250R 250X TTR250 (Fits: KTM)
£27.99
£20.00 postage    From China

Hydraulic Brake Cable Clutch Lever For Kawasaki KX65 KX85 KX 125 250 250F 450F (Fits: KTM)
£27.99
£20.00 postage    From China

Hydraulic Brake Cable Clutch Lever For Kawasaki KLX 125 150S 250 KLX450R KFX450R (Fits: KTM)

 **Checkout**

How do you like our checkout? <u>Tell us what you think</u>

## Pay with

○ **PayPal**

○ **PayPal CREDIT** ⌄

○ Credit or debit card



○ Other: Card payment by phone/in-person ⌄

**Post to**

███████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
███████
<u>Change</u>

### Review item and postage

Seller: nice2boy | <u>Message to seller</u>

 Hydraulic Brake Clutch Master Cylinder Levers For KTM
125 150 SX XC-W 250 300 XC
**£35.99**

Quantity [ 1 ⌄ ]

**Postage**

● Est. delivery: 5 Nov – 4 Jan
Economy Shipping from China/Hong Kong/Taiwan to
worldwide
**Free**

○ Est. delivery: 30 Oct – 25 Nov
Standard Shipping from China/Hong Kong/Taiwan to
worldwide
**£1.99**

○ Est. delivery: 23 – 30 Oct
Expedited Shipping from China/Hong Kong/Taiwan to
worldwide
**£20.00**

### Add vouchers

Enter code: [_____] [ Apply ]

### Donate to charity (optional) ⓘ
**The Stephen Lawrence Charitable Trust**
Donate £1 to help us create a fairer, more inclusive society and transform the lives of young
people today.

Select amount [ None ⌄ ]

| Subtotal (1 item) | £35.99 |
|---|---|
| Postage | Free |
| Tax* | £2.25 |
| **Order total** | **£38.24** |

*We're required by law to collect sales tax and applicable fees
for certain tax authorities. <u>Learn more</u>

🔒 Confirm and pay

**Select a payment option**

 MONEY BACK GUARANTEE
<u>See details</u>

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



Hello. Sign in or register    Daily Deals    Brand Outlet    Help & Contact        Sell   Watch List ∨   My eBay ∨



Shop by category ∨   Search for anything    All Categories ∨   **Search**

‹ Back to previous page | Listed in category:   Vehicle Parts & Accessories > Motorcycle Parts > Brakes & Brake Parts > Other Brake Parts

⚑ Watch this item

🚩 UP TO **10%** OFF WITH MULTI-BUY



     

Mouse over image to zoom

Have one to sell? **Sell it yourself**

### Fork Air Bleeders For KTM SX 250 SX-F 250 350 450 XC 250 300 XC-F 350 450 17-19

Condition: **New**

Multi-buy:
| Buy 1 £7.49 each | Buy 2 £7.12 each | Buy 3 £6.89 each |

Compatibility: See compatible vehicles

Quantity: [ 1 ]   4 or more for £6.74 each

9 available / 1 sold

Price: **£7.49 each**

**Buy it now**

**Add to basket**

♡ Watch this item

| Long-time member | Free postage | 30-day returns |

 Collect **7** Nectar points Redeem your points | Conditions

Postage: **Free** Economy Delivery | See details
International postage of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Posts to: Worldwide See exclusions

Delivery: Estimated between **Fri. 6 Nov.** and **Tue. 5 Jan.**
Seller sends within 3 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Payments: 

Returns: 30 days refund, buyer pays return postage | See details

#### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

**Seller information**
nice2boy (26143 ⭐)
99.8% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

✉ f 🐦 P | ⚑ Watch this item

### Similar sponsored items 1/2

Feedback on our suggestions



2x Motorcycle Fork Guards For KTM SX SXF XC XC-F...
£16.80
+ £2.50 P&P
New

🇺🇸 USA - US Citizen eBay Seller



48mm Fork Seal Driver Tool KTM XC XC-W XCF SX SX...
£19.06
~~£22.42~~
+ £4.64 P&P
Seller 100% positive

Rear Brake Pedal Step Plate Tip For KTM EXC EXCF XC...
£12.32
Free P&P
New



Front Brake/Clutch Reservoir Cover For KTM...
£9.99
+ £0.99 P&P
New



Rear Brake Reservoir Extension Cap For KTM...
£16.04
Free P&P
New



Anodized Orange Rear Disc Brake Guard For KTM SX...
£13.98
Free P&P
Seller 99.2% positive

### Sponsored items from this seller 1/2

Feedback on our suggestions

Hello, Sign in or register     Daily Deals    Brand Outlet    Help & Contact

Sell    Watch List ˅    My eBay ˅

**ebay**

Shop by category ˅

Search for anything    All Categories ˅    **Search**    Advanced

‹ Back to previous page  |  Listed in category:    Vehicle Parts & Accessories  ›  Motorcycle Tuning & Styling

Watch this item

⚑ UP TO **10%** OFF WITH MULTI-BUY



Free postage

FREE *Mirror Hole Block Cover Plug*

Mouse over image to zoom

‹  ›

🔍 Have one to sell?  Sell it yourself

### Hydraulic Brake Cable Clutch Lever Set For Honda CRF 125F 150R 250R 230F 250X

Condition:  New

Compatibility:  See compatible vehicles

Colour:  Black ˅

Multi-buy:
| Buy 1 £27.99 each | Buy 2 £26.59 each | Buy 3 £25.75 each |

Quantity:  1    4 or more for £25.19 each

10 available

Price:  **£27.99 each**

**Buy it now**

Add to basket

♡ Watch this item

Long-time member    Free postage    30-day returns

nectar  Collect 28 Nectar points  Redeem your points | Conditions

Postage:  **Free** Economy Delivery | See details
International postage of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Posts to: Worldwide  See exclusions

Delivery:  Estimated between **Thu. 5 Nov. and Mon. 4 Jan.**
Seller sends within 3 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  mastercard  VISA  💳  AMEX

Returns:  30 days refund, buyer pays return postage |  See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

**Seller information**
nice2boy (26106 ⭐)
99.8% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

---

Sponsored items from this seller 1/2                    Feedback on our suggestions



‹ ›

Hydraulic Brake Clutch Lever Reservoir For Yamah...
**£37.99**
£39.99
+ £20.00 P&P

Exhaust Pipe Heat Shield Cover Heel Guard For...
**£9.49**
£9.99
+ £20.00 P&P

Black Brake Clutch Cylinder Reservoir Covers For Hond...
**£15.85**
+ £20.00 P&P

Rearset M10 x 1.25 Hydraulic Brake Light Switch For...
**£4.49**
+ £20.00 P&P

Hydraulic Brake Clutch Master Cylinder Levers For...
**£35.99**
+ £20.00 P&P

Carburetor Repair Rebuild Set Kit For Honda Rebel25...
**£7.59**
+ £20.00 P&P

---

Description | Postage and payments

Report item

Seller assumes all responsibility for this listing.

Last updated on  13 Oct, 2020 11:09:42 BST  View all revisions

eBay item number:  **133389353337**

### Compatibility
Please choose your vehicle's details for specific results.

| Make | Model | CCM | Submodel | Year | StreetName | |
|---|---|---|---|---|---|---|
| KTM ˅ | -Select- ˅ | -Select- ˅ | -Select- ˅ | -Select- ˅ | -Select- ˅ | Check compatibility |

This item fits 40 version(s) of the KTM:
Please check that your vehicle is in the list and that there are **no** restrictions for your vehicle in the notes.

[show all compatible vehicles]

| Notes | Make | Model | CCM | Submodel | Year | StreetName |
|---|---|---|---|---|---|---|



‹ Back to previous page | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Engine Cooling > Radiator Guards



Stainless Radiator Guard Protection Grille KTM 1290 Super Duke R / GT 14-19 BLK

Condition: New

Bulk savings:
| Buy 1 $35.98/ea | Buy 2 $34.18/ea | Buy 3 $33.82/ea |

Compatibility: See compatible vehicles

Quantity: 1
3 available / 4 sold

Price: US $35.98/ea

**Buy It Now**
**Add to cart**

Best Offer: **Make Offer**
♡ Add to Watchlist

Limited quantity remaining | More than 56% sold | 30-day returns

Shipping: $6.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide See exclusions

Delivery: Estimated between **Fri. Nov. 13 and Thu. Dec. 3**
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover
PayPal CREDIT
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
nightcats_12 (812 ★)
99.3% Positive feedback
♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell? **Sell now**

### Similar sponsored items 1/2
Feedback on our suggestions



Top Radiator Guard Protector Grille Cover For...
$37.79
$41.99
Free shipping
Seller 99.2% positive

Radiator Protection Grille Guard KTM 1290 Super Du...
$35.98
+ $6.99 shipping
Last one

Radiator Protection Grille Radiator Guard For KTM...
$32.30
$35.89
Free shipping
New

Motor radiator guard/radiator grill For KT...
$43.19
$47.99
Free shipping
Last one

CNC Grille Cover Radiator Guard Protector For KTM...
$39.93
$44.37
Free shipping
New

Motorcycle radiator guard/radiator grill For KT...
$41.39
$45.99
Free shipping
New

### Sponsored items from this seller 1/2
Feedback on our suggestions

     


| Radiator Protection Grille Radiator Guard KTM 1290... | Radiator Guard Protection Grille For KTM 1050 1090... | Radiator Guard Grill For KTM 1090 1190 Adventure /R 12... | Radiator Guard Protector For KTM 1050 1090 1190... | Aluminum Rear Chain Guard Cover For KTM ADV 1050... | CNC Handlebar Clamp Handlebar Mount for KTM... |
|---|---|---|---|---|---|
| $35.98 | $34.35 | $34.35 | $34.35 | $19.45 | $14.99 |
| + $6.99 shipping | + $6.99 shipping | + $6.99 shipping | + $6.99 shipping | + $6.99 shipping | + $2.99 shipping |

**Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: **163606704535**

Last updated on Oct 08, 2020 05:59:45 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- ∨ | -Select- ∨ | -Select- ∨ | -Select- ∨ | Go |

[show all compatible vehicles]

✓ This part is compatible with 9 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2018 | KTM | 1290 | Super Duke GT |
| | 2018 | KTM | 1290 | Super Duke R |
| | 2017 | KTM | 1290 | Super Duke GT |
| | 2017 | KTM | 1290 | Super Duke R |
| | 2016 | KTM | 1290 | Super Duke R |
| | 2016 | KTM | 1290 | Super Duke R Special Edition |
| | 2015 | KTM | 1290 | Super Duke R |
| | 2014 | KTM | 1290 | Super Duke |
| | 2014 | KTM | 1290 | Super Duke R |

Portions of the information contained in this table have been provided by nightcats_12

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Fit: | KTM |
| Warranty: | 6 Month | Compatible Vehicles: | KTM 1290 Super Duke R 14-19, Super Duke GT 16-19 |
| Manufacturer Part Number: | Does Not Apply | Color: | Black |
| Placement on Vehicle: | Front | Brand: | Unbranded |
| UPC: | Does not apply | | |

### NC Parts Mart

nightcats_12 (812 ★)  99.3%

Visit Store:  NC Parts Mart

🔔 Sign up for newsletter

### Categories

eBay Motors  ›

Business & Industrial  ›



Stainless Radiator Guard Protection Grill For KTM 1290 Super Duke R GT 14-19 BLK





Product Description

**Stainless Radiator Guard Protection Grill For KTM 1290 Super Duke R GT 14-19 BLK**

**Features:**

- Protects your vulnerable and expensive cooling system
- Avoid damage of serious impact from a stone or any other road debris
- Laser-cut stainless steel grid construction
- Easy to install

**Specification:**

- Condition: Aftermarket 100% Brand New
- Material: Stainless Steel
- Color: **Black / As Picture Shown**

**Package Includes:**

- **1x** Radiator Protection Guard
- Installation Instructions Not Included

**Fitment:**

**KTM 1290 Super Duke R 2014-2019** (Do Not Fits Adventure models)
**KTM 1290 Super Duke GT 2016-2019**

Payment

We only accept PayPal on eBay! Please make sure you have a valid PayPal account before bidding. this means yo
assured your order will be with you ASAP after your purchase.

Delivery details

All items will be checked before packing. For your security we only despatch your order to the address you p
PayPal. The items you ordered will be shipped out in 1-2 business day by China post Air Mail or USPS inter
with a tracking number when your payment is done and cleared. The arrival time is 10-20 business days to
usually.

ATTENTION INTERNATIONAL BUYERS We are not responsible for any costs incurred do to import taxes i
country. Please keep this in mind while browsing in our eBay store.

| AREA | SHIPPING TERMS | SHIPPING TIME |
|---|---|---|
| USA | SpeedPAK | 8-18 DAYS |
| | EXPRESS(UPS/TNT/EMS/FEDEX) | 3-7 DAYS |
| RUSSIA | CHINA POST AIR MAIL | 15-21 DAYS |
| UK | | |
| | SpeedPAK | 7-10 DAYS |
| CANADA | | |
| AUSTRALIA | EXPRESS(UPS/TNT/EMS/FEDEX) | 3-7 DAYS |
| ASIA | CHINA POST AIR MAIL | 10-25 DAYS |
| | EXPRESS(UPS/TNT/EMS/FEDEX) | 3-7 DAYS |
| EUROPE | SpeedPAK | 15-21 DAYS |
| | EXPRESS(UPS/TNT/EMS/FEDEX) | 3-7 DAYS |
| SOUTH AMERICA | CHINA POST AIR MAIL | 40-90 DAYS |
| AFRICA | | |
| MIDDLE EAST | EXPRESS(UPS/TNT/EMS/FEDEX) | 7- 15DAYS |

Terms of sales

**"We want you to be 100% happy with your purchase and offer a 30 day "no quibble" guarantee"**

If you do not receive the item in the scheduled time, or the purchase is not suitable, please kindly get back to us for a soluti

**Without communication, PLEASE:**

**1, DO NOT open any case in Resolution Center;**

**2, DO NOT leave any neutral or negative feedback;**

### About us

Welcome to the Nightcats_12 Official Ebay Store! Try our best to service every rider all over the world is our target !!!!

• Wholesaler of motorcycle,ATV and UTV Performance Parts

• Powerful partner factory guarantees the best price for you

• Professional team to take care of your order

• Large inventory ready to Ship

• 30 Day Money Back Guarantee

### Contact us

Please check this listing page carefully as the answer is usually there. If not, please feel free to contact us through eBay lin
hardest to reply within one working day.Please check you spam mail if no response for 48 hours.

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction



---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions


For 2014-2018 KTM RC390
RC 390 Frame Slider Crash...
$54.85
+ $6.99 shipping
Seller 99.3% positive


For KTM 125 Duke 200 Duke
390 Duke Left & Right...
$37.85
+ $6.99 shipping
Seller 99.3% positive


For 2014-2016 KTM 1290
Super Duke R Motorcycle...
$302.48
$318.40
+ $20.99 shipping
New


Dual-outlet for 2014-2016
KTM 1290 Super Duke R...
$231.72
$243.92
+ $20.99 shipping
New


Radiator Protection Grille
Guard KTM 1290 Super Du...
$35.98
+ $6.99 shipping
Last one

Radiator Protection Grille
Radiator Guard KTM 1290...
$35.98
+ $6.99 shipping
Seller 99.3% positive

---

### More from this seller 1/2

Feedback on our suggestions


Radiator Protection Grille
Radiator Guard KTM 1290...
$35.98
+ shipping


Radiator Guard Protection
Grille For KTM 1050 1090...
$34.35
+ shipping


Radiator Guard Grill For KTM
1090 1190 Adventure /R 12...
$34.35
+ shipping


Radiator Guard For KTM 390
Duke 2013-2018 Radiator...
$36.68
+ shipping


Radiator Guard Protector
For KTM 1050 1090 1190...
$34.35
+ shipping


CNC Handlebar Clamp
Handlebar Mount for KTM...
$14.99
+ shipping



10/22/2020



Hi ▮▮    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔 ⁶    🛒



**ebay**    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

‹ Back to previous page    | Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Engine Cooling  ›  Radiator Guards    ✉ f 🐦 📌 | Add to Watchlist

ⓘ  Check if this part fits your vehicle    Select Vehicle

🏷 SAVE UP TO **7%** WHEN YOU BUY MORE





‹ | ▢ ▢ ▢ ▢ | ›

$ Have one to sell?  **Sell now**

### Stainless Radiator Guard Protection Grille KTM 1290 Super Duke R / GT 14-19 BLK

| Condition: | New |
|---|---|

Bulk savings:

| Buy 1 $35.98/ea | Buy 2 $34.18/ea | Buy 3 $33.82/ea |
|---|---|---|

Compatibility    See compatible vehicles

Quantity:  [ 1 ]

3 available / 4 sold

Price:  **US $35.98/ea**

  **Buy It Now**

**Add to cart**

Best Offer:  **Make Offer**

♡ Add to Watchlist

**Limited quantity remaining**  |  More than 56% sold  |  30-day returns

Shipping:  $6.99  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide  See exclusions

Delivery:  ⏱ Estimated between **Fri. Nov. 13 and Thu. Dec. 3** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  🔲  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available.  |  See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  30 day Buyer pays for return shipping | See details



**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
nightcats_12 (812 ⭐)
99.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2    Feedback on our suggestions

          

| Top Radiator Guard Protector Grille Cover For... | Radiator Protection Grille Guard KTM 1290 Super Du... | Radiator Protection Grille Radiator Guard For KTM... | Motor radiator guard/radiator grill For KT... | CNC Grille Cover Radiator Guard Protector For KTM... | Motorcycle radiator guard/radiator grill For KT... |
|---|---|---|---|---|---|
| $37.79 | $35.98 | $32.30 | $43.19 | $39.93 | $41.39 |
| $41.99 | + $6.99 shipping | $35.89 | $47.99 | $44.37 | $45.99 |
| Free shipping | Last one | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.2% positive | | New | Last one | New | New |

---

Sponsored items from this seller 1/2    Feedback on our suggestions









| Radiator Protection Grille Radiator Guard KTM 1290... | Radiator Guard Protection Grille For KTM 1050 1090... | Radiator Guard Grill For KTM 1090 1190 Adventure /R 12... | Radiator Guard Protector For KTM 1050 1090 1190... | Aluminum Rear Chain Guard Cover For KTM ADV 1050... | CNC Handlebar Clamp Handlebar Mount for KTM... |
|---|---|---|---|---|---|
| $35.98 | $34.35 | $34.35 | $34.35 | $19.45 | $14.99 |
| + $6.99 shipping | + $6.99 shipping | + $6.99 shipping | + $6.99 shipping | + $6.99 shipping | + $2.99 shipping |



| Description | **Shipping and payments** | | | | Report item |
|---|---|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Shenzhen, China**

Shipping to: Worldwide

Excludes: Bermuda, Greenland, Saint Pierre and Miquelon

Quantity: `1`     Change country: United States ▾     ZIP Code: `60440`     Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $6.99 | US $4.50 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Fri. Nov. 13 and Thu. Dec. 3** |
| US $37.50 | US $15.00 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Thu. Oct. 29 and Thu. Nov. 5** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | | Return shipping |
|---|---|---|
| 30 days | | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|

### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/4     Feedback on our suggestions



# Feedback profile

eBay MONEY BACK GUARANTEE

**nightcats_12** (812 ★)

**Positive Feedback (last 12 months):** 99.3%
**Member since:** Dec-20-15 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

### Member Quick Links
Contact member
View items for sale
View seller's Store

## Feedback ratings

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 14 | 99 | 154 |
| ⬤ Neutral | 0 | 1 | 1 |
| ➖ Negative | 0 | 1 | 1 |

## Detailed seller ratings

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (141) | ★★★★★ (145) |
| Shipping speed | Communication |
| ★★★★★ (139) | ★★★★★ (142) |

| All received Feedback | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

1 Feedback received (viewing 1-1)

Revised Feedback: 1 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1)
Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ The order was placed on June 27 and today, August 23, my article still does not<br>For KTM Duke 125 200 390 Duke CNC Frame Slider Crash Protector (No Fairing Cut)<br>(#163709924626) | Buyer: 2***e (95★)<br>US $37.85 (Best offer was accepted) | Past 6 months<br>Reciprocal feedback |

**Page 1 of 1**

← **1** →

### Member Quick Links
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Norton SECURED



nightcats_12 (812★)
99.3% positive feedback

🏴 Items for sale | 🏬 Visit store | ✉ Contact

♡ Save

Based in China, nightcats_12 has been an eBay member since Dec 20, 2015

**Feedback ratings** ⓘ

| ★★★★★ | 141 | Item as described | | ➕ 154 | ⚫ 1 | ➖ 1 |
| ★★★★★ | 142 | Communication | | Positive | Neutral | Negative |
| ★★★★★ | 139 | Shipping time | | | | |
| ★★★★★ | 145 | Shipping charges | | | Feedback from the last 12 months | |

See all feedback

➕ Cap fits loose
Oct 19, 2020

● ● ● ● ●

7 Followers | 0 Reviews | Member since: **Dec 20, 2015** | 📍 China

## Items for sale(274)

See all items







| Red CNC Oil Fil... | Radiator Protec... | Stainless Radia... | Headlight Head ... | Front Brake Res... |
| US $24.99   1d left | US $35.98   2d left | US $35.98   2d left | US $27.00   2d left | US $7.50   3d left |

About eBay  Announcements  Community  Security Center  Resolution Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 5

ebay Shop by category Search for anything All Categories Search Advanced

eBay › eBay Stores › NC Parts Mart

# NC Parts Mart

7 followers | nightcats_12 (812 ★) 99.3%

Welcome to T-Wheels Motor! Follow us to make your speed up and looks sexy!

Save this seller

**Category**

All

eBay Motors

Parts & Accessories

Show More

**Condition** see all

- New

**Price**

- Under $15.00
- $15.00 to $35.00
- Over $35.00

$ - $

**Buying Format** see all

- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

- Default
- Within

100 mile of 60440

- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free Shipping
- Free In-store Pickup

**Show only** see all

- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Guarantee

**More refinements...**

Search this Store Search Time: newly listed

All Listings | Auction | Buy It Now

1-48 of 229 Results

For Yamaha XT600 XT600E XT600Z TT600 XT500 Carburetor Carb Intake Manifold Boots

$15.50
$2.99 shipping
or Best Offer
From China
Seller: nightcats_12 (802) 99.3%

Front Brake Reservoir Cap For CRF250R CRF450R CR125R CR250R CR85R CRF150R 230F

$7.88
$2.99 shipping
or Best Offer
From China
Seller: nightcats_12 (802) 99.3%

Front Rear Brake Discs Disks Rotors Honda CR 125R 250R CRF250R/X CRF450R/X 02-14

$49.75
$6.99 shipping
From China
Seller: nightcats_12 (802) 99.3%

Radiator Guard Protection Grille for KTM 1050/1090/1190 Adventure 1290 Super ADV

$34.35 to $35.35
$6.99 shipping
From China
Seller: nightcats_12 (802) 99.3%

ABS Plastic Frame Guard Covers For Honda CRF250L /M CRF250L Rally 2012-2020 RED

$21.99
$2.99 shipping
or Best Offer
From China
Seller: nightcats_12 (802) 99.3%

CNC Billet Water Pump Cover For Honda CRF250L /M CRF250L Rally / ABS 2012-2020

$23.50
$2.99 shipping
or Best Offer
8 watching
From China
Seller: nightcats_12 (802) 99.3%

Swingarm Guard Protection Cover For Honda CRF250L /M CRF250L Rally 2012-2020 RED

$38.99
$6.99 shipping
or Best Offer
From China
Seller: nightcats_12 (802) 99.3%

Brake Reservoir Extender W/ Cap For Husqvarna TC 125 250 FC FE 250 350 450 501

$15.00
$2.99 shipping
or Best Offer
From China
Seller: nightcats_12 (802) 99.3%

Front Fork Rear Frame Slider Crash Protectors For KTM RC 390 RC 250 RC 200 RC125

$16.35
$2.99 shipping
6 watching
From China
Seller: nightcats_12 (802) 99.3%

100x Machines Car Motorcycles ATV UTV Copper Crush Washers Seal Spacers M12

$26.85
From China

10/22/2020



$2.99 shipping
or Best Offer

Seller: nightcats_12 (802) 99.3%

100x M12 Copper Crush Washers Seal Spacers For Car Motorcycles ATV UTV Machines



**$26.50**
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (810) 99.3%

Rear Brake Master Cylinder Fits Yamaha YFM350X Warrior 350 1987-2002 2003 2004



**$16.50**
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (810) 99.3%

CNC Rear Brake Reservoir Cap for KTM 125 Duke 200 Duke 390 Duke RC250 RC390



**$7.99**
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (804) 99.3%

Frame Guard Protection Cover for Kawasaki KLX250 250 D-Tracker/X 1993-2017 Green



**$21.50**
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (804) 99.3%

HandleBar Risers Handlebar Mounts for KTM SX SX-F EXC EXC-F XC XCW XCF-W Orange



**$23.50**
$6.99 shipping
or Best Offer

From China
Seller: nightcats_12 (803) 99.3%

27-47mm Dirt Bikes ATV Exhaust Muffler Wash Plug for Kawasaki KX KLX KDX KXF KFX



**$4.15**
$1.99 shipping
or Best Offer

From China
Seller: nightcats_12 (802) 99.3%

ABS Frame Guard Protection Cover for Kawasaki KLX250 KLX 250 D-Tracker 1993-2017



**$21.50**
$2.99 shipping
or Best Offer
Only 2 left

From China
Seller: nightcats_12 (802) 99.3%

Rear Brake Fluid Cover Reservoir Cap for KTM 125 200 390 Duke RC 200 RC250 RC390



**$7.15**
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (802) 99.3%

For Yamaha Breeze YFA1 Grizzly 125 YFM125 Carburetor Joint Intake Manifold Boot



**$9.99**
$2.99 shipping

From China
Seller: nightcats_12 (802) 99.3%

Intake Manifold Boot Joint Carburetor For Yamaha Warrior YFM350 YFM 350 87-04



**$7.50**
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%

Red CNC Rear Wheel Collar Wheel Spacers For Honda CRF250L/M CRF250RL Rally 12-17



**$11.88**
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (802) 99.3%

Red CNC Front Wheel Spacer Axle Collar For Honda CRF250L/M CRF250RL Rally 12-16



**$11.88**
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (802) 99.3%

Radiator Guard Grill For KTM 1090 1190 Adventure /R 1290 Super Adventure 13-18



**$34.35**
$6.99 shipping
or Best Offer

From China
Seller: nightcats_12 (802) 99.3%

S-size Dirt Bikes MX Motocross ATV Exhaust Muffler Silencer Wash Plug -Orange



$3.50
$1.99 shipping

From China
Seller: nightcats_12 (802) 99.3%

Carb Intake Manifold Carburetor Boots Honder Insulator For Honda CBR600RR 03-06



$14.50
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (802) 99.3%

Universal Motorcycle Dirt Bike ATV Exhaust Muffler Silencer Wash Plug M-Size BLK



$4.15
$1.99 shipping
or Best Offer

From China
Seller: nightcats_12 (802) 99.3%

Exhaust Muffler Silencer Wash Plug for Dirt Bikes MX Motocross ATV Black



$3.50
$1.99 shipping

From China
Seller: nightcats_12 (802) 99.3%

Exhaust Muffler Silencer Wash Plug for Dirt Bikes Motocross ATV Red M Size



$4.15
$1.99 shipping
2 watching

From China
Seller: nightcats_12 (802) 99.3%

Off Road Dirt Bike ATV Muffler Exhaust Wash Plug for KTM 4-Stroke Orange 27-47mm



$4.15
$1.99 shipping
4 watching

From China
Seller: nightcats_12 (802) 99.3%

Exhaust Muffler Silencer Wash Plug for Dirtbikes Trails MX Motocross ATV RED S



$3.35
$1.99 shipping

From China
Seller: nightcats_12 (802) 99.3%

1 1/8" HandleBar Riser Sport HandleBar Mount Clamps for KTM Dirt Bike Motocross



$23.50
$6.99 shipping
or Best Offer

From China
Seller: nightcats_12 (802) 99.3%

Carb. Carburetor Boot Joint For Yamaha Bear Tracker 250 YFM250 4XE-13586-00-00



$12.50
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (802) 99.3%

For Yamaha Bear Tracker 250 YFM250X 99-04 Intake Manifold Carburetor Boot Joint



$12.50
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%

Carburetor boot HONDA 69-76 CB750K FOUR,75-76 CB750F SUPER SPORT 17253-341-300



$24.50
$2.99 shipping

From China
Seller: nightcats_12 (807) 99.3%

Carburetor Intake Manifold Boot Set For Honda CB750F/K 79-82 CB750SC Nighthawk



$16.50
$2.99 shipping
or Best Offer
11 sold

From China
Seller: nightcats_12 (807) 99.3%

LED Tail Light Brake Lamp Signal Light for Yamaha MT09 MT-09 FZ09 FJ09 2014-2016



$34.50
$2.99 shipping

From China
Seller: nightcats_12 (807) 99.3%

Front Rear Brake Disc Brake Rotors For Honda CR125R CR250R CRF250 CRF450 02-14

$46.50
$6.99 shipping

From China
Seller: nightcats_12 (807) 99.3%

Hi ▮ ▾    Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ▾   My eBay ▾   🔔 0   🛒



Shop by category ▾    🔍 Search for anything   | All Categories ▾   **Search**    Advanced

eBay › eBay Stores › NC Parts Mart

## NC Parts Mart

7 followers | nightcats_12 (812 ★) 99.3%

Welcome to T-Wheels Motor! Follow us to make your speed up and looks sexy!

♡ Save this seller

### Category

**All**

eBay Motors
   Parts & Accessories

**Condition**    see all
☐ New

**Price**
☐ Under $8.00
☐ $8.00 to $15.00
☐ Over $15.00
$ ▢ − $ ▢ ›

**Buying Format**    see all
◉ All Listings
○ Best Offer
○ Auction
○ Buy It Now
○ Classified Ads

**Item Location**    see all
◉ Default
○ Within
   100 mi ▾ of 60440
○ US Only
○ North America
○ Worldwide

**Delivery Options**    see all
☐ Free Shipping
☐ Free In-store Pickup

**Show only**    see all
☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Guarantee

More refinements...

---

ktm    |   **Search**        Time: newly listed ▾   ⊞ ▾

All Listings   Auction   Buy It Now

1-48 of 73 Results





**Radiator Guard Protection Grille for KTM 1050/1090/1190 Adventure 1290 Super ADV (Fits: KTM)**
$34.35 to $35.35
$6.99 shipping
From China
Seller: nightcats_12 (802) 99.3%

**Brake Reservoir Extender W/ Cap For Husqvarna TC 125 250 FC FE 250 350 450 501 (Fits: KTM)**
$15.00
$2.99 shipping
or Best Offer
From China
Seller: nightcats_12 (802) 99.3%

**Front Fork Rear Frame Slider Crash Protectors For KTM RC 390 RC 250 RC 200 RC125 (Fits: KTM)**
$16.35
$2.99 shipping
6 watching
From China
Seller: nightcats_12 (802) 99.3%



**CNC Rear Brake Reservoir Cap for KTM 125 Duke 200 Duke 390 Duke RC250 RC390 (Fits: KTM)**
$7.99
$2.99 shipping
or Best Offer
From China
Seller: nightcats_12 (804) 99.3%



**HandleBar Risers Handlebar Mounts for KTM SX SX-F EXC EXC-F XC XCW XCF-W Orange (Fits: KTM)**
$23.50
$6.99 shipping
or Best Offer
From China
Seller: nightcats_12 (803) 99.3%

**27-47mm Dirt Bikes ATV Exhaust Muffler Wash Plug for Kawasaki KX KLX KDX KXF KFX (Fits: KTM)**
$4.15
$1.99 shipping
or Best Offer
From China
Seller: nightcats_12 (802) 99.3%



**Rear Brake Fluid Cover Reservoir Cap for KTM 125 200 390 Duke RC 200 RC250 RC390 (Fits: KTM)**
$7.15
$2.99 shipping
or Best Offer
From China
Seller: nightcats_12 (802) 99.3%



**Radiator Guard Grill For KTM 1090 1190 Adventure /R 1290 Super Adventure 13-18 (Fits: KTM)**
$34.35
$6.99 shipping
or Best Offer
From China
Seller: nightcats_12 (802) 99.3%

**S-size Dirt Bikes MX Motocross ATV Exhaust Muffler Silencer Wash Plug -Orange (Fits: KTM)**
$3.50
$1.99 shipping
From China
Seller: nightcats_12 (802) 99.3%



**Universal Motorcycle Dirt Bike ATV Exhaust Muffler Silencer Wash Plug M-Size BLK (Fits: KTM)**
$4.15
From China

10/22/2020



$1.99 shipping
or Best Offer

Seller: nightcats_12 (802) 99.3%

Exhaust Muffler Silencer Wash Plug for Dirt Bikes MX Motocross ATV Black (Fits: KTM)



**$3.50**
$1.99 shipping

From China
Seller: nightcats_12 (802) 99.3%

Exhaust Muffler Silencer Wash Plug for Dirt Bikes Motocross ATV Red M Size (Fits: KTM)



**$4.15**
$1.99 shipping
2 watching

From China
Seller: nightcats_12 (802) 99.3%

Off Road Dirt Bike ATV Muffler Exhaust Wash Plug for KTM 4-Stroke Orange 27-47mm (Fits: KTM)



**$4.15**
$1.99 shipping
4 watching

From China
Seller: nightcats_12 (802) 99.3%

Exhaust Muffler Silencer Wash Plug for Dirtbikes Trails MX Motocross ATV RED S (Fits: KTM)



**$3.35**
$1.99 shipping

From China
Seller: nightcats_12 (802) 99.3%

1 1/8" HandleBar Riser Sport HandleBar Mount Clamps for KTM Dirt Bike Motocross (Fits: KTM)



**$23.50**
$6.99 shipping
or Best Offer

From China
Seller: nightcats_12 (802) 99.3%

Rear Brake Disc Rotor Fits KTM Dirtbike Motocross 125 250 300 350 450 500 530 (Fits: KTM)



**$17.50**
$6.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%

M Size Exhaust Pipe Muffler Wash Plug for DirtBike ATV YZ WR CRFKXF RMZ SX EXC (Fits: KTM)



**$4.15**
$1.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%

CNC Handlebar Clamp Handlebar Mount for KTM 125 Duke 200 Duke 390 Duke Orange (Fits: KTM)



**$14.99**
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%

Front Brake Fluid Reservoir Cover Cap for KTM Duke 125 200 390 RC 200 250 390 (Fits: KTM)



**$7.85**
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%

For KTM 125 Duke 200 Duke 390 Duke Left & Right Frame Slider Crash Protectors (Fits: KTM)



**$37.85**
$6.99 shipping
or Best Offer
11 watching

From China
Seller: nightcats_12 (809) 99.3%

Orange CNC Brake Clutch Lever for KTM 400 500 530 EXC XC-W SIX DAYS 525 EXC-R (Fits: KTM)



**$21.89**
$2.99 shipping
or Best Offer
2 watching

From China
Seller: nightcats_12 (807) 99.3%

Orange Dirt Bike ATV Bike 4-Stroke Muffler Exhaust Wash Plug 33-62mm for KTM



**$4.95**
$1.99 shipping

From China
Seller: nightcats_12 (809) 99.3%

For KTM Duke 125 200 390 Duke CNC Frame Slider Crash Protector (No Fairing Cut) (Fits: KTM)



**$37.85**
$6.99 shipping
or Best Offer
30 watching

From China
Seller: nightcats_12 (809) 99.3%

Kickstand Side Stand Extension Pad Plate for KTM 125 200 390 690 950 990 Duke RC (Fits: KTM)



$8.99
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%



Radiator Guard Protection Grille For KTM 1050 1090 1190 1290 Adventure/Super ADV (Fits: KTM)

$34.35
$6.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%

Radiator Guard Protector For KTM 1050 1090 1190 Adventure 1290 Super ADV R/S/T (Fits: KTM)

$34.35
$6.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%



For 2014-2019 KTM 1290 Super Duke R/ GT Radiator Guard Protection Grille (Fits: KTM)

$35.98
$6.99 shipping
6 watching

From China
Seller: nightcats_12 (807) 99.3%



Aluminum Rear Chain Guard Cover For KTM ADV 1050 1090 1190 1290 Adventure 13-18 (Fits: KTM)

$19.45
$6.99 shipping
or Best Offer
2 watching

From China
Seller: nightcats_12 (807) 99.3%



Rear Chain Guard For KTM ADV 1050 1090 1190 Adventure 1290 Super Adventure 13-18 (Fits: KTM)

$19.45
$6.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%



M5x0.8 Dirt Bikes Fork Bleeder Relief Valve Set for CR CRF KX KXF RM RMZ YZF WRF (Fits: KTM)

$6.49
$2.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%



Headlight Head Lamp Light StreetFighter for Dirt Bikes EXC FE WR KX XR CRFX DRZ (Fits: KTM)

$27.00
$2.99 shipping
or Best Offer
6 watching

From China
Seller: nightcats_12 (807) 99.3%



Stainless Radiator Guard Protection Grille KTM 1290 Super Duke R / GT 14-19 BLK (Fits: KTM)

$35.98
$6.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%



Radiator Protection Grille Radiator Guard KTM 1290 Super Duke R GT 2014-2018 19 (Fits: KTM)

$35.98
$6.99 shipping
or Best Offer

From China
Seller: nightcats_12 (807) 99.3%



Front Fork & Rear Frame Slider Crash Protectors KTM 125 200 250 390 DUKE 11-18 (Fits: KTM)

$19.35
$4.99 shipping
or Best Offer
10 watching

From China
Seller: nightcats_12 (807) 99.3%



CNC Crash Protectors Frame Slider Kit For KTM RC390 RC 390 2014-2018 (Fits: KTM)

$65.98
$6.99 shipping
or Best Offer
31 sold

From China
Seller: nightcats_12 (809) 99.3%



Frame Slider Kit Crash Protectors Bobbins For KTM 390 RC390 2014-2018 15 16 17 (Fits: KTM)

$54.85
$6.99 shipping
or Best Offer
22 watching

From China
Seller: nightcats_12 (807) 99.3%



For 2014-2018 KTM RC390 RC 390 Frame Slider Crash Protectors Left & Right No-CUT (Fits: KTM)

$54.85
$6.99 shipping
or Best Offer
7 watching

From China
Seller: nightcats_12 (807) 99.3%

 **Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ 🟦 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ Other: Card payment by phone/in-person ⌄



**Ship to**
███ ███
375 West Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███ ███
Change

**Review item and shipping**

Seller: nightcats_12    Edit message
Message: Item id: 163606704535 Buyer's Vehicle: KTM

Stainless Radiator Guard Protection Grille KTM 1290 Super Duke R / GT 14-19 BLK
**$35.98**

Quantity [ 1 ⌄ ]

**Delivery**



◉ Est. delivery: Nov 13 – Dec 3
Standard SpeedPAK from China/Hong Kong/Taiwan
**$6.99**

○ Est. delivery: Oct 29 – Nov 5
Expedited Shipping from China/Hong Kong/Taiwan to worldwide
**$37.50**

### Gift cards, coupons, eBay Bucks

Enter code: [_____]    [ Apply ]

### Donate to charity (optional) ⓘ
North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount [ None ⌄ ]

---

| Subtotal (1 item) | $35.98 |
|---|---|
| Shipping | $6.99 |
| Tax* | $2.69 |

**Order total**    **$45.66**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



10/22/2020

Hi ▮▮▮    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄    🔔⁵    🛒

**ebay**    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

← Back to previous page | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work        ✉ f 🐦 P | Add to Watchlist

✓ This fits a KTM    Select Year

### Front Fork & Rear Frame Slider Crash Protectors KTM 125 200 250 390 DUKE 11-18

| Condition: | New |
|---|---|
| Compatibility: | See compatible vehicles |
| Quantity: | 1    4 available / 5 sold |

Price: **US $19.35**

**Buy It Now**

**Add to cart**

Best Offer:    **Make Offer**

♡ **Add to Watchlist**

<span style="color:red">Limited quantity remaining</span>    More than 55% sold    30-day returns

| Shipping: | $4.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
|---|---|---|

International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide

| Delivery: | ★ Estimated between **Fri. Nov. 13** and **Thu. Dec. 3** ⓘ |
|---|---|

Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

| Payments: | PayPal VISA 💳 💳 💳 |
|---|---|

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | 30 day Buyer pays for return shipping | See details |
|---|---|---|

#### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
nightcats_12 (812 ★)
99.3% Positive feedback

↳ Save this Seller
↳ Contact seller
↳ Visit store
↳ See other items

$ Have one to sell?    **Sell now**

---

## Similar sponsored items 1/2                    Feedback on our suggestions



| Front Brake Caliper Protector Cover For KTM R... | Front Fork & Rear Frame Slider Crash Protectors Kit... | For KTM Duke 390 250 200 125 Duke CNC Frame Slide... | 4PCS NEW Frame Slider Protector For KTM DUKE... | Front Rear Fork Wheel Frame Slider Crash... | Front Axle Fork Sliders Crash Protection Pads For... |
|---|---|---|---|---|---|
| $18.35 | $20.46 | $37.85 | $21.59 | $15.43 | $19.49 |
| ~~$23.79~~ | ~~$21.54~~ | + $6.99 shipping | ~~$23.99~~ | ~~$17.53~~ | Free shipping |
| + $0.99 shipping | Free shipping | Seller 99.4% positive | Free shipping | + $1.99 shipping | Seller 99.7% positive |
| New | New | | New | Seller 99.2% positive | |

---

## Sponsored items from this seller 1/2                    Feedback on our suggestions



Case: 1:20-cv-06677 Document #: 1-1 Filed: 11/10/20 Page 334 of 400 PageID #:883

Hi ▬ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄ | 🔔⁶ | 🛒

**ebay**

Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

📧 📘 🐦 📌 | Add to Watchlist

◁ Back to previous page | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✓ This fits a KTM | Select Year

🏷 SAVE UP TO **10%** WHEN YOU BUY MORE





### For 2014-2018 KTM RC390 RC 390 Frame Slider Crash Protectors Left & Right No-CUT



Condition: New

Bulk savings:
| Buy 1 $54.85/ea | Buy 2 $52.11/ea | Buy 3 $51.01/ea |

Compatibility: See compatible vehicles

Quantity: 1

3 available / 3 sold



Price: **US $54.85/ea**

**Buy It Now**

**Add to cart**

Best Offer: **Make Offer**

♡ Add to Watchlist



**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
nightcats_12 (812 ⭐)
99.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

More than 49% sold | 30-day returns | Longtime member

Shipping: $6.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide See exclusions

Delivery: ⚡ Estimated between **Fri. Nov. 13 and Thu. Dec. 3** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 💳 💳
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details



---

Similar sponsored items 1/2 | Feedback on our suggestions



Left & Right Side Frame Slider Crash Protectors For...
$51.29
$53.99
+ $9.00 shipping
New

Frame Slider Kit Crash Protectors Bobbins For KT...
$54.85
+ $6.99 shipping
Seller 99.3% positive

Rear Tail Tidy / Fender Eliminator Kit For KTM RC...
$16.26
$24.99
Free shipping
New

For KTM 390 Duke 2013 2014-2019 CNC Frame...
$46.99
Free shipping
Seller 99.6% positive

Front Brake Caliper Protector Cover For KTM R...
$18.35
$23.99
+ $0.99 shipping
New

Motor License Plate Bracket Holder&Turn Signal For kt...
$35.09
$38.99
Free shipping
New

---

Sponsored items from this seller 1/2 | Feedback on our suggestions



Hi ▮▮▮▮ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄ | 🔔 | 🛒

ebay | Shop by category ⌄ | [Search for anything] | All Categories ⌄ | Search | Advanced

‹ Back to search results | Listed in category: Clothing, Shoes & Accessories > Men > Men's Clothing > Shirts > T-Shirts

✉ f 🐦 📌 | Add to Watchlist



$ Have one to sell? | Sell now

### Hot New Shirt KTM Ready To Race logo graphic T shirt

| | |
|---|---|
| Condition: | New without tags |
| | " If you request color other than black please contact us first " |
| Size Type: | Regular ⌄ |
| Size (Men's): | - Select - ⌄ |
| Colour: | - Select - ⌄ |
| Quantity: | [1] 1 available / 2 sold |
| Price: | US $16.99 |

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

30-day returns | Longtime member

| | |
|---|---|
| Shipping: | $4.50 Economy Shipping from outside US | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Nanjing, China |
| | Ships to: Worldwide See exclusions |
| Delivery: | ⊡ Estimated between **Wed. Oct. 28 and Thu. Dec. 24** ⓘ |
| | Please note the delivery estimate is **greater than 12 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA ●● ●● DISCOVER |
| | PayPal CREDIT |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day returns. Buyer pays for return shipping | See details |

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
ninid.c2dfnq4 (104 ★)
85.7% Positive feedback

♡ Save this Seller
Contact seller
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions



| KTM Racing Motocross MX SX Logo Race Tee T-Shirt | KTM T-SHIRT Ready to Race Inspired Motorcycles Size ... | Hot Wheels Logo - Graphic Cotton T Shirt Short & Lon... | KTM READY TO RACE MOTORBIKE TSHIRT... | HARLEY DAVIDSON LOGO GRAPHIC, SHORT SLEEVE ... | New Fashion Yamaha Racing Logo Graphic Printed Cre... |
|---|---|---|---|---|---|
| $14.00 | $13.80 | $17.95 | $9.02 | $20.99 | $13.99 |
| Free shipping | + $5.95 shipping | Free shipping | + $21.55 shipping | + $5.99 shipping | + $3.98 shipping |
| New | New | Seller 991% positive | Seller 99.9% positive | New | Seller 99.8% positive |

---

### Frequently Bought Together

Feedback on our suggestions





**Red Bull KTM Hat**

$44.99
Free shipping



**OEM Brand New Aprilia Team Gresini Racing Polo...**

$85.00
+ $6.40 shipping

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 283554250732

Last updated on **Sep 25, 2020 20:57:48 PDT** View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | **New without tags :** ⓘ | | |
| Seller Notes: | "If you request color other than black please contact us first" | | |
| Material: | 100% Cotton | Sleeve Length: | Short Sleeve |
| Color: | Multicolor | Brand: | Gildan |
| Style: | Basic Tee | | |

Feedback

# PRODUCT DETAILS :

### PLEASE READ CORRECTLY

**Our great t-shirt is made of 100% preshrunk cotton from biggest and number one "TEXTILE FACTORY ", high-quality and softstyle cotton. Standard fit.**
**Our t-shirt will be printed using high performance digital printing technology in full color with durable photo quality reproduction.**
**4.5 oz. 100% Softstyle Cotton, Standard Fit, High Quality**
**Very Comfortable and Looks Great with a pair of Jeans**
**Never worn, brand new and factory sealed.**
**Sealed in plastic wrap.**

**HOW TO ORDER :**

Available size : S, M, L, XL, and 2XL.

### To Choose t shirt size



| Size | S | M | L | XL | 2XL | 3XL |
|---|---|---|---|---|---|---|
| MeasureA(inch) | 28.3 | 28.9 | 29.7 | 30.7 | 32.3 | 32.9 |
| MeasureB(inch) | 18.1 | 20.3 | 22 | 24.2 | 26.8 | 28 |

**PLEASE READ BEFORE CHOOSE YOUR T SHIRT SIZE :**

**We have 2 warehouse with different t shirt measurement**

Men's Gildan T-shirt (USA Size)

Sizes : S,M, L, XL, 2XL, 3XL

**Standard American Size**

Material : 100% cotton gildan t-shirt

We are not work on Saturday and Sunday.

### SHIPPING AND HANDLING :

The items will shipped within 2 to 3 days after payment received.

Shipping times for USA Address Standart Shipping it takes 11 - 23 business days USA shipment by UPS or USPS

Shipping times for Outside USA Address (Worldwide) it takes 15 - 30 business days for shipment by Registered Post Mail.

Sometimes, it takes up to 30 business days.

Please be patient when awaiting shipment (TRACKING NUMBER AVAILABLE)

**PAYMENT :**

We only accept paypal for payment.

**FEEDBACK :**

We are appreciated positive feedback from our buyers. I just started my ebay business, so Positive Feedback was very important for me.
If you not satisfied with our product and services please do not leave negative/neutral feedback before Give us an opportunity to resolve the problem first.

**RETURN POLICY :**
we can issue you a full refund if the items was not delivered or the items was damage due the shipment process.

**CONTACT US :**
If you have any question, please feel a free to contact me .We will answer your questions at the same day.

Thank you.

Money Back Guarante

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions







KTM T-SHIRT Ready to Race
Inspired Motorcycles T-shi...
$13.99
+ $5.99 shipping
New



NEW KTM Ready To Race T-
Shirt Biker Motorcycle Rid...
$24.99
+ $3.00 shipping
New



KTM Mens R2R Tee Orange
Cotton T-Shirt New "Ready...
$25.79
+ $19.86 shipping
Seller 99.9% positive



RedBull KTM Shirt M
$27.99
Free shipping
Last one



Primitive x Dragon Ball Z
Men's Shadow Vegeta Sho...
$33.95
Free shipping
Seller 99.7% positive



KTM READY TO RACE
MOTORBIKE TSHIRT...
$9.02
+ $21.55 shipping
Seller 99.9% positive

## Explore more sponsored options: Brand

KTM



RedBull KTM Shirt L
$27.99
Free shipping
Last one



T Shirt KTM Red Bull Factory
Raicing Team Motorcycle...
$32.23
+ $11.61 shipping



T Shirt KTM Tee Racing
Team Top Alpinestars...
$38.68
+ $11.60 shipping



T Shirt KTM Motorex
Michelin Man Racing Team...
$41.26
+ $11.60 shipping



KTM Mens Emphasis Tee
Short Sleeve Stretch Black...
$38.68
+ $19.86 shipping
Last one

## People who viewed this item also viewed 1/2

Feedback on our suggestions



KTM Racing Motocross MX
SX Logo Race Tee T-Shirt
$14.00
Free shipping
Popular



KTM T-SHIRT Ready to Race
Inspired Motorcycles Size ...
$13.80
+ $5.95 shipping



KTM T-SHIRT Ready to Race
Inspired Motorcycles T-shi...
$13.99
+ $5.99 shipping



Red Bull KTM Racing Team
Logo T-Shirt, Mens
$27.69
Free shipping



Ready To Race KTM Mens T
Shirts Funny Old Man...
$12.89
+ $7.73 shipping



KTM Racing Motorcycle
Motorbikes SuperCross M...
$9.49
+ $2.99 shipping

Back to search results

More to explore :   Nike Logo T Shirt In Men's T-Shirts,   Logo T-Shirts for Men,   Ysl Logo Shirt In Men's T-Shirts,   Logo 7 Cotton T-Shirts for Men with Graphic Print,
Hot Wheels T-Shirts for Men with Graphic Print,   Graphic Tee Men's T-Shirts,   Hot Wheels T-Shirts for Men,   Hot Topic Men's T-Shirts,   Hot Leathers Men's T-Shirts,   Vintage Hot Rod T Shirt

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Feedback




Hi ▓▓▓▓ ▾    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ▾    My eBay ▾

ebay    Shop by category ▾    [Search for anything]   All Categories ▾   **Search**   Advanced

‹ Back to search results | Listed in category:   Clothing, Shoes & Accessories > Men > Men's Clothing > Shirts > T-Shirts

    ✉ f 🐦 P | Add to Watchlist



## Hot New Shirt KTM Ready To Race logo graphic T shirt

| | |
|---|---|
| Condition: | New without tags |
| | " If you request color other than black please contact us first" |
| Size Type: | Regular ▾ |
| Size (Men's): | - Select - ▾ |
| Colour: | - Select - ▾ |
| Quantity: | [ 1 ]   1 available / 2 sold |

Price: **US $16.99**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

30-day returns     Longtime member

| | |
|---|---|
| Shipping: | $4.50 Economy Shipping from outside US | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Nanjing, China |
| | Ships to: Worldwide   See exclusions |
| Delivery: | ★ Estimated between **Wed. Oct. 28 and Thu. Dec. 24** ⓘ |
| | Please note the delivery estimate is **greater than 12 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA ●● ●● DISCOVER |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day returns. Buyer pays for return shipping | See details |

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
ninid.c2dfnq4 (104 ★)
85.7% Positive feedback

♡ Save this Seller
Contact seller
See other items

## Similar sponsored items 1/2

Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| KTM Racing Motocross MX SX Logo Race Tee T-Shirt | KTM T-SHIRT Ready to Race Inspired Motorcycles Size ... | Hot Wheels Logo - Graphic Cotton T Shirt Short & Lon... | KTM READY TO RACE MOTORBIKE TSHIRT... | HARLEY DAVIDSON LOGO GRAPHIC, SHORT SLEEVE ... | New Fashion Yamaha Racing Logo Graphic Printed Cre... |
| $14.00 | $13.80 | $17.95 | $9.02 | $20.99 | $13.99 |
| Free shipping | + $5.95 shipping | Free shipping | + $21.55 shipping | + $5.99 shipping | + $3.98 shipping |
| New | New | Seller 99% positive | Seller 99.9% positive | New | Seller 99.8% positive |

## Frequently Bought Together

Feedback on our suggestions


Feedback



Red Bull KTM Hat

**$44.99**
Free shipping



OEM Brand New Aprilia
Team Gresini Racing Polo...

**$85.00**
+ $6.40 shipping

---

Description | **Shipping and payments** | Report item

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: **Nanjing, China**

Shipping to: Worldwide

Excludes: Africa, Central America and Caribbean, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Malaysia, Philippines, Singapore, Taiwan, Vietnam, Bermuda, Greenland, Saint Pierre and Miquelon, Argentina, Bolivia, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Russian Federation, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Czech Republic, Estonia, France, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Macedonia, Malta, Moldova, Monaco, Montenegro, Norway, Poland, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Israel, Jordan, Kuwait, Lebanon, Oman, Qatar, United Arab Emirates, Yemen

Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $4.50 | United States | Economy Shipping from outside US | Estimated between **Wed. Oct. 28 and Thu. Dec. 24** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Refund will be given as | Return shipping |
|---|---|---|
| 30 days | Money back | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods

PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/3     Feedback on our suggestions

Feedback

Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE

ninid.c2dfnq4 (104 ★ )
**Positive Feedback (last 12 months): 85.7%**
Member since: Aug-11-15 in Indonesia

**Member Quick Links**
Contact member
View items for sale

### Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 2 | 11 | 15 |
| Neutral | 0 | 0 | 1 |
| Negative | 0 | 2 | 2 |

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description (13) | Reasonable shipping cost (13) |
| Shipping speed (14) | Communication (13) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

2 Feedback received (viewing 1-2)

Revised Feedback: 1

Search Feedback received as seller with an item title or ID:

e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (2)

Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **Been a month and they started begging in the beginning no negative feed back** Fountain Powerboats Logo 100% cotton quality new t shirt (#283554231329) | Buyer: 6***9 (130★) US $16.99 | Past 6 months Reciprocal feedback |
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **The items looks nothing like what's described.** New Honda Spoon Sports Logo Short Sleeve T-Shirt (#283665498387) | Buyer: h***h (225★) US $16.99 | Past 6 months Reciprocal feedback |

**Page 1 of 1**

1

Comment?

**Member Quick Links**
Contact member
View items for sale

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED





10/8/2020

ninid.c2dfnq4 (104★)
85.7% positive feedback

🏷 Items for sale    ✉ Contact

♡ Save

Based in Indonesia, ninid.c2dfnq4 has been an eBay member since Aug 11, 2015

**Feedback ratings** ⓘ

| | | | |
|---|---|---|---|
| ★★★★★ 13 | Item as described | | See all feedback |
| ★★★★★ 13 | Communication | | |
| ★★★★☆ 14 | Shipping time | | |
| ★★★★☆ 13 | Shipping charges | | |

⊕ 15 Positive   ◯ 1 Neutral   ⊖ 2 Negative

Feedback from the last 12 months

⊕ Thank you very much for the Jollibee. Smooth transaction! Very pleased! A++
Sep 28, 2020

● ● ● ● ●

7 Followers | 0 Reviews | Member since: **Aug 11, 2015** | 📍 Indonesia

## Items for sale(238)

See all items



A BATHING APE M...
US $16.99          2d left



A BATHING APE M...
US $23.99          2d left



Audioslave Alte...
US $16.99          4d left



Audioslave Alte...
US $16.99          4d left



New Electric Wi...
US $16.99          5d left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Items for sale from **ninid.c2dfnq4** (104 ) | Save this seller

Include description

**Categories**

Clothing, Shoes & Accessories
Men's T-Shirts

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (238)

**Price**
$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

ninid.c2dfnq4 (104 )
Feedback rating: 104
Positive Feedback: 85.7%
Member since Aug-11-15 in United States

Read feedback profile
Add to my favorite sellers

Sponsored items for you

KTM T-SHIRT Ready to Race Inspired Mo...
$13.99
Buy It Now

KTM T-SHIRT Ready to Race Inspired Mo...

All Listings | Auction | Buy It Now    Sort: Best Match    View:

238 results   Save this search

Chevy MONTE CARLO SS Logo Men's Tee Short Sleeve T-Shirt
Brand New
**$16.99** to **$24.99** From China
Buy It Now
+$4.50 shipping

Hot New Shirt KTM Ready To Race logo graphic T shirt
New (Other)
**$16.99** to **$24.99** From China
Buy It Now
+$4.50 shipping

Amazon logo short sleeve T shirt Sz S-3XL
Brand New
**$16.99** to **$24.99** From China
Buy It Now
+$4.50 shipping
3+ Watching

RARE TYT Logo CLASSIC T-Shirt Short Sleeve SZ S-2XL
New (Other)
**$16.99** From China
Buy It Now
+$4.50 shipping

New !! GT BMX Logo Old Skool Gildan T-Shirt short sleeve S-2XL
New (Other)
**$16.99** From China
Buy It Now
+$4.50 shipping

Hot New Trek Segafredo Black T Shirt Sz S-2XL
Brand New
**$16.99** to **$24.99** From China
Buy It Now
+$4.50 shipping

New Electric Wizard Doom Metal Stoner Rock T-Shirts Short Sleeve S-3XL
New (Other)

$13.80
Buy It Now



KTM Racing Motocross
MX SX Logo Race ...
$14.00
Buy It Now
Free shipping
Popular



TROY LEE DESIGNS
2020 Team TLD KTM T-...
$30.00
Buy It Now
Free shipping
Almost gone



TUNICA new dad hats
women & men baseb...
$12.82
Buy It Now
Free shipping



Mens AICH Hank Williams
Jr III Skull ...
$13.99
Buy It Now



CZ USA Pistol Rifle
Hunting Tactical ...
$13.99
Buy It Now



KTM T-SHIRT Ready to
Race Inspired Mo...
$13.99
Buy It Now





$16.99 to $24.99
Buy It Now
+$4.50 shipping

From China

**Perfect Fit T Shirts Ping Golf T shirt Short Sleeve Sz S-3XL**
Brand New
$16.99 to $24.99
Buy It Now
+$4.50 shipping
2+ Watching

From China



**HOT Graffix Jester Men's Gildan T-shirt USA All ...**
Brand New
$16.99 to $24.99
Buy It Now
+$4.50 shipping

From China



**Norfolk Southern train railway Logo Men's Clothing Short Sleeve sZ s-2XL**
Brand New
$15.99
Buy It Now
+$4.50 shipping

From China



**HOT CERWIN VEGA T-SHIRT SHORT SLEEVE SZ USA**
Brand New
$16.99 to $24.99
Buy It Now
+$4.50 shipping
2+ Watching

From China



**NEW!!Cobra Kai Shirt T-Shirt Karate Kid SHORT SLEEVE SZ S-2XL**
New (Other)
$16.99
Buy It Now
+$4.50 shipping

From China



**Amazon Logo Men's Clothing Fashion T shirt Sz S-3XL**
Brand New
$21.99 to $25.99
Buy It Now
+$4.50 shipping

From China

**New T-Shirt SPECIALIZED Bicycles Bike Famous Company Logo GILDAN SZ S-2XL**
New (Other)



$15.99
Free shipping



Hoosier Racing Tire logo
racing shirt...
$11.99
Buy It Now



KTM RACING T-Shirt
Motocross MX SX Bi...
$13.95 😄
Buy It Now




KTM Racing Motocross
MX SX Logo Race ...
$11.99
Buy It Now



2020 RED BULL Racing
F1one MENS Team ...
$24.99
Buy It Now



RED BULL ENERGY
DRINK RACING BULL
$16.99
Buy It Now



RedBull KTM Shirt M

$27.99
Buy It Now
Free shipping
Last one



$16.99
Buy It Now
+$4.50 shipping

From China



Audioslave Alternative Rock Band Logo Hot Edition T-Shirt Sz S-3XL
Brand New
$16.99                                    From China
Buy It Now
+$4.50 shipping



Jollibee T shirt Short Sleeve Sz S-3XL
Brand New
$16.99 to $24.99                      From China
Buy It Now
+$4.50 shipping



HOT shirt Cobra Men's No Mercy short sleeve SZ S-2XL
New (Other)
$16.99                                    From China
Buy It Now
+$4.50 shipping



A BATHING APE Men's BAPE x ONE PIECE CHOPPER x MILO TEE Shirt Sz S-2XL
Brand New
$16.99 to $23.99                      From China
Buy It Now
+$4.50 shipping
7+ Watching



RARE!! BABY MILO X T-SHIRT A BATHING APE BAPE T-SHIRT
Brand New
$16.99 to $24.99                      From China
Buy It Now
+$4.50 shipping



New Item 2017 A Bathing Ape Baby Milo x Minions Despicable Me 3 Collab Sz LARGE
Brand New
$16.99 to $24.99                      From China
Buy It Now
+$4.50 shipping

Tell us what you think

Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **ninid.c2dfnq4** (104 ) | Save this seller | Show results from all sellers

Include description

**Categories**

Clothing, Shoes & Accessories
Men's T-Shirts

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (12)

**Price**
$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

ninid.c2dfnq4 (104 )
Feedback rating: 104
Positive Feedback: 85.7%
Member since Aug-11-15 in United States

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match — View:

12 results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106-1445
Clear selections
0 matching results
Find Results

Hot New Shirt KTM Ready To Race logo graphic T shirt
New (Other)
**$16.99** to **$24.99**
Buy It Now
+$4.50 shipping
From China
Brand: Gildan

Tell us what you think

## Sponsored items for you

KTM T-SHIRT Ready to Race Inspired Mo...
**$13.99**
Buy It Now

KTM T-SHIRT Ready to Race Inspired Mo...

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 🟦 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

### Ship to

███████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
███████
Change

### Review item and shipping

Seller: ninid.c2dfnq4    Message to seller

 Hot New Shirt KTM Ready To Race logo graphic T shirt
Colour: Black, Size Type: Regular, Size (Men's): S
**$16.99**
Quantity 1

**Delivery**
Est. delivery: Oct 28 – Dec 24
Economy Shipping from outside US
**$4.50**

### Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

### Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount    None ▾

---

| | |
|---|---|
| Subtotal (1 item) | $16.99 |
| Shipping | $4.50 |
| Tax* | $1.34 |

**Order total**    **$22.83**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄

**eBay**    Shop by category    [Search for anything]    All Categories ⌄    **Search**    Advanced

‹ Back to search results | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Accessories › Luggage › Other Luggage    | Add to Watchlist

✓ This fits a KTM    Select Year



$ Have one to sell?    Sell now

### Waterproof Motorcycle Helmet Travel Bags Suitcase Saddlebags Universal

Condition: **New**

Compatibility: See compatible vehicles

Quantity: [1]    2 available

Price: **US $193.41**    |    **Buy It Now**

No Interest if paid in full in 6 mo on $99+*    |    **Add to cart**

    ♡ Add to Watchlist

**Free shipping**    |    30-day returns

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China Shen zhen, China
Ships to: United States    See exclusions

Delivery: ⚡ Estimated between **Fri. Oct. 30 and Thu. Nov. 19** ⓘ
Please note the delivery estimate is **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 

*No Interest if paid in full in 6 months on $99+*. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
noeverl-7 (1725 ⭐)
98.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

**Related sponsored items** 1/2    Feedback on our suggestions


KODASKIN Motorcycle Saddle Helmet Bags Travel...
$76.49
$89.99
Free shipping


2Pcs Motorcycle Side Saddlebags Saddle Bags...
$152.26
Free shipping


2Pcs Motorcycle Side Saddle Bags Tool Bag...
$67.16
Free shipping


Motorcycle Saddlebags/Panniers...
$33.91
$42.39
Free shipping


ATV UTV Motorcycle Saddlebags Waterproof...
$19.99
Free shipping


Motorcycle Saddlebags with Studs,Concho & Fringe...
$85.00
+ $48.36 shipping

---

Description | Shipping and payments    Report item

Seller assumes all responsibility for this listing.    eBay item number: 283816500345

Last updated on Sep 28, 2020 20:44:57 PDT View all revisions

**Compatibility**
Please choose your vehicle's details for specific results.

Year [-Select-]    Make [-Select-]    Model [-Select-]    Submodel [-Select-]    Go

[show all compatible vehicles]

✓ This part is compatible with 179 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2017 | KTM | 125 | SX |
| | 2016 | KTM | 125 | SX |

| 2015 | KTM | 125 | SX |
| 2013 | KTM | 125 | SX |
| 2012 | KTM | 125 | SX |
| 2011 | KTM | 125 | SX |
| 2010 | KTM | 125 | SX |
| 2008 | KTM | 125 | SX |
| 2008 | KTM | 125 | SXS |
| 2007 | KTM | 125 | EXC |
| 2007 | KTM | 125 | SXS |
| 2006 | KTM | 125 | EXC |
| 2006 | KTM | 125 | SX |
| 2006 | KTM | 125 | SXS |
| 2005 | KTM | 125 | SX |
| 2005 | KTM | 125 | SXS |
| 2004 | KTM | 125 | EXC |
| 2004 | KTM | 125 | SXS |
| 2003 | KTM | 125 | EXC |
| 2003 | KTM | 125 | SX |

Page 1 of 9                         ‹ 1 2 3 4 5 6 7 8 9 ›

Portions of the information contained in this table have been provided by noeverl-7

## Item specifics

| | | | |
| --- | --- | --- | --- |
| Condition: | New | Brand: | Unbranded |
| EAN: | Does not apply | Manufacturer Part Number: | Does not apply |
| Type: | Saddle Bags | Color: | Black |
| Placement on Vehicle: | Left, Right | Warranty: | 60 Day |
| Material: | oxford cloth & carbon fiber | Country/Region of Manufacture: | China |
| Package Included: | 2x bag with rain cover | UPC: | 636586586333 |
| Bundle Listing: | Yes | | |

## HOT SALE

| For Chevy Silverado 15... | 6000K LED Headlights +... | 9005 White LED DRL... | 2019 New Car Accessories... | 6000K Combo 9005+9006+... | For Toyota 4Runner 200... | For 2012-2018 Dodge Ram... | Car Bumper Corner... | For Nissan Altima 2007-... | Car Sticker Carbon Fiber... |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $40.99 | $42.77 | $15.18 | $19.99 | $43.52 | $48.09 | $26.54 $33.18 | $14.99 $19.99 | $41.37 | $17.99 |

| Car Stickers Carbon Fiber... | 4D Carbon Fiber Texture... | 10PC 12V Pickup Truck... | 9005 H11 5202 LED... | For 2001-2006 Chevy Tahoe... | Glossy Carbon Fiber Texture... | US Car Accessories... | US Car Accessories... | For Toyota Tundra 2000-... | For Dodge Charger 200... |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $17.99 | $19.89 | $9.99 | $40.63 $52.77 | $43.35 | $19.99 | $12.38 | $12.99 | $40.01 | $42.95 |

| 4x 9005+H11 LED Headlig... | For Honda Civic 2004-... | For Ford Focus 2002-2004 L... | 6x LED Headlight Fo... | Car Accessories... | US 9007 Ice Blue LED... | Car Sticker Carbon Fiber... | 11pcs/Set Car Wire Termina... | Portable SUV Hook Step... | Car Bumper DIY Door Sill... |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $33.59 | $32.52 | $31.27 $33.99 | $37.71 $54.66 | $12.99 | $17.49 $21.86 | $17.99 | $8.99 | $33.99 | $12.99 |

## Product Overview

Waterproof Motorcycle Helmet Travel Bags Suitcase Saddlebags Universal

## Detail

### Description :

Main Color:Black
Size: Single Size Only
Total package volume around the edge 36L- 58L. Unilateral maximum capacity of 29L, the highest unilateral heavy 3KG. Down almost any type of helmet
**Package included:**
2x bag with rain cover

Shipping Policy    Payment Mathord    Returns Policy    About Feedback

All items will be checked before packing. All items are new and of high quality.

Item will be shipped within 1 business days upon receipt of payment, excluding weekends and public holidays.


Feedback

If to USA, we will ship your order by USPS, it will take about 7-10 working days to you, and you can track it on line. If to other country, we will ship your order by China Post or Hong Kong Post Air Mail, it will take about 14-21 working days to you, you also can track it on line.

Delivery time is about 14-28 business days and it may take up to 8 weeks to some European countries and South American countries due to strict custom inspection. We ship worldwide.

Shipping fee include packing, warehouse, distribution, order handling and processing costs.We offer combined shipping discount on Shipping & Handling.

Please note that some countries will have custom duty or tax for certain items. It is the buyer's responsibility to pay all endued custom duty or tax. We are not responsible for any custom duty or tax since our price do not include this charge.

NEW ARRIVAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21% Off | 21% Off | 21% Off | 21% Off | 21% Off | 21% Off | | 21% Off | |

| For Ford Escape 2013... | For Toyota Tundra 2007-... | 9005 H11 5202 LED... | 9005 H11 5202 LED Headlig... | H11 9005 LED Headlight Hi/... | 6x LED Headlight Fo... | For GMC Sierra 1500 2500... | 9005 H11 LED Headlight 52... | 6x 6000K LED Headlight... | 3PCS Engine Camshaft... |
|---|---|---|---|---|---|---|---|---|---|
| $38.99 $49.35 | $37.89 $47.96 | $37.28 $47.19 | $37.19 $47.08 | $35.95 $45.51 | $38.65 $48.92 | $37.99 $48.09 | $39.99 $50.62 | $46.82 | $46.82 |

| 21% Off | 21% Off | | 21% Off | | 21% Off | | | 21% Off |
|---|---|---|---|---|---|---|---|---|

| 2x 3157 4157 Bulb Socket ... | RGB LED Car Interior... | 2X Anti-collision Fron... | 4x LED Headlights Ki... | 9145 LED Fog Light Bulbs ... | For Jeep Grand Cherokee... | For Chevy Silverado 15... | AUIMSOCO 9006 LED Fo... | 6x LED Headlight Fo... | 9003 H4 LED Headlights+9... |
|---|---|---|---|---|---|---|---|---|---|
| $10.99 $13.91 | $21.99 $27.84 | $17.71 | $22.79 $28.86 | $13.61 | $50.89 $64.42 | $49.99 $63.28 | $15.18 | $39.23 | $25.69 $32.52 |

| 21% Off | 21% Off | 21% Off | | 21% Off | 21% Off | | 21% Off | |
|---|---|---|---|---|---|---|---|---|

| 9005+H11 LED Headlights +... | For Chevy Silverado 15... | 6000K Combo LED Headlig... | 6000K LED Headlights +... | 2x H10 9145 100W High... | For 2004-15 Nissan Titan... | 6x 8000K LED Headlights +... | 9005 9006 LED Headlight+91... | 8000K Blue LED Headlig... | For Chevy Silverado 15... |
|---|---|---|---|---|---|---|---|---|---|
| $36.47 $46.16 | $42.99 $54.42 | $40.99 $51.89 | $49.23 | $8.99 $11.38 | $25.98 $32.89 | $40.34 | $28.49 $36.06 | $39.99 | $37.84 |

---

Sponsored items based on your recent views 1/3                                    Feedback on our suggestions

      

| A pair 36-58L Big Capacity Motorcycle Pannier Lugga... | 1 Pcs Motorcycle Bike Front/Rear /Side... | Universal Classic Motorcycle Hard Bags... | PU Leather Motorcycle Saddlebag Luggage Saddl... | Motorcycle Saddlebags/Panniers... | Universal Motorcycle Modified Fuel Tank Bag... |
|---|---|---|---|---|---|
| $81.63 | $17.90 | $375.99 | $72.99 | $33.91 | $23.96 |
| $99.55 | $19.89 | Free shipping | Free shipping | $42.39 | $28.19 |
| + shipping | Free shipping | Last one | New | Free shipping | + $8.00 shipping |
| New | New | | | New | New |

Explore more sponsored options:



Feedback







This fits a KTM | Select Year

$ Have one to sell? Sell now

# Waterproof Motorcycle Helmet Travel Bags Suitcase Saddlebags Universal

Condition: New

Compatibility: See compatible vehicles

Quantity: 1 | 2 available

Price: **US $193.41**

No Interest if paid in full in 6 mo on $99+*

Buy It Now

Add to cart

Add to Watchlist

Free shipping | 30-day returns

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China Shen zhen, China
Ships to: United States See exclusions

Delivery: Estimated between Fri. Oct. 30 and Thu. Nov. 19
Please note the delivery estimate is greater than 12 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, Mastercard, American Express, Discover

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

noeverl-7 (1725 ★)
98.6% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Related sponsored items 1/2

Feedback on our suggestions

KODASKIN Motorcycle Saddle Helmet Bags Travel...
$76.49
~~$89.99~~
Free shipping

2Pcs Motorcycle Side Saddlebags Saddle Bags...
$152.26
Free shipping

2Pcs Motorcycle Side Saddle Bags Tool Bag...
$67.16
Free shipping

Motorcycle Saddlebags/Panniers...
$33.91
~~$42.39~~
Free shipping

ATV UTV Motorcycle Saddlebags Waterproof...
$19.99
Free shipping

Motorcycle Saddlebags with Studs,Concho & Fringe...
$85.00
+ $48.36 shipping

Description | Shipping and payments | Report item

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: **China Shen zhen, China**

Shipping to: United States

Excludes: US Protectorates, Africa, Asia, Europe, Middle East, Greenland, Mexico, Caribbean, Saint Pierre and Miquelon, Bermuda, Southeast Asia, South America, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, American Samoa, Australia, Cook Islands, Fiji, French Polynesia, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa

Quantity: 1 Change country: United States ZIP Code: 60440 Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| **Free shipping** | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Fri. Oct. 30 and Thu. Nov. 19** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

Feedback

**Handling time**

Will usually ship within 1 business day of receiving cleared payment.

**Taxes**

Taxes may be applicable at checkout. Learn more

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

**Payment methods**

    



### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

## Sponsored items based on your recent views 1/3

Feedback on our suggestions



A pair 36-58L Big Capacity Motorcycle Pannier Lugga...
$81.63
$99.55
+ shipping
New



1 Pcs Motorcycle Bike Front/Rear /Side...
$17.90
$19.89
Free shipping
New



Universal Classic Motorcycle Hard Bags...
$375.99
Free shipping
Last one



PU Leather Motorcycle Saddlebag Luggage Saddl...
$72.99
Free shipping
New



Motorcycle Saddlebags/Panniers...
$33.91
$42.39
Free shipping
New



Universal Motorcycle Modified Fuel Tank Bag...
$23.96
$28.19
+ $8.00 shipping
New

---

## Explore more sponsored options:



Dowco 59477-00 Revolution Series Hard Mount...
$186.99
$219.99
+ $74.21 shipping



2pc MOTORCYCLE SISSY T BAR WATERPROOF TRAVE...
$64.99
+ $75.20 shipping
Popular



QUICK DETACH MOTORCYCLE...
$99.98
+ $71.25 shipping



Sissy Bar Bags Motorcycle Travel Luggage Removable...
$98.98
+ $66.55 shipping
Popular

Saddlemen Black Cruisn Throw Over Universal...
$175.00
+ $50.98 shipping



Saddlemen Black Silver Flame Leather Universal...
$211.00
+ $45.98 shipping

---

Feedback

## More from this seller 1/2

Feedback on our suggestions

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄



**ebay**    Shop by category ⌄    Search for anything    All Categories ⌄    **Search**    Advanced

Home › Community › Feedback forum › Feedback profile

# Feedback profile

**ebay** MONEY BACK GUARANTEE

**noeverl-7** (1725 ★) 🔲 ⓘ
**Positive Feedback (last 12 months): 98.6%** ⓘ
Member since: Nov-09-17 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

## Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 58 | 277 | 732 |
| ◐ | Neutral | 3 | 6 | 8 |
| ➖ | Negative | 1 | 5 | 10 |

## Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (651) | ★★★★★ (711) |
| Shipping speed | Communication |
| ★★★★★ (683) | ★★★★★ (655) |

| All received Feedback | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

10 Feedback received (viewing 1-10)    Revised Feedback: 6 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars 🔍

Rating type: Negative (10) ⌄    Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Very bad quality** <br> For Nissan Altima 2007-2017 6000K White Combo LED Headlight Fog Light Bulbs Kit <br> (#283915973703) | Buyer: o ***o ( 83★) <br> US $35.91 | Past month <br> Reciprocal feedback |
| ➖ **The lights didn't go well cause after 1 week both of the light burned up and 1 !** <br> 6000K LED Headlights + Fog Lights Combo 6x For Chevy Suburban Tahoe 2007-2014 <br> (#283939795488) | Buyer: i***o (13★) <br> US $33.79 | Past 6 months <br> Reciprocal feedback |
| ➖ **I say don't buy from here** <br> For GMC Sierra 1500 2500 3500 03-06 White 9006 9005 LED Headlight+9145 Fog Light <br> (#283936598243) | Buyer: t***s (781★) <br> US $36.87 | Past 6 months <br> Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **The product I ordered wouldn't even stick. Very cheap not worth buying** <br> 2019 New Car Stickers Carbon Fiber Rubber Door Sill Protector Auto Accessories <br> (#283595914211) | Buyer: b***e (136★) <br> US $17.99 | Past 6 months <br> Reciprocal feedback |
| ➖ **Light chrome trim piece broke off while trying to install. Ugh waist of money** <br> H11 H9 H8 Super Bright 6000k White 8000LM 80W Headlight Bulbs LED Kit Low Beam <br> (#283690673468) | Buyer: c***c (450★) <br> US $23.15 | Past 6 months <br> Reciprocal feedback |
| ➖ **Item was exactly like it was described in the photo. Awesome product 👍!!!!** <br> 3D Car Accessories Carbon Fiber Auto Door Plate Cover Anti Scratch Sticker <br> (#283433814577) | Buyer: t***e (26★) <br> US $10.26 | Past year <br> Reciprocal feedback |
| ➖ **It doesn't look like the photo.** <br> 3D Carbon Fiber Stickers Accessories Vinyl Wrap Car Door Sill Scuff Protect Red <br> (#283582835983) | Buyer: o***6 (194★) <br> US $7.99 | Past year <br> Reciprocal feedback |
| ➖ **That product doesn't work, Doesn't hold even a second., Very cheap material.** <br> 2019 NEW Accessories Carbon Fiber Car Door Sill Scuff Anti Scratch Sticker <br> (#283487345178) | Buyer: a***n (51★) <br> US $2.33 | Past year <br> Reciprocal feedback |
| ➖ **Bought twice. Both th time they were short 5". Wish pay more but not from here☹** <br> Car Hood Sticker Decal Carbon Fiber Stripe Hood Decorative Universal Sticker <br> (#283650741271) | Buyer: s***s (139★) <br> US $12.69 | Past year <br> Reciprocal feedback |
| ➖ **wayy to small for most car windshields. not useful** <br> Aluminum Foil Window car front windshield Sun Shade visor UV Protect Universal <br> (#283573805803) | Buyer: 0***7 (1364★) <br> US $13.00 | Past year <br> Reciprocal feedback |

Page 1 of 1    ← **1** →





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

**noeverl-7** (1725★)
98.6% positive feedback

Save

Items for sale Visit store Contact

Based in China, noeverl-7 has been an eBay member since Nov 09, 2017

Feedback ratings

See all feedback

| | | |
|---|---|---|
| ★★★★★ | 651 | Item as described |
| ★★★★★ | 655 | Communication |
| ★★★★★ | 683 | Shipping time |
| ★★★★★ | 711 | Shipping charges |

| 732 | 8 | 10 |
|---|---|---|
| Positive | Neutral | Negative |

Feedback from the last 12 months

Good seller! Product is good!
Oct 12, 2020

**29** Followers | **0** Reviews | Member since: **Nov 09, 2017** | China

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    | Search this Store | This Store ⌄ |    **Search**    Advanced

eBay › eBay Stores › noeverl-7

## noeverl-7

29 followers | noeverl-7 (1725 ★) 98.6%

♡ Save this seller

### Category

All

eBay Motors

   Parts & Accessories

| All Listings | Auction | Buy It Now |    Best Match ⌄    ▦ ⌄

1-5 of 5 Results



6000K LED Headlights + Fog Lights Combo 6x For Chevy Suburban Tahoe 2007-2014
$32.93
Was: $42.77
or Best Offer
Only 3 left

Brand: Chevrolet

Car Led Lights For Toyota Camry 2007-2014 LED Headlight Fog Light Bulb Kit 6000K
$66.56
Was: $73.96
Only 1 left!

H13+9006 LED Headlight Fog Light Ice Blue For Dodge Ram 1500 2500 3500 2006-2008
$40.26
Was: $47.36

9005 HB3 LED Headlight Bulb Conversion Kit for Honda Pilot 2006-2018 High Beam
$27.02
Was: $32.56

New Car Door Stickers 5D Carbon Fiber Auto Door Sill Scuff Protector Stickers
$12.65
Was: $15.81
17 watching

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Saddlebags | All Categories | Search | Advanced

Items for sale from noeverl-7 (1725 ★ ) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors
- Other Motorcycle Luggage
- Other Motorcycle Accessories
- Fewer

**Format** see all
- All Listings
- Auction
- Buy It Now

**Warranty** see all
- 60 Day (8)
- 1 Year (6)

**Brand** see all

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (14)

**Price**

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

noeverl-7 (1725 ★ )

Feedback rating: 1,725
Positive Feedback: 98.6%
Member since Nov-09-17 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match — View:

**14** results for **Saddlebags** Save this search

Waterproof Motorcycle Helmet Travel Bags Suitcase Saddlebags Universal
Brand New
**$193.41** From China
Buy It Now
**Free Shipping**
**3 Watching**
Watch

Motorcycle Waterproof Racing Race Moto Helmet Travel Bags Suitcase Saddlebags
Brand New
**$197.61** From China
Buy It Now
**Free Shipping**
Watch

Universal Motorcycle Back Seat Carry Bag Luggage Tail Bag Saddlebag Parts
Brand New
**$186.25** From China
or Best Offer
**Free Shipping**
Watch

High Quality Waterproof Tail Bag Motorcycle Side Helmet Riding Travel Bags
Brand New
**$184.99** From China
Buy It Now
**Free Shipping**
Watch

Motorcycle Universal rear seat package hangback bag Touring Luggage Bag 2019 New
Brand New
**$184.85** From China
or Best Offer
**Free Shipping**
**3 Watching**
Watch

2019 Accessories Rear Back Seat Tail Bag Saddlebag For Motorcycle Universal
Brand New
**$194.37** From China
or Best Offer
**Free Shipping**
**8 Watching**
Watch

Motorcycle Accessories Rear Back Seat Tail Bag Saddlebag For Motorcycle
Brand New

**Checkout**

How do you like our checkout? Tell us what you think
To add more items, go to cart.

**Pay with**

○ Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

**Ship to**

375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States

Change

**Review item and shipping**

Seller: noeverl-7   Edit message
Message:   Item Id: 283816500345 Buyer's Vehicle: KTM

Waterproof Motorcycle Helmet Travel Bags Suitcase Saddlebags Universal
**$193.41**

Quantity   [ 1 ∨ ]

**Delivery**
Est. delivery: Oct 30 – Nov 19
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: [_____]   [ Apply ]

**Donate to charity (optional)** ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   [ None ∨ ]

| | |
|---|---|
| Subtotal (1 item) | $193.41 |
| Shipping | Free |
| Tax* | $12.09 |

**Order total**     **$205.50**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay    Shop by category ⌄    [🔍 Search for anything    |    All Categories ⌄]    Search    Advanced

< Back to home page  | Listed in category:   eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Handlebars, Grips & Levers  >  Grips

✉ f 🐦 📌  | Add to Watchlist

---

### People who viewed this item also viewed

 UNIVERSAL MOTORCYCLE 7/... $8.45 ~~$8.99~~ Free shipping

 7/8" Motorcycle Hand Grips... $10.95 Free shipping

 7/8 Universal Motorcycle Hand... $10.92 ~~$11.87~~ Free shipping

 7/8" HandleBar Grips For Suzuki... $7.11 Free shipping

 Black Rubber Hand Grips Handlebar... $9.59 Free shipping

---

 Check if this part fits your vehicle    Contact the seller

---

🏷 SAVE UP TO **7%** WHEN YOU BUY MORE




### 7/8" Universal Motorcycle Hand Grips HandleBar Cover Gel For Honda Suzuki KTM

Condition:     New

Sale ends in:     02d 00h 45m

Color:     - Select - ⌄

Bulk savings:     [Buy 1 $11.41/ea]    [Buy 2 $10.95/ea]

Quantity:    [1]    2 available

Price:    **US $11.41/ea**    [Buy It Now]
~~US $12.01~~ (5% off) 💬    [Add to cart]

[♡ Add to Watchlist]

Free shipping    30-day returns    Longtime member

Shipping:    **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: suzhou, China
Ships to: Worldwide  See exclusions

Delivery:    ▶ Estimated between **Mon. Nov. 9 and Mon. Nov. 30** ⓘ
This item has an extended handling time and a delivery estimate **greater than 22 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  🔲 MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    30 day Buyer pays for return shipping | See details

---

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
northernswallow2012 (41653 ⭐)
97.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

💲 Have one to sell?  [Sell now]

---

Sponsored items from this seller  1/2          Feedback on your suggestions

Feedback 📝

‹                                                                                                                                      ›








| | | | | | |
|---|---|---|---|---|---|
| 22mm 7/8" Motorcycle Bike Soft Rubber Hand Grips... | Black 7/8" Motorcycle Handlebar Switch Control... | 7/8" Motorcycle Handlebar Control Headlight Turn... | Motorcycle Exhaust Muffler Pipe Heat Shield Cover He... | 2pcs Pack Gear Stick Shift Knob " P " Unlock Button... | Intake Manifold Boot For Honda Recon 250... |
| $6.93 | $8.95 | $13.16 | $10.56 | $8.08 | $4.54 |
| $7.29 | $9.42 | $13.85 | $11.12 | $8.50 | $4.78 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | + $3.79 shipping |

**Description**  **Shipping and payments**                    Report item

Seller assumes all responsibility for this listing.

eBay item number: 274512070381

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Features: | Non-Slip | Manufacturer Part Number: | Does Not Apply |

Product Description

**7/8" Universal Motorcycle Hand Grips HandleBar Cover Gel For Honda Suzuki KTM**

**Features:**

1.100% brand new and high quality

2.With Custom High quality aluminum twill stripe design

3.Non slip design, provides smooth throttle tuning and better control

4.Easy installation! These grips are great replacement for your old grips

5.Enhance the unique style impression with these High quality grips!

6.Will Fit all motorcycle bike 7/8" Standard Handlebars

7.High quality firm rubber gel material brings Excellent absorbent to strong vibration, provides great comfort feel

**Specification:**

* Size: left(bar side) hole: 22mm (7/8"), Right (throttle side) hole diameter: 1" (25mm)

* Material: Durable PVC Gel Rubber, CNC Aluminum

* Handle Grips Color: Black, Red, Blue, Silver, Gold, Titanium.

**Package Include:**

1 pair of motorcycle hand grips(left and right) 7/8"(22mm).

**Note:**

1. The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.

2. Please allow slight manual measurement deviation for the data.

Payment

We accept payment via Paypal only.

Payment must be made within 5 days, Non-payment may result in an UPI (Unpaid Item), eBay will automatically close your account if you accumulate 4 UPI's total.

Import cutoms duties or taxes which are not included in item price, if any, are on buyer's responsibility. You can check with your local customs office for further information prior to bidding/buying.

Feedback 

### Delivery details

We only ship to confirmed Paypal addresses. Please comfirm that your paypal address is in line with your shipping address.

Please kindly note that the combined shipping is not provided because the shipping fee is calculated by weight. Also, the each additional item means exactly the the same color and size.

It takes about 7-15 working days to US; about 10-30 working days to other countries. Transit time may be a little delayed because of the bad weather and customs inspection. If you do not receive your item within 30 working days since payment finished, please contact us immediately for further assistance.

### Contact us

We strive for 100% customer satisfaction! Positive Feedback is very important to us. If you have any questions, please feel free to contact us via "Ask seller a question" . We will reply your email within 24 working hours.

---

**Sponsored items based on your recent views** 1/2　　　　　　　　　　　　　Feedback on our suggestions

      

| Oversize KTM CNC Rear Brake Step Plate Pedal Lev... | Rear Seat Cover Cowl Fairing for KTM 125 200 39... | Motorcycle 22mm 7/8" GEL Handlebar Hand Grips For... | 7/8 Universal Motorcycle Hand Grips HandleBar... | CNC Rear Brake Step Plate Pedal Lever Tip Fit KTM... | Rear Seat Cover Cowl Fairing For KTM Duke 125... |
|---|---|---|---|---|---|
| $7.33 | $61.36 | $7.95 | $10.92 ~~$11.87~~ | $7.28 | $61.45 |
| Free shipping | Free shipping | + $4.00 shipping | Free shipping | Free shipping | Free shipping |
| Seller 100% positive | New | Seller 99.4% positive | New | Seller 99% positive | New |

---

**More from this seller** 1/2　　　　　　　　　　　　　Feedback on our suggestions

     

| Black 7/8" Motorcycle Handlebar Switch Control... | 7/8" Motorcycle Handlebar Control Headlight Turn... | Motorcycle Exhaust Muffler Pipe Heat Shield Cover He... | 2pcs Pack Gear Stick Shift Knob " P " Unlock Button... | Intake Manifold Boot For Honda Recon 250... | Carbon Fiber Steering Wheel Cover Trim For Je... |
|---|---|---|---|---|---|
| $8.95 | $13.16 ~~$13.85~~ | $10.56 ~~$11.12~~ | $8.08 ~~$8.50~~ | $4.54 ~~$4.78~~ | $14.91 ~~$15.69~~ |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

Feedback





Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact       Sell   Watchlist ⌄   My eBay ⌄

 Shop by category ⌄   [Search for anything]   All Categories ⌄   **Search**   Advanced

◁ Back to home page | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Grips

  | Add to Watchlist

### People who viewed this item also viewed



|  |  |  |  |  |
|---|---|---|---|---|
| UNIVERSAL MOTORCYCLE 7/... **$8.45** ~~$8.99~~ Free shipping | 7/8" Motorcycle Hand Grips... **$10.95** Free shipping | 7/8 Universal Motorcycle Hand... **$10.92** ~~$11.87~~ Free shipping | 7/8" HandleBar Grips For Suzuki... **$7.11** Free shipping | Black Rubber Hand Grips Handlebar... **$9.59** Free shipping |

ⓘ Check if this part fits your vehicle    **Contact the seller**

🔥 **SAVE UP TO 7% WHEN YOU BUY MORE**





💲 Have one to sell?   **Sell now**

## 7/8" Universal Motorcycle Hand Grips HandleBar Cover Gel For Honda Suzuki KTM

| | |
|---|---|
| Condition: | New |
| Sale ends in: | 02d 01h 00m |
| Color: | - Select - ⌄ |
| Bulk savings: | [Buy 1 $11.41/ea] [Buy 2 $10.95/ea] |
| Quantity: | 1   2 available |

**Price:** US **$11.41/ea**
~~US $12.01~~ (5% off)

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

**Free shipping** | 30-day returns | Longtime member

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details. International shipment of items may be subject to customs processing and additional charges. ⓘ Item location: suzhou, China Ships to: Worldwide See exclusions |
| Delivery: | 🚚 Estimated between **Mon. Nov. 9 and Mon. Nov. 30** ⓘ This item has an extended handling time and a delivery estimate **greater than 22 business days.** Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA MasterCard AmEx Discover **PayPal CREDIT** Special financing available. | See terms and apply now 🇺🇸 Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information

northernswallow2012 (41653 ⭐)
97.6% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

### Sponsored items from this seller 1/2

Feedback on our suggestions

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 22mm 7/8" Motorcycle Bike Soft Rubber Hand Grips... **$6.93** ~~$7.29~~ Free shipping | Black 7/8" Motorcycle Handlebar Switch Control... **$8.95** ~~$9.42~~ Free shipping | 7/8" Motorcycle Handlebar Control Headlight Turn... **$13.16** ~~$13.85~~ Free shipping | Motorcycle Exhaust Muffler Pipe Heat Shield Cover He... **$10.56** ~~$11.12~~ Free shipping | 2pcs Pack Gear Stick Shift Knob " P " Unlock Button... **$8.08** ~~$8.50~~ Free shipping | Intake Manifold Boot For Honda Recon 250... **$4.54** ~~$4.78~~ + $3.79 shipping |

Feedback

| Description | **Shipping and payments** |

<div align="right">Report item</div>

Seller assumes all responsibility for this listing.

## Shipping and handling

**Item location:** suzhou, China

**Shipping to:** Worldwide

**Excludes:** Alaska/Hawaii, US Protectorates, APO/FPO, Africa, Asia, Central America and Caribbean, Middle East, North America, Southeast Asia, South America, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Russian Federation, Albania, Andorra, Belarus, Belgium, Bosnia and Herzegovina, Bulgaria, Cyprus, Estonia, Finland, Gibraltar, Greece, Guernsey, Iceland, Ireland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Netherlands, Norway, Poland, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Sweden, Switzerland, Ukraine, Vatican City State, PO Box

**Quantity:** 1      **Change country:** United States      **ZIP Code:** 60564      Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between Mon. Nov. 9 and Mon. Nov. 30 |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 10 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

| Payment methods |
|---|



 PayPal CREDIT

### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

## Sponsored items based on your recent views 1/2

<div align="right">Feedback on our suggestions</div>

     

| Oversize KTM CNC Rear Brake Step Plate Pedal Lev... | Rear Seat Cover Cowl Fairing for KTM 125 200 39... | Motorcycle 22mm 7/8" GEL Handlebar Hand Grips For... | 7/8 Universal Motorcycle Hand Grips HandleBar... | CNC Rear Brake Step Plate Pedal Lever Tip Fit KTM... | Rear Seat Cover Cowl Fairing For KTM Duke 125... |
|---|---|---|---|---|---|
| $7.33 | $61.36 | $7.95 | $10.92 | $7.28 | $61.45 |
| Free shipping | Free shipping | + $4.00 shipping | $11.87 | Free shipping | Free shipping |
| Seller 100% positive | New | Seller 99.4% positive | Free shipping | Seller 99% positive | New |
| | | | New | | |

---

## More from this seller 1/2

<div align="right">Feedback on our sugg...</div>

Feedback 

10/6/2020

Hi ▮▮ !

Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔4    🛒

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE



northernswallow2012 (41642) ⭐ 📑 ℹ️

**Positive Feedback (last 12 months): 97.6%** ℹ️

Member since: Apr-03-12 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member

View items for sale

View seller's Store

### Feedback ratings ℹ️

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 341 | 2408 | 8680 |
| ◑ | Neutral | 9 | 50 | 161 |
| ➖ | Negative | 14 | 74 | 203 |

### Detailed seller ratings ℹ️

Average for the last 12 months

| Accurate description | ⭐⭐⭐⭐⭐ (7255) | Reasonable shipping cost | ⭐⭐⭐⭐⭐ (7603) |
|---|---|---|---|
| Shipping speed | ⭐⭐⭐⭐⭐ (7205) | Communication | ⭐⭐⭐⭐⭐ (7184) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

14 Feedback received (viewing 1-14)    Revised Feedback: 197 ℹ️

Search Feedback received as seller with an item title or ID: ℹ️

[ e.g. Vintage 1970's Gibson Guitars ]    🔍

Rating type: [ Negative (14) ⌄ ]    Period: [ 1 Month ⌄ ]

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ Im steel waiting my articule <br> (Private listing) | Buyer: d***- (250 ⭐) | Past month <br> Reciprocal feedback |
| Reply by northernswallow2012. Left within past month. <br> Recently all shipping is a little delayed due to the strict custom inspection. | | |
| ➖ sent the wrong chainsaw cover Did not send the one on the listing <br> (Private listing) | Buyer: o***n (78 ⭐) | Past month <br> Reciprocal feedback |
| Reply by northernswallow2012. Left within past month. <br> Please check our description before purchase , thank you. | | |
| ➖ Did not fit 2009 Honda Accord <br> (Private listing) | Buyer: r***z (28 ⭐) | Past month <br> Reciprocal feedback |
| Reply by northernswallow2012. Left within past month. <br> Please check our description before purchase , thank you. | | |
| ➖ They sent me the wrong article and they don't want to send me the label for the return <br> (Private listing) | Buyer: _***c (58 ⭐) | Past month <br> Reciprocal feedback |
| Reply by northernswallow2012. Left within past month. <br> Please contact us before your feedback and we discuss together. | | |
| ➖ Item was not what was advertised, i ordered 2 inch wide and received 1 inch <br> (Private listing) | Buyer: g***g (36 ⭐) | Past month <br> Reciprocal feedback |
| Reply by northernswallow2012. Left within past month. <br> Sorry to hear about that, pls contact with us, we'll help you to solve it. | | |
| ➖ Selling false material they say that leather pants and nothing but plastic <br> (Private listing) | Buyer: 3***3 (4) | Past month <br> Reciprocal feedback |
| Reply by northernswallow2012. Left within past month. <br> Sorry for the inconvenience to you, pls contact with us, we'll help you. | | |
| ➖ One of the pieces was incorrect, seller unable to understand communication <br> (Private listing) | Buyer: 8***h (79 ⭐) | Past month <br> Reciprocal feedback |
| Reply by northernswallow2012. Left within past month. <br> Please contact us before your feedback and we will discuss it together. | | |
| ➖ Wow wrong product that's insulting yawl should wanna keep ppl happy but making a <br> (Private listing) | Buyer: e ***u ( 44 ⭐) | Past month <br> Reciprocal feedback |



| FEEDBACK | FROM | WHEN |
|---|---|---|
| Reply by northernswallow2012. Left within past month.<br>Sorry to hear about that, pls contact with us, we'll help you to solve it. | | |
| **defective laser diodes , laser pointer**<br>(Private listing) | Buyer: the *** e  ( 915★ ) | Past month<br>Reciprocal feedback |
| Reply by northernswallow2012.Left within past month.<br>Pls tell us details, then we can solve the problem for you. | | |
| **Item not needed.**<br>(Private listing) | Buyer: e *** e  ( 40★ ) | Past month<br>Reciprocal feedback |
| Reply by northernswallow2012.Left within past month.<br>Please contact us before your feedback and we discuss together. | | |
| **I bought what I though was a full wig but it was eleven crochet braids**<br>(Private listing) | Buyer: i***o (4) | Past month<br>Reciprocal feedback |
| Reply by northernswallow2012. Left within past month.<br>Please contact us before your feedback and we discuss together. | | |
| **Not what expected!!! Totally disappointed!!!**<br>(Private listing) | Buyer: u***g (35★) | Past month<br>Reciprocal feedback |
| Reply by northernswallow2012.Left within past month.<br>Sorry for the inconvenience to you, pls contact with us, we'll help you. | | |
| **I bought a 4 chair set from this seller and only send me 3,**<br>(Private listing) | Buyer: t***9 (27★) | Past month<br>Reciprocal feedback |
| Reply by northernswallow2012.Left within past month.<br>Sorry for the inconvenience to you, pls contact with us, we'll help you. | | |
| **Buyer Beware! Sent me the wrong product,and then tried to blame me. Refunded $6**<br>(Private listing) | Buyer: k***e (233★ ) | Past month<br>Reciprocal feedback |
| Reply by northernswallow2012.Left within past month.<br>Sorry to hear about that, pls contact with us, we'll help you to solve it. | | |

**Page 1 of 1**

← | **1** | →

| **Member Quick Links** | | **Suggested Next** |
|---|---|---|
| | Contact member | Leave Feedback |
| | View items for sale | Reply to received Feedback |
| | View seller's Store | Follow up to given Feedback |
| | | Request feedback revision |

Comment?

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



10/6/2020



eBay — Shop by category

Hi [■■■]   Daily Deals   Brand Outlet   Help & Contact         Sell   Watchlist ▾   My eBay ▾   🔔 4   🛒

Search for anything     All Categories ▾     **Search**     Advanced

northernswallow2012 (41642 ⭐)
97.6% positive feedback

🔖 Items for sale    🏬 Visit store    ✉ Contact

Based in China, northernswallow2012 has been an eBay member since Apr 03, 2012

♡ Save

### Feedback ratings ⓘ

| | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 7,255 | Item as described | |
| ⭐⭐⭐⭐⭐ 7,184 | Communication | |
| ⭐⭐⭐⭐⭐ 7,205 | Shipping time | |
| ⭐⭐⭐⭐⭐ 7,603 | Shipping charges | |

| ➕ 8,680 Positive | ⬛ 161 Neutral | ➖ 203 Negative |

Feedback from the last 12 months

See all feedback

➕ The box is very small
Oct 05, 2020

● ○ ○ ○ ○

1,205 Followers | 0 Reviews | Member since: **Apr 03, 2012** | 📍 China

## Items for sale(40332)

See all items











| 1 Pair 18-SMD C... | 2pcs CNC Black ... | Universal Motor... | ABS Chrome Car ... | 2pcs/set Motorc... |
|---|---|---|---|---|
| US $9.64  14m left | US $10.25  41m left | US $4.87  41m left | US $8.18  1h left | US $10.55  1h left |

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✔ Norton SECURED

10/6/2020

Hi ▮ ⌄    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔⁴    🛒

**ebay**    Shop by category ⌄     🔍 Search this Store    | This Store ⌄ |    **Search**    Advanced

eBay › eBay Stores › northernswallow2012



# northernswallow2012

**1205** followers | northernswallow2012 (41642 ⭐) 97.6%

We appreciate every customer in our store , please let us know if you have any problems , we would definitely give you a better solution ! :)

♡ Save this seller

### Category

All
Baby
Business & Industrial
Cameras & Photo
Clothing, Shoes & Accessories
Coins & Paper Money
Collectibles
Computers/Tablets & Networking
Electronics
Crafts
eBay Motors
Health & Beauty
Home & Garden
Jewelry & Watches
Musical Instruments & Gear
Pet Supplies
Sporting Goods
Toys & Hobbies
Video Games & Consoles
Formal&Bridesmaids Dresses
Men's World
Women's World
Girls' Clothing
Boys' Clothing
20% Off
Black Friday
Other

| All Listings | Auction | Buy It Now |

1-48 of 27,619 Results

Best Match ⌄    ▦ ⌄

---

Motorcycle Accessories Sidestand Rubber Tie Strap For KTM 98-19 Husaberg 09-14

*C* $10.89
Free shipping

From China

---

Funny 3D Geometric Print T-Shirt Men Women Graphic Casual Short Sleeve Tee Tops

$10.76 to $11.76
Was: $11.56
Free shipping

From China



---

Long Crochet Braid Synthetic Wig For Black Women Full Head Wigs NEW

$10.18
Was: $10.72
Free shipping

From China



---

Rock Climbing descender Outdoor Mountaineering High quality Practical Useful

$61.30
Was: $65.21
Free shipping

From China



---

Adjustable Aluminium Alloy Multifunctional Woodworking Tool Punch Locator Set

$39.32
Was: $41.39
Free shipping

From China



---

Men's Knitted Thick Single Breasted Cable Knitwear Cardigan Winter Sweater Tops

$32.48 to $32.57
Was: $34.19
Free shipping

From China



---

Bicycle Foot Step Steel Foldable Fork Foot Step Peg MTB Bike Foot Peda Parts

$18.24 to $18.34
Free shipping

From China



---

Mens Slim Fit Skinny Pencil Pants Plaid Business Formal Dress Casual Trousers

$17.30 to $17.38
Was: $18.21
$1.00 shipping

From China

---

Bust Climbing Belt Outdoor Breathable High-strength Rock Tree Climbing

$62.17
Was: $66.14
Free shipping

From China

---

Foot Pedal-Control Valve Faucet Basin Switch Kitchen Sink Lab Room Water Tap

$30.17
Was: $31.76
Free shipping
or Best Offer

From China

10/6/2020



Deep-Curly Full Frontal Wig Indian Human Hair Wigs Pre Plucked Protable

$39.03 to $42.89
Was: $45.15
Free shipping
10 watching

From China



Men PU Leather Long Pants Wet Look Punk Gothic Biker Motorcycle Trousers Bottoms

$31.94 to $33.95
Was: $33.62
$1.99 shipping

From China



Mens Sexy Lingerie-Sissy Pouch Panties Lace Boxer Briefs-Underwear Underpants

$6.06
Was: $6.38
Free shipping

From China



Men's Knitted Thick Shawl Collar Single Breasted Cable Knitwear Cardigan Sweater

$24.21
Was: $25.48
Free shipping

From China



Multifunction Smell Proof Bag Smoking Password Lock Case Rolling Box Lockable

C $19.16
$6.49 shipping
or Best Offer

From China



Retro Oriental Fabric Cotton Japanese Bronzing Floral Sakura Sewing Cloth DIY

$6.52 to $6.94
Was: $7.18
Free shipping

From China



For Jeep Wrangler Waterproof Reversing Backup Rear View Camera Spare-Tire Mount

$44.69
Was: $47.04
$1.78 shipping

From China



Womens Wet Look PU Leather High Waist Skinny Leggings Pencil Pants Slim Trousers

$15.66 to $17.20
Was: $17.53
Free shipping

From China



Real Carbon Fiber Gear Shift Knob Cover Fit For Porsche MACAN 2014~2020 718 911

$45.02
Was: $47.39
Free shipping
14 watching

From China



Leak-proof Faucet Tap Beer Stainless Steel Mini Dispenser High quailty

C $78.45
Was: $62.00
Free shipping

From China



Collar Coat Sweater Cardigan Winter Knitwear Jacket Men's Stand Fashion

C $32.23 to C $32.59
Free shipping

From China



12PCS Peach Wood Grain Car Interior Kit Cover Trim For Honda CR-V CRV 2017~2019

$48.35
Was: $51.44
$25.77 shipping
14 watching

From China



Small/Large Pencil compass Workshop Parts Layout Marking Tool Precision

C $16.31 to C $19.32
Free shipping

From China



Ring Drill Bit Multifunction Wooden Thick Ring Maker High-Speed Steel Wood Tool

$16.40
Was: $17.26
Free shipping

From China



**NEW LISTING** Dust Collection Dust cover Fittings Attachment Spare Workshop Equipment

$37.40

Free shipping

From China

---



10pcs External Thread Turning Tool Lathe Machine Cutting Tools CNC SEL1616H16

C $29.84

Free shipping

From China

---



Full Length Adult Men Baggy Casual Coat Cape Loose Long Cardigan Cloak Tops New

$20.41 to $20.97

$1.99 shipping

From China

---



Mens Workwear Shoes Chef Restaurant Kitchen Water Oil Resistant Non-Slip Slip On

$21.26 to $21.48

Was: $22.38

Free shipping

From China

---



Carbon Fiber Interior Gear Shift Box Panel Fram Trim Fit For Nissan 350Z 2003-09

$35.22

Was: $37.07

Free shipping

From China

---



9 Pcs/set Carbon Fiber Interior Trim Cover For Subaru BRZ Toyota 86 2013-2017

$39.73

Was: $41.82

Free shipping

From China

---



Women's Elastic Shiny Mini Slip Dress Bodycon Oil See Through Tights Nightdress

$8.08

Was: $8.51

Free shipping

From China

---



**NEW LISTING** 46pcs Ratchet Torque Wrench Kit Hand Tools For Car 1/4-Inch Socket Set Durable

$42.55

Free shipping

From China

---



Foot Pedal Control Valve Faucet/Vertical Basin Switch Kitchen Sink Water Tap Hot

$38.10

Was: $40.11

$2.82 shipping

From China

---



20pcs Moroccan Style Tile Wall Stickers Kitchen Bathroom Self-Adhesive Mosaic

$7.77 to $17.06

Was: $17.96

Free shipping

From China

---



12pcs Carbon Fiber Style Interior Decor Cover Trim For Honda CRV CR-V 2017-19

$43.23

Was: $45.51

Free shipping

From China

---



Decorative Sofa Cover Couch Elastic Printing Slipcover Polyester Fiber

C $24.74 to C $37.37

Free shipping

From China

---



Womens Ladies Pencil Skirt Bodycon Office Plain High Waist Business Plus Size

C $23.44

Free shipping

From China

---



Womens Baggy Long Sleeve Pullover Solid Sweatshirt Jumper Blouse Tops Shirts

$6.44

Was: $6.78

From China

---





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **northernswallow2012** (41642) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors
- Other Motorcycle Parts
- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Fairings & Bodywork
- Other Motorcycle Accessories
- Motorcycle Silencers, Mufflers & Baffles
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (52)

**Price**
- Under $15.00
- Over $15.00
- $ to $

**Item Location** see all
- Default
- Within 100 miles of 60564
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

northernswallow2012
(41642)
Feedback rating: 41,642
Positive Feedback: 97.6%
Member since Apr-03-12 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
northernswallow2012

Sponsored items for you

Stator Coil for KTM 400 450 620 625 6...
**$54.00**
Buy It Now
Free shipping

All Listings | Auction | Buy It Now Sort: Best Match View:

**52** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60564-9579
Clear selections
**0** matching results
Find Results

Aluminums Alloy Universal Motorcycle Tool Kit For Honda Kawasaki Suzuki KTM (Fits: KTM)
Brand New
**$14.96** From China
Was: ~~$15.75~~
Buy It Now
**Free Shipping**
**5% off**
Watch

Hot Aluminums Alloy Universal Motorcycle Tool Sets For Honda Kawasaki Suzuki KTM
Brand New
**$14.96** From China
Was: ~~$15.75~~
Buy It Now
**Free Shipping**
**5% off**
Watch

Motorcycle Fairing Bumper Panel Bolt Screws For Kawasaki /Suzuki /Honda /KTM/BMW
Brand New
***$15.45** to **$17.15*** From China
*Was: ~~$18.05~~*
Buy It Now
**Free Shipping**
**5% off**

5pcs/Kit Motorcycle Spark Plug Socket Spanner Wrench Screw Drive Tools Universal (Fits: KTM)
Brand New
**$11.22** From China
Was: ~~$11.81~~
Buy It Now
**Free Shipping**
**5% off**
Watch

1x Black Motorcycle Bike CNC Gear Shifter Lever Aluminum Shift Pedal Universal (Fits: KTM)
Brand New
**$10.03** From China
Was: ~~$10.56~~
Buy It Now
**Free Shipping**
**5% off**
Watch

55mm ID Black High Performance Motorcycle Parts Pod Air Filter Cleaner Black X2 (Fits: KTM)
Brand New

For KTM 125/200/390
DUKE 2013 2014 20...
**$75.99**
Buy It Now
Free shipping
**Last one**



CNC Front Clutch Fluid
Reservoir Tank...
**$4.75**
Buy It Now
Free shipping



Rear Seat Cover Cowl
Fairing For KTM ...
**$61.45**
Buy It Now
Free shipping



Oversize KTM CNC Rear
Brake Step Plat...
**$7.33**
Buy It Now
Free shipping



Side Stand Rubber Strap
For KTM 98-19...
**$8.80**
Buy It Now
Free shipping



Side Stand Rubber Strap
For KTM 1998-...
**$9.90**
Buy It Now
Free shipping

---



**2Pcs**

**$17.45**
Was: $18.37
Buy It Now
**Free Shipping**
5% off
👁 Watch

From China

---

Universal Motorcycle Bike Blue LED Digital Gear Indicator Display Shift Sensor (Fits: KTM)
Brand New

**$14.12**
Was: $14.86
Buy It Now
**Free Shipping**
5% off
👁 Watch

From China

---



6 X 68mm Motorcycle Spring Hooks Accessories Exhaust Pipe Tools Set Kit Blue NEW (Fits: KTM)
Brand New

**$8.53**
Was: $8.98
Buy It Now
**Free Shipping**
5% off
👁 Watch

From China

---



**2Pcs**
**51mm**

51mm ID Black High-Performance Motorcycle Parts Pod Air Filter Cleaner Black X2 (Fits: KTM)
Brand New

**$17.94**
Was: $18.88
Buy It Now
**Free Shipping**
5% off
👁 Watch

From China

---



For 50-125cc Kick Start Dirt Bike Wire Harness Wiring Loom CDI Coil Magneto Kits (Fits: KTM)
Brand New

**$30.44**
Was: $32.04
Buy It Now
**Free Shipping**
5% off
👁 Watch

From China

---

**10pcs**

NEW 10*Motorcycle Exhaust Manifold Gasket Seal O-Ring For KTM/Husaberg/Husqvarna
Brand New

**$8.47**
Was: $8.92
Buy It Now
**Free Shipping**
5% off
👁 Watch

From China

---



7/8" Universal Motorcycle Hand Grips HandleBar Cover Gel For Honda Suzuki KTM
Brand New

**$11.41**
Was: $12.01
Buy It Now
**Free Shipping**
5% off

From China

---

1 Pcs Motorcycle Switch Push Horn Starter Dirt Bike KTM Dual Sport Brand New
Brand New





SIDE STAND RUBBER STRAP

$12.50
Free shipping



Generator Stator Coil for KTM 400 450...
$53.99
Buy It Now
Free shipping



Generator Stator Coil for KTM 400 450...
$54.00
Buy It Now
Free shipping



Stator Coil Magneto Alternator for KT...
$53.99
Buy It Now
Free shipping



For KTM 125/200/390 DUKE 2013-2016 CN...
$75.99
Buy It Now
Free shipping
Last one



For KTM 125/200/390 DUKE 2013-2016 Mo...
$77.39
Buy It Now
Free shipping
Last one




$7.01
Was: $7.38
Buy It Now
Free Shipping
5% off
Watch
From China

35mm ATV PIT Dirt Bike Splash Proof Plastic Cover Air Filter For 50cc 110cc Blue (Fits: KTM)
Brand New
$8.61
Was: $9.06
Buy It Now
Free Shipping
5% off
Watch
From China



Motorcycle Exhaust Muffler Pipe Heat Shield Cover Heel Guard Anti-Scalding KTM
Brand New
$10.56
Was: $11.12
Buy It Now
Free Shipping
5% off
Watch
From China



Motorcycle Accessories Sidestand Rubber Tie Strap For KTM 98-19 Husaberg 09-14
Brand New
$8.18
Buy It Now
Free Shipping
Watch
From China




Aluminum Air Fuel Mixture Screw Adjuster For Mikuni VM26 Carb Honda KTM
Brand New
$7.51
Was: $7.91
Buy It Now
Free Shipping
5% off
Watch
From China



10 X Motorcycle Exhaust Manifold Gasket Seal O-ring For KTM/Husaberg/Husqvarna
Brand New
$8.44
Was: $8.88
Buy It Now
Free Shipping
5% off
Watch
From China



For Honda CR125R CR250R CR500R CR80R CRF100F CRF125F CRF150F Soft Seat Cover Top (Fits: KTM)
Brand New
$12.45
Was: $13.11
Buy It Now
Free Shipping
5% off
Watch
From China



Spark Plug Socket For KTM For Kawasaki For Suzuki For Honda XR600R XR200R New
Brand New



 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

### Ship to

████████
28W700 Perkins Ct
Naperville, IL 60564-9579
United States
████████

Change

---

### Review item and shipping

Seller: northernswa... | Message to seller

 7/8" Universal Motorcycle Hand Grips HandleBar Cover Gel For Honda Suzuki KTM
Color: Black

**$11.41**
~~$12.01~~

Quantity  [ 1 ▾ ]

**Delivery**
Est. delivery: Nov 9 – Nov 30
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

Save up to 5%

---

### Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

---

### Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount   [ None ▾ ]

---



| | |
|---|---|
| Subtotal (1 item) | $11.41 |
| Shipping | Free |
| Tax* | $0.71 |
| **Order total** | **$12.12** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi ▮▮ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄ | 🔔4 | 🛒

**ebay** Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

◁ Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts

✉ f 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle | Contact the seller

🔴 **SAVE UP TO 7% WHEN YOU BUY MORE**





### Hot Aluminums Alloy Universal Motorcycle Tool Sets For Honda Kawasaki Suzuki KTM

Condition: New

| Bulk savings: | Buy 1 $14.96/ea | Buy 2 $14.36/ea |
|---|---|---|
| | Buy 3 $14.21/ea | |

Quantity: [ 1 ]  4 or more for $13.91/ea

5 available

Price: **US $14.96/ea**
US $15.75 (5% off) ⓘ

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

Free shipping | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: suzhou, China
Ships to: Worldwide  See exclusions

Delivery: ⏱ Estimated between **Mon. Nov. 2 and Fri. Nov. 20** ⓘ
This item has an extended handling time and a delivery estimate **greater than 18 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal VISA 💳 AMERICAN DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
northernswallow2012 (41642 ⭐)
97.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions



**7PCS Universal Motorcycle Durable Tool Kit For Honda...**
$19.43
~~$20.89~~
Free shipping
New



**7 PCS Universal Motorcycle Durable Tool Kits For Hond...**
$13.01
~~$14.14~~
Free shipping
New



**Aluminums Alloy Universal Motorcycle Tool Kit For...**
$14.96
~~$15.75~~
Free shipping
New



**Hot Aluminums Alloy Universal Motorcycle Tool...**
$12.98
~~$13.66~~
Free shipping
New



**7PCS Universal Motorcycle Tool Kit Tool Kit For Honda...**
$13.24
~~$14.08~~
+ $1.67 shipping
New



**For Honda Kawasaki Suzuki KTM,Universal 7Pcs...**
$12.57
~~$13.66~~
Free shipping
New

Feedback 





Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄



Shop by category

Search for anything | All Categories ⌄ | **Search**

Advanced

‹ Back to home page | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work

| Add to Watchlist

People who viewed this item also viewed


Motorcycle Fairing Bumper Panel Bol...
$15.97
$16.99
Free shipping


CNC Fairing Bolt Kit body screws...
$15.66
$16.48
Free shipping


Universal CNC Fairing Bolts Kit...
$18.07
$19.83
Free shipping


Motorcycle Fairing Bumper Panel Bol...
$17.00
Free shipping


Motorcycle Fairing Bumper Panel Bol...
$17.00
Free shipping




**Motorcycle Fairing Bumper Panel Bolt Screws For Kawasaki /Suzuki /Honda /KTM/BMW**

Condition: New

Color: - Select -

Quantity: 1    10 available

Price: C $22.33
Approximately US $17.00

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
northernswallow2012 (41693 ★)
97.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Free shipping | 30-day returns | Longtime member

Shipping: **FREE** Economy Int'l Shipping | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: suzhou, China
Ships to: Worldwide  See exclusions

Delivery: ⊡ Estimated between **Tue. Nov. 10 and Thu. Jan. 7**
This item has an extended handling time and a delivery estimate **greater than 19 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 days, buyer pays return shipping | See details

❓ Have one to sell?  Sell now

**Sponsored items from this seller** 1/2

Feedback on our suggestions



Motorcycle Fairing Bumper Panel Bolt Screw For...
$16.29
$17.15
Free shipping

Fairing Bumper Panel Bolt Screw For Kawasaki/Hond...
$16.29
$17.15
Free shipping

10PCS Motorcycle Rubber Grommets Bolt For Honda...
$7.97
Free shipping

Black Rubber gasket Replacement Parts For...
$9.17
Free shipping

Fairing Bolt kit Body Screws Aluminum M5 M6 For Hond...
$20.05
Free shipping

Oil Tank Cup Parts For Ducati For Kawasaki 1pc...
$9.20
$9.68
Free shipping

Description | Shipping and payments

Report item

Seller assumes all responsibility for this listing.
Last updated on Oct 09, 2020 05:21:38 PDT  View all revisions

eBay item number: 284020456796



**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Package Contents: | Total: 137PCS | Manufacturer Part Number: | Does Not Apply |

You may like

Hi! Sign in or register    Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒



ebay   Shop by category ⌄   | Search for anything |   All Categories ⌄   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Brakes & Suspension › Brake Rotors    ✉ f 💬 🐦 📌 | Add to Watchlist

### People who viewed this item also viewed




KTM Rear Brake Disc SX SXF EXC...
$41.53
+ shipping


Front Brake Disc Rotor For KTM 20...
$35.20
+ $7.00 shipping


KTM Solid Rear Brake Disc SX SX...
$41.53
+ shipping


KTM Front Brake Disc SX SXF 200...
$41.53
+ shipping


KTM Front Brake Disc SXF 300 35...
$41.53
+ shipping

---

ℹ Check if this part fits your vehicle    **Select Vehicle**



‹    ›

 

$ Have one to sell?   **Sell now**

### Front Brake Disc Rotor Fit For KTM 250 MX/MXC/SX-F/XC-F/XC-W 300 EXC/GS/MX/MXC

| | |
|---|---|
| Condition: | New other (see details) |
| Compatibility : | See compatible vehicles |
| Quantity: | [ 1 ]   10 available |

Price:   **US $42.90**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

🔴 **30-day returns**    |    Longtime member

| | |
|---|---|
| Shipping: | **$13.90**   Standard SpeedPAK from China/Hong Kong/Taiwan \| See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: GZ, china, China |
| | Ships to: Worldwide   See exclusions |
| Delivery: | 📦 Estimated between **Fri. Oct. 30 and Thu. Nov. 19** |
| | Ⓠ Please note the delivery estimate is **greater than 12 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 🟠 AMEX DISCOVER    |
| | **PayPal CREDIT** |
| | Special financing available. \| See terms and apply now |
| | 🟦 Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | 30 day Buyer pays for return shipping \| See details |

#### Shop with confidence

 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
nssupermarket2011 (421 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Sponsored items from this seller   1/2        Feedback on our suggestions

‹


Front Footrest Foot Pegs Fit For Suzuki...
$12.96
Free shipping


New Fuel Tank Decal Pad Gas Cap Sticker Protector...
$5.12
+ $1.60 shipping


Front Upper Stay Fairing Headlight Bracket For...
$36.40
+ $1.60 shipping


Front Upper Stay Fairing Headlight Bracket For...
$38.90
+ $1.60 shipping


Front Upper Stay Fairing Headlight Bracket For...
$35.80
+ $1.60 shipping


Tank Pad Anti Slide Tank Pads Rubber Traction Fi...
$13.50
Free shipping

›

---

**Description**    Shipping and payments        Report item

Seller assumes all responsibility for this listing.
Last updated on Sep 29, 2020 21:15:51 PDT   View all revisions

eBay item number: 142736818447

**Compatibility**
Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel |
|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 506 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2009 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SXS |
| | 2007 | KTM | 125 | EXC |
| | 2007 | KTM | 125 | SX |
| | 2007 | KTM | 125 | SXS |
| | 2006 | KTM | 125 | EXC |
| | 2006 | KTM | 125 | SX |
| | 2006 | KTM | 125 | SXS |
| | 2005 | KTM | 125 | EXC |
| | 2005 | KTM | 125 | SX |
| | 2005 | KTM | 125 | SXS |
| | 2004 | KTM | 125 | EXC |
| | 2004 | KTM | 125 | SX |
| | 2004 | KTM | 125 | SXS |
| | 2003 | KTM | 125 | EXC |
| | 2003 | KTM | 125 | SX |
| | 2003 | KTM | 125 | SXS |
| | 2002 | KTM | 125 | EXC |
| | 2002 | KTM | 125 | SX |

Page 1 of 26    ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by nssupermarket2011

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New other (see details) | Brand: | Unbranded |
| UPC: | Does not apply | Manufacturer Part Number: | Does Not Apply |
| EAN: | Does not apply | | |

### Item description

250 MXC 2003. 300 MXC Standard forks 1994-1998. 300 MXC 1999-2003. 300 SX 1993. 300 SX 1994-2003. 250 MX 1992-1993. 300 MX 1990-1991. 300 MX 1992-.

**See full item description**

---

Sponsored items based on your recent views 1/2    Feedback on our suggestions


38mm Motorcycle PWK 38 mm Carburetor 38 Air Strik...
**$45.12**
+ $16.00 shipping
Last one


Front Brake Disc Rotor For KTM 200...
**$35.20**
+ $7.00 shipping
Seller 99.1% positive


For KTM Front Brake Disc Cover Guard KTM EXC SX...
**$18.90**
$22.50
+ $2.99 shipping
Seller 99.5% positive


KTM Front Steel Brake Disc Rotor Pads for 300...
**$60.45**
$65.00
Free shipping
Seller 99.6% positive


Universal 22mm 28mm Handguard Hand Guard...
**$28.81**
$30.98
+ $7.50 shipping
New


Motorcycle Handguards Brush Bar Hand Protector...
**$17.82**
$18.96
Free shipping
New

---

More from this seller 1/2    Feedback on our suggestions



**Categories**

**Product Overview**

**Part Name**: Front Floating Brake Disc Rotor

**Fitment**: KTM

250 EXC Grimeca Caliper 1992-1993
250 EXC 1994-1999
250 EXC KTM-2T-EXC/e1/00060 2000-2003
250 GS 1993
250 GS 1994-1997
250 MX 1992-1993
250 MXC 2003
250 T-XC Grimeca Caliper 1992-1993

300 EXC 1997-2003
300 GS 1991-1992
300 GS 1993-1994
300 GS 1994-on
300 MX 1990-1991
300 MX 1992-
300 MXC Standard forks 1994-1998
300 MXC 1999-2003
300 SX 1993
300 SX 1994-2003

**Material**: Iron inner ring & Stainless steel outer ring

**Color**: see picture shown

**Package**: one front rotors

Designed by CAD/CAM system
Hi-end laser cut technology, heat resistant test
Replaces original disc with no modification required
Keeps the contact surface cleaner between the disc and the brake pad
Improves and personalise the style of each motorcycle
High Quality Made ,100% New ,After Market Parts.
This front floating disc rotors are constructed from 420 stainless steel.

| Shipping Terms | International Buyers Please Note | Payment | Refund | About us |
| --- | --- | --- | --- | --- |

Economy shipping:

We ship most goods within 1-2 business day after payement cleared.

We ship to eBay address ONLY. Please make sure your address in eBay is matched with your shipping address before you pay.

We ship worldwide Via Flat-Mail, Delivery time is 11-22 business days.

| Country | | Delivery Time, Work Days | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 5-9 | 10-15 | 16-20 | 21-25 | 26-30 | >35 |
| United States | Rate (item arrived) | 17.4% | 58.3% | 10.5% | 10.5% | 3.4% | Refund |
| UK | Rate (item arrived) | 9.8% | 43.3% | 29.2% | 13.3% | 4.4% | Refund |
| Australia | Rate (item arrived) | 11.5% | 40.0% | 24.2% | 17.2% | 7.1% | Refund |
| France | Rate (item arrived) | 10.5% | 28.7% | 43.8% | 10.1% | 7.0% | Refund |
| Germany | Rate (item arrived) | 9.1% | 22.3% | 31.3% | 20.8% | 15.5% | Refund |
| Canada | Rate (item arrived) | 3.1% | 44.1% | 31.4% | 17.6% | 3.9% | Refund |
| Spain | Rate (item arrived) | 3.5% | 25.1% | 47.8% | 12.9% | 10.7% | Refund |
| Italy | Rate (item arrived) | 2.0% | 10.1% | 19.4% | 32.8% | 35.7% | Refund |
| Russia | Rate (item arrived) | 0.6% | 11.1% | 22.4% | 31.4% | 34.5% | Refund |
| Brazil | Rate (item arrived) | 1.1% | 13.2% | 23.8% | 36.3% | 25.6% | Refund |

Expedited shipping:

Express Mail Service is available. Delivery time is 3-7 business days. You need to contact us about this service.

On Feb-01-20 at 06:40:11 PST, seller added the following information:



eBay    Shop by category ⌄    | Search for anything | All Categories ⌄ | Search |    Advanced

Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Brakes & Suspension > Brake Rotors

✉ f 🐦 📌    | Add to Watchlist

### People who viewed this item also viewed


KTM Rear Brake Disc SX SXF EXC...
$41.53
+ shipping


Front Brake Disc Rotor For KTM 20...
$35.20
+ $7.00 shipping


KTM Solid Rear Brake Disc SX SX...
$41.53
+ shipping


KTM Front Brake Disc SX SXF 200...
$41.53
+ shipping


KTM Front Brake Disc SXF 300 35...
$41.53
+ shipping

---

ⓘ  Check if this part fits your vehicle    | Select Vehicle |



 

$ Have one to sell?    | Sell now |

### Front Brake Disc Rotor Fit For KTM 250 MX/MXC/SX-F/XC-F/XC-W 300 EXC/GS/MX/MXC

| | |
|---|---|
| Condition: | **New other (see details)** |
| Compatibility : | See compatible vehicles |
| Quantity: | [ 1 ]    10 available |
| Price: | **US $42.90** |

| Buy It Now |
| Add to cart |
| ♡ Add to Watchlist |

**30-day returns**    Longtime member

Shipping:    **$13.90** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: GZ, china, China
Ships to: Worldwide    See exclusions

Delivery:    📦 Estimated between **Fri. Oct. 30 and Thu. Nov. 19**
⚠ Please note the delivery estimate is **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:      

**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    30 day Buyer pays for return shipping | See details

**Shop with confidence**

$  **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
nssupermarket2011 (421 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Sponsored items from this seller  1/2

Feedback on our suggestions


Front Footrest Foot Pegs Fit For Suzuki...
$12.96
Free shipping


New Fuel Tank Decal Pad Gas Cap Sticker Protector...
$5.12
+ $1.60 shipping


Front Upper Stay Fairing Headlight Bracket For...
$36.40
+ $1.60 shipping


Front Upper Stay Fairing Headlight Bracket For...
$38.90
+ $1.60 shipping


Front Upper Stay Fairing Headlight Bracket For...
$35.80
+ $1.60 shipping


Tank Pad Anti Slide Tank Pads Rubber Traction Fit F...
$13.50
Free shipping

---

Description | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

#### Shipping and handling

Item location: **GZ, china, China**

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Middle East, Oceania, South America, Brunei Darussalam, Cambodia, Hong Kong, Laos, Macau, Vietnam, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Albania, Andorra, Bosnia and Herzegovina, Gibraltar, Guernsey, Jersey, Liechtenstein, Macedonia, Malta, Moldova, Monaco, Montenegro, San Marino, Svalbard and Jan Mayen, United Kingdom, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, PO Box

Quantity: 1    Change country: United States     ZIP Code: 60106   Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $13.90 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Fri. Oct. 30 and Thu. Nov. 19** |

\* Estimated delivery dates - include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

**Payment methods**





**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views 1/2

Feedback on our suggestions













| 38mm Motorcycle PWK 38 mm Carburetor 38 Air Strik... | Front Brake Disc Rotor For KTM 200... | For KTM Front Brake Disc Cover Guard KTM EXC SX... | KTM Front Steel Brake Disc Rotor Pads for 300... | Universal 22mm 28mm Handguard Hand Guard... | Motorcycle Handguards Brush Bar Hand Protector... |
|---|---|---|---|---|---|
| $45.12 | $35.20 | $18.90 | $60.45 | $28.81 | $17.82 |
| + $16.00 shipping | + $7.00 shipping | $22.50 | $65.00 | $30.98 | $18.96 |
| Last one | Seller 99.1% positive | + $2.99 shipping | Free shipping | + $7.50 shipping | Free shipping |
| | | Seller 99.5% positive | Seller 99.6% positive | New | New |

---

### More from this seller 1/2

Feedback on our suggestions















| Front Brake Disc Rotor Fit For KTM 250 125 200 250... | Front Brake Disc Rotor For KTM 360 380... | Floating Front Brake Disc Rotor Fit For KTM Nevada... | Floating Front Brake Disc Rotor Fit For Honda CBR60... | Front Brake Disc Rotor Fit For Yamaha Motorcycle... | Front Floating Brake Disc Rotor Fit For Kawasaki Ninj... |
|---|---|---|---|---|---|
| $42.80 | $49.88 | $85.60 | $163.00 | $169.20 | $169.80 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |



## Items for sale(1423)

See all items



Front Headlight...
US $186.36          6m left



Windshield Wind...
US $22.20          53m left



Radiator Cooler...
US $132.55          10h left



Blue Rubber Key...
US $3.66          11h left



Blue Motorcycle...
US $3.62          11h left

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton
SECURED

Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ▾   My eBay ▾   🔔   🛒



**ebay**   Shop by category ▾   | 🔍 Search this Store | This Store ▾ |   **Search**   Advanced

eBay › eBay Stores › nssupermarket2011

### nssupermarket2011

22 followers | nssupermarket2011 (421 ★) 100.0%

♡ Save this seller

**Category**

All
fairing bodywork kit
headlight set
headlight
key
keychain
sticker
headlight bracket
Air intake
Clutch brake lever
Fender
Footrest
brake disc rotor
Radiator
Rear tail seat cowl
Rearview mirrors
Silders spools
Speedometer
Speedometer cover
Stator engine cover
Steering damper kit
Taillight
Turn signals light
Upper fairing cowl
Windshield
Tank cover
Tank pads
Seat
brake pads
oil reservoir
hand grips
lever guards
handle bar
Other

| All Listings | Auction | Buy It Now |

1-48 of 635 Results

Time: ending soonest ▾   ▦ ▾


Front Headlight Headlamp Head Light Lamp Assembly For Honda CBR1100XX 1997-2007
**$186.36**
$1.60 shipping
From China


Windshield Windscreen For yamaha YZF-R6 2008-2015 08 09 11 12 13 motorcycle ABS
**$22.20**
$1.60 shipping
From China


Radiator Cooler Cooling Fit For Suzuki GSXR1000 2005-2006 2009-2014 10 11 12 13
**$132.55**
$35.99 shipping
From China


Blue Rubber Keychain Key Ring For Honda CBR400/500/600/1000/1100XX New
**$3.66**
$1.60 shipping
From China


Biue Motorcycle Rubber Keychain Key Ring For Yamaha YZF R6 New
**$3.62**
$1.60 shipping
From China


Headlight Front light Head Lamp House For kawasaki Z1000 2007-2008-2009 New
**$166.98**
$1.60 shipping
From China


Green Rubber Keychain Key Ring For Honda CBR500/900/954/1000/1100XX New
**$3.65**
$1.60 shipping
From China


Motorcycle Rubber Keychain Key Ring For Yamaha YZF-R6 New White+Red
**$3.60**
$1.60 shipping
From China


Front Brake Disc Rotor Fit For Benelli Tre-K 1130 06-09 Tornado Naked Tre 889
**$172.98**
$1.60 shipping
From China


Fit for Kawasaki Z1000SX 2013-14-2015-2016 Front Tire Fender Fairing Matt Black
**$80.90**
$29.88 shipping
From China

10/12/2020



Floating Front Brake Disc Rotor Fit For KTM Nevada 750 05-09 Duke 690 2008-2009

$85.60
$1.60 shipping

From China



50 mm Clip On Handle Bar fit For Kawasaki ZX6R/RR 2003-2008 05 06 ZX10R 2004-10

$37.92
$1.60 shipping

From China



Headlight Light Lamp Assembly Fit For Kawasaki Ninja 250R 08-12 650R/ER-6F 2006

$122.77
$1.60 shipping

From China



Front Headlight Light Lamp Assembly Fit For Kawasaki Z750 2004-2006 Z1000 03-06

$119.03
$1.60 shipping

From China



Rear Brake Disc Fit For BMW Motorcycle S1000RR 2009-2015 10 11 12 13 14 S 1000

$65.99
$1.60 shipping

From China



Floating Front Brake Disc Rotor For Cagiva Mito 125/500 Raptor 125 Planet 125

$85.70
$1.60 shipping

From China



Rear Taillight Brake With Turn Signal Fit For Honda CBR1000RR 2008-2012 09 10 11

$24.88
Free shipping

From China



Motorcycle Radiator Cooler For Honda F4 1999-2000 CBR600 F4I 2001-2006 02 03 04

$99.50
$35.99 shipping

From China



Speedometer Tachometer Gauge Case Cover Fit For Yamaha FZ1 2006-2014 FZ6 07-09

$22.86
Free shipping

From China



Upper Fairing Cowl Nose Fit For Kawasaki Ninja ZX6R ZX636 2009-2012 Red ZX600R

$129.00
$29.88 shipping
2 watching

From China



Headlight Light Lamp Assembly Fit For Suzuki Bandit GSF 650s 1250s 2007-2009 08

$250.00
$1.60 shipping

From China



3D Soft Rubber Keychain+Blade Uncut Right Slot Key For Yamaha YZF-R1 1998-2015

$6.65
$1.60 shipping

From China



Headlight Front light Head Lamp House For kawasaki Z1000 2010-2013-2011-2012 New

$139.86
$1.60 shipping

From China



Headlight Front light Head Lamp House For kawasaki Ninja ZX-6R 2009-2012 10 11

$199.86
$1.60 shipping

From China


Headlight Front light Head Lamp House For kawasaki Ninja ZX-10R 2011-2014 12 13

$193.36
$1.60 shipping

From China


Stator Engine Generator Cover Fit For Honda CBR900RR CBR929RR 2000-2001 Black

$37.88
$1.60 shipping

From China


Fit For HONDA CBR900RR 1993-1999 Brake Clutch Lever Handle bar Hand Grips

$16.99 to $47.99
$1.60 shipping

From China


Fit For Honda CBR929RR 2000-2001 Brake Clutch Lever Handle bar Hand Grips

$16.99 to $47.99
$1.60 shipping

From China


Fit For Honda CBR954RR 2002-2003 Brake Clutch Lever Handle bar Hand Grips

$16.99 to $47.99
$1.60 shipping

From China


Engine Stator Cover Crankcase Fit For Suzuki GSXR600/750 2004-2005 Left Side New

$32.99
$1.60 shipping

From China


Fit For Honda CBR1000RR 2008-2019 Brake Clutch Lever Handle bar Hand Grips

$16.99 to $47.99
$1.60 shipping

From China


Fit For Honda CBR1000RR 2004-2007 Brake Clutch Lever Handle bar Hand Grips

$16.99 to $47.99
$1.60 shipping

From China


Upper Fairing Cowl with Windshield Kit Fit For Yamaha XJR400 XJR1300 ZRX400

$118.00
$29.88 shipping

From China


Front Brake Disc Rotor For Ducati Monster400/600/620/696/748/750/800/900 01 99

$173.00
$1.60 shipping

From China


Left Engine Stator Cover Crankcase Fit For Yamaha YZF-R6 1999-2000-2001-2002 New

$45.99
$1.60 shipping

From China


Rear View Mirrors With Turn Indicator Fit For Honda CBR1000RR 2008-2012 09-10-11

$54.05
$1.60 shipping

From China


Engine Stator Cover Crankcase Fit For Kawasaki Z1000 2011-2014 Ninja 1000 11-13

$35.88
$1.60 shipping

From China


50mm Clip On Handle Bar fit For Honda CBR1000RR 2004-2010 CBR 929 954 2000-03 02

$37.89
$1.60 shipping

From China



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **nssupermarket2011** (421) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors
- Motorcycle Fairings & Bodywork
- Motorcycle Decals & Stickers
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (14)

**Price**
$ to $

**Item Location** see all
- Default
- Within
  100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

nssupermarket2011 (421)
Feedback rating: 421
Positive Feedback: 100%
Member since Sep-05-16 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match — View:

**14** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of 60106
Clear selections
**0** matching results
Find Results

For KTM DUKE 390 125 200 RC 390 2014-2017 M10 Swingarm Sliders Spools 6 Colors
Brand New
**$15.32** From China
Buy It Now
**Free Shipping**

Tank Pad Stickers Protector Decal Emblem Fit For KTM Duke 125/200/390/690 New (Fits: KTM)
Brand New
**$11.99** From China
Buy It Now
**Free Shipping**
Watch

New Fuel Tank Decal Pad Gas Cap Sticker Protector Fit For BMW KTM Ducati Silver
New (Other)
**$5.12** From China
Buy It Now
+$1.50 shipping
Watch

Front Brake Disc Rotor Fit For KTM 250 MX/MXC/SX-F/XC-F/XC-W 300 EXC/GS/MX/MXC (Fits: KTM)
New (Other)
**$42.90** From China
Buy It Now
+$13.90 shipping
Watch

Rear Taillight Brake Turn Signal Fit For KTM Super Duke 990 2006-2011 07 08 09 (Fits: KTM)
Brand New
**$57.66** From China
Buy It Now
+$4.50 shipping
Watch

Front Brake Disc Rotor Fit For KTM 360 380 MX/MXC/SX/XC 350 EXC/GS 400 450 EXC (Fits: KTM)
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

## Pay with

○ 🟦 Add a credit or debit card

○ *PayPal*

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

### Ship to

1001 Foster Ave
Bensenville, IL 60106-1445
United States

Change

### Review item and shipping

Seller: nssupermark...  |  Message to seller



Front Brake Disc Rotor Fit For KTM 250 MX/MXC/SX-F/XC-F/XC-W 300 EXC/GS/MX/MXC

**$42.90**

Quantity  [ 1 ▾ ]

**Delivery**
Est. delivery: Oct 30 – Nov 19
Standard SpeedPAK from China/Hong Kong/Taiwan
**$13.90**

### Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

### Donate to charity (optional) ⓘ
Save the Children Federation, Inc.
Donate to Save the Children to help us support children's needs in times of crisis.

Select amount  [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $42.90 |
| Shipping | $13.90 |
| Tax* | $3.55 |

### Order total  **$60.35**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search    Advanced

‹ Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Body & Frame  >  Fairings & Body Work                    | Add to Watchlist

## People who viewed this item also viewed



| 6/8/10mm SwingArm Bobbin... | SwingArm Spools Slider CNC For... | 6/8/10mm Swingarm Stand... | 6/8/10mm SWINGARM Bobbin... | SwingArm Paddocks Stand... |
|---|---|---|---|---|
| $7.19 ~~$7.99~~ Free shipping | $17.89 ~~$19.88~~ + shipping | $7.17 Free shipping | $7.17 $7.97 Free shipping | $7.17 $7.97 Free shipping |

ⓘ Check if this part fits your vehicle    Contact the seller

### For KTM DUKE 390 125 200 RC 390 2014-2017 M10 Swingarm Sliders Spools 6 Colors

Condition: New
Color: - Select -
Quantity: 1    5 available

Price: **US $15.32**

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

**Free shipping**    30-day returns    Longtime member

Shipping: **FREE** Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: 广州, China
Ships to: Worldwide    See exclusions

Delivery: ⚡ Estimated between **Thu. Oct. 29 and Mon. Dec. 28** ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  master card  AMERICAN EXPRESS  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

$ Have one to sell?    [ Sell now ]

#### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
nssupermarket2011 (422 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

## Sponsored items from this seller  1/2                    Feedback on our suggestions

| 8MM Swingarm Spools Sliders For SUZUKI... | New Fuel Tank Decal Pad Gas Cap Sticker Protector... | 4 Color Motorcycle Rubber Keychain Key Ring For... | Green Motorcycle Rubber Keychain Key Ring For... | Motorcycle Rubber Keychain Key Ring For... | White Motorcycle Rubber Keychain Key Ring For... |
|---|---|---|---|---|---|
| $8.40 + $1.60 shipping | $5.12 + $1.60 shipping | $3.60 + $1.60 shipping | $3.90 + $1.60 shipping | $3.60 + $1.60 shipping | $3.63 + $1.60 shipping |

Description | Shipping and payments                                                    Report item

Seller assumes all responsibility for this listing.                          eBay item number: 143423238830

Last updated on Sep 18, 2020 00:01:04 PDT View all revisions

### Item specifics

| Condition: | New | Brand: | Unbranded |
|---|---|---|---|
| Manufacturer Part Number: | | | |

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ∨    My eBay ∨                   🔔    🛒

 Shop by category ∨

| Search for anything | All Categories ∨ | **Search** | Advanced |

✉ f 🐦 🅿 | Add to Watchlist

‹ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Gas Tanks

---

### People who viewed this item also viewed

 **Tank Stickers Protector Decal...** $10.98 Free shipping

 **For KTM Duke 125/200/390/40...** $10.10 Free shipping

 **New Fuel Gas Tank Pad Cover...** $12.34 ~~$12.99~~ Free shipping

 **3D Gas Tank Pad Protector Sticker...** $12.96 ~~$13.64~~ + $4.00 shipping

 **Metal Fuel Gas Tank Keys Oil Ca...** $17.87 Free shipping

---

 This fits a KTM    | Select Year |



‹   ›



### Tank Pad Stickers Protector Decal Emblem Fit For KTM Duke 125/200/390/690 New

Condition: New

Compatibility: See compatible vehicles

Quantity: | 1 |    10 available / 8 sold

Price: **US $11.99**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Free shipping**    30-day returns    Longtime member

Shipping: **FREE** Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: QZ, china, China
Ships to: Worldwide See exclusions

Delivery: ⬛ Estimated between **Thu. Oct. 29 and Mon. Dec. 28** ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿 VISA 💳 AMEX DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
nssupermarket2011 (422 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell? | **Sell now**

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

 New Fuel Tank Decal Pad Gas Cap Sticker Protector... $5.12 + $1.60 shipping

 Fuel Tank Decal Pad Gas Cap Sticker Protector Fit F... $4.70 + $1.60 shipping

 Blue Fuel Tank Decal Pad Gas Cap Sticker Protector... $5.17 + $1.60 shipping

 Fuel Tank Decal Pad Gas Cap Sticker Protector Fit F... $5.15 + $1.60 shipping

 Fuel Tank Decal Pad Gas Cap Sticker Protector Fit F... $4.87 + $1.60 shipping

 Gas Oil Fuel Tank Cap Decal pad Sticker Protector For... $3.98 + $1.60 shipping

‹   ›

---

**Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.
Last updated on Sep 18, 2020 00:00:46 PDT View all revisions

eBay item number: 142962929351

### Compatibility



‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Other Motorcycle Parts
eBay Motors › Parts & Accessories › Motorcycle Accessories › Luggage › Other Luggage

Add to Watchlist

### People who viewed this item also viewed



| 7L Motorcycle Front Handlebar... $29.02 ~~$35.39~~ + $8.00 shipping | 7L Waterproof Motorcycle... $29.02 ~~$35.39~~ + $18.00 shipping | Motorcycle Dirt Bike Base Seat B... $26.30 ~~$27.68~~ Free shipping | 1×7L Waterproof Motorcycle Front... $29.02 ~~$35.39~~ + $18.00 shipping | 7L Capacity Motorcycle Front... $29.02 ~~$35.39~~ + $18.00 shipping |

✓ This fits a KTM | Select Year

🏷 **SAVE UP TO 9% WHEN YOU BUY MORE**



Dimension: 15CM*40CM

Have one to sell? | Sell now

## 7L Motorcycle Bike Handlebar Bag Saddlebag Fork Roll Barrel Bag Cycling Storage

Condition: New

Bulk savings:
| Buy 1 $29.02/ea | Buy 2 $27.28/ea | Buy 3 $26.99/ea |

Compatibility: See compatible vehicles

Sale ends in: 04d 02h 37m

Quantity: [1]  4 or more for $26.41/ea

5 available

Price: **US $29.02/ea**
~~US $35.39~~ (18% off) ⓘ

Best Offer:

30-day returns | Longtime member

Shipping: $16.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shanghai, China
Ships to: Americas, Europe, Asia, Australia    See exclusions

Delivery: ⏱ Estimated between **Mon. Nov. 23 and Fri. Dec. 11** ⓘ
This item has an extended handling time and a delivery estimate **greater than 27 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  AMEX  Discover
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details





Buy It Now

Add to cart

Make Offer

♡ Add to Watchlist

### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
nx-business-world (467 ★)
96.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback ▭








| Motorcycle Bike Handlebar Bag Saddlebag Fork Barrel... | Motorcycle Bike riding rainproof shoulder hard sh... | 1PCS Aluminum alloy PU Motorcycle Bike Scooter... | Motorcycle Bike Hard Hanger M4 Nut 22mm... | Motorcycle Rear Seat Bag Waterproof Travel Luggag... | Motorcycle Handlebar Cell Phone Mount Holder... |
|---|---|---|---|---|---|
| $29.02 | $63.98 | $20.14 | $16.09 | $48.89 | $17.63 |
| $35.39 | $79.98 | $30.99 | $22.99 | $71.89 | $29.39 |
| + $18.00 shipping | + $22.00 shipping | + $18.00 shipping | + $18.00 shipping | + $18.00 shipping | + $8.00 shipping |

**Description** | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

eBay item number: **254523413748**

Last updated on Oct 06, 2020 20:42:50 PDT   View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | Go |

[show all compatible vehicles]

✓ This part is compatible with 914 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2017 | KTM | 50 | SX |
| | 2017 | KTM | 50 | SX Mini |
| | 2016 | KTM | 50 | SX |
| | 2015 | KTM | 50 | SX |
| | 2014 | KTM | 50 | SX |
| | 2013 | KTM | 50 | SX |
| | 2013 | KTM | 50 | SX Mini |
| | 2013 | KTM | 50 | SXS |
| | 2012 | KTM | 50 | SX |
| | 2012 | KTM | 50 | SXS |
| | 2011 | KTM | 50 | SX |
| | 2011 | KTM | 50 | SXS |
| | 2010 | KTM | 50 | SX |
| | 2009 | KTM | 50 | SX |
| | 2009 | KTM | 50 | SX Junior |
| | 2009 | KTM | 50 | SX Mini |
| | 2008 | KTM | 50 | Mini Adventure |
| | 2008 | KTM | 50 | SX |
| | 2008 | KTM | 50 | SX Junior |
| | 2007 | KTM | 50 | Mini Adventure |

Page 1 of 46          ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by nx-business-world

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Applicable models 1: | Motorcycle,mountain bike, road car |
| Features 2: | High quality buckle, free to adjust the length of the belt | Applicable models 2: | Traveling car, commuter car, folding car, etc |
| Fitment: | Fit for Yamaha Honda Kawasaki Suzuki Ducati KTM | Brand: | Unbranded |
| Manufacturer Part Number: | Does Not Apply | Capacity: | 7L |
| Material: | waterproof nylon | Color: | Black |
| Placement on Vehicle: | Front, Rear | Dimension: | 15CM*40CM |
| Type: | Motorcycle tool bag | Features 1: | High-density waterproof detachable inner pocket |
| Warranty: | 6 Month | UPC: | Does not apply |




Feedback

Store Home        Engraving Machine        Welding Equipments        Outdoor Sports        Rotary Laser Lever

DESCRIPTION

## 7L Waterproof Motorcycle Front Handlebar Bag Saddlebag Fork Roll Barrel Bag Stylish Casual Cycling Storage Package

### Features:

- 1. High-density waterproof detachable inner pocket, light and wear-resistant, wear-resistant textile material.
- 2. High quality buckle, free to adjust the length of the belt.
- 3. The bag is designed with wear-resistant nylon cloth to improve the wear resistance of the pack.
- 4. Uses reflective materials to protect your night riding.
- 5. Applicable models: Motorcycle,mountain bike, road car, traveling car, commuter car, folding car, etc

### Specification:

- Condition: Aftermarket 100% Brand New
- Color: Black
- Material: waterproof nylon
- Dimension: 15CM*40CM
- Placement on motorcycle:  Front OR Rear

### Package Included:

- 1x motorcycle tool bag

### For Most Motorcycle:

- Fit for Yamaha Honda Kawasaki Suzuki Ducati KTM
- Can be installed in handlebar ,sissy bar, front forks.
- Please check the measurement before you buy

DETAIL IMAGE

SHIPPING    PAYMENT    RETURNS    CONTACT    ABOUT US

1.We have warehouses in the USA, CA, and AU. For those customers who live in the US,CA, and AU, we will send item from the corresponding warehouse.Estimated Delivery 2-4 business days to major locations,4-7 business days to remote areas.
2.For those customers who live in other countries,we will send item from our foreign warehouses if available, otherwise from China.Delivery time is 5~8 business days.(Tax maybe required if send from China,and tax is buyers' responsibility according to ebay policy.)

Feedback

Sponsored items based on your recent views 1/4

Feedback on our suggestions








Aluminum Clutch Cover Cap Bolt For KTM 1090 1190 105...

$218.49
~~$229.99~~
Free shipping
New

Orange Motor Engine Frame Sliders Crash Protector Fit...

$81.30
~~$85.58~~
Free shipping
New

3 Color Rear Brake Pedal Tip Plate for KTM 125 150 SX 25...

$10.62
~~$11.18~~
Free shipping
New

Universal Pair Motorcycle Saddlebags Luggage...

$75.89
Free shipping
Last one

Universal Classic Motorcycle Hard Bags...

$375.99
Free shipping
Last one

7L Motorcycle Front Handlebar Bag Saddlebag...

$29.02
~~$35.39~~
+ $8.00 shipping
New

## Explore more sponsored options:








Motorcycle Dirt Bike Back Seat Bag Tail Shoulder...

$26.30
~~$27.68~~
Free shipping
Popular

Motorcycle Fork Support Tool Seal Saver...

$11.72
~~$12.34~~
+ $6.66 shipping

Motorcycle Backpack Tail Back Seat Storage Carry...

$26.30
~~$27.68~~
Free shipping

MOTORCYCLE TOOL Hex Allen Axle Set Yamaha...

$19.95
+ shipping
Popular

Motorcycle Waterproof Tool Tube Gloves Raincoat...

$20.66
~~$24.89~~
Free shipping

Pit Posse Motorcycle Mini Heavy Duty Exhaust Spring...

$7.95
+ shipping
Popular

### More from this seller 1/2

Feedback on our suggestions









Motorcycle cycling Racing 36-58L Helmet Back Seat...

$74.39
~~$92.99~~
+ shipping

Waterproof Twin Bag Rear Rack Storage Case straps...

$99.58
~~$124.48~~
+ shipping

Oxford Motorcycle Racing 36-58L Helmet Back Seat...

$74.39
~~$92.99~~
+ shipping

1PCS Universal Motorcycle Bike PU leather Side Saddl...

$50.99
+ shipping

Sport Back Motorcycle Scooter Rear Tail backpac...

$44.99
~~$52.93~~
+ shipping

Motorcycle Bike Hard Hanger M4 Nut 22mm...

$16.09
~~$22.99~~
+ shipping

Back to search results

Return to top

More to explore : S&S Cycle Motorcycle Cylinder Barrels for Harley-Davidson, Custom Cycle Motorcycle Fork Tubes for Harley-Davidson, Cycle Visions Motorcycle Fork Tubes for Harley-Davidson, S&S Cycle Motorcycle Cylinder Barrels, Motorcycle Saddlebags, Motorcycle Cylinder Barrels for Honda, Motorcycle Cylinder Barrels for Yamaha, National Cycle Motorcycle Handlebars, Grips & Levers for Kawasaki, Motorcycle Cylinder Barrels for Kawasaki, For KTM Motorcycle Cylinder Barrels

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice


Norton SECURED


Feedback



Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact                                           Sell   Watchlist ⌄   My eBay ⌄

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    **Search**    Advanced

⟨ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Other Motorcycle Parts
                                                 eBay Motors › Parts & Accessories › Motorcycle Accessories › Luggage › Other Luggage

✉ f 𝕏 🅟 | Add to Watchlist

### People who viewed this item also viewed

| 7L Motorcycle Front Handlebar... $29.02 ~~$35.39~~ + $8.00 shipping | 7L Waterproof Motorcycle... $29.02 ~~$35.39~~ + $18.00 shipping | Motorcycle Dirt Bike Back Seat B... $26.30 ~~$27.68~~ Free shipping | 1×7L Waterproof Motorcycle Front... $29.02 ~~$35.39~~ + $18.00 shipping | 7L Capacity Motorcycle Front... $29.02 ~~$35.39~~ + $18.00 shipping |

---

✓ This fits a KTM        [ Select Year ]

🔥 **SAVE UP TO 9%** WHEN YOU BUY MORE





Dimension: 15CM*40CM

$ Have one to sell? [ Sell now ]



### 7L Motorcycle Bike Handlebar Bag Saddlebag Fork Roll Barrel Bag Cycling Storage

Condition: New

Bulk savings:  | Buy 1 $29.02/ea | Buy 2 $27.28/ea | Buy 3 $26.99/ea |

Compatibility: See compatible vehicles

Sale ends in: 04d 02h 37m

Quantity: [ 1 ]   4 or more for $26.41/ea

5 available

Price: **US $29.02/ea**
~~US $35.39~~ (18% off) ⓘ

[ Buy It Now ]

[ Add to cart ]

Best Offer:   [ Make Offer ]

[ ♡ Add to Watchlist ]

**30-day returns**        Longtime member

Shipping: $16.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shanghai, China
Ships to: Americas, Europe, Asia, Australia   See exclusions

Delivery: 🏳 Estimated between **Mon. Nov. 23 and Fri. Dec. 11** ⓘ
This item has an extended handling time and a delivery estimate **greater than 27 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA ● ● ● PayPal **CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
nx-business-world (467 ★)
96.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Sponsored items from this seller 1/2                    Feedback on our suggestions



Feedback

⟨                                                                                              ⟩

     

| Motorcycle Bike Handlebar Bag Saddlebag Fork Barrel... | Motorcycle Bike riding rainproof shoulder hard sh... | 1PCS Aluminum alloy PU Motorcycle Bike Scooter... | Motorcycle Bike Hard Hanger M4 Nut 22mm... | Motorcycle Rear Seat Bag Waterproof Travel Luggag... | Motorcycle Handlebar Cell Phone Mount Holder... |
|---|---|---|---|---|---|
| $29.02 | $63.98 | $20.14 | $16.09 | $48.89 | $17.63 |
| $35.39 | $79.98 | $30.99 | $22.99 | $71.89 | $29.39 |
| + $18.00 shipping | + $22.00 shipping | + $18.00 shipping | + $18.00 shipping | + $18.00 shipping | + $8.00 shipping |

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Shanghai, China**

Shipping to: Americas, Europe, Asia, Australia

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Georgia, Bahrain, Dominica, Dominican Republic, Guatemala, Martinique, Nicaragua, Puerto Rico, Virgin Islands (U.S.), American Samoa, Fiji, French Polynesia, New Caledonia, Bolivia, Cape Verde Islands, Côte d'Ivoire (Ivory Coast), Mauritius, Seychelles, South Africa

Quantity: 1    Change country: United States    ZIP Code: 60440    **Get Rates**

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $16.00 | US $10.00 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Mon. Nov. 23** and **Fri. Dec. 11** |

* **Estimated delivery dates** include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 15 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**

#### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions

Feedback





Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄

Home → Community → Feedback forum → Feedback profile

## Feedback profile

**eb**Y MONEY BACK GUARANTEE

**nx-business-world** (467 ★) 🔲 ⓘ
**Positive Feedback (last 12 months): 96.9%** ⓘ
Member since: Sep-24-17 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
**Learn more**

**Member Quick Links**
Contact member
View items for sale
View seller's Store



### Feedback ratings ⓘ

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 11 | 94 | 209 |
| ⊙ Neutral | 1 | 3 | 6 |
| ➖ Negative | 0 | 1 | 6 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | ★★★★★ (183) | Reasonable shipping cost | ★★★★★ (194) |
|---|---|---|---|
| Shipping speed | ★★★★☆ (187) | Communication | ★★★★★ (183) |



| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

6 Feedback received (viewing 1-6)                    Revised Feedback: 4 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars 🔍

Rating type: Negative (6) ⌄    Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **The order has never been sent, so request a refund** <br> Desktop Adjustable 10-15 inch Laptop Notebook Bracket Stand Lazy Foldable Desk (#254293075627) | Buyer: 7***s (472 ●) <br> US $32.99 (Best offer was accepted) | Past 6 months <br> Reciprocal feedback |
| ➖ **partially refunded, still remaining the 18$, SCAM.** <br> (Private listing) | Buyer: l***n (89 ★) | Past year <br> Reciprocal feedback |
| ➖ **I never had the shipment, I had to wait months. And it was in vain. I do not rec** <br> 2× 7/8" Motorcycle ATV Aluminum Handlebar Rearview Mirror Mount Clamp Durable (#254202685560) | Buyer: z***v (153 ★) <br> US $19.16 | Past year <br> Reciprocal feedback |
| ➖ **No stars. Shipped item back and no refund. Ebay is worthless.** <br> 2Pcs/set 96mm Aluminum Alloy Car Wheel Center Hubs Caps Rim Covers Durable (#254357189072) | Buyer: h***2 (173 ★) <br> US $18.84 | Past year <br> Reciprocal feedback |
| ➖ **Still not received** <br> (Private listing) | Buyer: -***c (13 ★) | Past year <br> Reciprocal feedback |
| ➖ **Not as describe,,.this part was describe for a drz400sm and it is to short,..** <br> Motorcycle Foot Brace Side Stand Kickstand Modification Parts Body Frame 3 color (#254420896864) | Buyer: d***a (44 ★) <br> US $12.20 | Past year <br> Reciprocal feedback |



**Page 1 of 1**    ← | 1 | →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED

Comment?





## Items for sale(2308)

See all items



Fit For Mercede...
US $9.99          1m left



2PcsBlack Car M...
US $36.98          19m left



22PCS Car Windo...
US $30.79          27m left



360 degree rota...
US $15.57          28m left



1DIN Rotatable ...
US $179.16          35m left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



10/14/2020

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄   | Search this Store | This Store ⌄ |   **Search**   Advanced

eBay › eBay Stores › nx-business-world

# nx-business-world

22 followers | nx-business-world (467 ⭐) 96.9%

♡ Save this seller

## Category

All
Car & Truck parts
Boat parts
Motorcycle parts
Lights
Home & Garden
Switches & Controls
Other

**All Listings** | Auction | Buy It Now    Best Match ⌄

1-48 of 1,674 Results

| | |
|---|---|
| 7L Motorcycle Bike Handlebar Bag Saddlebag Fork Roll Barrel Bag Cycling Storage<br>$29.02<br>Was: ~~$35.39~~<br>$18.00 shipping<br>or Best Offer | From China |
| Motorcycle Bike Handlebar Bag Saddlebag Fork Barrel Bag Cycling Storage Durable<br>$29.02<br>Was: ~~$35.39~~<br>$18.00 shipping<br>or Best Offer | From China |
| 40L Motorcycle Bag Outdoor Dry Sack Bag Cycling Waterproof Shoulder Bag Driving<br>$70.59<br>Free shipping | From China |
| NEW LISTING 4"HD IPS screen Car DVR Dash 3 Lens Video Recorder Rearview Camera Night Vision<br>$48.89<br>Free shipping<br>or Best Offer | From China |
| Motorcycle Engine Guard Cover Protection Aluminum For HONDA PCX150 PCX125 18-19<br>$27.55<br>Was: ~~$33.60~~<br>Free shipping | From China |
| CNC Aluminum Rearview Mirrors Side Mirror 22mm For Motorcycle ATV Street Bike<br>$33.91<br>$18.00 shipping<br>or Best Offer | From China |
| Bike Bicycle Cycling Rear Rack Seat Trunk Storage Bag Packing Strap Pocket<br>$21.99<br>Was: ~~$27.49~~<br>Free shipping | From China |
| For Honda X-ADV 750 17-18 Front Brake Fluid Cylinder Master Reservoir Cap Cover<br>$18.30<br>Was: ~~$21.53~~<br>Free shipping | From China |
| NEW LISTING 3" 76mm Multiple Combined Cold Car Air Intake System Pipe Kit + Filter Pliers<br>$83.99<br>Free shipping<br>or Best Offer | From China |
| 2PCS Motorcycle Bike Handlebar Grips Bar End Cap Plugs Slider CNC Aluminum Block<br>$12.38<br>Was: ~~$14.56~~<br>Free shipping | From China |



Car Driver Seat Gap Catcher Storage Box Organizer Cup Holder Dual USB Universal

$21.03
Was: $26.29
Free shipping
or Best Offer

From China



For BMW F750 F850GS R1200RS F800GS Aluminum GPS Phone Navigation Bracket Holder

$48.38
Was: $59.00
Free shipping
or Best Offer

From China



Motorcycle Quick Release Buckle Fuel Tank Bag Shoulder Waterproof Bag Backpack

$57.59
Was: $63.99
Free shipping
or Best Offer

From China



1pc Motorcycle Side Saddlebag Cover Inner Tray Fit For BMW R1200GS LC ADV Thinly

$21.59
$8.00 shipping
or Best Offer

From China



1 Pair Motorcycle Bike Saddlebag Luggage Storage Bags Rain Cover PU Leather kit

$44.08
Was: $51.86
$18.00 shipping

From China



Heavy Duty Slide Bolt Weld On Steel Latch Galvanized for Metal Gates Doors Kit

$26.51
Was: $33.99
Free shipping
or Best Offer

From China



Universal Scooter Moped Bike Handlebar Bag Phone Case Saddle Pocket Wallet Pouch

$29.89
Was: $37.36
Free shipping
or Best Offer

From China



NEW LISTING 12V 24V Truck Car Bluetooth 5.0 MP3 Player Card Radio Fast Charge HD Touch DSP

$46.58
Free shipping
or Best Offer

From China



Christmas Laser Projector Lights LED 12 Pattern Xmas Garden Party Lawn Lamp Set

$37.59 to $38.39
Was: $46.99
Free shipping

From China



Sport Back Motorcycle Scooter Rear Tail backpack Bags Seat Bag Tool Storage Pack

$44.99
Was: $52.93
$18.00 shipping
or Best Offer

From China



Auto Car Body Dent Lever Repair Tool Paint Puller Accessories L-shaped bar Kit

$77.40
Was: $94.39
$22.00 shipping
or Best Offer

From China



1Pair Rear View Mirrors 8mm Handlebar Mount for Motorcycle Moped ATV Dirt Bike

$21.80
Free shipping
or Best Offer
30 sold

From China



1pcs Boat Car ATV RV Voltmeter Dual USB Port 12V Socket Rocker Switch Panel

$19.79
Was: $32.99
$18.00 shipping
or Best Offer

From China



Universal Anodized Rotating Motorcycle Handlebar Riser 22mm / 28mm Bar Clamp Kit

$41.99
Was: $55.99
Free shipping

From China



Motorcycle Stainless Steel Slip-on Black Exhaust Tail Pipe Muffler For 38-51mm

$47.99
Was: $59.99
$18.00 shipping
or Best Offer
21 watching

From China



Motorcycle Ignition Switch Fuel Gas Cap Cover Seat Lock Kit For Yamaha YZF R6

$23.77
Was: $28.99
$18.00 shipping
or Best Offer

From China



9.7"Android 10.1 Car Stereo Radio MP5 GPS Navi WIFI For Toyota Corolla 08-13

$180.17
Was: $230.99
$30.00 shipping
or Best Offer

From China

NEW LISTING  2PCS Scooter Motorcycle Folding Rearset Footrests Footpeg Foot Pegs Pedal Kit

$17.99
Free shipping
or Best Offer

From China



LED TRAILER TAIL LIGHT KIT PAIR PLUG, 8m 5 CORE WIRE CARAVAN BOAT UTE Universal

$68.00
Was: $80.00
Free shipping
or Best Offer

From China



2PCS Carbon Fiber Side View Mirror Covers Overlays FOR 09-19 NISSAN 370Z Z34

$92.99
Was: $103.32
Free shipping
or Best Offer

From China



50ft ×8mm 2.5TNylon Synthetic Winch Line Cable Rope fits most car ATV UTV Gray

$17.62
Was: $18.55
Free shipping
or Best Offer

From China

2pcs CNC cutting 7/8" Motorcycle Aluminum Handlebar Rearview Mirror Mount Clamp

$7.18
Free shipping

From China

5PCS 8MM Hole Round Handle Auger Mortise Drill Bit Pilot Woodworking Tools Kit

$14.99
Was: $19.99
Free shipping
or Best Offer

From China



Motorcycle Handlebar Reversing Mirror Turn Signal Light Plug End Lamp Aluminum

$23.24
Was: $30.99
$18.00 shipping
or Best Offer
4 watching

From China



Motorcycle T6061 CNC Aluminum Balance Cross Handlebar Strength Lever Bar

$14.20
Was: $14.95
$18.00 shipping
or Best Offer
2 watching

From China



12V 5W Truck Rear LED Submersible Trailer Boat Marker Tail Light Kit Waterproof

$67.70
Was: $82.56
Free shipping
or Best Offer

From China

Multi-function 24CM*21CM*11CM Motorcycle Bumper Storage SideTravel Box Tool Case

$17.24
Was: $22.99
$8.00 shipping
or Best Offer

From China

Black Waterproof Twin Bag Rear Padded Bottom Rack Storage Case Tool Pack ATV



 Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | Saddlebag | All Categories | Search | Advanced

Items for sale from **nx-business-world** (467 ) | Save this seller | Show results from all sellers

Include description

**Categories**

**eBay Motors**

- Other Motorcycle Luggage
- Motorcycle Saddlebags & Accessories
- Other Motorcycle Parts
- Other Motorcycle Accessories
- Other Motorcycle Seat Parts
- Motorcycle Onboard Tool Bags & Repair Kits
- Fewer

**Format** see all

- All Listings
- Auction
- Buy It Now

**Brand** see all

**Warranty** see all

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (23)

**Price**

- Under $35.00
- $35.00 - $75.00
- Over $75.00

$ to $

**Item Location** see all

- **Default**
- Within
  100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

nx-business-world (467 )

Feedback rating: 467
Positive Feedback: 96.9%
Member since Sep-24-17 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now | Sort: Best Match | View:

23 results for **Saddlebag** | Save this search

1 Pair Black Waterproof Carbon fibre Motorcycle Saddle Bags Luggage Case Tail
New (Other)
**$81.28** From China
Was: ~~$101.60~~
or Best Offer
+$30.00 shipping
**19 Watching**
**20% off**
Watch

7L Motorcycle Bike Handlebar Bag Saddlebag Fork Roll Barrel Bag Cycling Storage
Brand New
**$29.02** From China
Was: ~~$35.39~~
or Best Offer
+$16.00 shipping
**18% off**
Watch

Motorcycle Bike Handlebar Bag Saddlebag Fork Barrel Bag Cycling Storage Durable
Brand New
**$29.02** From China
Was: ~~$35.39~~
or Best Offer
+$16.00 shipping
**18% off**
Watch

2×Chrome Motorcycle Side Pack Refit Saddlebag Support Bar Fit For Honda Yamaha
Brand New
**$29.67** From China
Was: ~~$42.39~~
or Best Offer
+$16.00 shipping
**30% off**
Watch

Oxford Motorcycle Racing 36-58L Helmet Back Seat Bag Saddlebag Luggage side bag
New (Other)
**$74.39** From China
Was: ~~$92.99~~
or Best Offer
+$30.00 shipping
**20% off**
Watch

1PC Motorcycle Side Saddle Bag PU Leather Luggage Retro modified Luggage Bag
Brand New
**$47.18** From China
Was: ~~$55.50~~
or Best Offer
**Free Shipping**
**15% off**
Watch

Motorcycle Refit Saddlebag Support Bar Fit For Honda Yamaha Kawasaki Durable
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

**Ship to**

▬▬▬▬
375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
▬▬▬▬

Change

## Review item and shipping

Seller: nx-business... | Edit message
Message:   Item Id: 254523413748 Buyer's Vehicle: KTM

 7L Motorcycle Bike Handlebar Bag Saddlebag Fork Roll
Barrel Bag Cycling Storage
**$29.02**
~~$35.39~~

Quantity   [ 1 ˅ ]

**Delivery**
Est. delivery: Nov 23 – Dec 11
Standard SpeedPAK from China/Hong Kong/Taiwan
**$16.00**

Save up to 18%

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   [ None ˅ ]

| | |
|---|---|
| Subtotal (1 item) | $29.02 |
| Shipping | $16.00 |
| Tax* | $2.81 |
| **Order total** | **$47.83** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



10/14/2020