



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 2

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies > See more Headlight Headlamp Fairing Fit Dirt Bike Dual ...

| Add to Watchlist

Check if this part fits your vehicle Contact the seller

SAVE UP TO 6% See all eligible items

$ Have one to sell? Sell now

## Universal Dirt Bike Dual Sport Black Headlight For KTM EXC SX SX-F Honda CRF CR

Be the first to write a review.

Condition: New

Quantity: 1 5 available / 1 sold

Price: US $25.76
US $27.40 (6% off)

Buy It Now
Add to cart

Best Offer: Make Offer
Add to Watchlist

1-year accident protection plan from SquareTrade - $5.99

30-day returns | Longtime member

Shipping: $3.50 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: guangzhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Fri. Nov. 6 and Fri. Nov. 27
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
oncemoremoto (8709 ★)
98.2% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 Feedback on our suggestions

Dirt Bike Dual Sport Enduro Universal Black Headlight...
$25.37
$26.99
+ $3.50 shipping
Last one

New Orange Headlight Head Light Lamp...
$27.77
Free shipping
Almost gone

LED Headlight Head Light Lamp Universal For Kawasa...
$26.99
Free shipping
New

Universal Motorcycle Headlight Head Lamp for...
$25.44
Free shipping
New

Universal Headlights Headlamp Street For KTM...
$23.50
Free shipping
Almost gone

Universal Headlights Headlamp Street For KTM...
$23.50
Free shipping
Almost gone

Feedback

Sponsored items from this seller 1/2 Feedback on our suggestions















Motorcycle Dirt Bike Dual Sport Universal H4...
$26.31
$27.99
+ $3.50 shipping

Universal Dirt Bike Enduro Headlight For KTM 125 250...
$15.85
$16.68
+ $3.50 shipping

Dirt Bike Motocross Dual Sport Red Headlight...
$22.55
$23.99
+ $3.50 shipping

Enduro Headlight Headlamp For Honda CRF 150F 230F...
$21.78
$23.17
+ $3.50 shipping

Street Fighter Dirt Bike Enduro Alien Style LED...
$18.99
$19.99
+ $3.50 shipping

Headlight Headlamp For Honda CRF150F CRF230F...
$21.78
$23.17
+ $3.50 shipping

| Description | Shipping and payments | | Report item |

Seller assumes all responsibility for this listing.

Last updated on  Sep 28, 2020 11:52:57 PDT   View all revisions

eBay item number:  133005681999

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Oncemore |
| color: | black | Manufacturer Part Number: | YM-036-BK |
| Material: | Polypropy | Placement on Vehicle: | Front |
| Fitment: | Universal | Country/Region of Manufacture: | China |
| Package Include: | 1 Pc | UPC: | 699920399273 |

**Oncemore-MoToParts Factory**
oncemoremoto (8709 ⭐) 98.2%
🔔 Sign up for newsletter

Search within store

Visit Store:  Oncemore-MoToParts Factory

Hi ███████, If you like what you see, browse my Store to find more items you may love.

Motorcycle Blinker Relay 12V 2 Pin LED Turn Signal Flasher Light Street Bike
2.99 USD
Buy it now

Motorcycle Dirtbike 35W Headlight Fairing For KTM XC EXC 125 Honda XR Kawasaki
20.89 USD
Buy it now

3D Alloy Flag Skull Cross Bone Car Trunk Motorcycle Emblem Badge Decal Sticker
4.99 USD
Buy it now

CNC Aluminum Side Mount License Plate Bracket Holder For Harley Bobber Chopper
28.19 USD
Buy it now
Free shipping

Fit Honda CB 650F CBR 650F 2014-2015 LED Tail Light Integrated Turn Signal Smoke
8.54 USD
Buy it now

Pair Universal Red / Yellow ors For Car Motorcycle ATke Trailer
3.88 USD
Buy it now

Motorcycle Enduro Rear Fender LED Brake Stop Tail Light Universal Fit Dirt Bike
19.73 USD
Buy it now

Headlight Fairing Cowl Fork Mount For Harley Sportster XL Dyna Glide Black
37.59 USD
Buy it now
Free shipping

Manual Adjuster Cam Chain Tensioner For Honda DRZ400E 00-07 GZ 250 99-09
20.67 USD
Buy it now
Free shipping

Manual Adjuster Timing Cam Chain Tensioner Red For HONDA TRX 400EX, 99-up Hot
21.61 USD
Buy it now
Free shipping

Front Beak Fender Extension Wheel Cover Cowl For BMW R1200GS LC Adventure 13-16
23.49 USD
Buy it now

2X T10 W5W 194 168 24 4 Strobe Flash Reading L or LED 158 2825
4.99 USD
Buy it now

 





 

### Universal Dirt Bike Dual Sport Black Headlight For KTM EXC SX SX-F Honda CRF CR



  

Product Description

**Attributes:**

1. Transparent plastic lens cover and back cover to protect lights .

2. The position of the mounting points allow ample room for the brake cable .

3. Universal fitting with anti-vibration rubber strips, Will mount on your motorcycle's forks with 4 rubber straps

4. Dual light with Hi/lo option.

**Description:**

100% Brand new

Material: Polypropylene

color:black

The package will come with a headlight

Not DOT Approved

**Wiring:**

Ground:Green

Low Headlight:Blue

High Headlight:White

Foglight:Brown

**Package Included:**

1 pcs super motor headlight

**Fitment:**



all Dual sport motorcycles, dirt bikes,Street fighter, naked motorcycles.

Easy to install, no installation instruction included.

### NOTE:

Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility. Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

**1.**We ONLY accept PayPal and ship item(s) to PayPal's verified address ONLY.
**2.**Our prices do NOT include any customs duty or tax.
**3.**Payment must be made within 7 days after you win the auction.
**4.**Non-Paying bidders will be reported.
**5.**No other payment method will be acceptable

### Shipping Time:
Sometimes shipping time may has a little delay, such as Customs check packages strictly ,bad weather,holidays. USA, UK, Canada, Australia and Singapore need around 7-18 working days(Excluding weekend and Holidays).Other countries need around 2-4 weeks.We strive our best to provide you the most reliable way of shipping service. If you do not receive your item on time, please contact us immediately for further assistance.Thank you for your understanding.

### International Taxes And Duty Fees:
Import duties, taxes and charges are not included in the item price or shipping charges.We will mark "Gifts" on custom form. The buyers are fully responsible for any international taxes & duty fees, which may be charged upon delivery.Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

### Packaging:
1.All items are checked before dispatch and are carefully hand-packed by our in-house team.
2.We always taking great care packaging every item to ensure safe and perfect condition to you.
3.We will make every effort to prevent damage in transit.

### Please Note:
Please note your Telephone when your payment.Telephone are must for international express shipping.

**1.** We hope to give you a positive eBay experience by working hard, and we expect to receive a positive feedback and Detailed Selling Rating (DSR) of 5 Rating in all of the feedback categories from the buyer upon receiving the item .
**2.** If you have any problem on our items or service, please don't hesitate to contact us before you leave any Neutral/Negative feedback, we will try our best to help you resolve the problem.
**3.** Communication is the best way to solve problem.Thank you for your understanding.

### Working Hours
### From Monday To Friday(Beijing Time 9:00-18:00)
**1.**We try our best to reply to your emails as soon as possible, however, due to high volume of daily incoming emails and time zone difference, we may not be able to reply your emails immediately. Please allow 1 business days for us to response. If you do not receive any reply from us, please check your email ensuring your mailbox has not reached full size.
**2.**Due to some ISP SPAM filter settings, you may not be able to receive our replies; If you have problems receiving our emails, you may need to use a different email account to contact us.
**3.**Please give us the opportunity to resolve any problem. We understand the concerns and frustrations you might have, and will try our best to resolve the issues. Please email us before leaving any negative feedback or open any dispute on PayPal.
**4.**We care about our valued customers, and will always try to help you. So if you have any problems, please e-mail us immediately.

### Return Details:
**1.**If you are not 100% satisfied with the item, please let us know the detailed problem.We will help you resolve the problem as soon as possible.
**2.** If you received an incorrect, damaged, defective, or item not as described, please contact us.We will give you a best solution.
**3.** If you want to return the item,please contact us within 14 days after package received .Return products must also be in its original condition: including box, packaging and all other accessories. Returns that are a result of customer error will be subject to an actual shipping fee deduction from the refund.
**4.** Buyer should pay for the return shipping fee if All Non-Seller Mistake returns for refund (E.g. you brought wrong size or wrong item).
**5.** Please make sure the item have NO man-made sabotage. If you broken it , please NOTE that the shipping and handling fee will not be refunded, Buyers are responsible for the postal cost of returning the items
Items returned must be in the same condition that they were received.

### How to return
**1.** Please contact us for Return Merchant Authorization Number (RMA) and return address .
**2.** Shipping back the package . The RMA must be clearly written on the return package,Otherwise the package will be refused.
**3.** Mail us the return tracking number.
**4.** All returns will be inspected prior to a credit being issued.

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

Feedback


12V LED Turn Signal Amber Light Indicator Blinker For Kawasaki KTM Yamaha
10.37 USD
Buy it now

Motorcycle 7 in Cree LED Projector Headlight + 4.5 in Fog Light Lamp For Harley
133.00 USD
Buy it now

ABS Clear Motorcycle Cafe Racer Headlight Fairing Vintage Windshield Windshield
109.99 USD
Buy it now
Free shipping

Rear 12V LED Taillight Brake Lamp For Ford Car Wagons Harley Cafe Racer Cruisers
20.21 USD
Buy it now

Pair SUV Car Round LED Turn Signal Lights Marker Lights For Ford Fiesta Citroen
71.82 USD
Buy it now

LED Motorcycle ATV Tail Turn Signal Brake License Plated Lamp
22.56 USD
Buy it now

Vehicle UTV 4 x LED 2 in 72W LED Work Light Bar Spot Offraod ATV Fog Truck Lamp
175.37 USD
Buy it now

Motorcycle Headlight Head Lamp Cree LED Spot Fog Light For Harley Motorcycle Car
61.10 USD
Buy it now

Motorcycle ATV 7/8 in 22mm Hand guard Hand Guard For Honda CRF Yamaha WR YZ White
10.16 USD
Buy it now

Front Fender Extender Extension Mudguard For BMW F650GS F800 GS F800 Adventure
225.26 USD
Buy it now

Retro Motorcycle Triangle Driving Headlight Headlamp For Harley Chopper Bobber
34.31 USD
Buy it now

Motocross Black X-Brake Disc Cover For Honda L 250M 2012-2016
22.28 USD
Buy it now

00000009

powered by
PUSHAUCTION


**SAVE UP TO 6%** See all eligible items ▸
6% off
Marked down item price reflects all savings. Items provided by oncemoremoto
All promotional offers from oncemoremoto



Motorcycle Steel Chrome Tail Brake Light Lamp STOP For Harley Chopper Cafe Racer
Was: US$25.00
Now: US $23.50

4-1/2" Motorcycle H4 Headlight Headlamp Bates Style For Harley Bobber Chopper
Was: US$28.00
Now: US $26.32

Black Motorcycle Side Mount Tail Light License Plate Bracket For Harley Custom
Was: US$24.99
Now: US $23.49

Smoke Integrated LED Tail Light Turn Signal For Honda 07-09 CBR600RR 2007 2008
Was: US$25.26
Now: US $23.74

Motorcycle Black & Brass LED Turn Signal Indicator Light For Harley Cafe Racer
Was: US$27.00
Now: US $25.38

+
See all

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions/Learn about pricing
You can change quantities in your cart.

Sponsored items based on your recent views 1/4
Feedback on our suggestions

Feedback





◀

▶








| Dual Sport Dirt Bike Motorcycle Headlight... | Motorcycle Dirt Bike Headlight With LED Turn... | Enduro MX Dual Sport LED Head Light For KTM EXC-... | Motorcycle Headlight Dirt Bike Head Lamp For HOND... | Dirt Bike Enduro 35W Black Headlight Headlamp For... | Black Dirt Bike Headlight Fairing With Bulb 12V For... |
|---|---|---|---|---|---|
| $25.37 | $30.07 | $79.52 | $28.82 | $15.85 | $80.40 |
| $26.99 | $31.99 | $85.50 | $30.99 | $16.68 | $85.53 |
| + $3.50 shipping | + $3.50 shipping | Free shipping | + $3.50 shipping | + $3.50 shipping | Free shipping |
| New | New | New | New | New | 41m left |

---



No ratings or reviews yet

Be the first to **write a review**.

---

### More from this seller 1/2

Feedback on our suggestions









| Motorcycle Dirt Bike Dual Sport Universal H4... | Universal Dirt Bike Enduro Headlight For KTM 125 250... | Dirt Bike Motocross Dual Sport Red Headlight... | Enduro Headlight Headlamp For Honda CRF 150F 230F... | Street Fighter Dirt Bike Enduro Alien Style LED... | Headlight Headlamp For Honda CRF150F CRF230F... |
|---|---|---|---|---|---|
| $26.31 | $15.85 | $22.55 | $21.78 | $18.99 | $21.78 |
| $27.99 | $16.68 | $23.99 | $23.17 | $19.99 | $23.17 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

---

Back to search results | See More Details about "Headlight Headlamp Fairing Fit Dirt Bike Dual Sport KT..."    Return to top

More to explore : KTM SX, KTM SX Motorcycles, Motorcycle Headlight Assemblies for KTM SX SR, 250cc or less KTM SX, Tachometers for KTM SX SR, Windshields for KTM SX SR, Fenders for KTM SX SR, Headlights for Dodge SX 2.0, Krator Grips for KTM SX SR, Honda CRF

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ




Feedback



SAVE UP TO 6% See all eligible items ▶



## Universal Dirt Bike Dual Sport Black Headlight For KTM EXC SX SX-F Honda CRF CR

☆☆☆☆☆ Be the first to write a review

Condition: New

Quantity: 1     5 available / 1 sold

Price: **US $25.76**
US $27.40 (6% off)

Best Offer:

☐ 1-year accident protection plan from SquareTrade - $5.99

**30-day returns**          Longtime member

Shipping: $3.50 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: guangzhou, China
Ships to: Worldwide See exclusions

Delivery: ▣ Estimated between **Fri. Nov. 6 and Fri. Nov. 27** ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details



Buy It Now
Add to cart
Make Offer
♡ Add to Watchlist

### Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
oncemoremoto (8709 ⭐)
98.2% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell? Sell now

## Similar sponsored items 1/2                                    Feedback on our suggestions



Dirt Bike Dual Sport Enduro Universal Black Headlight...
$25.37
$26.99
+ $3.50 shipping
Last one

New Orange Headlight Head Light Lamp...
$27.77
Free shipping
Almost gone

LED Headlight Head Light Lamp Universal For Kawasa...
$26.99
Free shipping
New

Universal Motorcycle Headlight Head Lamp for...
$25.44
Free shipping
New

Universal Headlights Headlamp Street For KTM...
$23.50
Free shipping
Almost gone

Universal Headlights Headlamp Street For KTM...
$23.50
Free shipping
Almost gone

## Sponsored items from this seller 1/2                           Feedback on our suggestions







Motorcycle Dirt Bike Dual Sport Universal H4...
**$26.31**
~~$27.99~~
+ $3.50 shipping

Universal Dirt Bike Enduro Headlight For KTM 125 250...
**$15.85**
~~$16.68~~
+ $3.50 shipping

Dirt Bike Motocross Dual Sport Red Headlight...
**$22.55**
~~$23.99~~
+ $3.50 shipping

Enduro Headlight Headlamp For Honda CRF 150F 230F...
**$21.78**
~~$23.17~~
+ $3.50 shipping

Street Fighter Dirt Bike Enduro Alien Style LED...
**$18.99**
~~$19.99~~
+ $3.50 shipping

Headlight Headlamp For Honda CRF150F CRF230F...
**$21.78**
~~$23.17~~
+ $3.50 shipping

---

| Description | **Shipping and payments** | | Report item |

Seller assumes all responsibility for this listing.

### Shipping and handling

**Item location:** guangzhou, China

**Shipping to:** Worldwide

**Excludes:** Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Middle East, South America, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Laos, Macau, Taiwan, Bermuda, Greenland, Saint Pierre and Miquelon, Albania, Andorra, Austria, Belarus, Bosnia and Herzegovina, Croatia, Republic of, Cyprus, Czech Republic, Estonia, Gibraltar, Greece, Guernsey, Iceland, Ireland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Switzerland, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, PO Box

**Quantity:** 1  **Change country:** United States  **ZIP Code:** 60106  Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $3.50 | US $3.50 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Fri. Nov. 6 and Fri. Nov. 27** |
| US $53.50 | US $3.50 | United States | Economy Shipping (USPS Parcel Select Ground®) | Estimated between **Tue. Oct. 27 and Mon. Nov. 9** |

\* **Estimated delivery dates** include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

**Handling time**

Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item.

**Taxes**

Taxes may be applicable at checkout. Learn more

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

**Payment methods**





### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

🏷️ **SAVE UP TO 6%**  **See all eligible items ▶**

**6% off**
Marked down item price reflects all savings. Items provided by oncemoremoto

**All promotional offers from oncemoremoto**









10/14/2020



Hi ██████! ⌄    Daily Deals   Brand Outlet   Help & Contact                          Sell   Watchlist ⌄   My eBay ⌄         🔔 3    🛒

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile



eBay MONEY BACK GUARANTEE



**oncemoremoto** (8709 ★) 📋 ⓘ

**Positive Feedback (last 12 months): 98.2%** ⓘ

Member since: Dec-30-14 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 65 | 398 | 786 |
| ⚫ | Neutral | 0 | 6 | 10 |
| ➖ | Negative | 2 | 5 | 14 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (689) | ★★★★★ (705) |
| Shipping speed | Communication |
| ★★★★★ (689) | ★★★★★ (674) |

---

**All received Feedback**  |  Received as buyer  |  Received as seller  |  Left for others

14 Feedback received (viewing 1-14)                    Revised Feedback: 32 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

[ e.g. Vintage 1970's Gibson Guitars ] 🔍

Rating type: [ Negative (14) ⌄ ]    Period: [ 12 Months ⌄ ]

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **way too small for a brake light**<br>Red Middle Finger LED Tail Light For Harley Choppers Yamaha Suzuki Kawasaki (#141712317112) | Buyer: 1***6 (16★)<br>US $9.98 | Past month<br>Reciprocal feedback |
| Reply by oncemoremoto. Left within past month.<br>Hi, any questions you have please feel free to contact us , thanks . | | |
| ➖ **Length of adjuster bolt is too short for listed motorcycle engine**<br>Manual Adjuster Timing Cam Chain Tensioner For Kawasaki Kz 550c Ltd 1980-1983 (#142519763474) | Buyer: g***g (5)<br>US $21.61 | Past month<br>Reciprocal feedback |
| Reply by oncemoremoto.Left within past month.<br>Hi, any questions you have please feel free to contact us , thanks . | | |
| ➖ **Came damaged. Then ignored me**<br>Black Model A Ford Motorcycle 12V Tail Light Lamp Stop For Harley Chopper Bobber (#132532016637) | Buyer: 6***o (2261★)<br>GBP 25.64 | Past 6 months<br>Reciprocal feedback |
| Reply by oncemoremoto. Left within past 6 months.<br>We communicated with you all the time, thanks . | | |
| ➖ **Too bad to arrive with scratches**<br>Black Lower Fork Guards Covers For Honda CRF 250 450 2004-14 CR 125 250 2004-07 (#132318612550) | Buyer: g***a (5)<br>US $16.04 | Past 6 months<br>Reciprocal feedback |
| Reply by oncemoremoto.Left within past 6 months.<br>Hi, any questions you have please let me know first ,thanks | | |

ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old.

| | | |
|---|---|---|
| ➖ **Unvented cap was not Milled correctly so does not screw in to tank**<br>Flush Chrome Pop Up Gas Cap Vented For Harley Davidson Fueltank Gas Fuel Cap New (#131743359807) | Buyer: I***h (20★)<br>US $24.43 | Past 6 months<br>Reciprocal feedback |
| Reply by oncemoremoto. Left within past 6 months.<br>Solving the problem , thanks | | |
| ➖ **No switch with head light. Should be one placed on it**<br>Motorcycle White Headlight Lamp For Husqvarna TE125 250 17-19 701 Supermoto 2017 (#142898341066) | Buyer: t***s (19★)<br>US $30.07 | Past year<br>Reciprocal feedback |
| Reply by oncemoremoto. Left within past year.<br>Solving the problem , thanks . | | |

Comment?

Hi ▮▮▮! ∨   Daily Deals   Brand Outlet   Help & Contact                                    Sell   Watchlist ∨   My eBay ∨        🔔 3    🛒

ebay   Shop by category ∨   | 🔍 Search for anything | All Categories ∨ | Search | Advanced



oncemoremoto (8709★)   🔗 Items for sale  🏬 Visit store  ✉ Contact
98.2% positive feedback
♡ Save                          Based in China, oncemoremoto has been an eBay member since Dec 30, 2014

**Feedback ratings** ⓘ                                              See all feedback

| | | |
|---|---|---|
| ★★★★★ 689 | Item as described | ● 786 Positive |
| ★★★★★ 674 | Communication | ● 10 Neutral |
| ★★★★★ 689 | Shipping time | ● 14 Negative |
| ★★★★★ 705 | Shipping charges | |

Feedback from the last 12 months

● Good product, speedy sale. Arrived when expected...
Oct 12, 2020

● ● ● ● ●

**355** Followers | **1** Review | Member since: **Dec 30, 2014** | 📍 China

## Items for sale(4696)                                                See all items


Universal Moto ...
US $4.99            6m left


2PCS Universal ...
US $4.99            12m left


Detachable Siss ...
US $13.96          22m left


Chrome Footpeg ...
US $12.34          23m left


Footpegs Forwar...
US $191.99         28m left

## Reviews (1)                                                         See all reviews


10 pc Switch Housing Button Cap Kit for Harley Davidson 2014 2015 Version Chrome

★★★★★                                    Sep 29, 2015

Quality is very good, the seller service is very good, I will come over to buy other products, this I recommend, you can try

Quality is very good, the seller service is very good, I will come over to buy other products, this I recommend, you can try

1 of 1 found this helpful

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED



Hi ▮▮▮▮ ▼    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ▼    My eBay ▼         🔔    🛒



Shop by category ▼ | Search for anything | All Categories ▼ | **Search**

eBay › eBay Stores › Oncemore-MOTORPARTS-Factory





## Oncemore-MOTORPARTS-Factory

357 followers | oncemoremoto (8739 ⭐) 98.3%

We are is a leading manufacturer and exporter which is concerned with the design, development and production of motorcycle parts and accessories. All of our parts comply with ir

💙 Save this seller

---

### Category

All

Adjustable Lowering Link
Auto Accessories
Bracket
Brake Clutch lever
Engine Parts
Exhaust Muffler
Fluid Reservoir Cap/Cover
Foot Peg Parts
Gas Tanks , Protector & Cover
Handlebars & Accessories
Kickstand Parts
Luggage & Saddlebags
Mirrors
Motocycle Meter
Motocycle Mirrors
Motorcycle Accessories
Motorcycle Fairing
Motorcycle Light
Radiator Parts & Oil cooler
Recommend Motorcycle Model
Sissy Bar Passenger & Cushion
Other

### Condition          see all
☐ New
☐ Used

### Price               see all
☐ Under $35.00
☐ Over $35.00
$ [    ] - $ [    ] ▸

### Buying Format       see all
◉ All Listings
☐ Best Offer
☐ Auction
☐ Buy It Now
☐ Classified Ads

### Item Location       see all
◉ Default
☐ Within
   [100 mile ▼] of [60106]
☐ US Only
☐ North America
☐ Worldwide

### Delivery Options    see all
☐ Free Shipping
☐ Free In-store Pickup

### Show only           see all
☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Guarantee

More refinements...

---

### Featured Items





For Suzuki Boulevard M50
M90 M109R Screen...
**$180.99**
$188.99 | 4% OFF

6x9 Speakers Batwing Fairing
Stereo Detachable For Harl...
**$309.99**

---

Search this Store | **Search**                          Best Match ▼ | ☰

All Listings   Auction   **Buy It Now**

1-48 of 4,286 Results



Orange Motorcycle Streetfighter Dirt Bike Headlight Light Lamp For KTM Supermoto
$20.67                                                              Brand: KTM
Was: $21.99                                                         Seller: oncemoremoto (8737) 98.3%
Free shipping
or Best Offer
53 sold

Orange 6000K LED Enduro Head Light For KTM EXC EXCF SX SXF XC XCW XC-F XCF-W New
$75.67                                                              From China
Was: $80.50                                                         Brand: KTM
Free shipping                                                       Seller: oncemoremoto (8739) 98.3%
or Best Offer
5 watching

Universal Dirtbike Filament Headlight & LED Light Dual Lamp For Honda Suzuki KTM
$30.07                                                              From China
Was: $31.99                                                         Brand: KTM
$3.50 shipping                                                      Seller: oncemoremoto (8739) 98.3%
or Best Offer
5 watching

Headlight Head Lamp Streetfighter For KTM EXC XCF XCW SXF Motorcycle Motocross
$32.15                                                              From China
Was: $34.20                                                         Brand: KTM
$3.50 shipping                                                      Seller: oncemoremoto (8739) 98.3%
or Best Offer

Motocross Dirtbike Headlight Headllamp Fairing For Ktm Sxf Xcf 250 White
$15.85                                                              From China
Was: $16.68                                                         Brand: KTM
$3.50 shipping                                                      Seller: oncemoremoto (8739) 98.3%
or Best Offer
43 sold

Dirtbike Motocross MX Enduro Headlight Lamp For Kawasaki KLX KLR KL 250 450
$2913                                                               From China
Was: $30.79                                                         Brand: Kawasaki
$3.50 shipping                                                      Seller: oncemoremoto (8737) 98.3%
or Best Offer
7 watching

12V Universal Enduro Motorcycle Headlight For KTM EXC XCF SMR SX SXF Dirt Bike
$32.15                                                              From China
Was: $34.20                                                         Brand: KTM

10/30/2020




Motorcycle Dirtbike Led Headlight Enduro MX For KTM EXC CRF RMZ DR KLR KL 250
$30.07
Was: $31.99
$3.50 shipping
or Best Offer
29 sold

From China
Seller: oncemoremoto (8739) 98.3%



Dirt Bike Headlight For KTM EXC SXF XCF XCW 125 450 HUSQVARNA FC 250 2004-UP
$87.31
Was: $92.88
Free shipping
or Best Offer
4 watching

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%



Universal Dirt Bike Enduro Headlight For KTM 125 250 300 350 SX S-F EXC EXC-F
$15.85
Was: $16.68
$3.50 shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%



Dirt Bike LED Headlight For KTM Husqvarna EXC XCF XCW TE TC FE 125 250 350 2020
$60.15
Was: $63.99
Free shipping
or Best Offer

From China
Seller: oncemoremoto (8739) 98.3%



Street Fighter Enduro Motocross Dual Lamp Headlight For Honda CRF XR KTM EXC SX
$30.07
Was: $31.99
$3.50 shipping
or Best Offer

From China
Seller: oncemoremoto (8739) 98.3%



2020 Universal LED Headlight For KTM EXC EXCF SX SXF XC XCW XC-F XCF-W 125-500
$75.67
Was: $80.50
Free shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%



Motocross Dirt Bike Headlight For KTM SX125 SX150 SXF250 350 450 2018 2019 2020
$85.93
Was: $91.41
Free shipping
or Best Offer
3 watching

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%



For KTM SX F EXC XCF XCW SMR 125 250 350 500 Enduro LED Headlight Mask 2014-2019
$74.29
Was: $79.03
Free shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%



Aluminum Universal Motorcycle Bullet Visor Fog Light Lamp Mini Headlight Chrome
$40.41
Was: $42.99
$8.50 shipping
or Best Offer
24 watching

From China
Seller: oncemoremoto (8737) 98.3%



Motorcycle LED Headlight Head Lamp Black For KTM SX XC SXF EXC Enduro Dirt Bike
$60.15
Was: $63.99
Free shipping
or Best Offer

From China
Seller: oncemoremoto (8714) 98.3%



Wave Rectifier Regulator For KTM 250 350 EXC-F XCF-W 350 450 EXC 12-16 Dirt Bike
$22.11
Was: $23.52
$3.50 shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8737) 98.3%



Universal Motorcycle Headlight For KTM EXC XC XCF XCW SX SXF SXS 125 150 450 530
$85.93
Was: $91.41
Free shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%



Led Headlight Enduro Road Legal Streetfighter For KTM CR RMZ DR KLX 250
$30.07
Was: $31.99
$3.50 shipping
or Best Offer
48 sold

From China
Seller: oncemoremoto (8736) 98.3%



NEW LISTING  E4 H3 Twin Headlight & Smoke Windscreen For KTM EXC 530 EXC-R Street Fighter
$72.99
$8.50 shipping
or Best Offer

From China
Seller: oncemoremoto (8739) 98.3%



Enduro Dirtbike Motocross Headlight Headlamp w/Mounting Kit For KTM Honda CR250
$27.25
Was: $28.99
$13.00 shipping
or Best Offer

From China
Seller: oncemoremoto (8739) 98.3%

H4 Headlight Head Lamp Fairing For Yamaha YZ 125 250 400 450 Enduro Supermoto



$26.38
Was: $30.17
$3.50 shipping
or Best Offer

From China
Brand: Yamaha
Seller: oncemoremoto (8739) 98.3%

Dirt Bike Enduro Headlight Head Lamp Fairing For Honda CB CRF XL XR NX 125 250



$29.13
Was: $30.99
$3.50 shipping
or Best Offer
24 sold

From China
Brand: Honda
Seller: oncemoremoto (8739) 98.3%

6000K Dirt Bike Enduro Motocross Headlight For KTM SX125 SX150 SXF250 350 450



$174.95
Was: $182.95
Free shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8737) 98.3%

Motorcycle Dirt Bike Headlight With LED Turn Signals For KTM EXC SX XC 125 250



$30.07
Was: $31.99
$3.50 shipping
or Best Offer
5 watching

From China
Brand: KTM
Seller: oncemoremoto (8737) 98.3%

Universal Headlight Fairing For KTM EXC XCF SMR SX SXF Enduro Motorcycle Orange



$32.15
Was: $34.20
$3.50 shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%

Motorcycle Dirt Bike Enduro Headlight Head Lamp Fairing For KTM EXC 125 350 250



$27.17
Was: $28.90
$3.50 shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8737) 98.3%

Dirt Bike Enduro Supermoto LED Headlight For Honda CRF450L CRF450XR 2019-2020



$55.90
Was: $59.47
$3.50 shipping
or Best Offer
4 watching

From China
Brand: Honda
Seller: oncemoremoto (8737) 98.3%

Black Handguard Hand Guard For KTM XCW EXCF XCF XC 125 250 300 Enduro Dirt Bike



$16.57
Was: $17.44
$3.50 shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%

Dirt Bike Headlight Lamp For KTM EXC SX SXF XC XCF EXC XCW 125 150 250 350 450



$87.31
Was: $92.88
Free shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%

Dirt Bike Front Headlight Enduro Lamp LED Running Light For Yamaha YZ400 KTM 530



$26.62
Was: $28.32
$3.50 shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%

Enduro Headlight Mount LED Front Lamp For Honda CR250R Kawasaki KLX300 Motocross



$25.37
Was: $26.99
$3.50 shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8737) 98.3%

Headlight Lamp Beam For KTM 690 SMC-R / Enduro R Street Fighter Dirtbike 2019



$25.18
Was: $26.79
$7.50 shipping

From China
Seller: oncemoremoto (8739) 98.3%

Motorcycle Dirt Bike Headlight Enduro Lamp For Honda CB450 Kawasaki KLX300 White



$26.62
Was: $28.32
$3.50 shipping
or Best Offer

From China
Brand: Honda
Seller: oncemoremoto (8739) 98.3%

White Front Fender Number Plate For Dirtbike 13-15 KTM 250 500 EXC 350 450 SX-F



$73.50
Was: $78.19
$3.50 shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%

White Motocross Dirtbike Front Fender Number Plate For KTM 250 350 450 500 EXC-F



$26.93
Was: $28.65
$4.84 shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8739) 98.3%

30W Enduro Motocross LED Headlight For KTM SX125 SXF250 450 XC-F EXC HUSQVARNA



$174.95
Was: $182.95
Free shipping
or Best Offer

From China
Brand: KTM
Seller: oncemoremoto (8737) 98.3%

Headlight Fairing For KTM Enduro SX F EXC XCF XCW SMR 125 250 350 500 2014-2020





Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 3

ebay Shop by category

KTM headlight | All Categories | Search | Advanced

Items for sale from oncemoremoto (8709 ) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors

Motorcycle Headlight Assemblies

More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Brand** see all

- Harley-Davidson (3)
- Honda (8)
- Kawasaki (2)
- KTM (24)
- Suzuki (3)
- Unbranded (1)
- Yamaha (6)

**Technology** see all

- Halogen (6)
- LED (61)
- Not Specified (92)

**Warranty** see all

- Unspecified Length (56)
- 2 Year (4)
- Not Specified (99)

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (174)

**Price**

- Under $35.00
- Over $35.00

$ to $

**Item Location** see all

- Default
- Within

100 miles of 60106

- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

oncemoremoto (8709 )

Feedback rating: 8,709

Positive Feedback: 98.2%

Member since Dec-30-14 in Hong Kong

Read feedback profile

Add to my favorite sellers

Sponsored items for you

All Listings | Auction | Buy It Now — Sort: Best Match — View:

**174** results for **KTM headlight** Save this search

Motorcycle Dirt Bike Headlight With LED Turn Signals For KTM EXC SX XC 125 250

Brand New

**$30.07**

Was: ~~$31.99~~

or Best Offer

+$3.50 shipping

**Free Returns**

**5 Watching**

**6% off**

Watch

From China

Seller: oncemoremoto (8,706) 98.2%

Dual Sport Dirt Bike Motorcycle Headlight Fairing Black For KTM EXC SX XC 50 125

Brand New

**$25.37**

Was: ~~$26.99~~

or Best Offer

+$3.50 shipping

**Free Returns**

**6% off**

Watch

From China

Seller: oncemoremoto (8,706) 98.2%

Universal Dirt Bike Dual Sport Black Headlight For KTM EXC SX SX-F Honda CRF CR

Brand New

**$25.76**

Was: ~~$27.40~~

or Best Offer

+$3.50 shipping

**Free Returns**

**6% off**

Watch

From China

Seller: oncemoremoto (8,706) 98.2%

Motorcycle Dirt Bike Dual Sport Universal H4 Headlight Lamp For KTM Honda Yamaha

Brand New

**$26.31**

Was: ~~$27.99~~

Buy It Now

+$3.50 shipping

**Free Returns**

**6% off**

Watch

From China

Seller: oncemoremoto (8,706) 98.2%

Dirt Bike Enduro Running Headlight Head Lamp For KTM EXC EXC-F 125 250 Honda CRF

Brand New

**$15.85**

Was: ~~$16.68~~

or Best Offer

+$3.50 shipping

**Free Returns**

**16 Sold**

**5% off**

Watch

From China

Seller: oncemoremoto (8,706) 98.2%

Black Universal Headlight Supermoto Head lamp Fit For Suzuki Kawasaki KTM

Brand New

**$20.67**

Was: ~~$21.99~~

or Best Offer

**Free Shipping**

**Free Returns**

**69 Sold**

**6% off**

Watch

Seller: oncemoremoto (8,706) 98.2%

Motorcycle Dirt Bike Enduro Headlight Head Lamp Fairing For KTM EXC 125 350 250

Brand New

10/14/2020

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 🔲 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms



**Ship to**

1001 Foster Ave
Bensenville, IL 60106-1445
United States

Change

## Review item and shipping

Seller: oncemoremoto    Message to seller

Universal Dirt Bike Dual Sport Black Headlight For KTM
EXC SX SX-F Honda CRF CR
**$25.76**
~~$27.40~~

Quantity    | 1 ▾ |

**Delivery**

⦿ Est. delivery: Nov 6 – Nov 27
Standard SpeedPAK from China/Hong Kong/Taiwan
**$3.50**

○ Est. delivery: Oct 27 – Nov 9
USPS Parcel Select Ground
**$53.50**

Save up to 6%

## Gift cards, coupons, eBay Bucks

Enter code:                    | Apply |

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount    | None ▾ |

---

| Subtotal (1 item) | $25.76 |
| Shipping | $3.50 |
| Tax* | $1.83 |

**Order total**    **$31.09**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

eBay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





10/14/2020

### Motorcycle Dirt Bike Headlight With LED Turn Signals For KTM EXC SX XC 125 250

Be the first to write a review

**Condition:** New

**Quantity:** 1    5 available / 3 sold

**Price:** US $30.07
US $31.99 (6% off)

- Buy It Now
- Add to cart

**Best Offer:** Make Offer

- Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $5.99

**30-day returns** | 5 watchers | Longtime member

**Shipping:** $3.50 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: guangzhou, China
Ships to: Worldwide    See exclusions

**Delivery:** Estimated between Fri. Nov. 6 and Fri. Nov. 27
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal VISA MasterCard American Express Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** Free 30 day returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

oncemoremoto (8709 ⭐)
98.2% Positive feedback

- Save this Seller
- Contact seller
- Visit store
- See other items





💲 Have one to sell? Sell now



### Similar sponsored items 1/2

Feedback on our suggestions

| E8 Emark LED Headlight For KTM Husqvarna EXC XCF... | Dirt Bike Headlight For KTM EXC SX SXF XC XCF EXC... | 6000K LED Headlight Head Lamp For KTM SX SXF EXC... | Motorcycle LED Headlight Head Lamp for KTM SX XC... | LED E8 Headlight For KTM EXC XC XCF XCW SX SXF... | Universal Dirt Bike Enduro Headlight For KTM 125 250... |
|---|---|---|---|---|---|
| $60.15 | $85.00 | $99.99 | $62.25 | $80.40 | $15.85 |
| $63.99 | $91.40 | $107.52 | $66.22 | $85.53 | $16.68 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | + $3.50 shipping |
| New | New | Seller 99.4% positive | New | New | New |

### Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback 

Hi ▓! ▼ | Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ▼   My eBay ▼    🔔3   🛒



Motorcycle Dirt Bike Dual Sport Universal H4 Headlight Lamp For KTM Honda Yamaha

☆☆☆☆☆ Be the first to write a review

Condition: New

Quantity: 1        5 available

Price: US $26.31
       US $27.99 (6% off)

Buy It Now

Add to cart

♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $5.99

30-day returns        Longtime member

Shipping: $3.50 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: guangzhou, China
Ships to: Worldwide   See exclusions

Delivery: Estimated between Fri. Nov. 6 and Fri. Nov. 27
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  American Express  Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
oncemoremoto (8709 ⭐)
98.2% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

🔍 Check if this part fits your vehicle   Contact the seller

🏷 SAVE UP TO 6%   See all eligible items ▶




$ Have one to sell?   Sell now

Similar sponsored items 1/2                                              Feedback on our suggestions



Motorcycle Black Head Lamp Dirt Bike Twin LED...
$24.06
$25.60
+ $3.50 shipping
New

LED Headlight Head Light Lamp Universal For Kawasa...
$26.99
Free shipping
New

Dirt Bike Dual Sport Enduro Universal Black Headlight...
$25.37
$26.99
+ $3.50 shipping
Last one

Motorcycle Headlight Lamp for Husqvarna KTM Suzuki...
$27.57
Free shipping
New

Dual Sport Motocross MX Dirt Bike Universal White...
$25.37
$26.99
+ $3.50 shipping
New

Motorcycle H4 35/35W Headlight Front Lamp For...
$26.03
$27.99
+ $3.50 shipping
Last one

Sponsored items from this seller 1/2                                     Feedback on our suggestions



Feedback ✎

10/2/2020

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒



**ebay**   Shop by category ⌄   | Search for anything | All Categories ⌄ | **Search**   Advanced |

◀ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Other Motorcycle Parts
eBay Motors › Parts & Accessories › Motorcycle Accessories › Luggage › Saddlebags & Accessories

✉ 📘 🐦 📌 | Add to Watchlist

✓ This fits a KTM   | Select Year |

🔴 **SAVE UP TO 9% WHEN YOU BUY MORE**



💲 Have one to sell?   **Sell now**

### Universal Motorcycle Bike Saddle Bag Travel Storage Canvas + Leather Pouch Box

Condition: **New other (see details)**
"Heavy duty duck cotton reinforced with vinyl backing"

Bulk savings: | Buy 1 **$22.79/ea** | Buy 2 $21.42/ea | Buy 3 $21.19/ea |

Compatibility:   **See compatible vehicles**
Sale ends in:   01d 21h 53m
Quantity: | 1 |   4 or more for $20.74/ea
6 available / **1 sold**

Price: **US $22.79/ea**
~~US $23.99~~ (5% off) 

**Buy It Now**

**Add to cart**

Best Offer:   **Make Offer**

♡ **Add to Watchlist**

---

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**one_belt_one_road** (1585 ⭐)
95.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

| **30-day returns** | 8 watchers | Longtime member |

Shipping:   $6.00 Standard SpeedPAK from China/Hong Kong/Taiwan
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shanghai, China
Ships to: Americas, Europe, Asia, Australia   See exclusions

Delivery:   🏴 Estimated between **Tue. Nov. 24 and Mon. Dec. 14** ⓘ
This item has an extended handling time and a delivery estimate greater than 35 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal  VISA  💳  AMEX  Discover

**PayPal CREDIT**
Special financing available.   See terms and apply now
Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:   30 day Buyer pays for return shipping   See details

---

## Similar sponsored items 1/2

Feedback on our suggestions



Olive Green Motorcycle Saddle Bag Tool Storage...
$25.99
+ $18.00 shipping
New



Black Motorcycle Universal Saddle Bag Travel Tool...
$32.21
~~$37.89~~
Free shipping
New



Automatic Chain Adjuster Tensioner Universal...
$28.55
~~$35.69~~
Free shipping
New



Old School Style Motorcycle Saddle Bag Travel Tail Bag...
$32.21
~~$37.89~~
Free shipping
New

Motorcycle Bike Canvas Saddle Bag Travel Knight...
$26.26
~~$30.89~~
Free shipping
New



Motorcycle Wind Screen Windshield Universal Fit Fo...
$17.17
~~$22.89~~
Free shipping
New

---

## Sponsored items from this seller 1/2

Feedback on our suggestions



      

| | |
|---|---|
| 2PCS PU Leather Motorcycle Saddle Bag... | Universal Motorcycle Capsule Tool Box Case... | Universal Motorcycle Tail Bag Rear Seat Kit Sport... | 2PCS Universal Car Vehicle Seat Gap Storage Box Cup... | Carbon Fiber Universal Cross-country Motorcycle... | Motorcycle Bike Enduro Waterproof Back Seat Carr... |
| $31.01 | $32.91 | $35.24 | $24.59 | $28.39 | $21.84 |
| $32.99 | Free shipping | $46.99 | $40.99 | Free shipping | $22.99 |
| + $18.00 shipping | | + $18.00 shipping | + $8.00 shipping | | + $18.00 shipping |

**Description**    **Shipping and payments**        Report item

Seller assumes all responsibility for this listing.      eBay item number: **264386766849**

Last updated on   Sep 30, 2020 11:24:09 PDT   View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

Year    Make    Model    Submodel
-Select-    -Select-    -Select-    -Select-    Go

[show all compatible vehicles]

✓ This part is compatible with 60 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2000 | KTM | 60 | SX |
| | 2011 | KTM | 105 | SX |
| | 2010 | KTM | 105 | SX |
| | 2010 | KTM | 105 | XC |
| | 2009 | KTM | 105 | SX |
| | 2009 | KTM | 105 | XC |
| | 2008 | KTM | 105 | SX |
| | 2008 | KTM | 105 | XC |
| | 2007 | KTM | 105 | SX |
| | 2006 | KTM | 105 | SX |
| | 2005 | KTM | 105 | SX |
| | 2004 | KTM | 105 | SX |
| | 2019 | KTM | 150 | SX |
| | 2019 | KTM | 150 | XCW |
| | 2018 | KTM | 150 | SX |
| | 2018 | KTM | 150 | XCW |
| | 2017 | KTM | 150 | SX |
| | 2017 | KTM | 150 | XCW |
| | 2016 | KTM | 150 | SX |
| | 2015 | KTM | 150 | SX |

Page 1 of 3      ‹ 1 2 3 ›

Portions of the information contained in this table have been provided by one_belt_one_road

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New other (see details) | | |
| Seller Notes: | "Heavy duty duck cotton reinforced with vinyl backing" | | |
| Brand: | Unbranded | Manufacturer Part Number: | Does Not Apply |
| Color: | Green+Brown | Material: | Canvas + leather |
| Compatibility: | for Motorcycle / ATV / Scooter etc | Placement on Vehicle: | Left, Rear, Right |
| Dimensions(length, width, depth): | 40X15X30CM | Warranty: | 6 Month |
| UPC: | Does not apply | | |

| 6% off | 5% off | 6% off | 6% off | 5% off | 6% off | 5% off | 6% off |
|---|---|---|---|---|---|---|---|
| Angled 45°Pipe Hose Clamp Pliers Tool Hose | Motorcycle ATV Dirt Pit Bikes Gear Shift Shifter | 1PC Boat Hand Rail Fitting 90 Degree 7/8" | ( 4PCS ) Classic Stainless Steel Cup Drink | Universal Car SUV Armrest Pad Cover | 60" Motorcycle 10 Pin Adaptor OBD2 | SBB v46.02 Universal Key Programmer | Black Pair Front Left + Right Fog Lights Fog |
| **9.87 USD** | **8.54 USD** | **8.17 USD** | **17.66 USD** | **7.21 USD** | **12.21 USD** | **98.34 USD** | **61.09 USD** |
| 9.99 USD | 8.99 USD | 8.69 USD | 18.70 USD | 7.59 USD | 12.99 USD | 98.94 USD | 64.99 USD |
| 6.0 USD | 4.0 USD | 6.0 USD | 6.0 USD | 5.0 USD | 6.0 USD | 16.0 USD | 30.0 USD |

| 5% off | 6% off | 5% off | 6% off | 5% off | 6% off | 5% off |
|---|---|---|---|---|---|---|


Feedback

| Black Car SUV Pickup Armrest Pad Cover Auto | 28mm Titanium Flat Slide Carburetor For | Floor Mat Door Mat Accessories Rubber | 1PC 9'' Black Car Seat Seatbelt Adjustable | 3 inch/76mm 90 Degree Elbow Aluminum Turbo | New Dashboard Console Power Outlet Socket | Universal CNC Folding Gear Shift Lever For | For BMW Genuine LED F30 F3X 3 4 M3 M4 |
|---|---|---|---|---|---|---|---|
| **7.21 USD** | **29.13 USD** | **9.49 USD** | **7.59 USD** | **17.85 USD** | **16.35 USD** | **12.81 USD** | **53.1 USD** |
| 7.59 USD | 30.99 USD | 9.99 USD | 7.99 USD | 18.99 USD | 17.39 USD | 13.48 USD | 55.89 USD |
| 5.0 USD | 6.0 USD | 6.0 USD | 6.0 USD | 6.0 USD | 6.0 USD | Free shipping | 16.0 USD |



**One_Belt_One_Road**

Store Home    Engraving Machine    Welding Equipments    Outdoor Sports    Rotary Laser Lever

DESCRIPTION

## Features:

- Heavy duty duck cotton reinforced with vinyl backing
- Two large pockets with double-strapped flap covers
- Reinforced at all stress points
- Large capacity storage space
- Strong stitching, durable
- Leather surface decoration, cool
- Two large pockets with double-strapped flap covers and total storage capacity of 1,056 cubic inches. Reinforced at all stress points for durability.
- Warning: Keep bag a safe distance from hot objects to avoid risk. Always be sure to secure all laces and straps to
- avoid entanglement.
- Look very old school throw overs but if you wanted them to have more shape you could easily make inserts to stiffen the sdes. The do look very cool.

## Fitment:

- Universal for motorcycle bike
- 2013 For Triumph Bonneville/For for honda shadow 750
- For Royal Enfield bullet /For triumph bonneville/For for honda ctx
- For taotao thunder/91' Vulcan 500/ iron 833
- For Suzuki dr 650/ For Harley Sportster/150cc scooter
- 1977 For kawasaki 1000 / 1983 XL600r

## Specifications:

- Color: Army Green
- Material: Canvas + leather
- Dimension (length, width, depth): 40X15X30CM

## Package Included:

- 1 X Back Pack
- 2 X Rope

DETAIL IMAGE









Feedback





12.6 Inch

6 Inch

15 Inch



Feedback












Feedback 



# Large capacity storage space



SHIPPING   **PAYMENT**   **RETURNS**   **CONTACT**   **ABOUT US**

1.We have warehouses in the USA, CA, and AU. For those customers who live in the US,CA, and AU, we will send item from the corresponding warehouse.Estimated Delivery 2-4 business days to major locations,4-7 business days to remote areas.
2.For those customers who live in other countries,we will send item from our foreign warehouses if available, otherwise from China.Delivery time is 5~8 business days.(Tax maybe required if send from China,and tax is buyers' responsibility according to ebay policy.)

Feedback


| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Positive & Negative Copper Battery Terminal | 12V RGB LED Fiber Optic Light Car Roof | A/C Compressor Clutch Remover Air Conditioner | 9" 9V-30V 7200LM Work Light Flood Spot | Car Handbrake & T-Bar Boot Cover Leather Fit | 37300 Air Conditioning and Fuel Lines | 2PCS Taillight Fog Light Protection Cover | 4X Universal Car Floor Mat Printed Carpet Floor |
| 12.29 USD | 66.29 USD | 24.74 USD | 25.98 USD | 29.69 USD | 21.51 USD | 33.28 USD | 68.87 USD |
| 14.99 USD | 84.99 USD | 32.99 USD | 30.56 USD | 37.11 USD | 26.89 USD | 40.59 USD | 83.99 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

| 15% off | 20% off | 25% off | 18% off | 15% off | 25% off | 25% off | 20% off |
|---|---|---|---|---|---|---|---|
| Motorcycle Black Anti-Theft Helmet Lock | Car Gear Shift Knob Cover Decoration Trim | 24V Car Trailer Colorful Flash LED Triangle Rear | Crankcase Ventilation Line Change kit Fit for | In-Dash Trailer Brake Controller Module Fit for | 10.1" Android 10.1 WiFi/3G/4G GPS 1+16G | 10.1" Android 10.1 Quad Core GPS 1G+16G Car | Car LED Diurnal Light Front Bumper Fog Lamp |
| 24.39 USD | 10.29 USD | 12.67 USD | 24.29 USD | 82.59 USD | 176.99 USD | 176.99 USD | 63.99 USD |
| 28.69 USD | 12.86 USD | 16.89 USD | 29.62 USD | 97.16 USD | 235.99 USD | 235.99 USD | 79.99 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

| 15% off | 18% off | 25% off | 15% off | 15% off | 22% off | 30% off | 30% off |
|---|---|---|---|---|---|---|---|
| EM276 12V Car Injector Tester 4Pluse Modes | Starter Solenoid Valve Relay Fit for Mercury | Fit for 2004-2010 Ford F250 6.0L Diesel Engine | 12V DRL LED Car Daytime Running Light | 7" HD Touch Screen Bluetooth TF AUX USB | Adjustable 4 Hooks Car SUV Glass Window | 9L/2.4 Gallon Universal Motorcycle Modification | Dirt Bike Motorcycle Hydraulic Rear Disc |
| 40.28 USD | 15.59 USD | 52.49 USD | 14.68 USD | 51.79 USD | 21.05 USD | 118.29 USD | 35.69 USD |
| 47.39 USD | 19.01 USD | 69.91 USD | 16.56 USD | 60.93 USD | 26.99 USD | 168.99 USD | 43.99 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

| | | | | | |
|---|---|---|---|---|---|
| 100MM-140MM Motorcycle Universal Fit Oval Exhaust... | Universal Adjustable Rearsets Replacement... | HELMET BAG Folding Motorcycle Backpack... | Gear Lever Rubber Bike Protector Shifter Sock Sho... | Black Motorcycle Universal Saddle Bag Travel Tool... | Olive Green Motorcycle Saddle Bag Travel Storage... |
| $9.89 | $27.89 | $27.89 | $5.39 | $32.21 | $23.99 |
| | $30.99 | | $5.99 | $37.89 | |
| Free shipping | + $15.00 shipping | Free shipping | + $15.00 shipping | Free shipping | + $8.00 shipping |
| New | Seller 99.3% positive | New | Seller 99.3% positive | New | New |

## Explore more sponsored options: Type

### Handlebar

   

| | | | |
|---|---|---|---|
| PU Leather Black Motorcycle Front Fork... | 1XBlack PU Leather Motorcycle Outdoor Roll... | Motorcycle Wind Screen Windshield Universal Fit Fo... | 1 Set Throttle Grip Casing & Cable Handle Bar Grips Fit... |
| $17.00 | $19.79 | $17.17 | $22.79 |
| $18.89 | $21.99 | $22.89 | |
| Free shipping | Free shipping | Free shipping | Free shipping |
| Popular | | | |

Feedback


## More from this seller 1/2

Feedback on our suggestions

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄

**ebay** | Shop by category ⌄ | Search for anything | All Categories ⌄ | Search | Advanced

← Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts
eBay Motors > Parts & Accessories > Motorcycle Accessories > Luggage > Saddlebags & Accessories

✉ f ⚓ 🐦 📌 | Add to Watchlist

✓ This fits a KTM | Select Year

🔖 **SAVE UP TO 9% WHEN YOU BUY MORE**



$ Have one to sell? **Sell now**

### Universal Motorcycle Bike Saddle Bag Travel Storage Canvas + Leather Pouch Box

Condition: **New other (see details)**
"Heavy duty duck cotton reinforced with vinyl backing"

Bulk savings:
| Buy 1 | Buy 2 | Buy 3 |
|---|---|---|
| $22.79/ea | $21.42/ea | $21.19/ea |

Compatibility: See compatible vehicles
Sale ends in: 01d 21h 53m
Quantity: [1] 4 or more for $20.74/ea
6 available / 1 sold

Price: **US $22.79/ea**
US $23.99 (5% off) ⓘ

Best Offer:

30-day returns | 8 watchers | Longtime member

**Buy It Now**
**Add to cart**
**Make Offer**
♡ **Add to Watchlist**

Shipping: $6.00 Standard SpeedPAK from China/Hong Kong/Taiwan
| See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shanghai, China
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: ⏰ Estimated between **Tue. Nov. 24 and Mon. Dec. 14** ⓘ
This item has an extended handling time and a delivery estimate greater than 35 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments:   💳 💳 💳

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
one_belt_one_road (1585 ⭐)
95.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2
Feedback on our suggestions


Olive Green Motorcycle Saddle Bag Tool Storage...
$25.99
+ $18.00 shipping
New


Black Motorcycle Universal Saddle Bag Travel Tool...
$32.21
$37.89
Free shipping
New

Automatic Chain Adjuster Tensioner Universal...
$28.55
$35.69
Free shipping
New

Old School Style Motorcycle Saddle Bag Travel Tail Bag...
$32.21
$37.89
Free shipping
New


Motorcycle Bike Canvas Saddle Bag Travel Knight...
$26.26
$30.89
Free shipping
New


Motorcycle Wind Screen Windshield Universal Fit For...
$17.17
$22.89
Free shipping
New

---

### Sponsored items from this seller 1/2
Feedback on our suggestions


Feedback











2PCS PU Leather Motorcycle Saddle Bag...
$31.01
$32.99
+ $18.00 shipping

Universal Motorcycle Capsule Tool Box Case...
$32.91
Free shipping

Universal Motorcycle Tail Bag Rear Seat Kit Sport...
$35.24
$46.99
+ $18.00 shipping

2PCS Universal Car Vehicle Seat Gap Storage Box Cup...
$24.59
$40.99
+ $8.00 shipping

Carbon Fiber Universal Cross-country Motorcycle...
$28.39
Free shipping

Motorcycle Bike Enduro Waterproof Back Seat Carr...
$21.84
$22.99
+ $18.00 shipping

| Description | Shipping and payments |
|---|---|

Report item

Seller assumes all responsibility for this listing.



## Shipping and handling

Item location: Shanghai, China

Shipping to: Americas, Europe, Asia, Australia

Excludes: Alaska/Hawaii, US Protectorates, APO/FPO, Bolivia, Falkland Islands (Islas Malvinas), French Guiana, Peru, Cape Verde Islands, Côte d'Ivoire (Ivory Coast), Mauritius, South Africa, China, Georgia, Bahrain, Dominica, Dominican Republic, Guatemala, Martinique, Nicaragua, Puerto Rico, Virgin Islands (U.S.), Cook Islands, Fiji, French Polynesia, Guam, Marshall Islands, New Caledonia, Solomon Islands, Saint Pierre and Miquelon

Quantity: 1    Change country: United States    ZIP Code: 60440    Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $6.00 | US $3.00 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Tue. Nov. 24 and Mon. Dec. 14** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

Handling time

Will ship within 20 business days of receiving cleared payment. The seller has specified an extended handling time for this item.

Taxes

Taxes may be applicable at checkout. Learn more

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods

### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

Sponsored items based on your recent views 1/4

Feedback on our suggestions


Feedback



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact         Sell    Watchlist ⌄    My eBay ⌄

ebay   Shop by category ⌄   | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile


ebay MONEY BACK GUARANTEE


**one_belt_one_road** (1585 ★) 📋 ⓘ
**Positive Feedback (last 12 months):** 95.7% ⓘ
Member since: Jul-06-17 in China

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 30 | 248 | 683 |
| ◉ Neutral | 1 | 6 | 14 |
| ➖ Negative | 2 | 16 | 28 |

### Detailed seller ratings ⓘ



Average for the last 12 months

| Accurate description | ★★★★★ (609) | Reasonable shipping cost | ★★★★★ (642) |
|---|---|---|---|
| Shipping speed | ★★★★★ (609) | Communication | ★★★★★ (598) |

---

**All received Feedback** | Received as buyer | Received as seller | Left for others

28 Feedback received (viewing 1-25)          Revised Feedback: 5 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

| e.g. Vintage 1970's Gibson Guitars | 🔍 |

Rating type: **Negative (28) ⌄**    Period: **12 Months ⌄**

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **RIP off artists**<br>Left+Right Motorcycle Anti-Skid Widened Foot Rest Pedal Motorbike Accessories (#264294803405) | Buyer: e***l (398★ )<br>US $33.48 (Best offer was accepted) | Past month<br>Reciprocal feedback |
| ➖ **Did not receive the item I ordered. Do not buy from this seller!**<br>Motorcycle Solo Seat Rear Fender Luggage Rack Holder Fit for Honda Yamaha Suzuki (#264521250776) | Buyer: r***a (220★ )<br>US $32.89 | Past month<br>Reciprocal feedback |
| ➖ **They didn't have this item. It is a rip off! No item at all.**<br>Dual Charger Dock Charging Station Stand Fit for PS4 Playstation VR PSVR Move (#264540254970) | Buyer: o***r (9)<br>US $34.27 (Best offer was accepted) | Past 6 months<br>Reciprocal feedback |
| ➖ **Does not fit the bike at all total waist of money**<br>Black Metal Motorcycle Rear Fender Mudguard Guard For Yamaha Triumph BMW Amazing (#263565092446) | Buyer: -***t (100★ )<br>US $22.79 | Past 6 months<br>Reciprocal feedback |
|     Reply by one_belt_one_road. Left within past 6 months.<br>If it doesn't fit for your bike, we can accept to return the item for free. | | |
| ➖ **Does not fit my bike. Seller says if I find ship info, I can return. Sucks.**<br>Motorcycle Solo Seat Rear Fender Luggage Rack Holder Fit for Honda Yamaha Suzuki (#264521250776) | Buyer: i***s (216★ )<br>US $23.79 (Best offer was accepted) | Past 6 months<br>Reciprocal feedback |
|     Reply by one_belt_one_road. Left within past 6 months.<br>If it doesn't fit for your bike, we accept to return the item for free. | | |
| ➖ **I never received it. I can't rate it.**<br>EL-50448 Car Vehicle Tire Pressure Monitor Sensor TPMS Activation Tool OEC-T5 (#264515826815) | Buyer: w***b (6)<br>US $17.53 | Past 6 months<br>Reciprocal feedback |
| ➖ **Not the same product featured in photo.**<br>CAR Dashboard Dash Mat Non-Slip Sun Cover Pad For Toyota Corolla 2014-2018 Black (#263797542616) | Buyer: r***- (20★ )<br>US $16.37 | Past 6 months<br>Reciprocal feedback |
| ➖ **Send it to me now, the cost is reasonable but the shipping is not**<br>Black PVC Vinyl Foam Seat For 110cc 125cc Racing Quad Dirt Bike ATV 4-Wheeler (#264568636640) | Buyer: c***o (35★ )<br>US $22.19 (Best offer was accepted) | Past 6 months<br>Reciprocal feedback |
| ➖ **Totally misleading, says it would fit my bike, it wasn't close and is useless**<br>Motorcycle Solo Seat Rear Fender Luggage Rack Holder Fit for Honda Yamaha Suzuki (#264521250776) | Buyer: d***- (574★ )<br>US $23.79 (Best offer was accepted) | Past 6 months<br>Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Part didn't fit need. One for 03 Yamaha 1600 silverado roadstar need to return p**<br>45MM-48MM Motorcycle Carburetor Air Intake Filter Engine Elbow Pipe Kit Tube ATV (#264692203485) | Buyer: m***j (5)<br>US $29.39 | Past 6 months<br>Reciprocal feedback |



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact        Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

Shop by category ⌄    Search for anything    All Categories ⌄   **Search**   Advanced

**one_belt_one_road** (1585★)
95.7% positive feedback

🔗 Items for sale   🏬 Visit store   ✉ Contact

♡ Save

Based in China, one_belt_one_road has been an eBay member since Jul 06, 2017

### Feedback ratings ⓘ

| | | | |
|---|---|---|---|
| ★★★★★ 609 | Item as described | ➕ 683 Positive | ◯ 14 Neutral | ➖ 28 Negative |
| ★★★★★ 598 | Communication | | |
| ★★★★★ 609 | Shipping time | | |
| ★★★★★ 642 | Shipping charges | | |

See all feedback

➕ A+++ Excellent seller. Fast shipping!
Sep 28, 2020

Feedback from the last 12 months

● ○ ○ ○ ○

73 Followers | 0 Reviews | Member since: **Jul 06, 2017** | 📍 China

## Items for sale(4257)

See all items

    

| 1x U-Type Steer... | 2PCS Genuine Au... | 2PCS Genuine Au... | 2PCS Genuine Au... | 2PCS Genuine Au... |
|---|---|---|---|---|
| US $33.62   1m left | US $110.99   4m left | US $110.99   4m left | US $110.99   4m left | US $110.99   4m left |

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › ONOR

# ONOR

73 followers | one_belt_one_road (1585 ★) 95.7%

Save this seller

**Category**

- **All**
- Deck & Cabin Hardware
- Steering Wheel & Wheel Part
- Fishing Rod Holder
- Cup Holder
- Car Accessories & Tools
- Exhaust/Muffler
- Rear View Mirror
- Parts & Accessories
- Motorcycle Parts
- LED Lights
- Mouldings & Trim
- Gauges
- Switches & Controls
- Boat Parts
- Pliers
- Player
- Fenders
- Helmets
- Business & Industrial
- Filters
- Home & Garden
- Fog/Driving Lights
- Sporting Goods
- Consumer Electronics
- Camera Accessories
- Outdoor Accessories
- Phone Holders
- Bicycle Accessories
- Bags
- Car Player
- Gloves
- Seat Cover
- Repair Tools
- Other

All Listings | Auction | Buy It Now — Time: ending soonest

1-48 of 3,334 Results

2PCS Genuine Australian Sheepskin Fur Long Wool Universal Car Front Seat Covers
$41.99 to $110.99
Was: ~~$147.99~~
Free shipping
From China

12V 7/8" 22mm Motorcycle ATV Dirt Bike Handlebar Headlight Horn Switch 3-Buttons
$11.54
$8.00 shipping
or Best Offer
From China

Red LED Carbon Fiber Exhaust Tip Car SUV Muffler Tip Decoration Light 63mm Inlet
$45.39
Was: ~~$50.43~~
$18.00 shipping
or Best Offer
From China

370mm Car Chain Type Multi Wheel Exhaust Tail Pipe Cutting Tube Cutter Pliers
$41.33
Was: ~~$52.99~~
Free shipping
or Best Offer
From China

5Pcs 12V 20A Red Cover LED Rocker Toggle Switch SPST ON/OFF Universal Truck Boat
$9.27
$8.00 shipping
or Best Offer
From China

Motorcycle Master Cylinder Hydraulic Brake Clutch Kit with Screw Thread M10x1.25
$23.74
Was: ~~$24.99~~
$18.00 shipping
or Best Offer
6 watching
From China

2PCS Truck Trailer Red+Amber 14LED Tail Light Stop Rear Reverse Turn Signal Lamp
$19.59
Was: ~~$24.49~~
Free shipping
or Best Offer
From China

1DIN 10.1" Touch Screen Android 9.1 HD Quad-core GPS Car Stereo Radio MP5 Player
$263.50
Was: ~~$310.00~~
$50.00 shipping
or Best Offer
35 watching
From China

Universal Car Rear Cargo Trunk Storage Net Mesh Adjustable Organizer Pocket Part
$10.19
Was: ~~$14.99~~
$8.00 shipping
or Best Offer
From China

BA20D H6 12V 24V White LED Headlight High/Low Beam Light Bulb for Motorcycle ATV
$10.77
Was: ~~$15.39~~
From China

$8.00 shipping
or Best Offer



1 Pair 38mm-60mm Motorcycle Headlight Bracket Tube Fork Spotlight Holder Clamp

$24.29
Free shipping
or Best Offer

From China



2PCS Motorcycle LED Flashing Turn Signal Indicator DRL Taillights Fit for Honda

$13.06
Was: $15.36
Free shipping
or Best Offer

From China



5V 17W USB Car SUV Charger Adapter LED Voltage Fast Charging Inverter Fuel Saver

$18.99
Was: $22.34
$8.00 shipping
or Best Offer

From China



Universal Car 2Point Retractable Automatic Lock Lap Seat Belt Forklift Seat Belt

$22.99
Was: $27.05
$18.00 shipping
or Best Offer

From China



VP101 OBD Car Truck Universal Heavy Duty Diesel Diagnostic Scanner Code Reader

$65.16
Was: $76.66
Free shipping
or Best Offer

From China



Car SUV Van Blind Spot Mirror Wide Angle Rearview Adjustable Auxiliary Mirrors

$16.11
$8.00 shipping
or Best Offer

From China



Carbon Fiber Manual/Automatic Car Truck Gear Stick Shift Knob Shifter Lever Head

$23.99
Was: $29.99
Free shipping

From China



Balcony Drip Irrigation System Kit Lawn Planting Sprinkler Potted Plant Watering

$41.59
Was: $51.99
$18.00 shipping
or Best Offer

From China



PU Leather Motorcycle Password Lock Anti-theft Pack Saddle Bag Luggage Hanging

$59.85
Was: $72.99
Free shipping
or Best Offer

From China



16Pcs/Set Trim Removal Tools Car Vehicle Dash Panel Radio Vedio Installation Kit

$34.35
Was: $41.89
Free shipping
or Best Offer

From China



9" HD 2.5D Android 8.1 GPS Wifi 1G+16G Car Radio Audio MP5 Player Fit for Mazda

$129.99
Was: $144.43
$18.00 shipping
or Best Offer

From China



12V Touch Screen 4-Channel Car Bluetooth Audio USB/SD FM/MP3 Radio Stereo Player

$30.09
Was: $42.99
$18.00 shipping
or Best Offer

From China



1PC Electric Drill Adapter Wood Cone Reamer Punch Driver Bit Split Drilling Tool

$10.27
Was: $13.69
$8.00 shipping
or Best Offer

From China



12V Universal ATV Motorcycle LED Rear Tail Brake Light Holder License Plate Lamp

$15.38

From China

10/2/2020



$15.59
$8.00 shipping
or Best Offer



Car Auto Body Repair Tool Spot Welding Dent Puller Gun Kit Shoot Reload Washers

$63.99
Was: $78.04
Free shipping
or Best Offer

From China



Bicycle Oil Replacement Mineral Disk Brake Injection / Oil Changing Filling Tool

$18.35
Was: $20.39
$8.00 shipping
or Best Offer

From China



Carbon Fiber Syle Universal Motorcycle Diamond Rearview Rear View Mirror 8 10mm

$15.29
Was: $16.99
$8.00 shipping
or Best Offer

From China



9" Android 9.1 Touch Screen Bluetooth GPS Navigation 2G+32G Car Radio MP5 Player

$259.25
Was: $305.00
$30.00 shipping
or Best Offer
9 watching

From China



Red Motorcycle Bike Modified Oil Pipeline Clamp Universal Aluminum Alloy Clamp

$6.98
Was: $10.27
$8.00 shipping
or Best Offer

From China



4M D-shape Rubber Seal Noise Insulation Auto Door Window Hollow Sealing Strip

$7.99
Was: $11.75
$8.00 shipping
or Best Offer

From China



Quick Steering Wheel Ball Suicide Knob Power Spinner for Car Boat Marine Upgrade

$10.87
$8.00 shipping
or Best Offer

From China



16mm Universal Motorcycle Handle Handlebar Grips Bar End Cap Plugs Slider CNC

$9.55
Was: $11.23
Free shipping

From China



12V Universal Motorcycle Bike Odometer Speedometer Tachometer Gauge 0-13000RPM

$30.59
$18.00 shipping
or Best Offer

From China



Universal Motorcycle Bike Exhaust Muffler Silencer Baffle Tail Pipe Loud Sound

$37.99
Was: $39.99
or Best Offer



1Piece Car Seat Safety Headrest Pillow Sleeping Head Fixing Band For Kids Travel

$7.40
Was: $7.79
$8.00 shipping

From China



2PCS Universal Car SUV Creative Multifunctional Hook Seat Headrest Hook Hanger

$11.70
Was: $13.00
$8.00 shipping
or Best Offer

From China



Slant Burnt Titanium Car Vehicle Stainless Steel Exhaust Tail Pipe Muffler Tip

$11.60
Was: $12.89
$8.00 shipping
or Best Offer

From China





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Saddle Bag | All Categories | Search | Advanced

Items for sale from one_belt_one_road (1585 ) | Save this seller | Show results from all sellers

Include description

## Categories

**eBay Motors**

- Other Motorcycle Luggage
- Motorcycle Saddlebags & Accessories
- Other Motorcycle Parts
- Motorcycle Luggage
- Other Motorcycle Body & Frame
- Other Motorcycle Seat Parts
- Fewer

**See all categories**

**Format** see all

- All Listings
- Auction
- Buy It Now

**Brand** see all

**Warranty** see all

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (35)

**Price**

- Under $35.00
- $35.00 - $75.00
- Over $75.00

$ to $

**Item Location** see all

- **Default**
- Within
  100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

one_belt_one_road (1585 )

Feedback rating: 1,585
Positive Feedback: 95.7%
Member since Jul-06-17 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
ONOR

All Listings | Auction | Buy It Now    Sort: Best Match    View:

**35** results for **Saddle Bag**    Save this search

Universal Motorcycle Bike Saddle Bag Travel Storage Canvas + Leather Pouch Box
New (Other)
**$22.79** From China
Was: ~~$23.99~~
or Best Offer
+$6.00 shipping
**8 Watching**
**5% off**
Watch

Bike Bicycle Cycling Tail Saddle Back Rear Seat Bag Pouch Pannier Large Capacity
Brand New
**$19.29** From China
Was: ~~$32.15~~
or Best Offer
+$6.00 shipping
**40% off**
Watch

2PCS PU Leather Motorcycle Saddle Bag Storage Tool Pouch Waterproof Wonderful
Brand New
**$31.01** From China
Was: ~~$32.99~~
or Best Offer
+$16.00 shipping
**13 Watching**
**6% off**
Watch

Universal Motorcycle Side Bag Riding Bag PU Leather Saddle Bag Storage Organizer
New (Other)
**$26.57** From China
Was: ~~$40.88~~
or Best Offer
+$6.00 shipping
**35% off**
Watch

Universal Motorcycle Left Side Saddle Bag PU Crocodile Luggage Eagle Luggage Bag
New (Other)
**$29.63** From China
Was: ~~$37.99~~
or Best Offer
**Free Shipping**
**22% off**
Watch

Universal Cycling Bicycle Rear Rack Seat Saddle Storage Pannier Pouch Bag Blue
Brand New
**$18.89** From China
Was: ~~$19.88~~
or Best Offer
**Free Shipping**
**9 Watching**
**5% off**
Watch

Cycling Rear Rack Seat Trunk Saddle Bike Tail Storage Pannier Pouch Bicycle Bag
New (Other)

$16.59
or Best Offer
+$6.00 shipping
👁 Watch

From China

---

**Bicycle Cycling Eva Hard Shell Tail Bag Saddle Seat Bag Tear-resistant Polyester**
Brand New



$22.49
or Best Offer
**Free Shipping**
👁 Watch

From China

---

**Bicycle Front Beam Bag Waterproof Mountain Bike Saddle Bags Phone Bag Panniers**
Brand New



$26.19
Was: ~~$32.74~~
or Best Offer
**Free Shipping**
**20% off**
👁 Watch

From China

---

**Universal Mountain Road Bike Large Capacity Triangle Waterproof Saddle Bag M/L**
New (Other)



$13.39
Was: ~~$16.74~~
Buy It Now
**Free Shipping**
**20% off**

From China

---

**Motorcycle Bike Enduro Waterproof Back Seat Carry Bag Luggage Tail Bag Saddlebag**
New (Other)



$21.84
Was: ~~$22.99~~
or Best Offer
+$16.00 shipping
**23 Watching**
**5% off**
👁 Watch

From China

---

**36L-55L Large Capacity Motorcycle Bike Tail Bag Storage Saddle Bag Waterproof**
New (Other)



$81.98
Was: ~~$102.48~~
or Best Offer
+$20.00 shipping
**20% off**
👁 Watch

From China

---

**PU Leather Universal Motorcycle Side Bag Saddlebag Luggage Storage Panier Bag**
New (Other)



$68.79
Was: ~~$85.99~~
or Best Offer
**Free Shipping**
**20% off**
👁 Watch

From China

---

**Motorcycle Side Bag Electric Car Mini Hanging Bag Side Box Saddle Bag Tool Bag**
New (Other)





$44.77
or Best Offer
+$16.00 shipping
◉ Watch

From China



**Universal Motorcycle Pannier Side Bags Luggage Saddle Bags Rain Cover PU Leather**
New (Other)

$89.69
Was: $137.99
or Best Offer
+$20.00 shipping
11 Watching
35% off
◉ Watch

From China



**Universal Motorcycle Pannier Saddlebag Luggage Storage Bag PU Leather Waterproof**
New (Other)

$44.06
Was: $53.73
or Best Offer
+$16.00 shipping
18% off
◉ Watch

From China




**1Pair Universal Motorcycle Pannier Luggage Saddle Bags w/ Waterproof Rain Cover**
New (Other)

$48.65
Was: $57.23
or Best Offer
+$16.00 shipping
15% off
◉ Watch

From China




**Motorcycle Electric Vehicle Pannier Saddlebag Luggage Storage Bags PU Leather**
New (Other)

$44.06
Was: $53.73
or Best Offer
+$16.00 shipping
18% off
◉ Watch

From China



**1Pair Motorcycle Side Bag Mini Hanging Bag Saddlebag Panniers Luggage Tool Bag**
New (Other)

$82.61
Was: $97.19
or Best Offer
Free Shipping
15% off
◉ Watch

From China



**PU Leather Motorcycle Password Lock Anti-theft Pack Saddle Bag Luggage Hanging**
New (Other)

$59.85
Was: $72.99
or Best Offer
Free Shipping
18% off
◉ Watch

From China



**Universal Motorcycle Stainless Steel Refit Saddlebag Luggage Support Bar Bracket**
New (Other)

 **Checkout**

How do you like our checkout? Tell us what you think

**Pay with**

○  Add a credit or debit card

○  *PayPal*

○  **PayPal CREDIT**
Special financing available.
Apply now. See terms

**Ship to**

375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States

Change

**Review item and shipping**

Seller: one_belt_on...    |  Edit message
Message:  Item Id: 264386766849 Buyer's Vehicle: KTM



Universal Motorcycle Bike Saddle Bag Travel Storage
Canvas + Leather Pouch Box
**$22.79**
~~$23.99~~

Quantity    | 1 ∨ |

**Delivery**
Est. delivery: Nov 24 – Dec 14
Standard SpeedPAK from China/Hong Kong/Taiwan
**$6.00**

Extra 5% off $10+

Offer applied: Extra 5% off $10+                    -$1.14

**Gift cards, coupons, eBay Bucks**

Enter code:                          Apply

**Donate to charity (optional)** ⓘ
MUSICARES FOUNDATION, INC.
Donate today and help MusiCares provide essential financial, health and emergency support
to the music community in times of crisis.

Select amount    | None ∨ |

| Subtotal (1 item) | $22.79 |
| Shipping | $6.00 |
| Tax* | $1.73 |
| Discount | -$1.14 |
| **Order total** | **$29.38** |

*We're required by law to collect sales tax and applicable fees
for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi ▮▮▮ | Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 1

Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

< Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work >

See more CNC Aluminum Frame Sliders Crash Protector Kit...

✉ f 💬 🖂 P | Add to Watchlist

---

ℹ Check if this part fits your vehicle    Select Vehicle

🏷 **SAVE UP TO 5% WHEN YOU BUY MORE**





<    >

      >

$ Have one to sell?    Sell now

## CNC Aluminum Frame Sliders Crash Protector Kit for KTM DUKE 125 200 250 390

☆☆☆☆☆ Be the first to write a review

| Condition: | New |
| Volume pricing: | 1-1 $85.99 (each) |
| | 2+ $81.69 (5% off each) |
| Compatibility: | See compatible vehicles |
| Quantity: | 1    More than 10 available / 2 sold |

Unit Price:    **US $85.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns**    19 watchers    Longtime member

Shipping: **$10.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide  See exclusions

Delivery: ⚡ Estimated between **Mon. Nov. 2 and Fri. Nov. 20**
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  🖅  🖅  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
onlinetown2016 (4310 ★)
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2
Feedback on our suggestions

<    >

CNC Frame Sliders Crash Protector Kit For KTM 125...
**$48.39**
~~$54.99~~
+ $7.99 shipping
Last one

CNC Aluminum Frame Sliders Crash Protector Kit...
**$69.99**
Free shipping
New

For KTM Duke 390 250 200 125 Duke CNC Frame Slide...
**$31.79**
~~$37.85~~
+ $6.99 shipping
Seller 99.5% positive

4PCS NEW Frame Slider Protector For KTM DUKE...
**$21.59**
~~$23.99~~
Free shipping
New

Front Brake Caliper Protector Cover For KTM R...
**$21.59**
~~$23.99~~
+ $0.99 shipping
New

CNC Frame Slider Crash Protector Kit For KTM 390...
**$33.04**
~~$37.55~~
+ $7.99 shipping
Seller 99.2% positive

---

### Sponsored items from this seller 1/2
Feedback on our suggestions

<    >

     

| 10mm Swing Arm Spools Sliders Fit KTM... | Motorcycle CNC Foot Side Stand Enlarge Extension Pa... | * BLUETOOTH MOTORCYCLE STEREO... | 40pcs Billet Aluminum Fender Bumper Washer Bo... | Blue Aluminum Fastener Quick Release Car Bumpe... | 20pcs Blue Billet Aluminum Fender Bumper Washer... |
|---|---|---|---|---|---|
| $8.99 | $11.99 | $59.99 | $19.18 | $4.99 | $11.63 |
| + $3.00 shipping | Free shipping | Free shipping | + $4.00 shipping | + $3.00 shipping | Free shipping |

---

 **Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

Last updated on Sep 13, 2020 05:57:33 PDT  View all revisions

eBay item number:  174094902710

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 353 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2020 | KTM | 125 | SX |
| | 2019 | KTM | 125 | SX |
| | 2018 | KTM | 125 | SX |
| | 2017 | KTM | 125 | SX |
| | 2016 | KTM | 125 | SX |
| | 2015 | KTM | 125 | SX |
| | 2014 | KTM | 125 | SX |
| | 2013 | KTM | 125 | SX |
| | 2012 | KTM | 125 | SX |
| | 2011 | KTM | 125 | SX |
| | 2010 | KTM | 125 | SX |
| | 2009 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SXS |
| | 2007 | KTM | 125 | EXC |
| | 2007 | KTM | 125 | SX |
| | 2007 | KTM | 125 | SXS |
| | 2006 | KTM | 125 | EXC |
| | 2006 | KTM | 125 | SX |
| | 2006 | KTM | 125 | SXS |

Page 1 of 18              ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by onlinetown2016

### Item specifics

| Condition: | New | Material: | Aluminum |
|---|---|---|---|
| Manufacturer Part Number: | das49624351 | Type: | Frame Slider |
| Brand: | MECO | UPC: | 9798019606917 |

| | | |
|---|---|---|
| UTV ATV WAKEBOARD waterp roof marine speakers Bluetooth audio Amplifier Speaker | UTV,ATV, Anti~Theft Speakers USB Audio System Stereo Bluet ooth Motor Remote | UTV ATV WAKEBOARD waterp roof marine speakers Bluetooth audio Amplifier Speaker |
| 39.98 USD | 89.89 USD | 39.88 USD |
| Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping |

Description

Package Include:
1 Set x Frame Slider Kit (Right&Left)

Specification:
Name: Protective Bar
Model: D03439
Material: Aluminum
Color: Orange&Black
Size: As picture shown
Placement on Vehicle: Left, Right, Rear

Compatible Model:
for KTM DUKE 390 (2013-2018)
for KTM DUKE 250 (2017-2018)
for KTM DUKE 125/200

Note:
-Please allow 1-2CM differs due to manual measurement.
-Due to the different display and different light, the picture may not reflect the actual color of the item.

Detail Image













powered by
PushAuction

| G7 Bluetooth Car Kit Handsfree FM Transmitter Radio MP3 Player USB Charger & AUX | Motorcycle License Plate Mount Holder Bracket w/ LED License Brake Tail Lights | Mini Magnetic Base Holder Third Hand Tool Helping Hands Soldering Iron For BMW | UTV, ATV, Anti-Theft Speakers FM USB Audio System Stereo W/Remote Waterproof | Gold Carbon Fiber Vinyl Sheets 2» 11 x 5 U»Cut around Chevy Bowtie Emblems | Motorcycle Flashing LED Stop Brake License Plate Light Tail Light For Ducati |
|---|---|---|---|---|---|
| 23.89 USD | 9.99 USD | 18.66 USD | 54.99 USD | 7.98 USD | 8.99 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Sponsored items based on your recent views 1/3     Feedback on our suggestions













CNC Upper Windshield
Windscreen Headlight Top...
$15.32
Free shipping
Seller 99% positive

Rear Passenger Seat Cover
Cowl Fairing Fit KTM 125 20...
$61.39
Free shipping
New

Motor Windshield Headlight
Top Cover Caps Fit KTM...
$15.32
Free shipping
Last one

36pcs Spoke Skins Covers
for Motocross Dirt Bike...
$10.83
$11.52
Free shipping
New

2x 7/8" 22mm Rubber
Handlebar Hand Grip Bar...
$6.50
$6.92
Free shipping
New

CNC Frame Sliders Crash
Protector Kit For KTM 125...
$48.39
$54.99
+ $7.99 shipping
Last one

⭐⭐⭐⭐⭐
No ratings or reviews yet

Be the first to [write a review](#).

## Explore more sponsored options: Placement on Vehicle

### Front











HOT Front and Rear Heel
Protective Cover Guard Fo...
$51.29
$56.99
Free shipping

FOR KTM DUKE 125 250 390
2017 2018 2019 Front /Rear...
$31.49
$34.99
Free shipping
Popular

Motorcycle Front Fork
Suspension Top Cover Ca...
$20.89
$21.99
+ $2.00 shipping

Motorcycle Rim Stripes
Wheel Decals Tape Sticker...
$16.64
$17.89
Free shipping

Front Brake Caliper
Protector Cover For KTM R...
$21.59
$23.99
+ $0.99 shipping
Popular

## Explore more sponsored options: Brand

### Heinmo











Motorcyle CNC Chain
Guard Protector Cover For...
$37.63
$39.61
+ $6.00 shipping

CNC Frame Crash Pads
Slider Protector Cover For...
$48.36
$50.90
+ $6.00 shipping

CNC Engine Case Slider
Guard Protector Cover For...
$54.14
$56.99
+ $4.00 shipping

Motorcycle Frame Slider
Falling Crash Scratch...
$54.06
$56.90
+ $6.00 shipping

CNC Engine Glide Plate Skid
Plate Guard Protector for...
$96.89
$101.99
+ $20.00 shipping

More from this seller 1/2        Feedback on our suggestions



ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search    Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work ›

See more CNC Aluminum Frame Sliders Crash Protector Kit...

✉ f 𝕏 🅿 | Add to Watchlist

ⓘ Check if this part fits your vehicle        Select Vehicle

🔖 SAVE UP TO **5%** WHEN YOU BUY MORE



### CNC Aluminum Frame Sliders Crash Protector Kit for KTM DUKE 125 200 250 390

☆☆☆☆☆ Be the first to write a review

| | |
|---|---|
| Condition: | New |
| Volume pricing: | 1-1  $85.99 (each) |
| | 2+  $81.69 (5% off each) |
| Compatibility: | See compatible vehicles |
| Quantity: | [ 1 ]  More than 10 available / 2 sold |

Unit Price: **US $85.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

30-day returns    19 watchers    Longtime member

| | |
|---|---|
| Shipping: | $10.00  Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Shenzhen, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | ★ Estimated between Mon. Nov. 2 and Fri. Nov. 20 |
| | Please note the delivery estimate is greater than 13 business days. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 💳 💳 |

**PayPal** CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | Free 30 day returns | See details |

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
onlinetown2016 (4310 ★)
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?  Sell now

---

### Similar sponsored items 1/2



Feedback on our suggestions

CNC Frame Sliders Crash Protector Kit For KTM 125...
$48.39  ~~$54.99~~
+ $7.99 shipping
Last one

CNC Aluminum Frame Sliders Crash Protector Kit...
$69.99
Free shipping
New

For KTM Duke 390 250 200 125 Duke CNC Frame Slide...
$31.79  ~~$37.85~~
+ $6.99 shipping
Seller 99.5% positive

4PCS NEW Frame Slider Protector For KTM DUKE...
$21.59  ~~$23.99~~
Free shipping
New

Front Brake Caliper Protector Cover For KTM R...
$21.59  ~~$23.99~~
+ $0.99 shipping
New

CNC Frame Slider Crash Protector Kit For KTM 390...
$33.04  ~~$37.55~~
+ $7.99 shipping
Seller 99.2% positive

---

### Sponsored items from this seller 1/2

Feedback on our suggestions








| 10mm Swing Arm Spools Sliders Fit KTM... | Motorcycle CNC Foot Side Stand Enlarge Extension Pa... | * BLUETOOTH MOTORCYCLE STEREO... | 40pcs Billet Aluminum Fender Bumper Washer Bo... | Blue Aluminum Fastener Quick Release Car Bumpe... | 20pcs Blue Billet Aluminum Fender Bumper Washer... |
|---|---|---|---|---|---|
| $8.99 | $11.99 | $59.99 | $19.18 | $4.99 | $11.63 |
| + $3.00 shipping | Free shipping | Free shipping | + $4.00 shipping | + $3.00 shipping | Free shipping |



**Description**    **Shipping and payments**       Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Shenzhen, China**

Shipping to: Worldwide

Excludes: North America, South America

Quantity: `1`    Change country: `United States`    ZIP Code: `60106`   **Get Rates**

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $10.00 | US $8.00 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Mon. Nov. 2 and Fri. Nov. 20** |
| US $30.00 | US $10.00 | United States | Expedited Shipping from outside US | Estimated between **Fri. Oct. 16 and Wed. Oct. 21** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|

[PayPal] [VISA] [MasterCard] [American Express] [Discover]

[PayPal CREDIT]

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

**Seller's payment instructions**

We accept PAYPAL Payment. All payment has to be received within 7 working days after bid is placed, we will then mail the items to the address registered in PAYPAL.

Sponsored items based on your recent views   1/3       Feedback on our suggestions

‹    ›



Hi ▮▮▮▮▮    Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒¹

**ebay**   Shop by category ⌄   🔍 Search for anything    All Categories ⌄    **Search**   Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile


ebay MONEY BACK GUARANTEE

**onlinetown2016** (4310 ★) 📋 ⓘ
Positive Feedback (last 12 months): 98.8% ⓘ
Member since: Apr-18-16 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 64 | 370 | 669 |
| ◉ Neutral | 0 | 4 | 11 |
| ➖ Negative | 1 | 3 | 8 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (556) | Reasonable shipping cost ★★★★★ (588) |
| Shipping speed ★★★★★ (556) | Communication ★★★★★ (540) |

---

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

8 Feedback received (viewing 1-8)      Revised Feedback: 16 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

🔍 e.g. Vintage 1970's Gibson Guitars      Rating type: Negative (8) ⌄    Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Smaller then expected pictures make look bigger**<br>Waterproof Motorcycle ATV UTV Bike Audio System Handlebar FM Radio iPod Stereo (#173875045621) | Buyer: i***d (16★)<br>US $51.99 | Past month<br>Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **...**<br>2 PCS Gold CARBON FIBER Chevy Bowtie Emblem Overlay Sheets Vinyl Decal Wrap (#174289070484) | Buyer: 0***r (8)<br>US $9.99 | Past 6 months<br>Reciprocal feedback |
| ➖ **Still haven't gotten items ordered back in April**<br>UTV,ATV, Anti~Theft Speakers USB Audio System Stereo Bluetooth Motor Remote (#173905708726) | Buyer: q***y (40★)<br>US $82.80 | Past 6 months<br>Reciprocal feedback |
| ➖ **Have yet to receive......**<br>2pcs 12" RCA Audio Cable "Y" Adapter Splitter 2 Female to 1 Male Plug Cable Blue (#173969838445) | Buyer: _***_ (32★)<br>US $3.18 | Past year<br>Reciprocal feedback |
| ➖ **An still waiting**<br>4pcs Carbon Fiber Style Car Door Handle Anti-Scratch Protective Film Stickers (#174103880121) | Buyer: r***r (2)<br>US $1.99 | Past year<br>Reciprocal feedback |
| ➖ **Chevy Captiva Cruze / vauxhall insignia Carbon fiber Door Handle Bar sticker Ter**<br>Chevy Captiva Cruze / vauxhall insignia Carbon fiber Door Handle Bar sticker (#172490228014) | Buyer: u***u (21★)<br>US $4.88 | Past year<br>Reciprocal feedback |
| ➖ **Literally two sheets of contact paper and took over a month to arrive☹**<br>2Pcs Silverado Carbon Fiber Universal Chevy Bowtie Vinyl Sheets Emblem Overlay (#172448238135) | Buyer: h***t (277★)<br>US $4.89 | Past year<br>Reciprocal feedback |
| ➖ **Did not stick at all. Would not purchase again.**<br>2pcs 5"x11" Matte Black Chevy Bowtie Emblem Vinyl Decal Sticker Overlay Cover (#172318208916) | Buyer: o***o (52★)<br>US $4.98 | Past year<br>Reciprocal feedback |
| Reply by onlinetown2016. Left within past year.<br>need to heat it and soft the sticker to stick it well in the cold weather | | |

---

Page 1 of 1      ← **1** →

**Member Quick Links**    Contact member    View items for sale    View seller's Store    **Suggested Next**    Leave Feedback    Reply to received Feedback    Follow up to given Feedback



Hi ████ ▾   Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ▾   My eBay ▾   🔔   🛒 1

Shop by category ▾   🔍 Search for anything   All Categories ▾   **Search**   Advanced

## onlinetown2016 (4310 ★)
98.8% positive feedback

🔖 Items for sale   🏬 Visit store   ✉ Contact

Based in China, onlinetown2016 has been an eBay member since Apr 18, 2016

♡ Save

### Feedback ratings ℹ

| ★★★★★ 556 | Item as described | ➕ **669** Positive | ⊘ **11** Neutral | ➖ **8** Negative |
| ★★★★★ 540 | Communication | | | |
| ★★★★★ 556 | Shipping time | | | |
| ★★★★★ 588 | Shipping charges | Feedback from the last 12 months | | |

See all feedback

➕ Thanks!
Oct 12, 2020

● ○ ○ ○ ○

135 Followers   |   2 Reviews   |   Member since: **Apr 18, 2016**   |   📍 China

## Items for sale(1607)

See all items



3 Way 2.8mm Min...
US $1.56          1h left



UTV, ATV, Anti-...
US $54.99          2h left



UTV, ATV, Anti-...
US $54.99          2h left



USB Bluetooth W...
US $39.99          2h left



UTV ATV WAKEBOA...
US $55.99          2h left

## Reviews (2)

See all reviews



12" 300mm FLEXIBLE FLEXI 1/4" HEX SCREWDRIVER EXTENSION BAR DRILL DRIVER SHAFT

★★★★★                    Jul 14, 2016

good helper



3' UTV/ATV/Snowmobile/Marine Amplified Speaker System Bluetooth

★★★★★                    Mar 20, 2017

Great item

Love it

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category Search this Store This Store Search Advanced

eBay › eBay Stores › onlinetown

# onlinetown

135 followers | onlinetown2016 (4310 ★) 98.8%

Save this seller

**Category**

**All**

- Motorcycle parts and accessory
- Motor Speedometer Gauges
- Car Parts/Accessory
- Repair Tools
- Out Door Items
- Car Electronics
- Keychains
- Items for Motorcycle
- Rechargeable Electric Lighter
- ATV UTV Parts and accessory
- Radio,AMP, Speaker
- DIY Tool
- Sticker
- Other

Search this Store Search Time: newly listed

**All Listings** Auction Buy It Now

1-48 of 828 Results

Flexible arms Third Hand Soldering Iron Stand Helping Clamp Vise Clip Tool

$9.99

Free shipping

From China

4" ATV UTV Anti-Theft Speakers USB Audio System Stereo Bluetooth Motor Remote

$68.99

Free shipping

From China

LED Third Hand Tool, Helping Hands, Soldering, Electronics, DIY Tools

$79.00

Free shipping

From China

Police Tactics heavy 3W rechargeable flashlight Free Gift holder For Bike

$21.99

Free shipping

From China

motorcycle Anti-Theft Speakers USB Audio System Stereo Bluetooth Motor Remote

$65.99

Free shipping

From China

1 to 2 Port RJ45 LAN Ethernet Network Connector Splitter Extender Adapter Plug

$6.89

Free shipping

From China

Waterproof Bluetooth Motorcycle Stereo Speakers Audio System USB AUX SD FM Radio

$44.99

Free shipping

From China

12V Motorcycle Waterproof Audio FM Radio Stereo Bluetooth Speaker For KTM

$35.99

Free shipping

From China

12V Motorcycle Waterproof Audio FM Radio Stereo Bluetooth Speaker For Yamaha

$35.99

Free shipping

From China

Motorcycle Bluetooth Handlebar Waterproof Speakers Audio System FM Radio MP3

$39.99

From China

Free shipping

---



//For 2009 - 2019 Ford F-150 4x4 Off Road Truck Bed Decal Set Vinyl Stickers

$16.99
Free shipping

From China

---



Waterproof Bluetooth Motorcycle Audio Radio Amplifier Stereo Speakers System MP3

$45.00
Free shipping

From China

---



4X4 OFF ROAD For DODGE RAM 1500 2500 VYNIL DECAL STICKER TRUCK 3500

$15.99
Free shipping
or Best Offer

From China

---



12V Motorcycle UTV ATV Waterproof Speakers Bluetooth audio Amplifier Anti-theft

$39.99
Free shipping

From China

---



Audio Radio MP3 Speaker System For Kawasaki Vulcan Classic Custom 900 800 750

$43.46
Free shipping

From China

---



TRD 4x4 OFF ROAD For Toyota Tacoma Tundra 2016 Vinyl Bed Side Decals Stickers

$16.99 to $18.99
Free shipping

From China
Brand: Oracal

---



LED,lights,third-hand,tools,hand-phase,pull,welding,electronic,DIY,Helping,hands

$88.68
Free shipping

From China

---



UTV ATV WAKEBOARD Waterproof Marine Speakers Bluetooth Audio System

$49.99
Free shipping

From China

---



Waterproof Bluetooth Motorcycle Audio Radio Amplifier Stereo Speakers System MP3

$39.99
Free shipping

From China

---



Motorcycle Bluetooth Handfree FM Radio Stereo Amplifier Speaker For Suzuki

$67.59
Free shipping

From China
Brand: Suzuki

---



Waterproof Bluetooth Motorcycle Audio Radio Sound System Stereo Speakers MP3 USB

$66.99
Free shipping

From China

---



12000RPM LCD Digital Speedometer Odometer Tachometer 1-4 Cylinders Motorcycle

$38.89
Free shipping
or Best Offer

From China

---



4x Black Aluminum Quick Release Fasteners Bumper Trunk Fender Hatch Lids Kit

$7.19
Was: $8.99
Free shipping

From China

---



Red Aluminum Fastener Quick Release Car Bumper Fender Trunk Hatch Lid Kit

$7.99
Was: $9.99
Free shipping
or Best Offer

From China


Orange Aluminum Fastener Quick Release Car Bumper Fender Trunk Hatch Lid Kit

$7.99
Was: $9.99
Free shipping
or Best Offer

From China


Purple Aluminum Fastener Quick Release Car Bumper Fender Trunk Hatch Lid Kit

$7.99
Was: $9.99
Free shipping
or Best Offer

From China


Blue Aluminum Fastener Quick Release Car Bumper Fender Trunk Hatch Lid Kit

$7.99
Was: $9.99
Free shipping
or Best Offer

From China


Gold Aluminum Fastener Quick Release Car Bumper Fender Trunk Hatch Lid Kit

$7.99
Was: $9.99
Free shipping
or Best Offer

From China


Black Aluminum Fastener Quick Release Car Bumper Fender Trunk Hatch Lid Kit

$7.99
Was: $9.99
Free shipping
or Best Offer

From China


8pcs Bumper Fender Quick Release Fasteners Replacement Rubber Bands O-Rings

$9.98
Free shipping

From China


Red CNC Quick Release Fasteners For Car Bumpers Trunk Fender Hatch Lids Kit

$9.99
Free shipping

From China


UNIVERSAL BUMPER Quick Release Fasteners Car Trunk Fender Hatch Lids Kit

$9.99
Free shipping

From China


Waterproof Motorcycle Audio Radio Sound System Stereo Speakers MP3 USB Bluetooth

$45.00
Free shipping

From China


LED light Universal Odometer Speedometer Meter km/h for Motorcycle

$20.00
Free shipping

From China


2 Pcs 4X4 Off Road Sticker For Ford Chevy Dodge Toyota Jeep

$18.68
Free shipping

From China

4X4 Decal Graphic Sticker Stripe Kit For Toyota Hilux 2005~2018

$16.18
Free shipping

From China

3" ATV UTV Anti-Theft Speakers USB Audio System Stereo Bluetooth Motor Remote

$68.99
Free shipping

From China



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category KTM All Categories Search Advanced

Items for sale from **onlinetown2016** (4310 ★) | Save this seller | Show results from all sellers

Include description

**Categories**

**eBay Motors**

- Other Motorcycle Parts
- Other Motorcycle Accessories
- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Fairings & Bodywork
- Motorcycle Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (171)

**Price**

- Under $35.00
- Over $35.00

$ to $

**Item Location** see all

- **Default**
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

onlinetown2016 (4310 ★)
Feedback rating: 4,310
Positive Feedback: 98.8%
Member since Apr-18-16 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

CNC Aluminum Frame Sliders Crash Prot...
**$85.99**
Buy It Now

All Listings | Auction | Buy It Now Sort: Best Match View:

**171** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106-1445

Clear selections

**0** matching results

Find Results

CNC Aluminum Frame Sliders Crash Protector Kit for KTM DUKE 125 200 250 390 (Fits: KTM)
Brand New
**$85.99**
Buy It Now
+$10.00 shipping
**Free Returns**
Watch
From China
Brand: KTM

10mm Swing Arm Spools Sliders Fit KTM RC125/200/390, 125/200/390 DUKE 690 990
Brand New
**$8.99**
Buy It Now
+$3.00 shipping
From China
Brand: KTM

Waterproof Motorcycle ATV UTV Bike Audio System Handlebar FM Radio iPod Stereo (Fits: KTM)
Brand New
**$49.99**
Buy It Now
**Free Shipping**
Watch
From China

Motorcycle Bluetooth Handlebar Audio System FM Radio Stereo Amplifier Speaker (Fits: KTM)
Brand New
**$54.99**
Buy It Now
**Free Shipping**
Watch
From China

Motorcycle License Plate Mount Holder Bracket LED Brake Tail Lights For KTM (Fits: KTM)
Brand New
**$9.99**
Buy It Now
**Free Shipping**
Watch
From China

Personality 3D CNC Oil Tank Shape Motorcycle Key Cover Keychain For BMW KTM
New (Other)

10/13/2020

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

### Ship to
1001 Foster Ave,
Bensenville, IL 60106-1445
United States

Change

### Review item and shipping

Seller: onlinetown2016    Message to seller

CNC Aluminum Frame Sliders Crash Protector Kit for KTM DUKE 125 200 250 390

**$85.99**

Quantity    1 ⌄

**Delivery**

● Est. delivery: Nov 2 – Nov 20
Standard SpeedPAK from China/Hong Kong/Taiwan
**$10.00**

○ Est. delivery: Oct 16 – Oct 21
Expedited Shipping from outside US
**$30.00**

### Gift cards, coupons, eBay Bucks

Enter code:                    Apply

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount    None ⌄

---

| | |
|---|---|
| Subtotal (1 item) | $85.99 |
| Shipping | $10.00 |
| Tax* | $6.00 |

**Order total** **$101.99**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Check if this part fits your vehicle Select Vehicle

## SAVE UP TO 5% WHEN YOU BUY MORE

$ Have one to sell? Sell now

# 10mm Swing Arm Spools Sliders Fit KTM RC125/200/390, 125/200/390 DUKE 690 990

Condition: New

Compatibility: See compatible vehicles

Color: - Select -

Quantity: 1 More than 10 available / 18 sold

Price: US $8.99

Buy It Now

Add to cart

Add to Watchlist

Longtime member

Shipping: $3.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Thu. Nov. 5 and Wed. Nov. 25
This item has an extended handling time and a delivery estimate greater than 16 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 14 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
onlinetown2016 (4310 ★)
98.8% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

10MM Swingarm Spools Stand Screws For KTM DU...
$13.49
~~$14.99~~
Free shipping
New

10mm Swingarm Spools Fit KTM RC125/200/390,...
$8.49
Free shipping
Seller 99.6% positive

10mm Swing Arm Spools Sliders For KTM...
$7.79
Free shipping
Seller 99.7% positive

10MM Swingarm Spools For KTM DUKE 125 200 250...
$7.61
~~$8.45~~
+ $0.99 shipping
New

8mm Swingarm Spools Slider for KTM DUKE125 20...
$8.56
Free shipping
Seller 99.4% positive

10mm Swingarm Spool Sliders for KTM DUKE 390...
$7.59
~~$7.99~~
+ $3.00 shipping
Seller 99.6% positive

## Sponsored items from this seller 1/2

Feedback on our suggestions

Hi ▮▮▮ ∨     Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ∨    My eBay ∨    🔔    🛒 ①

**ebay**    Shop by category ∨    🔍 Search for anything    | All Categories ∨ |    Search    Advanced

< Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Other Lighting Parts

✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM    | Select Year |







### Motorcycle License Plate Mount Holder Bracket LED Brake Tail Lights For KTM

Condition: **New**

Compatibility : **See compatible vehicles**

Quantity: | 1 |   More than 10 available / 1 sold

Price: **US $9.99**

| **Buy It Now** |

| **Add to cart** |

| ♡ Add to Watchlist |

☐ 1-year accident protection plan from SquareTrade - $5.99

**Free shipping** | 30-day returns | 14 watchers

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide   See exclusions

Delivery: 📦 Estimated between **Thu. Nov. 5 and Wed. Nov. 25**
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 💳 DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
onlinetown2016 (4310 ⭐ )
98.8% Positive feedback

✓ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2    Feedback on our suggestions



| Motorcycle License Plate Mount Holder Bracket LED... | Dirt Enduro Bike LED Rear Fender Brake Tail Light Tur... | Red LED Brake Stop Tail Light for KTM Dual Sport... | Motorcycle License Plate Mount Holder Bracket w/... | MOTORCYCLE REAR BRAKE STOP LIGHT LICENSE PLAT... | Motorcycle Side Mount License Plate Tail Light... |
|---|---|---|---|---|---|
| $9.99 | $12.95 | $15.07 ~~$16.75~~ | $9.99 | $17.16 | $17.73 ~~$18.66~~ |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | + $3.50 shipping |
| New | Almost gone | New | New | New | New |

Sponsored items from this seller 1/2    Feedback on our suggestions





Hi ▢ ⌄  |  Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist ⌄  My eBay ⌄

**eBay**  Shop by category ⌄ | Search for anything | All Categories ⌄ | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

| Add to Watchlist





Check if this part fits your vehicle | Select Vehicle

## MOTORCYCLE HAND GRIPS + THROTTLE TUBE FOR HONDA 7/8" HANDLEBAR BMW KTM SCOOTER



Condition: New

Compatibility: See compatible vehicles

Quantity: 1  Last one / 3 sold

Price: US $29.94

Buy It Now

Add to cart

Best Offer: Make Offer

♡ Add to Watchlist

More than 74% sold | Free shipping | Last item available

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: , GD, China
Ships to: Worldwide  See exclusions

Delivery: Estimated between Fri. Nov. 6 and Fri. Nov. 27 ⓘ
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
only-dreaming (4347 ★)
98.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell? | Sell now



## Similar sponsored items 1/2

Feedback on our suggestions

Custom Black Motorcycle Hand Grips Handlebar...
$28.68  $30.51
+ $3.50 shipping
New

Motorcycle 7/8" Handlebar Grip For KTM HONDA...
$15.95
Free shipping
Seller 100% positive

1" 7/8" Motorcycle Drag Z-Bar Pullback Handlebar For...
$23.99
Free shipping
New

7/8" Motorcycle Hand Grips handleBar Gel Orange For...
$15.95
Free shipping
Seller 99.1% positive

CNC Twister Throttle Tube Grip For KTM 85SX...
$20.70
Free shipping
New

Motorcycle Throttle CNC Aluminum Alloy Rotatable...
$19.60
Free shipping
Seller 100% positive

## Related sponsored items 1/2

Feedback on our suggestions



     

Motorcycle 7/8" Handlebar Hand Grips Gel ATV Scoot...
$15.95
Free shipping

Hand Grips Rubber Throttle 7/8" Handlebar Black...
$9.15
$9.63
Free shipping

Throttle Tube Grips Bar End Slider Cap Plug For KTM...
$22.00
Free shipping

Motorcycle Hand Grips 7/8 " Aluminum Rubber...
$11.59
$12.20
Free shipping

Motorcycle Sports Bike Scooter 7/8" Hand Grips G...
$9.58
$10.30
Free shipping

22MM Handlebar Hand Grips 7/8" Bar Throttle Tub...
$12.69
$13.79
Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 323215981535

Last updated on **Sep 23, 2020 03:13:40 PDT** View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 977 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2008 | Ducati | 1098 | -- |
| | 2007 | Ducati | 1098 | -- |
| | 2009 | Ducati | 1098 R | -- |
| | 2008 | Ducati | 1098 R | -- |
| | 2009 | Ducati | 1098 RTB | Bayliss LE |
| | 2008 | Ducati | 1098 S | -- |
| | 2007 | Ducati | 1098 S | -- |
| | 2007 | Ducati | 1098 S | Tricolore |
| | 2011 | Ducati | 1198 | -- |
| | 2010 | Ducati | 1198 | -- |
| | 2009 | Ducati | 1198 | -- |
| | 2011 | Ducati | 1198 R | Corse SE |
| | 2010 | Ducati | 1198 R | Corse SE |
| | 2010 | Ducati | 1198 S | -- |
| | 2010 | Ducati | 1198 S | Corse SE |
| | 2009 | Ducati | 1198 S | -- |
| | 2011 | Ducati | 1198 SP | -- |
| | 2013 | Ducati | Monster | Diesel |
| | 2012 | Ducati | Monster | Diesel |
| | 2001 | Ducati | Monster 600 | -- |

Page 1 of 49                ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by only-dreaming.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Placement on Vehicle: | Left, Right |
| Color: | Black | Manufacturer Part Number: | Does Not Apply |
| Surface Finish: | CNC Machined Aluminum & None-Slip Gel Rubber | Brand: | Unbranded |
| Warranty: | Yes | Handle Bars, Levers & Mirror Part Type: | Handle Bars Grips |
| Country/Region of Manufacture: | China | UPC: | Does not apply |

### Not-Only-Dreaming

only-dreaming (4347 ★) 98.1%

🗒 Sign up for newsletter

Visit Store: Not-Only-Dreaming

## Categories

Compatible bike is only for your reference, pls check your orignal handlebar size before bid!

Universal turn Signals    ›

### Black Motorcycle Hand Grips + Throttle Tube

Brand New Hand Grips + Throttle Tube
Great looking for custom and stock applications

### Discretion：

Throttle Tube Control：

- Color: black
- Tube Length: 115mm
- Material: CNC Aluminum
- 7/8" (22mm) with 4 cable mounting positions and tension adjuster

**Hand Grips:**

- Color: black
- LEFT side is 7/8", RIGHT side is 1" for twist gas throttle
- Material: CNC Machined Aluminum & None-Slip Gel Rubber
- **long style with bar end cap plug,  total length about:  6 3/8"**

## Function:

1. Increase the oil input ,Improve the start moving speed
2. Quick oil to force,
3. Twisted half a circle is equivalent to the original throttle tube twisted whole circle

## Fitment:



Universal fit Motorcycle With 7/8 inch (22mm) Right Side Throttle handlebars
Such as Suzuki Honda Kawasaki Yamaha Ducati KTM Street SPORT DIRT BIKE SCOOTERS
If you Do not know how to install it,Email and provide ur Email address to me Please.

## Package Include:

- 1 PCS Right Throttle Tube
- 1 pair Hand Grips

Will Send out is Black,
Sometimes the throttle Cap will send out without the logo，If you mind email me first!!!
-----------------------------------------------------------------

## Payment

We only accept Paypal Payment.
Payment must be made within 7 days after auction ends.
Handling time:1-2 days.
Please ensure that the shipping address is; Ebay address. We are not responsible for undeliverable addresses

## Shipping:

International Air Mail.
U.S. guests, Highly recommended to Pay insurance,7-20 business days delivery.
All items will be sent by International Air Mail which takes 15-25 working days to arrive.
Italy, Spain, South America, and Mid-East, it will take over 30 days or even more.

| Country | Fairing Delivery Time (Day) | | |
| --- | --- | --- | --- |
| | 7-10 | 10-15 | 15-25 |
| United States | Rate (item arrived) | 97.1% | 5.3% | 0.6% |
| UK | Rate (item arrived) | 95.9% | 4.2% | 1.1% |
| Australia | Rate (item arrived) | 91.4% | 4.0% | 1.3% |
| Moxico | Rate (item arrived) | 92.5% | 7.6% | 1.0% |
| Germany | Rate (item arrived) | 94.1% | 2.2% | 1.32% |
| Canada | Rate (item arrived) | 93.1% | 4.1% | 0.8% |
| Spain | Rate (item arrived) | 93.5% | 5.0% | 0.9% |
| Norway | Rate (item arrived) | 90.9% | 8.1% | 1.4% |

Contact Us: --------
I Work For 100% satisfaction,
If before you have any qustion
PLS Email give me a chance to solve the issue for you

https://www.ebay.com/itm/MOTORCYCLE-HAND-GRIPS-THROTTLE-TUBE-FOR-HONDA-7-8-HANDLEBAR-BMW-KTM-SCOOTER/323215981535

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

Motorcycle Round Rearview Side Mirrors 10mm For...
$23.74
$24.99
Free shipping
New

Black Motorcycle Rear View Mirrors For Honda Suzuki...
$36.98
Free shipping
New

Motorcycle Rearview Mirrors 8mm 10mm For...
$38.98
Free shipping
New

Motorcycle Rearview Side Mirror 8mm 10mm For...
$28.98
Free shipping
New

Rearview Side Mirrors 7/8" Handlebar Bar End...
$22.79
$23.99
Free shipping
New

22MM Handlebar Hand Grips 7/8" Bar Throttle Tub...
$12.69
$13.79
Free shipping
New

## Explore more sponsored options:

     

7/8" Motorcycle Handle Bar Hand Grips Chrome For...
$29.23
Free shipping

Universal Aluminum Rear Side Rearview Mirrors For...
$20.99
Free shipping
Last one

1" Motorcycle Handle Bar Hand Grips for Honda...
$18.80
Free shipping

1" 7/8" Motorcycle Drag Z-Bar Pullback Handlebar For...
$23.99
Free shipping

Motorcycle 7/8" Handlebar Hand Grips Throttle Cable...
$13.97
Free shipping

7/8" Motorcycle Hand Grips handleBar Gel Orange For...
$12.95
+ $3.00 shipping
Popular

## More from this seller 1/2

Feedback on our suggestions

      

BLACK MOTORCYCLE HAND GRIPS + THROTTLE...
$26.94
+ shipping

BLACK 7/8 HANDLEBAR HAND GRIPS + GAS TWIST...
$26.94
+ shipping

Motorcycle 7/8" Handlebar Twist Throttle + Hand Grip...
$26.34
+ shipping
Last one

Blk Motorcycle 7/8" Handlebar Hand Grips +...
$28.40
+ shipping

MOTORCYCLE HANDLEBAR RUBBER HAND GRIPS FOR...
$14.92
+ shipping

BLACK 7/8" HANDLEBAR HAND GRIPS + BILLET...
$27.84
+ shipping
Last one

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results
Return to top

More to explore : Scooter Handlebars, Grips & Levers for Honda, Honda Scooter Handlebars, Grips & Levers for Honda, Scooter Handlebars, Grips & Levers for BMW, Unbranded Scooter Handlebars, Grips & Levers for Honda, Honda Scooter Handlebar Grips, Unbranded Other Scooter Handlebars, Grips & Levers for Honda, Scooter Handlebar Grips for Yamaha, Vortex Motorcycle Handlebars, Grips and Levers for KTM, Streamline Motorcycle Handlebars, Grips and Levers for KTM, Other Motorcycle Handlebars, Grips & Levers for KTM

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



ebay   Shop by category

Search for anything   All Categories   Search   Advanced

Back to search results | Listed in category:   eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Handlebars, Grips & Levers  >  Other Handlebars & Levers   | Add to Watchlist

Check if this part fits your vehicle   Select Vehicle







Have one to sell?   Sell now

## MOTORCYCLE HAND GRIPS + THROTTLE TUBE FOR HONDA 7/8" HANDLEBAR BMW KTM SCOOTER

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1   Last one / 3 sold |

Price:   **US $29.94**

Buy It Now

Add to cart

Best Offer:   Make Offer

♡ Add to Watchlist

**More than 74% sold**   Free shipping   Last item available

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. |
| | Item location: , GD, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | Estimated between **Fri. Nov. 6 and Fri. Nov. 27**  This item has an extended handling time and a delivery estimate **greater than 17 business days**. Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  Mastercard  Amex  Discover |

PayPal **CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | 30 day Buyer pays for return shipping | See details |

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
only-dreaming (4347 ★)
98.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items



### Similar sponsored items 1/2                    Feedback on our suggestions

| Custom Black Motorcycle Hand Grips Handlebar... | Motorcycle 7/8" Handlebar Grip For KTM HONDA... | 1" 7/8" Motorcycle Drag Z-Bar Pullback Handlebar For... | 7/8" Motorcycle Hand Grips handleBar Gel Orange For... | CNC Twister Throttle Tube Grip For KTM 85SX... | Motorcycle Throttle CNC Aluminum Alloy Rotatable... |
|---|---|---|---|---|---|
| $28.68 ~~$30.51~~ + $3.50 shipping New | $15.95 Free shipping Seller 100% positive | $23.99 Free shipping New | $15.95 Free shipping Seller 991% positive | $20.70 Free shipping New | $19.60 Free shipping Seller 100% positive |



### Related sponsored items 1/2                    Feedback on our suggestions








Motorcycle 7/8" Handlebar
Hand Grips Gel ATV Scoot...
**$15.95**
Free shipping

Hand Grips Rubber Throttle
7/8" Handlebar Black...
**$9.15**
~~$9.63~~
Free shipping

Throttle Tube Grips Bar End
Slider Cap Plug For KTM...
**$22.00**
Free shipping

Motorcycle Hand Grips 7/8 "
Aluminum Rubber...
**$11.59**
~~$12.20~~
Free shipping

Motorcycle Sports Bike
Scooter 7/8" Hand Grips G...
**$9.58**
~~$10.30~~
Free shipping

22MM Handlebar Hand
Grips 7/8" Bar Throttle Tub...
**$12.69**
~~$13.79~~
Free shipping



| Description | **Shipping and payments** | | Report item |

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: CN, GD, China

Shipping to: Worldwide

Excludes: China, Hong Kong, Taiwan, Canada

Change country: United States ⌄        ZIP Code: 60440   Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| **Free shipping** | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Fri. Nov. 6** and **Fri. Nov. 27** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|
| PayPal  VISA  MasterCard  American Express  Discover |

**PayPal CREDIT**

#### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

### Sponsored items based on your recent views 1/4

Feedback on our suggestions

‹                                                                                                                           ›





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

only-dreaming (4347 ★)

**Positive Feedback (last 12 months): 98.1%**

Member since: Apr-27-13 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 6 | 33 | 58 |
| Neutral | 0 | 0 | 0 |
| Negative | 0 | 0 | 1 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (52) | Reasonable shipping cost ★★★★★ (53) |
| Shipping speed ★★★★★ (51) | Communication ★★★★★ (53) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1) Revised Feedback: 25

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **I bought this item on oct 15th.Package didnt ship until Nov 1st.Delivered Nov 11** (Private listing) | Buyer: 0***v (189★) | Past year Reciprocal feedback |

**Page 1 of 1** ← 1 →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi ▊ ▾    Daily Deals    Brand Outlet    Help & Contact                                              Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

eBay    Shop by category ▾    🔍 Search for anything    [All Categories ⌄]    **Search**    Advanced

**only-dreaming** (4347 ★)          🏷 Items for sale    🏬 Visit store    ✉ Contact
98.1% positive feedback

❤ Save                                                    Not only Dreaming,  Only your waitress

**Feedback ratings** ⓘ                                              See all feedback

★★★★★ 52    Item as described          ➕ 58      ⚫ 0      ➖ 1       ➕  Received much earlier. Puts on my
★★★★★ 53    Communication              Positive   Neutral   Negative        taotao110 4 wheeler and started right up.
★★★★★ 51    Shipping time                                                   Oct 05, 2020
★★★★★ 53    Shipping charges

                            Feedback from the last 12 months              ● ● ● ● ●

197 Followers  |  0 Reviews  |  Member since: Apr 27, 2013  |  📍 China

## Items for sale(420)                                                                See all items

                

2pcs LED Turn S...    Motorcycle LED ...    LED Motorcycle ...    Motorcycle LED ...    Blue Knife Moto...
US $15.94    1m left    US $14.97    8m left    US $14.93    16m left    US $14.94    18m left    US $14.90    2h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ          Norton SECURED




Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › Not-Only-Dreaming

# Not-Only-Dreaming

197 followers | only-dreaming (4347 ★) 98.1%

Save this seller

**Category**

**All**
Universal turn Signals Light
Tail Brake Light
7/8"(22mm) Hand Grips
Twist throttle
Rear View Mirrors
Handle bar end Mirrors
Air Cleaner
LEVERS
Skull Style
Mount Brackets
Colors Chrome Finish
Colors Black Finish
LED Flasher Relay
Switch
Carburetor Carb
Spoke Rims Skins Cover
Tire Air Valve Caps
Lowest Price Worth Bidding
SpeedoMeter Tachometer
Headlamp Headlight
Other

Search this Store | Search | Time: ending soonest

**All Listings** | Auction | Buy It Now

1-48 of 259 Results

2pcs LED Turn Signal Indicator Lights Blinker For Harley Moto Mini Dirt Pit Bike
$15.94
Free shipping
or Best Offer
From China
Seller: only-dreaming (4341) 98.1%

Motorcycle LED Turn Signal Blinker Lights for YAMAHA R6 FZ6 FZ1 Dual Sport Bikes
$14.97
Free shipping
or Best Offer
From China
Seller: only-dreaming (4341) 98.1%

LED Motorcycle Turn Signal Indicator Gorn Lights For Kawasaki Sport Go Dirt Bike
$14.93
Free shipping
From China
Seller: only-dreaming (4341) 98.1%

Motorcycle LED Turn Signal Indicator Blinker Lights For Suzuki Custom Dirt Bikes
$14.94
Free shipping
or Best Offer
From China
Brand: Suzuki
Seller: only-dreaming (4341) 98.1%

Blue Knife Motorcycle LED Turn Signal Indicator Lights For Suzuki KTM Sport Bike
$14.90
Free shipping
or Best Offer
Only 1 left!
From China
Seller: only-dreaming (4341) 98.1%

LED Motorcycle Turn Signal Indicator Blinker Light For Kawasaki Buell Moto Guzzi
$14.94
Free shipping
Only 1 left!
From China
Seller: only-dreaming (4341) 98.1%

Blue Motorcycle 15 led Turn Signal Indicator Lights For Yamaha Motocross YZF FZ6
$14.92
Free shipping
or Best Offer
From China
Seller: only-dreaming (4341) 98.1%

Blue LED Turn Signal Indicator Lights For Harley Racer Bobber Clubman Sport Bike
$14.90
Free shipping
or Best Offer
From China
Seller: only-dreaming (4341) 98.1%

Motorcycle LED Turn Signal Knife Lights For Honda CBR Motorized CRF Dirt Bikes
$14.91
Free shipping
or Best Offer
From China
Seller: only-dreaming (4341) 98.1%

Universal LED Turn Signals Light For Ducati Motorcross KTM Sport Street Pit Bike
$14.90
From China

Free shipping
or Best Offer

Seller: only-dreaming (4341) 98.1%

---


12v 2-Pin Speed Adjustable LED Flasher Relay Fix Motorcycle light Hyper Flash SU

$9.99
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%

---


YELLOW Grip Lock Brake Lever Security Anti Theft Handlebar MX Yamaha GY6 Scooter

$19.82
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%

---


Passenger Soft tail Rear Pillion Seat Cushion For Harley Davidsion Fat Boy FLSTF

$74.90
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%

---


MOTORCYCLE CNC GEL HAND GRIPS FOR 7/8" HANDLEBARS Motorized Ducati GY6 Scooter

$15.90
Free shipping

From China
Seller: only-dreaming (4341) 98.1%

---


Motorcycle Handle Bar Hand Grips 7/8" For Honda CBR 600 600RR CBR600RR BMW GSXR

$13.74
Free shipping

From China
Seller: only-dreaming (4341) 98.1%

---


Motorcycle Turn Signal light Hyper Flash 2-Pin LED Flasher Relay Fix Yamaha YZF

$11.40
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%

---


BLACK Grip Lock Brake Lever Security Anti Theft Handlebar For Honda scooter Bike

$19.44
Free shipping
Only 1 left!

From China
Seller: only-dreaming (4341) 98.1%

---


2-Pin LED Turn Signal Light Flasher Relay Fix Motorcycle Honda Sports Bike Hyper

$10.44
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%

---


Balck Wheel Spoke Wraps Kit Rims Skins Covers Guard For Yamaha Sport Dirt Bike

$15.40
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%

---


72pc Wheel Spoke Wraps Kit Rim Skin Cover Guard Protector For Honda rebel CUSTOM

$15.40
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%

---


Motorcycle Handlebar Grip Brake Lever Lock Anti Theft Security Motorized Scooter

$20.70
Free shipping

From China
Seller: only-dreaming (4341) 98.1%

---


Motorcycle Handlebar Grip Brake Lever Lock Anti - Theft Bicycle DIRT SPORTS BIKE

$19.90
Free shipping
5 watching

From China
Seller: only-dreaming (4341) 98.1%

---


2pc Motorcycle Turn Signal Indicator Tail Lights For Yamaha Sport Street Bike Fz

$16.44
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%

---


4 LED Turn Signals Indicator Tail Lights For SUZUKI Dual Bike Motorcycle Scooter



$24.94
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%



LED Turn Signals Indicator Tail Lights For Dual Bike Motorcycle Scooter SUZUKI G
$15.44
Free shipping
Only 1 left!

From China
Seller: only-dreaming (4341) 98.1%



Black 72Pc Motorcycle Universal Wheel Spoke Rims Skins Cover for Harley Davidson
$16.40
Free shipping
or Best Offer
Only 2 left

From China
Seller: only-dreaming (4341) 98.1%



27-39mm Motorcycle Turn Signal Light Mount Brackets Fork Ear 4r Suzuki DIRT Bike
$15.40
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%



Black Motorcycle Turn Signal Light Mount Brackets Fork Ear 4r Kawasaki 35mm tube
$15.40
Free shipping
or Best Offer
Only 1 left!

From China
Seller: only-dreaming (4341) 98.1%



GRAY MOTORCYCLE CNC RUBBER GEL HAND GRIPS FOR 7/8" HANDLEBAR SPORTS BIKE SCOOTER
$14.93
Free shipping
Only 1 left!

From China
Seller: only-dreaming (4341) 98.1%



MOTORCYCLE SPORT PIT BIKE CNC ALUMINUM 7/8" 22MM HANDLEBAR RUBBER GEL HAND GRIPS
$14.91
Free shipping

From China
Seller: only-dreaming (4341) 98.1%



GREEN CNC ALUMINUM MOTORCYCLE RUBBER GEL HAND GRIPS FOR 7/8" HANDLE BAR SCOOTER
$15.44
Free shipping
Only 1 left!

From China
Seller: only-dreaming (4341) 98.1%



MOTORCYCLE AL+RUBBER GEL 7/8" STANDARD HANDLE BAR HAND GRIPS SPORTS CUSTOM BIKES
$14.98
Free shipping
Only 1 left!

From China
Seller: only-dreaming (4341) 98.1%



Motorcross Motorized handle Bar Grips For Chinese DIRT Sport Bikes DUCATI CUSTOM
$14.93
Free shipping
Only 1 left!

From China
Seller: only-dreaming (4341) 98.1%



UNIVERSAL 7/8" MOTORCYCLE HANDLEBAR RUBBER CNC HAND GRIPS FOR HONDA CBR VTR 250
$14.94
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%



Motocross UNIVERSAL HAND GRIPS For MOTORCYCLE 7/8" HANDLEBAR DIRT Sports BIKES
$14.90
Free shipping
9 watching

From China
Seller: only-dreaming (4341) 98.1%



12v 2-Pin Speed Adjustable LED Flasher Relay Fix Harley Turn Signal Hyper Flash
$10.94
Free shipping
or Best Offer
4 watching

From China
Seller: only-dreaming (4341) 98.1%



YELLOW Handlebar Grip Lock Brake Lever Security Anti Theft For Honda Scooter ATV
$19.44
Free shipping
or Best Offer

From China
Seller: only-dreaming (4341) 98.1%



Hi ▮▮ ⌄          Daily Deals     Brand Outlet     Help & Contact                    Sell     Watchlist ⌄     My eBay ⌄          🔔     🛒

eBay   Shop by category ⌄   🔍 Search this Store          | This Store ⌄ |          **Search**          Advanced

eBay > eBay Stores > Not-Only-Dreaming



# Not-Only-Dreaming

197 followers | only-dreaming (4347 ★) 98.1%

♡ Save this seller

**Category**

All
Universal turn Signals Light
Tail Brake Light
7/8"(22mm) Hand Grips
Twist throttle
LEVERS
Colors Black Finish
LED Flasher Relay
Spoke Rims Skins Cover
Other

| ktm |          **Search**                    Time: ending soonest ⌄   ⊞ ⌄

All Listings   Auction   Buy It Now

1-14 of 14 Results

   **Blue Knife Motorcycle LED Turn Signal Indicator Lights For Suzuki KTM Sport Bike**
$14.90                                                                              From China
Free shipping                                                                       Seller: only-dreaming (4341) 98.1%
or Best Offer
Only 1 left!

   Universal LED Turn Signals Light For Ducati Motorcross KTM Sport Street Pit Bike
$14.90                                                                              From China
Free shipping                                                                       Seller: only-dreaming (4341) 98.1%
or Best Offer

   YELLOW Grip Lock Brake Clutch Lever Security Anti Theft Handlebar For Suzuki KTM
$20.44                                                                              From China
Free shipping                                                                       Seller: only-dreaming (4341) 98.1%
or Best Offer

   Black Motorcycle 72Pc Wheel Spoke Rims Skins Guard For Ducati Buggy KTM Pit Bike
$15.40                                                                              From China
Free shipping                                                                       Seller: only-dreaming (4341) 98.1%
or Best Offer
6 watching

   Universal Motorcycle 2-Pin Control Flash Turn Signals Lights Flasher Relay Hyper (Fits: KTM)
$11.94                                                                              From China
Free shipping                                                                       Seller: only-dreaming (4341) 98.1%
or Best Offer

   MOTORCYCLE HAND GRIPS + THROTTLE TUBE FOR HONDA 7/8" HANDLEBAR BMW KTM SCOOTER
$29.94                                                                              From China
Free shipping                                                                       Seller: only-dreaming (4344) 98.1%
or Best Offer
Only 1 left!

   Motorized CNC Hand Grips + Throttle Tube for Scooter Sport Dirt Bikes KTM CG125
$26.24                                                                              From China
Free shipping                                                                       Seller: only-dreaming (4343) 98.1%
or Best Offer
Only 1 left!

   BLACK 7/8 HANDLEBAR HAND GRIPS + GAS TWIST THROTTLE TUBE FOR HONDA MOTORIZED KTM
$26.94                                                                              From China
Free shipping                                                                       Seller: only-dreaming (4343) 98.1%
or Best Offer
2 watching

   7/8" CNC Motorcycle Handle bar Throttle Grips For Custom Racer SUZUKI YAMAHA KTM
$14.94                                                                              From China
Free shipping                                                                       Seller: only-dreaming (4345) 98.1%
or Best Offer
Only 1 left!

   GOLD MOTORCYCLE ALUMINUM RUBBER GEL HAND GRIPS FOR 7/8" HANDLEBAR KTM MOTOCROSS
$14.94                                                                              From China



Free shipping
or Best Offer

Seller: only-dreaming (4345) 98.1%

Black Motorcycle 7/8" Hand Grips For Kawasaki NINJA Ducati Buggy KTM W/ BAR END

$14.94

Free shipping

From China
Seller: only-dreaming (4345) 98.1%



Wholesale 2-Pin Adjustable Speed Turn Signal Flasher Relay FIX Motorcycle Hyper (Fits: KTM)

$14.90

Free shipping
or Best Offer

From China
Seller: only-dreaming (4345) 98.1%



2-Pin Adjustable Speed LED Turn Signal Flasher Relay FIX Ducati Motorcycle Hyper (Fits: KTM)

$10.43

Free shipping
145 sold

From China
Seller: only-dreaming (4345) 98.1%




Universal 32LED Turn Signal Tail Lights Bar For Motorcycle Car ATV UTV Truck SUV (Fits: KTM)

$12.93

Free shipping
or Best Offer
12 watching

From China
Seller: only-dreaming (4347) 98.1%

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



 **Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

**Pay with**

○ Add a credit or debit card

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

**Ship to**
375 West Briarcliff Rd
Bolingbrook, IL 60440-3825
United States

Change

**Review item and shipping**

Seller: only-dreaming | Message to seller



MOTORCYCLE HAND GRIPS + THROTTLE TUBE FOR HONDA 7/8" HANDLEBAR BMW KTM SCOOTER
**$29.94**
Quantity 1

**Delivery**
Est. delivery: Nov 6 – Nov 27
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:          [ Apply ]

**Donate to charity (optional)** ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $29.94 |
| Shipping | Free |
| Tax* | $1.87 |

**Order total**   **$31.81**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi [image] ▾ | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist ▾ | My eBay ▾ | 🔔 | 🛒

**ebay** | Shop by category ▾ | Search for anything | All Categories ▾ | Search | Advanced

< Back to previous page | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Other Lighting Parts | ✉ f 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle | Select Vehicle






### Universal LED Turn Signals Light For Ducati Motorcross KTM Sport Street Pit Bike

| Condition: | New |
|---|---|
| Compatibility: | See compatible vehicles |
| Quantity: | [1] | 2 available / 4 sold |

**Price: US $14.90**

[ Buy It Now ]

[ Add to cart ]

Best Offer: [ Make Offer ]

[ ♡ Add to Watchlist ]

☐ 1-year accident protection plan from SquareTrade - $5.99

**Returns accepted**

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: guangzhou,GD, China
Ships to: Worldwide See exclusions

Delivery: ⚠ Estimated between **Fri. Nov. 6** and **Fri. Nov. 27** ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal | VISA | ▭ | ▭ | DISCOVER
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
only-dreaming (4347 ⭐)
98.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell? | Sell now

---

## Similar sponsored items 1/2

Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| Universal Motorcycle LED Turn Signals Indicator Light... | Motorcycle 12 LED 12V Turn Signals INDICATORS... | Motorcycle LED Turn Signals Blinker Amber Light For... | Arrows LED Motorcycle Turn Signals Indicators Light... | White/Amber Switchback LED Fork Turn Signal DRL... | 4X UNIVERSAL MOTORCYCLE MINI LED... |
| $13.28 | $11.28 | $10.78 ~~$11.35~~ | $8.36 ~~$8.80~~ | $10.99 ~~$13.74~~ | $17.30 |
| Free shipping | Free shipping | Free shipping | + $3.50 shipping | Free shipping | Free shipping |
| New | New | New | New | Almost gone | New |

---

## Related sponsored items 1/2

Feedback on our suggestions


Feedback



Hi ▼ | Daily Deals | Brand Outlet | Help & Contact                    Sell | Watchlist ⌄ | My eBay ⌄    🔔  🛒

Shop by category ⌄ | [Search for anything]  | All Categories ⌄ | **Search** | Advanced

‹ Back to previous page | Listed in category:  eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Handlebars, Grips & Levers  >  Grips              ✉ f 🐦 P | Add to Watchlist

ⓘ  Check if this part fits your vehicle | **Select Vehicle**





### YELLOW Grip Lock Brake Clutch Lever Security Anti Theft Handlebar For Suzuki KTM

| Condition: | New |
| Compatibility: | See compatible vehicles |

Price: **US $20.44**

**Buy It Now**

**Add to cart**

Best Offer:  **Make Offer**

♡ Add to Watchlist

Free shipping | 30-day returns | Longtime member

| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |

International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: foshan, GD, China
Ships to: Worldwide  See exclusions

Delivery: ⭐ Estimated between **Fri. Nov. 6** and **Fri. Nov. 27** ⓘ
This item has an extended handling time and a delivery estimate *greater than 17 business days.*
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  ●●  ⬜  DISCOVER

PayPal **CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**
ⓢ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
only-dreaming (4347 ★)
98.1% Positive feedback

☐ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell? | **Sell now**

---

### Similar sponsored items 1/2                                    Feedback on our suggestions

‹


Anti-theft Motorcycle Handlebar Grip Lock...
**$27.49**
$31.60
Free shipping
Seller 99.5% positive


Left Right Handlebar Lock-on Grips For KTM Husqvar...
**$21.32**
Free shipping
Seller 99.3% positive


Handlebar Lock-on Grips For KTM 125-500 SX-F...
**$20.99**
Free shipping
New


Motorcycle Handlebar Grip Brake Lever Lock Anit Thef...
**$26.69**
$29.66
+ $8.00 shipping
Seller 99.2% positive


New Motorcycle Handlebar Grip Brake Lever Lock Anit...
**$14.61**
$15.38
+ $2.99 shipping
New


1 Pair 1" 25mm Motorcycle Handlebar Hand Grips for...
**$20.04**
$21.76
+ $0.30 shipping
Seller 99.2% positive

›

---

### Related sponsored items 1/2                                    Feedback on our suggestions

‹                                                                                            ›

10/6/2020



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

 Shop by category ⌄

🔍 Search for anything                     All Categories ⌄    Search    Advanced

‹    Back to search results    | Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Air Intake & Fuel Delivery  ›  Fuel Injectors & Main Jets

✉ 📘 🐦 🅿    | Add to Watchlist

### People who viewed this item also viewed


2015 13-16 KTM Duke 390 RC390...
$37.15
$39.95
+ $25.50 shipping


2015 13-16 KTM Duke 390 RC390...
$37.15
$39.95
+ $25.50 shipping


2015 Ktm 390 Duke Main Fuel Injector...
$97.89
+ $71.25 shipping


2016 Ktm 390 Rc Main Fuel Injector...
$139.87
+ $71.25 shipping


2015-2017 KTM RC 390 Throttle...
$45.00
+ $65.00 shipping

ℹ  Check if this part fits your vehicle    Contact the seller



‹    ›

Open Throttle Racers KTM Duke 390 / RC390 Compatible Fuel Injector unit

Condition:    New

Price:    US $46.41

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

Free shipping    30-day returns

Shipping:    FREE Standard Shipping from outside US |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location:  India, India
Ships to:  United States

Delivery:    📦 Estimated between Thu. Oct. 29 and Tue. Dec. 1 ⓘ
Please note the delivery estimate is greater than 16 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  🟧  🟦  DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    30 day Buyer pays for return shipping |
See details

#### Shop with confidence
💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
open_throttle_racers (0 )

♡ Save this Seller
Contact seller
See other items

$ Have one to sell?    [ Sell now ]

### Related sponsored items 1/2

Feedback on our suggestions

‹


2015 KTM RC 390 RC390 Throttle Body with Fuel...
$89.00
+ $58.81 shipping


Single Unit Deka fuel injector Mercedes M272...
$23.69
+ $3.95 shipping


Compatible For KTM Duke 200 cc Complete Fuel...
$115.53
+ $40.00 shipping


Single unit Bosch 0280156074 fuel injector 0...
$34.99
+ $3.95 shipping


Use For KTM Duke 390 Fuel Injector 2017 to 2019 Model
$102.74
+ $40.00 shipping


Single unit Delphi 55559377 fuel injector GM 25380933
$32.69
+ $16.25 shipping

›

| Description | Shipping and payments |

Report item

Seller assumes all responsibility for this listing.

eBay item number: 143731642601

Feedback 📝

Last updated on Sep 19, 2020 04:42:07 PDT  View all revisions

#### Item specifics

| Condition: | New | MPN: | OTRKD390FI486 |
|---|---|---|---|
| Outer Material Type: | Plastic | Brand: | Open Throttle Racers |

| Inner Material Type: | Metal | | Compatible Model: | Duke 390 |
| Country/Region of Manufacture: | India | | UPC: | Does Not Apply |

KTM Duke 390/ RC 390/ Dominar Fuel injector unit. Direct fitment no Alteration required. OEM design and shape. Helps in optimum fuel supply to achieve best efficiency and power. Made from high quality material to provide best reliability.

---

**Sponsored items based on your recent views** 1/4

<span style="float:right">Feedback on our suggestions</span>

      

Brand new KTM All Models&Years Fairing...
$27.19
~~$29.88~~
Free shipping
Seller 99.4% positive

Fairing Fender Kits For KTM50 MTK50 MT50 KTM...
$34.68
~~$38.53~~
+ $7.00 shipping
New

Dobeck EJK Fuel Controller Gas Adjuster Programmer...
$225.00
+ $35.35 shipping
Last one

2015 Ktm 390 Duke Main Fuel Injectors / Throttle...
$97.89
+ $71.25 shipping
Seller 99.9% positive

14-18 KTM 690 Enduro R LC4 Engine Air Fuel Injection...
$320.00
+ $82.50 shipping
Seller 99.7% positive

Front Nose Fairing Beak Cowl Protector Fender for...
$47.99
+ $8.99 shipping
New

---

Explore more sponsored options:

     

2015 Ktm 390 Duke Main Fuel Injectors / Throttle...
$97.89
+ $71.25 shipping

2016 Ktm 390 Rc Main Fuel Injectors / Throttle Bodies...
$139.87
+ $71.25 shipping

Compatible For KTM RC 390 Fuel Injector 2015 to 2019...
$116.94
+ $40.00 shipping
Last one

Dobeck EJK Fuel EFI Controller Gas Programme...
$250.00
+ $35.35 shipping
Last one

14-18 KTM 690 Enduro R LC4 Engine Air Fuel Injection...
$320.00
+ $82.50 shipping

Dobeck EJK Fuel Controller Gas Adjuster Programmer...
$225.00
+ $35.35 shipping
Last one

---

**More from this seller** 1/2

<span style="float:right">Feedback on our suggestions</span>

     

Open Throttle Racers Karizma ZMR Injector fuel...
$31.55
+ shipping

Open Throttle Racers Yamaha R3/ R25/ MT-03...
$148.50
+ shipping

Open Throttle Racers Fuel Injector Unit suitable for...
$85.41
+ shipping

Open Throttle Racers oil seal suitable for KTM Duke...
$9.26
+ shipping

Open Throttle Racers Honda CBR 250R Compatible Fue...
$129.90
+ shipping

Open Throttle Racers Yamaha FZ25/ Fazer 25...
$55.69
+ shipping

---

Back to search results

RetuFeedback

**More to explore :** Fuel Injectors & Main Jets for KTM 390, Other Motorcycle KTM Duke 390s, Unbranded Motorcycle Fuel Injectors & Main Jets for KTM 390, Motorcycle Fuel Caps for KTM 390, Fenders for KTM 390, Windshields for KTM 390, Scott Grips for KTM 390, PUIG Windshields for KTM 390, Unbranded Windshields for KTM 390, Motorcycle Radiators for KTM 390

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ⌄   My eBay ⌄ 

 eBay   Shop by category ⌄   [Search for anything]   All Categories ⌄   **Search**   Advanced

<   Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Air Intake & Fuel Delivery > Fuel Injectors & Main Jets     ✉ f 🐦 📌 | Add to Watchlist

### People who viewed this item also viewed

 2015 13-16 KTM Duke 390 RC390... **$37.15** ~~$39.95~~ + $25.50 shipping

 2015 13-16 KTM Duke 390 RC390... **$37.15** ~~$39.95~~ + $25.50 shipping

 2015 Ktm 390 Duke Main Fuel Injector... **$97.89** + $71.25 shipping

 2016 Ktm 390 Rc Main Fuel Injector... **$139.87** + $71.25 shipping

 2015-2017 KTM RC 390 Throttle... **$45.00** + $65.00 shipping

ⓘ   Check if this part fits your vehicle    Contact the seller



Have one to sell?   **Sell now**

## Open Throttle Racers KTM Duke 390 / RC390 Compatible Fuel Injector unit

Condition:   New

Price:   **US $46.41**

[ **Buy It Now** ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Free shipping**     30-day returns

Shipping:   **FREE** Standard Shipping from outside US |
See details
International shipment of items may be subject to customs
processing and additional charges. ⓘ
Item location: India, India
Ships to: United States

Delivery:   ⬇ Estimated between **Thu. Oct. 29 and Tue. Dec. 1** ⓘ
Please note the delivery estimate is **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:   30 day Buyer pays for return shipping |
See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
open_throttle_racers (0 )

♡ Save this Seller
Contact seller
See other items

### Related sponsored items 1/2

Feedback on our suggestions

 2015 KTM RC 390 RC390 Throttle Body with Fuel... **$89.00** + $58.81 shipping

 Single Unit Deka fuel injector Mercedes M272... **$23.69** + $3.95 shipping

 Compatible For KTM Duke 200 cc Complete Fuel... **$115.53** + $40.00 shipping

 Single unit Bosch 0280156074 fuel injector 0... **$34.99** + $3.95 shipping

 Use For KTM Duke 390 Fuel Injector 2017 to 2019 Model **$102.74** + $40.00 shipping

 Single unit Delphi 55559377 fuel injector GM 25380933 **$32.69** + $16.25 shipping

Description   **Shipping and payments**     Report item

Seller assumes all responsibility for this listing.

#### Shipping and handling

Item location: India, India
Shipping to: United States
Change country: United States ⌄     ZIP Code: 60106   **Get Rates**

Feedback

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard Shipping from outside US | Estimated between **Thu. Oct. 29 and Tue. Dec. 1** |

\* Estimated delivery dates - include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

| Payment methods |
|---|





### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

## Sponsored items based on your recent views  1/4

Feedback on our suggestions

     

| Brand new KTM All Models&Years Fairing... | Fairing Fender Kits For KTM50 MTK50 MT50 KTM... | Dobeck EJK Fuel Controller Gas Adjuster Programmer... | 2015 Ktm 390 Duke Main Fuel Injectors / Throttle... | 14-18 KTM 690 Enduro R LC4 Engine Air Fuel Injection... | Front Nose Fairing Beak Cowl Protector Fender for... |
|---|---|---|---|---|---|
| $27.19 | $34.68 | $225.00 | $97.89 | $320.00 | $47.99 |
| $29.88 | $38.53 | + $35.35 shipping | + $71.25 shipping | + $82.50 shipping | + $8.99 shipping |
| Free shipping | + $7.00 shipping | Last one | Seller 99.9% positive | Seller 99.7% positive | New |
| Seller 99.4% positive | New | | | | |

---

## Explore more sponsored options:

     

| 2015 Ktm 390 Duke Main Fuel Injectors / Throttle... | 2016 Ktm 390 Rc Main Fuel Injectors / Throttle Bodies... | Compatible For KTM RC 390 Fuel Injector 2015 to 2019... | Dobeck EJK Fuel EFI Controller Gas Programme... | 14-18 KTM 690 Enduro R LC4 Engine Air Fuel Injection... | Dobeck EJK Fuel Controller Gas Adjuster Programmer... |
|---|---|---|---|---|---|
| $97.89 | $139.87 | $116.94 | $250.00 | $320.00 | $225.00 |
| + $71.25 shipping | + $71.25 shipping | + $40.00 shipping | + $35.35 shipping | + $82.50 shipping | + $35.35 shipping |
| | | Last one | Last one | | Last one |


Feedback

---







Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

**open_throttle_racers**

Items for sale Visit store Contact

Save

Based in India, open_throttle_racers has been an eBay member since Aug 17, 2020

**1** Follower | **0** Reviews | Member since: **Aug 17, 2020** | India

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

# Open Throttle Racers

1 followers | open_throttle_racers (0) 0.0%

Save this seller

**Category**

**All**

Other

All Listings | Auction | Buy It Now | Time: ending soonest

1-48 of 334 Results

Open Throttle Racers oil seal suitable for KTM Duke 200/250/390/RC200/390

$9.26

From India
Brand: KTM

Open Throttle Racers Generic fuel pump motor suitable for Kawasaki Ninja 250R

$120.60

From India
Brand: Kawasaki

Open Throttle Racers fuel pump motor suitable for Royal Enfield Bullet 500

$120.60

From India
Brand: Royal Enfield

Open Throttle Racers Throttle cable for Hyosung GT250R

$24.12

From India
Brand: Hyosung

Open Throttle Racers Fuel Injector Unit suitable for Yamaha R15 V1

$85.41

From India
Brand: Yamaha

Speedometer suitable for KTM Duke 390 2013-2016/ RC390 ABS

$61.26

From India
Brand: KTM

Open Throttle Racers Magnet coil suitable for Hyosung GT250R/GV250 (Aquilla)

$111.40

From India
Brand: Hyosung

5 Way Adjustable Brake Lever suitable for Hyosung GT250R GV250 GT650R GT650N

$46.41

From India
Brand: Hyosung

Universal LED Turn Signals with Integrated tail Lamp for all Motorcycles

$14.83

From India

Open Throttle Racers Yamaha R15 Version 1 Throttle body Assembly .

$111.40

From India
Brand: Yamaha

Open Throttle Racers Yamaha R15 Version 2/ R15S Throttle body Assembly .

$113.20

From India
Brand: Yamaha



Hyosung Clutch plate suitable for GT250R GTR250 GV250 Aquilla set of 6 plates

$148.50

From India
Brand: Hyosung



Generic Open Throttle Racers Sprocket set suitable for Benelli TNT300/ 302

$74.26

From India
Brand: Benelli



Hyosung GT250R/Comet R/GTR 250 GT650R/GT650N Rear disc Rotor

$90.98

From India



Starter motor suitable for Hyosung GT650R GTR650 GT650N Aquilla Pro ST7 GV650

$297.10

From India
Brand: Hyosung



Yamaha FZ16/ FZS/ Fazer Version 1/ 2 & 3 Rear suspension Assembly

$55.69

From India
Brand: Yamaha



Open Throttle Racers Yamaha R15 Version 1/ 2/ R15S Rear suspension Assembly.

$55.69

From India
Brand: Yamaha



Open Throttle Racers Yamaha R15 Version 1/ 2/ R15S Standard Size Piston Assembly

$29.69

From India
Brand: Yamaha



Open Throttle Racers Yamaha R15 Version 1/ 2/ R15S Standard Size Block Assembly.

$77.98

From India



Open Throttle Racers KTM Duke 390/ RC 390 Clutch Assembly.

$148.50

From India
Brand: KTM



Open Throttle Racers Yamaha R15 Version 1 & 2/Karizma ZMR Suitable Rear Disc Pad

$11.12

From India
Brand: Yamaha



Open Throttle Racers Yamaha R15 Version 1/ 2/ 3/ R15S Suitable front Disc Pad.

$11.12

From India
Brand: Yamaha



Open Throttle Racers Harley Street 750 One-Way Clutch bearing

$148.50

From India
Brand: Harley-Davidson



Heat sensor Kawasaki Ninja 250R/300/ 400/ 650/ Z650/ Z800/ Z900/ Z1000/ Versys

$55.69

From India
Brand: Kawasaki



Open Throttle Racers Radiator Guard for Yamaha R3 Blue

$40.83

From India
Brand: Yamaha



Open Throttle Racers Radiator Guard for Yamaha R3 Black

$40.83

From India
Brand: Yamaha



Open Throttle Racers Radiator Guard for Yamaha R1 2004-2006 Blue

$44.55

From India
Brand: Yamaha



Open Throttle Racers Radiator Guard for Yamaha R1 2009-2014 Black

$44.55

From India
Brand: Yamaha



Open Throttle Racers Radiator Guard for Yamaha R1 2004-2006 Black

$44.55

From India
Brand: Yamaha



Open Throttle Racers Radiator Guard for Yamaha R6 2006-2015 Blue

$44.55

From India
Brand: Yamaha



Open Throttle Racers Radiator Guard for Yamaha R6 2006-2015 Black

$44.55

From India
Brand: Yamaha



Open Throttle Racers Radiator Guard for Yamaha R1 2009-2014 Blue

$44.55

From India
Brand: Yamaha



Open Throttle Racers Honda CBR 1000RR 2012-2015 Radiator Guard Orange

$44.55

From India
Brand: Honda



Open Throttle Racers Honda CBR 600RR 2007-2014 Radiator Guard Orange

$44.55

From India
Brand: Honda



Open Throttle Racers Kawasaki Ninja 1000 Radiator Guard Green

$44.55

From India
Brand: Kawasaki



Open Throttle Racers Kawasaki Versys 1000 Radiator Guard Green

$48.26

From India
Brand: Kawasaki



Open Throttle Racers Kawasaki Z900 Radiator Guard Green

$44.55

From India
Brand: Kawasaki



Open Throttle Racers Kawasaki Ninja 1000 Radiator Guard Silver

$44.55

From India
Brand: Kawasaki





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category KTM All Categories Search

Items for sale from **open_throttle_racers** (0) | Save this seller | Show results from all sellers

Include description

**Categories**

**eBay Motors**
- Motorcycle Decals & Stickers
- Motorcycle Chain & Belt Guards & Guides
- Motorcycle Clutch Levers
- Scooter Fairings & Parts
- Motorcycle Parts
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (16)

**Price**
$ to $

**Item Location** see all
- **Default**
- Within
  100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

open_throttle_racers (0)
Feedback rating: 0
Member since Aug-17-20 in India

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
Open Throttle Racers

All Listings | Auction | Buy It Now Sort: Best Match View:

**16** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

0
matching results

Find Results

KTM Duke 125/ 200/ 390 (2013-2016) Old Shape Aftermarket Sticker set
Brand New
**$45.12**
Buy It Now
**Free Shipping**
From India
Watch

KTM Duke 390 2017 onwards 3M Aftermaket Stickers Set Grey-Orange
Brand New
**$90.26**
Buy It Now
**Free Shipping**
From India
Watch

Open Throttle Racers KTM Duke 390 2017 onwards 3M Aftermaket Stickers Set
Brand New
**$90.26**
Buy It Now
**Free Shipping**
From India
Watch

Speedometer suitable for KTM Duke 390 2013-2016/ RC390 ABS
Brand New
**$61.26**
Buy It Now
**Free Shipping**
From India
Brand: KTM
Watch

KTM Duke 250 /Duke 390 (2017 onwards) RC 390 (2018 onwards) bent Middle pipe
Brand New
**$25.98**
Buy It Now
**Free Shipping**
From India
Brand: KTM
Watch

Open Throttle Racers oil seal suitable for KTM Duke 200/250/390/RC200/390

**$40.83**
Buy It Now
**Free Shipping**
👁 Watch

From India
Brand: KTM



[Open Throttle Racers KTM Duke 390 / RC390 Compatible Fuel Injector unit](#)
Brand New
**$46.41**
Buy It Now
**Free Shipping**
👁 Watch

From India
Brand: KTM



[Open Throttle Racers KTM Duke 125/200 /250/390 CNC Frame Sliders Orange Colour](#)
Brand New
**$68.69**
Buy It Now
**Free Shipping**
👁 Watch

From India
Brand: KTM



[Open Throttle Racers KTM Duke 125/200/250/390 All Years Chain Cover Black](#)
Brand New
**$40.83**
Buy It Now
**Free Shipping**
👁 Watch

From India
Brand: KTM

## Results matching fewer words



[Universal Hydraulic Foldable long Brake & Clutch Levers for Superbikes](#)
Brand New
**$135.40**
Buy It Now
**Free Shipping**
👁 Watch

From India

[Tell us what you think](#)

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



*Learn about pricing

This page was last updated:  Oct-05 22:51. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

10/6/2020

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ Add a credit or debit card

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

---

**Ship to**

1001 Foster Ave
Bensenville, IL 60106-1445
United States

Change

---

**Review item and shipping**

Seller: open_thrott... | Message to seller

 Open Throttle Racers KTM Duke 390 / RC390 Compatible Fuel Injector unit
**$46.41**
Quantity 1

**Delivery**
Est. delivery: Oct 29 – Dec 1
Standard Shipping from outside US
**Free**

---

**Gift cards, coupons, eBay Bucks**

Enter code: [_____] [ Apply ]

---

**Donate to charity (optional)** ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $46.41 |
| Shipping | Free |
| Tax* | $2.90 |

**Order total** **$49.31**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



10/6/2020

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄

Search for anything    All Categories ⌄    Search

< Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Accessories  >  Decals, Emblems & Flags  >  Decals & Stickers    | Add to Watchlist



$ Have one to sell?  Sell now

### KTM Duke 125/ 200/ 390 (2013-2016) Old Shape Aftermarket Sticker set

Condition:  New

Price:  **US $45.12**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping**    30-day returns

Shipping:  **FREE** Standard Shipping from outside US |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: India, India
Ships to: United States

Delivery:  ★  Estimated between **Thu. Oct. 29 and Tue. Dec. 1** ⓘ
Please note the delivery estimate is **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:     

**PayPal** CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  30 day Buyer pays for return shipping |
See details

#### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

#### Seller information
open_throttle_racers (0) ✆

♡ Save this Seller
Contact seller
See other items

---

### Similar sponsored items  1/2                                                 Feedback on our suggestions

< 







>

| 3M Decal Tank Pad Sticker Gas Knee Grip Traction... | KTM Graphics Kit Stickers Decal Kit 200 Duke 2012... | 3D Gas Fuel Tank Pad Protector Emblem... | Front Fork WP Suspension Sticker Decal Set of 2 Fit... | 3D Resin Motorcycle Tank Gas Cap Pad Cover... | Front Fork WP Suspension Sticker Decal Set of 2 Fit... |
| $19.39 | $79.53 | $11.04  ~~$12.99~~ | $14.23  ~~$15.99~~ | $10.33 | $18.99 |
| Free shipping | + $6.47 shipping | Free shipping | + $4.00 shipping | Free shipping | + $10.00 shipping |
| New | New | New | New | New | Last one |

---

### Related sponsored items  1/2                                                 Feedback on our suggestions

< 






>

| ZX6R 2013-2014 ninja aftermarket decals stick... | New Aftermarket Left Driver Door Lock Cylind... | Hayabusa 2020 aftermarket decals... | TL 1000S 1998 aftermarket decals stickers graphics... | GSXR 1100 W 1993 full aftermarket decals... | YZF 750 SP 94 replica complete decals graphi... |
| $59.40 | $24.95 | $85.32 | $63.72 | $119.80 | $99.00 |
| + $16.79 shipping | + $12.98 shipping | + $18.70 shipping | + $14.70 shipping | + $18.70 shipping | + $18.70 shipping |

Feedback ✎

 

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

  Shop by category ⌄

🔍 Search for anything                     All Categories ⌄   | Search

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Accessories › Decals, Emblems & Flags › Decals & Stickers

✉ 📘 🐦 📌 | Add to Watchlist



💲 Have one to sell?   **Sell now**

### KTM Duke 390 2017 onwards 3M Aftermaket Stickers Set Grey-Orange

Condition:   **New**

Price:   **US $90.26**

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

Shipping:   **FREE** Standard Shipping from outside US |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: India, India
Ships to: United States

Delivery:   ⚡ Estimated between **Thu. Oct. 29 and Tue. Dec. 1** ⓘ
Please note the delivery estimate is **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal  VISA  ●● ●● Discover

**PayPal** CREDIT
Special financing available.   See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:   30 day Buyer pays for return shipping |
See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
open_throttle_racers (0)

♡ Save this Seller
Contact seller
See other items

---

## Similar sponsored items 1/2

Feedback on our suggestions

‹


KTM Graphics Kit Stickers Decal Kit 200 Duke 2012...
$79.53
+ $6.47 shipping
New


KTM 125/250/390 Duke Redbull Graphic Decal...
$210.00
+ $39.00 shipping
Seller 100% positive


KTM 1290 Superduke R 2014-2019 Tank Pad...
$36.20
+ $19.40 shipping
Seller 100% positive


Kungfu Graphics Motorbike Stickers Kit fo...
$125.90
$139.89
+ $22.90 shipping
New


Graphics Kit Stickers Decal kit Emblems kit Fit...
$79.81
Free shipping
New


2017 2018 2019 DUKE 125 250 390 Racing Bike...
$139.89
+ $22.90 shipping
Seller 100% positive

›

---

## Related sponsored items 1/2

Feedback on our suggestions

‹


Fits JEEP RENEGADE 2014-ONWARDS Roof...
$107.91
$119.90
Free shipping
Last one


VW Volkswagen Transporter T6 New...
$110.70
Free shipping


KAWASAKI Z900 2017 ONWARDS CARBON...
$109.93
+ $19.39 shipping
Last one


Hazard Warning Light Lock Unlock Switch Fit For For...
$19.99
Free shipping


3D Molded Interior Car Floor Mat for Citroen C-...
$79.90
+ shipping


DEP Motocross MX Bi... Silencer To Fit KTM SX...
$125.74
+ $43.46 shipping

› Feedback

10/8/2020



Hi ▮▮▮▮    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

Shop by category ⌄    [Search for anything]    All Categories ⌄    [Search]    Advanced

‹ Back to search results | Listed in category:    Clothing, Shoes & Accessories  >  Men  >  Men's Clothing  >  Shirts  >  T-Shirts         ✉ f 𝕏 🅿  | Add to Watchlist



### Clothing fashion-ktm65 Racing Men's Tee T-shirt Regular Size short sleeve

Condition:  **New without tags**

Size (Men's):  - Select -

Quantity:  [1]    1 available

Price:  **US $20.75**

[ **Buy It Now** ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**60-day returns**    Longtime member

Shipping:  **$6.00** Standard Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Supplier, China
Ships to: Worldwide  See exclusions

Delivery:  🏷 Estimated between **Mon. Oct. 26 and Thu. Nov. 19**
This item has an extended handling time and a delivery estimate **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  🅿 PayPal  VISA  ▭  ▭  DISCOVER
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  60 day returns. Buyer pays for return shipping | See details



**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
optionclothing (6 )
85.7% Positive feedback

♡ Save this Seller
Contact seller
See other items

---

$ Have one to sell?  [ Sell now ]

---

### Similar sponsored items 1/2                                                                 Feedback on our suggestions

     

| Fox Racing Men's Stacked Basic Short Sleeve T Shirt... | Fox Men's Grit Short Sleeve T Shirt Black Clothing... | Fox Racing x Honda Men's Honda Premium Short... | Fox Racing Men's Legacy Fox Head Short Sleeve T... | Fox Racing Men's Furnace Premium Short Sleeve T... | Men's Clothing Short-sleeved Henley Collar Slim... |
|---|---|---|---|---|---|
| $24.95 | $24.95 | $32.95 | $25.95 | $28.95 | $18.51 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | $23.14 |
| Seller 99.7% positive | Seller 99.7% positive | Seller 99.7% positive | Seller 99.7% positive | Seller 99.7% positive | Free shipping |
| | | | | | New |

---

**Description**    Shipping and payments                                                        Report item

Seller assumes all responsibility for this listing.                              eBay item number:  **124300226125**

Last updated on  Oct 02, 2020 09:30:41 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in original packaging or may be missing original packaging materials (such as the original box or bag). The original tags may not be attached. See all condition definitions | Material: | 100% Cotton |
| Brand: | Unbranded | Color: | Black |
| Style: | Basic Tee | Sleeve Length: | Short Sleeve |
| Size Type: | Regular | | |

Description.
100% Cotton Preshrunk Ring Spun Jersey Knit for cool comfort (some colours may contain polyester)
Seamless double stitched 2cm neckband - will retain shape.
Our custom gildan tshirt has taped neck and shoulders for comfort and style.
Sleeves and bottom hems are double stitched for strength and durability and Quarter-turned for a neat finish.

Size.



| Size | S | M | L | XL | 2XL |
|---|---|---|---|---|---|
| MeasureA(inch) | 28.3 | 28.9 | 29.7 | 30.7 | 32.3 |
| MeasureB(inch) | 18.1 | 20.3 | 22 | 24.2 | 26.8 |

| Size | 3XL |
|---|---|
| MeasureA(inch) | 32.9 |
| MeasureB(inch) | 28 |

Have any questions? Feel Free to Contact Us. Thank You

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions

      

| KTM Racing 3D Hoodie Men Shirt T-Shirt Multicolor Siz... | KTM Racing Hoodie 2020 Men Women's Shirt 3D... | Fox Racing Men's Legacy Fox Head Short Sleeve T... | Fox Men's Predator Short Sleeve T Shirt Opt White... | Fox Racing x Honda Men's Honda Basic Short Sleeve ... | 2008-2010 KTM 690 Duke Rear Tire Hugger Mud Gua... |
|---|---|---|---|---|---|
| $34.99 | $34.99 | $25.95 | $24.95 | $32.95 | $99.95 |
| + $9.99 shipping | + $9.99 shipping | Free shipping | Free shipping | Free shipping | + $14.95 shipping |
| New | Seller 100% positive | Seller 99.7% positive | Seller 99.7% positive | Seller 99.7% positive | Seller 99.4% positive |

---

People who viewed this item also viewed 1/2

Feedback on our suggestions

     

| Clothing new gildan tshirt fendi756 Tshirts Men's size... | Clothing new gildan tshirt fendi31894 logo Men's size... | Clothing logo burberry4456 new gildan tshirt Men's siz... | Limited! Fox Racing Mens Black TShirt Short Sleeve... | Clothing logo fendi522new gildan tshirt Men's size... | Clothing logo fendi5411 new gildan tshirt Men's size... |
|---|---|---|---|---|---|
| $20.50 | $20.50 | $20.50 | $20.99 | $20.50 | $20.50 |
| + $6.99 shipping | + $6.99 shipping | + $6.99 shipping | + $5.00 shipping | + $6.99 shipping | + $6.99 shipping |

---

Back to search results     Return to top

More to explore :   Tee Shop Short Sleeve Regular Size T-Shirts for Men,   Blackout Tees Short Sleeve Regular Size T-Shirts for Men,   Short Sleeve Embellished Tee Regular Vintage T-Shirts for Men, Graphic Tee Regular Size S T-Shirts for Men,   Graphic Tee Short Sleeve Regular Vintage T-Shirts for Men,   Supreme Regular Size S Short Sleeve T-Shirts for Men, Columbia Regular Size S Short Sleeve T-Shirts for Men,   Nike Regular Size S Short Sleeve T-Shirts for Men,   Unbranded Regular Size S Short Sleeve T-Shirts for Men, GUESS Regular Size S Short Sleeve T-Shirts for Men

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 



Hi ████ | Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄



ebay   Shop by category ⌄

Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to search results | Listed in category: Clothing, Shoes & Accessories > Men > Men's Clothing > Shirts > T-Shirts

✉ f ⌄ 🐦 📌 | Add to Watchlist



$ Have one to sell?  **Sell now**

### Clothing fashion-ktm65 Racing Men's Tee T-shirt Regular Size short sleeve

Condition: **New without tags**

Size (Men's): - Select - ⌄

Quantity: 1   1 available

Price: **US $20.75**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**60-day returns**  |  Longtime member

Shipping: **$6.00** Standard Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Supplier, China
Ships to: Worldwide  See exclusions

Delivery: ▶ Estimated between **Mon. Oct. 26 and Thu. Nov. 19**
This item has an extended handling time and a delivery estimate **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  ●●  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 60 day returns. Buyer pays for return shipping | See details



**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
optionclothing (6 )
85.7% Positive feedback

♡ Save this Seller
Contact seller
See other items

### Similar sponsored items 1/2

Feedback on our suggestions




Fox Racing Men's Stacked Basic Short Sleeve T Shirt...
$24.95
Free shipping
Seller 99.7% positive

Fox Men's Grit Short Sleeve T Shirt Black Clothing...
$24.95
Free shipping
Seller 99.7% positive

Fox Racing x Honda Men's Honda Premium Short...
$32.95
Free shipping
Seller 99.7% positive

Fox Racing Men's Legacy Fox Head Short Sleeve T...
$25.95
Free shipping
Seller 99.7% positive

Fox Racing Men's Furnace Premium Short Sleeve T...
$28.95
Free shipping
Seller 99.7% positive

Men's Clothing Short-sleeved Henley Collar Slim...
$18.51
$23.34
Free shipping
New

| **Description** | **Shipping and payments** | | Report item |

Seller assumes all responsibility for this listing.



**Shipping and handling**

Item location: Supplier, China
Shipping to: Worldwide
Excludes: Indonesia

Quantity: 1   Change country: United States ⌄   ZIP Code: 60106   **Get Rates**

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $6.00 | Free | United States | Standard Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Mon. Oct. 26 and Thu. Nov. 19** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

Feedback

| Handling time | | |
| --- | --- | --- |
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. | | |

| Taxes | | |
| --- | --- | --- |
| Taxes may be applicable at checkout. Learn more | | |

**Return policy**

| After receiving the item, contact seller within | Refund will be given as | Return shipping |
| --- | --- | --- |
| 60 days | Money back | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

**Payment details**

Payment methods



 **Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views  1/3

Feedback on our suggestions

      

| KTM Racing 3D Hoodie Men Shirt T-Shirt Multicolor Siz... | KTM Racing Hoodie 2020 Men Women's Shirt 3D... | Fox Racing Men's Legacy Fox Head Short Sleeve T... | Fox Men's Predator Short Sleeve T Shirt Opt White... | Fox Racing x Honda Men's Honda Basic Short Sleeve ... | 2008-2010 KTM 690 Duke Rear Tire Hugger Mud Gua... |
| --- | --- | --- | --- | --- | --- |
| $34.99 | $34.99 | $25.95 | $24.95 | $32.95 | $99.95 |
| + $9.99 shipping | + $9.99 shipping | Free shipping | Free shipping | Free shipping | + $14.95 shipping |
| New | Seller 100% positive | Seller 99.7% positive | Seller 99.7% positive | Seller 99.7% positive | Seller 99.4% positive |

---

People who viewed this item also viewed  1/2

Feedback on our suggestions

    

| Clothing new gildan tshirt fendi756 Tshirts Men's size... | Clothing new gildan tshirt fendi31894 logo Men's size... | Clothing logo burberry4456 new gildan tshirt Men's siz... | Limited! Fox Racing Mens Black TShirt Short Sleeve... | Clothing logo fendi522new gildan tshirt Men's size... | Clothing logo fendi5411 new gildan tshirt Men's size... |
| --- | --- | --- | --- | --- | --- |
| $20.50 | $20.50 | $20.50 | $20.99 | $20.50 | $20.50 |
| + $6.99 shipping | + $6.99 shipping | + $6.99 shipping | + $5.00 shipping | + $6.99 shipping | + $6.99 shipping |

---

Back to search results

Retu  Feedback



More to explore :   Tee Shop Short Sleeve Regular Size T-Shirts for Men,   Blackout Tees Short Sleeve Regular Size T-Shirts for Men,   Short Sleeve Embellished Tee Regular Vintage T-Shirts for Men,   Graphic Tee Regular Size S T-Shirts for Men,   Graphic Tee Short Sleeve Regular Vintage T-Shirts for Men,   Supreme Regular Size S Short Sleeve T-Shirts for Men,   Columbia Regular Size S Short Sleeve T-Shirts for Men,   Nike Regular Size S Short Sleeve T-Shirts for Men,   Unbranded Regular Size S Short Sleeve T-Shirts for Men,   GUESS Regular Size S Short Sleeve T-Shirts for Men





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE

optionclothing (6)
**Positive Feedback (last 12 months): 85.7%**
Member since: Apr-01-17 in Indonesia

**Member Quick Links**
Contact member
View items for sale

### Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 2 | 6 | 6 |
| Neutral | 0 | 0 | 0 |
| Negative | 1 | 1 | 1 |

### Detailed seller ratings

Average for the last 12 months

This information will be available when this member receives at least 10 detailed seller ratings.

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1)

Revised Feedback: 0

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1)

Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **Could you help me my product did not arrive! Deadline September 30.** Clothing fashion logo dior56544 Men's Tee T-shirt Regular Size short sleeve (#124300188724) | Buyer: g***u (1) US $20.75 | Past month Reciprocal feedback |

**Page 1 of 1**

1

**Member Quick Links**
Contact member
View items for sale

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi ▮▮▮▮ ▾   Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ▾   My eBay ▾   🔔   🛒

**optionclothing** (6)
85.7% positive feedback

🏠 Items for sale   ✉ Contact

Based in Indonesia, optionclothing has been an eBay member since Apr 01, 2017

♡ Save

**Feedback ratings** ⓘ                                           See all feedback

➕ **6**          ⚪ **0**          ➖ **1**          ➖ Could you help me my product did not arrive!
Positive       Neutral        Negative            Deadline September 30.
                                                   Sep 28, 2020
Feedback from the last 12 months

● ● ● ● ●

**0** Followers | **0** Reviews | Member since: **Apr 01, 2017** | 📍 Indonesia

## Items for sale(258)                                          See all items











Car and Triumph...   Clothing fashio...   Clothing fashio...   Clothing fashio...   Clothing fashio...
US $20.75    7d left   US $20.75    7d left   US $20.75    7d left   US $20.75    7d left   US $20.75    7d left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton
SECURED



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Items for sale from **optionclothing (6)** | Save this seller

Include description

**Categories**

Clothing, Shoes & Accessories
Men's T-Shirts

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (258)

**Price**
$ to $

**Item Location** see all
- Default
- Within
100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

optionclothing (6)
Feedback rating: 6
Positive Feedback: 85.7%
Member since Apr-01-17 in United States

Read feedback profile
Add to my favorite sellers

Sponsored items for you

KTM Racing 3D Hoodie Men Shirt T-Shir...
$34.99
Buy It Now

KTM Racing Hoodie 2020 Men Women's Sh...

All Listings | Auction | Buy It Now — Sort: Best Match — View:

**258** results — Save this search

Clothing benetton45 fashion logo Men's Tee T-shirt Regular Size short sleeve
New (Other)
**$20.75**
Buy It Now
+$6.00 shipping
From China

Clothing fashion logo dior56544 Men's Tee T-shirt Regular Size short sleeve
New (Other)
**$20.75**
Buy It Now
+$6.00 shipping
From China

Clothing guess44343 fashion logo Men's Tee T-shirt Regular Size short sleeve
New (Other)
**$20.75**
Buy It Now
+$6.00 shipping
From China

Clothing fashion logo cartier344 Men's Tee T-shirt Regular Size short sleeve
New (Other)
**$20.75**
Buy It Now
+$6.00 shipping
From China

Clothing fashion logo balenciaga3556 Men's Tee T-shirt Regular Size short sleeve
New (Other)
**$20.75**
Buy It Now
+$6.00 shipping
From China

Clothing fashion balmain55454 logo Men's Tee T-shirt Regular Size
New (Other)
**$20.75**
Buy It Now
+$6.00 shipping
From China

Clothing fashion valentino556 logo Men's Tee T-shirt Regular Size short sleeve
New (Other)

$34.99
Buy It Now



Fox Racing x Honda
Men's Honda Basic ...
$32.95 💰
Buy It Now
Free shipping



Fox Racing Men's Legacy
Fox Head Shor...
$25.95 💰
Buy It Now
Free shipping



Fox Racing x Honda
Men's Honda Basic ...
$32.95 💰
Buy It Now
Free shipping



2008-2010 KTM 690 Duke
Front Fender M...
$148.95 💰
Buy It Now



2008-2010 KTM 690 Duke
Rear Tire Hugg...
$99.95 💰
Buy It Now



Turn Signal Light For KTM
990 ADVENTU...
$11.69
Buy It Now



$20.75
Buy It Now
+$6.00 shipping

From China



Clothing fashion yamaha56 logo Men's Tee T-shirt Regular Size short sleeve
New (Other)

$20.75
Buy It Now
+$6.00 shipping

From China




Clothing fashion panasonic6 logo Men's Tee T-shirt Regular Size short sleeve
New (Other)

$20.75
Buy It Now
+$6.00 shipping

From China



Clothing fashion Leica Camera Logo Men's Tee T-shirt Regular Size short sleeve
New (Other)

$20.75
Buy It Now
+$6.00 shipping

From China



Clothing fashion guess645 logo Men's Tee T-shirt Regular Size short sleeve
New (Other)

$20.75
Buy It Now
+$6.00 shipping

From China



Clothing fashion bmw45 car logo Men's Tee T-shirt Regular Size short sleeve
New (Other)

$20.75
Buy It Now
+$6.00 shipping

From China



Clothing fashion logo Marlboro2213 Men's Tee T-shirt Regular Size short sleeve
New (Other)

$20.75
Buy It Now
+$6.00 shipping

From China



Clothing fashion-ktm65 Racing Men's Tee T-shirt Regular Size short sleeve
New (Other)



$179.95 💰



Carbon Pillion Seat Cover
for KTM 129...
$158.95
Buy It Now



2017-2020 KTM 1290
Super Duke GT Engi...
$69.95 💰
Buy It Now



KTM 990 Superduke/R
2005-2012 Orange ...
$109.90
Buy It Now
Free shipping



Suzuki Hayabusa Racing
Hoodie 3D Men ...
$34.99
Buy It Now



Case IH Tractors 3D
Hoodie Men Shirt ...
$34.99
Buy It Now



Cummins Hoodie 2020
Men Women's Shirt...
$34.99
Buy It Now



$20.75
Buy It Now
+$6.00 shipping

From China



Clothing fashion hrc Honda Racing Men's Tee T-shirt Regular Size short sleeve
New (Other)
$20.75
Buy It Now
+$6.00 shipping

From China



Clothing fashion logo Pepe_Jeans454 Men's Tee T-shirt Regular Size short sleeve
New (Other)
$20.75
Buy It Now
+$6.00 shipping

From China



new Clothing fashion reebok213 logo Men's Tee T-shirt Regular Size short sleeve
New (Other)
$20.75
Buy It Now
+$6.00 shipping

From China



Clothing fashion G-Shock657 Logo Men's Tee T-shirt Regular Size short sleeve
New (Other)
$20.75
Buy It Now
+$6.00 shipping

From China



Clothing guess443 fashion logo Men's Tee T-shirt Regular Size short sleeve
New (Other)
$20.75
Buy It Now
+$6.00 shipping

From China



Clothing jeep3 4x4 fashion logo Men's Tee T-shirt Regular Size short sleeve
New (Other)
$20.75
Buy It Now
+$6.00 shipping

From China

Clothing fashion dunhill645 logo Men's Tee T-shirt Regular Size short sleeve
New (Other)



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | ktm | All Categories | Search | Advanced

Items for sale from **optionclothing** (6) | Save this seller | Show results from all sellers

Include description

**Categories**

Clothing, Shoes & Accessories

Men's T-Shirts

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (5)

**Price**

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

optionclothing (6)
Feedback rating: 6
Positive Feedback: 85.7%
Member since Apr-01-17 in United States

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match — View:

**5** results for **ktm** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106-1445

Clear selections

0 matching results

Find Results

Clothing fashion-ktm65 Racing Men's Tee T-shirt Regular Size short sleeve
New (Other)
**$20.75** From China
Buy It Now
+$6.00 shipping

Tell us what you think

Sponsored items for you

KTM Racing 3D Hoodie Men Shirt T-Shir...
**$34.99**
Buy It Now

KTM Racing Hoodie 2020 Men Women's Sh...

10/8/2020

 **Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

## Pay with

○ 🪪 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

**Ship to**
████ ████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
████
Change

## Review item and shipping

Seller: optionclothing | Message to seller



Clothing fashion-ktm65 Racing Men's Tee T-shirt Regular Size short sleeve
Size (Men's): S
**$20.75**
Quantity 1

**Delivery**
Est. delivery: Oct 26 – Nov 19
Standard Shipping from China/Hong Kong/Taiwan to worldwide
**$6.00**

## Gift cards, coupons, eBay Bucks

Enter code: _____   Apply

## Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount   None ▾

| | |
|---|---|
| Subtotal (1 item) | $20.75 |
| Shipping | $6.00 |
| Tax* | $1.67 |

**Order total**   **$28.42**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi! Sign in or register     Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

< Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Accessories > Luggage > Other Luggage          ✉ f 🐦 📌 | Add to Watchlist 

---

### People who viewed this item also viewed

 Motorcycle Tail Bag Dirt Bike Sea...
$28.99
Free shipping

 Motorcycle Scooter Bike...
$32.75
$36.39
Free shipping

 Oxford Cloth Motorcycle Rear...
$30.51
$35.89
Free shipping

 Left Motorcycle Side Saddle Bag...
$28.49
$29.99
+ $1.50 shipping

 Motorcycle Saddlebag Roll...
$26.81
$28.22
Free shipping

---

✓ This fits a KTM        Select Year






### 1pcs Motorcycle Mountain Bike Canvas Bag Luggage Saddle Bag Double Storage Brown

Condition: **New**

Compatibility: See compatible vehicles

Quantity: [ 1 ]    2 available

Price: **US $29.98**

| Buy It Now |
| Add to cart |

Best Offer:    | Make Offer |

| ♡ Add to Watchlist |

 Free shipping          30-day returns

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Americas, Europe    See exclusions

Delivery: 📦 Estimated between **Fri. Nov. 6 and Fri. Nov. 27** ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿️ VISA 💳 💳 💳
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

Ⓢ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
orange_tec (390 ⭐)
97.6% Positive feedback

♡ Save this Seller
Contact seller
See other items

$ Have one to sell?    Sell now

---

### Related sponsored items 1/2                                    Feedback on our suggestions

 26L Universal Canvas Motorcycle Side Saddle Ba...
$28.82
Free shipping

 Motorcycle Saddle Bag Double Luggage Side...
$22.79
$23.99
Free shipping

 Detachable Canvas Motorcycle Saddle Bags...
$32.06
$34.47
Free shipping

 1PCS Motorcycle Scooter Bikes Saddle Bag PU...
$29.63
$37.99
Free shipping

 Large Capacity Motorcycle Saddle Bag Travel Tool...
$32.21
$37.89
Free shipping

  Pair Universal Motorcycle Bike Saddle Bags Side...
$43.40
Free shipping

Feedback


---

Description    Shipping and payments                                            Report item

Seller assumes all responsibility for this listing.

Last updated on Oct 11, 2020 02:20:08 PDT    View all revisions

eBay item number: **363018666428**

## Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|------|------|-------|----------|--|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 168 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2000 | KTM | 60 | SX |
| | 1999 | KTM | 60 | SX |
| | 1998 | KTM | 60 | SX |
| | 2018 | KTM | 65 | SX |
| | 2017 | KTM | 65 | SX |
| | 2016 | KTM | 65 | SX |
| | 2015 | KTM | 65 | SX |
| | 2014 | KTM | 65 | SX |
| | 2014 | KTM | 65 | SXS |
| | 2013 | KTM | 65 | SX |
| | 2013 | KTM | 65 | SXS |
| | 2012 | KTM | 65 | SX |
| | 2012 | KTM | 65 | SXS |
| | 2011 | KTM | 65 | SX |
| | 2010 | KTM | 65 | SX |
| | 2009 | KTM | 65 | SX |
| | 2009 | KTM | 65 | XC |
| | 2008 | KTM | 65 | SX |
| | 2008 | KTM | 65 | XC |
| | 2006 | KTM | 65 | SX |

Page 1 of 9     ‹ **1** 2 3 4 5 6 7 8 9 ›

Portions of the information contained in this table have been provided by orange_tec

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Custom Bundle: | No | Non-Domestic Product: | No |
| Manufacturer Part Number: | Does Not Apply | Type: | Tool Bag |
| Material: | Canvas + PU leather | Color: | Brown |
| Modified Item: | No | UPC: | Does Not Apply |

Recommended for you

| | | | | | |
|---|---|---|---|---|---|
| 1 Stück Universal-Wasserhahn-Adapter… | Solar Reflective One Way Mirror Privacy… | Mini Ultrasonic Mist Maker Fogger Water A… | 350W 14A Heavy Duty Smart Car Battery… | 2/4PCS Rope Ratchet Seil-Ratsche Justierba… | Adults Kids Life Jacket Aid Vest Kayak Ski… |
| EUR 4.96 | GBP 3.36 | GBP 5.68 | GBP 28.66 | EUR 4.46 | USD 19.78 |
| Rear Window Roll Up Soft Top Sunrider Stra… | For Ford 2013-2016 EB5Z19G490A Black… | 4x Motorcycle Sequential Flowing LED Turn Sign… | 2Pcs Professional CV Clamp Tool and CV Joi… | Folding Bike Cable Lock Strong Heavy Duty Cy… | Cat Toys 12/21PCS/SET Pet Kitten Rod Fur Mic… |
| USD 9.98 | USD 100.55 | GBP 18.66 | GBP 12.77 | GBP 18.88 | GBP 7.78 |

Store Categories     Product Description

Other

**Features:**
Heavy duty duck cotton reinforced with vinyl backing
Two large pockets with double-strapped flap covers
Reinforced at all stress points
Large capacity storage space
Strong stitching, durable
Leather surface decoration, cool
Two large pockets with double-strapped flap covers and total storage capacity of 1,056 cubic inches. Reinforced at all stress points for durability.
Warning: Keep bag a safe distance from hot objects to avoid risk. Always be sure to secure all laces and straps to
avoid entanglement.

Feedback


Look very old school throw overs but if you wanted them to have more shape you could easily make inserts to stiffen the sdes. The do look very cool.

**Specifications:**
Color: Brown
Material: Canvas +PU leather

**FITMENT:**
For Triumph Bonneville 2013
For Honda Shadow 750
For Royal Enfield bullet
For Triumph Bonneville
For Honda ctx
For Taotao Thunder
For 91' Vulcan 500
For Iron 833
For Suzuki dr 650
For Harley Sportster
For 150cc scooter
For Kawasaki 1000 1977
For XL600r 19830

**Package Included:**
1*Saddle Bag

**Payment Policy**     Shipping Policy     Terms of sales     Contact us

1.We accept PayPal only. All major credit cards are accepted through secure payment processor PayPal.

2.Import duties, taxes and charges are not include in the item price or shipping charges. These charges are the buyer's responsibility.

Copyright © 2018 Dianxiaomi

Recommended for you

| | | | | | |
|---|---|---|---|---|---|
| 2x Mens Tracksuit Set Hoodie Top Trousers… | Women Comfy Orthopedic Sandals Fli… | Mens Full Tracksuit Set Hoodie Bottoms Pants… | Womens Wedge Heel Breathable Trainers… | 3D Laser Level Self Leveling… | 10Pcs Euro Air Line Hose Compressor… |
| GBP 20.66 | GBP 11.88 | GBP 21.15 | GBP 16.68 | GBP 9.96 | GBP 10.86 |
| Tubs Swimming Pool Jet Vacuum with 5 Pole… | Bottom Bracket Bike Bicycle Axle Square… | High Speed Twist Drill Bit Firewood Wood Splitte… | Blow Off Valve Noise Turbo Sound Whistle… | Ceramic Tile Mildewproof Gap Tape Self-adhesiv… | Safety Protective Arm Sleeve Resistant Gard… |
| GBP 14.68 | GBP 11.56 | GBP 10.52 | GBP 7.38 | GBP 7.68 | GBP 6.28 |

**Business seller information**

Value Added Tax Number: GB 351330243

**Return policy**

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

Feedback

Sponsored items based on your recent views 1/3          Feedback on our suggestions

Hi! **Sign in** or **register**     Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

 e**b**a**y**    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

< Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Accessories > Luggage > Other Luggage     ✉ f 𝕏 🅿 | Add to Watchlist

---

### People who viewed this item also viewed

 Motorcycle Tail Bag Dirt Bike Sea... $28.99 Free shipping

 Motorcycle Scooter Bike... $32.75 ~~$36.39~~ Free shipping

 Oxford Cloth Motorcycle Rear... $30.51 ~~$35.89~~ Free shipping

 Left Motorcycle Side Saddle Bag... $28.49 ~~$29.99~~ + $1.50 shipping

 Motorcycle Saddlebag Roll... $26.81 ~~$28.22~~ Free shipping

---

✓ This fits a KTM    | Select Year |



### 1pcs Motorcycle Mountain Bike Canvas Bag Luggage Saddle Bag Double Storage Brown

Condition:     **New**

Compatibility:     See compatible vehicles

Quantity:    | 1 |    2 available

Price:   **US $29.98**

Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
orange_tec (390 ⭐)
97.6% Positive feedback

♡ Save this Seller
Contact seller
See other items

| Buy It Now |
| Add to cart |

Best Offer:     | Make Offer |
| ♡ Add to Watchlist |

**Free shipping**     30-day returns

Shipping:    **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Americas, Europe    See exclusions

Delivery:    📦 Estimated between **Fri. Nov. 6 and Fri. Nov. 27** ⓘ
**This item has an extended handling time and a delivery estimate greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:     🅿 VISA 💳 💳 💳
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    30 day Buyer pays for return shipping | See details

$ Have one to sell? | Sell now |

---

### Related sponsored items 1/2

Feedback on our suggestions

 26L Universal Canvas Motorcycle Side Saddle Ba... $28.82 Free shipping

 Motorcycle Saddle Bag Double Luggage Side... $22.79 ~~$23.99~~ Free shipping

 Detachable Canvas Motorcycle Saddle Bags... $32.06 ~~$34.47~~ Free shipping

 1PCS Motorcycle Scooter Bikes Saddle Bag PU... $29.63 ~~$37.99~~ Free shipping

 Large Capacity Motorcycle Saddle Bag Travel Tool... $32.21 ~~$37.89~~ Free shipping

 Pair Universal Motorcycle Bike Saddle Bags Side... $43.40 Free shipping

Feedback

---

**Description**    **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Shenzhen, China

Shipping to: Americas, Europe

Excludes: Africa, Central America and Caribbean, Middle East, Southeast Asia, South America, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Estonia, Finland, Germany, Gibraltar, Greece, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Norway, Romania, San Marino, Serbia, Slovakia, Slovenia, Spain, Svalbard and Jan Mayen, Ukraine, United Kingdom, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan

Quantity: 1    Change country: United States ▾    ZIP Code: 60440    [Get Rates]

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Fri. Nov. 6** and **Fri. Nov. 27** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 4 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. [Learn more] |

## Payment details

Payment methods



 **PayPal CREDIT**

### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

**Seller's payment instructions**

We only accept Paypal payment.

---

### Sponsored items based on your recent views 1/3

Feedback on our suggestions


7L Motorcycle Front Handlebar Bag Saddlebag...
$29.02
~~$35.39~~
+ $8.00 shipping
New


For KTM Motorcycle Sports Back Seat Carry Bag...
$99.90
+ shipping
New


2×PU Leather Motorcycle Password Lock Saddle Bag...
$59.85
~~$72.99~~
Free shipping
New


Universal Motorcycle Handlebar Saddlebag Roll...
$18.77
~~$20.85~~
Free shipping
Seller 99.2% positive


Motorcycle Fork Roll Tool Bag Barrel Storage Pouch...
$15.68
+ $1.50 shipping
New


Motorcycle Fork Handlebar Sissy Barrel Storage Pouch...
$22.99
+ $1.50 shipping
New

---

### Explore more sponsored options: Color

Black


Detachable Canvas Motorcycle Saddle Bags...
$32.06
~~$34.47~~
Free shipping


Motorcycle Right Side Saddle Bag PU Black Tool...
$36.66
Free shipping
**Popular**


Oxford Cloth Motorcycle Rear Saddlebags Canvas...
$30.51
~~$35.89~~
Free shipping


1pc Motorcycle Saddle Bag PU Crocodile Luggage...
$25.41
~~$29.89~~
Free shipping

Feedback


Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒



ebay          Shop by category ⌄    [🔍 Search for anything]    [All Categories ⌄]    [Search]    Advanced

Home › Community › Feedback forum › Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE



**orange_tec** (390 ★) 📋 ⓘ
**Positive Feedback (last 12 months): 97.6%** ⓘ
Member since: May-17-20 in China

### Member Quick Links
Contact member
View items for sale
View seller's Store

## Feedback ratings ⓘ

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 89 | 423 | 423 |
| ◉ Neutral | 2 | 6 | 6 |
| ➖ Negative | 2 | 10 | 10 |

## Detailed seller ratings ⓘ

Average for the last 12 months

Accurate description ★★★★★ (388)      Reasonable shipping cost ★★★★★ (416)
Shipping speed ★★★★★ (387)      Communication ★★★★★ (380)



---

**All received Feedback**    Received as buyer    Received as seller    Left for others

---

10 Feedback received (viewing 1-10)                                    Revised Feedback: 0 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

[e.g. Vintage 1970's Gibson Guitars  🔍]

Rating type: [Negative (10) ⌄]      Period: [12 Months ⌄]

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Not worth the money told them had 3 pound refund for something thats fake**<br>Mens Full Tracksuit Set Hoodie Bottoms Pants Gym Sport Suit Jogging Sport Suit (#363023085178) | Buyer: r****s (127★)<br>GBP 21.13 | Past month<br>Reciprocal feedback |
| ➖ **Awful shiny cheap fabric. Nothing like the picture. It's in the bin!**<br>Women's Batwing Baggy Top Jumper Jersey Ladies Long Sleeve Off Shoulder Top Size (#363111782568) | Buyer: n****6 (529★)<br>GBP 7.26 | Past month<br>Reciprocal feedback |
| ➖ **Nike tik half missing**<br>Mens Full Tracksuit Set Hoodie Bottoms Pants Gym Sport Suit Jogging Sport Suit (#363023085178) | Buyer: c****l (8)<br>GBP 21.79 | Past 6 months<br>Reciprocal feedback |
| ➖ **The tracksuits are fake not really**<br>2x Mens Tracksuit Set Hoodie Top Trousers Bottoms Jogging Sweat Leisure Suit Gym (#363023082656) | Buyer: e *** y  (417★)<br>GBP 20.98 | Past 6 months<br>Reciprocal feedback |
| ➖ **Stitching is all coming away and can't wear them won't be buying again angry** ☺<br>Women Comfy Orthopedic Sandals Flip Flops Ladies Open Toe Flat Summer Shoes Size (#363033587262) | Buyer: g****5 (1718★)<br>GBP 11.88 | Past 6 months<br>Reciprocal feedback |
| ➖ **I've been given a second hand and damaged leveller by this seller.**<br>3D Laser Level Self Leveling Point/Line/Cross Horizontal Vertical Red Laser Beam (#363055447341) | Buyer: m****4 (7)<br>GBP 12.88 | Past 6 months<br>Reciprocal feedback |
| ➖ **I pay, he not send, i want refund , waiting 6 days for this. Don't wanna busines**<br>2x Mens Tracksuit Set Hoodie Top Trousers Bottoms Jogging Sweat Leisure Suit Gym (#363023082656) | Buyer: u****u (12★)<br>GBP 20.98 | Past 6 months<br>Reciprocal feedback |
| ➖ **i received my item with both the Nike tick damaged and the Nike tick on my joggi**<br>Mens Full Tracksuit Set Hoodie Bottoms Pants Gym Sport Suit Jogging Sport Suit (#363023085178) | Buyer: p****e (8)<br>GBP 21.13 | Past 6 months<br>Reciprocal feedback |
| ➖ **horrible poor cheap quality, waste of money, print coming off!!!**<br>2x Mens Tracksuit Set Hoodie Top Trousers Bottoms Jogging Sweat Leisure Suit Gym (#363023082656) | Buyer: a***g (164★)<br>GBP 19.68 | Past 6 months<br>Reciprocal feedback |
| ➖ **Came before date but box was open and the parts got scratches on it**<br>Bottom Bracket Bike Bicycle Axle Square Taper Sealed Cartridge 68x103-124.5mm (#363055453348) | Buyer: s***8 (18★)<br>GBP 11.56 | Past 6 months<br>Reciprocal feedback |

Page 1 of 1                          ← [1] →

### Member Quick Links
Contact member
View items for sale
View seller's Store

### Suggested Next
Leave Feedback
Reply to received Feedback
Follow up to given Feedback

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

**orange_tec** (390★)
97.6% positive feedback

Save

Items for sale Visit store Contact

Based in China, orange_tec has been an eBay member since May 17, 2020

Feedback ratings

| | | |
|---|---|---|
| ★★★★★ | 388 | Item as described |
| ★★★★★ | 380 | Communication |
| ★★★★★ | 387 | Shipping time |
| ★★★★★ | 416 | Shipping charges |

| Positive | Neutral | Negative |
|---|---|---|
| 423 | 6 | 10 |

Feedback from the last 12 months

See all feedback

Great seller. Thx.
Oct 12, 2020

**23** Followers | **0** Reviews | Member since: **May 17, 2020** | China

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED



Hi! Sign in or register     Daily Deals     Brand Outlet     Help & Contact

Sell     Watchlist ⌄     My eBay ⌄

 Shop by category ⌄

Search this Store | This Store ⌄ | Search     Advanced

eBay › eBay Stores › TECorange



# TECorange

23 followers | orange_tec (390 ★) 97.6%

♡ Save this seller

**Category**

All

Other

**Condition**        see all

☐ New

**Price**

$ [   ] - $ [   ] >

**Buying Format**        see all

⦿ All Listings
○ Best Offer
○ Auction
○ Buy It Now
○ Classified Ads

**Item Location**        see all

**Delivery Options**        see all

☐ Free Shipping
☐ Free In-store Pickup

**Show only**        see all

☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Verified

**More refinements...**

All Listings | Auction | Buy It Now

1-1 of 1 Results

Best Match ⌄

Adjustable Garment Rack Single Double Silver Portable Clothes Rail Shoe Stand

**$35.38**

or Best Offer

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



10/15/2020

 **Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**
▮▮▮▮
375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
▮▮▮▮▮
Change

---

**Review item and shipping**

Seller: orange_tec | Edit message
Message: Item Id: 363018666428 Buyer's Vehicle: KTM

1pcs Motorcycle Mountain Bike Canvas Bag Luggage Saddle Bag Double Storage Brown

**$29.98**

Quantity [ 1 ⌄ ]

**Delivery**
Est. delivery: Nov 6 – Nov 27
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

---

## Gift cards, coupons, eBay Bucks

Enter code: _____ [ Apply ]

---

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount [ None ⌄ ]

---

| | |
|---|---|
| Subtotal (1 item) | $29.98 |
| Shipping | Free |
| Tax* | $1.87 |

**Order total** **$31.85**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi ▮▮▮▮▮    Daily Deals   Brand Outlet   Help & Contact                                Sell   Watchlist ⌄   My eBay ⌄    🔔①   🛒

ebay   Shop by category ⌄   [Search for anything_____]   All Categories ⌄   **Search**   Advanced

< Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Seats & Seat Parts > Seats     ✉ f 🐦 📌 | Add to Watchlist

---

ⓘ Check if this part fits your vehicle     [ Select Vehicle ]

🔖 SAVE UP TO **5%**  See all eligible items ▶





### Black Motorcycle Rear Seat Cover Cowl ABS For KTM 125 200 390 Duke 2012-2015

| | |
|---|---|
| Condition: | New |
| Compatibility | See compatible vehicles |
| Sale ends in: | 17h 13m 40s |
| Quantity: | [ 1 ]   3 available / 1 sold |

Price: **US $58.41**
US $61.48 (5% off) ⓘ

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

**30-day returns**  |  Longtime member

Shipping: **$20.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide  See exclusions

Delivery: 📦 Estimated between **Thu. Oct. 29 and Wed. Nov. 18**
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  ▭  ▭  ▭

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

---

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
ouxiao90 (597 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

💲 Have one to sell?  [ Sell now ]

---

### Similar sponsored items 1/2                                                    Feedback on our suggestions









| Rear seat cowl asiento cubierta Para KTM 125 200... | Rear Passenger Seat Pillion Leather Pad Fit KTM 390... | For KTM 125 200 390 Duke 2012-2017 Rear Seat... | 1pc Motorcycle Rear Passenger Seat Cushion F... | Rear Pillion Passenger Leather Seat Cushion Pad... | Motorcycle Cafe Racer Rear Seat Fairing Cover Cowl wi... |
|---|---|---|---|---|---|
| $69.85 | $49.41 | $51.60 | $49.46 | $49.39 | $78.89 |
| Free shipping | Free shipping | $54.89 | Free shipping | Free shipping | Free shipping |
| New | Seller 99% positive | + $8.89 shipping | Seller 99.5% positive | Seller 99.1% positive | New |
| | | New | | | |

---

### Sponsored items from this seller 1/2                                          Feedback on our suggestions








Motorcycle Rear Passenger Seat Cushion Pillion For...
$29.15
~~$30.68~~
+ $9.99 shipping

Motorcycle Rear Seat Cover Cowl ABS For Ducati...
$41.78
~~$43.98~~
+ $9.99 shipping

Motorcycle Pillion Rear Seat Cover Cowl ABS For Yama...
$37.51
~~$39.48~~
+ $9.99 shipping

Motorcycle Rear Seat Cover Cowl ABS For Kawasaki...
$35.42
~~$37.28~~
+ $9.99 shipping

Motorcycle Rear Passenger Seat Cushion Pillion For...
$29.15
~~$30.68~~
+ $9.99 shipping

Motorcycle Rear Passenger Seat Cushion Pillion For...
$29.15
~~$30.68~~
+ $9.99 shipping

---

**Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

Last updated on Sep 17, 2020 02:46:48 PDT  View all revisions

eBay item number:  222969112857

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel |
|------|------|-------|----------|
| -Select- ▼ | -Select- ▼ | -Select- ▼ | -Select- ▼ | Go |

[show all compatible vehicles]

✓ This part is compatible with 10 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2015 | KTM | 125 | SX |
| | 2014 | KTM | 125 | SX |
| | 2013 | KTM | 125 | SX |
| | 2012 | KTM | 125 | SX |
| | 2015 | KTM | 200 | XCW |
| | 2014 | KTM | 200 | XCW |
| | 2013 | KTM | 200 | XCW |
| | 2012 | KTM | 200 | XCW |
| | 2015 | KTM | 390 | Duke |
| | 2015 | KTM | 390 | RC |

Portions of the information contained in this table have been provided by ouxiao90

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Fit: | Custom Fit |
| Material: | ABS Plastic | Color: | Black |
| Manufacturer Part Number: | Does Not Apply | Modified Item: | No |
| Placement on Vehicle: | Rear | Country/Region of Manufacture: | China |
| Brand: | Unbranded | Custom Bundle: | No |
| Non-Domestic Product: | No | UPC: | Does not apply |

**Black Motorcycle Rear Seat Cover Cowl ABS For KTM 125 200 390 Duke 2012-2015 Rear Faring**

| Showcase Presentation |
|---|

**Fit for: KTM 125 200 390 Duke 2012-2015 (Please ensure our item suitable your model before you place the bid.)**

**Specifications:**
Brand New Rear Seat Cover Cowl for Modify Use / Replacement
Material: High quality ABS plastic
Package: Come Without Box
Color : As your choose
Easy to install, no installation instructions
Warranty: 180 days

**Package includes:**
1Pcs Rear Seat Cover Cowl

**All orders will shipped within 24 hours! Because we have plenty of inventory!!**

cross ad2
**Shipping Information**

We provide economical international shipping via Hong Kong post office, and don't even charge the packaging cost!!
Please understand that parcel not have tracking number, normally it will reach most of the countries within 10 to 20 business days!!
We make statistics, goods arrived at destination country / region roughly as shown below:

| Country | Delivery Time | | | | | |
|---|---|---|---|---|---|---|
| | Working Days (not including holiday) | 5-7 | 8-11 | 12-14 | 15-19 | 20-22 | >22 |
| | Working Days + Saturday + Sunday | 5-9 | 10-15 | 16-20 | 21-25 | 26-30 | >31 |
| United States | Rate (item arrived) | 20% | 30% | 45% | 4.5% | 0.5% | Refund |
| United Kingdom | Rate (item arrived) | 20% | 50% | 20% | 9.5% | 0.5% | Refund |
| Australia | Rate (item arrived) | 10% | 20% | 45% | 23% | 2% | Refund |
| France | Rate (item arrived) | 12% | 30% | 40% | 13% | 5% | Refund |
| Germany | Rate (item arrived) | 5% | 25% | 30% | 30% | 10% | Refund |
| Canada | Rate (item arrived) | 10% | 25% | 40% | 23% | 2% | Refund |
| Spain | Rate (item arrived) | 10% | 30% | 40% | 15% | 5% | Refund |
| Other countries | Rate (item arrived) | 2-6 weeks, if more than 6 weeks will be refund. | | | | | |

* EMS / Speedpost service is available, normally it takes it 5 - 7 working days to arrive.
* For the enquiry about the extra shipping cost, please contact our customer service support.
* Thanks for your patience!!

**Payment Method**

We will ship to the shown address on you PayPal Payment notice, Please confirm your shipping address in the PayPal Account.
Payment must be settling within 3 days of auction end or please notify us if you have multiple items.
If you are bidding for more items, please ignore the automatic payment reminders for individual items. Make your payment after you receive the combined invoice.
Unpaid dispute will be filed to eBay for the non payable bidders except getting buyer's updated news.

**Returns Policy**

All sales come with us 30 days warranty.
Return items must not be used or have any sign of abuse or intentional damage.
We reserve the right not to refund S&H when the item has been posted.
If you have any questions, Please contact with us via eBay message or our customer service e-mail. please be advised that message will be replied by our customer services officers on 08:00 - 20:00 (Excluding Weekends and Public Holidays)
* You may expect to receive a response to your inquiry within 24 hours. (Excluding Weekends and Public Holidays)

**Contact us**

We are an auto body parts manufacturer and wholesalers, We can supply good quality goods with best prices to you!
We have a lot of stock and can shipping goods to you in one day after you paid.
Thank you!!

**We always leave positive feedback!! Thanks for looking!!**

🛈 **SAVE UP TO 5%**  See all eligible items ▶

Save up to 5.0%
Marked down item price reflects all savings. Items provided by ouxiao90

**All promotional offers from ouxiao90**

    

➕ See all

Motorcycle Pillion Rear Seat Cover Cowl ABS For Kawasaki Ninja EX300R 2013-2017

Was: US $36.18
Now: US $34.37

Motorcycle Rear Passenger Seat Cushion Pillion For DUCATI 1098 1198 848 Black

Was: US $26.28
Now: US $24.97

Motorcycle Pillion Rear Seat Cover Cowl ABS For Yamaha YZF-R1 2007-2008

Was: US $35.07
Now: US $33.32

Black Rear Passenger Seat Cushion Pillion For Suzuki Hayabusa GSXR1300 2008-2015

Was: US $37.28
Now: US $35.42

Motorcycle Rear Seat Cover Cowl ABS For Kawasaki Ninja ZX10R 2008-2010 2009

Was: US $33.98
Now: US $32.28

*Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions Learn about pricing

You can change quantities in your cart.

---

### Sponsored items based on your recent views 1/3

Feedback on our suggestions

< 

     

>

Motorcycle CNC Aluminum 8mm 10mm Side Rear View...
$23.92
$25.18
+ $9.99 shipping
New

Motorcycle 8mm 10mm Rearview Rear View Side...
$21.56
Free shipping
New

Universal CNC 10mm 8mm Motorcycle Rearview...
$24.99
Free shipping
New

Pair Motorcycle Rear View Side Mirrors 8mm 10mm...
$23.74
$24.99
Free shipping
New

Rear seat cowl asiento cubierta Para KTM 125 200...
$69.85
Free shipping
New

For KTM 125 200 390 Duke 2012-2017 Rear Seat...
$51.60
$54.89
+ $8.89 shipping
New

---

### More from this seller 1/2

Feedback on our suggestions

<

     

>

Motorcycle Rear Passenger Seat Cushion Pillion For...
$29.15
$30.68
+ shipping

Motorcycle Rear Passenger Seat Cushion Pillion For...
$29.15
$30.68
+ shipping

Motorcycle Rear Passenger Seat Cushion Pillion For...
$29.15
$30.68
+ shipping

Motorcycle Rear Passenger Seat Cushion Pillion For...
$29.15
$30.68
+ shipping

Motorcycle Rear Passenger Seat Cushion Pillion For...
$29.15
$30.68
+ shipping

Motorcycle Rear Passenger Seat Cushion Pillion For...
$29.15
$30.68
+ shipping

---

Back to search results                                                    Return to top

More to explore : Other Motorcycle KTM Duke 390s, Motorcycle Seat Covers for KTM 125, Motorcycle Stator Covers for 2015 KTM 390, KTM Motorcycle Seats & Seat Parts for KTM 390, Black ABS Plastic Motorcycle Seat Cowls, ABS Plastic Motorcycle Seat Cowls for Honda, ABS Plastic Motorcycle Seat Cowls for Yamaha, ABS Plastic Motorcycle Seat Cowls for BMW, Unbranded ABS Plastic Motorcycle Seat Cowls for Honda, Unbranded ABS Plastic Motorcycle Seat Cowls for Suzuki

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



10/9/2020

Hi ████ ▾          Daily Deals    Brand Outlet    Help & Contact                                      Sell    Watchlist ▾    My eBay ▾    🔔¹    🛒

🅴bay    Shop by category ▾    [Search for anything]    [All Categories ▾]    [Search]    Advanced

Back to search results  |  Listed in category:   eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Seats & Seat Parts  >  Seats          ✉ f 🐦 �📌  | Add to Watchlist

ℹ  Check if this part fits your vehicle          [Select Vehicle]

🔖 SAVE UP TO 5% See all eligible items ▶

### Black Motorcycle Rear Seat Cover Cowl ABS For KTM 125 200 390 Duke 2012-2015

Condition:    New

Compatibility    See compatible vehicles

Sale ends in:  17h 13m 21s

Quantity:  [1]        3 available / 1 sold

Price:   **US $58.41**    [Buy It Now]
~~US $61.48~~ (5% off) ⓘ

[Add to cart]

[♡ Add to Watchlist]

30-day returns    Longtime member

Shipping:  **$20.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide  See exclusions

Delivery:  ⚡ Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  💳  💳  💳
**PayPal CREDIT**
Special financing available.  |  See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  30 day Buyer pays for return shipping | See details

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
ouxiao90 (597 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2          Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| Rear seat cowl asiento cubierta Para KTM 125 200... | Rear Passenger Seat Pillion Leather Pad Fit KTM 390... | For KTM 125 200 390 Duke 2012-2017 Rear Seat... | 1pc Motorcycle Rear Passenger Seat Cushion F... | Rear Pillion Passenger Leather Seat Cushion Pad... | Motorcycle Cafe Racer Rear Seat Fairing Cover Cowl wi... |
| $69.85 | $49.41 | $51.60 | $49.46 | $49.39 | $78.89 |
| Free shipping | Free shipping | ~~$54.89~~ | Free shipping | Free shipping | Free shipping |
| New | Seller 99% positive | + $8.89 shipping | Seller 99.5% positive | Seller 99.1% positive | New |
| | | New | | | |

### Sponsored items from this seller 1/2          Feedback on our suggestions








| Motorcycle Rear Passenger Seat Cushion Pillion For... | Motorcycle Rear Seat Cover Cowl ABS For Ducati... | Motorcycle Pillion Rear Seat Cover Cowl ABS For Yama... | Motorcycle Rear Seat Cover Cowl ABS For Kawasaki... | Motorcycle Rear Passenger Seat Cushion Pillion For... | Motorcycle Rear Passenger Seat Cushion Pillion For... |
|---|---|---|---|---|---|
| $29.15 | $41.78 | $37.51 | $35.42 | $29.15 | $29.15 |
| $30.68 | $43.98 | $39.48 | $37.28 | $30.68 | $30.68 |
| + $9.99 shipping | + $9.99 shipping | + $9.99 shipping | + $9.99 shipping | + $9.99 shipping | + $9.99 shipping |

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.



**Shipping and handling**

Item location: Guangzhou, China

Shipping to: Worldwide

Excludes: Chad, Liberia, Kenya, Western Sahara, Nigeria, Ethiopia, Guinea, Eritrea, Equatorial Guinea, Burkina Faso, Tanzania, Gambia, Angola, Morocco, Guinea-Bissau, Zimbabwe, Côte d'Ivoire (Ivory Coast), Benin, Mauritius, Mali, Malawi, South Africa, Congo, Democratic Republic of the, Somalia, Mozambique, Swaziland, Sierra Leone, Botswana, Cameroon, Rwanda, Central African Republic, Mauritania, Libya, Reunion, Uganda, Mayotte, Niger, Saint Helena, Zambia, Namibia, Ghana, Congo, Republic of the, Egypt, Cape Verde Islands, Madagascar, Togo, Gabon Republic, Djibouti, Senegal, Burundi, Seychelles, Lesotho, Comoros, Algeria, Tunisia, Turkmenistan, Uzbekistan, Afghanistan, Sri Lanka, Armenia, Kyrgyzstan, Pakistan, Bhutan, Georgia, Kazakhstan, Maldives, Azerbaijan Republic, Nepal, Bangladesh, Costa Rica, Antigua and Barbuda, Martinique, Turks and Caicos Islands, Panama, Bahamas, Guatemala, Barbados, Haiti, Grenada, Montserrat, Guadeloupe, Nicaragua, Belize, Jamaica, Dominica, Honduras, Aruba, El Salvador, Saint Vincent and the Grenadines, Saint Lucia, Trinidad and Tobago, Saint Kitts-Nevis, Anguilla, Dominican Republic, Serbia, Monaco, Albania, Belarus, Lithuania, Svalbard and Jan Mayen, Jersey, San Marino, Malta, Macedonia, Bosnia and Herzegovina, Andorra, Bulgaria, Romania, Montenegro, Gibraltar, Moldova, Latvia, Cyprus, Iceland, Bahrain, Qatar, Kuwait, Yemen, Lebanon, United Arab Emirates, Iraq, Oman, Bermuda, Marshall Islands, Vanuatu, Fiji, New Caledonia, Micronesia, Kiribati, Western Samoa, Tonga, Wallis and Futuna, Solomon Islands, Tuvalu, Papua New Guinea, Brunei Darussalam, Peru, Colombia, French Guiana, Argentina, Paraguay, Chile, Ecuador, Venezuela, Guyana, Falkland Islands (Islas Malvinas), Uruguay, Bolivia, Suriname

Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $20.00 | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Oct. 29 and Wed. Nov. 18** |

* Estimated delivery dates - include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

**Return policy**

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

**Payment details**

Payment methods





**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

🏷 **SAVE UP TO 5%**    See all eligible items ▸

Save up to 5.0%
Marked down item price reflects all savings. Items provided by ouxiao90

**All promotional offers from ouxiao90**







➕ See all





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

ouxiao90 (597 ★)

**Positive Feedback (last 12 months): 99%**

Member since: Apr-03-17 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

### Member Quick Links

Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 14 | 65 | 102 |
| Neutral | 0 | 0 | 2 |
| Negative | 0 | 0 | 1 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (94) | Reasonable shipping cost ★★★★★ (99) |
| Shipping speed ★★★★★ (93) | Communication ★★★★★ (97) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1) Revised Feedback: 6

Search Feedback received as seller with an item title or ID:

e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1)

Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **does not fit on gsxr 1000 k4!! you need to modificate and cut the alluminum** New Headlight Front Upper Fairing Stay Bracket For Suzuki GSXR1000 2003-2004 K3 (#222809904650) | Buyer: s***0 (97★) GBP 27.68 | Past year Reciprocal feedback |

Comment?

**Page 1 of 1**

← 1 →

### Member Quick Links

Contact member
View items for sale
View seller's Store

### Suggested Next

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi ████ ▾    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ▾    My eBay ▾    🔔 1    🛒

ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**    Advanced

ouxiao90 (597 ⭐)
99% positive feedback

📋 Items for sale    🏬 Visit store    ✉ Contact

♡ Save

Based in China, ouxiao90 has been an eBay member since Apr 03, 2017

**Feedback ratings** ⓘ

⭐⭐⭐⭐⭐ 94    Item as described
⭐⭐⭐⭐⭐ 97    Communication
⭐⭐⭐⭐⭐ 93    Shipping time
⭐⭐⭐⭐⭐ 99    Shipping charges

➕ **102** Positive    ⭕ **2** Neutral    ➖ **1** Negative

Feedback from the last 12 months

See all feedback

➕ Exc. pieces, very well made, fast int'l svc. - exc. seller - thank you
Oct 05, 2020

● ○ ○ ○ ○

30 Followers | 0 Reviews | Member since: Apr 03, 2017 | 📍 China

## Items for sale(2299)

See all items



Spike Air Clean...
US $113.90          2h left



Spike Air Clean...
US $113.90          4h left



Spike Air Clean...
US $113.90          4h left



Spike Air Clean...
US $113.90          4h left



Spike Air Clean...
US $113.90          5h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Norton SECURED

10/9/2020

Hi ▮▮▮▮ ▾    Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist ▾    My eBay ▾    🔔    🛒

**ebay**    Shop by category ▾    🔍 Search this Store    | This Store ▾ |    **Search**    Advanced

eBay › eBay Stores › ouxiao90



## ouxiao90
30 followers | ouxiao90 (597 ★) 99.0%

♡ Save this seller

| Category | |
|---|---|
| **All** | |

Engine Crank Case Stator Cover
Windshield
Headlight Front Bracket
Ignition Switch Lock Key
Rear Seat Cover
Front、Rear Passenger Foot Pegs
Side Fuel Knee Grip Decal
License Plate Tag Bracket
Rear Passenger Handle Rail
Frame Slider
Rear Brake Foot Pedal Lever
Drive Shaft Chain Guards Cover
Speedometer Case Cover
Brake Fluid Cylinder Cover
Gear Shift Lever
Lowering Links
Rear Tail Stop Light
Rear View Mirrors
Hand Grips Grip
Sissy Bar Luggage Rack
Air Filter Parts
Brake Discs
Rectifier
Front Headlight
Radiator Grille Cover
Other

### Featured Items



Motorcycle Black Engine Crank Case Stator Cover Fo...
**$37.51**
$39.48 | 5% OFF



Black Rear Passenger Foot Peg Rest Bracket Rearsets...
**$36.46**
$38.38 | 5% OFF

---

**All Listings**  Auction  **Buy It Now**          Time: ending soonest ▾    ⊞ ▾

1-48 of 1,169 Results



Spike Air Cleaner Kit Intake Filter For Honda Aero 750 VT750 1986-2012 Chrome
**$113.90**
Was: $119.89
$39.99 shipping                                                  From China



Spike Air Cleaner Kit Intake Filter For Honda Aero 750 VT750 1986-2012 Black Mat
**$113.90**
Was: $119.89
$39.99 shipping                                                  From China



Spike Air Cleaner Kit Intake Filter For Honda VTX1300 1986-2012 Black Mat
**$113.90**
Was: $119.89
$39.99 shipping                                                  From China



Spike Air Cleaner Kit Intake Filter For Honda VTX1300 1986-2012 Chrome
**$113.90**
Was: $119.89
$39.99 shipping                                                  From China



Spike Air Cleaner Kit Intake Filter For Honda Shadow Spirit ACE 750 98-13 Chrome
**$113.90**
Was: $119.89
$39.99 shipping                                                  From China



Foot Peg Footrest Heel Stirrup For Honda VTX1800 2002-2011 VTX1300 2003-2009
**$83.49**
Was: $87.88
$9.99 shipping                                                    From China



Motorcycle Chrome Front Foot Peg Footrests For Honda Fury 2009-2013 2010 2011 12
**$41.69**
Was: $43.88
$9.99 shipping                                                    From China



Chrome Front Foot Peg Footrests For Honda Shadow 600 VLX/Deluxe Models 1996-2007

$41.69
Was: $43.88
$9.99 shipping
3 watching

From China



Chrome Front Foot Peg Footrests For Honda VT1300 Sabre/stateline 2010-2012 2011

$41.69
Was: $43.88
$9.99 shipping
3 watching

From China



Carbon Fuel Gas Cap Cover Sticker Protector For Suzuki GSXR600/750/1000 2003-15

$13.47
Was: $14.18
$2.99 shipping
Only 1 left!

From China



Motorcycle Carbon Fiber Fuel Gas Cap Cover Sticker Protector Fits For Yamaha R3

$12.43
Was: $13.08
$2.99 shipping
Only 1 left!

From China



Carbon Fiber Fuel Gas Cap Cover Sticker Protector Fits For Yamaha YZF R1 R6 FZ1S

$12.43
Was: $13.08
$2.99 shipping

From China



Carbon Fiber Fuel Gas Cap Cover Sticker Protector Fits For Yamaha YZF R1 R6 FZ6S

$12.43
Was: $13.08
$2.99 shipping

From China



Spike Air Cleaner Kit Intake Filter For Honda Shadow Spirit ACE 750 Black Mat

$83.58
Was: $87.98
$39.99 shipping

From China



Spike Air Cleaner Kit Intake Filter For Yamaha Vstar V-Star 650 1986-2012 Chrome

$85.40
Was: $89.89
$39.99 shipping

From China



Spike Air Cleaner Kit Intake Filter For Yamaha V-Star 650 1986-2012 Black Mat

$85.40
Was: $89.89
$39.99 shipping

From China



Motorcycle Rear Seat Cover Cowl ABS For Suzuki Hayabusa GSXR1300 1999-2007

$38.55 to $40.64
Was: $40.58
$9.99 shipping

From China



Motorcycle Rear Seat Cover Cowl ABS For Suzuki Hayabusa GSXR1300 2008-2016 2015

$36.63 to $38.55
Was: $40.58
$9.99 shipping
4 watching

From China



Spike Air Cleaner Kit Intake Filter For Kawasaki Vulcan 1500 1600 Classic Chrome

$83.50
Was: $87.89
$39.99 shipping

From China



Motorcycle Chrome Sissy Bar Luggage Rack For Honda Shadow ACE 750 1998-2003

$52.14
Was: $54.88
$9.99 shipping
4 watching

From China



Motorcycle Chrome Sissy Bar Luggage Rack For Honda Shadow Spirit 750 2001-2008

$52.14
Was: $54.88
$9.99 shipping

From China



Motorcycle Chrome Sissy Bar Luggage Rack For Honda Shadow Aero 1100 1998-2002

$52.14
Was: $54.88
$9.99 shipping
5 watching

From China



New Chrome Aluminum Sissy Bar Luggage Rack For Honda Shadow ACE 1100 1995-2001

$52.14
Was: $54.88
$9.99 shipping

From China



Sissy Bar Luggage Rack For Honda VTX1300C 02-05 VTX1800C 02-11 VTX1800F 05-11

$52.14
Was: $54.88
$9.99 shipping

From China



Spike Air Cleaner Kit Intake Filter For Kawasaki Vulcan 1500 1600 Classic Black

$83.50
Was: $87.89
$39.99 shipping

From China



Spike Air Cleaner Kit Intake Filter For Honda Shadow 600 VLX600 99-12 Black Mat

$83.50
Was: $87.89
$39.99 shipping

From China



Spike Air Cleaner Kit Intake Filter For Honda Shadow 600 VLX600 1999-2012 Chrome

$83.50
Was: $87.89
$39.99 shipping

From China



Sissy Bar Luggage Rack For Honda VTX1300N/R/S 2003-2006 VTX1800N/R/S 2002-2008

$52.14
Was: $54.88
$9.99 shipping
3 watching

From China



New Chrome Sissy Bar Luggage Rack For Suzuki Volusia VL800 Boulevard M50/C50

$52.14
Was: $54.88
$9.99 shipping
5 watching

From China



Motorcycle Chrome Sissy Bar Luggage Rack For Yamaha V-Star 1100 2000-2009

$52.14
Was: $54.88
$9.99 shipping
11 watching

From China



Chrome Sissy Bar Luggage Rack For Suzuki Marauder VZ800 Boulevard C50/C90/M50

$52.14
Was: $54.88
$9.99 shipping
8 watching

From China



Motorcycle Engine Crank Case Stator Cover For Kawasaki ZX-9R 1998-2003 2001 2002

$31.24
Was: $32.88
$9.99 shipping
or Best Offer

From China



Spike Air Cleaner Kit Intake Filter For Kawasaki Vulcan 800 VN800 classic Chrome

$85.38
Was: $89.87
$39.99 shipping

From China



Spike Air Cleaner Kit Intake Filter For Kawasaki Vulcan 800 VN800 classic Black

$85.38
Was: $89.87
$39.99 shipping

From China



Black Air Cleaner kits for 1999-2012 Yamaha Road Star 1600 XV1600A 1700 XV1700

$85.38

From China



 Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **ouxiao90** (597 ) | Save this seller | Show results from all sellers

Include description

**Categories**
**eBay Motors**
Other Motorcycle Handlebars, Grips & Levers
More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (21)

**Price**
$ to $

**Item Location** see all
- **Default**
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**
ouxiao90 (597 )
Feedback rating: 597
Positive Feedback: 99%
Member since Apr-03-17 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Motorcycle CNC Aluminum 8mm 10mm
**$23.92**
Buy It Now

All Listings | Auction | Buy It Now    Sort: Best Match  View:

**21** results for **KTM**  Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106-1445

Clear selections
**0** matching results
Find Results

Black Motorcycle Rear Seat Cover Cowl ABS For KTM 125 200 390 Duke 2012-2015 (Fits: KTM)
Brand New
**$58.41**
Was: ~~$61.48~~
Buy It Now
+$20.00 shipping
**4 Watching**
**5% off**
Watch
From China

Water tank net Radiator protection Cover For KTM DUKE 125 200 390 2012-2017 2016 (Fits: KTM)
Brand New
**$32.20**
Was: ~~$33.89~~
Buy It Now
**Free Shipping**
**5% off**
Watch
From China

Motorcycle Water tank net Radiator protection Cover For KTM DUKE RC390 2017-2018 (Fits: KTM)
Brand New
**$30.30**
Was: ~~$31.89~~
Buy It Now
**Free Shipping**
**5% off**
Watch
From China

Motorcycle Rear Passenger Seat Pillion Fit For KTM 125 200 390 Duke 2012-2017 (Fits: KTM)
Brand New
**$60.70**
Was: ~~$63.89~~
Buy It Now
**Free Shipping**
**5% off**
From China

Motorcycle CNC Aluminum 8mm 10mm Side Rear View Mirrors For Kawasaki BMW KTM
Brand New
**$23.92** to **$26.01**
Was: ~~$25.18~~
Buy It Now
+$9.99 shipping
**5% off**
From China

Bike Black Integrated Led Turn Signals Side Mirrors For KTM All Models & Years
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ Other: Card payment by phone/in-person ⌄

**Ship to**
████████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
████████
Change

### Review item and shipping

Seller: ouxiao90     Message to seller



Black Motorcycle Rear Seat Cover Cowl ABS For KTM 125 200 390 Duke 2012-2015
**$58.41**
~~$61.48~~

Quantity    1 ⌄

**Delivery**
Est. delivery: Oct 29 – Nov 18
Standard SpeedPAK from China/Hong Kong/Taiwan
**$20.00**

Save up to 5%

### Gift cards, coupons, eBay Bucks

Enter code: _____     Apply

### Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount    None ⌄

| | |
|---|---|
| Subtotal (1 item) | $58.41 |
| Shipping | $20.00 |
| Tax* | $4.90 |

**Order total**     **$83.31**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Hi ▮▮▮▮ | Daily Deals   Brand Outlet   Help & Contact    Sell   Watchlist ∨   My eBay ∨   🔔¹   🛒

ebay   Shop by category ∨   [Search for anything]   All Categories ∨   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Seats & Seat Parts › Seats

✉ f 🐦 📌 | **Add to Watchlist**



✅ This fits a KTM   [Select Year]

🔖 **SAVE UP TO 5%**   See all eligible items ▶





### Motorcycle Rear Passenger Seat Pillion Fit For KTM 125 200 390 Duke 2012-2017

| | |
|---|---|
| Condition: | New |
| Compatibility | See compatible vehicles |
| Sale ends in: | **17h 12m 00s** |
| Colour: | - Select - ∨ |
| Quantity: | 1   1 available |

Price: **US $60.70**
US $63.89 (5% off) ⓘ

[ **Buy It Now** ]
[ **Add to cart** ]
[ ♡ Add to Watchlist ]

**Free shipping**   30-day returns   Longtime member

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan \| See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou, China |
| | Ships to: Worldwide   See exclusions |
| Delivery: | ★ Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ |
| | Please note the delivery estimate is **greater than 13 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA ▣ ▣ ▣ |

**PayPal CREDIT**
Special financing available.   See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

| | |
|---|---|
| Returns: | 30 day Buyer pays for return shipping \| See details |

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
ouxiao90 (597 ★)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

## Similar sponsored items 1/2
Feedback on our suggestions

     

| For KTM 125 200 390 Duke 2012-2017 Rear Seat... | Black Motorcycle Rear Seat Cover Cowl ABS For KTM... | Rear Passenger Seat Pillion Leather Pad Fit KTM 390... | 1pc Motorcycle Rear Passenger Seat Cushion F... | Back Rear pillion Passenger Seat Cushion For YAMAHA... | Black Rear Passenger Seat Pillion For Kawasaki ZX6R... |
|---|---|---|---|---|---|
| $51.60 | $58.41 | $49.41 | $49.46 | $31.56 | $29.90 |
| $54.89 | $61.48 | Free shipping | Free shipping | Free shipping | Free shipping |
| + $8.89 shipping | + $20.00 shipping | Seller 99% positive | Seller 99.5% positive | New | New |
| New | New | | | | |

## Sponsored items from this seller 1/2
Feedback on our suggestions









Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers | Add to Watchlist

Check if this part fits your vehicle Contact the seller

SAVE UP TO 5% See all eligible items

Have one to sell? Sell now

# Motorcycle CNC Aluminum 8mm 10mm Side Rear View Mirrors For Kawasaki BMW KTM

Condition: New

Sale ends in: 17h 11m 52s

Color: - Select -

Size: - Select -

Quantity: 1 3 available / 9 sold

Price: US $23.92
~~US $25.18~~ (5% off)

Buy It Now
Add to cart
Add to Watchlist

30-day returns | 5 watchers | Longtime member

Shipping: $9.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Fri. Oct. 30 and Thu. Nov. 19
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

ouxiao90 (597 ★)
99% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Pair Motorcycle Rear View Side Mirrors 8mm 10mm...
$23.74
~~$24.99~~
Free shipping
New

Motorcycle 8/10MM Rear View Side Mirrors For...
$26.95
Free shipping
Seller 99.5% positive

CNC Motorcycle Rear View Side Mirrors 8mm/10mm F...
$24.69
~~$25.99~~
Free shipping
New

8MM 10MM Motorcycle CNC Aluminum Rearview...
$29.59
Free shipping
Seller 99.5% positive

Universal CNC Motorcycle Rearview Side Mirrors For...
$27.88
~~$29.35~~
Free shipping
12m left

Rear Side Rearview Mirrors For Honda Yamaha Kawasa...
$29.03
Free shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions

Hello. **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact       Sell    Watch List ⌄    My eBay ⌄   🔔   🛒

**ebay**   Shop by category ⌄   🔍 Search for anything     All Categories ⌄   **Search**   Advanced

‹ Back to previous page  | Listed in category:   Vehicle Parts & Accessories › Motorcycle Parts › Lighting & Indicators › Headlight Assemblies     ✉ f t p   | **Watch this item**

**People who viewed this item also viewed**

 Universal Motorcycle... £20.55 Free P&P     Dirt Bike Motorcycle 12V... £16.49 Free P&P     Universal Headlights... £19.98 Free P&P     Universal Headlight... £20.84 Free P&P     Headlight Front Light For KTM... £20.17 + £2.00 P&P

ⓘ Check if this part fits your vehicle    Contact the seller

🏷 UP TO **10%** OFF WITH MULTI-BUY

 Free postage





‹   [thumbnails]   ›

Mouse over image to zoom

🔧 Have one to sell? **Sell it yourself**

### Universal Motorcycle Headlight Headlamp Light for KTM HONDA YAMAHA Dirt Pit Bike

| Condition: | New |
|---|---|
| Multi-buy: | **Buy 1** £21.98 each   Buy 2 £20.88 each |
| Quantity: | [ 1 ]   3 or more for £19.78 each |
| | 5 available / **14 sold** |
| Price: | **£21.98 each** |

**Buy it now**

**Add to basket**

♡ Watch this item

**5 watchers**    Limited quantity remaining    30-day returns

nectar   Collect **21** Nectar points   Redeem your points | Conditions

| Postage: | **Free** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International postage of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Qinhuangdao, China |
| | Posts to: Worldwide   See exclusions |
| Delivery: | Estimated between **Fri. 6 Nov.** and **Fri. 27 Nov.** ⓘ |
| | Seller sends within 3 days after receiving cleared payment. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal MasterCard VISA 💳 💳 |
| Returns: | 30 days refund, buyer pays return postage | See details |

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

**Seller information**
**panpan0018** (3376 ⭐)
99.2% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

**Sponsored items from this seller** 1/2        Feedback on our suggestions

‹      [seat cover] ›

Universal Headlight Headlamp Light... £19.98 Free P&P    Universal Headlights Headlamp Street Fighter... £19.98 Free P&P    Motorcycle Universal Front Fender Mudguards for... £10.99 Free P&P    Gear Shift Shifter Lever For Honda CRF450R 2007-201... £17.99 Free P&P    Motorcycle Handguard Brush Bar Hand Guard for... £27.98 Free P&P    Gripper Soft Seat Cover Ribbed Skin Rubber for... £21.98 Free P&P

**Description** | Postage and payments       Report item

Seller assumes all responsibility for this listing.

Last updated on 14 Oct, 2020 21:13:54 BST   View all revisions

eBay item number: **303409937090**

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened and undamaged item in original retail packaging (where packaging is applicable). If the item comes direct from a manufacturer, it may be delivered in non-retail packaging, such as a plain or unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | Unbranded |
| Intended Use: | Replacement Part | Classic Motorcycle Part: | Yes |
| Manufacturer Part Number: | 18120054@D | Colour: | White |
| Material: | PP Plastic | Country/Region of Manufacture: | China |
| Non-Domestic Product: | No | Custom Bundle: | No |
| EAN: | Does not apply | | |

| 7/8" Hand Grip Handle Bar Pocket Dirt Pit Bike Moto | Handle Hand Guards HP Protector Brush Motorcycle Dirt | Hot CNC Motorcycle Valve Stems Caps Dirt Bike | DAB Motorcycle Socket Bit Ratchet Driver Tool for KTM Moto | Front Brake Disc Rotor For CB250 DR250 DR... | Rear Shock Absorber For Suzuki DR250S DR350S... | 5/4mm Front Sprocket Cover Chain Guard for | 40.4MM Front Fork CNC 4-22-28 mm CNC Handle | Front Handle Bar Riser Handlebar Fat Bar For | Black Motorcycle Headlights Street Fighter Supermoto Motard KTM 250 350 450 X0 |
|---|---|---|---|---|---|---|---|---|---|
| **3.49 GBP** | **17.63 GBP** | **2.49 GBP** | **14.98 GBP** | **10.86 GBP** | **12.68 GBP** | **12.68 GBP** | **9.99 GBP** | **19.98 GBP** | **15.98 GBP** |
| 0.42 GBP | 2.98 GBP | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |





## Product Description

### Feature:

- 100% brand new, never mounted.
- Transparent lens cover and back cover to protect lights .
- The position of the mounting points allow ample room for the brake cable .
- Universal fit, easy to install.
- Protective transparent polycarbonate lens cover, high impact resistance.
- Universal mounting system

### Specification:

- Color: White as pictures
- Material: PP Plastic
- Dimensions:
  H: Approx. 280mm/11"
  W: Approx. 260mm/10.2"
- Reminder: Please check it careful to make sure it is suit for your bike

### Fitment:

- Universal fit most of motorcycle dirt bike

- Universal fit most of motorcycle dirt bike

**Package Includes:**

- 1 * Headlight and Rubber Strips as pictures show
- Instruction of installation is NOT included.

**Note:**

- Please be carefully check the goods appearance, size, shape and then compare your original goods before ordering, thank you.
- Light shooting and different displays may cause the color of the item in the picture a little different from the real thing.
- Since the size above is measured by hand, the size of the actual item you received could be slightly different from the size above. Please don't mind, thank you!

















**Feedback**

Please leave us 5 STAR POSITIVE feedback if you like the item!!! Your satisfaction is our best goal.

If you found any problems about the item or transaction, please contact us before leaving a feedback. We will do our best to help you.

**Shipping**

1.All items would be delivered in 72 hours. (except Holidays.)

2.Arrival time:

   USA Overseas warehouse:1-4 day

   USA: 10-25 days

   Europe countries: 10-30 days

   Other countries: 15-45 days.

 ( **If you want faster shipping, please choose expedited shipping or contact us.**)

3.Extra charges will be added for shipping if the package is returned to us because of a faulty address ( Please check the shipping address carefully when set order.)


 NOTE:Import duties, taxes and commission charges are not included.

 If your country is not in the listing we ship to, please contact us before you bidding them.**Welcome you to contact us directly**

If your country is not in the listing we ship to, please contact us before you bidding aniumi. We love you to contact us directly through **EBAY MESSAGE** before you leave any comments. Due to different time zone, Please forgive us maybe we couldn't reply you as quickly as you expected.



### About Us

We are the trade company from China. Sources of new product ideas are from and we make them in China.

---

**Business seller information**

Yongkang Ruiman Trading Co., Ltd.

Lijun Lu
1st Floor, No. 60, Wangutang Natural Village, Zhanglingkou Village,
Longshan Town, Yongkang City, Jinhua City, Zhejiang Province
(independent declaration)
321300 Yongkang City, Zhejiang Province
China

▼ Phone: 18057913037
  Email: sxdlracing05@163.com

---

**Returns policy**

| After receiving the item, cancel the purchase within | Return postage |
| --- | --- |
| 30 days | Buyer pays return postage |

Take a look at our Returning an item help page for more details. You're covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

The buyer is responsible for return postage costs.

| Return policy details |
| --- |
| Returns accepted |

Most purchases from business sellers are protected by the Consumer Contract Regulations 2013 which give you the right to cancel the purchase within 14 days after the day you receive the item. Find out more about your rights as a buyer and exceptions .

---

Sponsored items based on your recent views 1/4                    Feedback on our suggestions



| Motorcycle ABS Plastic Hand Guard Handguards... | Pair Black M10 Mirror Blanking Plugs Bolts for KT... | New Motorcycle Aliminum Rear Brake Lever For KTM... | For KTM excf 350cc 2020 motorcycle Aluminum Brak... | Headlight Headlamp Head Light Kits for KTM Honda... | Universal Headlight Headlamp Light... |
| --- | --- | --- | --- | --- | --- |
| £42.83 | £5.03 | £21.99 | £18.89 | £20.55 | £20.84 |
| Free P&P | Free P&P | Free P&P | Free P&P | Free P&P | Free P&P |
| New | New | Seller 991% positive | Seller 991% positive | New | New |

Explore more sponsored options:








| Dirt Bike Motorcycle 12V Enduro Front Headlight... | Motorcycle Headlight Enduro Front Light For... | Motocross Headlight For Yamaha WR YZ... | Motocross Street Fighter Dirt Bike Black Headlight... | Dirt Bike Enduro Headlight Headlamp Front Light... | Street Fighter Dirt Bike Twin LED Headlight For Honda... |
| --- | --- | --- | --- | --- | --- |
| £16.49 | £13.29 | £21.97 | £17.96 | £19.65 | £19.83 |
| Free P&P | £13.99 | £23.37 | £18.90 | £20.90 | £21.10 |
| | + £5.00 P&P | + £2.71 P&P | + £5.50 P&P | + £2.50 P&P | + £2.50 P&P |
| | | Popular | | | Popular |

### People who viewed this item also viewed 1/2

Feedback on our suggestions








| Universal Motorcycle Headlight Head Lamp Light... | Dirt Bike Motorcycle 12V Enduro Front Headlight... | Universal Headlights Headlamp Street Fighter... | Universal Headlight Headlamp Light... | Headlight Front Light For KTM Honda Yamaha... | Motorcycle Dirt Bike Universal Headlight... |
| --- | --- | --- | --- | --- | --- |
| £20.55 | £16.49 | £19.98 | £20.84 | £20.17 | £33.23 |
| Free P&P | Free P&P | Free P&P | Free P&P | + £2.00 P&P | Free P&P |

### More from this seller 1/2

Feedback on our suggestions









| Universal Headlight Headlamp Light... | Universal Headlights Headlamp Street Fighter... | Motorcycle Universal Front Fender Mudguards for... | Motorcycle Handguard Brush Bar Hand Guard for... | Gripper Soft Seat Cover Ribbed Skin Rubber for... | Universal Hand Guard Handguards Protector Dirt... |
| --- | --- | --- | --- | --- | --- |
| £19.98 | £19.98 | £10.99 | £27.98 | £21.98 | £17.63 |
| + P&P | + P&P | + P&P | + P&P | + P&P | + P&P |
| | | | | | Popular |

Ad  pricecat.co.uk

**KTM Headlight - low prices, huge selection**
Find **KTM Headlight** now. Great deals and prices at pricecat!

Visit Website

Motorcycle Parts · Car Wheels and Tyres · Motorhome Parts · Car Tuning and Styling · Car Parts

Back to previous page

Return to top

More to explore: Pit Bike Lights in Motorcycle Rear & Brake Light Assemblies, Pit Bikes, Lucas Headlamp in Motorcycle Headlight Assemblies, Projector Headlamp in Motorcycle Headlight Assemblies, 7" Headlamp in Motorcycle Headlight Assemblies, Pit Bike Carb in Motorcycle Carburettors & Parts, Dirt Bike Goggles, Pit Bike Spares or Repair, Lifan 125cc Pit Bike, Pit Bike Clutch Case

About eBay · Announcements · Community · Safety Centre · Resolution Centre · Seller Centre · VeRO: Protecting Intellectual Property · Policies · Help & Contact · Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice



Hello. **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watch List ⌄   My eBay ⌄



**ebay**

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to previous page | Listed in category: Vehicle Parts & Accessories › Motorcycle Parts › Lighting & Indicators › Headlight Assemblies | ✉ f 🐦 📌 | **Watch this item**

### People who viewed this item also viewed

| | | | | |
|---|---|---|---|---|
|  Universal Motorcycle... £20.55 Free P&P | Dirt Bike Motorcycle 12V... £16.49 Free P&P | Universal Headlights... £19.98 Free P&P | Universal Headlight... £20.84 Free P&P | Headlight Front Light For KTM... £20.17 + £2.00 P&P |

ⓘ Check if this part fits your vehicle   **Contact the seller**

🔖 **UP TO 10% OFF WITH MULTI-BUY**



Free postage

Mouse over image to zoom



‹   ▢ ▢  ▢ ›

🌱 Have one to sell? **Sell it yourself**

## Universal Motorcycle Headlight Headlamp Light for KTM HONDA YAMAHA Dirt Pit Bike

Condition: New

Multi-buy: | **Buy 1 £21.98 each** | Buy 2 £20.88 each |

Quantity: [ 1 ]   3 or more for £19.78 each

5 available / **14 sold**

Price: **£21.98 each**

**Buy it now**

**Add to basket**

♡ Watch this item

**5 watchers** | Limited quantity remaining | 30-day returns

nectar Collect **21** Nectar points **Redeem your points** | **Conditions**

Postage: **Free** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International postage of items may be subject to customs processing and additional charges. ⓘ
Item location: Qinhuangdao, China
Posts to: Worldwide See exclusions

Delivery: Estimated between **Fri. 6 Nov. and Fri. 27 Nov.** ⓘ
Seller sends within 3 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal 💳 VISA 💳 💳

Returns: 30 days refund, buyer pays return postage | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Seller information

**panpan0018** (3376 ★)
99.2% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

### Sponsored items from this seller 1/2

Feedback on our suggestions

‹   ›

| | | | | | |
|---|---|---|---|---|---|
| Universal Headlight Headlamp Light... £19.98 Free P&P | Universal Headlights Headlamp Street Fighter... £19.98 Free P&P | Motorcycle Universal Front Fender Mudguards for... £10.99 Free P&P | Gear Shift Shifter Lever For Honda CRF450R 2007-201... £17.99 Free P&P | Motorcycle Handguard Brush Bar Hand Guard for... £27.98 Free P&P | Gripper Soft Seat Cover Ribbed Skin Rubber for... £21.98 Free P&P |

| Description | **Postage and payments** | | **Report item** |

Seller assumes all responsibility for this listing.

#### Postage and packaging

Item location: Qinhuangdao, China

Postage to: Worldwide

Excludes: Africa, South America, Albania, Andorra, Bosnia and Herzegovina, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Macedonia, Moldova, Monaco, San Marino, Serbia, Svalbard and Jan Mayen, Sweden, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Bahrain, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Yemen, Anguilla, Antigua and Barbuda, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Puerto Rico, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Laos, Malaysia, Bermuda, Greenland, Saint Pierre and Miquelon

Quantity: [ 1 ]   Change country: [ United States ▾ ]   [ Get rates ]

| Postage and packaging | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| Free P&P | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Fri. 6 Nov. and Fri. 27 Nov.** Seller sends within 3 days after receiving cleared payment. |
| Free P&P | Free | United States | Economy Delivery (Economy Shipping from China/Hong Kong/Taiwan to worldwide) | Estimated between **Thu. 5 Nov. and Mon. 4 Jan.** Seller sends within 3 days after receiving cleared payment. |
| £28.00 | £12.00 | United States | Express delivery (Expedited Shipping from China/Hong Kong/Taiwan to worldwide) | Estimated between **Fri. 23 Oct. and Fri. 30 Oct.** Seller sends within 3 days after receiving cleared payment. |

\* You'll see an estimated delivery date based on the seller's dispatch time and delivery service. Delivery times may vary, especially during peak periods and will depend on when your payment clears.

Domestic dispatch time

Will usually dispatch within 3 working days of receiving cleared payment.

## Payment details

Payment methods



**Immediate payment required for this item.**

Immediate payment of £21.98 is required.

---

Sponsored items based on your recent views 1/4    Feedback on our suggestions

     

| Motorcycle ABS Plastic Hand Guard Handguards... | Pair Black M10 Mirror Blanking Plugs Bolts for KT... | New Motorcycle Aliminum Rear Brake Lever For KTM... | For KTM excf 350cc 2020 motorcycle Aluminum Brak... | Headlight Headlamp Head Light Kits for KTM Honda... | Universal Headlight Headlamp Light... |
|---|---|---|---|---|---|
| £42.83 | £5.03 | £21.99 | £18.89 | £20.55 | £20.84 |
| Free P&P | Free P&P | Free P&P | Free P&P | Free P&P | Free P&P |
| New | New | Seller 99.1% positive | Seller 99.1% positive | New | New |

## Explore more sponsored options:

     

| Dirt Bike Motorcycle 12V Enduro Front Headlight... | Motorcycle Headlight Enduro Front Light For... | Motocross Headlight For Yamaha WR YZ... | Motocross Street Fighter Dirt Bike Black Headlight... | Dirt Bike Enduro Headlight Headlamp Front Light... | Street Fighter Dirt Bike Twin LED Headlight For Honda... |
|---|---|---|---|---|---|
| £16.49 | £13.29 £13.99 | £21.97 £23.37 | £17.96 £18.90 | £19.65 £20.90 | £19.83 £21.10 |
| Free P&P | + £5.00 P&P | + £2.71 P&P | + £5.50 P&P | + £2.50 P&P | + £2.50 P&P |
| | | Popular | | | Popular |

---

People who viewed this item also viewed 1/2    Feedback on our suggestions

10/16/2020



| Shop by category | Search for anything | All Categories ⌄ | **Search** | Advanced |

Home › Community › Feedback forum › Feedback profile

## Feedback profile



**panpan0018** (3376 ★) 🏷 ⓘ
**Positive Feedback (last 12 months): 99.2%** ⓘ
Member since: 20-Mar-18 in China
**eBay Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
**Learn more**

### Member quick links
**Contact member**
**View items for sale**
**View seller's Shop**

### Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 192 | 2101 | 2927 |
| ⏺ | Neutral | 2 | 18 | 20 |
| ➖ | Negative | 2 | 19 | 22 |

### Detailed seller ratings ⓘ



Average for the last 12 months

| Accurate description | Reasonable postage cost |
|---|---|
| ★★★★★ (2464) | ★★★★★ (2602) |
| Delivery time | Communication |
| ★★★★★ (2449) | ★★★★★ (2419) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

22 Feedback received (viewing 1-22)                    Revised Feedback: 3 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

| e.g. Vintage 1970's Gibson Guitars | 🔍 |

Rating type: **Negative (22)** ⌄          Period: **12 months** ⌄

| FEEDBACK | From | WHEN |
|---|---|---|
| ➖ **Wire Brush should read nylon brush. Misleading title.** <br> (Private listing) | Buyer: 4***i (1742★) | Past month <br> **Reciprocal Feedback** |
| ➖ **Was not what I ordered** <br> 75mm Brazed Grinding Edge Wheel Diamond Vacuum Profile Abrasive for Stone Marble <br> (#303569278497) | Buyer: o *** o ( 559★) <br> £13.28 | Past month <br> **Reciprocal Feedback** |
| ➖ **Expensive cheap item, 'universal' guards dont clear brake reservoir - too short.** <br> 7/8" 1 1/8" Motorcycle Universal Handguard Hand Guards for Honda Yamaha Suzuki <br> (#303272333072) | Buyer: 1***1 (962★) <br> £21.72 | Past 6 months <br> **Reciprocal Feedback** |
| ➖ **Very low quality very disappointed** <br> Multifunction Electric Sharpener Drill Knife Scissor Chisel Sharpening Machine <br> (#303554496525) | Buyer: o***n (1625★) <br> £32.99 | Past 6 months <br> **Reciprocal Feedback** |
| ➖ **Parcel never delivered, big scam. To flee.** <br> 28mm 7/8" 22mm Universal Handguard Hand Guard Brush Bar for Dirt Bike Motocross <br> (#303272317687) | Buyer: 5***n (2) <br> £16.75 | Past 6 months <br> **Reciprocal Feedback** |
| ➖ **Wrong item sent !! Didn't want to know !!** <br> (Private listing) | Buyer: 0***n (1802★) | Past 6 months <br> **Reciprocal Feedback** |
| ➖ **Imperial sizes sold as metric. Seller lied on communication. 20% refund no good.** <br> (Private listing) | Buyer: n***a (769★) | Past 6 months <br> **Reciprocal Feedback** |
| ➖ **Totally different thank you** <br> Universal Motorcycle Gripper Soft Seat Cover Rib Skin Rubber for Dirt Pit Bike <br> (#303410094119) | Buyer: e***s (861★) <br> £9.98 | Past 6 months <br> **Reciprocal Feedback** |
| ⓘ Detailed item information is not available for the following items because the Feedback is over 90 days old. | | |
| ➖ **Hello - Just after I get the product, I can give a review, sorry.** <br> 180mm 7" Carbide Circular Saw Blade Disc Cutting Tool for Wood 40 60 80 Teeth <br> (#303376946411) | Buyer: s***e (54★) <br> £9.20 | Past 6 months <br> **Reciprocal Feedback** |
| ➖ **SLOW. POOR QUALITY FAKE ITEM RUDE SELLER THEY LIE AND DONT REFUND STAY AWAY** <br> (Private listing) | Buyer: 1***1 (132★) | Past 6 months <br> **Reciprocal Feedback** |
| ➖ **I still do not receive my article** <br> 1/2" Shank Flute & Bead Router Bits Set Woodworking Tenon Milling Cutter 2Pcs <br> (#303331730313) | Buyer: s***o (12★) <br> £9.68 | Past 6 months <br> **Reciprocal Feedback** |

Comment?

Hello. Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watch List ⌄    My eBay ⌄

ebay    Shop by category ⌄    Search for anything    All Categories ⌄    Search

✉ f 𝕏 𝕡

**panpan0018** (3376 ⭐)
99.2% positive Feedback

🏷 Items for sale    🏪 Visit Shop    ✉ Contact

♡ Save

We mainly sell grinding and polishing abrasives tool, also have some pneumatic and hand tools.We accept large orders and can help you find some items that are not for sale in the store as present.If you have any need, please feel free to contact us!

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 2,464 | Item as described | |
| ⭐⭐⭐⭐⭐ 2,419 | Communication | |
| ⭐⭐⭐⭐⭐ 2,449 | Dispatch time | |
| ⭐⭐⭐⭐⭐ 2,602 | Postage | |

⊕ **2,927** Positive    ⊖ **20** Neutral    ⊖ **22** Negative

⊕ Good quality thanks
12 Oct, 2020

See all Feedback

Feedback from the last 12 months

● ○ ○ ○ ○

89 Followers | 0 Reviews | Member since: **20 Mar, 2018** | 📍 China

About eBay    Announcements    Community    Safety Centre    Resolution Centre    Seller Centre    VeRO: Protecting Intellectual Property    Policies    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ





Hello. Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watch List ˅    My eBay ˅



Shop by category ˅

Search for anything          All Categories ˅    **Search**    Advanced

eBay › eBay Shops › Treasure House of Hardware Tools



## Grinding Tool & Abrasives



### Treasure House of Hardware Tools

89 followers    panpan0018 (3376 ★) 99.2%

Welcome to Treasure House of Hardware Tools! Our shop has a variety of grinding and polishing abrasive tools, pneumatic tools and hand tools. If you have any needs, please do not h

☆ Save this seller    Contact seller

**Category**

All
Motorcycle Parts
Electric Tool
Air Tools
Home & Gardening Tool
Kitchen & Bathroom Accessory
Hand Tool
Custom Grinding Wheel
Resin Diamond Grinding Wheel
Electroplated Grinding Wheel
Brazed Grinding Wheel
Ceremic Grinding Wheel
Double Row Wheel
Segmented Turbo Row Wheel
Vacuum Brazed Router Bit
Diamond Saw Blade
Trimmer Blade
Chain Saw Disc
Carbide Saw Blade
Resin Cutting Disc
HSS Cutting Disc
Milling Cutter
Flap Disc
Poly Strip Disc
Roloc Sanding Disc
Polishing Pad
Polishing Wheel
Serrated Rubber Wheel
Rubber Sanding Drum
Sandpaper & Sanding Belt
Rotary Tool Accessary
Grinding Head
Carbide Rotary Files
Drill Bit
Hole Saw
Tool Accessary
Other

**Condition**    see all
☐ New

**Price**
☐ Under £12.00
☐ £12.00 to £25.00
☐ Over £25.00
£ [    ]  -  £ [    ]  ›

**Buying format**    see all
⦿ All listings
○ Best Offer
○ Auction
○ Buy it now
○ Classified Ads

**Item location**    see all
⦿ Default
○ UK Only
○ European Union
○ Worldwide

**Delivery options**    see all
☐ Free postage
☐ Free Click & Collect

### Featured items



100mm 4" Nylon Fiber Flap Polishing Wheel Pad...
£5.89

12" 300mm Rubber Serrated Belt Grinder Contact Wheel...
£52.98

30-160mm SDS Plus Shaft Carbide Tip Drill Bit Kit...
£5.98

18~75mm Cylinder Steel Wire Round Tube Pipe Cleaning...
£3.89

Search this shop          **Search**

Best Match ˅

All listings    Auction    Buy it now

1-48 of 1,905 results



Universal Motorcycle Headlight Headlamp Light for KTM HONDA YAMAHA Dirt Pit Bike
£21.98
Free postage
From China

Universal Headlights Headlamp Street Fighter Dirt Pit Bike Supermoto Motorcycle
£19.98
Free postage
From China

Universal Hand Guard Handguards Protector Dirt Bike Brush Motorcycle Handlebar
£17.63
£2.98 postage
From China

Universal Motorcross Handguard Hand Guard for HONDA YAMAHA KTM KAWASAKI Pit Bike
£8.38
£1.85 postage
From China

Motorcycle Handguard Brush Bar Hand Guard for HONDA SUZUKI YAMAHA KTM KAWASAKI
£27.98
Free postage
From China

Motorcycle Hand Guard Protection For KTM Yamaha Kawasaki Honda Suzuki Dirt Bike
£9.99
Free postage
From China

Motorcycle Handguards Hand Protector Guards For Honda Yamaha Suzuki Kawasaki KTM
£8.99
Free postage
From China

7/8" 1 1/8" Motorcycle Universal Handguard Hand Guards for Honda Yamaha Suzuki
£22.86
Free postage
From China

Show only                    see all
☐ Returns accepted
☐ Completed items
☐ Sold items
☐ Deals & savings
☐ Authorised seller
☐ Authenticity verified

More refinements...

4"-12" Nylon Fiber Flap Polishing Wheel Disc Non-woven Abrasive Buffing 320 Grit
£7.68 to £23.98
Free postage                                                                    From China
12 watching

Rear Brake Master Cylinder Pump for KTM 125 SX 150 250 300 350 Husqvarna 250 125
£37.98
Free postage                                                                    From China

Motorcycle Universal Front Fender Mudguards for Suzuki Yamaha KTM Kawasaki Honda
£10.99
Free postage                                                                    From China

LED Bathroom Basin Sink Faucet Chrome Brass Waterfall Mixer Tap 3 Color Changing
£109.98
Free postage                                                                    From China
6 watching

Universal Handguard Handle Brush Bar Hand Guards for Yamaha Dirt Pit Bike Enduro
£14.98
Free postage                                                                    From China

Air Powered Nail & Staple Gun Nailer Stapler Operated Upholstery DIY Pneumatic
£28.99
Free postage                                                                    From China

3"-12" Nylon Fiber Polishing Wheel Buffing Pad for Metal Abrasive Tool 5P 7P 9P
£5.38 to £26.58
Free postage                                                                    From China

NEW LISTING SDS Three heads Chisel Drill Bit Rotary Hammer Kit Masonry Drilling Tool Breaker
£59.98
Free postage                                                                    From China

250mm 10" Rubber Serrated Sand Belt Grinder Contact Wheel for Polishing 1" Hole
£48.69
Free postage                                                                    From China

HandleBar Riser Mount Clamp for KTM SX125 150 250 SXF250 350 450 Husqvarna FC250
£36.00
Free postage                                                                    From China

Carburetor Carb for Yamaha VSTAR 250 VIRAGO 250 ROUTE66 XV250 1988-2014 Bike
£39.02
Free postage                                                                    From China

Handlebar Fat Bar Pad Protection 1 1/8" 28MM Dirt Pit Bike MX Off road Enduro
£6.98
Free postage                                                                    From China
7 watching

Gear Shift Shifter Lever For Honda CRF450R 2007-2016 Motorcycle Dirt Pit Bike
£17.99
Free postage                                                                    From China

Carburetor Fits for Suzuki 300CC~400CC GN250 GN300 Carb Carburettor Motorcycle
£55.59
Free postage                                                                    From China

Metal Cutting Discs Angle Grinder Disc Cut Off Thin Stainless Steel 4 Inch 100mm
£5.78 to £22.98
Free postage                                                                    From China
7 watching

Gripper Soft Motorcycle Seat Spoke Cover For Honda CR125/250 94-96 Pit Dirt Bike
£28.81
Free postage                                                                    From China

CNC Chain Guard Guide Slider for Honda CRF250R CRF250X CRF450X CRF250RX CRF450L
£19.68
Free postage                                                                    From China



30mm CVK30 Carb Carburetor Kit for Motorcycle Scooters ATV GY6 150-250CC Engine
£30.66
Free postage
From China

Gear Shift Shifter Lever for Ducati Diavel 2011-2015 Adjustable Dirt Pit Bike
£17.99
Free postage
From China

CNC Gear Shift Shifter Lever Pedal for Yamaha YZ125/250 05-20 125X 250X 125/250G
£17.99
Free postage
From China

Gripper Soft Rubber Motorcycle Seat Cover & Spokes For KTM 125/200 EXC Dirt Bike
£30.08
Free postage
From China

Black CNC Aluminum Alloy Front Lowering Set for Yamaha Banshee ATV Motorcycle
£24.98
Free postage
From China

CNC Forged Kick Start Lever Protector Rubber Shifter For YAMAHA YZ250F Dirt Bike
£76.53
Free postage
From China

Billet Fuel Gas Cap Red for HONDA CR85R CR125R CRF150R CRF230F CR250R Motorcycle
£14.98
Free postage
From China

1 1/8" 28mm Motorcycle Handlebar Handle Fat Bar Tube for Dirt Pit Bike Motocross
£21.99
Free postage
From China

1 1/8" 7/8" Universal Motorcross Hand Guards Handguards for MX Enduro Dirt Bike
£16.98
Free postage
From China

Universal Motorcross 1 1/8" 28mm Handlebars Fat Bar Grips Mount Pad for Off Road
£26.98
Free postage
From China

Motocross Motorcycle Hand Guards Handguards For KTM EXC EXCF XC XCF XCW Pit Bike
£16.98
Free postage
From China

FCR Carburetor Carb for 28-41mm 110cc-650cc Flat Racing Slant Side Motorcycle
£140.18
Free postage
9 watching
From China

CNC Handle Bar Rubber Handlebar Fat Bar Pad Grip Donuts For Pit Dirt Bike Red
£49.85
Free postage
11 watching
From China

Billet Chain Guard Guide for Honda CRM125 90-99 XR250 BAJA 95-07 CRF250L 13-18
£23.58
Free postage
From China

Mikuni 30mm TM30 Fit 200cc-250cc Flat Set Performance Carburetor Carb Motorcycle
£42.91
Free postage
From China

Universal Headlight Headlamp Light Streetfighter Fairing Motocross Dirt Pit Bike
£19.98
Free postage
From China

Universal Motocycle Triangle Kickstand Side Stand for KTM HONDA Dirt Pit Bike
£17.98
Free postage
From China



 Hello. Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watch List My eBay

Shop by category | Search for anything | All Categories | Search

eBay › eBay Shops › Treasure House of Hardware Tools

# Treasure House of Hardware Tools

89 followers | panpan0018 (3376 ★) 99.2%

Welcome to Treasure House of Hardware Tools! Our shop has a variety of grinding and polishing abrasive tools, pneumatic tools and hand tools. If you have any needs, please do not

Save this seller Contact seller

**Category**

**All**

Motorcycle Parts

**Condition** see all

- New

**Price**

- Under £12.00
- £12.00 to £25.00
- Over £25.00

£ - £

**Buying format** see all

- All listings
- Best Offer
- Auction
- Buy it now
- Classified Ads

**Item location** see all

- Default
- UK Only
- European Union
- Worldwide

**Delivery options** see all

- Free postage
- Free Click & Collect

**Show only** see all

- Returns accepted
- Completed items
- Sold items
- Deals & savings
- Authorised seller
- Authenticity verified

**More refinements...**

ktm | Search | Best Match

All listings | Auction | Buy it now

1-48 of 66 results

Universal Motorcycle Headlight Headlamp Light for KTM HONDA YAMAHA Dirt Pit Bike
£21.98
Free postage
From China

Universal Motorcross Handguard Hand Guard for HONDA YAMAHA KTM KAWASAKI Pit Bike
£8.38
£1.85 postage
From China

Motorcycle Hand Guard Protection For KTM Yamaha Kawasaki Honda Suzuki Dirt Bike
£9.99
Free postage
From China

HandleBar Riser Mount Clamp for KTM SX125 150 250 SXF250 350 450 Husqvarna FC250 (Fits: KTM)
£36.00
Free postage
From China

Motorcycle Handguards Hand Protector Guards For Honda Yamaha Suzuki Kawasaki KTM
£8.99
Free postage
From China

CNC Gear Pedal Lever Shift for KTM EXC XCF-W EXC-F SMR SX-F SX XC XC-F XC-W MXC (Fits: KTM)
£15.99
Free postage
From China

Engine Clutch Cover Side Case Protector Guard Fits for KTM SXF450 XCF450 2016 (Fits: KTM)
£12.25
Free postage
From China

Rear Brake Caliper Cylinder for KTM 125 150 250SX SX-F XC XC-F Husqvarna FC TC (Fits: KTM)
£92.97
Free postage
6 watching
From China

Rear Brake Master Cylinder Pump for KTM 125 SX 150 250 300 350 Husqvarna 250 125 (Fits: KTM)
£37.98
Free postage
From China

Twist Throttle Housing Assembly & Tube For Honda CRF250R CRF250X CRF450R 450X (Fits: KTM)
£15.95
Free postage
From China

Clutch Cover Side Case Protector Guard Fits for KTMSXF/XCF450 EXC/XCW450 500 (Fits: KTM)
£12.28
From China

**Checkout**

How do you like our checkout? Tell us what you think

## Review item and postage

Seller: panpan0018    Message to seller



Universal Motorcycle Headlight Headlamp Light for KTM HONDA YAMAHA Dirt Pit Bike

**£21.98**

Quantity   | 1 ▾ |

**Postage**

◉ Est. delivery: 6 – 27 Nov
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: 5 Nov – 4 Jan
Economy Shipping from China/Hong Kong/Taiwan to worldwide
**Free**

○ Est. delivery: 23 – 30 Oct
Expedited Shipping from China/Hong Kong/Taiwan to worldwide
**£28.00**

**Post to**

██████████
100 W Roosevelt Ave
Bensenville, IL 60106-1445
United States
██████████

Change

---

| Subtotal (1 item) | £21.98 |
| Postage | Free |
| Tax* | £1.37 |

| **Order total** | **£23.35** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

## Pay with

○ **PayPal**

○ **PayPal CREDIT**    ▾

○ Credit or debit card
VISA   MasterCard   Discover   American Express   Maestro

## Add vouchers

Enter code: _____   Apply

Copyright © 1995-2020 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED



Hello, Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watch List ⌄    My eBay ⌄    🔔    🛒

Shop by category ⌄    Search for anything    All Categories ⌄    **Search**

‹ Back to previous page | Listed in category:    Vehicle Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

✉ 📘 🐦 📌    | Watch this item

ⓘ  Check if this part fits your vehicle    **Contact the seller**

🅿 UP TO **10% OFF** WITH MULTI-BUY



Mouse over image to zoom



‹       ›

🟢 Have one to sell?  **Sell it yourself**

### Universal Motorcross Handguard Hand Guard for HONDA YAMAHA KTM KAWASAKI Pit Bike

Condition: New

Multi-buy:
| Buy 1 £8.38 each | Buy 2 £7.96 each |

Quantity: [ 1 ]    3 or more for £7.54 each

5 available / 16 sold

Price:  **£8.38 each**

**Buy it now**

**Add to basket**

♡ **Watch this item**

**100% buyer satisfaction**  |  15 watchers  |  Limited quantity remaining

🟣 nectar  Collect 8 Nectar points  Redeem your points | Conditions

Postage: £1.85  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International postage of items may be subject to customs processing and additional charges. ⓘ
Item location: Qinhuangdao, China
Posts to: Worldwide    See exclusions

Delivery: Estimated between Fri. 6 Nov. and Fri. 27 Nov. ⓘ
Seller sends within 3 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  ●● American Express

Returns: 30 days refund, buyer pays return postage | See details

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

**Seller information**
panpan0018 (3376 ⭐)
99.2% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

---

### Similar sponsored items 1/2

Feedback on our suggestions

‹

Black Handguard Hand Guard For KTM Yamaha...
£7.40
+ £2.50 P&P
Seller 99.3% positive

Motorcycle Hand Guard Protection For KTM Yamah...
£9.99
Free P&P
Seller 99.2% positive

Orange Handle Brush Bar Hand guards Universal For...
£16.92
Free P&P
New

Motorcycle Handguards Hand Protector Guards For...
£8.99
Free P&P
Seller 99.2% positive

7/8" 1 1/8" Motorcycle Universal Handguard Hand...
£22.86
Free P&P
Seller 99.2% positive

Universal 22mm 28mm Handguard Hand Guard...
£20.99
Free P&P
New

›

### Sponsored items from this seller 1/2

Feedback on our suggestions

‹    ›

Hello. Sign in or register    Daily Deals    Brand Outlet    Help & Contact                                          Sell    Watch List ∨    My eBay ∨



Shop by category ∨      🔍 Search for anything                                        All Categories ∨      **Search**

‹  Back to previous page    | Listed in category:   Vehicle Parts & Accessories  >  Motorcycle Parts  >  Handlebars, Grips & Levers  >  Other Handlebars & Levers          ✉ 📘 🐦 📌  | Watch this item

ⓘ  Check if this part fits your vehicle    Contact the seller

🏷 UP TO **10%** OFF WITH MULTI-BUY





Mouse over image to zoom



‹         ›

🏍 Have one to sell?  Sell it yourself

### Motorcycle Hand Guard Protection For KTM Yamaha Kawasaki Honda Suzuki Dirt Bike

Condition:  New

Multi-buy:  | Buy 1 £9.99 each | Buy 2 £9.49 each |

Quantity:  [ 1 ]   3 or more for £8.99 each

5 available / 11 sold

Price:  **£9.99 each**    | **Buy it now** |

| **Add to basket** |

| ♡ Watch this item |

**100% buyer satisfaction**    Limited quantity remaining    More than 68% sold

nectar  Collect **10** Nectar points  Redeem your points | Conditions

Postage:  **Free** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International postage of items may be subject to customs processing and additional charges. ⓘ
Item location: Qinhuangdao, China
Posts to: Worldwide   See exclusions

Delivery:  Estimated between **Fri. 6 Nov.** and **Fri. 27 Nov.**
Seller sends within 3 days after receiving cleared payment. ⓘ
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  💳 VISA 💳 AMEX

Returns:  30 days refund, buyer pays return postage | See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
panpan0018 (3376 ⭐)
99.2% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

---

Similar sponsored items 1/2                                                   Feedback on our suggestions

‹

| Black Handguard Hand Guard For KTM Yamaha... | Universal Motorcross Handguard Hand Guard fo... | Motorcycle Handguards Hand Protector Guards For... | Universal Hand Guard Handguards Protector Dirt... | Universal 22mm 28mm Handguard Hand Guard... | 7/8" Universal Motorcycle Handguard Hand Bash... |
| £7.40 | £8.38 | £8.99 | £17.63 | £20.99 | £19.33 |
| + £2.50 P&P | + £1.85 P&P | Free P&P | + £2.98 P&P | Free P&P | Free P&P |
| Seller 99.3% positive | Seller 99.2% positive | Seller 99.2% positive | Almost gone | New | New |

›

---

Sponsored items from this seller 1/2                                          Feedback on our suggestions

‹                                                                                               ›



Hi ▮! Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ⌄   My eBay ⌄   🔔 2   🛒

# ebay

Shop by category ⌄   | Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to previous page | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work

✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM    Select Year

🅂 SAVE UP TO $10  See all eligible items ▸







### Enduro LED Headlight Fairing For KTM XC-W EXC EXC-F XC-F SMCR Dirt Bike Headlamp

Condition: New

Compatibility: See compatible vehicles

Color: White ⌄

Quantity: 1   2 available

Price: **US $167.20**
No Interest if paid in full in 6 mo on $99+*
US $177.20 (6% off) ⓘ

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou,Guangdong, China
Ships to: Worldwide   See exclusions

Delivery: ◈ Estimated between **Mon. Nov. 9 and Mon. Nov. 30** ⓘ
This item has an extended handling time and a delivery estimate greater than 17 business days. Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
papandacycle (6272 ⭐)
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?  Sell now

### Similar sponsored items 1/2                                           Feedback on our suggestions



| Dirt Bike LED Headlight Kit For KTM EXC XC XCF XCW... | Dirt Bike LED Enduro Headlight Headlamp For... | Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC... | Hand Guard Protector Handlebar Handguards For... | Supermoto LED Headlight For KTM EXC XCW XC SX... | Enduro Dirt Bike LED E8 Headlight Kit For KTM EXC... |
|---|---|---|---|---|---|
| $166.90 | $79.52 | $74.86 | $17.99 | $167.20 | $86.30 |
| $178.90 | $85.50 | $80.50 | $19.99 | $177.20 | $92.80 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

### Sponsored items from this seller 1/2                                  Feedback on our suggestions



Feedback 🖊








| Dirt Bike Hi/lo Beam Headlight Lamp Fairing For... | 5.75" Motorcycle LED Hi/Lo Beam Headlight Headlamp... | Gauntlet Headlight Fairing Kit For Harley Motorcycle... | Speakers Batwing Headlight Fairing Detachable For... | Adjustable Front Headlamp Fairing Cover 15"... | Motorcycle Black LED Front Headlight Lamp For 2007-1... |
|---|---|---|---|---|---|
| $13.15 | $54.87 | $139.49 | $294.99 | $111.59 | $75.33 |
| $13.99 | $59.00 | $149.99 | $309.99 | $119.99 | $81.00 |
| + $3.50 shipping | + $8.50 shipping | Free shipping | Free shipping | Free shipping | + $8.50 shipping |

---

| Description | Shipping and payments |    Report item |
|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number:  124328154156

### Compatibility
Please choose your vehicle's details for specific results.

Year -Select-    Make -Select-    Model -Select-    Submodel -Select-    Go

[show all compatible vehicles]

✓ This part is compatible with 28 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2017 | KTM | 150 | XCW |
| | 2016 | KTM | 200 | XCW |
| | 2015 | KTM | 200 | XCW |
| | 2014 | KTM | 200 | XCW |
| | 2018 | KTM | 250 | XCW |
| | 2017 | KTM | 250 | XCW |
| | 2016 | KTM | 250 | XCW |
| | 2015 | KTM | 250 | XC-F |
| | 2015 | KTM | 250 | XCW |
| | 2014 | KTM | 250 | XCW |
| | 2018 | KTM | 300 | XC-W Six Days |
| | 2018 | KTM | 300 | XCW |
| | 2017 | KTM | 300 | XCW |
| | 2016 | KTM | 300 | XC-W Six Days |
| | 2016 | KTM | 300 | XCW |
| | 2015 | KTM | 300 | XCW |
| | 2014 | KTM | 300 | XCW |
| | 2016 | KTM | 350 | EXC F |
| | 2015 | KTM | 350 | EXC F |
| | 2014 | KTM | 350 | EXC F |

Page 1 of 2    ‹ 1 2 ›

Portions of the information contained in this table have been provided by papandacycle

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | papandacycle |
| Fitment12: | For 350 EXC-F 2015 | Manufacturer Part Number: | YM-175 |
| Fitment13: | For 500 EXC 2015 | Country/Region of Manufacture: | China |
| Fitment14: | For 200 XC-W 2016 | EAN: | 699977182194 |
| Fitment15: | For 250 XC-W 2016 | ISBN: | 699977182194 |
| Fitment16: | For 300 XC-W 2016 | UPC: | 699977182194 |
| Fitment17: | For 300 XC-W six days 2016 | Placement on Vehicle: | Front |
| Fitment18: | For 350 EXC-F 2016 | Type: | LED Headlight |
| Fitment19: | For 500 EXC 2016 | Power rating: | 60W |
| Fitment20: | For 500 EXC six days 2016 | Waterproof rated: | IP67 |
| Fitment21: | For 150 250 300 XC-W 2017 | Fitment: | For KTM EXC XC-W EXC-F |
| Fitment22: | For 150 250 300 XC-W 2018 | Fitment1: | For 200 250 300 XC-W 2014 |
| Fitment23: | For 500 EXC-F six days 2017 | Fitment2: | For 690 SMCR 2019-2020 |
| Fitment24: | For 300 XC-W six days 2017 | Fitment3: | For 300 XC-W six days 2018 |
| Fitment25: | For 450 EXC-F six days 2017 | Fitment4: | For 300 XC-W six days 2014 |
| Color temperature: | 6500K | Fitment5: | For 350 EXC-F 2014 |
| Material: | Aluminum housing + polycarbonate lenses+plastic | Fitment6: | For 500 EXC 2014 |
| Lumens: | Low beam 3500 / High beam 5800 | Fitment7: | For 200 250 300 XC-W 2015 |
| Features: | Waterproof;;Dustproof;;Rust resistant | Fitment8: | For 250 EXC 2015 |
| Technology: | LED | Fitment9: | For 300 EXC TPI 2018 |
| Voltage: | 12V DC | Fitment10: | For 250 XC-W TPI 2018 |
| Style: | Dirt Bike LED Headlight | Fitment11: | For 300 XC-W six days 2015 |

### Hot sale

Feedback

Motocross MX Enduro Headlight F
or KTM XCW SXF XCF 250 350 45
0 Dirt Bike Headlamp
168.90 USD
Buy it now
Free shipping

Enduro LED Headlight Fairing For KTM XC-W EXC EXC-F XC-F SMCR Dirt Bike Headlamp





White    Orange    Black

Product Description

## Features:

1. The glass lens cover and the iron back cover protect the light.

2. The location of the installation point leaves enough room for the brake cable.

3. Universal fit with anti-vibration rubber straps, will mount on the forks of your motorcycle with 2 rubber straps.

## Specifications:

Power rating: 60W ( LOW BEAM 45W + HIGH BEAM 20W )

IP67 waterproof rated

Color temperature: 6500K

Voltage: 12V DC

Lumens: Low beam 3500 / High beam 5800

Material: aluminum housing +  polycarbonate lenses+plastic

100% brand new condition, high quality

Housing Color:White/black/orange

Features: waterproof, dustproof, rust resistant, you can use this headlight even on rainy days

Our products are tested by model, installation and all aspects of functions meet the standard

Feedback


**Package Included:**

1 Pcs LED Headlight

4 pcs rubber strips

**Fitment:**

For KTM EXC XC-W EXC-F

For 200 XC-W 2014

For 250 XC-W 2014

For 300 XC-W 2014

For 300 XC-W six days 2014

For 350 EXC-F 2014

For 500 EXC 2014

For 200 XC-W 2015

For 250 XC-F 2015

For 250 XC-W 2015

For 300 XC-W 2015

For 300 XC-W six days 2015

For 350 EXC-F 2015

For 500 EXC 2015

For 200 XC-W 2016

For 250 XC-W 2016

For 300 XC-W 2016

For 300 XC-W six days 2016

For 350 EXC-F 2016

For 500 EXC 2016

For 500 EXC six days 2016

For 150 XC-W 2017

For 250 XC-W 2017

For 300 XC-W 2017

For 300 XC-W six days 2017

For 450 EXC-F six days 2017

For 500 EXC-F six days 2017

For 150 XC-W 2018

For 250 XC-W 2018

For 250 XC-W TPI 2018

For 300 EXC TPI 2018

For 300 XC-W 2018

For 300 XC-W six days 2018

For 690 SMCR 2019-2020

**NOTE:**

Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility. Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

Payment

1.We ONLY accept PayPal and ship item(s) to PayPal's verified address ONLY.

2.Our prices do NOT include any customs duty or tax.

3.Payment must be made within 7 days after you win the auction.

4.Non-Paying bidders will be reported.

5.No other payment method will be acceptable

Feedback


Delivery details

## Shipping Time:
Sometimes shipping time may have a little delay, such as Customs check packages strictly ,bad weather,holidays. USA, UK, Canada, Australia and Singapore need around 7-18 working days(Excluding weekend and Holidays).Other countries need around 2-4 weeks.We strive our best to provide you the most reliable way of shipping service. If you do not receive your item on time, please contact us immediately for further assistance.Thank you for your understanding.

## International Taxes And Duty Fees:
Import duties, taxes and charges are not included in the item price or shipping charges.We will mark "Gifts" on custom form. The buyers are fully responsible for any international taxes & duty fees, which may be charged upon delivery.Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

## Packaging:
1.All items are checked before dispatch and are carefully hand-packed by our in-house team.
2.We always taking great care packaging every item to ensure safe and perfect condition to you.
3.We will make every effort to prevent damage in transit.

## Please Note:
Please note your Telephone when your payment.Telephone are must for international express shipping.

Return

## Return Details:
**1.**If you are not 100% satisfied with the item, please let us know the detailed problem.We will help you resolve the problem as soon as possible.

**2.** If you received an incorrect, damaged, defective, or item not as described, please contact us.We will give you a best solution.

**3.** If you want to return the item,please contact us within 14 days after package received .Return products must also be in its original condition: including box, packaging and all other accessories. Returns that are a result of customer error will be subject to an actual shipping fee deduction from the refund.

**4.** Buyer should pay for the return shipping fee if All Non-Seller Mistake returns for refund (E.g. you brought wrong size or wrong item).

**5.** Please make sure the item have NO man-made sabotage. If you broken it , please NOTE that the shipping and handling fee will not be refunded, Buyers are responsible for the postal cost of returning the items
Items returned must be in the same condition that they were received.

## How to return
**1.** Please contact us for Return Merchant Authorization Number (RMA) and return address .

**2.** Shipping back the package . The RMA must be clearly written on the return package,Otherwise the package will be refused.

**3.** Mail us the return tracking number.

**4.** All returns will be inspected prior to a credit being issued.

About us

## Working Hours
## From Monday To Friday(Beijing Time 9:00-18:00)
**1.**We try our best to reply to your emails as soon as possible, however, due to high volume of daily incoming emails and time zone difference, we may not be able to reply your emails immediately. Please allow 1 business days for us to response. If you do not receive any reply from us, please check your email ensuring your mailbox has not reached full size.

**2.**Due to some ISP SPAM filter settings, you may not be able to receive our replies; If you have problems receiving our emails, you may need to use a different email account to contact us.

**3.**Please give us the opportunity to resolve any problem. We understand the concerns and frustrations you might have, and will try our best to resolve the issues. Please email us before leaving any negative feedback or open any dispute on PayPal.

**4.**We care about our valued customers, and will always try to help you. So if you have any problems, please e-mail us immediately.

Feedback

**1.** We hope to give you a positive eBay experience by working hard, and we expect to receive a positive feedback and Detailed Selling Rating (DSR) of 5 Rating in all of the feedback categories from the buyer upon receiving the item .

**2.** If you have any problem on our items or service, please don't hesitate to contact us before you leave any Neutral/Negative feedback, we will try our best to help you resolve the problem.

**3.** Communication is the best way to solve problem.Thank you for your understanding.

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

## Hot sale



Motocross MX Enduro Headlight F
or KTM XCW SXF XCF 250 350 45
0 Dirt Bike Headlamp
168.90 USD
Buy it now
Free shipping

powered by
PUSHAUCTION

Feedback


**SAVE UP TO $10**   See all eligible items ▶

Motorcycle Fairing (Windshield & Footpegs & Other)
Marked down item price reflects all savings. Items provided by papandacycle    **All promotional offers from papandacycle**







    

| | | | | |
|---|---|---|---|---|
| Black Front Windshield Windscreen Protector For 2007-2009 Suzuki Boulevard M109R | 3.3 GAL Bobber EFI Gas Tank For Harley Sportster 883 1200 XL Custom Cap 07-2017 | Dark Tint Sport Windshield Black Screen For 2006-2016 SUZUKI BOULEVARD M109R New | Black Motorcycle Fairing w/Adjustable 15" Windshield For Harley FXDXT T-sport | Chrome Adjustable Center Stand For Harley FLT/H Touring Road Electra Glide 09-17 |
| Was: US $169.99 | Was: US $191.99 | Was: US $188.99 | Was: US $159.99 | Was: US $169.99 |
| Now: US $159.99 | Now: US $181.99 | Now: US $178.99 | Now: US $149.99 | Now: US $159.99 |

See all ⊕

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.    You can change quantities in your cart.
Offer conditions|Learn about pricing

---

**Sponsored items based on your recent views** 1/4                    Feedback on our suggestions

      

| Motorcycle Bike MX Orange Headlight Headlamp For... | Motorcycle LED Headlight Lamp Black Fairing For KT... | Flyscreen Windscreen Windshield Protector Cove... | Supermoto Front Enduro Light Headlight Headlamp... | Dirt Bike MX Enduro LED Headlight Fairing For KTM... | Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC... |
|---|---|---|---|---|---|
| $33.29 | $92.99 | $29.99 | $165.20 | $167.20 | $74.86 |
| $35.80 | + $6.99 shipping | Free shipping | $177.20 | $177.20 | $80.50 |
| + $3.50 shipping | New | New | Free shipping | Free shipping | Free shipping |
| New | | | Seller 99.1% positive | Seller 99% positive | New |

---

**People were also interested in**

     

| Clutch Cover & Pressure Plate For KTM 1290 Super... | 2004-2007 KTM 125 200 250 300 400 450 525 EXC... | Bolt Kit for KTM SX EX EXC XC 50 65 85 105 150 125 25... | Specbolt Nickel Wurks Bolt Kit Fits KTM SXF EXC-F XC... | Polisport New Plastic Kit Set Orange KTM Complete | KTM RC 125 200 250 390 full set fairing for track day |
|---|---|---|---|---|---|
| $99.99 | $90.00 | $29.99 | $79.95 | $102.45 | $670.00 |
| Free shipping | + $61.74 shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | Popular | Popular | Almost gone | Popular |

---

**More from this seller** 1/2                    Feedback on our suggestions

     

| Dirt Bike Hi/lo Beam Headlight Lamp Fairing For... | 5.75" Motorcycle LED Hi/Lo Beam Headlight Headlamp... | Gauntlet Headlight Fairing Kit For Harley Motorcycle... | Speakers Batwing Headlight Fairing Detachable For... | Adjustable Front Headlamp Fairing Cover 15"... | Motorcycle Black LED Fr Headlight Lamp For 2007-1... |
|---|---|---|---|---|---|
| $13.15 | $54.87 | $139.49 | $294.99 | $111.59 | $75.33 |
| $13.79 | $59.00 | $149.99 | $309.99 | $119.99 | $81.00 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

Feedback



Hi ████ ! ▾ | Daily Deals   Brand Outlet   Help & Contact        Sell   Watchlist ▾   My eBay ▾  🔔²  🛒

ebay   Shop by category ▾   🔍 Search for anything    All Categories ▾   **Search**   Advanced

◀ Back to previous page | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work    ✉ f 🐦 📌 | Add to Watchlist

✅ This fits a KTM   |   Select Year

🎁 **SAVE UP TO $10**   See all eligible items ▶





### Enduro LED Headlight Fairing For KTM XC-W EXC EXC-F XC-F SMCR Dirt Bike Headlamp

Condition: **New**

Compatibility:   See compatible vehicles

Color:   White ▾

Quantity:   1    2 available

Price: **US $167.20**    **Buy It Now**

No Interest if paid in full in 6 mo on $99+*

US $177.20 (6% off)    **Add to cart**

ⓘ    ♡ Add to Watchlist

**Free shipping**   30-day returns   Longtime member

Shipping:   **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou,Guangdong, China
Ships to: Worldwide   See exclusions

Delivery:   📦 Estimated between **Mon. Nov. 9 and Mon. Nov. 30** ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal VISA 💳 💳 💳

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:   30 day Buyer pays for return shipping | See details

Have one to sell?   Sell now

#### Shop with confidence
💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
papandacycle (6272 ⭐)
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2      Feedback on our suggestions



| Dirt Bike LED Headlight Kit For KTM EXC XC XCF XCW... | Dirt Bike LED Enduro Headlight Headlamp For... | Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC... | Hand Guard Protector Handlebar Handguards For... | Supermoto LED Headlight For KTM EXC XCW XC SX... | Enduro Dirt Bike LED E8 Headlight Kit For KTM EXC... |
|---|---|---|---|---|---|
| $166.90 | $79.52 | $74.86 | $17.99 | $167.20 | $86.30 |
| $178.90 | $85.50 | $80.50 | $19.99 | $177.20 | $92.80 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

---

Sponsored items from this seller 1/2      Feedback on our suggestions


Feedback










| | | | | | |
|---|---|---|---|---|---|
| Dirt Bike Hi/lo Beam Headlight Lamp Fairing For... | 5.75" Motorcycle LED Hi/Lo Beam Headlight Headlamp... | Gauntlet Headlight Fairing Kit For Harley Motorcycle... | Speakers Batwing Headlight Fairing Detachable For... | Adjustable Front Headlamp Fairing Cover 15''... | Motorcycle Black LED Front Headlight Lamp For 2007-1... |
| $13.15 | $54.87 | $139.49 | $294.99 | $111.59 | $75.33 |
| $13.99 | $59.00 | $149.99 | $309.99 | $119.99 | $81.00 |
| + $3.50 shipping | + $8.50 shipping | Free shipping | Free shipping | Free shipping | + $8.50 shipping |

---

**Description** | **Shipping and payments**         Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Guangzhou,Guangdong, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Middle East, South America, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Cambodia, Laos, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Albania, Andorra, Austria, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Czech Republic, Estonia, Gibraltar, Greece, Guernsey, Iceland, Ireland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Ukraine, Vatican City State, PO Box

| Quantity: | 1 | Change country: | United States | ZIP Code: | 60106 | Get Rates |
|---|---|---|---|---|---|---|

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between Mon. Nov. 9 and Mon. Nov. 30 |
| US $50.00 | United States | Economy Shipping (USPS Parcel Select Ground®) | Estimated between Wed. Oct. 28 and Tue. Nov. 10 |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|



**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

**Seller's payment instructions**

1.We ONLY accept Paypal and ship item(s) to PayPal's verified address ONLY. 2.Our prices do NOT include any customs duty or tax. 3.Payment must be made within 7 days after you win the auction. 4.Non-Paying bidders will be reported. 5.No other payment method will be acceptable. 6.Payment must be made within 7 days.

---

🔖 **SAVE UP TO $10** See all eligible items ▶

Motorcycle Fairing (Windshield & Footpegs & Other)
Marked down item price reflects all savings. Items provided by papandacycle

All promotional offers from papan



Feedback 
+ See all



Hi ▬ ! ∨    Daily Deals    Brand Outlet    Help & Contact                Sell    Watchlist ∨    My eBay ∨         🔔 2    🛒

ebay    Shop by category ∨    🔍 Search for anything    | All Categories ∨ |    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE



**papandacycle** (6272 ★) 📋 ⓘ

**Positive Feedback (last 12 months): 98.8%** ⓘ

**Member since:** Mar-24-16 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

| | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 81 | 533 | 1140 |
| ⊙ | Neutral | 0 | 8 | 14 |
| ➖ | Negative | 0 | 8 | 15 |

### Detailed seller ratings ⓘ

Average for the last 12 months



Accurate description
★★★★★ (1014)

Reasonable shipping cost
★★★★★ (1046)

Shipping speed
★★★★★ (1012)

Communication
★★★★★ (995)

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

15 Feedback received (viewing 1-15)                    Revised Feedback: 20 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

| e.g. Vintage 1970's Gibson Guitars | 🔍 |

Rating type:
| Negative (15) ∨ |

Period:
| 12 Months ∨ |



| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Some thread castings were incorrect/burred and one fitting needed 11/64 hex key**<br>Motorcycle Forward Controls Pegs Levers Linkages For Harley XL 1200 883 14-later<br>(#124228208818) | Buyer: 3***d (1640★)<br>GBP 109.90 | Past month<br>Reciprocal feedback |
|    Reply by papandacycle. Left within past month.<br>   Hi, any questions you have please contact us first , thanks . | | |
| ➖ **Where is my order**<br>Dirt Bike Supermoto MX Rear Motorcycle Fender For Suzuki Honda Yamaha Kawasaki<br>(#122846340125) | Buyer: _***r (3)<br>US $21.74 | Past 6 months<br>Reciprocal feedback |
|    Reply by papandacycle. Left within past 6 months.<br>   Solving the problem ,thanks . | | |
| ➖ **The packaging was disastrous, and some items are missing**<br>Chrome Adjustable Center Stand For Harley FLT/H Touring Road Electra Glide 09-17<br>(#122663258634) | Buyer: w***3 (77★)<br>US $192.00 | Past 6 months<br>Reciprocal feedback |
|    Reply by papandacycle. Left within past 6 months.<br>   Hi, any questions you have please let me know first ,thanks . | | |
| ➖ **Appalling - avoid. Only half delivered then and then offered partial refund**<br>Motorcycle Fog Spot Light Illuminator Auxiliary Lamp Bracket For BMW S1000XR<br>(#124139138273) | Buyer: i***l (861★)<br>GBP 18.43 | Past 6 months<br>Reciprocal feedback |
|    Reply by papandacycle.Left within past 6 months.<br>   Hi, any questions you have please let me know first ,thanks . | | |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Wrong item sent, poor communication**<br>Oil Tank Dipstick with Temperature Gauge For Harley XL Sportsters 883 1200 Black<br>(#123898861079) | Buyer: .***n (752★)<br>GBP 26.60 | Past 6 months<br>Reciprocal feedback |
|    Reply by papandacycle. Left within past 6 months.<br>   Solving the problem ,thanks | | |
| ➖ **Wow - completely misrepresented. Looks like someone bent this in a vice. Bad!!**<br>Tracker Brat Seat Rear Frame Hoop Loop For Honda CB 750 500 550 Cafe Racer 231MM<br>(#123788448376) | Buyer: s***o (443★)<br>US $17.86 | Past 6 months<br>Reciprocal feedback |
|    Reply by papandacycle.Left within past 6 months.<br>   Solving the problem, thanks . | | |

Comment?



Hi ▮ !

Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔 2    🛒

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

**papandacycle** (6272★)
98.8% positive feedback

Based in China, papandacycle has been an eBay member since Mar 24, 2016

🏬 Items for sale    🏪 Visit store    ✉ Contact

♡ Save

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 1,014 | Item as described | |
| ★★★★★ 995 | Communication | |
| ★★★★★ 1,012 | Shipping time | |
| ★★★★★ 1,046 | Shipping charges | |

➕ 1,140 Positive    ⚫ 14 Neutral    ➖ 15 Negative

➕ Nice
Oct 12, 2020

Feedback from the last 12 months

See all feedback

● ● ● ● ●

189 Followers  |  0 Reviews  |  Member since: Mar 24, 2016  |  📍 China

## Items for sale(5094)

See all items



Black Headlight...
US $19.52                23m left



12v Front Turn ...
US $20.09                45m left



E-mark LED Money ...
US $9.39                59m left



For Harley & Cu...
US $34.13                1h left



Black Saddlebag...
US $24.17                9h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



# papandavillage

189 followers | papandacycle (6272 ★) 98.8%

We specialize in the production and sale of mirrors, grips, storage boxes, locks, lights, aluminium parts, plastic materials, and other motorcycle accessories.We will try our best prov

Save this seller

**Category**

**All**
- Brake Clutch Lever
- Adjustable Lowering Link
- Motorcycle Light
- Motorcycle Fairing
- Bracket
- Mirrors
- Handlebars & Accessories
- Brake Clutch lever
- Foot Peg Parts
- Luggage & Saddlebags
- Radiator Parts & Oil cooler
- Gas Tanks , Protector & Cover
- Engine Parts
- Exhaust Muffler-NEW
- Sissy Bar Passenger & Cushion
- Motorcycle Accessories
- Recommend Motorcycle Model
- Auto Accessories
- Kickstand
- Other

**Condition** see all
- [ ] New

**Price**
- [ ] Under $35.00
- [ ] Over $35.00

$ - $

**Buying Format** see all
- (•) All Listings
- ( ) Best Offer
- ( ) Auction
- ( ) Buy It Now
- ( ) Classified Ads

**Item Location** see all
- (•) Default
- ( ) Within
  100 mile of 60106
- ( ) US Only
- ( ) North America
- ( ) Worldwide

**Delivery Options** see all
- [ ] Free Shipping
- [ ] Free In-store Pickup

**Show only** see all
- [ ] Returns Accepted
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authorized Seller
- [ ] Authenticity Verified

**More refinements...**

## Featured Items

Front Windshield Windscreen w/Bracket For Suzuki...
$188.99

5 3/4" Headlight Fairing Windshield For Matt Cafe...
$97.79

Search this Store | Search | Time: newly listed

All Listings | Auction | Buy It Now

1-48 of 2,118 Results

Motorcycle Manual Cam Chain Tensioner For Suzuki LTZ 400 DRZ 400E/S/SM GSXR 600
$21.38
Was: ~~$22.99~~
Free shipping
or Best Offer
From China
Seller: papandacycle (6267) 98.8%

12V/25W Motorcycle OEM Headlight For Suzuki ATV Quadsport LTZ400 LT-Z400Z 03-08
★★★★☆ 1 product rating
$85.09
Was: ~~$91.49~~
Free shipping
or Best Offer
From China
Brand: Suzuki
Seller: papandacycle (6267) 98.8%

Steel Front Fender Trim Skirt For Harley Touring FLSCT Road King Electra Glide
$23.24
Was: ~~$24.99~~
$3.50 shipping
or Best Offer
From China
Seller: papandacycle (6267) 98.8%

Adjustable CNC Aluminum Kickstand Kick Stand For Suzuki GSXR1000 750 600 2007-08
$30.78
Was: ~~$33.10~~
Free shipping
or Best Offer
From China
Seller: papandacycle (6267) 98.8%

Off Road ATV E-3226 High Flow Intake Filter Red Air Cleaner Intake For Harley
$14.09
Was: ~~$14.99~~
Free shipping
or Best Offer
From China
Seller: papandacycle (6267) 98.8%

Motorcycle WindScreen Quarter Fairing Windshield For Harley Sportster XL Dyna
$18.88
Was: ~~$20.30~~
Free shipping
From China
Brand: Harley-Davidson
Seller: papandacycle (6267) 98.8%

For 13-18 BMW S1000XR F800GS R1200GS/LC/ADV Windshield Handguard Guard Protector
$24.27
Was: ~~$26.10~~
Free shipping
or Best Offer
From China
Seller: papandacycle (6267) 98.8%

Hi/Lo Round Headlight H4 Headlamp + Bracket For Harley Bobber Cafe Racer GN125
$25.76
Was: ~~$27.70~~
Free shipping
or Best Offer
From China
Seller: papandacycle (6267) 98.8%

Supermoto Enduro HS1 Headlight Fairing For Yamaha YZ XT TTR225 TTR230 WR450F/X
$29.75
Was: ~~$31.99~~
$3.50 shipping
or Best Offer
From China
Seller: papandacycle (6267) 98.8%

Motorbike Enduro LED Headlight Lamp Fairing For KTM XCW XCF EF FC TE Husqvarna

10/15/2020



Motorcycle Enduro LED Headlight Lamp Fairing For KTM XCW XCF-F TF FE Husqvarna

$73.47
Was: $79.00
Free shipping

From China
Brand: KTM
Seller: papandacycle (6267) 98.8%



7 inch Headlight Visor Skull Skeleton Relief Accents Ornament For Harley Custom

$18.79
Was: $19.99
$3.50 shipping
or Best Offer

From China
Seller: papandacycle (6221) 98.8%



Motorcycle Mini Custom Skull Skeleton Ornament For Harley Headlight Visor Fender

$17.85
Was: $18.99
$3.50 shipping
or Best Offer

From China
Seller: papandacycle (6221) 98.8%

USB Mobile Phone GPS Navigator Holder Windshield Bracket For BMW R1200GS F700GS

$17.30
Was: $18.40
Free shipping
or Best Offer

From China
Seller: papandacycle (6221) 98.8%



Adjuster Timing Manual Cam Chain Tensioner For Yamaha Honda CRF 150R XR 650R 400

$20.45
Was: $21.99
Free shipping
or Best Offer

From China
Seller: papandacycle (6221) 98.8%



Dirt Bike Racing S2 Headlight Fairing For Honda Yamaha KTM SX XCF XCW Headlamp

$20.45
Was: $21.99
Free shipping
or Best Offer

From China
Seller: papandacycle (6221) 98.8%

 

For Harley Honda Yamaha 7/8" & 1" Handlebar Smoke/Clear Windshield Windscreen

$55.34
Was: $59.50
Free shipping

From China
Seller: papandacycle (6221) 98.8%



LED Tail/Brake Lamp Ford Model A Duolamp Vintage Taillight For Harley Sportster

$22.31
Was: $23.99
Free shipping
or Best Offer

Seller: papandacycle (6221) 98.8%



Retro LED Ford Model A Duolamp Taillight w/Brake For Harley Sportster Softail

$22.31
Was: $23.99
Free shipping
or Best Offer

Seller: papandacycle (6221) 98.8%



Smoke LED Brake Turn Signal Lamp Taillight For Harley Road King Softail Fat Boy

$18.88
Was: $20.30
Free shipping
or Best Offer

From China
Seller: papandacycle (6221) 98.8%



White Headlight Fairing For Husqvarna TE FE 250 350 450 501 14-20 701 Supermoto

$160.10
Was: $170.10
Free shipping
or Best Offer

From China
Brand: Husqvarna
Seller: papandacycle (6267) 98.8%



For Husqvarna FE TX TE 125 150 250 300 350 450 17-19 White Motocross Headlight

$36.99
Free shipping
or Best Offer

From China
Brand: Husqvarna
Seller: papandacycle (6243) 98.8%



Adjustable Clear Clip-On Windscreen Windshield Extension Spoiler Air Deflector

$19.73
Was: $20.99
Free shipping
or Best Offer

From China
Seller: papandacycle (6241) 98.8%



Enduro LED Headlight Fairing For KTM XC-W EXC EXC-F XC-F SMCR Dirt Bike Headlamp

$167.20
Was: $177.20
Free shipping

From China
Brand: KTM
Seller: papandacycle (6240) 98.8%



Motocross MX Enduro Headlight For KTM XCW SXF XCF 250 350 450 Dirt Bike Headlamp

$168.90
Was: $178.90
Free shipping

From China
Brand: KTM
Seller: papandacycle (6234) 98.8%



Motocross LED Headlight For KTM EXC SX-F XC-F XC-W FC FE TC TE TX FX HUSQVARNA

$60.54
Was: $65.10
Free shipping
or Best Offer

From China
Brand: KTM
Seller: papandacycle (6229) 98.8%



12"Curved Motorcycle 7-3/16" x 4-1/4" License Plate Frame Bracket w/6 LED Light

$24.64
Was: $26.50

From China
Seller: papandacycle (6221) 98.8%


$3.50 shipping
or Best Offer


Aluminum Adjustable Kickstand Kick Stand For Suzuki GSXR1000 750 600 2007-2008
$30.78
Was: $33.10
Free shipping
or Best Offer

From China
Brand: Suzuki
Seller: papandacycle (6245) 98.8%


Motorcycle Air Filter Intake Filter Cleaner For Harley Road King FLHR 1994-1999
$20.44
Was: $21.98
$3.50 shipping
or Best Offer

From China
Seller: papandacycle (6221) 98.8%


Dirt Bike Motocross Front Fender For Yamaha KTM WR CRF RMZ KLX 250 450 Mudguards
$21.38
Was: $22.99
$3.50 shipping
or Best Offer

From China
Seller: papandacycle (6221) 98.8%


Black Motorcycle Radiator Guard Grill Cover Protector For KTM DUKE 390 2013-2016
$31.16
Was: $33.50
Free shipping
or Best Offer

From China
Seller: papandacycle (6221) 98.8%


Off Road Dirt Bike Motocross LED Headlight Halogen Headlamp Bulb Universal White
$29.75
Was: $31.99
$3.50 shipping
or Best Offer

From China
Seller: papandacycle (6221) 98.8%


For Suzuki Boulevard M109R LED Tail/Brake/Run/Turn Signal Fender Light Bar Kit
$100.72
Was: $108.30
Free shipping
or Best Offer

From China
Seller: papandacycle (6221) 98.8%


Bicycle Baby Stroller Bottle Stand Motorcycle Bike ATV Drink Bottle Cup Holder
$10.06
Was: $10.70
Free shipping
or Best Offer

From China
Seller: papandacycle (6257) 98.8%


Font Headlight Fairing Cover 15" Windscreen For Harley Dyna Super Glide Fat Bob
$111.59
Was: $119.99
Free shipping
or Best Offer

Brand: Harley-Davidson
Seller: papandacycle (6241) 98.8%


Front Headlight Fairing w/15''Windshield For Harley FXDXT T-sport FXR DYNA 06-17
$111.59
Was: $119.99
Free shipping
or Best Offer

Brand: Harley-Davidson
Seller: papandacycle (6241) 98.8%


Moorcycle 15'' Windshield Black Front Fairing Cover For Harley Dyna T-sport FXR
$111.59
Was: $119.99
Free shipping
or Best Offer

Brand: Harley-Davidson
Seller: papandacycle (6241) 98.8%


Adjustable Front Headlamp Fairing Cover 15'' Windsheild For Harley FXDXT T-Sport
$111.59
Was: $119.99
Free shipping
or Best Offer

Brand: Harley-Davidson
Seller: papandacycle (6241) 98.8%


For Suzuki Ozark 250 LTF250 LTZ250 LTZ400 QuadSport Z250/Z400 ATV Rear Taillight
$29.75
Was: $31.99
$3.50 shipping
or Best Offer

From China
Brand: Suzuki
Seller: papandacycle (6240) 98.8%


Front Fairng Cover w/ 15'' Windshield Windscreen For Harley Dyna 06-17 T-Sport
$111.59
Was: $119.99
Free shipping
or Best Offer

Seller: papandacycle (6236) 98.8%


Motorcycle Dual-outlet Exhaust Muffler Tail Pipe Tip For Yamaha YZF-R6 - Black
$65.09
Was: $69.99
Free shipping
or Best Offer

From China
Seller: papandacycle (6233) 98.8%


ATV LED Taillight Rear Tail Brake Lamp Assembly For Suzuki LTR450 Quadracer 450
$34.40
Was: $36.99
$10.50 shipping
or Best Offer

From China
Brand: Suzuki
Seller: papandacycle (6232) 98.8%

ABS Front Headlight Hood Fairing Mask For Harley Dyna Sportster FX XL 1973-UP
$33.47
Was: $35.99
$4.00 shipping
or Best Offer

From China
Seller: papandacycle (6232) 98.8%



 Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category KTM All Categories Search Advanced

Items for sale from papandacycle (6272 ) | Save this seller | Show results from all sellers

Include description

## Categories

eBay Motors
- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Parts
- Motorcycle Decals & Stickers
- Motorcycle Fairings & Bodywork
- Other Motorcycle Accessories
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (302)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

papandacycle (6272 )
Feedback rating: 6,272
Positive Feedback: 98.8%
Member since Mar-24-16 in Hong Kong

Read feedback profile
Add to my favorite sellers

## Sponsored items for you

Engine Guard Plate Protection For KTM...
$34.12
Buy It Now

All Listings | Auction | Buy It Now Sort: Best Match View:

302 results for KTM Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of 60106

Clear selections

0 matching results

Find Results

Enduro LED Headlight Fairing For KTM XC-W EXC EXC-F XC-F SMCR Dirt Bike Headlamp (Fits: KTM)
Brand New
**$167.20**
Was: ~~$177.20~~
Buy It Now
**Free Shipping**
6% off
From China
Seller: papandacycle (6,240) 98.8%
Item: 124328154156
Brand: KTM

CNC 2PCS Motorcycle Engine Cover Camshaft Plug For KTM DUKE 125 200 390 (Fits: KTM)
Brand New
**$7.90**
Was: ~~$8.40~~
or Best Offer
+$3.50 shipping
6% off
Watch
From China
Seller: papandacycle (6,221) 98.8%
Item: 123810754487

Universal Motorcycle Exhaust Muffler Silencer Protector Guard For CRF KTM MX EXC (Fits: KTM)
Brand New
**$8.46**
Was: ~~$9.00~~
Buy It Now
+$3.50 shipping
6% off
From China
Seller: papandacycle (6,221) 98.8%
Item: 123818140726
Brand: KTM

Motocross MX Enduro Headlight For KTM XCW SXF XCF 250 350 450 Dirt Bike Headlamp (Fits: KTM)
Brand New
**$168.90**
Was: ~~$178.90~~
Buy It Now
**Free Shipping**
6% off
From China
Seller: papandacycle (6,234) 98.8%
Item: 124325302701
Brand: KTM

Engine Clutch Cover Protector For KTM EXC/XCW/450/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 SXF/XCF 450 13-15
Brand New
**$14.10**
Was: ~~$15.00~~
or Best Offer
+$3.50 shipping
6% off
Watch
From China
Seller: papandacycle (6,221) 98.8%
Item: 123838565427

Motorcycle Sprocket Bolt Kit for Honda Suzuki Kawasaki Yamaha KTM Dirtbikes
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 🟦 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms



**Ship to**
██████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
██████████
Change

### Review item and shipping

Seller: papandacycle | Edit message
Message: Item Id: 124328154156 Buyer's Vehicle: KTM

Enduro LED Headlight Fairing For KTM XC-W EXC EXC-F XC-F SMCR Dirt Bike Headlamp
Color: White
**$167.20**
$177.20

Quantity [ 1 ▾ ]

**Delivery**

⦿ Est. delivery: Nov 9 – Nov 30
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 28 – Nov 10
USPS Parcel Select Ground
**$50.00**

Save up to $10

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $167.20 |
| Shipping | Free |
| Tax* | $10.45 |

**Order total**    **$177.65**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi ████ ! ▾   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ▾   My eBay ▾



Shop by category ▾   🔍 Search for anything   | All Categories ▾ |   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Body & Frame  ›  Fairings & Body Work

✉ f 🐦 📌  | Add to Watchlist

✓ This fits a KTM   | Select Year |

🔖 **SAVE UP TO $10**   See all eligible items ▶



Orange   White   Black

## Motocross MX Enduro Headlight For KTM XCW SXF XCF 250 350 450 Dirt Bike Headlamp

Condition: **New**

Compatibility:   See compatible vehicles

Housing Color:   | - Select - ▾ |

Quantity:   | 1 |   2 available

Price:   **US $168.90**

No Interest if paid in full in 6 mo on $99+*

US $178.90 (6% off)
ⓢ

| **Buy It Now** |

| Add to cart |

| ♡ Add to Watchlist |

**Free shipping**   30-day returns   Longtime member

Shipping:   **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou,Guangdong, China
Ships to: Worldwide   See exclusions

Delivery:   Estimated between **Mon. Nov. 9 and Mon. Nov. 30** ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   [PayPal] [VISA] [MasterCard] [American Express] [Discover]

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:   30 day Buyer pays for return shipping | See details

### Shop with confidence

ⓢ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
papandacycle (6272  )
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

## Similar sponsored items 1/2

Feedback on our suggestions



Dirt Bike LED Headlight Kit For KTM EXC XC XCF XCW...
**$166.90**
$178.90
+ $1.60 shipping
New



Dirt Bike LED Enduro Headlight Headlamp For...
**$79.52**
$85.50
+ $1.60 shipping
New



LED Headlight For KTM Enduro / EXC / EXC-F / XC...
**$172.90**
$182.90
+ $1.60 shipping
New



Supermoto LED Headlight For KTM EXC XCW XC SX...
**$167.20**
$177.20
+ $1.60 shipping
New



LED E8 Headlight Kit for KTM EXC Enduro XCF XC SX-F...
**$85.00**
$91.40
+ $1.60 shipping
New



Enduro Dirt Bike LED E8 Headlight Kit For KTM EXC...
**$86.30**
$92.80
+ $1.60 shipping
New

---

Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback





Hi ▮▮▮▮▮▮ ▾   Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ▾   My eBay ▾

Shop by category ▾    Search for anything    All Categories ▾    **Search**    Advanced

◀ Back to search results | Listed in category:   eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Other Motorcycle Parts  >  See more CNC 2pcs Motorcycle Engine Cover Camshaft Plug...    | Add to Watchlist



This fits a KTM    **Select Year**

🅱 SAVE UP TO **6%**   **See all eligible items ►**

### CNC 2PCS Motorcycle Engine Cover Camshaft Plug For KTM DUKE 125 200 390

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 06d 20h 58m |
| Quantity: | 1    4 available / 1 sold |
| Price: | US $7.90 |
|  | US $8.40 (6% off) ⓘ |

**Buy It Now**

**Add to cart**

| Best Offer: | **Make Offer** |
|---|---|
|  | ♡ Add to Watchlist |

30-day returns          Longtime member

Shipping: **$3.50** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: guangzhou, China
Ships to: Worldwide  See exclusions

Delivery: ★ Estimated between **Mon. Nov. 9 and Mon. Nov. 30** ⓘ
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

PayPal **CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
papandacycle (6272 ★)
98.8% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Have one to sell?  **Sell now**

### Similar sponsored items 1/2                    Feedback on our suggestions



| LQ 2PCS For KTM DUKE/RC 390 250 200 125 Front... | Engine Oil Filter Cover Cap For KTM 125 200 390 690... | Motorcycle CNC Front Brake Cylinder Fluid Reservoir... | Motorcycle Parts Front Brake Reservoir Fluid Tank... | Moto 2PCS For KTM DUKE/RC 390 250 200 125... | Orange CNC Rear Brake Pump Fluid Reservoir Cap... |
|---|---|---|---|---|---|
| $12.21 | $9.45 | $8.99 | $8.99 | $13.00 | $8.99 |
| $13.57 | $9.95 | New | New | $14.44 | + $0.99 shipping |
| Free shipping | + $3.00 shipping |  |  | Free shipping | Seller 99.5% positive |
| Seller 99.2% positive | Seller 99.5% positive | + $0.98 shipping | + $0.98 shipping | New |  |

### Sponsored items from this seller 1/2                Feedback on our suggestions











Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Footrests, Pedals & Pegs > Foot Pegs & Pedal Pads | Add to Watchlist

People who viewed this item also viewed

Motorcycle Brake Clutch Gear Peda...
$22.72
+ $3.99 shipping

CNC Brake Pedal Gear Shift Shifter...
$17.45
~~$19.39~~
Free shipping

For KTM Duke RC 125 200 390 CNC...
$18.99
Free shipping

CNC Billet Brake Pedal & Gear Shif...
$22.79
~~$23.99~~
Free shipping

CNC Foot Rear Brake Gear Shift...
$19.99
~~$24.99~~
Free shipping

Check if this part fits your vehicle Contact the seller

**BUY 1, GET 1 AT 7% OFF (add 2 to cart)** See all eligible items ▸

$ Have one to sell? Sell now

## Motorcycle Gear Shift Lever Shifter Pedal for KTM 125 200 390 Duke 2012-2015

Condition: New

Quantity: 1 2 available / 1 sold

Price: **US $26.77**

Buy It Now
Add to cart
Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. Oct. 19 and Mon. Nov. 16
Please note the delivery estimate is greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
paska2016 (71534 ★)
97.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Sponsored items from this seller 1/2 Feedback on our suggestions

2pcs Motorcycle Gear Shift Lever Pedal Rubber Black...
$5.47
Free shipping

3x Black Rubber Gear Shift Lever Cover Lever Pedal...
$6.85
Free shipping

5Pcs Durable Rubber Gear Shift Lever Cover Lever...
$8.60
Free shipping

Rubber Motorcycle Gear Shift Lever Cover Shoe...
$5.50
Free shipping

Universal Footrest Footpeg Pedal Foot Pegs Rest Mou...
$31.77
Free shipping

CNC Aluminum Shift Shifter Peg Black for Harley Tourin...
$9.07
Free shipping

Description | Shipping and payments | Report item

eBay item number: **133026980181**

Seller assumes all responsibility for this listing.

Last updated on Oct 05, 2020 06:08:53 PDT View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |

| MPN: | Does Not Apply | Color: | Black |
| Manufacturer Part Number: | Does Not Apply | Country/Region of Manufacture: | China |
| Material: | Aluminum Alloy | Designer/Brand: | Unbranded |
| Size: | 135mm | UPC: | Does not apply |
| ISBN: | Does not apply | EAN: | Does not apply |

**Motorcycle Gear Shift Lever Shifter Pedal for KTM 125 200 390 Duke 2012-2015**

**Description:**

100% brand New.

Precision machined bore to ensure a perfect fit.

Easy installation. These Levers are great replacement for your old Levers.

It features lightweight, high strength, durable and great looks than the stock levers.

Fit for KTM DUKE 390 2013-2017 KTM Duke 250 2017-2018 KTM DUKE 125/200

**Specification:**

Material:Aluminium Alloy

**Size Chart:**

Length:Approx. 135mm/5.3inch

**Package Includes:**

1 Pair Brake Lever

**Note:**

All dimensions are measured by hand, there may be small deviations.
Color may vary slightly due to the color setting of each individual monitor.











**Shipping And Handling Policy**

People always bought together with



**2x Motorcycle Bike Clamp On Foot Pegs**
US$31.98
Buy It Now
Free Shipping

**3x Black Rubber Gear Shift Lever Cover Lever**
US$4.58
Buy It Now
Free Shipping

**Driver Foot Pegs Footrests Footpegs for**
US$36.18
Buy It Now
Free Shipping

**CNC Foot Pegs Pedals Rests For Honda**
US$35.98
Buy It Now
Free Shipping

**5Pcs Dur Gear Shif**
US$8.5
Buy It Now
Free Ship

### Business seller information

Value Added Tax Number: IN AAKPC5600N1ZQ

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

---

🔖 **BUY 1, GET 1 AT 7% OFF** (add 2 to cart)*   See all eligible items ▸

**Hot Sale**
Discount will be applied when you add promotional items from paska2016 to your cart
All promotional offers from paska2016



**Racing Foot Pegs for Honda XR250R/XR400R/XR600R/XR65**
US $23.80



**Motorcycle Passenger Foot Peg Extensions Extended for Vespa GTS 300ie Titanium**
Was: US $34.24
Now: US $32.53



**2Pcs Throttle Accelerator Brake Pedals Footpegs for Go Kart UTV Brand New**
US $19.22



**Motorcycle Rearsets Footrests Footpeg Foot Rest Pegs Pedal 2pcs - Black**
US $10.26



**Black Front Rider Footboard Footpeg Footrest Pedals for Suzuki Boulevard C50**
US $50.63

➕ See all

* Value of least expensive qualifying item will be discounted from the subtotal amount, once per transaction.
Offer conditions Learn about pricing

You can change quantities in your cart.

---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions

‹

**Spanner Wrench for KTM SX XC XC-W SX-F XC-F XCF-...**
$9.45
$9.95
Free shipping
New

**Spanner Wrench for KTM SX XC XC-W SX-F XC-F XCF-...**
$9.45
$9.95
Free shipping
New

**For KTM 1290 Super Adventure S 2017 2018...**
$18.00
Free shipping
Seller 99.2% positive

**Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 S...**
$14.99
Free shipping
Almost gone

**Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 SX 25...**
$15.99
Free shipping
Almost gone

**Rear Foot Brake Pedal Left Shift Lever For KTM 690...**
$26.99
$29.99
Free shipping
New

›

Feedback 📝

---

Explore more sponsored options: Brand

| FXCNC | More | Ducati | Kawasaki |
|---|---|---|---|

10/6/2020











CNC Brake Clutch Gear Shift Pedal Lever For KT...
$19.79
$21.99
Free shipping
Last one

CNC Foot Rear Brake Gear Shift Pedal Levers...
$20.88
$21.98
+ $6.99 shipping
Almost gone

CNC Aluminum Rear Foot Brake Pedal Lever For...
$29.69
$32.99
+ $2.99 shipping

Motorcycle Shift Lever Foot Peg Bracket Footre...
$55.75
$67.99
Free shipping

Black Rear Footrest Foot Pegs For KAWASAKI Ninj...
$28.50
Free shipping
Almost gone

## Explore more sponsored options: Color

### Orange













CNC Folding Gear Shift Lever Pedal for KTM DUKE...
$23.13
$24.35
Free shipping

CNC Billet Foot Brake Pedal Set Gear Shifting Lever for...
$17.45
$19.39
Free shipping

Brake Clutch Gear Pedal Shift Levers For KTM Duke...
$37.79
$41.99
Free shipping

Rear Brake Pedal Step Plate+Gear Shifter Shift...
$11.13
Free shipping

For KTM 620/640/690/950/990/10...
$33.99
$35.78
+ $3.99 shipping
Popular

### More from this seller 1/2

Feedback on our suggestions

More to explore :













2pcs Motorcycle Gear Shift Lever Pedal Rubber Black...
$5.47
+ shipping

3x Black Rubber Gear Shift Lever Cover Pedal...
$6.85
+ shipping

5Pcs Durable Rubber Gear Shift Lever Cover lever...
$8.60
+ shipping

Rubber Motorcycle Gear Shift Lever Cover Shoe...
$5.50
+ shipping

Motorcycle Rubber Footrest Pedal Foot Peg Cover for...
$8.00
+ shipping

Universal Footrest Footpeg Pedal Foot Pegs Rest Mou...
$31.77
+ shipping

Back to search results

More to explore :   Motorcycle Shift Levers for KTM 390,   Unbranded Motorcycle Shift Levers for KTM 390,   Motorcycle Shift Levers for KTM 125,   Other Motorcycle KTM Duke 390s,
Motorcycle Shift Levers for KTM 200,   Unbranded Motorcycle Shift Levers for KTM 125,   Unbranded Motorcycle Shift Levers for KTM 200,   Motorcycle Shift Levers for KTM,
Motorcycle Handlebars, Grips & Levers for KTM 390,   Motorcycle Brake Levers for KTM 125

Return to top

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Feedback


Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄

[ Search for anything ]    All Categories ⌄    [ Search ]    Advanced

‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Footrests, Pedals & Pegs › Foot Pegs & Pedal Pads

✉ f 𝕏 🅿 | Add to Watchlist

---

### People who viewed this item also viewed



| Motorcycle Brake Clutch Gear Peda... $22.72 + $3.99 shipping | CNC Brake Pedal Gear Shift Shifter... $17.45 $19.39 Free shipping | For KTM Duke RC 125 200 390 CNC... $18.99 Free shipping | CNC Billet Brake Pedal & Gear Shif... $22.79 $23.79 Free shipping | CNC Foot Rear Brake Gear Shift... $19.99 $24.99 Free shipping |

---

ⓘ Check if this part fits your vehicle    Contact the seller

🔴 **BUY 1, GET 1 AT 7% OFF** (add 2 to cart)    See all eligible items ►



### Motorcycle Gear Shift Lever Shifter Pedal for KTM 125 200 390 Duke 2012-2015

Condition: New

Quantity: [ 1 ]    2 available / 1 sold

Price: **US $26.77**

[ **Buy It Now** ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

Free shipping    30-day returns    Longtime member

Shipping: **FREE** Standard Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Ships to: Worldwide    See exclusions

Delivery: ▮ Estimated between **Mon. Oct. 19 and Mon. Nov. 16** ⓘ
Please note the delivery estimate is **greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  ⬛  ⬛  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

⬤ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

paska2016 (71534 ⭐)
97.5% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items



---

### Sponsored items from this seller 1/2

Feedback on our suggestions



| 2pcs Motorcycle Gear Shift Lever Pedal Rubber Black... $5.47 Free shipping | 3x Black Rubber Gear Shift Lever Cover Lever Pedal... $6.85 Free shipping | 5Pcs Durable Rubber Gear Shift Lever Cover Lever... $8.60 Free shipping | Rubber Motorcycle Gear Shift Lever Cover Shoe... $5.50 Free shipping | Universal Footrest Footpeg Pedal Foot Pegs Rest Mou... $31.77 Free shipping | CNC Aluminum Shift Shifter Peg Black for Harley Tourin... $9.07 Free shipping |

---

Description | **Shipping and payments**    Report item

Seller assumes all responsibility for this listing.



### Shipping and handling

Item location: Shenzhen, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, South America, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Germany, Gibraltar, Guernsey, Jersey, Latvia, Liechtenstein, Lithuania, Macedonia, Moldova, Monaco, Montenegro, Norway, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Sweden,

Ukraine, United Kingdom, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bhutan, China, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Israel, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Yemen, American Samoa, Australia, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Philippines, Taiwan, Bermuda, Greenland, Saint Pierre and Miquelon

| | | | | |
|---|---|---|---|---|
| Quantity: 1 | Change country: United States | | ZIP Code: 60106 | Get Rates |

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard Shipping from outside US | Estimated between Mon. Oct. 19 and Mon. Nov. 16 |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

**Handling time**

Will usually ship within 1 business day of receiving cleared payment.

**Taxes**

Taxes may be applicable at checkout. Learn more

### Payment details

Payment methods





#### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

**Seller's payment instructions**

We only use PayPal's secure interface to accept payment. If you do not have a PayPal account, you can still use Visa, MasterCard or American Express or other Credit Card PayPal accepted via PayPal. Please check PayPal website for more information.

---

🔥 **BUY 1, GET 1 AT 7% OFF** (add 2 to cart)*   See all eligible items ▶

**Hot Sale**
Discount will be applied when you add promotional items from paska2016 to your cart    **All promotional offers from paska2016**

  

| | | | | |
|---|---|---|---|---|
| Racing Foot Pegs for Honda XR250R/XR400R/XR600R/XR65... | Motorcycle Passenger Foot Peg Extensions Extended for Vespa GTS 300ie Titanium | 2Pcs Throttle Accelerator Brake Pedals Footpegs for Go Kart UTV Brand New | Motorcycle Rearsets Footrests Footpeg Foot Rest Pegs Pedal 2pcs - Black | Black Front Rider Footboard Footpeg Footrest Pedals for Suzuki Boulevard C50 |
| US $23.80 | Was: US $34.24  Now: US $32.53 | US $19.22 | US $10.26 | US $50.63 |

See all

\* Value of least expensive qualifying item will be discounted from the subtotal amount, once per transaction.    You can change quantities in your cart.
Offer conditions Learn about pricing

---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

| | | | | | |
|---|---|---|---|---|---|
| Spanner Wrench for KTM SX XC XC-W SX-F XC-F XCF-... | Spanner Wrench for KTM SX XC XC-W SX-F XC-F XCF-... | For KTM 1290 Super Adventure S 2017 2018... | Soft Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 S... | Rubber Seat Cover For KTM 350 EXC-F/SX-F 50 SX 25... | Rear Foot Brake Pedal Left Shift Lever For KTM 690... |
| $9.45 | $9.45 | $18.00 | $14.99 | $15.99 | $26.99 |
| $9.95 | $9.95 | Free shipping | Free shipping | Free shipping | $29.99 |
| Free shipping | Free shipping | Seller 99.2% positive | Almost gone | Almost gone | Free shipping |
| New | New | | | | New |

Feedback


---




Hi! **Sign in** or **register**     Daily Deals    Brand Outlet    Help & Contact                           Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile


eBay MONEY BACK GUARANTEE


paska2016

**paska2016** (71534 ⭐) 📄 ①
**Positive Feedback (last 12 months): 97.5%** ①
Member since: Apr-18-16 in India
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
**Learn more**

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ①

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 998 | 5240 | 14940 |
| ⊕ | Neutral | 20 | 79 | 229 |
| ➖ | Negative | 39 | 155 | 362 |

### Detailed seller ratings ①

Average for the last 12 months

Accurate description
⭐⭐⭐⭐⭐ (12456)

Reasonable shipping cost
⭐⭐⭐⭐⭐ (13162)

Shipping speed
⭐⭐⭐⭐⭐ (12376)

Communication
⭐⭐⭐⭐⭐ (13034)

**All received Feedback**    Received as buyer    Received as seller    Left for others

362 Feedback received (viewing 1-25)    Revised Feedback: 128 ①

Search Feedback received as seller with an item title or ID: ①

| e.g. Vintage 1970's Gibson Guitars 🔍 |

Rating type: | Negative (362) ⌄ |    Period: | 12 Months ⌄ |



| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Two months later nonitem, half @$$ Tracking, waste of time and money!!!**<br>Gimbal Mount Shock-absorbing Plate Damper Ball for DJI Phantom 3 Standard<br>(#133146648953) | Buyer: m***n (1261 ⭐)<br>US $6.72 | Past month<br>**Reciprocal feedback** |
| ➖ **Seller supposed to put the item inside a box not a bag.**<br>1/200 Diecast Airplanes American B-52 Bomber Aircraft Model w/ Display Stand<br>(#133440164516) | Buyer: a***e (23 ⭐)<br>US $30.32 | Past month<br>**Reciprocal feedback** |
| ➖ **Never got this!**<br>Sleeveless Dress For 18" American Doll 43cm Baby Doll Clothes Generation, Gift<br>(#133462084027) | Buyer: p***t (1143 ⭐)<br>US $4.12 | Past month<br>**Reciprocal feedback** |
| ➖ **This is not a boat anchor dock line mooring spring as described! It is a toy!**<br>Boat Anchor Dock Line Mooring Spring 3mm*113mm Stainless Steel Adjustable<br>(#133147174598) | Buyer: n***t (234 ⭐)<br>US $12.46 | Past month<br>**Reciprocal feedback** |
| ➖ **47 days and package still not delivered**<br>Volume Power Flex On/Off Button Switch for Samsung Galaxy Tab 4 T530 T531<br>(#133024933196) | Buyer: i***r (362 ⭐)<br>US $1.40 | Past month<br>**Reciprocal feedback** |
| ➖ **Bad seller here... Don't buy taking forever to get here to the USA**<br>Long 33ft Rainbow Kite Tail Nylon Colourful Delta Kite Accessory Kids Toys<br>(#133029748784) | Buyer: -***5 (15 ⭐)<br>US $4.99 | Past month<br>**Reciprocal feedback** |
| ➖ **Tracking info was pre-written and seemed very fishy, even eBay agreed.**<br>4pcs Rubber Tires for WPL B14 B24 C14 C24 B36 RC Car Upgrade DIY Parts<br>(#133108813194) | Buyer: a***c (1127 ⭐)<br>US $7.54 | Past month<br>**Reciprocal feedback** |
| ➖ **never arrived**<br>50pcs 6mm Auto Car Bumper Fender Retainer Push Black Plastic Clips Fastener<br>(#133343522344) | Buyer: j***t (1184 ⭐)<br>US $4.42 | Past month<br>**Reciprocal feedback** |
| ➖ **have not recieved been way too long!!**<br>4 pcs Bulb Socket Tail Light Brake Lamp Holders for BMW X5 E70 63216943036<br>(#133391157398) | Buyer: t***t (240 ⭐)<br>US $6.39 | Past month<br>**Reciprocal feedback** |
| ➖ **Ordered a month ago, not received. Tracking number is FAKE. Looks like robbery !**<br>Sun Visor Clip Hook Clip Holder Gray Fit for Audi A4L Q5 A5 Q3 12-17 A6L<br>(#133386665160) | Buyer: n***n (106 ⭐)<br>US $1.69 | Past month<br>**Reciprocal feedback** |
| ➖ **Never received product**<br>Replacement EarPads Ear Pad Cushions for SONY MDR-V600 MDR-V900 V7509 Z600<br>(#133029623360) | Buyer: d***e (39 ⭐)<br>US $3.01 | Past month<br>**Reciprocal feedback** |

10/6/2020



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    Search for anything    All Categories ⌄    **Search**    Advanced



**paska2016** (71534 ★)
97.5% positive feedback

🏴 Items for sale    🏪 Visit store    ✉ Contact

♡ Save

Based in India, paska2016 has been an eBay member since Apr 18, 2016

**Feedback ratings** ⓘ                                        See all feedback

★★★★★ 12,456   Item as described     ➕ 14,940   〰 229   ➖ 362      ➕   Thank you!!
★★★★★ 13,034   Communication        Positive    Neutral   Negative         Oct 05, 2020
★★★★★ 12,376   Shipping time
★★★★★ 13,162   Shipping charges        Feedback from the last 12 months

1,497 Followers | 0 Reviews | Member since: Apr 18, 2016 | 📍 India

## Items for sale(23281)

See all items



Starter Motor 4...
US $58.26    4d left



ATV/UTV Replace...
US $48.20    4d left



2pack Winch Cab...
US $17.03    4d left



White Front Num...
US $12.17    4d left



1M Motorcycle D...
US $5.92    4d left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

10/6/2020



Shop by category ⌄   | 🔍 Search this Store | This Store ⌄ | **Search** | Advanced

eBay > eBay Stores > paska2016



## paska2016

1497 followers | **paska2016** (71534 ⭐) 97.5%

Welcome to our eBay store - paska2016. We sell high quality goods at competitive price ! Please add us to your favorite seller list and visit often. Thanks so much !

♡ Save this seller

**Category**

**All**
eBay Motors
Toys & Hobbies
Computers/Tablets & Networking
Consumer Electronics
Musical Instruments & Gear
Dolls & Bears
Cell Phones & Accessories
Cameras & Photo
Sporting Goods
Health & Beauty
Baby
Collectibles
Home & Garden
Clothing, Shoes & Accessories
Coins & Paper Money
Show More ⌄

| All Listings | Auction | Buy It Now |

1-48 of 22,856 Results

**Time: ending soonest ⌄**   ⊞ ⌄



5pcs Dark Green Model Trees 1:100 Guage Train Railway Park Street Architecture
$8.16
Free shipping
From China

10Pcs Black Opaque Six Sided Dice D6 6-Die Digital Dices for Roleplaying RPG DND
$5.95
Free shipping
From China

100 Pack Opaque Six Sided Dice D6 Square Dice 16mm for Board Game Toys White
$16.50
Free shipping
From China



24pcs 1:87 HO Guage Train Railroad Mix Standing People Passengers Figures Model
$9.53
Was: $10.03
Free shipping
From China



100Pcs Opaque D6 Spot Dices 16mm for Board Game Toys Party Supplies Green
$16.10
Free shipping
From China

1:14 WLtoys 144001 RC Car Upgrade Metal Kit Arms Drive Shaft Accessories
$74.07 to $75.26
Free shipping
From China



Waterproof Hand Crank Emergency Solar Radio Phone Charger Flashlight for Hiking
$21.11
Free shipping
From China



Aluminum Alloy Computer Graphics Card Stand Holder GPU VGABrace Detachable
$9.42
Free shipping
From China



Starter Motor 47CC 49cc 2Stroke Electric Start Engine Mini Dirt Chopper Bike
$58.26
Free shipping
From China





RC Exhaust Tube Extension Pipe Muffler for 1/8 1/10 Nitro Power Cars Red

$5.53
Free shipping

From China



ATV/UTV Replacement Contactor/Solenoid 12000lb Winches 12V 500A DC

$48.20
Free shipping

From China



2pack Winch Cable Hook Stopper Rubber Rope Line Saver for UTV Vehicle Black

$17.03
Free shipping

From China



White Front Number Plate License Mounting Bracket for KTM XCF SXF 125 250

$12.17
Free shipping

From China



4 Pieces RC Quadcopter Blade Propellers for MJX B2SE RC Drone Spare Parts

$10.11
Was: $10.64
Free shipping

From China



4 Pieces 3-leaf Blade Propeller for MJX B2SE RC Drone Four-axis Aircraft

$10.11
Was: $10.64
Free shipping

From China



Professional African Djembe Drum Bongo Wooden Good Sound Musical Instrument

$13.78
Free shipping
126 sold

From China



N20 Micro Motor Mount Set 100pcs Motor Mounting Bracket Toy Car Accessories

$7.14
Free shipping

From China



2 Pair Carbon Fiber Airscrew Propeller for DJI Mavic Air Spare Accessories

$15.64
Free shipping
12 watching

From China



8 Input 1 Output Video Audio A/V 3 RCA Switch Switcher Selector Box

$29.12
Free shipping

From China



Clear Plastic Coin Pocket Page Protectors Sheets (42- Pockets), 10 Pages

$10.24
Free shipping
105 sold

From China



Doll Plastic Wig Brush Hair Accessories Makeup Suit for Doll

$5.77
Free shipping

From China



3pcs Metal Drum Holder Base Plate Drum Rack Clamp Drum Tom Mount Bracket

$14.99
Free shipping
28 watching

From China



1M Motorcycle Dirt Bike ATV Fuel Gas Oil Delivery Tube Hose Line Petrol Pipe

$5.92
Free shipping

From China



10" Motorcycle Bike Tire Lever Tool Spoon Tyre Wheel Changing Repair Tool

$9.64

Free shipping

From China



Engine Stator Cover Guard Crash Pad Slider for Yamaha YZF R25 R3 14-16 Red

$41.53

Free shipping

From China



NEW GENUINE FOR HONDA ACCORD 2003-2007 4DR DRIVERS DOOR LOCK CYLINDER W/ KEY

$13.00

Free shipping

4 watching

From China



Black Rubber Jack Pad Frame Rail Protector Lift Pad for BMW X Series E84 X1

$7.62

Free shipping

From China



Holder Locator Rear Door Check Strap Bracket 9067600428 for Benz Sprinter

$12.94

Free shipping

From China



12cm Light-emitting Triple Bearing Soft Rubber Diabolo with String Sticks

$21.60 to $21.81

Free shipping

From China



1/6 Scale Underwear & Vest & Mini Skirt for 12inch Kumik Hot Toys

$15.88

Free shipping

10 watching

From China



PCIE 8-pin to PCIe 6+2-Pin Cable Extension 18AWG 30cm Sleeved Black and Red

$8.35

Free shipping

From China



1/6 White Shirt & Garter Stockings for 12" TBL HT Action Figures

$16.29

Free shipping

From China



10 Pack Snap Rivet Fasteners Kits Plastic for Speaker Net Grill Cover #042

$5.80

Free shipping

From China



RC Spare Parts Kit Propeller Gear Arm Motor for WLtoys E58 JY019 Quadcopter

$14.51

Free shipping

From China



A242-06 Electric Touring Racing Car Painted Body Shell for 1/24 Series Car

$7.77

Free shipping

From China



10pc Hex Aluminum Standoffs Column M3 for FPV RC Airplane Upgrade Parts 37mm

$9.44

Was: $9.94

Free shipping

From China



Electric Fan Wiring Install Kit Complete Thermostat 50 Amp Relay 185 SBC BB Set

$20.57

Free shipping

From China



Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category KTM All Categories Search Advanced

Include description

Items for sale from **paska2016** (71534) | Save this seller | Show results from all sellers

**Categories**

eBay Motors
- Other Motorcycle Parts
- Other Motorcycle Accessories
- Motorcycle Fairings & Bodywork
- Motorcycle Parts
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (38)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

paska2016 (71534)
Feedback rating: 71,534
Positive Feedback: 97.5%
Member since Apr-18-16 in India

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
paska2016

All Listings | Auction | Buy It Now Sort: Best Match View:

38 results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of 60106

Clear selections

**0** matching results

Find Results

Spanner Wrench for KTM SX XC XC-W SX-F XC-F XCF-W EXC-F EXC 2012-2015
Brand New
**$9.45** From China
Was: ~~$9.95~~
Buy It Now
**Free Shipping**
5% off
Watch

Spanner Wrench for KTM SX XC XC-W SX-F XC-F XCF-W EXC-F EXC 2012 - 2015
Brand New
**$9.45** From China
Was: ~~$9.95~~
Buy It Now
**Free Shipping**
5% off
Watch

1x Spanner Wrench for KTM SX XC XC-W SX-F XC-F XCF-W EXC-F EXC 2012-2015
Brand New
**$9.45** From China
Was: ~~$9.95~~
Buy It Now
**Free Shipping**
5% off
Watch

1x Chain Slider Swingarm Guide Lower Roller For KTM SX SXF XC 250 350 450
Brand New
**$6.22** From China
Buy It Now
**Free Shipping**
Watch

GPS Mounting Bracket Navigation Bracket for KTM Adv Adventure 1190 1290
Brand New
**$37.35** From China
Buy It Now
**Free Shipping**
Watch

Black Front Number Plate License Mounting Bracket for KTM XCF SXF 125 250
Brand New

10/6/2020



$12.00
Buy It Now
Free Shipping
👁 Watch

From China

White Front Number Plate License Mounting Bracket for KTM XCF SXF 125 250
Brand New



$12.17
Buy It Now
Free Shipping
👁 Watch

From China

Chain Slider Swingarm Guide Lower Roller fits For KTM SX 125 150 250 16-18
Brand New



$3.55
Buy It Now
Free Shipping
👁 Watch

From China

Vergaser For KTM50 KTM 50 SX Pro Junior Dirt Bike - Carburetor
Brand New



$19.41
Buy It Now
Free Shipping
👁 Watch

From China

Motorcycle Fork Pressure Relief Valve for KTM M4 x 0.7mm Orange
Brand New



$8.08
Buy It Now
Free Shipping
👁 Watch

From China

NEW GPS Phone Navigation Bracket Holder For KTM 1290 Super Adventure S R
Brand New



$12.30
Buy It Now
Free Shipping
👁 Watch

From China

Motorcycle Gear Shift Lever Shifter Pedal for KTM 125 200 390 Duke 2012-2015
Brand New



$26.77
Buy It Now
Free Shipping
2 Watching
👁 Watch

From China

Oil Filter fits for KTM 350 XCF-W 2012-2014,400 XC-W 2008-2010,450 EXC 2009-11
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

▬▬▬▬
1001 Foster Ave
Bensenville, IL 60106-1445
United States
▬▬▬▬

Change

---

### Review item and shipping

Seller: paska2016 | Message to seller



Motorcycle Gear Shift Lever Shifter Pedal for KTM 125 200 390 Duke 2012-2015

**$26.77**

Quantity [ 1 ▾ ]

**Delivery**
Est. delivery: Oct 19 – Nov 16
Standard Shipping from outside US
**Free**

---

### Gift cards, coupons, eBay Bucks

Enter code: _____ [ Apply ]

---

### Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount [ None ▾ ]

---

| Subtotal (1 item) | $26.77 |
|---|---|
| Shipping | Free |
| Tax* | $1.67 |
| **Order total** | **$28.44** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED











Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts | Add to Watchlist

Check if this part fits your vehicle | Contact the seller

**BUY 1, GET 1 AT 7% OFF (add 2 to cart)** See all eligible items ▸

Have one to sell? Sell now

# Spanner Wrench for KTM SX XC XC-W SX-F XC-F XCF-W EXC-F EXC 2012-2015

Condition: New

Sale ends in: 01d 07h 02m

Quantity: 1 | 7 available / 2 sold

Price: **US $9.45**
~~US $9.95~~ (5% off)

Buy It Now | Add to cart | Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shenzhen, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. Oct. 19 and Mon. Nov. 16
Please note the delivery estimate is greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, MasterCard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

paska2016 (71534 ★)
97.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Gear Shifter Shift Lever Tip Fit KTM EXC EXCF XC XCF...
$8.43
Free shipping
Seller 99% positive

Spanner Wrench for KTM SX XC XC-W SX-F XCF-...
$9.45
~~$9.95~~
Free shipping
New

Shock Absorber Spanner Wrench Puller Tool for KTM...
$9.47
~~$10.18~~
Free shipping
New

Gear Shifter Shift Lever Tip For KTM EXC EXCF XC XC...
$9.50
Free shipping
Almost gone

Pair Orange CNC Clutch & Brake Lever for KTM 250 3...
$19.79
~~$21.99~~
Free shipping
New

Control Cover For KTM SX250 XCW300 HUSABER...
$13.50
Free shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback

# Spanner Wrench for KTM SX XC XC-W SX-F XC-F XCF-W EXC-F EXC 2012 - 2015

| Condition: | New |
|---|---|
| Sale ends in: | 01d 07h 01m |
| Quantity: | 1 | 20 available / 1 sold |

**Price:** US $9.45
~~US $9.95~~ (5% off)

- **Buy It Now**
- **Add to cart**
- Add to Watchlist

Free shipping · 30-day returns · Longtime member

| Shipping: | **FREE** Standard Shipping from outside US | See details |
International shipment of items may be subject to customs processing and additional charges. |
Item location: Shenzhen, China |
Ships to: Worldwide See exclusions |
| Delivery: | Estimated between **Mon. Oct. 19 and Mon. Nov. 16** |
Please note the delivery estimate is greater than 8 business days. |
Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA MasterCard American Express Discover |

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | 30 day Buyer pays for return shipping | See details |

### Shop with confidence
**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
paska2016 (71534 ⭐)
97.5% Positive feedback

- Save this Seller
- Contact seller
- Visit store
- See other items

$ Have one to sell? **Sell now**

## Similar sponsored items 1/2

Feedback on our suggestions



| Spanner Wrench for KTM SX XC XC-W SX-F XC-F XCF-... | Gear Shifter Shift Lever Tip Fit KTM EXC EXCF XC XCF... | Gear Shifter Shift Lever Tip For KTM EXC EXCF XC XCF... | Fork Air Bleeder Pressure Relief Valve Fit For KTM SX... | Oil Filter Cover For KTM 450SXF/ATV XCF XCW... | 1X Exhaust Tailpipe Tail Pipe Guard For KTM SX SXF EX... |
|---|---|---|---|---|---|
| $9.45 ~~$9.95~~ | $8.43 | $9.50 | $4.50 | $9.99 | $10.00 |
| Free shipping | Free shipping | Free shipping | + $0.30 shipping | Free shipping | Free shipping |
| New | Seller 99% positive | Almost gone | New | Seller 99.5% positive | New |

## Sponsored items from this seller 1/2

Feedback on our suggestions



Feedback



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact            Sell    Watchlist ⌄    My eBay ⌄

**ebay**   Shop by category ⌄   🔍 Search for anything    All Categories ⌄   **Search**   Advanced

⟨ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work     ✉ 📘 🐦 📌 | **Add to Watchlist**

---

### People who viewed this item also viewed



| | | | | |
|---|---|---|---|---|
| Dirt Bike LED Enduro Headlight... | LED Headlight For KTM Enduro / EX... | Swingarm Protector KTM... | MotocrossHeadlight Headlamp... | Acerbis Radiator Shrouds - '01 KTM... |
| **$79.52** | **$172.90** | **$19.73** | **$79.52** | **$46.90** |
| ~~$85.50~~ | ~~$182.98~~ | ~~$20.99~~ | ~~$85.50~~ | ~~$52.95~~ |
| + $1.60 shipping | + $1.60 shipping | Free shipping | + $1.60 shipping | + $25.82 shipping |

---

ⓘ   Check if this part fits your vehicle    **Select Vehicle**

🏷 **SAVE UP TO 7%**   See all eligible items ▸







### Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC XC-W EXC-F 250-500 690 SMCR

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 01d 02h 07m |
| Color: | - Select - ⌄ |
| Quantity: | 1    More than 10 available / 1 sold |

**Price:** **US $74.86**
~~US $80.50~~ (7% off) ⓘ

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

---

**Free shipping** | 30-day returns | Longtime member

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou,Guangdong, China |
| | Ships to: Worldwide See exclusions |
| Delivery: | ⚡ Estimated between **Mon. Nov. 9 and Mon. Nov. 30** ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 17 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | 💳 PayPal VISA 💳 💳 💳 |
| | **PayPal CREDIT** |
| | Special financing available. See terms and apply now |
| | 💳 Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

---

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
pazomaracing (15410 ⭐)
98.9% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

💲 Have one to sell?   **Sell now**

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

    

| | | | | |
|---|---|---|---|---|
| Motorcycle Dirt Bike LED Headlight Fairing For Hond... | Motocross Dirt Bike Enduro Headlight Fairing For Hond... | Motorcycle Dirt Bike Headlight Headlamp Fairing... | For Yamaha YZF R1 02-03 Streetbike 78 Pcs Complet... | Motocross Dirt Bike Front Headlight Fairing For... | Motocross Dirt Bike Headlight Headlamp For... |
| **$55.24** | **$21.48** | **$26.32** | **$12.78** | **$31.61** | **$29.75** |
| ~~$59.40~~ | ~~$23.10~~ | ~~$28.30~~ | ~~$13.60~~ | ~~$33.99~~ | ~~$31.99~~ |
| + $9.90 shipping | + $7.40 shipping | + $8.20 shipping | + $5.50 shipping | + $6.50 shipping | + $8.40 shipping |

---

**Description** | **Shipping and payments**        **Report item**



Seller assumes all responsibility for this listing.

Last updated on Oct 06, 2020 20:14:48 PDT  View all revisions

eBay item number:  303673665718

## Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|------|------|-------|----------|--|
| -Select- ▾ | -Select- ▾ | -Select- ▾ | -Select- ▾ | Go |

[show all compatible vehicles]

✓ This part is compatible with 28 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2017 | KTM | 150 | XCW |
| | 2016 | KTM | 200 | XCW |
| | 2015 | KTM | 200 | XCW |
| | 2014 | KTM | 200 | XCW |
| | 2018 | KTM | 250 | XCW |
| | 2017 | KTM | 250 | XCW |
| | 2016 | KTM | 250 | XCW |
| | 2015 | KTM | 250 | XC-F |
| | 2015 | KTM | 250 | XCW |
| | 2014 | KTM | 250 | XCW |
| | 2018 | KTM | 300 | XC-W Six Days |
| | 2018 | KTM | 300 | XCW |
| | 2017 | KTM | 300 | XCW |
| | 2016 | KTM | 300 | XC-W Six Days |
| | 2016 | KTM | 300 | XCW |
| | 2015 | KTM | 300 | XCW |
| | 2014 | KTM | 300 | XCW |
| | 2016 | KTM | 350 | EXC F |
| | 2015 | KTM | 350 | EXC F |
| | 2014 | KTM | 350 | EXC F |

Page 1 of 2     ‹ 1 2 ›

Portions of the information contained in this table have been provided by pazomaracing

## Item specifics

| | | | |
|--|--|--|--|
| Condition: | New | Brand: | Pazoma |
| Fitment1: | For 200 XC-W 2014 2015 2016 2017 2018 | Manufacturer Part Number: | YM-189 |
| Fitment2: | For 250 XC-W 2014 2015-2016 250 XC-F 2015 | Technology: | LED |
| Fitment3: | For 300 XC-W 2014 2015 2016 2017 2018 | Placement on Vehicle: | Front |
| Fitment4: | For 300 XC-W six days 2014 2015 2016 2017 2018 | UPC: | 699915958942 |
| Fitment5: | For 350 EXC-F 2014 2015 2016 | EAN: | 699915958942 |
| Fitment6: | For 500 EXC 2014 2015 2016 | ISBN: | 699915958942 |
| Fitment7: | For 500 EXC six days 2016 2017 | Type: | Headlight |
| Fitment8: | For 690 SMCR 2019-2020 | Material: | Aluminum housing + polycarbonate lenses+plastic |
| Bulb type: | LED, 12V, 30W, 6000K | Style: | Dirt Bike LED Headlight Head lamp |
| Fit: | KTM | Fitment: | For KTM EXC XC-W EXC-F |
| Country/Region of Manufacture: | China | | |

## Pazoma Online Store

pazomaracing (15410 ⭐ )  98.9%

Visit Store:  Pazoma Online Store

## Categories

## You may like

| Motocross Dirt Bike Headlight Fairing For KTM 69 0 Enduro R SMC R 19-20 | HS1 Bulb Dual Hi/Lo Headlight For Yamaha WR250F 2015 20 16 WR450F 2012-16 Black | Dirt Bike LED Enduro Headligh t Headlamp For KTM EXC XC F XCW SXF 250 300 350 450 | LED Hi/Low Beam Headlamp 6 500K Headlight For KTM SX/S X-F EXC/ECX-F 250-350-450 | Enduro Dirt Bike E8 LED Head light Kit For KTM EXC XC-W E XC-F 250-500-690 SMCR | En ad EX XC |
|--|--|--|--|--|--|
| 28.55 USD | 29.75 USD | 79.52 USD | 168.30 USD | 74.86 USD | 86 |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Bu |
| | | Free shipping | Free shipping | Free shipping | Fr |

Motorcycle Fairing     ›

Bracket

Mirrors

Handlebars & Accessories

Brake Clutch Lever

Foot Peg Parts

Luggage & Saddlebags

Radiator Parts & Oil cooler

Gas Tanks,Protector&Cover

Engine Parts

Exhaust Muffler

Sissy Bar Passenger&Cushion

Adjustable Lowering Link

Kickstand & Parts

Motorcycle Accessories

Recommend Motorcycle Model

Motorcycle Light

Auto Accessories

Other

| Enduro Dirt Bike 6000K LED E8 Headlight for KTM EXC XCF SXF XCW 250-450 Six Day | For KTM XCF XCW SXF 250 300 350 450 Six Day Dirt Bike 6000K LED Headlamp Fairing | Motocross Dirt Bike Headlight Headlamp Fairing For Honda Yamaha WRF 450/426/250 | For KTM 125-530 SX XC EXC SXF XC-W XCF-W MX Motorcycle HI/LO Beam Headlight Kit | Motorcycle Dirt Bike LED Headlight Fairing For Honda CRF450L CRF450XR 2019-2020 | M He CF 26 |
|---|---|---|---|---|---|
| 85.00 USD | 99.04 USD | 27.99 USD | 172.90 USD | 55.24 USD | Bu |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | |
| Free shipping | Free shipping | | Free shipping | | |

Payment    Shipping Time    Feedback    About us    Return

Add my Store to your Favourites and receive my email newsletters about new items and special promotions!

SIGN UP NOW !

You may also like



7% off

Motorcycle Dirt Bike Headlight Headlamp Fairing For Honda CRF450L CRF450XR 19-20

26.32 USD

Buy it now

7% off

Motocross Dirt Bike Headlight Headlamp Fairing For Honda Yamaha WRF 450/426/250

27.99 USD

Buy it now

**Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC XC-W EXC-F 250-500 690 SMC**








Product Description

## Details

LED technology, specially developed for KTM Enduro models

Very high light power

Light intensity 1500 Lumen

Light color approx. 5500 Kelvin

Exceptionally robust

100% brand new condition, high quality

Housing Color:Black, Orange, White

Bulb type: LED, 12V, 30W, 6000K

Material: aluminum housing + polycarbonate lenses+plastic

## Package include:

1x LED Headlight

## Fitment:

For KTM EXC XC-W EXC-F

For 200 XC-W 2014

For 250 XC-W 2014

For 300 XC-W 2014

For 300 XC-W six days 2014

For 350 EXC-F 2014

For 500 EXC 2014

For 200 XC-W 2015

For 250 XC-F 2015

For 250 XC-W 2015

For 300 XC-W 2015

For 300 XC-W six days 2015

For 350 EXC-F 2015

For 500 EXC 2015

For 200 XC-W 2016

For 250 XC-W 2016

For 300 XC-W 2016

For 300 XC-W six days 2016

For 350 EXC-F 2016

For 500 EXC 2016

For 500 EXC six days 2016

For 150 XC-W 2017

For 250 XC-W 2017

For 300 XC-W 2017

For 300 XC-W six days 2017

For 450 EXC-F six days 2017

For 500 EXC-F six days 2017

For 150 XC-W 2018

For 250 XC-W 2018

For 250 XC-W TPI 2018

For 300 EXC TPI 2018

For 300 XC-W 2018

For 300 XC-W six days 2018

For 690 SMCR 2019-2020

**NOTE:**

Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility. Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

Payment

**1.**We ONLY accept PayPal and ship item(s) to PayPal's verified address ONLY.
**2.**Our prices do NOT include any customs duty or tax.
**3.**Payment must be made within 7 days after you win the auction.
**4.**Non-Paying bidders will be reported.
**5.**No other payment method will be acceptable

Delivery details

**Shipping Time:**
Sometimes shipping time may has a little delay, such as Customs check packages strictly ,bad weather,holidays. USA, UK, Canada, Aus
around 7-18 working days(Excluding weekend and Holidays).Other countries need around 2-4 weeks.We strive our best to provide you t
shipping service. If you do not receive your item on time, please contact us immediately for further assistance.Thank you for your unders

**International Taxes And Duty Fees:**
Import duties, taxes and charges are not included in the item price or shipping charges.We will mark "Gifts" on custom form. The buyers
international taxes & duty fees, which may be charged upon delivery.Please check with your country's customs office to determine what t
prior to bidding/buying.

**Packaging:**
1.All items are checked before dispatch and are carefully hand-packed by our in-house team.
2.We always taking great care packaging every item to ensure safe and perfect condition to you.
3.We will make every effort to prevent damage in transit.

**Please Note:**

Please note your Telephone when your payment.Telephone are must for international express shipping.

Return

### Return Details:

**1.** If you are not 100% satisfied with the item, please let us know the detailed problem.We will help you resolve the problem as soon as p

**2.** If you received an incorrect, damaged, defective, or item not as described, please contact us.We will give you a best solution.

**3.** If you want to return the item,please contact us within 14 days after package received .Return products must also be in its original co packaging and all other accessories. Returns that are a result of customer error will be subject to an actual shipping fee deduction from t

**4.** Buyer should pay for the return shipping fee if All Non-Seller Mistake returns for refund (E.g. you brought wrong size or wrong item).

**5.** Please make sure the item have NO man-made sabotage. If you broken it , please NOTE that the shipping and handling fee will not b responsible for the postal cost of returning the items
Items returned must be in the same condition that they were received.

### How to return

**1.** Please contact us for Return Merchant Authorization Number (RMA) and return address .

**2.** Shipping back the package . The RMA must be clearly written on the return package,Otherwise the package will be refused.

**3.** Mail us the return tracking number.

**4.** All returns will be inspected prior to a credit being issued.

About us

### Working Hours
### From Monday To Friday(Beijing Time 9:00-18:00)

**1.** We try our best to reply to your emails as soon as possible, however, due to high volume of daily incoming emails and time zone differe reply your emails immediately. Please allow 1 business days for us to response. If you do not receive any reply from us, please check yo mailbox has not reached full size.

**2.** Due to some ISP SPAM filter settings, you may not be able to receive our replies; If you have problems receiving our emails, you may email account to contact us.

**3.** Please give us the opportunity to resolve any problem. We understand the concerns and frustrations you might have, and will try our b Please email us before leaving any negative feedback or open any dispute on PayPal.

**4.** We care about our valued customers, and will always try to help you. So if you have any problems, please e-mail us immediately.

Feedback

**1.** We hope to give you a positive eBay experience by working hard, and we expect to receive a positive feedback and Detailed Selling all of the feedback categories from the buyer upon receiving the item .

**2.** If you have any problem on our items or service, please don't hesitate to contact us before you leave any Neutral/Negative feedback, you resolve the problem.

**3.** Communication is the best way to solve problem.Thank you for your understanding.

Payment   Shipping   Return policy   About us   Contact us

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

## You may like

| | | | | | |
|---|---|---|---|---|---|
| DC 12V 6000k LED Headlight For Honda Kawasaki Suzukki Yamaha Dirt Pit Bike Black | H4 Halogen Headlight Fairing For KTM SMC XC 250 300 Suzuki Enduro Cross Headlamp | MX Supermoto Headlight Lamp Mask Assembly Kit For KTM EXC MXC LC4 520 525 450 U | For Husqvarna FE 250 350 45 0 501 TE 125 150 Supemoto H S1 12V 35W Headlight Lamp | DC12V 60W LED Headlight He ad Light Lamp For KTM SX SX F XC EXC XCW Streetfighter | He on htc |
| 26.03 USD | 26.03 USD | 25.10 USD | 28.82 USD | 167.20 USD | 31 |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Bu |
| | | | | Free shipping | Fr |
| For KTM 125-530 SX XC EXC SXF XC-W XCF-W MX Motorc ycle HI/LO Beam Headlight Kit | LED Headlight Assembly DRL HI/LO Beam For Yamaha Suzu ki KTM EXC-F EXC-F SIX DAY | Motocross Enduro Bike LED H eadlight For KTM SX-F XC-W XC-F EXC 250 300 450 14-20 | Dirt Bike LED Hi/Lo Beam Hea dlight Lamp MX Enduro For KT M XCF XCW 250 350 450 | For Suzuki DRZ RMZ RM TS RM Dual Sport Motorcycle Dirt Bike Headlight Fairing | Di an Su 28 |
| 172.90 USD | 172.90 USD | 172.90 USD | 172.90 USD | 28.27 USD | Bu |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Fr |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | |

powered by

**SAVE UP TO 7%**   See all eligible items ▶

Dirt Birt Part
Marked down item price reflects all savings. Items provided by pazomaracing

**All promotional offers from pazomaracing**



| | | | | |
|---|---|---|---|---|
|  | |  |  | |
| HS1 Bulb Dual Hi/Lo Headlight For Yamaha WR250F 2015 2016 WR450F 2012-16 Black | Motocross Front Fender Mudguard For Kawasaki KLX250S D-Tracker X 250 2009-2019 | Motocross Front Side Oil Tank Cover Cowl Fairing Panel For Kawasaki KLX250S/SF | Motocross HS1 Bulb Dual Hi/Lo Headlight For Yamaha Honda kawasaki Suzuki White | Motocross Dirt Bike LED Taillight Rear Fender Mudguard For Honda CRF230F 2015-19 |
| Was: US $31.99 | Was: US $24.90 | Was: US $45.40 | Was: US $31.99 | Was: US $22.70 |
| Now: US $29.75 | Now: US $23.16 | Now: US $42.22 | Now: US $29.75 | Now: US $21.11 |

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions | Learn about pricing

You can change quantities in your cart.

---

### Sponsored items based on your recent views  1/4

Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
|  |   | |  | | |
| For KTM 125-530 SX XC EXC SXF XC-W XCF-W MX... | Dirt Bike LED Enduro Headlight Headlamp For... | Dual Sport Motorcycle Enduro LED Headlight... | Motorcycle Front Number Plate For KTM 125-530 EXC... | Acerbis 12-13 KTM 300XCW Plastic Kit (Black) | Enduro Dirt Bike LED Headlight Kit For KTM SX... |
| $172.90 | $79.52 | $99.04 | $8.93 | $159.95 | $79.52 |
| $182.90 | $85.50 | $106.50 | $9.60 | $164.95 | $85.50 |
| + $1.60 shipping | + $1.60 shipping | + $1.40 shipping | + $5.40 shipping | + $101.70 shipping | + $1.60 shipping |
| New | New | New | New | Seller 99.7% positive | New |

---

### Explore more sponsored options: Brand

**KTM**   More



| Dirt Bike MX Enduro LED Headlight Fairing For KT... | Supermoto LED Headlight For KTM EXC XCW XC S... |
|---|---|
| $167.20 | $167.20 |
| $177.20 | $177.20 |
| + $1.60 shipping | + $1.60 shipping |

**Polisport**



| Polisport Complete Stock Colors Plastic Kit For KT... | Polisport Plastic Kit Black For KTM 250-500 EXC... |
|---|---|
| $132.56 | $157.46 |
| $155.95 | $174.95 |
| + $46.94 shipping | + $91.42 shipping |

**Acerbis**



Acerbis Plastic Body Kit For KTM 125 200 450 52...
$125.95
$139.95
+ $82.59 shipping

---

### Explore more sponsored options: Manufacturer Part Number

**YM-047**   More



| Motocross Dirt Bike Headlight Headlamp... | Supermoto Dirt Bike Headlight Fairing For... | Universal Headlight For Yamaha WR WRF YZ YZF... |
|---|---|---|
| $27.99 | $27.99 | $27.99 |
| $30.10 | $30.10 | $30.10 |
| + $8.90 shipping | + $8.90 shipping | + $8.90 shipping |
| | | Popular |

**YM-176**   More



| Dirt Bike LED Headlight Kit For KTM EXC XC XCF XC... | For KTM SX XC EXC XCW SXF XCF125 250 350 450... | Dirt Bike MX Enduro LED Headlight For KTM EXC X... |
|---|---|---|
| $166.90 | $168.90 | $168.90 |
| $178.90 | $178.90 | $178.90 |
| + $1.60 shipping | + $1.60 shipping | + $1.60 shipping |

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ∨   My eBay ∨

ebay   Shop by category ∨ | 🔍 Search for anything | All Categories ∨ | **Search** | Advanced

‹ Back to search results | Listed in category: | eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work        ✉ f t P | Add to Watchlist

---

### People who viewed this item also viewed

 Dirt Bike LED Enduro Headlight...
$79.52
~~$85.50~~
+ $1.60 shipping

 LED Headlight For KTM Enduro / EX...
$172.90
~~$182.90~~
+ $1.60 shipping

 Swingarm Protector KTM...
$19.73
~~$20.99~~
Free shipping

 MotocrossHeadlight Headlamp...
$79.52
~~$85.50~~
+ $1.60 shipping

 Acerbis Radiator Shrouds - '01 KTM...
$46.90
~~$52.95~~
+ $25.82 shipping

---

 Check if this part fits your vehicle    | Select Vehicle |

🔥 **SAVE UP TO 7%**  See all eligible items ▸




‹      ›

💲 Have one to sell?  | Sell now |

### Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC XC-W EXC-F 250-500 690 SMCR

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 01d 02h 07m |
| Color: | - Select - ∨ |
| Quantity: | 1   More than 10 available / 1 sold |

**Price:** US **$74.86**
US ~~$80.50~~ (7% off) ⓘ

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

**Free shipping** | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou,Guangdong, China
Ships to: Worldwide  See exclusions

Delivery: ⊡ Estimated between **Mon. Nov. 9 and Mon. Nov. 30** ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  🖃  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

---

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
pazomaracing (15410 ⭐)
98.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Sponsored items from this seller 1/2                          Feedback on our suggestions

‹       ›

Motorcycle Dirt Bike LED Headlight Fairing For Hond...
$55.24
~~$59.40~~
+ $9.90 shipping

Motocross Dirt Bike Enduro Headlight Fairing For Hond...
$21.48
~~$23.10~~
+ $7.40 shipping

Motorcycle Dirt Bike Headlight Headlamp Fairing...
$26.32
~~$28.30~~
+ $8.20 shipping

For Yamaha YZF R1 02-03 Streetbike 78 Pcs Complet...
$12.78
~~$13.60~~
+ $5.50 shipping

Motocross Dirt Bike Front Headlight Fairing For...
$31.61
~~$33.99~~
+ $6.50 shipping

Motocross Dirt Bike Headlight Headlamp For...
$29.75
~~$31.99~~
+ $8.40 shipping

---

| Description | Shipping and payments |                                      Report item

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: Guangzhou,Guangdong, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Middle East, South America, Albania, Andorra, Austria, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Czech Republic, Estonia, Gibraltar, Greece, Guernsey, Iceland, Ireland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Cambodia, Laos, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, PO Box

Quantity: | 1 |   Change country: | United States |   ZIP Code: | 60106 |   Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Mon. Nov. 9 and Mon. Nov. 30** |
| US $50.00 | United States | Economy Shipping (USPS Parcel Select Ground®) | Estimated between **Wed. Oct. 28 and Tue. Nov. 10** |

* **Estimated delivery dates** include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. **Learn more** |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to **eBay Return policy** for more details. You are covered by the **eBay Money Back Guarantee** if you receive an item that is not as described in the listing.

## Payment details

| Payment methods |
|---|





### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. **See terms**

The PayPal Credit account is issued by Synchrony Bank.

### Seller's payment instructions

1.We ONLY accept PayPal and ship item(s) to PayPal's verified address ONLY. 2.Our prices do NOT include any customs duty or tax. 3.Payment must be made within 7 days after you win the auction. 4.Non-Paying bidders will be reported. 5.No other payment method will be acceptable. 6.Payment must be made within 7 days.

🔖 **SAVE UP TO 7%**   **See all eligible items ►**

### Dirt Birt Part
Marked down item price reflects all savings. Items provided by pazomaracing          **All promotional offers from pazomaracing**



| | | | | | See all |
|---|---|---|---|---|---|

**HS1 Bulb Dual Hi/Lo Headlight For Yamaha WR250F 2015 2016 WR450F 2012-16 Black**
Was: ~~US $31.99~~
Now: **US $29.75**

**Motocross Front Fender Mudguard For Kawasaki KLX250S D-Tracker X 250 2009-2019**
Was: ~~US $24.90~~
Now: **US $23.16**

**Motocross Front Side Oil Tank Cover Cowl Fairing Panel For Kawasaki KLX250S/SF**
Was: ~~US $45.40~~
Now: **US $42.22**

**Motocross HS1 Bulb Dual Hi/Lo Headlight For Yamaha Honda kawasaki Suzuki White**
Was: ~~US $31.99~~
Now: **US $29.75**

**Motocross Dirt Bike LED Taillight Rear Fender Mudguard For Honda CRF230F 2015-19**
Was: ~~US $22.70~~
Now: **US $21.11**

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
**Offer conditions/Learn about pricing**          You can change quantities in your cart.

Sponsored items based on your recent views 1/4          Feedback on our suggestions



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay    Shop by category ⌄    [🔍 Search for anything]    [All Categories ⌄]    [**Search**]    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile



ebay MONEY BACK GUARANTEE



**pazomaracing** (15410 ⭐) 📑 ⓘ
**Positive Feedback (last 12 months): 98.9%** ⓘ
Member since: Jul-30-11 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

### Member Quick Links
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 118 | 828 | 1693 |
| ◉ Neutral | 3 | 15 | 21 |
| ➖ Negative | 3 | 12 | 16 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (1455) | ⭐⭐⭐⭐⭐ (1476) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (1452) | ⭐⭐⭐⭐⭐ (1411) |

---

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

16 Feedback received (viewing 1-16)                                     Revised Feedback: 51 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

[e.g. Vintage 1970's Gibson Guitars]  [🔍]

Rating type: [Negative (16) ⌄]    Period: [12 Months ⌄]

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Defective product**<br>Motocross Dirt Bike Headlight Headlamp Fairing For Honda Yamaha WRF 450/426/250 (#303348166474) | Buyer: m***l (71⭐)<br>US $27.99 | Past month<br>Reciprocal feedback |
| Reply by pazomaracing. Left within past month.<br>Solving the problem , thanks | | |
| ➖ **Arrived with manufactured defects in a scratch and seller would not replace them**<br>2Pcs Chrome Battery Side Fairing Cover For Honda Shadow Aero VT400 VT750 2004-11 (#293302146192) | Buyer: r***g (550⭐)<br>US $65.94 | Past month<br>Reciprocal feedback |
| Reply by pazomaracing.Left within past month.<br>Solving the problem , thanks | | |
| ➖ **but never communicate with the seller pie I exchange it**<br>Chrome Steel Seat Luggage Rear Fender Rack For Harley FLHT FLHR FLHX FLT 97-15 (#292880447110) | Buyer: t***4 (13⭐)<br>US $38.41 | Past month<br>Reciprocal feedback |
| Reply by pazomaracing. Left within past month.<br>Hi, any questions you have please contact us first , thanks . | | |
| ➖ **Package arrived wet and stinking. Had been damaged during freight in sea water**<br>50ft Roll Racing Exhaust Header Wrap Tape A Ties Manifold Pipe Fiberglass Black (#293109180517) | Buyer: e *** v  ( 8 )<br>US $21.39 | Past 6 months<br>Reciprocal feedback |
| ➖ **Took very long time. Holes don't line up. Junk china**<br>Motocross Front Fender Mudguard For Kawasaki KLX250S D-Tracker X 250 2009-2019 (#293531848315) | Buyer: k***0 (283⭐)<br>US $23.16 | Past 6 months<br>Reciprocal feedback |
| Reply by pazomaracing. Left within past 6 months.<br>Solving the problem ,thanks | | |
| ➖ **I still don't have my light and it was supposed to be here on the 4th of august**<br>LED Orange Dirt Bike Motorcycle Headlight Lamp For KTM EXC MXC LC4 520 525 450 (#292539422121) | Buyer: h***i (51⭐)<br>US $27.91 | Past 6 months<br>Reciprocal feedback |
| Reply by pazomaracing.Left within past 6 months.<br>Solving the problem , thanks . | | |

ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old.

| ➖ **It was a product on the same side**<br>Motorcycle Front Fork Leg Reflectors Stickers Warning Light Universal for Harley (#293587074188) | Buyer: c***i (153⭐)<br>US $8.30 | Past 6 months<br>Reciprocal feedback |



See all items

## Items for sale(5324)



Vintage 5 3/4" ...
US $79.05    42m left



Front & Rear Sh...
US $179.99    44m left



Motorcycle Fron...
US $9.39    51m left



Side Mount LED ...
US $36.18    55m left



Bottom Mount Gr...
US $52.64    1h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ







# Pazoma Online Store

824 followers | pazomaracing (15410★) 98.9%

Welcome to my Pazoma Store. Please add me to your list of favorite sellers and visit often. Thank you for your business!!!

Save this seller

**Category**

- All
- Motorcycle Fairing
- Bracket
- Mirrors
- Handlebars & Accessories
- Brake Clutch Lever
- Foot Peg Parts
- Luggage & Saddlebags
- Radiator Parts & Oil cooler
- Gas Tanks,Protector&Cover
- Engine Parts
- Exhaust Muffler
- Sissy Bar Passenger&Cushion
- Adjustable Lowering Link
- Kickstand & Parts
- Motorcycle Accessories
- Recommend Motorcycle Model
- Motorcycle Light
- Auto Accessories
- Other

**Condition** see all

- New

**Price**

- Under $35.00
- Over $35.00

$ - $

**Buying Format** see all

- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

**Delivery Options** see all

- Free Shipping
- Free In-store Pickup

**Show only** see all

- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Verified

**More refinements...**

All Listings | Auction | Buy It Now     Best Match

1-48 of 3,905 Results

Dirt Bike LED Headlight Kit For KTM EXC-F EXC XC XCF XC-W Six Days 200 250 Black
$155.40
Was: ~~$165.40~~
$1.20 shipping
or Best Offer
From China
Brand: Pazoma

Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC XC-W EXC-F 250-500 690 SMCR
$74.86
Was: ~~$80.50~~
$1.40 shipping
From China
Brand: Pazoma

For KTM EXC XC XCF XCW SX SXF SXS 125 150 250 350 450 Supermoto LED Headlight
$79.52
Was: ~~$85.50~~
$1.60 shipping
or Best Offer
From China
Brand: Pazoma

Supermoto LED Headlight Lamp w/ Mask For KTM 150 200 300 350 500 XC-W EXC 14-18
$167.20
Was: ~~$177.20~~
$1.60 shipping
or Best Offer
From China
Brand: Pazoma

Enduro Supermoto LED Headlight Front Lamp For For KTM 250 300 350 450 SX SXF XC
$60.45
Was: ~~$65.00~~
$1.00 shipping
or Best Offer
From China
Brand: Pazoma

Motorcycle LED Headlight Kit For Husqvarna FE 250/350/450 17-20 TE 150/250/300
$143.10
Was: ~~$153.10~~
$1.10 shipping
or Best Offer
From China
Brand: Pazoma

Enduro Dirt Bike 6000K LED E8 Headlight for KTM EXC XCF SXF XCW 250-450 Six Day
$85.00
Was: ~~$91.40~~
$1.60 shipping
From China
Brand: Pazoma

Dirt Bike LED Enduro Headlight Headlamp For KTM XC XC-W XC-F XCF-W 150 250 450
$168.30
Was: ~~$178.30~~
$1.60 shipping
or Best Offer
From China
Brand: Pazoma

Supermoto 6500K LED Headlight MX Enduro For KTM EXC XCF XCW SXF 250 300 350 450
$172.90
Was: ~~$182.90~~
$1.60 shipping
or Best Offer
From China
Brand: Pazoma

Enduro Motorbike 8 LED Headlight Headlamp Mask For KTM XCF-W XC-W Six Days Black
$79.52
Was: ~~$85.50~~
$1.60 shipping
or Best Offer
From China
Brand: Pazoma

Dirt Bike Enduro Headlight Assembly Headlamp Mask For KTM EXC XC-W 125-450 Black

$86.30
Was: $92.80
$1.60 shipping
or Best Offer

From China
Brand: Pazoma



Dual Sport Enduro Headlight Lamp Mask For KTM EXC XC-W 125 250 300 Honda Yamaha

$86.30
Was: $92.80
$1.60 shipping
or Best Offer

From China
Brand: Pazoma



Enduro Dirt Bike LED Hi /Low Headlight Lamp For KTM 350 690 XC-F XC-W Six Day

$169.70
Was: $179.70
$1.60 shipping
or Best Offer

From China
Brand: Pazoma



Enduro LED Headlight Fairing For KTM 150 200 300 350 XC-W EXC 14-18 Motocross

$167.20
Was: $177.20
$1.60 shipping
or Best Offer

From China
Brand: Pazoma



LED Headlamp Conversion Kit for KTM EXC Enduro XCW SX-F 125-450 690 Headlight

$169.70
Was: $179.70
$1.60 shipping
or Best Offer

From China





Supermoto LED Headlight w/ Lamp Shell for KTM EXC Enduro XCW SX-F 125-450 690

$169.70
Was: $179.70
$1.60 shipping
or Best Offer

From China
Brand: Pazoma



Black LED Headlight Kit DRL Lamp Replacement For 13-17 KTM Duke 690R 12-19 690

$219.10
Was: $229.10
$1.70 shipping
or Best Offer

From China
Brand: Pazoma



MX Enduro Motorcycle Front Light Headlight For KTM SC XC XCW 150 250 350 450 500

$74.86
Was: $80.50
$1.40 shipping
or Best Offer

From China
Brand: Pazoma



Motocross Enduro Bike LED Headlight For KTM SX-F XC-W XC-F EXC 250 300 450 14-20

$172.90
Was: $182.90
$1.60 shipping
or Best Offer

From China
Brand: Pazoma



Supermoto Dirt Bike Enduro Headlight Lamp w/ Sticker For KTM SXF SX XCW XC EXC

$33.29
Was: $35.80
$8.10 shipping
or Best Offer

From China
Brand: KTM



Black Motorcycle Dirt Bike Headlight Lamp + Stickers For KTM SXF SX XCW XC EXC

$31.71
Was: $34.10
$8.00 shipping
or Best Offer

From China
Brand: KTM



LED E8 Headlamp MX Enduro Head Light For KTM SX F EXC XCF XCW 250 500 Motocross

$73.47
Was: $79.00
$1.40 shipping
or Best Offer

From China
Brand: Pazoma



For KTM SX F EXC XCF XCW 250 500 Motocross Headlight Mask LED Headlamp Assembly

$73.47
Was: $79.00
$1.40 shipping
or Best Offer

From China
Brand: Pazoma

Dirt Bike Motocross Universal LED Headlight For KTM R SX EXC XC XCF SXF Headlamp

$85.00
Was: $91.40

From China
Brand: Pazoma


$1.60 shipping
or Best Offer


Supermoto LED Hi / Lo Beam Headlight Lamp For KTM EXC XCF XCW SXF 250 300 350

$172.90
Was: $182.90
$1.60 shipping
or Best Offer

From China
Brand: Pazoma


Orange Motorcycle Dirt Bike Enduro Headlight For KTM XC EXC XCF 300 500 XC-W 450

$33.29
Was: $35.80
$8.10 shipping
or Best Offer

From China
Brand: KTM


Dual Sport Enduro Headlight Headlamp Mask For KTM EXC XC-W 125 250 300 Universal

$86.30
Was: $92.80
$1.60 shipping
or Best Offer

From China
Brand: Pazoma


Headlight Assembly LED HI/LO Beam For KTM XC XC-W XC-F XCF-W 150-250-300-350-450

$168.30
Was: $178.30
$1.60 shipping
or Best Offer

From China
Brand: Pazoma


Motocross LED Headlight Front Lamp For KTM EXC XCF XCW 300 350 450 Six Day Honda

$73.47
Was: $79.00
$1.40 shipping
or Best Offer

From China
Brand: Pazoma


LED Headlight Accessories Hi/Lo Beam Headlamp For KTM XC XC-W XC-F XCF-W 150-450

$168.30
Was: $178.30
$1.60 shipping
or Best Offer

From China
Brand: Pazoma


Motocross Dirt Bike Headlight Headlamp For Husqvarna fe 250 350 450 501 2017-19

$29.75
Was: $31.99
$8.40 shipping
or Best Offer

From China
Brand: Pazoma


Enduro MX Dual Sport Dirt Bike Running Headlight Mask for KTM EXC-W XCF-W XC-W

$79.52
Was: $85.50
$1.60 shipping
or Best Offer

From China
Brand: Pazoma


For Dodge Ram 1500 2500 3500 2009-2014 LED Daytime Day Fog Lights DRL Run Lamp

$84.16
Was: $90.50
$2.50 shipping
or Best Offer

From China
Brand: Pazoma


Motocross Dirt Bike Enduro Headlight Fairing For Honda CRF150F CRF230F 2015-2020

$21.48
Was: $23.10
$7.40 shipping
5 watching

From China


Dirt Bike LED Hi/Lo Beam Headlight Lamp MX Enduro For KTM XCF XCW 250 350 450

$172.90
Was: $182.90
$1.60 shipping
or Best Offer

From China
Brand: Pazoma


Supermoto LED Headlight IP67 For KTM 150 200 300 350 500 Enduro XC-W EXC 14-18

$168.90
Was: $178.90
$1.60 shipping

From China
Brand: Pazoma


Supermoto Enduro Headlight Lamp For KTM 250 450 530 XC EXC XCW Racing Dirt Bike

$28.27
Was: $30.40
$3.00 shipping
or Best Offer

From China
Brand: Pazoma

4 Colors Dirt Bike Motocross Handguards Protector For KTM XC XC-F XC-W EXC-F 350



 Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **pazomaracing** (15410) | Save this seller | Show results from all sellers

Include description

### Categories

**eBay Motors**

- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Parts
- Motorcycle Fairings & Bodywork
- Motorcycle Silencers, Mufflers & Baffles
- Motorcycle Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (677)

**Price**

- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all

- **Default**
- Within
  100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

pazomaracing (15410)
Feedback rating: 15,410
Positive Feedback: 98.9%
Member since Jul-30-11 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now | Sort: Best Match | View:

**677** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106
Clear selections
**0** matching results
Find Results

Motocross Front Number Plate For KTM 125 150 250 350 450 SX XC-F SX-F 2016-2017 (Fits: KTM)
Brand New
**$8.65**
Was: ~~$9.20~~
or Best Offer
+$3.50 shipping
6% off
Watch
From China
Brand: KTM

Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC XC-W EXC-F 250-500 690 SMCR (Fits: KTM)
Brand New
**$74.86**
Was: ~~$80.50~~
Buy It Now
**Free Shipping**
7% off
From China
Brand: Pazoma

Dirt Bike LED Enduro Headlight Headlamp For KTM EXC XCF XCW SXF 250 300 350 450 (Fits: KTM)
Brand New
**$79.52**
Was: ~~$85.50~~
Buy It Now
**Free Shipping**
7% off
From China
Brand: Pazoma

For KTM 125-530 SX XC EXC SXF XC-W XCF-W MX Motorcycle HI/LO Beam Headlight Kit (Fits: KTM)
Brand New
**$172.90**
Was: ~~$182.90~~
Buy It Now
**Free Shipping**
5% off
From China
Brand: Pazoma

For KTM EXC XC XCF XCW SX SXF SXS 125 150 250 350 450 Supermoto LED Headlight (Fits: KTM)
Brand New
**$79.52**
Was: ~~$85.50~~
or Best Offer
**Free Shipping**
7% off
Watch
From China
Brand: Pazoma

Motorcycle Front Brake Fluid Reservoir Cover Cap For KTM Duke 125 / 200 / 390 (Fits: KTM)
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms



**Ship to**

1001 Foster Ave
Bensenville, IL 60106-1445
United States

Change

### Review item and shipping

Seller: pazomaracing | Message to seller

Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC XC-W EXC-F 250-500 690 SMCR
Color: Orange
**$74.86**
$80.50

Quantity | 1 ▾

**Delivery**

● Est. delivery: Nov 9 – Nov 30
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 28 – Nov 10
USPS Parcel Select Ground
**$50.00**

Save up to 7%

---

| Subtotal (1 item) | $74.86 |
| Shipping | Free |
| Tax* | $4.68 |

**Order total** **$79.54**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

### Gift cards, coupons, eBay Bucks

Enter code: _____ | Apply

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount | None ▾

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay

Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work    | Add to Watchlist

✓ This fits a KTM    Select Year

🔥 SAVE UP TO 7%  See all eligible items ▶







### Dirt Bike LED Enduro Headlight Headlamp For KTM EXC XCF XCW SXF 250 300 350 450

| | |
|---|---|
| Condition: | New |
| Compatibility : | See compatible vehicles |
| Sale ends in: | 01d 02h 06m |
| Color: | - Select - |
| Quantity: | 1    More than 10 available / 1 sold |
| Price: | US $79.52    US $85.50 (7% off) |

Buy It Now
Add to cart
Add to Watchlist

Free shipping    30-day returns    Longtime member

Shipping:    FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou,Guangdong, China
Ships to: Worldwide    See exclusions

Delivery:    Estimated between Mon. Nov. 9 and Mon. Nov. 30
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  ●●  ●●  DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    30 day Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
pazomaracing (15410 ⭐ )
98.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Have one to sell?    Sell now

### Similar sponsored items 1/2



Feedback on our suggestions

| Enduro Dirt Bike LED Headlight Kit For KTM SX... | Enduro Dirt Bike LED E8 Headlight Kit For KTM EXC... | Dirt Bike LED Headlight Kit For KTM EXC XCF XCW... | Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC... | LED E8 Headlight Kit for KTM EXC Enduro XCF XC SX-F... | Enduro MX Motorcycle 6000K LED Headlight... |
|---|---|---|---|---|---|
| $79.52 | $86.30 | $166.90 | $74.86 | $85.00 | $74.86 |
| $85.50 | $92.80 | $178.90 | $80.50 | $91.40 | $80.50 |
| + $1.60 shipping | + $1.60 shipping | + $1.60 shipping | + $1.40 shipping | + $1.60 shipping | + $1.40 shipping |
| New | New | New | New | New | New |

### Sponsored items from this seller 1/2

Feedback on our suggestions

Hi! **Sign in** or **register**     Daily Deals     Brand Outlet     Help & Contact                                                                                     Sell     Watchlist ⌄     My eBay ⌄

ebay | Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to search results | Listed in category:   eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Body & Frame  >  Fairings & Body Work          ✉ f 𝕏 P | Add to Watchlist

✓ This fits a KTM     **Select Year**

🔴 **SAVE UP TO $10**   See all eligible items ▸



         

$ Have one to sell?   **Sell now**

### For KTM 125-530 SX XC EXC SXF XC-W XCF-W MX Motorcycle HI/LO Beam Headlight Kit

| | |
|---|---|
| Condition: | **New** |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 01d 02h 06m |
| Housing Color: | - Select - ⌄ |
| Quantity: | 1    10 available / 1 sold |

Price: **US $172.90**
No Interest if paid in full in 6 mo on $99+*
U̶S̶ ̶$̶1̶8̶2̶.̶9̶0̶ (5% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping** | 30-day returns | 7 watchers

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou,Guangdong, China
Ships to: Worldwide  See exclusions

Delivery: 📦 Estimated between **Mon. Nov. 9 and Mon. Nov. 30** ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: [PayPal] [VISA] [MasterCard] [AmEx] [Discover]

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

ⓔ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
pazomaracing (15410 ⭐)
98.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

## Similar sponsored items 1/2                                    Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| Motocross LED Headlight Head Light For Husqvarna... | Supermoto LED Headlight For KTM EXC XCW XC SX... | Dirt Bike LED Enduro Headlight Headlamp For... | Enduro Dirt Bike E8 LED Headlight Kit For KTM EXC... | Dual Sport Motorcycle Enduro LED Headlight... | Acerbis 12-13 KTM 300XCW Plastic Kit (Black) |
| $168.90 | $167.20 | $79.52 | $74.86 | $99.04 | $159.95 |
| $̶1̶7̶8̶.̶9̶0̶ | $̶1̶7̶7̶.̶2̶0̶ | $̶8̶5̶.̶5̶0̶ | $̶8̶0̶.̶5̶0̶ | $̶1̶0̶6̶.̶5̶0̶ | $̶1̶6̶4̶.̶9̶5̶ |
| + $1.60 shipping | + $1.60 shipping | + $1.60 shipping | + $1.40 shipping | + $1.40 shipping | + $101.70 shipping |
| New | New | New | New | New | Seller 99.7% positive |

---

## Sponsored items from this seller 1/2                           Feedback on our suggestions

Hi ▮▮▮▮ ⌄    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔 ²    🛒



Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

‹ Back to search results | Listed in category:  eBay Motors ›  Parts & Accessories ›  Motorcycle Accessories ›  Decals, Emblems & Flags ›  Decals & Stickers ›
See more KTM EXC Exc-f 125 250 300 450 525 2004 Decal S...

✉ f 🐦 📌  | Add to Watchlist



💲 Have one to sell?   **Sell now**

# KTM EXC EXC-F 125 250 300 450 525 2004 DECAL STICKER GRAPHIC KIT

☆☆☆☆☆ Be the first to write a review

| | |
|---|---|
| Condition: | New |
| Quantity: | 1    2 available / 7 sold |

Price: **US $69.00**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Limited quantity remaining** | More than 77% sold

Shipping: **$40.00** Expedited Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Bangyai, Thailand
Ships to: Worldwide

Delivery: Estimated between **Wed. Oct. 21 and Mon. Oct. 26** ⓘ
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿 💳 VISA 💳 💳 💳

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

Returns: Seller does not accept returns | See details

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
peemagraphics (318 ⭐)
94.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

## Similar sponsored items 1/2                                    Feedback on our suggestions

‹


Racing Graphics Kit fits KTM 13-15 SX SXF XC XCF 125 15...
$84.99
$99.99
Free shipping
Seller 99% positive


Racing Graphics Kit fits KTM 07-10 Sxf/Exc 125 150 200...
$84.99
$99.99
Free shipping
Seller 99% positive


Gray Org Shift Racing Graphics Kit fits KTM 07-10...
$84.99
$99.99
Free shipping
Seller 99% positive


KTM SX X125 250 450 2007-2010 EXC-F125 250 450 52...
$119.00
Free shipping
Seller 100% positive


KTM SX X125 250 450 2007-2010 EXC-F125 250 450 52...
$139.00
Free shipping
Seller 100% positive

KTM SX X125 250 450 2007-2010 EXC-F 125 250 450 5...
$139.00
Free shipping
Seller 100% positive

›

---

## Related sponsored items 1/2                                    Feedback on our suggestions

‹                                                                    ›

     

Fits KTM EXC EXCF XCW125 250 350 450 2017 2018...
**$140.00**
Free shipping

50T Rear Sprocket For KTM XCF EXC XC XCW EXCF S...
**$54.90**
Free shipping

KTM FMF Shroud Graphics Kit 125 250 450 520 525 01...
**$29.99**
Free shipping

KTM Graphics Kit for a 2020 - 2021 EXC EXCF XCW...
**$152.99**
~~$169.99~~
Free shipping

KTM Graphics Kit for a 2020 - 2021 EXC EXCF XCW...
**$152.99**
~~$169.99~~
Free shipping
Last one

KTM EXC EXCF XCW XCFW 2020-2021 Graphics | PRO...
**$175.30**
Free shipping

---

**Description** | Shipping and payments                                    Report item

eBay item number:  **292930613626**

Seller assumes all responsibility for this listing.
Last updated on  Sep 23, 2020 03:30:37 PDT  View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Country/Region of Manufacture: | Thailand |
| Manufacturer Part Number: | 181008 | Type: | Decal |
| Brand: | PEEMA GRAPHIC | UPC: | 650403197557 |

## PRODUCT DETAILS

- **FULL COLOR SOLVENT INKJET 1440 DPI**
- **ALL GRAPHICS THICKNESS 16 MIL, EXCELLENT SCRATCH RESISTANCE.**

## SHIPPING DETAILS

- **SHIPPING BY : DHL EXPRESS(WORLDWIDE)**
- **HANDLING TIME : 1-3 BUSINESS DAYS**
- **DELIVERY TIME : 2-3 DAYS**

## OPTIONS

- **FREE!!! NAME, NUMBER & BACKGROUND COLOR**.(Please leave this information in the Paypal payment or send us massage in Ebay, If there is no message within 1 hour after purchase is made, graphics will printed exactly as displayed in image.)
- **THIS GRAPHIC CAN MAKE TO FIT OTHER MODELS(MESSAGE TO US)**

---

Sponsored items based on your recent views *1/4*                    Feedback on our suggestions

     

KTM Fuel Tank Cap pad Protector Sticker Decal Fit...
**$11.49**
+ $5.99 shipping
New

Fits KTM 690 Duke R 2014-2018 CNC Short Brake...
**$26.99**
~~$29.99~~
+ $3.00 shipping
New

Flyscreen Windscreen Windshield Protector Cove...
**$29.99**
Free shipping
New

Motorcycle LED Turn Signals Brake Light License Plate...
**$13.99**
Free shipping
New

Fit For THROTTLE FRONT BRAKE LEVER HANDLE AT...
**$12.25**
Free shipping
New

KTM FMF Shroud Graphics Kit 125 250 450 520 525 01...
**$29.99**
Free shipping
Seller 99% positive


No ratings or reviews yet

Be the first to **write a review**.

Explore more sponsored options: Displayed Make

### Honda                                                          More





Black Red Blue Shift Graphics Kit fits Honda...

$75.65
$89.00
Free shipping

RED Shift Graphic Kit fits Honda Cr125 Cr250...

$75.65
$89.00
Free shipping
Popular

### Suzuki



Suzuki REFLECTIVE Red 13in 33cm decal 600...

$10.99
+ $2.20 shipping
Popular

### Kawasaki



Kawasaki Ninja 250 R Decal Sticker Graphic Ki...

$120.00
+ $45.00 shipping
Popular

---

### More from this seller  1/2

Feedback on our suggestions

     

| 0193 SUZUKI RMX 125 250 1993-1995 DECAL STICKER... | YAMAHA YZF 250 2019 450 2018-2019 DECAL STICKER... | 0291 KAWASAKI KX 125 250 2003-2012 DECAL STICKE... | HONDA CRF 250 2014-2017 CRF 450 2013-2016 DECAL... | 0312 SUZUKI RMZ 250 2019 RMZ 450 2018-2019 DECA... | 0204 SUZUKI RMZ 250 2019 RMZ 450 2018-2019 DECA... |
|---|---|---|---|---|---|
| $69.00 | $69.00 | $69.00 | $69.00 | $69.00 | $69.00 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

---

Back to search results | See More Details about "KTM EXC Exc-f 125 250 300 450 525 2004 Decal Sticker G..."                     Return to top

**More to explore :**  KTM EXC,   KTM EXC Motorcycles,   450 EXC Motorcycle Repair Manuals & Literature,   250 EXC Motorcycle Repair Manuals & Literature,
Davico 49 States Exc California Exhaust Parts for Ford F-150,   Davico 49 States Exc California Catalytic Converters for Ford F-150,
Davico 49 States Exc California Car & Truck Catalytic Converters for Chevrolet,   Davico 49 States Exc California Car & Truck Catalytic Converters for Hyundai,
Davico 49 States Exc California Car & Truck Exhausts & Parts for Dodge,   Davico 49 States Exc California Car & Truck Exhausts & Parts for BMW

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi ████ | Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

2

# ebay

Shop by category

Search for anything | All Categories | Search

Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Accessories > Decals, Emblems & Flags > Decals & Stickers >
See more KTM EXC Exc-f 125 250 300 450 525 2004 Decal S...

Add to Watchlist




$ Have one to sell? | Sell now

## KTM EXC EXC-F 125 250 300 450 525 2004 DECAL STICKER GRAPHIC KIT

☆☆☆☆☆ Be the first to write a review

Condition: New

Quantity: 1    2 available / 7 sold

Price: **US $69.00**



Buy It Now

Add to cart

♡ Add to Watchlist

**Limited quantity remaining** | More than 77% sold

Shipping: $40.00 Expedited Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Bangyai, Thailand
Ships to: Worldwide

Delivery: Estimated between **Wed. Oct. 21 and Mon. Oct. 26** ⓘ
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
peemagraphics (318 ★)
94.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions


Racing Graphics Kit fits KTM 13-15 SX SXF XC XCF 125 15...
$84.99
~~$99.99~~
Free shipping
Seller 99% positive


Racing Graphics Kit fits KTM 07-10 Sxf/Exc 125 150 200...
$84.99
~~$99.99~~
Free shipping
Seller 99% positive


Gray Org Shift Racing Graphics Kit fits KTM 07-10...
$84.99
~~$99.99~~
Free shipping
Seller 99% positive


KTM SX X125 250 450 2007-2010 EXC-F125 250 450 52...
$119.00
Free shipping
Seller 100% positive


KTM SX X125 250 450 2007-2010 EXC-F125 250 450 52...
$139.00
Free shipping
Seller 100% positive


KTM SX X125 250 450 2007-2010 EXC-F 125 250 450 5...
$139.00
Free shipping
Seller 100% positive

## Related sponsored items 1/2

Feedback on our suggestions

     

| | | | | | |
|---|---|---|---|---|---|
| Fits KTM EXC EXCF XCW125 250 350 450 2017 2018... | 50T Rear Sprocket For KTM XCF EXC XC XCW EXCF S... | KTM FMF Shroud Graphics Kit 125 250 450 520 525 01... | KTM Graphics Kit for a 2020 - 2021 EXC EXCF XCW... | KTM Graphics Kit for a 2020 - 2021 EXC EXCF XCW... | KTM EXC EXCF XCW XCFW 2020-2021 Graphics | PRO... |
| $140.00 | $54.90 | $29.99 | $152.99 | $152.99 | $175.30 |
| Free shipping | Free shipping | Free shipping | ~~$169.99~~ | ~~$169.99~~ | Free shipping |
| | | | Free shipping | Free shipping | |
| | | | | Last one | |

---

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Bangyai, Thailand

Shipping to: Worldwide

Quantity: [ 1 ]    Change country: [ United States ▾ ]    ZIP Code: [ 60106 ]  Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $40.00 | Free | United States | Expedited Shipping from outside US | Estimated between Wed. Oct. 21 and Mon. Oct. 26 |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| Return policy details |
|---|
| Seller does not offer returns. |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|

PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**

**Special financing available**

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views  1/4

Feedback on our suggestions

‹       ›

| | | | | | |
|---|---|---|---|---|---|
| KTM Fuel Tank Cap pad Protector Sticker Decal Fit... | Fits KTM 690 Duke R 2014-2018 CNC Short Brake... | Flyscreen Windscreen Windshield Protector Cove... | Motorcycle LED Turn Signals Brake Light License Plate... | Fit For THROTTLE FRONT BRAKE LEVER HANDLE AT... | KTM FMF Shroud Graphics Kit 125 250 450 520 525 01... |
| $11.49 | $26.99 | $29.99 | $13.99 | $12.25 | $29.99 |
| + $5.99 shipping | ~~$29.99~~ | Free shipping | Free shipping | Free shipping | Free shipping |
| New | + $3.00 shipping | New | New | New | Seller 99% positive |
| | New | | | | |



Hi ▮▮▮ ▾ 　　Daily Deals　Brand Outlet　Help & Contact 　　　　Sell　Watchlist ▾　My eBay ▾ 　　🔔 **2**　🛒

**ebay**　　Shop by category ▾　| 🔍 Search for anything | All Categories ▾ | **Search** |　Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile


ebay MONEY BACK GUARANTEE


**peemagraphics** (318 ⭐) 📄 ℹ️
**Positive Feedback (last 12 months): 94.9%** ℹ️
Member since: Nov-21-17 in Thailand
**Top-rated seller:** One of eBay's most reputable sellers.
　　　Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ℹ️

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 20 | 137 | 222 |
| ⬤ Neutral | 0 | 0 | 1 |
| ➖ Negative | 2 | 8 | 10 |

### Detailed seller ratings ℹ️

| Average for the last 12 months | |
|---|---|
| Accurate description ⭐⭐⭐⭐⭐ (183) | Reasonable shipping cost ⭐⭐⭐⭐½ (184) |
| Shipping speed ⭐⭐⭐⭐⭐ (185) | Communication ⭐⭐⭐⭐⭐ (184) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

10 Feedback received (viewing 1-10)　　　　　　　　　　　　　　　　　　Revised Feedback: 2 ℹ️

Search Feedback received as seller with an item title or ID: ℹ️

| e.g. Vintage 1970's Gibson Guitars 🔍 | | Rating type: Negative (10) ▾ | Period: 12 Months ▾ |
|---|---|---|---|

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ They are pass due on my package . my package is late and want to know when<br>0051 SUZUKI RM 125 250 1999 2000 DECAL STICKER GRAPHIC KIT (#292930426902) | Buyer: 5***5 (50⭐)<br>US $69.00 | Past month<br>Reciprocal feedback |
| ➖ A defective product has arrived. It doesn't correspond to anything.<br>5442 KAWASAKI KLX 125+DTX 125 (KLX 150) 2013-2015 DECAL STICKER GRAPHIC KIT (#293389724819) | Buyer: 0***a (6)<br>GBP 55.00 | Past month<br>Reciprocal feedback |
| ➖ Small junk<br>0195 SUZUKI RM 125 250 1999 2000 DECAL STICKER GRAPHIC KIT (#293214511235) | Buyer: a***r (53⭐)<br>US $69.00 | Past 6 months<br>Reciprocal feedback |
| ➖ They send me stickers to diferent moto and dont answer me. I lost money<br>0028 YAMAHA YZF 250 2010-2013 DECAL STICKER GRAPHIC KIT (#292930411098) | Buyer: r***k (1)<br>US $69.00 | Past 6 months<br>Reciprocal feedback |
| 　Follow-up by r***k. Left within past 6 months.<br>　They fixed everything and send me right stickers. good seller | | |
| ➖ The crappiest quality stickerkit I've ever used, blew off after first wash<br>KTM EXC XC-W XCF-W 2017 2018 DECAL STICKER GRAPHIC KIT (#293359299157) | Buyer: k***w (11⭐)<br>US $69.00 | Past 6 months<br>Reciprocal feedback |
| ℹ️ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ The seller did not send the item<br>0036 YAMAHA WR 450 F 2012-2015 DECAL STICKER GRAPHIC KIT (#292930416056) | Buyer: p***2 (8)<br>US $69.00 | Past 6 months<br>Reciprocal feedback |
| ➖ Product is very thick and does not wrap on plastic well. Far from perfect fit<br>THOR HONDA CRF 250 L CRF 250 M 2012-2018 DECAL STICKER GRAPHIC KIT (#292558984836) | Buyer: 0***. (3)<br>US $69.00 | Past 6 months<br>Reciprocal feedback |
| ➖ Graphics were scratched so they sent a second set. Horible quality. dont stick<br>YAMAHA UFO RESTYLED YZ 125-250 2002-2014 DECAL STICKER GRAPHIC KIT (#292776861017) | Buyer: q***0 (3)<br>US $69.00 | Past 6 months<br>Reciprocal feedback |
| ➖ I did not receive them someone signed galaup with a D his was signed in my place<br>BREAKING FOX YAMAHA YZ 125-250 1993-1995 DECAL STICKER GRAPHIC KIT (#292581907612) | Buyer: a***l (1)<br>US $69.00 | Past year<br>Reciprocal feedback |
| ➖ Cant return forced to pay for return label and they do not fit<br>0013 KAWASAKI KX 125 250 1994-1998 DECAL STICKER GRAPHIC KIT (#292930385578) | Buyer: h***t (2)<br>US $69.00 | Past year<br>Reciprocal feedback |

Comment?

Page 1 of 1　　　　　　　　←　| **1** |　→



peemagraphics (318★)
94.9% positive feedback

🏪 Items for sale    🏬 Visit store    ✉ Contact

♡ Save

Based in Thailand, peemagraphics has been an eBay member since Nov 21, 2017

Feedback ratings ℹ

★★★★★ 183    Item as described
★★★★★ 184    Communication
★★★★★ 185    Shipping time
★★★★☆ 184    Shipping charges

➕ 222    ⚫ 1    ➖ 10
Positive    Neutral    Negative

Feedback from the last 12 months

See all feedback

➕    Super Fast shipping and accurate description. Highly recommended. Great seller.
Oct 12, 2020

● ○ ○ ○ ○

79 Followers | 0 Reviews | Member since: Nov 21, 2017 | 📍 Thailand

## Items for sale (1605)

See all items


MOTOREX YAMAHA ...
US $69.00                    2h left


KAWASAKI KXF 20...
US $69.00                    2h left


YAMAHA YZF 250 ...
US $69.00                    2h left


YAMAHA YZF 250 ...
US $69.00                    2h left


KAWASAKI KXF 45...
US $69.00                    2h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ







Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › Peema Graphics

# Peema Graphics

79 followers | peemagraphics (318 ★) 94.9%

Save this seller

**Category**

All
HONDA GRAPHICS KIT
YAMAHA GRAPHICS KIT
KAWASAKI GRAPHICS KIT
SUZUKI GRAPHICS KIT
Other

**Condition** see all

New

**Price**

$ - $

**Buying Format** see all

All Listings
Best Offer
Auction
Buy It Now
Classified Ads

**Item Location** see all

**Delivery Options** see all

Free Shipping
Free In-store Pickup

**Show only** see all

Returns Accepted
Completed Items
Sold Items
Deals & Savings
Authorized Seller
Authenticity Verified

**More refinements...**

All Listings | Auction | Buy It Now — Time: ending soonest

1-48 of 1,313 Results

MOTOREX YAMAHA YZF 250-450 2006-2009 DECAL STICKER GRAPHIC KIT
$69.00
$40.00 shipping
2 watching
From Thailand

KAWASAKI KXF 2006-2008 DECAL STICKER GRAPHIC KIT
$69.00
$40.00 shipping
From Thailand

YAMAHA YZF 250 14-18 450 14-17 DECAL STICKER GRAPHIC KIT
$69.00
$40.00 shipping
From Thailand

YAMAHA YZF 250 14-18 450 14-17 DECAL STICKER GRAPHIC KIT
$69.00
$40.00 shipping
From Thailand

KAWASAKI KXF 450 2012-2015 DECAL STICKER GRAPHIC KIT
$69.00
$40.00 shipping
From Thailand

EVS MOTUL YAMAHA YZF 250-450 2006-2009 DECAL STICKER GRAPHIC KIT
$69.00
$40.00 shipping
From Thailand

YAMAHA YZ 125-250 2002-2014 DECAL STICKER GRAPHIC KIT
$69.00
$40.00 shipping
From Thailand

SUZUKI RM 125-250 1993-1995 DECAL STICKER GRAPHIC KIT
$69.00
$40.00 shipping
9 watching
From Thailand

LUCAS OIL RED HONDA CR 125-250 2000-2001 DECAL STICKER GRAPHIC KIT
$69.00
$40.00 shipping
7 watching
From Thailand
Brand: Honda

TWO TWO HONDA CRF 250 L CRF 250 M 2012-2018 DECAL STICKER GRAPHIC KIT
$69.00
$40.00 shipping
3 watching
From Thailand
Brand: Honda

PRO CIRCUIT HONDA CRF 250 L CRF 250 M 2012-2018 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand
Brand: Honda



ROCK STAR HONDA XR 250 2003-2005 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping
4 watching

From Thailand
Brand: Honda



YAMAHA WR 250 F 2007-2014 WR 450 F 2007-2011 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping
4 watching

From Thailand



LUCAS OIL HONDA CRF 250 2014-2017 CRF 450 2013-2016 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping
7 watching

From Thailand
Brand: Honda



SAN MANUEL YAMAHA YZ 125-250 2002-2014 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping
5 watching

From Thailand



MONSTER BLACK HONDA CRF 250 L 250 M 2012-2018 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping
5 watching

From Thailand
Brand: Honda



TWO TWO HONDA CRF 250 2004-2005 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand
Brand: Honda



TWO TWO KAWASAKI KLX 110 2000-2009 KX 65 2000-2011 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand



KAWASAKI KX 85-100 1998-2013 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand



YAMAHA YZF 250 2014-2018 450 2014-2017 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand



YOSHIMURA KAWASAKI KXF 250 2006-2008 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand



DUNLOP SUZUKI RMZ 250 2007-2009 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping
2 watching

From Thailand



YAMAHA YZF 250 2014-2018 450 2014-2017 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand



KAWASAKI KXF 250 2006-2008 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand

10/15/2020



ROCKSTAR SUZUKI RMZ 250 2007-2009 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand



FMF YAMAHA YZF 250 2014-2018 450 2014-2017 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand
Brand: FMF



SHARK YAMAHA YZ 125 1991-1992 DECAL STICKER GRAPHIC KIT

★★★★☆ 1 product rating

$69.00
$40.00 shipping

From Thailand

7 watching



MONSTER KAWASAKI KX 80 1994-1997 DECAL STICKER GRAPHIC KIT

★★★☆☆ 1 product rating

$69.00
$40.00 shipping

From Thailand

9 watching



KAWASAKI KLX 125+DTX 125 (KLX 150) 2013-2015 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand



BUD ROCK STAR KAWASAKI KXF 250 2009-2012 450 09-11 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand



YAMAHA YZF 250 450 2003 2004 2005 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand

8 watching



DIRT KAWASAKI KLX125+DTX 125 (KLX150) 2013-2015 DECAL STICKER GRAPHIC KIT

★★★★★ 1 product rating

$69.00
$40.00 shipping

From Thailand



DC YAMAHA YZF 250-450 2006-2009 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand



ANSWER HONDA XR 250 2003-2005 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand
Brand: Honda

5 watching



KAWASAKI KLX 110 2000-2009 KX 65 2000-2013 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand



MONSTER YAMAHA YZ 85 2002-2014 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand

8 watching



YOSHIMURA YAMAHA YZF 250 YZF 450 2006-2009 DECAL STICKER GRAPHIC KIT

★★★★★ 1 product rating

$69.00
$40.00 shipping

From Thailand

4 watching



ROCK STAR SUZUKI RMZ 250 2007-2009 DECAL STICKER GRAPHIC KIT

$69.00
$40.00 shipping

From Thailand



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **peemagraphics** (318 ) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors

Motorcycle Decals & Stickers

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (3)

**Price**

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

peemagraphics (318 )

Feedback rating: 318

Positive Feedback: 94.9%

Member since Nov-21-17 in United States

Read feedback profile

Add to my favorite sellers

All Listings | Auction | Buy It Now

Sort: Best Match View:

3 results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of / 60106

Clear selections

0 matching results

Find Results

KTM SXF SX 125-450 2013-2015 DECAL STICKER GRAPHIC KIT

Brand New

**$69.00** From Thailand

Buy It Now

+$40.00 shipping

5 Watching

Watch

KTM EXC XC-W XCF-W 2017 2018 DECAL STICKER GRAPHIC KIT

Brand New

**$69.00** From Thailand

Buy It Now

+$40.00 shipping

Only 2 left!

19 Sold

Watch

KTM EXC EXC-F 125 250 300 450 525 2004 DECAL STICKER GRAPHIC KIT

Brand New

**$69.00** From Thailand

Buy It Now

+$40.00 shipping

12 Watching

Watch

Tell us what you think

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

*Learn about pricing

This page was last updated: Oct-14 19:07. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

**Ship to**

███████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
████████
Change

**Review item and shipping**

Seller:  peemagraphics     Message to seller

 KTM EXC EXC-F 125 250 300 450 525 2004 DECAL STICKER GRAPHIC KIT
**$69.00**

Quantity  [ 1 ▾ ]

**Delivery**
Est. delivery: Oct 21 – Oct 26
Expedited Shipping from outside US
**$40.00**

**Gift cards, coupons, eBay Bucks**

Enter code: _____   [ Apply ]

**Donate to charity (optional)** ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $69.00 |
| Shipping | $40.00 |
| Tax* | $6.81 |

**Order total**          **$115.81**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 ebay™ MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                              Sell    Watchlist ⌄    My eBay ⌄

ebay        Shop by category ⌄    🔍 Search for anything                    All Categories ⌄    **Search**    Advanced

‹  Back to search results | Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Accessories  ›  Decals, Emblems & Flags  ›  Decals & Stickers        ✉ f 📌 ☆ | Add to Watchlist





## KTM SXF SX 125-450 2013-2015 DECAL STICKER GRAPHIC KIT

Condition:    New

Quantity:    1        2 available / 1 sold

Price:    **US $69.00**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

5 watchers

Shipping:    $40.00  Expedited International Shipping | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Bangvai, Thailand
Ships to: Worldwide

Delivery:    ⏰ Estimated between **Thu. Nov. 5 and Thu. Nov. 19**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  Mastercard  AMEX  DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
peemagraphics (318 ⭐)
94.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?    **Sell now**

Similar sponsored items  1/2                                              Feedback on our suggestions


Racing Graphics Kit fits KTM 13-15 SX SXF XC XCF 125 15...
$84.99
$99.99
+ $24.86 shipping
Seller 99% positive


KTM Orange Aero Design Graphics kit fits 16-17 KTM...
$84.99
$99.99
+ $19.99 shipping
Seller 99% positive


Gray & Orange Slick Graphics kit fits 16-17 KTM...
$84.99
$99.99
+ $19.99 shipping
Seller 99% positive


Gray & White Slick Graphics kit fits 16-17 KTM SX SXF X...
$84.99
$99.99
+ $19.99 shipping
Seller 99% positive


KTM SXF SX EXC EXCF XCW XCFW 150 250 350 450 20...
$149.00
Free shipping
Seller 100% positive


White & Orange Slick Graphics kit fits 16-17 KTM...
$84.99
$99.99
+ $19.99 shipping
Seller 99% positive

---

**Description** | Shipping and payments                                    Report item

Seller assumes all responsibility for this listing.                          eBay item number: 293180245966

Last updated on Aug 06, 2020 23:03:37 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Country/Region of Manufacture: | Thailand |
| Manufacturer Part Number: | AM 355 | Type: | Decal |
| Brand: | PEEMA GRAPHIC | UPC: | 650403197519 |

Feedback 

Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒



**ebay**

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

◀ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Accessories > Decals, Emblems & Flags > Decals & Stickers >

See more KTM EXC Xc-w Xcf-w 2017 2018 Decal Sticker Gra...

✉ 📘 🐦 📌 | Add to Watchlist



### KTM EXC XC-W XCF-W 2017 2018 DECAL STICKER GRAPHIC KIT

Condition: **New**

Quantity: 1   2 available
19 sold / See feedback

Price: **US $69.00**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Limited quantity remaining**   More than 89% sold

Shipping: **$40.00** Expedited International Shipping |
See details
International shipment of items may be subject to customs
processing and additional charges. ⓘ
Item location: Bangyai, Thailand
Ships to: Worldwide

Delivery: 📦 Estimated between **Thu. Nov. 5 and Thu.
Nov. 19**
Please note the delivery estimate is **greater than 14
business days.**
Please allow additional time if international delivery
is subject to customs processing.

Payments: 💳 PayPal  VISA  💳  💳  

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your
eBay Mastercard. Learn more

Returns: Seller does not accept returns | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get
your money back. Learn more

**Seller information**
**peemagraphics** (318 ⭐)
94.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?   **Sell now**

---

**Similar sponsored items** 1/2   Feedback on our suggestions

      

| Gray & Orange Slick Graphics kits fits 16-17 KTM... | KTM EXC-XCW 2019 Six days chile Graphic kit | KTM EXC-XCW 2017-2019 CUSTOM GRAPHIC KIT | Racing Graphics Kit fits KTM 13-15 SX SXF XC XCF 125 15... | Gray Org Shift Racing Graphic kit fits KTM 07-10... | KTM EXC-XC-SX-SX-F 2020-2021 Custom Graphi... |
| **$84.99** | **$99.00** | **$99.00** | **$84.99** | **$84.99** | **$99.90** |
| ~~$99.99~~ | Free shipping | Free shipping | ~~$99.99~~ | ~~$99.99~~ | Free shipping |
| + $19.99 shipping | Almost gone | New | + $24.86 shipping | + $24.86 shipping | New |
| Seller 99% positive | | | Seller 99% positive | Seller 99% positive | |

---

**Related sponsored items** 1/2   Feedback on our suggestions

      

| Fits KTM EXC EXCF XCWF125 250 350 450 2017 2018... | KTM SXF SX EXC EXCF XCW XCFW 150 250 350 450 20... | KTM EXC EXCF XCW XCFW 2020-2021 Graphics | PRO... | KTM Graphics Kit for a 2020 - 2021 EXC EXCF XCW... | KTM Graphics Kit for a 2020 - 2021 EXC EXCF XCW... | KTM Graphics Kit for a 2020 EXC EXCF XCW XCFW... |
| **$140.00** | **$149.00** | **$175.30** | **$152.99** | **$152.99** | **$152.99** |
| + $35.00 shipping | Free shipping | Free shipping | ~~$169.99~~ | ~~$169.99~~ | ~~$169.99~~ |
| | | Last one | Free shipping | Free shipping | Free shipping |
| | | | Last one | Last one | Last one |


Feedback











Check if this part fits your vehicle Contact the seller

# Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Dirt Bike

Condition: New

Quantity: 1 More than 10 available

Price: US $27.86
US $29.33 (5% off)

Buy It Now
Add to cart
Add to Watchlist

1-year accident protection plan from SquareTrade - $5.99

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Wed. Nov. 4 and Tue. Nov. 24
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

$ Have one to sell? Sell now

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

permile77 (11375 ★)
99.3% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Headlight Head Lamp Light Streetfighter For KTM EXC...
$22.99
Free shipping
Almost gone

Dirt Bike Headlight Lamp For KTM R SX EXC XC XCF SX...
$25.10
$26.99
+ $3.50 shipping
Seller 99.1% positive

Front Headlight Head Lamps Light For KTM EXC...
$23.69
$30.89
+ $2.99 shipping
New

Motorcycle Headlight Front Light For Enduro Motocros...
$20.67
$21.99
Free shipping
Seller 99.8% positive

White Headlight For Dirt Bike KTM R SX EXC XC XC...
$29.60
$33.26
Free shipping
Seller 99.7% positive

Motorcross LED Headlight For KTM SX SXF XC XCW...
$58.33
$62.72
Free shipping
Seller 99% positive

## Related sponsored items 1/2

Feedback on our suggestions

Feedback

KTM FRONT BRAKE ROTOR GALFER 125 200 250 350...
**$30.00**
+ $9.90 shipping

Dirt Bike Headlight Fairing For KTM R SX EXC XC XCF...
**$31.61**
~~$33.99~~
+ $3.50 shipping

Dirt Bike Headlight Lamp For KTM R SX EXC XC XCF SX...
**$25.10**
~~$26.99~~
+ $3.50 shipping

Headlight Head Lamp Light Streetfighter For KTM EXC...
**$22.99**
Free shipping
*Popular*

Motorcycle Headlight For KTM R SX EXC XC XCF SX...
**$26.39**
~~$28.69~~
Free shipping

1Set Orange Headlight LAMP For Motorcycle R SX...
**$35.50**
Free shipping

---

| Description | Shipping and payments | | Report item |

Seller assumes all responsibility for this listing.

Last updated on   Sep 24, 2020 00:58:34 PDT   View all revisions

eBay item number:   **232978065671**

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Country/Region of Manufacture: | China | Manufacturer Part Number: | Does Not Apply |
| Warranty: | Yes | UPC: | Does not apply |

**permile77**

permile77 (11375 ⭐)   99.3%

🖳 Sign up for newsletter

Hi ▮▮▮▮ , If you like what you see, browse my Store to find more items you may love.

Search within store

Visit Store:   permile77

---

Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Motorcycle Dirt Bike









Feedback 📝

Product Description

Application: Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Motorcycle Dirt Bike

Package included: 1Pc Headlight

Package included: 1PC Headlight

Note: The picture can tell you more than us. Please make sure it can fit your model before you buy it.
1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color shown on the pictures. Thank you!
2. Please allow 1-2mm measuring deviation due to manual measurement. Please check your size carefully before you buy it.

### Shipping

1. The item will be sent out within **1 business day** once your payment is completed (excludes weekends & holidays). The item will be sent from China by China Post Air Mail.

2. The following is the approximate estimated time:

To United States: **15-20** business days

To Australia, European countries: **25-35** business days

To the other countries: **30-50** business days

3. Transit time is highly depended on the courier company and local customs/duties. It will be also affected by the holiday, extreme weather and etc. If you do not receive your item on time, please contact us immediately for further assistance. Thank you for your understanding.

### Payment

1. PayPal is the only online payment method we accept. Please ensure you have a valid/confirmed PayPal account. Payment will be received in 5 days after the auction ended.

2. It is the buyer's responsibility for any custom duty fees that may be charged upon delivery. How the import duty will be charged depends on each country's custom policies.

### Return

1. In the unlikely event that you are not satisfied with your purchase, we are happy to offer all our customers refund or exchange for items returned within 30 days of reception.

2. Please note that all products must be returned unused, in its original packaging. We suggest you use a traceable method of shipping.

3. Buyer is responsible for all shipping costs for returns on exchange issue.

### Feedback

1. We will leave positive feedback to you upon confirmation of your cleared payment.

2. Please don't leave us any low detailed ratings, negative or neutral feedback before contact us. We understand the concerns and frustrations you might have, please give us the opportunity first to resolve the issues for you.

### Contact us

1. We are on work from Monday to Saturday. All the emails will be replied within **1 business day**. And we don't work on Sunday or local public holiday. We apologize for the delayed reply during the holidays.

2. If you have any questions, please contact with us first before or after your purchase. Permile77 is a responsible seller and we are happy to help you to solve any problems and make you satisfied. Thanks!

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

## YOU MAY LIKE

| 38mm Exhaust Muffler 125cc 140cc 150cc 160cc YX ZS CRF KLX SSR IMR Dirt Pit Bike | 25H Chain With Spare Master Link For 47 49cc Mini Dirt ATV Pocket Bike Mini Moto | Twist Gas Throttle For YX Lifan 125cc 140cc 150cc Atomik IMR SSR Pit Dirt Bike | Performance 38mm Air Filter For Chinese GY6 50cc QMB139 Moped Scooter | Soft Rubber Pit Dirt Bike Throttle Handle Bar Hand Grips XR CRF 50 SSR Pitster | 25H 158 Links Chain With Link For 47cc 49cc Mini Dirt Bike Moto |
|---|---|---|---|---|---|
| 26.20 USD | 7.09 USD | 11.12 USD | 8.69 USD | 5.89 USD | 8.30 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Free shipping    Free shipping    Free shipping    Free shipping    Free shipping    Free shipping

powered by
PUSHAUCTION

## Sponsored items based on your recent views 1/4

Feedback on our suggestions



Motorcycle Headlight Fairing for KTM Enduro...
$23.14
Free shipping
New



Motorcycle 6000K LED Headlight Lamp Fairing For...
$99.99
Free shipping
Seller 99.3% positive



White LED Motorcycle Headlight Front Light For...
$59.98
Free shipping
New



Headlight Lamp For KTM EXC XCF SX F SMR Enduro...
$33.09
$35.21
Free shipping
New



Black Headlight For KTM EXC XCF SX F SMR Bike...
$33.09
$35.21
Free shipping
New



Headlight Head Lamp Light Streetfighter For KTM EXC...
$22.99
Free shipping
Almost gone

## Explore more sponsored options: Brand

### KTM



Motorcycle Headlight Front Light For Enduro Motocros...
$20.67
$21.99
Free shipping



Headlights Headlamp Streetfighter For KTM EXC...
$24.85
Free shipping



Universal Headlights Headlamp Street For KTM...
$21.10
+ $9.99 shipping
Last one



Black 12V Headlights Headlamp Streetfighter Fo...
$21.10
+ $9.99 shipping
Last one

## More from this seller 1/2

Feedback on our suggestions



Motorcycle Headlight For KTM EXC XCF EXC F W SX...
$33.31
$35.06
+ shipping



Motorcycle Headlight For 2017 2018 KTM EXC XCF S...
$33.33
$35.08
+ shipping



Headlight Head Lamp For KTM Suzuki DRZ RM 125 25...
$28.97
$30.49
+ shipping



CNC Aluminum Twist Throttle Grips Cable For...
$46.65
$49.11
+ shipping



Fork Air Bleeder Valves For CRF 450 450R 450X 250...
$9.17
$9.65
+ shipping



Headlight Head Lamp For Motorcycle MX Dirt Bike of...
$28.95
$30.47
+ shipping

Feedback

Back to previous page                                                                                    Return to top
More to explore :  KTM EXC,   KTM EXC Motorcycles,   Motorcycle Headlight Assemblies for KTM 525,   Motorcycle Headlight Assemblies for KTM 85,   Motorcycle Headlight Assemblies for KTM 105,
Unbranded Motorcycle Headlight Assemblies for KTM 525,   R Motorcycle Tires & Tubes for KTM 450,   Motorcycle Headlight Assemblies for KTM 450,   Windshields for KTM 525,   Fenders for KTM 525



Hi ███ ! ⌄    Daily Deals    Brand Outlet    Help & Contact        Sell   Watchlist ⌄   My eBay ⌄   🔔 3   🛒

**ebay**   Shop by category ⌄   🔍 Search for anything    All Categories ⌄   **Search**   Advanced

‹ Back to previous page | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies    ✉ f 𝕏 P   | Add to Watchlist

ⓘ   Check if this part fits your vehicle    **Contact the seller**



### Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Dirt Bike

Condition:   New

Quantity:   1    More than 10 available

Price:   **US $27.86**
~~US $29.33~~ (5% off)
ⓘ



**Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ 1-year accident protection plan from
SquareTrade - $5.99

**Free shipping**    30-day returns    Longtime member

Shipping:   **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China, China
Ships to: Worldwide   See exclusions

Delivery:   ◆ Estimated between **Wed. Nov. 4 and Tue. Nov. 24** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal VISA ●● AMEX DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:   30 day Buyer pays for return shipping | See details

$ Have one to sell?   **Sell now**

---

**Shop with confidence**

Ⓢ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
permile77 (11375 ⭐ )
99.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

## Similar sponsored items 1/2

Feedback on our suggestions



Headlight Head Lamp Light Streetfighter For KTM EXC...
$22.99
Free shipping
Almost gone

Dirt Bike Headlight Lamp For KTM R SX EXC XC XCF SX...
$25.10
~~$26.99~~
+ $3.50 shipping
Seller 99.1% positive

Front Headlight Head Lamps Light For KTM EXC...
$23.69
~~$30.89~~
+ $2.99 shipping
New

Motorcycle Headlight Front Light For Enduro Motocros...
$20.67
~~$21.99~~
Free shipping
Seller 99.8% positive

White Headlight For Dirt Bike KTM R SX EXC XC XC...
$29.60
~~$33.26~~
Free shipping
Seller 99.7% positive

Motorcross LED Headlight For KTM SX SXF XC XCW...
$58.33
~~$62.72~~
Free shipping
Seller 99% positive

## Related sponsored items 1/2

Feedback on our suggestions



Feedback 🗹








| KTM FRONT BRAKE ROTOR GALFER 125 200 250 350... | Dirt Bike Headlight Fairing For KTM R SX EXC XC XCF... | Dirt Bike Headlight Lamp For KTM R SX EXC XC XCF SX... | Headlight Head Lamp Light Streetfighter For KTM EXC... | Motorcycle Headlight For KTM R SX EXC XC XCF SX... | 1Set Orange Headlight LAMP For Motorcycle R SX... |
|---|---|---|---|---|---|
| $30.00 | $31.61 ~~$33.99~~ | $25.10 ~~$26.99~~ | $22.99 | $26.39 ~~$28.69~~ | $35.50 |
| + $9.90 shipping | + $3.50 shipping | + $3.50 shipping | Free shipping **Popular** | Free shipping | Free shipping |

---

**Description**    **Shipping and payments**                  **Report item**

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **China, China**

Shipping to: Worldwide

Excludes: Africa, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Turkey, United Arab Emirates, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Laos, Macau, Philippines, Taiwan, Thailand, Vietnam, Bermuda, Greenland, Saint Pierre and Miquelon, Argentina, Bolivia, Brazil, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Suriname, Uruguay, Venezuela, Albania, Andorra, Austria, Belarus, Bosnia and Herzegovina, Bulgaria, Estonia, Germany, Gibraltar, Guernsey, Ireland, Jersey, Latvia, Liechtenstein, Macedonia, Malta, Moldova, Monaco, Montenegro, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Switzerland, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan

Quantity: [1]    Change country: [United States ▾]    ZIP Code: [60106]   [Get Rates]

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Nov. 4 and Tue. Nov. 24** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

PayPal   VISA   MasterCard   AMEX   DISCOVER

**PayPal CREDIT**

#### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

**Sponsored items based on your recent views** 1/4        Feedback on our suggestions







Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

permile77 (11375 ★)

**Positive Feedback (last 12 months): 99.3%**

Member since: Apr-30-11 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 23 | 98 | 160 |
| Neutral | 0 | 1 | 2 |
| Negative | 0 | 0 | 1 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (137) | Reasonable shipping cost ★★★★★ (150) |
| Shipping speed ★★★★★ (137) | Communication ★★★★★ (145) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1) Revised Feedback: 20

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **I don't recieved the item yet** 150cc 250cc Hammerhead TrailMaster Go Kart 77" Throttle Cable 6.000.034 (#333276439614) | Buyer: m***a (91★) US $8.95 | Past year Reciprocal feedback |

**Page 1 of 1**

← 1 →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

permile77 (11375 ⭐)
99.3% positive feedback

🔖 Save

📑 Items for sale  🏪 Visit store  ✉ Contact

Based in China, permile77 has been an eBay member since Apr 30, 2011

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 137 | Item as described | |
| ⭐⭐⭐⭐⭐ 145 | Communication | |
| ⭐⭐⭐⭐⭐ 137 | Shipping time | |
| ⭐⭐⭐⭐⭐ 150 | Shipping charges | |

See all feedback

➕ 160 Positive   ⊖ 2 Neutral   ⊖ 1 Negative

➕ Good buying experience
Oct 12, 2020

Feedback from the last 12 months

● ○ ○ ○ ○

517 Followers | 0 Reviews | Member since: **Apr 30, 2011** | 📍 China

## Items for sale(989)

See all items


172mm Rebuild G...
US $11.37          34m left


Air Filter For ...
US $17.93          1h left


Air Filter For ...
US $11.37          1h left


Air Filter For ...
US $9.19           1h left


Air Filter For ...
US $50.71          2h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi [████] ▾    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ▾    My eBay ▾    🔔³    🛒

# ebay

Shop by category ▾    🔍 Search for anything    | All Categories ▾ |    **Search**    Advanced

eBay > eBay Stores > permile77



Welcome To Our Ebay Store!
We Focus On A Large Range of Motorcycle Parts For Chinese Pit Dirt Bikes, ATV Quads, Buggy Go Karts, Moped Scooters, 2 Stroke MiniMotos Pocket Bikes & Many More Other Chinese Made Gas/Electric Motor Bikes.
Wish You A Happy & Pleasant Shopping Here!



## permile77
517 followers | permile77 (11375 ⭐) 99.3%

Chinese Pit Dirt Bikes, ATV Quads, Buggy Go Karts, Moped Scooters, 2 Stroke MiniMotos Pocket Bikes & Many More Other Chinese Made Gas/Electric Motor Bikes

🤍 Save this seller

### Category
All
Pit Dirt Bike Parts
Mini Bike Scooter Parts
Moped Scooter Parts
ATV Quad Parts
Engine Parts
Motorcycle Tools
Monkey Bike Parts
New Arrival
Motorized Bicycle Parts
Generator Parts
Garden Machine Parts
Other

### Condition    see all
☐ New

### Price
☐ Under $15.00
☐ $15.00 to $35.00
☐ Over $35.00
$ [____] - $ [____] ›

### Buying Format    see all
◉ All Listings
☐ Best Offer
☐ Auction
☐ Buy It Now
☐ Classified Ads

### Item Location    see all
◉ Default
☐ Within
   100 mi ▾ of 60106
☐ US Only
☐ North America
☐ Worldwide

### Delivery Options    see all
☐ Free Shipping
☐ Free In-store Pickup

### Show only    see all
☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Verified

## Featured Items



Racing Carb Carburetor
49cc 50cc 60 66 80 cc 2...
**$21.83**
$22.98 | 5% OFF

🔍 Search this Store    **Search**

All Listings    Auction    **Buy It Now**                Best Match ▾    ☰ ▾

1-48 of 839 Results

| | |
|---|---|
| Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Dirt Bike | From China |
| **$27.86** | |
| Was: $29.33 | Seller: permile77 (11372) 99.3% |
| Free shipping | |

| | |
|---|---|
| Motorcycle Headlight For 2017 2018 KTM EXC XCF SX F SMR Enduro Dirt Bike | From China |
| **$33.33** | |
| Was: $35.08 | Seller: permile77 (11374) 99.3% |
| Free shipping | |

| | |
|---|---|
| Mikuni Carb Carburetor For Honda XR200 XR200R Dirt Bike Motocross | From China |
| **$32.71** | |
| Was: $34.43 | Seller: permile77 (11372) 99.3% |
| Free shipping | |

| | |
|---|---|
| Dirt Bike Fairing Plastic Fender Kit For Yamaha YZ85 2015 2016 2017 2018 2019 | From China |
| **$104.29** | |
| Free shipping | Seller: permile77 (11375) 99.3% |

| | |
|---|---|
| Z40 Racing Cam Camshaft Kit For YX140 YX 140cc 1P56FMJ Engine Pit Dirt Bike | From China |
| **$41.38** | |
| Free shipping | Seller: permile77 (11375) 99.3% |
| or Best Offer | |

More refinements...



Headlight Head Lamp For KTM Suzuki DRZ RM 125 250 400 Dirt Bike

$28.97
Was: $30.49
Free shipping

From China
Seller: permile77 (11374) 99.3%



Front Fender Mudguard For Motocross Supermoto Motorcycle Dirt Bike

$13.60 to $13.68
Was: $14.32
Free shipping

From China
Seller: permile77 (11374) 99.3%



Motorcycle Headlight For KTM EXC XCF EXC F W SX SXF 125 250 300 450 500 530

$33.31
Was: $35.06
Free shipping

From China
Seller: permile77 (11374) 99.3%



Front Rear Fender Guard For Honda Monkey Z50 Z50R 50J Skyteam Z50 Gorilla Bike

$15.24 to $33.85
Was: $35.63
Free shipping

From China
Brand: Honda
Seller: permile77 (11374) 99.3%



Fork Air Bleeder Valves For CRF 450 450R 450X 250 250X 250R Motocross Dirt Bike

$9.17
Was: $9.65
Free shipping
68 sold

From China
Seller: permile77 (11372) 99.3%



Gas Throttle Tube Housing Assembly For YAMAHA 2-Stroke YZ125 YZ250 1996 - 2017

$22.92
Was: $24.13
Free shipping
57 sold

From China
Seller: permile77 (11372) 99.3%



Aftermarket Chain Slider For Honda CR125R 250R CRF 250R 250X 450R 450X Dirt Bike

$10.92
Was: $11.49
Free shipping
100 sold

From China
Seller: permile77 (11372) 99.3%



CNC Aluminum Twist Throttle Grips Cable For Suzuki RM 80 85 125 250 Dirt Bike

$46.65
Was: $49.11
Free shipping
or Best Offer
55 sold

From China
Seller: permile77 (11372) 99.3%



Supermoto Sump Guard Oil Catch Tank Tray For Pit Dirt Bike Motorcycle

$35.40
Was: $37.26
Free shipping

From China
Seller: permile77 (11372) 99.3%



19mm Carburetor For KTM50 KTM50SX KTM 50SX 50cc Junior Dirt Bike Carb 2001-2017

$27.82
Was: $29.28
Free shipping

From China
Seller: permile77 (11372) 99.3%



RH Front Brake Master Cylinder For 110cc 125cc 140cc 150cc 160cc Pit Dirt Bike

$17.14
Was: $18.04
Free shipping
55 sold

From China
Seller: permile77 (11372) 99.3%



Front Hydraulic Master Brake Caliper Assy For Chinese 50cc - 190cc Pit Dirt Bike

$43.32
Was: $45.60
Free shipping

From China
Seller: permile77 (11374) 99.3%



45/48-22mm CNC Aluminum Triple Clamp Set For Pit Dirt Bike Motorcycle

$82.36
Was: $86.69
Free shipping

From China
Seller: permile77 (11372) 99.3%

32mm Racing Performance T4 Muffler For 150cc 160cc Pit Dirt Bike

$82.55
Was: $86.89

From China
Seller: permile77 (11372) 99.3%







**Front Brake Caliper For Yamaha YZ125 YZ250F YZ450F 2008-2017 YZ250X YZ450FX 2016**

$46.18
Was: $48.61
Free shipping

From China
Seller: permile77 (11374) 99.3%



**Rear Fender For Honda Yamaha Suzuki Kawasaki KTM MX Endure Dirt Bike**

$20.80 to $20.91
Was: $21.90
Free shipping

From China
Seller: permile77 (11374) 99.3%



**Racing Ignition Coil CDI Spark Plug D8TC CG 125 150 200 250cc ATV Quad Dirt Bike**

$15.29
Was: $16.09
Free shipping
or Best Offer
114 sold

From China
Seller: permile77 (11374) 99.3%



**Headlight Head Lamp For Motorcycle MX Dirt Bike off Road Dual Sport**

$28.95
Was: $30.47
Free shipping

From China
Seller: permile77 (11374) 99.3%



**12 x Oil Filter For Yamaha YZF 125 WR 125R 125X YZ 250 250F WR450F YZ450F YFZ450**

$31.13
Was: $32.77
Free shipping

From China
Seller: permile77 (11372) 99.3%



**25H 82 Links Cam Timing Chain For 50cc 70cc 90cc ATV Quad Go Kart Pit Dirt Bike**

$5.25
Was: $5.53
Free shipping

From China
Seller: permile77 (11372) 99.3%



**5pcs Carb Jets For Racing Carburetor 50 60 66 80 cc Motorized Bicycle Push Bike**

$8.68
Was: $9.14
Free shipping
88 sold

From China
Seller: permile77 (11372) 99.3%



**428 45Teeth 76mm Aluminum Billet Rear Sprocket For SDG 50cc-190cc Pit Dirt Bike**

$36.49
Was: $38.41
Free shipping

From China
Seller: permile77 (11372) 99.3%



**Front Fork Air Bleeder Valves For KX 250F 450F KXF250 KXF450 Motocross Dirt Bike**

$9.16
Was: $9.64
Free shipping
64 sold

From China
Seller: permile77 (11372) 99.3%



**CNC Aluminum Twist Throttle Grips Cable For Honda CR 80 85 125 250 Dirt Bike**

$44.28
Was: $46.61
Free shipping
or Best Offer
70 sold

From China
Seller: permile77 (11372) 99.3%



**Motorcycle Front Fender For Kawasaki KX KLX 125 250 450 Motocross Dirt Bike**

$22.76
Was: $23.96
Free shipping

From China
Seller: permile77 (11372) 99.3%



**Fuel Gas Tank 5PA-24110-30-00 For Yamaha YZ85 2002 2003 - 2018 Pit Dirt Bike**

$76.28
Was: $80.29
Free shipping

From China
Seller: permile77 (11372) 99.3%



**Brake Master Cylinder For Yamaha Raptor 350 660 700 ATV YFM350 YFM660 YFM700**

$27.35
Free shipping

From China
Seller: permile77 (11375) 99.3%

**6 Pin Racing AC CDI Box For Honda Helix CN250 CF250 Scooter SSR125 Pit Dirt Bike**



 Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category KTM All Categories Search Advanced

Items for sale from permile77 (11375) | Save this seller | Show results from all sellers

Include description

## Categories

**eBay Motors**
- Motorcycle Fairings & Bodywork
- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Parts
- Motorcycle Fenders
- Motorcycle Headlight Assemblies
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (25)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

permile77 (11375)
Feedback rating: 11,375
Positive Feedback: 99.3%
Member since Apr-30-11 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now Sort: Best Match View:

25 results for KTM Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of 60106

Clear selections

0 matching results

Find Results

### Motorcycle Headlight For 2017 2018 KTM EXC XCF SX F SMR Enduro Dirt Bike
Brand New
**$33.33**
Was: ~~$35.08~~
Buy It Now
**Free Shipping**
5% off
Watch
From China
Seller: permile77 (11,374) 99.3%
Item: 332839225045

### Kick Starter Lever For KTM50 KTM 50 SX Junior Mini Adventure 2002 2003 2004-2008
Brand New
**$18.62**
Was: ~~$19.60~~
Buy It Now
**Free Shipping**
5% off
Watch
From China
Seller: permile77 (11,372) 99.3%
Item: 232978056757

### Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Dirt Bike
Brand New
**$27.86**
Was: ~~$29.33~~
Buy It Now
**Free Shipping**
5% off
Watch
From China
Seller: permile77 (11,372) 99.3%
Item: 232978065671

### 1st 2nd Oil Filter Set For KTM 250 400 450 525 540 Beta RR Enduro 4T 250 400 450
Brand New
**$11.37** to **$27.76**
Was: ~~$11.97~~
Buy It Now
**Free Shipping**
5% off
From China
Seller: permile77 (11,372) 99.3%
Item: 233383771250

### Motorcycle Headlight For KTM EXC XCF EXC F W SX SXF 125 250 300 450 500 530
Brand New
**$33.31**
Was: ~~$35.06~~
Buy It Now
**Free Shipping**
5% off
Watch
From China
Seller: permile77 (11,374) 99.3%
Item: 232964377540

### Motorcycle Front Fender For Honda Yamaha Suzuki Kawasaki KTM Supermoto Dirt Bike
Brand New

## Sponsored items for you

Frame Guards Covers Protectors For KT...
**$15.99**
Buy It Now

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████
Change

---

## Review item and shipping

Seller: permile77 | Message to seller



Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Dirt Bike
**$27.86**
~~$29.33~~

Quantity [ 1 ▼ ]

**Delivery**
Est. delivery: Nov 4 – Nov 24
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

---

## Gift cards, coupons, eBay Bucks

Enter code: _____ [ Apply ]

---

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount [ None ▼ ]

---

| Subtotal (1 item) | $27.86 |
|---|---|
| Shipping | Free |
| Tax* | $1.74 |

**Order total** **$29.60**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED




Hi ▮▮▮▮ ! ▾    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ▾    My eBay ▾    🔔    🛒

Shop by category ▾    🔍 Search for anything    | All Categories ▾ |    Search    Advanced

◁ Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Lighting & Indicators  >  Headlight Assemblies

✉ f 𝕏 𝓟  |  Add to Watchlist

---

ⓘ  Check if this part fits your vehicle    Contact the seller




◁   ▷

$ Have one to sell?   Sell now

### Motorcycle Headlight For 2017 2018 KTM EXC XCF SX F SMR Enduro Dirt Bike

Condition: **New**

Quantity:  | 1 |    More than 10 available / 2 sold

Price: **US $33.33**
US $35.08 (5% off)
ⓘ

**Free shipping**    30-day returns    5 watchers

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China, China
Ships to: Worldwide   See exclusions

Delivery: 📦 Estimated between **Wed. Nov. 4 and Tue. Nov. 24** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

---

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
permile77 (11375 ⭐)
99.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2                                    Feedback on our suggestions

     

Motorcycle Headlight Lamp For KTM Headlamp EXC X...
$26.96
$28.99
+ $4.50 shipping
New

Dirt Bike Enduro Headlight Headlamp Front Light...
$26.31
$27.99
+ $5.50 shipping
New

E8 Emark LED Headlight For KTM Husqvarna EXC XCF...
$60.15
$63.99
+ $0.98 shipping
New

White Dirt Bike Motorcycle Enduro Headlight Lamp...
$32.10
$34.15
+ $8.01 shipping
New

Motorcycle Dirt Bike Enduro Headlight Fairing For KTM...
$15.50
$16.67
+ $5.50 shipping
New

Dirt Bike Enduro LED Headlight Head Lamp For...
$59.42
$63.89
Free shipping
New

---

### Related sponsored items 1/2                                    Feedback on our suggestions

◁                                                                          ▷



Feedback

https://www.ebay.com/itm/Motorcycle-Headlight-For-2017-2018-KTM-EXC-XCF-SX-F-SMR-Enduro-Dirt-Bike/332839225045?hash=item4d7ec386d5:g:-xoAAOSwD89bwbxr    1/5



‹ Back to search results | Listed in category:  eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Lighting & Indicators  ›  Headlight Assemblies



## Motorcycle Headlight For KTM EXC XCF EXC F W SX SXF 125 250 300 450 500 530

Condition: New

Quantity: 1     More than 10 available / 3 sold

Price: **US $33.31**
US $35.06 (5% off)

**Buy It Now**

**Add to cart**

**Add to Watchlist**

Free shipping     30-day returns     Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Worldwide    See exclusions

Delivery: Estimated between **Wed. Nov. 4 and Tue. Nov. 24**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  American Express  Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
permile77 (11375 ⭐)
99.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?  **Sell now**

## Similar sponsored items 1/2

E8 Emark LED Headlight For KTM Husqvarna EXC XCF...
$60.15
$63.99
+ $0.98 shipping
New

LED E8 Headlight For KTM EXC XC XCF XCW SX SXF...
$80.40
$85.53
+ $1.60 shipping
New

Dirt Bike LED Enduro Headlight Head Lamp For...
$60.45
$65.00
+ $1.00 shipping
New

Dirt Bike Headlight For KTM EXC SX SXF XC XCF EXC...
$85.00
$91.40
+ $1.60 shipping
New

Supermoto Front Light Headlight For KTM EXC XC...
$60.54
$65.10
+ $1.00 shipping
New

Black Headlight For KTM EXC XCF SX F SMR Bike...
$33.09
$35.21
+ $4.57 shipping
New

## Related sponsored items 1/2

Feedback on our suggestions

Hi ███████    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ∨    My eBay ∨

**ebay**    Shop by category ∨    🔍 Search for anything                    All Categories ∨    Advanced

< Back to home page | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Lighting & Indicators  >  Headlight Assemblies    | Add to Watchlist

ⓘ  Check if this part fits your vehicle    Contact the seller

🔖 **SAVE UP TO 10%** WHEN YOU BUY MORE



### Motorcycle LED Headlight Lamp Black Fairing For KTM XC-W 250 2014 2020

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

| Condition: | New |
| Bulk savings: | Buy 1 $92.99/ea  |  Buy 2 $87.41/ea  |  Buy 3 $85.55/ea |

Quantity: [ 1 ]    4 or more for $83.69/ea

5 available / 4 sold

Price: **US $92.99/ea**

[ Buy It Now ]

[ Add to cart ]

Best Offer:    [ Make Offer ]

[ ♡ Add to Watchlist ]

Seller information
phrider_cmt (691 ⭐)
98.8% Positive feedback

Save this Seller
Contact seller
Visit store
See other items



☐ 1-year accident protection plan from SquareTrade - $10.99

30-day returns    |    9 watchers

Shipping: $6.99 Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide    See exclusions

Delivery: ▶ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ
Please note the delivery estimate is **greater than 15 business days**.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  Mastercard  AMEX  Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping |    See details

$ Have one to sell?  [ Sell now ]

---

Similar sponsored items 1/2                    Feedback on our suggestions



| E8 Emark LED Headlight For KTM Husqvarna EXC XCF XC... | For KTM XCW XC EXC XCF Six Days 250 300 350 550... | White LED Headlight Head Lamp Light For KTM Dirt Bike... | Motorcycle Front Light Headlight Led For KTM KTM... | Motocross Headlight Led Lamp LM1500 For KTM EXC / XCF /... | Black 30W 12V LED Headlight Lamp For KTM EXC F SX SXF X... |
| $60.15 $63.99 | $82.64 | $79.20 | $74.86 $80.50 | $75.90 $80.74 | $75.67 $80.50 |
| Free shipping New | Free shipping New | Free shipping Seller 99.8% positive | Free shipping New | Free shipping New | Free shipping New |

---

Sponsored items from this seller 1/2                    Feedback on our suggestions



Feedback

https://www.ebay.com/itm/Motorcycle-LED-Headlight-Lamp-Black-Fairing-For-KTM-XC-W-250-2014-2020/353135375008                    1/5


Motorcycle LED Headlight
Lamp Fairing For KTM XC-W...
$92.99
+ $6.99 shipping


Motor Headlight Protector
Guard Grill Cover For BMW R...
$59.99
Free shipping


Black Steel Headlight Guard
Grill Protector For BMW...
$32.99
Free shipping


Vintage Style Black MOTOR
Headlight For Retro Cafe Rac...
$21.99
+ $6.99 shipping

Chrome Comp HeadLight Lamp
For Yamaha DT400 DT250...
$26.99
Free shipping


100W Super White H7 LED
Headlight Bulb For Honda...
$10.99
Free shipping

| **Description** | **Shipping and payments** | **Report item** |

Seller assumes all responsibility for this listing.

eBay item number: 353135375008

Last updated on  Oct 10, 2020 21:05:15 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Alpha Rider |
| Material: | Polypropylene | Manufacturer Part Number: | Does Not Apply |
| Color Temperature: | 6000K | Warranty: | 1 Year |
| Power: | 30W LED | Placement on Vehicle: | Front |
| Voltage: | DC12V | UPC: | Does not apply |



## Motorcycle LED Headlight Lamp Black Fairing For KTM XC-W 250 2014 2020











**Welcome to** **phrider_cmt**, **We do our best to provide you the most suitable and Affordable products. If you have any problem, please contact us first, we will try our best responding you as soon as possible.**



**Fitment:**

**For KTM**
**125 SX (US) 2014-2020**
**150 SX (US) 2014-2020**
**150 XC (US) 2014**
**250EXC 2010-2020**
**450EXC 2010-2020**
**150 XC-W 2017-2020**
**250 SX  (US) 2014-2020**
**250 SX-F (US) 2014-2020**
**250 SX-F Factory Edition 2015-2020**
**250 XC (US / EU) 2014-2020**
**250 XC-F (US) 2014-2020**
**250 XC-W 2014-2020**
**250 XC-W TPI 2018-2020**
**250 XCF-W (US) 2014-2020**
**300 XC-W 2014-2020**
**300 XC (US / EU) 2014-2020**
**350 SX-F (US) 2014-2020**

**350 XC-F (US) 2014-2020**
**350 XCF-W (US) 2014-2020**
**450 SX-F (US) 2014-2020**
**450 SX-F Factory Edition 2015-2020**
**450 XC-F (US) 2015-2020**
**450 XC- W (US) 2014-2020**
**500 XC-W (US) 2014-2020**
**530 EXC (US) 2010-2011**
**530 XC-W Six Days (USA) 2010-2011**

**For Husqvarna**
**FC 250 2014-2020**
**FC 450 2014-2020**
**FC 450 Rockstar Edition 2018**
**FC 350 2014-2020**
**FE 250 2014-2020**
**FE 350 2014**
**FE 450 2016**
**FE 501 2014-2020**
**TC 125 2014-2020**

**TC 250 2014-2020**
**TE 125 2015-2020**
**TE 150 2017**
**TE 250 2014-2020**
**TE 300 2014-2020**
**TX 300 2017**
**FX 350 2017**
**FX 450 2017**

**Features:**

100% Brand New

Power: 30 W LED

Voltage: DC12V

Color Temperature: 6000K

Feature: Waterproof, dust-proof, rust-proof, you can use this headlight even in rainy days

Color: Orange/Black

**Package Included:**

Sponsored items based on your recent views 1/4     Feedback on our suggestions


Feedback














Flyscreen Windscreen Windshield Protector Cover fo...
$29.99
Free shipping
New

Green Headlight Enduro Road Legal Fit For KTM 250 450 520...
$34.93
Free shipping
Seller 99.4% positive

Headlight Head Lamp Universal For Honda Yamaha Kawasaki...
$25.99
Free shipping
New

Motorcycle LED Headlight Lamp Fairing For KTM XC-W...
$92.99
+ $6.99 shipping
New

Motorcycle Front Light Headlight LED For KTM KTM...
$74.86
$80.50
Free shipping
New

LED Dirt Bike E8 Emark Headlight For Husqvarna TE T...
$80.40
$85.53
Free shipping
New

## Explore more sponsored options: Brand

### MOSOKOYO



E8 LED Headlight Lamp For KTM EXC SX SXF XC XCF...
$85.92
$91.40
Free shipping

### KTM                                  More





Universal Dual Sport Motocross Headlight Lamp...
$74.29
$79.03
Free shipping

For KTM SX XC EXC Husqvarna Dirt Bike 6000K...
$99.99
Free shipping

### Husqvarna



For Husqvarna TE125 250 17-19 701 Supermoto 2017 Dirt...
$28.82
$30.99
+ $6.00 shipping

### More from this seller  1/2

Feedback on our suggestions











Motorcycle LED Headlight Lamp Fairing For KTM XC-W...
$92.99
+ shipping

Motor Headlight Protector Guard Grill Cover For BMW R...
$59.99
+ shipping

Motorcycle Headlight Grille Guard Cover For Ducati...
$85.99
+ shipping

Black Steel Headlight Guard Grill Protector For BMW...
$32.99
+ shipping

Vintage Style Black MOTOR Headlight For Retro Cafe Rac...
$21.99
+ shipping

Chrome Comp HeadLight Lamp For Yamaha DT400 DT250...
$26.99
+ shipping

Back to home page
More to explore :  KTM Motorcycle Fairings & Bodywork for KTM 250 ,   Fairings & Bodywork for 2014 KTM 250 ,   Acerbis Motorcycle Fairings & Bodywork for 2014 KTM 250 ,
Polisport Motorcycle Fairings & Bodywork for 2014 KTM 250 ,  Cycra Motorcycle Fairings & Bodywork for 2014 KTM 250 ,  Motorcycle Fairings/Body Work Kits for KTM 250 ,
Black Motorcycle Air Intake Covers & Fairings for KTM ,  Areyourshop Motorcycle Headlight Assemblies for KTM 250 ,  Unbranded Motorcycle Headlight Assemblies for KTM 250 ,  Devol Fairings & Bodywork for KTM 250
Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback








Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 2

ebay Shop by category Search for anything All Categories Advanced

Back to home page | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies | Add to Watchlist

Check if this part fits your vehicle Contact the seller

**SAVE UP TO 10% WHEN YOU BUY MORE**

## Motorcycle LED Headlight Lamp Black Fairing For KTM XC-W 250 2014 2020

Condition: New

Bulk savings: Buy 1 $92.99/ea | Buy 2 $87.41/ea | Buy 3 $85.55/ea

Quantity: 1 4 or more for $83.69/ea

5 available / 4 sold

Price: **US $92.99/ea**

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

Make an offer. Negotiate an even better deal.

$ Have one to sell? Sell now

1-year accident protection plan from SquareTrade - $10.99

30-day returns | 9 watchers

Shipping: $6.99 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Thu. Nov. 5 and Wed. Nov. 25
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

phrider_cmt (691 ★)
98.8% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

### Similar sponsored items 1/2

Feedback on our suggestions

E8 Emark LED Headlight For KTM Husqvarna EXC XCF XC...
$60.15
~~$63.99~~
Free shipping
New

For KTM XCW XC EXC XCF Six Days 250 300 350 550...
$82.64
Free shipping
New

White LED Headlight Head Lamp Light For KTM Dirt Bike...
$79.20
Free shipping
Seller 99.8% positive

Motorcycle Front Light Headlight LED For KTM KTM...
$74.86
~~$80.50~~
Free shipping
New

Motocross Headlight Led Lamp LM1500 For KTM EXC / XCF /...
$75.90
~~$80.74~~
Free shipping
New

Black 30W 12V LED Headlight Lamp For KTM EXC F SX SXF X...
$75.67
~~$80.50~~
Free shipping
New

### Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback

10/15/2020









Motorcycle LED Headlight Lamp Fairing For KTM XC-W...
$92.99
+ $6.99 shipping

Motor Headlight Protector Guard Grill Cover For BMW R...
$59.99
Free shipping

Black Steel Headlight Guard Grill Protector For BMW...
$32.99
Free shipping

Vintage Style Black MOTOR Headlight For Retro Cafe Rac...
$21.99
+ $6.99 shipping

Chrome Comp HeadLight Lamp For Yamaha DT400 DT250...
$26.99
Free shipping

100W Super White H7 LED Headlight Bulb For Honda...
$10.99
Free shipping

---

**Description** | **Shipping and payments**

Seller assumes all responsibility for this listing.

Report item

## Shipping and handling

Item location: Guangzhou, China

Shipping to: Worldwide

Excludes: Africa, Central America and Caribbean, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, United Arab Emirates, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Laos, Bermuda, Greenland, Saint Pierre and Miquelon, Argentina, Bolivia, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of Cyprus, Estonia, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Tajikistan, Turkmenistan, Uzbekistan

Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery |
|---|---|---|---|---|
| US $6.99 | US $6.99 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 5 and Wed. Nov. 25** |
| US $33.00 | US $20.00 | United States | Expedited Shipping from outside US | Estimated between **Wed. Oct. 21 and Mon. Oct. 26** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods





### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/4

Feedback on our suggestions








Flyscreen Windscreen Windshield Protector Cover for...
$29.99
Free shipping
New

Green Headlight Enduro Road Legal Fit For Honda KTM 250 450 520...
$34.93
Free shipping
Seller 99.4% positive

Headlight Head Lamp Universal For Honda Yamaha Kawasaki...
$25.99
Free shipping
New

Motorcycle LED Headlight Lamp Fairing For KTM XC-W...
$92.99
+ $6.99 shipping
New

Motorcycle Front Light Headlight LED For KTM KTM...
$74.86
$80.50
Free shipping
New

LED Dirt Bike E8 Emark Headlight For Husqvarna TE...
$80.40
$85.53
Free shipping
New

Feedback







## Feedback profile

ebay MONEY BACK GUARANTEE

phrider_cmt (691 ★)

**Positive Feedback (last 12 months): 98.8%**

Member since: Mar-12-19 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

### Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 65 | 451 | 608 |
| Neutral | 1 | 8 | 9 |
| Negative | 1 | 4 | 8 |

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (563) | Reasonable shipping cost ★★★★★ (579) |
| Shipping speed ★★★★★ (566) | Communication ★★★★★ (573) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

8 Feedback received (viewing 1-8) Revised Feedback: 5

Search Feedback received as seller with an item title or ID:

e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (8) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **didn't work good at all** (Private listing) | Buyer: 8***8 (50★) | Past month Reciprocal feedback |
| Reply by phrider_cmt. Left within past month. hello, my friend, . any question, please feel free to let me know first. | | |
| **Piece does not fit stock header and exhaust. Seller difficult, refuses refund** Motorcycle Slip-on Exhaust Mid Link Pipe For Honda AFRICA TWIN CRF1000 2016-2019 (#352999791197) | Buyer: i***t (5) ~~US $28.29~~ (Best offer was accepted) | Past 6 months Reciprocal feedback |
| Reply by phrider_cmt. Left within past 6 months. sorry about the issue, we will make a good solution for you, please don't worry | | |
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **Supposed to be here 3 weeks ago. Still have no idea where the package is.** Exhaust Muffler Middle Link Pipe System Kit 45& 51mm For Yamaha YZFR6 2006 2018 (#353049312964) | Buyer: y *** r ( 19★) US $20.92 | Past 6 months Reciprocal feedback |
| **Seller was not able to ship the product after receiving the amount.** (Private listing) | Buyer: n***r (26★) | Past 6 months Reciprocal feedback |
| **Refused to give me a refund had to call eBay to resolve the problem.** (Private listing) | Buyer: o***7 (240★) | Past year Reciprocal feedback |
| **This is taking way too long I can't finish my rebuild ,I guess I'll have find** (Private listing) | Buyer: a***9 (40★) | Past year Reciprocal feedback |
| **Did not fit! The connection to the header pipe is incorrect.** (Private listing) | Buyer: a***a (46★) | Past year Reciprocal feedback |
| **Didn't fit the 85 Honda rebel at all.** (Private listing) | Buyer: n***n (12★) | Past year Reciprocal feedback |

**Page 1 of 1** ← 1 →

**Member Quick Links** Contact member View items for sale View seller's Store

**Suggested Next** Leave Feedback Reply to received Feedback Follow up to given Feedback Request feedback revision

Comment?

Hi ▮▮▮▮ !    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist    My eBay    🔔 2    🛒

ebay    Shop by category    Search for anything    All Categories    Search    Advanced

**phrider_cmt** (691★)
98.8% positive feedback

🔽 Items for sale   🏬 Visit store   ✉ Contact

Based in China, phrider_cmt has been an eBay member since Mar 12, 2019

♡ Save

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 563 | Item as described | |
| ★★★★★ 573 | Communication | |
| ★★★★★ 566 | Shipping time | |
| ★★★★★ 579 | Shipping charges | |

See all feedback

● 608 Positive    ◐ 9 Neutral    ● 8 Negative

⊕ As advertised and delivered timely, packaged fine,would buy from again.
Oct 12, 2020

Feedback from the last 12 months

● ○ ○ ○ ○

22 Followers | 0 Reviews | Member since: **Mar 12, 2019** | 📍 China

## Items for sale (2233)

See all items



Universal 22mm ...
US $18.69          4m left



For Can-Am DS70...
US $25.99          6m left

**US STOCK**


Throttle Cable ...
US $12.39          7m left



Engine Oil Seal...
US $9.69          13m left



Exhaust Pipe Ga...
US $3.59          15m left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

eBay › eBay Stores › phrider_cmt

# phrider_cmt

22 followers | phrider_cmt (691 ★) 98.8%

Welcome to my shop; All the goods are the best quality and reasonable price,and we have a perfect service,:we will give you a good shopping experience,Thank y

Save this seller

**Category**

All

Other

**Condition** see all

- New
- Used

**Price**

- Under $15.00
- $15.00 to $35.00
- Over $35.00

$ - $

**Buying Format** see all

- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

- Default
- Within
  100 mile of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free Shipping
- Free In-store Pickup

**Show only** see all

- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Verified

**More refinements...**

## Featured Items

Double Bubble Windshield Windscreen for SUZUKI...
**$23.99**

Motorcycle Exhaust Mid Link Pipe For 2017 2018 2019 KT...
**See Price**

Engine Oil Drain Plug with Washer For for Polaris RZR...
**$6.60**

Search this Store | Search | Time: ending soonest

All Listings | Auction | Buy It Now

1-48 of 2,126 Results

For Sea Doo 717 720 Exhaust Manifold Gasket Kit HX XP SPX SP GTS GTI #420850638
$3.99
$1.99 shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%

Rear Brake Fluid Reservoir Guard Cover For HONDA CRF1000L Aftica Twin 2016 2018
$9.99
Free shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%

4 pcs Exhaust gaskets For Honda CB700 CB750 CB900 CB1000C CB1100F Gasket
$6.99
$1.99 shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: phrider_cmt (684) 98.8%

260 pcs Nuts Push On Retainer Washer Assortment Clips Fasteners Kit Smooth Lock
$17.69
Free shipping
or Best Offer
From China
Brand: Alpha
Seller: phrider_cmt (689) 98.8%

Starter Motor For Suzuki 31100-22G00 LT-Z50 LTZ50 Quadsport 49cc 2006 2009
$19.97
Free shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: phrider_cmt (687) 98.8%

REAR BRAKE CABLE FOR POLARIS SPORTSMAN 90 110 OUTLAW 90 110 90CC 110CC ATV
$24.56
$2.99 shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: phrider_cmt (690) 98.8%

Set of 4 Exhaust Gasket For Honda CB750/900/1000/1100
$8.99
Free shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: phrider_cmt (684) 98.8%

Front Fuel Tank Cover Fairing Guard Protective Cover For BMW S1000RR 2015 2018

$62.99
$6.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%

---



Twin Water Pump Seal Driver Tool For Polaris Ranger RZR 700 800 Replace #3610075

$14.14
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (691) 98.8%

---



Air Filter Cleaner For Yamaha Grizzly 700 YFM700F YFM700D YFM700P 4X4 2009 2014

$7.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%

---



4X Carbon Flex Dual Stage Reeds For Yamaha BANSHEE 1987 1999 2006

$30.99
$6.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%

---



The 1 1/8" CNC Handlebar Fat Bar Mount Clamp Raiser For KX250F KX450F CRF450R

$23.69
$6.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%

---



Front Right Side Turn Signal Cornering Lamp Liner Light For BMW K1600GT GTL

$89.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (686) 98.8%

---



Clutch Puller For Bombardier Outlander 330 400 Can-Am Renegade 500 650 800

$17.99
Free shipping
or Best Offer

Brand: Alpha Rider
Seller: phrider_cmt (653) 98.8%

---



Motorcycle Light Turn Signal Switch Flasher Relay Horn For Honda Yamaha

$27.99
Free shipping
or Best Offer

Brand: Alpha Rider
Seller: phrider_cmt (653) 98.8%

---



6x Engine Oil Seals Kit For Honda CT90K CT90 Trail 6 Seals

$9.99
Free shipping
or Best Offer

Brand: Alpha Rider
Seller: phrider_cmt (691) 98.8%

---



Rear Brake Caliper Mounting with Pad For Polaris Trail Boss 325 2000 2001 2002

$46.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%

---



Rear Fender Refit Plates Mud Guard Protector For Kawasaki KLX300 KLX250

$34.99
$2.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%

---



Lip Seal Replace Hydro Gear 51161 & 50735 Rubber For MTD Cub Cadet 17x40x7mm

$11.99
$0.99 shipping
or Best Offer

From China
Brand: Cadet
Seller: phrider_cmt (691) 98.8%

---



Front & Rear Brake pad For Yamaha TTR125 TTR125L TTR125LE TTR125E 2001 2003

$7.59
$0.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%

---



Oil Filter Cover Bolts & Carb Screws Rebuild kit For Honda TRX450R 2006 2012

$10.89
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%



Rear Fender Refit Plate Mud Guard Protector For Kawasaki KLX300 KLX250 White

$34.99
$2.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%



Replacement Seat Cover For Honda Big Red ATC200ES 1984

$21.99
$2.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%



CNC Aluminum Protector Case Saver Billet For Yamaha Raptor YFM YFM700

$11.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%



Rear Fender Refit Plate Mud Guard Protector For Kawasaki KLX300 KLX250

$34.99
$2.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%



Universal Motorcycle Seat Cover anti-slip granules For WR YZF CRF Dirt Bike

$19.99
$2.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (684) 98.8%



Oil Filter Cover Bolts & Carb Rebuild Screws Kit For Honda CRF250R 2005 2016

$9.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (684) 98.8%



Headlight Guard LED SCREEN Cover For BMW R1200GSA LC 2013 2015 2018

$9.99
$2.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%



Universal 12mm Engines Spark Plug Gap Tool Gapper Gapping Sparkplug Caliper

$10.59
$0.99 shipping
or Best Offer
5 watching

From China
Brand: Alpha Rider
Seller: phrider_cmt (687) 98.8%



Universal Seat Cover anti-slip granules For WR YZF CRF Dirt Bikes

$19.99
$2.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (690) 98.8%



Exhaust Pipe Springs Fit Polaris Snowmobile UTV ATV Sportsman Ranger 7041687

$9.69
Free shipping
or Best Offer

Brand: Alpha Rider
Seller: phrider_cmt (691) 98.8%



1" Narrow Ape Hanger Bend Handlebar For Harley Touring Electra Glide FLH

$45.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (686) 98.8%



28MM Bar Clamp Riser Taper Handlebar For KTM 690 200 530 300 350 1190 1290

$19.99
$4.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%



Motorcycle Motocross 2X Protective Gear Armour Hip & 2X Knee Guard Shell Pads

$12.99
$2.99 shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: phrider_cmt (683) 98.8%



Variator Slider Weights 18x14 14g For Honda CH80 Elite 80 GY6 125cc 150cc US

$10.99
Free shipping
or Best Offer

From China
Seller: phrider_cmt (686) 98.8%





Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | ktm | All Categories | Search | Advanced

Include description

Items for sale from **phrider_cmt** (691 ) | Save this seller | Show results from all sellers

**Categories**

**eBay Motors**

- Other Motorcycle Parts
- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Fairings & Bodywork
- Motorcycle Silencers, Mufflers & Baffles
- Other Motorcycle Accessories
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (103)

**Price**

- Under $8.00
- $8.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

phrider_cmt (691 )
Feedback rating: 691
Positive Feedback: 98.8%
Member since Mar-12-19 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Motorcycle LED Headlight Lamp Black F...
**$92.99**
Buy It Now

All Listings | Auction | Buy It Now    Sort: Best Match    View:

**103** results for **ktm**   Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

Frame Guard Protector For KTM SX150 SXF250 XC250 EXC300 SXF350 EXCF450
Brand New
**$18.99**
Buy It Now
**Free Shipping**
From China
Seller: phrider_cmt (683) 98.8%
Item: 353165881717

Headlight Protection Guard Cover For KTM 790 ADVENTURE/R Aluminum (Fits: KTM)
Brand New
**$56.99**
or Best Offer
+$2.99 shipping
Watch
From China
Seller: phrider_cmt (689) 98.8%
Item: 353134707725
Brand: Alpha Rider

Front Nose Fairing Beak Cowl Protector Fender For KTM 1190 Adventure 2013 2016
Brand New
**$49.99**
or Best Offer
+$6.99 shipping
Watch
From China
Seller: phrider_cmt (683) 98.8%
Item: 353155374300
Brand: Alpha Rider

Rear Absorber Suspension Shock Spanner For KTM XC250 300 Husqvarna 125
Brand New
**$12.88**
or Best Offer
+$1.69 shipping
Watch
From China
Seller: phrider_cmt (685) 98.8%
Item: 353047609525
Brand: Alpha Rider

Engine Guard Plate Protection For KTM SXF350 XCF250 Husqvarna FC350 FC350 FX350 (Fits: KTM)
New (Other)
**$34.12**
or Best Offer
+$5.69 shipping
Watch
From China
Seller: phrider_cmt (690) 98.8%
Item: 352936151387
Brand: Alpha Rider

2 pcs Lower Fork Legs Shoe Guard Protector Cover for KTM 125 200 250 300 350
New (Other)

$92.99



Motorcycle Front Light
Headlight LED ...
$74.86
Buy It Now



LED Dirt Bike E8 Emark
Headlight For ...
$80.40
Buy It Now



UNIVERSAL Motorcycle
34mm Fuel Valve ...
$16.99
Buy It Now



UNIVERSAL Motorcycle
34mm Fuel Valve ...
$14.99
Buy It Now



Motorcycle Petrol Fuel
Tap Petcock 3...
$8.99
Buy It Now



Aftermarket Plastic
Fender Fairing Bo...
$34.40
Buy It Now

---

 

$13.95
or Best Offer
+$6.99 shipping
❤ Watch

From China
Seller: phrider_cmt (683) 98.8%
Item: 353086152989
Brand: Alpha Rider

---



**Lower Fork Legs Shoe Guard Protector Cover for KTM 125 200 250 300 350 Blue**
New (Other)

$13.95
or Best Offer
+$6.99 shipping
❤ Watch

From China
Seller: phrider_cmt (683) 98.8%
Item: 353086245627
Brand: Alpha Rider

---



**Radiator Side Cover Panel Guard Protector For KTM 1050 1090 1190 1290 ADV (Fits: KTM)**
New (Other)

$32.54
or Best Offer
Free Shipping
❤ Watch

From China
Seller: phrider_cmt (690) 98.8%
Item: 352799257611
Brand: Alpha Rider

---



**Motorcycle Nos TOOL KIT For HONDA Yamaha Suzuki Polaris Aprilia Kawasaki (Fits: KTM)**
New (Other)

$9.99
or Best Offer
+$8.99 shipping
6 Watching
❤ Watch

From China
Seller: phrider_cmt (683) 98.8%
Item: 352676198563
Brand: Alpha Rider

---



**Motorcycle Rear Brake Fluid Reservoir Guard Cover for Ducati BMW Husqvarna KTM**
Brand New

$9.99
or Best Offer
+$2.99 shipping
❤ Watch

From China
Seller: phrider_cmt (683) 98.8%
Item: 353134737066
Brand: Alpha Rider

---

**Air Filter Cleaner Foam For KTM SX125 2011 2012 2015 (Fits: KTM)**
Brand New

$8.29
or Best Offer
Free Shipping
❤ Watch

From China
Seller: phrider_cmt (686) 98.8%
Item: 352975776148
Brand: Alpha Rider

---



**Stainless Exhaust Muffler Link Pipe For KTM 1290 SUPER DUKE R 2014 2015 2016 (Fits: KTM)**
New (Other)

$55.53
or Best Offer
Free Shipping
❤ Watch

From China
Seller: phrider_cmt (690) 98.8%
Item: 352870984073
Brand: Alpha Rider

---

**Dual Foam Air Filter Cleaner For KTM SX85 2005-2012 (Fits: KTM)**
Brand New





$34.68



Fairing Fender Kits For
KTM50 Mini Se...
$34.68
Buy It Now



12V 35W Headlight Head
Light For 2017...
$33.45
Buy It Now



Dirt Bike MX Headlight
For Enduro Mas...
$87.31
Buy It Now



Universal Headlight Dirt
Bike Enduro ...
$33.29
Buy It Now



Kick starter Kick start
Lever For KTM...
$29.33
Buy It Now
Free shipping



14mm Kick Starter Lever
For KTM50 KTM...
$17.91
Buy It Now



$8.29
or Best Offer
+$0.99 shipping
👁 Watch

From China
Seller: phrider_cmt (686) 98.8%
Item: 352975712297
Brand: Alpha Rider

**Foam Motorcycle Air Filter Air Cleaner For KTM SX125 2007-2010**
Brand New

$8.29
or Best Offer
**Free Shipping**
👁 Watch

From China
Seller: phrider_cmt (691) 98.8%
Item: 352975734986
Brand: Alpha Rider

**Motorcycle LED Headlight Lamp Black Fairing For KTM XC-W 250 2014 2020**
Brand New



$92.99
or Best Offer
+$6.99 shipping
**9 Watching**
👁 Watch

From China
Seller: phrider_cmt (683) 98.8%
Item: 353135375008
Brand: Alpha Rider

**Motorcycle Upper CRASH BARS For KTM790 Adventure/Adventure R Black**
Brand New




$232.99
or Best Offer
+$12.99 shipping
👁 Watch

From China
Seller: phrider_cmt (686) 98.8%
Item: 353147742132
Brand: Alpha Rider

**1X Oil Filter Grid Filters For KTM 950 990 RC8R 1190 1290 RC8 Adventure 990R US1**
Brand New

$5.00
or Best Offer
+$1.99 shipping
👁 Watch

From China
Seller: phrider_cmt (690) 98.8%
Item: 352929515918
Brand: Alpha Rider

**Front Headlight Guard Cover Protector For KTM1290 Super Adventure R/S 2017 2018**
Brand New

$68.90
or Best Offer
**Free Shipping**
👁 Watch

From China
Seller: phrider_cmt (683) 98.8%
Item: 353134711945
Brand: Alpha Rider

**Motorcycle Lower CRASH BARS For KTM790 Adventure/Adventure R Black**
Brand New




$232.99
or Best Offer
+$12.99 shipping
👁 Watch

From China
Seller: phrider_cmt (683) 98.8%
Item: 353147710124
Brand: Alpha Rider



**TWIN AIR FOAM AIR FILTER For KTM 65 SX,65 XC,640 Adventure, 1997-2018 (Fits: KTM)**
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ Add a credit or debit card

○ PayPal

○ PayPal CREDIT
No Interest if paid in full in 6 months.
Apply now. See terms

**Ship to**
1001 Foster Ave
Bensenville, IL 60106-1445
United States
Change

### Review item and shipping

Seller: phrider_cmt    Message to seller



Motorcycle LED Headlight Lamp Black Fairing For KTM XC-W 250 2014 2020
**$92.99**

Quantity    1 ˅

**Delivery**

◉ Est. delivery: Nov 5 – Nov 25
Standard SpeedPAK from China/Hong Kong/Taiwan
**$6.99**

○ Est. delivery: Oct 21 – Oct 26
Expedited Shipping from outside US
**$33.00**

### Gift cards, coupons, eBay Bucks

Enter code:                    Apply

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount    None ˅

| | |
|---|---|
| Subtotal (1 item) | $92.99 |
| Shipping | $6.99 |
| Tax* | $6.25 |

**Order total**    **$106.23**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

10/15/2020

Hi ██████ | Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ⌄   My eBay ⌄

 ebay

Shop by category ⌄   | Search for anything | All Categories ⌄ | Search | Advanced

◀ Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work     ✉ f 𝕏 ℗ | Add to Watchlist

---

ⓘ  Check if this part fits your vehicle    Contact the seller

🏷 **SAVE UP TO 10% WHEN YOU BUY MORE**





💲 Have one to sell?  **Sell now**

### Front Nose Fairing Beak Cowl Protector Fender For KTM 1190 Adventure 2013 2016

Condition:   New

| Bulk savings: | Buy 1 $49.99/ea | Buy 2 $46.99/ea |
| --- | --- | --- |
| | Buy 3 $45.99/ea | |

Quantity:  | 1 |   4 or more for $44.99/ea

5 available

Price: **US $49.99/ea**       **Buy It Now**

                             **Add to cart**

Best Offer:                   **Make Offer**

                             ♡ Add to Watchlist

**30-day returns**

Make an offer. Negotiate an even better deal.  ✕

Shipping:  $6.99  ePacket delivery from China | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide  See exclusions

Delivery:  📦 Estimated between **Wed. Oct. 28 and Tue. Dec. 1** ⓘ
Please note the delivery estimate is greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  30 day Buyer pays for return shipping |
See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
phrider_cmt (691 ⭐)
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions


Front Nose Fairing Beak Cowl Protector Fender For...
**$47.99**
~~$51.60~~
+ $8.99 shipping
Seller 99.3% positive


Windshield WindScreen Screen For KTM 1050 1090...
**$28.99**
+ $5.99 shipping
Seller 99% positive


Front Rear Brake Clutch Reservoir Cover For KTM...
**$31.99**
+ $3.88 shipping
Seller 99.2% positive


Front Nose Fairing Beak Cowl Protector Fender Set...
**$47.99**
+ $8.99 shipping
New


Front Nose Fairing Beak Cowl Protector Fender for...
**$47.99**
+ $8.99 shipping
New


For KTM 1050 1090 1190 Super Adventure R/S/T...
**$33.29**
~~$36.99~~
Free shipping
New

Feedback 📝

Case: 1:20-cv-06677 Document #: 12 Filed: 11/10/20 Page 235 of 358 PageID #:4184



Hi ████ | Daily Deals   Brand Outlet   Help & Contact                                  Sell   Watchlist ∨   My eBay ∨

ebay   Shop by category ∨   | Search for anything                          | All Categories ∨ | **Search** | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts      | Add to Watchlist

✓ This fits a KTM      **Select Year**

🔖 **SAVE UP TO 10% WHEN YOU BUY MORE**



### Engine Guard Plate Protection For KTM SXF350 XCF250 Husqvarna FC350 FC350 FX350

| Condition: | New other (see details) |

| Bulk savings: | **Buy 1** $34.12/ea | **Buy 2** $32.07/ea |
| | **Buy 3** $31.39/ea | |

Compatibility:   See compatible vehicles

Quantity: [ 1 ]   4 or more for $30.71/ea

5 available / 1 sold

| Price: | **US $34.12/ea** | **Buy It Now** |
| | | **Add to cart** |

| Best Offer: | | **Make Offer** |
| | | ♡ **Add to Watchlist** |

**30-day returns**

| Shipping: | $5.69  ePacket delivery from China | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou, China |
| | Ships to: Worldwide   See exclusions |
| Delivery: | 📦 Estimated between **Wed. Oct. 28 and Tue. Dec. 1** ⓘ |
| | Please note the delivery estimate is **greater than 9 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  Mastercard  American Express  Discover |
| | **PayPal CREDIT** |
| | Special financing available.  See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | 30 day Buyer pays for return shipping |  See details |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
phrider_cmt (691 ⭐)
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

**Have one to sell?** Sell now

**Similar sponsored items** 1/2                                  Feedback on our suggestions



Hello. **Sign in** or **register**     Daily Deals    Brand Outlet    Help & Contact                          Sell    Watch List ∨    My eBay ∨    🔔    🛒

 ebay

Shop by category ∨ | 🔍 Search for anything | All Categories ∨ | **Search**

< | Back to previous page | Listed in category: **Vehicle Parts & Accessories** > **Motorcycle Parts** > **Lighting & Indicators** > **Headlight Assemblies**     ✉ f 🐦 P | **Watch this item**

### People who viewed this item also viewed

 Dirt Bike Motorcycle 12V... £16.49 Free P&P

 Motorcycle Headlight 12V... £16.68 + £0.99 P&P

 Universal White Motorcycle... £13.31 £14.01 + £2.50 P&P

 Universal Motorcycle... £21.98 Free P&P

 White Enduro Motocross... £14.00 + £2.50 P&P

---



Mouse over image to zoom

      

Have one to sell? **Sell it yourself**

## 35W 12V Motorcycle Headlamp Headlight for Enduro Motocross KTM EXC SX SXF

Condition: New

Quantity: 1 | 3 available

Price: **£16.64**

[ **Buy it now** ]
[ **Add to basket** ]

Best Offer:
[ **Make offer** ]
[ ♡ **Watch this item** ]

Free returns

 Collect 16 Nectar points **Redeem your points** | **Conditions**

Postage: £0.99 Economy Delivery | See details
International postage of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Posts to: Worldwide See exclusions

Delivery: Estimated between **Thu. 29 Oct. and Thu. 17 Dec.** ⓘ
Seller sends within 2 days after receiving cleared payment. ⓘ
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal 💳 VISA 💳 💳

Returns: 30 days refund, seller pays return postage | See details.

### Shop with confidence

£ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

### Seller information
placeorder_19 (9215 ⭐)
98.4% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

 Motorcycle Off Road H4 Headlight Fairing For... £14.65 + £0.99 P&P

 Motorcycle H4 Halogen 4" 35W Headlight Yellow Light... £17.67 + £8.99 P&P

 DOT 7" inch Motorcycle Headlight Round LED... £22.11 + £0.99 P&P Last one

60W 12-30V 2800LM / 3450LM Motorcycle IP67 LED Headlight Hi/Lo Beam... £62.39 + £6.99 P&P Last one

 2x Motorcycle Side Box Pannier Handle Rope For... £18.82 + £0.99 P&P

 2x Motorcycle Quad Headlight Projector Front... £3.08 + £0.99 P&P

---

[ **Description** ] [ Postage and payments ]                    Report item

eBay item number: 373211546773

Last updated on 30 Sep, 2020 18:52:53 BST View all revisions

### Item specifics

Condition: | New: A brand-new, unused, unopened and undamaged item in original retail packaging (where packaging is applicable). If the item comes direct from a manufacturer, it may be delivered in non-retail packaging, such as a plain or unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | MPN: | UpY5879452

| | | | |
|---|---|---|---|
| Lens Color:: | Clear | Brand: | Unbranded/Generic |
| Material: | PP Plastic | Manufacturer Part Number: | UpY5879452 |
| Wattage:: | 35W | Country/Region of Manufacture: | Unknown |
| Voltage:: | DC 12V | Contents of the package: | 1X Headlight 4X Rubber Strips |
| Wire Length:: | 30cm | Light Color:: | Amber |
| Body Color:: | White | EAN: | Does not apply |

### placeorder_19

placeorder_19 (9215 ⭐) 98.4%

Items On Sale

Search within shop

🔍

Visit shop:  placeorder_19

## Categories

| | |
|---|---|
| 222 | › |
| Boats Parts | › |
| Bolts & Clips | › |
| Car & Truck light | › |
| Car Antenna | › |
| Car Blower | › |
| Car Brake Line Tubing Kit | › |
| Car Camera | › |
| Car Cover | › |
| Car Decoration Parts | › |
| Car Door Handle | › |
| Car Filter | › |
| Car Gas Strut | › |
| Car Gauge | › |
| Car Gear Knob Gaitor | › |
| Car GPS Navigation | › |
| Car Grille | › |
| Car Horn | › |
| Car Light Eyebrows | › |
| Car Lock | › |
| Car Mirrors | › |
| Car Muffler Pipe | › |
| Car Other Parts | › |
| Car Parking Heater Parts | › |
| Car Radio Stereo | › |
| Car Remote Key | › |
| Car Roof Rack | › |
| Car Seat Cover | › |
| Car Sensor | › |
| Car Switch | › |



### Description

Amber Light Headlights Headlamp White For KTM EXC EXCF XCF XCW SXF SMR

Body Color:White (Black and Orange are available too.)
Light Color:Amber
Lens Color:Clear
Overall Size(approx.):320mm/12.6"
Wire Length:30cm
(Detail size as shown in the picture)
Material:PP Plastic
Voltage:DC 12V
Wattage:35W

▲ Feature
1.100% Brand new and high quality.
2.It is durable and convenient.
3.Simple design and easy to use.
4.5.E-Marked Approval(E4).
5.Universal Fitting With Anti-vibration Rubber Strips, Will Mount On Your Motorcycle's Forks With 4 Rubber Straps

▲Fitment:(The Compatibility Is Just For Reference. Please Compare The Follows With Your Original One before Purchasing!)
There Are Universal Mounting Kits To Fit For Most Enduro And Supermoto Bike

▲ Note:
1.We provide clear pictures, measurements where possible. Please check as much as possible to make sure the item is the one that you need.
2.Please allow 0.5-1 inch difference due to manual measurement.(1 inch=2.54cm)
3.The color of the actual items may slightly different from the listing images due to different computer screen, thanks for your understanding.
4.Other colors are available, Please let us know the color you'd like. You can leave the message on your Paypal note or Email to tell us.
5.No Instructions Included.Professional Installation Is Highly Recommended!

▲ Package included:
1X Headlight
4X Rubber Strips

### Detail Image






White
+Amber Light











Payment

1.We accept PayPal only.
2.All major credit cards are accepted through secure payment processor PayPal.
3.Payment must be received within 7 business days of auction closing.
4.We ship to your eBay or Paypal address. Please make sure your eBay and Paypal address is correct before you pay.

Shipping

1.We ship to your eBay or Paypal address. Please make sure your eBay and Paypal address is correct before you pay.
2.Items will be shipped within 1-3 business day when we received payment.
3.Delivery time depends on destination and other factors;

**Business seller information**
Guangzhou Yingying Trading Co LTD
Rigui Xie
Room A2,room 2613,no.2 huaqiang road
510000 tianhe district
China

▼  Email: jamiebay@bigsellstar.com

**VAT number:** GB 322230459

**Returns policy**

| After receiving the item, cancel the purchase within | Return postage |
| --- | --- |
| 30 days | Seller pays return postage |

Take a look at our Returning an item help page for more details. You're covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

The seller is responsible for return postage costs.

| Return policy details |
| --- |
| Returns accepted |

Most purchases from business sellers are protected by the Consumer Contract Regulations 2013 which give you the right to cancel the purchase within 14 days after the day you receive the item. Find out more about your rights as a buyer and exceptions.



Sponsored items based on your recent views 1/3                    Feedback on our suggestions



Motorcycle Hand Guard Protection For KTM Yamah...
£9.99
Free P&P
Seller 99.2% positive

Universal Motorcross Handguard Hand Guard fo...
£8.38
+ £1.85 P&P
Seller 99.2% positive

35W 12V Motorcycle Headlamp Headlight for...
£18.28
+ £0.99 P&P
New

White Enduro Motocross Streetfighter Headlight Fo...
£14.00
+ £2.50 P&P
New

12V Motorcycle Headlamp Headlight For Enduro...
£20.39
£21.69
+ £5.00 P&P
Seller 99.3% positive

Front Brake Pads For KTM 200/250/300/350/400/4...
£7.89
+ £1.99 P&P
New

## Explore more sponsored options:



Dirt Bike Motorcycle 12V Enduro Front Headlight...
£16.49
Free P&P

Motorcycle Dirtbike Headlight Fairing For...
£24.78
£26.36
+ £2.50 P&P
Popular

Universal Enduro moto Headlamp for Yamaha -...
£14.99
+ £1.99 P&P

Motorcycle Headlight 12V Universal CCC For KTM...
£16.68
+ £0.99 P&P

Motorcycle Headlight For KTM Enduro Motocross...
£23.59
£25.10
+ £2.50 P&P

Headlights Headlamp StreetFighter For KTM EXC...
£20.80
Free P&P

## People who viewed this item also viewed 1/2

Feedback on our suggestions



Dirt Bike Motorcycle 12V Enduro Front Headlight...
£16.49
Free P&P

Motorcycle Headlight 12V Universal CCC For KTM...
£16.68
+ £0.99 P&P

Universal White Motorcycle Headlight For KTM...
£13.31
£14.01
+ £2.50 P&P

Universal Motorcycle Headlight Headlamp Light...
£21.98
Free P&P

White Enduro Motocross Streetfighter Headlight Fo...
£14.00
+ £2.50 P&P

Motorcycle Headlight For Enduro Motocross Dirt Bik...
£13.31
£14.01
+ £2.50 P&P
Almost gone

## More from this seller 1/2

Feedback on our suggestions



Motorcycle Headlight Headlamp For Enduro...
£15.24
+ P&P

Motorcycle Headlight For Enduro Motocross...
£16.20
+ P&P

Universal Motorcycle Headlight lamp For Enduro...
£15.96
+ P&P

12v 35W Universal Motorcycle Headlight Fits...
£17.75
+ P&P
Almost gone

Motorcycle Off Road H4 Headlight Fairing For...
£14.65
+ P&P

12v 7 INCH MOTORCYCLE MOTORBIKE HEADLIGHT...
£14.99
+ P&P
Popular

Ad pricecat.co.uk ▾

**KTM Headlight - low prices, huge selection**
Find **KTM Headlight** now. Great deals and prices at pricecat!

Car Accessories



Visit Website

Hello. **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watch List ▾    My eBay ▾



Shop by category ▾

| Search for anything | All Categories ▾ | **Search** |

‹ Back to previous page | Listed in category:   Vehicle Parts & Accessories › Motorcycle Parts › Lighting & Indicators › Headlight Assemblies

✉ f 🐦 📌 | **Watch this item**

---

### People who viewed this item also viewed

 Dirt Bike Motorcycle 12...
£16.49
Free P&P

 Motorcycle Headlight 12V...
£16.68
+ £0.99 P&P

 Universal White Motorcycle...
£13.31
~~£14.01~~
+ £2.50 P&P

 Universal Motorcycle...
£21.98
Free P&P

 White Enduro Motocross...
£14.00
+ £2.50 P&P

---



     

Mouse over image to zoom

🏷 Have one to sell? **Sell it yourself**

## 35W 12V Motorcycle Headlamp Headlight for Enduro Motocross KTM EXC SX SXF

Condition:   **New**

Quantity:   [ 1 ]   3 available

Price:   **£16.64**

[ **Buy it now** ]

[ **Add to basket** ]

Best Offer:   [ **Make offer** ]

[ ♡ **Watch this item** ]

Free returns

 **Collect 16 Nectar points**
**Redeem your points** | **Conditions**

Postage:   £0.99 Economy Delivery | See details
International postage of items may be subject to customs processing and additional charges. ⓘ
Item location: Shenzhen, China
Posts to: Worldwide   See exclusions

Delivery:   Estimated between **Thu. 29 Oct. and Thu. 17 Dec.**
Seller sends within 2 days after receiving cleared payment. ⓘ
Please allow additional time if international delivery is subject to customs processing.

Payments:      

Returns:   30 days refund, seller pays return postage |
See details

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. **Learn more**

### Seller information
**placeorder_19** (9215 ⭐)
98.4% Positive Feedback

♡ **Save this seller**
**Contact seller**
**Visit Shop**
**See other items**

Registered as a business seller

---

### Sponsored items from this seller 1/2
Feedback on our suggestions

 Motorcycle Off Road H4 Headlight Fairing For...
£14.65
+ £0.99 P&P

 Motorcycle H4 Halogen 4" 35W Headlight Yellow...
£17.67
+ £8.99 P&P

 DOT 7" inch Motorcycle Headlight Round LED...
£22.11
+ £0.99 P&P
Last one

 Motorcycle IP67 LED Headlight Hi/Lo Beam...
£62.39
+ £6.99 P&P

 2x Motorcycle Side Box Pannier Handle Rope For...
£18.82
+ £0.99 P&P
Last one

 2x Motorcycle Quad Headlight Projector Fron...
£3.08
+ £0.99 P&P

---

| Description | **Postage and payments** |

Report item

Seller assumes all responsibility for this listing.

### Postage and packaging

Item location: Shenzhen, China

Postage to: Worldwide

Excludes: Channel Islands, Isle of Wight, Isle of Man, Scilly Isles, Scottish Highlands, Scottish Islands, Northern Ireland, Hong Kong, Macau, Taiwan, Guadeloupe, Haiti, Honduras, Jamaica, Puerto Rico, Saint Vincent and the Grenadines, Bolivia, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Suriname, Venezuela, Central African Republic, Chad, Congo, Democratic Republic of the, Congo, Republic of the, Côte d'Ivoire (Ivory Coast), Djibouti, Egypt, Equatorial Guinea, Eritrea, Ethiopia, Gabon Republic, Gambia, Ghana, Guinea, Guinea-Bissau, Kenya, Lesotho, Liberia, Libya, Madagascar, Malawi, Mali, Mauritania, Mauritius, Mayotte, Morocco, Mozambique, Namibia, Niger, Nigeria, Reunion, Rwanda, Saint Helena, Senegal, Seychelles, Sierra Leone, South Africa, Western Sahara, Cook Islands, Fiji, Guam, New Caledonia, Armenia, Azerbaijan Republic, China, PO Box

Quantity: [1]     Change country: [United States]     Get rates

| Postage and packaging | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| £0.99 | £0.79 | United States | Economy Delivery (Economy Int'l Postage) | Estimated between Thu. 29 Oct. and Thu. 17 Dec. Seller sends within 2 days after receiving cleared payment. |

\* You'll see an estimated delivery date based on the seller's dispatch time and delivery service. Delivery times may vary, especially during peak periods and will depend on when your payment clears.

| Domestic dispatch time |
|---|
| Will usually dispatch within 2 working days of receiving cleared payment. |

## Payment details

| Payment methods |
|---|



### Seller's payment instructions

We accept PAYPAL Payment. All payment has to be received within 7 working days after bid is placed, we will then mail the items to the address registered in PAYPAL.

---

## Sponsored items based on your recent views 1/3

Feedback on our suggestions

    

| Motorcycle Hand Guard Protection For KTM... | Universal Motorcross Handguard Hand Guard... | 35W 12V Motorcycle Headlamp Headlight for... | White Enduro Motocross Streetfighter Headlight... | 12V Motorcycle Headlamp Headlight For Enduro... | Front Brake Pads For KTM 200/250/300/350/400/... |
|---|---|---|---|---|---|
| £9.99 | £8.38 | £18.28 | £14.00 | £20.39 | £7.89 |
| Free P&P | + £1.85 P&P | + £0.99 P&P | + £2.50 P&P | £21.69 | + £1.99 P&P |
| Seller 99.2% positive | Seller 99.2% positive | New | New | + £5.00 P&P | New |
| | | | | Seller 99.3% positive | |

## Explore more sponsored options:

     

| Dirt Bike Motorcycle 12V Enduro Front Headlight... | Motorcycle Dirtbike Headlight Fairing For... | Universal Enduro moto Headlamp for Yamaha -... | Motorcycle Headlight 12V Universal CCC For KTM... | Motorcycle Headlight For KTM Enduro Motocross... | Headlights Headlamp StreetFighter For KTM... |
|---|---|---|---|---|---|
| £16.49 | £24.78 | £14.99 | £16.68 | £23.59 | £20.80 |
| Free P&P | £26.36 | + £1.99 P&P | + £0.99 P&P | £25.10 | Free P&P |
| | + £2.50 P&P | | | + £2.50 P&P | |
| | Popular | | | | |

## People who viewed this item also viewed 1/2

Feedback on our suggestions



Hello. **Sign in** or **register**    Daily Deals   Brand Outlet   Help & Contact                                                              Sell   Watch List ⌄   My eBay ⌄

ebay    Shop by category ⌄    [🔍 Search for anything]    [All Categories ⌄]    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile



**placeorder_19** (9215 ★) 🔵 ⓘ

**Positive Feedback (last 12 months): 98.4%** ⓘ

Member since: 29-Apr-19 in China

**eBay Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

**Learn more**

### Member quick links

Contact member

View items for sale

View seller's Shop

### Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 1837 | 8071 | 9450 |
| ◓ | Neutral | 17 | 61 | 73 |
| ➖ | Negative | 23 | 130 | 153 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable postage cost |
|---|---|
| ★★★★★ (8922) | ★★★★★ (9439) |
| Delivery time | Communication |
| ★★★★★ (9077) | ★★★★★ (9048) |

| All received Feedback | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

153 Feedback received (viewing 1-25)                                          Revised Feedback: 26 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

[e.g. Vintage 1970's Gibson Guitars]    🔍

Rating type: [Negative (153) ⌄]    Period: [12 months ⌄]



| FEEDBACK | From | WHEN |
|---|---|---|
| ➖ **very bad custer service been waiting for two weeks for informaytion about item**<br>2" 52mm Car Engine Rev Counter 12V Tachometer Pointer Gauge Meter 0-8000RPM NEW (#373195878110) | Buyer: 1***j (430★) ⊕<br>£11.35 | Past month<br>Reciprocal Feedback |
| ➖ **Never arrived and just got bull off then before refund ..**<br>5V-48V Voltage Meter LED Digital Voltmeter Battery Gauge PC For Car ** (#373150855459) | Buyer: d***d (452★) ⊕<br>£3.69 | Past month<br>Reciprocal Feedback |
| Reply by placeorder_19. Left within past month.<br>Sorry about that,we would solve this problem soon. | | |
| ➖ **Low quality**<br>47cc 49cc Minimoto Centrifugal Clutch For Mini Moto Dirt Bike ATV Quad 3 Shoe UK (#373106653603) | Buyer: a***0 (23★)<br>£6.46 | Past month<br>Reciprocal Feedback |
| Reply by placeorder_19. Left within past month.<br>Sorry.We would improve ourselves in terms of service, quality,sourcing,etc. | | |
| ➖ **Absolute joke the item is not as described and communication is unreal**<br>2X 75mm Air Vent Ducting T Elbow Pipe Exhaust Connector For Diesel Oil Heater (#373221125857) | Buyer: w***a (92★) ⊕<br>£9.35 | Past month<br>Reciprocal Feedback |
| Reply by placeorder_19. Left within past month.<br>We are sorry to hear that, we would reflect this problem to our supplier. | | |
| ➖ **Product faulty**<br>Petrol Fuel Injector For Peugeot 106 206 306 307 1007 Partner 1.4 01F002A > -- (#373108685385) | Buyer: 1***h (1518★) ⊕<br>£8.29 (Best Offer was accepted) | Past month<br>Reciprocal Feedback |
| Reply by placeorder_19. Left within past month.<br>We are sorry to hear that, we would reflect this problem to our supplier. | | |
| ➖ **wrong colour white is no good for a black roof no rep to mess auto reply bad Eba**<br>Solar Panel Double Entry Cable Gland Motorhome Rv Caravan Boat Waterproof (#373096576000) | Buyer: e***n (1071★) ⊕<br>£5.74 (Best Offer was accepted) | Past month<br>Reciprocal Feedback |
| Reply by placeorder_19. Left within past month.<br>We are sorry to hear that, we would reflect this problem to our supplier. | | |
| ➖ **Order was cancelled by the seller**<br>Caravan Front Towing Cover Chip Protector Universal Two Free LED Guards (#372959608359) | Buyer: s***s (193★) ⊕<br>£17.69 | Past month<br>Reciprocal Feedback |
| Reply by placeorder_19. Left within past month.<br>We are sorry to bring you the inconvenience, we will improve in the future. | | |

Comment?

Hello. Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watch List ⌄    My eBay ⌄

# ebay

Shop by category ⌄

Search for anything     All Categories ⌄     Search

### placeorder_19 (9215★)
98.4% positive Feedback

🔖 Items for sale    🛍 Visit Shop    ✉ Contact

♡ Save

Based in China, placeorder_19 has been an eBay member since 29 Apr, 2019

**Feedback ratings** ⓘ

See all Feedback

| | | |
|---|---|---|
| ★★★★★ 8,922 | Item as described | |
| ★★★★★ 9,048 | Communication | |
| ★★★★★ 9,077 | Dispatch time | |
| ★★★★★ 9,439 | Postage | |

➕ 9,450 Positive    ⚫ 73 Neutral    ➖ 153 Negative

Feedback from the last 12 months

➕ 5*
12 Oct, 2020

● ● ● ● ●

172 Followers | 0 Reviews | Member since: **29 Apr, 2019** 📍 China

About eBay   Announcements   Community   Safety Centre   Resolution Centre   Seller Centre   VeRO: Protecting Intellectual Property   Policies   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ





Hello. Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watch List My eBay

Shop by category | Search for anything | All Categories | Search

eBay › eBay Shops › placeorder_19

# placeorder_19

172 followers | placeorder_19 (9215 ★) 98.4%

Welcome to our shop. Stocking a wide range of car parts & motor parts in our UK based warehouse with fast delivery. Great customer satisfied service. If you have any problems, ple

Save this seller    Contact seller

**Category**

**All**
222
Boats Parts
Bolts & Clips
Car & Truck light
Car Antenna
Car Blower
Car Brake Line Tubing Kit
Car Camera
Car Cover
Car Decoration Parts
Car Door Handle
Car Filter
Car Gas Strut
Car Gauge
Car Gear Knob Gaitor
Car GPS Navigation
Car Grille
Car Horn
Car Light Eyebrows
Car Lock
Car Mirrors
Car Muffler Pipe
Car Other Parts
Car Parking Heater Parts
Car Radio Stereo
Car Remote Key
Car Roof Rack
Car Seat Cover
Car Sensor
Car Switch
Car Universal Parts
Car Wheel Parts
Car Wiper
Carburettors
Home & Garden
mopeizu
Motorcycle Bag
Motorcycle Gauge
Motorcycle Grips
Motorcycle Handlebar
Motorcycle Light
Motorcycle Mirror
Motorcycle Muffler Pipe
Motorcycle Other Parts
Motorcycle Shock Absorber
Motorcycle Switch
Motorcycle Tank
MP
Sporting Goods
Other

**Condition** see all
- [ ] New

**Price**
- [ ] Under £12.00
- [ ] Over £12.00

£ - £

**Buying format** see all
- (•) All listings
- ( ) Best Offer
- ( ) Auction
- ( ) Buy it now
- ( ) Classified Ads

**Item location** see all
- (•) Default

Search this shop | Search | Best Match

All listings | Auction | Buy it now

1-48 of 6,795 results

35W 12V Motorcycle Headlamp Headlight for Enduro Motocross KTM EXC SX SXF
£16.64
£0.99 postage
or Best Offer
From China

LED Digital Gear Indicator For Motorbike Motorcycle Meter Shift Lever Sensor /
£15.63
£0.99 postage
or Best Offer
From China

4 Digital Wireless CCTV Camera & 7" LCD Monitor DVR Record Home Security System
£164.99
£0.99 postage
3 watching
From China

Motorcycle Headlight Headlamp For Enduro Motocross Dirt Bike KTM EXC SX SXF --
£15.24
or Best Offer

Kick Side Stand Aluminum For KTM EXC EXC-F 125 250 300 350 450 500 2017-2019 '.
£36.29
or Best Offer

Motorcycle Headlamp Headlight For Enduro Motocross Dirt Bike KTM EXC SX "
£16.20
or Best Offer

Universal Motorcycle Headlight lamp For Enduro Dirt Bike KTM EXC SX SXF SMR UK
£15.96
or Best Offer

Rear Foot Brake Master Cylinder For Honda CRF 250R 450R 250X 450X CR 125R **
£10.80
£0.99 postage
or Best Offer
From China

30-220cm Motorcycle Motobike Braided Steel Brake Clutch Oil Hose Line Pipe
£3.49 to £7.94
£0.99 postage
From China

47cm Fuel Tank Stand Pipe Pick Up Hose Clip For Webasto Eberspacher Heater
£5.55
£0.99 postage
or Best Offer
From China

Pair Sand Mud Snow Recovery Tracks 3.5T Off Road Traction Boards Tyre Ladder
£21.41
£2.99 postage
or Best Offer
From China

Car Reversing Reverse Rear View Camera Night Vision for Ford Mondeo Focus Fiesta
£7.88
£0.99 postage
or Best Offer
From China

Front Left Footrest Foot Rest Pedal For Mercedes Benz C-Class W204 W205-C200

UK Only
European Union
Worldwide

**Delivery options**    see all

Free postage
Free Click & Collect

**Show only**    see all

Returns accepted
Completed items
Sold items
Deals & savings
Authorised seller
Authenticity verified

**More refinements...**

£10.03
£0.99 postage
or Best Offer

From China

Universal 5.1" Long Flat Motorcycle Rear Fender Mud Guard Wheel Mudguard ,'

£31.58
£1.99 postage
or Best Offer

From China

Rear Seat Frame Loop Hoop End Brat W/ LED Turn Signal Brake Light Cafe Racer

£20.39
£1.99 postage
or Best Offer

From China

Bathroom Sink Faucet Sprayer Set External Hand Faucet Shower Clean Sprinkler

£10.70
£0.99 postage
or Best Offer

From China

Hydraulic Rear Disc Brake Caliper System + Pads 110cc 125cc Pit Dirt Bike

£22.07
£0.99 postage
or Best Offer

From China

Pair 80W LED Angel Eye Halo Ring Headlight Marker Bulb For BMW E90 E91 LCI /

£21.61
£0.99 postage
or Best Offer

From China

FULL FACE MOTORCYCLE HELMET LENS VISOR ANTI-FOG FOR LS2 FF352 FF351 FF369 &

£20.59 to £21.62
£0.99 postage

From China

MOTORCYCLE TRIAL DIRT BIKE ENDURO REAR FENDER LED STOP BRAKE TAIL PLATE '.

£12.65
£0.99 postage
or Best Offer

From China

Fuel Tank & Carburettor For Briggs & Stratton Classic Sprint & Quattro 498809

£17.76
£4.99 postage
or Best Offer

From China

Rear Brake Light Reverse Camera + 7" LCD Monitor For Ford Transit Custom 16 on

£73.86
£8.99 postage
or Best Offer

From China

EU Car Rear Number License Plate Frame W/ 3 Reverse Parking Sensor System Kit

£21.32
£1.99 postage
or Best Offer

From China

FOR CITROEN C4 & DS4 PICASSO GRAND ELECTRIC HANDBRAKE HAND BRAKE SWITCH 470702

£14.88
£0.99 postage
or Best Offer

From China

60mm Heater Pipe Ducting Duct Warm Air Outlet Clip T Piece For Webasto

£15.59
£2.99 postage
or Best Offer

From China

Pair 12 LED Bumper Grille Daytime Running Fog Lights DRL For VW Golf MK4

£24.45
£0.99 postage
or Best Offer

From China

2x Universal 7/8" 22mm Motorcycle Bike Handguards Hand Guards Protectors

★★★★☆ 11 product ratings

£10.92
£1.99 postage
or Best Offer

From China

Aluminum Gear Shifter Steering Wheel Shift Extension Paddle For Audi A3 A4 A6

★★★★☆ 10 product ratings

£10.87
£0.99 postage
or Best Offer

From China

3X M Sport Kidney Grill Grille Strip Cover Clip For BMW 1 Series F20 F21

£5.97
£0.99 postage
or Best Offer

From China



3pcs Car M Color Kidney Grille Stripe Cover Clip For BMW 3 Series E90 E91

⭐⭐⭐☆ 4 product ratings

£5.08
£0.99 postage
or Best Offer

From China

LED Dynamic Turn Signal Mirror Light Indicator For VW Jetta Golf 6 MK6

£19.56
£1.99 postage
or Best Offer

From China

Universal Metal Detector Carry Bag Keep Safe Detecting Finder Storage

£12.99
£0.99 postage
or Best Offer

From China

Front Rear Wheel Fender Mud Guard Flaps Splash Cover For Kia Niro DE 2017 -

£17.29
£0.99 postage
or Best Offer

From China

Carbon Fiber Facelit Headlight Eyebrow Eyelids For Vauxhall Opel Insignia **

£21.98
£0.99 postage
or Best Offer

From China

1 or 2 Din Radio Stereo Fascia Panel Frame Fitting Kit For Suzuki Swift

£16.65
£0.99 postage
or Best Offer

From China

7" Monitor & Car Rear Brake Light Reversing Camera For Fiat Ducato Peugeot Boxer

£73.83
£4.99 postage
or Best Offer

From China

4pcs Front Rear Splash Mud Flap Guard Mudguards Protector For BMW X3 F25 2011-16

£26.49
£11.99 postage
or Best Offer

From China

Left Side Universal Adjustable Car Truck Seat Armrest Arm Console Box Arm Rest

£24.61
£1.99 postage
or Best Offer

From China

Motorcycle Bike Braided Steel Brake Clutch Oil Hose Line Pipe Cable 30cm-220cm

£3.45 to £7.59
£2.99 postage

From China

2 Din Car Stereo Fascia Dash Panel Adapter for BMW 3 Series E90 E92 E93

£27.92
£1.99 postage
or Best Offer

From China

Dirt Pit Pro Bike Quad ATV Hydraulic Brake Master Cylinder Lever Front Left

£11.77
£0.99 postage
or Best Offer

From China

19mm Carburetor Carb For KTM50 KTM 50 SX PRO JUNIOR Dirt Bike 50CC 2001-2008 **

£19.32
£0.99 postage
or Best Offer

From China

Front Bonnet Hood Locking Latch Assembly 1831520 For Ford Fiesta CA6A-16700-CE

£20.99
£2.99 postage
or Best Offer

From China

2 Din Stereo Radio Fascia Panel Frame Panel Adapter For HONDA Civic Hatchback

£32.73
£1.99 postage
or Best Offer

From China

Motorcycle LED Backlight Odometer Speedometer Gauge Meter Cafe **

£9.54
£0.99 postage
or Best Offer

From China

12LED Car Amber Emergency Flashing Strobe Light Bar Recovery Beacon Lamp 12-24V



 Hello. Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watch List | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

eBay › eBay Shops › placeorder_19

# placeorder_19

172 followers | placeorder_19 (9215 ★) 98.4%

Welcome to our shop. Stocking a wide range of car parts & motor parts in our UK based warehouse with fast delivery. Great customer satisfied service. If you have any problems, please

Save this seller | Contact seller

**Category**

**All**
Carburettors
mopeizu
Other

**Condition** see all

- New

**Price**

£ - £

**Buying format** see all

- All listings
- Best Offer
- Auction
- Buy it now
- Classified Ads

**Item location** see all

- Default
- UK Only
- European Union
- Worldwide

**Delivery options** see all

- Free postage
- Free Click & Collect

**Show only** see all

- Returns accepted
- Completed items
- Sold items
- Deals & savings
- Authorised seller
- Authenticity verified

**More refinements...**

ktm | Search | Best Match

All listings | Auction | Buy it now

1-12 of 12 results

35W 12V Motorcycle Headlamp Headlight for Enduro Motocross KTM EXC SX SXF
£16.64
£0.99 postage
or Best Offer
From China

Kick Side Stand Aluminum For KTM EXC EXC-F 125 250 300 350 450 500 2017-2019 '.
£36.29
or Best Offer

Motorcycle Headlight Headlamp For Enduro Motocross Dirt Bike KTM EXC SX SXF --
£15.24
or Best Offer

19mm Carburetor Carb For KTM50 KTM 50 SX PRO JUNIOR Dirt Bike 50CC 2001-2008 **
£19.32
£0.99 postage
or Best Offer
From China

Universal Motorcycle Enduro LED Rear Fender Stop Brake Light For CRF KTM **
£6.72
£0.99 postage
or Best Offer
From China

2x Motorcycle Side Box Pannier Handle Rope For BMW R1200GS KTM Yamaha
£18.82
£0.99 postage
or Best Offer
From China

Motorcycle Classic Rear View Mirrors Chrome For Honda Suzuki Kawasaki KTM
£11.26
£0.99 postage
or Best Offer
From China

Motorcycle Headlamp Headlight For Enduro Motocross Dirt Bike KTM EXC SX "
£16.20
or Best Offer

Universal Motorcycle Headlight lamp For Enduro Dirt Bike KTM EXC SX SXF SMR UK
£15.96
or Best Offer

Universal LED Rear Tail Light Stop Light Fender Enduro For CRF KTM EXC "
£8.99
or Best Offer

12V 35W Universal Motorcycle Headlight Fits KTM Motocross Enduro Motorbikes --
£17.75
or Best Offer

Motorcycle Exhaust Muffler Middle Pipe Tube for KTM RC390 DUKE 250 390 2017
£18.66
or Best Offer

**Checkout**

How do you like our checkout? Tell us what you think

## Review item and postage

Seller: placeorder_19 | Message to seller



35W 12V Motorcycle Headlamp Headlight for Enduro Motocross KTM EXC SX SXF

**£16.64**

Quantity  1 ⌄

**Postage**
Est. delivery: 29 Oct – 17 Dec
Economy Int'l Postage
**£0.99**

### Post to

████████
100 W Roosevelt Ave
Bensenville, IL 60106-1445
United States
█████████████████

Change

## Pay with

○ **PayPal**

○ **PayPal CREDIT**  ⌄

○ Credit or debit card


## Add vouchers

Enter code: _____  Apply

| Subtotal (1 item) | £16.64 |
|---|---|
| Postage | £0.99 |
| Tax* | £1.10 |

| **Order total** | **£18.73** |
|---|---|

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ

 Norton SECURED



Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

◁ Back to previous page | Listed in category:    Vehicle Parts & Accessories  >  Motorcycle Parts  >  Lighting & Indicators  >  Rear & Brake Light Assemblies

✉ f 🐦 📌 | Watch this item

ⓘ  Check if this part fits your vehicle    Contact the seller

🏷 **UP TO 8% OFF WITH MULTI-BUY**



Mouse over image to zoom



🌱 Have one to sell? Sell it yourself



### Universal Motorcycle Enduro LED Rear Fender Stop Brake Light For CRF KTM **

| | |
|---|---|
| Condition: | New |
| Multi-buy: | Buy 1 £6.72 each | Buy 2 £6.38 each |
| Quantity: | 1 |
| | 2 available |

Price:  **£6.72 each**

**Buy it now**

Add to basket

Best Offer:    **Make offer**

♡ Watch this item

**Free returns**



🔴 nectar Collect 6 Nectar points  Redeem your points | Conditions

| | |
|---|---|
| Postage: | £0.99  Economy Delivery | See details |
| | International postage of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Shenzhen, China |
| | Posts to: Worldwide  See exclusions |
| Delivery: | Estimated between Thu. 29 Oct. and Thu. 17 Dec. |
| | Seller sends within 2 days after receiving cleared payment. ⓘ |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal 💳 VISA 💳 💳 |
| Returns: | 30 days refund, seller pays return postage | See details |

**Shop with confidence**

💷 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

**Seller information**
placeorder_19 (9215 ⭐)
98.4% Positive Feedback

♡ Save this seller
Contact seller
Visit Shop
See other items

Registered as a business seller

---

Similar sponsored items 1/2                                                                 Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|

    

Polisport Enduro Rear Light YZF WR SX -F Pit Bike KTM...
**£16.00**
+ £16.85 P&P
Seller 99.2% positive

Rear Fender LED Brake Stop Tail Light Motorcycle Endur...
£15.70 **£14.92**
+ £2.50 P&P
Seller 99.6% positive

Universal Motorcycle Enduro LED Rear Fender...
**£6.28**
+ £0.99 P&P
New

Dirt Bike Universal LED Rear Fender Brake Tail Light Off-...
£14.00 **£13.30**
+ £2.50 P&P
Seller 99.3% positive

Universal Motorcycle Enduro Dirt Bike Fender...
**£6.18**
+ £0.99 P&P
Almost gone

Universal LED Rear Stop Brake Tail Light Fender...
**£12.59**
Free P&P
New

---

Sponsored items from this seller 1/2                                                         Feedback on our suggestions



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

eBay

Shop by category ⌄    | Search for anything | All Categories ⌄ | **Search** | Advanced

Back to search results | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Accessories › Luggage › Tank Bags

Add to Watchlist

---

### People who viewed this item also viewed

| Motorcycle Pocket Magnetic Oil Fuel... | Universal Motorcycle Bike... | Magnetic Motorcycle... | Motorcycle 4 Magnetic Oil Fuel... | EVO Motorbike Magnetic Tank Ba... |
|---|---|---|---|---|
| $18.99 | $20.53 | $25.10 | $25.99 | $33.60 |
| Free shipping | $41.05 Free shipping | $27.89 Free shipping | Free shipping | + $12.92 shipping |

---

✓ This fits a KTM    | Select Year |

🔴 **SAVE UP TO 8% WHEN YOU BUY MORE**



### Magnetic Motorcycle Oil Fuel Tank Bag Waterproof With Pocket Saddlebag Universal

Condition:  **New**

Bulk savings:  | Buy 1 $19.99/ea | Buy 2 $19.39/ea |

Compatibility:  See compatible vehicles

Quantity:  | 1 |

2 available

Price:  **US $19.99/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist



**Free shipping** | 30-day returns

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Hong Kong, Hong Kong
Ships to: Worldwide See exclusions

Delivery:  ⚡ Estimated between **Fri. Nov. 13** and **Thu. Dec. 3** ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
plaza-rh (1368 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?  **Sell now**

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

| | **FJ503** | **black** | **US 5768X** **black** | | |
|---|---|---|---|---|---|
| TPMS Car LCD Wireless Tire Pressure Monitoring Syste... | 6-Cylinder Spider Fuel Injector For Chevy GMC... | ABS Black Car Trunk Air Flow Vent Bonnet Hood Scoop... | Universal Intake Car Auto SUV Pickup Air Flow Vent... | 5.5" Car OBD2 ll HUD Head Up Display Fuel... | NEW ABS Universal Car Fender Blade Side Shark... |
| $25.69 | $143.99 | $12.99 | $13.59 | $27.69 | $17.09 |
| + $3.00 shipping | Free shipping | + $3.00 shipping | Free shipping | Free shipping | + $3.00 shipping |
| Popular | | Popular | | | |

Feedback

Report item

Description  |  Shipping and payments

Seller assumes all responsibility for this listing.

eBay item number: 264868969066

Last updated on  Oct 17, 2020 03:37:08 PDT  View all revisions

## Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|------|------|-------|----------|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 112 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2011 | KTM | 105 | SX |
| | 2010 | KTM | 105 | SX |
| | 2010 | KTM | 105 | XC |
| | 2009 | KTM | 105 | SX |
| | 2009 | KTM | 105 | XC |
| | 2008 | KTM | 105 | SX |
| | 2008 | KTM | 105 | XC |
| | 2007 | KTM | 105 | SX |
| | 2006 | KTM | 105 | SX |
| | 2005 | KTM | 105 | SX |
| | 2004 | KTM | 105 | SX |
| | 2014 | KTM | 125 | SX |
| | 2013 | KTM | 125 | SX |
| | 2012 | KTM | 125 | SX |
| | 2011 | KTM | 125 | SX |
| | 2010 | KTM | 125 | SX |
| | 2009 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SXS |
| | 2007 | KTM | 125 | EXC |

Page 1 of 6    ‹  1  2  3  4  5  6  ›

Portions of the information contained in this table have been provided by plaza-30

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | 281KM |
| Modified Item: | No | Color: | Black |
| Non-Domestic Product: | No | Country/Region of Manufacture: | China |
| Placement on Vehicle: | Rear | Custom Bundle: | No |
| Size: | As pictures show | Manufacturer Part Number: | CP7761 |
| Warranty: | 1 Year | Material: | Oxford fabric/Nylon |
| UPC: | Does Not Apply | | |



### Description

**Description:**
*Motorcycle Oil Fuel Tank Bag for outdoor activities
*Suitable for all kinds of motorcycle
*There are 4 Pocket in this Bag, you can put your money, cards in the bag, very convenient for short trip
*Transoarent pocket, designed for a clear version of your mobile phone GPS
*Waterproof surface, it won't get wet in the small rain day
*Made of Oxford fabric & Nylon material, durable
*Come with an adjustable band for easily carry around
*100% Brand new and high quality
*Color: Black(As pictures show)
*Dimension: As pictures show

**Package Included:**
1*Motorcycle Oil Tank Bag
1*Carry Band



Detail Image







Feedback








Feedback



## Product Details

Feedback



Feedback

**Payment**

Payment Types: We accept PayPal only!
PayPal is the only online payment method we accept. Please make sure you have a
valid/confirmed PayPal account prior bidding.
All PayPal Payments must be Confirmed ( Shipping and billing addresses must match )
Payment must be made within 48hrs of the auction end time.
Non-Paying bidders will be reported.

**Shipping**

Arrives in 11-35 days (shipping sometimes hard to control, any issue contact us,we always be here.)
If you have any questions just contact us , we will reply in 24hours

**Return**

Pls read the return policy carefully before you buy,if you not agree with the following details,
pls do not buy in my store.

1.We accept return if buyer doesn't like  it when the item reached,buyer should contact us first about the return address .
Item return becasue of buyer no like it,return cost will be cover by buyer,What's more.buyer should return it with orignal
package within 3 days since you rerecived it,without any damage of the item.

2.Item used or damaged by buyer will not access to return to us ,cause it is useless for us though you return it back to us.

3.Item damaged on the way of transportation,we are very sad and sorry,if this issue happened,pls do contact us within
24hours,and provide us pic of the item.we will offer a replacement or refund,it based on the buyer's choice.thanks

4.All return should have a agreement between us.buyer cant not just return without communication.shipping way,shipping
fee,and return address should tell us ,get the agreement and then ship.or we will not recognize the return,and will not pay
for any fee about that

**Contact Us**

If there is any question about our products, please feel free to contact us by ebay message instead of email, we will reply
all the ebay messages within 24 hours. (From Monday to Friday:10am-6pm)

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

Motorcycle Pocket Magnetic Oil Fuel Tank Bag...
$18.99
Free shipping
New

High Quality Motorcycle Rear Tail Seat Back Saddle...
$34.19
$35.99
Free shipping
New

1 Pair PU Leather Waterproof Motorcycle Side Saddleba...
$68.30
$75.89
Free shipping
New

Universal Motorcycle Bike Oil Fuel Tank Bag Magnetic...
$20.53
$41.05
Free shipping
New

Motorcycle Motorbike Waterproof Magnetic Oil...
$49.49
$65.99
+ $50.00 shipping
New

1PCS Motorcycle Backpack Waterproof Magnetic Oil...
$49.49
$65.99
+ $50.00 shipping
New

## Explore more sponsored options:

    

Universal Motorcycle Bike Oil Fuel Tank Bag Magnetic...
$20.53
$41.05
Free shipping

EVO Motorbike Magnetic Tank Bag Motorcycle GPS...
$33.60
+ $12.92 shipping

Cortech SUPER 2.0 12L Magnetic Tank Bag
$109.99
+ $48.68 shipping

Oxford M4 4 Litre Tank N Tailer Magnetic Tank and T...
$109.95
+ $49.16 shipping

SPADA EXPANDABLE MAGNETIC MOTORCYCLE...
$174.00
+ $1.51 shipping

## More from this seller 1/2

Feedback on our suggestions

      

Universal Car Tool Two Way Oil Filter Wrench Full...
$14.59
+ shipping
Last one

3D Motorcycle Air Seat Cushion TPU Pad Cruiser...
$29.19
+ shipping

TPMS Car LCD Wireless Tire Pressure Monitoring Syste...
$25.69
+ shipping
Popular

Universal Intake Car Auto SUV Pickup Air Flow Vent...
$13.59
+ shipping

5.5" Car OBD2 ll HUD Head Up Display Fuel...
$27.69
+ shipping

NEW ABS Universal Car Fender Blade Side Shark Ai...
$17.09
+ shipping

---

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results  Return to top

More to explore : Fuel Tanks for Universal,  Motorcycle Oil Tanks for Honda,  Motorcycle Oil Tanks for Yamaha,  Motorcycle Oil Tanks for Suzuki,  Motorcycle Oil Tanks for Kawasaki,  Waterproof Universal Fit Covers for Ford,  Motorcycle Oil Tanks for Harley-Davidson,  Waterproof Universal Fit Covers for Nissan,  Waterproof Universal Fit Covers for GMC,  Waterproof Universal Fit Covers for Hyundai

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Feedback


Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



People who viewed this item also viewed

Motorcycle Pocket Magnetic Oil Fuel...
$18.99
Free shipping

Universal Motorcycle Bike...
$20.53
$41.05
Free shipping

Magnetic Motorcycle...
$25.10
$27.89
Free shipping

Motorcycle 4 Magnetic Oil Fuel...
$25.99
Free shipping

EVO Motorbike Magnetic Tank Ba...
$33.60
+ $12.92 shipping

✓ This fits a KTM    Select Year

🔥 SAVE UP TO 8% WHEN YOU BUY MORE



💲 Have one to sell?   Sell now

### Magnetic Motorcycle Oil Fuel Tank Bag Waterproof With Pocket Saddlebag Universal

Condition:  New

Bulk savings:  Buy 1 $19.99/ea    Buy 2 $19.39/ea

Compatibility:  See compatible vehicles

Quantity:  1    2 available

Price:  US $19.99/ea

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping** | 30-day returns

Shipping:  FREE  Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location:  Hong Kong, Hong Kong
Ships to:  Worldwide  See exclusions

Delivery:  Estimated between **Fri. Nov. 13** and **Thu. Dec. 3** ⓘ
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  MasterCard  American Express  Discover

PayPal CREDIT
Special financing available.  See terms and apply now

Earn up to 5x points when you use your eBay Mastercard.  Learn more

Returns:  30 day Buyer pays for return shipping |  See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.  Learn more

Seller information
plaza-30 (1368 ★)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Sponsored items from this seller  1/2

Feedback on our suggestions

TPMS Car LCD Wireless Tire Pressure Monitoring Syste...
$25.69
+ $3.00 shipping
Popular

FJ503
6-Cylinder Spider Fuel Injector For Chevy GMC...
$143.99
Free shipping

ABS Black Car Trunk Air Flow Vent Bonnet Hood Scoop...
$12.99
+ $3.00 shipping
Popular

Universal Intake Car Auto SUV Pickup Air Flow Vent...
$13.59
Free shipping

5.5" Car OBD2 II HUD Head Up Display Fuel...
$27.69
Free shipping

NEW ABS Universal Car Fender Blade Side Shark...
$17.09
+ $3.00 shipping

Report item

Description | **Shipping and payments**

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: Hong Kong, Hong Kong

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Iraq, Jordan, Kuwait, Lebanon, Oman, Turkey, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Cambodia, Hong Kong, Laos, Macau, Taiwan, Bermuda, Greenland, Saint Pierre and Miquelon, Argentina, Bolivia, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Albania, Andorra, Belarus, Bosnia and Herzegovina, Gibraltar, Guernsey, Iceland, Jersey, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Svalbard and Jan Mayen, Sweden, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kyrgyzstan, Mongolia, Nepal, Pakistan, Tajikistan, Turkmenistan, Uzbekistan, PO Box

Quantity: [1]    Change country: [United States ▾]    ZIP Code: [60440]    [Get Rates]

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Fri. Nov. 13** and **Thu. Dec. 3** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

### Handling time

Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item.

### Taxes

Taxes may be applicable at checkout. Learn more

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods



PayPal CREDIT

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

**Sponsored items based on your recent views** 1/4                    Feedback on our suggestions



Motorcycle Pocket Magnetic Oil Fuel Tank Bag...
$18.99
Free shipping
New



High Quality Motorcycle Rear Tail Seat Back Saddle...
$34.19
$35.99
Free shipping
New



1 Pair PU Leather Waterproof Motorcycle Side Saddleba...
$68.30
$75.89
Free shipping
New

Universal Motorcycle Bike Oil Fuel Tank Bag Magnetic...
$20.53
$41.05
Free shipping
New



Motorcycle Motorbike Waterproof Magnetic Oil...
$49.49
$65.99
+ $50.00 shipping
New



1PCS Motorcycle Backpack Waterproof Magnetic Oil...
$49.49
$65.99
+ $50.00 shipping
New

---

Explore more sponsored options:

Feedback






Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

plaza-30 (1368 ★)

**Positive Feedback (last 12 months): 99%**

Member since: Oct-24-17 in Singapore

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 61 | 290 | 1027 |
| Neutral | 1 | 7 | 12 |
| Negative | 0 | 2 | 7 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (715) | Reasonable shipping cost ★★★★★ (737) |
| Shipping speed ★★★★★ (713) | Communication ★★★★★ (715) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

7 Feedback received (viewing 1-7)

Revised Feedback: 9

Search Feedback received as seller with an item title or ID:

e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (7)

Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **Missed two delivery dates. Came late broken parts in package. Lights are nice.** (Private listing) | Buyer: h***s (239★) | Past 6 months Reciprocal feedback |
| **not good dos3nt do sequential turn signal** (Private listing) | Buyer: o***a (1422★) | Past 6 months Reciprocal feedback |
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **I have not received them yet** (Private listing) | Buyer: e *** e ( 12★) | Past year Reciprocal feedback |
| **very small quantity, smells terrible, messy to pour** (Private listing) | Buyer: l***a (514★) | Past year Reciprocal feedback |
| **Sent wrong item** (Private listing) | Buyer: e***s (29★) | Past year Reciprocal feedback |
| Reply by plaza-30. Left within past year. We always check the items before dispatch,you'd better take a picture to check. | | |
| **30W! ?? More like a candle light.** (Private listing) | Buyer: 0***a (338★) | Past year Reciprocal feedback |
| Reply by plaza-30. Left within past year. Sorry for the issues, pls check your eBay message for the solution. | | |
| **Very very small bottle. My thumb is bigger than the bottle..very tiny bottle** (Private listing) | Buyer: u***_ (8) | Past year Reciprocal feedback |
| Reply by plaza-30.Left within past year. Sorry for the issues, pls check your eBay message for the solution. | | |

**Page 1 of 1**

← 1 →

Comment?

**Member Quick Links**

Contact member
View items for sale
View seller's Store

**Suggested Next**

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

## Items for sale(279)

See all items

### 5 Gang LED Rocker Switch Panel



Car Marine Boat...
US $26.29                    7h left



2000 UP 46RE 47...
US $63.99                    7h left



3 Gang Rocker S...
US $21.33                    6h left



Motorcycle TPMS...
US $50.34                    9h left



About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





# plaza-30

48 followers | plaza-30 (1368 ★) 99.0%

Save this seller

**Category**

**All**

eBay Motors

- Parts & Accessories
- Automotive Tools & Supplies

**Condition** see all

- [ ] New

**Price**

- [ ] Under $15.00
- [ ] $15.00 to $35.00
- [ ] Over $35.00

$ - $

**Buying Format** see all

- (•) All Listings
- ( ) Best Offer
- ( ) Auction
- ( ) Buy It Now
- ( ) Classified Ads

**Item Location** see all

**Delivery Options** see all

- [ ] Free Shipping
- [ ] Free In-store Pickup

**Show only** see all

- [ ] Returns Accepted
- [ ] Completed Items
- [ ] Sold Items
- [ ] Deals & Savings
- [ ] Authorized Seller
- [ ] Authenticity Verified

**More refinements...**

**All Listings** | Auction | Buy It Now — Time: ending soonest

1-48 of 254 Results

Car Marine Boat 5-Gang Waterproof Circuit Blue LED Rocker Switch Panel Breaker
$26.29
$3.00 shipping
24 watching
From Hong Kong

2000 UP 46RE 47RE Solenoid Governor Pressure Output Speed Sensor Filter Kit
$63.99
$3.00 shipping
9 watching
From Hong Kong

3 Gang Rocker Switch Panel Circuit Breaker LED Voltmeter RV Car Marine Boat USB
$21.33
$3.00 shipping
27 sold
From Hong Kong

Motorcycle TPMS Wireless Tire Pressure Monitoring System LCD +2 External Sensors
$50.34
$3.00 shipping
18 watching
From Hong Kong

12-Way 12V Blade Fuse Box Block Holder LED Indicator Auto Marine Waterproof 32V
$18.42
$3.00 shipping
14 watching
From Hong Kong

Navigation Touch Screen For Lexus IS GS RX Toyota Prius IS250 IS350 ISF 7.3 Inch
$23.99
$3.00 shipping
From Hong Kong

Starter Solenoid Relay for Yamaha YFM660R Raptor 2001~2005 Raptor 350 2004~2010
$6.99
$3.00 shipping
From Hong Kong

Universal Carbon Fiber Quick Release Locking Hood Latch Pin Kit Aluminum Alloy
$20.32
$3.00 shipping
From Hong Kong

2Pcs 18 LED License Plate Light Lamp for Nissan Navara D40 Frontier 2007-2019 SP
$10.89
$3.00 shipping
From Hong Kong

LED License Plate Rear Bumper Lights Lamps For Dodge Ram 1500 2500 3500 03-18 X2
$13.99
$3.00 shipping
From Hong Kong

Front Hood Kidney Grill Grille For BMW 3 Series E36 325i M3 97-99 Matte Black SP

$24.99
$3.00 shipping

From Hong Kong



Valve Spring Compressor Tool Fit For Chevy LSX 4.8 5.3 5.7 6.0 6.2 LS1 LS2 LS3

$22.99
$3.00 shipping

From Hong Kong



5 Black Smoked Lens Amber LED Cab Roof Marker Running Lights For Truck SUV Dodge

$30.99
$3.00 shipping
32 sold

From Hong Kong



NEW 60LED Dynamic Side Mirror Turn Signal Lights For 15-20 Ford F150 Smoked Lens

$35.99
$3.00 shipping

From Hong Kong



Dynamic Mirror LED Side Lights Turn Signal Lamps Black Lens For Ford F150 09-14

$21.29
$3.00 shipping
6 watching

From Hong Kong



1/4" x 50' Synthetic Winch Rope Line Cable 10000LBS Recovery ATV/UTV SUV Pickup

$17.99
$3.00 shipping
5 watching

From Hong Kong



4PCS Ignition Coil For Toyota Corolla Echo & Prius C1304 90919-02240 UF316 SET

$50.99
$3.00 shipping

From Hong Kong



7" Rubber Antenna Mast For 2011-13 JEEP GRAND CHEROKEE Removable Brand Upgrade S

⭐⭐⭐⭐⭐ 10 product ratings
$8.29
Trending at $10.40 ⓘ
$3.00 shipping
6 watching

From Hong Kong
Brand: Jeep



10Pcs Shark Fin Diffuser Vortex Generator Car Wing Roof Spoiler Bumper Universal

$9.19
$3.00 shipping

From Hong Kong



Door Rearview Mirror Cover Cap For BMW 228i 435i 218i 220i 320i 328i 330i 335i

$34.39
Free shipping

From Hong Kong



Carbon Fiber Mirror Cover Cap For BMW F10 520i 523i 525i 528i 530i Pre-LCI 11-13

$46.99
Free shipping

From Hong Kong



3D Motorcycle Air Seat Cushion TPU Pad Cruiser Touring Saddle Pressure Relief

$29.19
21 sold



24V 400A Battery Isolator Disconnect Switch For Marine Boat Car Rv ATV Vehicles

$8.99
$3.00 shipping

From Hong Kong



NEW Wireless LCD Motorcycle TPMS Tire Pressure Monitor Systems+ 2 Sensors Tool

$49.99
$3.00 shipping

From Hong Kong



4 watching



For Honda Civic D16Z6 CX VX 1.5L 1.6L 88-91 Cylinder Head Stud Kit ARP 208-4301

$49.06
($3.00 shipping

From Hong Kong



Motorcycle Rearview Side Mirrors W/ LED Turn Signals Fit For Honda Yamaha Suzuki

$27.93
($3.00 shipping
11 watching

From Hong Kong



10 Way Blade Fuse Box Block Holder LED Indicator Auto Marine 12V 32V Waterproof

$15.99
$3.00 shipping

From Hong Kong



10X 12V 24V Green 3/4" Bullet Clearance Side Marker Truck Trailer LED Lights NEW

$7.99
$3.00 shipping

From Hong Kong



2X Smoke LED Side Marker Turn Signal Lights For BMW E90 E91 E92 E93 E46 E60 E82

$12.59
$3.00 shipping

From Hong Kong



23x Canbus LED Car Interior Inside Light Dome Trunk Map License Plate Lamp 5050

$8.19
$3.00 shipping

From Hong Kong



Multifunction Car Plastic Plating Crystal Polishing Coating Conservation SUV 4x4

$9.70
Free shipping

From Hong Kong



3x Camshaft Crankshaft Position Sensors For Infiniti FX35 G35 Altima Frontier NV

$16.98
$3.00 shipping

From Hong Kong



Door Mirror Covers Caps OE Size Fit For BMW 5 Series 520i 523i 528i 530i 10-13

$39.99
Free shipping

From Hong Kong



Fit For Mercedes Benz A C Class Housing Shell Remote Flip Key Case Fob 2 Button

$6.99
$3.00 shipping

From Hong Kong



Fit For Lexus IS200 GS300 LS400 Key Remote Case Shell Housing Cover Fob 2Buttons

$7.99
$3.00 shipping

From Hong Kong



Dynamic Turn Signal Light 18 LED Wing Mirror Indicator For FORD FIESTA MK7 B-MAX

$23.99
Free shipping

From Hong Kong



TPMS Car LCD Wireless Tire Pressure Monitoring System With 4 External Sensors

$25.69
$3.00 shipping
30 sold

From Hong Kong

LED Number License Plate Light For VW Golf Jetta MK5 Passat Touran

$8.59

From Hong Kong



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Saddlebag | All Categories | Search | Advanced

Items for sale from plaza-30 (1368 ) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors
- Other Motorcycle Luggage
- Motorcycle Tank Bags

Fewer

**Format** see all
- All Listings
- Auction
- Buy It Now

**Warranty** see all

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (2)

**Price**

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

plaza-30 (1368 )
Feedback rating: 1,368
Positive Feedback: 99%
Member since Oct-24-17 in United States

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now Sort: Best Match View:

2 results for **Saddlebag** Save this search

Magnetic Motorcycle Oil Fuel Tank Bag Waterproof With Pocket Saddlebag Universal
Brand New
**$19.99** From Hong Kong
Buy It Now
**Free Shipping**
Watch

PU Leather Motorcycle Front Fork Tool Handlebar Bag Saddlebag Roll For Touring
Brand New
**$13.99** From Hong Kong
Trending at $18.00
Buy It Now
**Free Shipping**
Watch

Tell us what you think

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

*Learn about pricing

This page was last updated: Oct-18 11:41. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ <span>📇</span> Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

<div style="border: 2px solid green;">

### Ship to

███████
375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███████

Change

### Review item and shipping

Seller: plaza-30    Edit message
Message: Item Id: 264868969066 Buyer's Vehicle: KTM



Magnetic Motorcycle Oil Fuel Tank Bag Waterproof With Pocket Saddlebag Universal
**$19.99**

Quantity [ 1 ⌄ ]

**Delivery**
Est. delivery: Nov 13 – Dec 3
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

</div>

## Gift cards, coupons, eBay Bucks

Enter code: [_____] [ Apply ]

## Donate to charity (optional) ⓘ
North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount [ None ⌄ ]

| | |
|---|---|
| Subtotal (1 item) | $19.99 |
| Shipping | Free |
| Tax* | $1.25 |
| **Order total** | **$21.24** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄        🔔    🛒

eɓay    Shop by category ⌄        [Search for anything_____]    [All Categories ⌄]    [ **Search** ]    Advanced

◁  Back to search results  |  Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Body & Frame  ›  Fairings & Body Work          ✉ f ⓕ 🐦 P  |  Add to Watchlist

### People who viewed this item also viewed


Pressure Plate Engine Clutch...
$148.99
+ $5.99 shipping


Engine Clutch Protector Cover...
$114.98
~~$127.76~~
+ $15.00 shipping


PUIG HEADLIGHT PROTECTOR KTM...
$129.99
+ $44.22 shipping

Carbon Inner Side Fairing for KTM...
$310.36
+ $27.80 shipping


KTM 1050 1090 1190 1290...
$25.30
Free shipping

---

ⓘ  Check if this part fits your vehicle        [ Select Vehicle ]


PLUSCARBON

◁    ▷





## Side Panels KTM 1290 Super ADVENTURE Twill Carbon Fiber Side Fairings GLOSSY

Condition:  New

Compatibility:    See compatible vehicles

Price:  **US $169.90**        [ **Buy It Now** ]

No Interest if paid in full in 6 mo on $99+*        [ **Add to cart** ]

[ ♡ Add to Watchlist ]

**30-day returns**   |   Longtime member   |   5 watchers

Shipping:   $40.00  Standard Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: china, China
Ships to: Worldwide    See exclusions

Delivery:  ★  Estimated between **Thu. Oct. 22 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:     

PayPal **CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:   Free 30 day returns | See details

---

**Shop with confidence**

💲  eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
pluscarbon (1531 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

$  Have one to sell?   [ Sell now ]

### Related sponsored items 1/2                    Feedback on our suggestions


Carbon Fiber Tank Side Covers Panel Fairings For...
$83.49
~~$89.99~~
Free shipping


KTM 1290 Super Duke R 2014 Side Fairings - Carbo...
$215.76
+ $19.95 shipping


2015-2017 KTM 1290 Super Adventure/T Gas Tank...
$199.95
+ $119.36 shipping


KTM 1290 SUPER ADVENTURE CARBON...
$226.34
+ $90.53 shipping


2015-2017 KTM 1290 Super Adventure/T Side Nose Tu...
$179.95
+ $90.88 shipping


KTM 1190 ADVENTURE 1290 SUPER ADVENTURE...
$129.33
+ $19.39 shipping

---

**Description**    Shipping and payments                    Repo  Feedback  

Seller assumes all responsibility for this listing.

Last updated on  Oct 01, 2020 03:01:55 PDT  View all revisions          eBay item number: 223571892606

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|------|------|-------|----------|---|
| -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | Go |

[show all compatible vehicles]

✓ This part is compatible with 6 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2016 | KTM | 1190 | Adventure |
| | 2015 | KTM | 1190 | Adventure |
| | 2014 | KTM | 1190 | Adventure |
| | 2017 | KTM | 1290 | Super Adventure R |
| | 2016 | KTM | 1290 | Super Adventure |
| | 2015 | KTM | 1290 | Super Adventure |

Portions of the information contained in this table have been provided by pluscarbon

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Country/Region of Manufacture: | China |
| Color: | Carbon fiber | Holes: | Pre-Drilled |
| Surface Finish: | GLOSSY Finish | Material: | twill Carbon Fiber |
| Manufacturer Part Number: | Does Not Apply | Fit: | Custom Fit |
| Placement on Vehicle: | Front | Bundle Listing: | Yes |
| Brand: | PLUS CARBON | Number of Pieces: | 2 |
| Warranty: | Yes | Type: | side panels |
| UPC: | Does not apply | | |



**PLUS CARBON**
pluscarbon (1531 ★)   100%
📋 Sign up for newsletter

Search within store

Visit Store:  PLUS CARBON

Yamaha  |  Ducati  |  Kawasaki  |  BMW  |  Aprilia

## Categories

| | |
|---|---|
| BMW | › |
| Ducati | › |
| Kawasaki | › |
| KTM | › |
| MV Agusta | › |
| Aprilia | › |
| Suzuki | › |
| Triumph | › |
| Yamaha | › |
| Buell | › |
| Other | › |

**Part Name:** Carbon Fiber Side Panels

**Fit for:** KTM 1050/1190/1190R/1290 2013-2017

**Process:** Autoclave

**Material:** High quality prepreg carbon fiber,3K Twill carbon fiber weave, fiberglass backing;

**Finish:** Glossy finishing, UV protection from fading or yellowing

**Fitting:** Pre-drilled holes and pre-embedded accessories to direct bolt-on and replace, same as OEM.

**Shipping:** Orders are sent out within 48 hours of payment received;

We combine shipping for multiple items;

**We are NOT responsible for any taxes, duties or fees incurred.**

**Quality Guarantee:** If there is any problem on finishing or fitment, we will offer replacement or refund.

More questions, please feel free to contact us pluscarbon at hotmail

---

Sponsored items based on your recent views  1/3

Feedback on our suggestions

Feedback
📝



10x Aluminum M5 5mm for
KTM Motorcycle Fairing...

**$4.99**
Free shipping
Last one



LED Headlight for KTM
Husqvarna EXC XCF XCW...

**$60.45**
~~$65.00~~
+ $1.00 shipping
Seller 99.1% positive



2015-2017 1290 Super
Adventure/T Rear Tail Side...

**$249.95**
+ $66.14 shipping
Seller 99.4% positive



10Set 17MM Motorcycle
Quick Release D-RING 1/4...

**$23.10**
~~$26.55~~
Free shipping
New



Carbon Inner Side Fairing for
KTM 1290 Super Adventure...

**$310.36**
+ $27.80 shipping
Seller 99.2% positive



Radiator Side Cover Panel
Guard Protector For KTM...

**$32.54**
~~$34.99~~
Free shipping
Seller 99.4% positive

## Explore more sponsored options:



PUIG UPPER DEFLECTOR
KTM 1290 SUPER...

**$137.20**
+ $49.00 shipping



Fairing Fender Kits For
KTM50 Mini Senior Junior...

**$33.33**
+ $7.00 shipping



Engine Oil Drain Plug
Motorcycle oil filler cap for...

**$11.69**
~~$12.99~~
Free shipping



2015-2017 KTM 1290 Super
Adventure/T Gas Tank...

**$199.95**
+ $119.36 shipping



Orang Engine Guard Case
Slider Cover Protector For...

**$52.99**
Free shipping



HOT Front and Rear Heel
Protective Cover Guard Fo...

**$56.99**
Free shipping

### More from this seller 1/2

Feedback on our suggestions



Kawasaki Ninja H2 2015-2017
Lower Side Panels Twill...

**$169.90**
+ shipping



Key Hole Cover KTM Duke
390 2017+ Twill Carbon...

**$79.90**
+ shipping



KTM Duke 390 2017+ Rear
Hugger Twill Carbon Fiber...

**$189.90**
+ shipping



KTM Duke 390 2017+ Front
Fender Twill Carbon Fiber...

**$169.90**
+ shipping
Last one



YAMAHA YZF R1 2015-2018
Twill Carbon Fiber Inner Tai...

**$229.90**
+ shipping
Last one

Heat Shield(Right Side
Lower) Yamaha YZF R1...

**$99.90**
+ shipping
Last one

Back to search results

More to explore : Carbon Fiber Motorcycle Fairings & Bodywork for KTM 1290, Carbon Fiber Motorcycle Side Fairings for Suzuki, Carbon Fiber Motorcycle Side Fairings,
Carbon Fiber Motorcycle Side Fairings for BMW, Carbon Fiber Motorcycle Side Fairings for Ducati, Motorcycle Side Fairings for KTM, Carbon Fiber Motorcycle Mufflers for KTM,
Carbon Fiber Motorcycle Fairings & Bodywork for Honda, Carbon Fiber Motorcycle Fairings & Bodywork for Yamaha, Carbon Fiber Motorcycle Fairings & Bodywork for Suzuki

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback


10/6/2020



Shop by category ⌄      Search for anything            All Categories ⌄     **Search**     Advanced

‹  Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work      | Add to Watchlist

### People who viewed this item also viewed

 Pressure Plate Engine Clutch... **$148.99** + $5.99 shipping

 Engine Clutch Protector Cover... **$114.98** ~~$127.76~~ + $15.00 shipping

 PUIG HEADLIGHT PROTECTOR KTM... **$129.99** + $44.22 shipping

 Carbon Inner Side Fairing for KTM... **$310.36** + $27.80 shipping

 KTM 1050 1090 1190 1290... **$25.30** Free shipping

ⓘ  Check if this part fits your vehicle     **Select Vehicle**





PLUSCARBON

‹          ›

**Side Panels KTM 1290 Super ADVENTURE Twill Carbon Fiber Side Fairings GLOSSY**

Condition:  New

Compatibility:  See compatible vehicles

Price:  US $169.90     **Buy It Now**

No Interest if paid in full in 6 mo on $99+*     **Add to cart**

♡ Add to Watchlist

**30-day returns**  |  Longtime member  |  5 watchers

Shipping:  **$40.00**  Standard Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: china, China
Ships to: Worldwide  See exclusions

Delivery:  ★  Estimated between **Thu. Oct. 22 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:     

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  Free 30 day returns | See details

**Shop with confidence**

ⓢ  eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
pluscarbon (1531 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?  **Sell now**

### Related sponsored items 1/2

Feedback on our suggestions


Carbon Fiber Tank Side Covers Panel Fairings For...
**$83.49** ~~$89.99~~
Free shipping


KTM 1290 Super Duke R 2014 Side Fairings - Carbo...
**$215.76** + $19.95 shipping


2015-2017 KTM 1290 Super Adventure/T Gas Tank...
**$199.95** + $119.36 shipping


KTM 1290 SUPER ADVENTURE CARBON...
**$226.34** + $90.53 shipping


2015-2017 KTM 1290 Super Adventure/T Side Nose Tu...
**$179.95** + $90.88 shipping


KTM 1190 ADVENTURE 1290 SUPER ADVENTURE...
**$129.33** + $19.39 shipping

Description | **Shipping and payments**                     Report | Feedback

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: china, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, US Protectorates, Africa, Central America and Caribbean, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Yemen, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Laos, Bermuda, Canada, Greenland, Saint Pierre and Miquelon, Bolivia, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of Cyprus, Czech Republic, Estonia, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Vatican City State

Change country: | United States |          ZIP Code: | 60106 |   Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $40.00 | United States | Standard Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Thu. Oct. 22 and Tue. Nov. 17** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods



**PayPal CREDIT**

### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

Sponsored items based on your recent views  1/3                    Feedback on our suggestions


10x Aluminum M5 5mm for KTM Motorcycle Fairing...
$4.99
Free shipping
Last one


LED Headlight for KTM Husqvarna EXC XCF XCW...
$60.45
$65.00
+ $1.00 shipping
Seller 99.1% positive


2015-2017 1290 Super Adventure/T Rear Tail Side...
$249.95
+ $66.14 shipping
Seller 99.4% positive


10Set 17MM Motorcycle Quick Release D-RING 1/4...
$23.10
$26.55
Free shipping
New


Carbon Inner Side Fairing for KTM 1290 Super Adventure...
$310.36
+ $27.80 shipping
Seller 99.2% positive


Radiator Side Cover Panel Guard Protector For KTM...
$32.54
$34.99
Free shipping
Seller 99.4% positive

Explore more sponsored options:

Feedback 



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒

Shop by category    Search for anything    All Categories    **Search**    Advanced

**pluscarbon** (1531★)
100% positive feedback

🔍 Items for sale    🏬 Visit store    ✉ Contact

♡ Save

A professional manufacturer in China. We make carbon fiber parts for various brands, and also custom carbon fiber parts for customers, welcome to send you your inquiries!

**Feedback ratings** ⓘ

| ★★★★★ 70 | Item as described |
| ★★★★★ 70 | Communication |
| ★★★★★ 70 | Shipping time |
| ★★★★★ 71 | Shipping charges |

➕ 83 Positive    ⓪ 1 Neutral    ➖ 0 Negative

Feedback from the last 12 months

See all feedback

➕ Perfect buying experiance. Excellent communication, service and quality product!
Sep 28, 2020

● ● ● ● ●

215 Followers  |  0 Reviews  |  Member since: **Nov 19, 2008**  |  📍 China

## Items for sale(173)

See all items



Kawasaki Ninja ...
US $179.90    4h left



Ducati Multistr...
US $69.90    4h left



Rear Hugger Duc...
US $199.90    8h left



Kawasaki Ninja ...
US $119.90    9h left



Dash Panels YAM...
US $89.90    9h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

10/6/2020



eBay    Shop by category ⌄    🔍 Search this Store    This Store ⌄    Search    Advanced

eBay › eBay Stores › PLUS CARBON

## PLUS CARBON

215 followers | pluscarbon (1531 ★) 100.0%

We sell Aprilia,BMW,Ducati,MV,Yamaha,Suzuki,Harley Davidson and so on Carbon Fiber Motor Parts.If you have any questions or need items not listed, welcome to contact us at aplus...

♡ Save this seller

**Category**

All
BMW
Ducati
Kawasaki
KTM
MV Agusta
Aprilia
Suzuki
Triumph
Yamaha
Buell
Other

### Featured Items



Buell XB9R XB9S XB12R
XB12S 1125CR 1125R Airbox ...
**See Price**

Dash Panels Kawasaki Ninja
H2 2015+ Twill Carbon Fiber...
**$199.90**

Front Fairing Ducati
Hypermotard 821 939 Twill...
**See Price**

All Listings   Auction   Buy It Now          Best Match ⌄   ▦ ▾

1-48 of 173 Results

| | | |
|---|---|---|
| | Upper Fairing Ducati Hypermotard Hyperstrada 821 939 Twill Carbon Fiber MATT<br>$99.90<br>Free shipping<br>Only 2 left | From China<br>Brand: Ducati |
| | Key Hole Cover KTM Duke 390 2017+ Twill Carbon Fiber Key Hole Cover Glossy<br>$79.90<br>$20.00 shipping<br>24 watching | From China<br>Brand: KTM |
| | Triumph Speed Triple R S 2016-2018 Side Radiator Panels 2X2 Twill Carbon Fiber<br>$69.90<br>Free shipping | From China<br>Brand: Triumph |
| | Side Panels KTM 1290 Super ADVENTURE Twill Carbon Fiber Side Fairings GLOSSY<br>$169.90<br>$40.00 shipping | From China |
| | KTM Duke 390 2017+ Front Fender Twill Carbon Fiber Front Mudguard Glossy<br>$169.90<br>$40.00 shipping<br>Only 1 left! | From China |
| | BMW R1100 S / Boxer Cup Spring Cover Twill Carbon Fiber GLOSSY<br>$45.00<br>Free shipping<br>5 watching | From China<br>Brand: BMW |
| | YAMAHA R6 2017-2020 Twill Carbon Fiber Tank Cover/ Tank Guard GLOSSY Finish<br>$159.90<br>$40.00 shipping | From China<br>Brand: Yamaha |
| | Kawasaki NINJA H2R NINJA 400 Twill Carbon Fiber Winglets Glossy<br>$199.90<br>Free shipping<br>Only 1 left! | From China<br>Brand: Kawasaki |
| | Tank Guard BMW K1200S K1300S Center Tank Cover Twill Carbon Fiber GLOSSY<br>$129.90<br>$30.00 shipping<br>8 watching | From China<br>Brand: BMW |
| | Heat Shield(Right Side Lower) Yamaha YZF R1 2009-2014 TWILL Carbon Fiber Glossy<br>$99.90<br>Free shipping<br>Only 1 left! | From China |
| | Ducati Multistrada 1200 / 950 Front Fairing Screen Carbon Fiber Twill Matt | |

10/6/2020



$149.90
Free shipping
17 watching

From China
Brand: Ducati

BMW S1000RR 2009-2014 Twill Carbon Fiber Front Sprocket Cover
$89.90
Free shipping

From China

KTM Duke 390 2017+ Rear Hugger Twill Carbon Fiber Rear Mudguard Glossy
$189.90
$40.00 shipping
18 watching

From China
Brand: KTM

Ducati Multistrada 1200 / 950 Front Fairing Screen Carbon Fiber Plain Matt
$149.90
Free shipping
6 watching

From China
Brand: Ducati

Upper Fairing Ducati Hypermotard Hyperstrada 821 939 Plain Carbon Fiber MATT
$99.90
Free shipping
8 watching

From China
Brand: Ducati

Triumph Speed Triple 2016-2018 Windshield Twill Carbon Fiber Fly Screen Glossy
$139.90
Free shipping

From China
Brand: Triumph

Twill Carbon Fiber Turn Signal Corners BMW R1100S/Boxer Cup Turn Signal Corners
$169.90
$35.00 shipping
Only 1 left!

From China
Brand: BMW

Swingarm Cover Ducati Panigale 1199 1299 Swingarm Cover Twill Carbon Fiber Matt
$99.90
$25.00 shipping
9 watching

From China
Brand: Ducati

Triumph speed triple 1050 2011-2017 Carbon Fiber UnderTail Under Seat Cover
$169.90
Free shipping
Only 1 left!

From China
Brand: Triumph

Left Engine Cover KTM Duke 390 2017+ Twill Carbon Fiber Left Engine Cover Glossy
$69.90
Free shipping
19 watching

From China

Kawasaki NINJA H2 SX SE Twill Carbon Fiber Tail Light Cover Glossy
$139.90
$30.00 shipping
Only 1 left!

From China
Brand: Kawasaki

Heel Plates KTM Duke 390 2017+ Twill Carbon Fiber Heel Guards Glossy
$79.90
Free shipping
10 watching

From China
Brand: KTM

MV Agusta F4 / Brutale 2010 + Rear Hugger Carbon Fiber Rear Mudguard GLOSSY
$119.90
$30.00 shipping

From China
Brand: MV Agusta

Belly Pan Aprilia Tuono V4 / V4 1100 2011-2018 Lower Fairing Carbon Fiber Glossy
$229.90
Free shipping
Only 1 left!

From China

YAMAHA YZF R1 2015-2018 Twill Carbon Fiber Inner Tail Fairings GLOSSY
$229.90
Free shipping
Only 1 left!

From China
Brand: Yamaha

YAMAHA YZF R1 2015-2018 Twill Carbon Fiber Tank Cover/ Tank Guard GLOSSY Finish
$199.90
Free shipping
5 watching

From China
Brand: Yamaha

Ducati Panigale 899 959 1199 1299 Shock Guard 2X2 Twill Carbon Fiber Matt
$59.90
Free shipping
Only 1 left!

From China



Kawasaki NINJA H2 SX SE Twill Carbon Fiber Exhaust Guard Glossy Finishing
$139.90
Free shipping
3 watching
From China
Brand: Kawasaki

BMW K1200S K1300S Twill Carbon Fiber Front Mudguard/ Front Fender GLOSSY
$159.90
$35.00 shipping
20 watching
From China
Brand: BMW

Ducati Multistrada 1200 2015+ Sprocket Cover Twill Carbon Fiber Matt
$69.90
Free shipping
2 watching
From China
Brand: Ducati

Swingarm Cover Ducati Panigale 1199 1299 Swingarm Cover Plain Carbon Fiber Matt
$99.90
$25.00 shipping
Only 1 left!
From China
Brand: Ducati

Kawasaki Ninja H2 2015-2017 Twill Carbon Fiber Windshield Support Glossy Finish
$119.90
$30.00 shipping
Only 1 left!
From China
Brand: Kawasaki

Kawasaki NINJA H2 SX SE Twill Carbon Fiber Front Tank Covers Set Glossy
$189.90
Free shipping
Only 1 left!
From China
Brand: Kawasaki

Windshield Yamaha MT-01 2006-2010 Carbon Fiber Windshield GLOSSY
$69.90
Free shipping
From China
Brand: Yamaha

Ducati Panigale 899 959 1199 1299 Tank Side Covers Twill Carbon Fiber MATT
$99.90
Free shipping
14 watching
From China
Brand: Ducati

Buell XB9 XB12 XBs 1125 CR R Twill Carbon Fiber Front Mudguard / Front Fender
$139.90
$30.00 shipping
Only 1 left!
From China
Brand: Buell

Engine Cover Set( Left + Right) Ducati Panigale 899 Twill Carbon Fiber MATT
$139.90
Free shipping
From China
Brand: Ducati

Dash Panels Yamaha R1 2009-2014 Carbon Fiber Dash Panels GLOSSY
$139.90
$30.00 shipping
6 watching
From China
Brand: Yamaha

Ducati Panigale 1299 Twill Carbon Fiber Undertray for Ducati Panigale 1299 MATT
$109.90
$30.00 shipping
From China
Brand: Ducati

YAMAHA R6 2017-2020 Twill Carbon Fiber Dash Panels GLOSSY Finish
$139.90
$30.00 shipping
From China

Upper Fairing YAMAHA R6 2017-2020 Twill Carbon Fiber Front Fairing GLOSSY
$259.90
$40.00 shipping
From China
Brand: Yamaha

Aprilia RSV4 2009-2014 Sprocket Cover Twill Carbon Fiber Glossy (Fits:Aprilia)
$89.90
Free shipping
Only 1 left!
From China

Ducati Panigale 899 959 1199 1299 Ignition Guard 2X2 Twill Carbon Fiber MATT
$89.90
Free shipping
Only 1 left!
From China
Brand: Ducati

Ducati Hypermotard Hyperstrada 821 939 Plate Support Twill Carbon Fiber Matt
$99.90
$25.00 shipping
6 watching
From China
Brand: Ducati



Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from pluscarbon (1531) | Save this seller | Show results from all sellers

Include description

## Categories

eBay Motors
Motorcycle Fairings & Bodywork

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (9)

**Price**
$ to $

**Item Location** see all
- Default
- Within
100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**
pluscarbon (1531)
Feedback rating: 1,531
Positive Feedback: 100%
Member since Nov-19-08 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
PLUS CARBON

All Listings | Auction | Buy It Now — Sort: Best Match — View:

9 results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106
Clear selections
**0** matching results
Find Results

KTM Duke 390 2017+ Rear Hugger Twill Carbon Fiber Rear Mudguard Glossy (Fits: KTM)
Brand New
**$189.90**
Buy It Now
+$40.00 shipping
**Free Returns**
**18 Watching**
Watch
From China
Brand: KTM

Key Hole Cover KTM Duke 390 2017+ Twill Carbon Fiber Key Hole Cover Glossy (Fits: KTM)
Brand New
**$79.90**
Buy It Now
+$20.00 shipping
**Free Returns**
**24 Watching**
Watch
From China
Brand: KTM

Heel Plates KTM Duke 390 2017+ Twill Carbon Fiber Heel Guards Glossy (Fits: KTM)
Brand New
**$79.90**
Buy It Now
**Free Shipping**
**Free Returns**
**10 Watching**
Watch
From China
Brand: KTM

Side Panels KTM 1290 Super ADVENTURE Twill Carbon Fiber Side Fairings GLOSSY (Fits: KTM)
Brand New
**$169.90**
Buy It Now
+$40.00 shipping
**Free Returns**
Watch
From China

KTM Duke 390 2017+ Front Fender Twill Carbon Fiber Front Mudguard Glossy (Fits: KTM)
Brand New
**$169.90**
Buy It Now
+$40.00 shipping
**Free Returns**
**Only 1 left!**
**21 Watching**
Watch
From China

Left Engine Cover KTM Duke 390 2017+ Twill Carbon Fiber Left Engine Cover Glossy (Fits: KTM)
Brand New
**$69.90**
Buy It Now
**Free Shipping**
**Free Returns**
**19 Watching**
Watch
From China

Sprocket Cover KTM RC8 2008-2012 Twill Carbon Fiber Sprocket Cover GLOSSY Finish (Fits: KTM)
Brand New
**$69.90**
Buy It Now
**Free Shipping**
**Free Returns**
Watch
From China

10/6/2020

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

### Ship to

1001 Foster Ave
Bensenville, IL 60106-1445
United States

Change

### Review item and shipping

Seller: pluscarbon | Message to seller



Side Panels KTM 1290 Super ADVENTURE Twill Carbon
Fiber Side Fairings GLOSSY
**$169.90**
Quantity 1

**Delivery**
Est. delivery: Oct 22 – Nov 17
Standard Shipping from China/Hong Kong/Taiwan to
worldwide
**$40.00**

### Gift cards, coupons, eBay Bucks

Enter code: | Apply

### Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount | None ▾

---

| Subtotal (1 item) | $169.90 |
| Shipping | $40.00 |
| Tax* | $13.12 |

**Order total** | **$223.02**

*We're required by law to collect sales tax and applicable fees
for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    Search for anything    All Categories ⌄    **Search**

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work    Add to Watchlist

✓ This fits a KTM    Select Year











💲 Have one to sell?    **Sell now**

### KTM Duke 390 2017+ Rear Hugger Twill Carbon Fiber Rear Mudguard Glossy

Condition : New

Compatibility : See compatible vehicles

Quantity: 1    3 available

Price: US $189.90    **Buy It Now**

No Interest if paid in full in 6 mo on $99+*    **Add to cart**

☐ Add to Watchlist

| 30-day returns | Longtime member | 18 watchers |

Shipping: $40.00    Standard Shipping from China/Hong Kong/Taiwan to worldwide
| See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: china, China
Ships to: Worldwide    See exclusions

Delivery: ★ Estimated between **Thu. Oct. 22 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments : PayPal VISA MasterCard AMEX DISCOVER
  
PayPal **CREDIT**
*No Interest if paid in full in 6 months on $99+.
See terms and apply now
Earn up to 5x points when you use your eBay Mastercard.
Learn more

Returns: Free 30 day returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
pluscarbon (1531 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2    Feedback on our suggestions


Moto Front and Rear Heel Protective Cover Guard...
$56.99
Free shipping
New


with logo Motorcycle Clutch Brake Lever...
$30.93
$33.99
Free shipping
New


HOT Engine Guard Bumpers Frame...
$95.99
Free shipping
New


Carbon Fiber Rear Hugger Wheel Guard License...
$62.99
$69.99
+ $7.99 shipping
Seller 991% positive

Racing Engine Cover Set Engine Guard Protector...
$115.00
+ $4.99 shipping
Seller 99.2% positive


Engine Oil Drain Plug Motorcycle oil filler cap...
$11.69
$12.99
Free shipping
New

---

Related sponsored items 1/2    Feedback on our sugg...

Feedback


Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact
Sell    Watchlist ⌄    My eBay ⌄



Shop by category ⌄

Search for anything    All Categories ⌄    **Search**

Back to search results | Listed in category:  eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f t P | Add to Watchlist

---

✓ **This fits a KTM**    Select Year









PLUSCARBON

$ Have one to sell?    **Sell now**

### Key Hole Cover KTM Duke 390 2017+ Twill Carbon Fiber Key Hole Cover Glossy

Condition : New

Compatibility: See compatible vehicles

Quantity: 1    2 available / 4 sold

Price: **US $79.90**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

*Limited quantity remaining* | More than 66% sold | 30-day returns

Shipping: $20.00  Standard Shipping from China/Hong Kong/Taiwan to worldwide
| See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: china, China
Ships to: Worldwide  See exclusions

Delivery: ⚡ Estimated between **Thu. Oct. 22 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 
 
PayPal **CREDIT**
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: Free 30 day returns | See details

---

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
pluscarbon (1531 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions


Moto Front and Rear Heel Protective Cover Guard...
$56.99
Free shipping
New


with logo Motorcycle Clutch Brake Lever...
$30.93
$33.99
Free shipping
New


HOT Front and Rear Heel Protective Cover Guard...
$56.99
Free shipping
New


Carbon Fiber Rear Hugger Wheel Guard License...
$62.99
$69.99
+ $7.99 shipping
Seller 99.1% positive


HOT Engine Guard Bumpers Frame...
$95.99
Free shipping
New


Racing Engine Cover Set Engine Guard Protector...
$115.00
+ $4.99 shipping
Seller 99.2% positive

---

### Related sponsored items 1/2

Feedback on our suggestions

Feedback

10/6/2020



Hi | ▼ |   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ▾   My eBay ▾   🔔¹   🛒

**ebay**   Shop by category ▾   [ Search for anything ]   All Categories ▾   **Search**   Advanced

◁ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

✉ 📘 🐦 📌 | Add to Watchlist

✅ This fits a KTM   [ Select Year ]



### Extendable Foldable Brake Clutch Levers For KTM DUKE 125 200 390 2014-2017 15 16

| | |
|---|---|
| Condition: | **New** |
| Compatibility : | See compatible vehicles |
| Color: | Orange ▾ |
| Quantity: | 1   5 available |
| Price: | **US $29.89** |

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to Watchlist ]

30-day returns

| | |
|---|---|
| Shipping: | **$2.00**  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia  See exclusions |
| Delivery: | ▶ Estimated between **Wed. Oct. 28 and Tue. Nov. 17**
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  MasterCard  AMEX  DISCOVER
**PayPal CREDIT**
Special financing available.  | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping  | See details |

**Shop with confidence**

Ⓑ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
popmotorcycle (437 ★)
99.7% Positive feedback

☆ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?  [ Sell now ]

---

Similar sponsored items 1/2                                      Feedback on our suggestions



| Folding Extendable Brake Clutch Levers For KTM DU... | Folding Extendable Brake Clutch Levers For KTM DU... | Folding Extendable Brake Clutch Levers For KTM 390... | Folding Extendable Brake Clutch Levers For KTM DU... | Short Clutch Brake CNC Levers For KTM Duke 125... | CNC Foldable Extendable Clutch Brake Lever For KT... |
|---|---|---|---|---|---|
| $23.49 | $29.43 | $28.19 | $25.46 | $19.99 | $20.79 |
| $26.69 | $31.99 | $29.99 | $28.29 | Free shipping | $25.99 |
| + $3.99 shipping | Free shipping | + $3.99 shipping | + $3.99 shipping | Seller 100% positive | + $3.00 shipping |
| New | New | New | New | | Almost gone |

---



| Description | Shipping and payments |                                  Report item |

Seller assumes all responsibility for this listing.                  eBay item number: **264698379083**

Last updated on Sep 12, 2020 23:07:11 PDT  View all revisions

**Compatibility**

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| --Select-- ▾ | --Select-- ▾ | --Select-- ▾ | --Select-- ▾ | Go |

[show all compatible vehicles]

✅ This part is compatible with 3 vehicle(s) matching KTM.

Feedback 📝

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
|  | 2017 | KTM | 390 | Duke |
|  | 2016 | KTM | 390 | Duke |
|  | 2015 | KTM | 390 | Duke |

Portions of the information contained in this table have been provided by popmotorcycle

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Country/Region of Manufacture: | China |
| Fitment 2: | KTM DUKE 200 2014-2016 | Fitment 4: | KTM DUKE 390 2013-2017 |
| Surface Finish: | Anodizing surface | Type: | Brake Clutch Levers |
| Manufacturer Part Number: | Does Not Apply | Material: | High Quality CNC Aluminum |
| Placement on Vehicle: | Left, Right, Front | Fitment 1: | KTM DUKE 125 2014-2017 |
| Brand: | Unbranded | | |



1 Handlebar Risers For Yamaha V-Star 650 950 1100 1300 XVS650 X VS950 XVS1100
32.99 USD

Buy it now

7/8 1 Handlebar Risers For Harley Honda Suzuki Yamaha Kawasaki Cruiser Chopper
29.99 USD

Buy it now

7/8 22MM or 1 25MM Handlebar Risers For Harley Honda Yamaha Suzuki Kawasaki
29.99 USD

Buy it now

7/8 Handlebar Risers For Honda Rebel 250 450 CMX250C CMX450C Reflex 200 TLR200
29.99 USD

Buy it now

7/8 Handlebar Risers For Honda Reflex 200 TLR200 Rebel 250 450 C MX250C CMX450C
29.99 USD

Buy it now

Fuel Gas Tank Cap Lock Keys For Honda Shadow el Magna 250 Fury VT
15.99 USD

Buy it now

Extendable Foldable Brake Clutch Levers For KTM DUKE 125 200 390 2014-2017 15 16



## Product Description

Conditon: Aftermarket 100% Brand New
Material: High Quality CNC Aluminum
Color: Black/Blue/Green/Gold/Orange/Red/Silver/Titanium
Size: as the picture shown
Quantity: 1 Pair (Right&Left Side)

Foldable: mainly works on broken protection when the bike going to crash,it can fold up automatically to decrease the least the damage to your bike
Extendable: runs on the function of personal preference settings,you
Folding pivot on levers to minimize crash damage



Feedback

Fitment:
For KTM 390 Duke/RC390 2013-2017
For KTM 200 Duke/RC200 2014-2016
For KTM 125 Duke/RC125 2014-2017

Package included:
1 Pair Brake Clutch Levers

## Payment

1.We accept PayPal only. If buyer want to delay the payment because of financial problem, please contact me by the ebay message within 3 days.

2.Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility. Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

## Delivery details

We ship the package within 48 hours from China,We ship to EBAY address ONLY. Please make sure your address in EBAY is matched with your shipping address before you pay.

## Returns

In case the item is defective, please inform us within 30 days of receipt, we will arrange reship or refund.Buyers have to pay for the return cost and we will pay the cost for resend.

## About Us

We Produce the Items, all Goods will be shipped directly from Factory Warehouse, All in new, unused, Good finished conditions .
If you are satisfied with the purchase and our total service, your comment is very important for us. Please take a minute to leave us a positive feedback with an overall Detailed Selling Rating (DSR) of 5.
If you plan to give us a neutral/negative feedback Or open ebay/paypal case, please write to us immediately so that we can do our best to resolve your problem.Thank you very much !

## Contact us

If you have any questions with our products or service . pls kindly send us emails via the ebay messages .
we will make response within 24 hours . thank you!

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

| Brake Clutch Levers For Suzuki G SXR600 GSXR750 1997-2003 GS XR1000 2001-2004 | Brake Clutch Levers For Suzuki G SXR600 GSXR750 2006-2010 GS XR1000 2005-2006 | Brake Clutch Levers For Kawasaki Z750 2007-2012 Z800/E version 2 013-2019 2018 | Brake Clutch Levers For Kawasaki ZX6R 2007-2018 ZX10R 2006-201 5 Z1000/SX Z750R | Brake Clutch Levers For Kawasaki ZX6R ZX636R ZX6RR ZX9R ZX10 R ZX12R ZZR600 Z1000 | Extendable Foldable Brake Clutc h Levers For Ducati Hyper 100/S/EVO 07-12 |
|---|---|---|---|---|---|
| 29.89 USD | 29.89 USD | 29.89 USD | 29.89 USD | 29.89 USD | 29.89 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |

```
0 0 0 0 0 0 0 3
```

powered by
PushAuction

Sponsored items based on your recent views 1/4

Feedback on our sugg

Feedback








Motorcycle Swingarm Spools Slider 8mm Stand...
$11.99
+ $4.99 shipping
New

Motorcycle Exhaust Link Muffler Mid Connect Pipe...
$34.49
~~$45.99~~
Free shipping
New

Engine Case Guard Cover Frame Slider Protector For...
$42.89
Free shipping
New

Folding Extendable Brake Clutch Levers For KTM 390...
$30.52
+ $1.99 shipping
New

CNC Folding Extending Clutch Brake Levers for KT...
$26.09
~~$28.99~~
+ $5.99 shipping
New

Motorcycle Alu Brake Clutch Levers Folding Extendable...
$28.49
+ $6.99 shipping
New

## More from this seller

Feedback on our suggestions







Brake Clutch Levers For Honda Shadow VT600...
$15.89
+ shipping

Brake & Clutch Hand Levers Set Fit For Ducati 1199 2011...
$34.79
+ shipping

Clutch Cable Fit For Yamaha XV125 VIRAGO 125 1997-...
$10.99
+ shipping

Rear Brake Cable For Yamaha Virago XV250 198...
$12.55
+ shipping

Black Clutch Cable Fit For Kawasaki EX250F Ninja...
$9.99
+ shipping

Back to search results

Return to top

More to explore :  Motorcycle Brake Levers for 2017 KTM 125,   Motorcycle Clutch Levers for KTM 125,   Other Motorcycle KTM Duke 390s,   Brake Cylinders for 2017 KTM 390,   Motorcycle Clutch Levers for KTM 200,   Tusk Brake Levers for KTM 125,   Motorcycle Brake Levers for KTM 125,   Brake Pads for KTM 390,   Motorcycle Brake Levers for KTM 200,   Unbranded Motorcycle Brake Levers for KTM 125

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Norton SECURED



Feedback







This fits a KTM Select Year

Have one to sell? Sell now

# Extendable Foldable Brake Clutch Levers For KTM DUKE 125 200 390 2014-2017 15 16

Condition: New

Compatibility: See compatible vehicles

Color: Orange

Quantity: 1 5 available

Price: US $29.89

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: $2.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: Estimated between Wed. Oct. 28 and Tue. Nov. 17
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
popmotorcycle (437 ★)
99.7% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 Feedback on our suggestions

Folding Extendable Brake Clutch Levers For KTM DU...
$23.49
~~$26.69~~
+ $3.99 shipping
New

Folding Extendable Brake Clutch Levers For KTM DU...
$29.43
~~$31.99~~
Free shipping
New

Folding Extendable Brake Clutch Levers For KTM 390...
$28.19
~~$29.99~~
+ $3.99 shipping
New

Folding Extendable Brake Clutch Levers For KTM DU...
$25.46
~~$28.29~~
+ $3.99 shipping
New

Short Clutch Brake CNC Levers For KTM Duke 125...
$19.99
Free shipping
Seller 100% positive

CNC Foldable Extendable Clutch Brake Lever For KT...
$20.79
~~$25.99~~
+ $3.00 shipping
Almost gone

Description | Shipping and payments | Report item

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: **Guangzhou, China**

Shipping to: Americas, Europe, Asia, Australia

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Angola, Burundi, Benin, Burkina Faso, Botswana, Central African Republic, Côte d'Ivoire (Ivory Coast), Cameroon, Congo, Democratic Republic of the, Congo, Republic of the, Comoros, Cape Verde Islands, Djibouti, Algeria, Egypt, Eritrea, Western Sahara, Ethiopia, Gabon Republic, Ghana, Gambia, Guinea, Guinea-Bissau, Equatorial Guinea, Kenya, Liberia, Libya, Lesotho, Morocco, Madagascar, Mali, Mozambique, Mauritania, Mauritius, Malawi, Mayotte, Namibia, Niger, Nigeria, Reunion, Rwanda, Senegal, Saint Helena, Sierra Leone, Somalia, Swaziland, Seychelles, Chad, Togo, Tunisia, Tanzania, Uganda, South Africa, Zambia, Zimbabwe, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Kyrgyzstan, Korea, South, Sri Lanka, Maldives, Mongolia, Nepal, Pakistan, Tajikistan, Turkmenistan, Uzbekistan, Aruba, Anguilla, Netherlands Antilles, Antigua and Barbuda, Bahamas, Belize, Barbados, Costa Rica, Cayman Islands, Dominica, Dominican Republic, Guadeloupe, Grenada, Guatemala, Honduras, Haiti, Jamaica, Saint Kitts-Nevis, Saint Lucia, Montserrat, Martinique, Nicaragua, Panama, Puerto Rico, El Salvador, Turks and Caicos Islands, Trinidad and Tobago, Saint Vincent and the Grenadines, British Virgin Islands, Virgin Islands (U.S.), Albania, Andorra, Bulgaria, Bosnia and Herzegovina, Belarus, Cyprus, Estonia, Finland, Guernsey, Gibraltar, Iceland, Jersey, Liechtenstein, Lithuania, Luxembourg, Latvia, Monaco, Moldova, Macedonia, Malta, Montenegro, Norway, Romania, Svalbard and Jan Mayen, San Marino, Serbia, Slovakia, Slovenia, Ukraine, Vatican City State, United Arab Emirates, Bahrain, Iraq, Israel, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Turkey, Yemen, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, American Samoa, Cook Islands, Fiji, Micronesia, Guam, Kiribati, Marshall Islands, New Caledonia, Niue, Nauru, Palau, Papua New Guinea, French Polynesia, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna,

Feedback

Western Samoa, Argentina, Bolivia, Brazil, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Peru, Paraguay, Suriname, Uruguay, Venezuela, Brunei Darussalam, Hong Kong, Indonesia, Cambodia, Laos, Macau, Malaysia, Philippines, Singapore, Thailand, Taiwan, Vietnam, PO Box

Quantity: 1    Change country: United States        ZIP Code: 60440   Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $2.00 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Oct. 28** and **Tue. Nov. 17** |

\* Estimated delivery dates - include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods

PayPal VISA mastercard American Express DISCOVER

 PayPal CREDIT

### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views  1/3          Feedback on our suggestions

     

| CNC Front Clutch Fluid Reservoir Tank Cap Cover... | Folding Extendable Brake Clutch Levers For KTM 390... | CNC Folding Extending Clutch Brake Levers for KT... | Motorcycle Alu Brake Clutch Levers Folding Extendable... | Brake Clutch Levers For KTM Duke RC 125/200/390 201... | Fits KTM RC125 RC200 RC250/390 Duke CNC... |
|---|---|---|---|---|---|
| $4.75 | $30.52 | $26.09 | $28.49 | $36.99 | $31.99 |
| Free shipping | + $1.99 shipping | ~~$28.99~~ | + $6.99 shipping | + $4.99 shipping | ~~$35.54~~ |
| New | New | + $5.99 shipping | New | New | + $12.00 shipping |
| | | New | | | New |

---

More from this seller          Feedback on our suggestions

    

| Brake Clutch Levers For Honda Shadow VT600... | Brake & Clutch Hand Levers Set Fit For Ducati 1199 2011... | Clutch Cable Fit For Yamaha XV125 VIRAGO 125 1997-... | Rear Brake Cable For Yamaha Virago XV250 198... | Black Clutch Cable Fit For Kawasaki EX250F Ninja... |
|---|---|---|---|---|
| $15.89 | $34.79 | $10.99 | $12.55 | $9.99 |
| + shipping | + shipping | + shipping | + shipping | + shipping |

Feedback 



# Feedback profile

ebay MONEY BACK GUARANTEE

popmotorcycle (437 ★ )

**Positive Feedback (last 12 months): 99.7%**

Member since: Dec-28-17 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

### Member Quick Links

Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 51 | 253 | 318 |
| Neutral | 0 | 1 | 3 |
| Negative | 0 | 0 | 1 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (306) | Reasonable shipping cost ★★★★★ (311) |
| Shipping speed ★★★★★ (309) | Communication ★★★★★ (306) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1)

Revised Feedback: 2

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1)

Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **very bad workmanship, no opening fits, inserter all crooked** Steel Metal Battery Side Cover For Kawasaki Vulcan 1500 VN1500 Classic & Nomad (#264566601388) | Buyer: b***2 (506★ ) US $77.99 | Past year Reciprocal feedback |

**Page 1 of 1**

← 1 →

**Member Quick Links**

Contact member
View items for sale
View seller's Store

**Suggested Next**

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

10/6/2020



**popmotorcycle** (437 ⭐)
99.7% positive feedback

Items for sale | Visit store | Contact

Based in China, popmotorcycle has been an eBay member since Dec 28, 2017

♡ Save

**Feedback ratings** ⓘ

| | | | |
|---|---|---|---|
| ⭐⭐⭐⭐⭐ 306 | Item as described | ● 318 Positive | Thanks Sep 28, 2020 |
| ⭐⭐⭐⭐⭐ 306 | Communication | ◐ 3 Neutral | |
| ⭐⭐⭐⭐⭐ 309 | Shipping time | ● 1 Negative | |
| ⭐⭐⭐⭐⭐ 311 | Shipping charges | | |

Feedback from the last 12 months

See all feedback

20 Followers | Member since: Dec 28, 2017 | 📍 China

## Items for sale(539)

See all items







Front Foot Pegs...         Rear Foot Pegs ...         Front & Rear Fo...         Rear Passenger ...         Pair Rear Passe...
US $37.99        41m left    US $37.99        2h left    US $37.99        2h left    US $27.99        2h left    US $27.99        3h left

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › popmotorcycle

# popmotorcycle

20 followers | popmotorcycle (437 ★) 99.7%

Save this seller

**Category**

- **All**
- Floorboards
- Handle Grips
- Decals & Sticker
- Brake Master Cylinder Cover
- Spools Stand Screw
- Brake&Clutch Hand Levers
- Foot Pegs
- Brake Pedal Pad
- Battery Side Cover
- Fender
- Backrest Sissy Bar
- Air Filter Cover
- Engine Guard Crash Bars
- Saddlebag Support Bracket
- Headlight Bracket
- Radiator Grille
- Clutch&Throttle Cable
- Lowering Links Kit
- Fender Eliminator
- Ignition
- Stator Engine Cover
- Drive Shaft Cover
- Rear View Side Mirror
- Frame Sliders
- Chain Guard
- Horn Cover
- Handlebar Risers
- Tail Light
- Other

**All Listings** | Auction | Buy It Now — Time: ending soonest

1-48 of 890 Results

Rear Foot Pegs For Kawasaki Vulcan 800 900 1500 1600 1700 2000 Classic Custom
$27.99
$4.00 shipping
From China

Rear Passenger Foot Pegs for Suzuki Marauder 1600 Boulevard M95 2004 2005 2006
$27.99
$4.00 shipping
From China

Front Foot Pegs For Triumph Rocket III All Models Thunderbird Storm 2004-2014
$37.99
$4.00 shipping
From China

1 Pair Front Rider Foot Pegs Footrests For Yamaha V-Star / Virago 250 All Years
$27.99
$4.00 shipping
From China

Front Foot Pegs For Kawasaki Vulcan VN 800 900 Custom 1500 A/B 1600 Mean Streak
$27.99
$4.00 shipping
8 watching
From China

Front Rider Footrest Foot Pegs For Kawasaki Z1000 2003-2015 ZG1400 2008-2015
$27.99
$4.00 shipping
From China

Front Rider Footrest Foot Pegs For Suzuki Marauder 1600 Boulevard M95 2004-2005
$27.99
$4.00 shipping
From China

Front Rider Foot Pegs For Kawasaki Ninja 250R 300 650 ZX6R/7R/9R/10R/11R/12R/14R
$27.99
$4.00 shipping
From China

Rear Foot Pegs For Triumph Bonneville SE 1996-2001 Bonneville T100 2002-2013
$37.99
$4.00 shipping
From China

Front & Rear Foot Pegs For Triumph Thunderbird Sport Speedmaster Adventurer
$37.99
$4.00 shipping
From China

10/6/2020



Rear Passenger Foot Pegs Footrests For Yamaha V-Star / Virago 250 650 950/T 1100

$27.99
$4.00 shipping

From China



Chrome Rear Foot Pegs Footrests For 1998-2014 Yamaha Road Star 1600/1700 Models

$27.99
$4.00 shipping

From China



Front & Rear Foot Pegs For Triumph Bonneville America 2002-2014 Legend 1999-2001

$37.99
$4.00 shipping

From China



Pair Rear Passenger Foot Pegs Footrests For Yamaha Royal Star Stryker V-Max 1200

$27.99
$4.00 shipping

From China



Chrome Front Rider Foot Rest Footrests For 2002-2009 Yamaha Road Star Warrior

$27.99
$4.00 shipping

From China



Front&Rear Foot Pegs For Victory All Hammer 8 ball Vegas Jackpot&Judge High Ball

$37.99
$4.00 shipping

From China



Rear Foot Pegs Rest For Honda VT VTX 750 1100 1300 1800 Magna Phantom Deluxe

$27.99
$4.00 shipping

From China



Rear Foot Pegs For Victory Hard-Ball & Boardwalk All Cross Roads Cross Country

$37.99
$4.00 shipping

From China



Rear Foot Pegs For Honda Shadow Aero Ace Tourer Spirit Valkyrie Rebel 250 Fury

$27.99
$4.00 shipping

From China



Pair Front Foot Pegs Footrests For 2004-2005 Suzuki Marauder 1600 Boulevard M95

$45.98
$6.00 shipping

From China



Rear Passenger Foot Pegs For Triumph Rocket III All Models Thunderbird Storm

$27.99
$4.00 shipping

From China



Rear Passenger Foot Pegs Footrests For Suzuki Volusia 800 2001 2002 2003 2004

$27.99
$4.00 shipping

From China



Front Foot Pegs Footrests For Kawasaki Vulcan 800 900 1500 A/B 1600 Mean Streak

$45.98
$6.00 shipping

From China



Front Foot Pegs Footrests For Kawasaki Ninja 250R 300 650 Concours ZG1400 Z1000

$45.98
$6.00 shipping

From China



1 Pair Front Foot Pegs For Kawasaki Ninja ZX6R ZX7R ZX9R ZX10R ZX11R ZX12R ZX14R

$45.98
$6.00 shipping

From China



Rear Foot Pegs For Kawasaki Vulcan 800 900 1500 1600 1700 2000 Classic Custom

$45.98
$6.00 shipping

From China



Rear Foot Pegs Footrests For 2004 2005 2006 Suzuki Marauder 1600 Boulevard M95

$45.98
$6.00 shipping

From China



Front Foot Pegs Footrests Pedals For Yamaha V-Star/Virago 250 XV250 All Years

$45.98
$6.00 shipping

From China



1 Pair Chrome Rear Foot Pegs Footrests For Yamaha V-Star 250 650 950/T 1100

$45.98
$6.00 shipping

From China



1 Pair Chrome Rear Foot Pegs Footrests For Yamaha Virago 250 750 1100 All Models

$45.98
$6.00 shipping

From China



Rear Foot Pegs For Yamaha Road Star 1600/1700 Royal Star Stryker V-Max 1200

$45.98
$6.00 shipping

From China



1 Pair Chrome Front Foot Pegs Footrests For Yamaha Road Star Warrior 2002-2009

$45.98
$6.00 shipping

From China



Rear Foot Pegs Rests For Honda VT VTX 750 1100 1300 1800 Magna Phantom Deluxe

$45.98
$6.00 shipping

From China



Decal Pad Sticker Triple Tree Top Clamp Front For Honda CBR600RR 2007-2017 16 15

$9.95
$2.00 shipping

From China



Triple Tree Top Clamp Decal Pad Sticker For BMW S1000RR S1000 RR 2015-2018 16 17

$8.95
$2.00 shipping

From China



Triple Tree Top Clamp Decal Pad Sticker For BMW S1000RR S1000 RR 2009-2014 12 13

$8.95
$2.00 shipping

From China



Triple Tree Top Clamp Decal Pad Sticker For Honda CBR600 F4 F4I 1999-2007 05 06

$7.99
$2.00 shipping

From China



Decal Pad Triple Tree Top Clamp Upper Front End For Honda CBR250RR 2011 2012 13

$7.95
$2.00 shipping

From China





## Categories

**eBay Motors**

Other Motorcycle Handlebars, Grips & Levers

Motorcycle Fairings & Bodywork

More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (20)

**Price**

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

popmotorcycle (437 )
Feedback rating: 437
Positive Feedback: 99.7%
Member since Dec-28-17 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
popmotorcycle

Sponsored items for you

Motorcycle Swingarm Spools Slider 8mm...
$11.99
Buy It Now

All Listings | Auction | Buy It Now    Sort: Time: newly listed    View:

**20** results for **ktm**   Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60440-3825

Clear selections

**0** matching results

Find Results

Swingarm Spools Slider Stand Screw M10 For KTM Duke 125 200 390 690 790 990 1090
Brand New
**$7.99**
Buy It Now
+$2.00 shipping
**Apr-28 00:53**
From China
Seller: popmotorcycle (421) 99.7%

Extendable Foldable Brake Clutch Levers For KTM DUKE 125 200 390 2014-2017 15 16 (Fits: KTM)
Brand New
**$29.89**
Buy It Now
+$2.00 shipping
**Apr-12 23:06**
From China
Seller: popmotorcycle (396) 99.7%

Fuel Gas Tank Cap Cover w/Keys For KTM 125 200 390 DUKE (Fits: KTM)
Brand New
**$15.79**
Buy It Now
+$2.00 shipping
Watch
**Jan-07 21:08**
From China
Seller: popmotorcycle (388) 99.7%

CNC Aluminum Chain Guard Cover For KTM 1050 1190 1290 ADV Super Adventure R S T (Fits: KTM)
Brand New
**$23.95**
Buy It Now
+$2.00 shipping
**Dec-29 21:11**
From China
Seller: popmotorcycle (426) 99.7%

CNC Aluminum Chain Guard Cover For KTM RC Duke 125 200 390 2011-2017 2014 2015 (Fits: KTM)
Brand New
**$23.99**
Buy It Now
+$2.00 shipping
**Dec-28 00:50**
From China
Seller: popmotorcycle (421) 99.7%

Motocross Dirt Bike Racing Foot Pegs For KTM EXC MXC SX SXF XC 125-530 1998-2013 (Fits: KTM)
Brand New

$34.49
Buy It Now
Free shipping



$22.85
Buy It Now
+$4.00 shipping

👁 Watch

Jul-04 23:07
From China

Seller: popmotorcycle (437) 99.7%



### Results matching fewer words



Engine Case Guard Cover
Frame Slider ...
$42.89
Buy It Now
Free shipping



**Universal Waterproof Gas Tank Flame 3D Decal Sticker Fits Harley Cruiser Chopper**
Brand New

$12.95
Buy It Now
+$2.00 shipping

Dec-16 00:13
From China

Seller: popmotorcycle (404) 99.7%

Tell us what you think



Rear CNC Chain Cover
Guard Protection...
$25.15
Buy It Now
Free shipping



Motorcycle CNC Chain
Guard Protector C...
$37.63
Buy It Now



CNC LQ Motorcycle Heel
Protector Cove...
$28.79
Buy It Now
Free shipping



For KTM DUKE 125 200
390 690 790 Moto...
$9.99
Buy It Now
Free shipping



Engine Oil Filter Cover
For KTM DUKE...
$8.79
Buy It Now

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ *PayPal*

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms



**Ship to**
███████
375 West Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███████
Change

## Review item and shipping

Seller: popmotorcycle     Edit message
Message:   Item ID: 264698379083 Buyer's Vehicle: KTM

Extendable Foldable Brake Clutch Levers For KTM DUKE
125 200 390 2014-2017 15 16
Color: Orange
**$29.89**

Quantity   1 ⌄

**Delivery**
Est. delivery: Oct 28 – Nov 17
Standard SpeedPAK from China/Hong Kong/Taiwan
**$2.00**

## Gift cards, coupons, eBay Bucks

Enter code:        Apply

## Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount   None ⌄

| | |
|---|---|
| Subtotal (1 item) | $29.89 |
| Shipping | $2.00 |
| Tax* | $1.99 |
| **Order total** | **$33.88** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



















Case: 1:20-cv-06677 Document #: 12 Filed: 11/10/20 Page 297 of 358 PageID #:1246

Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Frames | Add to Watchlist

Check if this part fits your vehicle Contact the seller

Have one to sell? Sell now

## Swingarm Spools Slider Stand Screw M10 For KTM Duke 125 200 390 690 790 990 1090

Condition: New

Color: Gold

Quantity: 1 5 available

Price: US $7.99

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: $2.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: Estimated between Wed. Oct. 28 and Tue. Nov. 17
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
popmotorcycle (442 ★)
99.7% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 Feedback on our suggestions

10mm Swingarm Sliders Spools for KTM Motorcycle Duke...
$8.99
Free shipping
New

CNC Swingarm Spools Slider Bobbins For KTM 390 200 690...
$14.92
~~$16.58~~
Free shipping
New

10mm Swingarm Slider Spools For KTM 1190 1190R RC8 690...
$9.59
Free shipping
New

CNC Swingarm Spools Slider Stand Bobbin For KTM 950 990...
$14.92
~~$16.58~~
Free shipping
New

10mm Aluminum Swingarm Spools Slider For KTM 390 Duk...
$8.97
~~$9.97~~
Free shipping
New

CNC Swingarm Spools Slider Stand Bobbins For KTM 200...
$14.92
~~$16.58~~
Free shipping
New

Related sponsored items 1/2 Feedback on our suggestions

8mm Swingarm Spools Slider for KTM DUKE125 200 390 690 99...
$7.79
~~$8.56~~
Free shipping

10MM 0.393inch Swingarm Spools Slider Stand Screw For...
$8.77
~~$9.97~~
+ $2.50 shipping

LQ Laser Logo M10 CNC Swingarm Spools Slider For KT...
$14.99
Free shipping
Last one

Motorcycle Swingarm Spools Slider 8mm Stand Screws For...
$11.99
+ $4.99 shipping

M10 Screws Swingarm Spools Slider bolt Titanium For Para...
$14.24
~~$14.99~~
Free shipping

M10 Screws Swingarm Spools Slider For Para KTM 690 SMC...
$14.24
~~$14.99~~
Free shipping

Description | Shipping and payments | Report item

eBay item number: 264713992079

Seller assumes all responsibility for this listing.

Last updated on Sep 28, 2020 00:54:58 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Fit: | Universal Fit | Manufacturer Part Number: | Does Not Apply |
| Material: | Aluminum | Type: | Swingarm Spools Slider Stand Screws |
| Country/Region of Manufacture: | China | | |

Feedback

Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work | Add to Watchlist

This fits a KTM Select Year

Have one to sell? Sell now

# CNC Aluminum Chain Guard Cover For KTM RC Duke 125 200 390 2011-2017 2014 2015

Condition: New

Compatibility: See compatible vehicles

Color: Orange

Quantity: 1 5 available / 1 sold

Price: US $23.99

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: $2.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: Estimated between Wed. Oct. 28 and Tue. Nov. 17
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
popmotorcycle (442 )
99.7% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 Feedback on our suggestions

Black For KTM 125 250 390 Duke CNC Radiator Grille...
$26.09
~~$28.99~~
Free shipping
New

Front Rear Fork Wheel Frame Slider Crash...
$15.43
~~$17.53~~
+ $1.99 shipping
Seller 99.2% positive

Engine Oil Drain Plug Motorcycle oil filler cap for...
$11.69
~~$12.99~~
Free shipping
New

BLACK Front Heel Protective Cover Guard F...
$26.38
~~$28.99~~
Free shipping
New

CNC LQ Motorcycle Heel Protector Cover Guard For...
$28.79
Free shipping
New

2012-2017 KTM Duke 390 Duke 200 Frame Sliders...
$35.67
~~$37.95~~
+ $7.99 shipping
New

Related sponsored items 1/2 Feedback on our suggestions

Feedback

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄



Shop by category ⌄

Search for anything    All Categories ⌄    **Search**    Advanced

‹ Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Engines & Engine Parts > Oil Filters

Email  Facebook  Twitter  Pinterest  | Add to Watchlist

✓ This fits a KTM    Select Year

🄳 **SAVE UP TO 5%** See all eligible items ▶



### Motorcycle Oil Filter Replacement Fit For KTM 250 450XC-F SX-F 250 EXC-F 500 EXC

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 04d 03h 44m |
| Quantity: | 1    5 available |

Price: **US $4.74**
US $4.99 (5% off) ⓘ

**Buy It Now**

**Add to cart**

Best Offer:

**Make Offer**

♡ Add to Watchlist

Free shipping    30-day returns    Longtime member

| | |
|---|---|
| Shipping: | **FREE** Economy Shipping from outside US | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | 📦 Estimated between **Fri. Oct. 30 and Tue. Dec. 29** ⓘ |
| | Please note the delivery estimate **is greater than 12 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  ⬤⬤  DISCOVER |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
possbay2008 (49430 ⭐)
98.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell? Sell now

### Similar sponsored items



4 * Oil Filters Cleaner For KTM 250 250 EXCF SXF XCF...
$13.26
Free shipping
New



4 * New Oil Filters Cleaner For KTM 250 300 350 400...
$14.58
Free shipping
New



Oil Filter New for KTM 250 450XC-F SX-F 250 EXC-F...
$4.74
$4.99
Free shipping
Almost gone



3pcs Oil Filter for KTM 250 SXF SXF 250 EXC F 400 XCW 4...
$10.22
$10.99
Free shipping
Almost gone



Volar Oil Filter - (3 pieces) for 2011-2018 KTM 350 SXF
$16.90
Free shipping
New



Oil Filter for KTM 250 SX-F XC-F 350 EXC-F 400 EXC...
$4.99
$6.65
Free shipping
Seller 99.3% positive

● ○

### Sponsored items from this seller













Feedback

| 1 Pcs Motorcycle Oil Filter | Motor Bike Oil Filter Fit For | Motor Oil Filter Fit For | 1x Chrome Motorcycle | 1×Motorbike ATV Oil Filter for | Speedometer Gear Box Drive |
|---|---|---|---|---|---|
| $4.74 | $4.52 | $4.52 | $34.19 | $4.74 | $16.14 |
| $4.99 | Free shipping | Free shipping | $35.99 | $4.99 | $16.99 |
| Free shipping | Almost gone | Almost gone | Free shipping | Free shipping | Free shipping |
| | | | | | Last one |

• •



| | Description | Shipping and payments | | | Report item |

Seller assumes all responsibility for this listing.

Last updated on  Oct 12, 2020 23:27:02 PDT   View all revisions

eBay item number:  284018736049

### Compatibility

To confirm that this part fits your vehicle, please choose a vehicle from the "My Garage" list OR enter your vehicle's details below.

**My Garage**
Select a vehicle ▾

or

Year -Select- ▾   Make -Select- ▾   Model -Select- ▾   Submodel -Select- ▾   Go

Go to My Garage

[show all compatible vehicles]

✓ This part is compatible with 41 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2013 | KTM | 250 | XCF-W |
| | 2012 | KTM | 250 | SXF |
| | 2012 | KTM | 250 | XC-F |
| | 2012 | KTM | 250 | XCF-W |
| | 2011 | KTM | 250 | SXF |
| | 2011 | KTM | 250 | XCF-W |
| | 2010 | KTM | 250 | SXF |
| | 2010 | KTM | 250 | XCF-W |
| | 2009 | KTM | 250 | SXF |
| | 2009 | KTM | 250 | XC-F |
| | 2009 | KTM | 250 | XCF-W |
| | 2008 | KTM | 250 | SXF |
| | 2008 | KTM | 250 | XC-F |
| | 2008 | KTM | 250 | XCF-W |
| | 2007 | KTM | 250 | SXF |
| | 2007 | KTM | 250 | XC-F |
| | 2007 | KTM | 250 | XCF-W |
| | 2006 | KTM | 250 | SXF |
| | 2016 | KTM | 450 | XCW |
| | 2015 | KTM | 450 | SXF |

Page 1 of 3                    ‹ 1 2 3 ›

Portions of the information contained in this table have been provided by possbay2008

### Item specifics

| Condition: | New | Brand: | Possbay |
|---|---|---|---|
| UPC: | Does Not Apply | Manufacturer Part Number: | Does Not Apply |
| Package Included: | 1×Motorcycle oil filter | Style: | Oil Filter |

### Possbay Car Electronic Store

possbay2008 (49430 ★) 98.3%

Sign up for newsletter

Search within store

Visit Store:  Possbay Car Electronic Store

Items On Sale  |  Industrial & Business  |  Pedals & Pads  |  Shift Knobs & Boots  |  Antennas  |  Helmets & Protective Gear

## Categories

You may like

Feedback

**Decription:**

Condition: 100% Brand New

Color: As Picture Shown

Size: As Picture Shown

Style: Oil Filter

Car Parts & Electronics ›

**Package Included:**

1×Motorcycle oil filter

## Fitment:

Please Ensure The Item Fits Your Motorcycles Before Bidding.

New high quality aftermarket oil filter fits following models,

Husaberg Motorcycle

FE250  13

FE390 Enduro  10-12

FE450 Enduro  09-12

FE450 Enduro  13-14

FX450 Cross Country  10-11

FE501  13-14

FE570 Enduro  09-12

FS570 Supermoto  10-11


Husqvarna Motorcycle

FC450  16

FE450  14-16

FE501  14-16


KTM Motorcycle

250 EXC-F  07

250 EXC-F  08-11

250 EXC-F  12

250 EXC-F  10-11

250 EXC-F Six Days  12

250 SX-F  05-07

250 SX-F  08-10

250 SX-F  11-12

250 XC-F / XCF-W  07

250 XC-F / XCF-W  08

250 XC-F / XCF-W  09-10

250 XC-F / XCF-W  11-12

250 XCF-W Six Days USA11

450 EXC  12-16

450 EXC Six Days  12-16

450 SMR  13-14

450 SX-F  13-15

450 XC-F  13-15

450 XC-W  12-16

500 EXC  12-16

500 EXC Six Days  12-16

500 XC-W  12-16

690 Rally Factory Replica2nd Filter 07-08

690 Supermoto R1st Filter 07

You may like

**SAVE UP TO 5%**    See all eligible items ▶

5% OFF
Marked down item price reflects all savings. Items provided by possbay2008    All promotional offers from possbay2008



1×Engine Motorcycle Oil Filter for Gasgas Honda CBR250 CBX250 Polaris Suzuki Hot

| Was: | US $4.99 |
| Now: | US $4.74 |



1 Pcs Motorcycle Oil Filter For Kawasaki Motorcycle / Suzuki Motorcycle

| Was: | US $4.99 |
| Now: | US $4.74 |



Aluminum Plug Cut Billet Oil Dipstick Tank Plug for Harley Sportster 883 C7D3

| Was: | US $24.99 |
| Now: | US $23.74 |



1×Motorbike ATV Oil Filter for Aprilia Yamaha YFM600 700 XT600 XVS650 XVS1100

| Was: | US $4.99 |
| Now: | US $4.74 |



27mm Starter Clutch Lock Tool Nut For the Starter Clutch Nut on the GY6.

| Was: | US $18.99 |
| Now: | US $18.04 |

+ See all

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions|Learn about pricing    You can change quantities in your cart.

Sponsored items based on your recent views



260mm Rear Air Shock Absorber Suspension...
$97.99
$108.88
Free shipping
New

240mm Motorcycle Air Rear Shock Absorber Suspensio...
$95.99
$106.66
Free shipping
New

Oil Filter New for KTM 250 450XC-F SX-F 250 EXC-F...
$4.74
$4.99
Free shipping
Almost gone

1 Pcs Oil Filter for KTM EXC SX XC Supermoto Husaber...
$4.74
$4.99
Free shipping
Almost gone

Oil Filter Clean fits KTM 250 450XC-F SX-F 250 EXC-F...
$8.09
$8.79
Free shipping
New

320mm/12.6" Motorcycle Rear Shock Absorber...
$85.99
+ $49.99 shipping
New

Feedback

● ● ●



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ∨    My eBay ∨

Shop by category    Search for anything    All Categories ∨    Search    Advanced

Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Engines & Engine Parts > Oil Filters    | Add to Watchlist

✓ This fits a KTM    Select Year

SAVE UP TO 5%    See all eligible items ▶



### Motorcycle Oil Filter Replacement Fit For KTM 250 450XC-F SX-F 250 EXC-F 500 EXC

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 04d 03h 44m |
| Quantity: | 1    5 available |

Price: **US $4.74**
US $4.99 (5% off)

[ Buy It Now ]
[ Add to cart ]

Best Offer:    [ Make Offer ]

[ ♡ Add to Watchlist ]

Free shipping    30-day returns    Longtime member

Shipping:    FREE Economy Shipping from outside US |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide    See exclusions

Delivery:    ★ Estimated between **Fri. Oct. 30 and Tue. Dec. 29** ⓘ
Please note the delivery estimate is **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    30 day Buyer pays for return shipping |
See details

#### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
possbay2008 (49430 ★)
98.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?    Sell now

---

### Similar sponsored items


4 * Oil Filters Cleaner For KTM 250 EXCF SXF XCF...
$13.26
Free shipping
New


4 * New Oil Filters Cleaner For KTM 250 300 350 400...
$14.58
Free shipping
New


Oil Filter New for KTM 250 450XC-F SX-F 250 EXC-F...
$4.74
$4.99
Free shipping
Almost gone


3pcs Oil Filter for KTM 250 SXF SXF 250 EXC F 400 XCW 4...
$10.22
$10.99
Free shipping
Almost gone


Volar Oil Filter - (3 pieces) for 2011-2018 KTM 350 SXF
$16.90
Free shipping
New


Oil Filter for KTM 250 SX-F XC-F 350 EXC-F 400 EXC...
$4.99
$6.65
Free shipping
Seller 99.3% positive

● ○

---

### Sponsored items from this seller

     

| 1 Pcs Motorcycle Oil Filter | Motor Bike Oil Filter Fit For | Motor Oil Filter Fit For | 1x Chrome Motorcycle | 1×Motorbike ATV Oil Filter for | Speedometer Gear Box Drive |
|---|---|---|---|---|---|
| $4.74 | $4.52 | $4.52 | $34.19 | $4.74 | $16.14 |
| $4.99 | Free shipping | Free shipping | $35.99 | $4.99 | $16.99 |
| Free shipping | Almost gone | Almost gone | Free shipping | Free shipping | Free shipping |
| | | | | | Last one |

• •

---

**Description**    **Shipping and payments**                                                                 Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Guangzhou, China**

Shipping to: Worldwide

Excludes: Africa, Bolivia, Bosnia and Herzegovina, Montenegro, China, Nepal, Yemen, Guatemala, Hong Kong, Macau, Canada

Quantity: 1    Change country: United States ▾    ZIP Code: 60106    **Get Rates**

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Economy Shipping from outside US | Estimated between **Fri. Oct. 30** and **Tue. Dec. 29** |

* **Estimated delivery dates** include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 1 business day of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|
| PayPal  VISA  ⬤⬤  AMERICAN EXPRESS  DISCOVER |

**PayPal CREDIT**

**Special financing available**

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

🏷️ **SAVE UP TO 5%**    See all eligible items ▸

5% OFF
Marked down item price reflects all savings. Items provided by possbay2008    **All promotional offers from possbay2008**



| 1×Engine Motorcycle Oil Filter for Gasgas Honda CBR250 CBX250 Polaris Suzuki Hot | 1 Pcs Motorcycle Oil Filter For Kawasaki Motorcycle / Suzuki Motorcycle | Aluminum Plug Cut Billet Oil Dipstick Tank Plug for Harley Sportster 883 C7D3 | 1×Motorbike ATV Oil Filter for Aprilia Yamaha YFM600 700 XT600 XVS650 XVS1100 | 27mm Starter Clutch Lock Tool Nut For the Starter Clutch Nut on the GY6 | |
|---|---|---|---|---|---|
| Was: US $4.99 | Was: US $4.99 | Was: US $24.99 | Was: US $4.99 | Was: US $18.99 | ➕ See all |
| Now: US $4.74 | Now: US $4.74 | Now: US $23.74 | Now: US $4.74 | Now: US $18.04 | |

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.    You can change quantities in your cart.
Offer conditionsLearn about pricing

Feedback

---

### Sponsored items based on your recent views

Hi! **Sign in** or **register**    Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ⌄   My eBay ⌄



Home → Community → Feedback forum → Feedback profile

## Feedback profile



**possbay2008** (49491 ★) 📋 ⓘ
**Positive Feedback (last 12 months): 98.4%** ⓘ
Member since: Apr-21-08 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
**Learn more**

### Member Quick Links
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ



|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 347 | 1615 | 4325 |
| ◑ Neutral | 1 | 21 | 66 |
| ➖ Negative | 8 | 29 | 75 |

### Detailed seller ratings ⓘ



Average for the last 12 months

| Accurate description | ★★★★★ (3619) | Reasonable shipping cost | ★★★★★ (3853) |
|---|---|---|---|
| Shipping speed | ★★★★★ (3703) | Communication | ★★★★★ (3664) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

75 Feedback received (viewing 1-25)       Revised Feedback: 197 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars 🔍

Rating type: Negative (75) ⌄    Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Order was for a 2008 Ford Focus SES 2 door coupe. I was sent the ones 4 sedan** <br> Fit For Ford Focus Sedan 2008-2011 Wind Rain Guards AA822VW (#283588478585) | Buyer: -***7 (26 ★) <br> US $25.79 | Past month <br> Reciprocal feedback |
| Reply by possbay2008. Left within past month. <br> We apologize for your inconvenience and we will solve the issue for you. | | |
| ➖ **These visors do not fit my 2007 Acura TL base. Be aware.** <br> (Private listing) | Buyer: g***8 (198 ★) | Past month <br> Reciprocal feedback |
| Reply by possbay2008.Left within past month. <br> We apologize for your inconvenience and we will solve the issue for you. | | |
| ➖ **Product shown in picture isn't product shipped. Rear visor doesn't cover small w** <br> (Private listing) | Buyer: b***a (78 ★) | Past month <br> Reciprocal feedback |
| Reply by possbay2008.Left within past month. <br> we apologize for your inconvenience and we will solve the problem for you | | |
| ➖ **Scammers!Delivered the wrong adress then stating they don't have product anymore** <br> Heated Mirror Glass Passenger Side Right For BMW 5 6 7-Series 528i 535i 550i (#283957300646) | Buyer: l***e (8) <br> US $18.97 | Past month <br> Reciprocal feedback |
| Reply by possbay2008. Left within past month. <br> we apologize for your inconvenience and we will solve the problem for you | | |
| ➖ **Very cheaply made and pedal came off while driving nearly causing a bad accident** <br> (Private listing) | Buyer: l***i (283 ★) | Past month <br> Reciprocal feedback |
| Reply by possbay2008.Left within past month. <br> we apologize for your inconvenience and we will solve the problem for you | | |
| ➖ **It looks so bad** <br> (Private listing) | Buyer: r***e (43 ★) | Past month <br> Reciprocal feedback |
| Reply by possbay2008.Left within past month. <br> we apologize for your inconvenience and we will solve the problem for you | | |
| ➖ **Item not arrived do not buy from this seller! Waste of time and money!!!** <br> (Private listing) | Buyer: o***a (689 ★) | Past month <br> Reciprocal feedback |



10/14/2020

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄

Search for anything        All Categories ⌄        Search        Advanced

**possbay2008** (49430 ⭐)
98.3% positive feedback

♡ Save

Items for sale        Visit store        Contact

Based in China, possbay2008 has been an eBay member since Apr 21, 2008

**Feedback ratings** ⓘ

| Item as described | ⭐⭐⭐⭐⭐ 3,677 |
| Communication | ⭐⭐⭐⭐⭐ 3,732 |
| Shipping time | ⭐⭐⭐⭐⭐ 3,767 |
| Shipping charges | ⭐⭐⭐⭐⭐ 3,920 |

➕ 4,369 Positive    ◯ 67 Neutral    ➖ 75 Negative

Feedback from the last 12 months

➕ Thanks
Oct 12, 2020

See all feedback

● ○ ○ ○ ○

**1,040** Followers | **0** Reviews | Member since: **Apr 21, 2008** | 📍 China

## Items for sale(30478)

See all items



| 7/8" Motorcycle... | 4xFuel Tank Tra... | 3" Motorcycle s... | 6Pcs/set Univer... | 4pcs Car Truck ... |
| US $29.44  59m left | US $16.14  2h left | US $25.99  2h left | US $10.06  4h left | US $4.39  4h left |

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search this Store | This Store | Search

eBay › eBay Stores › possbay2008

# possbay2008

1040 followers | possbay2008 (49430★) 98.3%

Welcome to Possbay various styles Car Motorcycle parts Store! Here with various styles of CAR VIDEO,CAR CAMERA etc.,and complete set of products you most want! We offer th

Save this seller

**Category**

**All**
- Car Parts&Electronics
- Car & Truck Parts
- Motorcycle Parts & Accessories
- Home & Garden
- Industrial & Business
- US Free Shipping Items
- Cameras & Photography
- Outdoors & Travel Supply
- Sporting Goods
- Prints & Posters
- Other

## Featured Items

5-100Pcs Super Strong Round Disc Magnets Rare-...
**$11.38**

2pcs Car Safety Seat Belt Buckle Extension Extender...
**$13.40**
Trending at $6.44

6 Speed Manual Round Ball Gear Stick Shift Knob Shifte...
**$17.99**

Search this Store | Search | Best Match

All Listings | Auction | Buy It Now

1-48 of 9,560 Results

Motorcycle Oil Filter Replacement Fit For KTM 250 450XC-F SX-F 250 EXC-F 500 EXC
$4.74
Was: ~~$4.99~~
Free shipping
or Best Offer
From China
Brand: Possbay

FOR 2008-2012 HONDA ACCORD SEDAN COUPE ARMREST COVER COMPLETE KIT CONSOLE BLACK
$28.30
Free shipping
or Best Offer
Only 1 left!
From China
Brand: Possbay

NEW LISTING Colorful Rear Seat Cover Cowl Fit For Honda CBR600RR F5 2003-2006 PSB Motorcycle
$44.98
Free shipping
From China
Brand: Possbay

Pair Motorcycle Rear Shock Absorber Adapter Clevis Head U-type End Universal Fit
$15.79
Free shipping
or Best Offer
Only 1 left!
From China
Brand: Possbay

1 Pair Yellow Fog Lights Driving Lamp for Toyota Camry Corolla Tacoma Matrix
$33.34
Free shipping
or Best Offer
Only 1 left!
From China
Brand: Possbay

Universal Blue Car Mini Trash Rubbish Bin Can Garbage Dust Case Storage Holder
$9.72
Free shipping
or Best Offer
46 sold
From China
Brand: Possbay

Front Fog Lights Bumper Side Grill For VW Volkswagen Golf Mk4 98-06 1J0853666E
$49.38
Free shipping
or Best Offer
Only 3 left
From China
Brand: Possbay

NEW LISTING Fit for BMW R1200GS 2013-2016 Black Metal Motorcycle Headlight Grill Cover Mesh
$37.39
Free shipping
or Best Offer
From China
Brand: Possbay

4pcs Chrome Car Wheel Eyebrow Arch Protector Trim Lips Fender Flares Universal

$18.65
Free shipping
or Best Offer
57 sold

From China
Brand: Possbay

One Fit for Honda CBR600RR F5 2013-2016 Motorcycle Windshield Windscreen ABS
$37.99 to $38.99
Free shipping

From China
Brand: Possbay

1 Pair H11 Clear Fog Light Lamp With Bulbs Fit For Audi A4 B7/Quattro/Avant/S3
$49.91
Free shipping
or Best Offer

From China
Brand: Possbay

6× Black Interior Door Handle Cover Bracket Grab Bezel Trim for VW Bora Golf MK4
$34.91
Free shipping
or Best Offer
Only 3 left

From China
Brand: Possbay

Matte Black Half Helmet Open Face Cap Hat Universal Fit Motorcycle Scooter
$33.99
Free shipping
or Best Offer

From China
Brand: Possbay

NEW LISTING Set Motorcycle Carburetor Carb Manifold Interface Boot for Honda CBR600RR 07-17
$26.64
Free shipping
or Best Offer

From China

5-100Pcs Super Strong Round Disc Magnets Rare-Earth Neodymium Magnet N35/N50
$11.38 to $63.72
Free shipping
34 sold

From China

NEW LISTING Blue LED Motorcycle Turn Signal Light Indicator Clear Lamp 12V Universal Fit ATV
$15.65
Free shipping
or Best Offer

From China
Brand: Possbay

New Multiple Combined Cold Air Injection Intake System Pipe Kit+ Cold Air Filter
$50.14
Free shipping
or Best Offer
Only 1 left!

From China
Brand: Possbay

NEW LISTING 2 Pair Motorcycle Turn Signal Light Amber Indicator Universal Fit Yamaha Honda
$35.52
Free shipping
or Best Offer

From China

2x Clear Front Bumper Grille Driving Fog Light Lamp for VW MK3 Golf Jetta 92-98
$49.99
Free shipping
or Best Offer
12 sold

From China
Brand: Possbay

For TOYOTA Prado 90 1997-2002 Fog Lamp Rear Bumper Tail Light Brake Highlight
$30.26
Free shipping
or Best Offer
Only 1 left!

From China
Brand: Possbay

For VW Mk3 Golf Jetta 1993-98 Front Bumper Clear Fog Turn Signal Light Lamp L&R
$58.43
Free shipping
or Best Offer
12 watching

Top Rated Plus
From China
Brand: Possbay

Black Radiator Kidney Grille For BMW 1-Series F20 F21 2012 2013 2014 2015 YA88
$50.57
Free shipping
or Best Offer

From China
Brand: Possbay

Motor Oil Filter Fit For Gasgas Honda CBR250 TRX700 SLR650 CB300F TRX250 ATV
$4.52
Free shipping
or Best Offer
Only 1 left!

From China
Brand: Possbay

2x Matte Black Car Front Air Vent Cover Trim Protect for Honda Civic Sedan/Coupe
$15.52
Free shipping
or Best Offer
Only 1 left!

From China
Brand: Possbay

Black Car Power Left & Right Plane Rear View Side Mirrors Pair Universal Set for
$46.34
Free shipping

From China
Brand: Possbay










NEW LISTING Happy Elephant Canvas Poster Art Picture Prints Home Wall Hanging Decor GAA3
$14.99
Free shipping
or Best Offer
From China

NEW LISTING Abstract Colorful Canvas Poster Art Picture Prints Home Wall Hanging Decor GAA3
$14.99
Free shipping
or Best Offer
From China

NEW LISTING Abstract Tiger Canvas Poster Art Picture Prints Home Wall Hanging Decor GAA6
$14.99
Free shipping
or Best Offer
From China

NEW LISTING Colorful Dices Canvas Poster Art Picture Prints Home Wall Hanging Decor GAA1
$14.99
Free shipping
or Best Offer
From China

NEW LISTING Colorful Feathers Canvas Poster Art Picture Prints Home Wall Hanging Decor GAA3
$14.99
Free shipping
or Best Offer
From China

Passenger Seat Rear Cushion Tail Pillion Pad Fit For Suzuki GSXR750 600 2006 07
$44.90
Free shipping
or Best Offer
Only 1 left!
From China

NEW LISTING Abstract Girl Canvas Poster Art Picture Prints Home Wall Hanging Decor GAA9
$14.99
Free shipping
or Best Offer
From China

NEW LISTING Colorful Butterfly Canvas Poster Art Picture Prints Home Wall Hanging Decor GAA4
$14.99
Free shipping
or Best Offer
From China

Amber Red LED Integrated Rear Tail Light Turn Signal Fit KTM 125 Duke 2012-2015
$34.19
Was: $35.99
Free shipping
or Best Offer
From China
Brand: Possbay

NEW LISTING Set Rectifier Voltage Regulator Silver For Polaris Ranger 500 RZR 800 Aluminum
$88.52
Free shipping
or Best Offer
From China

2X Front Bumper Reflector Light Side Marker Fit For BMW E92 E93 328i 335i 07-13
$18.37
Free shipping
or Best Offer
From China
Brand: Possbay

NEW LISTING Aluminum Front Brake Reservoir Cover Cap Fit For KTM 990 Ducati 996 998 1000
$18.80
Free shipping
or Best Offer
From China
Brand: Possbay

for Mercedes Benz E Class 2017 Sport 4pcs Mud Flaps Splash Guards Fender Mudguar
$44.43
Free shipping
or Best Offer
Only 1 left!
From China
Brand: Possbay

Left Side Bumper Fog Light Cover Insert Grille Bezel Fit For Audi A4 B8 2013-16
$35.19
Free shipping
or Best Offer
From China
Brand: Possbay

Right Black Fog Light Cover Grille Grill Fit For S4 A4 S-Line B9 16-18 DP7FOK
$84.21
Free shipping
or Best Offer
From China
Brand: Possbay

Motorcycle Engine Oil Drain Plugs Cap Aluminum Bolts for KTM Duke 125 200 390
$4.74
Was: $4.99
Free shipping
or Best Offer
7 watching
From China
Brand: Possbay



Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | KTM | All Categories | Search | Advanced

Items for sale from possbay2008 (49430) | Save this seller | Show results from all sellers

Include description

Categories

eBay Motors
- Motorcycle Fairings & Bodywork
- Other Motorcycle Parts
- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Accessories
- Motorcycle Parts
- More

Format — see all
- All Listings
- Auction
- Buy It Now

Guaranteed Delivery — see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

Condition — see all
- New (779)

Price
- Under $15.00
- Over $15.00
- $ to $

Item Location — see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

Delivery Options — see all
- Free shipping

Show only — see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

More refinements...

Seller Information

possbay2008 (49430)
Feedback rating: 49,430
Positive Feedback: 98.3%
Member since Apr-21-08 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match — View:

779 results for KTM — Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106
Clear selections
0 matching results
Find Results

ABS Clear Scratch Film Screen Protector Guard for KTM 1290 Super Duke R/S/T 2017 (Fits: KTM)
Brand New
**$4.74**
Was: ~~$4.99~~
or Best Offer
**Free Shipping**
5% off
Watch
From China
Brand: Possbay

Pair 10mm Motorcycle Swingarm Spools Slider Green for Yamaha Honda Kawasaki KTM
Brand New
**$12.34**
Was: ~~$12.99~~
or Best Offer
**Free Shipping**
**Free Returns**
Watch
Save up to 6% when you buy more
Brand: Possbay

Motorcycle Gas Tank Traction Side Pad Fuel Knee Grip Decal Fit For KTM DUKE ATV
Brand New
**$15.19**
Was: ~~$15.99~~
or Best Offer
**Free Shipping**
5 Watching
5% off
Watch
From China
Brand: Possbay

Aluminum Brake Lever Pedal Enlarger For KTM 1190 Adventure R 2013-2016
Brand New
**$13.29**
Was: ~~$13.99~~
or Best Offer
**Free Shipping**
5% off
Watch
From China
Brand: Possbay

Motorcycle Power Charger Phone Stand Holder Adapter Universal Fit BMW Honda KTM (Fits: KTM)
Brand New
**$15.19**
Was: ~~$15.99~~
or Best Offer
**Free Shipping**
5% off
Watch
From China
Brand: Possbay

Pair 10mm Swingarm Spools Slider for Honda CBR1000RR 250R 600RR 900RR Yamaha KTM
Brand New

10/14/2020



$4.74
Was: $4.99
or Best Offer
Free Shipping
5% off
👁 Watch

From China
Brand: Possbay



**8mm 2x Swingarm Spools Sliders Rear motorcycle for Honda CBR1000RR 600RR KTM CNC**
Brand New

$10.99
Buy It Now
Free Shipping
1+ Watching

From China
Brand: Possbay



**Motorcycle Oil Filter Replacement Fit For KTM 250 450XC-F SX-F 250 EXC-F 500 EXC (Fits: KTM)**
Brand New

$4.74
Was: $4.99
or Best Offer
Free Shipping
5% off
👁 Watch

From China
Brand: Possbay



**2xCNC Swingarm Spool Slider 8mm Bolt for Honda Suzuki Kawasaki Yamaha Harley KTM**
New (Other)

$4.74
Was: $4.99
or Best Offer
Free Shipping
5% off
👁 Watch

From China
Brand: Possbay



**Motorcycle Engine Oil Drain Plugs Cap Aluminum Bolts for KTM Duke 125 200 390**
Brand New

$4.74
Was: $4.99
or Best Offer
Free Shipping
7 Watching
5% off
👁 Watch

From China
Brand: Possbay



**Front Headlight Grill Guard Protector Cover for KTM 1190 1290 Adventure R ADV (Fits: KTM)**
New (Other)

$65.54
Was: $68.99
or Best Offer
Free Shipping
Only 1 left!
5% off
👁 Watch

From China
Brand: Possbay



**Carburetor Sump Oil Fuel Drain Plug Cap For Honda CRF150R, CRF250R/X, CRF450R/X (Fits: KTM)**
Brand New

$18.04
Was: $18.99
or Best Offer
Free Shipping
5% off
👁 Watch

From China

**1 Pair 8mm CNC Swingarm Swing Arm Spool Slider Stand Bobbin for Yamaha Motorbike (Fits: KTM)**
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

◯ 〓 Add a credit or debit card

◯ **PayPal**

◯ **PayPal CREDIT**
Special financing available.
Apply now. See terms

<div style="border:2px solid green">

**Ship to**
1001 Foster Ave
▇▇▇▇
Bensenville, IL 60106-1445
United States
▇▇▇▇
Change

### Review item and shipping

Seller: possbay2008    Edit message
Message:    Item Id: 284018736049 Buyer's Vehicle: KTM



Motorcycle Oil Filter Replacement Fit For KTM 250 450XC-F SX-F 250 EXC-F 500 EXC
**$4.74**
$4.99

Quantity  1 ▾

**Delivery**
Est. delivery: Oct 30 – Dec 29
Economy Shipping from outside US
**Free**

Save up to 5%

</div>

## Gift cards, coupons, eBay Bucks

Enter code:          [ Apply ]

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   None ▾

| | |
|---|---|
| Subtotal (1 item) | $4.74 |
| Shipping | Free |
| Tax* | $0.30 |
| **Order total** | **$5.04** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    [Search for anything                                    ]  All Categories ⌄    **Search**    Advanced

‹  Back to search results  | Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Footrests, Pedals & Pegs  ›  Foot Pegs & Pedal Pads        ✉ f 🐦 📌  | Add to Watchlist

ⓘ  Check if this part fits your vehicle    **Contact the seller**

🅢 **SAVE UP TO 5%**  See all eligible items ▸




Have one to sell?    **Sell now**

## Aluminum Brake Lever Pedal Enlarger For KTM 1190 Adventure R 2013-2016

Condition:  New

Sale ends in:    04d 03h 32m

Quantity:  [ 1 ]    4 available

Price:  **US $13.29**
~~US $13.99~~ (5% off)

**Buy It Now**

**Add to cart**

Best Offer:    **Make Offer**

♡ Add to Watchlist

**Free shipping**    30-day returns    Longtime member

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia    See exclusions

Delivery:  ⭐ Estimated between **Mon. Nov. 2 and Fri. Nov. 20** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available.    See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  30 day Buyer pays for return shipping | See details

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
possbay2008 (49430 ⭐)
98.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items

  Brake & Shift Lever Toe Peg For KTM 690 DUKE/...  $10.29  ~~$11.69~~  + $1.99 shipping  New

  Rear Brake Pedal Extension Lever Step For KTM 950 105...  $15.99  Free shipping  New

  CNC For KTM 1190 Adventure R Plate Tip Enlarge Rear...  $15.19  ~~$16.88~~  Free shipping  New

  Brake Pedal Lever Tip Plate Enlarger Pad For KTM 950...  $15.28  ~~$16.98~~  Free shipping  Seller 99.6% positive

Motorcycle Rear Brake Lever Pedal Enlarge Extension Pla...  $8.91  ~~$9.58~~  Free shipping  New

  Motorcycle Brake Pedal Step Extension For KTM 950 105...  $16.38  Free shipping  Seller 99.3% positive

● ○

---

### Sponsored items from this seller

  Rear Brake Foot Pedal Lever Fit For Suzuki...  $24.69

  4x Shift and Brake Lever Bushings for Victory Cross...  $11.39

  8mm Rear Passenger Spring Alloy Foot Peg Pedal Fit for...  $17.09

  8mm Motorcycle Rear Passenger Footpegs Pedal...  $16.14

  Pair Motorcycle Aluminum Passenger Rear Foot Pegs...  $15.52

  Dirt Bike Aluminum Alloy Motor Passenger Footpegs...  $16.99

Feedback ☑

Hi! Sign in or register

Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

    🛒

**ebay**    Shop by category ⌄    [ Search for anything ]    [ All Categories ⌄ ]    **Search**    Advanced

‹ Back to search results | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work    ✉ f 🐦 P | Add to Watchlist

---

### People who viewed this item also viewed

 Motorcycle Gas Tank Traction... **$15.42** ~~$16.23~~ Free shipping

 Motorcycle Gas Tank Traction... **$15.19** ~~$15.99~~ Free shipping

 Side Tank Pad Traction Fuel... **$16.76** Free shipping

 Gas Tank Side Pad Fuel Grip... **$13.29** ~~$13.99~~ Free shipping

 Motorcycle Fuel Tank Traction... **$12.91** ~~$13.59~~ Free shipping

---

 Check if this part fits your vehicle    [ Select Vehicle ]

🔖 **SAVE UP TO 8% WHEN YOU BUY MORE**





‹ ›

$ Have one to sell?  [ Sell now ]

### Motorcycle Gas Tank Traction Side Pad Fuel Knee Grip Decal Fit For KTM DUKE ATV

Condition    New

Bulk savings:
| Buy 1 $15.99/ea | Buy 2 $15.19/ea |
| Buy 3 $14.87/ea | |

Compatibility:    See compatible vehicles

Quantity:  [ 1 ]  4 or more for $14.71/ea

5 available / 7 sold

Price:  **US $15.99/ea**    [ **Buy It Now** ]

[ Add to cart ]

Best Offer:    [ **Make Offer** ]

[ ♡ Add to Watchlist ]

| **Limited quantity remaining** | More than 57% sold | Free shipping |

Shipping:    **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ❓
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia
See exclusions

Delivery:    ⌛ Estimated between **Fri. Nov. 6** and **Fri. Nov. 27** ❓
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:     
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    30 day Buyer pays for return shipping | See details

---

Shop with confidence
Ⓢ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
possbay2008 (49491 ⭐)
98.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

 Feedback

---

Sponsored items from this seller 1/2    Feedback on our suggestions

Hi ████ ▾　　Daily Deals　　Brand Outlet　　Help & Contact　　　　　Sell　　Watchlist ▾　　My eBay ▾　🔔¹　🛒

**ebay**　Shop by category ▾　　[Search for anything　　　　　　　　　　　　All Categories ▾]　[ Search ]　Advanced

‹ Back to search results | Listed in category:　eBay Motors › Parts & Accessories › Motorcycle Parts › Lighting & Indicators › Headlight Assemblies　　　✉ f 𝕏 🅿 | Add to Watchlist

ⓘ Check if this part fits your vehicle　　Contact the seller





‹　›

     

$ Have one to sell?　[ Sell now ]

### LED Headlight DRL Fit For KTM 690 Duke 2012-2015 Motorcycle Replacement Headlamp

🔥 1 sold in last 24 hours

Condition:　New

Quantity:　[ 1 ]　　2 available / 2 sold

Price:　**US $210.00**　　[ Buy It Now ]
No Interest if paid in full in 6 mo on $99+*　　[ Add to cart ]
　　　　　　　　　　　　　　　　　　[ ♡ Add to Watchlist ]

☐ 1-year accident protection plan from SquareTrade - $29.99



More than 49% sold | Free shipping | Longtime member

Shipping:　**FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shang hai, China
Ships to: Americas, Europe, Asia, Australia　See exclusions

Delivery:　⏱ Estimated between **Mon. Nov. 2 and Fri. Nov. 20**
This item has an extended handling time and a delivery estimate **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:　PayPal VISA 💳 💳 💳
**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:　Seller does not accept returns | See details

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
powace08 (2905 ★)
99.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2　　　　　　　Feedback on our suggestions

‹

LED Projector Headlight DRL Headlamp Assembly For...
$208.14
$218.85
Free shipping
Seller 99% positive

Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
$229.10
Free shipping
New

12V LED DRL Headlight Head Lamp Assembly Kit For KT...
$218.99
$228.99
Free shipping
Seller 99% positive

12V LED Headlight Assembly Angel eyes DRL Lamp Kit F...
$222.77
Free shipping
Seller 99.3% positive

LED DRL Headlight Assembly Day Running Lig...
$217.10
$229.10
Free shipping
Seller 99.1% positive

For KTM Duke 690 690R 2012-2019 LED Headlight...
$229.17
Free shipping
New

›

## Related sponsored items 1/2　　　　　　　Feedback on our suggestions

     

| Black LED Headlight Kit DRL Lamp Replacement For 13-... | LED Dirt Bike Headlight Kit High/Low Beam DRL Lamp... | 12V LED DRL Headlight Head Lamp Assembly Kit For KT... | For KTM Duke 690 690R 2012-2019 LED Headlight... | LED Headlight DRL Turn Signal Light Headlamp For... | LED Headlight Kit DRL Head Lamp Replacement For 13-... |
|---|---|---|---|---|---|
| $219.10 | $219.10 | $218.99 | $229.17 | $239.70 | $217.10 |
| $229.10 | $229.10 | $228.99 | | $251.70 | $229.10 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description**  **Shipping and payments**  Report item

Seller assumes all responsibility for this listing.

eBay item number: **274310544528**

Last updated on  Oct 08, 2020 00:04:50 PDT  View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Country/Region of Manufacture: | China |
| Manufacturer Part Number: | Does Not Apply | Type: | LED Headlights |
| Voltage: | 12v | Special Features: | Waterproof |
| Function: | HI/LO BEAM with DRL | Color: | Black |
| Brand: | POWACE | Power rating: | 100w |
| Warranty: | 2 Year | Material: | Aluminum + PC(Plastic) |
| UPC: | Does not apply | | |

### LED Headlight DRL Fit For KTM 690 Duke 2012-2015 Motorcycle Replacement Headlamp

### Package included:

- **1 x Black LED Headlight with Angel eye for KTM**

### 100% Brand New and High Quality!!!

**Fitment:**

**For 2012 2013 2014 2015 KTM 690 Duke**

Item Type:LED Headlights
Power:100W
Voltage:12v
Material:Aluminum + PC(Plastic)
Color:Black Inner Bezel
Lens:Hardcoated lens

 




> 2. We only accept PayPal.
> 3. PayPal is the only online payment method we accept. Please make sure you have a valid/confirmed PayPal account prior bidding. And please make sure that your PayPal registed address is the same with your eBay registed address.

Feedback:
We maintain hightest buyer ratings
> Positive Feedback will be much appreciated from you.
> Any dissatisfaction,please contact us immediately!
> Please do not leave neutral or negative feedback before we help you out.

Returns:
> Defect: We will fully refund or send you a new replacement,please contact and return within 30 days.
> Dissatisfaction: Please contact within 3 days, we will fully refund, after got your returned goods.
> Missing parts/Q'ty: Please contact us immediately,for a new package arranged,or a partial refund issued.

Contact us:
> If have any question, Please contact us by ebay message before leaving neutral, negative feedback or open any dispute, we will reply within 24hours, ensure that help you solve the problem, make you satisfied.

**Business seller information**

Value Added Tax Number: DE 323710354
GB 280129811

**Return policy**

Return policy details

Seller does not offer returns.

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

---

**Sponsored items based on your recent views** 1/3

Feedback on our suggestions









Motorcycle CNC Aluminum 8mm 10mm Side Rear View...
$23.92
$25.18
+ $9.99 shipping
New

12V LED DRL Headlight Head Lamp Assembly Kit For KT...
$218.99
$228.99
Free shipping
Seller 99% positive

LED Headlight Kit DRL Head Lamp Replacement For 13-...
$217.10
$229.10
Free shipping
Seller 99.1% positive

Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
$229.10
Free shipping
New

Motorcycle Windscreen Windshield Screen Shield...
$17.56
Free shipping
New

Tinted Windscreen Windshield Wind Screen Fi...
$22.99
Free shipping
New

---

Explore more sponsored options:








LED Headlight Headlamp For KTM EXC XC-W XC-W...
$160.72
Free shipping

Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
~~$229.30~~
Free shipping

LED Projector Headlight DRL Headlamp Assembly For...
$208.14
~~$218.85~~
Free shipping

12V LED Headlight Assembly Angel eyes DRL Lamp Kit F...
$222.77
Free shipping

LED Headlamp Conversion Kit for KTM EXC Enduro...
$169.70
~~$179.70~~
Free shipping

For 13-17 KTM Duke 690R LED Headlight Kit High/Lo...
$218.85
Free shipping

---

**More from this seller** 1/2

Feedback on our suggestions








Motorcycle Black LED Headlight Hi/Low DRL for...
$365.00
+ shipping

Black Motorcycle LED headlight Hi/Lo DRL...
$188.00
+ shipping

Pair Assembly Headlamp LED Headlight with DRL...
$630.00
+ shipping

Replacement LED Headlight Assembly w/ DRL Hi/Lo...
$395.00
+ shipping

LED Headlight with Hi/Lo DRL Assembly Replaceme...
$228.00
+ shipping

Motorcycle High/Low LED Headlight DRL For Ducati...
$268.00
+ shipping

---

Back to search results                                                                    Return to top
More to explore : Motorcycle KTM Duke 690s,  Motorcycle Headlight Assemblies for 2012 KTM 690,  Motorcycle Headlight Assemblies for KTM 690,  Motorcycle Accessories for 2015 KTM 690,
Motorcycle Batteries for 2015 KTM 690,  Unbranded Motorcycle Headlight Assemblies for KTM 690,  Areyourshop Motorcycle Headlight Assemblies for KTM 690,
Universal Fit Motorcycle Fairings & Bodywork for KTM 690,  Trail Tech Motorcycle Headlight Assemblies for KTM 690,  KTM Motorcycle Parts for KTM 690

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton
SECURED

Hi █████ | Daily Deals  Brand Outlet  Help & Contact          Sell  Watchlist ⌄  My eBay ⌄   🔔①  🛒


ebay    Shop by category ⌄    🔍 Search for anything          All Categories ⌄    Search    Advanced

< Back to search results | Listed in category:  eBay Motors › Parts & Accessories › Motorcycle Parts › Lighting & Indicators › Headlight Assemblies      ✉ f 🐦 📌 | Add to Watchlist

ℹ Check if this part fits your vehicle    Contact the seller



     

$ Have one to sell?  Sell now

### LED Headlight DRL Fit For KTM 690 Duke 2012-2015 Motorcycle Replacement Headlamp

🔥 1 sold in last 24 hours

Condition: New
Quantity: 1    2 available / 2 sold

Price: **US $210.00**

No Interest if paid in full in 6 mo on $99+*

**Buy It Now**
**Add to cart**
♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $29.99

More than 49% sold | Free shipping | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Shang hai, China
Ships to: Americas, Europe, Asia, Australia   See exclusions

Delivery: 🚚 Estimated between **Mon. Nov. 2 and Fri. Nov. 20**
This item has an extended handling time and a delivery estimate **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 💳 💳   
**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
powace08 (2905 ⭐)
99.4% Positive feedback
♡ Save this Seller
Contact seller
Visit store
See other items

### Similar sponsored items 1/2   Feedback on our suggestions

LED Projector Headlight DRL Headlamp Assembly For... $208.14 ~~$218.85~~ Free shipping Seller 99% positive

Black LED Headlight Kit DRL Lamp Replacement For 13-... $219.10 ~~$229.10~~ Free shipping New

12V LED DRL Headlight Head Lamp Assembly Kit For KT... $218.99 ~~$228.99~~ Free shipping Seller 99% positive

12V LED Headlight Assembly Angel eyes DRL Lamp For... $222.77 Free shipping Seller 99.3% positive

LED DRL Headlight Assembly Day Running Lig... $217.10 ~~$229.10~~ Free shipping Seller 99.1% positive

For KTM Duke 690 690R 2012-2019 LED Headlight... $229.17 Free shipping New

### Related sponsored items 1/2   Feedback on our suggestions

     

Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
$229.10
Free shipping

LED Dirt Bike Headlight Kit High/Low Beam DRL Lamp...
$219.10
$229.10
Free shipping

12V LED DRL Headlight Head Lamp Assembly Kit For KT...
$218.99
$228.99
Free shipping

For KTM Duke 690 690R 2012-2019 LED Headlight...
$229.17
Free shipping

LED Headlight DRL Turn Signal Light Headlamp For...
$239.70
$251.70
Free shipping

LED Headlight Kit DRL Head Lamp Replacement For 13-...
$217.10
$229.10
Free shipping

| Description | **Shipping and payments** |

Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Shang hai, China**

Shipping to: Americas, Europe, Asia, Australia

Excludes: Alaska/Hawaii, US Protectorates, APO/FPO, Africa, Central America and Caribbean, Middle East, Southeast Asia, South America, Albania, Andorra, Belarus, Bosnia and Herzegovina, Croatia, Republic of, Cyprus, Estonia, Gibraltar, Greece, Guernsey, Iceland, Jersey, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Norway, Romania, San Marino, Serbia, Slovakia, Slovenia, Spain, Svalbard and Jan Mayen, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon

Quantity: 1    Change country: United States ▾    ZIP Code: 60106    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between Mon. Nov. 2 and Fri. Nov. 20 |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 4 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Payment details

Payment methods





**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views    1/3

Feedback on our suggestions

     

Motorcycle CNC Aluminum 8mm 10mm Side Rear View...
$23.92
$25.18
+ $9.99 shipping
New

12V LED DRL Headlight Head Lamp Assembly Kit For KT...
$218.99
$228.99
Free shipping
Seller 99% positive

LED Headlight Kit DRL Head Lamp Replacement For 13-...
$217.10
$229.10
Free shipping
Seller 99.1% positive

Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
$229.10
Free shipping
New

Motorcycle Windscreen Windshield Screen Shield...
$17.56
Free shipping
New

Tinted Windscreen Windshield Wind Screen Fi...
$22.99
Free shipping
New

10/9/2020



Hi ▮▮▮▮▮ ⌄    Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ⌄   My eBay ⌄      🔔1   🛒

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**   Advanced

Home > Community > Feedback forum > Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE



**powace08** (2905 ⭐) 📋 ⓘ
Positive Feedback (last 12 months): 99.4% ⓘ
Member since: Sep-15-15 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 37 | 255 | 571 |
| ⏺ Neutral | 0 | 1 | 4 |
| ➖ Negative | 2 | 2 | 4 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| | |
|---|---|
| Accurate description ⭐⭐⭐⭐⭐ (479) | Reasonable shipping cost ⭐⭐⭐⭐⭐ (485) |
| Shipping speed ⭐⭐⭐⭐⭐ (481) | Communication ⭐⭐⭐⭐⭐ (484) |

**All received Feedback**   Received as buyer   Received as seller   Left for others

4 Feedback received (viewing 1-4)                                   Revised Feedback: 17 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

🔍 e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (4) ⌄    Period: 12 Months ⌄



| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Defective goods! Should go to China on u. Costs are sent. No VAT invoice** (DE+EU) 2.2KW 220V ER20 Luftgekühlt Frässpindel Square Air cooling spindle motor (#274417821859) | Buyer: p***c (16⭐) EUR 245.00 | Past month Reciprocal feedback |
| ➖ **Defective goods! Should go to China on u. Costs are sent. No VAT invoice** HY 220V 2.2KW 3HP VFD/VSD Variable Frequency Drive Inverter/Converter+Cables 【DE】 (#274070983982) | Buyer: p***c (16⭐) EUR 126.00 | Past month Reciprocal feedback |

ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old.

| | | |
|---|---|---|
| ➖ **Order not sent.** 【DEU】0.8KW 800W ER11 Water Cooled Spindle Motor 24000rpm 220V 400Hz Frässpindel (#273907730230) | Buyer: 0***s (807⭐) EUR 104.00 | Past year Reciprocal feedback |
| Reply by powace08. Left within past year. Buyer asked cancel the order so we full refunded to you. | | |
| ➖ **No item received and money away! Never again. Buyer leaves you hanging !!!!!!!** CNC 7.5KW ATC Air Cooled Spindle Motor Automatic Tool Change ISO30 380V 24000rpm (#273916779548) | Buyer: o***- (15096⭐) EUR 2,040.00 | Past year Reciprocal feedback |

Page 1 of 1

← **1** →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Comment?



ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**    Advanced

**powace08** (2905⭐)
99.4% positive feedback

💲 Items for sale    🏬 Visit store    ✉ Contact

**US/UK/DE/EU/AU Warehouse**

♡ Save

We are professional CNC Seller,we have warehouse in USA,UK,DE,EU and AU,so if you have any interestings in our products,please feel free to contact us,thanks!

**Feedback ratings** ⓘ

|  | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 479 | Item as described | |
| ⭐⭐⭐⭐⭐ 484 | Communication | |
| ⭐⭐⭐⭐⭐ 481 | Shipping time | |
| ⭐⭐⭐⭐⭐ 485 | Shipping charges | |

➕ **571** Positive   **4** Neutral   ➖ **4** Negative

Feedback from the last 12 months

➕ Everything is fine, gladly again :)
Oct 05, 2020

● ● ● ● ●

See all feedback

472 Followers | 0 Reviews | Member since: Sep 15, 2015 | 📍 China

## Items for sale(203)

See all items



Red 4PCS Hubcap...
US $22.99    3d left



Black LED Headl...
US $359.00    5d left



Pair Assembly H...
US $630.00    5d left



Black Motorcycl...
US $188.00    6d left



LED Headlight D...
US $210.00    9d left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ    Norton SECURED

10/9/2020



Hi ▮▮▮ ▾    Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist ▾    My eBay ▾    🔔¹    🛒

    Shop by category ▾    🔍 Search this Store    | This Store ▾ |    **Search**    Advanced

eBay  ›  eBay Stores  ›  powace08



# powace08

472 followers | **powace08** (2905 ⭐) 99.4%

Hello,welcome to my store,i am a seller on eBay. If you have any interests about our products,pls feel free to contact us,we will try our best to reply you,thank you.

🏷 Save this seller

**Category**

All

Other



| All Listings | Auction | Buy It Now |

Price + Shipping: hig... ▾    ▦ ▾

1-48 of 203 Results

Shipping to: 60106-1445 ▾

USB 4 Axis 8060z-2200w 2.2KW VFD cnc router engraving milling machine mach3+MPG
**$3,250.00**
Free shipping
From China
Brand: RATTM Motor

7.5KW 380V Air Cooled Spindle Motor ATC automatic tool change iso30 w/ 5.5KW VFD
**$2,400.00**
$270.00 shipping
From China

ATC 5.5KW 380V BT30 Automatic Tool Changer Water Cooling Spindle Motor 600Hz 10A
**$1,979.99**
$230.01 shipping
From China

7.5KW ATC Air Cooled Automatic Tool Change Spindle Motor 380V 800Hz+ISO30 Holder
**$1,960.00**
$250.00 shipping
From China

3KW BT30 220V 380V ATC Water Automatic Tool Change Spindle Motor w/ Inverter VFD
**$2,190.00**
Free shipping
21 watching
From China

3KW BT30 ATC Water Spindle Motor CNC Automatic Tool Changer 220V+ 3.7KW Inverter
**$1,960.00**
$230.00 shipping
From China

4.5KW BT30 ATC Air Cooled Spindle Automatic Tool Change 220V/380V+5.5KW Inverter
**$1,845.00**
$230.00 shipping
From China

4.5KW BT30 220V Air Cooling Spindle Motor ATC milling spindle 800Hz&VFD Inverter
**$1,825.00**
$220.00 shipping
From China

3KW ATC Automatic Tool Changer Water Spindle Motor 220/380V&BT30 Tool&Pull Stud
**$1,877.00**
$108.00 shipping
From China

USB 4 Axis 6040 CNC Mach3 2200W Spindle Engraving Mill Cutting Machine 110/220V
**$1,955.00**
Free shipping
From China
Brand: RATTM Motor


**4Axis USB 6040Z-2200W 2.2KW ER20 Spindle Mach3 CNC Engraving Mill Machine 220V**
$1,699.99
$215.01 shipping

From China
Brand: RATTM Motor


**1.8KW ISO20 ATC Automatic Tool Change Water Spindle Motor 220V w/ 2.2KW Inverter**
$1,690.00
$160.00 shipping
5 watching

From China


**4.5KW BT30 ATC Air Cooled Spindle Motor 220/380V 24000RPM Automatic Tool Changer**
$1,715.00
Free shipping

From China


**1.8KW 220V Automatic Tool Changer ISO20 ATC Water Cooled Spindle Motor 24000rpm**
$1,550.00
$90.00 shipping

From China


**3Axis 6040 1500W CNC MACH3 Engraver Milling Machine Parallel 1.5KW ER11 110/220V**
$1,250.00
$220.00 shipping

From China
Brand: RATTM Motor


**WM180V Mini Lathe Machine Wood Metal Lathe Turning Thread w/ 600W Spindle Hole**
$1,100.00
Free shipping
9 watching

From China


**CNC 6040 Engraving Milling Machine Wood Router frame Ballscrew Kit w/ 80mm Mount**
$608.00
$230.00 shipping

From China
Brand: RATTM Motor


**0618 mini Lathe Machine Wood Turning Metal Thread Drilling Processing Beads 550W**
$590.00
$220.00 shipping
9 watching

From China


**Waterproof 5.5KW 380V ER25 Water-cooled Spindle Motor Engrave Metal CNC Milling**
$790.00
Free shipping

From China


**4 Axis Nema34 12N.m Stepper Motor Driver CNC Controller Kit 1600oz-in 154mm 6A**
$529.90
$210.10 shipping

From China


**500W 3040Z-DQ Desktop LPT Mach3 CNC Engraver Router Milling Cutting Machine**
$599.00
$105.00 shipping
2 watching

From China


**Pair Assembly Headlamp LED Headlight with DRL Angel eye for BMW S1000XR 15-19**
$630.00
$55.00 shipping
9 watching

From China


**2030 Desktop 400W Spindle CNC Router Engraver Mill Cutting USB Machine 110V/220V**
$658.80
Free shipping

From China

**Pair Motorcycle LED Headlight with Angel eye Assembly for BMW S1000RR 2015-2018**
$580.00
$30.00 shipping
6 watching

From China

10/9/2020



4KW ER25 Air-cooled Spindle 220V Milling w/ HY frequency variable Inverter VFD

**$449.00**
$125.00 shipping

From China



3KW Water cooled spindle motor VFD high speed Inverter Pump Milling Grind ER20

**$450.00**
$120.00 shipping

From China



20mm Linear Guide Rail CNC Kit &Ballscrew C7 RM1605 L400/700/1000mm+Nut&HGH20CA

**$290.00**
$280.00 shipping
15 watching

From China



LED Headlight with Angel Eye for 14-17 BMW R1200GS ADV K50 Complete Headlights

**$520.00**
$40.00 shipping
9 watching

From China



4KW Inverter+3KW ER20 220V Spindle Motor Air Cooled Milling Spindle VFD CNC Kit

**$420.00**
$120.00 shipping

From China



【USA】3x 12N.m Nema34 Servo Stepper Motor Closed Loop HSS86 Hybrid Driver CNC Kit

**$460.00**
$80.00 shipping
4 watching

From China



6KW 380V ER32 Air Cooled Spindle Motor 18000rpm 300Hz for CNC Milling Machine

**$355.00**
$170.00 shipping

From China



3000W Water ER20 220V CNC Milling Spindle Motor+3KW HY VFD Inverter+100mm Mount

**$440.00**
$55.00 shipping

From China



CNC 1310 +2.5W 2500MW Laser Engraver Cutter Engraving Machine Offline Controller

**$418.00**
$70.00 shipping

From China
Brand: RATTM Motor



2.2KW Square Spindle Motor CNC Air Cooling ER20 220V w/ Fuling VFD Inverter Kit

**$420.00**
$65.00 shipping

From China



20N.M NEMA42 221mm 3 Phase Closed Loop Servo Motor+Hybrid Servo Driver CNC Set

**$293.00**
$190.00 shipping

From China



3KW Square Air Cooling Spindle Motor 3KW VFD 220V Inverter ER20 Grinding Collets

**$350.00**
$125.00 shipping

From China



3 Axis 3040 SFU1204 Ballscrew CNC Wood Engraving Milling Router Machine Frame

**$305.00**
$150.00 shipping

From China



Square 4.5KW Air Cooled Spindle Motor ER32 380V 18000RPM CNC Engraving Milling

**$320.00**
$130.00 shipping

From China

Hi ▬ ▾ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ▾ | My eBay ▾ | 🔔 1 | 🛒

**ebay** | Shop by category ▾ | KTM | All Categories ▾ | **Search** | Advanced

Items for sale from **powace08** (2905 ⭐) 📋 | 💙 Save this seller | Show results from all sellers

☐ Include description

### Categories

**eBay Motors**

Motorcycle Headlight Assemblies

All Listings | Auction | Buy It Now

**2 results for KTM** 💙 Save this search

Sort: Best Match ▾ | View: ☰ ▾

#### Format  see all
◉ All Listings
○ Auction
○ Buy It Now

#### Guaranteed Delivery  see all
◉ No Preference
○ 1 Day Shipping
○ 2 Day Shipping
○ 3 Day Shipping
○ 4 Day Shipping

#### Condition  see all
☐ New (2)

#### Price
$ ▢ to $ ▢ ▸▸

#### Item Location  see all
◉ Default
○ Within
   [100 miles ▾] of [60106]  ▸▸
○ US Only
○ North America
○ Worldwide

#### Delivery Options  see all
☐ Free shipping

#### Show only  see all
☐ Free Returns
☐ Returns accepted
☐ Completed listings
☐ Sold listings
☐ Deals & Savings

More refinements...

### Find your Motorcycle



Make & Model
[KTM ▾]
[Any Model ▾]

Year From / To
[Year From]
[Year To]

Distance
[Any Distance of ▾]
[60106-1445]

Clear selections

**0**
matching results

[Find Results]

**LED Headlight DRL Fit For KTM 690 Duke 2012-2015 Motorcycle Replacement Headlamp**
Brand New
**$210.00**
Buy It Now
Free Shipping
4 Watching
👁 Watch

From China

**Motorcycle Black LED Headlight Hi/Low DRL for KTM 1050 1090 1190 ADV R 1290**
Brand New
**$365.00**
Buy It Now
Free Shipping
4 Watching
👁 Watch

From China

Tell us what you think

---

#### Seller Information

powace08 (2905 ⭐) 📋
Feedback rating: 2,905
Positive Feedback: 99.4%
Member since Sep-15-15 in
Hong Kong

Read feedback profile
Add to my favorite sellers

---

### Sponsored items for you



Motorcycle CNC
Aluminum 8mm 10mm
**$23.92**
Buy It Now



12V LED DRL Headlight
Head Lamp Assem...

 **Checkout**

How do you like our checkout? <u>Tell us what you think</u>

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. _See terms_

---

**Ship to**

██████████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
████████

<u>Change</u>

---

## Review item and shipping

Seller: powace08 | <u>Message to seller</u>

 LED Headlight DRL Fit For KTM 690 Duke 2012-2015 Motorcycle Replacement Headlamp
**$210.00**

Quantity | 1 ▾

**Delivery**
Est. delivery: Nov 2 – Nov 20
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

---

## Gift cards, coupons, eBay Bucks

Enter code: _____ [ Apply ]

---

## Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount | None ▾

---

| Subtotal (1 item) | $210.00 |
| Shipping | Free |
| Tax* | $13.13 |

**Order total** **$223.13**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
<u>See details</u>

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u> ⓘ

Norton SECURED



10/9/2020

Hi ▮▮▮   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist   My eBay

🔔 1   🛒

ebay   Shop by category   Search for anything   All Categories   Search   Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Lighting & Indicators › Headlight Assemblies

✉ f t 🅿 | Add to Watchlist

ⓘ Check if this part fits your vehicle   Contact the seller





### Motorcycle Black LED Headlight Hi/Low DRL for KTM 1050 1090 1190 ADV R 1290

Condition: New

Quantity: 1   2 available / 1 sold

Price: **US $365.00**   [ Buy It Now ]

$32 for 12 months with PayPal Credit*   [ Add to cart ]

[ ♡ Add to Watchlist ]

☐ 1-year accident protection plan from SquareTrade - $39.99

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
powace08 (2905 ⭐)
99.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

**Free shipping** | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Shang hai, China
Ships to: Americas, Europe, Australia   See exclusions

Delivery: ⏱ Estimated between **Mon. Nov. 2** and **Fri. Nov. 20**
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿 VISA 💳 💳 DISCOVER

**PayPal CREDIT**
*$32 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details


💲 Have one to sell?   Sell now

---

### Similar sponsored items 1/2

Feedback on our suggestions



For KTM 1050 1090 1190 ADV 2015-18 Motorcycle...
$448.74
Free shipping
Seller 99.8% positive

Motorcycle LED Headlight w/ DRL Assembly KTM 109...
$465.10
Free shipping
New

KTM 1090/1190/1290 ADV Cyclops LED Light Bar Kit
$299.95
Free shipping
Seller 100% positive

Motorcycle LED Headlight DRL Assembly For KTM 105...
$440.77
Free shipping
Seller 99% positive

For KTM 1090/1190/1050/1290...
$448.76
Free shipping
New

Black Motorcycle LED Headlight Hi/Low DRL For...
$465.15
Free shipping
Seller 99% positive

---

### Related sponsored items 1/2

Feedback on our suggestions

10/21/2020



ebay

Shop by category ⌄

🔍 Search for anything

All Categories ⌄

**Search**

Advanced

‹ Back to home page  | Listed in category:   eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Lighting & Indicators  >  Headlight Assemblies

✉ f 🐦 🅿  | Add to Watchlist

### People who viewed this item also viewed



Black LED Headlight for 201...
$190.00
Free shipping

Dirt Bike LED Headlight Head...
$150.63
$161.96
Free shipping

For KTM LED Headlight Kit...
$86.06
$91.56
Free shipping

Black LED Headlight for KT...
$158.86
$166.86
Free shipping

LED Headlight Headlamp for KT...
$152.86
$161.96
Free shipping

---

ℹ Check if this part fits your vehicle    **Contact the seller**







**LED Assembly Headlight for KTM 150 200 300 XC-W 350 500 EXC 250 XC-F 2014-2018**

| | |
|---|---|
| Condition: | New |
| Quantity: | 1    4 available / **4 sold** |

Price: **US $185.00**

No Interest if paid in full in 6 mo on $99+*

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

☐ 1-year accident protection plan from SquareTrade - $24.99

**More than 49% sold**   Free shipping   Longtime member

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Changzhou,Jiangsu, China |
| | Ships to: United States, Europe, Asia, Canada, Australia, Mexico See exclusions |
| Delivery: | ⚑ Estimated between **Fri. Nov. 13** and **Thu. Dec. 3** ⓘ This item has an extended handling time and a delivery estimate **greater than 16 business days**. Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 💳 💳 |

**PayPal CREDIT**

*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| | |
|---|---|
| Returns: | Seller does not accept returns | See details |

**Shop with confidence**

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
powace1515 (2226 ⭐)
99.5% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

💲 Have one to sell?  **Sell now**

### Related sponsored items 1/2

Feedback on our suggestions











Headlight Headlamp Assembly For KTM 125 150...
$31.95
$33.99
Free shipping

Dirt Bike LED E8 Headlight For KTM EXC XC XCF XCW...
$166.30
$178.30
Free shipping

Front Headlight Assembly Headlamp For KTM EXC-...
$27.50
$29.89
+ $3.99 shipping

Dirt Bike LED Headlight Head lamp For KTM EXC...
$79.52
$85.50
Free shipping
Almost gone

2020 Universal LED Headlight For KTM EXC...
$75.67
$80.50
Free shipping

E8 Emark LED Headlight For KTM Husqvarna EXC XCF...
$60.15
$63.99
Free shipping

---

**Description**    **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

eBay item number: **113990154654**

Last updated on Oct 08, 2020 00:17:53 PDT   View all revisions

| Item specifics | | | |
|---|---|---|---|
| Condition: | New | Modified Item: | No |
| Special Features: | Waterproof | Country/Region of Manufacture: | China |
| Surface Finish: | Aluminum Diecast Housing+PC | Custom Bundle: | No |
| Manufacturer Part Number: | Does not apply | Voltage: | DC12V |
| Placement on Vehicle: | Front | Power rating: | 100W |
| Brand: | C-POWACE | Type: | LED Headlights |
| Non-Domestic Product: | No | Weight: | 1.2kg |
| Warranty: | Yes | UPC: | Does not apply |

## LED Assembly Headlight for KTM 150 200 300 XC-W 350 500 EXC 250 XC-F 2014-2018

 Package Included:

## Package include:

- **1 x Black LED Headlight for KTM**

Features:

### 100% Brand New and High Quality!!!

## Product Description:

**Type:LED Headlights**
**Voltage:12v**
**Function:high/low beam**
**Material:Aluminum + PC(Plastic)**
**Power rating: 60W**
**Warranty:2 year**

**Fit for:**

**2014 200 XC-W**

**2014 250 XC-W**

**2014 300 XC-W**

**2014 300 XC-W Six Days**

**2014 350 EXC-F**

**2014 500 EXC**

**2015 200 XC-W**

**2015 250 XC-F**

**2015 250 XC-W**

**2015 300 XC-W**

**2015 300 XC-W Six Days**

**2015 350 EXC-F**

**2015 500 EXC**

**2016 200 XC-W**

**2016 250 XC-W**

**2016 300 XC-W**

**2016 300 XC-W Six Days**

**2016 350 EXC-F**

**2016 500 EXC**

**2016 500 EXC Six Days**

**2017 150 XC-W**

**2017 250 XC-W**

**2017 300 XC-W**

**2017 300 XC-W Six Days**

**2017 450 EXC-F Six Days**

**2017 500 EXC-F Six Days**

**2018 150 XC-W**

**2018 250 XC-W**

**2018 250 XC-W TPI**

**2018 300 EXC TPI**

**2018 300 XC-W**

**2018 300 XC-W SIX DAYS**

**690 SMCR 2019-2020**

**Shipping**

· **Please open the package and check if there are some damages before sign, if there are some damages,please do not sign and contact us immediately**

· **We ship to worldwide but if your country's custom is strict, please contact us before you bid to check detail and confirmed.**

· **Please check out your address carefully when processing order.We are not responsible for wrong or undeliverable address.**

**Payment**

· **We accept paypal payment only.**

· **Payment must be made within 48hours of the auction end time**

**Problem&Feedback**

· **Please give us the opportunityto resolve any problem when you have,we concern your problem and we will try our best to resolve it.**

· **If you are not satisfied, please contact us to resolve any issues. Please do NOT leave negative feedback without asking for help. We work hard to make sure EVERY CUSTOMER 100% satisfaction.**

· **For any inquiries,issues or assistanceplease contact us via eBay message**

**Refund**

· **When you have the parcel,and not satisfied the goods or it is other problem like as broken,pls tell us the detail reason and provide the photos to us.**

· **Any reason required for all refund. Item must be in it's original condition and no physical damage. Buyer responsible for all shipping cost**

**Contact us**

· **Please feel free for any questions, all the emails will be replied within 1-2 business days,if you didn't receive any mail, maybe it's in the junk mail fold.**

· **We are online from Monday to Saturday.**

---

Business seller information

Value Added Tax Number: DE 323710354

GB 280129811

### Return policy

| Return policy details |
|---|
| Seller does not offer returns. |

Refer to **eBay Return policy** for more details. You are covered by the **eBay Money Back Guarantee** if you receive an item that is not as described in the listing.

---

Sponsored items based on your recent views

Feedback on our suggestions

   

| Motorcycle LED Headlight HeadLamp For KTM 150 20... | For KTM EXC XC-W EXC-F 150 200 250 300 350 450... | For KTM 150 200 300 350 500 XC-W EXC LED... | LED Headlight Lamp Fairing For KTM EXC XC-W EXC-F... |
|---|---|---|---|
| **$153.40** | **$165.20** | **$155.00** | **$169.21** |
| $165.40 | $177.20 | $165.00 | $177.21 |
| Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New |

---

### Explore more sponsored options:

     

| Dirt Bike LED Headlight Head lamp For KTM EXC... | LED Headlight Headlamp For KTM EXC XC-W XC-W... | For KTM LED Headlight Kit Enduro EXC XC XCF XC-W... | Motocross Bike E8 LED Headlight For KTM EXC... | Supermoto LED Headlight Lamp w/ Mask For KTM 150... | Supermoto Headlight For KTM SX F EXC XCF XCW... |
|---|---|---|---|---|---|
| **$150.63** | **$152.86** | **$86.06** | **$75.51** | **$167.20** | **$170.27** |
| $161.96 | $161.96 | $91.56 | | $177.20 | $179.37 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

### More from this seller 1/2

Feedback on our suggestions

     

| Black Front LED Headlight Replacement Lamp... | Black LED Headlight w/ DRL Assembly For KTM... | Assembly Motorcycle LED Headlight for YAMAHA MT... | Pair Complete LED Headlight DRL High/Low... | Motorcycle LED Headlight with Angel Eye DRL... | Assembly Motorcycle LED Headlight Hi/Lo Beam with... |
|---|---|---|---|---|---|
| **$180.00** | **$369.00** | **$250.00** | **$685.00** | **$395.00** | **$370.00** |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

---

Back to home page

Return to top

**More to explore :**  Motorcycle Headlight Assemblies for 2018 KTM 300,   Exhaust for Polaris XC 500,   Motorcycle Headlight Assemblies for 2018 KTM 350,
Motorcycle Headlight Assemblies for 2018 KTM 250,   Motorcycle Headlight Assemblies for 2014 KTM 500,   Motorcycle Headlight Assemblies for KTM 300,
Motorcycle Headlight Assemblies for KTM 200,   Motorcycle Headlight Assemblies for KTM 500,   Windshields for 1999 Polaris XC 500,   Motorcycle Headlight Assemblies for KTM 250



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

‹  Back to home page  | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Lighting & Indicators  >  Headlight Assemblies

✉ f t p  | Add to Watchlist

### People who viewed this item also viewed


Black LED Headlight for 201...
$190.00
Free shipping


Dirt Bike LED Headlight Head...
$150.63
$161.96
Free shipping


For KTM LED Headlight Kit...
$86.06
$91.56
Free shipping


Black LED Headlight for KT...
$158.86
$166.86
Free shipping


LED Headlight Headlamp for KT...
$152.86
$161.86
Free shipping

ⓘ  Check if this part fits your vehicle    Contact the seller





    

‹  ›

💲 Have one to sell?    Sell now

### LED Assembly Headlight for KTM 150 200 300 XC-W 350 500 EXC 250 XC-F 2014-2018

Condition:  New

Quantity:  1    4 available / 4 sold

Price:  **US $185.00**

No Interest if paid in full in 6 mo on $99+*

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $24.99

**More than 49% sold**  Free shipping  Longtime member

Shipping:  FREE  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Changzhou,Jiangsu, China
Ships to: United States, Europe, Asia, Canada, Australia, Mexico
See exclusions

Delivery:  ⚡ Estimated between **Fri. Nov. 13** and **Thu. Dec. 3** ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:     

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
powace1515 (2226 ★)
99.5% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

### Related sponsored items 1/2    Feedback on our suggestions


Headlight Headlamp Assembly For KTM 125 150...
$31.95
$33.99
Free shipping


Dirt Bike LED E8 Headlight For KTM EXC XC XCF XCW...
$166.30
$178.30
Free shipping


Front Headlight Assembly Headlamp For KTM EXC-...
$27.50
$29.89
+ $3.99 shipping


Dirt Bike LED Headlight Head lamp For KTM EXC...
$79.52
$85.50
Free shipping
Almost gone


2020 Universal LED Headlight For KTM EXC...
$75.67
$80.50
Free shipping


E8 Emark LED Headlight For KTM Husqvarna EXC XCF...
$60.15
$63.99
Free shipping

‹  ›

Description    **Shipping and payments**    Report item

Seller assumes all responsibility for this listing.

**Shipping and handling**

Item location: Changzhou,Jiangsu, China

Shipping to: United States, Europe, Asia, Canada, Australia, Mexico

Excludes: Alaska/Hawaii, US Protectorates, APO/FPO, Africa, Central America and Caribbean, Middle East, Greenland, Saint Pierre and Miquelon, Bermuda, Southeast Asia, South America, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Albania, Andorra, Belarus, Bosnia and Herzegovina, Cyprus, Gibraltar, Guernsey, Iceland, Jersey, Liechtenstein, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, San Marino, Spain, Svalbard and Jan Mayen, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan

Quantity: [ 1 ]     Change country: [ United States ▾ ]     ZIP Code: [ 60106 ]  [ Get Rates ]

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between Fri. Nov. 13 and Thu. Dec. 3 |

* Estimated delivery dates - seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship in 4 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Payment details

Payment methods

   



### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## Sponsored items based on your recent views

Feedback on our suggestions


Motorcycle LED Headlight HeadLamp For KTM 150 20...
**$153.40**
~~$165.40~~
Free shipping
New


For KTM EXC XC-W EXC-F 150 200 250 300 350 450...
**$165.20**
~~$177.20~~
Free shipping
New


For KTM 150 200 300 350 500 XC-W EXC LED...
**$155.00**
~~$165.00~~
Free shipping
New


LED Headlight Lamp Fairing For KTM EXC XC-W EXC-F...
**$169.21**
~~$177.21~~
Free shipping
New

## Explore more sponsored options:


Dirt Bike LED Headlight Head lamp For KTM EXC...
**$150.63**
~~$161.96~~
Free shipping


LED Headlight Headlamp For KTM EXC XC-W XC-W...
**$152.86**
~~$161.96~~
Free shipping


For KTM LED Headlight Kit Enduro EXC XC XCF XC-W...
**$86.06**
~~$91.56~~
Free shipping


Motocross Bike E8 LED Headlight For KTM EXC...
**$75.51**
~~$177.20~~
Free shipping


Supermoto LED Headlight Lamp w/ Mask For KTM 150...
**$167.20**
~~$177.20~~
Free shipping


Supermoto Headlight For KTM SX F EXC XCF XCW...
**$170.27**
~~$179.37~~
Free shipping



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact              Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE

Professional Ebay Seller CNC    powace1515 (2226 ★) 🔲 ⓘ
Positive Feedback (last 12 months): 99.5% ⓘ
Member since: Sep-15-15 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 27 | 169 | 422 |
| ⊙ Neutral | 0 | 1 | 2 |
| ➖ Negative | 1 | 1 | 2 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (354) | ★★★★★ (357) |
| Shipping speed | Communication |
| ★★★★★ (360) | ★★★★★ (357) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

2 Feedback received (viewing 1-2)                                                          Revised Feedback: 11 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ
e.g. Vintage 1970's Gibson Guitars    🔍

Rating type: Negative (2) ⌄        Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Items were Not a direct fit, had to drill new mounting holes, color coded wiring**<br>2Pcs Red Rear Brake LED Tail Light Replace For 12-17 Kawasaki Teryx Teryx4 750<br>(#113728372640) | Buyer: n***o (87★)<br>US $40.00 | Past month<br>Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Wrong parts, quality bad, no response**<br>〖US〗Rotation A Axis CNC Router Rotary Table 4th Axis 100mm 3 jaw chuck&Tailstock<br>(#113664230428) | Buyer: n***t (899★)<br>US $550.00 | Past year<br>Reciprocal feedback |

Page 1 of 1                                    ←  | 1 |  →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ⌄    My eBay ⌄



powace1515 (2226 ★)
99.5% positive feedback

🏳 Items for sale    🏬 Visit store    ✉ Contact

Welcome to ask us any questions!!!

♡ Save

**Feedback ratings** ⓘ

| | | | |
|---|---|---|---|
| ★★★★★ 354 | Item as described | ● 422 Positive | ✚ Fast an very good quality.thanks |
| ★★★★★ 357 | Communication | ◌ 2 Neutral | Oct 12, 2020 |
| ★★★★★ 360 | Shipping time | ● 2 Negative | |
| ★★★★★ 357 | Shipping charges | | |

Feedback from the last 12 months

See all feedback

371 Followers | 0 Reviews | Member since: **Sep 17, 2015** | 📍 China

## Items for sale(225)

See all items







Black LED Headl...    2x Black Door S...    4 x Black Wheel...    4x Orange Wheel...    4Pcs Black Tire...

US $229.99   4d left    US $55.00   4d left    US $20.00   4d left    US $23.98   4d left    US $23.99   4d left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



10/21/2020

Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

Search this Store | This Store ⌄ | **Search**   Advanced

eBay › eBay Stores › powace1515

## powace1515

371 followers | powace1515 (2226 ★) 99.5%

♡ Save this seller

### Category

All

**Business & Industrial**
   Industrial Automation & Motion Controls
   CNC, Metalworking & Manufacturing
   Electrical Equipment & Supplies
   Healthcare, Lab & Dental
**eBay Motors**
   Parts & Accessories
Show More ⌄

### Condition   see all
☐ New

### Price
☐ Under $150.00
☐ $150.00 to $350.00
☐ Over $350.00
$ [    ] - $ [    ] ›

### Buying Format   see all
⦿ All Listings
◯ Best Offer
◯ Auction
◯ Buy It Now
◯ Classified Ads

### Item Location   see all
⦿ Default
◯ Within
   100 mi ⌄ of 60106
◯ US Only
◯ North America
◯ Worldwide

### Delivery Options   see all
☐ Free Shipping
☐ Free In-store Pickup

### Show only   see all
☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Guarantee

**More refinements...**

| All Listings | Auction | Buy It Now |

1-48 of 225 Results

Time: ending soonest ⌄

**3x Aluminium Alloy Bracket Mounts Support+Screws for CNC Nema23 57 Stepper Motor**
$37.88
Free shipping
From China

**DIY 6090 CNC Router Frame 1605 Ballscrew Kit Engrave Woodworking Milling Machine**
$820.00
$280.00 shipping
9 watching
From China
Brand: RATTM Motor

**4 Axis Nema34 Stepper Motor 116mm/1230oz-in& CW8060 Driver 6.0A 24~80VDC CNC Kit**
$440.00
$180.00 shipping
From China

**3 Axis DIY Mini 2418 CNC Router Desktop PCB Mill Engraving Machine+5500mw Laser**
$388.00
Free shipping
From China
Brand: RATTM Motor

**52mm Clamp Mount Spindle Motor Bracket Aluminium Neck Holder CNC Router Clamp**
$21.99
$4.00 shipping
From China

**8pcs BT30 Tool Holder Clamp Claw Engraving Machine Tool Changer For ATC Spindle**
$99.00
$21.00 shipping
From China

**2pcs 18x25mm Nylon Chain Drag Cable Towline Carrier Wire For CNC Router Milling**
$22.00
$10.00 shipping
From China

**0.8KW 800W ER11 Water-cooled Spindle CNC Router Metal Wood Milling Motor 65mm**
$149.00
$38.00 shipping
From China

**【From US】12Nm Nema34 Closed Loop Servo Motor 6A 12n.m 154mm+ Hybrid Servo Driver**
$199.00
Free shipping
From China

**【USA Stock】2 x CNC Router 3nm Nema 24 Closed loop Servo Motor& Hybrid Driver Kit**
$240.00
$20.00 shipping
From China


【US】1PCS Nema23 Stepper Motor 425oz-in 112mm 3A High Torque for CNC Engraver Kit
$45.00
Free shipping


3Axis CNC Router Nema23 270oz-in 3A Stepper Motor MD430 Driver Kit +Power Supply
$138.00
$50.00 shipping
From China


6Pcs Limited Switch Micro+End Stop Emergency E-Stop Red Sign 22mm 1 NO 1 NC CNC
$9.50
Free shipping
24 sold
From China


10HP 7.5KW 220V VFD Variable Frequency Drive Inverter Converter Speed Controller
$238.00
$40.00 shipping
From China


【US】3x 8N.m Nema34 116mm Closed Loop Servo Motor 6A &HSS86 Driver 70V DC CNC Kit
$445.00
$60.00 shipping
From China


New Hybrid Stepper Motor Driver 5A 2 phase 12-48V DC 16 microstep For CNC Router
$13.99
$5.00 shipping
3 watching
From China


Clamp Vise fastening plates fixture for DIY CNC 3018 Engraving Machine 2418 1610
$28.00
$10.00 shipping
7 watching
From China


『USA』 4 Axis Nema 23 Stepper Motor 425oz 112mm Dual Shaft &CW5045 Driver CNC Kit
$275.00
$20.00 shipping


5500mw 450nm 5.5W focusing blue laser engraving cutting laser tube TTL module
$99.99
$25.01 shipping
From China


『US』 CNC Square 2.2KW Air Cooling Spindle Motor ER20& Fuling VFD Inverter &Collet
$438.00
$60.00 shipping
6 watching
From China


【US】400W 60V DC 6.6A Switching Power Supply Transformer Single Output CNC Router
$29.00
$9.00 shipping
31 sold


『USA』 2x 12N.m 154mm Nema34 Servo Motor Closed Loop+ HSS86 2-phase Driver CNC Kit
$300.00
$40.00 shipping


3 Phase NEMA52 Nema 34 Nema42 Stepper Motor Driver Controller 110/220V (3DM2080)
$95.00
$25.00 shipping
From China


Nema34 86 Stepper Motor Bracket Aluminum Mount Holder Support CNC Router Machine
$15.00
$1.00 shipping
From China

 High Precision Mach3 sensor setting CNC Router Z Axis probe tool touch auto tool

**$55.00**
$12.00 shipping
18 sold

From China

 Black LED Headlight w/ Angel Eye Assembly Headlamp Replace For BMW G310GS G310R

**$229.99**
Free shipping
5 watching

From China

 2x Black Door Speaker Pod Kit Polaris RZR 1000 XP 4 / XP1K ACE570 / RZR 900 S

**$55.00**
Free shipping
6 watching

From China

 4 x Black Wheel Tire Rim Hub Cap Cover For 2015-2017 Polaris RZR XP 4 1000 900

**$20.00**
Free shipping
29 sold

From China

 4x Orange Wheel Center Cap Cover For Polaris RZR XP 4 Turbo 1000 900 S 2015-2018

**$23.98**
Free shipping

From China

 4Pcs Black Tire Wheel Center Cap Cover For 17-18 Polaris RZR 1000 XP Turbo 900 S

**$23.99**
Free shipping
98 sold

From China

 4Pcs Red Tire Rim Wheel Hub Center Cap Cover For Polaris RZR XP 1000 & RZR 900 S

**$20.00**
$2.00 shipping
23 sold

From China

 Black LED Headlight W/ Turn Signal Light for Yamaha MT 09 MT-07 FZ-09 MT09 14-16

**$265.00**
$25.00 shipping
14 watching

From China

 「USA」2Pcs Smoked LED Rear Tail Light Brake Lights For Kawasaki Teryx 4 750 12-16

**$39.00**
$6.00 shipping
19 sold

 4.5KW BT30 ATC Automatic Tool Change Air Spindle Motor 220/380V w 5.5KW Inverter

**$1,850.00**
$220.00 shipping
5 watching

From China

 Chrome LED Headlight For 2012-2016 Kawasaki 2015 2014 Teryx teryx4 750 EPS 2013

**$91.00**
$20.00 shipping
17 watching

From China

 2Pcs Red Rear Brake LED Tail Light Replace For 12-17 Kawasaki Teryx Teryx4 750

**$40.00**
$5.00 shipping
52 sold

 LED Headlight with Angel Eyes for 2018 Kawasaki Vulcan 650S EN650 2015 2016 2017

**$330.00**
$20.00 shipping
12 watching

From China

 2 x BLK LED Tail Light Brake Rear Lamps for Polaris RZR 1000 XP/ RZR 900 S Trail

**$45.00**
$10.00 shipping

From China



Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | ktm | All Categories | Search | Advanced

Items for sale from powace1515 (2226 ★) | Save this seller | Show results from all sellers

Include description

## Categories

eBay Motors

Motorcycle Headlight Assemblies

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (2)

**Price**

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

powace1515 (2226 ★)
Feedback rating: 2,226
Positive Feedback: 99.5%
Member since Sep-17-15 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now

Sort: Best Match View:

2 results for ktm Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of 60106

Clear selections

0 matching results

Find Results

LED Assembly Headlight for KTM 150 200 300 XC-W 350 500 EXC 250 XC-F 2014-2018

Brand New

**$185.00** From China

Buy It Now

**Free Shipping**

**13 Watching**

Watch

Black LED Headlight w/ DRL Assembly For KTM 1090/1190/1050/1290 Adventure 15-18

Brand New

**$369.00** From China

Buy It Now Brand: KTM

+$20.00 shipping

**8 Watching**

Watch

Tell us what you think

10/21/2020

 **Checkout**

How do you like our checkout? Tell us what you think

## Review item and shipping

Seller: powace1515 | Message to seller



LED Assembly Headlight for KTM 150 200 300 XC-W 350 500 EXC 250 XC-F 2014-2018

**$185.00**

Quantity 1

### Delivery
Est. delivery: Nov 13 – Dec 3
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

## Ship to

100 W Roosevelt Ave
Bensenville, IL 60106
United States

Change

## Pay with

○ Credit or debit card

VISA MasterCard DISCOVER AMERICAN EXPRESS

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

## Add coupons

Enter code: _____ Apply

---

Subtotal (1 item)                    $185.00
Shipping                                  Free
Tax*                                    $11.56

**Order total**                    **$196.56**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

**Select a payment option**

 MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

# ebay

Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies

Add to Watchlist

ℹ Check if this part fits your vehicle   Contact the seller



**100% New**



    

💲 Have one to sell? **Sell now**

## Black LED Headlight w/ DRL Assembly For KTM 1090/1190/1050/1290 Adventure 15-18

**Condition:** New

**Quantity:** 1   2 available / 1 sold

**Price:** US $369.00

$31 for 12 months with PayPal Credit*

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $39.99

| Longtime member | 8 watchers |

**Shipping:** $20.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Changzhou,Jiangsu, China
Ships to: United States, Europe, Canada, Australia   See exclusions

**Delivery:** ★ Estimated between **Fri. Nov. 13 and Thu. Dec. 3**
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal VISA 💳 💳 💳

**PayPal CREDIT**
*$31 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

powace1515 (2226 ★)
99.5% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

## Similar sponsored items 1/2

Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| For KTM 1050 1090 1190 1290 ADV 2015-18 Motorcycle... | KTM 1090/1190/1290 ADV Cyclops LED Light Bar Kit | Led Headlight Motorcycle Running Light DRL IP67 for... | Motorcycle LED Headlight w/ DRL Assembly KTM 109... | For KTM 1090/1190/1050/1290... | Black Motorcycle LED Headlight Hi/Low DRL For... |
| $452.20 | $299.95 | $465.15 | $465.10 | $465.16 | $465.15 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.8% positive | Seller 100% positive | New | New | New | Seller 99% positive |

## Related sponsored items 1/2

Feedback on our suggestions



‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Lighting & Indicators › Headlight Assemblies

Check if this part fits your vehicle    Contact the seller



Approx. Dimension:
Length: 33cm
Width: 32cm    Height: 9cm

Have one to sell?    Sell now

**White Motorcycle Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525**

Condition:    New

Quantity:    1    More than 10 available / 20 sold

Price:    US $26.59

Buy It Now
Add to cart
♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $5.99

20 sold    Free shipping    9 watchers

Shipping:    FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China, China
Ships to: Worldwide    See exclusions

Delivery:    ⚑ Estimated between Thu. Oct. 29 and Wed. Nov. 18 ⓘ
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  MasterCard  American Express  Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    14 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
powermoto (10696 ⭐)
99.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items



Similar sponsored items 1/2    Feedback on our suggestions

Dirt Bike Headlight Lamp For KTM R SX EXC XC XCF SX...
$25.10  ~~$26.99~~
+ $3.50 shipping
Seller 99.1% positive

Headlight Head Lamp Light Streetfighter For KTM EXC...
$22.99
Free shipping
Almost gone

White Headlight For Dirt Bike KTM R SX EXC XC XC...
$29.27  ~~$32.89~~
Free shipping
Seller 99.5% positive

Universal Motorcycle Headlight Head Lamp for...
$25.44
Free shipping
New

Dirt Bike Headlight For KTM EXC SX SXF XC XCF EXC...
$85.00  ~~$91.40~~
Free shipping
New

Universal Headlights Headlamp Street For KTM...
$23.50
Free shipping
Almost gone



Related sponsored items 1/2    Feedback on our suggestions















Dirt Bike Headlight Lamp For KTM R SX EXC XC XCF SX...
$25.10
$26.99
+ $3.50 shipping

Dirt Bike Headlight Fairing For KTM R SX EXC XC XCF...
$31.61
$33.99
+ $3.50 shipping

White Headlight For Dirt Bike KTM R SX EXC XC XC...
$29.27
$32.89
Free shipping

35W Headlight Fairing For KTM R SX EXC XC XCF SX...
$21.20
$22.00
+ $3.50 shipping

1Set Orange Headlight LAMP For Motorcycle R SX...
$35.50
Free shipping

Set Bike Headlight Lamp For R SX EXC XC XCF SXF 65 ...
$35.50
Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 111981561437

Last updated on  Sep 28, 2020 01:50:10 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Material: | Polypropylene | Manufacturer Part Number: | Does Not Apply |
| The Light Bulb Type: | S2, 12V, 35W | Warranty: | Yes |
| Approx. Dimension: | Length: 33cm Width: 32cm Height: 9cm | Country/Region of Manufacture: | China |
| Colour: | White | Type: | Motorcycle Head Light |
| Application Models: | Dual Sport SuperMoto MX Dirt Motor Bike Motocross | Placement on Vehicle: | Front |
| UPC: | Does not apply | | |

## Welcome , Just For You

10%
off

20%
off

20%
off

20%
off

20%
off

20%
off

38mm Exhaust Muffler T4 style Fits 125 140 150 160cc...
$115.32 $128.13

Aftermarket Engine Right Crankcase Fits YX 140cc Oi...
$80.09 $100.11

Valve Stem Seals For a lots of 125cc 140cc Chinese Pit Dirt...
$6.69 $8.36

Oil Filter For 2007 Derbi Terra Adventure 4T 125 All Model...
$12.82 $16.02

10 pcs Oil Filter For 2007 Aprilia RXV 550 Enduro 54...
$64.79 $80.99

Oil Filter For 2008 Husqvarna TE450 450 ,2009 Derbi GPR...
$20.43 $25.54

Gear Shifter Sh... Semi-Automatic...
$15.85 $19.81

20%
off

20%
off

20%
off

20%
off

20%
off

20%
off

Motorcycle Supermoto Sump Guard Oil Catch Tank Tray ...
$49.48 $61.85

1/4" Fuel Filter 90 Degree 8423-01-9909 For Honda...
$12.43 $15.54

Pit Dirt Bike Motorcycle Parts 45/48-22mm CNC Aluminu...
$115.25 $144.06

68mm Dual Stage Air Filter For Honda Yamaha Kawasak...
$14.3 $17.88

Engine Stator Cover For Chinese 125cc 140cc 150cc...
$25.9 $32.37

Engine Cover Oil Cooler Adapter Plate For 125cc 140...
$12.1 $15.13

Remote Oil Tan... YAMAHA 646...
$8.03

Engine Oil Filter Replaces Part Numbers OEM # 420-956-...
$14.28

Oil Filter For 2017-2019 Can-Am Maverick X3 R MAX Si...
$69.05

Engine Oil Filter Fits For 2014 Sea-Doo Spark 2 Up Rotax 900 ...
$21.98

Engine Oil Filter Fits 2017 Can-Am Maverick Max 100...
$35.71

Aftermarket Air Filter Replaces OEM #s JF7-14450-01, J10-...
$20.41

Wiring Harness CDI Ignition Switch Set Fits 110cc 125cc...
$64.76

Performance B... Pit Dirt Mini S...
$49.48 $61.85

20%
off

20%
off

20%
off

20%
off

20%
off

20%
off

420 39Teeth 76mm Aluminum Billet Rear Sprocket Dirt Pit...
$50.98 $63.73

Pit Dirt Bike 420 41Teeth 76mm Aluminum Billet Rear...
$50.98 $63.73

428 39Teeth 76mm Aluminum Billet Rear Sprocket...
$51.01 $63.76

428 41Teeth 76mm Aluminum Billet Rear Sprocket...
$50.99 $63.74

Oil Level Dipstick Dip Stick For 125c 150cc 200cc 250cc...
$7.55 $9.44

50mm PWK24 PWK26 PWK28 PWK30 Carburetor...
$11.26 $14.08

Wiring Harness Chinese 110cc ...
$18.9 $23.63

20%
off

Feedback

Spark Plug Fits zongshen 190cc Engine Pit Dirt Monk...
$12.82  $16.02

Aftermarket YX 140cc Bearings Kit 1P56FMJ Engi...
$23.47  $29.34

Disc Fuel Filter Screen Fits Mercury Marine Mercruiser...
$21.11

1st 2nd Oil Filter Set Fits Beta RR Enduro 4T 250 400 450...
$38.81

Fuel Filter Kit For newer Mercury Marine engines wit...
$69.37

Fuel Module Filter Kit Fits Mercury Quicksilver Gen 3...
$128.32

Short 2nd Oil F... Outlaw 450 MX...
$8.74  $10.93

NEW & HOT Sale

Left Disc Brake Caliper For 33cc 4 3cc 49cc 50cc Gas Goped Stand U p Scooter Bike
13.51 USD
Buy it now
Free shipping

9 PCS Oil Filter For Yamaha Rapto r 250 YFZ450 YFZ450R ATVs Bike 5D3-13440-09-00
20.13 USD
Buy it now
Free shipping

CNC Oil Dipstick For Lifan YX 125 cc 140cc Engine Pit Dirt Bike SSR YCF BSE Kayo
10.24 USD
Buy it now
Free shipping

PZ30 Carb Parts 30mm Carburetor Repair Rebuild Kit For Pit Dirt Bike ATV Quad
5.87 USD
Buy it now
Free shipping

Aftermarket Carburetor Carb For H onda XR75 XR80 XR80R XL75 XL 80 Dirt Bike
15.70 USD
Buy it now
Free shipping

10 pcs/pack Universal Pe uel Filter with Magnet For ike ATV
5.92 USD
Buy it now
Free shipping

Racing Carb Carburetor For Gas M otorized Bicycle Mini ATV Dirt Pock et Bike Quad
17.37 USD
Buy it now
Free shipping

Recoil Pull Start Starter Claw Pawl For 43 49cc Engine Motovox Gas Scooter MVS10
10.87 USD
Buy it now
Free shipping

6PCS Oil Filter For 2013 HUSQVA RNA TE310R TC250R TXC250R T XC310R
14.15 USD
Buy it now
Free shipping

Regulator Rectifier Solenoid Relay For Chinese 50cc 110cc 125cc Lifa n Loncin ATV
13.00 USD
Buy it now
Free shipping

Carburetor Carb Air Filter Stack Fo r 47cc 49cc Go Kart ATV Mini Dirt Pocket Bike
16.22 USD
Buy it now
Free shipping

Ignition Coil For GY6 260 oped Scooter XV250 Baja 60cc 300cc
15.73 USD
Buy it now
Free shipping

White Motorcycle Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525






Approx. Dimension:

Length: 33cm

Width: 32cm    Height: 9cm

**Product Description**

Condition: 100% Brand New
Color: As shown in the picture
Package Included:  1 Headlight and 4 Rubber Straps.
Fitment: Universal Fit For Most Of Motorcycle Dirt Bike.

Material: Polypropylene.
Approx. Dimension: Length: 33cm; Width: 32cm; Heigth: 9cm.
The Light Bulb Type: S2, 12V, 35W
Instructions not included.

**Pay Attention**: Please check the size of the item carefully, then decide whether it is the right one you want to buy or not.

**Shipping & Payment**

**Before purchase**: Please check your address carefully, make sure your shipping information is right.

**Shipping time:**

| Country | Approx. Delivery Time |
|---|---|
| United States | About 20-25 business days |
| Europe/New Zealand | About 25-35 business days |
| Other countries | About 30-50 business days |

Because of the weather, the national strike (sometime) or the holiday, it will be delayed for some days, please be patient.

**Shipping ways:**

In general, our products are shipped by **China Post Air Mail.** If you want EMS or other express shipping service, please contact us for quotation before purchase.

**Payment:**

1. We only accept **Paypal**. When paying with Paypal, please confirm your eBay and Paypal shipping address. Payment must be received within 5 days after the auction ended.
2. Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility. Please check with your country's custom office to determine what these additional costs will be prior to your buying.

**Terms of Sale**

1. All items will be double checked and well packed before sending. After you receive the products, please check the items carefully.
2. All products are good in quality when shipping to our customers. If you have any damaged items, wrong items or items not as described, you can send it back, and returns must be done within 30 days after the buyer receives the item. But you should be responsible for return shipping unless we sent the wrong item or item is damaged during transportation.
3. All returned items must be in the original packaging and you must provide us with the shipping tracking number, specific reason for the return and your order ID.

**Feedback**

1. We are striving for 100% customer satisfaction. We will appreciate, if you can give us a **positive feedback** and **5 stars.**
2. If you have any question, please contact us through eBay message before open a case and we will gladly assist you. **THANK YOU!**
3. We are all here to help, please contact us through eBay message before leaving any negative/neutral feedback.

**Contact Us**

1. Please contact us through eBay message or e-mail.
2. All messages will be responded to you within **1 business day**. If you have any questions, Please do not hesitate to contact us, we are willing to listen to your requirements and problems.

<span style="color:green; font-size:1.5em">Nice day & Have a happy purchasing!</span>

**Contact us**

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

NEW & HOT Sale



Feedback

26mm Mikuni Carburetor Assembly For 110cc 125cc 140cc YX Lifan S SR Pit Dirt Bike
46.86 USD
Buy it now
Free shipping

Racing Carb Carburetor Gas Thrott le Cable For 80cc Push Bike Motori zed Bicycle
28.12 USD
Buy it now
Free shipping

CNC Cooling Radiator Oil Cooler F or 125 140 cc YX Lifan Zongshen Pit Dirt Bike
30.94 USD
Buy it now
Free shipping

ATV Ignition Coil AC CDI Regulator Rectifier Relay Kit For Chinese 150 200 250cc
20.59 USD
Buy it now
Free shipping

6PCS Oil Filter For 2013 HUSQVA RNA TE310R TC250R TXC250R T XC310R
14.15 USD
Buy it now
Free shipping

Recoil Pull Start Starter C For 43 49cc Engine Motor Scooter MVS10
10.87 USD
Buy it now
Free shipping

Racing Carb Carburetor For Gas M otorized Bicycle Mini ATV Dirt Pock et Bike Quad
17.37 USD
Buy it now
Free shipping

9 PCS Oil Filter For Yamaha Rapto r 250 YFZ450 YFZ450R ATVs Bike 5D3-13440-09-00
20.13 USD
Buy it now
Free shipping

CNC Oil Dipstick For Lifan YX 125 cc 140cc Engine Pit Dirt Bike SSR YCF BSE Kayo
10.24 USD
Buy it now
Free shipping

8 pcs Oil Filter For Yamaha YFZ45 0R 2009- Current 5D3-13440-09-0 0 ATVs Bike
18.53 USD
Buy it now
Free shipping

Ignition Coil For GY6 260cc ATV M oped Scooter XV250 Baja Linhai 2 60cc 300cc
15.73 USD
Buy it now
Free shipping

10pcs Fuel Filter with Mag ol Gas For Pit Dirt Bike Q Mini Moto
6.21 USD
Buy it now
Free shipping

powered by
PUSHAUCTION

Sponsored items based on your recent views 1/4

Feedback on our suggestions















Motocross Dirt Bike Headlight for KTM SX XCF...
$27.86
Free shipping
New

Dirt Bike LED Headlight Head lamp For KTM EXC...
$82.89
+ $17.09 shipping
New

White Motorcycle Headlight Front Light For KTM...
$30.13
$32.75
Free shipping
New

White Headlight For Dirt Bike KTM R SX EXC XC XC...
$29.27
$32.89
Free shipping
Seller 99.5% positive

Dirt Bike Headlight Fairing For KTM R SX EXC XC XCF...
$31.61
$33.79
+ $3.50 shipping
Seller 99.1% positive

PP Plastic Orange Motorcycle Dirt Bike...
$32.27
Free shipping
New

Explore more sponsored options:













PP Plastic Orange Motorcycle Dirt Bike...
$32.27
Free shipping

Blue Sports Headlight Lamp For Dirt Bike Honda KTM...
$24.66
$26.23
Free shipping

Motorcycle LED Headlight Head Lamp for KTM SX XC...
$62.25
$66.22
Free shipping

Motocross LED Headlight For KTM SX SXF XC XCW...
$58.09
$62.46
Free shipping
Popular

LED Headlight Head Lamp Light For KTM XC-W EXC S...
$73.47
$79.00
Free shipping

For Husqvarna TE125 250 17- 19 701 Supermoto 2017 Dirt...
$28.82
$30.99
+ $6.00 shipping

Feedback

More from this seller 1/2

Feedback on our suggestions
















Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 2

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies | Add to Watchlist

Check if this part fits your vehicle Contact the seller

Have one to sell? Sell now

# White Motorcycle Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525

Condition: New

Quantity: 1 More than 10 available / 20 sold

Price: US $26.59

Buy It Now

Add to cart

Add to Watchlist

1-year accident protection plan from SquareTrade - $5.99

20 sold | Free shipping | 9 watchers

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details

International shipment of items may be subject to customs processing and additional charges.

Item location: China, China

Ships to: Worldwide See exclusions

Delivery: Estimated between Thu. Oct. 29 and Wed. Nov. 18

Please note the delivery estimate is greater than 13 business days.

Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA DISCOVER

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 14 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back. Learn more

## Seller information

powermoto (10696 )

99.6% Positive feedback

Save this Seller

Contact seller

Visit store

See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Dirt Bike Headlight Lamp For KTM R SX EXC XC XCF SX...

$25.10

~~$26.99~~

+ $3.50 shipping

Seller 99.1% positive

Headlight Head Lamp Light Streetfighter For KTM EXC...

$22.99

Free shipping

Almost gone

White Headlight For Dirt Bike KTM R SX EXC XC XC...

$29.27

~~$32.89~~

Free shipping

Seller 99.5% positive

Universal Motorcycle Headlight Head Lamp for...

$25.44

Free shipping

New

Dirt Bike Headlight For KTM EXC SX SXF XC XCF EXC...

$85.00

~~$91.40~~

Free shipping

New

Universal Headlights Headlamp Street For KTM...

$23.50

Free shipping

Almost gone

## Related sponsored items 1/2

Feedback on our suggestions

Feedback

| Dirt Bike Headlight Lamp For KTM R SX EXC XC XCF SX... | Dirt Bike Headlight Fairing For KTM R SX EXC XC XCF... | White Headlight For Dirt Bike KTM R SX EXC XC XC... | 35W Headlight Fairing For KTM R SX EXC XC XCF SX... | 1Set Orange Headlight LAMP For Motorcycle R SX... | Set Bike Headlight Lamp For R SX EXC XC XCF SXF 65 ... |
|---|---|---|---|---|---|
| $25.10 | $31.61 | $29.27 | $21.20 | $35.50 | $35.50 |
| $26.99 | $33.99 | $32.89 | $22.80 | | |
| + $3.50 shipping | + $3.50 shipping | Free shipping | + $3.50 shipping | Free shipping | Free shipping |

---

**Description**    **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: China, China

Shipping to: Worldwide

Excludes: Africa, South America, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Philippines, Taiwan, Vietnam, Bermuda, Greenland, Saint Pierre and Miquelon, Albania, Andorra, Bosnia and Herzegovina, Gibraltar, Guernsey, Iceland, Jersey, Liechtenstein, Macedonia, Moldova, Monaco, Montenegro, San Marino, Serbia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, UzbekistanTurkmenistan, UzbekistanTurkmenistan, Uzbekistan

Quantity: `1`  Change country: `United States`  ZIP Code: `60106`  **Get Rates**

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Oct. 29 and Wed. Nov. 18** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 14 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|
|  |

**PayPal CREDIT**

**Special financing available**

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views  1/4

Feedback on our suggestions



Feedback

10/9/2020

Hi ████ ! ⌄   Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ⌄   My eBay ⌄   🔔 2  🛒

ebay   Shop by category ⌄   🔍 Search for anything   | All Categories ⌄ |   **Search**   Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE



powermoto (10696) ⭐ 📋 ℹ
**Positive Feedback (last 12 months): 99.6%** ℹ
Member since: Apr-29-15 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ℹ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 88 | 768 | 1356 |
| ⚪ | Neutral | 0 | 4 | 9 |
| ➖ | Negative | 0 | 3 | 5 |

### Detailed seller ratings ℹ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (1137) | ⭐⭐⭐⭐⭐ (1194) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (1133) | ⭐⭐⭐⭐⭐ (1186) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

5 Feedback received (viewing 1-5)   Revised Feedback: 9 ℹ

Search Feedback received as seller with an item title or ID: ℹ
[ e.g. Vintage 1970's Gibson Guitars ] 🔍

Rating type: | Negative (5) ⌄ |    Period: | 12 Months ⌄ |

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ℹ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ the carb needle was bent and the carb started leaking after 2 hours of runing (Private listing) | Buyer: n***t (63⭐) | Past 6 months Reciprocal feedback |
| ➖ non-conforming object - original non-conforming copy (Private listing) | Buyer: e***n (325⭐) | Past 6 months Reciprocal feedback |
| ➖ Package very bad, airfilter ruined (Private listing) | Buyer: o***t (99⭐) | Past 6 months Reciprocal feedback |
| ➖ Whatever !!! 1 not attached 2 !!! Zero zero Chain Adjuster Tensioner For Chinese 49cc 50cc Mini Dirt Moto Pocket Bike (#113243446088) | Buyer: n***o (408⭐) GBP 5.32 | Past year Reciprocal feedback |
| ➖ Not same as picture and wrong size (Private listing) | Buyer: j***2 (121⭐) | Past year Reciprocal feedback |

Page 1 of 1    ←  | 1 |  →

**Member Quick Links**       **Suggested Next**
Contact member              Leave Feedback
View items for sale         Reply to received Feedback
View seller's Store         Follow up to given Feedback
                            Request feedback revision

💬 Comment?

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ℹ



10/9/2020



Hi ▇▇▇▇ ! ▾    Daily Deals    Brand Outlet    Help & Contact                Sell    Watchlist ▾    My eBay ▾    🔔 2    🛒

ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**    Advanced

**powermoto** (10696 ⭐)
99.6% positive feedback

🔲 Items for sale   🏬 Visit store   ✉ Contact

💗 Save

Welcome to powermoto!!!!!!!!

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 1,137 | Item as described | ➕ 1,356 Positive |
| ⭐⭐⭐⭐⭐ 1,186 | Communication | ● 9 Neutral |
| ⭐⭐⭐⭐⭐ 1,133 | Shipping time | ➖ 5 Negative |
| ⭐⭐⭐⭐⭐ 1,194 | Shipping charges | |

Feedback from the last 12 months

➕ Great thank you.
Oct 05, 2020

See all feedback

● ● ● ● ●

295 Followers | 0 Reviews | Member since: **Apr 29, 2015** | 📍 China

## Items for sale(3682)

See all items


Carb Carburetor...
US $12.19        1h left


20 pcs Aftermar...
US $10.24        1d left


33cc 43cc 49cc ...
US $12.18        1h left


Carb Primer Bul ...
US $11.95        1h left


Aluminum Gas Fu...
US $7.39        1d left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

10/9/2020

Hi ████ ! ▾

Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ▾   My eBay ▾   🔔²   🛒

ebay   Shop by category ▾   🔍 Search this Store | This Store ▾ | **Search**   Advanced

eBay › eBay Stores › powermoto



## powermoto

295 followers | powermoto (10696 ⭐) 99.6%

Welcome to Powermoto!!!!!!!!!

♡ Save this seller

**Category**

All
Pit Dirt Bike
ATV Quad
Mini Dirt Bike
Scooter Parts
Tools
YX Engine Parts
Generator Parts
Monkey Bike Parts
Garden Machine Parts
New item
wholesale Item
Other



All Listings | Auction | Buy It Now

1-48 of 1,189 Results

Time: ending soonest ▾ | ▥ ▾



Carb Carburetor For Motovox MVS10 Carb X1 3 FS529 509 43cc 49cc Pocket Bike
$12.19
Free shipping

From China



33cc 43cc 49cc Carburetor For Mini Moto ATV Pocket Goped Blade Z Scooter Bikes
$12.18
Free shipping

From China



Carb Primer Bulb & Gaskets For 23 26 33cc Viza Viper Zooma Bladez Goped Scooters
$11.95
Free shipping

From China



Carb Carburetor For 43cc 49cc Visa Mosquito Goped GSR Blade Z Mini Moto Scooters
$10.47
Free shipping

From China



Pocket Bike 15mm Carburetor For 43cc 49cc X-treme Evo GS Moon Scooter Skateboard
$10.48
Free shipping

From China



10mm Carburetor For 23cc 25cc 26cc 33cc 36cc MOBY BLADEZ XL Gas Scooter Goped
$10.49
Free shipping

From China



Carb Carburetor For Echo PB-260L SRM 260S 261S PPT SHC 260 261 Trimmer Blower
$10.47
Free shipping

From China

Recoil Pull Start Starter Claw Pawl For 43 49cc Engine Motovox Gas Scooter MVS10
$10.87
Free shipping

From China

Carb Carburetor For Replace Walbro WYK-186 For Echo Carb A021000700 A021000460
$11.60
Free shipping

From China



10mm Carburetor Primer Bulb For 26 33 cc 2 Stroke Kragen Zooma Bladez Scooter
$11.62
Free shipping

From China



Clutch Cable Side Adjuster For Chinese Dirt Bike 110 125 150 200 250cc Baja SSR

$6.81
Free shipping

From China



Pit Dirt Bike Clutch Cable For XR50 CRF70 KLX110 TTR 125 140 150 160cc Motorbike

$6.85
Free shipping

From China



Blue Clutch Cable For 50 110cc 125cc-160cc XR50 CRF70 KLX TTR SDG Dirt Pit Bikes

$6.90
Free shipping

From China



Starter Chain For 50cc 70 90 110cc 110cc 125cc Engine Taotao SunL Peace 62 link

$5.89
Was: $7.36
Free shipping

From China



5 pcs Fuel Filter Fits Honda 2003 - 2017 Ruckus 50 NPS50 NPS 50 16900-GET-003

$16.82
Was: $21.03
Free shipping

From China



Fuel Filter Fits Honda CHF50 NPS50 NPS50S CHF50A CHF50P Ruckus 16900-GET-003

$10.23
Was: $14.61
Free shipping

From China



Fuel Filter Cleaner Fits NINJA ZX-7R ZX-7RR ZX-6R ZZR600 Kawasaki 49019-1081Bike

$8.65
Was: $10.81
Free shipping

From China



Replacement Carburetor For Walbro WT-946 Carb Fits Echo CS-310 Chainsaw

$27.98
Free shipping

From China



Brand New Aftermarket Replacement John Deere Fuel Pump,Replaces OEM Part RE38009

$26.13
Was: $32.66
Free shipping

From China



Aftermarket Replacement Carburetor For Walbro WT-946 Carb,Replaces # A021001700

$26.39
Was: $32.99
Free shipping

From China



Aftermarket Replacement Carburetor For Walbro WT-594 or WT-594-1 Carb

$34.27
Was: $42.84
Free shipping

From China



Racing Carburetor For 43cc, 49cc Engines Used On Chinese Stand-up Gas Scooters

$20.06
Was: $25.07
Free shipping

From China



Carburetor Jets For 47cc 49cc Mini Moto Dirt Pocket Bike ATV Quad

$6.46
Was: $8.07
Free shipping

From China



FRONT BRAKE CALIPER FOR 1990-1997 YAMAHA YZ125 YZ250 COMPETITION

$42.98
Was: $53.73
Free shipping

From China



REAR BRAKE CALIPER FOR TOMBERLIN CROSSFIRE CF150 GO KART

$43.01
Was: $53.76
Free shipping

From China



YX Magneto Stator Rotor Kit without light For YX 140cc 150cc 160cc Pit Dirt Bike

$68.21
Was: $75.79
Free shipping

From China



Foam Seat Fit Chinese 47cc 49cc 2 Stroke Kids Mini Moto Cross Dirt Moto Bikes

$16.79
Free shipping

From China



Fairing Plastic Fender Body Cover Kits For HONDA XR50 CRF50 Trail Dirt Pit Bike

$21.22
Was: $23.58
Free shipping

From China



Ignition Coil Fors 31G777 303447 303777 31P777 10-13 9-14HP Engine

$14.61
Free shipping

From China



Oil Fuel Pump Fit Mikuni FL250 FL350 Honda Odyssey Snowmobile ATV DF44-227 211D

$10.24
Free shipping

From China



Gas Fuel Pump Fit Kohler LV675 23HP LV680 24HP SV470 SV471 15HP SV480 16HP

$7.42
Free shipping

From China



5PCS A7TC Spark Plug 3 Electrode For Chinese Pit Dirt Bike Moped Scooter ATV

$10.87
Free shipping

From China



CNC Oil Dipstick For Lifan YX 125cc 140cc Engine Pit Dirt Bike SSR YCF BSE Kayo

$10.24
Free shipping

From China



28mm Black PTR Fat Bar Clamp Risers For Dirt Pit Bike Go Kart Buggy ATV Quad

$13.56
Free shipping

From China



1 1/8" Fat Handle Bar Clamp Risers Taper Black For Dirt Pit Bike ATV Motorcycle

$13.57
Free shipping

From China



Gas Throttle Cable For Dirt Pit Bike 200cc 250cc Acceleration Pump Carburetor

$10.24
Free shipping

From China



CNC Cooling Radiator Oil Cooler For 125 140 cc YX Lifan Zongshen Pit Dirt Bike

$30.94
Free shipping

From China



Pit Dirt Bike Aluminum CNC Cooling Radiator Oil Cooler For 125 140cc 150cc CRF50

$30.97
Free shipping

From China



 Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 2

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **powermoto** (10696) | Save this seller | Show results from all sellers

Include description

## Categories

**eBay Motors**
- Motorcycle Fairings & Bodywork
- Other Motorcycle Parts
- Motorcycle Parts
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (17)

**Price**
$ to $

**Item Location** see all
- **Default**
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

powermoto (10696)
Feedback rating: 10,696
Positive Feedback: 99.6%
Member since Apr-29-15 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Motocross Dirt Bike Headlight for KTM...
**$27.86**
Buy It Now
Free shipping

---

All Listings | Auction | Buy It Now — Sort: Best Match — View:

17 results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of 60106

Clear selections

**0** matching results

Find Results

Motorcycle Headlight Headlamp For KTM EXC XCW EXCF SX-F 125-500 2017 2018
Brand New
**$33.20**
Buy It Now
**Free Shipping**
From China
Seller: powermoto (10,628) 99.6%

Aftermarket Reed Valve For KTM 50SX 2003-2008,KTM 65SX 1998-2008
Brand New
**$21.14**
Was: ~~$26.42~~
Buy It Now
**Free Shipping**
**20% off**
Watch
From China
Seller: powermoto (10,676) 99.6%

White Motorcycle Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525
Brand New
**$26.59**
Buy It Now
**Free Shipping**
Watch
From China
Seller: powermoto (10,670) 99.6%

Motorcycle Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Dirt
Brand New
**$26.62**
Buy It Now
**Free Shipping**
Watch
From China
Seller: powermoto (10,670) 99.6%

Front Fender Mudguard For Honda Yamaha Suzuki KTM Endure Dirt Bike Supermoto
Brand New
**$22.25**
Was: ~~$27.81~~
Buy It Now
**Free Shipping**
**20% off**
From China
Seller: powermoto (10,641) 99.6%

Plastic Body Fender For 2003-2008 KTM 50 SX MINI ADVENTURE SENIOR JUNIOR Bike
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

<div style="border:2px solid green">

### Ship to

████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████

Change

### Review item and shipping

Seller: powermoto    Message to seller



White Motorcycle Headlight For KTM R SX EXC XC XCF
SXF 65 85 105 250 350 450 525
**$26.59**

Quantity    [ 1 ▾ ]

**Delivery**
Est. delivery: Oct 29 – Nov 18
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

</div>

### Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

### Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount    [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $26.59 |
| Shipping | Free |
| Tax* | $1.66 |

**Order total** **$28.25**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

10/9/2020

10/9/2020

Hi ████ ! | ▾    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ▾    My eBay ▾    🔔 2    🛒

**ebay**    Shop by category ▾    🔍 Search for anything | All Categories ▾ | **Search** | Advanced

‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work

✉ f 🐦 P | Add to Watchlist

ℹ Check if this part fits your vehicle    **Contact the seller**




### Motorcycle Headlight Headlamp For KTM EXC XCW EXCF SX-F 125-500 2017 2018

Condition: New

Color: - Select - ▾

Quantity: 1 | More than 10 available / 19 sold

Price: US $33.20

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

*Free shipping*   30-day returns   Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China, China
Ships to: Worldwide   See exclusions

Delivery: ⊡ Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA ● ● DISCOVER

**PayPal** CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping |
See details

#### Shop with confidence
● **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
powermoto (10696 ⭐)
99.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell? | Sell now

### Similar sponsored items 1/2
Feedback on our suggestions









Frame Guard Cover Protector for KTM SX EXC...
$19.98
Free shipping
New

Frame Guard Cover Protector for KTM SX EXC...
$18.99
$20.42
Free shipping
Seller 99.3% positive

Headlight Mask Headlamp Assembly For KTM 125 150...
$39.15
$43.99
Free shipping
New

JFG Frame Guard Cover Protector For KTM SX150...
$27.50
Free shipping
New

Plastic Front Number Plate + Fender For KTM...
$28.19
$29.99
+ $7.50 shipping
New

Universal Motorcycle Dual LED Headlight Fairing For...
$23.06
$24.80
+ $3.50 shipping
New

### Related sponsored items 1/2
Feedback on our suggestions

Feedback


https://www.ebay.com/itm/Motorcycle-Headlight-Headlamp-For-KTM-EXC-XCW-EXCF-SX-F-125-500-2017-2018/113310443834?hash=item1a61d4293a:g:cEwAAOSwoDlbxGAV    1/5











## Motorcycle Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Dirt

Condition: New

Quantity: 1    More than 10 available / 6 sold

Price: US $26.62

Buy It Now
Add to cart
Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $5.99

Free shipping          Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Worldwide    See exclusions

Delivery: Estimated between Thu. Oct. 29 and Wed. Nov. 18
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 14 day Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
powermoto (10696 ⭐)
99.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

### Similar sponsored items 1/2

Feedback on our suggestions



Dirt Bike Headlight Lamp For KTM R SX EXC XC XCF SX...
$25.10
$26.99
+ $3.50 shipping
Seller 99.1% positive

Headlight Head Lamp Light Streetfighter For KTM EXC...
$22.99
Free shipping
Almost gone

White Headlight For Dirt Bike KTM R SX EXC XC XC...
$29.27
$32.89
Free shipping
Seller 99.5% positive

Dirt Bike Headlight For KTM EXC SX SXF XC XCF EXC...
$85.00
$91.40
Free shipping
56m left
New

Universal Motorcycle Headlight Head Lamp for...
$25.44
Free shipping
New

35W Headlight Fairing For KTM R SX EXC XC XCF SX...
$21.20
$22.80
+ $3.50 shipping
New

### Related sponsored items 1/2

Feedback on our suggestions




Feedback