Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄

Search for anything    All Categories ⌄    **Search**    Advanced

← Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

✉ f ✦ ⌾ | Add to Watchlist

### People who viewed this item also viewed

CNC Pivot Foldable Brake...
$15.50
Free shipping

CNC Pivot Foldable Brake...
$17.99
Free shipping

CNC Pivot Foldable Brake...
$15.50
Free shipping

CNC Billet Pivot Foldable Brake...
$15.50
Free shipping

Billet Pivot Foldable Brake...
$16.24
$17.46
Free shipping

ⓘ Check if this part fits your vehicle    **Contact the seller**

🔻 SAVE UP TO **7%** WHEN YOU BUY MORE

## Pair Pivot Foldable Brake Clutch Lever Fit For KTM 250-500 SX/SX-F/XC/XC-W/EXC

| | |
|---|---|
| Condition: | New |
| color: | - Select - ⌄ |
| Bulk savings: | Buy 1 $18.99/ea    Buy 2 $18.42/ea |
| Quantity: | 1    2 available |
| Price: | **US $18.99/ea** |

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

---

**Free shipping** | 30-day returns | Longtime member

Shipping:    **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: United States, Europe, Asia, Australia, Mexico
See exclusions

Delivery:    ⓘ Estimated between **Wed. Nov. 4 and Tue. Nov. 24** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    30 day Buyer pays for return shipping | See details

### Shop with confidence

🅑 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information

**powerpart-us** (343226 ⭐)
97% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

### Sponsored items from this seller    1/2

Feedback on our suggestions

Right Throttle Brake Lever Handle For 50 70 90 110...
$12.99
Free shipping

Pair Universal 360° Rotating Rearview Mirror For...
$17.99
Free shipping

2x Flush LED Turn Signal Indicator Light Blinker Fit F...
$11.99
Free shipping

10pcs T10 W5W Wedge Light Bulb Socket...
$3.50
+ $0.50 shipping
**Popular**

Fit For TOYOTA Corolla Rav4 Hilux 2 Button Remote Key...
$2.50
+ $0.99 shipping

Fit for Ford Transit MK7 2006-2014 3 Buttons...
$6.60
Free shipping



💲 Have one to sell?  **Sell now**

Report item

Report Item

**Description**  **Shipping and payments**

eBay item number: 124376062636

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | Does Not Apply |
| Brand: | Unbranded | | |

## Pair Pivot Foldable Brake Clutch Lever Fit For KTM 250-500 SX/SX-F/XC/XC-W/EXC

**Specification:**

- 100% Brand New and High Quality
- Made of durable aluminum for extreme strength
- Automatic lever position restoration provides quick recovery from the crash
- Ultra precision machine cut for super light weight construction, high precision
- Very smooth movement
- Hard anodized finish
- Direct replacement for stock levers
- Easy Installation, No modification
- Material: CNC 6061-T6 Aluminum
- Color: Golden/Black/Blue/Red

**Fitment:**

KTM
125/144SX/125XCW    16-17
150SX/XC/XCW 16-17
200EXC    16
250EXC/EXC-F (SIX DAYS)    14-17
250XCF-W/XC-W    14-17
250SX/SX-F/XC/XC-F    14-17
300XC/XC-W/EXC(SIX DAYS)    14-17
350EXC-F(SIX DAYS)    14-17
350SX-F/XC-F/XCF-W    14-17
450SX/SX-R/SX-F    14-17
450XC-F/XCR-W    14-17
450XC-W/EXC-R/EXC    14-17
500XC-W/EXC (SIX DAYS)    14-17

**Package Includes:**

- 1x Brake Lever
- 1x Clutch Lever

**Note:**

- Installation Instruction NOT Included.
- Due to light and screen difference, the item's color may be slightly different from the pictures.

## Item Show

























## Shipping

| Shipping Method | Shipping Destination | Shipping Time |
|---|---|---|
| Economy(without Tracking) | USA,Canada,United Kingdom,Austrilia,France,Germany,Spain,Ireland,Italy,Others | 15-30 working days |
| Standard (EMS Express Trackable ) | USA,Canada,United   Kingdom,Austrilia,France,Germany,Spain,Ireland,Italy,Others | 5-7 working days |
| Express (DHL Express Trackable) | USA,Canada,United   Kingdom,Austrilia,France,Germany,Spain,Ireland,Italy,Others | 3-4 working days |

**Customs Declaration:**

Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility.
Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

- DHL can not reach to few remote areas in your country,if you choose Express and living remote areas.You should pay the additional shipping charge. If your area belongs to remote areas, the parcel can't reach, or you need to pay more freight, our customer service will contact you.
- If you need to add the tracking number, be sure to contact customer service before making orders，especial for the people comes from the country of Eastern Europe, the Middle East and South American. It needs to pay the extra shipping cost!
- Order can not be shipping to any P.O boxes. Order can only be shipped to physical addresses.

## Payment

Payment is needed to receive within 7 days after deal.if not we will close the transaction.
We only accept PayPal.
PayPal is the only online payment method we accept. Please make sure you have a valid/confirmed PayPal account prior bidding. And please make sure that your PayPal registed address is the same with your eBay registed address.

Sponsored items based on your recent views 1/4                                                  Feedback on our suggestions


2x New 6LED Motorcycle Mini Turn Signal Light Blink...
$4.99
Free shipping
New


For Dirt Enduro Bike LED Rear Fender Brake Tail Ligh...
$10.99
Free shipping
New


Brake Clutch Levers Handle Grip Set For KTM RC8 R R...
$30.91
$32.88
Free shipping
New


Universal Wheel Spoke Wraps Motorcycle Cover...
$7.02
$7.47
Free shipping
New


Clutch Brake Levers Set For KTM 390 Duke/RC390 201...
$21.06
$22.17
Free shipping
New


CNC Pivot Brake Clutch Levers Foldable for KTM 25...
$16.53
$17.58
Free shipping
Seller 99.6% positive

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    [Search for anything]    All Categories ⌄    **Search**    Advanced

‹    Back to search results | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers

✉ f 𝕏 📌 | Add to Watchlist

---

### People who viewed this item also viewed

| | CNC Pivot Foldable Brake... | CNC Pivot Foldable Brake... | CNC Pivot Foldable Brake... | CNC Billet Pivot Foldable Brake... | Billet Pivot Foldable Brake... |
|---|---|---|---|---|---|
| | $15.50 | $17.99 | $15.50 | $15.50 | $16.24 ~~$17.46~~ |
| | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

ⓘ Check if this part fits your vehicle    **Contact the seller**

🔥 SAVE UP TO **7%** WHEN YOU BUY MORE



**Pair Pivot Foldable Brake Clutch Lever Fit For KTM 250-500 SX/SX-F/XC/XC-W/EXC**

| Condition: | New |
|---|---|
| color: | - Select - ⌄ |
| Bulk savings: | [ Buy 1 $18.99/ea ] [ Buy 2 $18.42/ea ] |
| Quantity: | [ 1 ]  2 available |

Price: **US $18.99/ea**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

**Free shipping**    30-day returns    Longtime member

**Shipping:** **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: United States, Europe, Asia, Australia, Mexico
See exclusions

**Delivery:** ⏱ Estimated between **Wed. Nov. 4** and **Tue. Nov. 24** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal  VISA  MasterCard  AMEX  Discover

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** 30 day Buyer pays for return shipping | See details

---

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
powerpart-us (343226 ⭐)
97% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

$ Have one to sell? [ **Sell now** ]

---

### Sponsored items from this seller    1/2

Feedback on our suggestions



| Right Throttle Brake Lever Handle For 50 70 90 110... | Pair Universal 360° Rotating Rearview Mirror For... | 2x Flush LED Turn Signal Indicator Light Blinker Fit F... | 10pcs T10 W5W Wedge Light Bulb Socket... | Fit For TOYOTA Corolla Rav4 Hilux 2 Button Remote Key... | Fit for Ford Transit MK7 2006-2014 3 Buttons... |
|---|---|---|---|---|---|
| $12.99 | $17.99 | $11.99 | $3.50 +$0.50 shipping | $2.50 +$0.99 shipping | $6.60 |
| Free shipping | Free shipping | Free shipping | Popular | | Free shipping |

Report item

Report item

| Description | Shipping and payments |

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: Guangzhou, China

Shipping to: United States, Europe, Asia, Australia, Mexico

Excludes: APO/FPO, US Protectorates, Alaska/Hawaii, Central America and Caribbean, Bermuda, Canada, Saint Pierre and Miquelon, Bolivia, Brazil, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Algeria, Angola, Benin, Botswana, Burkina Faso, Burundi, Cameroon, Cape Verde Islands, Central African Republic, Chad, Comoros, Congo, Republic of the, Côte d'Ivoire (Ivory Coast), Djibouti, Egypt, Equatorial Guinea, Eritrea, Ethiopia, Gabon Republic, Gambia, Ghana, Guinea, Guinea-Bissau, Kenya, Lesotho, Liberia, Libya, Madagascar, Malawi, Mali, Mauritania, Mauritius, Mayotte, Morocco, Mozambique, Namibia, Niger, Nigeria, Reunion, Rwanda, Saint Helena, Senegal, Seychelles, Sierra Leone, Somalia, South Africa, Swaziland, Tanzania, Togo, Tunisia, Uganda, Western Sahara, Zambia, Zimbabwe, Albania, Andorra, Austria, Bosnia and Herzegovina, Germany, Gibraltar, Iceland, Ireland, Liechtenstein, Moldova, Monaco, Montenegro, San Marino, Serbia, Sweden, Switzerland, United Kingdom, Vatican City State, Afghanistan, Azerbaijan Republic, Bangladesh, China, Georgia, Kazakhstan, Maldives, Mongolia, Nepal, Turkmenistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Saudi Arabia, Yemen, American Samoa, Cook Islands, Fiji, Guam, Kiribati, Marshall Islands, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Philippines, Taiwan, Vietnam, PO Box

Quantity: 1     Change country: United States ▾     ZIP Code: 60106     Get Rates

| Shipping and handling | To | Service | Delivery ˅ |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Nov. 4** and **Tue. Nov. 24** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

| Payment methods |
|---|
 



### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## Sponsored items based on your recent views 1/4

Feedback on our suggestions



‹

|  |  |  |  | |
|---|---|---|---|---|

2x New 6LED Motorcycle Mini Turn Signal Light Blink...
$4.99
Free shipping
New

For Dirt Enduro Bike LED Rear Fender Brake Tail Ligh...
$10.99
Free shipping
New

Brake Clutch Levers Handle Grip Set For KTM RC8 R R...
$30.91
$32.88
Free shipping
New

Universal Wheel Spoke Wraps Motorcycle Cover...
$7.02
$7.47
Free shipping
New

Clutch Brake Levers Set For KTM 390 Duke/RC390 201...
$21.06
$22.17
Free shipping
New

CNC Pivot Brake Clutch Levers Foldable for KTM 25...
$16.53
$17.58
Free shipping
Seller 99.6% positive

›

## More from this seller 1/2

Feedback on our suggestions



Hi! **Sign in** or **register**     Daily Deals    Brand Outlet    Help & Contact           Sell    Watchlist ⌄    My eBay ⌄         🔔    🛒

 **ebay**    Shop by category ⌄    | 🔍 Search for anything                          | All Categories ⌄ |    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

   eb**y** MONEY BACK GUARANTEE

**powerpart-us** (343226 ⭐) 📋 ⓘ            **Member Quick Links**
**Positive Feedback (last 12 months): 97%** ⓘ      Contact member
Member since: Apr-18-10 in China            View items for sale
**Top-rated seller:** One of eBay's most reputable sellers.    View seller's Store
Consistently delivers outstanding customer service.
Learn more

### Feedback ratings ⓘ                    ### Detailed seller ratings ⓘ

|   |         | 1 month | 6 months | 12 months |
|---|---------|---------|----------|-----------|
| ➕ | Positive | 1259 | 7996 | 20102 |
| ⚫ | Neutral | 35 | 190 | 323 |
| ➖ | Negative | 54 | 380 | 602 |

Average for the last 12 months

Accurate description          Reasonable shipping cost
⭐⭐⭐⭐⭐ (14673)            ⭐⭐⭐⭐⭐ (15408)
Shipping speed                Communication
⭐⭐⭐⭐⭐ (14572)            ⭐⭐⭐⭐⭐ (14797)

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

602 Feedback received (viewing 1-25)                          Revised Feedback: 1774 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ      Rating type:          Period:

| e.g. Vintage 1970's Gibson Guitars | 🔍 |       Negative (602) ⌄       12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **This take a month and more to come. Will never order again.**<br>50pcs Under Eye Gel Pad Patch Lint Free Eyelash Extension Tape Eyelash Pad (#402121224703) | Buyer: i***p (17⭐)<br>US $3.56 | Past month<br>Reciprocal feedback |
| ➖ **it doesn't work and destroy my usb key**<br>USB 3.1 Type-C Male To USB 2.0 Type A OTG Converter Data Adapter (#124280139822) | Buyer: j***3 (105⭐)<br>US $3.51 | Past month<br>Reciprocal feedback |
| ➖ **fraud. they claim to have sent the refund and it is false. nor the article. rats**<br>CRRJU Men's Stainless Steel Mesh Band Sport Quartz Analog Casual Cuff Watches (#402383946068) | Buyer: g***g (528⭐)<br>US $13.09 | Past month<br>Reciprocal feedback |
| ➖ **EXTREMELY DECEPTIVE**<br>2T USB 3.0 External Mobile Hard Drive 2.5" HDD Disk Storage Device for Laptop (#402343760494) | Buyer: 5***k (1447⭐)<br>US $26.95 | Past month<br>Reciprocal feedback |
| ➖ **Took forever getting here and it's nothing like the picture not at all advertise**<br>2pcs Silver Metal Mirror Glitter Effect Nail Art Polish Varnish & Base Coat DIY (#401965150810) | Buyer: a***s (40⭐)<br>US $5.35 | Past month<br>Reciprocal feedback |
| ➖ **Very baggy ... too big ... not as picture . stuff also seems different.**<br>Women Summer Sleeveless Shorts Jumpsuit Playsuit Beach Holiday Rompers Playsuit (#143636259246) | Buyer: 1***h (321⭐)<br>US $13.99 | Past month<br>Reciprocal feedback |
| ➖ **Money wasted way too big ! Not happy at all .......change in colour also .....**<br>Women V Neck Sleeveless Casual Jumpsuit Playsuit Wide Leg Rompers Pants Trousers (#143624050506) | Buyer: 1***h (321⭐)<br>US $16.99 | Past month<br>Reciprocal feedback |
| ➖ **Veru Bad quality item**<br>Vintage Simple Geometric Circle Drop Earrings Long Pin Dangle Earrings Jewelry (#142053801382) | Buyer: u***a (148⭐)<br>US $1.42 | Past month<br>Reciprocal feedback |
| ➖ **Horrible. Bad item . Bac communication. Still no refund just horrible**<br>Pair Teardrop Organic Natural Stone Flesh Tunnels Ear Gauge Plug Egg Pear Shape (#401156463291) | Buyer: o***4 (165⭐)<br>US $3.76 | Past month<br>Reciprocal feedback |
| ➖ **I never received them and there is no option at the app to contact the seller**<br>Womens 925 Silver Plated Crystal Hoop Ear Stud Earrings 3 Colors Bridal Jewelry (#124212946725) | Buyer: k***i (156⭐)<br>US $1.74 | Past month<br>Reciprocal feedback |
| ➖ **I used it and work only for 3 hours then it stop not good**<br>New Wheel Hub Center Cap for Nissan 00-04 Frontier Xterra 16" 40315-7Z100 (#142775481392) | Buyer: c***5 (12⭐)<br>US $8.79 | Past month<br>Reciprocal feedback |

Comment?





Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

**powerpart-us** (343226)
97% positive feedback

Save

Items for sale | Visit store | Contact

Based in China, powerpart-us has been an eBay member since Apr 18, 2010

**Feedback ratings** | See all feedback

| | | |
|---|---|---|
| ★★★★★ | 14,673 | Item as described |
| ★★★★★ | 14,797 | Communication |
| ★★★★★ | 14,572 | Shipping time |
| ★★★★★ | 15,408 | Shipping charges |

| 20,102 | 323 | 602 |
|---|---|---|
| Positive | Neutral | Negative |

Feedback from the last 12 months

Good
Oct 12, 2020

**10,725** Followers | **0** Reviews | Member since: **Apr 18, 2010** | China

## Items for sale(36685)

See all items

Turn Signal 39m...
US $8.42 21h left

Replacement Fit...
US $0.99 1d left

Auto Brake Syst...
US $19.69 21h left

USB Audi Music ...
US $9.58 1d left

2pcs 1156 BA15S...
US $0.99 1d left

About eBay | Announcements | Community | Security Center | Resolution Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice











Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

# ebay

Shop by category ⌄     [Search this Store]     [This Store ⌄]     **Search**     Advanced

eBay › eBay Stores › Access-Market-USA

## Access-Market-USA

10725 followers | powerpart-us (343226 ⭐) 97.0%

Welcome to my eBay Store. Please add me to your list of favorite sellers and visit often. Thank you for your business.

♡ Save this seller

**Category**

All
Motorcycle Parts
Vehicle-Accessories
Computers/Tablets & Networking
Health and Beauty
Clothing,shoes & Accessories
US Jewelry
Business and Industrial
Hobbies and Leisure
Cell Phones & Accessories
US Watch
US Clothes
US-AC+CP
Consumer Electronics
Video Games & Consoles
Collectibles
US Outdoor Sports & Fitness
Other

[All Listings] [Auction] [Buy It Now]

1-48 of 17,648 Results

Best Match ⌄    ⊞ ⌄

2x New 6LED Motorcycle Mini Turn Signal Light Blinker Indicator Lamp Amber Hot
$4.99
Free shipping
From China

Pair Pivot Foldable Brake Clutch Lever Fit For KTM 250-500 SX/SX-F/XC/XC-W/EXC
$18.99
Free shipping
From China

10pcs T10 W5W Wedge Light Bulb Socket Connector Holder Fit For Car Truck Boat
$3.50
$0.50 shipping
934 sold
From China

10pcs T10 194 168 W5W 5W Car Halogen Signal Interior Light Lamp Bulb 3000k White
$2.58
Free shipping
160 sold
From China


Womens Quilted Down Coat Winter Warm Padded Puffer Bubble Hooded Jacket Parka
$29.44 to $35.14
Was: $36.99
Free shipping
From China


1x Universal Motorcycle Rear Brake Light Switch+Spring fit For Honda Kawasaki
$2.45
Free shipping
399 sold
From China


120W Nail Lamp LED UV Light Gel Polish Nail Dryer Manicure Curing Machine Tool
$19.88
$5.99 shipping
53 sold
From China


USB Bike Rear Tail Light LED Rechargeable Bicycle Helmet Backpack Red Lamp
$8.49
Free shipping
74 sold
From China

1 pair Headlight Clear Lens Cover For Benz W220 S600 S500 S320 S350 S280 98-05
$49.99
Free shipping
From China


10.1" 4G Network Tablet PC Android 10.0 8+256G with 2.5D Four Cameras
$75.02
Free shipping
9 sold
From China

10/14/2020



Kemei KM-1986 All-metal Professional Hair Clipper Electric Cordless Hair Trimmer

$39.99

Free shipping

From China



New Anti-scratch Steel Bezel Ring Adhesive Cover for Samsung Galaxy Watch 3 45mm

$4.19 to $4.39

Free shipping

From China



20x T11 T4W BA9S H6W 1895 1SMD LED 12V Turn Signal Dashboard Light Bulb White

$3.99

Free shipping

11 watching

From China



NEW LISTING With Time/Date USB Digital LED Desk Alarm Clock+Wireless Fast Charger Holder

$22.19

Free shipping

From China



Anti-fungal Treatment Set Home Toe Nail Treatment Pen Onychomycosis Paronychia

$6.78

Free shipping

From China



120 Pcs Universal Repair 40-130mm Mix Cassette Tape Machine Square Belt Assorted

$3.19

Free shipping

550 sold

From China



Womens Tracksuit Set Zipper Long Sleeve Hoodies Pants Loungewear 2 Piece

$16.99 to $21.99

Free shipping

From China



NEW LISTING New Mens Denim Jacket Loose Fit Button Cotton Casual Jeans Jackets Coat Shirt

$21.84 to $26.59

Was: $27.99

Free shipping

From China



NAVIFORCE Men Sport Stainless Steel Waterproof Analog Digital Quartz Wrist Watch

$19.67 to $21.71

Free shipping

29 watching

From China



Chrome Amber Motorcycle LED Turn Signal Brake Blinker Lights For Harley Davidson

$18.99

Free shipping

From China



2pcs 6LED Mini Motorcycle Turn Signal Blinker Indicator Lights Lamps Silver

$4.99

Free shipping

From China



2pcs 1156 BA9S 7020 10LED High Power Car Side Turn Signal Lights Bulbs White

$1.85

Free shipping

39 sold

From China



KUNHUANG Multifunction Sport Wooden Bracelet Watch Men's Quartz Date Wristwatch

$20.99

Free shipping

From China



Acrylic Mini Beads Set for Bracelet Necklace DIY Craft Jewelry Making Kit

$18.99

Free shipping

From China


12 Boxes/Set Nail Sequins Maple Leaf Gold Fall Leaves Nail Flakes Paillettes
$3.85
Free shipping
203 sold

From China


Professional Watch Bezel Ring Opener Removal Tools Watchmaker's Repair Kit
$85.99
Free shipping

From China


DT99 Smart Watch Bracelet Heart Rate Blood Pressure Monitor Sports Audio Music
$31.99
Free shipping

From China


15pcs Car Interior LED Light Bulbs Kit For Mercedes Benz C Class W 203 2000-2007
$8.85
Free shipping

From China


Nail Art DIY Kit Set Acrylic Powder Glitter Rhinestones Tips Brush Manicure Tool
$14.75
Free shipping
985 sold

From China


New 10.1" 4G-LTE Tablet Android 8.0 PC 8+128GB Dual SIM GPS Camera
$62.99
Free shipping
7 watching

From China


120W Nail Lamp UV LED Light Gel Polish Nail Dryer Manicure Curing Machine Tool
$19.99
Free shipping

From China


1x Motorcycle 32 LED Flexible Strip Light Integrated Tail Brake Stop Turn Signal
$3.68
Free shipping

From China


LEMFO LEMT Smart Watch 4G GPS WiFi Call 2.8-inch 2700 mAhHeart Rate Games Watch
$166.76 to $187.50
Free shipping

From China


4x Motorcycle Load Resistor Fix LED Bulb Turn Signal blinker Fast Hyper Flash
$8.99
Free shipping

From China


Gaming Headset Stereo Surround Headphone Wired Mic For PS4 Laptop Xbox One
$6.39
Free shipping
71 sold

From China


SUN X5Plus 80W Nail Lamp UV LED Light Professional Nail Dryer Gel Machine Curing
$15.89 to $15.99
Free shipping
173 sold

From China


Pro 177 Color Makeup Cosmetic Eye Shadow Blush Palette Set Full Big Kit Beauty
$29.88
Free shipping
140 watching

From China


F9 Wireless Earphones Mini In-ear Stereo Earbuds Waterproof Headset New
$10.02
$0.99 shipping

From China



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | ktm | All Categories | Search | Advanced

Items for sale from **powerpart-us** (343226) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors
- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Accessories
- More

See all categories

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (12)

**Price**

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

powerpart-us (343226)
Feedback rating: 343,226
Positive Feedback: 97%
Member since Apr-18-10 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match View:

12 results for **ktm** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

0 matching results

Find Results

Pair Pivot Foldable Brake Clutch Lever Fit For KTM 250-500 SX/SX-F/XC/XC-W/EXC
Brand New
**$18.99** From China
Buy It Now
**Free Shipping**

NEW LISTING For Dirt Enduro Bike LED Rear Fender Brake Tail Light Turn Signal Off-road (Fits: KTM)
Brand New
**$10.99** From China
Buy It Now
**Free Shipping**
Watch

2x New 6LED Motorcycle Mini Turn Signal Light Blinker Indicator Lamp Amber Hot (Fits: KTM)
Brand New
**$4.99** From China
Buy It Now
**Free Shipping**
Watch

2x Universal Motorcycle Rear Turn Signal Lamp Holder Shock Bracket Indicator (Fits: KTM)
Brand New
**$2.49** From China
Buy It Now
**Free Shipping**
Watch

12V LED Motorcycle Bobber Tail Brake Turn Signal License Plate Integrated Lights (Fits: KTM)
Brand New
**$13.99** From China
Buy It Now
**Free Shipping**
Watch

Right Throttle Brake Lever Handle For 50 70 90 110 125cc Quad ATV TaoTao Sunl (Fits: KTM)
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms



**Ship to**

████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████

Change

---

## Review item and shipping

Seller:  powerpart-us    Message to seller

Pair Pivot Foldable Brake Clutch Lever Fit For KTM 250-500 SX/SX-F/XC/XC-W/EXC
color: Red

**$18.99**

Quantity    | 1 ▾ |

**Delivery**
Est. delivery: Nov 4 – Nov 24
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:            [ Apply ]

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount    | None ▾ |

---



| Subtotal (1 item) | $18.99 |
| Shipping | Free |
| Tax* | $1.19 |

**Order total**            **$20.18**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                                                          Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒



Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies      ✉ f 🐦 📌 | Add to Watchlist

---

People who viewed this item also viewed

 LED DRL Headlight Assembly Day...
$217.10
~~$229.10~~
+ $1.70 shipping

 Black LED Headlight Kit DRL...
$219.10
~~$229.10~~
+ $1.70 shipping

 1×Black LED Headlight...
$178.00
+ $15.00 shipping

 BLK LED Headlight Assembly with D...
$200.00
+ $22.00 shipping

 LED Headlight Running Light Tur...
$217.10
~~$229.10~~
+ $1.70 shipping

---

 Check if this part fits your vehicle    Contact the seller




‹ › 

### LED Motorcycle Replacement Headlight Angel Eyes DRL For KTM 690 Duke 2012-2015

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Condition: New

Quantity: 1    10 available

Price: **US $213.88**

No Interest if paid in full in 6 mo on $99+*

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Seller information**
powstar28 (13 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

**Free shipping**    100% positive feedback

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: ChangZhou, China
Ships to: United States, Europe, Asia, Canada, Australia
See exclusions

Delivery: ⏱ Estimated between **Thu. Nov. 12 and Wed. Dec. 2**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  ●●●  ⬚  DISCOVER

    

**PayPal** CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: Seller does not accept returns | See details

$ Have one to sell? **Sell now**

---

Related sponsored items 1/2    Feedback on our suggestions



LED DRL Headlight Assembly Day Running Lig...
$217.10
~~$229.10~~
+ $1.70 shipping

Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
~~$229.10~~
+ $1.70 shipping

12V LED DRL Headlight Head Lamp Assembly Kit For KT...
$218.99
~~$228.99~~
+ $1.77 shipping

For KTM Duke 690 690R 2012-2019 LED Headlight...
$229.17
+ $1.77 shipping

LED Headlight Running Light Turn Signal DRL Lamp Kit F...
$217.10
~~$229.10~~
+ $1.70 shipping

 Motorcycle LED Angel Eye Headlight DRL Projector F...
$219.10
~~$229.10~~
+ $1.70 shipping

---

Description | Shipping and payments                                          Report item

Seller assumes all responsibility for this listing.                          eBay item number: 383771235827

Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Modified Item: | No |
| Technology: | LED | Custom Bundle: | No |
| Placement on Vehicle: | Front | Waterproof: | IP67 |
| Brand: | CPOWACE | Surface Finish: | Aluminum diecast housing |
| Non-Domestic Product: | No | Manufacturer Part Number: | KTMDD-4 |
| Warranty: | 1 Year | UPC: | Does not apply |

## LED Motorcycle Replacement Headlight  Angel Eyes DRL

## For KTM 690 Duke 2012-2015

### Description:

Color:Black

Power:100W

Voltage:12v

Function:HI/Low Beam

Material:Aluminum + PC

Warranty:1 Year

### Fit for:

2012 KTM duke 690

2013 KTM duke 690

2014 KTM duke 690

2015 KTM duke 690

### Package:

1pc Black LED headlight DRL for KTM duke 690

---

Sponsored items based on your recent views 1/3                                    Feedback on our suggestions

       

| LED DRL Headlight Assembly Day Running Lig... | For KTM Duke 690 690R 2012-2019 LED Headlight... | LED Headlight Running Light Turn Signal DRL Lamp Kit F... | KTM DUKE 200 390 RC REAR SHOCK ABSORBER... | Nos Rear Shock Absorber Shocker Suspension for KT... | Nos Rear Shock Absorber Shocker Suspension Fits... |
|---|---|---|---|---|---|
| $217.10 | $229.17 | $217.10 | $169.40 | $163.62 | $154.87 |
| $229.10 | $229.10 | $229.10 | $188.07 | $175.99 | |
| + $1.70 shipping | + $1.77 shipping | + $1.70 shipping | + $4.52 shipping | Free shipping | Free shipping |
| New | New | New | Seller 100% positive | New | New |

Explore more sponsored options:

     

| | | | | | |
|---|---|---|---|---|---|
| Black LED Headlight Kit DRL Lamp Replacement For 13-... | Motorcycle Front Light Headlight LED For KTM KT... | 6000K LED Headlight Head Lamp For KTM SX SXF EXC... | For KTM LED E8 Headlight Enduro Dual Sport Head... | Motocross Headlight For Yamaha WR YZ... | E8 Emark LED Headlight For KTM Husqvarna EXC XCF... |
| $219.10 | $74.86 | $107.52 | $85.92 | $28.36 | $60.15 |
| $229.10 | $80.50 | Free shipping | $91.40 | $30.17 | $63.99 |
| + $1.70 shipping | + $1.40 shipping | | + $1.60 shipping | + $8.96 shipping | + $0.98 shipping |
| | | | | Popular | |

### More from this seller 1/2

Feedback on our suggestions

      

‹ ›

| | | | | | |
|---|---|---|---|---|---|
| LED Motorcycle Replacement Headlight... | Black LED Headlight Assemblies DRL&Turn... | Motorcycle Headlamp LED Headlight Assembly For... | Pair Chrome LED Headlight Hi/Lo Replacement for... | 7" LED Headlight With DRL Assembly for Motorbike H... | LED Headlight with Turn Signal DRL for Yamaha 14-1... |
| $316.66 | $199.88 | $350.00 | $116.00 | $82.22 | $288.00 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

Back to search results                                                                                                          Return to top

More to explore :   Motorcycle KTM Duke 690s,   Motorcycle Headlight Assemblies for 2012 KTM 690,   Motorcycle Headlight Assemblies for 2015 KTM 690,   Motorcycle Accessories for 2015 KTM 690,
Motorcycle Batteries for 2015 KTM 690,   Unbranded Motorcycle Headlight Assemblies for KTM 690,   Areyourshop Motorcycle Headlight Assemblies for KTM 690,
Unbranded Motorcycle Bulbs, LEDs & HIDs for KTM 690,   KTM Motorcycle Parts for KTM 690,   Trail Tech Motorcycle Headlight Assemblies for KTM 690

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ




‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Lighting & Indicators › Headlight Assemblies     ✉ f 🐦 📌 | Add to Watchlist

---

People who viewed this item also viewed

 LED DRL Headlight Assembly Day...
$217.10
~~$229.10~~
+ $1.70 shipping

 Black LED Headlight Kit DRL...
$219.10
~~$229.10~~
+ $1.70 shipping

 1×Black LED Headlight...
$178.00
+ $15.00 shipping

 BLK LED Headlight Assembly with D...
$200.00
+ $22.00 shipping

 LED Headlight Running Light Tur...
$217.10
~~$229.10~~
+ $1.70 shipping

---

ⓘ   Check if this part fits your vehicle    **Contact the seller**





‹      ›  

### LED Motorcycle Replacement Headlight Angel Eyes DRL For KTM 690 Duke 2012-2015

Condition:   New

Quantity:   [ 1 ]   10 available

Price:   **US $213.88**

No Interest if paid in full in 6 mo on $99+*

| | |
|---|---|
| **Buy It Now** | |
| **Add to cart** | |
| ♡ Add to Watchlist | |

**Free shipping**    100% positive feedback

Shipping:   **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: ChangZhou, China
Ships to: United States, Europe, Asia, Canada, Australia
See exclusions

Delivery:   Estimated between **Thu. Nov. 12 and Wed. Dec. 2**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal   VISA   💳   💳   DISCOVER

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:   Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
powstar28 (13 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

$ Have one to sell?   **Sell now**

---

Related sponsored items 1/2         Feedback on our suggestions

 LED DRL Headlight Assembly Day Running Lig...
$217.10
~~$229.10~~
+ $1.70 shipping

 Black LED Headlight Kit DRL Lamp Replacement For 13-...
$217.10
~~$229.10~~
+ $1.70 shipping

 12V LED DRL Headlight Head Lamp Assembly Kit For KT...
$218.99
~~$228.99~~
+ $1.77 shipping

 For KTM Duke 690 690R 2012-2019 LED Headlight...
$229.17
+ $1.77 shipping

 LED Headlight Running Light Turn Signal DRL Lamp Kit F...
$217.10
~~$229.10~~
+ $1.70 shipping

 Motorcycle LED Angel Eye Headlight DRL Projector F...
$219.10
~~$229.10~~
+ $1.70 shipping

---

Description    **Shipping and payments**         Report item

Seller assumes all responsibility for this listing.

### Shipping and handling
Item location: ChangZhou, China
Shipping to: United States, Europe, Asia, Canada, Australia

Excludes: Israel, Mexico, Norway, China

| Quantity: | 1 | Change country: | United States ▾ | | ZIP Code: | 60106 | Get Rates |
|-----------|---|-----------------|-----------------|---|-----------|-------|-----------|

| Shipping and handling | To | Service | Delivery▾ |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 12 and Wed. Dec. 2** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

**Handling time**

Will usually ship within 3 business days of receiving cleared payment.

**Taxes**

Taxes may be applicable at checkout. Learn more

### Return policy

**Return policy details**

Seller does not offer returns.

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

**Payment methods**



**PayPal CREDIT**

**Special financing available**

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

**Sponsored items based on your recent views** 1/3     Feedback on our suggestions

     

| LED DRL Headlight Assembly Day Running Lig... | For KTM Duke 690 690R 2012-2019 LED Headlight... | LED Headlight Running Light Turn Signal DRL Lamp Kit F... | KTM DUKE 200 390 RC REAR SHOCK ABSORBER... | Nos Rear Shock Absorber Shocker Suspension for KT... | Nos Rear Shock Absorber Shocker Suspension Fits... |
|---|---|---|---|---|---|
| $217.10 | $229.17 | $217.10 | $169.40 | $163.62 | $154.87 |
| ~~$229.10~~ | | ~~$229.10~~ | | ~~$188.07~~ | ~~$175.99~~ |
| + $1.70 shipping | + $1.77 shipping | + $1.70 shipping | + $4.52 shipping | Free shipping | Free shipping |
| New | New | New | Seller 100% positive | New | New |

---

### Explore more sponsored options:

     

| Black LED Headlight Kit DRL Lamp Replacement For 13-... | Motorcycle Front Light Headlight LED For KTM KT... | 6000K LED Headlight Head Lamp For KTM SX SXF EXC... | For KTM LED E8 Headlight Enduro Dual Sport Head... | Motocross Headlight For Yamaha WR YZ... | E8 Emark LED Headlight For KTM Husqvarna EXC XCF... |
|---|---|---|---|---|---|
| $219.10 | $74.86 | $107.52 | $85.92 | $28.36 | $60.15 |
| ~~$229.10~~ | ~~$80.50~~ | Free shipping | ~~$91.40~~ | ~~$30.17~~ | ~~$63.99~~ |
| + $1.70 shipping | + $1.40 shipping | | + $1.60 shipping | + $8.96 shipping | + $0.98 shipping |
| | | | | Popular | |




Black Stainless...
US $45.00                    2h left


Red 1 Pair LED...
US $86.88                    4h left


1Pair Red Tail ...
US $79.99                    5h left


1Pair Black T...
US $79.99                    5h left


Pair Chrome LED...
US $116.00                   1d left









Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › powstar28

# powstar28

2 followers | powstar28 (13 ★) 100.0%

Save this seller

**Category**

All
Other

**Condition** see all
- New

**Price**
- Under $35.00
- $35.00 to $75.00
- Over $75.00

$ - $

**Buying Format** see all
- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

**Delivery Options** see all
- Free Shipping
- Free In-store Pickup

**Show only** see all
- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Guarantee

**More refinements...**

All Listings | Auction | Buy It Now | Time: ending soonest

1-48 of 75 Results

Black Stainless Steel Quick Shifter Gate&Shift Knob for Can-Am Maverick X3 17-21
$45.00
$15.00 shipping
From China

Red 1 Pair LED Tail Light Assembly For 2017-18 Can-Am Maverick X3 XDS XRS
$86.88
$15.00 shipping
4 watching
From China

1Pair Red Tail Lights OUT KIT for Polaris RZR 1000 XP /Turbo(18-19)
$79.99
$15.00 shipping

1Pair Black Tail Lights OUT KIT for Polaris RZR 1000 XP /Turbo(18-19)
$79.99
$15.00 shipping

Pair Chrome LED Headlight Hi/Lo Replacement for Kawasaki Teryx Brute Force 750
$116.00
$15.00 shipping

7" Round Cree LED Headlight Lamp with Angel Eye For H onda CB 400 500 1300
$78.00
$15.00 shipping
From China

7" LED Headlight With DRL Assembly for Motorbike H onda CB400 CB500 CB1300
$82.22
$15.00 shipping
From China

LED Headlight with Turn Signal DRL for Yamaha 14-16 FZ09 MT09 /18-19 MT07 FZ07
$288.00
$15.00 shipping
5 watching

LED Headlight & DRL&Turn singal light Assembly Kit for 2014- 2017 YAMAHA FZ-07
$266.00
$15.00 shipping

Black LED Center Rear Light Fit for POLARIS RZR 1000 XP & TURBO(2019-2020)
$78.88
$15.00 shipping

Pair RED Tail Lights LED Rear Brake Lights for Polaris RZR 1000 XP TURBO 18-19

**$80.00**
$15.00 shipping



1Pair Black Tail Light LED Rear Brake Lights for Polaris RZR 1000 XP TURBO 18-19

**$80.00**
$15.00 shipping



CPOWACE Black LED Rear Center & Brake Taillights For POLARIS RZR 1000 XP & TURBO

**$148.88**
$15.00 shipping

8 watching

From China
Brand: Polaris



CPOWACE Red LED Rear Center & Brake Tail lights For POLARIS RZR 1000 XP & TURBO

**$148.88**
$15.00 shipping

From China
Brand: Polaris



Pair LED Turn Signal Indicator Light compatible with BMW S1000RR R1200GS F800GS

**$29.99**
$15.00 shipping

From China



1PC Sunproof Instrument Board Protector Cover For BMW F700/800GS /F800GS ADV

**$29.88**
$15.00 shipping

From China



UTV Inside Center Rearview Mirror Fit for 2020 2021 Polaris RZR PRO XP / 4

**$32.88**
$15.00 shipping



LED Headlight with White DRL&Hi/Low beam Fit for Polaris RZR Pro XP 2020-2021

**$252.88**
$15.00 shipping

From China
Brand: Polaris



Sunproof Instrument Board Protector Cover For BMW R1200GS Adventure

**$29.88**
$15.00 shipping

From China



4-PACK Floor Drain Plug for Polaris RZR 1000 RZR 1000 XP 2014-2017

**$10.88**
$15.00 shipping

0 bids
5d 4h
From China
Brand: Polaris



Driver Side Mirror Glass Heated Turn Signal for Cadillac Chevy GMC Pickup SUV

**$23.66**
$15.00 shipping

From China



4Pcs New Oem Pure Black Hub Caps for Polaris RZR 1000 XP 4 TURBO RS1 1522872-655

**$32.22**
$15.00 shipping



LED Front Headlight with Hi/Lo+DRL Fit for Ducati Monster 821 1200 797(2014-17)

**$332.88**
$15.00 shipping

From China



LED Headlight Assembly 80W Fit for Ducati Monster 696 659 795 1100 EVO 1100S

**$288.66**
$15.00 shipping

From China



Black Integrated Storage Electronic Device Holder For Can Am Maverick X3(17-19)

$52.88
$15.00 shipping

From China



Left Drive side LED Headlight For Can-am Maverick X3 Max X3 R Turbo DPS 17-18

$93.33
$15.00 shipping
Only 1 left!



Right Passenger LED Headlight For Can-am Maverick X3 Max X3 R Turbo DPS 17-18

$93.33
$15.00 shipping



CPOWACE Red Lens Cover Housing Shell of Tail light for Yamaha Grizzly Big Bear

$28.88
$15.00 shipping



Motorcycle LED Auxiliary Fog Lamp Headlights Grid Harness Mit for BMW R1200GS K1

$90.00
$18.00 shipping



Red 4pcs Wheel Center Caps fit for Polaris Ranger RZR Sportsman 1521509-521

$36.66
$15.00 shipping

From China



4pcs Orange Hub Caps compatible with Polaris RZR Sportsman for 1521509-521

$36.66
$15.00 shipping

From China



Pair Side Rear View Mirrors Fir for Can Am Maverick X3 MAX DS RS MR Turbo RR

$56.66
$15.00 shipping

From China



4pcs Blue Wheel Center Caps Compatible with Polaris Ranger RZR Sportsman

$36.66
$15.00 shipping

From China



CPOWACE LED Center Grill Light Front Accent Light for Polaris RZR PRO XP(20-21)

$85.88
$15.00 shipping



CPOWACE 1 Pair Black LED Taillight Brake Lights For 2020-2021 Polaris RZR PRO XP

$98.88

Brand: Polaris



CPOWACE Front Bumper Mesh Grille LED Light Bar fit for 2020 Polaris RZR PRO XP

$86.88



Pair LED Front Flowing Turn Signature & Running Lights for Can Am Maverick X3

$102.88
Only 1 left!



Blue 1pc Steering Wheel Center Horn Cap Cover Fit For 2020 Polaris RZR PRO XP 4

$22.66
$15.00 shipping

From China



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Include description

Items for sale from **powstar28** (13 ) | Save this seller | Show results from all sellers

**Categories**

eBay Motors
Motorcycle Headlight Assemblies

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (4)

**Price**

$ to $

**Item Location** see all

- **Default**
- Within
100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

powstar28 (13 )
Feedback rating: 13
Positive Feedback: 100%
Member since Apr-27-20 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now

Sort: Best Match View:

4 results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

LED Motorcycle Replacement Headlight Angel Eyes DRL For KTM 690 Duke 2012-2015
Brand New
**$213.88**
Buy It Now
**Free Shipping**
Watch
From China
Brand: KTM

1×Black LED Headlight Assembly for KTM 150 200 300 350 500 XC-W XC-F EXC(14-18) (Fits: KTM)
Brand New
**$178.00**
Buy It Now
**Free Shipping**
**9 Watching**
Watch

Black LED Headlight Assemblies DRL&Turn Signal Lights for KTM Duke 390 (13-16)
Brand New
**$199.88**
Buy It Now
**Free Shipping**
Watch
From China

LED Motorcycle Replacement Headlight Complete with DRL Light for KTM 1090 1190
Brand New
**$316.66**
Buy It Now
+$8.00 shipping
Watch
Brand: KTM

Tell us what you think

**Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

### Ship to
1001 Foster Ave
Bensenville, IL 60106-1445
United States

Change

### Review item and shipping

Seller: powstar28 | Message to seller

LED Motorcycle Replacement Headlight Angel Eyes DRL For KTM 690 Duke 2012-2015

**$213.88**

Quantity [ 1 ▾ ]

**Delivery**
Est. delivery: Nov 12 – Dec 2
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

### Gift cards, coupons, eBay Bucks

Enter code: [_____] [ Apply ]

### Donate to charity (optional) ⓘ
North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $213.88 |
| Shipping | Free |
| Tax* | $13.37 |

**Order total**      **$227.25**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

**Norton SECURED**

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                                        Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    | 🔍 Search for anything                          | All Categories ⌄ |    **Search**    Advanced

< Back to search results | Listed in category:  eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies       ✉ f 🐦 📌 | Add to Watchlist

ⓘ  Check if this part fits your vehicle    **Contact the seller**



     

$ **Have one to sell?**    **Sell now**

### Black LED Headlight Assemblies DRL&Turn Signal Lights for KTM Duke 390 (13-16)

Condition: **New**

Quantity: | 1 |    10 available

Price: **US $199.88**    | **Buy It Now** |

No Interest if paid in full in 6 mo on $99+*    | **Add to cart** |

| ♡ Add to Watchlist |

**Free shipping**              100% positive feedback

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Changzhou, China
Ships to: United States, Europe, Asia, Canada, Australia
See exclusions

Delivery: ⚠ Estimated between **Tue. Nov. 10 and Tue. Dec. 1** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿 💳 VISA 💳 💳 💳
**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: Seller does not accept returns | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
powstar28 (13 ⭐)
100% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

### Similar sponsored items 1/2                                                    Feedback on our suggestions

     

| Black LED Headlight Kit DRL Lamp Replacement For 13-... | LED DRL Headlight Assembly Day Running Ligh... | Motorcycle Headlight LED DRL Head Lamp For KTM... | Supermoto LED Front Enduro Light Headlight For... | Dirt Bike Head Light LED 6500K Headlight Off Road... | Orange 6000K LED Enduro Head Light For KTM EXC... |
| $219.10 | $217.10 | $140.77 | $174.95 | $165.20 | $75.67 |
| $229.10 | $229.10 | $149.87 | $182.95 | $177.20 | $80.50 |
| + $1.70 shipping | + $1.70 shipping | Free shipping | + $1.67 shipping | + $1.60 shipping | + $1.44 shipping |
| New | New | Seller 99.3% positive | New | Seller 99.1% positive | New |

---

### Related sponsored items 1/2                                                    Feedback on our suggestions

| RGB Multi-Color LED Halo Ring Headlight Kit for Ford... | FOR 14-15 HONDA CIVIC 2DR CLEAR LENS USA FO... | FOR 00-05 TOYOTA CELICA CLEAR LENS USA FOG... | Rear Left Tail Brake Turn Signal Light for YAMAHA R... | FOR 93-98 VW GOLF JETTA CLEAR LENS USA FOG... | FOR 11-14 SUBARU IMPREZA CLEAR LENS USA FOG... |
| $104.30 | $119.99 | $90.99 | $32.58 | $89.99 | $88.99 |
| $149.00 | | | | | |
| + $27.49 shipping | + $25.88 shipping | + $48.53 shipping | Free shipping | + $48.50 shipping | + $48.47 shipping |
| Last one | | | | | |



Shop by category ∨   Search for anything    All Categories ∨   **Search**   Advanced

< Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies

Add to Watchlist

Check if this part fits your vehicle    Contact the seller



### Motorcycle LED Headlight Assembly DRL Light Fit for KTM 1090 and 1190

**Condition:** New

**Quantity:** 1    6 available / 1 sold

**Price:** US $355.66

$30 for 12 months with PayPal Credit*

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

| Longtime member | 9 watchers |
| --- | --- |

**Shipping:** $43.00 Other Shipping | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Changzhou, China
Ships to: United States, Europe, Asia, Canada, Australia, Mexico. See exclusions

**Delivery:** Varies
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal VISA [card logos]


PayPal CREDIT
*$30 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

**Returns:** Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
powstar83 (525 ★)
96.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?   Sell now

---

### Similar sponsored items 1/2

Feedback on our suggestions


For KTM 1050 1090 1190 1050 1290 ADV 2015-18 Motorcycle...
**$449.77**
Free shipping
Seller 99.8% positive


Motorcycle LED Headlight DRL Assembly For KTM 105...
**$437.28**
Free shipping
Seller 99% positive


LED DRL Headlight Assembly Day Running Lig...
**$217.10**
$229.10
+ $1.70 shipping
New


Led Headlight Motorcycle Running Light DRL IP67 for...
**$465.15**
Free shipping
New


Orange 6000K LED Enduro Head Light For KTM EXC...
**$75.67**
$80.50
+ $1.44 shipping
New


Motorcycle Front Light Headlight LED For KTM KT...
**$74.86**
$80.50
+ $1.40 shipping
New

---

### Related sponsored items 1/2

Feedback on our suggestions


Motorcycle LED Headlight w/ DRL Assembly KTM 109...
**$465.10**
Free shipping


Led Headlight Motorcycle Running Light DRL IP67 for...
**$465.15**
Free shipping


For KTM 1090/1190/1050/1290...
**$465.16**
Free shipping


LED Headlight DRL Assembly For KTM...
**$465.16**
Free shipping


LED Headlight Daylight Running Light (DRL) For KT...
**$465.10**
Free shipping


Hi/Low LED Headlight w/DRL Assembly For KT...
**$445.10**
$465.10
Free shipping

Feedback


Description   Shipping and payments

Report item

eBay item number:  153571963641

Seller assumes all responsibility for this listing.

Last updated on  Sep 18, 2020 20:04:43 PDT  View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Modified Item: | No |
| Technology: | LED | Country/Region of Manufacture: | China |
| Placement on Vehicle: | Front | Custom Bundle: | No |
| Brand: | CPOWACE | Waterproof: | IP67 |
| Non-Domestic Product: | No | Surface Finish: | Aluminum diecast housing |
| Warranty: | 1 Year | Manufacturer Part Number: | KTM06 |
| UPC: | Does not apply | | |

**powstar83**

Visit my eBay store



Sign up for newsletter

Search Store

SALE  Items On Sale

**Motorcycle LED Headlight Assembly DRL Light Fit for KTM 1090 and 1190**

Feedback

--------------------------------------------------------------------------------------------------------------------

**Suitable for:**

•**2015-2016 KTM 1050 Adventure**

•**2017-2018 KTM 1090 Adventure**

•**2017-2018 KTM 1090 Adventure R**

•**2015-2016 KTM 1190 Adventure ABS**

•**2015-2016 KTM 1190 Adventure R**

•**2015-2016 KTM 1290 Super Adventure**

**Description:**

•Placement on Vehicle:Front

•Function:DRL + HI/LO Beam

•Voltage:12v

•Material:Aluminum + PC(Plastic)

•Power rating: 100W

**Warranty:**

• 1 Year

**Package:**

• 1 X headlight

**Shipping Policy**

1.Orders will be shipped within 1 working day upon the receipt of payment.( Excluding holidays)

2.Customers will receive a message after orders was shipped.

**Attention:**

1.Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility according to ebay rules.

2.Buyers' Information: We wii try our best to provide you the most reliable, affordable way of shipping service.But sometimes international delivery is highly depended on the courier company and local customs/duties. If you do not receive your item on time, please contact us immediately for further assistance.Thank you for your understanding.

**Payment Method**

1.We accept payment through Paypal only.

2.Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer responsibility.

**Returns Policy**

1.The customer is responsible for all postage costs for products returned unless this has been specifically agreed and confirmed in advance with us.

2.Any damages must be reported to us within 24 hours for us to raise any claims with our courier. Any claims after 24 hours will be dismissed for a claim.

3.If item is defective,please send photos to us with 15 days of receipt,we'll judge if it's really defective,if yes,we will arrange reship or refund.

4.The refund will be processed 1-2 days after we receive the item.

**Contact Us**

We encourage our customers to contact us with any eBay related enquiries by using the eBay messaging system.We will to reply to all messages within 1 working day.

**Business seller information**

Value Added Tax Number: DE 323710354
GB 280129811

**Return policy**

Return policy details

Seller does not offer returns.

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

Feedback


## Sponsored items based on your recent views

Feedback on our suggestions

     

For KTM 1090/1190/1050/1290...
$465.16
Free shipping
New

Motorcycle LED Headlight w/ DRL Assembly KTM 109...
$465.10
Free shipping
New

White LED Motorcycle Headlight Front Light For...
$59.98
+ $1.59 shipping
New

For KTM Duke 690 690R 2012-2019 LED Headlight...
$229.17
+ $1.77 shipping
New

Front Head Lamp Headlight LED DRL Assembly For KT...
$207.76
$223.28
Free shipping
New

Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
$229.10
+ $1.70 shipping
New

## Explore more sponsored options: Brand

### Yamaha

 

Enduro Headlight Head Light Fairing For Yamaha...
$25.29
$31.99
+ $10.15 shipping
**Popular**

LED Enduro Headlight Head Light Fairing For...
$22.32
$24.00
+ $7.90 shipping

### MOSOKOYO

More

 

For KTM LED E8 Headlight Enduro Dual Sport Head...
$85.92
$91.40
+ $1.60 shipping

Supermoto Enduro Headlight Fairing For...
$28.36
$30.17
+ $8.96 shipping

### Honda



Enduro MX Dual Sport LED Head Light For KTM...
$79.52
$85.50
+ $1.60 shipping

## More from this seller 1/2

Feedback on our suggestions

        

Motorcycle LED Front Headlight Assembly Fit For...
$370.66
+ shipping

BLK LED Headlight Assembly with DRL Turn...
$200.00
+ shipping

2015-2017 For BMW F800R Motorcycle LED Headlight...
$410.66
+ shipping

110W Motorcycle LED Halo Headlight Assembly for...
$379.02
+ shipping

For F800GS LED Front Headlight Angel Eye...
$205.00
+ shipping

LED Headlight Assembly Fit for BMW R1200GS...
$220.00
+ shipping
**57m left**

Back to search results

More to explore : Motorcycle Headlight Assemblies for KTM 1090, Motorcycle Headlight Assemblies for KTM 1190, Unbranded Motorcycle Headlight Assemblies for KTM 1090, Unbranded Motorcycle Headlight Assemblies for KTM 1190, Areyourshop Motorcycle Headlight Assemblies for KTM 1190, Motorcycle Indicator Assemblies for KTM 1190, Light Bulbs, LEDs & HIDs for KTM 1090, KTM Motorcycle Headlight Assemblies for KTM, Motorcycle Headlight Assemblies for KTM, KTM Motorcycle Parts for KTM 1090

Return to top

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Feedback 



Shop by category ⌄   | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

Back to search results | Listed in category:   eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Lighting & Indicators  >  Headlight Assemblies          ✉ f 𝕏 🅟  | Add to Watchlist

ⓘ  Check if this part fits your vehicle    Contact the seller



### Motorcycle LED Headlight Assembly DRL Light Fit for KTM 1090 and 1190

**Condition:** New

**Quantity:** 1          6 available / 1 sold

**Price:** US $355.66          **Buy It Now**

$30 for 12 months with PayPal Credit*          **Add to cart**

                                             ♡ Add to Watchlist

| Longtime member | 9 watchers |

**Shipping:** $43.00 Other Shipping | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Changzhou, China
Ships to: United States, Europe, Asia, Canada, Australia, Mexico. See exclusions

**Delivery:** Varies
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal  VISA  🔲  💳  DISCOVER

*PayPal* CREDIT
*$30 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

**Returns:** Seller does not accept returns | See details

#### Shop with confidence

🅱 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
powstar83 (525 ★)
96.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?    Sell now

---

### Similar sponsored items 1/2                                                    Feedback on our suggestions

     

| For KTM 1050 1090 1190 1290 ADV 2015-18 Motorcycle... | Motorcycle LED Headlight DRL Assembly For KTM 105... | LED DRL Headlight Assembly Day Running Lig... | Led Headlight Motorcycle Running Light DRL IP67 for... | Orange 6000K LED Enduro Head Light For KTM EXC... | Motorcycle Front Light Headlight LED For KTM KT... |
| **$449.77** | **$437.28** | **$217.10** | **$465.15** | **$75.67** | **$74.86** |
| Free shipping | Free shipping | $229.10 | Free shipping | $80.50 | $80.50 |
| Seller 99.8% positive | Seller 99% positive | + $1.70 shipping | New | + $1.44 shipping | + $1.40 shipping |
|  |  | New |  | New | New |

---

### Related sponsored items 1/2                                                   Feedback on our suggestions

      

| Motorcycle LED Headlight w/ DRL Assembly KTM 109... | Led Headlight Motorcycle Running Light DRL IP67 for... | For KTM 1090/1190/1050/1290... | LED Headlight DRL Assembly For KTM... | LED Headlight Daylight Running Light (DRL) For KT... | Hi/Low LED Headlight w/DRL Assembly For KT... |
| **$465.10** | **$465.15** | **$465.16** | **$465.16** | **$465.10** | **$445.10** |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | $465.10 |
|  |  |  |  |  | Free shipping |

Feedback ☑



Description | **Shipping and payments**          Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Changzhou, China**

Shipping to: United States, Europe, Asia, Canada, Australia, Mexico

Excludes: Saudi Arabia, Puerto Rico, Guam

Quantity: 1    Change country: United States      ZIP Code: 60106   Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $43.00 | US $30.00 | United States | Other Shipping (DHL Global Mail Parcel Direct) | Varies |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Taxes |
|---|

Taxes may be applicable at checkout. Learn more

### Payment details

| Payment methods |
|---|

PayPal VISA MasterCard American Express Discover

**PayPal CREDIT**

**Special financing available**

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views

Feedback on our suggestions


For KTM 1090/1190/1050/1290...
$465.16
Free shipping
New


Motorcycle LED Headlight w/ DRL Assembly KTM 109...
$465.10
Free shipping
New


White LED Motorcycle Headlight Front Light For...
$59.98
+ $1.59 shipping
New


For KTM Duke 690 690R 2012-2019 LED Headlight...
$229.17
+ $1.77 shipping
New


Front Head Lamp Headlight LED DRL Assembly For KT...
$207.76
~~$223.28~~
Free shipping
New


Black LED Headlight Kit DRL Lamp Replacement For 13-...
$219.10
~~$229.10~~
+ $1.70 shipping
New

---

### Explore more sponsored options: Brand



**Yamaha**

Enduro Headlight Head Light Fairing For Yamaha...
$25.29
~~$31.99~~
+ $10.15 shipping
Popular

LED Enduro Headlight Head Light Fairing For...
$22.32
~~$24.00~~
+ $7.90 shipping



**MOSOKOYO**    More

For KTM LED E8 Headlight Enduro Dual Sport Head...
$85.92
~~$91.40~~
+ $1.60 shipping

Supermoto Enduro Headlight Fairing For...
$28.36
~~$30.17~~
+ $8.96 shipping



**Honda**

Enduro MX Dual Sport LED Head Light For KTM...
$79.52
~~$85.50~~
+ $1.60 shipping

Feedback



# Feedback profile

**Powstar83** (521 ★) · 

Positive Feedback (last 12 months): 96.5% 

Member since: Jun-23-17 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

eBay MONEY BACK GUARANTEE

### Member Quick Links
Contact member
View items for sale
View seller's Store

## Feedback ratings

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 26 | 100 | 176 |
| ⚫ Neutral | 0 | 0 | 0 |
| ➖ Negative | 0 | 2 | 6 |

## Detailed seller ratings

Average for the last 12 months

Accurate description
★★★★★ (159)

Reasonable shipping cost
★★★★★ (167)

Shipping speed
★★★★★ (162)

Communication
★★★★★ (157)

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

6 Feedback received (viewing 1-6)                                          Revised Feedback: 0 

Search Feedback received as seller with an item title or ID: 

e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (6)          Period: 12 Months



| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Do not buy from this seller. Sent wrong item and expects me to ship item back!**<br>Right Driver Headlight for Can Am Maverick X3 Max X3 R Turbo DPS 2017-18(In US)<br>(#153703672306) | Buyer: k***d (411 ★)<br>US $95.08 | Past 6 months<br>Reciprocal feedback |
| ➖ **Was canceled for a flimsy reason**<br>LED Scheinwerfer with DRL for BMW 04-12 R1200GS/R1200GS ADV (#153724291374) | Buyer: I***I (928 ★)<br>EUR 260.00 | Past 6 months<br>Reciprocal feedback |
| ℹ️ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Description indicates center caps will fit 07-17 RZR but they do not fit a RZR**<br>【Black】4pcs Wheel Center Caps Compatible with Polaris Ranger RZR Sportsman 07-17<br>(#153542138265) | Buyer: h***c (106 ★)<br>US $33.99 | Past year<br>Reciprocal feedback |
| ➖ **it took over a month for the package to arrive and the item was also broken**<br>Pair Front Side Signature Light for Can-Am Maverick X3/X3 Max R/X3 R (#153703556142) | Buyer: 7***a (23 ★)<br>US $81.00 | Past year<br>Reciprocal feedback |
| ➖ **DO NOT BUY this is a scam DO NOT BUY goods will not arrive**<br>LED Headlight Assembly Replacement DRL HI/LOW for bmw R1200GS / Adv 2004-2012<br>(#153499119712) | Buyer: J***6 (19 ★)<br>US $6.00 | Past year<br>Reciprocal feedback |
| ➖ **No communication will not recommend buying from him**<br>LED Headlight Assembly Replacement DRL HI/LOW for bmw R1200GS / Adv 2004-2012<br>(#153499119712) | Buyer: a***r (962 ★)<br>US $6.00 | Past year<br>Reciprocal feedback |

Page 1 of 1                          ←  | 1 |  →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice





Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

Shop by category ⌄    Search for anything    All Categories ⌄    **Search**    Advanced

powstar83 (521 ★)
96.5% positive feedback

🔖 Save

🏷 Items for sale    Visit store    ✉ Contact

Based in China, powstar83 has been an eBay member since Jun 23, 2017

**Feedback ratings** ⓘ                                                    See all feedback

★★★★★ 159    Item as described
★★★★★ 157    Communication
★★★★★ 162    Shipping time
★★★★★ 167    Shipping charges

➕ 176    ⊖ 0    ⊖ 6
Positive    Neutral    Negative

Feedback from the last 12 months

➕ Super fast shipping,great product highly recommend.
Oct 12, 2020

● ○ ○ ○ ○

**18** Followers | **0** Reviews | Member since: **Jun 23, 2017** | 📍 China

## Items for sale(127)

See all items


2pc Truck Trail...
US $19.99    4h left


LED HEADLIGHT F...
US $235.00    1d left


Left&Right Blac...
US $23.00    1d left


Black Motorcycl...
US $39.89    1d left


1piece Windshie...
US $55.99    1d left




About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search this Store | This Store | Search | Advanced

eBay > eBay Stores > powstar83

Motor Parts ATV/UTV Parts

# powstar83

18 followers | powstar83 (521 ★) 96.5%

Welcome to my ebay store.We have warehouse in USA/United Kingdom/Canada,will ship the order within 1 business day,any question please contact me,thank yo

Save this seller

**Category**

**All**

eBay Motors

- Parts & Accessories

Business & Industrial

- Electrical Equipment & Supplies
- Industrial Automation & Motion Controls

**Condition** see all

- New

**Price**

- Under $35.00
- $35.00 to $150.00
- Over $150.00

$ - $

**Buying Format** see all

- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

**Delivery Options** see all

- Free Shipping
- Free In-store Pickup

**Show only** see all

- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Verified

**More refinements...**

All Listings | Auction | Buy It Now — Best Match

1-48 of 164 Results

Motorcycle LED Headlight Assembly DRL Light Fit for KTM 1090 and 1190
$355.66
$35.00 shipping
8 watching
From China
Brand: KTM

EMARK LED Front Headlight Assembly Replacement for Vespa GTS300(Chrome)
$188.00
$13.00 shipping
From China

BLK LED Headlight Assembly with DRL Turn Signal For KTM Duke 390 2013-2016
$200.00
$22.00 shipping
32 watching
From China
Brand: KTM

Black LED Headlight Assembly Replacement for Vespa GTS300
$198.00
$16.00 shipping
From China
Brand: Vespa

Headlight Guard Fit for Ducati Scrambler 800 2015-2018
$49.00
$8.00 shipping
5 watching
From China
Brand: Ducati

LED 100W Headlight Assembly Fits for Ducati Monster 821 1200
$330.89
$15.00 shipping
12 watching
From China

Black LED Headlight Assembly Replacement with Hi Low for Vespa GTS300
$178.00
$16.00 shipping
14 watching
From China

LED Headlight Angel Eye DRL For BMW 2005-2013 R1200GS / Adventure
$239.86
$40.00 shipping
12 watching
Brand: BMW

Motorcycle LED Front Headlight Assembly Fit For YAMAHA ZY125T JOG
$370.00
$35.00 shipping
From China
Brand: Yamaha

LED Headlight Assembly High/Low Beam Lamp for Ducati Scrambler 2016-2018
★★★★★ 1 product rating
$160.00
$15.00 shipping
17 watching
From China

LED Headlight Fit For Suzuki V-strom DL250

$150.00
$8.00 shipping

From China
Brand: Suzuki

---



Pair Black LED Rear Tail Light Brake Lights for 18-19 Polaris RZR 1000 XP TURBO

$82.66
$10.00 shipping

From China
Brand: Polaris

---



Pair Rear Side View Mirror+Turn signal for Can-am Maverick X3 Max

$66.00
$15.00 shipping

From China

---



Pair LED Headlight Assembly Replacement with Angel eye Fit for BMW S1000XR

$650.00
$60.00 shipping
5 watching

From China

---



Pair New Style Side Signature Light with Yellow Flash for Can-Am Maverick X3

$91.00
$15.00 shipping

From China
Brand: Can-Am

---



Motor New LED Headlight For Kawasaki Vulcan 650S EN650 2015 2016 2017 2018

$350.00
$25.00 shipping

From China
Brand: Kawasaki

---



Black LED Rear Lamp Taillights For Vespa Sprint Primavera 50 125 150 2013-2018

$73.99
$8.00 shipping
4 watching

From China
Brand: Vespa

---



Motorcycle Front Fender Fit for BMW K1600 GTL

$25.00
$7.90 shipping

From China
Brand: BMW

---



For Victory Cross Country LED Headlight Black LED Head Light Replacement

$75.00
$8.00 shipping

From China
Brand: Victory

---



LED Auxiliary Fog Light Guards Protector Harness Fit for BMW R1200GS/F800GS

$70.00
$12.00 shipping

From China
Brand: BMW

---



2Pcs Red Lamp Housing of Rear Tail Light for 11-18 Can Am Maverick Outlander Max

$49.98
$10.00 shipping

From China
Brand: Can-Am

---



Pair Car LED Fog Light Angel eye For BMW Mini Cooper R55 R56 R57 R58 R59 R60

$155.00
$23.00 shipping
9 watching

From China
Brand: BMW

---



7 inches LED Headlight for Honda Hornet 250 600 900 VTR250 CB400 CB500 CB1300

$129.88
$12.00 shipping

From China

---



【Orang】4pcs Wheel Center Caps Compatible with Polaris Ranger RZR Sportsman 07-17

$33.99
$10.00 shipping
4 watching

From China
Brand: Polaris

---

2.2KW 24000rpm Air-cooled Spindle Motor ER20 Square For CNC Router



$289.22
$60.89 shipping
5 watching

From Canada



LED Headlight High Low Beam with DRL for Polaris 2020 RZR PRO XP 1000

$250.00
$50.00 shipping

From China
Brand: Polaris



【Blue】Pair LED Headlight Angel eye for Polaris RZR XP 1000 XP 4 1000 2014-2018

$165.00
$30.00 shipping

From China
Brand: Polaris



1Pc Black Dash Box for Polaris 2014-2015 RZR 1000 XP XP 4 2635161

$52.00
$10.00 shipping

From China
Brand: Polaris



Motor LED Headlight Assembly Fits 2015-2018 BMW S1000RR

$590.00
$70.00 shipping
4 watching

From China
Brand: BMW



Black Rear Receiver Hitch for Can-Am Maverick X3

$30.66
$10.00 shipping

From China
Brand: Can-Am



2pcs 60W Auxiliary Light for BMW R1200GS F800GS HONDA(In US)

$62.00
$51.00 shipping

Brand: Honda



Motorcycle Front Beak Fender Extension Fit for For BMW S1000XR

$33.00
$7.80 shipping

From China
Brand: BMW



Front Bracket For LED Driving Lights for BMW Motorcycle R 1200 GS LC Adventure

$50.96
$13.00 shipping

From China



Front Beak Fender Extension Fit for BMW G310 GS Motorcycle 2017 2018

$35.98
$7.80 shipping

From China
Brand: BMW



Pack 2 Chrome Headlight Replacement for Mercedes-Benz G-Class Kit Benz G500

$498.89
$100.00 shipping

From China



LED HEADLIGHT Fits BMW 2018 G310GS 2016-2018 G310R

$235.00
$13.00 shipping

From China
Brand: BMW



1piece Windshield for BMW G310GS 2017 2018

$55.99
$12.00 shipping

From China
Brand: BMW



Left&Right Black Door Latches for Can-Am Maverick X3 X3 Max 2 Door 4 Door

$23.00
$10.00 shipping

From China
Brand: Can-Am

For Honda NC700 Motorcycle Handguard Hand Protection Guard Heighten Windproof



Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category KTM All Categories Search Advanced

Items for sale from powstar83 (521) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors

Motorcycle Headlight Assemblies

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (4)

**Price**

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

powstar83 (521)

Feedback rating: 521
Positive Feedback: 96.5%
Member since Jun-23-17 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now Sort: Best Match View:

4 results for KTM Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

0 matching results

Find Results

BLK LED Headlight Assembly with DRL Turn Signal For KTM Duke 390 2013-2016 (Fits: KTM)

Brand New

**$200.00** From China
Buy It Now Brand: KTM
**Free Shipping**
**32 Watching**
Watch

Black LED Headlight for 2014-2018 KTM 150 200 300 XCW 350 500 EXC 250 XCF (Fits: KTM)

Brand New

**$190.00** Brand: KTM
Buy It Now
**Free Shipping**
**57 Watching**
Watch

LED Headlight with Angel eyes for KTM Duke 690 2012 2013 2014 2015(In US) (Fits: KTM)

Brand New

**$200.00** Brand: KTM
Buy It Now
**Free Shipping**
**28 Watching**
Watch

Motorcycle LED Headlight Assembly DRL Light Fit for KTM 1090 and 1190

Brand New

**$355.66** From China
Buy It Now Brand: KTM
+$43.00 shipping
**8 Watching**
Watch

Tell us what you think

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

*Learn about pricing

This page was last updated: Oct-14 21:46. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

10/20/2020

 **Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
$35.29 for 12 months.
Apply now. See terms

○ Other: Card payment by phone/in-person ⌄

**Ship to**

▮▮▮▮
1001 Foster Ave
Bensenville, IL 60106-1445
United States
▮▮▮▮

Change

**Review item and shipping**

Seller: powstar83 | Message to seller



Motorcycle LED Headlight Assembly DRL Light Fit for KTM 1090 and 1190
**$355.66**
Quantity 1

**Delivery**
DHL Global Mail Parcel Direct
**$43.00**

---

| | |
|---|---|
| Subtotal (1 item) | $355.66 |
| Shipping | $43.00 |
| Tax* | $24.92 |

**Order total**        **$423.58**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

**Select a payment option**

 MONEY BACK GUARANTEE
See details

---

### Gift cards, coupons, eBay Bucks

Enter code: _____  Apply

### Donate to charity (optional) ⓘ
North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount   None ⌄

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

< | Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies    ✉ f 𝕏 P | Add to Watchlist

✅ This fits a KTM    | Select Year |




     

💲 Have one to sell?    **Sell now**

### BLK LED Headlight Assembly with DRL Turn Signal For KTM Duke 390 2013-2016

🔥 1 viewed per hour

Condition: New

Compatibility    See compatible vehicles

Quantity: [ 1 ]    5 available / 3 sold

Price: **US $200.00**
No Interest if paid in full in 6 mo on $99+*

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

**Free shipping** | 32 watchers | Longtime member

Shipping:    FREE  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Changzhou, China
Ships to: United States, Europe, Asia, Canada, Australia, Mexico
See exclusions

Delivery:    ▶ Estimated between **Wed. Nov. 4 and Tue. Nov. 24**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal VISA 💳 💳 DISCOVER

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    Seller does not accept returns | See details



**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
powstar83 (521 ⭐)
96.5% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2                                          Feedback on our suggestions

| LED Headlight DRL Turn Signal Light Headlamp For... | Fit For KTM Duke 390 Head Light Assembly 2013 to 201... | For KTM Duke 125 / 200 / 250 / 390 Motorcycle... | Motorcycle LED E9 Headlight W/DRL Turn... | For KTM Duke 125 200 250 390 Dual Sport LED... | E8 Emark LED Headlight For KTM Husqvarna EXC XCF... |
|---|---|---|---|---|---|
| $239.70 | $106.53 | $252.57 | $236.09 | $239.70 | $60.15 |
| $251.70 | + $40.00 shipping | + $6.77 shipping | $246.47 | $251.70 | $63.99 |
| + $2.00 shipping | Seller 99.7% positive | New | Free shipping | + $2.00 shipping | + $0.98 shipping |
| Seller 99.1% positive | | | Seller 99.6% positive | New | New |

---

### Related sponsored items 1/2                                          Feedback on our suggestions
















Check if this part fits your vehicle   Contact the seller

# Headlight Headlamp For KTM EXC XCW EXCF SX-F 125-500 2017 2018 Motorcycle

Condition: New

Quantity: 1   More than 10 available

Price: **US $33.28**

Buy It Now

Add to cart

Add to Watchlist

1-year accident protection plan from SquareTrade - $5.99

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Thu. Nov. 5 and Wed. Nov. 25
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Have one to sell? Sell now

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

prepareforyou (8120 ★)
99.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Universal Motorcycle Headlight Head Lamp for...
$25.44
Free shipping
New

Plastic Headlight Head Light Lamp StreetFighter For KT...
$29.60
Free shipping
Almost gone

New Orange Headlight Head Light Lamp...
$27.77
Free shipping
Almost gone

Motorcycle Front Light Headlight LED For KTM KT...
$74.86
~~$80.50~~
Free shipping
New

E8 Emark LED Headlight For KTM Husqvarna EXC XCF...
$60.15
~~$63.99~~
Free shipping
New

Motorcycle Universal Headlight Head Lamp Ligh...
$25.00
Free shipping
Seller 99.3% positive

## Related sponsored items 1/2

Feedback on our suggestions

Feedback

12V Motorcycle Headlight Headlamp For KTM EXC...

$33.11
$36.79
Free shipping

White Headlight 3M Decal HeadLamp Light For KTM...

$33.29
$35.80
+ $3.50 shipping

Universal Headlights Headlamp Street For KTM...

$23.50
Free shipping
Almost gone

12V 35W Headlight Lamp For KTM EXC XCW EXCF SX-F...

$31.90
$33.94
Free shipping

Universal Headlights Headlamp Street For KTM...

$23.50
Free shipping
Almost gone

WHITE KTM HEADLIGHT 2017-2021 E MARKED...

$76.92
+ $15.63 shipping

---

**Description**     Shipping and payments          **Report item**

Seller assumes all responsibility for this listing.

Last updated on   Sep 23, 2020 01:48:41 PDT   View all revisions

eBay item number:   123660350227

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Type: | Headlight Head Lamp | Manufacturer Part Number: | Does not apply |
| Color: | Black | Warranty: | Yes |
| Material: | Polypropylene | Country/Region of Manufacture: | China |
| Bulb Type: | S2, 12V, 35W | UPC: | Does not apply |

**Headlight Headlamp For KTM EXC XCW EXCF SX-F 125 250 300 450 500 2017 2018 Motorcycle**





**Bulb Type:S2, 12V, 35W**











Product Description

## Friendly Tips

Please compare our products with your motorcycle or previous parts you have seriously in SIZE, MODEL and other aspects before purchase.

• Condition: brand new

• Color: as shown in the picture

• Package included: 1pc

• Fitment: Headlight Headlamp For KTM EXC XCW EXCF SX-F 125 250 300 450 500 2017 2018 Motorcycle

Package Includes:
1 headlight and 4 rubber straps
Instructions not included

Payment

• We accept payment via PAYPAL ONLY.

• Payment should be completed within 7 days after placing an order; otherwise, the order will be canceled or we will open a dispute. Please be responsible for every purchase.

Delivery details

• We can only ship to the confirmed eBay address, please make sure it is the same as the address you want to ship before purchase or check out.

• We will ship the item within 1 business day once payment has been cleared in Paypal. The item will be sent from China by China Post Air Mail. If you prefer other express shipping service, please contact us.

• Please understand that the following is only the estimated arrival time, as it may delay due to strike, severe weather, custom reasons or peak seasons (Christmas / New Year Holidays). Please place an order only if you agree with the shipping time.

Average shipping time:

| | Country | Shipping Time |
|---|---|---|
| China Post Air Mail | United States | About 20-25 business days |
| | Europe/New Zealand | About 25-35 business days |
| | Other countries | About 35-50 business days |

Terms of sales



• 30 days' warranty for all items.

• The item must be returned in NEW condition and with all the original manufacturer packaging. And you must provide us with the tracking number, specific reason for the return and your eBay ID. Item must not have any signs of abuse or intentional damage.

• The buyer is responsible for return shipping costs unless the item is incorrect or defective.

## About us

• We have been in business for many years and offer a broad selection of parts, accessories for motorcycle.

• We sell many different parts, including our own at the lowest price possible for our customers.

• All of our products are new and high quality and include all of the factory included accessories, including a full manufacturer's warranty.

• We promise to our customers is to Always be Fair & Always Guarantee your 100% Satisfaction. You have Our Word On it !!!

## Contact us

• Please give us a positive feedback if you are satisfied with our goods and service. We will leave POSITIVE feedback after receiving the payment.

• If you are not satisfied with your goods, feel free to contact us. We will solve it in time. We highly appreciate that you can contact us before you leaving negative feedback or neutral feedback (or open case), it is never a good way to solve the problem. We will solve the problem as soon as possible.

## Your satisfaction is our honor!!

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

| Dirt Rocket Bike XLR Charging Port Socket For MX500 MX650 Razor EcoSmart Metro | Gear Shifter Lever Blue For Chinese Pit Dirt Bike TTR XR50 CRF50 KLX110 50-125cc | Gas Fuel Petcock Switch For KTM Husaberg Husqvarna Acerbis 0001 203 204423-0997 | Clutch Lever Perch For KLX TTR CRF XR 50 70 110 125 140 150cc SSR Pit Dirt Bike | Rear Brake Master Cylinder Pump For 110cc 125cc 140cc YCF Pitster SSR Thumpstar | Carburetor Rebuild Repai 26mm VM22 Mikuni Carb ike |
|---|---|---|---|---|---|
| 7.02 USD | 9.25 USD | 21.22 USD | 7.06 USD | 12.50 USD | 6.60 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

powered by
PushAuction

## Sponsored items based on your recent views 1/4

Feedback on our suggestions



Feedback




**Headlight Lamp Beam For KTM 690 SMC-R Enduro R...**
$25.18
~~$26.79~~
+ $7.44 shipping
New



**LED Headlight Black For KTM EXC XCF XCW TE TC ...**
$60.24
~~$64.00~~
Free shipping
New



**Motorcycle Headlight Headlamp for KTM EXC...**
$31.75
Free shipping
New



**White LED Motorcycle Headlight Front Light For...**
$59.98
Free shipping
New



**12V Motorcycle Headlight Headlamp For KTM EXC...**
$33.11
Free shipping
Seller 99.1% positive



**Headlamp Headlight Assembly For KTM 125 250...**
$26.39
~~$29.99~~
+ $3.99 shipping
Seller 99.1% positive

## Explore more sponsored options:



**For KTM LED Headlight Kit Enduro EXC XC XCF XC-W...**
$86.34
~~$91.85~~
Free shipping



**LED Headlight For KTM Enduro Models EXC XCF...**
$61.92
Free shipping



**For KTM EXC XC MXC 250 450 520 530 Dirt Bike...**
$36.26
~~$38.99~~
+ $3.50 shipping



**Universal Motorcycle Headlight Head Lamp for...**
$25.44
Free shipping



**Motocross Bike E8 LED Headlight For KTM EXC...**
$76.50
Free shipping



**Motorcycle Headlight Front Light For Enduro Motocros...**
$20.67
~~$21.99~~
Free shipping

## More from this seller 1/2

Feedback on our suggestions



**Motorcycle Headlight 12V For KTM EXC XCF SX F SM...**
$33.28
+ shipping




**Headlight Headlamp For KTM EXC XCF EXC F W SX...**
$33.28
+ shipping




**Black Motorcycle Headlight For KTM R SX EXC XC XCF...**
$26.73
+ shipping



**Headlight Head Lamp For KTM Suzuki DRZ RM 125 25...**
$26.73
+ shipping



**Motorcycle Large Round Carb Main Jets #105-110-...**
$7.59
+ shipping



**Motorcycle Chain Slider Guard For Honda CRF250...**
$10.28
+ shipping

Back to home page                                    Return to top

**More to explore :**  Motorcycle Headlight Assemblies for 2018 KTM 125,   KTM EXC Motorcycles,   Motorcycle Headlight Assemblies for 2017 KTM 500,   Motorcycle Headlight Assemblies for KTM 125,   KTM EXC ,   Motorcycle Frames for 2018 KTM 125,   Unbranded Motorcycle Headlight Assemblies for KTM 125,   Motorcycle Headlight Assemblies for KTM SX SR,   Other Motorcycle Parts for 2018 KTM 125,   Motorcycle Headlight Assemblies for KTM 500

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED

Feedback 



Hi ▮▮▮ | ✔    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄    🔔 2    🛒

eBay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

< Back to home page | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Lighting & Indicators  >  Headlight Assemblies              ✉ f 🐦 📌 | Add to Watchlist

ⓘ  Check if this part fits your vehicle    **Contact the seller**



$ Have one to sell?   **Sell now**

### Headlight Headlamp For KTM EXC XCW EXCF SX-F 125-500 2017 2018 Motorcycle

Condition: **New**

Quantity: 1    More than 10 available

Price: **US $33.28**    **Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ **1-year accident protection plan** from SquareTrade - $5.99

**Free shipping**    30-day returns    Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China, China
Ships to: Worldwide    See exclusions

Delivery: 📦 Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
preparaforyou (8120 ⭐)
99.9% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

### Similar sponsored items 1/2                                      Feedback on our suggestions



| Universal Motorcycle Headlight Head Lamp for... | Plastic Headlight Head Light Lamp StreetFighter For KTM... | New Orange Headlight Head Light Lamp... | Motorcycle Front Light Headlight LED For KTM... | E8 Emark LED Headlight For KTM Husqvarna EXC XCF... | Motorcycle Universal Headlight Head Lamp Light... |
|---|---|---|---|---|---|
| $25.44 | $29.60 | $27.77 | $74.86 $80.50 | $60.15 $63.99 | $25.00 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | Almost gone | Almost gone | New | New | Seller 99.3% positive |

---

### Related sponsored items 1/2                                      Feedback on our suggestions



Feedback 📝








| 12V Motorcycle Headlight Headlamp For KTM EXC... | White Headlight 3M Decal HeadLamp Light For KTM... | Universal Headlights Headlamp Street For KTM... | 12V 35W Headlight Lamp For KTM EXC XCW EXCF SX-F... | Universal Headlights Headlamp Street For KTM... | WHITE KTM HEADLIGHT 2017-2021 E MARKED... |
|---|---|---|---|---|---|
| $33.11 | $33.29 | $23.50 | $31.90 | $23.50 | $76.92 |
| $36.79 | $35.80 | Free shipping | $33.94 | Free shipping | + $15.63 shipping |
| Free shipping | + $3.50 shipping | Almost gone | Free shipping | Almost gone | |

---

**Description** | **Shipping and payments**        Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: China, China

Shipping to: Worldwide

Excludes: Africa, South America, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Philippines, Taiwan, Vietnam, Bermuda, Greenland, Saint Pierre and Miquelon, Albania, Andorra, Bosnia and Herzegovina, Gibraltar, Guernsey, Iceland, Jersey, Liechtenstein, Macedonia, Moldova, Monaco, Montenegro, San Marino, Serbia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, UzbekistanTurkmenistan, UzbekistanTurkmenistan, Uzbekistan

Quantity: 1    Change country: United States ▾      ZIP Code: 60106   **Get Rates**

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 5 and Wed. Nov. 25** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

---

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

---

### Payment details

Payment methods

PayPal VISA MasterCard American Express Discover

**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views  1/4      Feedback on our suggestions

‹                 Feedback         ›





Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 2

Shop by category Search for anything All Categories Search Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

MONEY BACK GUARANTEE

prepareforyou (8120 ★ )

**Positive Feedback (last 12 months): 99.9%**

Member since: Jul-09-14 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**

Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 105 | 760 | 1215 |
| Neutral | 0 | 0 | 4 |
| Negative | 0 | 1 | 1 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description (1022) | Reasonable shipping cost (1066) |
| Shipping speed (1018) | Communication (1056) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1) Revised Feedback: 7

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **It costs more to return item than i actually paid it looks like a loss in mony** Gas Fuel Tank For Chinese 47 49cc 2 Stroke Apollo KXD Mini Dirt Bike Motorcycle (#123090576749) | Buyer: i***m (93★) GBP 8.94 | Past 6 months Reciprocal feedback |

**Page 1 of 1** ← 1 →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

10/16/2020

eBay

Hi ▮ | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist ⌄ | My eBay ⌄ | 🔔² | 🛒

ebay | Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced



**prepareforyou** (8120★)
99.9% positive feedback

🖤 Save

⚲ Items for sale   🏬 Visit store   ✉ Contact

Based in China, prepareforyou has been an eBay member since Jul 09, 2014

### Feedback ratings ⓘ

| | | | |
|---|---|---|---|
| ★★★★★ | 1,022 | Item as described | |
| ★★★★★ | 1,056 | Communication | |
| ★★★★★ | 1,018 | Shipping time | |
| ★★★★★ | 1,066 | Shipping charges | |

| | |
|---|---|
| ➕ 1,215 | Positive |
| ➖ 4 | Neutral |
| ➖ 1 | Negative |

Feedback from the last 12 months

See all feedback

➕ very good thanks!!
Oct 12, 2020

● ○ ○ ○ ○

223 Followers | 0 Reviews | Member since: **Jul 09, 2014** | ⚲ China

## Items for sale (2644)

See all items



**Over-all length : 720mm**

Motorcycle Chok...
US $6.56          30m left



Pit Dirt Bike F...
US $5.99          3h left



Alloy Clutch wi...
US $9.43          57m left



Folding Gear Sh...
US $10.58         2h left



**Overall Length: 1200 mm**

Throttle Cable ...
US $2.49          3h left

About eBay | Announcements | Community | Security Center | Resolution Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED





 # prepareforyou

223 followers | prepareforyou (8120 ★) 99.9%

Save this seller

**Category**

**All**

- Pit Dit Bike Parts
- ATV Quad Bike Parts
- Mini Moto Parts
- Scooter Parts
- Tools
- YX Engine Parts
- Generator Parts
- Monkey Bike Parts
- Garden Machine Parts

**Condition** see all

- New

**Price**

- Under $8.00
- $8.00 to $15.00
- Over $15.00

$ - $

**Buying Format** see all

- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

- Default
- Within

100 mile of 60106

- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free Shipping
- Free In-store Pickup

**Show only** see all

- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Verified

**More refinements...**

## Featured Items

Carburetor Racing Carb Blue Air Filter For Motorized...
**$27.15**

Dirt Bike Red Hydraulic Clutch Lever Master Cylind...
**$34.87**

Search this Store | Search | Best Match

All Listings | Auction | Buy It Now

1-48 of 741 Results

Headlight Headlamp For KTM EXC XCW EXCF SX-F 125-500 2017 2018 Motorcycle
$33.28
Free shipping
From China

Motorcycle Headlight 12V For KTM EXC XCF SX F SMR Enduro Dirt Bike 2017 2018
$33.28
Free shipping
From China

Headlight Headlamp For KTM EXC XCF EXC F W SX SXF 125 250 300 450 500 530 Dirt
$33.28
Free shipping
From China

Handle Throttle Assembly For YAMAHA 2-Stroke YZ125 YZ250 1996 - 2017
$23.40
Free shipping
From China

CNC Aluminum Twist Throttle For Street Motorcycle Monkey Dirt Bike Moped Scooter
$11.62
Free shipping
From China

Black Motorcycle Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525
$26.73
Free shipping
From China

Rear Hydraulic Disc Brake Caliper For Gio Orion 125cc Dirt Bike Motorcycle
$31.10
Free shipping
From China

Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Motor Motorcycle

**$26.73**
$5.00 shipping

From China

 10x Oil Filter For YX 150cc 160cc Zongshen 190cc ZS190 Engines Pit Dirt Bike

**$24.58**
Free shipping

From China

 Front Brake Lever Master Cylinder W/Reservoir For Suzuki Yamaha Honda Kawasaki

**$32.14**
Free shipping

From China

 15mm Carburetor Air Filter Stack Intake For 33cc 43cc 49cc Goped Scooter EVO

**$24.50**
Free shipping
68 sold

From China

 Gold Oil Cooler For Chinese 125cc 140cc 150cc Pit Dirt Bike Trail Motorcycle

**$31.10**
Free shipping

From China

 Air Filter & Adapter Kit For 6.5 HP GX160 GX200 Go Kart Predator 212cc Mini Bike

**$29.95**
Free shipping

From China

 White Headlight For Honda XR CRF CR 50 70 80 100 150 200 250 450 Pit Dirt Bike

**$26.70**
Free shipping

From China

 Motorcycle Front Fork Triple Tree Steering Stem Nut Cover Cap For Dirt Pit Bike

**$5.03**
Free shipping

From China

 Carburetor For Toro 30102 30103 30111 Lawn Mower 56150 Lawn Tractor Carb

**$39.99**
Free shipping

From China

 Racing 27mm Intake Manifold Pipe For GY6 125cc 150cc Moped Scooter Go Kart Buggy

**$13.62**
Free shipping

From China

 Mikuni 28mm Carburetor For Yamaha Blaster 200 YFS200 1998 1999 2000 2001 2002

**$54.02**
Free shipping

From China

 12mm Tie Rod End For Go Kart 150 250 Kinroad Runmaster Blade SUNL Roketa Kandi

**$21.22**
Free shipping

From China

 Red CNC Aluminum Engine Timing Oil Filter Plugs For Honda TRX400EX TRX450R/ER

**$17.08**
Free shipping

From China

 1/4 Turn CNC Twist Throttle Cable For Honda CR 80 85 125 250 Dirt Bike Motocross

**$34.94**

From China



Free shipping



Motorcycle Carburetor Orginal Mikuni VM22 26mm Carb 125cc 140cc Pit Dirt Bike
$31.64
Free shipping

From China



Carburetor For Kohler XT675 XT650 Engine Toro Lawn Mower Carb 14 853 68-S
$18.11
Free shipping

From China



Pit Dirt bike Manifold Intake Pipe Gasket Set For 110 125 140cc Lifan YX Engine
$28.54
Free shipping
36 watching

From China



Go Kart Hydraulic Brake Master Cylinder For Hammerhead 6.000.076 150cc 250cc
$28.38
Free shipping

From China



Left Hand Choke PZ19 Carburetor 19mm For 50cc 70 90 110 125cc Dirt Bike ATV Quad
$16.03
Free shipping

From China



Rear Brake Caliper For CRF250R CRF250X CRF450R 2004-2017 CRF450X 2005-2017
$45.86
Free shipping

From China



1/4 Turn Twist Throttle Cable Fit Honda CRF100 CRF150 CRF 50 70 80 Pit Dirt Bike
$34.62
Free shipping

From China



Headlight Head Lamp For KTM Suzuki DRZ RM 125 250 400 Yamaha TTR WR XT Honda XR
$26.73
Free shipping

From China



Gear Shifter Shift Lever For Chinese 50cc 110cc 125cc 140cc 160cc Pit Dirt Bike
$10.32
Free shipping

From China



Alloy 50cc Clutch Pad For KTM50 JUNIOR SR KTM 50 50SX SX JR Pro Senior 2002-2008
$16.76
Free shipping

From China



13mm Blue CNC Kick Starter Lever For 50cc 110cc 125cc CRF50 KLX Pit Dirt Bike
$30.71
Free shipping

From China



Gear Shifter Shift Lever For 110 125 140 160cc SSR IMR YCF Apollo Pit Dirt Bike
$3.99
$5.00 shipping

0 bids
1d 8h
From China



Air Filter For Suzuki 1988-2001 Quadrunner 250 LTF250 2x4 & 1987-1993 4WD LT4WD
$8.72
Free shipping

From China

Pit Dirt Bike Alloy Foot Pegs For 50 90 110 125 140 150 160 cc XR50 CRF70 SDG



 Hi [redacted] (Sign in) Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **prepareforyou** (8120 ) | Save this seller | Show results from all sellers

Include description

## Categories

**eBay Motors**
- Other Motorcycle Parts
- Motorcycle Fairings & Bodywork
- Motorcycle Headlight Assemblies
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (19)

**Price**
$ to $

**Item Location** see all
- Default
- Within
100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

prepareforyou (8120 )
Feedback rating: 8,120
Positive Feedback: 99.9%
Member since Jul-09-14 in Hong Kong

Read feedback profile
Add to my favorite sellers

## Sponsored items for you

LED Headlight Black For KTM EXC XCF X...
**$60.24**
Buy It Now

All Listings | Auction | Buy It Now          Sort: Best Match   View:

19 results for **KTM**   Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106
Clear selections
**0** matching results
Find Results

Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Motor Motorcycle
Brand New
**$26.73**
Buy It Now
+$5.00 shipping
Watch
From China
Seller: prepareforyou (8,025) 99.9%
Item: 122018349228

M4x0.7mm Fork Air Bleeder Valves SX XC KTM EXC 125 150 200 250 300 350 400 450
Brand New
**$7.96**
Buy It Now
**Free Shipping**
Watch
From China
Seller: prepareforyou (8,027) 99.9%
Item: 122019147469

Headlight Headlamp For KTM EXC XCW EXCF SX-F 125-500 2017 2018 Motorcycle
Brand New
**$33.28**
Buy It Now
**Free Shipping**
Watch
From China
Seller: prepareforyou (8,042) 99.9%
Item: 123660350227

Fairing Fender Kits For KTM50 MTK50 MT50 KTM Adventure 50cc SX SR JR Dirt Bike
Brand New
**$34.33**
Buy It Now
**Free Shipping**
Watch
From China
Seller: prepareforyou (8,042) 99.9%
Item: 122509437561

Motorcycle Headlight 12V For KTM EXC XCF SX F SMR Enduro Dirt Bike 2017 2018
Brand New
**$33.28**
Buy It Now
**Free Shipping**
Watch
From China
Seller: prepareforyou (8,042) 99.9%
Item: 113661794005

Black Motorcycle Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ Add a credit or debit card

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms



**Ship to**
1001 Foster Ave
Bensenville, IL 60106-1445
United States
Change

**Review item and shipping**

Seller: prepareforyou | Message to seller

Headlight Headlamp For KTM EXC XCW EXCF SX-F 125-500 2017 2018 Motorcycle
**$33.28**

Quantity  1 ▾

**Delivery**
Est. delivery: Nov 5 – Nov 25
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____  Apply

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount  None ▾

| Subtotal (1 item) | $33.28 |
| Shipping | Free |
| Tax* | $2.08 |

**Order total** **$35.36**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi █████ (Sign in)   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔¹   🛒

eBay

Shop by category ⌄

Search for anything

All Categories ⌄

**Search**

Advanced

◁ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts

✉ f 𝕋 𝕡 | Add to Watchlist

ℹ Check if this part fits your vehicle    Contact the seller



Approx. Dimension: L: 33cm W: 32cm H: 9cm
The Light Bulb Type: S2, 12V, 35W

### Headlight For KTM R SX EXC XC XCF SXF 65 85 105 250 350 450 525 Motor Motorcycle

Condition:  New

Quantity:  [ 1 ]    More than 10 available / 5 sold

Price:  **US $26.73**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns**          Longtime member

Shipping:  **$5.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China, China
Ships to: Worldwide   See exclusions

Delivery:  ★ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  🔴🟠  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  30 day Buyer pays for return shipping | See details

#### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
**prepareforyou** (8120 ⭐)
99.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?  **Sell now**



**Similar sponsored items** 1/2                                    Feedback on our suggestions

For KTM 125-500 SX SXF EXC EXCF XC XCF XCFW...
**$25.99**
Free shipping
New

Rear Disc Rotor Brake Guard Cover Protector For KTM S...
~~$24.89~~ **$21.16**
Free shipping
New

Motorcycle Front Light Headlight Lamp Fit For KT...
~~$40.99~~ **$25.41**
+ $19.00 shipping
New

For KTM 125 250 350 450 530 SX EXC XCF SXF XC...
~~$4.65~~ **$4.19**
Free shipping
New

12V Motorcycle Headlight Cover LED Street Fit For...
~~$40.99~~ **$25.41**
+ $19.00 shipping
New

Lift Lifting Strap Handle Front and Rear For KTM 25...
~~$9.67~~ **$8.99**
+ $1.99 shipping
Seller 99.4% positive



**Related sponsored items** 1/2                                    Feedback on our suggestions

Feedback 🖊









Hi [redacted] (Sign in) Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies | Add to Watchlist

Check if this part fits your vehicle Contact the seller

# Motorcycle Headlight 12V For KTM EXC XCF SX F SMR Enduro Dirt Bike 2017 2018

Condition: New

Quantity: 1 More than 10 available / 5 sold

Price: US $33.28

Buy It Now

Add to cart

Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Thu. Nov. 5 and Wed. Nov. 25
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Have one to sell? Sell now

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

prepareforyou (8120 )
99.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Motorcycle Headlight Lamp For KTM Headlamp EXC X...
$26.96
~~$28.99~~
+ $4.50 shipping
New

Dirt Bike Enduro Headlight Headlamp Front Light...
$26.31
~~$27.99~~
+ $5.50 shipping
New

White Dirt Bike Motorcycle Enduro Headlight Lamp...
$32.10
~~$34.15~~
+ $8.01 shipping
New

12V Universal Enduro Motorcycle Headlight For...
$32.15
~~$34.20~~
+ $8.02 shipping
New

Motorcycle Dirt Bike Enduro Headlight Fairing For KTM...
$15.50
~~$16.67~~
+ $5.50 shipping
New

12V, 35W Motorcycle Headlight Headlamp For...
$22.51
~~$24.20~~
+ $6.50 shipping
New

## Related sponsored items 1/2

Feedback on our suggestions

Feedback

10/5/2020

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay

Shop by category ⌄    [Search for anything]    All Categories ⌄    **Search**    Advanced

Add to Watchlist

‹    Back to search results    |    Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Other Motorcycle Parts

### People who viewed this item also viewed



| | | | | |
|---|---|---|---|---|
| HELMET BAG Folding Motorcyc... $27.89 Free shipping | Universal Motorcycle Parts... $1.83 Free shipping | Brake Fluid Reservoir Sock... $7.00 + $3.99 shipping | 1 Pcs Black Universal... $0.99 + $1.15 shipping | Multifunctional Black Helmet Bag... $41.27 $45.85 Free shipping |

✓  This fits a KTM    [Select Year]

🔖 **SAVE UP TO 5% WHEN YOU BUY MORE**





$ Have one to sell?  **Sell now**

## Foldable Motorcycle Helmet Bag Large Capacity Backpack Fit For Outdoor Cycling



| Condition: | New |
|---|---|

Bulk savings:

| Buy 1 $15.20/ea | Buy 2 $14.74/ea | Buy 3 $14.59/ea |
|---|---|---|

Compatibility:  See compatible vehicles

Sale ends in:  04d 21h 47m

Quantity:  [ 1 ]    4 or more for $14.44/ea

More than 10 available

| Price: | US $15.20/ea | **Buy It Now** |
|---|---|---|
| | US $16.89 (10% off) ⓘ | **Add to cart** |

Best Offer:    **Make Offer**

♡ Add to Watchlist

**Free shipping and returns**    Longtime member

| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan \| See details |
|---|---|
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: CN, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | 🏷 Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ Please note the delivery estimate is **greater than 15 business days.** Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  MasterCard  American Express  Discover |
| | **PayPal CREDIT** Special financing available. \| See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | Free 60 day returns \| See details |

### Shop with confidence



**Top Rated Plus** Trusted seller, fast shipping, and easy returns. Learn more

**eBay Money Back Guarantee** Get the item you ordered or get your money back. Learn more

**Seller information** princessbba (7856 ⭐) 99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items



---

### Sponsored items from this seller  1/2

Feedback on our suggestions



‹



Feedback








| | | | | | |
|---|---|---|---|---|---|
| **Universal** | | | | **Black Aluminum** | **6.3in Waterproof** |
| PU Leather Motorcycle Saddle Bags Saddlebag... | Motorcycle ATV Handlebar Holder Mount Bag Case Fo... | 30mm PWK Colorful Aluminum Carburetor Cab... | Rear Left Motorcycle Saddlebag Saddle Bag Sid... | Black Aluminum Adjuster Chain Tensioner Bolt On... | Waterproof 6.3in Motorcycle Bike Handlebar Phone... |
| $64.70 | $14.30 | $38.60 | $37.70 | $25.10 | $14.30 |
| $71.89 | $15.89 | $42.89 | $41.89 | $27.89 | $15.89 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | Popular | | | |

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

eBay item number: **313213385912**

Seller assumes all responsibility for this listing.

Last updated on  Sep 12, 2020 01:14:02 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

Year   Make   Model   Submodel
-Select-  -Select-  -Select-  -Select-   [Go]

[show all compatible vehicles]

✓ This part is compatible with 313 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2010 | KTM | 50 | SX Mini |
| | 1999 | KTM | 50 | Mini Adventure |
| | 1999 | KTM | 50 | SX Pro JR |
| | 1999 | KTM | 50 | SX Pro SR |
| | 1996 | KTM | 50 | SX |
| | 1996 | KTM | 50 | SXR |
| | 1996 | KTM | 50 | SXR Pro Jr |
| | 1996 | KTM | 50 | SXR Pro Sr |
| | 1995 | KTM | 50 | SX |
| | 1995 | KTM | 50 | SXR |
| | 1999 | KTM | 50-3 | SX |
| | 1997 | KTM | 50-3 | SX |
| | 1995 | KTM | 50-3 | SX |
| | 1999 | KTM | 60 | SX |
| | 2010 | KTM | 65 | SX |
| | 2010 | KTM | 85 | SX 19/16 |
| | 1990 | KTM | 85 | MX |
| | 2010 | KTM | 105 | SX |
| | 2010 | KTM | 105 | XC |
| | 2010 | KTM | 125 | SX |

Page 1 of 16    ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by princessbba

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Type: | Helmet Bag |
| Name: | Portable Helmet Bag/Basketball Bag/Shoe bag | Manufacturer Part Number: | MT-009X1-C4 |
| Material: | nylon | Brand: | Unbranded |
| Packing: | PE bag (single pack) | Warranty: | 6 Month |
| Packing size: | about 15 * 6 * 6cm/5.90 * 2.36 * 2.36in | UPC: | Does not apply |

## Give you more choices!

| | | | |
|---|---|---|---|
| 10% off | 10% off | 10% off | 10% off |
| Blue 35mm Bent Angle Air Filter Cleaner For 50 110cc 125cc Pit Quad Di | Black Universal Motorcycle Scooter Folding Foot Pegs Rear Footrest Ped | 12V Motorcycle 7 Colors LCD Digital Speedometer Odometer Gauge Mete | Motorcycle Scooter 2in/5 1mm Black Pod Cone Air Filter Kit High Flow Filt |
| 13.73 USD | 19.15 USD | 24.82 USD | 20.60 USD |
| Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping |
| (https://www.ebay.com/itm/313004982673) | (https://www.ebay.com/itm/312548280414) | (https://www.ebay.com/itm/313078860401) | (https://www.ebay.com/itm/313165893057) |

Feedback

**Product Description**

# Helmet Bag 28L Motorcycle Backpack Splash-proof Riding Helmet Bag Outdoor Fitness Basketball Sneakers Bag Portable Backpack

**Features:**
1. Used for outdoor sports or cycling, 28L large capacity, can put basketball, helmet, shoes, glasses, headphones, water glasses, umbrellas and other items inside.
2. Encrypted nylon material, anti-fouling and easy care, strong and tear-resistant.
3. Integrated storage bag, light and easy to carry, only slap size after folding, can be easily put in the pocket.
4. Splash-proof, can keep the internal clothes dry for a short time in case of light rain when traveling.
5. Lightweight and spacious, ideal for day trips, vacations, travel, day hikes, schools, camping and shopping.

**Specification:**
Name: Portable Helmet Bag/Basketball Bag/Shoe bag
Material: nylon
Packing: PE bag (single pack)
Packing size: about 15 * 6 * 6cm/5.90 * 2.36 * 2.36in

**Packing List:**
1 * Portable Backpack











Feedback













| Payment | We accept payment by PayPal only ! |
| :-- | :-- |
| Returns | Payment should be completed within 5 days after buyer places the order,or else an unpaid case will be opened in order to cancel the transaction. If you can not pay in time, please contact us. |
| Contact Us | e-check from PayPal will only be processed once the payment clears. |
| Shipping | All of the items will be shipped to buyer's EBAY address,please confirm your address on Ebay before you buy.Your order will be usually shipped out the same or next business days once the payment is made and cleared. |

<div align="center">

Welcome to our Store ~

powered by
PushAuction

</div>

## Action is worse than heart!

| 10% off | 10% off | 10% off | 10% off |
| :-- | :-- | :-- | :-- |
| Motorcycle 7/8 Twist Thr ottle Handle Grips & Cab le Set For 50cc 150cc 25 | Black Metal Rear Shelf Refitted Box Tail Fin Lug gage Rack For M3/M5 M | Black 2.75inch/70mm Inl et Cold Air Intake Air Filt er with Adapter For Moto | 1Pcs Blue Universal Mot orcycle Pliers Repair Too l Brake Piston Removal |
| 19.70 USD | 62.00 USD | 20.60 USD | 30.11 USD |
| Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping |
| (https://www.ebay.com/itm/313013456952) | (http://www.ebay.com/itm/313016673713) | (https://www.ebay.com/itm/313018799474) | |



Feedback

## Sponsored items based on your recent views 1/3

Feedback on our suggestions










Oxford Cloth Motorcycle Bike Leg Thigh Bag Pouch...
**$24.82**
$27.58
Free shipping
Seller 99.2% positive

Waterproof Car Travel Drop Leg Bag Hip Thigh Pack...
**$24.82**
$27.58
Free shipping
Seller 99.2% positive

2X Orange Engine Oil Filter Cover Cap Fit For KTM DU...
**$28.89**
$33.99
Free shipping
New

HELMET BAG Folding Motorcycle Backpack...
**$27.89**
Free shipping
New

Pair Motorcycle Bikes Tailbox Handrail Box Rear...
**$57.79**
$67.99
Free shipping
New

2Pcs Powered Heated Gloves Electric Hands...
**$18.47**
$26.39
+ $8.00 shipping
New

## Explore more sponsored options: Brand

### Yamaha



YAMAHA RXZ RXZ135 RXZ-135 HANDLE UPPER COVE...
**$24.99**
+ $12.00 shipping
Last one

## More from this seller 1/2

Feedback on our suggestions








Waterproof Motorcycle Helmet Bag Big Capacity...
**$36.80**
$40.89
+ shipping

Motorcycle Multifunction Storage Backpack Helmet...
**$36.80**
$40.89
+ shipping

Black Canvas High Capacity Motorcycle Saddle Bag...
**$29.47**
$32.75
+ shipping

20L Motorcycle Rear Seat Bag Riding Shoulder...
**$51.20**
$56.89
+ shipping

Motorcycle Tail Luggage Rack Seat Extension Brack...
**$56.60**
$62.89
+ shipping

Motorcycle Carburetor Repair Kit For Bandit 400...
**$23.68**
$26.31
+ shipping

Back to search results                                                                    Return to top

More to explore : Motorcycle Helmet Bags Bags, Motorcycle Helmet & Visor Bags, Black Motorcycle Helmet Bags Bags, Bell Motorcycle Helmet Bags Bags, Unbranded Motorcycle Helmet Bags Bags, Motorcycle Helmets, Motorcycle Backpacks, Motorcycle Merchandise Backpacks, Air Bags for Honda Fit, Motorcycle Helmets with Bluetooth

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice





ebay    Shop by category ⌄    | Search for anything | All Categories ⌄ | Search |    Advanced

← Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Other Motorcycle Parts    ✉ f 🐦 P | Add to Watchlist

**People who viewed this item also viewed**

| HELMET BAG Folding Motorcyc... $27.89 Free shipping | Universal Motorcycle Parts... $1.83 Free shipping | Brake Fluid Reservoir Sock... $7.00 + $3.99 shipping | 1 Pcs Black Universal... $0.99 + $1.15 shipping | Multifunctional Black Helmet Bag... $41.27 ~~$45.85~~ Free shipping |

✓ This fits a KTM    | Select Year |

🔖 **SAVE UP TO 5% WHEN YOU BUY MORE**





$ Have one to sell?    | Sell now |

### Foldable Motorcycle Helmet Bag Large Capacity Backpack Fit For Outdoor Cycling

Condition:  **New**

Bulk savings:  | Buy 1 $15.20/ea | Buy 2 $14.74/ea | Buy 3 $14.59/ea |

Compatibility:  See compatible vehicles
Sale ends in:  04d 21h 47m
Quantity:  | 1 |  4 or more for $14.44/ea

More than 10 available

Price:  US **$15.20/ea**    | Buy It Now |
~~US $16.89~~ (10% off) ⓘ    | Add to cart |

Best Offer:    | Make Offer |
| ♡ Add to Watchlist |

**Free shipping and returns**    Longtime member

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and
additional charges. ⓘ
Item location: CN, China
Ships to: Worldwide    See exclusions

Delivery:  🚚 Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to
customs processing.

Payments:  PayPal  VISA  MasterCard  American Express  Discover  ⓘ

PayPal CREDIT
Special financing available.  |  See terms and apply now

Earn up to 5x points when you use your eBay
Mastercard. Learn more

Returns:  Free 60 day returns |  See details

**Shop with confidence**

💠 **Top Rated Plus**
Trusted seller, fast shipping, and
easy returns. Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get
your money back. Learn more

**Seller information**
princessbba (7856 ⭐)
99% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

**Sponsored items from this seller** 1/2    Feedback on our suggestions












PU Leather Motorcycle
Saddle Bags Saddlebag...
$64.70
$71.89
Free shipping

Motorcycle ATV Handlebar
Holder Mount Bag Case Fo...
$14.30
$15.89
Free shipping

30mm PWK Colorful
Aluminum Carburetor Cab...
$38.60
$42.89
Free shipping
Popular

Rear Left Motorcycle
Saddlebag Saddle Bag Sid...
$37.70
$41.89
Free shipping

Black Aluminum Adjuster
Chain Tensioner Bolt On...
$25.10
$27.89
Free shipping

Waterproof 6.3in Motorcycle
Bike Handlebar Phone...
$14.30
$15.89
Free shipping

---

| Description | **Shipping and payments** | | Report item |

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **CN, China**

Shipping to: Worldwide

Excludes: Africa, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, American Samoa, Cook Islands, Fiji, French Polynesia, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Laos, Macau, Philippines, Bermuda, Saint Pierre and Miquelon, Argentina, Bolivia, Chile, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Albania, Andorra, Bosnia and Herzegovina, Jersey, Liechtenstein, Macedonia, Moldova, Monaco, Montenegro, Serbia, Svalbard and Jan Mayen

Quantity: | 1 |      Change country: | United States |      ZIP Code: | 60440 |   Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Oct. 28 and Tue. Nov. 17** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 1 business day of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 60 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|





### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/3          Feedback on our suggestions


Feedback



Hi! Sign in or register    Daily Deals   Brand Outlet   Help & Contact                              Sell   Watchlist ⌄   My eBay ⌄   🔔  🛒

**ebay**   Shop by category ⌄   🔍 Search for anything   All Categories ⌄   **Search**   Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile





princessbba (7856 ★ )  📋  ⓘ

**Positive Feedback (last 12 months): 99%** ⓘ
Member since: Mar-23-17 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 108 | 668 | 1568 |
| ⊙ | Neutral | 0 | 5 | 21 |
| ➖ | Negative | 2 | 6 | 16 |

### Detailed seller ratings ⓘ



Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (1374) | ★★★★★ (1466) |
| **Shipping speed** | **Communication** |
| ★★★★★ (1373) | ★★★★★ (1407) |

---

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

16 Feedback received (viewing 1-16)                                                      Revised Feedback: 44 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

🔲 e.g. Vintage 1970's Gibson Guitars   🔍

Rating type: Negative (16) ⌄     Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **sidewall had crack, they said it was a puncture, refused to warrantee Stay away**<br>Touch 7" Car FM MP5 Player Stereo Radio Bluetooth Head Units For Apple Carplay (#312938031875) | Buyer: 3***e (436★)<br>US $69.08 | Past month<br>Reciprocal feedback |
| ➖ **The touch screen doesn't function, I can't which to radio or Bluetooth**<br>Double Din 10.1in Android 8.1 Car Stereo GPS Navi Radio WiFi OBD2 WIFI 1G+16G (#313127351449) | Buyer: e *** e  ( 19★)<br>US $174.86 | Past month<br>Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **IDIOT SENDS 3 INCH STICKERS WHEN I SAY 1.75 HIGH**<br>2PCS Universal Car Body Side Stripe Skirt Decal Sticker For Car Vinly Sticker (#312718458548) | Buyer: a***_ (116★)<br>US $19.03 | Past 6 months<br>Reciprocal feedback |
| ➖ **Fit poorly .. look cheap ..**<br>Blue Luxury Car Seat Cover 5-Seats Cushion Pad PU Leather Universal Full Set (#312873260547) | Buyer: 3***i (12★)<br>US $129.50 | Past 6 months<br>Reciprocal feedback |
| ➖ **The radio I buy is bad, it doesn't turn on, pay for something that doesn't work**<br>2Din 9" Android 9.1 Quad-core RAM 1GB ROM 16GB Car Stereo Radio GPS Wifi 3/4G BT (#312712065108) | Buyer: 3***a (66★)<br>US $146.96 | Past 6 months<br>Reciprocal feedback |
| ➖ **The size is too small not fit any vehicle**<br>(Private listing) | Buyer: v *** o  ( 74★) | Past 6 months<br>Reciprocal feedback |
| ➖ **during the specified delivery period, the seller did not start sending the goods**<br>Double DIN 7" Car Stereo Radio MP5 Player Android/IOS Mirror Link Touch Screen (#312946480553) | Buyer: 0***o (230★)<br>US $38.88 | Past year<br>Reciprocal feedback |
| ➖ **2 mths never received item, good communication, poor shipping**<br>Adjustable 8" Android 8.1 Car Stereo Radio GPS Wifi Mirror Link W/ Rear Camera (#312930183708) | Buyer: s***s (616★)<br>US $55.56 | Past year<br>Reciprocal feedback |
| ➖ **The seller not provide return label.**<br>(Private listing) | Buyer: p *** y  ( 32★) | Past year<br>Reciprocal feedback |
| ➖ **They don't give me an answer and the date goes up after you buy it**<br>Double 2DIN 7" Car MP5 Player Bluetooth Touch Screen Stereo Radio USB AUX Camera (#312907161279) | Buyer: b***_ (5)<br>US $45.00 | Past year<br>Reciprocal feedback |
| ➖ **In description it says + cd slot,did not include cd slot ,no as advertised**<br>Fast QI Wireless Charger Car Mount CD Vent Charging Holder Stand For iPhone X 8 (#312843670249) | Buyer: e***6 (563★)<br>US $17.90 | Past year<br>Reciprocal feedback |

Comment?



Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact                    Sell   Watchlist ⌄   My eBay ⌄

**princessbba** (7856★)
99% positive feedback

⬈ Items for sale   🏪 Visit store   ✉ Contact

Based in China, princessbba has been an eBay member since Mar 23, 2017

♡ Save

**Feedback ratings** ⓘ                                     See all feedback

| ★★★★★ 1,374 | Item as described |
| ★★★★★ 1,407 | Communication |
| ★★★★★ 1,373 | Shipping time |
| ★★★★★ 1,466 | Shipping charges |

⊕ 1,568 Positive    ◉ 21 Neutral    ⊝ 16 Negative

Feedback from the last 12 months

⊕ Fast ship, very nice. Great set! Thanks! A+
Sep 28, 2020

● ● ● ● ●

**576** Followers | **0** Reviews | Member since: **Mar 23, 2017** | 📍 China

## Items for sale(1990)

See all items



Beige 3 Point C...
US $37.70          18h left



Universal LED I...
US $18.02          19h left



Adjustable 8" A...
US $130.50          19h left



GPS Navi WiFi D...
US $202.37          19h left



New 2Pcs Loud D...
US $26.33          19h left




About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton
SECURED





Hi [redacted] (Sign in) Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › xinrongyiliao00

# xinrongyiliao00

577 followers | princessbba (7867 ★) 99.0%

Save this seller

**Category**

**All**

eBay Motors
- Parts & Accessories
- Automotive Tools & Supplies

Consumer Electronics
- Vehicle Electronics & GPS
- Surveillance & Smart Home Electronics
- TV, Video & Home Audio
- Portable Audio & Headphones

Cell Phones & Accessories
Business & Industrial
Travel
Clothing, Shoes & Accessories
Computers/Tablets & Networking
Health & Beauty
Home & Garden
Sporting Goods
Crafts
Show Less

All Listings | Auction | Buy It Now

Time: ending soonest | Gallery View

1-48 of 3,007 Results

Car Aluminum Alloy GSS342 255LPH High Pressure Intank Electric Fuel Pump Kit
$30.50
Was: ~~$33.89~~
Free shipping
or Best Offer
From China

2 X Car Truck Automatic Retractable 3 Point Safety Seat Belt Lap Seatbelt Black
$73.70
Was: ~~$81.89~~
Free shipping
or Best Offer
From China

1x 205-205mm Car Tire Snow Anti-Skid Chain 4 Chains Tire Chain Emergency Driving
$27.59
Was: ~~$30.65~~
Free shipping
or Best Offer
From China

8M V-Shape Rubber Car Door Window Glass Seal Weather Strip Fix Abnormal Sound
$21.29
Was: ~~$23.65~~
Free shipping
or Best Offer
From China

M Size 205-225mm Tire Anti-Skid Anti-Snow Steel Chains Car Skid Chains Mud Sand
$27.59
Was: ~~$30.65~~
Free shipping
or Best Offer
From China

Car SUV Emergency 4-Chain Snow Anti-Skid Wheel Tire Chains Steel Anti-Slip Chain
$27.59
Was: ~~$30.65~~
Free shipping
or Best Offer
Top Rated Plus
From China

26FT Glass Seal Car Door Side Windows Trim Sealing Strip Weatherstrip Soundproof
$21.29
Was: ~~$23.65~~
Free shipping
or Best Offer
From China

Pair Retractable 3 Point Auto Car Seat & Belt Lap Universal Seatbelt Adjustable
$73.70
Was: ~~$81.89~~
Free shipping
or Best Offer
Top Rated Plus
From China

Rubber 8M Seal Strip Soundproof Moulding Trim Universal For Car Door Side Window
$21.29
Was: ~~$23.65~~
Free shipping
or Best Offer
Top Rated Plus
From China

4 xCar Retractable Side Window Shield Sun Visor Mesh Sunshade UV Protector Black
$42.20
Was: ~~$46.89~~
Free shipping
or Best Offer
From China

Aluminum Motorcycle ATV Handlebar Phone Holder USB Charger Quick Charge QC 3.0

$31.37
Was: $34.85
Free shipping
or Best Offer

⭐ Top Rated Plus
From China

1X Black PU Leather Car Seat Headrest Head Pillow Pad Neck Rest Support Cushion

$21.42
Was: $23.80
Free shipping
or Best Offer

From China

110Pcs M4 M5 M6 M8 U Nut Car Fairing Body Speed Fastener Trim Panel Screw Clips

$37.67
Was: $41.85
Free shipping
or Best Offer

From China

Boxed 110Pcs Car Motorcycle Fairing Clips Bodywork Panel Clip Speed Clips U Nut

$37.67
Was: $41.85
Free shipping
or Best Offer

From China

1Pcs Car Pillow Headrest PU Leather Neck Cushion Support Seat Travel Accessories

$21.42
Was: $23.80
Free shipping
or Best Offer

From China

1PCS Foldable Car Seat Rear Back Storage Bag Black Large Capacity Shopping Bag

$17.00
Was: $18.89
Free shipping
or Best Offer

⭐ Top Rated Plus
From China

147*46CM Car Rear Window Wolf Tribe Graphics Decal Sticker Exterior Accessories

$21.42
Was: $23.80
Free shipping
or Best Offer

From China

6.5" Motorcycle Headlight Lamp Mesh Grille Cover Protector Mask Metal Triangle

$16.88
Was: $18.76
Free shipping
or Best Offer

From China

1x Car Floor Carpet Mats Patch Non-slip Heel Plate Foot Rest Pedal Pad Stainless

$18.77
Was: $20.85
Free shipping
or Best Offer

From China

Android 8.1 HD 9inch Car Dash Stereo Radio GPS Wifi MP5 Player Mirror Link 1+16G

$116.87
Was: $129.86
Free shipping
or Best Offer
113 watching

From China

Full Set Breathable 5-seat Car Front & Rear PU Leather Seat Cover Black With Red

$82.69
Was: $91.88
$35.89 shipping
or Best Offer

From China

170° Car Rear View Reverse Backup Night Reversing Parking Back Up Camera 18.5mm

$14.61
Was: $16.23
Free shipping
or Best Offer

From China

Black Folding Car Seat Rear Back Storage Pocket Large Capacity Organizer Bag

$17.00
Was: $18.89
Free shipping
or Best Offer

From China

Car Accessories Seat Pillow Memory Foam Headrest Neck Cushion Support Black 1Pcs

$21.42

⭐ Top Rated Plus



Was: $23.80
Free shipping
or Best Offer

From China



CMOS 170° Car Rear View Camera Auto Parking Reverse Back up Camera Night Vision

$14.61
Was: $16.23
Free shipping
or Best Offer
45 watching

From China



Silver Car Front Windshield Snow Cover & Sun Shade Protector With Cotton Thicker

$23.30
Was: $25.89
Free shipping
or Best Offer

From China



Universal Car Floor Carpet Mats Patch Stainless Steel Heel Plate Foot Rest Pedal

$18.77
Was: $20.85
Free shipping
or Best Offer

From China



26Pcs Car Wire Terminal Removal Tool Cable Wiring Connector Pin Puller Hand Tool

$11.21
Was: $12.45
Free shipping
or Best Offer

From China



1Pcs 6.5" Metal Retro Motorcycle ATV Headlight Lamp Mesh Grille Cover Protector

$16.88
Was: $18.76
Free shipping
or Best Offer

From China



Universal Car Seat Rear Back Large Capacity Storage Bag Oxford Cloth Foldable

$17.00
Was: $18.89
Free shipping
or Best Offer

From China



Car Foot Rest Floor Mats Stainless Steel Heel Plate Pedal Carpet Pad Universalx1

$18.77
Was: $20.85
Free shipping
or Best Offer

⭐ Top Rated Plus
From China



Black/Red PU Leather Car Seat Covers Front& Rear Cushions For Standard 5-Sit Car

$116.90
Was: $129.89
$70.89 shipping
or Best Offer

From China



26xTerminal Removal Tool Car Electrical Wiring Crimp Connector Pin Extractor Kit

$11.21
Was: $12.45
Free shipping
or Best Offer

From China



Wolf Tribe Night Howling Car Sticker Decal Rear Window Label Windshield 147*46CM

$21.42
Was: $23.80
Free shipping
or Best Offer

From China



Motorcycle Terminal Removal Electrical Wiring Crimp Connector Pin Extractor 26pc

$11.21
Was: $12.45
Free shipping
or Best Offer

⭐ Top Rated Plus
From China



10W Qi Wireless Car Phone Charger Auto Clamping Fast Charger Holder GPS Location

$23.69
Was: $26.32
Free shipping
or Best Offer

⭐ Top Rated Plus
From China



Universal 5-Seats Car Accessories Seat Covers PU Leather Front Rear Cushion Sets

$143.90
Was: $159.89
$35.89 shipping
or Best Offer

From China



Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category

Bag Large | All Categories | Search | Advanced

Items for sale from **princessbba** (7856 ) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors
- Other Car & Truck Interior Parts
- Other Motorcycle Parts
- Other Motorcycle Luggage
- Fewer

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (5)

**Price**

$ to $

**Item Location** see all
- Default
- Within
- 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

princessbba (7856 )
Feedback rating: 7,856
Positive Feedback: 99%
Member since Mar-23-17 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
xinrongyiliao00

All Listings | Auction | Buy It Now

Sort: Best Match View:

**5** results for **Bag Large** Save this search

Foldable Motorcycle Helmet Bag Large Capacity Backpack Fit For Outdoor Cycling
Brand New
**$15.20**
Was: ~~$16.89~~
or Best Offer
**Free Shipping**
**Free Returns**
**10% off**
Watch
From China
Top Rated Plus

Universal Car Seat Rear Back Large Capacity Storage Bag Oxford Cloth Foldable
Brand New
**$17.00**
Was: ~~$18.89~~
or Best Offer
**Free Shipping**
**10% off**
Watch
From China

1PCS Foldable Car Seat Rear Back Storage Bag Black Large Capacity Shopping Bag
Brand New
**$17.00**
Was: ~~$18.89~~
or Best Offer
**Free Shipping**
**Free Returns**
**10% off**
Watch
From China
Top Rated Plus

M Size Motorcycle Tail Storage Bag Backpack Large Capacity Waterproof Universal
Brand New
**$51.20**
Was: ~~$56.89~~
or Best Offer
**Free Shipping**
**Free Returns**
**10% off**
Watch
From China
Top Rated Plus

Black Folding Car Seat Rear Back Storage Pocket Large Capacity Organizer Bag
Brand New
**$17.00**
Was: ~~$18.89~~
or Best Offer
**Free Shipping**
**10% off**
Watch
From China

## Results matching fewer words

Oxford Cloth Shoulder Backpack Helmet Bag Fit For Motorcycle Outdoor Cycling
Brand New
**$36.80**
Was: ~~$40.89~~
or Best Offer
**Free Shipping**
**Free Returns**
**10% off**
Watch
From China
Top Rated Plus

Waterproof Motorcycle Helmet Bag Big Capacity Shoulder Backpack Riding Equipment
Brand New

10/9/2020

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

**Ship to**

█████
375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
█████

Change

## Review item and shipping

Seller: princessbba    Edit message
Message:    Item Id: 313213385912 Buyer's Vehicle: KTM



Foldable Motorcycle Helmet Bag Large Capacity Backpack Fit For Outdoor Cycling

**$15.20**
~~$16.89~~

Quantity    [ 1 ▼ ]

**Delivery**
Est. delivery: Oct 28 – Nov 17
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

Save up to 10%

## Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

## Donate to charity (optional) ⓘ

Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount    [ None ▼ ]

| | |
|---|---|
| Subtotal (1 item) | $15.20 |
| Shipping | Free |
| Tax* | $0.95 |

**Order total**    **$16.15**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



10/26/2020

Hi ████    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔¹    🛒



ebay

Shop by category ⌄

🔍 Search for anything                    All Categories ⌄    **Search**    Advanced

← Back to home page | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Accessories  >  Decals, Emblems & Flags  >  Decals & Stickers

✉ f 🐦 📌 | Add to Watchlist

💰 **SAVE UP TO 10%**    See all eligible items ▶





$ Have one to sell?    **Sell now**

### 3D Gas Cap Fuel Tank Cap Pad Protector Stickers Decals for KTM 125 200 390 Duke

**Condition:** New

**Quantity:** 1        4 available / 6 sold

**Price:** US $11.69        US $12.99 (10% off)

**Buy It Now**

**Add to cart**

Best Offer:        **Make Offer**

♡ **Add to Watchlist**

*Limited quantity remaining* | More than 59% sold | Free shipping

**Shipping:** **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide    See exclusions

**Delivery:** ★ Estimated between **Thu. Nov. 19** and **Wed. Dec. 9** ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal  VISA  💳  AMEX  DISCOVER

*PayPal* CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** 30 day Buyer pays for return shipping | See details

---

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
pro_stickers2015 (2508 ★)
97.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions



3D Gas Fuel Tank Pad Protector Emblem Stickers...
$11.04
$12.99
Free shipping
New

3D Gas Fuel Tank Pad Protector Stickers Decals...
$11.04
$12.99
Free shipping
New

3D Gas Fuel Tank Cap Pad Protector Stickers Decals...
$10.96
$18.99
Free shipping
Almost gone

3D Gas Cap Fuel Tank Pad Stickers Protector Decals...
$12.72
$15.90
Free shipping
New

3D Gas Cap Fuel Tank Pad Protector Stickers Decals...
$12.66
$14.90
Free shipping
New

3D Gas Fuel Tank Pad Protector Emblem Stickers...
$12.66
$14.90
Free shipping
New

### Sponsored items from this seller 1/2

Feedback on our suggestions





| 3D Gas Fuel Tank Pad Protector Stickers Decals... | 3D Gas Fuel Tank Pad Protector Stickers Decals... | 3D Gas Fuel Tank Pad Emblem Protector Stickers... | 3D Gas Fuel Tank Pad Real Carbon Decals Protector... | 3D Real Carbon Gas Fuel Cap Tank Pad Stickers... | 3D Gas Fuel Tank Pad Cap Emblem Protection Decals... |
|---|---|---|---|---|---|
| $11.92 | $10.96 | $11.99 | $16.99 | $14.44 | $12.74 |
| $14.90 | $19.90 | $14.99 | $19.99 | $16.99 | $14.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | | Almost gone | | |

---

Description    Shipping and payments          Report item

Seller assumes all responsibility for this listing.

eBay item number: 254624303932

Last updated on   Sep 15, 2020 20:08:53 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Country/Region of Manufacture: | China |
| Manufacturer Part Number: | K-TP-00164-Q | Theme: | Motorcycle |
| Brand: | KODASKIN | Displayed Make: | Kawasaki |
| Warranty: | Yes | Type: | Decal |
| UPC: | Does not apply | | |

**KODASKIN s**        Visit my eBay store

Hi ████, If you like what you see, browse my Store to find more items you may love.

### Store Categories

- Store home
- Yamaha Parts & Accessories
- Kawasaki Parts & Accessories
- Suzuki Parts & Accessories
- Honda Parts & Accessories
- Vespa Parts & Accessories
- Ducati Parts & Accessories
- BMW Parts & Accessories
- KTM Parts & Accessories
- CFMOTO Parts & Accessories
- Peugeot Parts & Accessories
- Benelli Parts & Accessories
- Piaggio Parts & Accessories
- Universal Model
- Kymco Parts & Accessories
- Motorcycle Bag
- VOGE Parts & Accessories
- Aprilia Parts & Accessories
- Triumph Parts & Accessories
- Other

KODASKIN  for Kawasaki Z900 Gas Fuel  Tank Cap Pad Custom Stickers Decal

#### Specifications

Brand: KODASKIN

Fitment: Kawasaki Z900

Color:As the picture shows

#### Features

Make your motorcycle stand out of the crowd with this Bling decal set!

New top quality 3D raised universal protection stickers.

These stickers can go right on top of your existing stickers, or be used on a new painted fairing set.

The sticker is a raised one to give it that 3D look.

Easy installation,   NO installation manual

#### Tips

we can wholesale all the items and offer custom service.If you need further information please contact us

Please match the size to your existing sticker to ensure proper fit

Other models and colors available, please check our other auctions

---

🏷 **SAVE UP TO 10%**  See all eligible items ▸

Save up to 10.0%
Marked down item price reflects all savings. Items provided by pro_stickers2015

All promotional offers from pro_stickers2015




[2D Printing Wheel Rim Inner Emblem Stickers Decals Set for CFMOTO 250SR](#)

See all

Was: ~~US $21.99~~
Now: US $19.79

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
[Offer conditions](#)|[Learn about pricing](#)

You can change quantities in your cart.

---

**Sponsored items based on your recent views** 1/3

Feedback on our suggestions








| 2014 2015 2016 KTM 1290 Super Duke R Fully Rearset... | MAD MOTO Rearsets KTM 1290 Super Duke R 2014... | For KTM RC390 & DUKE 390 2014-2016 Crash Protectio... | Motorcycle Exhaust Muffler Mid Connect Pipe For KTM... | 3D Gas Fuel Tank Pad Protector Stickers Decals... | 3D Gas Fuel Tank Pad Protector Emblem Stickers... |
| $140.99 | $140.00 | $120.13 | $56.68 | $11.04 ~~$12.99~~ | $11.04 ~~$12.99~~ |
| Free shipping | Free shipping | Free shipping | + $5.69 shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

---

## Explore more sponsored options: Displayed Make

### KTM     [More](#)




| 3D Gas Fuel Tank Pad Protector Emblem... | 3D Gas Fuel Tank Pad Protector Emblem... |
| $11.04 ~~$12.99~~ | $12.66 ~~$14.90~~ |
| Free shipping | Free shipping |

### Yamaha     [More](#)




| 3D Gas Fuel Tank Cap Pad Protector Stickers Decal... | 3D Printing Gas Fuel Tank Cap Pad Protector... |
| $10.96 ~~$18.99~~ | $10.96 ~~$12.90~~ |
| Free shipping | Free shipping |
| Almost gone | |

### Gas Gas     [More](#)





| 3D Motorcycle Carbon Vinyl Gel Gas Tank Pad... | ProGrip Motorcycle Sport Bike Gas TANK PAD... |
| $9.90 | $9.95 |
| Free shipping | Free shipping |
| Popular | |

---

**More from this seller** 1/2

Feedback on our suggestions











| 3D Gas Fuel Tank Pad Real Carbon Decals Protector... | Yellow 2D Gas Cap Fuel Tank Traction Pad Stickers... | 3D Emblem Real Carbon Gas Fuel Tank Pad Stickers... | 3D Carbon Tank Pad Protector Emblems Decals... | 3D Gas Fuel Tank Pad Protector Sticker Decal for... | Sliver 3D Fairing Body Decals Gas Tank Stickers f... |
| $16.99 ~~$19.99~~ | $31.99 ~~$39.99~~ | $18.69 ~~$21.99~~ | $12.74 ~~$14.99~~ | $25.50 ~~$30.00~~ | $11.04 ~~$12.99~~ |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |
| Almost gone | | | | | |

---

Hi 　　Daily Deals　　Brand Outlet　　Help & Contact　　　　　　　　Sell　　Watchlist ⌄　　My eBay ⌄　🔔①　🛒

ebay　　Shop by category ⌄　🔍 Search for anything　　　　All Categories ⌄　　**Search**　　Advanced

⟨ Back to home page | Listed in category:　eBay Motors > Parts & Accessories > Motorcycle Accessories > Decals, Emblems & Flags > Decals & Stickers

✉ f 𝕏 🅿 | Add to Watchlist

🏷 **SAVE UP TO 10%**　See all eligible items ▶



### 3D Gas Cap Fuel Tank Cap Pad Protector Stickers Decals for KTM 125 200 390 Duke

Condition: **New**

Quantity: [ 1 ]　4 available / 6 sold

Price: **US $11.69**　US $12.99 (10% off)

**Buy It Now**

**Add to cart**

Best Offer:　**Make Offer**

♡ **Add to Watchlist**

**Limited quantity remaining**　More than 59% sold　Free shipping

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide　See exclusions

Delivery: 📦 Estimated between **Thu. Nov. 19** and **Wed. Dec. 9** ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 AMEX DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details



---

Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
pro_stickers2015 (2508 ⭐)
97.8% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

💲 Have one to sell?　**Sell now**

---

Similar sponsored items 1/2　　　　　　　　　　　　Feedback on our suggestions

⟨


3D Gas Fuel Tank Pad Protector Emblem Stickers...
$11.04
$12.99
Free shipping
New


3D Gas Fuel Tank Pad Protector Stickers Decals...
$11.04
$12.99
Free shipping
New


3D Gas Fuel Tank Pad Protector Stickers Decals...
$10.96
$18.99
Free shipping
Almost gone


3D Gas Cap Fuel Tank Pad Stickers Protector Decals...
$12.72
$15.90
Free shipping
New


3D Gas Cap Fuel Tank Pad Protector Stickers Decals...
$12.66
$14.90
Free shipping
New


3D Gas Fuel Tank Pad Protector Emblem Stickers...
$12.66
$14.90
Free shipping
New

⟩

---

Sponsored items from this seller 1/2　　　　　　　　　Feedback on our suggestions

⟨　　　　　　　　　　　　　　　　　　　　　　　　　⟩








3D Gas Fuel Tank Pad Protector Stickers Decals...
$11.92
~~$14.90~~
Free shipping

3D Gas Fuel Tank Pad Protector Stickers Decals...
$10.96
~~$19.90~~
Free shipping

3D Gas Fuel Tank Pad Emblem Protector Stickers...
$11.99
~~$14.99~~
Free shipping

3D Gas Fuel Tank Pad Real Carbon Decals Protector...
$16.99
~~$19.99~~
Free shipping
Almost gone

3D Real Carbon Gas Fuel Cap Tank Pad Stickers...
$14.44
~~$16.99~~
Free shipping

3D Gas Fuel Tank Pad Cap Emblem Protection Decals...
$12.74
~~$14.99~~
Free shipping

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Guangzhou, China

Shipping to: Worldwide

Excludes: Bolivia, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela

Quantity: 1    Change country: United States    ZIP Code: 60440    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 19 and Wed. Dec. 9** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

🏷️ **SAVE UP TO 10%**   See all eligible items ▶

Save up to 10.0%    All promotional offers from pro_stickers2015
Marked down item price reflects all savings. Items provided by pro_stickers2015



➕
See all

2D Printing Wheel Rim Inner Emblem Stickers Decals Set for CFMOTO 250SR

Was:    ~~US $21.99~~



Hi ▾    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ▾    My eBay ▾    🔔    🛒

ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**    Advanced

Home  →  Community  →  Feedback forum  →  Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE



**pro_stickers2015** (2504 ★) ▣ ⓘ

**Positive Feedback (last 12 months): 97.8%** ⓘ
Member since: Apr-12-15 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 35 | 252 | 442 |
| ● | Neutral | 1 | 3 | 5 |
| ➖ | Negative | 1 | 8 | 10 |

### Detailed seller ratings ⓘ

Average for the last 12 months



| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (404) | ★★★★★ (418) |
| Shipping speed | Communication |
| ★★★★★ (403) | ★★★★★ (405) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

10 Feedback received (viewing 1-10)                     Revised Feedback: 15 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars    🔍

Rating type: Negative (10) ▾     Period: 12 Months ▾



| FEEDBACK | FROM | WHEN |
|---|---|---|
| 🔴 **Doesn't stick to the peel off top layer. Had to paste one by one. Not good.**<br>3D Gas Fuel Tank Pad Emblem Protector Stickers Decals for BMW R1250GS 2019-2020 (#254372539641) | Buyer: a***a (14★)<br>US $13.49 | Past month<br>Reciprocal feedback |
| Reply from pro_stickers2015. Left within past month.<br>This is designed according to the gas tank, we have to install it one by one | | |
| 🔴 **Wrong triple clamp sticker sent doesn't line up**<br>Fuel Tank Pad Stickers Decals for Suzuki GSXR600 GSXR750 GSXR1000 K6 K7 K8 K9 L1 (#254436173961) | Buyer: i***e (13★)<br>US $39.99 | Past 6 months<br>Reciprocal feedback |
| 🔴 **That the mounting kit does bit fit total waste of my money**<br>KODASKIN for Honda CB650R Damper Mounting Kit Steering Damper Stabilizer Bracket (#254588371835) | Buyer: 7***e (32★)<br>US $33.99 | Past 6 months<br>Reciprocal feedback |
| 🔴 **The item i bought does not fit in my bike,**<br>KODASKIN CNC Motorcycle Steering Damper Stabilizer Mount Kit for Honda CB650R (#254607716001) | Buyer: 7***e (32★)<br>US $42.99 | Past 6 months<br>Reciprocal feedback |
| 🔴 **The screen protector come with damage. I buy two and have one**<br>2X TPU Instrument Dashboard Screen Protector for KTM 390 DUKE 2019-2020 (#254571707159) | Buyer: t***a (46★)<br>US $11.69 | Past 6 months<br>Reciprocal feedback |
| Reply from pro_stickers2015. Left within past 6 months.<br>if the item have any problem , you can contact me , thank you ! | | |
| 🔴 **Stickers do not stick very well. Keeps coming off.**<br>Gold 3D Raise Emblem Custom Fairing Stickers Decal for Honda CBR1000RR 2008-2015 (#253956588955) | Buyer: e *** e  ( 244★)<br>US $13.59 | Past 6 months<br>Reciprocal feedback |
| Reply from pro_stickers2015. Left within past 6 months.<br>if the item have any problem , you can contact me , thank you ! | | |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| 🔴 **I bought the winglets and the quality is so s**** sorry for the words**<br>For Honda CBR650R Front Light Cowl Side Fairing Winglet Wind Fin Spoiler Trim (#254626787985) | Buyer: c***_ (6)<br>US $58.65 | Past 6 months<br>Reciprocal feedback |
| 🔴 **Poor quality of glue and applicator after a week everything comes off!**<br>Gold 3D Raise Emblem Custom Stickers Decals Set for Honda CBR1000RR 2008-2015 (#253956588955) | Buyer: l***m (35★)<br>US $12.79 | Past 6 months<br>Reciprocal feedback |

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ⊖ **They are con artists**<br>3D Gas Fuel Tank Pad Protector Decals Stickers for Suzuki GSXR1000 2009-2018 (#254339297287) | Buyer: _***r (56 ★)<br>US $13.59 | Past year<br>Reciprocal feedback |
| ⊖ **Flew off after first ride.**<br>Motorcycle 3D Raise Emblem Stickers Decals for Suzuki GSXR1000 K4 K6 K7 K8 K9 L1 (#254370778294) | Buyer: e***d (813 ★)<br>US $11.69 | Past year<br>Reciprocal feedback |

**Page 1 of 1**

← | **1** | →

**Member Quick Links**

Contact member
View items for sale
View seller's Store

**Suggested Next**

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Comment?

Hi ▮▮    Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist ⌄    My eBay ⌄   🔔   🛒

eb**a**y   Shop by category ⌄   | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced



**pro_stickers2015** (2504 ★)
97.8% positive feedback

♡ Save

We have professional parts factory.Mainly sell all motorcycle sticker, all CNC motocycle parts .If you need customer order ,Pls contact us by ebay message,we will offer good quality and reasonable price.Thanks

🏷 Items for sale   🏬 Visit store   ✉ Contact

### Feedback ratings ℹ

| | | | | |
|---|---|---|---|---|
| ★★★★★ 404 | Item as described | ⊕ 442 Positive | perfecto |
| ★★★★★ 405 | Communication | ⊖ 5 Neutral | Oct 19, 2020 |
| ★★★★★ 403 | Shipping time | ⊖ 10 Negative | |
| ★★★★★ 418 | Shipping charges | | |

Feedback from the last 12 months

See all feedback

● ○ ○ ○ ○

**107** Followers | **4** Reviews | Member since: **Apr 12, 2015** | 📍 China

## Items for sale (1796)

See all items




Ship from U.S. local warehouse







3D Emblem Stick...
US $11.04   11m left

Toolbox Tote Ba...
US $19.54   12m left

3D Carbon Tank ...
US $12.74   12m left

Tank Pad Sticke...
US $13.59   12m left

CNC Carbon Fibe...
US $19.46   12m left

## Reviews (4)

See all reviews


KODASKIN Front Fairing Aerodynamic Wing Cover for Kawasaki Z900 2017-2020

★★★★★    Aug 13, 2020

KODASKIN Front Fairing Aerodynamic Wing Cover for Kawasaki Z900 2017-2020

Perfect fit for Z900, great quality


Headlight Guard Grill Protector Cover for All Ducati Scrambler 1100 Scrambler800

★★★★★    Mar 01, 2020

Headlight Guard Grill Protector Cover for All Ducati Scrambler 1100 Scrambler800

Super surprised , High Quality


KODASKIN for KTM 390DUKE 2019-2020 TPU Instrument Dashboard Screen Protector

★★★★★    Aug 13, 2020

KODASKIN for KTM 390DUKE 2019-2020 TPU Instrument Dashboard Screen Protector

Very Nice!

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED





**Categories**

**eBay Motors**
- Motorcycle Decals & Stickers
- Motorcycle Fairings & Bodywork
- Auto Parts & Accessories
- Motorcycle Windshields
- Motorcycle Gloves
- More

**See all categories**

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (1,796)

**Price**
- Under $35.00
- Over $35.00
- $ to $

**Item Location** see all
- **Default**
- Within 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

pro_stickers2015 (2504 ★)
Feedback rating: 2,504
Positive Feedback: 97.8%
Member since Apr-12-15 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Motorcycle Headlight Protector Cover ...
**$29.74**
Buy It Now
Free shipping

All Listings | Auction | Buy It Now — Sort: Time: newly listed — View:

**1,796** results Save this search

for Yamaha Tenere700 Tenere 700 2019-2020 Headlight Guard Grill Protector Cover
Brand New
**$49.99**
Buy It Now
**Free Shipping**
**Oct-20 03:09**
From China
Seller: pro_stickers2015 (2,501) 97.8%

Motorcycle Radiator Grille Guard Cover Protector for Honda CB300R 2018-2019
Brand New
**$40.00**
Buy It Now
**Free Shipping**
**Oct-20 03:09**
From China
Seller: pro_stickers2015 (2,501) 97.8%

2D Printing Fairing Body Stickers Protector Decals for Honda XADV750 X-ADV750
Brand New
**$49.99**
Buy It Now
**Free Shipping**
Watch
**Oct-20 01:45**
From China
Seller: pro_stickers2015 (2,501) 97.8%

For Triumph T110 T120 Handlebar Bag Fuel Tank Storag Front Fork Bag Luggage Bag
Brand New
**$29.99**
Was: ~~$39.99~~
Buy It Now
**Free Shipping**
**25% off**
**Oct-14 01:01**
From China
Seller: pro_stickers2015 (2,495) 97.8%

Handlebar Bag Fuel Tank Storag Bag for Ducati MTS 1260 950 Scrambler 800 1100
Brand New
**$29.99**
Was: ~~$39.99~~
Buy It Now
**Free Shipping**
**25% off**
**Oct-14 01:00**
From China
Seller: pro_stickers2015 (2,495) 97.8%

Waterproof Handlebar Bag Fuel Tank Storag Bag for KTM 1290 ADV 790 ADV 390 ADV
Brand New
**$29.99**
Was: ~~$39.99~~
Buy It Now
**Free Shipping**
**25% off**
**Oct-14 01:00**
From China
Seller: pro_stickers2015 (2,495) 97.8%

Handlebar Bag Storage Bag for Kawasaki Versys-X300 Versys 650 1000 900RS W800
Brand New

**$13.99**
Free shipping



For Honda Yamaha
Suzuki Kawasaki Duca...
**$18.99**
Buy It Now
Free shipping



For KTM DUKE RC
fashion motorcycle mu...
**$48.00**
Buy It Now
Free shipping



Motorcycle Headlight
Front Lens Prote...
**$29.74**
Buy It Now
Free shipping



HOT Front and Rear Heel
Protective Co...
**$51.29**
Buy It Now
Free shipping



FOR KTM DUKE 125 250
390 2017 2018 20...
**$31.49**
Buy It Now
Free shipping
Popular



---



**$29.99**
Was: ~~$39.99~~
Buy It Now
Free Shipping
25% off

Oct-14 01:00
From China

Seller: pro_stickers2015 (2,495) 97.8%  

---

Waterproof Handlebar Bag Storage Bag For Suzuki V-Strom 1050 650 1000 SV650X
Brand New

**$29.99**
Was: ~~$39.99~~
Buy It Now
Free Shipping
25% off

Oct-14 01:00
From China

Seller: pro_stickers2015 (2,495) 97.8%  

---



Waterproof Touch Screen Bag for Honda CB650R 1000R 1100R 500X NC750X CRF1100
Brand New

**$29.99**
Was: ~~$39.99~~
Buy It Now
Free Shipping
25% off

Oct-14 01:00
From China

Seller: pro_stickers2015 (2,495) 97.8%  

---



For BMW G310GS F750GS F850GS R1250GS R NINET Series Tool Bag Touch Screen Bag
Brand New

**$29.99**
Was: ~~$39.99~~
Buy It Now
Free Shipping
25% off

Oct-14 00:59
From China

Seller: pro_stickers2015 (2,495) 97.8%

---



For Yamaha XSR700 2015-2020 License Plate Eliminator Tail Tidy Fender Bracket
Brand New

**$33.99**
Was: ~~$39.99~~
or Best Offer
Free Shipping
15% off
👁 Watch

Oct-13 20:59
From China

Seller: pro_stickers2015 (2,495) 97.8%

---



For Yamaha Tracer G900GT Motorcycle Radiator Grill Guard Protector 2017-2020
Brand New

**$33.99**
Was: ~~$39.99~~
or Best Offer
Free Shipping
15% off
👁 Watch

Oct-13 20:56
From China

Seller: pro_stickers2015 (2,499) 97.8%  

---



For Yamaha TMAX 530 TMAX 500 TMAX 560 Handlebar Riser Handle Clamp Adapter Set
Brand New

**$107.95**
Was: ~~$127.00~~
Buy It Now
+$5.00 shipping
15% off

Oct-13 20:55
From China

Seller: pro_stickers2015 (2,499) 97.8%

---



For Yamaha MT-09 FZ-09 MT09 2017-2020 Windshield WindScreen Wind Deflector
Brand New

**$42.49**
Was: ~~$49.99~~
Buy It Now
Free Shipping
15% off

Oct-13 20:53
From China

Seller: pro_stickers2015 (2,495) 97.8%  

rim protector For 2017
KTM 1290 SUPER...
$13.99
Buy It Now
Free shipping



12PCS Motorcycle Front
Rear Wheels St...
$14.13
Buy It Now
Free shipping



12PCS Motorcycle Front
and Rear Wheel...
$14.33
Buy It Now
Free shipping



Aluminum Front Brake
Fluid Reservoir ...
$6.95
Buy It Now



For Honda Yamaha
Suzuki Kawasaki Duca...
$18.99
Buy It Now
Free shipping



For Ktm Brake Lever
Brake Clutch Pro...
$18.99
Buy It Now
Free shipping



CNC Billet Aluminum
Short Brake Clutc...
$18.99
Buy It Now
Free shipping

---



**For Yamaha YZF-R3 R3 2019-2020 Motorcycle Windshield WindScreen Wind Deflector**
Brand New
**$42.49**
Was: $49.99
Buy It Now
**Free Shipping**
15% off

Oct-13 20:52

From China

Seller: pro_stickers2015 (2,495) 97.8%

---



**For Honda CBR650F CBR 650F Motorcycle Windshield Windscreen Protector 2014-2019**
Brand New
**$67.99**
Was: $79.99
Buy It Now
**Free Shipping**
15% off

Oct-12 00:08

From China

Seller: pro_stickers2015 (2,495) 97.8%

---



**For Honda Rebel CMX300 CMX500 2019-2020 Headlight Guard Grill Protector Cover**
Brand New
**$33.99**
Was: $39.99
Buy It Now
**Free Shipping**
15% off
👁 Watch

Oct-11 23:16

From China

Seller: pro_stickers2015 (2,495) 97.8%

---



**For Honda CB300R 2017-2020 Rear Tire Fender Splash Mudguard Guard Bracket Cover**
Brand New
**$84.99**
Was: $99.99
or Best Offer
**Free Shipping**
15% off
👁 Watch

Oct-09 00:18

From China

Seller: pro_stickers2015 (2,495) 97.8%

---



**Scooter License Plate Frame Holder for All Vespa GTS GTV LX Primavera Sprint PX**
Brand New
**$15.99**
Was: $19.99
Buy It Now
**Free Shipping**
20% off

Oct-08 22:32

From China

Seller: pro_stickers2015 (2,495) 97.8%

---

**For Kawasaki Z650 Z900 2020 Motorcycle Wind Deflector Windshield Windscreen**
Brand New
**$55.99**
Was: $69.99
Buy It Now
**Free Shipping**
20% off

Oct-08 00:21

From China

Seller: pro_stickers2015 (2,485) 97.8%

---

**Motorcycle Wind Deflector Windshield Windscreen for Kawasaki Z900 Z650 2020**
Brand New
**$55.99**
Was: $69.99
Buy It Now
**Free Shipping**
20% off

Oct-08 00:17

From China

Seller: pro_stickers2015 (2,487) 97.8%

---

**Titanium Alternator Cover Cap for Ducati Monster 821 1200/S 659 696 796 1100/S**
Brand New

---






Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | ktm | All Categories | Search | Advanced

Items for sale from **pro_stickers2015** (2504 ) | Save this seller | Show results from all sellers

Include description

**Categories**
eBay Motors
- Motorcycle Decals & Stickers
- Other Motorcycle Parts
- Motorcycle Fairings & Bodywork
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (21)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00
- $ to $

**Item Location** see all
- **Default**
- Within
- 100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**
pro_stickers2015 (2504 )
Feedback rating: 2,504
Positive Feedback: 97.8%
Member since Apr-12-15 in Hong Kong

Read feedback profile
Add to my favorite sellers

## Sponsored items for you

Motorcycle Headlight Protector Cover ...
**$29.74**
Buy It Now
Free shipping

All Listings | Auction | Buy It Now — Sort: Time: newly listed — View:

**21** results for **ktm** Save this search

## Find your Motorcycle

Make & Model
KTM
Any Model

Year From / To
Year From
Year To

Distance
Any Distance of
60440-3825

Clear selections

**0**
matching results

Find Results

Waterproof Handlebar Bag Fuel Tank Storag Bag for KTM 1290 ADV 790 ADV 390 ADV
Brand New
**$29.99**
Was: ~~$39.99~~
Buy It Now
**Free Shipping**
**25% off**
**Oct-14 01:00**
From China
Seller: pro_stickers2015 (2,495) 97.8%
Brand: KODASKIN

Motorcycle Headlight Protector Cover Cap for KTM DUKE 390 790 2017-2018 (Fits: KTM)
Brand New
**$29.74**
Was: ~~$34.99~~
Buy It Now
**Free Shipping**
**15% off**
**Jun-13 02:33**
From China
Seller: pro_stickers2015 (2,492) 97.8%
Brand: KODASKIN

3D Gas Cap Fuel Tank Cap Pad Protector Stickers Decals for KTM 125 200 390 Duke
Brand New
**$11.69**
Was: ~~$12.99~~
or Best Offer
**Free Shipping**
**7 Watching**
**10% off**
Watch
**Jun-12 23:39**
From China
Seller: pro_stickers2015 (2,499) 97.8%
Brand: KODASKIN

2X TPU Instrument Dashboard Screen Protector for KTM 390 DUKE 2019-2020
Brand New
**$11.04**
Was: ~~$12.99~~
or Best Offer
**Free Shipping**
**Only 2 left!**
**13 Sold**
**15% off**
Watch
**Apr-17 02:43**
From China
Seller: pro_stickers2015 (2,501) 97.8%
Brand: KODASKIN

2X TPU Instrument Dashboard Screen Protector for KTM 1290 Super ADV 2018-2020
Brand New
**$11.04**
Was: ~~$12.99~~
or Best Offer
**Free Shipping**
**15% off**
Watch
**Apr-17 02:06**
From China
Seller: pro_stickers2015 (2,498) 97.8%
Brand: KODASKIN

3D Gas Fuel Tank Pad Protector Emblem Stickers Decals for KTM 125 200 390 Duke
Brand New

$13.99
Free shipping



For Honda Yamaha
Suzuki Kawasaki Duca...
$18.99
Buy It Now
Free shipping


For KTM DUKE RC
fashion motorcycle mu...
$48.00
Buy It Now
Free shipping


Motorcycle Headlight
Front Lens Prote...
$29.74
Buy It Now
Free shipping


HOT Front and Rear Heel
Protective Co...
$51.29
Buy It Now
Free shipping


FOR KTM DUKE 125 250
390 2017 2018 20...
$31.49
Buy It Now
Free shipping
**Popular**


12PCS Motorcycle Front
Rear Wheels St...

---



$11.04 to $22.94
Was: $26.99
Buy It Now
Free Shipping
**23+ Sold**
15% off

Sep-25 23:49
From China

Seller: pro_stickers2015 (2,499) 97.8%

Brand: KODASKIN

---

**3D Gas Fuel Tank Pad Stickers Decals for KTM Super Duke 1090 1190 1290ADV S R**
Brand New



$14.37 to $42.42
Was: $49.98
Buy It Now
**15% off**

Apr-25 20:41
From China

Seller: pro_stickers2015 (2,473) 97.8%

Brand: KODASKIN

---

**3D Gas Fuel Tank Pad Protector Emblem Stickers Decals for KTM 690 990 DUKE Bike**
Brand New



$12.66 to $25.42
Was: $29.90
Buy It Now
Free Shipping
**7+ Sold**
15% off

Oct-30 00:04
From China

Seller: pro_stickers2015 (2,473) 97.8%

Brand: KODASKIN

---

### Results matching fewer words

**For YAMAHA TRACER 900GT 2017-2020 Motorcycle Radiator Grill Guard Protector**
Brand New



$35.99
Was: $39.99
Buy It Now
Free Shipping
**14 Watching**
10% off
👁 Watch

Jun-04 03:05
From China

Seller: pro_stickers2015 (2,500) 97.8%

Brand: KODASKIN

---

**Motorcycle Headlight Cluster Scratch Protector Flim for Honda CB650R 2019-2020**
Brand New

$11.04
Was: $12.99
or Best Offer
Free Shipping
**8 Watching**
15% off
👁 Watch

Jun-12 01:17
From China

Seller: pro_stickers2015 (2,492) 97.8%

Brand: KODASKIN

---

**TPU Instrument Dashboard Screen Scratch Protector for Honda X-ADV750 2017-2019**
Brand New



$11.04
Was: $12.99
or Best Offer
Free Shipping
**15% off**
👁 Watch

Jun-12 00:34
From China

Seller: pro_stickers2015 (2,492) 97.8%

Brand: KODASKIN

---

**TPU Instrument Dashboard Screen Protector Sticker Cover for Yamaha NMAX155 2020**
Brand New

$11.69
Was: $12.99
or Best Offer
Free Shipping
**10% off**
👁 Watch

Jun-26 23:54
From China

Seller: pro_stickers2015 (2,499) 97.8%

Brand: KODASKIN

---

**2X TPU Instrument Dashboard Screen Protector Sticker Cover for Hond Forza300**
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

**Ship to**

███
375 West Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███

Change

---

**Review item and shipping**

Seller: pro_sticker... | Message to seller



3D Gas Cap Fuel Tank Cap Pad Protector Stickers Decals for KTM 125 200 390 Duke
**$11.69**
~~$12.99~~

Quantity [ 1 ▾ ]

**Delivery**
Est. delivery: Nov 18 – Dec 8
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

Save up to 10%

---

## Gift cards, coupons, eBay Bucks

Enter code: [_____]  [ Apply ]

---

## Donate to charity (optional) ⓘ
North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

Select amount   [ None ▾ ]

---

| | |
|---|---|
| Subtotal (1 item) | $11.69 |
| Shipping | Free |
| Tax* | $0.73 |

**Order total** **$12.42**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ   Norton SECURED



Hi | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist | My eBay

 

Shop by category

Search for anything | All Categories | **Search** | Advanced

Back to previous page | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

| Add to Watchlist

---

ⓘ Check if this part fits your vehicle | **Select Vehicle**

🔥 **SAVE UP TO 15%** See all eligible items ▸




     

💲 Have one to sell? **Sell now**

### Motorcycle Headlight Protector Cover Cap for KTM DUKE 390 790 2017-2018

| | |
|---|---|
| Condition: | New |
| Compatibility | See compatible vehicles |
| Sale ends in: | 05d 17h 44m |
| Manufacturer Part Number: | - Select - |
| Quantity: | 1 | 2 available / 5 sold |

Price: **US $29.74**
US $34.99 (15% off)

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

🟥 Free shipping | 30-day returns | 14 watchers

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: 广州市, China
Ships to: Worldwide See exclusions

Delivery: 📦 Estimated between **Wed. Nov. 18 and Tue. Dec. 8** ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
pro_stickers2015 (2504 ⭐)
97.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

**Similar sponsored items** 1/2

Feedback on our suggestions

     

Motorcycle Headlight Front Lens Protection Cover for...
$29.74
$34.99
Free shipping
New

HOT Front and Rear Heel Protective Cover Guard Fo...
$51.29
$56.99
Free shipping
Seller 99.2% positive

2019 Hand Guards Handlebar Handguard For...
$28.79
$31.99
Free shipping
New

CNC Aluminium Front Sprocket Guard Protector...
$35.69
Free shipping
Seller 99.6% positive

Front Brake Caliper Protector Cover For KTM R...
$18.35
$23.99
+ $0.99 shipping
New

CNC Engine Oil Filter Cover Cap For KTM DUKE...
$17.72
$19.69
+ $0.99 shipping
New

---

**Sponsored items from this seller** 1/2

Feedback on our suggestions



10/23/2020

Hi ▾ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ▾ | My eBay ▾

Shop by category ▾ | Search for anything | All Categories ▾ | Search | Advanced

‹ Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Accessories > Luggage > Saddlebags & Accessories

✉ f ✆ ⓟ | Add to Watchlist

ⓘ Check if this part fits your vehicle | Contact the seller

SAVE UP TO 25% See all eligible items ▸





### Waterproof Handlebar Bag Fuel Tank Storag Bag for KTM 1290 ADV 790 ADV 390 ADV



Condition: New

Color: - Select - ▾

Quantity: 1    4 available

Price: **US $29.99**
US $39.99 (25% off) ⓘ

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: 广州市, China
Ships to: Worldwide

Delivery: ✦ Estimated between **Wed. Nov. 18 and Tue. Dec. 8**
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal | VISA | ● | ● | DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
pro_stickers2015 (2504 ★)
97.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell? | **Sell now**

    

### Similar sponsored items 1/2
Feedback on our suggestions

For KTM 1290 ADV 790 ADV 390 ADV Waterproof...
$29.99
$39.99
Free shipping
New

Ktm Superduke 1290 R | OEM Hard Saddle bags wit...
$242.00
+ $96.60 shipping
Seller 100% positive

For Triumph T110 T120 Waterproof Handlebar Bag...
$29.99
$39.99
Free shipping
New

Inner liner bags luggage bags to fit TRAV EVO 37/4...
$43.42
+ $21.05 shipping
Seller 99.7% positive

For Ducati MTS 1260 MTS 950 Scrambler Series...
$29.99
$39.99
Free shipping
New

KTM 1290 Super Duke GT (from 2016) Minirack Soft...
$220.47
Free shipping
Seller 100% positive

 

### Sponsored items from this seller 1/2
Feedback on our suggestions

eBay Shop by category ⌄    | Search for anything | All Categories ⌄ | **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work     | Add to Watchlist

### People who viewed this item also viewed

 Carbon Fiber Colorful... $18.93 ~~$23.09~~ Free shipping

 Motorcycle Exhaust Muffler... $12.89 Free shipping

 Carbon Fiber Color Motorcycle Bikes... $18.93 ~~$23.09~~ Free shipping

 Universal Motorcycle Muffl... $12.89 Free shipping

 Carbon Fiber Motorcycle... $18.93 ~~$23.09~~ Free shipping

✓ This fits a KTM    Select Year

🔥 **SAVE UP TO 5% WHEN YOU BUY MORE**



L Size

## L Size Motorcycle Exhaust Pipe Muffler Heat Insulation Shield Carbon Fiber Look

Condition: **New**

Bulk savings:   | Buy 1 $20.60/ea | Buy 2 $19.98/ea | Buy 3 $19.78/ea |

Compatibility:   See compatible vehicles

Quantity: [ 1 ]   4 or more for $19.57/ea

9 available

Price: **US $20.60/ea**    ~~US $22.89~~ (10% off) ⓘ

**Buy It Now**

Add to cart

Best Offer:    **Make Offer**

♡ Add to Watchlist

**Free shipping and returns**    100% positive feedback

Shipping:   **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: CN, China
Ships to: Worldwide   See exclusions

Delivery:   📦 Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   PayPal VISA ▣ ▣ ▣ ▣

**PayPal CREDIT**
Special financing available.   See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:   Free 30 day returns | See details

**Shop with confidence**

🅿 **Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
pro-car-parts19 (261 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?   Sell now

### Sponsored items from this seller

Feedback on our suggestions

 1.6m Carbon Fiber Rubber Soundproof Sealing Strip... $13.73 Free shipping

 Black Carbon Fiber &Leather Stitching Steerin... $33.20 ~~$15.25~~ Free shipping

 2Pcs/Set 255X38mm Real Carbon Fiber Car Door Pla... $14.62 ~~$16.24~~ Free shipping

 2Pcs Steel Angled 45°Pipe Hose Clamp Pliers Remov... $27.59 ~~$30.65~~ Free shipping 22m left

 25ft Coil 3/16" OD Copper Nickel Car Brake Pipe Anti-... $28.70 ~~$31.89~~ Free shipping

Feedback 🗒



| Description | Shipping and payments | | Report item |

Seller assumes all responsibility for this listing.

Last updated on  Sep 18, 2020 20:14:52 PDT  View all revisions

eBay item number:  224143192968

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel |
|------|------|-------|----------|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 661 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2017 | KTM | 50 | SX |
| | 2017 | KTM | 50 | SX Mini |
| | 2016 | KTM | 50 | SX |
| | 2016 | KTM | 50 | SX Mini |
| | 2015 | KTM | 50 | SX |
| | 2015 | KTM | 50 | SX Mini |
| | 2014 | KTM | 50 | SX |
| | 2014 | KTM | 50 | SX Mini |
| | 2013 | KTM | 50 | SX |
| | 2013 | KTM | 50 | SX Mini |
| | 2013 | KTM | 50 | SXS |
| | 2012 | KTM | 50 | SX |
| | 2012 | KTM | 50 | SX Mini |
| | 2012 | KTM | 50 | SXS |
| | 2011 | KTM | 50 | SX |
| | 2011 | KTM | 50 | SX Mini |
| | 2011 | KTM | 50 | SXS |
| | 2010 | KTM | 50 | SX |
| | 2010 | KTM | 50 | SX Mini |
| | 2009 | KTM | 50 | SX |

Page 1 of 34   ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by pro-car-parts19

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Color: | Carbon Fiber |
| Material: | Stainless Steel | Brand: | Unbranded |
| Manufacturer Part Number: | CT-00H92-C4 | Warranty: | 6 Month |
| UPC: | Does not apply | | |

### Product Description

## L Size Motorcycle Exhaust Pipe Muffler Heat Insulation Shield Protector Cover Carbon Fiber Look 1 Pcs

- Material: Stainless Steel
- Color: Carbon Fiber
- **Length: 330mm(L size)**
- **Width: 93mm(L size)**
- Fit most of the for hexagonal exhaust

- Please check the size before purchase.
Quantity: 1 pcs
Condition: Brand NEW

- **Packaging included:**
1 x Flame Exhaust Pipe Heat Insulation Shield




Feedback


















Feedback



| | |
|---|---|
| **Payment** | We accept payment by PayPal only ! |
| | Payment should be completed within 5 days after buyer places the order,or else an unpaid case will be |
| **Returns** | opened in order to cancel the transaction. If you can not pay in time, please contact us. |
| | e-check from PayPal will only be processed once the payment clears. |
| **Contact Us** | All of the items will be shipped to buyer's EBAY address,please confirm your address on Ebay before you |
| | buy.Your order will be usually shipped out the same or next business days once the payment is made and |
| **Shipping** | cleared. |

## Welcome to our Store ~



powered by
PUSHAUCTION

---

## Sponsored items based on your recent views 1/4

Feedback on our suggestions







| 1PCS 12V Retro LED Motorcycle Bike Headlight... | Motorcycle Rear Grab Bars CNC Aluminum Handle For... | 2X Orange Engine Oil Filter Cover Cap Fit For KTM DU... | Oil Cooler Radiator For 50 70 90 110CC Dirt Pit Bike... | Carbon Fiber Style Motorcycle Exhaust Muffle... | Carbon Fiber Colorful Motorcycle Exhaust Muffle... |
|---|---|---|---|---|---|
| $56.12 | $37.04 | $28.89 | $46.14 | $18.93 | $18.93 |
| $62.36 | $38.99 | $33.99 | $70.99 | $23.09 | $23.09 |
| + $19.00 shipping | + $19.00 shipping | Free shipping | + $18.00 shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

## Explore more sponsored options: Brand

| Kawasaki | More | Honda | More |
|---|---|---|---|


Feedback



Hi! Sign in or register     Daily Deals     Brand Outlet     Help & Contact

Sell    Watchlist ∨    My eBay ∨

ebay    Shop by category ∨     | Search for anything          | All Categories ∨ | Search | Advanced

‹ Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work     | Add to Watchlist

## People who viewed this item also viewed



| Carbon Fiber Colorful... $18.93 $23.09 Free shipping | Motorcycle Exhaust Muffler... $12.89 Free shipping | Carbon Fiber Color Motorcycle Bikes... $18.93 $23.09 Free shipping | Universal Motorcycle Muffl... $12.89 Free shipping | Carbon Fiber Motorcycle... $18.93 $23.09 Free shipping |

✓ This fits a KTM     | Select Year

⚑ SAVE UP TO **5%** WHEN YOU BUY MORE



L Size



### L Size Motorcycle Exhaust Pipe Muffler Heat Insulation Shield Carbon Fiber Look

Condition:    **New**

Bulk savings:    | Buy 1 $20.60/ea | Buy 2 $19.98/ea | Buy 3 $19.78/ea |

Compatibility:    See compatible vehicles

Quantity:    | 1 |    4 or more for $19.57/ea

9 available

Price:    **US $20.60/ea**
US $22.89 (10% off) ⓘ

| **Buy It Now** |

| **Add to cart** |

Best Offer:    | **Make Offer** |

| ♡ Add to Watchlist |

**Free shipping and returns**    100% positive feedback

Shipping:    **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: CN, China
Ships to: Worldwide See exclusions

Delivery:    ⚑ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal VISA Mastercard American Express Discover

PayPal **CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    Free 30 day returns | See details

### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
pro-car-parts19 (261 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?    | Sell now

## Sponsored items from this seller

Feedback on our suggestions



| 1.6m Carbon Fiber Rubber Soundproof Sealing Strip... $13.73 Free shipping | Black Carbon Fiber &Leather Stitching Steerin... $33.20 $15.25 Free shipping | 2Pcs/Set 255X38mm Real Carbon Fiber Car Door Pla... $14.62 $16.24 Free shipping | 2Pcs Steel Angled 45°Pipe Hose Clamp Pliers Remov... $27.59 $30.65 Free shipping 22m left | 25ft Coil 3/16" OD Copper Nickel Car Brake Pipe Anti-... $28.70 $31.89 Free shipping |



Feedback

Description | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.



### Shipping and handling

Item location: CN, China

Shipping to: Worldwide

Excludes: Africa, Argentina, Bolivia, Chile, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Albania, Andorra, Bosnia and Herzegovina, Jersey, Liechtenstein, Macedonia, Moldova, Monaco, Montenegro, Serbia, Svalbard and Jan Mayen, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, American Samoa, Cook Islands, Fiji, French Polynesia, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Laos, Macau, Philippines, Bermuda, Saint Pierre and Miquelon

Quantity: 1    Change country: United States    ZIP Code: 60440   Get Rates

| Shipping and handling | To | Service | Delivery⌄ |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Oct. 28 and Tue. Nov. 17** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 1 business day of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Seller pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

PayPal VISA MasterCard American Express Discover

**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/4    Feedback on our suggestions

   

| 1PCS 12V Retro LED Motorcycle Bike Headlight... | Motorcycle Rear Grab Bars CNC Aluminum Handle For... | 2X Orange Engine Oil Filter Cover Cap Fit For KTM DU... | Oil Cooler Radiator For 50 70 90 110CC Dirt Pit Bike... | Carbon Fiber Style Motorcycle Exhaust Muffle... | Carbon Fiber Colorful Motorcycle Exhaust Muffle... |
|---|---|---|---|---|---|
| $56.12 ~~$62.36~~ + $19.00 shipping New | $37.04 ~~$38.99~~ + $19.00 shipping New | $28.89 ~~$33.99~~ Free shipping New | $46.14 ~~$70.99~~ + $18.00 shipping New | $18.93 ~~$23.09~~ Free shipping New | $18.93 ~~$23.09~~ Free shipping New |

---

### Explore more sponsored options: Brand

| Kawasaki | More | Honda | More |
|---|---|---|---|

Feedback



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

pro-car-parts19 (261★)
100% positive feedback

🔖 Items for sale    🏬 Visit store    ✉ Contact

🤍 Save

car - suv -offroad parts kits offer

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ⭐⭐⭐⭐⭐ 252 | Item as described | |
| ⭐⭐⭐⭐⭐ 251 | Communication | |
| ⭐⭐⭐⭐⭐ 249 | Shipping time | |
| ⭐⭐⭐⭐⭐ 263 | Shipping charges | |

➕ 266 Positive    ⚪ 3 Neutral    ➖ 0 Negative

➕ all great
Sep 28, 2020

Feedback from the last 12 months

See all feedback

● ○ ○ ○ ○

25 Followers | 0 Reviews | Member since: Nov 01, 2019 | 📍 China

## Items for sale(382)

See all items



2Pcs Steel Angl...
US $27.59    11m left



4x 12V Black C...
US $24.82    2h left



Car Reverse Bac...
US $24.82    21h left



Universal Car S...
US $9.45    22h left



Universal Car C...
US $20.60    1d left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › pro-car-parts19

# pro-car-parts19

25 followers | pro-car-parts19 (261 ★) 100.0%

Save this seller

**Category**

**All**

Other

**All Listings** | Auction | Buy It Now | Time: ending soonest

1-48 of 385 Results

2Pcs Steel Angled 45°Pipe Hose Clamp Pliers Removal Hand Tool For Car Repair
$27.59
Was: ~~$30.65~~
Free shipping
or Best Offer
From China

4x 12V Black Car Parking Flat Hidden Sensors Reversing Radar Sound Alarm Buzzer
$24.82
Was: ~~$27.58~~
Free shipping
or Best Offer
From China

Car Reverse Backup Radar Detector System+Adjustable Hidden Flat Parking Sensors
$24.82
Was: ~~$27.58~~
Free shipping
or Best Offer
From China

Universal Car SUV Black PU Leather Center Console Armrest Box Protector Cushion
$9.45
Was: ~~$10.50~~
Free shipping
or Best Offer
Top Rated Plus
From China

Universal Car Center Console Memory Foam Armrest Box Pad Cover Black w/Red Line
$20.60
Was: ~~$22.89~~
Free shipping
or Best Offer
From China

Car Seat Armrest Cushion Memory Cotton Foam Center Console Armrests Box Soft Pad
$20.60
Was: ~~$22.89~~
Free shipping
or Best Offer
From China

4Pcs Car Floor Mat Front Rear Carpet Protect Pad PU Leather Black With Red Line
$34.10
Was: ~~$37.89~~
Free shipping
or Best Offer
From China

1.2M Carbon Fiber Texture Car Rear Roof Trunk Spoiler Rear Wing Lip Trim Sticker
$16.88
Was: ~~$18.76~~
Free shipping
or Best Offer
From China

4Pcs Black+Red Line PU Leather Waterproof All Weather Universal Car Floor Mats
$34.10
Was: ~~$37.89~~
Free shipping
or Best Offer
From China

1Pcs Car Black Plaid Waterproof PU Leather Console Armrest Box Cushion Rest Mat
$9.45
Was: ~~$10.50~~
Free shipping
or Best Offer
From China

1X 1.2M 3D Carbon Fiber Color Wing Lip Spoiler Trim For Car SUV Rear Roof Trunk

**$16.88**
Was: $18.76
Free shipping
or Best Offer
31 watching

From China

---

4Pcs Rubber Car Door Scuff Sill Cover Panel Step Protector Waterproof Flexible

**$19.70**
Was: $21.89
Free shipping
or Best Offer

From China

---

2x Universal Car PU leather Headrest Neck Support Pillows Cushion For 4-seasons

**$18.80**
Was: $20.89
Free shipping
or Best Offer

From China

---

Black Rubber Car Door Scuff Sill Step Sport Bumper Corner Protector 4Pcs/set

**$19.70**
Was: $21.89
Free shipping
or Best Offer

From China

---



1Pair 27x18cm Comfortable Car Seat Headrest Pillow Neck Rest Support Cushions

**$18.80**
Was: $20.89
Free shipping
or Best Offer

Top Rated Plus
From China

---



2Pcs/Set 5MM Foam Black+Gray Seat Coushion Covers For Car Interior Accessories

**$32.63**
Was: $36.25
Free shipping
or Best Offer

From China

---

2Pcs Black+Gray Car Front Seat Full Surround Seat Covers 5MM Foam Coushion Kit

**$32.63**
Was: $36.25
Free shipping
or Best Offer

From China

---



285x 5-18mm Car Truck Double Wire Fuel Line Hose Tube Clamp Clips Assortment Kit

**$22.40**
Was: $24.89
Free shipping
or Best Offer

From China

---

5-18mm Mixed Size 285Pcs Double Wire Fuel Line Hose Spring Clamp Boxed For Car

**$22.40**
Was: $24.89
Free shipping
or Best Offer

From China

---



Universal 5-Seats Car Seat Covers Full Set Seat Cushion Protectors Black 9Pcs

**$61.10**
Was: $67.89
Free shipping
or Best Offer

From China

---



8-Key Cup Shape Car Stereo Wireless Steering Wheel Control Button With LED Light

**$30.49**
Was: $33.88
Free shipping
or Best Offer

From China

---

For Car Player 8-Key Steering Wheel Wireless Remote Control Button W/ LED Light

**$30.49**
Was: $33.88
Free shipping
or Best Offer

From China

---



5-seats 9Pcs Full Set Car Front+Rear Seat Cover Cushion For Interior Accessories

**$53.00**
Was: $58.89
Free shipping
or Best Offer

From China

---



Car Brake Pedal Lock 8 Hole Stainless Steel Clutch Security Lock Kit Anti-theft

**$41.30**

From China




Car Anti-Theft Device Stainless Steel 8 Hole Clutch Brake Strong Security Lock

$41.30
Was: $45.89
Free shipping
or Best Offer

From China


1Pcs Black/Red Line PU Leather Car Accessories Seat Gap Retractable Armrest

$50.90
Was: $56.56
Free shipping
or Best Offer

From China


4Pcs Car SUV Butterfly Prints 2 Front Seats Covers Cushion Protector Black/Gray

$22.55
Was: $25.06
Free shipping
or Best Offer

From China


4X Black/Gray Butterfly Prints Car 2 Front Seat Cover Cushion Interior Accessory

$22.55
Was: $25.06
Free shipping
or Best Offer

From China


Car Accessories PU Leather Crown Crystal Center Console Armrest Cover Pad Black

$18.80
Was: $20.89
Free shipping
or Best Offer

From China


3M OU-Shaped Car Door Seal Strip Trunk Hood Edge Soundproof Black Rubber Trim

$30.49
Was: $33.88
Free shipping
or Best Offer

From China


1Pc New 38cm PU Leather Car Steering Wheel Cover Anti-slip W/ Crystal Rhinestone

$23.81
Was: $26.45
Free shipping
or Best Offer

From China


3M Rubber Nonscratch Seal Strip Accessories For Car Door Trunk Hood Edge Protect

$30.49
Was: $33.88
Free shipping
or Best Offer
76 watching

From China


15" 38cm PU Leather Car Steering Wheel Cover Skidproof + Bling Crystal Diamond

$23.81
Was: $26.45
Free shipping
or Best Offer
20 watching

From China


12V Car Truck Rear View Camera Auto Parking Reverse Backup Camera Night Vision

$18.02
Was: $20.02
Free shipping
or Best Offer

From China


1Pcs Black Leather Crown Crystal cover Trim For Car Center Console Armrest Box

$18.80
Was: $20.89
Free shipping
or Best Offer

From China


170° Night Vision Car HD Rear View Camera Universal Autos Parking Reverse Backup

$18.02
Was: $20.02
Free shipping
or Best Offer
45 sold

From China


Car Dual Cup Holder Drink Bottle Organizer Storage Stand Carbon Fiber Pattern

$14.62
Was: $16.24
Free shipping

From China



 Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Exhaust Pipe | All Categories | Search | Advanced

Items for sale from **pro-car-parts19** (261) | Save this seller | Show results from all sellers

Include description

## Categories

**eBay Motors**

Car & Truck Exhaust Pipes & Tips

More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Type** see all

- Exhaust Pipe (1)
- Exhaust Pipe & Tip (2)

**Material** see all

**Brand** see all

**Brand Type** see all

**Warranty** see all

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (4)

**Price**

$ to $

**Item Location** see all

- Default
- Within

100 miles of 60440

- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**See also**

Diesel Exhaust Tip

Chrome Exhaust Tips

Exhaust Flex Pipe

Mandrel Bends

Exhaust Bends

**Seller Information**

pro-car-parts19 (261)

Feedback rating: 261

Positive Feedback: 100%

Member since Nov-01-19 in Hong Kong

Read feedback profile

Add to my favorite sellers

**Visit seller's eBay Store!**

pro-car-parts19

All Listings | Auction | Buy It Now | Sort: Best Match | View:

4 results for **Exhaust Pipe** Save this search

## Find parts for your automobile

Go to My Garage

**Select a vehicle:**

Select Year | Select Make | Select Model | Select Trim | Select Engine

Update results

L Size Motorcycle Exhaust Pipe Muffler Heat Insulation Shield Carbon Fiber Look

Brand New

**$20.60**

Was: ~~$22.89~~

or Best Offer

**Free Shipping**

**Free Returns**

10% off

Watch

From China

Top Rated Plus

1Pcs Motorcycle Carbon Fiber Exhaust Pipe Muffler Heat Insulation Shield L Size

Brand New

**$20.60**

Was: ~~$22.89~~

or Best Offer

**Free Shipping**

**Free Returns**

10% off

Watch

From China

Top Rated Plus

62mm Car Exhaust Pipe Screw Mounting Tips Muffler Stainless Steel Tail Throat

Brand New

**$15.75**

Was: ~~$17.50~~

or Best Offer

**Free Shipping**

10% off

Watch

From China

Titanium Bend Car Exhaust Pipe 62mm Anti-corrosive Stainless Steel Tail Throat

Brand New

**$15.75**

Was: ~~$17.50~~

or Best Offer

**Free Shipping**

10% off

Watch

From China

## Results matching fewer words

Exhaust Clamp Stainless Steel Kit 2.75in V Band Flange For Car Silver Universal

Brand New

**$20.60**

Was: ~~$22.89~~

or Best Offer

**Free Shipping**

10% off

Watch

From China

1Pcs 2.75in Car V Band Flange Exhaust Clamp Stainless Steel Kit Silver Universal

Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms



**Ship to**

███████
375 W Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███████
Change

### Review item and shipping

Seller: pro-car-par...   Edit message
Message:   Item Id: 224143192968 Buyer's Vehicle: KTM

L Size Motorcycle Exhaust Pipe Muffler Heat Insulation Shield Carbon Fiber Look
**$20.60**
~~$22.89~~

Quantity   [ 1 ▾ ]

**Delivery**
Est. delivery: Oct 28 – Nov 17
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

Save up to 10%

### Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

### Donate to charity (optional) ⓘ

Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount   [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $20.60 |
| Shipping | Free |
| Tax* | $1.29 |

**Order total**   **$21.89**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay. MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ∨    My eBay ∨    🔔    🛒

**ebay**    Shop by category ∨    🔍 Search for anything    All Categories ∨    **Search**    Advanced

‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Exhausts & Exhaust Systems › Silencers, Mufflers & Baffles    ✉ 🅕 🅣 🅟 | Add to Watchlist

✅ This fits a KTM    Select Year



For KTM 125 250 390 RC390 DUKE 2017-2020




💲 Have one to sell?    **Sell now**

### For KTM 125 250 390 RC390 DUKE 2017-2020 Motor Exhaust Front Link Pipe Titanium

Condition: **New**

Compatibility: **See compatible vehicles**

Sale ends in: **04h 04m 29s**

Price: **US $150.66**

No Interest if paid in full in 6 mo on $99+*

US $158.59 (5% off)

**Buy It Now**

**Add to cart**

Best Offer:    **Make Offer**

♡ Add to Watchlist

**Free shipping**    30-day returns    5 watchers

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide  See exclusions

Delivery: 📦 Estimated between **Tue. Nov. 3 and Mon. Nov. 23** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 💳 💳

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

#### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

#### Seller information
**professional_motors** (686 ⭐)
98.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2    Feedback on our suggestions

<table>
<tr><td>For KTM DUKE 125 250 390 RC390 2017-2020 Motor...<br>**$134.42**<br>$141.49<br>Free shipping<br>New</td><td>For 2017-2020 KTM 390 250 Duke Motorcycle Exhaust...<br>**$148.33**<br>$166.66<br>+ $2.99 shipping<br>Seller 99.3% positive</td><td>Motorcycle Exhaust Pipe Link Connector for KTM...<br>**$137.39**<br>$144.62<br>+ $9.99 shipping<br>Seller 99.1% positive</td><td>Motorcycle Exhaust Mid Pipe Slip On for KTM 390 1...<br>**$46.21**<br>+ $25.98 shipping<br>Last one</td><td>Motor Exhaust Muffler Pipe Link Pipe For DUKE KTM 12...<br>**$91.80**<br>$102.00<br>+ $5.99 shipping<br>Seller 99.3% positive</td><td>KTM 390 DUKE 2017-2019 SLASH CUT RACE TRIM G...<br>**$124.77**<br>+ shipping<br>Seller 99.9% positive</td></tr>
</table>

Sponsored items from this seller 1/2    Feedback on our suggestions



     

| For KTM DUKE 125 250 390 RC390 2017-2020 Motor... | For Honda CBR150 2017-2020 Motor Exhaust Front... | For Kawasaki Ninja400 250 2017-2019 Motor Exhaust... | For Suzuki Gixxer250 SF250 Motor Exhaust Front Link... | For CF Motor NK250 250SR Motorcycle Exhaust Front... | For Honda PCX 125 150 Exhaust System Set Front... |
|---|---|---|---|---|---|
| $134.42 | $100.79 | $135.27 | $107.06 | $116.18 | $119.40 |
| $141.49 | $106.09 | $142.39 | $112.69 | $122.29 | $125.68 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | Last one | Last one | Last one | Last one |

**Description**    **Shipping and payments**                                                      Report item

Seller assumes all responsibility for this listing.                      eBay item number:  184409410711

Last updated on **Oct 09, 2020 01:07:57 PDT** View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 37 vehicle(s) matching KTM.

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2020 | KTM | 125 | SX |
| | 2019 | KTM | 125 | SX |
| | 2018 | KTM | 125 | SX |
| | 2017 | KTM | 125 | SX |
| | 2020 | KTM | 250 | SX |
| | 2020 | KTM | 250 | SXF |
| | 2020 | KTM | 250 | XC-F |
| | 2020 | KTM | 250 | XC-W TPI |
| | 2020 | KTM | 250 | XC TPI |
| | 2019 | KTM | 250 | EXC F |
| | 2019 | KTM | 250 | SX |
| | 2019 | KTM | 250 | SXF |
| | 2019 | KTM | 250 | XC |
| | 2019 | KTM | 250 | XC-F |
| | 2019 | KTM | 250 | XC-W TPI |
| | 2019 | KTM | 250 | XCW |
| | 2018 | KTM | 250 | EXC F |
| | 2018 | KTM | 250 | SX |
| | 2018 | KTM | 250 | SXF |
| | 2018 | KTM | 250 | XC |

Page 1 of 2                                     ‹ 1 2 ›

Portions of the information contained in this table have been provided by professional_motors

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Modified Item: | No |
| Color: | As picture | Country/Region of Manufacture: | China |
| Manufacturer Part Number: | IP1039-M | Custom Bundle: | No |
| Finish: | Polished, Mat | Material: | Titanium |
| Fitment: | For KTM 125 250 390 RC390 DUKE 2017-2020 | Type: | Front Header Pipe |
| Brand: | MOEMPGOOD | UPC: | Does not apply |
| Non-Domestic Product: | No | Bundle Listing: | No |

**professional_motors**
professional_motors (686 ★)  98.6%

📧 Sign up for newsletter

Search within store

Visit Store:  professional_motors

Items On Sale

Feedback


## Categories

## For KTM 125 250 390 RC390 DUKE 2017-2020 Motor Exhaust Front Link Pipe Titanium

Shipped from Kentucky USA ›

A Whole Set of Exhaust System ›

Front Middle Link Pipe ›

Motorcycle Exhaust Pipe ›

Motorcycle Accessories ›

### Free & Fast & Furious
Welcome all of you, motorcycle lovers!

**Description:**

Product: Motorcycle Exhaust System Front Header Pipe

Material: Titanium

**Fitment:**

For KTM 125 250 390 RC390 DUKE 2017-2020, connect to the Original catalyst cat.

**Tips:** Please feel free to contact us if you are not sure whether it fits for your motorcycle or not, we will try our best to help you.

**Packaging includes:**

1 x Front Pipe

**Please note that we are not responsible for your custom duty!**



---

**Sponsored items based on your recent views** 1/4                    Feedback on our suggestions








| For KTM125 250 390 2017-2018 Slip on Motorcycle... | For KTM DUKE 125 250 390 RC390 2017-2020 Motor... | For KTM DUKE 125 250 390 RC390 Mid Link Pipe No C... | Use For KTM Duke 200 390 Lock Set 3in1 | Fit For KTM Duke 200 Complete Lock Set EVAP | Slip on Motorcycle Exhaust Muffler Vent Mid Pipe Fo... |
|---|---|---|---|---|---|
| $93.47 | $134.42 | $82.45 | $52.31 | $82.90 | $84.16 |
| ~~$98.39~~ | ~~$141.49~~ | ~~$86.79~~ | + $40.00 shipping | + $40.00 shipping | ~~$88.59~~ |
| Free shipping | Free shipping | Free shipping | Seller 99.8% positive | Seller 99.8% positive | Free shipping |
| New | New | New | | | Last one |

Explore more sponsored options:

     

| Motorcycle Exhaust Pipe Link Connector for KTM... | For KTM Duke 125 250 390 RC390 17-20 Exhaust Cat... | For 2017-2020 KTM 390 250 Duke Motorcycle Exhaust... | Slip On For 2017-2020 Duke KTM 125 250 390 RC390... | For KTM DUKE 125 250 390 RC390 2017-2020 Motor... | For KTM Duke 125 250 390 rc390 Exhaust System Pip... |
|---|---|---|---|---|---|
| $137.39 | $122.40 | $148.33 | $152.55 | $134.42 | $148.79 |
| $144.62 | $153.00 | $166.66 | $160.58 | $141.49 | $159.99 |
| + $9.99 shipping | + $3.99 shipping | + $2.99 shipping | + $12.99 shipping | Free shipping | + $29.99 shipping |
|  |  |  |  |  | Last one |

More from this seller 1/2

Feedback on our suggestions

     

| For Honda CBR150 2017-2020 Motor Exhaust Front... | For Kawasaki Ninja400 250 2017-2019 Motor Exhaust... | For Suzuki Gixxer250 SF250 Motor Exhaust Front Link... | For CF Motor NK250 250SR Motorcycle Exhaust Front... | For Honda PCX 125 150 Exhaust System Set Front... | Motorcycle System Exhaust Muffler Front Link Pipe for... |
|---|---|---|---|---|---|
| $100.79 | $135.27 | $107.06 | $116.18 | $119.40 | $113.04 |
| $106.09 | $142.39 | $112.69 | $122.29 | $125.68 | $118.99 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |
| Last one | Last one | Last one | Last one | Last one | Last one |

Back to search results

Return to top

More to explore : Motorcycle Exhaust Pipes for 2017 KTM 125, Motorcycle Exhaust Pipes for KTM 125, Exhaust Systems for 2017 KTM 390, Other Motorcycle KTM Duke 390s, Motorcycle Exhaust Pipes for 2017 KTM 250, Unbranded Motorcycle Exhaust Pipes for KTM 125, Motorcycle Exhaust Pipes for 2017 KTM 250, FMF Racing Motorcycle Exhaust Pipes for KTM 125, Pro Circuit Motorcycle Exhaust Pipes for KTM 125, Motorcycle Exhaust Header Pipes for KTM 250

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback 












Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Exhausts & Exhaust Systems > Silencers, Mufflers & Baffles | Add to Watchlist

This fits a KTM | Select Year

$ Have one to sell? Sell now

# For KTM 125 250 390 RC390 DUKE 2017-2020 Motor Exhaust Front Link Pipe Titanium

Condition: New

Compatibility: See compatible vehicles

Sale ends in: 04h 03m 49s

Price: US $150.66

No Interest if paid in full in 6 mo on $99+*

US $158.59 (5% off)

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

Free shipping | 30-day returns | 5 watchers

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details

International shipment of items may be subject to customs processing and additional charges.

Item location: Guangzhou, China

Ships to: Worldwide See exclusions

Delivery: Estimated between Tue. Nov. 3 and Mon. Nov. 23

Please note the delivery estimate is greater than 14 business days.

Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, MasterCard, American Express, Discover

PayPal CREDIT

*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back. Learn more

Seller information

professional_motors (686 ★)

98.6% Positive feedback

Save this Seller

Contact seller

Visit store

See other items

## Similar sponsored items 1/2

Feedback on our suggestions

For KTM DUKE 125 250 390 RC390 2017-2020 Motor...

$134.42

~~$141.49~~

Free shipping

New

For 2017-2020 KTM 390 250 Duke Motorcycle Exhaust...

$148.33

~~$166.66~~

+ $2.99 shipping

Seller 99.3% positive

Motorcycle Exhaust Pipe Link Connector for KTM...

$137.39

~~$144.62~~

+ $9.99 shipping

Seller 99.1% positive

Motorcycle Exhaust Mid Pipe Slip On for KTM 390 1...

$46.21

+ $25.98 shipping

Last one

Motor Exhaust Muffler Pipe Link Pipe For DUKE KTM 12...

$91.80

~~$102.00~~

+ $5.99 shipping

Seller 99.3% positive

KTM 390 DUKE 2017-2019 SLASH CUT RACE TRIM G...

$124.77

+ shipping

Seller 99.9% positive

## Sponsored items from this seller 1/2

Feedback on our suggestions

Feedback

For KTM DUKE 125 250 390 RC390 2017-2020 Motor...
**$134.42**
~~$141.49~~
Free shipping

For Honda CBR150 2017-2020 Motor Exhaust Front...
**$100.79**
~~$106.09~~
Free shipping

For Kawasaki Ninja400 250 2017-2019 Motor Exhaust...
**$135.27**
~~$142.39~~
Free shipping
Last one

For Suzuki Gixxer250 SF250 Motor Exhaust Front Link...
**$107.06**
~~$112.69~~
Free shipping
Last one

For CF Motor NK250 250SR Motorcycle Exhaust Front...
**$116.18**
~~$122.29~~
Free shipping
Last one

For Honda PCX 125 150 Exhaust System Set Front...
**$119.40**
~~$125.68~~
Free shipping
Last one

---

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Guangzhou, China**

Shipping to: Worldwide

Excludes: Hong Kong, China

Change country: [ United States ▾ ]    ZIP Code: [ 60106 ]  **Get Rates**

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Tue. Nov. 3 and Mon. Nov. 23** |
| US $8.99 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Tue. Oct. 20 and Tue. Oct. 27** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

**PayPal**  VISA  MasterCard  AMEX  DISCOVER

**PayPal CREDIT**

#### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views  1/4

Feedback on our suggestions


Feedback

10/13/2020

Hi! Sign in or register          Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist ⌄    My eBay ⌄          🔔    🛒

ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home  >  Community  >  Feedback forum  >  Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE



**professional_motors** (686 ★) 🔲 ⓘ
**Positive Feedback (last 12 months): 98.6%** ⓘ
Member since: Feb-24-18 in China

### Member Quick Links
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 23 | 187 | 292 |
| ◉ Neutral | 0 | 1 | 3 |
| ➖ Negative | 1 | 4 | 4 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description ★★★★★ (270) | Reasonable shipping cost ★★★★★ (284) |
|---|---|
| Shipping speed ★★★★★ (274) | Communication ★★★★★ (266) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

4 Feedback received (viewing 1-4)                                          Revised Feedback: 10 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

🔍 e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (4) ⌄          Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **the headers dosent fit, very disappointed**<br>Slip on Exhaust System Connect Front Header Pipe 51mm for Yamaha TMAX500 530 (#184215970128) | Buyer: e***u (510★)<br>US $105.89 (Best offer was accepted) | Past month<br>Reciprocal feedback |
| ➖ **Not good quality, two times send wrong. Wrong color and bigger size.**<br>Motorcycle Muffler Tips Slip On Exhaust System Pipe For BMW S1000RR 2015 2016 (#184215970384) | Buyer: a***- (36★)<br>US $187.99 | Past 6 months<br>Reciprocal feedback |
| ➖ **mid pipe did not fit! the header side is the same size as the headers**<br>Slip for Kawasaki Ninja ZX10R 2008-2017 Mid Connect Link Pipe Titanium Blue 51mm (#183992054227) | Buyer: 4***b (8)<br>US $126.09 | Past 6 months<br>Reciprocal feedback |

ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old.

| | | |
|---|---|---|
| ➖ **item was supposed to fit. It did not. Vendor wanted me to pay for return shippin**<br>38-51mm Motorcycle ATV Exhaust Muffler Pipe DB Killer Slip on Universal Exhaust (#184215976303) | Buyer: b***j (114★)<br>US $61.04 | Past 6 months<br>Reciprocal feedback |

Page 1 of 1                    ←  [1]  →

**Member Quick Links**          Contact member          **Suggested Next**          Leave Feedback
                                View items for sale                                  Reply to received Feedback
                                View seller's Store                                  Follow up to given Feedback
                                                                                     Request feedback revision

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist    My eBay

**ebay**    Shop by category

Search for anything    All Categories    **Search**    Advanced

professional_motors (686)
98.6% positive feedback

♡ Save

Items for sale | Visit store | Contact

Welcome to our shop! We are manufacturer from China. Specializing in the production of motorcycle exhaust pipe. We aim to respond to your question within 3 hours, usually much faster.

**Feedback ratings**

| | | |
|---|---|---|
| ★★★★★ 270 | Item as described | |
| ★★★★★ 266 | Communication | |
| ★★★★★ 274 | Shipping time | |
| ★★★★★ 284 | Shipping charges | |

See all feedback

292 Positive    3 Neutral    4 Negative

Feedback from the last 12 months

Excellent.... speedy delivery.... received earlier....
Oct 05, 2020

● ○ ○ ○ ○

143 Followers | 0 Reviews | Member since: Feb 24, 2018 | 📍China

## Items for sale(411)

See all items



For Kawasaki Z900RS
**Titanium Front Pipe**

Z900RS Titanium...
US $636.59      19h left



*Removable DB Killer*

40x55mm Stainle...
US $8.54      3d left



For Suzuki GSR 400 400 BK400 600

For Suzuki GSR ...
US $180.49      3d left



*For Yamaha YZF R1 2015-2018*

*Titanium Alloy*

For Yamaha YZF ...
US $285.75      3d left



For Kawasaki Ninja400
Front Pipe

For Kawasaki Ni...
US $135.27      3d left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Hi! Sign in or register    Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ⌄   My eBay ⌄

ebay   Shop by category ⌄ | Search this Store | This Store ⌄ | **Search** | Advanced

eBay > eBay Stores > professional_motors





## professional_motors

143 followers | professional_motors (686 ★) 98.6%

Welcome to our shop. We specialize in producing exhaust pipes and middle front link pipes, guarantee the quality of products and fast delivery. If you have any questions about our items, pl

📍 Save this seller

**Category**

All
Shipped from Kentucky USA
A Whole Set of Exhaust System
Front Middle Link Pipe
Motorcycle Exhaust Pipe
Motorcycle Accessories
Speed Gear Display

| Search this Store | Search |

Time: ending soonest ⌄

All Listings | Auction | Buy It Now

1-48 of 460 Results



| | | |
|---|---|---|
| Z900RS Titanium Front Connect Pipe Link Header System Slip for Kawasaki Z900RS | $636.59  Was: $670.09  Free shipping  or Best Offer | From China |
| 40x55mm Stainless Steel Insert DB Killer Silencer for Motorcycle Exhaust Muffler | $8.54  Was: $8.99  Free shipping  or Best Offer  Only 1 left! | From China |
| For Suzuki GSR 400 600 BK400 600 Motorcycle Exhaust Muffler Tail Mid Link Pipe | $180.49  Was: $189.99  Free shipping  or Best Offer | From China |
| Motorcycle Exhaust Muffler with Mid Pipe Slip on Kawasaki Ninja Z250 250 300 | $65.07  Was: $68.49  or Best Offer  Only 2 left | From China |
| For Yamaha YZF R1 2015-2018 Titanium Alloy Exhaust System Mid Link Pipe Tube | $285.75  Was: $300.79  Free shipping  or Best Offer  Only 1 left! | From China |
| For Kawasaki Ninja400 250 2017-2019 Motor Exhaust Muffler Front Header Link Pipe | $135.27  Was: $142.39  Free shipping  or Best Offer  Only 1 left! | From China |
| Slip for Suzuki GSX250 250R 2016-2018 Motorcycle Exhaust Muffler Mid Link Pipe | $93.47  Was: $98.39  Free shipping  or Best Offer  Only 1 left! | From China |
| For KTM 690 Duke Exhaust System Mid Link Connect Pipe Replace of Catalyst Cat | $56.33  Was: $59.29  Free shipping  or Best Offer  Only 2 left | From China |
| For KTM 690 Duke Mid Connect Link Pipe Replace of Catalyst Cat Original System | $94.42  Was: $99.39  Free shipping  or Best Offer  7 watching | From China |
| For Suzuki GSXS1000 2015-2020 Mid Link Pipe Replace Catalyst Cat Original System | $65.45  Was: $68.89  Free shipping  or Best Offer  2 watching | From China |
| For BMW F750GS 850GS 2018 2019 2020 Motorcycle Exhaust Middle Link Connect Pipe | $51.10  Was: $53.79 | From China |

Slip for BMW C650GT 2016-2020 Motorcycle Exhaust Middle Link Connect Pipe

$42.36
Was: $44.59
Free shipping
or Best Offer

From China

For BMW C650 SPORT 2016-2020 Motor Exhaust Mid Connect Pipe Slip On 51mm Muffler

$48.54
Was: $51.09
Free shipping
or Best Offer

From China

For Honda X-ADV750 Motorcycle Exhaust Modified System Front Link Header Pipe

$163.30
Was: $171.89
Free shipping
or Best Offer

From China

For Kymco Xciting 250 300 Motorcycle Front Header Pipe to Original Exhaust Pipe

$60.79
Was: $63.99
Free shipping
or Best Offer
Only 1 left!

From China

For KTM 125 250 390 DUKE RC390 17-20 Titanium Mid Link Pipe Remove Catalyst Cat

$177.74
Was: $187.09
$10.99 shipping
or Best Offer
Only 1 left!

From China

Slip for Suzuki GSXR 600 750 2011-2017 Motor Exhaust Muffler Pipe Mid Link Pipe

$88.15
Was: $92.79
Free shipping
or Best Offer

From China

For Benelli TRK502 Slip on Motorcycle Exhaust Muffler Tips Mid Link Pipe Tube

$165.10
Was: $173.79
Free shipping
or Best Offer

From China

For Yamaha SMAX155 Motorcycle System Carbon Fiber Exhaust Muffler Front Pipe

$214.88
Was: $226.19
Free shipping
or Best Offer
Only 1 left!

From China

Slip on for Benelli 302 Motorcycle System Middle Connect Pipe Exhaust Muffler

$207.38
Was: $218.29
Free shipping
or Best Offer

From China

Slip for Yamaha Y15ZR Exciter150 Motorcycle Exhaust Muffler Tube Front Link Pipe

$132.71
Was: $139.69
Free shipping
or Best Offer

From China

Slip on Motorcycle Exhaust Muffler Mid Link Pipe for Suzuki GSXR1000 2005 2006

$150.85
Was: $158.79
Free shipping
or Best Offer

From China

38-51mm Universal Exhaust Muffler Escape Pipe for Motorcycle ATV Scooter 470mm

$73.14
Was: $76.99
Free shipping
15 sold

From China

370mm Universal Motorcycle System Exhaust Muffler Vent Pipe for Modified Scooter

$88.06
Was: $92.69
Free shipping
or Best Offer

From China

51mm Universal Exhaust Muffler Tail Pipe for Motorcycle System Autocycle Scooter

$134.80
Was: $141.89
Free shipping
or Best Offer
Only 1 left!

From China

Slip for KTM125 250 390 2017-2018 Motorcycle Exhaust Muffler Tail Mid Link Pipe

$156.46
Was: $164.69
Free shipping
or Best Offer

From China

370mm Universal Motorcycle Exhaust Pipe for ATV Modified Scooter with Silencer

$59.84
Was: $62.99
$13.99 shipping
or Best Offer
Only 1 left!

From China

51mm Universal Motorcycle Autobike ATV Exhaust Muffler Pipe with D8 Killer 330mm

$55.28

From China



Was: $58.19
From China

Slip On cb600f hornet EXhaust Middle Pipe EXhaust System For Honda Hornet 600
$47.19
Was: $49.67
Free shipping
or Best Offer
From China

For KTM 1290 DUKE Exhaust System Mid Link Connect Pipe Replace of Catalyst Cat
$58.32
Was: $61.39
or Best Offer
From China

For Kawasaki Z900RS Front Header Link Connect Pipe for 51MM / Original Exhaust
$309.50
Was: $325.79
Free shipping
or Best Offer
Only 1 left!
From China

For Kawasaki Ninja H2 2016-2019 Exhaust Vent Tube Muffler Tail Pipe Carbon Fiber
$380.94
Was: $400.99
Free shipping
or Best Offer
From China

For BMW F650GS F700GS F800GS ADV Motor Exhaust Muffler Tube Black Mid Link Pipe
$120.26
Was: $126.59
Free shipping
or Best Offer
6 watching
From China

Slip for Benelli 502C Exhaust Muffler Tail Pipe Middle Link Connnect Pipe System
$168.81
Was: $177.69
Free shipping
or Best Offer
From China

For Honda PCX 125 150 2017 2018 2019 Exhaust Muffler Tube Front Link Pipe System
$221.63
Was: $233.29
Free shipping
or Best Offer
From China

38-51mm Universal Motorcycle Exhaust Tube Muffler Tail Pipe Black with DB Killer
$53.38
Was: $56.19
or Best Offer
Only 1 left!
From China

For Yamaha YZF R1 09-14 Exhaust Muffler Tube Carbon Fiber Mid Link Connect Pipe
$507.86
Was: $534.59
Free shipping
or Best Offer
From China

Slip for BMW F800GS 2008-2017 Exhaust Muffler Tube Mid Link Pipe with DB Killer
$120.26
Was: $126.59
Free shipping
or Best Offer
5 watching
From China

Motorcycle Exhaust Mid Link Connect Pipe Slip for Honda CB190 CBF190 CB190R 51mm
$109.05
Was: $114.79
Free shipping
or Best Offer
From China

Slip for Suzuki GSX250 250R 2016-2018 Motorcycle Exhaust System Middle Link Pipe
$42.27
Was: $44.49
Free shipping
or Best Offer
Only 1 left!
From China

Motorcycle Exhaust Muffler Middle Tail Vent Pipe Slip on for Yamaha YZF R3
$118.84
Was: $125.09
$10.99 shipping
or Best Offer
From China

Motorcycle System Exhaust Mid Tail Tube Pipe Slip for Honda CBR1000RR 2017-2018
$194.74
Was: $204.99
Free shipping
or Best Offer
From China

51mm Universal Motorcycle ATV Scooter Exhaust Muffler Tail Pipe with DB Killer
$63.07
Was: $66.39
Free shipping
or Best Offer
8 watching
From China

Motorcycle System Replace Insert Exhaust Muffler Pipe for BMW S1000RR 2010-2014
$151.61
Was: $159.59
Free shipping
or Best Offer
From China

Motorcycle Exhaust System Front Header Link Connect Pipe Slip for Honda CBR650F



 **Categories**

eBay Motors

Motorcycle Silencers, Mufflers & Baffles

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (30)

**Price**

- Under $75.00
- $75.00 - $150.00
- Over $150.00

$ to $

**Item Location** see all

- Default
- Within

100 miles of 60106

- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

professional_motors (686 )

Feedback rating: 686
Positive Feedback: 98.6%
Member since Feb-24-18 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now

Sort: Best Match View:

**30** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of / 60106

Clear selections

0 matching results

Find Results

For KTM 125 250 390 RC390 DUKE 2017-2020 Motor Exhaust Front Link Pipe Titanium (Fits: KTM)

Brand New

**$150.66** From China

Was: ~~$158.59~~

or Best Offer

**Free Shipping**

5% off

Watch

For KTM DUKE 125 250 390 RC390 2017-2020 Motor Exhaust System Link Pipe No Cat (Fits: KTM)

New (Other)

**$134.42** From China

Was: ~~$141.49~~

or Best Offer

**Free Shipping**

13 Sold

5% off

Watch

For KTM125 250 390 2017-2018 Slip on Motorcycle Exhaust Muffler Mid Connect Pipe (Fits: KTM)

New (Other)

**$93.47** From China

Was: ~~$98.39~~

or Best Offer

**Free Shipping**

5% off

Watch

For KTM125 250 390 2017-2018 Motorcycle Exhaust Aluminum Tube Mid Connect Pipe (Fits: KTM)

New (Other)

**$87.87** From China

Was: ~~$92.49~~

or Best Offer

**Free Shipping**

5% off

Watch

Slip for KTM 125 250 390 DUKE 2017-19 Motorcycle Exhaust Muffler Pipe Mid Pipe (Fits: KTM)

Brand New

**$93.19** From China

Was: ~~$98.09~~

or Best Offer

**Free Shipping**

Only 1 left!

7 Sold

5% off

Watch

Slip for KTM125 250 390 2017-2018 Motorcycle Exhaust Muffler Tail Mid Link Pipe (Fits: KTM)

New (Other)

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 🔵 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms



**Ship to**

1001 Foster Ave
Bensenville, IL 60106-1445
United States

Change

### Review item and shipping

Seller: professiona...    Edit message
Message: Item Id: 184409410711 Buyer's Vehicle: KTM

For KTM 125 250 390 RC390 DUKE 2017-2020 Motor
Exhaust Front Link Pipe Titanium
**$150.66**
~~$158.59~~
Quantity 1

**Delivery**

● Est. delivery: Nov 3 – Nov 23
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

○ Est. delivery: Oct 20 – Oct 27
Expedited Shipping from China/Hong Kong/Taiwan to
worldwide
**$8.99**

### Gift cards, coupons, eBay Bucks

Enter code: [_____] [ Apply ]

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $150.66 |
| Shipping | Free |
| Tax* | $9.42 |

**Order total**    **$160.08**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

10/13/2020

10/13/2020



Shop by category ⌄

| Search for anything | All Categories ⌄ | **Search** | Advanced |

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Exhausts & Exhaust Systems › Silencers, Mufflers & Baffles

Add to Watchlist

✓ This fits a KTM      Select Year



**Model A**

### For KTM DUKE 125 250 390 RC390 2017-2020 Motor Exhaust System Link Pipe No Cat

🔥 2 viewed per hour

| | |
|---|---|
| Condition: | New other (see details) |
| | "Please make a note which model you want or we will send at random." |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 04h 01m 31s |
| Quantity: | 1    3 available    13 sold / See feedback |

Price: US $134.42

No Interest if paid in full in 6 mo on $99+*
US $141.49 (5% off)

**Buy It Now**

**Add to cart**

Best Offer:   **Make Offer**

♡ Add to Watchlist

**100% buyer satisfaction** | Limited quantity remaining | More than 80% sold

| | |
|---|---|
| Shipping: | FREE Expedited Shipping from China/Hong Kong/Taiwan to worldwide | See details |
| | International shipment of items may be subject to customs processing and additional charges. |
| | Item location: Guangzhou, China |
| | Ships to: Worldwide   See exclusions |
| Delivery: | Estimated between Tue. Oct. 20 and Tue. Oct. 27 |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  MasterCard  Discover |

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

#### Seller information
professional_motors (686 ⭐)
98.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?   **Sell now**

---

### Similar sponsored items 1/2                          Feedback on our suggestions

     

| For 2017-2020 KTM 390 250 Duke Motorcycle Exhaust... | KTM 390 DUKE 2017-2019 SLASH CUT RACE TRIM G... | Motor Exhaust Muffler Pipe Link Pipe For DUKE KTM 12... | Motorcycle Exhaust Mid Link Pipe Connect Tube For KT... | For KTM Duke 125 250 390 RC390 17-20 Exhaust Cat... | For KTM 125 250 390 Duke 2017-2020 Exhaust Pipe... |
|---|---|---|---|---|---|
| $148.33 | $124.77 | $91.80 | $77.40 | $122.40 | $97.89 |
| $166.66 | + shipping | $102.00 | $86.00 | $153.00 | $109.99 |
| + $2.99 shipping | Seller 99.9% positive | + $5.99 shipping | + $5.99 shipping | + $3.99 shipping | + $2.99 shipping |
| Seller 99.3% positive | | Seller 99.3% positive | Seller 99.3% positive | Seller 99% positive | Seller 99.3% positive |

### Sponsored items from this seller 1/2                     Feedback on our suggestions

Feedback



 Shop by category ⌄    [🔍 Search for anything]   All Categories ⌄   **Search**   Advanced

‹ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Exhausts & Exhaust Systems > Silencers, Mufflers & Baffles     ✉ f 🐦 📌 | Add to Watchlist

---

✅ This fits a KTM    [ Select Year ]



**For KTM125 250 390 2017-2018 Slip on Motorcycle Exhaust Muffler Mid Connect Pipe**

| | |
|---|---|
| Condition: | New other (see details) |
| | "Please make a note which model you want or we will send at random." |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 04h 01m 23s |
| Price: | US $93.47     [ Buy It Now ] |
| | US $98.39 (5% off)     [ Add to cart ] |
| Best Offer: | [ Make Offer ] |
| | [ ♡ Add to Watchlist ] |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
professional_motors (686 ⭐)
98.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

 Free shipping     30-day returns

| | |
|---|---|
| Shipping: | **FREE** Expedited Shipping from China/Hong Kong/Taiwan to worldwide | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou, China |
| | Ships to: Worldwide See exclusions |
| Delivery: | Estimated between **Tue. Oct. 20** and **Tue. Oct. 27** ⓘ |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA MasterCard AMEX DISCOVER |
| | **PayPal CREDIT** Special financing available. See terms and apply now |
| | 🇺🇸 Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

---

Have one to sell? [ Sell now ]

---

## Similar sponsored items 1/2

Feedback on our suggestions

     

| For KTM125 250 390 2017-2018 Motorcycle Exhaust... | Slip on Motorcycle Exhaust Muffler Vent Mid Slip For... | Slip for KTM 125 250 390 DUKE 2017-19 Motorcycle... | Motorcycle Exhaust Mid Link Pipe Connect Tube For KT... | Motorcycle Muffler Tip Exhaust Link Pipe for KTM... | Motorcycle Exhaust Muffler Mid Link Pipe for KTM DUK... |
|---|---|---|---|---|---|
| $87.87 | $84.16 | $93.19 | $77.40 | $72.83 | $78.45 |
| $92.49 | $88.59 | $98.09 | $86.00 | $76.66 | $82.58 |
| Free shipping | Free shipping | Free shipping | + $5.99 shipping | + $12.99 shipping | + $12.99 shipping |
| New | Last one | Last one | Seller 99.3% positive | Seller 99.1% positive | Seller 99.1% positive |

---

## Sponsored items from this seller 1/2

Feedback on our suggestions



Hi (Sign in)    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ⌄    My eBay ⌄    🔔¹    🛒

**ebay**   Shop by category ⌄    [Search for anything]   All Categories ⌄   **Search**   Advanced

◁ Back to search results   | Listed in category:   eBay Motors > Parts & Accessories > Apparel & Merchandise > Other Apparel & Merchandise     ✉ f 🐦 📌   | Add to Watchlist

---

### People who viewed this item also viewed

 Motorcycle 100% Cotton Short... **$16.80** ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Short... **$16.80** ~~$21.00~~ Free shipping

 Motorcycle100% Cotton Fashion... **$16.80** ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Short... **$16.80** ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Casual... **$18.39** ~~$22.99~~ Free shipping

---

🏷 **SAVE UP TO 20%**   See all eligible items ▶




### Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for KTM Duke690

| | |
|---|---|
| **Condition:** | New with tags |
| **Product Type:** | - Select - ⌄ |
| **Quantity:** | [1]   1 available |

**Price:** US $16.80   ⓘ
~~US $21.00~~ (20% off)

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

**Shipping:**   <span style="color:red">Free shipping</span>   30-day returns   Longtime member

**FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide

**Delivery:** ⚡ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ
This item has an extended handling time and a delivery estimate greater than 16 business days.
Please allow additional time if international delivery is subject to customs processing.

**Payments:** PayPal VISA 💳 💳 💳

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** 30 day Buyer pays for return shipping | See details

---

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
pro-kodaskin (1436 ⭐)
98% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items



---

💲 Have one to sell?   [ Sell now ]

### Sponsored items from this seller   1/2      Feedback on our suggestions

 Motorcycle 100% Cotton Short Sleeve Casual Fashi... **$16.80** ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Casual Short Sleeve Fashi... **$18.39** ~~$22.99~~ Free shipping

 Motorcycle 100% Cotton Short Sleeve Casual Fashi... **$16.80** ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Casual Short Sleeve O-Ne... **$16.80** ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Casual Short Sleeve O-Ne... **$16.80** ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Casual Short Sleeve O-Ne... **$16.80** ~~$21.00~~ Free shipping

---

**Description**    Shipping and payments        Report item

Seller assumes all responsibility for this listing.      eBay item number: **223777966853**

Last updated on  Oct 02, 2020 20:42:47 PDT  <u>View all revisions</u>

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New with tags | Manufacturer Part Number: | DI-K-00050 |
| Brand: | KODASKIN | Country/Region of Manufacture: | China |
| Displayed Make: | KTM | Material: | 100% Cotton |
| Warranty: | Yes | | |

**pro-kodaskin**                                                                   Visit my eBay store 🏪

### Store Categories

- Store home
- Real Carbon Tank Pad
- Printing Tank Pad
- Vespa Accessories
- Fairing Kit
- 3D Sticker
- Wheel Rim Sticker
- 2D Sticker
- Brake Clutch Levers
- T-Shirt
- Pedal
- Hook
- Handlebar Riser
- Headlight Cover
- Brake Cover
- Instrument Protective Film
- Emblem Sticker
- Bag
- CNC Parts & Accessories
- Frame Slider
- Windshield
- Motorcycle Gloves
- Seat Cargo Liner Mat
- Other

Product Description

**Specifications:**
**Fit for:  KTM DUKE690**
**Brand:KODASKIN**
**Color: As the picture shows.**
**Material: Cotton**
**Package: One piece**

**Features:**
**100% Brand new and high quality.**
**Please confirm your size before placing an order**

**Tips:**
**Ø We are manufacturers and we can produce according to your requirements.**
**Ø We have our own warehouse, all colors and styles are available, and we accept wholesale.**
**Ø If you have any question, please contact me.**

{{titlepaymentterms}}         {{titleshippingterms}}         {{titlesalesterms}}         {{titleaboutus}}         {{titlecontactus}}

{{paymentterms}}

powered by
PushAuction

🔖 **SAVE UP TO 20%**   **See all eligible items ▶**

Save up to 20.0%

Marked down item price reflects all savings. Items provided by pro-kodaskin                    **All promotional offers from pro-kodaskin**











➕
See all

| | | | | |
|---|---|---|---|---|
| Universal Motor torage Holder Fast Hook for All Vespa Model GTS300 GTS GTV LX LT | Speaker Design Keychain for All Vespa GTS GTV LX PX LT Sprint Primavera | Motorcycle 100% Cotton O-Neck Fashion Short Sleeve Casual T-Shirt for Z900RS | Motorcycle 100% Cotton Casual Short Sleeve T-Shirt for Kawasaki Versys650 | Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for BMW S1000RR |
| Was: ~~US $21.99~~ | Was: ~~US $16.90~~ | Was: ~~US $25.90~~ | Was: ~~US $25.90~~ | Was: ~~US $21.00~~ |
| **Now:** US $17.59 | **Now:** US $13.52 | **Now:** US $20.72 | **Now:** US $20.72 | **Now:** US $16.80 |

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.                            You can change quantities in your cart.
Offer conditionsLearn about pricing

Hi (Sign in)    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔¹    🛒

ebay    Shop by category ⌄    [Search for anything          ]  [All Categories ⌄]  [ Search ]    Advanced

‹ Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Apparel & Merchandise > Other Apparel & Merchandise        ✉ f 🐦 P | Add to Watchlist

---

### People who viewed this item also viewed

 Motorcycle 100% Cotton Short... $16.80 ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Short... $16.80 ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Fashion... $16.80 ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Short... $16.80 ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Casual... $18.39 ~~$22.99~~ Free shipping

---

🏷 **SAVE UP TO 20%** See all eligible items ▶





💲 Have one to sell?   Sell now

### Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for KTM Duke690

| | |
|---|---|
| Condition: | New with tags |
| Product Type: | - Select - ⌄ |
| Quantity: | [ 1 ]    1 available |

Price: **US $16.80**
~~US $21.00~~ (20% off)

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

Free shipping    30-day returns    Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide

Delivery: 📦 Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ
This item has an extended handling time and a delivery estimate greater than 16 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  💳  💳  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
pro-kodaskin (1436 ⭐)
98% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Sponsored items from this seller  1/2                    Feedback on our suggestions

‹

 Motorcycle 100% Cotton Short Sleeve Casual Fashi... $16.80 ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Casual Short Sleeve Fashi... $18.39 ~~$22.99~~ Free shipping

 Motorcycle 100% Cotton Short Sleeve Casual Fashi... $16.80 ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Casual Short Sleeve O-Ne... $16.80 ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Casual Short Sleeve O-Ne... $16.80 ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Casual Short Sleeve O-Ne... $16.80 ~~$21.00~~ Free shipping

›

---

Description | **Shipping and payments**                    Report item

Seller assumes all responsibility for this listing.



### Shipping and handling

Item location: Guangzhou, China

Shipping to: Worldwide

Quantity: [1]    Change country: [United States ▾]      ZIP Code: [60106]   Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Nov. 5 and Wed. Nov. 25** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|

[PayPal] [VISA] [MasterCard] [American Express] [Discover]

**PayPal CREDIT**

**Special financing available**

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

🏷 **SAVE UP TO 20%**    See all eligible items ▸             All promotional offers from pro-kodaskin

Save up to 20.0%

Marked down item price reflects all savings. Items provided by pro-kodaskin

  

| | | | | |
|---|---|---|---|---|
| Universal Motor torage Holder Fast Hook for All Vespa Model GTS300 GTS GTV LX LT | Speaker Design Keychain for All Vespa GTS GTV LX PX LT Sprint Primavera | Motorcycle 100% Cotton O-Neck Fashion Short Sleeve Casual T-Shirt for Z900RS | Motorcycle 100% Cotton Casual Short Sleeve T-Shirt for Kawasaki Versys650 | Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for BMW S1000RR |
| Was: ~~US $21.99~~ | Was: ~~US $16.90~~ | Was: ~~US $25.90~~ | Was: ~~US $25.90~~ | Was: ~~US $21.00~~ |
| **Now:** US $17.59 | **Now:** US $13.52 | **Now:** US $20.72 | **Now:** US $20.72 | **Now:** US $16.80 |

**+** See all

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.          You can change quantities in your cart.

Offer conditions|Learn about pricing

---

**Sponsored items based on your recent views** 1/3              Feedback on our suggestions

◀                          ▶



Hi ▮▮▮ (Sign in)  Daily Deals  Brand Outlet  Help & Contact                    Sell  Watchlist ⌄  My eBay ⌄  🔔¹  🛒



ebay    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

eb**y** MONEY BACK GUARANTEE



KODASKIN

**pro-kodaskin** (1436 ★) 📋 ⓘ

**Positive Feedback (last 12 months): 98%** ⓘ

Member since: Oct-22-16 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member

View items for sale

View seller's Store

### Feedback ratings ⓘ

| | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 70 | 424 | 770 |
| ⦿ | Neutral | 0 | 2 | 5 |
| ➖ | Negative | 2 | 14 | 16 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (689) | ★★★★★ (719) |
| **Shipping speed** | **Communication** |
| ★★★★★ (683) | ★★★★★ (683) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

16 Feedback received (viewing 1-16)                                    Revised Feedback: 13 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

[ e.g. Vintage 1970's Gibson Guitars ] 🔍

Rating type: [ Negative (16) ⌄ ]    Period: [ 12 Months ⌄ ]

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Poor quality**<br>KODASKIN Motorcycle Gas Fuel Tank Cap Pad Sticker Protection for KAWASAKI ZX6R (#223436883547) | Buyer: n***i (97★)<br>US $10.32 | Past month<br>Reciprocal feedback |
| ➖ **Fits okay but it did arrive with a scratch on it, not good**<br>Honda Rear Seat Back Cover Rear Tail Seat Cover for CBR650R CB650R 2019-2020 (#223736175679) | Buyer: 2***s (110★)<br>GBP 55.00 | Past month<br>Reciprocal feedback |
| | Reply by pro-kodaskin. Left within past month.<br>Sir, we are so sorry, if you have any problems, pls contact me first, thank you | | |
| ➖ **disappointed I ordered gold color and received crom color**<br>3D Carbon Tank Pad for Yamaha MT-01 MT-03 MT-07 MT-09 MT-10 FZ1 FZ7 FZ9 FZ10 (#222971528664) | Buyer: c***a (25★)<br>US $14.39 | Past 6 months<br>Reciprocal feedback |
| ➖ **It is a big scam, it is a piece of plastic of the worst.**<br>2x TPU Instrument Dashboard Screen Protector for KYMCO XCITING X-CITING S 400 (#223799103062) | Buyer: k***i (71★)<br>US $9.59 | Past 6 months<br>Reciprocal feedback |
| ➖ **Fitting of sticker for GTS300 is incorrect**<br>2D Printing Body Side Emblem Decals Stickers Set for Vespa GTS300 Sport Super (#222927995459) | Buyer: s***o (244★)<br>US $22.39 | Past 6 months<br>Reciprocal feedback |
| ➖ **Be aware of this product. Selling in US market but not in US standard size. Bad!**<br>License Plate Frame Holder Screws for All Veapa GTS GTV LX Primavera Sprint PX (#223134544560) | Buyer: r***p (224★)<br>US $35.98 | Past 6 months<br>Reciprocal feedback |
| ➖ **It peels off, it doesn't fix well. I have to start it.**<br>3D Motorcycle Gas Fuel Tank Pad Protector Emblem Stickers Decals for BMW F850GS (#223591132663) | Buyer: _***s (5)<br>US $37.52 | Past 6 months<br>Reciprocal feedback |
| | Reply by pro-kodaskin. Left within past 6 months.<br>if the item not stick well , you can contact me ,thank you ! | | |

ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old.

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Much smaller film than the instrumentation**<br>2x TPU Instrument Clear Dashboard Screen Protector for Benelli BN302S (#223934904120) | Buyer: 2***8 (48★)<br>US $10.79 (Best offer was accepted) | Past 6 months<br>Reciprocal feedback |
| ➖ **Colour does not match the picture. no match on the bike. this succcss.**<br>3D Printing Gas Tank Pad Knee Fuel Side Protector for Suzuki GSXR1000 2007-2008 (#223200453923) | Buyer: u *** e ( 18★)<br>US $17.91 | Past 6 months<br>Reciprocal feedback |

Comment?



Hi ▮▮▮ ⌄    Daily Deals   Brand Outlet   Help & Contact      Sell   Watchlist ⌄   My eBay ⌄   🔔 3   🛒

Shop by category ⌄   Search for anything   All Categories ⌄   **Search**   Advanced

**pro-kodaskin** (1439 ★)
98% positive feedback

♡ Save

☐ Items for sale   🏬 Visit store   ✉ Contact

KODASKIN have many years of specialized experience in motorcycle parts and stickers field and Our products have won praises from customers in worldwide. Quality first ,service first ,credibility first,and accept wholesale and customization.

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 683 | Item as described | |
| ★★★★★ 677 | Communication | |
| ★★★★★ 677 | Shipping time | |
| ★★★★★ 713 | Shipping charges | |

| ● 769 Positive | ◐ 5 Neutral | ● 16 Negative |
|---|---|---|

Feedback from the last 12 months

See all feedback

⊕ They were very easy to work with Fast
Oct 12, 2020

● ○ ○ ○ ○

118 Followers | 3 Reviews | Member since: Oct 22, 2016 | 📍 China

## Items for sale(5107)

See all items


2x TPU Instrume...
US $10.39   2h left


ADV150-RED
2D Printing Bod...
US $42.49   2h left


KADASKIN 3D Rai...
US $10.39   4h left


KADASKIN 3D Rai...
US $10.39   4h left


KADASKIN 3D Rai...
US $10.39   4h left

## Reviews (3)

See all reviews


66L Waterproof Motorcycle Rear Rack Tail Bag Helmet Bag Travel Luggage Bags

★★★★★   Sep 16, 2020
66L Waterproof Motorcycle Rear Rack Tail Bag Helmet Bag Travel Luggage Bags

Very good quality, perfect for my bike


Waterproof Front Fork Motorcycle Tool Storage Bag For Vespa GTS300 TMAX 530 560

★★★★★   Sep 16, 2020
Waterproof Front Fork Motorcycle Tool Storage Bag For Vespa GTS300 TMAX 530 560

Perfect fit! it's looks beautiful !!

 


For Honda CBR650R CB650R 2019 Dashboard Screen Original Protector Sticker

★★★★★   Feb 28, 2020
For Honda CBR650R CB650R 2019 Dashboard Screen Original Protector Sticker

good

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ







Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 3

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Items for sale from **pro-kodaskin** (1439) | Save this seller

Include description

**Categories**

eBay Motors
- Motorcycle Decals & Stickers
- Motorcycle Fairings & Bodywork
- Other Motorcycle Handlebars, Grips & Levers
- Other Motors Apparel & Merchandise
- Auto Parts & Accessories
- More

See all categories

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (5,107)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all
- Default
- Within
100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

pro-kodaskin (1439)
Feedback rating: 1,439
Positive Feedback: 98%
Member since Oct-22-16 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Motorcycle 100% Cotton Casual Short ...
**$16.80**
Buy It Now
Free shipping

All Listings | Auction | Buy It Now    Sort: Best Match   View:

**5,107** results   Save this search

Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for BMW F700GS
Brand New
**$16.80** From China
Was: ~~$21.00~~
Buy It Now
**Free Shipping**
**1+ Watching**
**20% off**

Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for BMW F800GS
Brand New
**$16.80** From China
Was: ~~$21.00~~
Buy It Now
**Free Shipping**
**20% off**

Motorcycle 100% Cotton Casual Short Sleeve Fashion O-Neck T-Shirt for F850GS
Brand New
**$19.19** From China
Was: ~~$23.99~~
Buy It Now
**Free Shipping**
**1+ Watching**
**20% off**

Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for Kawasaki Z300
Brand New
**$20.72** From China
Was: ~~$25.90~~
Buy It Now
**Free Shipping**
**20% off**

Motorcycle100% Cotton Casual Short Sleeve O-Neck T-Shirt for KTM DUKE250
Brand New
**$18.39** From China
Was: ~~$22.99~~
Buy It Now
**Free Shipping**
**20% off**

Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for BMW F800ST
Brand New
**$16.80** From China
Was: ~~$21.00~~
Buy It Now
**Free Shipping**
**20% off**

Motorcycle 100% Cotton O-Neck Fashion Short Sleeve Casual T-Shirt for Z900RS
Brand New

Universal 7/8" Bar End
Rearview Mirro...
$31.99
Buy It Now



Motorcycle Rearview
Mirrors Red Side ...
$25.99
Buy It Now
Free shipping



KTM Fuel Tank Cap pad
Protector Stick...
$11.49
Buy It Now



Motorcycle 100% Cotton
Short Sleeve C...
$16.80
Buy It Now
Free shipping



Motorcycle 100% Cotton
Short Sleeve C...
$16.80
Buy It Now
Free shipping



Motorcycle100% Cotton
Fashion Casual ...
$16.80
Buy It Now
Free shipping



$20.72
Was: $25.90
Buy It Now
Free Shipping
20% off

From China



Motorcycle 100% Cotton O-Neck Short Sleeve Casual T-Shirt for Kawasaki Vulcan S
Brand New
$16.80
Was: $21.00
Buy It Now
Free Shipping
20% off

From China



Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for BMW G310GS
Brand New
$19.19
Was: $23.99
Buy It Now
Free Shipping
2+ Watching
20% off

From China



100% Cotton O-Neck Short Sleeve Casual Motorcycle Sport T-Shirt for BMW K1200RS
Brand New
$16.80
Was: $21.00
Buy It Now
Free Shipping
20% off

From China



Motorcycle 100% Cotton Short Sleeve Casual T-Shirt for for Kawasaki ZX-14R
Brand New
$16.80
Was: $21.00
Buy It Now
Free Shipping
1+ Watching
20% off

From China



Motorcycle 100% Cotton O-Neck Short Sleeve Casual T-Shirt for Kawasaki Z900
Brand New
$16.80
Was: $21.00
Buy It Now
Free Shipping
20% off

From China





Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for Kawasaki Z650
Brand New
$16.80 to $20.72
Was: $21.00
Buy It Now
Free Shipping
20% off

From China



Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for Kawasaki Z1000SX
Brand New



$12.99

Buy It Now
Free shipping



KTM FMF Shroud
Graphics Kit 125 250 4...
$29.99

Buy It Now
Free shipping



KTM SX X125 250 450
2007-2010 EXC-F 1...
$135.00

Buy It Now
Free shipping



2x Motorcycle Foldable
Brake Clutch L...
$33.62

Buy It Now
Free shipping



Fits KTM 690 Duke R
2014-2018 CNC Sho...
$26.99

Buy It Now



Motorcycle Foldable
Brake Clutch Leve...
$33.62

Buy It Now
Free shipping



For KTM Duke 1290 790
690 390 125 Mot...
$25.69

Buy It Now
Free shipping



$16.80
Was: $21.00
Buy It Now
**Free Shipping**
20% off

From China

Motorcycle 100% Cotton Short Sleeve Casual Fashion O-Neck T-Shirt for KTM RC390
Brand New

$16.80
Was: $21.00
Buy It Now
**Free Shipping**
20% off

From China

Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for BMW R1200R
Brand New

$16.80
Was: $21.00
Buy It Now
**Free Shipping**
20% off

From China

Motorcycle 100% Cotton Short Sleeve Casual Fashion T-Shirt for KTM DUKE790
Brand New

$16.80 to $17.59
Was: $21.00
Buy It Now
**Free Shipping**
20% off

From China

Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for Versys-X300
Brand New

$16.80
Was: $21.00
Buy It Now
**Free Shipping**
20% off

From China

Motorcycle 100% Cotton Casual Short Sleeve T-Shirt for Kawasaki ZX10R ZX1000
Brand New

$16.80
Was: $21.00
Buy It Now
**Free Shipping**
20% off

From China

Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for Kawasaki Z800
Brand New

$16.80
Was: $21.00
Buy It Now
**Free Shipping**
20% off

From China

Motorcycle 100% Cotton O-Neck Short Sleeve Casual T-Shirt for Kawasaki Z125
Brand New







Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Include description

Items for sale from **pro-kodaskin** (1439) | Save this seller | Show results from all sellers

### Categories

**eBay Motors**
- Motorcycle Decals & Stickers
- Other Motorcycle Parts
- Motorcycle Fairings & Bodywork
- Other Motors Apparel & Merchandise
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (191)

**Price**
$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**
pro-kodaskin (1439)
Feedback rating: 1,439
Positive Feedback: 98%
Member since Oct-22-16 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Motorcycle 100% Cotton Casual Short ...
**$16.80**
Buy It Now
Free shipping

All Listings | Auction | Buy It Now — Sort: Best Match — View:

**191** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106-1445
Clear selections
**0** matching results
Find Results

Motorcycle Headlight Front Lens Protection Cover for KTM DUKE 390 790 2017-2018 (Fits: KTM)
Brand New
**$29.74**
Was: ~~$34.99~~
Buy It Now
**Free Shipping**
**7+ Watching**
**15% off**
From China
Brand: KODASKIN

2x TPU Instrument Dashboard Screen Protector Parts for KTM 390DUKE 2019-2020 (Fits: KTM)
Brand New
**$10.39**
Was: ~~$12.99~~
or Best Offer
**Free Shipping**
**2 Watching**
**20% off**
Watch
From China
Brand: KODASKIN

Gas Cap Tank Pad Stickers Decals for KTM 1190 RC8 RC-R SUPER DUKE 1290 2010-2014
Brand New
**$11.92** to **$23.92**
Was: ~~$29.90~~
Buy It Now
**Free Shipping**
**2+ Watching**
**20% off**
From China
Brand: KODASKIN

KODASKIN Motorcycle Brake Fluid Reservoir Cap Cover for KTM RC125 RC200 RC390
Brand New
**$15.22**
Was: ~~$17.90~~
Buy It Now
**Free Shipping**
**6+ Watching**
**15% off**
From China
Brand: KODASKIN

3D Gas Tank Pad Protector Sticker Decal for KTM Super Duke 1090 1190 1290ADV S R
Brand New
**$13.52** to **$39.92**
Was: ~~$49.90~~
Buy It Now
**Free Shipping**
**2+ Watching**
**20% off**
From China
Brand: KODASKIN

3D Gas Fuel Tank Pad Protector Stickers Decals for KTM 125 200 390 Duke
Brand New

$31.99
Buy It Now



Motorcycle Rearview
Mirrors Red Side ...
$25.99
Buy It Now
Free shipping



KTM Fuel Tank Cap pad
Protector Stick...
$11.49
Buy It Now



Motorcycle 100% Cotton
Short Sleeve C...
$16.80
Buy It Now
Free shipping



Motorcycle 100% Cotton
Short Sleeve C...
$16.80
Buy It Now
Free shipping



Motorcycle100% Cotton
Fashion Casual ...
$16.80
Buy It Now
Free shipping



2008-12 KTM FMF Fork
Guard Graphics S...
$12.99 🏆
Buy It Now
Free shipping



$10.39 to $20.79
Was: $25.99
Buy It Now
Free Shipping
25+ Sold
20% off

From China
Brand: KODASKIN

KODASKIN Motorcycle Brake Fluid Reservoir Cap Cover for KTM Duke 125 200 250 390
Brand New
$15.22
Was: $17.90
Buy It Now
Free Shipping
9+ Sold
15% off

From China
Brand: KODASKIN

3D Gas Cap Fuel Tank Pad Protector Stickers Decals for KTM 690 990 1290 DUKE
Brand New
$11.92 to $23.92
Was: $29.90
Buy It Now
Free Shipping
9+ Sold
20% off

From China
Brand: KODASKIN



3D Gas Cap Fuel Tank Pad Stickers Protector Decals for KTM Duke 390 2012-2016
Brand New
$12.72 to $31.99
Was: $19.90
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN

2x TPU Instrument Dashboard Screen Protector for KTM 1290 Super ADV 2018-2020 (Fits: KTM)
Brand New
$10.39
Was: $12.99
or Best Offer
Free Shipping
20% off
👁 Watch

From China
Brand: KODASKIN

3D for KTM 690 990 1290 DUKE Gas Cap Fuel Tank Pad Protector Stickers Decals
Brand New
$11.92 to $23.92
Was: $14.90
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN



3D Printing Gas Fuel Tank Pad Emblem Stickers Decals for KTM DUKE 390 2012-2016
Brand New
$12.72 to $34.32
Was: $19.90
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN

3D Printing Gas Fuel Tank Pad Emblem Stickers Decals for KTM DUKE 390 2012-2016
Brand New



KTM FMF Shroud
Graphics Kit 125 250 4...
**$29.99** 🏷️
Buy It Now
Free shipping



KTM SX X125 250 450
2007-2010 EXC-F 1...
**$135.00**
Buy It Now
Free shipping



2x Motorcycle Foldable
Brake Clutch L...
**$33.62**
Buy It Now
Free shipping



Motorcycle Foldable
Brake Clutch Leve...
**$33.62**
Buy It Now
Free shipping



Fits KTM 690 Duke R
2014-2018 CNC Sho...
**$26.99**
Buy It Now



For KTM Duke 1290 790
690 390 125 Mot...
**$25.69**
Buy It Now
Free shipping



**$12.72** to **$34.32**
Was: $19.90
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN

3D Gas Fuel Tank Pad Protector Stickers Decal for KTM 1050 1190 1290 Adventure
Brand New
**$12.72** to **$31.92**
Was: $19.90
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN



3D Gas Fuel Tank Pad Protection Stickers Decal for KTM 1050 1190 1290 Adventure
Brand New
**$12.72** to **$31.92**
Was: $19.90
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN



3D Fuel Tank Pad Cap Protector Stickers Decals for KTM 1050 1190 1290 Adventure
Brand New
**$12.72** to **$31.92**
Was: $19.90
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN



3D Carbon Gas Fuel Thank Cap Protector Stickers Decals for KTM DUKE390 DUKE200
Brand New
**$10.39**
Was: $12.99
or Best Offer
Free Shipping
20% off
👁 Watch

From China
Brand: KODASKIN



Motorcycle100% Cotton Casual Short Sleeve O-Neck T-Shirt for KTM DUKE250
Brand New
**$18.39**
Was: $22.99
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN

Front Windshield Windscreens Wind Deflector for KTM DUKE125 DUKE390 2017-2018 (Fits: KTM)
Brand New
**$51.99**
Was: $64.99
Buy It Now
+$10.00 shipping
20% off

From China
Brand: KODASKIN

Headlight Mesh Guard Grill Protector Cover for KTM RC125 RC200 RC390 2014-2016
Brand New



$25.88
Buy It Now
Free shipping



Black Motorcycle 7/8" Bar
End Side Mi...
$25.85
Buy It Now
Free shipping



Motorcycle Rear View
Side Mirrors Ova...
$21.99
Buy It Now
Free shipping



8/10mm Motorcycle
Rearview Mirrors Bl...
$25.21
Buy It Now
Free shipping



Motorcycle Oval Rear
Rearview Mirrors...
$35.88
Buy It Now
Free shipping



KTM Fuel Tank Filler Cap
Pad Sticker ...
$10.31
Buy It Now



KTM Fuel Tank Cap pad
Protector Stick...
$9.88
Buy It Now



$33.92
Was: $39.90
or Best Offer
Free Shipping
15% off
👁 Watch

From China
Brand: KODASKIN

Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-Shirt for KTM Duke690
Brand New



$16.80
Was: $21.00
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN

Motorcycle 100% Cotton Short Sleeve Casual Fashion T-Shirt for KTM DUKE790
Brand New



$16.80 to $17.59
Was: $21.00
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN

NEW LISTING  For KTM 1290 ADV 790 ADV 390 ADV Waterproof Handlebar Bag Fuel Tank Storag
Bag
Brand New



$29.99
Was: $39.99
Buy It Now
Free Shipping
25% off

From China
Brand: KODASKIN

Motorcycle 100% Cotton Short Sleeve Casual Fashion O-Neck T-Shirt for KTM RC125
Brand New



$16.80
Was: $21.00
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN

Motorcycle 100% Cotton Casual Short Sleeve Fashion O-Neck T-Shirt for KTM RC125
Brand New



$18.39
Was: $22.99
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN

Motorcycle 100% Cotton Short Sleeve Casual Fashion O-Neck T-Shirt for KTM RC390
Brand New



$16.80
Was: $21.00
Buy It Now
Free Shipping
20% off

From China
Brand: KODASKIN

Motorcycle100% Cotton Fashion Casual Short Sleeve O-Neck T-Shirt for KTM RC200
Brand New



 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ Add a credit or debit card

○ *PayPal*

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

┌─────────────────────────────────┐
│ **Ship to**
│ ▉▉▉▉▉
│ 1001 Foster Ave,
│ Bensenville, IL 60106-1445
│ United States
│ ▉▉▉▉▉
│ Change
│
│ **Review item and shipping**
│
│ Seller: pro-kodaskin    Message to seller
│
│   Motorcycle 100% Cotton Casual Short Sleeve O-Neck T-
│                        Shirt for KTM Duke690
│                        Product Type: Black S
│
│                        **$16.80**
│                        $21.00
│                        Quantity 1
│
│                        **Delivery**
│                        Est. delivery: Nov 5 – Nov 25
│                        Standard SpeedPAK from China/Hong Kong/Taiwan
│                        **Free**
└─────────────────────────────────┘

Save up to 20%

## Gift cards, coupons, eBay Bucks

Enter code: [                ]  Apply

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $16.80 |
| Shipping | Free |
| Tax* | $1.05 |
| **Order total** | **$17.85** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✔ Norton SECURED

Case: 1:20-cv-06677 Document #: 13 Filed: 11/10/20 Page 135 of 398 PageID #:1442

Hi (Sign in)     Daily Deals     Brand Outlet     Help & Contact

Sell     Watchlist ⌄     My eBay ⌄     🔔 1     🛒

 eBay

Shop by category ⌄

Search for anything     All Categories ⌄     Search     Advanced

◁ Back to search results | Listed in category:     eBay Motors > Parts & Accessories > Apparel & Merchandise > Other Apparel & Merchandise

✉ f 🐦 📌 | Add to Watchlist

## People who viewed this item also viewed

 Motorcycle 100% Cotton Short...
$16.80
$21.00
Free shipping

Motorcycle 100% Cotton Casual...
$19.19
$23.99
Free shipping

 Motorcycle 100% Cotton O-Neck...
$20.72
$25.90
Free shipping

 Motorcycle100% Cotton Fashion...
$16.80
$21.00
Free shipping

 Motorcycle 100% Cotton Short...
$16.80
$21.00
Free shipping





      ▷

$ Have one to sell?  Sell now

### Motorcycle 100% Cotton Short Sleeve Casual Fashion O-Neck T-Shirt for KTM RC390

Condition: **New with tags**

Product Type:  - Select - ⌄

Quantity:  1     1 available

Price:  **US $16.80**
US $21.00 (20% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide

Delivery:  ✈ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow extra time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  🟧 AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  30 day Buyer pays for return shipping | See details

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
pro-kodaskin (1436 ★)
98% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

## Sponsored items from this seller 1/2

Feedback on your suggestions

◁

Motorcycle 100% Cotton Short Sleeve Casual Fashi...
$16.80
$21.00
Free shipping

Motorcycle 100% Cotton Casual Short Sleeve Fashi...
$18.39
$22.99
Free shipping

Motorcycle 100% Cotton Short Sleeve Casual Fashi...
$16.80
$21.00
Free shipping

Motorcycle 100% Cotton Casual Short Sleeve Fashi...
$19.19
$23.99
Free shipping

Motorcycle 100% Cotton O-Neck Fashion Short Sleeve...
$20.72
$25.90
Free shipping

Motorcycle 100% Cotton Casual Short Sleeve O-Ne...
$16.80
$21.00
Free shipping

▷

Description | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

Last updated on Oct 02, 2020 20:48:48 PDT View all revisions

eBay item number:  **223777972217**

Hi (Sign in)    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔 1    🛒

eBay    Shop by category ⌄    | Search for anything    | All Categories ⌄ | **Search** | Advanced

◁ Back to search results  |  Listed in category:    eBay Motors > Parts & Accessories > Apparel & Merchandise > Other Apparel & Merchandise

✉ f 🐦 📌  | Add to Watchlist

---

**People who viewed this item also viewed**

 Motorcycle 100% Cotton Short... $16.80 ~~$21.00~~ Free shipping

 Motorcycle 100% Cotton Casual... $19.19 ~~$23.99~~ Free shipping

 Motorcycle 100% Cotton O-Neck... $20.72 ~~$25.90~~ Free shipping

 Motorcycle 100% Cotton O-Neck... $20.72 ~~$25.90~~ Free shipping

 Motorcycle 100% Cotton Short... $16.80 ~~$21.00~~ Free shipping

---

🏷 **SAVE UP TO 20%**  See all eligible items ▶






◁       ▷

💲 Have one to sell?  **Sell now**

### Motorcycle 100% Cotton Short Sleeve Casual Fashion O-Neck T-Shirt for KTM RC125

Condition:    New with tags

Product Type:    - Select -  ⌄

Quantity:    1          1 available

Price:    **US $16.80**
US $21.00 (20% off)  ⓘ

| **Buy It Now** |

| **Add to cart** |

| ♡ Add to Watchlist |

**Free shipping**    30-day returns    Longtime member

Shipping:    **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide

Delivery:    ⚡ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  MasterCard  AmEx  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    30 day Buyer pays for return shipping | See details

---

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
pro-kodaskin (1436 ⭐)
98% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

**Sponsored items from this seller** 1/2                    Feedback on our suggestions

◁  Motorcycle 100% Cotton Short Sleeve Casual Fashi... $16.80 ~~$21.00~~ Free shipping    Motorcycle 100% Cotton Short Sleeve Casual Fashi... $16.80 ~~$21.00~~ Free shipping    Motorcycle 100% Cotton Casual Short Sleeve Fashi... $19.19 ~~$23.99~~ Free shipping    Motorcycle 100% Cotton O-Neck Fashion Short Sleeve... $20.72 ~~$25.90~~ Free shipping    Motorcycle 100% Cotton Casual Short Sleeve O-Ne... $16.80 ~~$21.00~~ Free shipping    Motorcycle 100% Cotton Casual Short Sleeve Fashi... $16.80 ~~$21.00~~ Free shipping ▷

---

Description    Shipping and payments                                    Report item

Seller assumes all responsibility for this listing.

eBay item number: 223777974324















Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies | Add to Watchlist

Check if this part fits your vehicle Contact the seller

Have one to sell? Sell now

# Motorcycle Headlight Headlamp KTM Headligt EXC XCF SX SMR Enduro Dirt Pit Bike

Condition: New

Price: US $18.99

Buy It Now

Add to cart

Add to Watchlist

1-year accident protection plan from SquareTrade - $5.99

30-day returns | Longtime member

Shipping: $10.00 Standard Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: shanghai, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Thu. Oct. 22 and Tue. Nov. 17
Please note the delivery estimate is greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
proper-parts (2023 ★)
98.3% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Motorcycle Headlight Lamp For KTM Headlamp EXC X...
$26.96
~~$28.99~~
+ $1.50 shipping
New

Universal Motorcycle Headlight Head Lamp for...
$25.44
Free shipping
New

Dirt Bike Enduro Headlight Headlamp Front Light...
$26.31
~~$27.99~~
+ $3.50 shipping
Seller 99% positive

Universal Headlights Headlamp Street For KTM...
$23.50
Free shipping
Almost gone

White Dirt Bike Motorcycle Enduro Headlight Lamp...
$32.10
~~$34.15~~
+ $3.50 shipping
Seller 99.1% positive

12V Dirt Bike Headlight Headlamp for KTM SX XCF...
$11.35
~~$12.20~~
+ $3.50 shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions








Motorcycle Headlamp KTM Headlight EXC XCF SX F SM...

$23.99
+ $6.99 shipping
Last one

Enduro Dual Sport Headlight 12V 35W Head Light for KT...

$23.99
+ $5.10 shipping
Last one

Oil Cooler radiator Dirt Pit Bike Monkey Racing...

$35.14
~~$36.99~~
+ $5.10 shipping
Last one

Racing YOUTH/PEEWEE kids motorcycle Bicycle Di...

$8.99
Free shipping

Handle MX Racing Grip Fit GEL GP Motorcycle Dirt Pit...

$6.99
+ $3.50 shipping
Almost gone

Alloy Folding Gear Shift Lever 50cc 70cc 90cc 110...

$9.99
+ $5.10 shipping

---

**Description**  **Shipping and payments**                                                    Report item

Seller assumes all responsibility for this listing.                              eBay item number:  **193632150233**

Last updated on  Sep 25, 2020 02:10:12 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Modified Item: | No |
| Manufacturer Part Number: | Does Not Apply | Country/Region of Manufacture: | China |
| Brand: | Unbranded | Custom Bundle: | No |
| Non-Domestic Product: | Yes | UPC: | Does not apply |
| Warranty: | Yes | Bundle Listing: | Yes |

**Product Description:**

100% Brand New, Never Mounted
Transparent glass lens cover and back cover to protect lights .
The position of the mounting points allow ample room for the brake cable .
Universal Fitting With Anti-vibration Rubber Strips, Will Mount On Your Motorcycle's Forks With 4 Rubber Straps
Dual Light With Hi/Lo Option
Not DOT Approved
Easy To Install

Color:Orange/Green/White/Black As Pictures
Approx Dimensions: H:12" W: 11.5"
The Light Bulb Type: S2, 12V, 35W
Material:PP Plastic

Wiring:
Ground:Green
Low Headlight:Blue
High Headlight:White
Foglight:Brown

Fitment:
There Are Universal Mounting Kits To Fit For Most Enduro And Supermoto Bike

**Package:**

1 * Headlight
4* Rubber Strips
Installation Instruction NOT Included

# Notice:

1.Don't buy if you don't confirm you can use them, just ask us for detailed drawing to check if they are fit.
2.You will receive the item same as the pictures. maybe some difference on the color as the light during shooting.
3.Import duties, taxes and charges are not included in the item price. It means shipping company will charge these fees from you if you want to get the items.And we will not refund if buyer don't receive package as rejecting to pay these cost.

# Payment Terms

1.Payment should be completed within 7(Four)  days of auction closing. Or unpaid dispute will be filed for closing auction.If you can not pay in time, plz contact us.

# Return/Change

1.Please contact us by email within 30 days if you need a return.
2.Return item must be in original condition, sent the item back to the address we tell you.
3.Purchase price will be refund but shipping cost is not refundable if buyers buy products in mistake ,buyers need to afford the returning shipping cost .
4.Buyers can require full refund include shipping cost or change products for free,  if we posted wrong products, missed package by shipping company
5.bad quality or products are broken during shipping(require clear pictures of products and packages).

# Feedback

1.As our good buyer, wish you can give us positive after you receive our high quality products. We always have discount or gift for second-buy customers who give us POSITIVE FEEDBACK.
2.We showed the shipping time to customers, so don't leave us NEGATIVE FEEDBACK if your package arrived late, it is caused by shipping company.
3.Don't hesitate to email us if any questions, we will reply in 12 hours. Don't open dispute or leave NEGATIVE FEEDBACK easily , trust us and email us
   directly , all the issues can be solved.

Sponsored items based on your recent views 1/3

Feedback on our suggestions



Motorcycle Headlight Lamp
For KTM Headlamp EXC X...
$26.96
$28.99
+ $1.50 shipping
New



Motorcycle Headlamp KTM
Headligt EXC XCF SX F SM...
$23.99
+ $6.99 shipping
Last one



Motorcycle Headlight
Orange For 2017 2018 KTM...
$33.11
$36.79
Free shipping
Seller 991% positive



Headlight Mask Headlamp
Assembly For KTM...
$33.29
$36.99
+ $5.99 shipping
New



6000K LED Headlight Head
Lamp For KTM SX SXF EXC...
$99.99
$107.52
Free shipping
Seller 99.4% positive



For KTM
1090/1190/1050/1290...
$465.16
Free shipping
New

Hi ▮▮▮ ⌄    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄    🔔¹    🛒

**ebay**    Shop by category ⌄    [ 🔍 Search for anything          | All Categories ⌄ ]    [ Search ]    Advanced

‹ Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Lighting & Indicators  >  Headlight Assemblies          ✉ f 🐦 📌 | Add to Watchlist

---

ⓘ    Check if this part fits your vehicle    Contact the seller



**Motorcycle Headlight Headlamp KTM Headligt EXC XCF SX SMR Enduro Dirt Pit Bike**

Condition:    New

Price:    **US $18.99**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

☐  1-year accident protection plan from SquareTrade - $5.99

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
proper-parts (2023 ⭐)
98.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

30-day returns    |    Longtime member

Shipping:    **$10.00**  Standard Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: shanghai, China
Ships to: Worldwide    See exclusions

Delivery:    📦 Estimated between **Thu. Oct. 22 and Tue. Nov. 17**
Please note the delivery estimate is greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available.  |  See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    30 day Buyer pays for return shipping  |  See details



💲 Have one to sell?    [ Sell now ]

---

**Similar sponsored items** 1/2                                                                 Feedback on our suggestions

‹


Motorcycle Headlight Lamp For KTM Headlamp EXC X...
$26.96
$28.99
+ $1.50 shipping
New


Universal Motorcycle Headlight Head Lamp for...
$25.44
Free shipping
New


Dirt Bike Enduro Headlight Headlamp Front Light...
$26.31
$27.99
+ $3.50 shipping
Seller 99% positive


Universal Headlights Headlamp Street For KTM...
$23.50
Free shipping
Almost gone


White Dirt Bike Motorcycle Enduro Headlight Lamp...
$32.10
$34.15
+ $3.50 shipping
Seller 99% positive


12V Dirt Bike Headlight Headlamp for KTM SX XCF...
$11.35
$12.20
+ $3.50 shipping
New

›

---

**Sponsored items from this seller** 1/2                                                        Feedback on our suggestions

‹                                                                                                ›


Motorcycle Headlamp KTM
Headlight EXC XCF SX F SM...
$23.99
+ $6.99 shipping
Last one


Enduro Dual Sport Headlight
12V 35W Head Light for KT...
$23.99
+ $5.10 shipping
Last one


Oil Cooler radiator Dirt Pit
Bike Monkey Racing...
$35.14
$36.99
+ $5.10 shipping
Last one


Racing YOUTH/PEEWEE
kids motorcycle Bicycle Di...
$8.99
Free shipping


Handle MX Racing Grip Fit
GEL GP Motorcycle Dirt Pit...
$6.99
+ $3.50 shipping
Almost gone


Alloy Folding Gear Shift
Lever 50cc 70cc 90cc 110...
$9.99
+ $5.10 shipping

---

**Description** | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: shanghai, China

Shipping to: Worldwide

Excludes: Bolivia, Algeria, Angola, Benin, Botswana, Burkina Faso, Burundi, Cameroon, Cape Verde Islands, Central African Republic, Chad, Comoros, Congo, Democratic Republic of the, Congo, Republic of the, Côte d'Ivoire (Ivory Coast), Djibouti, Egypt, Equatorial Guinea, Eritrea, Ethiopia, Gabon Republic, Gambia, Ghana, Guinea, Guinea-Bissau, Kenya, Lesotho, Liberia, Libya, Madagascar, Malawi, Mali, Mauritania, Mauritius, Mayotte, Morocco, Mozambique, Namibia, Niger, Nigeria, Reunion, Rwanda, Saint Helena, Senegal, Seychelles, Sierra Leone, Somalia, Tanzania, Togo, Tunisia, Uganda, Western Sahara, Zambia, Zimbabwe, Malta

Change country: | United States ▾ |          ZIP Code: | 60106 |  Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $10.00 | United States | Standard Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Thu. Oct. 22 and Tue. Nov. 17** |

*    * Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

PayPal  VISA  MasterCard  American Express  Discover

PayPal CREDIT

### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/3                    Feedback on our suggestions

‹                                                                                              ›



Hi ▮▮▮ ▾ | Daily Deals | Brand Outlet | Help & Contact    Sell | Watchlist ▾ | My eBay ▾    🔔¹  🛒

ebay    Shop by category ▾    🔍 Search for anything    [All Categories ▾]    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

 ebay MONEY BACK GUARANTEE

 **proper-parts** (2023 ⭐) 🟦 ℹ️

**Positive Feedback (last 12 months): 98.3%** ℹ️

Member since: Apr-13-15 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

## Feedback ratings ℹ️

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 19 | 177 | 383 |
| ⬤ Neutral | 0 | 2 | 5 |
| ➖ Negative | 2 | 5 | 6 |

## Detailed seller ratings ℹ️

| Average for the last 12 months | |
|---|---|
| Accurate description ⭐⭐⭐⭐⭐ (325) | Reasonable shipping cost ⭐⭐⭐⭐⭐ (341) |
| Shipping speed ⭐⭐⭐⭐⭐ (332) | Communication ⭐⭐⭐⭐⭐ (327) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

6 Feedback received (viewing 1-6)    Revised Feedback: 20 ℹ️

Search Feedback received as seller with an item title or ID: ℹ️

[e.g. Vintage 1970's Gibson Guitars] 🔍    Rating type: [Negative (6) ▾]    Period: [12 Months ▾]

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **The metal is not hard enough,,i waste my money**<br>PROGRESSIVE SUSPENSION SHOCK WRENCH TOOL ADJUST SPRING PRE Bike For KTM Yamaha (#192564987831) | Buyer: v ***e ( 217⭐)<br>US $4.99 | Past month<br>Reciprocal feedback |
| ➖ **Does not fit my ktm 50 sxr 1995**<br>Plastic Body Kit For KTM50 KTM50SX Mini Adventure SX SR ADVENTURE JR 5 Pro (#192141063851) | Buyer: p***t (8)<br>US $39.89 | Past month<br>Reciprocal feedback |
| ➖ **Whom ever pack this for it long voyage does not know how to pack.**<br>Cafe Racer Tank 9L Motorcycle Fuel Gas Can Petrol Tanks For Suzuki GN125 GN250 (#192790136405) | Buyer: r***e (2)<br>US $109.99 | Past 6 months<br>Reciprocal feedback |
| ➖ **Poorly packaged, it arrived with the fuel nipple snapped off and wont seal**<br>For YAMAHA TTR50 TTR 50CC Pit Dirt Bike Gas plastic black Fuel Tank (#192929203103) | Buyer: d***n (755⭐)<br>U̶S̶ ̶$̶3̶5̶.̶9̶9̶ (Best offer was accepted) | Past 6 months<br>Reciprocal feedback |
| ℹ️ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **badly packed, arrived demaged, be more careful with shipping!!!**<br>For Suzuki Motorcycle Parts GN125 Side Cover Fuel Tank Guard Frame Fairing (#192697843994) | Buyer: i***s (53⭐)<br>US $14.00 | Past 6 months<br>Reciprocal feedback |
| ➖ **canceled order twice poor seller**<br>Car Non-Slip Mat Auto Silicone Interior Dashboard Phone Anti-Slip Storage Mat (#193239250568) | Buyer: d***6 (619⭐)<br>US $1.98 | Past year<br>Reciprocal feedback |

**Page 1 of 1**    ← | **1** | →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

About eBay | Announcements | Community | Security Center | Resolution Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ℹ️

 Norton SECURED

Comment?

10/9/2020



Hi ▮ Daily Deals   Brand Outlet   Help & Contact                                     Sell   Watchlist ⌄   My eBay ⌄    🔔 1    🛒

**ebay**   Shop by category ⌄   Search for anything   All Categories ⌄   **Search**   Advanced

proper-parts (2023 ⭐)                          🏷 Items for sale   🏬 Visit store   ✉ Contact
98.3% positive feedback

♡ Save                          Based in China, proper-parts has been an eBay member since Apr 13, 2015

**Feedback ratings** ⓘ                                                          See all feedback

⭐⭐⭐⭐⭐ 325   Item as described        ⊕ 383    ◯ 5     ⊖ 6        ⊖  The metal is not hard enough,,i waste my
⭐⭐⭐⭐⭐ 327   Communication           Positive  Neutral  Negative           money
⭐⭐⭐⭐⭐ 332   Shipping time                                                    Oct 05, 2020
⭐⭐⭐⭐⭐ 341   Shipping charges        Feedback from the last 12 months

                                                                              ● ○ ○ ○ ○

195 Followers   |   0 Reviews   |   Member since: **Apr 13, 2015**   |   📍 China

## Items for sale(1067)

See all items







Universal Anodi...        Rear Brake Cali...      ATV Part Rear A...       4 STROKE EXHAUS...       Dual Soft MX Mo...
US $29.99      8m left   US $31.99      1h left   US $21.84      1h left   US $11.39      3h left   US $11.56      3h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category Search this Store This Store Search Advanced

eBay › eBay Stores › proper-parts

# proper-parts

195 followers | proper-parts (2023 ★) 98.3%

Save this seller

**Category**

- **All**
- Radiator/&Oil Cooler
- Seat
- Brake & Clutch System
- Mikuni KEIHIN Carbs parts
- Aluminum CNC Parts
- Handlebar System
- Exhaust System
- Carby & Air Filter & Manifold
- Mini Moto Parts
- Body&Frame&Sticker
- Cafe Racer motorcycle
- Wheels system parts
- Engine / Motor
- Electric parts
- Other

**All Listings** Auction Buy It Now Time: ending soonest

1-48 of 670 Results

Universal Anodized 2 Inch Pivoting Motorcycle Handlebar Riser 22&28mm Bars Clamp
$29.99
$5.10 shipping
6 sold
From China

Rear Brake Caliper System for 150cc 200cc 250cc 350cc ATV Quad Bike Buggy Atomik
$31.99
$5.00 shipping
or Best Offer
Only 1 left!
From China

ATV Part Rear Axle FC205 25mm Mount Support Pillow Bearing Cast Assembly Go kart
$21.84
Was: ~~$22.99~~
$5.10 shipping
Only 1 left!
From China

4 STROKE EXHAUST MUFFLER PLUG BIUE WASH PLUG CRF450 CRF250 YZ250F KX250F
$11.39
Was: ~~$11.99~~
$5.00 shipping
Only 1 left!
From China

Dual Soft MX Motorcycle Gel Rubber Handlebar Hand Grips Dirt Pit Bike Off Road
$11.56
$5.00 shipping
From China
Brand: Acerbis

Hydraulic Rear Disc Brake Callipers System Pad 150cc-350cc ATV Quad Bikes Buggy
$21.99
$5.00 shipping
or Best Offer
Only 1 left!
From China

CNC Twist throttle Housing Handle Grip Throttle Cable Pit Dirt Bike Quad ATV
$42.99
$5.00 shipping
Only 1 left!
From China
Brand: Acerbis

Motorcycle GS125 fuel tank petcock oil tap switch for Suzuki GS125 engine parts
$14.99
Free shipping
or Best Offer
Only 1 left!
From China

ABS Motorbike Refit Part Motorcycle Tool Box Cover Side For Suzuki GN125 GS125
$4.74
Was: ~~$4.99~~
$5.10 shipping
Only 2 left
From China

For APOLLO ORION Plastics Guard Fender Fairing kit 50cc-110cc PIT Dirt Bike MX
$19.99
$5.00 shipping
3 watching
From China

10/9/2020



Chinese ATV Quad GO Kart Spare Parts 180mm Ball Tie Rod Turn Shaft Assy

$28.99
$5.00 shipping
or Best Offer
16 sold

From China



320mm Power Steering Gear Shaft Rack Pinion Assembly DIY China Go Kart Buggy ATV

$19.99
$35.10 shipping
Only 1 left!

From China



PLASTIC NUMBER PLATE ONLY For HONDA CRF50 XR50 70 CRF50 SDG SSR Dirt Pit Bike

$6.99
$5.00 shipping
or Best Offer
Only 1 left!

From China



1" Handlebar Hand Grip Dual Cables Throttle Sleeve Tube Cruiser VN VT VTX XL FL

$6.56
$5.00 shipping
Only 1 left!

From China
Brand: Acerbis



22mm 7/8inch Twist Throttle Handle Grip with Cable for ATV Dirt Bike 110cc 125cc

$21.99
$5.00 shipping
Only 1 left!

From China
Brand: Acerbis



Front Number Plate Red For Honda CRF450R 2009-2012 CRF250R

$22.99
$5.00 shipping
or Best Offer
Only 1 left!

From China



Tyre tubeless Tire Valve Xiaomi 9 Electric balance car Ninebot Scooter Mini Bike

$1.89
Was: $1.99
$3.00 shipping
or Best Offer
Only 1 left!

From China



ATV UTV Quad drive shaft U Joint Buggy 20mm 6T

$28.99
$20.00 shipping
or Best Offer
Only 1 left!

From China



Motor Starter Relay Solenoid For Kawasaki Ninja ZX 6R ZX6R ZX7R ZX7RR VULCAN

$10.56
$5.10 shipping
or Best Offer
Only 1 left!

From China



Colored Plastics Fairings Body Work For Honda CRF50 XR50 bikes Thumpstar SSR SDG

$21.99
$12.00 shipping
Only 1 left!

From China



17Tooth T8F 33-49CC Clutch Bell Housing Transmission Gear Box Mini Moto Scooter

$26.99
$5.10 shipping
or Best Offer
Only 1 left!

From China



ATV Quad U Joint drive by shaft Drive reverse gear Transfer UTV GO KART 110cc

$19.99
Free shipping
or Best Offer
Only 1 left!

From China



Decal Pad Triple Tree Top Clamp Upper Front End for SUZUKI GSXR1000 2005 2006

$3.99
$8.10 shipping
Only 1 left!

From China



Speedometer Bashan EGL ATV Jinling parts EEC BAHSAN BS200S-7 Quad Bike meter

$44.99
$5.10 shipping

From China





or Best Offer

**Only 1 left!**



Front Body Plastics Kits For Honda CRF50 XR50 Chinese Pit Bike 70 90 110CC

$5.99

$8.10 shipping

or Best Offer

**Only 1 left!**

From China

Front Body Plastics Kits For Honda CRF70 Chinese Pit Bike 70 90 110CC

$6.99

$5.00 shipping

or Best Offer

**Only 1 left!**

From China



Vintage motorcycle fuel tank Oil tank cap classic tank lock Tank GN125 MASH125

$46.99

$5.00 shipping

or Best Offer

**Only 1 left!**

From China



Motorcycle Hydraulic Clutch Master Cylinder Rod Brake Pump M10x1.25mm Aluminum

$10.99

$5.00 shipping

**8 sold**

From China



Motorcycle Monkey M3 For Honda Grom msx125 2016 2017 2018 2019 Parts Headlight

$46.99

$6.00 shipping

**10 watching**

From China



Brake Pads Shoes Fit ATV Quad Dirt Pit Bike Go Kart Dune Buggy 50cc 70cc 110cc

$4.99

$5.10 shipping

or Best Offer

**Only 1 left!**

From China



Brake Pads Set Chinese GY6 Motorcycles Scooter Disc Brake Caliper ATV Moped Part

$4.99

$5.10 shipping

or Best Offer

**Only 1 left!**

From China



For HONDA CRF50 XR50 SDG SSR Pro 50-110c 125cc PLASTIC KIT FENDER Dirt Pit Bike

$21.99

$8.00 shipping

or Best Offer

**Only 1 left!**

From China



WIRING HARNESS LOOM GY6 125cc 150cc Chinese Electric start Kandi Go kart dazon

$49.99

$12.00 shipping

or Best Offer

**Only 1 left!**

From China



22mm Motorcycle Throttle Lever Thumb Controller Assembly For Honda TaoTao ATV

$6.99

$5.10 shipping

or Best Offer

**Only 1 left!**

From China



PROGRESSIVE SUSPENSION SHOCK WRENCH TOOL ADJUST SPRING PRE Bike For KTM Yamaha

$4.99

$5.10 shipping

**Only 1 left!**

From China



Ignition Switch/Fuel Gas Cap Key Lock For Yamaha Virago XV250 QJ250-H XV125

$24.99

$5.10 shipping

**Only 1 left!**

From China



PZ19 19mm Carburetor repair rebuild kits seal float drain plug adjust screw pit

$7.59

Was: $7.99

$5.10 shipping

**Only 1 left!**

From China



3D Rubber Gas Oil Fuel Tank Pad Protector Decal Sticker Fit For Motorcycle Honda





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

ebay Shop by category KTM All Categories Search Advanced

Items for sale from **proper-parts** (2023 ★ ) | Save this seller | Show results from all sellers

Include description

### Categories

**eBay Motors**

- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Accessories
- Motorcycle Fenders
- More

### Format see all

- All Listings
- Auction
- Buy It Now

### Guaranteed Delivery see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

### Condition see all

- New (79)

### Price

- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

### Item Location see all

- **Default**
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

### Delivery Options see all

- Free shipping

### Show only see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

### Seller Information

proper-parts (2023 ★ )
Feedback rating: 2,023
Positive Feedback: 98.3%
Member since Apr-13-15 in Hong Kong

Read feedback profile
Add to my favorite sellers

### Sponsored items for you

Motorcycle Headlight Headlamp KTM Hea...
**$18.99**
Buy It Now

All Listings | Auction | Buy It Now Sort: Best Match View:

**79** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106-1445

Clear selections

**0** matching results

Find Results

Motorcycle Headlamp KTM Headligt EXC XCF SX F SMR Enduro Dirt Bike Supermoto
Brand New
**$23.99** From China
Buy It Now
+$6.99 shipping
**Only 1 left!**
**2 Watching**
Watch

Motorcycle Dirt Bike Motocross Supermoto Universal Headlight For KTM SX EXC XCF
Brand New
**$29.99** From China
Buy It Now
+$5.10 shipping
**Only 1 left!**
**59 Sold**
Watch

Motorcycle Dirt Bike ATV Handlebar handguards Hand Guards For KTM SX SXF EXC XCW (Fits: KTM)
Brand New
**$28.99** From China
or Best Offer Brand: Acerbis
+$5.10 shipping
**Only 1 left!**
**7 Sold**
Watch

For KTM SX EXC ADV SMR Paramanos Moto Dirt Bike Motorcross Handlebar handguards
Brand New
**$14.99** From China
or Best Offer
+$5.00 shipping
**Only 1 left!**
**2 Watching**
Watch

Plastics Orange White Black Complete Body for KTM 125 250 SX 2013-2014
Brand New
**$34.99** From China
Buy It Now
**Free Shipping**

Plastic Front Number Plate For KTM 2013-15 SX SXF XCF 125 250 350 450 Dirt Bike
Brand New

$26.96



Motorcycle Headlamp
KTM Headlight EXC ...
$23.99
Buy It Now
Last one



Motorcycle Headlight
Orange For 2017 ...
$33.11
Buy It Now
Free shipping



Headlight Mask Headlamp
Assembly For ...
$33.29
Buy It Now



6000K LED Headlight
Head Lamp For KTM...
$99.99
Buy It Now
Free shipping



Universal Motorcycle
Headlight +H4 Bu...
$28.99
Buy It Now
Free shipping



For KTM
1090/1190/1050/1290
$465.16
Buy It Now
Free shipping



$9.99
Buy It Now
+$5.10 shipping

From China





Motorcycle Dirt Bike ATV Handlebar Hand Guards For KTM SX SXF EXC XCW Husqvarna (Fits: KTM)
Brand New
$35.99
or Best Offer
+$5.10 shipping
Only 1 left!
15 Sold
👁 Watch

From China
Brand: Acerbis




Motorcycle Headlight Headlamp KTM Headligt EXC XCF SX SMR Enduro Dirt Pit Bike
Brand New
$18.99
Buy It Now
+$10.00 shipping
👁 Watch

From China

Orange Fairing Plastic Fender Body For KTM50 Mini Senior Adventure Junior Bike (Fits: KTM)
Brand New
$19.99 to $62.99
Buy It Now
+$12.00 shipping
2+ Watching

From China



Motorcycle Racing Dirt Pit Bike Off Road Seat For KTM SX85 SX 85cc 2013 -2016 MX (Fits: KTM)
$54.99
or Best Offer
Free Shipping
Only 1 left!
2 Watching
👁 Watch

From China
Brand: AC Racing



Exhaust Muffler Silencer Wash Plug Waterproof Plug For KTM EXC EXCF XC XCF XCW
Brand New
$6.64
Was: $6.99
Buy It Now
+$5.00 shipping
1+ Watching
5% off

From China



Motorcycle for KTM50 KTM 50 SX50 sx 50 2002-2008 Fuel Tank pit bike racing (Fits: KTM)
Brand New
$28.99
or Best Offer
+$5.10 shipping
Only 1 left!
12 Sold
👁 Watch

From China

Motorcycle Headlight Headlamp KTM Headligt EXC XCF SMR Enduro Dirt Bike H4 Bulb
Brand New



 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 💳 Add a credit or debit card

○ *PayPal*

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

<div style="border:2px solid green">

**Ship to**

█████████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
█████████
Change

**Review item and shipping**

Seller: proper-parts    Message to seller



Motorcycle Headlight Headlamp KTM Headligt EXC XCF SX SMR Enduro Dirt Pit Bike

**$18.99**
Quantity 1

**Delivery**
Est. delivery: Oct 22 – Nov 17
Standard Shipping from China/Hong Kong/Taiwan to worldwide
**$10.00**

</div>

| | |
|---|---|
| Subtotal (1 item) | $18.99 |
| Shipping | $10.00 |
| Tax* | $1.81 |

**Order total**      **$30.80**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

## Gift cards, coupons, eBay Bucks

Enter code: [                    ]  [ Apply ]

## Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount   [ None ▾ ]

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✓ Norton SECURED

Hi [redacted]    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ∨    My eBay ∨    🔔 1    🛒

ebay    Shop by category ∨    | Search for anything | All Categories ∨ | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

✉ f 𝕏 🔴 | Add to Watchlist

ⓘ  Check if this part fits your vehicle    Select Vehicle




**For KTM SX EXC ADV SMR Paramanos Moto Dirt Bike Motorcross Handlebar handguards**

Condition: New

Compatibility: See compatible vehicles

Quantity: 1    Last one / 4 sold

Price: **US $14.99**    [ Buy It Now ]

[ Add to cart ]

Best Offer:    [ Make Offer ]

[ ♡ Add to Watchlist ]

More than 79% sold    Last item available    30-day returns

Shipping: $5.00  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: shanghai, China
Ships to: Worldwide  See exclusions

Delivery: 📦 Estimated between **Fri. Oct. 30 and Thu. Nov. 19** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  🟧  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
proper-parts (2023 ⭐)
98.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?  [ Sell now ]

---

**Similar sponsored items** 1/2    Feedback on our suggestions

      

| Handguards Hand Guards For KTM EXCF XC XCF XC... | Universal 7/8" and 1 1/8" Handlebar Handguards... | 1 1/8" Handguards Hand Guards For KTM SX SXF X... | CNC Pivot Dirt Bike Brake Clutch Levers For KTM 520... | Dirt Bike ATV Enduro 7/8 & 1-1/8" Handlebar... | Hand Guards For KTM HONDA YAMAHA SUZUKI... |
| $24.95 | $32.84 | $26.96 | $20.64 | $22.09 | $26.03 |
| Free shipping | Free shipping | $28.99 | $38.95 | $23.50 | $27.99 |
| Almost gone | New | + $7.50 shipping | + $1.50 shipping | + $3.50 shipping | + $7.50 shipping |
|  |  | New | New | Seller 99.8% positive | New |

**Sponsored items from this seller** 1/2    Feedback on our suggestions

10/9/2020

Hi ▮▮▮▮ | Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔1   🛒

eBay

Shop by category ⌄

Search for anything   | All Categories ⌄ |   Search   Advanced

◁ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers >

See more Fat Bar Hand Guards Raptor 22mm&28mm Mounting ...

✉ f 🐦 P | Add to Watchlist

✓ This fits a KTM   | Select Year |





$ Have one to sell?  | Sell now |

### Motorcycle Dirt Bike ATV Handlebar Hand Guards For KTM SX SXF EXC XCW Husqvarna

★★★★★ 1 product rating

Condition: **New**

Compatibility : See compatible vehicles

Quantity:  | 1 |   Last one
15 sold / See feedback

Price:  **US $35.99**

| Buy It Now |

| Add to cart |

Best Offer:   | Make Offer |

| ♡ Add to Watchlist |

**100% buyer satisfaction**   More than 93% sold   Last item available

Shipping: $5.30  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: shanghai, China
Ships to: Worldwide  See exclusions

Delivery: ⭐ Estimated between **Fri. Oct. 30** and **Thu. Nov. 19** ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  American Express  Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details



**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
proper-parts (2023 ⭐)
98.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions



1Pair Motorcycle Dirt Bike ATV Handlebar Hand...
$30.38
+ $6.00 shipping
New

1-1/8" Motorcycle Dirt Bike ATV HandGuards For KTM...
$26.03
$27.99
+ $3.50 shipping
New

New CNC Handlebar Raiser Bar Mount Clamps 28mm...
$19.99
Free shipping
Almost gone

Handguard Hand Guard for KTM SX SXF XC XCF XCW...
$23.37
Free shipping
New

Hand Guards Protector For KTM 65-530 EXC EXCF XC...
$19.99
Free shipping
Seller 99.7% positive

1 1/8" Handguards Hand Guards Enduro Bike For KT...
$26.96
$28.99
+ $7.50 shipping
New

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

10/8/2020

Hi (Sign in)    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄    Search for anything    All Categories ⌄    **Search**    Advanced

‹ Back to search results | Listed in category: Clothing, Shoes & Accessories › Men › Men's Clothing › Shirts › T-Shirts

✉ f ✧ ⓟ | Add to Watchlist

## Tee Shirt Motobike Race Racing Naked Bike KTM 1290 Super DUKE R

| | |
|---|---|
| Condition: | New without tags |
| Size Type: | Regular ⌄ |
| Size (Men's): | - Select - ⌄ |
| Quantity: | 1    1 available |

Price: **US $15.90**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get
your money back. Learn more

**Seller information**
pro-racer-shirt (97 ★)

♡ Save this Seller
Contact seller
See other items

30-day returns | Longtime member

$ Have one to sell?   Sell now

| | |
|---|---|
| Shipping: | $12.90 Standard Shipping from outside US | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Bangkok, Prakanong, Thailand |
| | Ships to: Worldwide  See exclusions |
| Delivery: | ★ Estimated between **Tue. Oct. 20** and **Mon. Nov. 16** ⓘ |
| | Please note the delivery estimate is **greater than 7 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  ⬤⬤  AMEX  DISCOVER |
| | **PayPal CREDIT** |
| | Special financing available. See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day returns. Buyer pays for return shipping | See details |

---

Description | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

Last updated on Aug 30, 2020 20:24:52 PDT View all revisions

eBay item number: 254527327198

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in original packaging or may be missing original packaging materials (such as the original box or bag). The original tags may not be attached. See all condition definitions | Department: | Men |
| Brand: | Duke | Fit: | Regular |
| Country/Region of Manufacture: | Thailand | Type: | T-Shirt |
| Style: | Basic Tee | Color: | Black |
| Material: | Cotton Blend | Neckline: | Round Neck |
| Sleeve Length: | Short Sleeve | | |



**Tee Shirt Moto Naked Bike 1290 Super DUKE R**

10/8/2020



## ! Please check measurement carefully before buying !



|  | S | M | L | XL | XXL |
|---|---|---|---|---|---|
| **A** | | 51cm 20" | 57cm 22,5" | 60cm 23,5" | |
| **B** | | 69cm 27" | 71cm 28" | 78cm 30,5" | |

**mensuration varie +/- 2 cm**

## COMBINED SHIPPING / ENVOIE GROUPÉ

🇬🇧 There is 3$ discount on postage for each additional item.

🇫🇷 Vous bénéficier de 3$ de réduction sur les frais de port de chaque article supplémentaire .

## SHIPPING / DELAIS DE LIVRAISON

🇬🇧 Most of time item will arrive within 10 to 15 days, but sometime is can take up to 3 or 4 weeks, maximum is 6 weeks.

🇫🇷 Le délais est généralement 10 à 15 jours mais parfois plus , 3 a 4 semaines peuvent être nécessaire , le délais maximum est de 6 semaines (rare).

|  | 5 - 10 days | 10 - 20 days | 20 - 30 days | 30 - 40 days | > 45 days |
|---|---|---|---|---|---|
| **U.S.A.** | 5 % | 55 % | 30 % | 10 % | Refund / Remboursement |
| **United Kingdom** | 8 % | 65% | 22% | 5% | Refund / Remboursement |
| **Canada** | 2% | 38% | 51% | 9% | Refund / Remboursement |
| **Australia** | 13% | 63% | 22% | 2% | Refund / Remboursement |
| **New Zealand** | 1% | 28% | 53% | 18% | Refund / Remboursement |
| **Italy / Spain** | 8% | 32% | 39% | 21% | Refund / Remboursement |
| **Germany** | 9% | 45% | 35% | 11% | Refund / Remboursement |
| **France** | 15% | 43% | 32% | 10% | Refund / Remboursement |
| **Brazil** | 0% | 32% | 48% | 20% | Refund / Remboursement |
| **Russia / Ukraine** | 2% | 28% | 53% | 17% | Refund / Remboursement |
| **Sweden / Norway** | 25% | 57% | 15% | 3% | Refund / Remboursement |
| **Israel** | 8% | 42% | 41% | 9% | Refund / Remboursement |

## FEEDBACK / EVALUATION

🇬🇧 Please contact us before leave NEGATIVE / NEUTRAL feedback or open a case, we will try our best to solve the issue. Your satisfaction is our priority.

🇫🇷 Merci de nous contacter avant de laisser une évaluation NEGATIVE / NEUTRE ou d'ouvrir un litige, votre satisfaction  est notre priorité, il existe toujours une solution en nous contactant†.

## RETURN / RETOUR

🇬🇧 We accept returns, buyer pay for shipping go & back.  Replacement or refund will be given if item is damaged or doesn't match description.

🇫🇷 Les retours sont acceptés mais les frais de port aller/retour sont à la charge de l'acheteur, si l'article à un défaut ou ne correspond pas à la description, un nouvelle article vous sera envoyé ou son remboursement.

Feedback

## Sponsored items based on your recent views 1/4

Feedback on our suggestions











| Waterproof Oxford Cloth Motorcycle Tail Bag Rear... | Universal Motorcycle Pannier Bags Luggage... | Motorcycle Bike Black Tail Bag Back Seat Storage... | US Accessories Motorcycle Saddle bags Travel Bag Sid... | Jaxon Lee illustration for a KTM 1290 Super Duke R fa... | KTM/Motorcycles/Duke/690 Enduro/RC Men's US T-... |
|---|---|---|---|---|---|
| $49.29 | $59.13 | $25.95 | $199.99 | $25.93 | $20.99 |
| $57.99 | $62.24 | Free shipping | Free shipping | + $21.94 shipping | + $5.99 shipping |
| + $16.00 shipping | + $16.00 shipping | New | New | Seller 100% positive | New |
| New | New | | | | |

## Explore more sponsored options:








| Duke Tactical Knit Boxers Large Tan 2 2-Pack Made in... | DUKE Tactical T shirts 100% cotton made in USA size... | 3 Vintage Duke Athletic Blank Khaki T Shirt Single... | Duke Tactical Knit Boxers Small Tan 2 2-Pack Made in... | GI Joe Mens T-Shirt - Duke I Go Commando on Military... | Duke Blue Devils T-shirt Graphic XXL Black Blue... |
|---|---|---|---|---|---|
| $18.99 | $19.20 | $65.00 | $11.27 | $14.98 | $24.99 |
| Free shipping | Free shipping | + $7.50 shipping | Free shipping | Free shipping | Free shipping |

## People who viewed this item also viewed 1/2

Feedback on our suggestions








| KTM Racing Motocross MX SX Logo Race Tee T-Shirt | T-shirt maglia per moto KTM super duke 1290 tshirt... | Jaxon Lee illustration for a KTM 1290 Super Duke R fa... | T-shirt maglia per moto KTM SUPER DUKE 1290 battito... | JL Speed illustration for a KTM 1290 Super Duke R... | JL° Soul illustration for a KTM 1290 Super Duke R... |
|---|---|---|---|---|---|
| $14.00 | $29.36 | $25.93 | $21.11 | $25.93 | $25.93 |
| Free shipping | + shipping | + $21.94 shipping | + shipping | + $21.94 shipping | + $21.94 shipping |
| Popular | | | | | |

Back to search results

Return to top

More to explore : Drag Racing Shirts, Naked T-Shirts for Men, Dukes Of Hazzard Shirt, Fox Racing T-Shirts for Men, Men's Naked & Famous Denim Shirts, Duke Men's T-Shirts, Graphic Tee Men's T-Shirts, Graphic Tee Shirts for Men, Men's Shirts Blackout Tees, Graphic Tee Vintage T-Shirts for Men

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback


10/1/2020
Case: 1:20-cv-06677 Document 18 Filed 11/10/20 Page 155 of 398 PageID #:1462

  ebay    Shop by category ⌄    | Search for anything | All Categories ⌄ |    Search    Advanced

< Back to search results | Listed in category:    Clothing, Shoes & Accessories  >  Men  >  Men's Clothing  >  Shirts  >  T-Shirts    ✉ f 🐦 📌  | Add to Watchlist

### People who viewed this item also viewed

    

| T-shirt maglia per moto KTM SUPER... | T-shirt maglia per moto KTM super... | KTM RED BULL RACING Team Po... | T-shirt for bike KTM Super duke 1290... | KTM Racing Team Arm Sleeve... |
|---|---|---|---|---|
| $20.99 | $20.99 | $28.89 | $27.67 | $11.99 |
| + shipping | + shipping | + $9.62 shipping | + shipping | + $9.62 shipping |





**Tee Shirt Motobike Race Racing Naked Bike KTM 1290 Super DUKE R**

| Condition: | New without tags |
|---|---|
| Size Type: | Regular ⌄ |
| Size (Men's): | - Select - ⌄ |
| Quantity: | 1 | 1 available |

Price: **US $15.90**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**30-day returns**          Longtime member

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
pro-racer-shirt (97 ★)

♡ Save this Seller
Contact seller
See other items

Shipping:  $12.90 Standard Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Bangkok, Prakanong, Thailand
Ships to: Worldwide    See exclusions

Delivery:  ⚡ Estimated between **Wed. Oct. 14 and Mon. Nov. 9** ⓘ
Please note the delivery estimate is **greater than 7 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  💳  💳  💳

PayPal **CREDIT**
Special financing available. | See terms and apply now

💳 Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  30 day returns. Buyer pays for return shipping |
See details

💲 Have one to sell?  [ Sell now ]

| Description | Shipping and payments |    Report item

Seller assumes all responsibility for this listing.

### Shipping and handling
**Save up to $3.00 on shipping** when you buy additional eligible items from pro-racer-shirt.

Item location: Bangkok, Prakanong, Thailand

Shipping to: Worldwide

Excludes: Alaska/Hawaii, Iraq, Kuwait, Yemen, Anguilla, Antigua and Barbuda, Aruba, Belize, British Virgin Islands, Cayman Islands, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Laos, Thailand, Vietnam, Bermuda, Canada, Greenland, Saint Pierre and Miquelon, Ecuador, Falkland Islands (Islas Malvinas), Suriname, Argentina, Angola, Benin, Botswana, Burkina Faso, Burundi, Cameroon, Cape Verde Islands, Central African Republic, Chad, Comoros, Congo, Democratic Republic of the Congo, Republic of the, Côte d'Ivoire (Ivory Coast), Djibouti, Equatorial Guinea, Eritrea, Ethiopia, Gabon Republic, Gambia, Ghana, Guinea, Guinea-Bissau, Kenya, Lesotho, Liberia, Libya, Madagascar, Malawi, Mali, Mauritania, Mauritius, Mayotte, Morocco, Mozambique, Namibia, Niger, Nigeria, Rwanda, Saint Helena, Senegal, Seychelles, Sierra Leone, Somalia, South Africa, Swaziland, Tanzania, Togo, Uganda, Western Sahara, Zambia, Zimbabwe, Guernsey, Jersey, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Bangladesh, Bhutan, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Sri Lanka, Turkmenistan, Uzbekistan

| Quantity: | 1 | Change country: | United States ⌄ | To |  | ZIP Code: | 60440 | [ Get Rates ] |
|---|---|---|---|---|---|---|---|---|

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $12.90 | US $9.90 | United States | Standard Shipping from outside US | Estimated between Wed. Oct. 14 and Mon. Nov. 9 |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Refund will be given as | Return shipping |
|---|---|---|

Feedback 🗹

| 30 days | Money back or replacement (buyer's choice) | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

**Payment methods**





### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views 1/2

Feedback on our suggestions

     

| 2pcs Motorcycle PU Side Saddle Bags for Harley... | 1PC Black Fuel Tank Bag Bike Motorcycle Outdoor... | Cylinder 39.5mm Air Cooled Cylinder Kit 49cc For Ktm... | Authentic men's BURBERRY London black checkered... | Fork Roll Barrel Tool Bag Motorcycle Sissy Bar PU... | Motorcycle PU Side Saddle Bags For Honda Suzuki... |
|---|---|---|---|---|---|
| $54.66 | $29.96 | $126.00 | $59.99 | $14.24 | $69.66 |
| + $1.59 shipping | $33.29 | + $10.00 shipping | + $17.00 shipping | $14.99 | $74.90 |
| New | + $18.00 shipping | 42m left | Seller 100% positive | + $1.50 shipping | + $4.00 shipping |
| | Last one | | | New | New |

---

## Explore more sponsored options: Brand

### Burberry

More

  

| BURBERRY BRIT men's red nova check cotton polo t-... | Authentic men's BURBERRY LONDON slim... | Authentic men's BURBERRY London black... |
|---|---|---|
| $79.00 | $79.00 | $59.99 |
| + $17.00 shipping | + $16.00 shipping | + $17.00 shipping |

### Gildan

 

| KTM Racing Motocross MX SX Logo Race Tee T-Shirt | Fox Racing Skull Logo Motor For Men Women T-... | Kobe T-shirt Bryant T-Shirt GOAT Black Mamba 8 24... |
|---|---|---|
| $14.00 | $20.00 | $13.00 |
| + $25.00 shipping | + $9.00 shipping | + $25.00 shipping |
| Popular | Popular | Popular |

---

### People who viewed this item also viewed 1/2

Feedback on our suggestions

Feedback 









Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

pro-racer-shirt (97★)

Items for sale Contact

Save

Based in Thailand, pro-racer-shirt has been an eBay member since Jan 17, 2016

Feedback ratings

See all feedback

| 0 | 0 | 0 |
|---|---|---|
| Positive | Neutral | Negative |

Feedback from the last 12 months

Aug 19, 2019

38 Followers | 0 Reviews | Member since: Jan 17, 2016 | Thailand

## Items for sale(35)

See all items

Tee Shirt Formu...
US $15.90 28d left

Tee-Shirt Bulli...
US $15.90 28d left

Tee Shirt Moto ...
US $15.90 28d left

T-Shirt Car For...
US $11.90 28d left

Tee Shirt Z4 Fo...
US $11.90 28d left

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced
Include description

Items for sale from **pro-racer-shirt** (97 ★) | Save this seller

### Categories

Clothing, Shoes & Accessories
Men's T-Shirts

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (35)

**Price**
$ to $

**Item Location** see all
- Default
- Within
100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**
pro-racer-shirt (97 ★)
Feedback rating: 97
Member since Jan-17-16 in United States

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now    Sort: Best Match    View:

35 results    Save this search

T-Shirt Mugen Dohc Vtec Engine B Series Type R Racing Car Black
New (Other)
**$15.90** From Thailand
Buy It Now
+$12.90 shipping

Tee-Shirt Bulli Samba VW Bus Volkswagen Combie Hippy Retro
New (Other)
**$15.90** From Thailand
Buy It Now
+$12.90 shipping

T-Shirt Car Racing Sport Camaro 1967 US USA Retro
New (Other)
**$15.90** From Thailand
Buy It Now
+$12.90 shipping

T-Shirt Energy Drink Get Singed Recon Tour Summer BMX Winter Snowboard
New (Other)
**$11.90** From Thailand
Buy It Now
+$12.90 shipping

Tee Shirt Motobike Race Racing Naked Bike KTM 1290 Super DUKE R
New (Other)
**$15.90** From Thailand
Buy It Now
+$12.90 shipping

Tee-Shirt Italy Italia
New (Other)
**$15.90** From Thailand
Buy It Now
+$12.90 shipping

T-Shirt Sport GT Car GTR Evolution Skyline High Performance Black
New (Other)
**$15.90** From Thailand
Buy It Now
+$12.90 shipping

Tee Shirt Formula Drift Show Vaughn Gittin Jr Mustang XX Car Racing
New (Other)
**$15.90** From Thailand
Buy It Now
+$12.90 shipping

T-Shirt Motor Sport Nismo GT R Skyline High Performance
New (Other)

$15.90
Buy It Now
+$12.90 shipping

From Thailand

Tee-Shirt High Performance Ceramic Brake Systems Discs Car
New (Other)



$15.90
Buy It Now
+$12.90 shipping

From Thailand

Polo Energy Drink Kawasaki Moto Sport GP Logo Embroidered
New (Other)



$19.90
Buy It Now
+$12.90 shipping

From Thailand

Tee-Shirt Moteur Compétition Kit Turbo Boosted Performance
New (Other)



$15.90
Buy It Now
+$12.90 shipping

From Thailand

Tee Shirt Wiseco Manufactures High Performance Pistons Engine
New (Other)



$15.90
Buy It Now
+$12.90 shipping

From Thailand

Polo Energy Drink Kawasaki R Racing Moto GP Black Logo Embroidered
New (Other)



$19.90
Buy It Now
+$12.90 shipping

From Thailand

Tee Shirt Motobike Race Racing Sport Bike KTM 1190 RC8 The race is on
New (Other)



$15.90
Buy It Now
+$12.90 shipping

From Thailand

Tee-Shirt Xtreme Turbo Motorsports Drift Racing Car
New (Other)



$15.90
Buy It Now
+$12.90 shipping

From Thailand

Tee-Shirt High Performance Ceramic Brake Systems Discs and Pads
New (Other)



$15.90
Buy It Now
+$12.90 shipping

From Thailand

Tee Shirt Energy Drink M. Spider Extrem Sport X Games Design
New (Other)



**$15.90**
Buy It Now
+$12.90 shipping

From Thailand

---



T-Shirt Moto Street Bike Sport Racing Kawasaki Z1000 Call Of The Wild
New (Other)

**$15.90**
Buy It Now
+$12.90 shipping

From Thailand

---



Tee Shirt Moto GP Sport Racing Race Streetride 675 R Street Bike
New (Other)

**$15.90**
Buy It Now
+$12.90 shipping

From Thailand

---



T-Shirt Car Formula Drift Ken Gushi Scion Racing RS R
New (Other)

**$11.90**
Buy It Now
+$12.90 shipping

From Thailand

---



Tee Shirt Sport Racing Car GT 1 World R8 LMS Cup Championship V10 Engine
New (Other)

**$15.90**
Buy It Now
+$12.90 shipping

From Thailand

---



Tee Shirt Sport GT Car Turbo Mustang GT/CS Henceforth Legend
New (Other)

**$15.90**
Buy It Now
+$12.90 shipping

From Thailand

---



Tee Shirt Z4 Formula Drift GSR MotorsSports Car Racing
New (Other)

**$11.90**
Buy It Now
+$12.90 shipping

From Thailand

---



T-Shirt Energy Drink Ken Block 43 Skull Head Sport Car Racing Gymkhana
New (Other)

**$15.90**
Buy It Now
+$12.90 shipping

From Thailand

---

Tell us what you think

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



*Learn about pricing

This page was last updated:  Oct-13 20:38. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Naked Bike KTM | All Categories | Search | Advanced

Items for sale from **pro-racer-shirt** (97 ★) | Save this seller | Show results from all sellers

Include description

### Categories

Clothing, Shoes & Accessories
Men's T-Shirts

**Format** see all
- All Listings
- Auction
- Buy It Now

**Size** see all
- L (1)
- M (1)

**Color** see all

**Brand** see all

**Size Type** see all

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (2)

**Price**
$ to $

**Item Location** see all
- Default
- Within
100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**
pro-racer-shirt (97 ★)
Feedback rating: 97
Member since Jan-17-16 in United States
Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now    Sort: Best Match    View:

**2** results for **Naked Bike KTM**   Save this search

Tee Shirt Motobike Race Racing Naked Bike KTM 1290 Super DUKE R
New (Other)
**$15.90**
Buy It Now
+$12.90 shipping
From Thailand

## Results matching fewer words

Tee Shirt Motobike Race Racing Sport Bike KTM 1190 RC8 The race is on
New (Other)
**$15.90**
Buy It Now
+$12.90 shipping
From Thailand

Tell us what you think

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

*Learn about pricing

This page was last updated: Oct-01 00:30. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

**Checkout**

How do you like our checkout? Tell us what you think

To add more items, go to cart.

## Pay with

○ [VISA] Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms



**Ship to**
▮▮▮▮▮
375 W Briarcliff Rd Bolingbrook
Bolingbrook, IL 60440-3825
United States
▮▮▮▮▮
Change

### Review item and shipping

Seller: pro-racer-s...   Message to seller

Tee Shirt Motobike Race Racing Naked Bike KTM 1290 Super DUKE R
Size Type: Regular, Size (Men's): M
**$15.90**
Quantity 1

**Delivery**
Est. delivery: Oct 14 – Nov 9
Standard Shipping from outside US
**$12.90**

### Gift cards, coupons, eBay Bucks

Enter code:                     Apply

### Donate to charity (optional) ⓘ
MUSICARES FOUNDATION, INC.
Donate today and help MusiCares provide essential financial, health and emergency support to the music community in times of crisis.

Select amount    None ⌄

| | |
|---|---|
| Subtotal (1 item) | $15.90 |
| Shipping | $12.90 |
| Tax* | $1.80 |

**Order total** **$30.60**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

10/1/2020



Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ▾   My eBay ▾   🔔   🛒

 Shop by category ▾

Search for anything | All Categories ▾ | **Search** | Advanced

◁ Back to search results | Listed in category: Clothing, Shoes & Accessories > Men > Men's Clothing > Shirts > T-Shirts

✉  f 🐦 📌 | **Add to Watchlist**



💲 Have one to sell? | **Sell now**

### Tee Shirt Motobike Race Racing Sport Bike KTM 1190 RC8 The race is on

| Condition: | New without tags |
| Size Type: | Regular ▾ |
| Size (Men's): | - Select - ▾ |
| Quantity: | 1 | 1 available |

Price: **US $15.90**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns** | Longtime member

| Shipping: | $12.90 Standard Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Bangkok, Prakanong, Thailand
Ships to: Worldwide  See exclusions |
| Delivery: | ★ Estimated between **Wed. Oct. 14 and Mon. Nov. 9** ⓘ
Please note the delivery estimate is **greater than 7 business days.**
Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 💳 💳 |
| | **PayPal CREDIT**
Special financing available.  See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard.  Learn more |
| Returns: | 30 day returns. Buyer pays for return shipping
| See details |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.  Learn more

**Seller information**
pro-racer-shirt (97 ★)

♡ Save this Seller
Contact seller
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions

     

| Motorcycle Race - Speed Racer - Vintage Classic...
$14.99
+ $4.99 shipping
Seller 99.1% positive | Bicycle Race Pedal Pusher Tee Bicycle Racing Team...
$14.99
+ $4.99 shipping
Seller 99.1% positive | Vintage Motocross Dirt Bike T-Shirt For Men Bike...
$16.95
+ $9.95 shipping
Seller 100% positive | Vintage Dirt Bike Rider T-Shirt Motocross Biker...
$14.95
+ $9.95 shipping
Seller 100% positive | michelin man vintage moto t shirt logo tyres...
$20.67
+ $7.74 shipping
Seller 100% positive | Motocross Dirt Bike Rider T-Shirt Biker Tee Gift...
$14.95
+ $9.95 shipping
Seller 100% positive |

---

### Related sponsored items

Feedback on our suggestions

Feedback 

ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search    Advanced

⌄ Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers          | Add to Watchlist

## People who viewed this item also viewed

 Motorcycle 7/8" Handle Bar Hand... $9.10 ~~$10.11~~ Free shipping

 7/8" Handlebar Bar End Hand Grips... $9.10 ~~$10.11~~ Free shipping

 Handle Bar Grip & Handle Bar End F... $23.82 ~~$26.47~~ Free shipping

 CNC Handlebar Hand Bar Grip For... $11.78 ~~$12.95~~ Free shipping

 Handlebar Bar Ends Hand Grips... $8.99 ~~$9.99~~ Free shipping

ⓘ Check if this part fits your vehicle    Contact the seller

🏷 **SAVE UP TO 10%**  See all eligible items ▸




### Handlebar Bar Ends Hand Grips End Cap For KTM 690 SMC R 790 DUKE RC390



| | |
|---|---|
| Condition: | New other (see details) |
| Color: | - Select - ⌄ |
| Quantity: | [ 1 ]  3 available / 14 sold / See feedback |

Price: **US $8.99**
US $9.99 (10% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

100% buyer satisfaction | Free shipping | 30-day returns

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details  International shipment of items may be subject to customs processing and additional charges. ⓘ  Item location: GZ, China  Ships to: Worldwide  See exclusions |
| Delivery: | ⚑ Estimated between **Tue. Nov. 17 and Mon. Dec. 7**  This item has an extended handling time and a delivery estimate **greater than 26 business days.**  Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 💳 DISCOVER |

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    30 day Buyer pays for return shipping | See details

### Shop with confidence

 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
ptmyi-moto (418 ★)
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items



💲 Have one to sell?    Sell now

## Sponsored items from this seller 1/2

Feedback on our suggestions

 NEW Handlebar Bar Ends Hand Grips End Cap For... $19.99 Free shipping

 Handlebar Bar Ends Hand Grips End Cap For KTM 99... $8.99 ~~$9.99~~ Free shipping

 Handlebar Bar Ends Hand Grips End Cap For KTM 119... $8.99 ~~$9.99~~ Free shipping

 NEW Handlebar Bar Ends Hand Grips End Cap For... $19.99 Free shipping

 Handlebar Bar Ends Hand Grips End Cap For KTM 129... $19.99 Free shipping

 Handlebar Bar Ends Hand Grips End Cap For KTM 64... $19.99 Free shipping

Description | Shipping and payments    Report

 Feedback

Seller assumes all responsibility for this listing.    eBay item number: **223671785934**

Last updated on Sep 19, 2020 03:36:15 PDT  View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New other (see details) | Brand: | LANQIAN |
| Fitment: | For All 7/8" 22mm Motorcycle | Manufacturer Part Number: | Does Not Apply |
| material: | aluminum | Warranty: | YES |
| Wight: | 20G | | |

**ptmyi-moto**

ptmyi-moto (418 ★)   98.8%

📧 Sign up for newsletter

Search within store

[                    ] 🔍

Visit Store:   ptmyi-moto

Items On Sale  |  Wheel spoke skins  |  Mirrors  |  Brake Clutch Levers  |  Bag ,Gloves,Glasses,Hat,Mask  |  Exhaust pipes

## Categories

- Rearview Mirrors ›
- Radiator Grille Guard Cover ›
- Handlebar Grips ›
- Screws ›
- Hot Items ›
- Other ›



| LQ Motorcycle Radiator Grille Guard Cover Protection For K TM 690 Duke 2012-2019 | LQ Motorcycle Radiator Grille Guard Cover Protection For K awasaki z900 2017-2019 | Motorcycle Radiator Grille Gu ard Cover For Suzuki GSX-S7 50 2017+/GSX-S750Z 2018+ | Motorcycle Radiator Grille Gu ard Cover For Honda CBR650 F CB650F CB650R CBR650R | LQ HOT Orange Radiator Grill e Guard Cover For KTM 1290 Super Duke R/GT 2013-2019 |
|---|---|---|---|---|
| 47.99 USD | 42.99 USD | 47.99 USD | 28.99 USD | 38.99 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Handlebar Bar Ends Hand Grips End Cap For KTM 690 SMC R 790 DUKE RC390**





Product Description

## Product description:

1.Aftermarket gloss 100% brand new

2.The project is easy to install without instructions

3.Material: cnc aluminum


Feedback

4.Logistics delivery fast, good uality

## Fitment:

1.Suitable for 22mm motorcycle models

2.For Kawasaki Yamaha Yamaha Suzuki Honda Ducati Tripump Victory Aprilia ktm for the whole year

## Package includes:

1 pair of motorcycle handlebar handles

Payment

1.We accept Paypal only.

2.We only ship to the confirmed address provided by Paypal.

3.Before you pay, please confirm that the shipping address and PayPal address are the same.

Delivery details

1.Your order will be shipped within 1-3 days once we received your payment.

2.Pls note:free shipping do not include any custom or import fees,customs duties are borne by the buyer.

3. Estimated Delivery time

Domestic logistics：

--Standard SpeedPAK from China/Hong Kong/Taiwan(8 to 12 business days)

International logistics：

--Standard SpeedPAK from China/Hong Kong/Taiwan(7 to 19 business days)

--Economy SpeedPAK from China/Hongkong/Taiwan(19 to 40 business days)

--Economy Shipping from China/Hong Kong/Taiwan to worldwide(11 to 35 business days)

Terms of sales

1.We take great care in packing every detail to ensure safe shipment to you.Therefore please check the package before you sign to receive it,if it is broken or damaged, you can make a record with the carrier.At the same time, you can take a photo and send to us, we will solve the problem for you at the first time.

2.Return policy:

It is your responsibility to return the item in its original condition, and you must provide the tracking number via E-mail, as well as the reason for the return. Once the goods are received in the original condition, we will refund you. If you choose to replace the goods, we will resend a new product to you.

About us

1.We products kinds of motorcycle CNC parts and decoration stickers

2.If you need other please contact us directly by ebay message,we can wholesale all the items and offer some custom service.

3.If you need further information please contact us without any hesitate.

Contact us

1. Business Hours: Monday-Saturday 9:00-18:00 (Beijing Time GMT+8)

2. If any problems, please email to us first .We are committed to resolve all issues in a friendly and satisfactory manner.

3.If you do not get a response from us, then please check your junk or spam mailbox.

4. Any problem can contact us freely, we will try our best to help you.

5. If you are satisfied with our products, please leave us a good review, thank you for your attention!

We will work hard to do better!

**Hot Sales For 10yi**

| | | | | |
|---|---|---|---|---|
| For Kawasaki KX 85 85 125 2 50 250 F 450 F Hand Guard H andguard Protector | For KTM RC125 390 Duck 12 5 250 390 690 790 MT-07 09 Fender Eliminator Tail Tidy | 8 color Vintage Cafe Racer 7/ 8 22mm Motorcycle Vintage H andlebar Grip | Motorcycle Kickstand Foot Br ace For KTM 790 Adventure/ R/S 2019+ & Laser logo | For YAMAHA FZ-09 MT-09 X SR900 Tracer 900 CNC Radia tor & Engine Guard protect |
| 10.97 USD | 47.58 USD | 8.32 USD | 24.23 USD | 40.10 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Radiator Grille Guard Cover F
or Husqvarna Vitpilen 701 201
8 2019 2020 & LOGO
38.64 USD
Buy it now
Free shipping

powered by
PUSHAUCTION

---

🔖 **SAVE UP TO 10%**   **See all eligible items ▶**

2020-10-07-2020-November-16
Marked down item price reflects all savings. Items provided by ptmyi-moto

**All promotional offers from ptmyi-moto**

  

| Handle Bar End Side Rearview Mirrors For Yamaha MT-09 Tracer MT-09 07 03 MT-01 | Handle Bar End Side Rearview Mirrors For KTM 1290 SUPER DUKE R 125 790 DUKE | Handle Bar End Side Rearview Mirrors For Yamaha MT-25 MT-125 MT-10 SP MT-10 | Handlebar Bar Ends Hand Grips End Cap For KTM 640 LC4 Supermoto 50 SX Mini | HOT Rearview Side Mirror For KTM 790 Duke 790 Adventure/R 690 SMC R |
|---|---|---|---|---|
| Was: US$33.00 | Was: US$33.00 | Was: US$33.00 | Was: US$9.99 | Was: US$36.23 |
| Now: US $29.70 | Now: US $29.70 | Now: US $29.70 | Now: US $8.99 | Now: US $32.61 |

**+ See all**

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions/Learn about pricing

You can change quantities in your cart.

---

**Sponsored items based on your recent views** 1/4    Feedback on our suggestions

     

| 7/8"22mm Handlebar Grip Handle Bar For KTM DUKE... | New Motorcycle Radiator Grille Guard Cover... | Moto Front and Rear Heel Protective Cover Guard Fo... | Handlebar Bar Ends Hand Grips End Cap For KTM 69... | NEW Handlebar Bar Ends Hand Grips End Cap For... | Handlebar Bar Ends Hand Grips End Cap For KTM... |
|---|---|---|---|---|---|
| $14.99 | $28.99 | $56.99 | $8.99 $9.99 | $19.99 | $19.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |



Explore more sponsored options:













Laser Handle Bar Grip Protector For KTM DUKE R...
**$22.43**
~~$24.65~~
Free shipping

22mm Motorcycle Handle Bar End Weight Caps Slide...
**$14.43**
~~$15.19~~
+ $4.99 shipping

7/8" Handlebar Bar End Hand Grips End Cap Plugs...
**$9.76**
~~$10.72~~
Free shipping

Handle Bar Grip & Handle Bar End For KTM DUKE / R...
**$23.82**
~~$26.47~~
Free shipping
**Popular**

CNC Handlebar Grips Bar End Cap Plug for KTM Duk...
**$13.29**
~~$13.99~~
+ $2.99 shipping

Handle Bar End Mirrors Motorcycle Rear View Win...
**$25.73**
Free shipping
**Popular**

---

More from this seller 1/2                                   Feedback on our suggestions













NEW Handlebar Bar Ends Hand Grips End Cap For...
**$19.99**
+ shipping

NEW Handlebar Bar Ends Hand Grips End Cap For...
**$19.99**
+ shipping

Handlebar Bar Ends Hand Grips End Cap For KTM 129...
**$19.99**
+ shipping

Handlebar Bar Ends Hand Grips End Cap For KTM 64...
**$19.99**
+ shipping

Handlebar Bar Ends Hand Grips End Cap For Honda...
**$20.32**
+ shipping

Handlebar Bar Ends Hand Grips End Cap For Honda...
**$20.32**
+ shipping

---

Back to search results                                                        Return to top
More to explore : Motorcycle Bar End Weights & Covers for KTM 690, Motorcycle Bar End Weights & Covers for 2008 KTM 690, Motorcycle Bar End Weights & Covers for 2010 KTM 690, Motorcycle Bar End Weights & Covers for 2012 KTM 690, Motorcycle Bar End Weights & Covers for 2016 KTM 690, Motorcycle Handlebars, Grips & Levers for KTM 690, Motorcycle Bar End Weights & Covers for KTM, BikeMaster Motorcycle Handlebars, Grips and Levers for KTM 690, Unbranded Motorcycle Bar End Weights & Covers for KTM, Possbay Motorcycle Bar End Weights & Covers for KTM

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Feedback


Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact
Sell | Watchlist ⌄ | My eBay ⌄

ebay

Shop by category ⌄

[Search for anything]          All Categories ⌄     Search     Advanced

◄ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers

✉ f ⨍ 𝕋 ℗ | Add to Watchlist

### People who viewed this item also viewed

| | | | | |
|---|---|---|---|---|
| Motorcycle 7/8" Handle Bar Hand... $9.10 $10.11 Free shipping | 7/8" Handlebar Bar End Hand Grips... $9.10 $10.11 Free shipping | Handle Bar Grip & Handle Bar End F... $23.82 $26.47 Free shipping | CNC Handlebar Hand Bar Grip For... $11.78 $12.95 Free shipping | Handlebar Bar Ends Hand Grips... $8.99 $9.99 Free shipping |

ⓘ Check if this part fits your vehicle   Contact the seller

🏷 **SAVE UP TO 10%**  See all eligible items ▸





### Handlebar Bar Ends Hand Grips End Cap For KTM 690 SMC R 790 DUKE RC390

Condition: **New other (see details)**

Color:  - Select - ⌄

Quantity: [ 1 ]   3 available
14 sold / See feedback

Price: **US $8.99**
US $9.99 (10% off)

[ **Buy It Now** ]
[ **Add to cart** ]
[ ♡ Add to Watchlist ]

100% buyer satisfaction | Free shipping | 30-day returns

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: GZ, China
Ships to: Worldwide  See exclusions

Delivery: 📦 Estimated between **Tue. Nov. 17 and Mon. Dec. 7**
This item has an extended handling time and a delivery estimate **greater than 26 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 💳 💳
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
ptmyi-moto (418 ★)
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?  Sell now

### Sponsored items from this seller 1/2

Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| NEW Handlebar Bar Ends Hand Grips End Cap For... $19.99 Free shipping | Handlebar Bar Ends Hand Grips End Cap For KTM 99... $8.99 $9.99 Free shipping | Handlebar Bar Ends Hand Grips End Cap For KTM 119... $8.99 $9.99 Free shipping | NEW Handlebar Bar Ends Hand Grips End Cap For... $19.99 Free shipping | Handlebar Bar Ends Hand Grips End Cap For KTM 129... $19.99 Free shipping | Handlebar Bar Ends Hand Grips End Cap For KTM 64... $19.99 Free shipping |

Feedback 📝

Description | **Shipping and payments**   Report

Seller assumes all responsibility for this listing.

**Shipping and handling**

Item location: GZ, China

Shipping to: Worldwide

Excludes: South America, China, Israel

| Quantity: 1 | Change country: United States | ZIP Code: 60106 | Get Rates |

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Tue. Nov. 17** and **Mon. Dec. 7** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 15 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods



**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

🏷 **SAVE UP TO 10%**   See all eligible items ▸

2020-10-07-2020-November-16

Marked down item price reflects all savings. Items provided by ptmyi-moto     **All promotional offers from ptmyi-moto**



| | | | | |
|---|---|---|---|---|
| Handle Bar End Side Rearview Mirrors For Yamaha MT-09 Tracer MT-09 07 03 MT-01 | Handle Bar End Side Rearview Mirrors For KTM 1290 SUPER DUKE R 125 790 DUKE | Handle Bar End Side Rearview Mirrors For Yamaha MT-25 MT-125 MT-10 SP MT-10 | Handlebar Bar Ends Hand Grips End Cap For KTM 640 LC4 Supermoto 50 SX Mini | HOT Rearview Side Mirror For KTM 790 Duke 790 Adventure/R 690 SMC R |
| Was: US $33.00 | Was: US $33.00 | Was: US $33.00 | Was: US $9.99 | Was: US $36.23 |
| **Now:** US $29.70 | **Now:** US $29.70 | **Now:** US $29.70 | **Now:** US $8.99 | **Now:** US $32.61 |

 See all

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.

Offer conditions | Learn about pricing     You can change quantities in your cart.

---

**Sponsored items based on your recent views** 1/4     Feedback on our suggestions



| 7/8"22mm Handlebar Grip Handle Bar End For KTM DUKE... | New Motorcycle Radiator Grille Guard Cover... | Moto Front and Rear Heel Protective Cover Guard Fo... | Handlebar Bar Ends Hand Grips End Cap For KTM 69... | NEW Handlebar Bar Ends Hand Grips End Cap For... | Handlebar Bar Ends Hand Grips End Cap For KTM 69... |
|---|---|---|---|---|---|
| $14.99 | $28.99 | $56.99 | $8.99 $9.99 | $19.99 | $19.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

    

Feedback





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

ptmyi-moto (418 ★)

**Positive Feedback (last 12 months): 98.8%**

Member since: Jul-06-17 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member

View items for sale

View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 31 | 189 | 269 |
| Neutral | 0 | 2 | 2 |
| Negative | 0 | 2 | 3 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (240) | Reasonable shipping cost ★★★★★ (255) |
| Shipping speed ★★★★★ (236) | Communication ★★★★★ (241) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

3 Feedback received (viewing 1-3)

Revised Feedback: 1

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (3)

Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **Different.** NEW Radiator Guard Protection Grille Cover For Ducati Streetfighter V4/ S 2020+ (#223984519183) | Buyer: b***i (126★) US $58.49 | Past 6 months Reciprocal feedback |
| **Wrong product pictured, missing logos, seller offered 2$ refund** HOT Motocross Dirt bike Pivot Brake Clutch Levers For Kawasaki KLX140L 2008-2018 (#223990754091) | Buyer: d***n (547★) US $22.49 | Past 6 months Reciprocal feedback |
| **A+++** Hot Folding Brake Clutch Levers & Handlebar For Honda CB600F 2007-2013 (#223654427938) | Buyer: s***h (92★) ~~US $50.26~~ (Best offer was accepted) | Past year Reciprocal feedback |

**Page 1 of 1**

← 1 →

**Member Quick Links**

Contact member

View items for sale

View seller's Store

**Suggested Next**

Leave Feedback

Reply to received Feedback

Follow up to given Feedback

Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

**ptmyi-moto** (418★)
98.8% positive feedback

Save

Items for sale Visit store Contact

Based in China, ptmyi-moto has been an eBay member since Jul 06, 2017

## Feedback ratings

See all feedback

| | | |
|---|---|---|
| ★★★★★ | 240 | Item as described |
| ★★★★★ | 241 | Communication |
| ★★★★★ | 236 | Shipping time |
| ★★★★★ | 255 | Shipping charges |

| 269 | 2 | 3 |
|---|---|---|
| Positive | Neutral | Negative |

Feedback from the last 12 months

very fast shipping
Oct 05, 2020

23 Followers | 0 Reviews | Member since: Jul 06, 2017 | China

## Items for sale(3666)

See all items

FOR YAMAHA YZF ...
US $74.99 14m left

FOR YAMAHA YZF ...
US $74.99 14m left

FOR YAMAHA YZF ...
US $74.99 14m left

FOR YAMAHA YZF ...
US $74.99 14m left

FOR YAMAHA YZF ...
US $74.99 14m left

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

10/7/2020

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒



ebay    Shop by category ⌄    🔍 Search this Store    | This Store ⌄ |    **Search**    Advanced

eBay › eBay Stores › ptmyi-moto





### ptmyi-moto

23 followers | ptmyi-moto (418 ⭐) 98.8%

A variety of motorcycle accessories for you to choose !

♡ Save this seller



**Category**

All
For Honda
For KTM
Rearview Mirrors
Radiator Grille Guard Cover
Bag ,Gloves,Glasses,Hat,Mask
Handlebar Grips
Wheel spoke skins
Screws
Footrest Pegs Plate Pads
Hot Items
Other

| All Listings | Auction | Buy It Now |

1-48 of 1,033 Results

Time: ending soonest ⌄    ▦ ⌄



FOR YAMAHA YZF R3/R25 2014-2017 Motorcycle Steering Stabilizer Damper & Bracket
$74.99
Free shipping
From China
Brand: Yamaha

TOP Motor Radiator Grille Guard Cover For BMW F800GS 2008 - 2009 2009-2016
$43.79
Was: $48.65
Free shipping
or Best Offer
From China

New Radiator Protective Cover Grill Guard Protector For BMW F650GS 2008 - 2016
$43.79
Was: $48.65
Free shipping
or Best Offer
From China

New Motor Radiator Grille Guard Cover For BMW F650GS F700GS F800GS 2008-2016
$43.79
Was: $48.65
Free shipping
or Best Offer
From China

Hot Motor Radiator Grille Guard Cover For BMW F700GS 2008 - 2016
$43.79
Was: $48.65
Free shipping
or Best Offer
From China

New Motorcycle Radiator Grille Guard Cover For KTM Duke200 DUKE 390
$45.59
Was: $50.65
Free shipping
or Best Offer
From China



For KTM 790 Adventure/R /S 2019+ NEW CNC Motorcycle Keys Embryo Key Case Cover
$23.65
Free shipping
From China
Brand: KTM

NEW Motorcycle Lower Radiator Guard Cover Protection For Ducati Panigale Series
$34.99
Free shipping
From China
Brand: Ducati





New Radiator Grille Guard Cover For BMW HP4 S1000RR 14-16 S1000R/XR 13-16





$79.97
Was: $88.86
Free shipping
or Best Offer

From China



HOT Radiator Protective Cover Grill Guard Protector For Yamaha MT-07 2014-2016

$29.93
Was: $33.26
Free shipping
or Best Offer

From China



HOT Motorcycle Radiator Grille Guard Cover For Yamaha xsr700 2014-2016

$29.93
Was: $33.26
Free shipping
or Best Offer

From China



HOT Motor Radiator Grille Guard Cover FOR Yamaha MT-07 FZ-07 XSR700 2014-2016

$29.93
Was: $33.26
Free shipping
or Best Offer

From China



Moto Rear Front Fender Mudguard For BMW R1200GS/ADV R 1200 GS LC R 1250 GS/Adv

$42.99
Free shipping

From China
Brand: BMW



CNC Radiator Guard/Radiator Grill For Triumph Street Triple/R/RX Triple 675/R/RX

$47.99
Free shipping

From China
Brand: Triumph



New Radiator Grille Guard Cover For yamaha YZF-R3 YZF R3 2015 2016

$33.53
Was: $37.26
Free shipping
or Best Offer

From China



New Motorcycle Radiator Grille Guard Cover For Yamaha MT-09 FZ-09 2013-2015

$33.53
Was: $37.26
Free shipping
or Best Offer

From China



HOT Motorcycle Radiator Grille Guard Cover For Yamaha XSR900 2016-2017

$33.53
Was: $37.26
Free shipping
or Best Offer

From China



HOT Moto Radiator Grille Guard Cover For BMW S1000RR S1000 RR ABS K46 2009-2015

$43.78
Was: $48.64
Free shipping
or Best Offer

From China



TOP Motorbike Radiator Guard Grille Cover Protection For Ducati Most motorcycles

$49.99
Free shipping

From China
Brand: Ducati



For BMW F750GS 2017-2020 NEW Folding Brake & Clutch Levers Motorcycle

$34.99
Free shipping

From China



HOT Motocross Dirt bike Pivot Brake Clutch Levers For Kawasaki KFX450R 2008-2014

$24.99
Free shipping

From China
Brand: Kawasaki



M20*2.5 Moto CNC Engine Oil Filter Cover Cap For Ducati 848/1098/1198 2007-2011

$12.99
Free shipping

From China



New Front Sprocket Chain Gear Cover Guard For KTM 390 Duke 2013-2015 Duke125 200

$38.69
Was: $42.99
Free shipping
or Best Offer

From China



HOT Motorcycle Radiator Grille Guard Cover For YAMAHA MT09 FZ09 2014-2015

$49.73
Was: $55.26
Free shipping
or Best Offer

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CB190R 2015-2018

$49.71
Was: $55.23
Free shipping
or Best Offer
8 watching

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CB300FCB300F/FA 2014-2019

$49.71
Was: $55.23
Free shipping
or Best Offer

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CBR500R/CB500F/X 13-18

$49.71
Was: $55.23
Free shipping
or Best Offer

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CBR125R/CB125R 2011-2020

$49.71
Was: $55.23
Free shipping
or Best Offer
3 watching

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CBF600/SA 2006-2007

$49.71
Was: $55.23
Free shipping
or Best Offer

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CBF1000/A 2010-2013

$49.71
Was: $55.23
Free shipping
or Best Offer

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CB919 2002-2007

$49.71
Was: $55.23
Free shipping
or Best Offer

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CB650F 2014-2018

$49.71
Was: $55.23
Free shipping
or Best Offer

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CB600F 2007-2013

$49.71
Was: $55.23
Free shipping
or Best Offer

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CB599 / CB600 HORNET 98-06

$49.71
Was: $55.23
Free shipping
or Best Offer

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CB400 1996

$49.71
Was: $55.23
Free shipping
or Best Offer

From China



Hot Folding Brake Clutch Levers & Handlebar For Honda CB1300 2003-2010

$49.71

From China



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category

ktm handle bar | All Categories | Search | Advanced

Include description

Items for sale from **ptmyi-moto** (418) | Save this seller | Show results from all sellers

## Categories

**eBay Motors**
Other Motorcycle Handlebars, Grips & Levers
More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Color** see all
- Black (27)
- Silver (18)
- Red (27)
- Blue (27)
- Gold (27)
- Green (18)
- Orange (19)
- Gray (18)

**Brand** see all

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (205)

**Price**
- Under $8.00
- Over $8.00

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

ptmyi-moto (418)
Feedback rating: 418
Positive Feedback: 98.8%
Member since Jul-06-17 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
ptmyi-moto

All Listings | Auction | Buy It Now Sort: Best Match View:

**205** results for **ktm handle bar** Save this search

Handle Bar End Side Rearview Mirrors For KTM 1290 SUPER DUKE R 125 790 DUKE
Brand New
**$29.70** From China
Was: ~~$33.00~~
Buy It Now
**Free Shipping**
**3+ Watching**
**10% off**

Handlebar Bar Ends Hand Grips End Cap For KTM 690 SMC R 790 DUKE RC390
New (Other)
**$8.99** From China
Was: ~~$9.99~~
Buy It Now
**Free Shipping**
**7+ Watching**
**10% off**

Handle Bar End Side Rearview Mirrors For KTM 990 SUPER DUKE/R Adventure 1050
Brand New
**$29.70** From China
Was: ~~$33.00~~
Buy It Now
**Free Shipping**
**10% off**

7/8"22mm Handlebar Grip Handle Bar For KTM DUKE /RC 125 200 390 690 790 990 1290
Brand New
**$14.99**
Buy It Now
**Free Shipping**
**1+ Watching**

Handlebar Bar Ends Hand Grips End Cap For KTM 1290 SUPER DUKE R 125
New (Other)
**$8.99** From China
Was: ~~$9.99~~
Buy It Now
**Free Shipping**
**10% off**

Handle Bar End Side Rearview Mirrors For KTM 390 Adventure 250/200 DUKE 390 DUKE
Brand New
**$29.70** From China
Was: ~~$33.00~~
Buy It Now
**Free Shipping**
**10% off**

Handlebar Bar Ends Hand Grips End Cap For KTM 640 LC4 Supermoto 390 series
New (Other)

**Checkout**

How do you like our checkout? <u>Tell us what you think</u>

**Pay with**

○ ▭ Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. <u>See terms</u>



**Ship to**

▬▬▬▬
1001 Foster Ave
Bensenville, IL 60106-1445
United States
▬▬▬▬

<u>Change</u>

**Review item and shipping**

Seller: ptmyi-moto  |  <u>Message to seller</u>

Handlebar Bar Ends Hand Grips End Cap For KTM 690 SMC R 790 DUKE RC390
Color: Orange
**$8.99**
~~$9.99~~

Quantity   [ 1 ⌄ ]

**Delivery**
Est. delivery: Nov 17 – Dec 7
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

Save up to 10%

**Gift cards, coupons, eBay Bucks**

Enter code: _____   [ Apply ]

**Donate to charity (optional)** ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount   [ None ⌄ ]

| | |
|---|---|
| Subtotal (1 item) | $8.99 |
| Shipping | Free |
| Tax* | $0.56 |
| **Order total** | **$9.55** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

[ 🔒 Confirm and pay ]

**Select a payment option**

eBay MONEY BACK GUARANTEE
<u>See details</u>

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u> ⓘ



**ebay**    Shop by category ∨    [Search for anything]    All Categories ∨    **Search**    Advanced

⟨  Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f 🐦 📌 | Add to Watchlist

ⓘ  Check if this part fits your vehicle    **Contact the seller**



LANQIAN



‹  [thumbnails]  ›

💲 Have one to sell?  **Sell now**

### Moto Front and Rear Heel Protective Cover Guard For KTM DUKE 390 2017 2018 2019

🔥 **13 viewed per day**

| | |
|---|---|
| Condition: | New |
| Color: | - Select - ∨ |
| Quantity: | [ 1 ]    3 available / 9 sold |

Price: **US $56.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Limited quantity remaining** | More than 59% sold | Free shipping

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: GZ, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | ⏱ Estimated between **Tue. Nov. 17 and Mon. Dec. 7** |
| | This item has an extended handling time and a delivery estimate **greater than 26 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA ● ● ● |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
ptmyi-moto (418 ★)
98.8% Positive feedback

♡ **Save this Seller**
Contact seller
Visit store
See other items

### Similar sponsored items  1/2

Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| HOT Front and Rear Heel Protective Cover Guard Fo... | CNC Aluminium Front Sprocket Guard Protector... | with logo Motorcycle Clutch Brake Lever Adjustable... | Orange Motorcycle Heel Protective Cover Guard Fo... | For KTM 790 ADVENTURE /R /S 2018-2020 Moto Rear... | Orang Engine Guard Case Slider Cover Protector For... |
| $51.29 | $35.69 | $30.93 | $38.95 | $28.99 | $52.99 |
| $56.99 | Free shipping | $33.99 | Free shipping | Free shipping | Free shipping |
| Free shipping | Seller 99.6% positive | Free shipping | New | New | New |
| New | | New | | | |

### Sponsored items from this seller  1/2

Feedback on our suggestions



Feedback

10/7/2020

Sell    Watchlist    My eBay

ebay    Shop by category

Search for anything    All Categories    Search    Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

| Add to Watchlist

Check if this part fits your vehicle    Contact the seller





### New Motorcycle Radiator Grille Guard Cover Protective For KTM 125 250 390 Duke

Condition: New

logo: - Select -

Quantity: 1    3 available / 1 sold

Price: US $28.99

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Free shipping    30-day returns    Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: GZ, China
Ships to: Worldwide    See exclusions

Delivery: Estimated between Tue. Nov. 17 and Mon. Dec. 7
This item has an extended handling time and a delivery estimate greater than 26 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  American Express  Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details



**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
ptmyi-moto (418 ★)
98.8% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?    Sell now

---

Similar sponsored items 1/2    Feedback on our suggestions


Black For KTM 125 250 390 Duke CNC Radiator Grille...
$26.09
$28.99
Free shipping
New

BLACK Front Heel Protective Cover Guard F...
$26.38
$28.99
Free shipping
New

4PCS NEW Frame Slider Protector For KTM DUKE...
$23.99
Free shipping
New


For KTM DUKE 390 250 2017 2018 Motorcycle Radiator...
$28.72
Free shipping
New


Front Rear Fork Wheel Frame Slider Crash...
$17.53
+ $1.99 shipping
Seller 99.2% positive



Motorcycle Front Fork Suspension Top Cover Ca...
$20.89
$21.99
+ $2.00 shipping
New

---

Sponsored items from this seller 1/2    Feedback on our suggestions

Feedback



Hi ▮▮▮▮    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄    🔔¹    🛒

 **eBay**    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    Search    Advanced

< Back to search results | Listed in category:    Clothing, Shoes & Accessories > Men > Men's Accessories > Hats        ✉ f 🐦 📌  | Add to Watchlist



**Mens KTM Baseball Cap Racing Motorcycle Snapback Hats Letters Peak Cap Unisex**

Condition:  New with tags

Type:  - Select -

Bulk savings:
| Buy 1 $7.56/ea | Buy 2 $7.48/ea | Buy 3 $7.41/ea |

Quantity:  1    4 or more for $7.33/ea

7 available
36 sold / See feedback

Price:  **US $7.56/ea**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to Watchlist** ]

| **100% buyer satisfaction** | 36 sold | 20 watchers |

Shipping: $2.75 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: HUZHOU, China
Ships to: Worldwide    See exclusions

Delivery: ⏱ Estimated between **Tue. Nov. 3 and Mon. Nov. 23** ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:   

**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
qi9345 (1556 ★)
98.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

 Have one to sell?  [ Sell now ]

---

**Similar sponsored items** 1/2                                          Feedback on our suggestions

     

| Embroidered Men KTM Hat MOTO GP Motorcycle... | Embroidered KTM MOTO GP Hat Motorcycle Baseball... | Classic NEW Embroidered KTM MOTO GP Motorcycle... | Men's Animal Embroidered Baseball Cap Sport... | MENS WOOL IVY CAP HERRINGBONE NEWSBOY... | Men's Fashionable JAGUAR Baseball Cap car logo... |
| $12.99 | $12.99 | $14.99 | $8.99 ~~$10.58~~ | $24.99 | $9.38 ~~$9.98~~ |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | Almost gone | New | New | Seller 99.4% positive | Almost gone |

**Sponsored items from this seller** 1/2                                     Feedback on our suggestions








| | | | | | |
|---|---|---|---|---|---|
| Mens Adjustable Strap Back Fine Embroidery Croc... | Mens Baseball Cap Hats Timb Letter Embroidery... | Mens Baseball Cap Snapback Fishing Hat... | Tactical Hat Explosion Glock Shooting Hunting Baseball... | Mens SHAKO-85F Embroidery Baseball Cap... | Adjustable Fit JEEP Golf Baseball Cap Embroidered... |
| $4.99 | $7.35 | $6.65 | $5.89 | $7.56 | $5.25 |
| + $2.45 shipping | + $2.75 shipping | + $2.99 shipping | + $2.75 shipping  Popular | + $2.75 shipping | + $2.45 shipping |

---

**Description**     **Shipping and payments**                                                                         Report item

Seller assumes all responsibility for this listing.

eBay item number:  254670564468

Last updated on  Sep 26, 2020 19:41:46 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original packaging (such as the original box or bag) and/or with the original tags attached. See all condition definitions | Size: | Adjustable |
| Pattern: | Letter Embroidery | Handmade: | No |
| Features: | Adjustable, Breathable, Insulated, Wide Brim | Signed/Autographed: | No |
| Year of Manufacture: | 2020 | Country/Region of Manufacture: | China |
| Color: | Multicolor | Department: | Men and Women |
| Vintage: | No | Style: | Baseball Cap |
| MPN: | Does Not Apply | Fabric Type: | Canvas |
| Personalized: | No | Season: | Fall, Spring, Summer, Winter |
| Garment Care: | Hand Wash Only | Material: | Cotton |
| Occasion: | Casual | Theme: | 80s, 90s, Hip Hop, Logo, Motorcycle, Sports |
| Brand: | | | |

**Mens KTM Baseball Cap Racing Motorcycle Snapback Hats Letters Peak Cap Unisex**

# Description

- 100%  New and High Quality.
- Make of Cotton
- For Outdoor Sports Baseball Golf Tennis Hiking Driving Jogging Gym
- Colors : As Picture Show
- Size : Adjustable(Round : 56-60cm/21.84-23.62 inch)
- Visor Length:7cm/2.73 inch
- Applicable gender neutral / male and female

Package Include:
          1 x New Hat







56-60cm/
21.84-23.62"

7cm/2.73"

11cm/
4.29"

## SIZE

## Payment:

1. We accept paypal payment only. If you have any problem. Please an E-mail me ahead you to bid. I will be very happy to reply you.

2. Payment must be received within 7 working days after the purchase unless buyer has contacted us in advance with any specific reasons. An unpaid disputed will be sent if the related item has not been paid for 20 days.

3. The price includes our labor and our workers salary, office, envelopes, bubble wraps, peanuts, foil, software, and equipment service, as well as the shipping fee. Thus, it is not only the shipping fee we pay for, but also many other services connected with serving you better.

## Returns:

1. Your satisfaction is very important to us. We offer a 30 days money-back guarantee.If you feel unhappy with your purchases, please contact us at first, we will work out the best solution for you immediately.

2. If you decide to return it, please contact us and mail it back with in 30days after receipt, in its original condition (including all the packing materials).

3.Buyer is responsible for return shipping charges.

## Shipping:

Orders processed within 24-48 hours of payment verification.

| Country | Delivery Time | | | | | | |
|---|---|---|---|---|---|---|---|
| | 5-7days | 10-16days | 17-20days | 21-24days | 25-28days | 29-35days | >40 days |
| USA | 5% | 9% | 40% | 30% | 13% | 3% | Refund |
| UK | 3% | 8% | 40% | 25% | 20% | 4% | Refund |
| Canada | 4% | 7% | 35% | 25% | 23% | 6% | Refund |
| Australia | 3% | 6% | 26% | 45% | 15% | 5% | Refund |
| France | 1% | 3% | 9% | 41% | 34% | 12% | Refund |
| Germany | 1% | 2% | 12% | 17% | 45% | 19% | Refund |
| Spain、Italy | 1% | 3% | 9% | 16% | 35% | 30% | 4% |
| Russia | 1% | 3% | 8% | 15% | 29% | 40% | 4% |

The above chart is only for reference. Delivery time will be longer during peak shopping season or under severe weather condition. -^-^

## Contact Us:

1.When you satisfied with our product and services please leave us positive feedback.

 2.If a problem occurs, contact us immediately with any email request. Just contact us using the Ask the     seller a question link on eBay.

3.Our goal is to answer all customer emails within the same business day. Responsible and Accessible. Our Customer Service Department will answer your emails within 24 hours .If you have questions, please feel free to email us or by clicking on the contact seller link . Customer Service Hours are Monday - Saturday from 9am - 9pm Beijing Standard Time.

## Sponsored items based on your recent views 1/2

Feedback on our suggestions



Mens Embroidered KTM Hat MOTO GP Motorcycle...
$8.56
+ $2.50 shipping
Seller 99% positive



KTM Logo Racing Mens T-Shirt USA Shipped
$15.98
+ $9.79 shipping
New



Moto Motocross GP Letters Racing Baseball Caps...
$8.95
Free shipping
New



Embroidered Men KTM Hat MOTO GP Motorcycle...
$12.99
Free shipping
New



Embroidered KTM MOTO GP Hat Motorcycle Baseball...
$12.99
Free shipping
Almost gone



KTM Supermotard Men And Women Motorcycle Black...
$9.99
+ $9.99 shipping
Last one

## Explore more sponsored options: Theme

### Classic    More



Classic NEW Embroidered KTM MOTO GP Motorcycl...
$14.99
Free shipping
Popular



Baseball Cap Men/Women Sunshade Outdoor Holid...
$12.99
Free shipping
Popular



California Republic Hat Baseball Cap Cali Bear...
$11.95
Free shipping
Popular

### Dad



Unisex Fashion Outdoor Hip-hop Cap Cartoon...
$8.33
$8.86
Free shipping
Popular

NEW Benz² Logo Embroidery AMG Car Ca...
$7.51
$7.99
Free shipping
Popular

## Explore more sponsored options: Color

### Black



Men's PU Leather Beret Caps Gatsby Newsboy...
$9.65
Free shipping

### White



New MERCEDES BENZ² Logo AMG Cap Sport...
$11.85
Free shipping
Popular

## People who viewed this item also viewed 1/2

Feedback on our suggestions



Hi ▮▮▮▮    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔 1    🛒



ebay    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search    Advanced

◁ Back to search results | Listed in category: Clothing, Shoes & Accessories > Men > Men's Accessories > Hats    ✉ f 🐦 📌 | Add to Watchlist



## Mens KTM Baseball Cap Racing Motorcycle Snapback Hats Letters Peak Cap Unisex

Condition: New with tags

Type:  - Select -  ⌄

Bulk savings:
| Buy 1 $7.56/ea | Buy 2 $7.48/ea | Buy 3 $7.41/ea |

Quantity: [ 1 ]    4 or more for $7.33/ea

7 available
36 sold / See feedback

Price: **US $7.56/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**100% buyer satisfaction** | 36 sold | 20 watchers

Shipping: $2.75  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: HUZHOU, China
Ships to: Worldwide  See exclusions

Delivery: ⊙ Estimated between **Tue. Nov. 3 and Mon. Nov. 23**  ⓘ
This item has an extended handling time and a delivery estimate greater than 16 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  mastercard  AMEX  DISCOVER

*PayPal* **CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
qi9345 (1556 ⭐)
98.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items


💲 Have one to sell?  Sell now

---

### Similar sponsored items 1/2    Feedback on our suggestions



| Embroidered Men KTM Hat MOTO GP Motorcycle... | Embroidered KTM MOTO GP Hat Motorcycle Baseball... | Classic NEW Embroidered KTM MOTO GP Motorcycle... | Men's Animal Embroidered Baseball Cap Sport... | MENS WOOL IVY CAP HERRINGBONE NEWSBOY... | Men's Fashionable JAGUAR Baseball Cap car logo... |
| $12.99 | $12.99 | $14.99 | $8.99 $10.58 | $24.99 | $9.38 $9.98 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | Almost gone | New | New | Seller 99.4% positive | Almost gone |

### Sponsored items from this seller 1/2    Feedback on our suggestions








| | | | | | |
|---|---|---|---|---|---|
| Mens Adjustable Strap Back Fine Embroidery Croc... | Mens Baseball Cap Hats Timb Letter Embroidery... | Mens Baseball Cap Snapback Fishing Hat... | Tactical Hat Explosion Glock Shooting Hunting Baseball... | Mens SHAKO-85F Embroidery Baseball Cap... | Adjustable Fit JEEP Golf Baseball Cap Embroidered... |
| $4.99 | $7.35 | $6.65 | $5.89 | $7.56 | $5.25 |
| + $2.45 shipping | + $2.75 shipping | + $2.99 shipping | + $2.75 shipping<br>Popular | + $2.75 shipping | + $2.45 shipping |

**Description**   **Shipping and payments**   Report item

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: **HUZHOU, China**

Shipping to: Worldwide

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Middle East, Southeast Asia, South America, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Cyprus, Estonia, Finland, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Norway, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, PO Box

Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates



| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $2.75 | US $2.30 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Tue. Nov. 3 and Mon. Nov. 23** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will ship within 5 business days of receiving cleared payment. The seller has specified an extended handling time for this item. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| Return policy details |
|---|
| Seller does not offer returns. |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

| Payment methods |
|---|
|  |

### Special financing available

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

Sponsored items based on your recent views 1/2    Feedback on our suggestions

Hi ■■■■ ▾          Daily Deals   Brand Outlet   Help & Contact                              Sell   Watchlist ▾   My eBay ▾                🔔 1    🛒

 ebay          Shop by category ▾          🔍 Search for anything                    All Categories ▾          **Search**          Advanced

Home ▸ Community ▸ Feedback forum ▸ Feedback profile

## Feedback profile

 ebay MONEY BACK GUARANTEE

**qi9345** (1556 ★) 📄 ⓘ
**Positive Feedback (last 12 months): 98.9%** ⓘ
Member since: Jun-09-18 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

### Member Quick Links
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 35 | 272 | 1050 |
| ⏺ | Neutral | 1 | 6 | 11 |
| ➖ | Negative | 0 | 9 | 14 |

### Detailed seller ratings ⓘ

| Average for the last 12 months | |
|---|---|
| Accurate description ★★★★★ (719) | Reasonable shipping cost ★★★★★ (753) |
| Shipping speed ★★★★★ (716) | Communication ★★★★★ (725) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

14 Feedback received (viewing 1-14)                                                                 Revised Feedback: 4 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

[ e.g. Vintage 1970's Gibson Guitars          🔍 ]

Rating type: [ Negative (14) ▾ ]     Period: [ 12 Months ▾ ]

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **different brand and colors, very expensive return, bad seller**<br>(Private listing) | Buyer: n***e (341★) | Past 6 months<br>Reciprocal feedback |
| ➖ **different brand and colors, very expensive return, bad seller**<br>(Private listing) | Buyer: n***e (341★) | Past 6 months<br>Reciprocal feedback |
| ➖ **different brand and colors, very expensive return, bad seller**<br>Men Women Boy Adjustable Baseball Hat Outdoor Sport Hip-Hop Snapback Sun Cap (#254246341285) | Buyer: n***e (341★)<br>US $4.89 | Past 6 months<br>Reciprocal feedback |
| ➖ **different brand and colors, very expensive return, bad seller**<br>Men Women Boy Adjustable Baseball Hat Outdoor Sport Hip-Hop Snapback Sun Cap (#254246341285) | Buyer: n***e (341★)<br>US $4.89 | Past 6 months<br>Reciprocal feedback |
| ➖ **different brand and colors, very expensive return, bad seller** 😡😡😡😡🖤🖤🖤<br>Men Women Boy Adjustable Baseball Hat Outdoor Sport Hip-Hop Snapback Sun Cap (#254246341285) | Buyer: n***e (341★)<br>US $4.89 | Past 6 months<br>Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **low quality standard, too small for adults, realy small and bad made label. Copy**<br>(Private listing) | Buyer: x***s (4) | Past 6 months<br>Reciprocal feedback |
| ➖ **low quality standard, too small for adults, realy small and bad made label. Copy**<br>(Private listing) | Buyer: x***s (4) | Past 6 months<br>Reciprocal feedback |
| ➖ **Bad quality, too small size, does not expect the discription**<br>(Private listing) | Buyer: x***s (4) | Past 6 months<br>Reciprocal feedback |
| ➖ **Seller is not responsible.. not recommend.**<br>Men Bear Embroidery Baseball Cap Women Snapback Hat Bone Caps Gorras Casual Hats (#254555194155) | Buyer: u***d (350★)<br>US $7.56 | Past 6 months<br>Reciprocal feedback |
| ➖ **Received my order after waiting over 2months for a navy hat to be missing!**<br>(Private listing) | Buyer: e***i (70★) | Past year<br>Reciprocal feedback |
| ➖ **already a delay of a week after the promised date.**<br>(Private listing) | Buyer: n***l (494★) | Past year<br>Reciprocal feedback |
| ➖ **quality is bad**<br>(Private listing) | Buyer: o***0 (115★) | Past year<br>Reciprocal feedback |
| ➖ **Good product , good seller fast delivery** 🖤 | Buyer: u***- (56★) | Past year<br>Reciprocal feedback |

Comment?

Hi ████ ▾    Daily Deals    Brand Outlet    Help & Contact                          Sell    Watchlist ▾    My eBay ▾    🔔 ¹    🛒

ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    **Search**    Advanced



qi9345 (1556 ★)
98.9% positive feedback

🔖 Items for sale    🏪 Visit store    ✉ Contact

Based in China, qi9345 has been an eBay member since Jun 09, 2018

♡ Save

**Feedback ratings** ⓘ                                                    See all feedback

★★★★★ 719    Item as described        ⊕ 1,050    ⊙ 11    ⊖ 14        ⊕    Fast ship very good quality great price
★★★★★ 725    Communication              Positive    Neutral    Negative            Oct 05, 2020
★★★★★ 716    Shipping time
★★★★★ 753    Shipping charges                Feedback from the last 12 months                    ● ○ ○ ○ ○

127 Followers | 0 Reviews | Member since: **Jun 09, 2018** | 📍 China

# Items for sale(1058)                                                    See all items

    

| JOCKMAIL Men's ... | JOCKMAIL Men's ... | JOCKMAIL Men's ... | JOCKMAIL Men's ... | JOCKMAIL Men's ... |
|---|---|---|---|---|
| US $7.25    3h left | US $7.25    3h left | US $7.25    3h left | US $7.25    3h left | US $7.25    3h left |

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi ▮ ▾   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ▾   My eBay ▾

ebay   Shop by category ▾

Search this Store    | This Store ▾ |   Search   Advanced

eBay › eBay Stores › Yibao

# Yibao

127 followers | qi9345 (1556 ★) 98.9%

♡ Save this seller

## Category

All

Other

All Listings | Auction | Buy It Now

1-48 of 117 Results

Time: ending soonest ▾

JOCKMAIL Men's 3D Hammock Pouch Underwear Modal U Convex Separation Boxershort
$7.25
($2.75 shipping)
From China

Bucket Hat Boonie Hunting Fishing Outdoor Cap Wide Brim Banana Hat Hip Hop Hat
$7.89
($2.75 shipping)
From China

Men USA Flag Camouflage Baseball Cap Snapback Hat Army Cap Bone Trucker Gorras
$6.56 to $9.35
($2.75 shipping)
From China

Men BACKWOODS Print Hip Hop Adjustable Cap Flex Fit Snapback Baseball Hat Unisex
$4.99
($2.45 shipping)
From China

Hot Men's Baseball Cap Women Snapback Hats Embroidery Adjustable Anchor Hat Caps
$7.56
($2.75 shipping)
12 sold
From China

2020 Men Women Alien Bucket Hat Black White Hip Hop Solid Unisex Bob Caps Gorros
$4.99
($2.45 shipping)
18 sold
From China

Sunproof Baseball Cap Men Women Outdoor Adjustable Mesh Breathable Hip hop Hat
$4.99
($2.75 shipping)
From China

Women Ponytail Baseball Cap Hat Vacation Snapback Washed USA Flag Embroidery Hat
$5.69
($2.75 shipping)
From China

Anime Lovers Akatsuki Logo Baseball Caps Uchiha Family Embroidery Snapback Hats
$4.56
($2.45 shipping)
18 sold
From China

Women Men Scrawl Print Baseball Cap Cotton Adjustable Snapback Hats Summer Caps
$4.56
($2.45 shipping)
5 watching
From China



Men Women Avengers Mesh Baseball Cap Embroidery Snapback Outdoor Sports Hat

$4.56 to $4.99
$2.45 shipping

From China



New Fashion Army MILITARY AO Pilot 54mm Sunglasses Brand American Optical Glass

$3.25 to $4.99
$2.45 shipping

From China



New Men Women LA letter Baseball Caps Dodgers Embroidery Black Hip Hop Bone Hats

$4.89
$2.45 shipping
5 watching

From China



Mens Adjustable Strap Back Fine Embroidery Croc Baseball Golf Hats Cap Unisex

$4.99 to $919
$2.45 shipping

From China



Men PL Fine Embroidery Pony Baseball Cap Women Strapback Adjustable Golf Hats

$4.99 to $9.56
$2.75 shipping

From China



Men Women Flower Rose Embroidery Baseball Cap Snapback Hat Hip Hop Golf Cap Hats

$6.99
$2.75 shipping

From China



Women Flower Bucket Hats Sun Cap Little Daisy Embroidery Lady Fisherman Hat Caps

$7.99
$2.75 shipping

From China



Alien Embroidered Beanie Warm Knitted Hat Autumn Winter Warm Cap For Men Women

$4.25 to $4.69
$2.45 shipping

From China



New Men Women Washed Baseball Cap Unisex NEW YORK Embroidery Outdoor Sports Hat

$7.56
$2.75 shipping

From China



Mens UZI Gun AK-47 Emboridery Baseball Cap Snapback Hat Adjustable Bboy Caps

$5.99
$2.75 shipping

From China



Mesh Baseball Cap Golf Logo hat Unisex Sunshade Snapback Gorras Breathable Caps

$4.95
$2.45 shipping
6 sold

From China



One-Man Army Embroidery Knitted hats Unisex Dad Hat Winter outdoor ski Beanie

$3.99 to $4.25
$2.45 shipping

From China



JOCKMAIL Men's Playful Fun Printed Boxer Briefs Bulge Low Waist Shorts Underwear

$5.71
$2.45 shipping
4 watching

From China



JOCKMAIL Underwear Mens Push Up Bulge U Convex Boxer Briefs Pad Enhance Panties

$13.95
$2.75 shipping

From China



Men's JOCKMAIL Underwear Elastic Wide Waistband Soft Boxer Trunks Shorts 5 Color

$6.64
$2.99 shipping

From China



JOCKMAIL Mens Camouflage Boxer Trunks Soft Shorts Underwear Hipster Panties

$6.64
$2.50 shipping

From China



3 Hole Full Face Mask Ski Mask Winter Cap Balaclava Outdoor Beanie Tactical Hat

$4.45 to $4.99
$2.45 shipping

From China



Hot Men Women Ulzzang Trucker Mesh Hat Snapback Skull Baseball Cap Adjustable

$3.99
$2.45 shipping

From China



Men's Retro Polarized Metal Pilot Sunglasses Glasses Driving Fishing Eyewear

$4.99
$2.45 shipping

From China
Brand: Aoron



Men's Baseball Cap Women Snapback Hats NASA Embroidery Adjustable Trucker Hat

$5.69 to $7.56
$2.99 shipping

From China



Mens Baseball Cap Snapback Fishing Hat Women ORIGINAL Embroidery Shark Caps Hats

$6.65
$2.99 shipping

From China



Women Men BAD HAIR DAY Washed Baseball Cap Sun Hat Snapback Hip Hop Golf Hats

$5.56
$2.99 shipping

From China



New Men COAST GUARD Army Military Embroidered Baseball Cap Snapback Tactical Hat

$6.56
$2.99 shipping

From China



Ski Mask Beanie 2 Hole Knitted Cap Hat Warm Full Face Winter Snow Tactical Hat

$3.45 to $4.95
$2.45 shipping

From China



Men Plain Washed Cap Style Cotton Adjustable Baseball Cap Blank Solid Hat

$3.69
$2.45 shipping

From China



JOCKMAIL Men's Cotton Stripe Underpants Dew Hip Panties Sexy Shorts Soft Briefs

$6.99 to $7.99
$2.99 shipping

From China



4 Color Jockmail Mens Underwear Floral Printed Soft Comft Bikini Bulge Briefs

$6.50
$2.99 shipping

From China



New Men's Jockmail Trunk Boxer Shorts Underwear Mesh Breathable Bulge Panties

$6.22
$1.50 shipping

From China

Hi ▮▮▮▮  Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ⌄   My eBay ⌄   🔔 ¹   🛒

**ebay**   Shop by category ⌄   | KTM | All Categories ⌄ | **Search** | Advanced

Items for sale from **qi9345** ( 1556 ⭐ ) 📋    ♡ Save this seller | Show results from all sellers     ☐ Include description

### Categories
**Clothing, Shoes & Accessories**
Men's Hats

#### Format    see all
- ◉ All Listings
- ○ Auction
- ○ Buy It Now

#### Guaranteed Delivery    see all
- ◉ No Preference
- ○ 1 Day Shipping
- ○ 2 Day Shipping
- ○ 3 Day Shipping
- ○ 4 Day Shipping

#### Condition    see all
- ☐ New (9)

#### Price
$ [____] to $ [____] »

#### Item Location    see all
- ◉ Default
- ○ Within
  [100 miles ⌄] of [60106] »
- ○ US Only
- ○ North America
- ○ Worldwide

#### Delivery Options    see all
- ☐ Free shipping

#### Show only    see all
- ☐ Free Returns
- ☐ Returns accepted
- ☐ Completed listings
- ☐ Sold listings
- ☐ Deals & Savings

**More refinements...**

---

#### Seller Information
qi9345 (1556 ⭐ ) 📋
Feedback rating: 1,556
Positive Feedback: 98.9%
Member since Jun-09-18 in
Hong Kong

Read feedback profile
Add to my favorite sellers

---

### Sponsored items for you



Mens KTM Baseball Cap
Racing Motorcyc...
**$7.56**
Buy It Now



Mens Embroidered KTM
Hat MOTO GP Moto...

---

| All Listings | Auction | Buy It Now |

9 results for KTM   ♡ Save this search

Sort: **Best Match** ⌄     View: ▤ ⌄

### Find your Motorcycle



Make & Model        Year From / To      Distance          **0**
[KTM ⌄]           [Year From]         [Any Distance of ⌄]   matching results
[Any Model ⌄]     [Year To]           [60106-1445]    [Find Results]

Clear selections

**Mens KTM Baseball Cap Racing Motorcycle Snapback Hats Letters Peak Cap Unisex**
Brand New
**$7.56** to **$8.69**
Buy It Now        From China
+$2.75 shipping   Brand: Snap-Back

Tell us what you think

https://www.ebay.com/sch/m.html?_ssn=qi9345&LH_PrefLoc=&_from=R40&_trksid=p2499338.m570.l1313&_nkw=KTM&_sacat=0

 **Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

### Ship to

1001 Foster Ave,
Bensenville, IL 60106-1445
United States

Change

### Review item and shipping

Seller: qj9345 | Message to seller



Mens KTM Baseball Cap Racing Motorcycle Snapback Hats
Letters Peak Cap Unisex
Type: KM-1

**$8.69**

Quantity  1 ▾

**Delivery**
Est. delivery: Nov 3 – Nov 23
Standard SpeedPAK from China/Hong Kong/Taiwan
$2.75

### Gift cards, coupons, eBay Bucks

Enter code:  [ Apply ]

### Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount  None ▾

| | |
|---|---|
| Subtotal (1 item) | $8.69 |
| Shipping | $2.75 |
| Tax* | $0.72 |

**Order total**  **$12.16**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi ███ | Daily Deals   Brand Outlet   Help & Contact                                    Sell   Watchlist ⌄   My eBay ⌄

ebay   Shop by category ⌄ | [Search for anything] | All Categories ⌄ | **Search** | Advanced

‹ Back to search results | Listed in category:   eBay Motors › Parts & Accessories › Motorcycle Parts › Body & Frame › Fairings & Body Work   ✉ f 🐦 P | Add to Watchlist

ⓘ Check if this part fits your vehicle   Contact the seller

🔖 **SAVE UP TO 5% WHEN YOU BUY MORE**







$ Have one to sell?   **Sell now**

### Motorcycle CNC Foldable brakes Clutch levers For KTM 1290 Super Duke R/GT 2017

| | |
|---|---|
| Condition: | New |
| Color: | - Select - ⌄ |
| Quantity: | 1    1 available / 1 sold |

**Price:** US $35.60

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping**

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou ,China |
| | Ships to: Americas, Europe, Asia, Australia   See exclusions |
| Delivery: | ⊙ Estimated between **Tue. Nov. 3 and Mon. Nov. 23** |
| | Please note the delivery estimate is **greater than 14 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 AMEX DISCOVER |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | Seller does not accept returns | See details |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
qingtache0 (275 ★)
96.7% Positive feedback

♡ **Save this Seller**
Contact seller
Visit store
See other items



Similar sponsored items 1/2                                          Feedback on our suggestions

CNC Aluminum Extendable Brake And Clutch Levers F...
$28.94
Free shipping
Seller 100% positive

CNC For KTM 1290 SUPER DUKE GT 2016-2020 Front...
$23.99
$29.99
Free shipping
Seller 99.6% positive

Clutch Cylinder Guard Protection Cap For KTM 99...
$12.85
Free shipping
Seller 99.5% positive

Clutch Cover & Pressure Plate For KTM 1290 Super...
$99.99
Free shipping
Seller 100% positive

TOP For KTM 790 duke 2018-2019 Motorcycle Folding...
$49.50
$55.00
Free shipping
New

Clutch Slave Cylinder Guard Fit KTM 1290 Super...
$11.82
$12.85
Free shipping
Seller 99.6% positive



Sponsored items from this seller 1/2                                 Feedback on our suggestions








| | | | | | |
|---|---|---|---|---|---|
| With CB650R LOGO Motorcycle CNC Brake... | CNC Full Black Brakes Clutch Levers For Suzuki... | Extendable Foldable Ajustable Brake Clutch... | Adjustable 3DRhombus Motorcycle Brake Clutch... | Motorcycle brake clutch levers For SUZUKI... | Accessories parts CNC brake clutch levers set For... |
| $26.80 | $39.80 | $36.80 | $31.80 | $34.60 | $31.60 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description**   Shipping and payments                                    Report item

Seller assumes all responsibility for this listing.

eBay item number: **283859285874**

Last updated on  Sep 25, 2020 20:54:02 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Modified Item: | No |
| LOGO: | Superduke-R | Country/Region of Manufacture: | China |
| Number of Pieces:: | 2 | Custom Bundle: | No |
| Surface Finish: | Polished with LOGO | Holes: | Pre-Drilled |
| Manufacturer Part Number: | Does Not Apply | Material: | CNC Aluminum 6061 Anodized |
| Placement on Vehicle: | Left, Right | Fit: | For KTM 1290 Super Duke R/GT 2014-2017 |
| Brand: | MOWOK | Number of Pieces: | 2 |
| Non-Domestic Product: | No | Type: | Covers & Ornamental Mouldings |
| Warranty: | 90 Day | | |

### MKmotor Store

qingtache0 (275 ★)  96.7%

Sign up for newsletter

Search within store

Visit Store:  MKmotor Store

Hi ▮▮▮▮▮, If you like what you see, browse my Store to find more items you may love.

Items On Sale | For YAMAHA | For KAWASAKI | For HONDA | For SUZUKI

### Categories

For YAMAHA

For KAWASAKI

For KYMCO

For HONDA

For SUZUKI

For KTM

For BMW

For DUCATI

For SYM

Other

Orange Motorcycle CNC Foldable extendable brake Clutch levers
Material: CNC Aluminum 6061 Anodized
Condition: 100% brand new
Color:As Picture
-Precision Machined Pivot Bore To Ensure A Perfect Fit
-Easy install,prefessional installation recommended
-Perfect fit, no modification is needed
Fitment:
For KTM 1290 Super Duke R/GT 2014-2017

Sponsored items based on your recent views  1/4                    Feedback on our suggestions








For KTM 1290 SuperDuke R
2013-20 Aluminum Frame...
**$16.98**
Free shipping
New

CNC Aluminum Frame
Sliders Crash Protector Kit...
**$85.99**
+ $10.00 shipping
New

Motorcycle License Plate
Mount Holder Bracket LED...
**$9.99**
Free shipping
New

Motorcycle CNC Foot Side
Stand Enlarge Extension Pa...
**$11.99**
Free shipping
New

10mm Swing Arm Spools
Sliders Fit KTM...
**$8.99**
+ $3.00 shipping
New

CNC Front Brake Clutch
Reservoir Cover For KTM...
**$16.71**
~~$18.99~~
+ $0.99 shipping
Seller 99.1% positive

## People were also interested in








2004-2007 KTM 125 200
250 300 400 450 525 EXC...
**$90.00**
+ $61.74 shipping

Clutch Cover & Pressure
Plate For KTM 1290 Super...
**$99.99**
Free shipping

Bolt Kit for KTM SX EX EXC
XC 50 65 85 105 150 125 25...
**$29.99**
Free shipping
Popular

Polisport New Plastic Kit Set
Orange KTM Complete
**$102.45**
Free shipping
Almost gone

PLASTICS BOLT KIT FITS
KTM SX XC MXC EXC...
**$16.49**
Free shipping
Popular

Specbolt Nickel Wurks Bolt
Kit Fits KTM SXF EXC-F XC...
**$79.95**
Free shipping
Popular

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                  Return to top

More to explore :   Motorcycle Brake Levers for KTM 1290,   Motorcycle Handlebars, Grips & Levers for 2017 KTM 1290,   Motorcycle Clutch Plates for KTM 1290,
Other Motorcycle Handlebars, Grips & Levers for 2017 KTM 1290,   Motorcycle Mirrors for 2017 KTM 1290,   Motorcycle Clutch Levers for KTM,
Vortex Motorcycle Handlebars, Grips and Levers for KTM 1290,   FXCNC Motorcycle Handlebars, Grips & Levers for KTM 1290,   Unbranded Motorcycle Handlebars, Grips & Levers for KTM 1290,
Motorcycle Parts for KTM 1290

About eBay        Announcements        Community        Security Center        Resolution Center        Seller Center        Policies        Affiliates        Help & Contact        Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice 

Norton
SECURED







     

Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work | Add to Watchlist

Check if this part fits your vehicle Contact the seller

**SAVE UP TO 5% WHEN YOU BUY MORE**

$ Have one to sell? Sell now

## Motorcycle CNC Foldable brakes Clutch levers For KTM 1290 Super Duke R/GT 2017

Condition: New

Color: - Select -

Quantity: 1 | 1 available / 1 sold

Price: **US $35.60**

Buy It Now

Add to cart

Add to Watchlist

Free shipping

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou , China
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: Estimated between **Tue. Nov. 3 and Mon. Nov. 23**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, MasterCard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

qingtache0 (275 ★)
96.7% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

CNC Aluminum Extendable Brake And Clutch Levers F...
$28.94
Free shipping
Seller 100% positive

CNC For KTM 1290 SUPER DUKE GT 2016-2020 Front...
$23.99
~~$29.99~~
Free shipping
Seller 99.6% positive

Clutch Cylinder Guard Protection Cap For KTM 99...
$12.85
Free shipping
Seller 99.5% positive

Clutch Cover & Pressure Plate For KTM 1290 Super...
$99.99
Free shipping
Seller 100% positive

TOP For KTM 790 duke 2018-2019 Motorcycle Folding...
$49.50
~~$55.00~~
Free shipping
New

Clutch Slave Cylinder Guard Fit KTM 1290 Super...
$11.82
~~$12.85~~
Free shipping
Seller 99.6% positive

## Sponsored items from this seller 1/2

Feedback on our suggestions

| With CB650R LOGO Motorcycle CNC Brake... | CNC Full Black Brakes Clutch Levers For Suzuki... | Extendable Foldable Ajustable Brake Clutch... | Adjustable 3DRhombus Motorcycle Brake Clutch... | Motorcycle brake clutch levers For SUZUKI... | Accessories parts CNC brake clutch levers set For... |
|---|---|---|---|---|---|
| $26.80 | $39.80 | $36.80 | $31.80 | $34.60 | $31.60 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description**   **Shipping and payments**   Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Guangzhou , China**

Shipping to: Americas, Europe, Asia, Australia

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Central America and Caribbean, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Czech Republic, Estonia, Finland, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Ukraine, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, United Arab Emirates, Yemen, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Laos, Macau, Philippines, Taiwan, Vietnam, Bermuda, Greenland, Saint Pierre and Miquelon, Argentina, Bolivia, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Suriname, Uruguay, Venezuela

Quantity: 1   Change country: United States   ZIP Code: 60106   Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Tue. Nov. 3 and Mon. Nov 23** |

* **Estimated delivery dates** include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| Return policy details |
|---|
| Seller does not offer returns. |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|
|  |



**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

**Sponsored items based on your recent views** 1/4    Feedback on our suggestions



# Feedback profile

Home → Community → Feedback forum → Feedback profile

**qingtache0** (275 ★)

**Positive Feedback (last 12 months): 96.7%**
Member since: Dec-08-17 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

eBay MONEY BACK GUARANTEE

**Member Quick Links**
Contact member
View items for sale
View seller's Store

## Feedback ratings

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ✚ | Positive | 25 | 151 | 238 |
| ● | Neutral | 1 | 3 | 3 |
| ➖ | Negative | 0 | 5 | 7 |

## Detailed seller ratings

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (205) | ★★★★★ (211) |
| Shipping speed | Communication |
| ★★★★★ (205) | ★★★★★ (202) |



| All received Feedback | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

7 Feedback received (viewing 1-7)                                   Revised Feedback: 0

Search Feedback received as seller with an item title or ID:

e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (7)          Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ The nut isn't like in the photo. It's not smooth with the steel plate. (Private listing) | Buyer: 4***0 (50★) | Past 6 months Reciprocal feedback |
| ➖ Never get it (Private listing) | Buyer: o *** o ( 57★) | Past 6 months Reciprocal feedback |
| ➖ The levers blue paint faded badly .. this is not quality (Private listing) | Buyer: o***i (299★) | Past 6 months Reciprocal feedback |
| ➖ Did not get the item. (Private listing) | Buyer: 9***2 (382★) | Past 6 months Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ dont buy from takes for ever to get item and it was scratched just junk (Private listing) | Buyer: r***r (75★) | Past 6 months Reciprocal feedback |
| ➖ dont fit in my motorcycle (Private listing) | Buyer: g***u (29★) | Past year Reciprocal feedback |
| ➖ Item was never shipped, do not recommend (Private listing) | Buyer: a***w (140★) | Past year Reciprocal feedback |

**Page 1 of 1**

←   [1]   →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

 Norton SECURED



10/13/2020

ebay   Shop by category ∨   🔍 Search for anything   All Categories ∨   **Search**   Advanced

qingtache0 (275★)
96.7% positive feedback

🏴 Items for sale   🏬 Visit store   ✉ Contact

💾 Save

Based in China, qingtache0 has been an eBay member since Dec 08, 2017

**Feedback ratings** ⓘ

| | | | |
|---|---|---|---|
| ★★★★★ 205 | Item as described | ⊕ 238 Positive | ⊖ 3 Neutral | ⊝ 7 Negative |
| ★★★★★ 202 | Communication | | |
| ★★★★★ 205 | Shipping time | | |
| ★★★★★ 211 | Shipping charges | | |

Feedback from the last 12 months

⊕ All the best, thank you.
Oct 05, 2020

See all feedback

● ○ ○ ○ ○

14 Followers | 0 Reviews | Member since: **Dec 08, 2017** | 📍 China

## Items for sale(1579)

See all items


Engine Guard Bu...
US $25.68        18h left


Engine Guard Bu...
US $25.68        18h left


Engine Guard Bu...
US $25.68        18h left


Engine Guard Bu...
US $25.68        18h left


Engine Guard Bu...
US $25.68        18h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





ebay  Shop by category ∨   | Search this Store | This Store ∨ | **Search** | Advanced

eBay › eBay Stores › MKmotor Store





## MKmotor Store

14 followers | qingtache0 (275 ★) 96.7%

A variety of Motorcycle parts and accessories are offered with top speed and best service.

♡ Save this seller

**Category**

All
For YAMAHA
For KAWASAKI
For KYMCO
For HONDA
For SUZUKI
For KTM
For BMW
For DUCATI
For SYM
Other

### Featured Items



Kickstand Enlarger Side Stand Extension PlateFor...
**$17.80**

Kickstand Foot enlarger stand extension Plate For...
**$18.60**

| 🔍 Search this Store | Search |

Best Match ∨   ☰

All Listings | Auction | Buy It Now

1-48 of 260 Results



MOWOK Top brands Scooter lever Brake Clutch Levers For SYM MAXSYM TL 500 TL500
**$36.80**
Free shipping
1 watching
From China

For SYM MAXSYM TL500 TL 500 Accessories Suspension Shock Absorber Bracket 2020
**$36.80**
Free shipping
From China

Brake Clutch Levers For Honda CBR1000RR / FIREBLADE CBR 1000RR 2004-2007
**$39.80**
Free shipping
From China

Accessories Front Fluid Reservoir Cover Fits For SYM MAXSYM TL 500 TL500 2020
**$28.60**
Free shipping
1 watching
From China
Brand: SYM

Anti Slip Tank Pad Sticker&Knee Grip Traction Side Pad Decal For Honda CB 650R
**$28.60**
Free shipping
7 watching
From China



Chain Adjustment Bracket Block Swingarm Spools slider For SYM MAXSYM TL500 2020

$28.32
Free shipping

From China



protection Exhaust Slider Crash pad slider Logo "Z400" For KAWASAKI Z400 Z 400

$24.80
Free shipping
2 watching

From China
Brand: Kawasaki



Front Drive Shaft Cover Guard For YAMAHA TMAX T-MAX 530 SX DX TMAX 560 Tech Max

$26.40
Free shipping

From China
Brand: Yamaha



NEW Exhaust Slider Crash Protector For KTM DUKE 390 RC 390 DUKE390 RC390 2017-18

$25.60
Free shipping
7 watching

From China
Brand: KTM



Windscreen Windshield Wind Deflector Bracket Protecto For Kawasaki z650 Z400

$46.80
Free shipping
2 watching

From China
Brand: Kawasaki



Oil Filler Cap Plug Fits For Honda CRF150R 250R 450R CRF450X CRF250L 250M 1000L

$12.80
Free shipping
7 watching

From China
Brand: Honda



MAXSYM TL500 Frame Hole Front Drive Shaft Cover Guard protector For SYM TL 500

$25.60
Free shipping

From China



CNC Frame Sliders Crash Pad Falling Protector Guard For Yamaha MT07 2015-2020

$39.80
Free shipping
8 watching

From China
Brand: Yamaha



Motorcycle brake clutch levers For SUZUKI GSXR/GSX-R 125 150 GSXS/GSX-S 125 150

$34.60
Free shipping
2 watching

From China



Frame Slider Anti Crash Caps Exhaust Sliders For YAMAHA FZ6 FAZER FZ6R FZ8 FZ1

$26.50
Free shipping
3 watching

From China
Brand: Yamaha



Protection Bumper Decorative Block For BMW R 1250 GS R1250GS ADV GSA Adventure

$25.60
Free shipping

From China
Brand: BMW



Frame Sliders Crash Pad Falling Protector Guard For Yamaha MT03 MT 03 2015-2020

$39.80
Free shipping
4 watching

From China
Brand: Yamaha



Engine Guard Bumper Protection For KTM Adventure 790 990 1050 1090 1190 1290 ADV

$25.68
Free shipping
4 watching

From China
Brand: KTM



For KAWASAKI Z400 2019 Motorcycle Accessories Swingarm Spools Slider Stand Screw

$14.80
Free shipping

From China
Brand: Kawasaki



Belt Guard Cover Protector For Yamaha TMAX560 TMAX 560 T-MAX 2020 Guard Chain

$38.80

Free shipping

3 watching

From China

Brand: Yamaha



Engine Guard Bumper Protection For Triumph Tiger Explorer 1200 1050i 955i 800/XC

$25.68

Free shipping

From China



Handguard Shield Hand Guard Protector Windshield For KTM Duke 790 Duke 125 390

$34.60

Free shipping

7 watching

From China

Brand: KTM



Motorcycles Engine Cover Protection Case For Yamaha MT09 MT-09 FZ09 FZ 09 13-19

$76.80

Free shipping

From China



2020 Latest High Quality CNC Oil Filler Cap Plug cover For Kawasaki Z900RS Z900

$15.36

Free shipping

1 watching

From China



Engine Oil Drain Plug Sump Nut Cup Oil Fill Cap Cover For SYM MAXSYM TL 500 2020

$13.20

Free shipping

From China

Brand: SYM



For KTM 390 Adventure 390 ADV 2019-2020 NEW Front Brake Fluid Reservoir Cover

$17.80

Free shipping

7 watching

From China

Brand: KTM



Rear Brake Fluid Reservoir Guard Cover Protector For YAMAHA MT09 MT07 XSR700 900

$12.80

Free shipping

5 watching

From China

Brand: Yamaha





2020 NEW Front Brake Fluid Reservoir Cover Black Orange For KTM DUKE 125 200 390

$17.80

Free shipping

15 sold

From China

Brand: KTM



New For Honda CB650R CBR650R radiator grille guard protection Water tank guard

$38.60

Free shipping

From China

Brand: Honda



Transmission Belt Pulley Protective Cover Guard For Yamaha Tmax T-MAX560 Tmax560

$36.68

Free shipping

From China

Brand: Yamaha



Frame Slider Anti Crash Caps Exhaust Sliders For Honda FORZA 300 FORZA 250 MF08

$25.60

Free shipping

3 watching

From China

Brand: Honda



For KTM 1290 SuperDuke R 2013-20 Aluminum Frame Hole Cap Plug Frame Insert Cover

$16.98

Free shipping

12 watching

From China

Brand: KTM



Accessories parts CNC brake clutch levers set For YAMAHA TRACER 900GT 2018-2019

$31.60

From China



Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from qingtache0 (275 ) | Save this seller | Show results from all sellers

Include description

## Categories

**eBay Motors**
- Motorcycle Fairings & Bodywork
- Other Motorcycle Handlebars, Grips & Levers
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (69)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all
- **Default**
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

qingtache0 (275 )
Feedback rating: 275
Positive Feedback: 96.7%
Member since Dec-08-17 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Motorcycle CNC Foldable brakes Clutch...
$35.60
Buy It Now
Free shipping

All Listings | Auction | Buy It Now — Sort: Best Match — View:

69 results for KTM — Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of / 60106-1445

Clear selections

**0** matching results

Find Results

For KTM 1290 SuperDuke R 2013-20 Aluminum Frame Hole Cap Plug Frame Insert Cover
Brand New
**$16.98**
Buy It Now
**Free Shipping**
**17+ Sold**
From China
Brand: KTM

Engine Magnetic Oil Drain Plug For KTM DUKE 125 200 250 DUKE 250 390 RC 125 200
Brand New
**$11.80**
Buy It Now
**Free Shipping**
**4+ Watching**
From China

Engine Guard Bumper Protection For KTM Adventure 790 990 1050 1090 1190 1290 ADV
Brand New
**$25.68**
Buy It Now
**Free Shipping**
**4+ Watching**
From China
Brand: KTM

NEW Exhaust Slider Crash Protector For KTM DUKE 390 RC 390 DUKE390 RC390 2017-18
Brand New
**$25.60**
Buy It Now
**Free Shipping**
**6+ Watching**
From China
Brand: KTM

2020 NEW Front Brake Fluid Reservoir Cover Black Orange For KTM DUKE 125 200 390
Brand New
**$17.80**
Buy It Now
**Free Shipping**
**15+ Sold**
From China
Brand: KTM

CNC Left & Right Frame Sliders Protector For KTM duke 250 125 200 390 2013-2016
Brand New

10/13/2020


$16.98
Free shipping


CNC Aluminum Frame
Sliders Crash Prot...
$85.99
Buy It Now


Motorcycle License Plate
Mount Holder...
$9.99
Buy It Now
Free shipping


Motorcycle CNC Foot
Side Stand Enlarg...
$11.99
Buy It Now
Free shipping


10mm Swing Arm Spools
Sliders Fit KTM...
$8.99
Buy It Now


CNC Front Brake Clutch
Reservoir Cove...
$16.71
Buy It Now


CNC Aluminum
Extendable Brake And
$28.94
Buy It Now
Free shipping


$63.50
Buy It Now
Free Shipping

From China
Brand: KTM


Motorcycle CNC Foldable brakes Clutch levers For KTM 1290 Super Duke R/GT 2017
Brand New
$35.60
Buy It Now
Free Shipping

From China
Brand: KTM


For KTM 1290 Super Duke RC8R Left Right Engine Case Slider Guard Protector Cover
Brand New
$67.60
Buy It Now
Free Shipping
6+ Watching

From China


Front Brake Fluid Reservoir Cover Cap For KTM DUKE 125 200 390 All Year RC 390
Brand New
$16.80
Buy It Now
Free Shipping

From China
Brand: KTM


For KTM 390 Adventure 390 ADV 2019-2020 NEW Front Brake Fluid Reservoir Cover
Brand New
$17.80
Buy It Now
Free Shipping
7+ Watching

From China
Brand: KTM


For KTM Adventure 990 1050 1090 1190 1290 rc 390 Aluminum Wheel Tire Valve caps
Brand New
$8.80
Buy It Now
Free Shipping
2+ Watching

From China


NEW LISTING Engine Guard Bumper Protection Decorative block FOR KTM 790 Adventure/R/S 19-21
Brand New
$25.60
Buy It Now
Free Shipping

From China

For KTM Duke 390 Motorcycle Engine Chain Guard Case Front Sprocket Cover Protect
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ Other: Card payment by phone/in-person ⌄

---

**Ship to**
█████████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
█████████
Change

---

**Review item and shipping**

Seller: qingtache0    Message to seller



Motorcycle CNC Foldable brakes Clutch levers For KTM 1290 Super Duke R/GT 2017
Color: Orange Black
**$35.60**
Quantity 1

**Delivery**
Est. delivery: Nov 3 – Nov 23
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

---

## Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

---

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount    [ None ⌄ ]

---

| | |
|---|---|
| Subtotal (1 item) | $35.60 |
| Shipping | Free |
| Tax* | $2.23 |

**Order total**    **$37.83**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Hi ▮▮▮ | Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ¹

ebay    Shop by category ⌄    Search for anything    [All Categories ⌄]    **Search**    Advanced

Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f t p | Add to Watchlist

ⓘ Check if this part fits your vehicle    **Contact the seller**

🔻 **SAVE UP TO 5% WHEN YOU BUY MORE**





‹ Have one to sell? | **Sell now**

### Engine Magnetic Oil Drain Plug For KTM DUKE 125 200 250 DUKE 250 390 RC 125 200

| | |
|---|---|
| Condition: | New |
| Color: | Orange ⌄ |
| Quantity: | 1    4 available / 5 sold |

Price: **US $11.80**

| **Buy It Now** |
| **Add to cart** |
| ♡ **Add to Watchlist** |



Limited quantity remaining | More than 55% sold | Free shipping

| | |
|---|---|
| Shipping: | **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan \| See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou ,China |
| | Ships to: Americas, Europe, Asia, Australia    See exclusions |
| Delivery: | ⏱ Estimated between **Tue. Nov. 3 and Mon. Nov. 23** ⓘ |
| | Please note the delivery estimate is **greater than 14 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 💳 💳 |
| | **PayPal CREDIT** |
| | Special financing available. \| See terms and apply now |
| | 💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | Seller does not accept returns \| See details |

#### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
qingtache0 (275 ⭐)
96.7% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

## Similar sponsored items 1/2

Feedback on our suggestions



Front Fender Screw Bolts For KTM DUKE 125 200 250...
$9.89
~~$10.99~~
+ $0.99 shipping
New



Engine Oil Drain Plug Motorcycle oil filler cap for...
$11.69
~~$12.99~~
Free shipping
New



Kickstand Side Stand Enlarge Extension For KTM...
$17.99
~~$19.99~~
Free shipping
New



10MM Swingarm Spools Stand Screws For KTM DU...
$13.49
~~$14.99~~
Free shipping
New



Motorcycle Front Fork Suspension Top Cover Ca...
$20.89
~~$21.99~~
+ $2.00 shipping
New



Rear Tail Tidy / Fender Eliminator Kit For KTM RC...
$21.74
~~$24.99~~
Free shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions



Hi ▮▮▮▮  Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist ⌄  My eBay ⌄  🔔  🛒 1

eBay  Shop by category ⌄  [Search for anything]  All Categories ⌄  [Search]  Advanced

◁ Back to search results | Listed in category:  eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work

✉ f 𝕏 📌 | Add to Watchlist

ℹ Check if this part fits your vehicle   Contact the seller

🔖 SAVE UP TO 5% WHEN YOU BUY MORE







### 2020 NEW Front Brake Fluid Reservoir Cover Black Orange For KTM DUKE 125 200 390

Condition: New

Color: - Select - ⌄

Quantity: 1   4 available / 18 sold

Price: US $17.80

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

100% buyer satisfaction | Limited quantity remaining | More than 68% sold

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou , China
Ships to: Americas, Europe, Asia, Australia   See exclusions

Delivery: ⏱ Estimated between Tue. Nov. 3 and Mon. Nov. 23
Please note the delivery estimate is greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 💳 💳 💳
PayPal CREDIT
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details



Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
qingtache0 (275 ★)
96.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?  [ Sell now ]

---

Similar sponsored items 1/2                                Feedback on our suggestions








| Kickstand Side Stand Enlarge Extension For KTM... | 2019 Hand Guards Handlebar Handguard For... | KODASKIN Motorcycle Brake Fluid Reservoir Cap... | Motorcycle Front Fork Suspension Top Cover Ca... | Front Brake Caliper Protector Cover For KTM R... | CNC Brake Cylinder Cover Oil Filler Cap Plugs for KT... |
| $17.99 | $22.49 | $15.22 | $20.89 | $21.59 | $35.99 |
| $19.99 | $24.99 | $17.90 | $21.99 | $23.99 | $39.99 |
| Free shipping | + $2.99 shipping | Free shipping | + $2.00 shipping | + $0.99 shipping | Free shipping |
| New | New | New | New | New | Seller 99.4% positive |

---

Sponsored items from this seller 1/2                          Feedback on our suggestions



Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄

Search for anything   All Categories ⌄   Search   Advanced

Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Apparel & Merchandise > Motorcycle Street Gear > Gloves

Add to Watchlist



### Motorcycle Motorbike Motocross Bicycle Motor Sports Racing Gloves Touchscreen

Condition: New with tags

Color: - Select -

Size: - Select -

Quantity: 1   2 available

Price: **US $12.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping**   30-day returns   Longtime member

Shipping: **FREE** Economy Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Worldwide   See exclusions

Delivery: ★ Estimated between **Thu. Nov. 5 and Mon. Jan. 4**
This item has an extended handling time and a delivery estimate **greater than 15 business days**.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard AmEx Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

#### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

#### Seller information
quick_hub (44 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell?   Sell now

### Related sponsored items   Feedback on our suggestions







Motorbike Gloves Men Full Fingers Motorcycle Moto...
$15.00
+ $2.00 shipping

TouchScreen Leather Motorcycle FullFinger...
$31.04
Free shipping

Motorbike Racing Gloves Motocross Glove MotoGP...
$64.00
Free shipping

Description | Shipping and payments

Report item

Seller assumes all responsibility for this listing.   eBay item number: **143785769018**

#### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New with tags | Gender: | Unisex Adult |
| Manufacturer Part Number: | Does Not Apply | Season: | All |
| Brand: | PRO_BIKE | Material: | Polyester & Nylon |
| Uses1: | Off-Road, Street Bike Riding, MX | Displayed Make: | American Classic Motors,KTM,Husqvarna,Yamaha,Honda |
| Uses2: | Motorcycle Riding, ATV Dirt Bike | Features: | Breathable, Heated, High Visibility, Impact Protectors, Waterproof, Stronger Knuckle, Wearable, Procetive gear |



Gloves Size

PARAMETER



**Brand:** PRO-BIKER
**Season:** Spring/Summer/Autumn/Winter
**Size:** M、L、XL、XXL
**Color:** Black、Red、Blue、Gray

### Glove Index

**Touch screen**

| Failed | Accepted | Good | Very good |

**Breathable**

| Failed | Accepted | Good | Very good |

**Wear-resistant**

| Failed | Accepted | Good | Very good |

**Protection**

| Failed | Accepted | Good | Very good |



| TALLA | M | L | XL | XXL |
|---|---|---|---|---|
| Larghezza della palma | 7-8cm | 8.5-9.0cm | 9.5-10cm | >10cm |
| Circonferenza del palmo | 14-16cm | 17-18cm | 19-20cm | >20cm |

**Note:** There also may exist color difference due to photographing conditions.

# Gloves Size



### PARAMETER

**Brand:** PRO-BIKER
**Season:** Spring/Summer/Autumn/Winter
**Size:** M、L、XL、XXL
**Color:** Black、Red、Blue、Gray

### Glove Index

**Touch screen**

| Failed | Accepted | Good | Very good |

**Breathable**

| Failed | Accepted | Good | Very good |

**Wear-resistant**

| Failed | Accepted | Good | Very good |

**Protection**

| Failed | Accepted | Good | Very good |



| TALLA | M | L | XL | XXL |
|---|---|---|---|---|
| Larghezza della palma | 7-8cm | 8.5-9.0cm | 9.5-10cm | >10cm |
| Circonferenza del palmo | 14-16cm | 17-18cm | 19-20cm | >20cm |

**Note:** There also may exist color difference due to photographing conditions.

· Features:

- Shock-absorbing foam and hand-dimensional drop resistance design to reduce the effects of a fall.
- Silicone gripper on the finger tips, attached hand is not easy sliding.
- Special ergonomic design, Provide maximum protection for your.Fit perfectly with hands,comfortable to wear.
- Wrists Velcro adjustment design makes gloves easy to put on and off.
- Enhanced touch screen features come with two fingers. so that you can touch-sensitive screen and the phone easy to use.

- <u>Suitable</u> : <u>motorcycle racing off-road cycling. skiing. skating. fishing. climbing and other outdoor sports.</u>

- ## Description:

- Material:3D-dimensional breathable mesh fabric
- Color: Black、Blue、Red
- Product Size : M、L、XL、XXL

- ## Glove Sizing Chart:
- palm width inside 2.76-3.14 INCH (7.0-8CM), it is recommended to use M code.
- Palm width inside 3.14-3.74 INCH (8-9.5CM), it is recommended to use L code.
- Palm width inside 3.74-3.93 INCH (9.5-10.0CM), it is recommended to use XL code.
- palm width >3.93 INCH (10CM), it is recommended to use XXL code.
- <u>Please use a ruler to measure your palm.</u>

- ## Package Includes:

- 1 pair of full finger Motorcycle Glove







# COOL & VENTILATED

It's a good feeling, for the great ventilate





Hard shell protection

Multiple joint protection

Breathable material

Powerful velcro design

Palm side protection pad





PROTECTION
OF HARD SHELL



## General Reminding

1, Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer`s responsibility.
2, Please check with your country's Customs office to determine what these additional costs will be prior to bidding/buying.
3, According to our experience, Custom check the parcels by random, about 0.5-1% parcels will be checked and may charge some tariff

## About Shipping

1, All items will be shipped out within 1-5 business days upon receipt of payment.
2, The tracking number will be updated in the background when the parcel is issued.
3, Package: All items are professionally packed with great care to ensure safe delivery.

## Return & Exchanges

1, We guarantee that the goods have subject to rigorous quality checks to ensure that the goods you receive with good quality. If there is poor quality, or parts incomplete so long as you are able to prese explanatory materials, we will provide you with return or refund service after contact us.
2,If we send the wrong style or the wrong color, we could refund you money or reship.

## Feedback and Follow us

1, We deeply hope that you are pleased with your purchase from us.When the transaction is completed, and you are satisfied with it, please kindly leave positive feedback, and we will do the same for you
2, We work very hard for your 100% positive feedback. If you are not satisfied, please feel free to let us know, we will try our best to resolve the problem for you.

**We wish you enjoy your shopping!**

Sponsored items based on your recent views 1/3                                                    Feedback on our suggestions

     

KTM Bike Riding Half Finger Gloves (Set of 2)
$20.99
+ $10.00 shipping
Last one

KTM Riding All weather Gloves (Orange Black,...
$20.99
+ $10.00 shipping
New

K T M Moto Biker Hand Gloves for Riding...
$30.03
$31.61
Free shipping
Seller 100% positive

MC MX Rear Brake Disc Rotor For KTM EXC 525 EX...
$49.80
+ $50.00 shipping
New

Motorcycle Motorbike Motocross Motor Fiber Bik...
$9.49
$9.99
Free shipping
Seller 99.5% positive

KTM Riding Gloves (Orange Black, Large)
$37.99
$39.99
+ $9.99 shipping
Seller 100% positive

## Explore more sponsored options: Material

### Leather

    

INTIMEX Leather Motorbike Motorcycle Gloves Biker...
$18.12
+ $35.37 shipping
Popular

Mens Thermal Motorbike Motorcycle Biker Leather...
$21.96
$23.36
+ $9.08 shipping
Popular

New Motorcycle KTM REDBULL motogp leather...
$99.00
Free shipping

Men Motorcycle Gloves Geniune Leather Warm...
$12.99
+ $25.50 shipping
Popular

KTM Motorcycle / Motorbike Motogp Race...
$166.00
Free shipping

Back to search results                                                                                                    Return to top

More to explore :    JT Racing Motocross and Off Road Gloves,    Moose Racing Motocross and Off Road Gloves,    Fly Racing Motocross and Off Road Gloves,
Fox Racing Women Motocross and Off Road Gloves,    Fly Racing Motocross and Off Road Gloves for Men,    JT Racing Men Motocross and Off Road Gloves,    Fly Racing Motocross Motorcycle Eyewear,
Motocross & Off-Road Gloves,    Fly Racing Motocross Blue Motorcycle Helmets,    Fly Racing Motocross Green Motorcycle Helmets

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                                                                            Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

e**b**a**y**    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    **Search**    Advanced

< Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Apparel & Merchandise  >  Motorcycle Street Gear  >  Gloves                    ✉ f 𝕏 ● 🅟   | Add to Watchlist





< >



< ■ ■ ■ ■ ■ ■ >

$ Have one to sell?   **Sell now**

### Motorcycle Motorbike Motocross Bicycle Motor Sports Racing Gloves Touchscreen

| Condition: | New with tags |
| --- | --- |
| Color: | - Select - ⌄ |
| Size: | - Select - ⌄ |
| Quantity: | [ 1 ]    2 available |

Price: **US $12.99**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Free shipping**   30-day returns   Longtime member

Shipping: **FREE** Economy Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: China, China
Ships to: Worldwide   See exclusions

Delivery: ⚡ Estimated between **Thu. Nov. 5 and Mon. Jan. 4** ⓘ
This item has an extended handling time and a delivery estimate **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: 🅿 PayPal VISA 💳 💳 💳

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
**quick_hub** (44 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

## Related sponsored items    Feedback on our suggestions


Motorbike Gloves Men Full Fingers Motorcycle Moto...
**$15.00**
+ $2.00 shipping


TouchScreen Leather Motorcycle FullFinger...
**$31.04**
Free shipping


Motorbike Racing Gloves Motocross Glove MotoGP...
**$64.00**
Free shipping

---

Description | **Shipping and payments**                    Report item

Seller assumes all responsibility for this listing.



### Shipping and handling

Item location: China, China

Shipping to: Worldwide

Excludes: US Protectorates, APO/FPO, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Turkey, United Arab Emirates, Yemen, Antigua and Barbuda, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Hong Kong, Laos, Macau, Philippines, Taiwan, Bermuda, Greenland, Saint Pierre and Miquelon, Argentina, Bolivia, Brazil, Chile, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Algeria, Angola, Benin, Botswana, Burkina Faso, Burundi, Cameroon, Cape Verde Islands, Central African Republic, Chad, Comoros, Congo, Democratic Republic of the, Congo, Republic of the, Côte d'Ivoire (Ivory Coast), Djibouti, Egypt, Equatorial Guinea, Eritrea, Ethiopia, Gabon Republic, Gambia, Ghana, Guinea, Guinea-Bissau, Lesotho, Liberia, Libya, Madagascar, Malawi, Mali, Mauritania, Mauritius, Mayotte, Morocco, Mozambique, Namibia, Nigeria, Reunion, Rwanda, Saint Helena, Senegal, Seychelles, Sierra Leone, Somalia, South Africa, Togo, Tunisia, Uganda, Western Sahara, Zambia, Zimbabwe, Andorra, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Czech Republic, Gibraltar, Guernsey, Jersey, Liechtenstein, Macedonia, Moldova, Monaco, Montenegro, San Marino, Vatican City State, Afghanistan, Azerbaijan Republic, Bangladesh, China, Georgia, India, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, PO Box

| Quantity: | [ 1 ]    Change country: | United States ⌄ |    ZIP Code: | [ 60106 ]    **Get Rates** |
| --- | --- | --- | --- | --- | --- |

| Shipping and handling | To | Service | Delivery* |
| --- | --- | --- | --- |
| Free shipping | United States | Economy Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between Thu. Nov. 5 and Mon. Jan. 4 |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time | |
|---|---|
| Will ship within 4 business days of receiving cleared payment. The seller has specified an extended handling time for this item. | |
| **Taxes** | |
| Taxes may be applicable at checkout. Learn more | |

**Return policy**

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

**Payment details**

Payment methods

   



### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views   1/3      Feedback on our suggestions

     

| KTM Bike Riding Half Finger Gloves (Set of 2) | KTM Riding All weather Gloves (Orange Black,... | K T M Moto Biker Hand Gloves for Riding... | MC MX Rear Brake Disc Rotor For KTM EXC 525 EX... | Motorcycle Motorbike Motocross Motor Fiber Bik... | KTM Riding Gloves (Orange Black, Large) |
|---|---|---|---|---|---|
| $20.99 | $20.99 | $30.03 | $49.80 | $9.49 | $37.99 |
| + $10.00 shipping | + $10.00 shipping | $31.61 | + $50.00 shipping | $9.99 | $39.99 |
| Last one | New | Free shipping | New | Free shipping | + $9.99 shipping |
| | | Seller 100% positive | | Seller 99.5% positive | Seller 100% positive |

---

Explore more sponsored options: Material

**Leather**

    

| INTIMEX Leather Motorbike Motorcycle Gloves Biker... | Mens Thermal Motorbike Motorcycle Biker Leather... | New Motorcycle KTM REDBULL motogp leather... | Men Motorcycle Gloves Geniune Leather Warm... | KTM Motorcycle / Motorbike Motogp Race... |
|---|---|---|---|---|
| $18.12 | $21.96 | $99.00 | $12.99 | $166.00 |
| + $35.37 shipping | $23.36 | Free shipping | + $25.50 shipping | Free shipping |
| Popular | + $9.08 shipping | | Popular | |
| | Popular | | | |

---

Back to search results          Return to top

**More to explore :**   JT Racing Motocross and Off Road Gloves,   Moose Racing Motocross and Off Road Gloves,   Fly Racing Motocross and Off Road Gloves,   Fox Racing Women Motocross and Off Road Gloves,   Fly Racing Motocross and Off Road Gloves for Men,   JT Racing Men Motocross and Off Road Gloves,   Fly Racing Motocross Motorcycle Eyewear,   Motocross & Off-Road Gloves,   Fly Racing Motocross Blue Motorcycle Helmets,   Fly Racing Motocross Green Motorcycle Helmets







Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

**quick_hub** (44★)
100% positive feedback

Save

Items for sale Visit store Contact

Based in Sri Lanka, quick_hub has been an eBay member since Mar 28, 2017

**Feedback ratings**

See all feedback

| | | |
|---|---|---|
| ★★★★★ | 18 | Item as described |
| ★★★★★ | 18 | Communication |
| ★★★★★ | 18 | Shipping time |
| ★★★★★ | 21 | Shipping charges |

| 21 | 2 | 0 |
|---|---|---|
| Positive | Neutral | Negative |

Feedback from the last 12 months

Very nice thanks.
Oct 12, 2020

**6** Followers | **0** Reviews | Member since: **Mar 28, 2017** | Sri Lanka

## Items for sale(18)

See all items

Mini Leaf Knife...
US $1.76 2d left

Mini Leaf Knife...
US $8.50 3d left

New Billie Eili...
US $8.85 6d left

New Billie Eili...
US $8.85 6d left

Credit American...
US $9.49 8d left

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

Shop by category ⌄    🔍 Search this Store    | This Store ⌄ |    **Search**    Advanced

eBay › eBay Stores › Quick Sky

## Quick Sky



**Quick Sky**

6 followers | quick_hub (44 ⭐) 100.0%

Welcome Our Store !! Selling Everything and Help For you! If You Need Somethings, Send Me Contact Message. We do our best for you to have a great shopping. Than

🔖 Save this seller

**Category**

**All**

Home & Garden
   Kitchen, Dining & Bar
   Yard, Garden & Outdoor Living
Cell Phones & Accessories
   Cell Phone Accessories
Collectibles
   Knives, Swords & Blades
Health & Beauty
   Skin Care
   Hair Care & Styling
Clothing, Shoes & Accessories
   Men
Computers/Tablets & Networking
   Drives, Storage & Blank Media

**Condition**    see all
☐ New

**Price**
$ [____] - $ [____] ›

**Buying Format**    see all
◉ All Listings
○ Best Offer
○ Auction
○ Buy It Now
○ Classified Ads

**Item Location**    see all

**Delivery Options**    see all
☐ Free Shipping
☐ Free In-store Pickup

**Show only**    see all
☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Verified

**More refinements...**

### Featured Items



New Billie Eilish Beanie Hat Letter Embroidery Casual...
**$8.85**

NEW Boys Girls DISNEY FROZEN ELSA UNICON KID...
**$24.95**

BUDI Multi-funct Universal Data Line Adaptor Card...
**$19.99**

10/15/2020



All Listings | Auction | Buy It Now

Best Match ▾

1-9 of 9 Results

Mini Leaf Knife Pocket Stainless Steel Folding Portable Knives Outdoor Survival
$1.76
Free shipping
3 bids
2d 14h
From China

Mini Leaf Knife Pocket Stainless Steel Folding Portable Knives Outdoor Survival
$8.50
Free shipping
or Best Offer
From China

BUDI Multi-funct Universal Data Line Adaptor Card Storage Box Wireless Charging
$19.99 to $28.00
Free shipping
From China

NEW The Ordinary Orginal Peeling Solution 30ml AHA 30%+BHA 2% peel Serum GENUINE
$14.99
Free shipping
or Best Offer
From China
Brand: The Ordinary

Flowerpot Groot Flower Pot Planter Figurines Tree Man Model Toy Hot Pot Gift
$15.99
Free shipping
or Best Offer
From China

New Hot sale Fast Hair Growth Essence Oil Hair Loss Treatment Help for hair Care
$8.80
Free shipping
or Best Offer
From China

NEW Knife Sharpener 4 Stages Tungsten Diamond Ceramic Kitchen Sharpening knives
$17.99
Free shipping
From China
Brand: Knife

New Billie Eilish Beanie Hat Letter Embroidery Casual Cotton Winter 4COLOR Unise
$8.85
$2.40 shipping
From China

Credit American express cards style USB flash drive memory stick Pen drive 16Gb
$9.49
Free shipping
From China

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **quick_hub** (44 ) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors

Motorcycle Gloves

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (28)

**Price**

$ to $

**Item Location** see all

- Default
- Within
  100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

quick_hub (44 )

Feedback rating: 44
Positive Feedback: 100%
Member since Mar-28-17 in United States

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now Sort: Best Match View:

**28** results for **KTM** Save this search

## Find your Motorcycle

Clear selections

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of / 60106

**0** matching results

Find Results

Motorcycle Motorbike Motocross Bicycle Motor Sports Racing Gloves Touchscreen

Brand New

**$12.99** From China

Buy It Now

**Free Shipping**

Tell us what you think

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

*Learn about pricing

This page was last updated: Oct-14 19:47. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 🟦 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

█████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
█████

Change

## Review item and shipping

Seller: quick_hub | Message to seller



Motorcycle Motorbike Motocross Bicycle Motor Sports
Racing Gloves Touchscreen
Size: L, Color: Upgrade Red

**$12.99**

Quantity   | 1 ▾ |

**Delivery**
Est. delivery: Nov 5 – Jan 4
Economy Shipping from China/Hong Kong/Taiwan to
worldwide
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____ | Apply |

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount   | None ▾ |

---

| Subtotal (1 item) | $12.99 |
| Shipping | Free |
| Tax* | $0.81 |

**Order total**    **$13.80**

*We're required by law to collect sales tax and applicable fees
for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✓ **Norton** SECURED












Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies | Add to Watchlist

Check if this part fits your vehicle Select Vehicle

# Enduro Light Headlight Lamp Dirtbike For KTM EXC XCF XCW SXF 250 300 350 450

Condition: **New other (see details)**
"*("Pls tell me the colour details after payment, thanks!)*"

Compatibility: See compatible vehicles

Quantity: 1 2 available / 1 sold

Price: **US $29.99** Buy It Now | Add to cart

Best Offer: Make Offer | Add to Watchlist

1-year protection plan from SquareTrade - $7.99

Free shipping | 30-day returns | Longtime member

Shipping: **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: GuangZhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. Nov. 2 and Fri. Nov. 20
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

$ Have one to sell? Sell now

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
race-club (7880 ★)
98.9% Positive feedback
Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Headlight Head Lamp Light Streetfighter For KTM EXC...
$22.99
Free shipping
Almost gone

Front Headlight Head Lamps Light For KTM EXC...
$25.69
~~$33.99~~
Free shipping
New

White Headlight Head Lamp Light StreetFighter For KT...
$28.80
Free shipping
Almost gone

New Orange Headlight Head Light Lamp...
$27.77
Free shipping
Almost gone

Motorcycle Headlight Front Light For Enduro Motocros...
$20.67
~~$21.99~~
Free shipping
Seller 99.8% positive

Motocross Bike E8 LED Headlight For KTM EXC...
$76.97
Free shipping
New

Feedback

## Sponsored items from this seller 1/2

Feedback on our sugg

| US Complete Black Fairing Bolts Kit Body screws For... | Pre-Cut Fairing Adhesive Heat Shield Insulation For... | Pre-Cut Fairing Adhesive Heat Shield Insulation For... | Motorcycle Reflective Wheel Decal Outer Rim... | Motorcycle Reflective Wheel Decal Outer Rim... | US Pre-Cut Fairing Adhesive Heat Shield Insulation For... |
|---|---|---|---|---|---|
| $21.98 | $26.99 | $26.99 | $15.99 | $15.99 | $26.99 |
| ~~$23.14~~ | ~~$29.99~~ | ~~$29.99~~ | | | ~~$29.99~~ |
| Free shipping | + $3.00 shipping | + $3.00 shipping | Free shipping | Free shipping | + $3.00 shipping |
| | Last one | | | | Last one |

---

**Description**   **Shipping and payments**                                        Report item

Seller assumes all responsibility for this listing.

Last updated on Sep 23, 2020 08:00:03 PDT  View all revisions

eBay item number: 224109724045

### Compatibility
Please choose your vehicle's details for specific results.

Year            Make           Model          Submodel
-Select-        -Select-       -Select-       -Select-        Go

[show all compatible vehicles]

✓ This part is compatible with 524 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 1978 | Honda | CB400 | Hondamatic |
| | 1977 | Honda | CB400F | Great sport |
| | 1976 | Honda | CB400F | Great sport |
| | 1975 | Honda | CB400F | Great sport |
| | 2013 | Honda | CRF100F | -- |
| | 2012 | Honda | CRF100F | -- |
| | 2011 | Honda | CRF100F | -- |
| | 2009 | Honda | CRF100F | -- |
| | 2008 | Honda | CRF100F | -- |
| | 2007 | Honda | CRF100F | -- |
| | 2006 | Honda | CRF100F | -- |
| | 2005 | Honda | CRF100F | -- |
| | 2004 | Honda | CRF100F | -- |
| | 2014 | Honda | CRF125F | -- |
| | 2014 | Honda | CRF125FB | Big Wheel |
| | 2011 | Honda | CRF125X | -- |
| | 2014 | Honda | CRF150F | -- |
| | 2013 | Honda | CRF150F | -- |
| | 2012 | Honda | CRF150F | -- |
| | 2009 | Honda | CRF150F | -- |

Page 1 of 27                                    ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by race-club

### Item specifics

| Condition: | **New other (see details)** | | |
|---|---|---|---|
| Seller Notes: | **"("Pls tell me the colour details after payment, thanks!)"** | | |
| Brand: | Unbranded | Bulb Type: | S2, 12V, 35W |
| Manufacturer Part Number: | Does Not Apply | Fit: | Universal Fit |
| Placement on Vehicle: | Front | Material: | ABS Plastic |
| Country/Region of Manufacture: | CHINA | Holes: | Pre-Drilled |
| Type: | Headlight | UPC: | Does not apply |

### MayBeGreat
race-club (7880 ★)  98.9%

Sign up for newsletter

Search within store

Hi ▇▇▇▇, If you like what you see, browse my Store to find more items you may love.

Visit Store:  MayBeGreat

Items On Sale    Other

Feedback

### Categories

### Features：
Transparent glass lens cover and back cover to protect lights
The position of the mounting points allow ample room for the brake cable .
Universal fitting with anti-vibration rubber strips, Will mount on your motorcycle's forks with 4 rubber straps .
Dual light with Hi/lo option, Built in turn signals .
Not DOT approved

Moto Head/Tail/Turning ›

Not DOT approved
Universal fit, easy to install .

## Specifications:
Material: Polypropylene
Approx. dimensions: H: 12.5" W: 12"
The light bulb type: S2, 12V, 35W
100% Guaranteed Brand New
Color: white/black/green/orange/red **("Pls tell me the colour details after payment, thanks!)**

## Wiring:
- Ground: Green
- Low Headlight: Blue
- High Headlight: White
- Foglight: Brown

## Fitment:
all Dual sport motorcycles, dirt bikes; Street fighter, naked motorcycles.

## Package Includes:
1 headlight and 4 rubber straps
Instructions not included

## PLEASE NOTE:
This is an aftermarket custom item, not an OEM part. It will fit the models listed above but modification may or may not be required. Thi
intended for professional installation, instruction manual is not included. Make sure it will fit before you buy.
Image shown is for reference only. Actual parts may vary in appearance based on your model.

## PAYMENT
We accept PayPal only.
We only ship item to your PayPal verified address.
Payment must be cleared within 3 days from the date of purchase.

## SHIPPING
Item will be shipped within 1 business days after payment is cleared, excluding weekends and public holidays.
We only ship to PayPal confirmed address. For international buyers, we only ship to PayPal verified users. So before bidding, please kindly verify your
account.
We ship this item via USPS or EMS or China Post Air Mail. If you want faster shipping way like DHL, UPS, FedEx. ..Please contact us before making
A tracking No. is provided once the item is dispatched.

The price does not cover any applicable tax or duty that might be charged by your customs. Buyers are responsible for such charges.

Delivery time as below:
Shipping days (Except International Holidays)

| country | 5~7 | 8~15 | 16~20 | 21~25 | 26~30 | >40 |
|---|---|---|---|---|---|---|
| USA | 10.2% | 80.2% | 6.5% | 3.1% | 0.0% | refund |
| UK | 6.9% | 63.1% | 19.2% | 7.5% | 3.3% | refund |
| Canada | 2.0% | 45.0% | 31.3% | 17.7% | 4.0% | refund |
| Australia | 21.5% | 52.1% | 16.3% | 5.2% | 4.9% | refund |
| Brazil/Russia | 0.5% | 12.1% | 43.3% | 28.1% | 16.0% | refund |

Note: Brazil will take much longer than other countries, so the refund time is up to 55 days. Economy Shipping like China Post will take much lon
time, so for items shipped by China Post the return time is up to 55 days.
Note: Brazil will take much longer than other countries, so the refund time is up to 55 days. Economy Shipping like China Post will take much longer o
so for items shipped by China Post the return time is up to 55 days.

## RETURN
If you have any questions, please feel free to email our service specialists 24 Hours a Day, 7 Days a Week. We will reply you ASAP.
Return/refund is accepted within 30 days after the buyer receives the item. NO exchange will be accepted after 30 days from the date when the item is r
We pays for return freight.

## Please contact us first before returning your product!!!

## FEEDBACK
If you are satisfied with the purchase and our total service, your comment is very important in our business success. Please take a minute to leave us a p
feedback with an overall Detailed Selling Rating (DSR) of 5.
Our eBay account setup auto feedback, so eBay system gives you automatically Positive feedback back after your positive feedback left.
If you plan to give us a neutral/negative feedback Or open ebay/paypal case, please write to us immediately so that we can do our best to resolve your p

## Contact US
If you have any questions, our Customer Service staffs welcome you to email us. We strive to answer all questions and resolve any problems as quickly
Business Hours: BeiJing Time GMT+8:00
Monday-Saturday 9:00-17:00





## Sponsored items based on your recent views 1/3

Feedback on our suggestions








Headlight Head Lamp Light StreetFighter For KTM EXC...
$22.99
Free shipping
Almost gone

Dirt Bike LED Enduro Headlight Head Lamp For...
$60.45
$65.00
Free shipping
New

White Headlight Head Lamp Light StreetFighter For KT...
$28.80
Free shipping
Almost gone

For KTM SX XC EXC Husqvarna Motorcycle...
$99.99
Free shipping
New

6000K LED Head Light Headlamp Fairing For KTM...
$85.88
$92.88
Free shipping
New

Motorcycle LED Headlight Lamp Black Fairing For KT...
$92.99
+ $6.99 shipping
New

## Explore more sponsored options: Brand

### KTM
More






Front Headlight Head Lamps Light For KTM EXC...
$25.69
$33.99
Free shipping

Motorcycle Headlight Front Light For Enduro...
$20.67
$21.99
Free shipping

For KTM EXC XC XCF XCW SX SXF SXS 125 150 250...
$79.52
$85.50
Free shipping

### Pazoma





Enduro Supermoto LED Headlight Front Lamp For...
$60.45
$65.00
Free shipping

White Halo H4 Headlight Motorcycle Enduro Head...
$26.03
$27.99
+ $3.50 shipping

For KTM SX F EXC XCF XCW 250 500 Motocross...
$73.47
$79.00
Free shipping

## More from this seller 1/2

Feedback on our suggestions








Enduro Light Headlight Lamp Dirtbike For KTM EX...
$29.99
+ shipping

Front Enduro Light Headlight Lamp Dirtbike For KTM...
$29.99
+ shipping

Universal Front Enduro Light Headlight Lamp Dirtbike F...
$29.99
+ shipping

Universal Front Enduro Light Headlight Lamp Dirtbike F...
$29.99
+ shipping

Universal Fit Front Enduro Light Headlight Lamp...
$29.99
+ shipping

Phone GPS Navigation Bracket Mount Holder Stan...
$16.99
+ shipping
Last one

Back to search results　　　　　　　　　　　　　　　　　　　　　　　Return to top

More to explore : KTM EXC, KTM EXC Motorcycles, Motorcycle Headlight Assemblies for KTM 450, Lighting & Indicators for KTM 450, Motorcycle Headlight Assemblies for KTM 300, Areyourshop Motorcycle Headlight Assemblies for KTM 450, Lighting & Lamps for Chrysler 300, Lighting & Indicators for KTM 250, Tusk Lighting Parts for KTM 300, Oracle Lighting Headlights for Chrysler 300

About eBay　Announcements　Community　Security Center　Resolution Center　Seller Center　Policies　Affiliates　Help & Contact　Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ








     

Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 3

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies | Add to Watchlist

Check if this part fits your vehicle Select Vehicle

# Enduro Light Headlight Lamp Dirtbike For KTM EXC XCF XCW SXF 250 300 350 450

Condition: New other (see details)
"(“Pls tell me the colour details after payment, thanks!)"

Compatibility: See compatible vehicles

Quantity: 1 2 available / 1 sold

Price: US $29.99

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

1-year protection plan from SquareTrade - $7.99

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: GuangZhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. Nov. 2 and Fri. Nov. 20
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
race-club (7880 ★)
98.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Headlight Head Lamp Light Streetfighter For KTM EXC...
$22.99
Free shipping
Almost gone

Front Headlight Head Lamps Light For KTM EXC...
$25.69
~~$33.99~~
Free shipping
New

White Headlight Head Lamp Light StreetFighter For KT...
$28.80
Free shipping
Almost gone

New Orange Headlight Head Light Lamp...
$27.77
Free shipping
Almost gone

Motorcycle Headlight Front Light For Enduro Motocros...
$20.67
~~$21.99~~
Free shipping
Seller 99.8% positive

Motocross Bike E8 LED Headlight For KTM EXC...
$76.97
Free shipping
New

## Sponsored items from this seller 1/2

Feedback on our sugg

Feedback

US Complete Black Fairing Bolts Kit Body screws For...
**$21.98**
~~$23.14~~
Free shipping

Pre-Cut Fairing Adhesive Heat Shield Insulation For...
**$26.99**
~~$29.99~~
+ $3.00 shipping
Last one

Pre-Cut Fairing Adhesive Heat Shield Insulation For...
**$26.99**
~~$29.99~~
+ $3.00 shipping

Motorcycle Reflective Wheel Decal Outer Rim...
**$15.99**
Free shipping

Motorcycle Reflective Wheel Decal Outer Rim...
**$15.99**
Free shipping

US Pre-Cut Fairing Adhesive Heat Shield Insulation For...
**$26.99**
~~$29.99~~
+ $3.00 shipping
Last one

---

| Description | **Shipping and payments** | | Report item |
| --- | --- | --- | --- |

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: GuangZhou, China

Shipping to: Worldwide

Excludes: Alaska/Hawaii, US Protectorates, APO/FPO, Africa, Central America and Caribbean, South America, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, United Arab Emirates, Yemen, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, New Zealand, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Malaysia, Philippines, Singapore, Taiwan, Thailand, Bermuda, Greenland, Saint Pierre and Miquelon, Andorra, Bosnia and Herzegovina, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Lithuania, Macedonia, Malta, Moldova, Monaco, Montenegro, Norway, San Marino, Spain, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, PO Box

Quantity: [1]   Change country: [United States ▼]   ZIP Code: [60106]   [Get Rates]

| Shipping and handling | To | Service | Delivery* |
| --- | --- | --- | --- |
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Mon. Nov. 2 and Fri. Nov. 20** |

* **Estimated delivery dates** include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
| --- |
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
| --- |
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
| --- | --- |
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods

PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions






Hi ████! ▾    Daily Deals    Brand Outlet    Help & Contact              Sell    Watchlist ▾    My eBay ▾    🔔3    🛒



ebay    Shop by category ▾    🔍 Search for anything    | All Categories ▾ |    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

ebay MONEY BACK GUARANTEE



**race-club** (7880 ★ ) 📋 ℹ️

**Positive Feedback (last 12 months): 98.9%** ℹ️
Member since: Sep-01-11 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ℹ️

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 37 | 216 | 569 |
| ⊙ | Neutral | 1 | 3 | 7 |
| ➖ | Negative | 0 | 1 | 7 |

### Detailed seller ratings ℹ️

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (464) | ★★★★★ (471) |
| Shipping speed | Communication |
| ★★★★★ (465) | ★★★★★ (467) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

7 Feedback received (viewing 1-7)                    Revised Feedback: 15 ℹ️

Search Feedback received as seller with an item title or ID: ℹ️

| e.g. Vintage 1970's Gibson Guitars  🔍 | | Rating type: Negative (7) ▾ | Period: 12 Months ▾ |
|---|---|---|---|

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ℹ️ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Cheap chinesium crap, don't buy** <br> CNC Alloy Fairing Bolts Kit Screws Nuts For Yamaha FZ1S FZ6R YZF600R FZ8 (#224040346354) | Buyer: a***1 (27★) <br> US $18.99 | Past 6 months <br> Reciprocal feedback |
| Reply by race-club. Left within past 6 months. <br> Dear Friend,have any problem contact us first.we will help you solve the problem | | |
| ➖ **Bad quality!** <br> 3M Graphics Colourful Sun Flower Smile Vinyl Car Truck Window Decal Sticker (#322921218609) | Buyer: d***z (404★) <br> AU $ 2.40 | Past year <br> Reciprocal feedback |
| Reply by race-club. Left within past year. <br> Dear Friend,have any problem contact us first. | | |
| ➖ **NEVER ARRIVED / AVOID THIS SELLER** <br> Thin Blue Line Shamrock Police Law Enforcement Irish Lucky Clover Sticker (#322698629958) | Buyer: y *** t ( 599★) <br> AU $ 2.40 | Past year <br> Reciprocal feedback |
| Reply by race-club. Left within past year. <br> Dear Friend,have any problem contact us first. | | |
| ➖ **NEVER ARRIVED / AVOID THIS SELLER** <br> Police Thin Blue Line Vinyl Decal Stickers Honoring Police Law Vinyl Car Decor (#322740792134) | Buyer: y *** t ( 599★) <br> AU $ 2.40 | Past year <br> Reciprocal feedback |
| Reply by race-club. Left within past year. <br> Dear Friend,have any problem contact us first. | | |
| ➖ **Your ad said buy 2 and get 1 free. I was only posted 2** <br> D Germany Country Code Oval Sticker Decal Self Adhesive german Car Body Decor (#222638527105) | Buyer: o***h (52★) <br> AU $ 2.40 | Past year <br> Reciprocal feedback |
| Reply by race-club. Left within past year. <br> Dear Friend,have any problem contact us first. | | |
| ➖ **item never arrived!** <br> Powered By Jesus Waterproof Funny Car Decal Bumper Stickers Car Truck Window Dec (#322235513667) | Buyer: n***n (744★) <br> AU $ 2.40 | Past year <br> Reciprocal feedback |
| Reply by race-club. Left within past year. <br> Dear Friend,have any problem contact us first. | | |

Comment?







Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 3

Shop by category | Search for anything | All Categories | Search | Advanced

**race-club** (7880★)
98.9% positive feedback

Save

Items for sale | Visit store | Contact

Based in China, race-club has been an eBay member since Sep 01, 2011

**Feedback ratings** | See all feedback

| | | |
|---|---|---|
| ★★★★★ | 464 | Item as described |
| ★★★★★ | 467 | Communication |
| ★★★★★ | 465 | Shipping time |
| ★★★★★ | 471 | Shipping charges |

| 569 | 7 | 7 |
|---|---|---|
| Positive | Neutral | Negative |

Feedback from the last 12 months

excellent
Oct 05, 2020

138 Followers | 0 Reviews | Member since: Sep 01, 2011 | China

## Items for sale(4851)

See all items

CNC Screws Slid...
US $5.98 9h left

CNC Screws Slid...
US $5.98 9h left

6mm Swingarm Sl...
US $5.98 9h left

6mm Swingarm Sp...
US $5.98 10h left

6mm Swingarm Sp...
US $5.98 10h left

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi ▮▮▮ ! ∨    Daily Deals   Brand Outlet   Help & Contact                  Sell   Watchlist ∨   My eBay ∨   🔔³   🛒

ebay   Shop by category ∨   🔍 Search this Store          | This Store ∨ |   **Search**   Advanced

eBay › eBay Stores › MayBeGreat



# MayBeGreat

138 followers | race-club (7880 ★) 98.9%

Welcome to my eBay Store. Please add me to your list of favorite sellers and visit often. Thank you for your business.

♡ Save this seller

## Category

**All**

Moto Head/Tail/Turning Light
Carbon Fuel Tank Cap Sticker
Brake Clutch Lever Protector
Motor Radiator Cover
6mm 8mm 10mm Swingarm Spools
Stainless Steel Fairing Bolts
CNC Fairing Bolt
Motor Windscreen/Windshield
Motor Passenger Seat/Cover
Fairing Belly Heatshield Mat
Cornhole Board Wrap
Motorcycle Wheel Rim Sticker
Luggage isolation Plate
Motorcycle Navigation Bracket
Motorcycle Handbar Grip
Pickup Truck Rear Window Decal
Motorcycle License Bracket
Pillow Case Cover
Other

🔍 Search this Store      **Search**

All Listings   Auction   Buy It Now

Time: ending soonest ∨   ⊞ ∨

1-48 of 1,548 Results



CNC Screws Sliders Swingarm Spools Slider For Kawasaki ZX10R ZX6R Z800 Z900 2017
$9.98
$1.61 shipping
From China
Seller: race-club (7880) 98.9%

Swingarm Spools Slider For KAWASAKI Z800 2012-2016 8mm Stand Screws Z650 Z900
$9.98
$1.61 shipping
From China
Seller: race-club (7880) 98.9%

6mm Swingarm Sliders Spools For Yamaha YZF R1 R6 R6S FZ1 FZ6 FZ8 CNC 8 Colors
$9.98
$1.61 shipping
From China
Seller: race-club (7880) 98.9%

6mm Swingarm Spools Stand Screws Slider For YAMAHA YZF-R1 R6 R25 R3 R15 R125 M6
$9.98
$1.61 shipping
From China
Seller: race-club (7880) 98.9%

For 1998-2020 Yamaha YZF R3 R6 R6S R1 Universal 6MM Swingarm Spools Sliders
$9.98
$1.61 shipping
From China
Seller: race-club (7880) 98.9%



CNC Swingarm Swing Arm Spools Sliders Stand Bobbins 6mm for Yamaha YZF FZ MT-09
$9.98
$1.61 shipping
From China
Seller: race-club (7880) 98.9%



CNC 6MM Swingarm Sliders Spools For Yamaha YZF R1 R6 R6S FZ1 FZ6 FZ6R FZ8 MT-09
$9.98
$1.61 shipping
From China
Seller: race-club (7880) 98.9%



8mm Swingarm Spools Slider For BMW F800R 2015 S1000R HP4 S1000RR 09-15 8 Colors
$9.98
$1.61 shipping
From China
Seller: race-club (7880) 98.9%



CNC 8mm Swingarm Spools Slider For BMW F800R 2015 S1000R HP4 S1000RR 2009-2015
$9.98
$1.61 shipping
From China
Seller: race-club (7880) 98.9%



Complete Black Fairing Bolts Kit Body Screws For Suzuki GSXR600/750 2008-2010
$19.99
From China




$4.00 shipping

From China
Seller: race-club (7880) 98.9%

---


Complete Black Fairing Bolts Kit Body Screws For Suzuki GSX-R 1000 2007-2008

$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

---


6MM Screw Motorbike Swingarm Spools Slider CNC For Yamaha MT-09 Tracer 2015-2020

$9.98
$1.61 shipping

From China
Seller: race-club (7880) 98.9%

---


Complete Black Fairing Bolts Kit Body Screws For Suzuki GSXR 1000 2005-2006

$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

---


6MM Screws Motorbike Swingarm Spools Slider CNC For Yamaha FJ-09 2015-2020

$9.98
$1.61 shipping

From China
Seller: race-club (7880) 98.9%

---


Complete Black Fairing Bolts Kit Body Screws For Suzuki GSX-R 600/750 2004-2005

$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

---


Complete Black Fairing Bolts Kit Body Screws For Suzuki GSXR 1000 2003-2004

$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

---


6MM Screws Motorbike Swingarm Spools Slider CNC For Yamaha FZ-09MT-09 2014-2020

$9.98
$1.61 shipping

From China
Seller: race-club (7880) 98.9%

---


Complete Black Fairing Bolts Kit Body screws For SUZUKI GSXR 1000 2000-2002

$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

---


6MM Screws Motorbike Swingarm Spools Slider CNC For YAMAHA FJ-09/FZ-09MT-09

$9.98
$1.61 shipping

From China
Seller: race-club (7880) 98.9%

---


Complete Black Fairing Bolts Kit Body screws For Suzuki GSXR 600/750 2000-2003

$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

---


Complete Black Fairing Bolts Kit Body screws For Honda CBR 600 F4 1999-2000

$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

---


8mm CNC Swingarm Spools Sliders for Suzuki GSXR600 750 1000 GSX1300R 8 Colors

$9.98
$1.61 shipping

From China
Seller: race-club (7880) 98.9%

---


Complete Black Fairing Bolts Kit Body screws For Yamaha YZF R6 1998-2002

$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

---


8mm CNC Swingarm Sliders Spools For Suzuki GSR750 2010-2013/GSX650F 2008-2013

10/12/2020



$9.98
$1.61 shipping

From China
Seller: race-club (7880) 98.9%

Complete Black Fairing Bolts Kit Body screws For Yamaha YZF R1 1998-1999



$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

Complete Black Fairing Bolts Kit Body screws For Honda CBR1100XX 1996-2007



$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

8MM Motorcycle CNC Swingarm Sliders Spools For Suzuki Bandit GSXR1000 GSXR600



$9.98
$1.61 shipping

From China
Seller: race-club (7880) 98.9%

Complete Black Fairing Bolts Kit Body screws For Honda CBR 600 F3 1995-1998



$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

8MM Swingarm Sliders Spools For Suzuki GSXR600 GSXR1000 TL1000R SV650/S GSXR1300



$9.98
$1.61 shipping

From China
Seller: race-club (7880) 98.9%

Complete Black Fairing Bolts Kit Body screws For Kawasaki Ninja ZX 6R 2009-2012



$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

Complete Black Fairing Bolts Kit Body screws For Yamaha YZF R1 2009 - 2010 YZFR1



$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

CNC M10 SwingArm Spools Sliders For KTM 690 Enduro 950 Supermoto 990 Super Duke



$9.98
$1.61 shipping

From China
Seller: race-club (7880) 98.9%

Complete Black Fairing Bolts Kit Body screws For Honda CBR 600 RR 2009-2010



$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

10mm Motorcycle CNC Swingarm Spools Slider Screw For KTM Duke 390 2013-2015



$9.98
$1.61 shipping

From China
Seller: race-club (7880) 98.9%

Complete Black Fairing Bolts Kit Body screws For Yamaha YZF R6 2008-2016



$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%

For KTM DUKE 390 125 200 RC 390 2014-2017 10MM Swingarm Sliders Spools 8 Colors



$9.98
$1.61 shipping

From China
Seller: race-club (7880) 98.9%

Complete Fairing Bolts Kit Body screws For Suzuki Hayabusa GSX1300R 2008-2009

$19.99
$4.00 shipping

From China
Seller: race-club (7880) 98.9%





**Categories**

**eBay Motors**

- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Fairings & Bodywork
- Motorcycle Decals & Stickers
- Other Motorcycle Accessories
- More

**See all categories**

**Format** see all

- (•) All Listings
- ( ) Auction
- ( ) Buy It Now

**Guaranteed Delivery** see all

- (•) No Preference
- ( ) 1 Day Shipping
- ( ) 2 Day Shipping
- ( ) 3 Day Shipping
- ( ) 4 Day Shipping

**Condition** see all

- [ ] New (776)

**Price**

- [ ] Under $15.00
- [ ] Over $15.00

$ ____ to $ ____

**Item Location** see all

- (•) **Default**
- ( ) Within 100 miles of 60106
- ( ) US Only
- ( ) North America
- ( ) Worldwide

**Delivery Options** see all

- [ ] Free shipping

**Show only** see all

- [ ] Free Returns
- [ ] Returns accepted
- [ ] Completed listings
- [ ] Sold listings
- [ ] Deals & Savings

**More refinements...**

**Seller Information**

race-club (7880)

Feedback rating: 7,880
Positive Feedback: 98.9%
Member since Sep-01-11 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Headlight Head Lamp Light Streetfight...
**$22.99**
Buy It Now
Free shipping
**Popular**

All Listings | Auction | Buy It Now — Sort: **Best Match** View:

**776** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

For KTM DUKE 390 125 200 RC 390 2014-2017 10MM Swingarm Sliders Spools 8 Colors (Fits: KTM)
Brand New
**$9.98**
Buy It Now
+$1.61 shipping
From China
Seller: race-club (7,880) 98.9%

17" Reflective Rim Stripes Wheel Decals Tape For KTM RC8 1190 R DUKE 790 1290
Brand New
**$17.99**
Buy It Now
**Free Shipping**
**1+ Watching**
From China
Seller: race-club (7,868) 98.9%

Reflective Rim Stripes Wheel Decals Tape For KTM RC8 1190 R DUKE 790 1290
Brand New
**$17.99** to **$19.99**
Buy It Now
**Free Shipping**
From China
Seller: race-club (7,868) 98.9%

CNC M10 SwingArm Spools Sliders For KTM 690 Enduro 950 Supermoto 990 Super Duke (Fits: KTM)
Brand New
**$9.98**
Buy It Now
+$1.61 shipping
From China
Seller: race-club (7,880) 98.9%

US 17" Reflective Rim Stripes Wheel Decals Tape For KTM RC8 1190 R DUKE 790 1290
Brand New
**$17.99** to **$19.99**
Buy It Now
**Free Shipping**
Seller: race-club (7,880) 98.9%

US Stock Fairing Bolt Kit Body Screw For KTM DUKE 125 200 390 1190 1290 990 690
Brand New

$60.45
Free shipping



Enduro Dirt Bike LED
Headlight For KT...
$60.54
Buy It Now
Free shipping



For KTM SX XC EXC
Husqvarna Motorcycl...
$99.99
Buy It Now
Free shipping



6000K LED Head Light
Headlamp Fairing...
$85.88
Buy It Now
Free shipping



Motorcycle LED Headlight
Lamp Black F...
$92.99
Buy It Now



Rubber Grommets for
Motorcycle Fairin...
$5.42
Buy It Now
Free shipping



Rubber Grommets for
Motorcycle Fairin...




$21.99 to $22.99
Buy It Now
+$3.00 shipping

**Blue/
Green/
Red/
Silver/
Black/
Gold/**

Seller: race-club (7,880) 98.9%

---

**Enduro Light Headlight Lamp Dirtbike For KTM EXC XCF XCW SXF 250 300 350 450 (Fits: KTM)**
New (Other)



$29.99
or Best Offer
**Free Shipping**
👁 Watch

From China

Seller: race-club (7,880) 98.9%

---

**Phone GPS Navigation Bracket Mount USB Charger For KTM 1290 Super Adventure S/R (Fits: KTM)**
Brand New



$35.99
or Best Offer
**Free Shipping**
👁 Watch

From China

Seller: race-club (7,862) 98.9%

---

**7/8" 22MM Handlebar Hand Bar Grips For KTM 390 Duke RC 200 RC 300 2014-2015 (Fits: KTM)**
Brand New



$12.99
Buy It Now
**Free Shipping**

From China

Seller: race-club (7,880) 98.9%

---

**Phone GPS Navigation Bracket Mount Holder Stand For KTM 1290 Super Adventure S/R (Fits: KTM)**
Brand New



$14.99
or Best Offer
**Free Shipping**
👁 Watch

From China

Seller: race-club (7,859) 98.9%

---

**Phone GPS Navigation Bracket Mount Adapt Holder For KTM 1290 Super Adventure S/R (Fits: KTM)**
Brand New



$14.99
or Best Offer
**Free Shipping**
👁 Watch

From China

Seller: race-club (7,864) 98.9%

---

**Fender Eliminator Bracket License Plate Holder For KTM 1290 Super Duke R 14-19 (Fits: KTM)**
Brand New



$41.98
Buy It Now
**Free Shipping**
Only 1 left!
👁 Watch

From China

Seller: race-club (7,877) 98.9%

---

**3D Carbon Fiber Gas Cap Tank Cover Pad Sticker For KTM 990 SUPER DUKE 2005-2008 (Fits: KTM)**
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 〓 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

**Ship to**

1001 Foster Ave
Bensenville, IL 60106-1445
United States

Change

**Review item and shipping**

Seller: race-club    Edit message
Message: Item id: 224109724045 Buyer's Vehicle: KTM



Enduro Light Headlight Lamp Dirtbike For KTM EXC XCF XCW SXF 250 300 350 450

**$29.99**

Quantity | 1 ∨

**Delivery**
Est. delivery: Nov 2 – Nov 20
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ

Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount | None ∨

| | |
|---|---|
| Subtotal (1 item) | $29.99 |
| Shipping | Free |
| Tax* | $1.87 |

**Order total** | **$31.86**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✓ Norton SECURED













Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 3

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work | Add to Watchlist

This fits a KTM Select Year

# CNC M10 SwingArm Spools Sliders For KTM 690 Enduro 950 Supermoto 990 Super Duke

Condition: New

Compatibility: See compatible vehicles

Sale ends in: 14 h 37 m 30 s

Logo Pattern: - Select -

Color: - Select -

Quantity: 1 2 available / 2 sold

Price: US $5.98
~~US $9.98~~ (40% off)

Buy It Now
Add to cart
Add to Watchlist

30-day returns | Longtime member

Shipping: $1.61 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: GuangZhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. Nov. 2 and Fri. Nov. 20
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

$ Have one to sell? Sell now

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

race-club (7880 ★)
98.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

CNC M10 SwingArm Spools Sliders for Ktm 690 Enduro...
$8.99
Free shipping
Seller 99.4% positive

6/8/10mm SwingArm Bobbins Spool slider Stand...
$7.27
~~$7.99~~
Free shipping
New

CNC Adjustable Shift Levers Toe Peg Rac For KTM 690...
$10.18
~~$11.19~~
Free shipping
Seller 99.2% positive

Shifting Lever Toe Peg & Rear Cleats Brake Pedal Fo...
$7.64
~~$8.49~~
Free shipping
Seller 99.1% positive

CNC M10 SwingArm Spools Sliders for KTM 690 950 99...
$8.99
Free shipping
Seller 99.6% positive

10MM Swingarm Spools For KTM 690 790 990 1090 119...
$14.99
+ $1.99 shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions Feedback

Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers | Add to Watchlist

This fits a KTM Select Year

Have one to sell? Sell now

# CNC Folding Extendable Brake Clutch Levers For KTM DUKE 125 200 390 2014-2017

Condition: New

Compatibility: See compatible vehicles

Color: Orange

Quantity: 1 6 available

Price: US $29.99

Buy It Now

Add to cart

Add to Watchlist

30-day returns | Longtime member

Shipping: $2.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: Estimated between Wed. Oct. 28 and Tue. Nov. 17
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
racer_moto (881 ★)
99.7% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Folding Extendable Brake Clutch Levers For KTM DU...
$23.49
~~$26.69~~
+ $3.99 shipping
New

Folding Extendable Brake Clutch Levers For KTM DU...
$29.43
~~$31.99~~
Free shipping
New

Folding Extendable Brake Clutch Levers For KTM 390...
$28.19
~~$29.99~~
+ $3.99 shipping
New

Folding Extendable Brake Clutch Levers For KTM DU...
$25.46
~~$28.29~~
+ $3.99 shipping
New

CNC Folding Brake Clutch Levers for KTM 390...
$30.98
~~$33.67~~
Free shipping
Seller 99.4% positive

Adjustable Folding Extendable Brake Clutch...
$26.69
~~$29.99~~
+ $3.99 shipping
New

Description | Shipping and payments | Report item

eBay item number: 283841779417

Seller assumes all responsibility for this listing.

Last updated on Sep 08, 2020 22:24:44 PDT View all revisions

## Compatibility

Please choose your vehicle's details for specific results.

Year -Select- Make -Select- Model -Select- Submodel -Select- Go

[show all compatible vehicles]

This part is compatible with 3 vehicle(s) matching KTM.

Feedback

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2017 | KTM | 390 | Duke |
| | 2016 | KTM | 390 | Duke |
| | 2015 | KTM | 390 | Duke |

Portions of the information contained in this table have been provided by racer_moto

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Country/Region of Manufacture: | China |
| Fitment 2: | KTM DUKE 200 2014-2016 | Fitment 4: | KTM DUKE 390 2013-2017 |
| Surface Finish: | Anodizing surface | Type: | Brake Clutch Levers |
| Manufacturer Part Number: | Does Not Apply | Material: | CNC Aluminum |
| Placement on Vehicle: | Left, Right, Front | Fitment 1: | KTM DUKE 125 2014-2017 |
| Brand: | Unbranded | | |

Brake Pedal Pad Cover Fit For Kawasaki Vulcan VN 900 1500 1600 1700 2000 Classic
16.00 USD
Buy it now

Black & Chrome Brake Pedal Pad Cover For Suzuki Boulevard C50/T Intruder 1500LC
16.00 USD
Buy it now

Front & Rear Foot Pegs For Triumph Thunderbird Bonneville America Speedmaster
26.95 USD
Buy it now

Brake Pedal Pad Cover Fit For Yamaha Road Star XV1600A XV1700A XV1600AT XV1700AT
16.00 USD
Buy it now

Rear Foot Pegs For Suzuki Intruder 1400 1500 LC Boulevard S83 C90 Marauder 800
26.95 USD
Buy it now

Rear Foot Pegs Fit For Triumph Bonneville SE 1996-2001 Bonneville T100 2002-2013
26.95 USD
Buy it now



**CNC Folding Extendable Brake Clutch Levers For KTM DUKE 125 200 390 2014-2017**

### Product Description

Condition: Aftermarket 100% Brand New
Material: High Quality CNC Aluminum
Color: Black/Silver/Gold/Blue/Red/Titanium/Orange/Green
Quantity: 1 Pair (Right&Left)

Function:
Foldable: mainly works on broken protection when the bike going to crash,it can fold up automatically to decrease the least the damage to your bike.
Extendable: runs on the function of personal preference settings,you can adjust the length according to your preference,longer or shorter.
Perfectly interchangeable to the original ones,long service life.

Easy Install but install by professional is recommended!
No Installation Instruction,Have Mounting Hardware!

Fitment:
For KTM 390 Duke/RC390 2013-2017
For KTM 200 Duke/RC200 2014-2016
For KTM 125 Duke/RC125 2014-2017

Package Included:
1 Pair Levers

### Payment

1. Only accept paypal.
2. If you are paying through Paypal using eCheck, note that your item can be shipped only after eCheck has cleared.
3. As a buyer, it is your duty to pay the tax when you make a order from abroad. Our price does not include taxes, VAT, or other hidden charges.

### Shipping

Items will be shipped to the shipping address you have registered with eBay, please double confirm before purchase.

### Return Policy

1.Refund or replacement request is available only the requests within 1 week after parcel received & returning the item as the same condition as received.
2.Please contact us to request a return authorization. All items returned must contain all original packaging materials.
3.Postage is not refundable and return postage will be paid by buyers.

### About Us

1.Feedback is extremely important to us.
2.In order to provide you with great competitive pricing, please be sure to leave us great feedback and 5 star rating.
3.If you are considering leaving negative or neutral feedback, please be sure to contact us first so we can rectify any issues you are experiencing.

### Contact Us

Any other questions, please feel free to contact us via eBay Message, you will get reply within 24 Hours.

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

| Brake Clutch Levers For Ducati 748 916/916SPS 900SS MONSTER M400 M600 M620 M750 | CNC Folding Brake Clutch Levers For Aprilia RSV MILLE/R 1999 2000 2001 2002 2003 | CNC Brake Clutch Levers For Ducati MS4/MS4R 01-06 748/750SS 9 9-02 ST3/ST4/S/ABS | CNC Brake Clutch Levers For Ducati Monster 659/696/400/620/695 HYPERMOTARD 796 | CNC Brake Clutch Levers For Kawasaki ZX7R ZX7RR ZX9 ZX1100 ZX-11 ZRX1100 ZZR1200 | CNC Brake Clutch Levers For KTM I Ulysses XB12XT XB12X 12 XB9 2004-2008 |
|---|---|---|---|---|---|
| 29.99 USD | 29.99 USD | 29.99 USD | 29.99 USD | 29.99 USD | 29.99 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |

00000006

powered by
PUSHAUCTION

Sponsored items based on your recent views 1/4      Feedback on our suggestions



eBay

Hi ▇ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄

Shop by category ⌄ | Search for anything | All Categories ⌄ | Search | Advanced

< Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

Add to Watchlist

✓ This fits a KTM | Select Year



# CNC Folding Extendable Brake Clutch Levers For KTM DUKE 125 200 390 2014-2017

Condition: New

Compatibility: See compatible vehicles

Color: Orange

Quantity: 1 — 6 available

Price: **US $29.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns** | Longtime member

Shipping: $2.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Americas, Europe, Asia, Australia | See exclusions

Delivery: Estimated between **Wed. Oct. 28 and Tue. Nov. 17**
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard AMEX Discover
PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
racer_moto (881 ★)
99.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell? | Sell now

## Similar sponsored items 1/2

Feedback on our suggestions



| Folding Extendable Brake Clutch Levers For KTM DU... | Folding Extendable Brake Clutch Levers For KTM DU... | Folding Extendable Brake Clutch Levers For KTM 390... | Folding Extendable Brake Clutch Levers For KTM DU... | CNC Folding Brake Clutch Levers For KTM 390... | For KTM Duke 125 200 390 RC125/250/390 Short... |
|---|---|---|---|---|---|
| $23.49 | $29.43 | $28.19 | $25.46 | $30.98 | $20.23 |
| $26.69 | $31.99 | $29.99 | $28.29 | $33.67 | $22.99 |
| + $3.99 shipping | Free shipping | + $3.99 shipping | + $3.99 shipping | Free shipping | + $0.80 shipping |
| New | New | New | New | Seller 99.4% positive | Almost gone |

Description | **Shipping and payments** | Report item

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: Guangzhou, China

Shipping to: Americas, Europe, Asia, Australia

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Angola, Burundi, Benin, Burkina Faso, Botswana, Central African Republic, Côte d'Ivoire (Ivory Coast), Cameroon, Congo, Democratic Republic of the, Congo, Republic of the, Comoros, Cape Verde Islands, Djibouti, Algeria, Egypt, Eritrea, Western Sahara, Ethiopia, Gabon Republic, Ghana, Guinea, Gambia, Guinea-Bissau, Equatorial Guinea, Kenya, Liberia, Libya, Lesotho, Morocco, Madagascar, Mali, Mozambique, Mauritania, Mauritius, Malawi, Mayotte, Namibia, Niger, Nigeria, Reunion, Rwanda, Senegal, Saint Helena, Sierra Leone, Somalia, Swaziland, Seychelles, Chad, Togo, Tunisia, Tanzania, Uganda, South Africa, Zambia, Zimbabwe, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Japan, Kazakhstan, Kyrgyzstan, Korea, South, Sri Lanka, Maldives, Mongolia, Nepal, Pakistan, Tajikistan, Turkmenistan, Uzbekistan, Aruba, Anguilla, Netherlands Antilles, Antigua and Barbuda, Bahamas, Belize, Barbados, Costa Rica, Cayman Islands, Dominica, Dominican Republic, Grenada, Guatemala, Honduras, Haiti, Jamaica, Saint Kitts-Nevis, Saint Lucia, Montserrat, Martinique, Nicaragua, Panama, Puerto Rico, El Salvador, Turks and Caicos Islands, Trinidad and Tobago, Saint Vincent and the Grenadines, British Virgin Islands, Virgin Islands (U.S.), Albania, Andorra, Bulgaria, Bosnia and Herzegovina, Belarus, Cyprus, Estonia, Finland, Guernsey, Gibraltar, Iceland, Jersey, Liechtenstein, Lithuania, Luxembourg, Latvia, Monaco, Moldova, Macedonia, Malta, Montenegro, Norway, Romania, Svalbard and Jan Mayen, San Marino, Serbia, Slovakia, Slovenia, Ukraine, Vatican City State, United Arab Emirates, Bahrain, Iraq, Israel, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Turkey, Yemen, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, American Samoa, Cook Islands, Fiji, Micronesia, Guam, Kiribati, Marshall Islands, New Caledonia, Niue, Nauru, Palau, Papua New Guinea, French Polynesia, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna,

Western Samoa, Argentina, Bolivia, Brazil, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Peru, Paraguay, Suriname, Uruguay, Venezuela, Brunei Darussalam, Hong Kong, Indonesia, Cambodia, Laos, Macau, Malaysia, Philippines, Singapore, Thailand, Taiwan, Vietnam, PO Box

Quantity: 1     Change country: United States ▾          ZIP Code: 60440     Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $2.00 | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Wed. Oct. 28** and **Tue. Nov. 17** |

\* Estimated delivery dates - include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods





### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## Sponsored items based on your recent views 1/3                    Feedback on our suggestions









| CNC Front Clutch Fluid Reservoir Tank Cap Cover... | Brake Clutch Levers For KTM Duke RC 125/200/390 201... | CNC Folding Extending Clutch Brake Levers for KT... | CNC Adjustable Folding Extendable Brake Clutch ... | Black For KTM 125 250 390 Duke CNC Radiator Grille... | Orange Aluminum Chain Protector Guard Cover For... |
|---|---|---|---|---|---|
| $4.75 | $36.99 | $26.09 | $29.99 | $28.99 | $23.74 |
| Free shipping | + $4.99 shipping | ~~$28.99~~ | + $6.99 shipping | Free shipping | ~~$24.99~~ |
| New | New | + $5.99 shipping | New | New | Free shipping |
|  |  | New |  |  | New |

Back to search results                                                                 Return to top

More to explore : Motorcycle Brake Levers for 2017 KTM 125,   Motorcycle Clutch Levers for KTM 125,   Other Motorcycle KTM Duke 390s,   Brake Cylinders for 2017 KTM 390,
Motorcycle Clutch Levers for KTM 200,   Motorcycle Shift Levers for KTM 390,   Motorcycle Brake Levers for KTM 200,   Brake Cylinders for KTM 390,   Unbranded Motorcycle Shift Levers for KTM 390,
Motorcycle Handlebars, Grips & Levers for KTM 390

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⊳



Feedback





racer_moto (881★)
99.7% positive feedback

Items for sale · Visit store · Contact

Based in China, racer_moto has been an eBay member since Dec 03, 2016

♡ Save

Feedback ratings ⓘ                                          See all feedback

★★★★★ 373   Item as described      ● 415   ○ 5   ● 1        ⊕ High quality and very fast delivery, exactly fit!
★★★★★ 378   Communication         Positive  Neutral  Negative      Thank you!
★★★★★ 377   Shipping time                                                   Oct 05, 2020
★★★★★ 386   Shipping charges        Feedback from the last 12 months

43 Followers | 0 Reviews | Member since: Dec 03, 2016 | 📍 China

## Items for sale (2255)                                      See all items

    

| Saddlebag Suppo... | Saddlebag Suppo... | Passenger Foot ... | Front Footrest ... | Speedometer Rel... |
|---|---|---|---|---|
| US $25.99    2h left | US $25.99    2h left | US $26.95    4h left | US $26.95    4h left | US $23.59    5h left |

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › racer_moto

# racer_moto

43 followers | racer_moto (881 ★) 99.7%

Save this seller

**Category**

**All**
- Harley Parts
- Backrest sissy bar
- Foot Pegs
- Clutch Cable
- carburetor interface
- oil filter
- Air filter
- Handlebar
- Battery Side Cover
- Lighting
- Decal
- Radiator Grille Cover
- Engine Guard & Bracket
- License Plate Bracket
- Gas Cap Cover
- Frame Sliders
- Brake Clutch Levers
- Seat
- Fender
- Throttle Cable
- Stator Engine Cover
- Engine Clutch Cover
- Chain Guards
- Headlight Bracket
- Foot Side Stand Cover
- Stand Screws
- Saddlebag Support
- Other

**All Listings** | Auction | Buy It Now — Time: ending soonest

1-48 of 1,009 Results

Saddlebag Supports For Honda Shadow ACE Spirit Phantom VT750 Sabre 1100 VT1100
$25.99
Free shipping

Passenger Foot Pegs Rear Footrests Footpegs For Kawasaki Vulcan VN 800 1500 1600
$26.95
$4.00 shipping
From China

Front Footrest Foot Pegs For Kawasaki Vulcan VN 800 900 1500 1600 Z1000 ZG1400
$26.95
$4.00 shipping
From China

Speedometer Relocation Mount Bracket Kit Fit For Harley Sportster XL 883 XL 1200
$23.59
$3.00 shipping
From China

Triple Tree Top Clamp Decal Pad Sticker For BMW S1000RR S1000 RR 2009-2014 2013
$8.99
Free shipping
From China

Triple Tree Top Clamp Decal Pad Sticker For BMW S1000RR S1000 RR 2015-2018 2017
$8.99
Free shipping
From China

Decal Pad Sticker Triple Tree Top Clamp Front For Honda CBR600RR 2007-2017 2016
$7.99
Free shipping
From China

Foot Pegs Motocross MX Dirt Bike Footrests Fits For Yamaha Gas Gas Enducross EC
$22.90
$4.00 shipping
From China

Foot Pegs For Yamaha YZ 85 125 250 YZ85 YZ125 YZ250 YZ400 WR 400 426 450 WR450
$22.90
$4.00 shipping
From China

Cast Iron Motocross MX Style Foot Pegs Footrests For Suzuki RM80 RM 80 1993-2001
$22.90
$4.00 shipping
From China

10/6/2020



Motocross MX Dirt Bike Racing Foot Pegs Fits For Yamaha PW50 PW80 TTR90 TW200

$22.90
$4.00 shipping

From China



MX Wide Foot Pegs Pedals Rests Fit For Honda CR125 CR250 CR125R CR250R 2000-2001

$22.90
$4.00 shipping

From China



Wide Footpeg Foot Pegs For Honda CR80R CR85R XR250 XR400 XR600R XR650R XR650L

$22.90
$4.00 shipping
18 sold

From China



Motocross Foot Pegs Fit For Honda CR500R CR250R CR125R YZ125 YZ250 WR400F YZ400F

$22.90
$4.00 shipping

From China



Pair Cast Iron Foot Pegs Footrests For Suzuki DR 250 350 650 DR250 DR350 DR650SE

$22.90
$4.00 shipping

From China



Motocross Foot Pegs Footrest Fits For Honda CRF XR 50 70 80 100 Kawasaki KLR650

$22.90
$4.00 shipping

From China



Foot Pegs Pedals Rests Footpegs For Kawasaki KX 125 250 KX125 KX250 1997-2001

$22.90
$4.00 shipping

From China



Cast Iron MX Foot Pegs Rests Pedals Footrests For KTM EXC SX SXF XC XCW XCF EXCF

$22.90
$4.00 shipping

From China



Motocross Cast Iron Foot Pegs Footrests For Honda CR125R CR250R CR500R 1988-1994

$22.90
$4.00 shipping

From China



Motocross Foot Pegs For Suzuki RM125 250 RMX250 DR-Z 400 Kawasaki KLX400R KX500

$22.90
$4.00 shipping

From China



Cast Iron Motocross MX Foot Pegs For Kawasaki KLX300R 1997-2007 KLX650 1993-1995

$22.90
$4.00 shipping

From China



Cast Iron Motocross MX Foot Pegs For Kawasaki KX65 KX85 KX100 KX80 Suzuki RM100

$22.90
$4.00 shipping

From China



Motocross MX Foot Pegs Rests Pedals Fits For Suzuki RM85 RM85L DR-Z125L DR-Z125

$22.90
$4.00 shipping

From China



Motocross MX Cast Iron Foot Pegs For Honda XR250L 1991-1996 XR250R 1988-1995

$22.90
$4.00 shipping

From China



Pair MX Foot Pegs Footrest For Kawasaki KX125 KX250 KX500 KDX200 KDX220R KDX250

$22.90
$4.00 shipping

From China



Motocross MX Foot Pegs For Yamaha YZ 80 125 250 500 YZ125 WR 200 250 500 WR500

$22.90
$4.00 shipping

From China



Motocross Dirt Bike MX Race Foot Pegs Footrest For Suzuki RM125 RM250 2003-2004

$22.90
$4.00 shipping

From China



Motocross MX Cast Iron Foot Pegs For Honda CR125R CR250R CRF250R CRF450R CRF250X

$22.90
$4.00 shipping

From China



Decal Pad Triple Tree Top Clamp Upper Front End For Honda CBR250RR 2011-2013 12

$7.99
Free shipping

From China



Triple Tree Top Clamp Decal Pad Sticker For Honda CBR600 F4 F4I 1999-2007 2006

$7.99
Free shipping

From China



Front Rider Footboard Floorboard for Kawasaki Vulcan VN400 VN800 (24cm)

$55.89
Free shipping
10 watching



Radiator Guard Protector Grille Grill Cover For Honda CB650F CBR650F 2014-2017

$23.99
$4.00 shipping

From China



Radiator Grille Guard Cover Protector Grill For Yamaha YZF R15 R25 R3 2014-2017

$17.99 to $19.99
$3.00 shipping

From China



Rear Back Wheel Tire Hugger Fender Mudguard Mudflap For BMW G310GS 2017-2019

$26.99
$4.00 shipping

From China



Kickstand Side Stand Enlarger Foot Pad For Honda CBR250RR CBR 250 RR 2017-2019

$15.99
$2.00 shipping

From China



Kickstand Side Stand Plate Extension Pad For BMW R1200GS R1200 GS LC 2017-2018

$15.99
$2.00 shipping

From China



Chain Guard Protector Cover Shield For BMW S1000RR 2010-2016 S1000R 2014-2016

$25.99
$2.00 shipping

From China



Rear Footboard Floorboard for Suzuki C50 VL400 VL800 Honda VTX1300 VTX1800

$50.89
Free shipping





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **racer_moto** (881) | Save this seller | Show results from all sellers

Include description

## Categories

**eBay Motors**

- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Fairings & Bodywork
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (25)

**Price**

- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all

- **Default**
- Within
  100 miles of 60440
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

racer_moto (881)
Feedback rating: 881
Positive Feedback: 99.7%
Member since Dec-03-16 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
racermt

## Sponsored items for you

CNC Front Clutch Fluid Reservoir Tank...
**$4.75**
Buy It Now
Free shipping

---

All Listings | Auction | Buy It Now

Sort: Time: newly listed View:

**25** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60440

Clear selections

**0** matching results

Find Results

M10 Swingarm Spools Slider Stand Screw For KTM Duke 125 200 390 690 790 990 1090
Brand New
**$7.99**
Buy It Now
**Free Shipping**
**Apr-27 04:03**
From China
Seller: racer_moto (869) 99.7%

CNC Folding Extendable Brake Clutch Levers For KTM DUKE 125 200 390 2014-2017 (Fits: KTM)
Brand New
**$29.99**
Buy It Now
+$2.00 shipping
**Apr-08 22:20**
From China
Seller: racer_moto (831) 99.7%

CNC Aluminum Chain Guard Cover Protector For KTM DUKE 125 DUKE 200 DUKE 390 (Fits: KTM)
Brand New
**$25.99**
Buy It Now
+$3.00 shipping
**May-08 02:51**
From China
Seller: racer_moto (829) 99.7%

CNC Aluminum Rear Chain Protector Guard Cover For KTM 1290 Duke 1050 1190 ADV (Fits: KTM)
Brand New
**$23.99**
Buy It Now
+$2.00 shipping
**Mar-24 23:28**
From China
Seller: racer_moto (862) 99.7%

CNC Kickstand Side Stand Extension Enlarger Pad For KTM 1050 1090 1190 1290 (Fits: KTM)
Brand New
**$15.96**
Buy It Now
+$2.00 shipping
**Jan-27 00:45**
From China
Seller: racer_moto (869) 99.7%

CNC Kickstand Side Stand Extension Plate Foot Pad For KTM 125 200 690 950 990 (Fits: KTM)
Brand New

$19.11
Free shipping

 $15.99
Buy It Now
+$2.00 shipping

Jan-22 20:59
From China
Seller: racer_moto (855) 99.7%

 Cast Iron MX Foot Pegs Rests Pedals Footrests For KTM EXC SX SXF XC XCW XCF EXCF (Fits: KTM)
Brand New
$22.90
Buy It Now
+$4.00 shipping
Watch

Nov-06 23:15
From China
Seller: racer_moto (828) 99.7%



CNC 30mm Height
Handlebar Riser For K...
$20.12
Buy It Now
Free shipping

 Fuel Gas Tank Cover Cap Lock With 2 Keys for KTM DUKE 125 200 390 (Fits: KTM)
Brand New
$15.59
Buy It Now
+$2.00 shipping
Watch

Sep-19 01:18
From China
Seller: racer_moto (848) 99.7%



30mm Height Handlebar
Riser Kit Fit K...
$20.14
Buy It Now
Free shipping

## Results matching fewer words

 Waterproof Gas Tank Flame 3D Decal Sticker Universal For Harley Cruiser Chopper
Brand New
$12.99
Buy It Now
+$2.00 shipping

Dec-15 23:55
From China
Seller: racer_moto (841) 99.7%



Folding Extendable Brake
Clutch Lever...
$30.52
Buy It Now

 1" Handlebar Risers For Honda Shadow VT ACE Aero Sabre Spirit VLX 600 750 1100
Brand New
$29.99
Buy It Now
+$4.00 shipping

Sep-20 19:32
From China
Seller: racer_moto (852) 99.7%



CNC Folding Extending
Clutch Brake Le...
$26.09
Buy It Now

 LED Side Mount Tail Brake Light License Plate Bracket For Harley Bobber Chopper
Brand New
$58.99
Buy It Now
+$6.00 shipping

Nov-02 21:39
From China
Seller: racer_moto (877) 99.7%



Motorcycle Alu Brake
Clutch Levers Fo...
$28.49
Buy It Now

  LED Side Mount Tail Brake Light License Plate Bracket for Harley Bobber Chopper
Brand New
$58.99
Buy It Now
+$6.00 shipping

Nov-02 21:46
From China
Seller: racer_moto (877) 99.7%



Brake Clutch Levers For
KTM Duke RC 1...
$36.99
Buy It Now

 Iron Side Mount Tail Brake Light License Plate Bracket For Harley Bobber Chopper
Brand New



Fits KTM RC125 RC200
RC250/390 Duke C...
**$31.99**
Buy It Now



**$28.99**
Buy It Now
+$9.00 shipping

Nov-02 23:48
From China
Seller: racer_moto (877) 99.7%

Tell us what you think



New CNC Adjust Extend
Brake Clutch Le...
**$28.49**
Buy It Now



Black For KTM 125 250
390 Duke CNC Ra...
**$28.99**
Buy It Now
Free shipping



Orange Aluminum Chain
Protector Guard...
**$23.74**
Buy It Now
Free shipping



Rear CNC Chain Cover
Guard Protection...
**$25.15**
Buy It Now
Free shipping



CNC Front Clutch Fluid
Reservoir Tank...
**$4.75**
Buy It Now
Free shipping

 **Checkout**

How do you like our checkout? Tell us what you think

### Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

### Ship to

███████
375 West Briarcliff Rd
Bolingbrook, IL 60440-3825
United States
███████
Change

### Review item and shipping

Seller: racer_moto    Edit message
Message:  Item Id: 283841779417 Buyer's Vehicle: KTM



CNC Folding Extendable Brake Clutch Levers For KTM
DUKE 125 200 390 2014-2017
Color: Orange
**$29.99**

Quantity    [ 1 ⌄ ]

**Delivery**
Est. delivery: Oct 28 – Nov 17
Standard SpeedPAK from China/Hong Kong/Taiwan
**$2.00**

### Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

### Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount    [ None ⌄ ]

---

| | |
|---|---|
| Subtotal (1 item) | $29.99 |
| Shipping | $2.00 |
| Tax* | $2.00 |
| **Order total** | **$33.99** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

10/8/2020

ebay | Shop by category ⌄ | [Search for anything] | All Categories ⌄ | Search | Advanced

‹ Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Side Stands

✉ 📘 🐦 📌 | Add to Watchlist

✅ This fits a KTM | Select Year



### CNC Kickstand Side Stand Extension Enlarger Pad For KTM 1050 1090 1190 1290

| | |
|---|---|
| Condition: | **New** |
| Compatibility: | See compatible vehicles |
| Color: | Orange ⌄ |
| Quantity: | [1]   5 available |

Price: **US $15.96**

[ **Buy It Now** ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Shop with confidence**

Ⓢ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
racer_moto (885 ⭐)
99.7% Positive feedback

☐ Save this Seller
☐ Contact seller
☐ Visit store
☐ See other items

| 30-day returns | Longtime member |
|---|---|

Shipping: **$2.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, Guangdong, China
Ships to: Americas, Europe, Asia, Australia   See exclusions

Delivery: ⏵ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 🖽 💳 DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

💲 Have one to sell? [ Sell now ]



---

## Similar sponsored items 1/2

Feedback on our suggestions

‹

Kickstand Side Stand Plate Pad Extension For KTM 105...
**$12.64**
Free shipping
New

Large CNC Kickstand Side Stand Pad Plate Extension...
🇺🇸 U.S. STOCK
**$12.34**
~~$12.99~~
Free shipping
Seller 99.4% positive

CNC Kickstand Side Stand Extension Pad Fits KTM 105...
**$14.55**
~~$16.17~~
Free shipping
New

Side Kickstand Stand Extension Pad Plate Fit K...
**$12.57**
Free shipping
Seller 99% positive

CNC Kickstand Side Stand Extension Plate For KTM...
**$15.50**
Free shipping
New

Kickstand Side Stand Extension Pad Plate For KT...
**$12.55**
Free shipping
New

›

---

## Related sponsored items 1/2

Feedback on our suggestions

‹                    ›

Feedback 🖊











Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Body & Frame > Fairings & Body Work | Add to Watchlist

This fits a KTM | Select Year

Have one to sell? Sell now

# CNC Aluminum Rear Chain Protector Guard Cover For KTM 1290 Duke 1050 1190 ADV

Condition: New

Compatibility: See compatible vehicles

Colour: Orange

Quantity: 1 5 available

Price: US $23.99

Buy It Now

Add to cart

Add to Watchlist

30-day returns | Longtime member

Shipping: $2.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, Guangdong, China
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: Estimated between Wed. Oct. 28 and Tue. Nov. 17
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

racer_moto (885 ★)
99.7% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Moto CNC Clutch slave cylinder guard protector F...
$22.99
Free shipping
New

Aluminum Rear Brake Master Cylinder Guard...
$12.59
~~$13.99~~
+ $2.00 shipping
Seller 100% positive

Clutch Cover & Pressure Plate For KTM 1290 Super...
$99.99
Free shipping
Seller 100% positive

Front Reservoir Guard For KTM 1050 1190 1290 Super...
$23.00
Free shipping
Seller 99.3% positive

CNC Rear Brake Master Cylinder Guard Cover...
$15.75
Free shipping
Seller 99.1% positive

Motor CNC Rear Brake Master Cylinder Guard...
$15.68
Free shipping
New

## Related sponsored items 1/2

Feedback on our suggestions

Feedback

Hi ▓▓▓▓ | Daily Deals | Brand Outlet | Help & Contact          Sell | Watchlist ⌄ | My eBay ⌄     🔔¹    🛒

ebay | Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

< Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers          ✉ f 🐦 📌 | Add to Watchlist

ⓘ  Check if this part fits your vehicle    Contact the seller



**10pcs**





$ Have one to sell?  **Sell now**

### Fuel Filter Element For Honda Yamaha Motorcycle Dirt Bike ATV Go KART Buggy KTM

Condition:  New

Numbers:  - Select -  ⌄

Quantity:  [ 1 ]        More than 10 available

Price:  **US $4.23**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping**   |   30-day returns   |   Longtime member

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: HangZhou, China
Ships to: Worldwide  See exclusions

Delivery:  ⏩ Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  ●●  ⬛AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  30 day Buyer pays for return shipping | See details

#### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
racer-club (896 ⭐)
97.7% Positive feedback

♡ **Save this Seller**
Contact seller
Visit store
See other items



---

Similar sponsored items 1/2                                    Feedback on our suggestions



Motorcross Handguard Hand Guards for Yamaha...
$19.51
$20.98
Free shipping
Seller 99.1% positive

7/8" 22mm Handlebars Handle Bars Tube For Dirt...
$23.50
Free shipping
New

22mm 7/8" Rubber Hand Grip Handle Bar Throttle...
$4.74
$4.99
Free shipping
New

Hydraulic Clutch Slave Cylinder CNC For Dirt Pit...
$18.99
Free shipping
Seller 99.3% positive

Motorcycle Universal Handguard Hand Guard for...
$37.07
Free shipping
Seller 99.3% positive

Pro Taper 1 1/8" Handlebar Fat Bar Pad For YAMAHA...
$11.99
Free shipping
Almost gone

---

Sponsored items from this seller 1/2                          Feedback on our suggestions





Fuel Filter Element For Motorcycle KTM SSR Dirt P...
$6.14
Free shipping



62 Links Electric Starter Chain For 50cc-125cc ATV...
$5.80
Free shipping

M10x1.25 Banjo Bolt For Pit Bike ATV Go Kart Moped...
$3.37
Free shipping



Throttle With Speed Limiter Bolt For Honda Yamaha...
$28.37
Free shipping



Gas Fuel Tank Cap Cover For 50cc-160cc Chinese Pi...
$11.70
Free shipping



Motorcycle Oil Cooler Radiator M10x1.25 +8/10m...
$16.72
Free shipping

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 174109490072

Last updated on Sep 28, 2020 03:13:08 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | RacerClub |
| Manufacturer Part Number: | Does Not Apply | | |

---

Plastic Fender Fairing Kits For 2 Stroke 47cc 49cc Apollo Orion Mini Dirt Bike
12.72 USD
Buy it now
Free shipping

Steering Stem Nut For Dirt Pit Bike 90cc 110cc 125cc 150cc 180cc 190cc SSR Stomp
9.09 USD
Buy it now
Free shipping

Manifold Intake Pipe For Zongshen Z190 190cc ZS1P62YML-2 Pit Dirt Bike
13.45 USD
Buy it now
Free shipping

7/8 Hand Guard For Pit Dirt Bike ATV Taotao Roketa SSR CRF 50 Sunl Kazuma KTM
42.33 USD
Buy it now
Free shipping

Plastic Fairing Body Kits+Screws+Tank+Vent Valve For Honda XR50 CRF50 Dirt Bike
50.10 USD
Buy it now
Free shipping

CNC Front Wheel Rim Hub 12mm Alex Hole For Z50 Z50J Disc Disk Brake Monkey Bike
49.10 USD
Buy it now
Free shipping

---

**Fuel Filter Element For Honda Yamaha Motorcycle Dirt Bike ATV Go KART Buggy KTM**

10pcs














**Product Description**

Condition: New.

Quality: Each Product Will Be Checked Very Carefully Before Shipping.

Fitment: Dimension:
Length: 32mm (1-1/4")
Width: 23mm (15/16")
Inner Dia.: 8mm(5/16")

Fuel Filter Element For Cruiser Chopper Bobber Yamaha Honda Suzuki Kawasaki KTM Aprilia Ducati Motorcycle Monkey Bike ATV Quad Go Kart Buggy Snowmobile Motocross.

Quantity:Please Choose The Quantity You Want To Order.

**Please Check The Pictures And Description Carefully Before Your Purchase To Make Sure It's The Correct Product you Need.**

**Payment**

◆PayPal is the only online payment method we accept.Please ensure you have a valid/confirmed PayPal account prior bidding.Payment must be received in 7 days after the auction ended.

◆If payment is not received by due date,Ebay will be notified and an unpaid item dispute may be issued.

**Shipping**

◆We only ship to the confirmed Ebay address.Please make sure your address in Ebay matches the address you would like us ship to.

◆The item will be send out within 1 business day once your payment is completed(excludes weekends & holidays).

◆Please kindly noted that all items will be shipped from China.Once your parcel was shipped out,we will email you the tracking number.

◆**Shipping Time:**

10-15 business days to United States/Russia(Standard Shipping From China).
16-25 business days to Canada(Economy Shipping From China).
18-35 business days Australia/NewZealand/Europe(Economy Shipping From China).
25-45 business days Other Areas/Countries(Economy Shipping From China).

**Return**

◆Return is accepted within 30 days after the buyer's receiving the item.If this item is defective upon receipt, buyer has up to 30 days from date of receipt for exchange of a new one.

◆If you are not completely satisfied with your purchase, you may return it to us for a prompt exchange or we will refund your payment.Unused/unopened merchandise will be fully credited.

**Contact Us**

◆We are on work from Monday to Saturday.All the email will be replied within one business day.And we don't work on Sunday or local public holiday.We apologize for the late reply during the holidays.

◆If you have any questions,please feel free to email us,we will try to reply your every question as soon as possible.Thank you.

**Feedback**

◆Please don't leave us any low detailed ratings,negative or neutral feedback.We understand the concerns and frustrations you might have, please give us the opportunity first to resolve the issues for you.

◆We 100% assure you that we can solve any issue regarding your purchase.Thank you.

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

| 19mm Carburetor + Air Filter For 50cc 90cc 110cc 125cc ATV Dirt Pit Bike Go Kart | Exhaust Muffler Pipe Gasket For GY6 125cc 150cc Moped Scooter Taotao JCL Qingqi | ATV Primary Drive Clutch Puller Tool For Polaris 1985-2011 287 0506 Replace PP307 | ATV Air Filter Cleaner For Polaris Ranger 7081308 400cc 500cc Crew XP 700 800cc | 14x18 Right Racing Adelin Hydraulic Brake Master Cylinder Lever For Dirt Pit Bik |
|---|---|---|---|---|
| 26.56 USD | 3.62 USD | 21.70 USD | 20.00 USD | 56.03 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

powered by
PushAuction

---

## Sponsored items based on your recent views 1/3

Feedback on our suggestions

    

| 12V 35W Headlight For 2017 2018 KTM EXC XCF SX F... | Moto ktm 990 super duca deserto Hot Rod Magliette... | 1/4" Fuel Filter For Dirt Bike ATV Go Kart Buggy... | Frame Guard Cover Protector for KTM SX EXC... | Headlight Lamp For KTM EXC XCF SX F SMR Enduro... | No Drag Mach Style Motorcycle Riding... |
|---|---|---|---|---|---|
| $23.64 | $10.81 | $4.58 | $19.98 | $32.73 ~~$34.82~~ | $65.26 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

---

## More from this seller 1/2

Feedback on our suggestions

     

| 62 Links Electric Starter Chain For 50cc-125cc ATV... | Throttle With Speed Limiter Bolt For Honda Yamaha... | Gas Fuel Tank Cap Cover For 50cc-160cc Chinese Pi... | Left Adelin Brake Clutch Master Cylinder Hydraulic... | Mikuni 26mm Carburetor 38mm Air Filter Mainfold... | Tall Seat For Dirt Pit Bike Honda XR50 CRF50 SSR... |
|---|---|---|---|---|---|
| $5.80 | $28.37 | $11.70 | $74.11 | $46.82 | $22.19 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

---

Back to search results

Return to top

More to explore : Go Kart Tire Go Kart Parts, Racing Go Kart Part Go Kart Parts, Mini Bike Wheel Go Kart Parts, Go Kart Fuel Tanks for Parts, Racing Go Kart Tire Go Kart Parts, Unbranded Fuel Filters for Honda Element, Unbranded Motorcycle Fuel Filters for KTM, Honda Filters for Honda Element, Filter Motorcycle Fuel Filters for Yamaha, Honda Motorcycle Fuel Filters for Honda

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi [blacked out] ▾    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ▾    My eBay ▾    🔔 1    🛒

eBay    Shop by category ▾    🔍 Search for anything    All Categories ▾    Search    Advanced

❮ Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

✉ f 🐦 📌 | Add to Watchlist

---

ⓘ  Check if this part fits your vehicle    Contact the seller



**10pcs**




💲 Have one to sell?    Sell now

### Fuel Filter Element For Honda Yamaha Motorcycle Dirt Bike ATV Go KART Buggy KTM

Condition:  New

Numbers:   - Select - ▾

Quantity:  1    More than 10 available

Price: **US $4.23**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping**    30-day returns    Longtime member

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: HangZhou, China
Ships to: Worldwide    See exclusions

Delivery:  ⏩ Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  💳  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
racer-club (896 ★)
97.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---



Similar sponsored items 1/2    Feedback on our suggestions

Motorcross Handguard Hand Guards for Yamaha...
$19.51
$20.98
Free shipping
Seller 99.1% positive

7/8" 22mm Handlebars Handle Bars Tube For Dirt...
$23.50
Free shipping
New

22mm 7/8" Rubber Hand Grip Handle Bar Throttle...
$4.74
$4.99
Free shipping
New

Hydraulic Clutch Slave Cylinder CNC For Dirt Pit...
$18.99
Free shipping
Seller 99.3% positive

Motorcycle Universal Handguard Hand Guard for...
$37.07
Free shipping
Seller 99.3% positive

Pro Taper 1 1/8" Handlebar Fat Bar Pad For YAMAHA...
$11.99
Free shipping
Almost gone

---



Sponsored items from this seller 1/2    Feedback on our suggestions








Fuel Filter Element For Motorcycle KTM SSR Dirt P...
$6.14
Free shipping

62 Links Electric Starter Chain For 50cc-125cc ATV...
$5.80
Free shipping

M10x1.25 Banjo Bolt For Pit Bike ATV Go Kart Moped...
$3.37
Free shipping

Throttle With Speed Limiter Bolt For Honda Yamaha...
$28.37
Free shipping

Gas Fuel Tank Cap Cover For 50cc-160cc Chinese Pi...
$11.70
Free shipping

Motorcycle Oil Cooler Radiator M10x1.25 +8/10m...
$16.72
Free shipping

---

**Description**   **Shipping and payments**     Report item

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: HangZhou, China

Shipping to: Worldwide

Excludes: Africa, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Laos, Macau, Taiwan, Bermuda, Greenland, Saint Pierre and Miquelon, Bolivia, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Suriname, Uruguay, Venezuela, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.)

Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Oct. 29 and Wed. Nov. 18** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 2 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods

PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**

**Special financing available**

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/3    Feedback on our suggestions



Hi ▮▮▮▮ | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist ⌄ | My eBay ⌄



ebay | Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

Home > Community > Feedback forum > Feedback profile

## Feedback profile

 eBay **MONEY BACK GUARANTEE**



**racer-club** (896 ★) 🗖 ⓘ
**Positive Feedback (last 12 months): 97.7%** ⓘ
Member since: Jan-24-17 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

| | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 50 | 224 | 373 |
| ◐ | Neutral | 0 | 4 | 5 |
| ➖ | Negative | 0 | 4 | 8 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (322) | ★★★★★ (351) |
| **Shipping speed** | **Communication** |
| ★★★★★ (316) | ★★★★★ (342) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

8 Feedback received (viewing 1-8)　　　　　　　　　　　　　　　　　　　　Revised Feedback: 0 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars 🔍

Rating type: Negative (8) ⌄　　Period: 12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Have problem with PayPal not giving credit for payment of order**<br>Black Foam Seat For 2 Stroke 47cc 49cc Kids Mini Dirt Bike ATV Quad 4 Wheeler (#174073066531) | Buyer: w***1 (3)<br>US $16.72 | Past 6 months<br>Reciprocal feedback |
| ➖ **This doesn't even fit on a klx110**<br>Engine Skid Plate For Chinese Made KLX110 Dirt Pit Bike 90cc 110cc 125cc 140cc (#174089719867) | Buyer: a***l (116★)<br>US $21.90 | Past 6 months<br>Reciprocal feedback |
| ➖ **Received damaged. Can not use, and I've been waiting all week for a resolution.**<br>60mm Cylinder Gasket Piston Set For Zongshen 1P60YMJ Z155 155cc Engine Dirt Bike (#174318635413) | Buyer: r***e (35★)<br>US $130.49 | Past 6 months<br>Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Does not fit. Do not buy this i have a 09 yz450f and it does not get tight**<br>Dirt Fuel Tank Cap For Yamaha YZ 125/250 250F 450F 85 WR250F 450F Suzuki Kawasak (#174087746297) | Buyer: j***c (32★)<br>US $23.42 | Past 6 months<br>Reciprocal feedback |
| Reply by racer-club. Left within past 6 months.<br>Please contact us to solve it if the product has any other question. | | |
| ➖ **I've been waiting for two months**<br>(Private listing) | Buyer: i***o (119★)<br> | Past year<br>Reciprocal feedback |
| ➖ **The grips fit very loose. It's been difficult to get them to stay on with glue**<br>Throttle Handle Grips For 50-250cc Pit Dirt Trail Bike Motor XR50 CRF50 KLX110 (#173983154405) | Buyer: n***l (104★)<br>US $4.52 | Past year<br>Reciprocal feedback |
| ➖ **So not buy it came apart and broke after 3 minutes of use evey buyer beware of**<br>50" Upgraded Hydraulic Brake System For Baja Doodlebug DB30 Motor Mini Bike (#174048414785) | Buyer: e***_ (86★)<br>US $40.20 | Past year<br>Reciprocal feedback |
| ➖ **Air filter does not mount to stock carburetor properly**<br>Air Filter Adapter For 6.5 HP GX160 GX200 Go Kart Predator 212cc Cart Mini Bike (#174085884667) | Buyer: v***6 (10★)<br>US $25.91 | Past year<br>Reciprocal feedback |
| Reply by racer-club. Left within past year.<br>Our this air filter is only fit the model of we listed, please check if matched. | | |

**Page 1 of 1**　　　← 1 →

| Member Quick Links | Contact member<br>View items for sale | Suggested Next | Leave Feedback<br>Reply to received Feedback |
|---|---|---|---|



Hi ███ | Daily Deals  Brand Outlet  Help & Contact                    Sell  Watchlist ⌄  My eBay ⌄

Shop by category ⌄    Search for anything    All Categories ⌄    Search    Advanced

racer-club (896 ★)
97.7% positive feedback

Items for sale    Visit store    Contact

Based in China, racer-club has been an eBay member since Jan 24, 2017

♡ Save

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 322 | Item as described | |
| ★★★★★ 342 | Communication | |
| ★★★★★ 316 | Shipping time | |
| ★★★★★ 351 | Shipping charges | |

● 373 Positive   ● 5 Neutral   ● 8 Negative

Feedback from the last 12 months

Thanx! Fast shipping
Oct 05, 2020

See all feedback

● ● ● ● ●

49 Followers | 0 Reviews | Member since: Jan 24, 2017 | China

## Items for sale(3672)

See all items


1" 25mm Rear Wh...
US $13.50    7h left


1" 25mm Rear Wh...
US $13.50    7h left


1" 25mm Rear Wh...
US $13.50    7h left


1" 25mm Rear Wh...
US $13.50    7h left


5/8" Billet Alu...
US $14.28    7h left



About eBay  Announcements  Community  Security Center  Resolution Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search this Store This Store Search Advanced

eBay › eBay Stores › racer-club

# racer-club

49 followers | racer-club (896 ★) 97.7%

Save this seller

**Category**

**All**

eBay Motors

Parts & Accessories

Home & Garden

Yard, Garden & Outdoor Living

Show More

**All Listings** Auction Buy It Now Time: ending soonest

1-48 of 1,846 Results

1" 25mm Rear Wheel Hubs For Both 1/4"-28 and 5/16"-24 Bolts Go Kart Drift Trike
$13.50
Free shipping
From China

5/8" Billet Aluminum Front Wheel Hub For Go Kart Cart Mini Bike Drift Trike
$14.28
Free shipping
6 sold
From China

Front/Rear Wheel Rim Hub 12mm Alex Hole For Z50 Z50J Disc Disk Brake Monkey Bike
$35.06 to $36.89
Free shipping
From China

Nylon Chain Slider Swing Arm Guard Protector Guide For 50-160cc Chinese Pit Bike
$3.02 to $11.94
Free shipping
From China

Racing Ignition Coil For 50cc 70cc 90cc 110cc 125cc 140cc 150cc 160cc Pit Dirt
$7.26
Free shipping
From China

1-1/4" 32mm Rear Wheel Hub For 1/4"-28 Or 5/16"-24 Bolts Go Kart Cart Drift Trik
$13.50
Free shipping
From China

1/4" Fuel Filter For Dirt Bike ATV Go Kart Buggy Motorcycle Motocross Lawn Mowe
$4.58 to $22.86
Free shipping
From China

Motocross Dirt Pit Bike Ignition Coil For CRF150 CRF230 XL250 XL250R RM125 RM250
$9.09
Free shipping
From China

Air Filter For John Deere M84655 LG272490S GT235 LTR166 Woods Jacobsen Grasshopp
$9.79 to $15.15
Free shipping
From China
Brand: John Deere

Air Filter For Briggs & Stratton 394018 392642 4135 5050B 5050H Jacobsen 5000441
$9.79 to $15.15
Free shipping
From China
Brand: Briggs & Stratton

Air Filter For STIHL 4144-124-2800 FS56R FS56RC HT56C FS70C FS70RC FS50C FC70C

$4.23 to $12.35
Free shipping

From China
Brand: STIHL



Air Filter for STIHL 4144-124-2800 KM56C KM56RC FC56C FS40 FS40C FS50 FS56C FS56

$4.23 to $12.35
Free shipping

From China
Brand: STIHL



Air Filter For Honda 17211-ZL8-023 GC135 GCV135 GC160 GCV160 GXV57 GCV190 GX100

$5.80 to $24.98
Free shipping

From China
Brand: Honda



Air Filter For Honda HRS216 HRT216 HRX216 HRZ216 Lawn Mower 17211-ZL8-023 HRT217

$5.80 to $24.98
Free shipping

From China
Brand: Honda



CNC Aluminum Gas Fuel Tank Cover Cap For Chinese Made Pit Dirt Motor Trail Bike

$7.99
Free shipping

From China



Brake Pads For Thumpstar SSR Demon Stomp Pit Bike 50cc 70cc 110cc 125cc 140cc

$5.15
Free shipping

From China



Dirt Pit Bike Brake Pads SR70-C SR110-DX SR110-A1 SR125-A1 SR110-Semi SR125-Semi

$5.15
Free shipping

From China



Ignition Coil For Lawn Boy 22240 10600 10601 10650 10700 10700 10725 10735 11000

$13.67
Free shipping

From China
Brand: Lawn-Boy



Ignition Coil For Lawn Boy 10201 10600 99-2916 99-2911 92-1152 684048 684049 102

$13.67
Free shipping

From China
Brand: Lawn-Boy



Starter Chain Tensioner Guide For ATV 50 90 110cc 125cc Taotao Sunl Kazuma Tank

$5.80
Free shipping
20 sold

From China



Manifold Intake Pipe For Daytona Anima 150cc 190cc FSM FDX FLX Engine

$13.45
Free shipping

From China



Manifold Intake Pipe For Zongshen Z190 190cc ZS1P62YML-2 Pit Dirt Bike

$13.45
Free shipping

From China
Brand: Zongshen



30mm Inlet Pipe Intake Manifold For CG250 250cc 200cc Dirt Bike Go Kart Quad ATV

$8.49
Free shipping

From China



Outboards Oil Fuel Filter For Yamaha 69J-24501-10-00 F150 F200 F225 F250 LF250

$15.64 to $86.62
Free shipping

From China



Front Brake Cable Link Set For Yamaha Moto-4 Blaster Timberwolf Grizzly Breeze

$14.54
Free shipping
Only 1 left!

From China
Brand: Yamaha



30mm Carb PZ30 Carburetor Cable Choke Lever For 200cc 250cc ATV Pit Dirt Bike

$21.19
Free shipping

From China



Gas Carb Throttle Cable For Pit Dirt Bike 200cc 250cc Engine ATV Quad Motorcycl

$8.85
Free shipping

From China



Hand Choke Carburetor For YAMAHA TTR125 YZ80 DT175 BW200 125-250cc Dirt Pit Bike

$53.85
Free shipping

From China
Brand: Yamaha



28mm Mikuni Carburetor For 125cc 140cc 150cc 160cc 200cc 250cc Dirt Pit Bike

$53.85
Free shipping

From China
Brand: Mikuni



Fuel Oil Filter For Yamaha TE125 SMS4 125 FANTIC CABALLERO 250 TF ES YFM250R RAP

$5.20 to $24.98
Free shipping

From China



Oil Filter For Yamaha HUSQVARNA YFM WR 450 XT YFZ YBR 250 TE SM EC YZ CABALLERO

$5.20 to $24.98
Free shipping

From China



Oil Filter For Yamaha WR250F WR450F WR250X WR250R YFZ450X YFZ450R GAS EC250

$5.20 to $24.98
Free shipping

From China



Oil Filter For Yamaha XT250 YZ250 YZ250F YZ450F WR450F 2009 2010 2011 2012 2013

$5.20 to $24.98
Free shipping

From China



Ignition Coil For ATV Sprotsman Predator Scrambler YFM 200 YFM225 YFM250 YFM350

$9.09
Free shipping

From China



Aluminum Boost Power Bottle+Intake Pipe Gasket For 2 Stroke 47 49cc Mini ATV Dir

$21.09
Free shipping

From China



Carburetor+Air Filter+Adapter Vstack+Fuel Hose For Mini Dirt Pocket Bike Scooter

$28.79
Free shipping

From China



Carburetor + Air Filter +Adapter Vstack+Fuel Hose For Mini Dirt Bike Pocket Bike

$28.79
Free shipping

From China



Air Filter + Adapter Vstack+Fuel Hose For Mini Dirt Bike Pocket Bike Gas Scooter

$17.82
Free shipping

From China





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Include description

Items for sale from **racer-club** (896 ) | Save this seller | Show results from all sellers

### Categories

**eBay Motors**

- Other Motorcycle Handlebars, Grips & Levers
- Other Motorcycle Parts
- Motorcycle Fairings & Bodywork
- Motorcycle Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (90)

**Price**

- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

racer-club (896 )
Feedback rating: 896
Positive Feedback: 97.7%
Member since Jan-24-17 in Hong Kong

Read feedback profile
Add to my favorite sellers

Sponsored items for you

Fuel Filter Element For Honda Yamaha ...
$4.23
Buy It Now
Free shipping

All Listings | Auction | Buy It Now — Sort: Best Match — View:

**90** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106-1445
Clear selections

0 matching results

Find Results

12V 35W Headlight For 2017 2018 KTM EXC XCF SX F SMR Enduro Dirt Bike W SXF 450
Brand New
**$23.64** From China
Buy It Now
**Free Shipping**

Fuel Gas Tank Tap Switch For KTM 50 Jr Junior SX Adventure 2002 - 2014 Dirt Bike
Brand New
**$25.52** From China
Buy It Now Brand: KTM
**Free Shipping**
Watch

Plastic Front Fender Mudguard For XR250R XL Kawasaki Honda KTM Dirt Motor Bike
Brand New
**$17.79** From China
Buy It Now
**Free Shipping**
Watch

Carburetor Filter For 45131001100 45231001200 C064513100 KTM SX 50 Dirt Bike
Brand New
**$32.02** From China
Buy It Now
**Free Shipping**

Front Fender For Honda/KTM KX KLX 125 450 WR450 YZ125 250 Motorcycle Dirt Bike
Brand New
**$15.84** From China
Buy It Now
**Free Shipping**

Rubber Intake Pipe Manifold Boot Reed Valve For KTM 50 SX Pro Senior KTM SX 50SX
Brand New

$23.64
Free shipping



$35.39
Buy It Now
Free Shipping

From China
Brand: KTM

👁 Watch



1/4" Fuel Filter For Dirt
Bike ATV G...
$4.58
Buy It Now
Free shipping



Polypropylene S2 12V 35W KTM Headlight For Pit Dirt Trail Motor Bike Motorcycle
Brand New
$19.39
Buy It Now
Free Shipping

From China



Frame Guard Cover
Protector for KTM S...
$19.98
Buy It Now
Free shipping



Front Fender For Honda XR250R XR400R XL125 Yamaha Suzuki KTM Dirt Bike Motorcycl
Brand New
$13.45
Buy It Now
Free Shipping

From China



No Drag Mach Style
Motorcycle Riding ...
$65.26
Buy It Now
Free shipping



Reed Valve For KTM 50SX 65SX 50 Pro Senior Membrane Housing SX 46030051144 04-08
Brand New
$21.09
Buy It Now
Free Shipping

From China
Brand: KTM

👁 Watch



SSPEC Carbon Fiber
Motorcycle Backpac...
$47.99
Buy It Now
Free shipping



Flywheel Puller Remover 33mm For CN250 YFZ450 KTM 625 690 GSXR 750 Polaris 500
Brand New
$26.56
Buy It Now
Free Shipping

From China
Brand: KTM

👁 Watch



Universal Motorcycle
Backpack Carbon ...
$52.89
Buy It Now



Hand Guard For 7/8" Handlebar ATV Quad Pit Dirt Bike Kayo Taotao SSR TTR KTM
Brand New
$42.33
Buy It Now
Free Shipping

From China

👁 Watch



2x 320mm Rear Air Shock
Gas Absorbers...
$79.99




7/8" Hand Guard For Pit Dirt Bike ATV Taotao Roketa SSR CRF50 Sunl Kazuma KTM
Brand New
$42.33
Buy It Now
Free Shipping

From China

👁 Watch

27/24mm Magneto Flywheel Puller For Kawasaki Yamaha Honda KTM Suzuki Scooter ATV
Brand New

Buy It Now
Free shipping
**Almost gone**



1 Year Warranty

13.5" 340mm Rear Air
Shocks Absorbers...
**$65.56**
Buy It Now
Free shipping



320mm Air Gas Shock
Absorbers Suspens...
**$149.99**
Buy It Now
Free shipping
**Last one**



Motorcycle ktm 990 super
duke desert ...
**$12.97**
Buy It Now
Free shipping



**$10.17**
Buy It Now
Free Shipping
👁 Watch

From China



**Yellow Muffler Exhaust Pipe Wash Plug For 2 Stroke KTM 80 250 ATV Quad 4 Wheeler**
Brand New
**$4.39** to **$6.42**
Buy It Now
Free Shipping

From China
Brand: KTM



**12V 35W Headlight Head Light For KTM EXC XCF SX F SMR Enduro Dirt Bike F SX 125**
Brand New
**$43.78**
Buy It Now
Free Shipping
👁 Watch

From China



**Rear Fender For Honda KTM MX Endure DR DRZ RMZ TTR XR CRF KDX KLR KLX Dirt Bike**
Brand New
**$20.61**
Buy It Now
Free Shipping

From China



**Fuel Gas Tank For KTM 50 50cc Jr Junior SX Adventure 2002 - 2014 Dirt Motor Bike**
Brand New
**$38.01**
Buy It Now
Free Shipping
👁 Watch

From China
Brand: KTM



**Gas Fuel Tap Petcock Switch Valve For Acerbis KTM Husaberg Husqvarna Motorcycle**
Brand New
**$21.09**
Buy It Now
Free Shipping
👁 Watch

From China
Brand: Acerbis



**Front Fender For Honda XR250R 400R XL125 Yamaha Suzuki Kawasaki KTM Pit Dirt Bik**
Brand New
**$17.79**
Buy It Now
Free Shipping
👁 Watch

From China
Brand: Honda

**Clutch Pad For 50cc Engine KTM50 JUNIOR SR KTM 50SX SX JR Pro Senior 2002-2008**
Brand New



$16.24
Buy It Now
Free Shipping
👁 Watch

From China
Brand: KTM

**165mm Kick Starter Lever For KTM50 KTM 50cc SX Junior Mini Adventure 2002 - 2008**
Brand New



$23.57
Buy It Now
Free Shipping
👁 Watch

From China
Brand: KTM

**Motorcycle 12V Headlight Front Light For Honda KTM Suzuki Kawasaki Yamaha**
Brand New



$32.02
Buy It Now
Free Shipping

From China

**Fuel Filter Element For Motorcycle KTM SSR Dirt Pit Bike CRF50 KLX110 TTR125**
Brand New



$6.14 to $12.40
Buy It Now
Free Shipping

From China
Brand: KTM

**Fairing Fender Kits For KTM50 MTK50 MT50 KTM 50cc Dirt Bike Adventure SX SR JR**
Brand New



$34.19
Buy It Now
Free Shipping
👁 Watch

From China
Brand: KTM

**Fairing Fender Kits For KTM50 Mini Senior Junior Adventure SX SR JR KTM 50cc MT**
Brand New



$34.19
Buy It Now
Free Shipping

From China

**Short 2nd Oil Filter For KTM 690 Beta RR Enduro Polaris Outlaw 450 MXR #2520755**
Brand New



$6.20
Buy It Now
Free Shipping
👁 Watch

From China
Brand: KTM

**Orange 12V Headlight Front Light For Honda KTM Suzuki Kawasaki Yamaha Motorcycle**
Brand New



**$32.02**
Buy It Now
**Free Shipping**
👁 Watch

From China

---

[Polypropylene S2 12V 35W KTM Headlight For Pit Dirt Trail Motor Bike Motorcycle](#)
Brand New

**$35.93**
Buy It Now
**Free Shipping**
👁 Watch

From China



---

[Fuel Petcock Switch Valve Tap For Pit Dirt Bike Yamaha Suzuki Honda Kawasaki KTM](#)
Brand New

**$10.57**
Buy It Now
**Free Shipping**
👁 Watch

From China



---

[Fuel Petcock Switch For Acerbis 0001203 204423-0997 KTM 55007005200 78007004000](#)
Brand New

**$21.09**
Buy It Now
**Free Shipping**
👁 Watch

From China
Brand: Acerbis



---

[PWK 28MM Carburetor For Yamaha DT100 KTM Honda RTL250 Suzuki Kawasaki 2 Stroke](#)
Brand New

**$32.02**
Buy It Now
**Free Shipping**
👁 Watch

From China
Brand: Yamaha



---

[Fuel Filter Element For Honda Yamaha Motorcycle Dirt Bike ATV Go KART Buggy KTM](#)
Brand New

**$4.23** to **$11.27**
Buy It Now
**Free Shipping**

From China
Brand: KTM



---

[Throttle Handle Grips For Honda Yamaha Suzuki Kawasaki KTM Pit Dirt Motor Bike](#)
Brand New

**$5.20**
Buy It Now
**Free Shipping**
👁 Watch

From China

---

[White 12V Front Light Headlight For Motorcycle Honda KTM Suzuki Kawasaki Yamaha](#)
Brand New

 **Checkout**

How do you like our checkout? <u>Tell us what you think</u>

### Pay with

○ 💳 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. <u>See terms</u>

### Ship to

███████████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
███████████

<u>Change</u>

### Review item and shipping

Seller: racer-club      |      <u>Message to seller</u>



Fuel Filter Element For Honda Yamaha Motorcycle Dirt Bike ATV Go KART Buggy KTM
Numbers: 1 Piece

**$4.23**

Quantity [ 1 ▼ ]

**Delivery**
Est. delivery: Oct 29 – Nov 18
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

### Gift cards, coupons, eBay Bucks

Enter code: [_____]    [ Apply ]

### Donate to charity (optional) ⓘ

Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount   [ None ▼ ]

---

| | |
|---|---|
| Subtotal (1 item) | $4.23 |
| Shipping | Free |
| Tax* | $0.26 |

**Order total** **$4.49**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
<u>See details</u>

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u> ⓘ

✓ Norton SECURED

10/9/2020



Check if this part fits your vehicle    Contact the seller



## 12V 35W Headlight For 2017 2018 KTM EXC XCF SX F SMR Enduro Dirt Bike W SXF 450

Condition: New

Color: - Select -

Quantity: 1    7 available / 1 sold

Price: US $23.64

Buy It Now

Add to cart

Add to Watchlist

Free shipping    30-day returns    Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Worldwide    See exclusions

Delivery: Estimated between Thu. Oct. 29 and Wed. Nov. 18
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
racer-club (896 ★)
97.7% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?    Sell now

## Similar sponsored items 1/2



Feedback on our suggestions

Swingarm Protector KTM EXC-F 250 350 2012-2019...
$19.73
$20.92
Free shipping
Seller 99.6% positive

Frame Guard Cover Protector for KTM SX EXC...
$19.98
Free shipping
New

Universal Headlight Assemblies Headlamp Lig...
$23.72
Free shipping
New

Black Frame Guards Covers Protectors For KTM SX SXF...
$22.54
Free shipping
New

Frame Guard Cover Protector for KTM SX EXC...
$18.99
$20.42
Free shipping
Seller 99.3% positive

Frame Guard Fairing Cover Protector For KTM SX-F...
$19.94
Free shipping
New

## Sponsored items from this seller 1/2

Feedback on our suggestions



10/9/2020



ebay    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    Search    Advanced

‹  Back to search results  | Listed in category:  eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Other Motorcycle Parts                    ✉ f 📌 🐦  | Add to Watchlist

ⓘ  Check if this part fits your vehicle    Contact the seller





$ Have one to sell?  **Sell now**

### Plastic Front Fender Mudguard For XR250R XL Kawasaki Honda KTM Dirt Motor Bike

Condition:  New

Price:  **US $17.79**

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

**Free shipping**    30-day returns    Longtime member

Shipping:  **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: HangZhou, China
Ships to: Worldwide  See exclusions

Delivery:  📦 Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  🔴🟠  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
racer-club (896 ⭐)
97.7% Positive feedback

✩ **Save this Seller**
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2                                                                            Feedback on our suggestions



White Front Fender For XR250R XR400R Yamaha...
**$13.55**  ~~$14.57~~
Free shipping
New

Motorcycle Rear Wheel Cover Fender Splash Guar...
**$12.34**  ~~$12.99~~
+ $2.00 shipping
New

Black Plastic Race Motorcycle Rear Fender...
**$37.90**  ~~$39.89~~
Free shipping
New

Acerbis Super Motard Front Fender Black for Kawasaki...
**$34.13**
Free shipping
New

Front Fenders Motorcycle Dirt Bike Fairing Mud Guar...
**$27.26**  ~~$29.00~~
+ $3.50 shipping
New

Waterproof Cloth Rear Seat Bag Fit Motorcycle Dirt Bik...
**$35.00**
Free shipping
Seller 99.3% positive

---

### Sponsored items from this seller 1/2                                                                    Feedback on our suggestions



Blue Plastic Fender Kits Tall Seat For Honda XR50...
**$37.38**
Free shipping

33mmx51mmx13mm Suspension Front Fork Seal...
**$6.00**
Free shipping

Throttle With Speed Limiter Bolt For Honda Yamaha...
**$28.37**
Free shipping

Twin Piston Front Brake Caliper For Chinese Pit Dir...
**$20.24**
Free shipping

Chain Roller + Chain Slider For Pit Dirt Trail Motor Bike...
**$6.58**
Free shipping

China Roller + Chain Slider For Pit Dirt Trail Motor Bike...
**$6.51**
Free shipping














Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheels & Rims
eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheel Hub Assemblies

| Add to Watchlist

People who viewed this item also viewed

2013-2019 KTM 19" Excel Rear Wheel...
$390.00
+ shipping

2016 KTM 250 SXF Excel 19" X 2.15"...
$289.95
+ shipping

KTM 18" Excel Rear Wheel 2000-2012...
$370.00
+ shipping

KKE 2.15*19" Mx Rear Wheels Set...
$299.00
+ $180.00 shipping

KKE Mx 1.6*21" Front Casting...
$189.00
+ $180.00 shipping

Check if this part fits your vehicle | Select Vehicle

SAVE UP TO 5% WHEN YOU BUY MORE

$ Have one to sell? Sell now

## 19" MX Rear Wheel Hub Spokes Set KTM SX SXF XC-F XC 125 150 250 350 450 12-19

Condition: New

Bulk savings: Buy 1 $300.99/ea | Buy 2 $291.96/ea | Buy 3 $288.95/ea

Compatibility: See compatible vehicles

Quantity: 1

3 available / 1 sold

Price: US $300.99/ea

$26 for 12 months with PayPal Credit*

~~US $334.43~~ (10% off)

Buy It Now | Add to cart | Add to Watchlist

30-day returns | Longtime member

Shipping: $100.00 Standard Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Wuxi, China
Ships to: United States See exclusions

Delivery: Estimated between Tue. Oct. 27 and Tue. Nov. 24
Please note the delivery estimate is greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, Mastercard, American Express, Discover

PayPal CREDIT
*$26 for 12 months. Minimum purchase required. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
racingboy8261 (11231 )
99.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Related sponsored items 1/2 | Feedback on our suggestions

Feedback

| | | | | | |
|---|---|---|---|---|---|
| NitroMX Graphic Kit for KTM SX SXF XC XCF 250 300... | NitroMX Graphic Kit for KTM SX SXF XC XCF 250 300... | KTM SX SXF XC XCF 125 150 250 350 450 2018 2019... | KTM FRONT BRAKE ROTOR GALFER 125 200 250 350... | NitroMX Graphic Kit for KTM SX SXF XC XCF 250 300... | Rear Brake Pedal Lever for KTM EXC SX XC XCW XCF... |
| $138.90 | $138.90 | $96.50 | $30.00 | $138.90 | $43.03 |
| Free shipping | Free shipping | + $29.50 shipping | + $23.00 shipping | Free shipping | $47.81 |
| | | | | | Free shipping |

**Description**   **Shipping and payments**   Report item

Seller assumes all responsibility for this listing.

Last updated on Oct 09, 2020 22:54:31 PDT  View all revisions

eBay item number: 143576984760

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel |
|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- |

Go

[show all compatible vehicles]

✓ This part is compatible with 83 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2019 | KTM | 125 | SX |
| | 2018 | KTM | 125 | SX |
| | 2017 | KTM | 125 | SX |
| | 2016 | KTM | 125 | SX |
| | 2015 | KTM | 125 | SX |
| | 2014 | KTM | 125 | SX |
| | 2013 | KTM | 125 | SX |
| | 2019 | KTM | 150 | SX |
| | 2018 | KTM | 150 | SX |
| | 2017 | KTM | 150 | SX |
| | 2016 | KTM | 150 | SX |
| | 2015 | KTM | 150 | SX |
| | 2014 | KTM | 150 | SX |
| | 2014 | KTM | 150 | XC |
| | 2013 | KTM | 150 | SX |
| | 2013 | KTM | 150 | XC |
| | 2012 | KTM | 150 | SX |
| | 2012 | KTM | 150 | XC |
| | 2019 | KTM | 250 | SX |
| | 2019 | KTM | 250 | SXF |

Page 1 of 5 ‹ 1 2 3 4 5 ›

Portions of the information contained in this table have been provided by racingboy8261

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Tarazon |
| Material: | Aluminum 7075 & Stainless Steel | Manufacturer Part Number: | RW19KTM651FBOR25-61-722 |
| Warranty: | yes | Rim Diameter: | 19in. |
| Bundle Description: | Wheel, Rim, Hubm Spokes, Spacers, Nipples | Type: | Spoked Wheel |
| Applicable Regions: | MX Offroad Dirt | Color: | Orange |
| UPC: | Does not apply | Surface Finish: | CNC |
| EAN: | Does not apply | Rim Width: | 2.15in |



**BRAKE DISC FACTORY**

racingboy8261 (11231 ⭐) 99.4%

✉ Sign up for newsletter

Search within store

Visit Store: **BRAKE DISC FACTORY**

Items On Sale   Super Bike Racing Rearsets   Super Bike Solid Brake Rotors   Offroad Wheels & Hubs   Super Bike Clip Ons



Feedback



Home    About us    Contact us

**Store Categories**

Super Bike Brake Rotors All  ›

Super Bike Wave Brake Rotors  ›

Super Bike Round Rotors

SuperMoto & MX Rotors  ›

ATV Rotors & Parts  ›

Super Bike Racing Rearsets  ›

Super Bike Radiators

Super Bike Racing Muffler

Super Bike Clip Ons  ›

Super Bike Racing Hooks

Super Bike Gas Cap  ›

Super Bike Frame Engine Slider  ›

Harley Davidson Accessories

KTM Accessories

Cafe Racer Parts

Offroad Wheels & Hubs

Offroad Billet Footpegs  ›

Offroad Radiators  ›

Offroad Bling Kits

Offroad Sprocket & Chain  ›

Offroad Bleeder Valves

Clutch & Brake Levers  ›

Brake Pads  ›

Other Motorcycle Parts  ›

Motorcycle Gear  ›

US Warehouse

Clearance Sales

Offroad Seat Cover

Clutch Friction Plate  ›

Oil Filters

overuning alternator pulley

Car Radiators

Starter Clutch ASSY  ›

ATV Clutch Set  ›

Valve Shims

Golf Accessories

Clutch Cable

Other

**US Buyer Note: Delivery time from US Warehouse is 1-5 working days!**



## Description

Fitment:

**KTM**
**SX125 13-14**

**SX125/150/250 15-19**

**XC150/250/300 12-14**

**SX150/250/350 12-14**

**SX-F250/350/450 13-14**

**SX-F250/350/450 15-19**

**XC250/300 15-16**

**XC-F250 12-13**

**XC-F250/350/450 15-19**

**XC-F350 12-14**

**With 25mm Wheel axle Spacers**

Item Included

Rear Wheel= **19" x 2.15"** with 36 Spokes

- Brand New Complete Set of Rear Spoked Wheel Hub Rim Set

- Color: Black Rims & Orange Hubs

- Professional quality wheel sets built of the best components available.

- 6061 T6 Aluminum CNC Machined Hub.

- IBlack 65 Mn Spokes with Nipples.

- 7075 T6 Alloy Rims.

- Including all the Bearings, Spacers and Seals you need

- Safety Standard Certification: DOT

- Compatible with OEM Brake Disc Rotor and Sprocket

Feedback


- Each wheel set have been tested, guaranteeing the best in quality and performance.

- Will last for years of top performance.

- Professional installation recommended.

- Worldwide Fast Delivery & Long Time Warranty

About us

### Why Choose us?

We are a professinal factory specialized in high quality aluminum motorcycle parts and accesseries from year 2004. our products cover almost all the brand ,bike type, all the motorcyle model and popular year on the market.

Main products including: brake disc rotors, levers , rearsets, clip ons , frame sliders, gas caps, wheel sets, footpegs, radiators ,forward controls and other aluminum parts.

We are A team, strong support for sales ,design and research, QC and logistic, enough capacity of manufature, ensure our customer have good service.

### Payment

We accept PayPal ONLY



### Shipping and Return

Item will be shipped whthin **1 business day** after your full payment has been received.

We have US, UK, AU and China warehouses delivery to worldwide.

We offer a 60-days 100% money back guarantee. Buyer pays return shipping and when we received will refund your money

We could not mark the item with " gift " , customs policy not allowed.

**Import duties, taxes and charges are not included in the item price and shipping cost.**

These charges are based on your local customs policy,and will be colleted by shipping company when you get the item.

### Contact us

Customer satisfaction is very important to us and welcome for any inquiry!

Welcome you to contact us directly through **EBAY MESSAGE** before you leave any comments. Due to different time zone, Pls forgive us maybe we couldn't reply you as quickly as you expected.

**Business seller information**

**Value Added Tax Number:** DE 320941507
GB 259742662

**Return policy**

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

Sponsored items based on your recent views 1/2

Feedback on your suggestions


Feedback







 **Pair**







2.15*19" Rear Wheel Rim 36 Holes For Ktm SX 125 150...
**$44.99**
~~$59.99~~
+ $70.00 shipping
Seller 99.6% positive

M4 0.7MM CNC Fork Air Bleeder Pressure Relief...
**$18.86**
~~$22.19~~
Free shipping
New

Pair CNC M4x0.7mm Orange Fork Air Bleeder...
**$10.19**
~~$11.99~~
Free shipping
New

M4 0.7MM CNC Fork Air Bleeder Pressure Relief...
**$9.85**
Free shipping
Seller 99.2% positive

Billet Rear Brake Oil Fluid Reservoir Fit KTM 1190 RC8...
**$34.80**
Free shipping
Seller 99.8% positive

For KTM Honda Kawasaki Suzuki Triumph Yamaha...
**$7.28**
~~$8.09~~
Free shipping
New

## Explore more sponsored options:









2003 03 Ktm 525Exc 525 Exc Rear Wheel Assembly...
**$279.99**
+ shipping

Warp 9 Racing Wheel Assembly, Rear SM, 4.25"...
**$225.00**
+ shipping
Popular

1992 SUZUKI DR650 SE DR 650 Rear Wheel Rim Hub...
**$99.00**
+ shipping

HardDrive Rear Spoked Wheel - 051-0446
**$248.83**
~~$293.95~~
+ $146.00 shipping

## More from this seller 1/2

Feedback on our suggestions













18" MX Rear Wheel Rim Hub Set for KTM SX SXF XCF X...
**$299.99**
~~$333.32~~
+ shipping

3.5/5.0 x 17" Supermoto Wheel Rim Set Orange Hu...
**$560.99**
~~$623.32~~
+ shipping

21" 18" KTM Complete Wheel Set Orange Hub Rim 150...
**$450.89**
~~$500.99~~
+ shipping

21" Front Wheel Rim Set Orange Hub KTM EXC SX...
**$298.99**
~~$332.21~~
+ shipping

255mm Rear Brake Disc Rotor Triumph Bonneville...
**$64.59**
~~$75.99~~
+ shipping

CNC Billet Supermoto MX Front Wheel Hub Set KTM...
**$130.99**
+ shipping

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                          Return to top
More to explore :   Motorcycle Spoked Wheels for KTM 125,   Motorcycle Spoked Wheels for KTM 450,   Motorcycle Spoked Wheels for KTM 250,   Motorcycle Spoked Wheels for KTM 150,
450 XC Motorcycle Repair Manuals & Literature,   Rear Wheel Hubs & Bearings for Ford F-150,   Motorcraft Rear Wheel Hubs & Bearings for Ford F-150,   Timken Rear Wheel Hubs & Bearings for Ford F-150,
Motorcraft Rear Wheel Hubs & Bearings for Ford F-350,   Rear Hub Caps for Ford F-150

About eBay          Announcements          Community          Security Center          Resolution Center          Seller Center          Policies          Affiliates          Help & Contact          Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice



Feedback















Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheels & Rims
eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheel Hub Assemblies

| Add to Watchlist

People who viewed this item also viewed

2013-2019 KTM 19" Excel Rear Wheel...
$390.00
+ shipping

2016 KTM 250 SXF Excel 19" X 2.15"...
$289.95
+ shipping

KTM 18" Excel Rear Wheel 2000-2012...
$370.00
+ shipping

KKE 2.15*19" Mx Rear Wheels Set...
$299.00
+ $180.00 shipping

KKE Mx 1.6*21" Front Casting...
$189.00
+ $180.00 shipping

Check if this part fits your vehicle | Select Vehicle

SAVE UP TO 5% WHEN YOU BUY MORE

$ Have one to sell? Sell now

## 19" MX Rear Wheel Hub Spokes Set KTM SX SXF XC-F XC 125 150 250 350 450 12-19

Condition: New

Bulk savings: Buy 1 $300.99/ea | Buy 2 $291.96/ea | Buy 3 $288.95/ea

Compatibility: See compatible vehicles

Quantity: 1

3 available / 1 sold

Price: US $300.99/ea

$26 for 12 months with PayPal Credit*

US $334.43 (10% off)

Buy It Now

Add to cart

Add to Watchlist

30-day returns | Longtime member

Shipping: $100.00 Standard Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Wuxi, China
Ships to: United States See exclusions

Delivery: Estimated between Tue. Oct. 27 and Tue. Nov. 24
Please note the delivery estimate is greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
*$26 for 12 months. Minimum purchase required. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
racingboy8261 (11231 )
99.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Related sponsored items 1/2

Feedback on our suggestions

Feedback

NitroMX Graphic Kit for KTM
SX SXF XC XCF 250 300...
**$138.90**
Free shipping

NitroMX Graphic Kit for KTM
SX SXF XC XCF 250 300...
**$138.90**
Free shipping

KTM SX SXF XC XCF 125 150
250 350 450 2018 2019...
**$96.50**
+ $29.50 shipping

KTM FRONT BRAKE ROTOR
GALFER 125 250 350 450...
**$30.00**
+ $23.00 shipping

NitroMX Graphic Kit for KTM
SX SXF XC XCF 250 300...
**$138.90**
Free shipping

Rear Brake Pedal Lever for
KTM EXC SX XC XCW XCF...
**$43.03**
~~$47.81~~
Free shipping

---

| Description | **Shipping and payments** | | Report item |

Seller assumes all responsibility for this listing.

### Shipping and handling

**Item location:** Wuxi, China

Shipping to: United States

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Asia, Central America and Caribbean, Europe, Middle East, Oceania, Southeast Asia, South America, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, PO Box

Quantity: [ 1 ]    Change country: [ United States ▾ ]    ZIP Code: [ 60106 ]    [ Get Rates ]

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $100.00 | United States | Standard Shipping from outside US | Estimated between **Tue. Oct. 27 and Tue. Nov. 24** |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Payment details

Payment methods

PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**

**Special financing available**

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/2    Feedback on our suggestions








2.15"19" Rear Wheel Rim 36
Holes For KTM SX 125 150...
**$44.99**
~~$59.99~~
+ $70.00 shipping
Seller 99.6% positive

M4 0.7MM CNC Fork Air
Bleeder Pressure Relief...
**$18.86**
~~$22.19~~
Free shipping
New

**Pair**
Pair CNC M4x0.7mm
Orange Fork Air Bleeder...
**$10.19**
~~$11.99~~
Free shipping
New

M4 0.7MM CNC Fork Air
Bleeder Pressure Relief...
**$9.85**
Free shipping
Seller 99.2% positive

Billet Rear Brake Oil Fluid
Reservoir Fit KTM 1190 RC8...
**$34.80**
Free shipping
Seller 99.8% positive

For KTM Honda Kawasaki
Suzuki Triumph Yamaha...
**$7.28**
~~$8.09~~
Free shipping
New

Explore more sponsored options:

10/15/2020

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

 ebay        Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

 **ebay** MONEY BACK GUARANTEE

**racingboy8261** (11231 ⭐) 🏷️ ℹ️

**Positive Feedback (last 12 months): 99.4%** ℹ️

Member since: Jan-17-09 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.

Learn more

**Member Quick Links**

Contact member

View items for sale

View seller's Store

### Feedback ratings ℹ️

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| ➕ Positive | 97 | 617 | 1132 |
| ◉ Neutral | 2 | 10 | 13 |
| ➖ Negative | 0 | 3 | 9 |

### Detailed seller ratings ℹ️

| Average for the last 12 months | |
|---|---|
| Accurate description ⭐⭐⭐⭐⭐ (1011) | Reasonable shipping cost ⭐⭐⭐⭐⭐ (1070) |
| Shipping speed ⭐⭐⭐⭐⭐ (1044) | Communication ⭐⭐⭐⭐⭐ (1035) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

9 Feedback received (viewing 1-9)                    Revised Feedback: 37 ℹ️

Search Feedback received as seller with an item title or ID: ℹ️

| e.g. Vintage 1970's Gibson Guitars | 🔍 |

Rating type: | Negative (9) ⌄ |    Period: | 12 Months ⌄ |

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ Kind of sprocket put the wrong year model play $15 to send it. And ask for the r<br>Rear Brake Rotor Disc for Suzuki Hayabusa GSX1300R 08-15 B-King GSX1300 08-11<br>(#142477483354) | Buyer: m***t (19⭐)<br>US $42.46 | Past 6 months<br>Reciprocal feedback |
| ➖ Metric bolts dont really work on American bikes<br>(Private listing) | Buyer: w***z (58⭐) | Past 6 months<br>Reciprocal feedback |
| ➖ poor performance, poor design resulting in harder to throttle cable!<br>2004-2009 Yamaha YFZ450 YFZ 450 Thumb throttle assembly Easy Pull Aluminum<br>Black (#142438088311) | Buyer: e***d (269⭐)<br>US $45.89 | Past 6 months<br>Reciprocal feedback |
| Reply by racingboy8261. Left in past 6 months.<br>Could you please reply us? we really want to solve this issue ASAP and make you be satisfied with us. Thanks! | | |

ℹ️ Detailed item information is not available for the following items because the feedback is over 90 days old.

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ 1 brake dick had a broken bolt somebody trie to super glue it..my mechanic caugh<br>(Private listing) | Buyer: s***9 (141⭐) | Past year<br>Reciprocal feedback |
| Follow-up by s***9. Left within past year.<br>This seller compensated me nicely for the defective part i recieved from them.. | | |
| ➖ Seller Lied on actual Item's location. Sent items from China. Disappointing<br>(Private listing) | Buyer: c***e (1133⭐) | Past year<br>Reciprocal feedback |
| Reply by racingboy8261. Left in past year.<br>Sorry we made a mistake. But we have gave you a big discount as compensation. Hope you will be satisfied. | | |
| ➖ Received a backpack not a radiator ?????<br>(Private listing) | Buyer: w***1 (113⭐) | Past year<br>Reciprocal feedback |
| Reply by racingboy8261.Left in past year.<br>We resent a correct item to you. Hope you will be satisfied with us. B.R | | |
| ➖ This item has not delivered,and courier does not reply to my message.<br>(Private listing) | Buyer: j***j (16⭐) | Past year<br>Reciprocal feedback |
| Reply by racingboy8261.Left in past year.<br>Sorry for the delay. I found you have received it, hope you will be satisfied with our item. | | |
| ➖ It tock 8 days from it came to Oslo before I got it. TNT had some hassel with<br>Front Brake Disc Rotors for Triumph DAYTONA 955i & Speed Triple & Sprint ST ABS<br>(#311562272128) | Buyer: o***0 (111⭐)<br>US $159.95 | Past year<br>Reciprocal feedback |

💬 Comment?



Hi! **Sign in** or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    Search for anything    All Categories ⌄    **Search**    Advanced

**racingboy8261** (11231 ⭐)
99.4% positive feedback

♡ Save

Items for sale    Visit store    ✉ Contact

We are a professional motorcycle parts manufacture factory, main product : brake rotors, rearsets ,wheel sets , brake levers , Clip Ons, radiators , gas caps, engine sliders and etc .

**Feedback ratings** ⓘ

| ★★★★★ | 1,011 | Item as described | |
| ★★★★★ | 1,035 | Communication | ⊕ 1,132 Positive |
| ★★★★★ | 1,044 | Shipping time | ⊕ 13 Neutral |
| ★★★★★ | 1,070 | Shipping charges | ⊖ 9 Negative |

Feedback from the last 12 months

See all feedback

⊕ Aaa+++ fast shipping grate services
Oct 12, 2020

● ● ● ● ●

775 Followers | 0 Reviews | Member since: Jan 17, 2009 | 📍 China

## Items for sale(10)

See all items



Front Brake Dis...
US $198.32          3d left

Rear Brake Disc...
US $129.98          3d left

Front Brake Dis...
US $89.99          3d left

Rear Brake Disc...
US $114.99          3d left

Front Rear Brak...
US $229.98          4d left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





# BRAKE DISC FACTORY

775 followers | racingboy8261 (11231★) 99.4%

Welcome to Brake Disc Factory! We are a professional factory with more than 10 years sales and purchase experience in motorbike business , and More than 10 years experience in motorcycle parts production.

Save this seller

**Category**

All
ATV Rotors & Parts
Super Bike Solid Brake Rotors
Super Bike Wave Brake Rotors
Super Bike Round Rotors
SuperMoto & MX Rotors
Super Bike Racing Rearsets
Super Bike Radiators
Super Bike Racing Muffler
Super Bike Frame Engine Slider
Harley Davidson Accessories
Cafe Racer Parts
Offroad Wheels & Hubs
Offroad Radiators
Offroad Sprocket & Chain
Offroad Seat Cover
Starter Clutch ASSY
ATV UTV Clutch Set
Golf Accessories
Clutch Cable
Clutch & Brake Levers
Other Motorcycle Parts
Oil Filters
ATV QUAD Radiators
Cruiser Forward Controls
Other

**Condition** see all
- New

**Price**
- Under $150.00
- Over $150.00

$ - $

**Buying Format** see all
- All Listings
- Best Offer
- Auction
- Buy It Now
- Classified Ads

**Item Location** see all

**Delivery Options** see all
- Free Shipping
- Free In-store Pickup

**Show only** see all
- Returns Accepted
- Completed Items
- Sold Items
- Deals & Savings
- Authorized Seller
- Authenticity Verified

**More refinements...**

All Listings | Auction | Buy It Now — Best Match

1-48 of 512 Results

Front Brake Disc Rotor for Honda Shadow VLX 600 VT600 Shadow Aero ACE VT750C
$89.99
Was: ~~$105.87~~
$20.00 shipping
2 watching
From China
Brand: Tarazon

Round Front Brake Disc Rotor for Kawasaki 440 LTD KZ440 Belt Z440 Z250 Ltd Belt
$79.98
Was: ~~$94.10~~
$20.00 shipping
From China
Brand: Tarazon

Rear Brake Disc Rotor For Kawasaki Vulcan 1500 VN1500 VN 1500 Classic 1987-2005
$114.99
Was: ~~$135.28~~
$20.00 shipping
From China
Brand: Tarazon

Round Front Brake Disc Rotors for Kawasaki VN 700 750 Vulcan Z 500 550 650 750
$139.59
Was: ~~$164.22~~
$20.00 shipping
From China
Brand: Tarazon

Front Rear Brake Discs Rotors for YAMAHA XVS950A V-Star Midnight Star 2009-2016
$229.98
Was: ~~$270.57~~
$20.00 shipping
From China
Brand: Tarazon

Front Brake Discs Rotors For Yamaha YFM 660 F FA Hunter Grizzly 660 2002-2008
$99.59
Was: ~~$117.16~~
$20.00 shipping
From China
Brand: Tarazon

Rear Brake Disc Rotor for Yamaha XVS1300 XVS950 Midnight Star V-Star 2009-2016
$129.98
Was: ~~$152.92~~
$20.00 shipping
From China
Brand: Tarazon

Front Brake Disc Rotors Suzuki VL1500 Intruder 2002-2009 Boulevard C90 2004-2009
$198.32
Was: ~~$233.32~~
$20.00 shipping
From China
Brand: Tarazon

Yamaha V-STAR Drag Star XVS1100 Heavy Duty Sarter Clutch One Way Bearing Kit
$139.99
Was: ~~$155.54~~
$20.00 shipping
From China
Brand: Tarazon

NEW LISTING 1992 1993 1994 Front Rear Brake Disc Rotors Pads for Honda CR125R CR250R CR500R
$117.63
Brand: Tarazon

3.5/5.0 x 17" Supermoto Wheel Rim Set Orange Hub KTM SX XC SXF 125 250 350 450
$560.99
Was: ~~$623.32~~
Brand: Tarazon

NEW LISTING Aluminum Forward Controls for Harley Softail Heritage Custom Fatboy 2000-2017
$201.23
Brand: Tarazon

NEW LISTING 270mm Oversize Front Brake Disc Rotor for Yamaha YZ125 YZ250 YZ 250 450 F 08-19
$99.51
Brand: Tarazon

19" MX Dirt Rear Wheel Rim Hub Set KTM EXC SX XC EXC-F SX-F 125-540 2003-2019
$299.99
Was: ~~$333.32~~
Brand: Tarazon

NEW LISTING 270mm Oversize Front Brake Disc Rotor for KTM EXC SX XC MXC GS 125-625 1991-2015
$99.51
Brand: Tarazon

21/19 Dirt MX Wheel Rim Set Gold Hub Spokes for Suzuki RMZ250 RMZ450 2007-2019

$450.99
Was: $599.99

21 & 18 Fat Spoke Front Rear Wheel Rim Set for TOURING Softail Dyna Gloss Black
$600.99
Was: $667.75
37 watching
Brand: Tarazon

17" Complete Supermoto Wheel Rim Hub Set Rotors Bolts for Honda CRF 250 450 R X
$718.59
Was: $779.43
Brand: Tarazon

17" Supermoto Spoked Wheel Rim Set Gold Hub for Suzuki 2007-2019 RMZ250 RMZ450
$550.99
Was: $612.21
Brand: Tarazon

NEW LISTING 3.5/5.0 x 17" Supermoto Wheel Rim Hub Set Rotors KTM EXC SX SXF 125-530 2011-17
$745.54
Brand: Tarazon

2013-2020 Rear Brake Disc Guard For KTM SX 125 150 250 SXF 250 350 450 SMR 450
$75.99
Was: $84.43
From China
Brand: Tarazon

NEW LISTING Rear Brake Disc Rotor Guard Caliper Bracket For KTM SX EXC 125-540 2004-2012
$53.98
Brand: Tarazon

NEW LISTING CNC CLUTCH COVER PROTECTION for KTM SX-F 450 2016 2017 EXC-F 450/500 2017 ORANGE
$49.99
Brand: Tarazon

Billet Radiator Guards for KTM 125-500 SX SXF XC EXC-F Husqvarna 2016-18 Orange
$198.59
Was: $220.65
Brand: Tarazon

2.15 x 18" Enduro Rear Wheel Rim Blue Hub for Yamaha YZ250F YZ450F 2009-2019
$299.99
Was: $333.32
Brand: Tarazon

Black 17" Supermoto Spoked Wheel Rim Hub Set KTM 125-530 EXC SX SXS XC 2003-2019
$560.99
Was: $623.32
Brand: Tarazon

19"x2.15" MX Dirt Wheel Rim Set Red Hub for Honda CRF250R CRF450R 2014-2019
$298.99
Was: $332.21
Brand: Tarazon

NEW LISTING 270mm Oversize Front Brake Disc Rotor Kawasaki KX250F KX450F KLX450R 2007-2020
$99.51
Brand: Tarazon

17" Supermoto Wheel Rim Set Orange Hub KTM SX XC SXF XC-F 250 350 450 2012 13 14
$560.99
Was: $623.32
Brand: Tarazon

17" Supermoto Wheel Rim Hub Set Rotor Bracket KTM EXC SX XC SXF 125-530 2009-19
$650.99
Was: $723.32
Brand: Tarazon

Billet Clear Clutch Cover for Suzuki DRZ400SM DRZ 400 DRZ400S DRZ400E 2000-2020
$184.99
Was: $205.54
From China
Brand: Tarazon

Front Differential Armature Plate Polaris Sportsman 850 1000 ACE 570 900 2015+
$33.32
From China
Brand: Tarazon

21/19 Suzuki RMZ250 2007-18 RMZ450 2005-18 MX Dirt Wheel Rim Gold Hub Set Rotors
$550.99
Was: $612.21
Brand: Tarazon

17" Supermoto Spoked Wheel Hub Set Rotor Bolts KTM EXC SX XC 250 350 450 2003-15
$720.99
Was: $800.99
Brand: Tarazon

21/18 Spoked Wheel Rim Set Blue Hub for Yamaha WR250F 2015-19 WR450F 2012-2018
$638.90
Was: $709.89
From China
Brand: Tarazon

NEW LISTING 2P5-17611-00-00 ATV Clutch Primary Fixed Sheave for Yamaha RHINO YXR450 2006-09
$116.21
Brand: Tarazon



**NEW LISTING** Front Differential Sprague Kit for Polaris General 1000 Sportsman 325 570 ACE

$166.21

Brand: Tarazon

---

21/18 Enduro Wheel Rim Set Blue Hub YZ250FX YZ450FX 2016-2020 WR250F WR450F 2020

$649.99
Was: $729.99

From China
Brand: Tarazon

---

**NEW LISTING** Front Differential Kit w/ Sprague Polaris Scrambler Sportsman 850 1000 2013-2015

$177.76

Brand: Tarazon

---

**NEW LISTING** HiSun UTV 400 ATV UTV Drive Clutch Belt 25300-F12-0000 Bennche Massimo Supermach

$49.99

Brand: Tarazon

---

Goldwing 1500 Front Rear Brake Disc Rotors for Honda GL1500 GL 1500 A SE 1988 89

$205.99
Was: $242.04

Brand: Tarazon

---

17" Supermoto Complete Wheel Rim Set KTM EXC SX XC 125-530 2003-2019 Black Hub

$559.99
Was: $622.21

Brand: Tarazon

---

**NEW LISTING** Front Differential Kit w/ Sprague Armature Plate Ranger RZR 570 900 1000 2011-17

$189.98

Brand: Tarazon

---

2015-2018 CRF250R CRF450R Complete Supermoto Wheel Rim Hub Set Rotors for Honda

$670.99
Was: $745.54

Brand: Tarazon

---

17" Supermoto Complete Wheel Rim Hub Set Rotors KTM EXC SX XC SXF 125-540 Black

$670.99
Was: $745.54

Brand: Tarazon

---

16 x 3.5" Fat Spoke Tubeless Front Rear Wheel Rim Set for Harley Dyna Sportster

$600.98
Was: $667.76
3 watching

Brand: Tarazon

---

Front Rear Brake Disc Rotors for Suzuki GS500E 1989-2003 GS500F 2004-2011 GS400

$139.99
Was: $164.69

From China
Brand: Tarazon

---

Front Brake Disc Rotor for Honda VT700C VT750C VF750C VT800C Shadow NV600C Steed

$89.99
Was: $105.87
$20.00 shipping

From China
Brand: Tarazon

---

‹   1   2   3   4   5   6   7   8   9   10   ›

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from **racingboy8261** (11231) | Save this seller | Show results from all sellers

Include description

## Categories

**eBay Motors**

- Other Motorcycle Parts
- Motorcycle Wheels & Rims
- Motorcycle Fairings & Bodywork
- Motorcycle Decals & Stickers
- Motorcycle Parts
- More

**Format** see all

- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all

- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all

- New (273)

**Price**

- Under $75.00
- $75.00 - $150.00
- Over $150.00

$ to $

**Item Location** see all

- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all

- Free shipping

**Show only** see all

- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

racingboy8261 (11231)
Feedback rating: 11,231
Positive Feedback: 99.4%
Member since Jan-17-09 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now | Sort: Best Match | View:

**273** results for **KTM** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of 60106

Clear selections

**0** matching results

Find Results

### Engine Clutch Protector Cover Guard for KTM 1290 1090 1050 1190 Adventure R GT (Fits: KTM)

Brand New

**$139.59**
Was: ~~$155.10~~
Buy It Now
**Free Shipping**
**10% off**

From China
Brand: Tarazon

### KTM FRONT BRAKE LINE CLAMP SX SXF EXC EXC-F 125 250 300 450 505 530 2008-2015

Brand New

**$14.95**
Buy It Now
+$5.00 shipping
**6 Watching**
Watch

From China
Brand: Tarazon

### KTM 85 125 200 250 350 450 530 SX SXF EXC EXC-F ROTATING CLUTCH/BRAKE BAR CLAMP (Fits: KTM)

Brand New

**$19.95**
Buy It Now
+$5.00 shipping
**12 Sold**
Watch

From China
Brand: Tarazon

### Rear Chain Adjuster Axle Block For KTM SX85 SX/SX-F EXC/EXC-F 125-530 2007-2012 (Fits: KTM)

Brand New

**$19.95**
Buy It Now
+$5.00 shipping
**Only 3 left!**
**34 Sold**
Watch

From China
Brand: Tarazon

### 2013-2020 Rear Brake Disc Guard For KTM SX 125 150 250 SXF 250 350 450 SMR 450 (Fits: KTM)

Brand New

**$75.99**
Was: ~~$84.43~~
Buy It Now
**Free Shipping**
**10% off**

From China
Brand: Tarazon

### Rear Brake Disc Guard & Caliper Support KTM EXC SX SXF XC XC-F MXC 04 15 Orange (Fits: KTM)

Brand New

10/15/2020



**$50.99**
Buy It Now
+$5.00 shipping
**8 Watching**
👁 Watch

From China
Brand: Tarazon



**CNC Billet Aluminum Handlebar Upper Clamp Mount KTM SX SX-F 125-450 All ORANGE (Fits: KTM)**
Brand New
**$10.99**
Buy It Now
+$5.00 shipping
👁 Watch

From China
Brand: Tarazon



**For KTM 250 SXF SX-F SX F 250 2011 CNC Front Sprocket Chain Guard Cover Orange (Fits: KTM)**
Brand New
**$35.99**
Buy It Now
+$5.00 shipping
👁 Watch

From China
Brand: Tarazon



**KTM Duke 200 2012 2013 2014 Front Wheel Axle Fork Sliders Crash Protector Orange**
Brand New
**$49.95**
Buy It Now
+$15.00 shipping
👁 Watch

From China
Brand: Tarazon



**NEW BILLET REAR BRAKE DISC GUARD KTM 150 250 300 350 450 SX SX-F XC XCF EXC BLUE (Fits: KTM)**
Brand New
**$50.39**
Was: $55.99
Buy It Now
+$5.00 shipping
**10% off**
👁 Watch

From China
Brand: Tarazon



**ORANGE KTM REAR AXLE SPINDLE CHAIN ADJUSTER AXLE BLOCKS SX 65 2002 - 2014 (Fits: KTM)**
Brand New
**$19.95**
Buy It Now
+$5.00 shipping
👁 Watch

From China
Brand: Tarazon



**Aluminum Cooling Radiator For KTM Enduro 690 R 2009-2018 SMC 690 2008 2009 2010 (Fits: KTM)**
Brand New
**$430.84**
Was: $478.71
Buy It Now
**Free Shipping**
**10% off**
👁 Watch

From China
Brand: Tarazon



**Rear Brake Master Cylinder Reservoir Cover Cover KTM 950 990 Adventure R S SMR 06-11 (Fits: KTM)**
Brand New
**$9.99**
Buy It Now
+$5.00 shipping
👁 Watch

From China
Brand: Tarazon



**CNC Billet Motocross Aluminum Alloy MX Bling Kits For KTM SX 65 SX65 2013 Orange (Fits: KTM)**
Brand New

**$39.99**
Buy It Now
+$5.00 shipping
👁 Watch

From China

---



**CNC Billet Aluminum Motorcross MX Bling Kits For KTM SX85 SX85 2013-2014 Orange (Fits: KTM)**
Brand New

**$64.99**
Buy It Now
+$5.00 shipping
👁 Watch

From China

---




**Orange CNC KTM Front Shock Absorber Adjust Knob Bolt Adjusters 48mm Fork (Fits: KTM)**
Brand New

**$7.69**
Buy It Now
Free Shipping
13 Sold
👁 Watch

Brand: Tarazon

---



**Billet Supermoto MX Front Rear Wheel Hub Set Black KTM EXC SX XC 125-540 03-19 (Fits: KTM)**
Brand New

**$250.98**
Was: $278.87
Buy It Now
Free Shipping
10% off
👁 Watch

From China
Brand: Tarazon

---



**Front Brake Discs Rotors for KTM Super Duke 990 R 2005-2012 1190 RC8 R 2008-2014 (Fits: KTM)**
Brand New

**$159.95**
Buy It Now
Free Shipping
6 Watching
👁 Watch

Brand: Tarazon

---



**18" MX Rear Wheel Rim Hub Set for KTM SX SXF XCF XC 125 250 300 350 450 13-19 (Fits: KTM)**
Brand New

**$299.99**
Was: $333.32
Buy It Now
Free Shipping
4 Watching
10% off
👁 Watch

Brand: Tarazon

---



**New Motorcycle Aluminum Radiators for KTM SX-F SXF 250 350 450 2013 2014 2015 (Fits: KTM)**
Brand New

**$98.95**
Was: $109.95
Buy It Now
Free Shipping
10% off
👁 Watch

Brand: Tarazon

---

**21/19 MX Spoked Wheel Rim Hub Set KTM EXC SX XC SXF 250 350 450 525 530 2003-19 (Fits: KTM)**
Brand New



**$450.99**
Was: ~~$501.10~~
Buy It Now
+$99.95 shipping
5 Watching
10% off
Watch

Brand: Tarazon

---



**2016 2017 MX Radiators KTM SX 125 150 SXF SX-F 250 350 HUSQVARNA FC 250 350 (Fits: KTM)**
Brand New
**$125.95**
Was: ~~$139.95~~
Buy It Now
+$50.00 shipping
14 Sold
10% off
Watch

From China
Brand: Tarazon

---



**Engine Outer Clutch Cover for KTM 400 450 525 SX XC EXC SMR POLARIS OUTLAW BLACK**
Brand New
**$53.95**
Was: ~~$59.95~~
Buy It Now
+$5.00 shipping
16 Watching
10% off
Watch

From China
Brand: Tarazon

---



**Motorcycle Aluminum Cooling Radiators for KTM FREERIDE 250R 250 R 2014 (Fits: KTM)**
Brand New
**$98.99**
Was: ~~$109.99~~
Buy It Now
Free Shipping
Only 3 left!
18 Sold
10% off
Watch

Brand: Tarazon

---



**21" MX Dirt Spoked Front Wheel Rim Hub KTM 125 150 250 300 350 450 EXC SX SXF (Fits: KTM)**
Brand New
**$300.99**
Was: ~~$334.43~~
Buy It Now
+$100.00 shipping
10% off
Watch

From China
Brand: Tarazon

---



**Billet Foot Pegs Footrests For KTM SX SXF XC-F XC 125 150 250 350 450 530 16-19 (Fits: KTM)**
Brand New
**$59.99**
Was: ~~$66.65~~
Buy It Now
+$5.00 shipping
10% off
Watch

From China
Brand: Tarazon

---



**Orange Ribbed Seat Cover for KTM EXC EXC-F XC XCW 125 200 250 350 400 450 (Fits: KTM)**
Brand New
**$33.25**
Was: ~~$36.95~~
Buy It Now
+$5.00 shipping
6 Watching
10% off
Watch

From China

---

**3.5/5.0 x 17" Supermoto Wheel Rim Set Orange Hub KTM SX XC SXF 125 250 350 450 (Fits: KTM)**
Brand New



**$560.99**
Was: $623.32
Buy It Now
Free Shipping
10% off
Watch

Brand: Tarazon

---

CNC Billet Supermoto MX Front Wheel Hub Set KTM EXC SX XC 125-540 03-19 Black (Fits: KTM)
Brand New



**$130.99**
Buy It Now
+$20.00 shipping
2 Watching
Watch

From China
Brand: Tarazon

---

Aluminum Front Brake Fluid Reservoir Cap for Aprilia Ducati KTM Triumph (Fits: KTM)
Brand New



**$6.95**
Buy It Now
+$5.00 shipping

From China
Brand: Tarazon

---

21" Front Wheel Rim Set Orange Hub KTM EXC SX XC 250 350 450 525 530 540 2003-19 (Fits: KTM)
Brand New



**$298.99**
Was: $332.21
Buy It Now
+$100.00 shipping
10% off
Watch

From China
Brand: Tarazon

---

NEW LISTING  CNC CLUTCH COVER PROTECTION for KTM SX-F 450 2016 2017 EXC-F 450/500 2017 ORANGE (Fits: KTM)
Brand New



**$49.99**
Buy It Now
Free Shipping
Watch

Brand: Tarazon

---

Billet Radiator Guards for KTM 125-500 SX SXF XC EXC-F Husqvarna 2016-18 Orange (Fits: KTM)
Brand New



**$198.59**
Was: $220.65
Buy It Now
Free Shipping
10% off
Watch

Brand: Tarazon

---

Aluminum Front Brake Fluid Reservoir Cap for Honda Kawasaki Yamaha Suzuki KTM
Brand New

**$6.95**
Buy It Now
+$5.00 shipping

From China
Brand: Tarazon

---

Aluminum Rear Brake Fluid Reservoir Cap for Honda Kawasaki Yamaha Suzuki KTM (Fits: KTM)
Brand New

10/15/2020



$6.95
Buy It Now
+$5.00 shipping

From China
Brand: Tarazon



**19" MX Rear Wheel Hub Spokes Set KTM SX SXF XC-F XC 125 150 250 350 450 12-19 (Fits: KTM)**
Brand New

$300.99
Was: $334.43
Buy It Now
+$100.00 shipping
10% off
👁 Watch

From China
Brand: Tarazon



**21" 19" KTM Offroad Dirt Bike Wheel Set OEM Orange Hub SX EXC 125-530 All 03-14 (Fits: KTM)**
Brand New

$429.25
Was: $476.95
Buy It Now
+$99.95 shipping
10 Watching
10% off
👁 Watch

Brand: Tarazon



**21" 18" KTM Complete Wheel Set Orange Hub Rim 150 200 250 350 450 530 SX EXC SXF (Fits: KTM)**
Brand New

$450.89
Was: $500.99
Buy It Now
+$200.00 shipping
Only 3 left!
19 Sold
10% off
👁 Watch

From China
Brand: Tarazon



**BILLET WIDE FAT FOOT PEGS KTM EXC SX SXF EXC-F 125 200 250 300 450 500 505 525 (Fits: KTM)**
Brand New

$53.95
Was: $59.95
Buy It Now
Free Shipping
3+ Watching
10% off

Brand: KTM



**KTM 270mm Oversize Front Brake Rotor + Bracket EXC SX SXS XC 125 250 300 400 450 (Fits: KTM)**
Brand New

$79.16
Was: $89.95
Buy It Now
+$15.00 shipping
7 Watching
12% off
👁 Watch

From China
Brand: KTM



**2008-2012 KTM 250 SX-F XC-F XCF-W EXC-F Engine Side Case CLUTCH COVER ORANGE CNC (Fits: KTM)**
Brand New

$45.99
Was: $51.10
Buy It Now
+$5.00 shipping
4 Watching
10% off
👁 Watch

From China
Brand: Tarazon

**Rear Brake Disc Rotor for KTM EXC XC SX MXC 250 300 350 400 450 500 525 530 625 (Fits: KTM)**
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ Add a credit or debit card

○ *PayPal*

○ **PayPal CREDIT**
$35.50 for 12 months.
Apply now. See terms



### Ship to

1001 Foster Ave,
Bensenville, IL 60106-1445
United States

Change

### Review item and shipping

Seller: racingboy8261  |  Message to seller

19" MX Rear Wheel Hub Spokes Set KTM SX SXF XC-F XC 125 150 250 350 450 12-19

**$300.99**
~~$334.43~~

Quantity  [ 1 ⌄ ]

**Delivery**
Est. delivery: Oct 27 – Nov 24
Standard Shipping from outside US
**$100.00**

Save up to 10%

### Gift cards, coupons, eBay Bucks

Enter code:  [ Apply ]

### Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount  [ None ⌄ ]

| | |
|---|---|
| Subtotal (1 item) | $300.99 |
| Shipping | $100.00 |
| Tax* | $25.06 |

**Order total** **$426.05**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    [Search for anything]    All Categories ⌄    **Search**    Advanced

‹ Back to search results  |  Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Wheels, Tires & Tubes  ›  Wheels & Rims    | Add to Watchlist

✓ This fits a KTM    Select Year

⚡ SAVE UP TO **5%** WHEN YOU BUY MORE





### 21" 18" KTM Complete Wheel Set Orange Hub Rim 150 200 250 350 450 530 SX EXC SXF

🔥 1 viewed per hour

Condition:    New

Bulk savings:

| Buy 1 $450.89/ea | Buy 2 $437.36/ea |
| Buy 3 $432.85/ea | |

Compatibility:    See compatible vehicles

Quantity:    [1]

3 available
19 sold  /  See feedback

Price:   US **$450.89/ea**

$38 for 12 months with PayPal Credit*

US $500.99 (10% off) ⓘ

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**100% buyer satisfaction** | Limited quantity remaining | More than 85% sold

Shipping:    $200.00  Standard Shipping from outside US |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Wuxi, China
Ships to: United States  See exclusions

Delivery:    ⧖ Estimated between **Tue. Oct. 27 and Tue. Nov. 24** ⓘ
Please note the delivery estimate is **greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    

**PayPal CREDIT**
*$38 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:    30 day Buyer pays for return shipping |
See details

Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
racingboy8261 (11231 ⭐)
99.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2    Feedback on our suggestions



17*3.5 17*4.25 Orange MX Complete Wheel Hub Set...
**$640.00**
+ $30.00 shipping
New



Compatible For KTM RC 390 Racing Bike Front & Rear...
**$343.93**
+ $40.00 shipping
Last one



17*3.5 17*4.25 Orange MX Complete Wheel Hub Set...
**$585.40**
+ $5.00 shipping
New



2004 04 Ktm 525Exc 525 Exc Rear Wheel Assembly...
**$434.99**
+ shipping
Seller 99.7% positive



08-18 2017 KTM 690 Enduro R 18" Rear Wheel Rim Hub...
**$425.00**
+ shipping
Seller 99.7% positive



2003 03 Ktm 525Exc 525 Exc Rear Wheel Assembly...
**$279.99**
+ shipping
Seller 99.7% positive


Feedback

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

### ebay

Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    | Search |    Advanced

⟨  Back to search results  | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Parts › Wheels, Tires & Tubes › Wheels & Rims

eBay Motors › Parts & Accessories › Motorcycle Parts › Wheels, Tires & Tubes › Wheel Hub Assemblies

✉ f 🐦 📌 | Add to Watchlist

---

✅  This fits a KTM    | Select Year |

🔖 **SAVE UP TO 5% WHEN YOU BUY MORE**



### 21" MX Dirt Spoked Front Wheel Rim Hub KTM 125 150 250 300 350 450 EXC SX SXF

| Condition: | New |

| Bulk savings: | **Buy 1** $300.90/ea | Buy 2 $291.96/ea |

Compatibility:    See compatible vehicles

Quantity:  | 1 |    2 available

Price: **US $300.99/ea**
$26 for 12 months with PayPal Credit*
~~US $334.43~~ (10% off)

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

**30-day returns**    Longtime member

Shipping:  $100.00  Standard Shipping from outside US |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Wuxi, China
Ships to: United States    See exclusions

Delivery:  📦 Estimated between **Tue. Oct. 27 and Tue. Nov. 24** ⓘ
Please note the delivery estimate **is greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
*$26 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns:  30 day Buyer pays for return shipping |
See details

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
racingboy8261 (11231 ⭐)
99.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2    Feedback on our suggestions








17*3.5 17*4.25 Orange MX Complete Wheel Hub Set...
$640.00
+ $30.00 shipping
New

10" 2.50-10" Front Wheel Tire Rim Tube For Dirt Pit Trail...
$95.48
+ $49.99 shipping
Seller 99.1% positive

70/100-17 & 90/100-14 Wheel Rim Tire Set For...
$183.99
+ $99.99 shipping
New

17*3.5 17*4.25 Orange MX Complete Wheel Hub Set...
$585.40
+ $5.00 shipping
New

70/100-17 1.6*17 2.5x17 Wheel Rim Tyre Tube for...
$159.99
+ $19.99 shipping
New

70/100-17 17" Front Wheel Rim Tire 110cc 125cc 140cc...
$124.99
+ $19.99 shipping
New

Feedback 🗒

Related sponsored items 1/2    Feedback on our suggestions



‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Wheels, Tires & Tubes › Wheels & Rims

Add to Watchlist

ⓘ Check if this part fits your vehicle    Select Vehicle







KKE 21/19 MX WHEEL RIM SET FIT KTM SX SXF XC XCW 125 250 300 450 530 DISC 2020

| Condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1   2 available |

Price: US $699.00

$32 for 24 months with PayPal Credit*

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

7 watchers

| Shipping: | $200.00 Standard Shipping from China/Hong Kong/Taiwan to worldwide | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Jin Hua, Zhe Jiang, China |
| | Ships to: United States, Canada, United Kingdom, Australia |
| | See exclusions |
| Delivery: | Estimated between Fri. Oct. 23 and Wed. Nov. 18 ⓘ |
| | Please note the delivery estimate is greater than 8 business days. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA ●●● ●●● ●●● |

PayPal CREDIT

*$32 for 24 months. Minimum purchase required. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | Seller does not accept returns | See details |

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
racingclub321 (337 ⭐)
99.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?   Sell now



Similar sponsored items 1/2                    Feedback on our suggestions



| 21"+19" MX Complete Wheel Rim Hub Set For KTM 125-... | 21 & 19 MX Wheel Set Rims Hubs for KTM SX SXF XC... | 17" Supermoto Front Rear Wheel Rim Hub for KTM 12... | KTM Supermoto 17" & 17" Complete Wheel Set SX S... | 21/19 MX Spoked Wheel Rim Hub Set KTM EXC SX XC... | 18" MX Rear Wheel Rim Hub Set for KTM SX SXF XCF X... |
| $488.88 | $495.27 | $590.80 | $566.99 | $450.99 | $299.99 |
| + $100.00 shipping | $526.88 | $621.90 | $629.99 | $501.10 | $333.32 |
| Seller 99.1% positive | + $200.00 shipping | + $200.00 shipping | Free shipping | + $99.95 shipping | Free shipping |
| | Seller 99.6% positive | Seller 99.9% positive | Almost gone | Seller 99.3% positive | Seller 99.4% positive |

Related sponsored items 1/2                    Feedback on our suggestions




Billet Rear Brake Disc Guard
For KTM EXC SX XC-F XC...
$19.89
Free shipping


320mm Front Floating Brake
Disc Rotor+Bracket For KT...
$79.99
Free shipping


17" Front Supermoto Wheel
Rim Hub 15-19 SX XC XCW...
$329.39
$365.99
+ $120.00 shipping


Rim Lock Covers Nuts
Washers For KTM EXC EXC...
$10.48
Free shipping


MX 21 / 1.6 Front Wheel Hub
Rim for KTM 125-540 SX X...
$348.54
$418.05
+ $90.00 shipping


320mm Front Floating Brake
Disc Rotor For KTM...
$57.50
Free shipping

---

**Description**    Shipping and payments

<span style="float:right">Report item</span>

Seller assumes all responsibility for this listing.

eBay item number: **223540822975**

Last updated on   Oct 07, 2020 01:44:39 PDT   View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|------|------|-------|----------|---|
| -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | Go |

[show all compatible vehicles]

✓ This part is compatible with 483 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2005 | Husaberg | FC450 | -- |
| | 2004 | Husaberg | FC450 | -- |
| | 2014 | Husaberg | FE250 | 4 Stroke |
| | 2013 | Husaberg | FE250 | -- |
| | 2014 | Husaberg | FE350 | 4 Stroke |
| | 2013 | Husaberg | FE350 | -- |
| | 2014 | Husaberg | FE450 | 4 Stroke |
| | 2013 | Husaberg | FE450 | -- |
| | 2012 | Husaberg | FE450 | -- |
| | 2011 | Husaberg | FE450 | -- |
| | 2010 | Husaberg | FE450 | -- |
| | 2009 | Husaberg | FE450 | -- |
| | 2014 | Husaberg | FE501 | 4 Stroke |
| | 2013 | Husaberg | FE501 | -- |
| | 2019 | Husqvarna | FC350 | -- |
| | 2018 | Husqvarna | FC350 | -- |
| | 2017 | Husqvarna | FC350 | -- |
| | 2016 | Husqvarna | FC350 | -- |
| | 2015 | Husqvarna | FC350 | -- |
| | 2014 | Husqvarna | FC350 | -- |

Page 1 of 25     ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by racingclub321

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Modified Item: | No |
| Spacers and Seals: | Packed with rims set together | Custom Bundle: | No |
| FRONT DISC: | 260MM | Material: | Aluminium |
| REAR DISC: | 220MM | Type: | Spoked Wheel |
| Diamete of Front Rim: | 21in. | rotor pad: | 2 pcs rotor with no bolts |
| Brand: | KKE | Sprocket :Rear Drive: | 52T |
| Non-Domestic Product: | No | NO. of rim holes: | rim 36h |
| Rim Diameter: | 19in. | Color: | Orange |
| Warranty: | 1 Year | Surface Finish: | Anodized,CNC Machined |
| Rim Width: | Front 1.6in. / Rear 2.15in. | Manufacturer Part Number: | N06N6160/C06RD220SI |
| UPC: | Does not apply | | |

# KKE 1.6*21"/2.15*19" MX WHEELS RIMS SET FIT KTM SXF XCW 125-530  DISC ORANGE NIPPLE

## Features:

- 100% BRAND NEW
- 6082T6 ALUMINIUM **CNC** MACHINED HUB
- 7050T6 ALUMINIUM RIM
- 304 STAINLESS STEEL SPOKE WITH **ALUMINUM** NIPPLE
- FRONT AND REAR WHEEL WITH BEARINGS SPACERS & SEALS
- FRONT WHEEL = **1.6*21 inch** (36 SPOKES)
- REAR WHEEL = **2.15*19 inch** (36 SPOKES)
- **260MM** FRONT BRAKE DISC
- **220MM** REAR BRAKE DISC
- **52T** REAR SPROCKET
- IF U NEED OTHER TEETH SPROCKET (48T-51T), PLS CONTACT US.
- DISC BOLTS ARE NOT INCLUDED.
- WHEEL IS COMPATIBLE WITH OEM DISC & SPROCKET.
- WHEELS ARE ALREADY PROGRAMMED (WITH HUB, RIM, SPOKE, NIPPLE AND BEARING)
- THE SEALS AND SPACERS ARE PACKED IN SMALL PACKAGE.

## Fitment:

- **KTM 125-530CC ALL MODEL 2003-2020  (DON'T FIT SMR MODEL)**
- **HUSABERG FE FC 2004-2014**
- **HUSQVARNA TE/TC/FE/FC 125CC-450CC 2014-2019**
- FOR MORE DETAIL FITMENT PLEASE DOUBLE CHECK THE COMPATIBILITY CHART ABOVE.
- PLEASE LEAVE A NOTE INCLUDING MAKE MODEL & YEAR DURING CHECK OUT.

## Color:

- **ORANGE HUB**
- **BLACK RIM**
- **SILVER SPOKE**
- **ORANGE NIPPLE**
- **ORANGE** SPROCKET
- **SILVER  DISC**
- IF YOU WANT SPECIAL OR DIFFERENT COLOR PLEASE CONTACT US.(WITH FEE CHARGED).
- SPECIAL ORDER COLOR INCLUDES RED BLACK GOLD BLUE SILVER TITANIUM.

## Payment:

- Only **PayPal** accepted

## Shipment:
### International Shipping:

- Please contact our Customer Service Staff for shipping charges on **ALL International orders**.
- Import duties,taxes and charges are not included in the item price or shipping charges.These charges are the  buyer's responsibility.
- Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

## Handling Time:

- 1 - 3 business days

## Warranty Information:

### Returns/Exchanges:

Items can be returned if:  1. Not compatible.  2. Being obviously damaged or used.  3. Wrongfully sent.

**Note:**

1. Please contact us before sending the merchandise back, thank you.

2. Return or Exchange without notifying us may face refuse and delay of service.

3. Customer is responsible for return freight charges if there is nothing wrong with our item.

4. Please allow 3-7 business days for refund or exchange to be processed.

## Feedback:

- We are proud of strict quality control and aim to provide better quality of service, so, Welcome to share your shopping experience by leaving a positive feedback, or contact us by ebay message if you have any consideration. Thanks.

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

‹


KTM Supermotard Men And Women Motorcycle Black...
$9.99
+ $9.99 shipping
Last one


Billet Gas Fuel Tank Cap Cover For KTM...
$17.99
Free shipping
New


US Ship Short Brake Clutch Levers For KTM 690...
$25.99
$30.99
+ $2.00 shipping
New


Orange Brake Clutch Levers handle for KTM 250...
$27.89
$32.89
Free shipping
New


18" MX Rear Wheel Rim Hub Set for KTM SX SXF XCF X...
$299.99
$333.32
Free shipping
Seller 99.4% positive


21"+19" MX Complete Wheel Rim Hub Set For KTM 125-...
$488.88
+ $100.00 shipping
Seller 99.1% positive

›

## People were also interested in


KKE 21/18 Enduro Casting Wheels Set For KTM EXC...
$379.00
Free shipping
Popular


2013-2019 KTM 19" Excel Rear Wheel 125 150 250 30...
$390.00
+ $71.87 shipping

KTM Supermoto 17" & 17" Complete Wheel Set SX S...
$566.99
$629.99
Free shipping
Popular


KKE 21/18 Enduro Casting Wheels Set For KTM EXC EXC-...
$429.00
Free shipping


Supermoto 17" KTM Complete Wheels Set for...
$550.00
Free shipping
Popular


2008 KTM 505 XC-F XCF Black Excel Rim Front Whe...
$149.99
+ $67.01 shipping

## More from this seller 1/2

Feedback on our suggestions

‹


KKE 21" 18" ENDURO WHEEL RIM FIT KTM EXC EXCW 12...
$749.00
+ shipping


KKE 18" CASTING REAR WHEEL RIM FOR KTM EXC...
$199.00
+ shipping


KKE 21"19" CASTING WHEEL RIM SET FOR KTM EXC SXF...
$379.00
+ shipping


KKE 21" 19" MX CAST BLACK WHEEL RIM SET FIT HOND...
$499.00
+ shipping


KKE 21" 19" MX WHEEL RIM SET FIT KAWASAKI KX250...
$749.00
+ shipping


KKE 21/19 MX WHEEL RIM SET FIT HONDA CR125R...
$499.00
+ shipping

›

Back to search results    Return to top

More to explore : Motorcycle Wheels and Rims for KTM 530, Motorcycle Wheels and Rims for KTM 125, Motorcycle Rims for KTM 530, Aluminum Motorcycle Wheels and Rims for KTM 530, Motorcycle Wheels and Rims for KTM 450, Talon Motorcycle Wheels and Rims for KTM 125, Aluminum Motorcycle Wheels and Rims for KTM 125, Unbranded Motorcycle Wheels and Rims for KTM 125, Motorcycle Rims for KTM 125, Tusk Motorcycle Wheels and Rims for KTM 450

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED



10/9/2020

Hi ▮▮▮    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    **Search**    Advanced

Back to search results | Listed in category:    eBay Motors  >  Parts & Accessories  >  Motorcycle Parts  >  Wheels, Tires & Tubes  >  Wheels & Rims

✉ f ⊠ 🐦 P  | Add to Watchlist

---

ℹ  Check if this part fits your vehicle    **Select Vehicle**





### KKE 21/19 MX WHEEL RIM SET FIT KTM SX SXF XC XCW 125 250 300 450 530 DISC 2020

Condition:  New

Compatibility:  See compatible vehicles

Quantity:  | 1 |    2 available

Price:  **US $699.00**
$32 for 24 months with PayPal Credit*

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

7 watchers



💲 Have one to sell?  | Sell now |

**Shop with confidence**

💲  eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
racingclub321 (337 ⭐)
99.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Shipping:  $200.00  Standard Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges.  ⓘ
Item location: Jin Hua, Zhe Jiang, China
Ships to: United States, Canada, United Kingdom, Australia
See exclusions

Delivery:  📦 Estimated between **Fri. Oct. 23 and Wed. Nov. 18**  ⓘ
Please note the delivery estimate is **greater than 8 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  PayPal  VISA  MasterCard  AMEX  DISCOVER

**PayPal** CREDIT
*$32 for 24 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  Seller does not accept returns | See details

---

Similar sponsored items 1/2    Feedback on our suggestions



21"+19" MX Complete Wheel Rim Hub Set For KTM 125-...
$488.88
+ $100.00 shipping
Seller 99.1% positive

21 & 19 MX Wheel Set Rims Hubs for KTM SX SXF XC...
$495.27
$526.88
+ $200.00 shipping
Seller 99.6% positive

17" Supermoto Front Rear Wheel Rim Hub for KTM 12...
$590.80
$621.90
+ $200.00 shipping
Seller 99.9% positive

KTM Supermoto 17" & 17" Complete Wheel Set SX S...
$566.99
$629.99
Free shipping
Almost gone

21/19 MX Spoked Wheel Rim Hub Set KTM EXC SX XC...
$450.99
$501.10
+ $99.95 shipping
Seller 99.3% positive

18" MX Rear Wheel Rim Hub Set for KTM SX SXF XCF X...
$299.99
$333.32
Free shipping
Seller 99.4% positive

---

Related sponsored items 1/2    Feedback on our suggestions










| Billet Rear Brake Disc Guard For KTM EXC SX XC-F XC... | 320mm Front Floating Brake Disc Rotor+Bracket For KT... | 17" Front Supermoto Wheel Rim Hub 15-19 SX XC XCW... | Rim Lock Covers Nuts Washers For KTM EXC EXC... | MX 21 / 1.6 Front Wheel Hub Rim for KTM 125-540 SX X... | 320mm Front Floating Brake Disc Rotor For KTM... |
|---|---|---|---|---|---|
| $19.89 | $79.99 | $329.39 | $10.48 | $348.54 | $57.50 |
| Free shipping | Free shipping | $365.99 | Free shipping | $418.05 | Free shipping |
| | | + $120.00 shipping | | + $90.00 shipping | |



Description | **Shipping and payments**                                    Report item

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: **Jin Hua, Zhe Jiang, China**

Shipping to: United States, Canada, United Kingdom, Australia

Excludes: APO/FPO, Israel, Mexico, Iceland, PO Box

Quantity: [ 1 ]    Change country: [ United States ▾ ]    ZIP Code: [ 60106 ]    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $200.00 | United States | Standard Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Fri. Oct. 23 and Wed. Nov. 18** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| Return policy details |
|---|
| Seller does not offer returns. |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|
| PayPal  VISA  MasterCard  American Express  Discover |

**PayPal CREDIT**

### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

### Sponsored items based on your recent views 1/4
Feedback on our suggestions












| KTM Supermotard Men And Women Motorcycle Black... | Billet Gas Fuel Tank Cap Cover For KTM... | US Ship Short Brake Clutch Levers For KTM 690... | Orange Brake Clutch Levers handle for KTM 250... | 18" MX Rear Wheel Rim Hub Set for KTM SX SXF XCF X... | 21"+19" MX Complete Wheel Rim Hub Set For KTM 125-... |
|---|---|---|---|---|---|
| $9.99 | $17.99 | $25.99 | $27.89 | $299.99 | $488.88 |
| + $9.99 shipping | Free shipping | $30.99 | $32.89 | $333.32 | + $100.00 shipping |
| **Last one** | New | + $2.00 shipping | Free shipping | Free shipping | Seller 99.1% positive |
| | | New | New | Seller 99.4% positive | |





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

racingclub321 (337 ★)

**Positive Feedback (last 12 months): 99.6%**

Member since: Mar-01-18 in China

**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 21 | 178 | 265 |
| Neutral | 0 | 2 | 2 |
| Negative | 0 | 1 | 1 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (232) | Reasonable shipping cost ★★★★★ (253) |
| Shipping speed ★★★★★ (247) | Communication ★★★★★ (241) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

1 Feedback received (viewing 1-1) Revised Feedback: 1

Search Feedback received as seller with an item title or ID:
e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (1) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **Seller does not understand what they are selling. Bad communication. Deceptive,** KKE 19" FLAT TRACK WHEEL RIM SET FIT YAMAHA YZ125 YZ250 YZ250F YZ450F 2003-2020 (#224072083678) | Buyer: n***n (191★) US $469.00 | Past 6 months Reciprocal feedback |

**Page 1 of 1** ← 1 →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice
Norton SECURED

10/9/2020



Hi ▮▮▮▮ ▾    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ▾    My eBay ▾

Shop by category ▾    Search for anything    All Categories ▾    **Search**    Advanced

**racingclub321** (337 ⚡)
99.6% positive feedback

♡ Save

📄 Items for sale    🏬 Visit store    ✉ Contact

KKE Motorcycle Wheel and Parts

**Feedback ratings** ⓘ

| | | |
|---|---|---|
| ★★★★★ 232 | Item as described | |
| ★★★★★ 241 | Communication | |
| ★★★★★ 247 | Shipping time | |
| ★★★★★ 253 | Shipping charges | |

⊕ **265** Positive    ◯ **2** Neutral    ⊖ **1** Negative

Feedback from the last 12 months

⊕ Very fast shipping, great ebayer
Oct 05, 2020

See all feedback

● ● ● ● ●

20 Followers | 0 Reviews | Member since: **Mar 01, 2018** | 📍 China

## Items for sale(611)

See all items


Bracket Adapter...
US $64.99    3m left


KKE 49T REAR SP...
US $47.99    6m left


KKE 1.6*21 INCH...
US $289.00    45m left


KKE Rear Brake ...
US $39.99    15h left


Rear Brake Disc...
US $39.99    16h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search this Store | This Store | Search | Advanced

eBay › eBay Stores › KKE RACING CLUB

# KKE RACING CLUB

20 followers | racingclub321 (337 ★) 99.6%

Save this seller

**Category**

- All
- WHEELS FOR KAWASAKI
- WHEELS FOR YAMAHA
- WHEELS FOR SUZUKI
- WHEELS FOR HONDA
- WHEELS FOR KTM
- 19" FLAT TRACK WHEELS
- WHEELS FOR OTHER DIRT BIKE
- OTHER PARTS FOR DIRT BIKES

All Listings | Auction | Buy It Now — Time: ending soonest

1-48 of 589 Results

KKE 49T REAR SPROCKET FIT SUZUKI RM125 98-08 RMZ250 07-19 DRZ400S 2000-2007 BLUE
$47.99
Was: ~~$59.99~~
Free shipping

KKE 1.6*21 INCH FRONT WHEEL RIM FOR SUZUKI RMZ250 2007-2020 RMZ450 DISC GOLD HUB
$289.00
$200.00 shipping
From China

KKE Rear Brake Disc Fit KTM 690 ENDURO R Stainless Steel 2008-2013 240MM Rotors
$39.99
Free shipping
Only 3 left
Brand: KTM

Rear Brake Disc Fit KTM Rotor SX SXF XCF EXC EXCF EXCW 125-530cc 2009-2019 220MM
$39.99
Free shipping
Brand: KTM

CNC MX FOOT PEGS RESTS PEDALS FOR KAWASAKI KLX100 DIRT BIKE MOTORCYCLE PW50 XR70
$31.99
Was: ~~$39.99~~
Free shipping
Brand: Kawasaki

KKE 3.5/4.25 SUPERMOTO WHEELS SET FIT HUSQVARNA TC FC FE TE 125-450 2014-19 TIRE
$1,049.00
Free shipping

KKE 3.5/4.25*17 SUPERMOTO WHEEL RIM FIT HUSQVARNA TC FC FE TE125-450 14-19 TIRE
$1,049.00
Free shipping
5 watching

Magnetic Oil Drain Bolt Plug Orange Fit KTM XCFW SXF EXCR 250 350 (M12x1.5x20)
$10.39
Was: ~~$12.99~~
Free shipping

KKE REAR HYBRID 50T SPROCKET FIT HONDA CRF CR 125 250 450R 500R 250X 50 TEETH
$59.99
$50.00 shipping
From China
Brand: Honda

KKE 21/19 MX WHEELS RIMS SET FIT HUSQVARNA TC FC FE TE 125-450CC 2014-2019 BLUE
$529.00
Free shipping
Brand: Husqvarna

KKE 21" 19" MX WHEEL RIM SET FIT HUSQVARNA TC FC FE TE 125-450CC 2014-2020 DISC

**$649.00**
Free shipping

---



KKE 21/18 ENDURO WHEEL SET FIT HUSQVARNA TC FC FE TE 125-450CC 300 2014-20 DISC

**$649.00**
Free shipping

---



KKE 6 PCS Orange Front Fork Guard Bolts Screws Fit KTM SXF XCW 250 350 450 530

**$11.99**
Was: $14.99
Free shipping

Brand: KTM

---



Front Brake Disc Fit KTM Rotor SX SXF XCF EXC EXCF EXCW 125-530CC 2003-19 260MM

**$39.99**
Free shipping

Brand: KTM

---



Front Floating Steel Brake Rotor Disc Fit KTM SX SXF EXC MXC 10-2018 Motor 320MM

**$95.99**
Was: $119.99
Free shipping
2 watching

---



KKE Front Brake Rotor DISC Guard Fit KTM

**$55.99**
Was: $69.99
Free shipping

---



Black Billet Fuel Gas Tank Cap Cover Valve Vent Fit SUZUKI RMZ250 DRZ400E 125

**$21.59**
Was: $26.99
Free shipping
2 watching

Brand: Suzuki

---



Shifter Shift Lever Blue For HONDA XR70 XR50 CRF50 CRF70 SDG SSR Dirt bike Pit

**$17.99**
Free shipping

Brand: Honda

---



KKE 19/16 BIG KID'S WHEELS RIMS SET FIT HONDA CRF150R 2007-19 DIRT BIKE MINI RED

**$429.00**
$200.00 shipping
Only 2 left

From China
Brand: Honda

---



KKE Rear Brake RotorS Disc Guard Fit KTM 125/144/150 SX 200-530 XC 2003 04 05-13

★★★★½ 2 product ratings
**$47.99**
Was: $59.99
Free shipping

---



KKE 21" 18" ENDURO SPOKED WHEEL RIM SET FIT HONDA XR650L 1993-2020 OEM SIZE RED

★★★★★ 1 product rating
**$579.00**
Free shipping
7 watching

Brand: Honda

---



KKE 21" 18" ENDURO SPOKE WHEEL RIM SET FIT HONDA CRF250X CRF450X 2005-2018 RED

**$529.00**
$200.00 shipping

From China
Brand: Honda

---



KKE Fuel Tank Gas Cap For KTM 50/80/125 2000-2005 Valve Vent Breather Hose Tube

**$19.99**
Was: $24.99
Free shipping
13 sold

Brand: KTM

---

KKE 21" 18" ENDURO WHEEL RIM SET FIT SUZUKI DRZ400SM DRZ400S DRZ400 E BLACK HUB

**$529.00**
Free shipping

Brand: Suzuki


Twister Bearing Throttle Tube Blue Fit YAMAHA YZ250F/YZ450F 2001-2015/1998-2015
$34.99
Free shipping
Brand: Yamaha


KKE 21/18 ENDURO WHEEL RIM FIT DRZ400 00-04 DRZ400E 2007 DRZ400S 2000-2019 BLACK
$649.00
Free shipping


KKE 21" 18" ENDURO SPOKED WHEELS RIM SET FIT SUZUKI DRZ400SM 2005-2020 BLACK HUB
$719.00
Free shipping
Brand: Suzuki


KKE New Billet CNC Blue Kick Start Starter Lever FOR HONDA XR50 CRF 50 70 110CC
★★★★★ 1 product rating
$31.99
Free shipping
Brand: Honda


Billet Footpegs Footrest for YAMAHA WR400F WR426F/ WR250F WR450F 2001-02/2003-13
$39.99
Was: $49.99
Free shipping
3 watching
Brand: Yamaha


KKE 21" 18" ENDURO WHEEL RIM SET FIT SUZUKI DRZ400SM DRZ400S DRZ400 E BLUE HUB
$529.00
$200.00 shipping
From China
Brand: Suzuki


KKE 21/18 ENDURO WHEEL RIM FIT DRZ400 E 2000-2007 DRZ400S 2000-2019 BLUE NIPPLE
$699.00
Trending at $759.00 ⓘ
Free shipping


KKE 21" 18" ENDURO SPOKED WHEELS RIM SET FIT SUZUKI DRZ400SM 2005-2019 BLUE HUB
$719.00
$200.00 shipping
From China
Brand: Suzuki


Hand Brake Clutch Lever Set For KTM Dirt Bike EXC 125-530 2007 08 -2013 4-STROKE
$19.99
Free shipping
Brand: KTM


KKE 21/19 MX CAST WHEEL RIM SET FIT HONDA CRF250R 2014-20 CRF450R 2013-2020 RED
★★★★★ 1 product rating
$429.00
Free shipping
Brand: Honda


KKE 21 INCH CNC FRONT WHEEL RIM FOR HONDA CR125R CRF250R CFR450R 2004-2014 ROTOR
$289.00
$200.00 shipping
From China
Brand: Honda


Orange Twister Bearing Throttle Tube Fit KTM HUSABERG HUSQVARNA GAS GAS 4-STROKE
$34.99
Free shipping


28mm Handlebar Levers Tall Riser Fit KTM sx/xc/xc-w 200/250/300 2013 2014 2015
$39.69
Free shipping
Brand: KTM


KKE CAST 19 INCH REAR WHEEL RIM FOR YAMAHA YZ125 YZ250F YZ450F 2003-2020 DISC
$289.00
Free shipping





Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category KTM All Categories Search Advanced

Items for sale from racingclub321 (337) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors
- Motorcycle Wheels & Rims
- Other Motorcycle Parts
- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Parts
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (129)

**Price**
- Under $35.00
- $35.00 - $750.00
- Over $750.00

$ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

racingclub321 (337)
Feedback rating: 337
Positive Feedback: 99.6%
Member since Mar-01-18 in Hong Kong

Read feedback profile
Add to my favorite sellers

## Sponsored items for you

KTM Supermotard Men And Women Motorcy...
**$9.99**
Buy It Now
Almost gone

All Listings | Auction | Buy It Now

Sort: Best Match View:

129 results for KTM Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106-1445

Clear selections

0 matching results

Find Results

BILLET FOOTPEGS FOOTREST PEDAL FOR KTM SXF 250 450 XCF 250 SX 125 2016 Orange (Fits: KTM)
Brand New
**$39.99**
Was: ~~$49.99~~
Buy It Now
**Free Shipping**
**6 Watching**
**20% off**
Watch

Damper Rubber Hub CUSH Fit KTM Rear Wheel RimS 125-300-530cc XCW 2003-2010-2019
Brand New
**$19.69**
or Best Offer
**Free Shipping**
**4 Watching**
Watch

BILLET FOOTPEG FOOTREST PEDAL FOR KTM SX125/250 SXF250 XCF 250/350/450 2016-2019 (Fits: KTM)
Brand New
**$39.99** Brand: KTM
Was: ~~$49.99~~
Buy It Now
**Free Shipping**
**20% off**
Watch

KKE BILLET FOOTPEG FOOTREST PEDAL FOR KTM SX SXF XC-F 125/250/350/450 2016-2019 (Fits: KTM)
Brand New
**$39.99** Brand: KTM
Was: ~~$49.99~~
Buy It Now
**Free Shipping**
**20% off**
Watch

KKE 18" CASTING REAR WHEEL RIM FOR KTM EXC SXF XCW 125 250 300 450 2003-2020 (Fits: KTM)
Brand New
**$199.00** Brand: KTM
Trending at $249.00
Buy It Now
**Free Shipping**
**Only 2 left!**
**14 Sold**
Watch

25mm Rear Wheel Spacer Fit KTM 125-450 SX/SX-F/XC/XC-F 2013 2014 15 2016 17 Axle (Fits: KTM)
Brand New

$17.99
Free shipping



US Ship Short Brake
Clutch Levers For...
$25.99
Buy It Now



Orange Brake Clutch
Levers handle for...
$27.89
Buy It Now
Free shipping



18" MX Rear Wheel Rim
Hub Set for KT...
$299.99
Buy It Now
Free shipping



21"*19" MX Complete
Wheel Rim Hub S...
$488.88
Buy It Now



21/19 MX Spoked Wheel
Rim Hub Set KTM...
$450.99
Buy It Now



Embroidered KTM MOTO
GP Hat Motorcycl...
$12.99
Buy It Now
Free shipping

---



$7.92
Was: $9.90
Buy It Now
Free Shipping
11 Sold
20% off
👁 Watch

---

**Rear Chain Guide Guard For KTM 125 250 350 450 SX SXF 2008 2009 2010 2011 2012 (Fits: KTM)**
Brand New
$35.99
Was: $44.99
Buy It Now
Free Shipping
20% off
👁 Watch

---



**KKE OEM SIZE REAR HYBRID 52T SPROCKET FIT KTM SX EXC XCW 125-990 250 350 530 (Fits: KTM)**
Brand New     Brand: KTM
$47.99
Was: $59.99
Buy It Now
Free Shipping
20% off
👁 Watch

---



**BILLET FOOTPEG FOOTREST PEDAL FOR KTM XCW SX SXF EXC EXCF 250 350 530CC 2015 (Fits: KTM)**
Brand New     Brand: KTM
$39.99
Was: $49.99
Buy It Now
Free Shipping
20% off
👁 Watch

---



**20mm Rear Wheel Spacer Fit KTM 125-450CC SX/SX-F/XC/XC-F 2000-2010 11 2012 Axle (Fits: KTM)**
Brand New
$7.92
Was: $9.90
Buy It Now
Free Shipping
18 Sold
20% off
👁 Watch

---

**KKE Rear Brake Disc Fit KTM 690 ENDURO R Stainless Steel 2008-2013 240MM Rotors (Fits: KTM)**
Brand New     Brand: KTM
$39.99
Buy It Now
Free Shipping
Only 3 left!
41 Sold
👁 Watch

---



**Rear Brake Disc Fit KTM Rotor SX SXF XCF EXC EXCF EXCW 125-530cc 2009-2019 220MM (Fits: KTM)**
Brand New     Brand: KTM
$39.99
Buy It Now
Free Shipping
👁 Watch

---

**20MM Rear Axle Spindle Adjuster Block Fit KTM SX SXF XC XCF 2005 2006 2007 Blue (Fits: KTM)**
Brand New





Adjustable KTM03
Motorcycle Racing Ca...
$12.30
Buy It Now
Free shipping



Mens Embroidered KTM
Hat MOTO GP Moto...
$8.56
Buy It Now



Billet Gas Fuel Tank Cap
Cover For KT...
$16.81
Buy It Now
Free shipping



Billet Gas Fuel Tank Cap
Cover For KT...
$16.57
Buy It Now
Free shipping



Billet Gas Fuel Tank Cap
Cover For KT...
$17.99
Buy It Now



Adjustable CNC Short
Clutch Brake Lev...
$14.99
Buy It Now



$15.91
Was: $19.89
Buy It Now
Free Shipping
20% off
👁 Watch

Brand: KTM



26mm Front Wheel Spacer Fit KTM 125-530cc EXC/EXC-F/EXC-W/XC-W/SMR 2003-2015Axle
Brand New
$7.92
Was: $9.90
Buy It Now
Free Shipping
3 Watching
20% off
👁 Watch



28mm Handlebar Levers Tall Riser Fit KTM sx/xc/xc-w 200/250/300 2013 2014 2015
Brand New
$39.69
Buy It Now
Free Shipping
👁 Watch

Brand: KTM



BILLET FOOTPEG FOOTREST PEDAL FOR KTM XCW SX SXF EXC 125CC-530CC 2001-
2015 (Fits: KTM)
Brand New
$49.99
Buy It Now
Free Shipping
👁 Watch

Brand: KTM



Front Brake Disc Fit KTM Rotor SX SXF XCF EXC EXCF EXCW 125-530CC 2003-19
260MM (Fits: KTM)
Brand New
$39.99
Buy It Now
Free Shipping
👁 Watch

Brand: KTM



Front Floating Steel Brake Rotor Disc Fit KTM SX SXF EXC MXC 10-2018 Motor 320MM (Fits:
KTM)
Brand New
$95.99
Was: $119.99
Buy It Now
Free Shipping
2 Watching
20% off
👁 Watch



Universal Billet Carb Hot Start Nut carburetor for KTM 50 SX 2000-17 2018 Orange (Fits: KTM)
Brand New
$7.69
Buy It Now
Free Shipping
👁 Watch

25mm Rear Axle Spindle Adjuster Blocks Fit KTM 125CC-450CC SX SXF XC XCF 2013-19 (Fits: KTM)
Brand New



$20.39
Buy It Now



Brake Clutch Hand Levers
for KTM 690 ...
$24.54
Buy It Now
Free shipping



For KTM 250 300 350 450
500 EXC/F SX/...
$21.99
Buy It Now



For KTM 250 EXC/F 6
days (2014-2015-2...
$23.53
Buy It Now



Orange Brake Clutch
Levers handle for...
$27.89
Buy It Now



$15.91
Was: $19.89
Buy It Now
Free Shipping
20% off
👁 Watch



KKE 2.15*18" Rear Wheel Spoke Kit For KTM 125 250 450 530 Orange Nipple OEM SIZE (Fits: KTM)
Brand New
$67.99                                    Brand: KTM
Was: $84.99
Buy It Now
Free Shipping
4 Watching
20% off
👁 Watch



KKE 6 PCS Orange Front Fork Guard Bolts Screws Fit KTM SXF XCW 250 350 450 530 (Fits: KTM)
Brand New
$11.99                                    Brand: KTM
Was: $14.99
Buy It Now
Free Shipping
20% off
👁 Watch



Rear Gear Brake Shift Lever Brake Pedal Step Plate For KTM 125-530 Orange - 2015 (Fits: KTM)
Brand New
$15.99                                    Brand: KTM
Was: $19.99
Buy It Now
Free Shipping
Only 2 left!
18 Sold
20% off
👁 Watch



Universal Billet Aluminum Hour Meter Mounting Bracket For KTM SXF 450 Dirt Bike (Fits: KTM)
Brand New
$12.68
Buy It Now
Free Shipping
👁 Watch



Front Spoke Kit For KTM 21" Wheel Spokes 8G OEMSIZE Orange Nipple Set 125-530cc (Fits: KTM)
Brand New
$67.99
Was: $84.99
Buy It Now
Free Shipping
7 Watching
20% off
👁 Watch



Hand Brake Clutch Lever Set For KTM Dirt Bike EXC 125-530 2007 08 -2013 4-STROKE
Brand New
$19.99                                    Brand: KTM
Buy It Now
Free Shipping
👁 Watch

2.15*19" REAR WHEEL STAINLESS STEEL SPOKES KIT FIT KTM SX-F EXC-F XCW 1999-2019 (Fits: KTM)
Brand New



**$43.99**
Was: ~~$54.99~~
Buy It Now
**Free Shipping**
**20% off**
👁 Watch

---



**KKE 18 INCH CASTING REAR WHEEL RIM FOR KTM EXC XCW SXF 125 450 525 530 2003-2020 (Fits: KTM)**
Brand New
**$289.00**
Trending at $339.00 ⓘ
Buy It Now
**Free Shipping**
**Only 2 left!**
**9 Sold**
👁 Watch

---



**KKE 21"19" CASTING WHEEL RIM SET FOR KTM EXC SXF XCW 125 350 400 505 2003-2020 (Fits: KTM)**
Brand New
**$379.00**                                    Brand: KTM
Buy It Now
**Free Shipping**
**6 Watching**
👁 Watch

---




**KKE 21/19 MX WHEEL RIM SET FIT KTM SX SXF XC XCW 125 250 300 450 530 DISC 2020 (Fits: KTM)**
Brand New
**$699.00**                                    From China
Buy It Now                                      Brand: KTM
+$200.00 shipping
**7 Watching**
👁 Watch

---



**KKE 18" OEM SIZE REAR WHEEL SPOKES KIT SET FIT KTM SXF EXCF XCW XCF 125-530 250 (Fits: KTM)**
Brand New
**$43.99**
Was: ~~$54.99~~
Buy It Now
**Free Shipping**
**20% off**
👁 Watch

---



**KKE New Rear Axle Spindle Adjuster Blocks 125CC-450CC SX SXF XC XCF 2013-19 25MM (Fits: KTM)**
Brand New
**$15.91**
Was: ~~$19.89~~
Buy It Now
**Free Shipping**
**20% off**
👁 Watch

---



**Oil Pump Decorative Cover Plugs Fit KTM SXF XCF EXC XCW 350 400 450 530 Orange (Fits: KTM)**
Brand New
**$14.99**                                    Brand: KTM
Buy It Now
**Free Shipping**
👁 Watch

---

**KKE 21" 18" ENDURO WHEEL RIMS FIT KTM EXC F EXCW 125 250 350 450 DISC 2003-2020 (Fits: KTM)**
Brand New
**$649.00**
Buy It Now
**Free Shipping**
**3 Watching**
👁 Watch

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ <img> Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
$42.56 for 24 months.
Apply now. See terms

**Ship to**

[redacted]
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
[redacted]

Change

**Review item and shipping**

Seller: racingclub321    Edit message
Message:  Item id: 223540822975 Buyer's Vehicle: KTM



KKE 21/19 MX WHEEL RIM SET FIT KTM SX SXF XC
XCW 125 250 300 450 530 DISC 2020
**$699.00**

Quantity  | 1 ∨ |

**Delivery**
Est. delivery: Oct 23 – Nov 18
Standard Shipping from China/Hong Kong/Taiwan to
worldwide
**$200.00**

## Gift cards, coupons, eBay Bucks

Enter code: _____   | Apply |

## Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount  | None ∨ |

| Subtotal (1 item) | $699.00 |
| Shipping | $200.00 |
| Tax* | $56.19 |

**Order total**    **$955.19**

*We're required by law to collect sales tax and applicable fees
for certain tax authorities. Learn more

| 🔒 Confirm and pay |

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED









Hi [redacted] (Sign in) Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheels & Rims >
See more KKE 21/19 MX Wheel Rim Set Fit KTM XCW XC SXF ...

Add to Watchlist

This fits a KTM | Select Year

Have one to sell? Sell now

# KKE 21/19 MX WHEEL RIM SET FIT KTM XCW XC SXF SX 250 350 450 525 ORANGE/BLACK

Be the first to write a review.

Condition: New

Compatibility: See compatible vehicles

Quantity: 1 2 available / 6 sold

Price: US $629.00
$27 for 24 months with PayPal Credit*

Buy It Now
Add to cart
Add to Watchlist

Limited quantity remaining | More than 74% sold

Shipping: $200.00 Standard Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Jin Hua, Zhe Jiang, China
Ships to: United States, Canada, United Kingdom, Australia
See exclusions

Delivery: Estimated between Tue. Oct. 27 and Fri. Nov. 20
Please note the delivery estimate is greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover

PayPal CREDIT
*$27 for 24 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
racingclub321 (341 )
99.6% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 Feedback on our suggestions

21/19 MX Spoked Wheel Rim Hub Set KTM EXC SX XC...
$450.99
~~$501.10~~
+ $99.95 shipping
Seller 99.3% positive

17" Supermoto Front Rear Wheel Rim For KTM 125-54...
$549.79
~~$584.88~~
Free shipping
Seller 99.6% positive

17" Supermoto Front Rear Wheel Rim Hub for KTM 12...
$590.80
~~$621.90~~
+ $200.00 shipping
Seller 99.9% positive

17/17 Supermoto Spoked Wheel Set Hubs Rotor KTM...
$650.99
~~$723.32~~
Free shipping
Seller 99.3% positive

KTM Supermoto 17" & 17" Complete Wheel Set SX S...
$566.99
~~$629.99~~
Free shipping
Almost gone

18" MX Rear Wheel Rim Hub Set for KTM SX SXF XCF X...
$299.99
~~$333.32~~
Free shipping
Seller 99.4% positive

Related sponsored items 1/2 Feedback on our suggestions

Hi (Sign in)    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔¹    🛒

ebay    Shop by category ⌄

Search for anything    | All Categories ⌄ |    Search    Advanced

‹ Back to search results | Listed in category:    eBay Motors ›  Parts & Accessories ›  Motorcycle Parts ›  Wheels, Tires & Tubes ›  Wheels & Rims ›

See more KKE 21/19 MX Wheels Rims Set Fit KTM XC XCW SX...

✉ f 🐦 📌 | Add to Watchlist

✓ This fits a KTM    | Select Year |






### KKE 21/19 MX WHEEL RIM SET FOR KTM XC XCW SX F 125 350 450 530 ORANGE 2003-2020

☆☆☆☆☆ Be the first to write a review

| Condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1 | 2 available |

Price: **US $579.00**

$49 for 12 months with PayPal Credit*

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

Shipping: **$200.00** Standard Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Jin Hua, Zhe Jiang, China
Ships to: United States, Canada, United Kingdom, Australia
See exclusions

Delivery: 📦 Estimated between **Tue. Oct. 27 and Fri. Nov. 20**
⏱ Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:  

**PayPal CREDIT**
*$49 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
racingclub321 (341 ⭐)
99.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell? | Sell now |

---

### Similar sponsored items 1/2
Feedback on our suggestions

‹



21"+19" MX Complete Wheel Rim Hub Set For KTM 125-...
**$488.88**
+ $100.00 shipping
Seller 99.1% positive



21" 18" Enduro MX Wheel Rim Hub Set For KTM 125-530...
~~$477.88~~ **$449.21**
+ $150.00 shipping
Seller 99.6% positive

21/19 MX Spoked Wheel Rim Hub Set KTM EXC SX XC...
~~$501.10~~ **$450.99**
+ $99.95 shipping
Seller 99.3% positive

21" 19" Full Set F&R Wheel Rim Hubs for KTM 125-530...
~~$499.96~~ **$449.96**
+ $90.00 shipping
Seller 99.7% positive



21"&19" For KTM SX SXF XC XC-F 125 250 350 450 15-1...
~~$526.90~~ **$495.27**
+ $200.00 shipping
Seller 99.6% positive




21" MX Front Rear Wheel Rim Hub Set for KTM 125-...
~~$606.62~~ **$545.96**
+ $170.00 shipping
Seller 99.7% positive

›

### Related sponsored items 1/2
Feedback on our suggestions

Hi! **Sign in** or **register**    Daily Deals   Brand Outlet   Help & Contact     Sell   Watchlist ⌄   My eBay ⌄



**ebay**   Shop by category ⌄   | Search for anything | All Categories ⌄ | **Search** | Advanced

‹ Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers    ✉ f ⓣ 🅿 | Add to Watchlist

### People who viewed this item also viewed


CNC Clutch Brake Levers and Grips...
$33.68
$43.18
+ $1.98 shipping


Motorcycle Folding Brake Clutch...
$31.34
Free shipping


Folding Extending Brake Clutch...
$31.33
Free shipping

Engraved Folding extendable brake...
$36.99
+ $1.99 shipping

 
For KTM 990 SuperDuke 2005-...
$36.99
Free shipping

---

ⓘ Check if this part fits your vehicle    **Select Vehicle**

🔖 **SAVE UP TO 15%**   See all eligible items ▶





### Folding Clutch Brake Lever For KTM 990 SuperDuke 2005-2012 Orange

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 08h 23m 54s |
| Quantity: | 1   2 available / 9 sold |

Price: **US $32.88**    **Buy It Now**
US $38.68 (15% off) ⓘ    **Add to cart**

☐ **Add to Watchlist**

**Limited quantity remaining** | More than 81% sold | Longtime member

| | |
|---|---|
| Shipping: | $1.98 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou, Guangdong, China |
| | Ships to: Worldwide   See exclusions |
| Delivery: | ⚑ Estimated between **Wed. Oct. 28 and Tue. Nov. 17** |
| | Please note the delivery estimate is **greater than 14 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: |    |
| | **PayPal CREDIT** Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | 14 day Buyer pays for return shipping | See details |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
racing-knightmotor (13114 ⭐)
99.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

### Sponsored items from this seller   1/2    Feedback on our suggestions


Fit For KTM 690 ENDURO R 2008-2018 Aluminum...
$69.99
Free shipping


Magneto Engine Stator Generator Coil For KTM...
$59.95
+ $10.00 shipping


Fit For KTM 790 ADVENTURE 19-20 Fender Eliminator Kit...
$39.98
Free shipping


Tail Tidy License Plate Holder Bracket For KTM 12...
$29.99
Free shipping


Rearview Side Mirrors Rear View Mirror Fit For KTM 129...
$41.92
Free shipping


Aluminum Fender Eliminator License Plate Holder For...
$34.97
Free shipping



Description | Shipping and payments     Report item

eBay item number: 252979042157

Seller assumes all responsibility for this listing.

Last updated on  Sep 07, 2020 08:24:52 PDT  View all revisions

## Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|------|------|-------|----------|---|
| -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | -Select- ⌄ | Go |

[show all compatible vehicles]

✓ This part is compatible with 45 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2012 | KTM | 990 | Adventure |
| | 2012 | KTM | 990 | Adventure Blue |
| | 2012 | KTM | 990 | Adventure R |
| | 2012 | KTM | 990 | Adventure White |
| | 2012 | KTM | 990 | LC8 Adventure |
| | 2012 | KTM | 990 | SMT |
| | 2012 | KTM | 990 | Supermoto T |
| | 2011 | KTM | 990 | Adventure |
| | 2011 | KTM | 990 | Adventure Dakar |
| | 2011 | KTM | 990 | Adventure R |
| | 2011 | KTM | 990 | Adventure White |
| | 2011 | KTM | 990 | LC8 Adventure |
| | 2011 | KTM | 990 | SMR |
| | 2011 | KTM | 990 | SMT |
| | 2011 | KTM | 990 | Super Duke |
| | 2011 | KTM | 990 | Super Duke R |
| | 2011 | KTM | 990 | Supermoto |
| | 2011 | KTM | 990 | Supermoto R |
| | 2011 | KTM | 990 | Supermoto T |
| | 2010 | KTM | 990 | Adventure |

Page 1 of 3       ⟨ 1 2 3 ⟩

Portions of the information contained in this table have been provided by racing-knightmotor

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | RK-MOTOR |
| Warranty: | Yes | Handle Bars, Levers & Mirror Part Type: | Levers |
| Country/Region of Manufacture: | China | Manufacturer Part Number: | Does not apply |
| UPC: | does not apply | Surface Finish: | orange |
| Placement on Vehicle: | Left, Right, Front | | |

RK-KTM-swing+fender+pad

| | | | | | |
|---|---|---|---|---|---|
| 35% off | 24% off | 24% off | 35% off | | 24% off |
| Windscreen Deflector Adjustable Windshield Screen For KTM1190 Adventure R 2014 | Complete Fairing Bolt Screws Kit For 2011 KTM 1190 RC8R 200 8-2016 All Years RED | CNC Fairing Bolt Kit Bodywork Screws For KTM RC8 2008-201 0 Gold All Years | Windscreen Deflector Windshiel d Motorcycle For KTM990 Adve nture All Years Smoke | 7/8 Handle Bar End Rearview Si de Mirrors For KTM Super Duke 200 390 690 1290 | Complete Fairing Bolt Kit Bodyw ork Screws For KTM RC390 69 0 990 1290 Super Duke |
| 17.53 USD | 19.75 USD | 19.75 USD | 17.53 USD | 19.69 USD | 19.59 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| | Free shipping | Free shipping | | | Free shipping |

| | | | | | |
|---|---|---|---|---|---|
| 35% off | 46% off | 35% off | 46% off | 35% off | 46% off |
| Clip On High Deflector Windshie ld Windscreen For KTM 1050 1 290 All Years Clear | CNC Fairing Bolt Kit Bodywork Screws For KTM 1190 990 Sup er RC8 RC390 RC200 | Windshield Screen Extension D eflector For KTM990 Adventure All Years Light Gray | For KTM 1190 RC8R 2009 10 1 1 Complete Bolt Motorcycle Fair ings Clips Kits 1 Set | Adjustable Windshield Screen E xtension Deflector For KTM990 Supermoto T All Year | For KTM RC8 2008 2009 2010 CNC Alloy Complete Fairing Bol ts Kit Bodywork Screws |
| 17.54 USD | 15.94 USD | 17.53 USD | 15.94 USD | 17.54 USD | 15.94 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |

Feedback 

Folding Clutch Brake Lever For KTM 990 SuperDuke 2005-2012 Orange





Product Description

Brand new and very easy installation.stainless steel hardware.
CNC machined out of 6063 alloy for lever and **7075 alloy for lever adapter**.
Anodized into different colors.
Perfect fitments after 8 years experience on producing levers.

The new pair of brake & clutch levers are featured with the new functions of Foldable and Extendable and Adjustable:
"Foldable" mainly stops the lever from breaking in case that the bike goes on a crash, because it can fold up automatically.
"Extendable" runs on the function of personal preference settings, you can adjust the length from 9cm (short length) to 12.3cm (standard length).
"Adjustable" works on gear on both levers to help with brake fade or clutch expansion.
Your bike will look obviously awesome with the stylish levers!
We offer levers in different colors and design, and can also do customizing for you. The listing is for the clutch brake lever you see in the picture and the title, but if you have personal requirement on it, let us talk about it via eBay message system.

**Fitment: KTM 990 SuperDuke 2005-2012**
**Package Include:** 1Pair of **duke** Clutch Brake Lever

Shipping

Item will be shipped within 2 business days after payment is cleared, excluding weekends and public holidays.
we only ship to PayPal confirmed address. For international buyers, we only ship to PayPal verified users. So before bidding, please kindly verify your PayPal account.
We ship this item to USA via USPS or China Post Air Mail. If you want faster shipping way like DHL, UPS, FedEx. ..Please contact us before making payment.To other countries items will be shipped from china by EMS or DHL or China Post Air Mail.
The price does not cover any applicable tax or duty that might be charged by your customs. Buyers are responsible for such charges.

Payment

We accept PayPal only. We only ship item to your PayPal verified address. Payment must be cleared within 3 days from the date of purchase.

Returns

If you have any questions, please feel free to email our service specialists 24 Hours a Day, 7 Days a Week. We will repley you ASAP.
Return/refund is accepted within 30 days after the buyer receives the item. NO exchange will be accepted after 30 days from the date when the item is received.
We pays for return freight.
Please contact us first before returning your product!!!

Warranty&Guarantee

We focus on high quality products, 3 Months Warranty. Buy in confidence!
If you are not satisfied with the item, please contact us for replacement or money back.
If the item is defective within 3 months, we will send you a replacement without any extra charge, or offer a full refund after we receive the defective item.
Enjoy your shopping here!

Contact us

Contact us through ebay message in English
If you have any questions, our Customer Service staffs welcome you to email us. We strive to answer all questions and resolve any problems as quickly as possible.
Business Hours: BeiJing Time GMT+8:00)
Monday-Friday 9:00-22:00
Saturday-Sunday 9:00-17:00

Feedback


Note:
1.We try our best to reply to your emails as soon as possible, however, due to high volume of daily incoming emails and time zone difference, we may not be able to reply your emails immediately. Please allow 1 business days for us to response. If you do not receive any reply from us, please check your email ensuring your mailbox has not reached full size.
2.Due to some ISP SPAM filter settings, you may not be able to receive our replies; if you have problems receiving our emails, you may need to use a different email account to contact us.
3.Please give us the opportunity to resolve any problem. We understand the concerns and frustrations you might have, and will try our best to resolve the issues. Please email us before leaving any negative feedback or open any dispute on PayPal.
4.We care about our valued customers, and will always try to help you. So if you have any problems, please e-mail us immediately.

Shipping   Payment   Returns   Warranty and Guarantee   Contact us

Copyright © - PushAuction LLC All rights reserved | Design:PushAuction

RK-KTM-turn signal+kits+chain key

| | | |
|---|---|---|
| 10mm Aluminium Motor Swinga rm Spool Slider Bobbins For KT M 990R Super Duke | For KTM RC390 2014 2015 201 6 CNC Alloy Complete Fairing B olt Kit Screws Bodywork | For Complete Bolt Motorcycle F airings Screws Fasteners KTM 1290 Super Duke 2016-2017 |
| 13.95 USD | 15.94 USD | 15.94 USD |
| Buy it now | Buy it now | Buy it now |
| Free shipping | | |

powered by
PUSHAUCTION

On Feb-05-20 at 20:33:36 PST, seller added the following information:

## 🔋 SAVE UP TO 15%   See all eligible items ›

15% discount
Marked down item price reflects all savings. Items provided by racing-knightmotor

**All promotional offers from racing-knightmotor**

  

| Folding Clutch Brake Lever For Yamaha YZF R3 2015 2016 2017 Black Red YZF-R3 | Folding Clutch Brake Lever For 16-17 Yamaha MT 07 2016-2017 FZ-07 Black | Repsol Brake Levers For 2010 2011 2012 2013 Honda CBR1000RR CBR 1000RR 2008-2014 | Folding Clutch Brake Lever For Ducati DIAVEL /CARBON 2011 2012 2013 2014 | Brake Lever For 2006 2007 2008 2009 2010 2011 2012 YAMAHA YZFR6 YZF R6 2005-2015 | See all |
|---|---|---|---|---|---|
| Was: US $38.68 | Was: US $38.68 | Was: $39.99 | Was: US $38.68 | Was: US $38.68 | |
| Now: US $32.88 | Now: US $32.88 | Now: US $32.88 | Now: US $32.88 | Now: US $32.88 | |

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions Learn about pricing

You can change quantities in your cart.

---

Sponsored items based on your recent views 1/2

Feedback on our suggestions

     

| For KTM 990 SuperDuke 2005-2012 Adjustable... | Folding Extending Brake Clutch Levers for KTM 990... | 3D Fold Extend Brake Clutch Levers For KTM 125 200 39... | 4 X Motorcycle LED Blinker Turn Signal Lamp Indicator... | 2x Mini LED Motorcycle Turn Signal Indicators Rear Lam... | 4x Flowing Motorcycle L Turn Signal Indicator Blinke... |
|---|---|---|---|---|---|
| $36.99 | $31.33 | $39.99 $44.43 | $13.74 $14.52 | $9.99 | $13.98 |
| Free shipping | Free shipping | Free shipping | + $3.50 shipping | Free shipping | Free shipping |
| Last one | New | New | New | New | New |

## People were also interested in



Hydraulic Master Cylinder Clutch Lever Oil Hose For...

**$17.00**
~~$18.89~~
Free shipping
*Popular*



For KTM Super Adventure 1290 S/T/R 2015-2020...

**$20.23**
~~$22.99~~
+ $0.80 shipping



MSR 334-1873, 1SGKJ62 2006 KTM 250 SX-300 XC...

**$79.00**
Free shipping



For KTM 350 SX-F/ XC-F/ EXC-F (SIX DAYS) 2014-201...

**$18.87**
~~$36.29~~
+ $1.00 shipping



EXC LOGO CNC Pivot Brake Clutch Levers For KTM EX...

**$17.90**
~~$19.89~~
+ $0.99 shipping

Custom Handlebar End Handgrips Bar End For KT...

**$7.93**
~~$8.53~~
Free shipping

## More from this seller 1/2

Feedback on our suggestions



Folding Clutch Brake Lever For Suzuki GSXR1000 200...

**$32.88**
~~$38.68~~
+ shipping



Folding Clutch Brake Lever For BMW R1200GS 2004-...

**$32.88**
~~$38.68~~
+ shipping



R1 Foldable Clutch Brake Lever and Grips For 2002...

**$34.07**
~~$43.18~~
+ shipping



Short Brake Clutch Lever For YAMAHA 2012 2013 2014...

**$18.99**
+ shipping



CNC Clutch Clutch Levers and Grips For Honda...

**$33.68**
~~$43.18~~
+ shipping
*Almost gone*



CNC Clutch Clutch Levers and Grips For Ducati 899...

**$38.86**
~~$43.18~~
+ shipping

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                 Return to top

**More to explore :** Motorcycle Brake Levers for KTM 990, Brake Pads for 2012 KTM 990, Motorcycle Brake Levers for 2011 KTM 990, Brake Cylinders for 2005 KTM 990, KTM Orange Motorcycle Clutch Levers, Motorcycle Shift Levers for KTM 990, Clutch Master Cylinders for KTM 990, Unbranded Motorcycle Shift Levers for KTM 990, Motorcycle Clutch Levers for KTM, Barnett Motorcycle Clutch Plates for KTM 990

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback




10/7/2020

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄

Search for anything    All Categories ⌄    **Search**    Advanced

‹ Back to search results | Listed in category:  eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers

| Add to Watchlist

---

**People who viewed this item also viewed**

| CNC Clutch Brake Levers and Grips... | Motorcycle Folding Brake Clutch... | Folding Extending Brake Clutch... | Engraved Folding extendable brake... | For KTM 990 SuperDuke 2005... |
|---|---|---|---|---|
| $33.68 ~~$43.18~~ + $1.98 shipping | $31.34 Free shipping | $31.33 Free shipping | $36.99 + $1.99 shipping | $36.99 Free shipping |

---

ⓘ Check if this part fits your vehicle    **Select Vehicle**

🔋 SAVE UP TO **15%**   See all eligible items ▸



**Folding Clutch Brake Lever For KTM 990 SuperDuke 2005-2012 Orange**

Condition: **New**

Compatibility : See compatible vehicles

Sale ends in: **08h 22m 00s**

Quantity: 1    2 available / 9 sold

Price: **US $32.88**    ~~US $38.68~~ (15% off) ⓘ

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Limited quantity remaining** | More than 81% sold | Longtime member

Shipping: **$1.98** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, Guangdong, China
Ships to: Worldwide  See exclusions

Delivery: ⚑ Estimated between **Wed. Oct. 28 and Tue. Nov. 17**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  MasterCard  AmericanExpress  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 14 day Buyer pays for return shipping | See details

---

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
racing-knightmotor (13114 ⭐)
99.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

$ Have one to sell?  **Sell now**

---

**Sponsored items from this seller** 1/2

Feedback on our suggestions



| Fit For KTM 690 ENDURO R 2008-2018 Aluminum... | Magneto Engine Stator Generator Coil For KTM... | Fit For KTM 790 ADVENTURE 19-20 Fender Eliminator Kit... | Tail Tidy License Plate Holder Bracket For KTM 12... | Rearview Side Mirrors Rear View Mirror Fit For KTM 129... | Aluminum Fender Eliminator License Plate Holder For... |
|---|---|---|---|---|---|
| $69.99 Free shipping | $59.95 + $10.00 shipping | $39.98 Free shipping | $29.99 Free shipping | $41.92 Free shipping | $34.97 Free shipping |

Feedback

---

**Description**    **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

https://www.ebay.com/itm/Folding-Clutch-Brake-Lever-KTM-990-SuperDuke-2005-2012-Orange-/252979042157    1/3

10/7/2020

## Shipping and handling

Item location: Guangzhou, Guangdong, China

Shipping to: Worldwide

Excludes: US Protectorates, Alaska/Hawaii, APO/FPO, Africa, Central America and Caribbean, South America, Albania, Andorra, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Republic of, Cyprus, Estonia, Germany, Gibraltar, Guernsey, Iceland, Jersey, Latvia, Liechtenstein, Lithuania, Luxembourg, Macedonia, Malta, Moldova, Monaco, Montenegro, Romania, San Marino, Serbia, Slovakia, Slovenia, Svalbard and Jan Mayen, Vatican City State, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, India, Kazakhstan, Korea, South, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, Bahrain, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Turkey, United Arab Emirates, Yemen, American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Hong Kong, Indonesia, Laos, Macau, Philippines, Taiwan, Bermuda, Greenland, Mexico, Saint Pierre and Miquelon, PO Box



Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| US $1.98 | Free | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between Wed. Oct. 28 and Tue. Nov. 17 |
| US $20.99 | US $5.99 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between Wed. Oct. 14 and Wed. Oct. 21 |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

### Handling time

Will usually ship within 2 business days of receiving cleared payment.

### Taxes

Taxes may be applicable at checkout. Learn more

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 14 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods

PayPal  VISA  MasterCard  American Express  Discover



**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full in 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## SAVE UP TO 15%  See all eligible items ▸

15% discount
Marked down item price reflects all savings. Items provided by racing-knightmotor

**All promotional offers from racing-knightmotor**

 

| | | | | |
|---|---|---|---|---|
| Folding Clutch Brake Lever For Yamaha YZF R3 2015 2016 2017 Black Red YZF-R3 | Folding Clutch Brake Lever For 16-17 Yamaha MT 07 2016-2017 FZ-07 Black | Repsol Brake Levers For 2010 2011 2012 2013 Honda CBR1000RR CBR 1000RR 2008-2014 | Folding Clutch Brake Lever For Ducati DIAVEL /CARBON 2011 2012 2013 2014 | Brake Lever For 2006 2007 2008 2009 2010 2011 2012 YAMAHA YZFR6 YZF R6 2005-2015 |
| Was: US $38.68 | Was: US $38.68 | Was: US $38.68 | Was: US $38.68 | Was: US $38.68 |
| Now: US $32.88 | Now: US $32.88 | Now: US $32.88 | Now: US $32.88 | Now: US $32.88 |

See all

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions/Learn about pricing

You can change quantities in your cart.

## Sponsored items based on your recent views 1/2

Feedback on our suggestions



Feedback




Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒



**ebay**    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Home  ›  Community  ›  Feedback forum  ›  Feedback profile

## Feedback profile

**eb**y MONEY BACK GUARANTEE



**racing-knightmotor** (13114 ⭐) 📋 ⓘ
**Positive Feedback (last 12 months): 99.1%** ⓘ
Member since: Jun-03-16 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
**Learn more**

**Member Quick Links**

**Contact member**

**View items for sale**

**View seller's Store**

### Feedback ratings ⓘ

| | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 202 | 1606 | 2689 |
| ➕ | Neutral | 1 | 26 | 39 |
| ➖ | Negative | 1 | 14 | 26 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ⭐⭐⭐⭐⭐ (2451) | ⭐⭐⭐⭐⭐ (2543) |
| Shipping speed | Communication |
| ⭐⭐⭐⭐⭐ (2472) | ⭐⭐⭐⭐⭐ (2492) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

26 Feedback received (viewing 1-25)

Revised Feedback: 41 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars 🔍

Rating type:  Negative (26) ⌄     Period:  12 Months ⌄

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Bolts were cheap and broke super easy** <br> (Private listing) | Buyer: n***o (8) | Past month <br> Reciprocal feedback |
| ➖ **Very upset some of the bolts broke of puting them in** <br> (Private listing) | Buyer: 2***s (13⭐) | Past 6 months <br> Reciprocal feedback |
| ➖ **These are wrong size, only wants to give 65% back, Scammer, stay away,** <br> For BMW R1200GS 2004-2012 1 1/8" HandleBar Fat Bar Risers Mount Clamp Adapter <br> (#253826128400) | Buyer: b***h (1007⭐) <br> US $29.99 | Past 6 months <br> Reciprocal feedback |
| ➖ **Terrible fitment** <br> For Suzuki GSXR600/750 2004-2005 Complete Fairing Bolts Kit Bodywork Screws <br> (#254355085573) | Buyer: e***7 (9) <br> US $27.95 | Past 6 months <br> Reciprocal feedback |
| ➖ **Did not fit a mt 125! Worst 25 dollars I've ever spent:(** <br> For Yamaha MT-125 Aluminum Motorcycle Fairing Bolt Kit Body Screws Nuts Bolts <br> (#254196801955) | Buyer: e***1 (2) <br> US $23.94 | Past 6 months <br> Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Didn't fit 04 Honda cbr 600rr** <br> Extendy Brake Clutch Levers For Honda CBR600RR 2003-2006 CBR954RR 2002-2003 <br> (#253918360226) | Buyer: 2***a (28⭐) <br> US $32.17 | Past 6 months <br> Reciprocal feedback |
| ➖ **Product is of good material but it does not fit the 790R.** <br> CNC Aluminum Brake Clutch Short Levers For 2019-2020 KTM 790 Adventure ADV 2020 <br> (#254475024599) | Buyer: 7***r (10⭐) <br> US $39.95 | Past 6 months <br> Reciprocal feedback |
| ➖ **Does NOT fit! Had to file it a lot to make it fit, Cant return it since I filed** <br> License Plate Holder Bracket Fender Eliminator For KTM DUKE R 1290 2014-2019 <br> (#254355066690) | Buyer: i***g (14⭐) <br> US $34.95 | Past 6 months <br> Reciprocal feedback |
| ➖ **Cheap Bolts they strip easy and brake easy. Wouldn't recommend** <br> (Private listing) | Buyer: c***r (28⭐) | Past 6 months <br> Reciprocal feedback |
| ➖ **Break under little pressure** <br> Complete Fairing Bolts Screws Kit For Honda CBR 600RR 1000RR 900RR 929RR 954RR <br> (#254450934578) | Buyer: j***r (22⭐) <br> US $24.95 | Past 6 months <br> Reciprocal feedback |
| ➖ **Bolts snapped and stripped out easy dont ever wanna buy again** <br> (Private listing) | Buyer: 2***s (13⭐) | Past 6 months <br> Reciprocal feedback |
| ➖ **I wouldn't recommend this seller to anyone** <br> For Honda CBR600RR 2003 2004 2005 2006 Complete Fairing Bolt Kit Body Screws <br> (#254213398739) | Buyer: a***i (167⭐) <br> US $28.96 | Past 6 months <br> Reciprocal feedback |



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    Search for anything    All Categories ⌄    **Search**    Advanced

### racing-knightmotor (13114 ⭐)
99.1% positive feedback

📍 Items for sale    Visit store    ✉ Contact

♡ Save

Based in China, racing-knightmotor has been an eBay member since Jun 03, 2016

**Feedback ratings** ⓘ

See all feedback

⭐⭐⭐⭐⭐ 2,451  Item as described
⭐⭐⭐⭐⭐ 2,492  Communication
⭐⭐⭐⭐⭐ 2,472  Shipping time
⭐⭐⭐⭐⭐ 2,543  Shipping charges

➕ 2,689 Positive    ◯ 39 Neutral    ➖ 26 Negative

Feedback from the last 12 months

➕ Great seller. Would definitely buy from again.
Oct 05, 2020

● ○ ○ ○ ○

**366** Followers | **3** Reviews | Member since: **Jun 03, 2016** | 📍 China

## Items for sale(32246)

See all items











Aluminum Motorc...
US $8.99    1h left

Aluminum Motorc...
US $8.99    1h left

Aluminum Motorc...
US $8.99    1h left

Aluminum Motorc...
US $8.99    1h left

For Yamaha Alum...
US $22.03    2h left

## Reviews (3)

See all reviews

Cool Motorcycle Rubber Keyring Keychain Key Chain Key ring For YAMAHA black Gift
⭐⭐⭐⭐⭐    Sep 15, 2016
good gift

Cool Motorcycle Rubber Keyring Keychain Key Chain Key ring For Honda Repsol CBR
⭐⭐⭐⭐⭐    Dec 09, 2016
good gift
very cool gift

Motorcycle Red Rubber Keyring Keychain Key Chain key Ring Ducati Cool Motor Gift
⭐⭐⭐⭐⭐    Dec 11, 2016
cool gift
cool gift

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✓ Norton SECURED





Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Items for sale from racing-knightmotor (13121) | Save this seller

Include description

**Categories**

eBay Motors
- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Fairings & Bodywork
- Motorcycle Parts
- Motorcycle Gas Tanks
- Motorcycle Fender Eliminators
- More

See all categories

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (32,249)

**Price**
- Under $35.00
- Over $35.00

$ to $

**Item Location** see all
- Default
- Within
100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

racing-knightmotor (13121)

Feedback rating: 13,121
Positive Feedback: 99.1%
Member since Jun-03-16 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now

Sort: Best Match View:

32,249 results Save this search

Folding Clutch Brake Lever For KTM 125 200 390 DUKE 2013 2014 2015 Orange
Brand New
$32.88 From China
Was: ~~$38.68~~
Buy It Now
+$1.98 shipping
Only 3 left!
39 Sold
15% off
Watch

Stainless Fairing Bolt Kit Bodywork Screws For HONDA CBR500R 2013 2014 2015
New (Other)
$27.95
or Best Offer
Free Shipping
4 Watching
Watch

CNC Aluminum Brake Clutch Short Levers For 2019-2020 KTM 790 Adventure ADV 2020
Brand New
$39.95
or Best Offer
Free Shipping
Only 2 left!
13 Sold
Watch

CNC Clutch Brake Levers and Grips For KTM 125 200 390 DUKE 2013 14 2015 Orange
Brand New
$33.68 From China
Was: ~~$43.18~~
Buy It Now
+$1.98 shipping
21 Sold
22% off
Watch

For Yamaha Tmax530 2013 2014 2015 2016 2017 2018 2019 Complete Fairing Bolt Kit
Brand New
$22.01 From China
Was: ~~$23.92~~
Buy It Now
Free Shipping
8+ Watching
8% off

Fit For KTM Duke 125 250 390 2017-2020 Tail Tidy License Plate Holder Bracket
Brand New
$29.91 to $34.91 From China
Buy It Now
Free Shipping

CNC Clutch Brake Levers and Grips For Honda CBR900RR 1993-1999 94 95 96 97 Red
Brand New

$33.68
Was: $43.18
Buy It Now
+$1.98 shipping
13 Sold
22% off
👁 Watch

From China

Motorcycle Handle Bar Mirror Mount Holder Clamp For KTM Duke 790 2018-2019
Brand New



$18.74
Buy It Now
Free Shipping
Only 2 left!
32 Sold
👁 Watch

From China

CNC Aluminum Smog Block Off Plate Kit For 2009-2018 BMW S1000RR 2015-2017 2016
Brand New



$19.92
or Best Offer
Free Shipping
9 Watching
👁 Watch

From China

For YAMAHA YZF-R3 YZF-R25 2015-2019 Complete Fairing Bolts Kit Bodywork Screws
Brand New



$26.55
Was: $27.95
or Best Offer
Free Shipping
24 Sold
5% off
👁 Watch

Complete Fairing Bolt Screws Kit For Kawasaki Ninja ZX6R 7R ZX9R ZX12R ZX14 ZZR
Brand New



$23.03 to $23.93
Was: $26.59
Buy It Now
Free Shipping
1,147+ Sold
10% off

CNC Offset Handlebar Risers Clamp For KTM 690 LC 08-16 950 LC 05-07 990 LC 07-11
Brand New




$36.93
Buy It Now
Free Shipping

Short Brake Clutch Lever For YAMAHA 2012 2013 2014 XT1200Z SUPERTENERE 2012-2014
Brand New



$18.99
or Best Offer
+$5.00 shipping
4 Watching
👁 Watch

From China

Brake Clutch Levers For Honda CB125R CBF125NA 2018-2019 CB125F/CBS 2015-2019
Brand New

10/8/2020



$27.97
Buy It Now
Free Shipping
3+ Watching

From China

**Extendable Adjustable Folding Clutch Brake Lever For Suzuki RV 125 VanVan 02-15**
Brand New



$27.49 to $27.94
Buy It Now
Free Shipping

From China

**Folding Clutch Brake Lever For Kawasaki Ninja 300R 2013 2014 2015 2016 Green**
Brand New



$32.88
Was: $38.68
+$1.98 shipping
Buy It Now
6 Watching
15% off
👁 Watch

From China

**CNC Clutch Brake Levers and Grips For Honda CBR500R 2013 2014 2015**
Brand New



$32.88 to $36.70
Was: $43.18
Buy It Now
+$1.98 shipping
5+ Watching
15% off

From China

**For Yamaha Tenere 700 XTZ690 2019-2020 Motorcycle Swing Arm Stand Bobbins Screw**
Brand New



$29.99
Buy It Now
+$5.00 shipping
4+ Watching

From China

**Extendable Adjustable Folding Clutch Brake Lever For Yamaha YZF-R 125 2012 2013**
Brand New



$27.49 to $27.99
Buy It Now
Free Shipping

From China

**Brake Clutch Levers And Grips For 2010 2011 2012 2013 YAMAHA YZF R1 2009-2014**
Brand New



$39.31
Was: $43.68
or Best Offer
+$1.98 shipping
Only 3 left!
25 Sold
10% off
👁 Watch

From China

**For Suzuki GSX-S 1000 S Katana 2019-2020 Tail Tidy License Plate Holder Bracket**
Brand New





 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | ktm brake lever | All Categories | Search | Advanced

Items for sale from racing-knightmotor (13121) | Save this seller | Show results from all sellers

Include description

## Categories

eBay Motors
Other Motorcycle Handlebars, Grips & Levers
More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Brand** see all

**Warranty** see all

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (1,328)

**Price**
- Under $35.00
- Over $35.00

$ to $

**Item Location** see all
- Default
- Within
100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

racing-knightmotor (13121)
Feedback rating: 13,121
Positive Feedback: 99.1%
Member since Jun-03-16 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match — View:

1,328 results for **ktm brake lever** Save this search

CNC Clutch Brake Levers and Grips For KTM 125 200 390 DUKE 2013 14 2015 Orange (Fits: KTM)
Brand New
**$33.68** From China
Was: ~~$43.18~~
Buy It Now
+$1.98 shipping
**21 Sold**
**22% off**
Watch

Folding Clutch Brake Lever For KTM 125 200 390 DUKE 2013 2014 2015 Orange (Fits: KTM)
Brand New
**$32.88** From China
Was: ~~$38.68~~
Buy It Now
+$1.98 shipping
**Only 3 left!**
**39 Sold**
**15% off**
Watch

For KTM 1290 SUPER DUKE R/ABS 2014-2016 Extendable Folding Brake Clutch Levers (Fits: KTM)
Brand New
**$27.49** to **$27.97** From China
Buy It Now
**Free Shipping**

CNC Aluminum Brake Clutch Short Levers For 2019-2020 KTM 790 Adventure ADV 2020
Brand New
**$39.95**
or Best Offer
**Free Shipping**
**Only 2 left!**
**13 Sold**
Watch

Folding Clutch Brake Lever For KTM 990 SuperDuke 2005-2012 Orange (Fits: KTM)
Brand New
**$32.88** From China
Was: ~~$38.68~~
Buy It Now
+$1.98 shipping
**Only 2 left!**
**9 Sold**
**15% off**
Watch

Motor Protect Proguard Brake Lever Protector For MOTO GUZZI Norge GT V8 1200 (Fits: KTM)
Brand New
**$22.99** From China
Buy It Now
+$2.99 shipping

Adjustable Folding Extendable Brake Clutch Lever For 2013 KTM 690 ENDURO R 2013 (Fits: KTM)
Brand New

**Checkout**

How do you like our checkout? <u>Tell us what you think</u>

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. <u>See terms</u>

**Ship to**

▮▮▮▮▮▮▮
1001 Foster Ave
Bensenville, IL 60106-1445
United States
▮▮▮▮▮▮

<u>Change</u>

## Review item and shipping

Seller: racing-knig...   <u>Message to seller</u>



Folding Clutch Brake Lever For KTM 990 SuperDuke 2005-2012 Orange
**$32.88**
~~$38.68~~

Quantity   [ 1 ⌄ ]

**Delivery**

◉ Est. delivery: Oct 28 – Nov 17
Standard SpeedPAK from China/Hong Kong/Taiwan
**$1.98**

○ Est. delivery: Oct 14 – Oct 21
Expedited Shipping from China/Hong Kong/Taiwan to worldwide
**$20.99**

Save up to 15%

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ
Reflections of Trinity
Help children, seniors and others in COVID-19 crisis with food and basic needs.

Select amount   [ None ⌄ ]

---

| Subtotal (1 item) | $32.88 |
| Shipping | $1.98 |
| Tax* | $2.18 |
| **Order total** | **$37.04** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

[ 🔒 Confirm and pay ]

**Select a payment option**

 MONEY BACK GUARANTEE
<u>See details</u>

---

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u> ⓘ



Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    [Search for anything]    All Categories ⌄    [Search]    Advanced

‹ Back to search results | Listed in category:    eBay Motors › Parts & Accessories › Motorcycle Parts › Handlebars, Grips & Levers › Other Handlebars & Levers

✉ 📘 🐦 📌 | Add to Watchlist

### People who viewed this item also viewed

 Motorcycle Protect Proguard Brake... $22.99 Free shipping

 Orange Short Brake Clutch... $19.99 + $3.99 shipping

 Brake Clutch Lever Guards Protector... $23.92 ~~$25.18~~ + shipping

 Motorbike Parts Mount Clamp Ris... $26.99 + $2.99 shipping

 2Pcs Motorcycle CNC Aluminum... $15.95 ~~$17.15~~ Free shipping

---

ⓘ Check if this part fits your vehicle    Select Vehicle





‹       ›

💲 Have one to sell?    Sell now

### Aluminum Motor Hand Protector Brake Lever Proguard For KTM 990 1050 1190 1290

Condition:    New

Compatibility:    See compatible vehicles

color:    - Select -    ⌄

Quantity:    [1]    3 available

Price:    **US $22.99**    [Buy It Now]

[Add to cart]

[♡ Add to Watchlist]

Longtime member

Shipping:    $2.99  Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide  See exclusions

Delivery:    ▶ Estimated between **Wed. Oct. 28 and Tue. Nov. 17**
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  🔴🟠  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    14 day Buyer pays for return shipping | See details

#### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
racing-knightmotor (13114 ⭐)
99.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Sponsored items from this seller 1/2

Feedback on our suggestions

‹    ›

Fit For KTM 690 ENDURO R 2008-2018 Aluminum... $69.99 Free shipping

Rearview Side Mirrors Rear View Mirror Fit For KTM 129... $41.92 Free shipping

Aluminum Fender Eliminator License Plate Holder For... $34.97 Free shipping

Crash Protector Frame Sliders Bobbins For Ducati... $45.96 Free shipping

For Kawasaki Z900 2017 2018 2020 Black Aluminum... $44.99 Free shipping

Motor Side Rearview Mirror Fit For Aprilia RSV 1000R... $41.99 Free shipping

Feedback

Report item

---

Description    Shipping and payments

eBay item number:  252924963133

Seller assumes all responsibility for this listing.

Last updated on  Sep 07, 2020 08:03:18 PDT  View all revisions



Shop by category ⌄    | Search for anything | All Categories ⌄ | Search | Advanced

‹ Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Handlebars, Grips & Levers > Other Handlebars & Levers

✉ f 🐦 📌 | Add to Watchlist

---

People who viewed this item also viewed

 For KTM 690 Duke / Enduro R 2014-... $27.05 $40.99 + $1.50 shipping

 Folding Extending Brake Clutch... $29.99 + $3.99 shipping

 Folding Brake Clutch Levers For... $26.69 $29.99 + $3.99 shipping

 Folding extendy brake clutch lever... $36.99 + $1.99 shipping

 For KTM 690 Duke R 2014-2017... $21.24 $24.99 Free shipping

---

ⓘ Check if this part fits your vehicle | Select Vehicle

 SAVE UP TO 15% See all eligible items ▶



‹ ›



‹      ›

$ Have one to sell? Sell now

### Folding Clutch Brake Lever For KTM 690 Duke 2014-2015 Orange

| Condition: | New |
|---|---|
| Compatibility: | See compatible vehicles |
| Sale ends in: | 08h 38m 16s |
| Quantity: | 1    2 available |

Price: **US $32.88**
US $38.68 (15% off)

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

Longtime member

| Shipping: | $1.98 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: Guangzhou, Guangdong, China |
| | Ships to: Worldwide See exclusions |
| Delivery: | ⏱ Estimated between **Wed. Oct. 28** and **Tue. Nov. 17** |
| | Please note the delivery estimate is **greater than 13 business days**. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA 💳 AMEX DISCOVER |

**PayPal CREDIT**
Special financing available. | See terms and apply now

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | 14 day Buyer pays for return shipping | See details |

---

Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
racing-knightmotor (13114 ⭐)
99% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

---

Sponsored items from this seller 1/2

Feedback on our suggestions

‹  ›

Fit For KTM 690 ENDURO R 2008-2018 Aluminum... $69.99 Free shipping

Magneto Engine Stator Generator Coil For KTM... $59.95 + $10.00 shipping

Tail Tidy License Plate Holder Bracket For KTM 12... $29.99 Free shipping

Rearview Side Mirrors Rear View Mirror Fit For KTM 129... $41.92 Free shipping

Fit For KTM 790 ADVENTURE 19-20 Fender Eliminator Kit... $39.98 Free shipping

Aluminum Fender Eliminator License Plate Holder For... $34.97 Free shipping

 Feedback

---

Description | Shipping and payments

Report item

eBay item number: 252979113564



Hi ▮▮▮▮ !∨ | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist ∨ | My eBay ∨ | 🔔 1 | 🛒

ebay | Shop by category ∨ | [Search for anything] | All Categories ∨ | **Search** | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies

✉ f 𝕏 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle | Select Vehicle

🛑 SAVE UP TO **6%** WHEN YOU BUY MORE





Have one to sell? | Sell now

### Motorcycle LED Headlight Head Lamp For KTM SX SXF EXC XC 250 Dirt Bike Enduro

Condition: New

| Bulk savings: | Buy 1 $99.99 / she | Buy 2 $97.99 / she |
|---|---|---|
| | Buy 3 $95.99 / she | |

Compatibility: See compatible vehicles

Quantity: [ 1 ]  4 or more for $93.99/ea

5 available / 1 sold

Price: **US $99.99/ea**

No Interest if paid in full in 6 mo on $99+*

**Buy It Now**

**Add to cart**

Best Offer:

**Make Offer**

♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $10.99

**Free shipping** | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: 🏁 Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA ● ● DISCOVER
**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
racingmtp (1519 ★)
98.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2 | Feedback on our suggestions













| Motorcycle LED Headlight Head Lamp for KTM SX XC... | E8 Emark LED Headlight For KTM Husqvarna EXC XCF... | 6000K LED Headlight Head Lamp For KTM SX SXF EXC... | LED E8 Headlight For KTM EXC XC XCF XCW SX SXF... | Universal Motorcross Headlights Head light... | Dirt Bike LED Headlight Head lamp For KTM EXC... |
|---|---|---|---|---|---|
| $62.25 | $60.15 | $99.99 | $80.40 | $21.13 | $79.52 |
| $66.22 | $63.99 | $107.52 | $85.53 | $22.72 | $85.50 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Last one | New | New | Seller 99.4% positive | Seller 99.2% positive | New |



**Sponsored items from this seller** 1/2

Feedback on our suggestions

| | | | | | |
|---|---|---|---|---|---|
| Headlight Lamp For Yamaha GT DT80 DT100 DT 125 175... | FOR KTM 790 Adventure / R ADV Headlight Protection... | ENGINE HEAD VALVES, INTAKE, EXHAUST FOR... | for Yamaha Banshee coolant rezzy bottle radiator... | Carbon Fiber Color Front Fender Mudguard For BM... | For 2015-2018 BMW S1000RR Frame Protector... |
| $31.99 | $59.99 | $33.33 | $16.29 | $92.99 | $182.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 203057411164

Last updated on  Oct 05, 2020 14:36:10 PDT  View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|---|---|---|---|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 7 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|---|---|---|---|---|
| | 2020 | KTM | 125 | SX |
| | 2019 | KTM | 125 | SX |
| | 2018 | KTM | 125 | SX |
| | 2017 | KTM | 125 | SX |
| | 2016 | KTM | 125 | SX |
| | 2015 | KTM | 125 | SX |
| | 2014 | KTM | 125 | SX |

Portions of the information contained in this table have been provided by racingmtp.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Placement on Vehicle: | Array |
| Material: | ABS | Warranty: | Yes |
| Color Temperature: | 6000K | Manufacturer Part Number: | Does Not Apply |
| Power: | 30W LED | Brand: | Alpha Rider |
| Voltage: | DC12V | Machine Type: | Array |



# Motorcycle LED Headlight for Husqvarna KTM - Orange EXC XCW FC FE TE 125 F



*Description*

- 
  - **Description**
  - **100% Brand New**
  - **Transparent glass lens cover and iron back cover protect the light.**
  - **The location of the installation point leaves enough space for the brake cable.**


Feedback

- Universal accessories with anti-vibration rubber strips are mounted on the front fork of the motorcycle with 2 rubber straps.
- Without DOT approval.
-
- Feature :
-
- Power: 30 W LED
- Voltage: DC12V
- Color Temperature: 6000K
- Feature: Waterproof, dust-proof, rust-proof, you can use this headlight even in rainy days
-
- Fitment
- For KTM
- 125 SX (US) 2014-2020
- 150 SX (US) 2014-2020
- 150 XC (US) 2014
- 250EXC 2010-2020
- 450EXC 2010-2020
- 150 XC-W 2017-2020
- 250 SX  (US) 2014-2020
- 250 SX-F (US) 2014-2020
- 250 SX-F Factory Edition 2015-2020
- 250 XC (US / EU) 2014-2020
- 250 XC-F (US) 2014-2020
- 250 XC-W 2014-2020
- 250 XC-W TPI 2018-2020
- 250 XCF-W (US) 2014-2020
- 300 XC-W 2014-2020
- 300 XC (US / EU) 2014-2020
- 350 SX-F (US) 2014-2020
-
- 350 XC-F (US) 2014-2020
- 350 XCF-W (US) 2014-2020
- 450 SX-F (US) 2014-2020
- 450 SX-F Factory Edition 2015-2020
- 450 XC-F (US) 2015-2020
- 450 XC- W (US) 2014-2020
- 500 XC-W (US) 2014-2020
- 530 EXC (US) 2010-2011
- 530 XC-W Six Days (USA) 2010-2011
-
- For Husqvarna
- FC 250 2014-2020
- FC 450 2014-2020
- FC 450 Rockstar Edition 2018
- FC 350 2014-2020
- FE 250 2014-2020
- FE 350 2014
- FE 450 2016
- FE 501 2014-2020
- TC 125 2014-2020
-
- TC 250 2014-2020
- TE 125 2015-2020
- TE 150 2017
- TE 250 2014-2020
- TE 300 2014-2020
- TX 300 2017
- FX 350 2017
- FX 450 2017
-
- Package Include
-
- 1 Pcs Motorcycle LED Headlight
- 2 Pcs Rubber Strips
- Instruction of Installation is NOT Included.

**Payment**

* **Paypal only**. Shipping Fee is include packing & handling charges.

International Customers:


Feedback

Import duties, taxes, andOther charges are NOT INCLUDED in the item price or shipping charges. These charges are the buyer's responsibility and vary by country/location.

*Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying. These charges are normally collected by the delivering freight (shipping) company or when you pick the item up. These charges are not to be confused for additional shipping charges.

## Shipping

International Customers:Import duties, taxes, and Other charges are NOT INCLUDED in the item price or shipping charges. These charges are the buyer's responsibility and vary by country/location.

Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying. These charges are normally collected by the delivering freight (shipping) company or when you pick the item up. These charges are not to be confused for additional shipping charges.**(This clause only applies to the delivery location of the china  warehouse)**

| Shipping Destination | Shipping Time |
|---|---|
| USA | 12-35 working days after item has been shipped |
| UK | 15-39 working days after item has been shipped |
| Canada / Australia / Most Areas | 15-39 working days after item has been shipped |
| Other Countries | 20-45 working days after item has been shipped |
| Germany / France | 20-42 working days after item has been shipped |
| Other European area | 20-60 working days after item has been shipped |

if you have not received it within 40 days, Please contact us first, we will arrange to resend or refund to you.Please do not open case or leave bad feedback

## Terms of Sale

### If you have problems with the following issue please Contact Us immediately !

1.You do not satisfaction the item quality

2.Item do not fit your motorcycle perfect

3.Item can not reach your expectation

4.The item arriver be broken

5.You do not receive the item

6.Parcel Lost

7.Receive the wrong item

Please do not worry !!!

We are honest ebay dealers ,we will endeavour to resolve all of your problems until you are satisfied.

Please feel free to Contact Us



## About Us





**We have poweful partner factory to sure our price can be the best !!Service to every rider over the World is our target !!!!**
**We have professional team to care about every piece of fairing sale from us. Best sevice is the key to make we stand out.**

---

Sponsored items based on your recent views 1/3                                    Feedback on our suggestions

     

| Motorcycle LED Headlight Head Lamp for KTM SX XC... | Enduro Dirt Bike 6000K LED Headlight Head Lamp For... | LED 12V 30W Headlight Head Lamp For KTM SX SX... | 14 Pcs Front Fender Frame Fairing Bolts For KTM 690... | Front Fender Frame Fairing Bolts For KTM 690 DUKE/R... | 14 PCS Front Fender Frame Fairing Bolts For KTM 690... |
|---|---|---|---|---|---|
| $62.25 | $172.90 | $86.30 | $12.31 | $2.63 | $12.45 |
| $66.22 | $182.90 | $92.80 | $13.99 | $2.99 | $13.99 |
| Free shipping | Free shipping | Free shipping | + $0.99 shipping | + $2.99 shipping | + $1.99 shipping |
| Last one | New | Seller 99.1% positive | Seller 99.2% positive | New | New |

---

Explore more sponsored options: Brand

KTM

  

| 2020 Supermoto LED Headlight Mask For KTM... | White Front Head Lamp Headlight Accessories fo... | White LED Motorcycle Headlight Front Light For... |
|---|---|---|
| $75.67 | $27.73 | $58.39 |
| $80.50 | | |
| Free shipping | Free shipping | Free shipping |

Honda



| Dirt Bike Streetfighter Enduro LED Headlight For... |
|---|
| $29.30 |
| $31.50 |
| Free shipping |

---

More from this seller 1/2                                    Feedback on our suggestions

    

| Enduro Dirt Bike LED Headlight Kit For EXC SX... | Headlight Head Lamp Level Sensor For Subaru Foreste... | Motorcycle Headlight Guard Protector Grille Covers for... | H4 12V Head Light For Yamaha XT 500 CT GT DT... | for YAMAHA RZ350 RZ250 RZ 350 250 RD350LC... | Black Steel Headlight Guard Grill Protector For BMW... |
|---|---|---|---|---|---|
| $99.99 | $22.22 | $35.99 | $26.99 | $27.99 | $42.95 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |


Feedback

---

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                    Return to top

More to explore : KTM EXC , Motorcycle Headlight Assemblies for KTM SX SR, KTM SX Motorcycles, Motorcycle Headlight Assemblies for KTM 250, Motorcycle Headlight Assemblies for American Dirt Bike, Areyourshop Motorcycle Headlight Assemblies for KTM 250, Unbranded Motorcycle Headlight Assemblies for KTM 250, Trail Tech Motorcycle Headlight Assemblies for KTM 250, Baja Designs Motorcycle Headlight Assemblies for KTM 250, KTM Motorcycle Headlight Assemblies for KTM













Hi [redacted]! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 2

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies | Add to Watchlist

You have received an offer of US $94.99 from the seller. The offer expires in 28 hours 51 mins. | Review Offer

Check if this part fits your vehicle Select Vehicle

SAVE UP TO 6% WHEN YOU BUY MORE

Have one to sell? Sell now

# Motorcycle LED Headlight Head Lamp For KTM SX SXF EXC XC 250 Dirt Bike Enduro

Condition: New

Bulk savings: Buy 1 $99.99/ea | Buy 2 $97.99/ea | Buy 3 $95.99/ea

Compatibility: See compatible vehicles

Quantity: 1 4 or more for $93.99/ea

5 available / 1 sold

Price: US $99.99/ea
No Interest if paid in full in 6 mo on $99+*

Buy It Now

Add to cart

Best Offer: Review Offer

Add to Watchlist

1-year accident protection plan from SquareTrade - $10.99

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Thu. Oct. 29 and Wed. Nov. 18
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
racingmtp (1520 ★)
98.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 Feedback on our suggestions

Feedback

| | | | | | |
|---|---|---|---|---|---|
| Motorcycle LED Headlight Head Lamp for KTM SX XC... | Dirt Bike Enduro LED Headlight Head Lamp For... | E8 Emark LED Headlight For KTM Husqvarna EXC XCF... | LED E8 Headlight For KTM EXC XC XCF XCW SX SXF... | 6000K LED Headlight Head Lamp For KTM SX SXF EXC... | Dirt Bike LED Enduro Headlight Head Lamp For... |
| $62.25 | $63.85 | $60.15 | $80.40 | $99.99 | $60.45 |
| $66.22 | | $63.99 | $85.53 | $107.52 | $65.00 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Last one | New | New | Seller 99% positive | Seller 99.4% positive | New |

---

### Sponsored items from this seller 1/2

Feedback on our suggestions








| | | | | | |
|---|---|---|---|---|---|
| Headlight Lamp For Yamaha GT DT80 DT100 DT 125 175... | FOR KTM 790 Adventure / R ADV Headlight Protection... | PISTON KIT RINGS GASKETS FOR 125CC SSR BAJA... | ENGINE HEAD VALVES, INTAKE, EXHAUST FOR... | Rear Luggage Rack Cargo Holder Shelf Bracket... | for Yamaha Banshee coolant rezzy bottle radiator... |
| $31.99 | $59.99 | $32.59 | $33.33 | $87.99 | $16.20 |
| Free shipping | Free shipping | + $9.99 shipping | Free shipping | Free shipping | Free shipping |

---

| Description | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: Guangzhou, China

Shipping to: Worldwide

Excludes: Armenia, China, Georgia, Nepal, Pakistan, Russian Federation, Turkmenistan, Uzbekistan, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Turkey, United Arab Emirates, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Cayman Islands, Dominica, Dominican Republic, El Salvador, Guadeloupe, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Puerto Rico, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Hong Kong, Macau, Taiwan, Thailand, Bermuda, Greenland, Saint Pierre and Miquelon, Argentina, Bolivia, Brazil, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Benin, Burkina Faso, Cameroon, Central African Republic, Chad, Comoros, Côte d'Ivoire (Ivory Coast), Djibouti, Egypt, Eritrea, Ethiopia, Gambia, Gambia, Ghana, Guinea, Guinea-Bissau, Kenya, Lesotho, Madagascar, Malawi, Mali, Mauritania, Mayotte, Mozambique, Namibia, Niger, Nigeria, Reunion, Rwanda, Saint Helena, Senegal, Seychelles, Sierra Leone, South Africa, Swaziland, Tanzania, Togo, Uganda, Western Sahara, Zambia, Albania, Bosnia and Herzegovina, Estonia, Iceland, Jersey, Montenegro, Svalbard and Jan Mayen, Vatican City State

Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| Free shipping | United States | Standard SpeedPAK from China/Hong Kong/Taiwan | Estimated between **Thu. Oct. 29 and Wed. Nov. 18** |

*   Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods







Feedback

Payment methods



**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

Sponsored items based on your recent views 1/4                    Feedback on our suggestions

     

Headlight Mask Headlamp Assembly KTM 125 200 25...
$25.71
$28.89
+ $6.99 shipping
New

FOR KTM 790 Adventure / R ADV Headlight Protection...
$59.99
Free shipping
New

Motorcycle LED Headlight Head Lamp for KTM SX XC...
$62.25
$66.22
Free shipping
Last one

6000K LED Headlight Head Lamp For KTM SX SXF EXC...
$99.99
$107.52
Free shipping
Seller 99.4% positive

LED 12V 30W Headlight Head Lamp For KTM SX SX...
$86.30
$92.80
Free shipping
Seller 99.1% positive

Headlight Mask Headlamp Assembly For KTM 125 200...
$26.39
$29.99
+ $6.99 shipping
Seller 99.1% positive

---

Explore more sponsored options: Brand

KTM

    

Enduro Dirt Bike LED Headlight For KTM 250 30...
$60.54
$65.10
Free shipping

Universal Dual Sport Motocross Headlight Lam...
$74.29
$79.03
Free shipping

Black 30W 12V LED Headlight Lamp For KTM...
$75.67
$80.50
Free shipping

Headlight Head Lamp Streetfighter For KTM EXC...
$32.15
$34.20
+ $3.50 shipping

Compatible For KTM Duke 250 Headlight Head Lamp...
$183.83
Free shipping
Last one

---

More from this seller 1/2                    Feedback on our suggestions

      

Enduro Dirt Bike LED Headlight Kit For EXC SX...
$99.99
+ shipping

Headlight Head Lamp Level Sensor For Subaru Foreste...
$22.22
+ shipping

Motorcycle Headlight Guard Protector Grille Covers for...
$35.99
+ shipping

H4 12V Head Light For Yamaha XT 500 CT GT DT...
$26.99
+ shipping

for YAMAHA RZ350 RZ250 RZ 350 250 RD350LC...
$27.99
+ shipping

Black Steel Headlight Guard Grill Protector For BMW...
$42.95
+ shipping

Feedback


This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                 Return to top

More to explore : KTM EXC Motorcycles,  KTM EXC,  Motorcycle Headlight Assemblies for KTM SX SR,  KTM SX Motorcycles,  Motorcycle Headlight Assemblies for KTM 250,  Areyoushop Motorcycle Headlight Assemblies for KTM 250,  Unbranded Motorcycle Headlight Assemblies for KTM 250,  Trail Tech Motorcycle Headlight Assemblies for KTM 250,  Baja Designs Motorcycle Headlight Assemblies for KTM 250,  KTM Motorcycle Headlight Assemblies for KTM

10/6/2020



Hi █████ ! ▼ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ▼ | My eBay ▼ | 🔔 1 | 🛒

ebay | Shop by category ▼ | 🔍 Search for anything | All Categories ▼ | **Search** | Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile

eBay MONEY BACK GUARANTEE



**racingmtp** (1519 ★) 📋 ℹ️

**Positive Feedback (last 12 months): 98.4%** ℹ️
Member since: May-09-17 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

### Member Quick Links
Contact member
View items for sale
View seller's Store

### Feedback ratings ℹ️



| | | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 172 | 763 | 983 |
| ⊙ | Neutral | 0 | 7 | 8 |
| ➖ | Negative | 0 | 13 | 15 |

### Detailed seller ratings ℹ️



Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (923) | ★★★★★ (958) |
| Shipping speed | Communication |
| ★★★★★ (929) | ★★★★★ (949) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

15 Feedback received (viewing 1-15)                Revised Feedback: 4 ℹ️

Search Feedback received as seller with an item title or ID: ℹ️

| e.g. Vintage 1970's Gibson Guitars | 🔍 | Rating type: Negative (15) ▼ | Period: 12 Months ▼ |

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **Tool dosen't fit. Seller dosen't have a valid address for returns.** <br> CNC Drive Clutch Belt Changing Tool For Polaris RZR 570 800 XP 900 1000 Turbo US (#202434440823) | Buyer: c***- (529★ ) <br> US $14.99 | Past 6 months <br> Reciprocal feedback |
| Reply by racingmtp. Left within past 6 months. <br> Dear friend, we will improve our service to give you a better experience. | | |
| ➖ **Caps did not fit the generator it says it would fit** <br> (Private listing) | Buyer: h***u (10★) | Past 6 months <br> Reciprocal feedback |
| Reply by racingmtp.Left within past 6 months. <br> Dear friend, we will improve the item quality to create a better experience | | |
| ➖ **generator has internal overflow,cap overfills,fuel pours out, the generator dies** <br> (Private listing) | Buyer: p***i (211★) | Past 6 months <br> Reciprocal feedback |
| Reply by racingmtp. Left within past 6 months. <br> Dear friend, we will improve the item quality to create a better experience | | |
| ➖ **"Quick release" as will fall off with a tiny bump** <br> (Private listing) | Buyer: d***w (176★ ) | Past 6 months <br> Reciprocal feedback |
| Reply by racingmtp.Left within past 6 months. <br> Dear friend, we will improve the item quality to create a better experience | | |
| ℹ️ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **Never receive those parts** <br> (Private listing) | Buyer: o***n (8) | Past 6 months <br> Reciprocal feedback |
| ➖ **Seller ships the package to the wrong place and didn't want to refund my money F** <br> (Private listing) | Buyer: d***g (502★) | Past 6 months <br> Reciprocal feedback |
| ➖ **still no part has come.** <br> (Private listing) | Buyer: n***o (18★) | Past 6 months <br> Reciprocal feedback |
| ➖ **never received this item** <br> (Private listing) | Buyer: e *** e ( 329★ ) | Past 6 months <br> Reciprocal feedback |
| ➖ **is metric and not sae cost $40.00 to make work** <br> (Private listing) | Buyer: 5***e (692★ ) | Past 6 months <br> Reciprocal feedback |
| ➖ **Gear was wrong size, not direct mount it was missing a bearing made due though.** <br> (Private listing) | Buyer: e***_ (113★ ) | Past 6 months <br> Reciprocal feedback |

Comment?

Hi ████ ! ▾   Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ▾   My eBay ▾   🔔¹   🛒

ebay   Shop by category ▾   🔍 Search for anything   | All Categories ▾ |   **Search**   Advanced



**racingmtp** (1519★)
98.4% positive feedback

♡ Save

Items for sale | Visit store | ✉ Contact

Welcome to my shop; All the goods are the best quality and reasonable price,and we have a perfect service, we will give you a good shopping experience, if you want to buy more products in my shop , please contact our customer service, then you will e

**Feedback ratings** ⓘ                                                    See all feedback

| ★★★★★ | 923 | Item as described |
| ★★★★★ | 949 | Communication |
| ★★★★★ | 929 | Shipping time |
| ★★★★★ | 958 | Shipping charges |

➕ **983** Positive   ⊙ **8** Neutral   ➖ **15** Negative

Feedback from the last 12 months

➕ Thanks!
Oct 05, 2020

● ○ ○ ○ ○

29 Followers | 0 Reviews | Member since: **May 09, 2017** | 📍 China

## Items for sale(1603)

See all items



Starter Idler I...
US $17.99                1h left



Coil Pack Remov...
US $0.99                 4d left



Coil Pack Remov...
US $15.51               1h left



1" 25mm Motorcy...
US $39.59               5h left



Universal 8mm m...
US $5.89                5h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

10/6/2020



Hi ▪▪▪ ! ∨    Daily Deals    Brand Outlet    Help & Contact         Sell    Watchlist ∨    My eBay ∨

ebay    Shop by category ∨    [ Search this Store ]    This Store ∨    Search    Advanced

eBay > eBay Stores > racingmtp



### racingmtp
29 followers | racingmtp (1519 ★) 98.4%

Welcome to my shop; All the goods are the best quality and reasonable price, and we have a perfect service; we will give you a good shopping experience, if you want to buy more products in my shop, please c

♡ Save this seller

**Category**

All
Motorcycle accessories
Car accessories
Off-road ATV UTV
Other accessories
Other

**Featured Items**



Carbon Fiber Front Downforce Side Spoilers...
$100.29

Taillight Tail Light with Fender Cover Assy for 1992-2001...
$39.99



All Listings | Auction | Buy It Now          Time: ending soonest ∨

1-48 of 1,558 Results

Starter Idler Idle Gear for Polaris Outlaw 50 90 110 2007-2019 0455258 0450178
$17.99
Free shipping
or Best Offer
Brand: Alpha Rider
Seller: racingmtp (1501) 98.4%

Coil Pack Removal Tool Puller Spark For BMW R1150 RT/GS/ R/RS R1200 R/ST r1250gs
$15.51
Free shipping
or Best Offer
8 watching
From China
Seller: racingmtp (1513) 98.4%

1" 25mm Motorcycle Handlebars Drag Bar for Harley Sportster 883 1200 XL 2007-18
$39.59
Free shipping
or Best Offer
5 watching
From China
Brand: Alpha Rider
Seller: racingmtp (1501) 98.4%

Universal 8mm motorcycle Off-road ATV Scooter In-line Fuel Petrol Tap On-Off 1"
$5.89
Free shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: racingmtp (1475) 98.4%

Anti-dive Fork Valve Shim Screws For Honda GL1800 Trike 2001 - 2017 GL1800 F6B
$11.73
Free shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: racingmtp (1504) 98.4%

Radiator Guard Protector Grill Cover For Yamaha XSR900 XSR 900 2016-2018 2017
$29.49
Free shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: racingmtp (1507) 98.4%

10pcs Steel Skid Plate Washer For Polaris 7556065 ATV UTV Ranger Rzr 1000 Custom
$8.29
Free shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: racingmtp (1492) 98.4%

4pcs 5mm Aluminum Spacer Radial Brake Caliper For Yamaha R1 R6 Suzuki GSXR ZX6R
$19.99
Free shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: racingmtp (1492) 98.4%

Front Sprocket Lock Bolts Washer 95014-92100 For ATC 200X NX125 TRX 200SX CMX NX
$10.69
Free shipping
or Best Offer
Brand: Alpha Rider
Seller: racingmtp (1519) 98.4%

Front Fork Slider Guard Spillplate For Kawasaki KLX250 KDX250/300/650 Clip
$32.99
Free shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: racingmtp (1492) 98.4%

Front Fork Guide Clips & Slider Protector For Kawasaki KDX250/KDX300/KLX650
$31.99
Free shipping
or Best Offer
From China
Brand: Alpha Rider
Seller: racingmtp (1492) 98.4%

Front Fork Slider Guard Protector Spillplate For Kawasaki KLX250 KDX125 200 US
$13.89
Free shipping
or Best Offer
5 watching
From China
Brand: Alpha Rider
Seller: racingmtp (1492) 98.4%

for Honda Acura Power Steering Pump O-Ring Set 91345-RDA-A01+ 91370-SV4-000 2pcs

10/6/2020



$4.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1492) 98.4%

Air Cleaner Joint Boot For Polaris Sportsman, Scrambler, Predator 50/90cc ATV US
★☆☆☆☆ 1 product rating
$6.88
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1502) 98.4%

New Intake Manifold Boot Joint For Honda CRF 100F XR 100R Replace 17110-KA8-000
$8.59
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1505) 98.4%

For BMW R1200GS R1250GS R1200RT F650gs Coil Pack Removal Spark Plug Tool
$15.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1510) 98.4%

For Honda Z50A Mini Trail Fork Shock Absorber Dust Boot CT70 70H 51505-064-010B
$15.29
$1.29 shipping
or Best Offer

Brand: Alpha Rider
Seller: racingmtp (1519) 98.4%

For Honda trx 300 350 Rancher 400 450 Foreman Starter Brushes Plate Rebuild Kit
$7.60
$4.09 shipping
or Best Offer

Brand: Alpha Rider
Seller: racingmtp (1503) 98.4%

Exhaust Pipe Gasket &Spring Kit For Polaris RZR800 700 EFI RZR S 800 EFI 3610047
$20.39
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1511) 98.4%

for Suzuki Speedo Speedometer Cable GS 550 650 750 850 1000 04-0027 34910-44400
$12.59
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1518) 98.4%

Intake & Exhaust Valve Set For Yamaha YFA1 Breeze 125 YFM125G Grizzly 125 04-11
$18.59
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1519) 98.4%

for Honda ATC 185 185S 200 200E /M 200S 200X XL100 OIL DRAIN PLUG SPRING SCREEN
$17.89
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1515) 98.4%

Exhaust Pipe Muffler Gasket for Honda Xl100S XL125S Xl185S XR185 XR200 XR200R

$19.79
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1517) 98.4%

Oil Filter Cover Sealing O-Ring For Honda TRX350 Rancher 2000 -06 TRX300 Foreman
$5.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1517) 98.4%

for Volvo Oil Drain Plug Washers Gasket Sump V40 S60 V70 XC90 850 S80 V70 XC70
$5.00
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1501) 98.4%

Chain Adjuster Tensioner For Honda CRF XR 70 80 100 XR50 XR80 CRF80 XR100 CRF50
$10.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1512) 98.4%

Upper Lower Radiator Hose Sensor O-Ring Seal For BMW E81 E82 E86 E87E90 E91 E90
$13.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1507) 98.4%

Fits For KTM DUKE 790 2018 2019 Slip-on Catalyst Delete Muffler Middle Link Pipe
$51.88
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1506) 98.4%

6PCS Engine Oil Seal Kit Set for Honda CT90K CT90 Trail 1966-1979
$9.89
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1508) 98.4%

For HONDA EU3000IS EU6500IS, EU7000IS GENERATOR EXTENDED RUN FUEL CAP
$69.69
Free shipping
or Best Offer

From China
Brand: Honda
Seller: racingmtp (1349) 98.4%

for YAMAHA GOLF CART CARBURETOR JOINT SPACER GAS G2,G8,G9 G14 J38-13596-00 New
$12.99
Free shipping
or Best Offer

Brand: Alpha Rider
Seller: racingmtp (1500) 98.4%

For Honda EU3000IS, EU6500IS, EU7000IS Generator Extended Run Fuel Cap CNC Alum*
$69.69
Free shipping
or Best Offer

From China
Brand: Honda
Seller: racingmtp (1349) 98.4%

Spring Installer Hook Tool Kit Set Spiral Fit Honda CT70 S65 CT90 CL90 S90 SL70
$9.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1507) 98.4%



1X Gripper Soft Seat Cover Fit For Yamaha YZ85 YZ250 YZ125 YZF450 WR250F WR450F

$20.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1492) 98.4%

Front Rear Wheel Bearing Greaser Service Tool For Can-Am Maverick Commander UTV

$8.95
Free shipping
or Best Offer

Brand: Alpha Rider
Seller: racingmtp (1511) 98.4%

Primary Clutch Puller Tool For Polaris RZR Sportsman XP1000 900 GENERAL TURBO US

$25.59
Free shipping
or Best Offer

From China
Seller: racingmtp (1513) 98.4%

COMPLETE ENGINE GASKET SEAL FOR HONDA CRF70 XR70 ATC70 TRX70 CT70 SL70 XL70 S65

$16.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1517) 98.4%

Smoke Lens Led Tail light For HONDA 2007-2012 CBR600RR Integrated Turn Signals

$48.87
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1501) 98.4%

Ignition Coil Spark Plug Cover For BMW R1100GS R1100S R1100R R1100RT R1150GS US1

$28.99
Free shipping
or Best Offer
2 watching

From China
Brand: Alpha Rider
Seller: racingmtp (1500) 98.4%

2PCS Rubber Exhaust Gasket Gas O-Ring For Husqvarna SX/EXC/TE/EC 125/250/300 USA

$3.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1517) 98.4%

Coil Pack Removal Tool Puller Spark For BMW R800 F700 R1150 K1200 K1300 R1200GS

$15.51
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1500) 98.4%

Clutch Switch For Suzuki GSXR 600 750 Click Front Lever Brake Light Activator

$13.45
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1519) 98.4%

25Xc 18mm Trans Drain Plug Crush Washer Gasket 90471-px4-000 for Honda Acura US1

★★★★★ 5 product ratings
$4.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1501) 98.4%

For Honda TRX 300 350 Rancher 400 450 500 ATV Foreman Starter Brushes Plate Set

$9.99
Free shipping
or Best Offer
46 sold

From China
Brand: Alpha Rider
Seller: racingmtp (1501) 98.4%

For Honda EU3000IS,EU6500IS,EU7000IS Generator Extended Run Fuel Cap Aluminum 2"

$69.69
Free shipping
or Best Offer

From China
Brand: Honda
Seller: racingmtp (1500) 98.4%

Engine Gasket Kit For Honda C70 Passport CL70 Scrambler CT70 Trail CT70 H C70M

$12.55
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1502) 98.4%

16mm Diameter Kick Start Lever For Yamaha DT125 DT175 DT125 175MX YZ125 YZ100 U

$26.29
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1517) 98.4%

Phone GPS Navigate Holder Mount Bracket for BMW R1200GS/ADV/LC R1250GS ADV LC

$17.99
Free shipping
or Best Offer

From China
Brand: Alpha Rider
Seller: racingmtp (1500) 98.4%

‹ 1 2 3 4 5 6 7 8 9 10 ›

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton



Hi [redacted] ! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay 1

Shop by category | ktm | All Categories | Search | Advanced

Items for sale from **racingmtp** (1519 ★) | Save this seller | Show results from all sellers

Include description

## Categories

**eBay Motors**
- Other Motorcycle Parts
- Motorcycle Fairings & Bodywork
- Other Motorcycle Handlebars, Grips & Levers
- Motorcycle Silencers, Mufflers & Baffles
- Other Motorcycle Accessories
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (39)

**Price**
- Under $15.00
- $15.00 - $35.00
- Over $35.00

$ to $

**Item Location** see all
- Default
- Within

100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

racingmtp (1519 ★)
Feedback rating: 1,519
Positive Feedback: 98.4%
Member since May-09-17 in Hong Kong

Read feedback profile
Add to my favorite sellers
**Visit seller's eBay Store!**
Alpha-Buya

## Sponsored items for you

Motorcycle LED Headlight Head Lamp fo...
**$62.25**
Buy It Now
Free shipping

All Listings | Auction | Buy It Now — Sort: Best Match — View:

**39** results for **ktm** Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model
Year From / To: Year From / Year To
Distance: Any Distance of / 60106

Clear selections

**0** matching results

Find Results

FOR KTM 790 Adventure / R ADV Headlight Protection Guard Cover Aluminum 2019-20 (Fits: KTM)
Brand New
**$59.99**
or Best Offer
**Free Shipping**
Watch
From China
Seller: racingmtp (1,502) 98.4%
Brand: Alpha Rider

CNC Engine Case Slider Guard Protector Cover For KTM DUKE 250 390 2017 2018 2019
Brand New
**$52.99**
Buy It Now
**Free Shipping**
From China
Seller: racingmtp (1,511) 98.4%
Brand: Alpha Rider

2pcs Lower Fork Leg Shoe Guard Protector Cover for KTM 125 200 250 300 350 Black
New (Other)
**$19.99**
or Best Offer
**Free Shipping**
Watch
From China
Seller: racingmtp (1,500) 98.4%
Brand: Alpha Rider

Motorcycle Radiator Side Cover Panel Guard Protector For KTM 1050 1090 1290 ADV (Fits: KTM)
New (Other)
**$32.54**
or Best Offer
**Free Shipping**
Watch
From China
Seller: racingmtp (1,501) 98.4%
Brand: Alpha Rider

Hand Guard Protector Handlebar Handguards For KTM EXC SX SXF EXC-F XCW XCF-W US (Fits: KTM)
New (Other)
**$20.99**
Buy It Now
**Free Shipping**
From China
Seller: racingmtp (1,519) 98.4%
Brand: Alpha Rider

Motorcycle Gripper Soft Seat Cover For Honda Yamaha KTM 125/200 EXC Dirt Bike
New (Other)

**Almost gone**



LED 12V 30W Headlight
Head Lamp For K...
**$86.30**
Buy It Now
Free shipping



Enduro Dirt Bike 6000K
LED Headlight ...
**$172.90**
Buy It Now
Free shipping

14 Pcs Front Fender
Frame Fairing Bol...
**$12.31**
Buy It Now

Front Fender Frame
Fairing Bolts For ...
**$2.63**
Buy It Now

14 PCS Front Fender
Frame Fairing Bol...
**$12.45**
Buy It Now



1Pair Folding Motorcycle
Top Case Box...
**$84.69**
Buy It Now










**$20.99**
or Best Offer
**Free Shipping**
➤ Watch

From China

Seller: racingmtp (1,492) 98.4%
Brand: Alpha Rider

---

**New Air Filter for KTM 85 SX Motorcycle 85cc 2005 2006 2007 2008 2009 2010 -2012 (Fits: KTM)**
Brand New

**$8.70**
or Best Offer
**Free Shipping**
➤ Watch

From China

Seller: racingmtp (1,508) 98.4%
Brand: Alpha Rider

---



**Motorcycle Rear Exhaust Pipe Muffler Silencer Tube For KTM DUKE 250 390 17-2019**
Brand New

**$34.99**
or Best Offer
**Free Shipping**
➤ Watch

From China

Seller: racingmtp (1,518) 98.4%
Brand: Alpha Rider

---



**Motorcycle LED Headlight Head Lamp For KTM SX SXF EXC XC 250 Dirt Bike Enduro (Fits: KTM)**
Brand New

**$99.99**
or Best Offer
**Free Shipping**
➤ Watch

From China

Seller: racingmtp (1,517) 98.4%
Brand: Alpha Rider

---



**Vibration-Damped GPS Mount Bracket Holder For KTM 790 Adventure /R '19 2019 2020 (Fits: KTM)**
Brand New

**$22.99**
or Best Offer
+$6.99 shipping
➤ Watch

From China

Seller: racingmtp (1,501) 98.4%
Brand: Alpha Rider

---



**Stainless Exhaust Muffler Link Pipe For KTM 1290 SUPER DUKE R 2014 2015 2016 US (Fits: KTM)**
New (Other)

**$55.53**
Buy It Now
**Free Shipping**
➤ Watch

From China

Seller: racingmtp (1,502) 98.4%
Brand: Alpha Rider

---



**Air Fuel Mixture Screw for KTM 250 400 450 505 525 530 SX XC SXF XCF MXC EXC XCF (Fits: KTM)**
New (Other)

**$5.29**
or Best Offer
+$2.09 shipping
➤ Watch

Save up to 10% when you buy more

Seller: racingmtp (1,507) 98.4%
Brand: Alpha Rider

---

**Fits For KTM DUKE 790 2018 2019 Slip-on Catalyst Delete Muffler Middle Link Pipe (Fits: KTM)**
Brand New

 **Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○  Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

---

**Ship to**

████████
1001 Foster Ave
Bensenville, IL 60106-1445
United States
████████

Change

---

**Review item and shipping**

Seller: racingmtp | Edit message
Message: Item Id: 203057411164 Buyer's Vehicle: KTM

 Motorcycle LED Headlight Head Lamp For KTM SX SXF EXC XC 250 Dirt Bike Enduro
**$99.99**

Quantity [ 1 ∨ ]

**Delivery**
Est. delivery: Oct 29 – Nov 18
Standard SpeedPAK from China/Hong Kong/Taiwan
**Free**

---

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

---

## Donate to charity (optional) ⓘ
Musicians On Call
Support Musicians On Call and help deliver the healing power of music to hospital patients

Select amount [ None ∨ ]

---

| | |
|---|---|
| Subtotal (1 item) | $99.99 |
| Shipping | Free |
| Tax* | $6.25 |

**Order total** **$106.24**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED



10/6/2020

Hi ████! ▾ | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist ▾ | My eBay ▾

🔔 1 | 🛒

ebay | Shop by category ▾ | Search for anything | All Categories ▾ | **Search** | Advanced

← Back to search results | Listed in category: | eBay Motors › Parts & Accessories › Motorcycle Parts › Other Motorcycle Parts | ✉ f ⨍ 🅿 | Add to Watchlist

✓ This fits a KTM | Select Year

🔥 SAVE UP TO **7%** WHEN YOU BUY MORE





**FOR KTM 790 Adventure / R ADV Headlight Protection Guard Cover Aluminum 2019-20**



| | |
|---|---|
| Condition: | New |
| Bulk savings: | Buy 1 $59.99 / she · Buy 2 $58.19 / she |
| | Buy 3 $56.99 / she |
| Compatibility: | See compatible vehicles |
| Quantity: | 1  4 or more for $55.79/ea |
| | 5 available |

Price: US $59.99/ea

**Buy It Now**

Add to cart

Best Offer:

**Make Offer**

♡ Add to Watchlist

Free shipping | 30-day returns | Longtime member

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: Guangzhou, China
Ships to: Worldwide See exclusions

Delivery: ⬥ Estimated between Thu. Oct. 29 and Wed. Nov. 18 ⓘ
Please note the delivery estimate is greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA Mastercard American Express Discover
**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
racingmtp (1519 ⭐)
98.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

**Similar sponsored items** 1/2

Feedback on our suggestions



FOR KTM 790 Adventure / R ADV Headlight Protection...
$59.98
$64.50
Free shipping
Seller 99.4% positive

FOR KTM 790 Adventure /R /S 2019-2020 Headlight...
$59.99
Free shipping
Seller 99.3% positive

New Engine Guard Cover and protector Crap Flap...
$30.93
$33.99
Free shipping
Last one

Motorcycle Engine Guard Cover & Protector For KTM...
$39.23
Free shipping
New

2019 New Engine Guard Bashplate Cover Crap Flap...
$29.11
$31.99
Free shipping
New

MOTO Engine Guard Bashplate Cover Crap Flap...
$39.23
Free shipping
New

Feedback





10/6/2020

Hi ▮▮▮ !    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔 1    🛒

**ebay**    Shop by category ⌄    [Search for anything]    All Categories ⌄    Search    Advanced

‹ Back to search results | Listed in category:    eBay Motors  ›  Parts & Accessories  ›  Motorcycle Parts  ›  Body & Frame  ›  Fairings & Body Work    ✉ f 𝕏 P | Add to Watchlist

ⓘ Check if this part fits your vehicle    Contact the seller

🔖 **SAVE UP TO 6% WHEN YOU BUY MORE**







Have one to sell?    Sell now

### CNC Engine Case Slider Guard Protector Cover For KTM DUKE 250 390 2017 2018 2019

Condition: New

color:    - Select -    ⌄

Bulk savings:
| Buy 1 $52.99 / she | Buy 2 $51.93 / she |
| Buy 3 $50.87 / she | |

Quantity: [1]    4 or more for $49.81/ea

5 available / 1 sold

Price: US $52.99/ea    **Buy It Now**

**Add to cart**

♡ Add to Watchlist

Free shipping    30-day returns    Longtime member

Shipping:    **FREE** Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: Guangzhou, China
Ships to: Worldwide    See exclusions

Delivery:    ⚑ Estimated between **Thu. Oct. 29 and Wed. Nov. 18** ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments:    PayPal  VISA  ●●  ●  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    30 day Buyer pays for return shipping | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
racingmtp (1519 ⭐)
98.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2    Feedback on our suggestions



| Orang Engine Guard Case Slider Cover Protector For... | Engine Guard Protector Case Slider Cover For KTM... | CNC Aluminium Front Sprocket Guard Protector... | CNC Engine Case Slider Guard Protector Cover For... | Engine Case Guard Cover Frame Slider Protector For... | FOR KTM DUKE 125 250 390 2017 2018 2019 Front /Rear... |
| $52.99 | $42.89 | $35.69 | $54.14 | $42.89 | $34.99 |
| Free shipping | Free shipping | Free shipping | $56.99 | $46.12 | Free shipping |
| 55m left | New | Seller 99.6% positive | + $4.00 shipping | Free shipping | New |
| | | | New | Seller 99.4% positive | |

Feedback

Sponsored items from this seller 1/2    Feedback on our suggestions



Check if this part fits your vehicle   Contact the seller

**SAVE UP TO 5% WHEN YOU BUY MORE**

Have one to sell? Sell now

# LED Headlight Head Light Lamp Universal For Kawasaki KX KXF Honda KTM Dirt Bike

Condition: New

Bulk savings: Buy 1 $26.99/ea | Buy 2 $26.18/ea

Quantity: 1   3 or more for $25.64/ea

3 available / 18 sold

Price: **US $26.99/ea**

Buy It Now

Add to cart

Add to Watchlist

1-year accident protection plan from SquareTrade - $5.99

100% buyer satisfaction | Limited quantity remaining | More than 85% sold

Shipping: **FREE** ePacket delivery from China | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: chongqing, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Tue. Oct. 27 and Mon. Nov. 30
Please note the delivery estimate is greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

racingparts16 (6365)
97.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

White Headlight Head Lamp Light StreetFighter For KT...
$28.80
Free shipping
Almost gone

Motorcycle Black Headlight Street Fighter Dirt Bike He...
$24.06
~~$25.60~~
+ $3.50 shipping
Seller 99.2% positive

Motorcycle Headlight Front Light For Enduro Motocros...
$20.67
~~$21.99~~
Free shipping
Seller 99.8% positive

Motorcycle Dirt Bike Headlight Front Headlamp...
$20.67
~~$21.99~~
Free shipping
Almost gone

Dirt Bike Enduro Headlight Head Lamp Fairing For...
$29.13
~~$30.99~~
+ $3.50 shipping
New

Motorcycle Dirtbike Headlight Fairing For...
$34.44
+ $3.27 shipping
Seller 99.3% positive

Feedback

## Sponsored items from this seller 1/2

Feedback on our suggestions








| Headlight Head Light Lamp Universal For Honda Yama... | Red LED Headlight Head Light Lamp For Honda... | Headlight Head light Universal For Honda Yama... | Headlight Head Lamp Universal For Honda Yama... | Headlight Head Lamp Fairing For Kawasaki KX25... | Front Head Light Lamp HeadLight Round For Suzu... |
| $37.80 | $25.99 | $29.99 | $25.99 | $25.99 | $42.80 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Almost gone | | | | |

**Description** | **Shipping and payments**                                            **Report item**

Seller assumes all responsibility for this listing.

eBay item number: **233373272785**

Last updated on Oct 07, 2020 10:32:18 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Manufacturer Part Number: | H181200014 | Country/Region of Manufacture: | China |
| Placement on Vehicle: | Front | UPC: | Does not apply |

#### JFG Racing Components
racingparts16 (6365 ★) 97.9%

Visit Store: JFG Racing Components

Sign up for newsletter

Hi ▇▇▇▇ If you like what you see, browse my Store to find more items you may love.

Items On Sale | Universal | Other

## Categories

eBay Motors ⟩

| | | | | |
|---|---|---|---|---|
| CNC Gear Shift Shifter Lever Pedal For Honda CRF250L CRF250LA 2017 2018 2019 Red | Foot Pegs Footpegs Rest Pedals For KTM SX150 SXF350 SXF450 XCF450 2016-2019 EXC | Gear Shifter Lever For Yamaha YZ125 YZ250 YZ125X YZ250X YZ125G 2020 YZ250X | Reservoir Coolant Tank Radiator Overflow For Suzuki DRZ400 DRZ400S DRZ400SM DRZ | Foot Pegs Foot Rests Pegs For Yamaha YZ250F YZ450F YZ1 |
| 15.99 USD | 29.0 USD | 22.99 USD | 14.8 USD | 26.99 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| (https://www.ebay.com/itm/23337992452... | ...w.ebay.com/itm/232301081943... | ...w.ebay.com/itm/23350961147... | ...w.ebay.com/itm/23290901045... | ...w.ebay |
| Front Brake Disc Rotor For YAMAHA YZ250F WR450F SUZUKI RM125 DRZ400S Motocross | 1 Inch 90/65-6.5 Tubeless Vacuum Outer Tyre Off Road Scooter Motorcycle Black | CNC Red Engine Timing Bolts Oil Plugs For Honda CRF150R CRF250R CRF450R CRF450X | Universal 7/8" 1 1/8" Handguard Hand Guard Bar Off Road Motorcycle MX SM | New Plastics Kit Fairing Yamaha YZ85 2002- |
| 29.9 USD | 38.8 USD | 16.99 USD | 34.5 USD | 61.99 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| (https://www.ebay.com/itm/23337011500... | ...w.ebay.com/itm/23362608576... | ...w.ebay.com/itm/232160153701... | ...w.ebay.com/itm/23238941185839... | ...w.ebay |



Feedback





## Product Description

LED Headlight Head Light Lamp Universal For Kawasaki KX KXF Honda KTM Dirt Bike

## Features:

- 100% Brand New, Never Mounted
- Transparent Glass Lens Cover And Iron Back Cover To Protect Lights
- The Position Of The Mounting Points Allow Ample Room For The Brake Cable
- Universal Fitting With Anti-vibration Rubber Strips, Will Mount On Your Motorcycle's Forks With 4 Rubber Straps
- Dual Light With Hi/Lo Option
- The Side Lights Are LED
- Approx Dimension: H: 33cm W: 30cm
- The Light Bulb Type: S2, 12V, 35W
- Not DOT Approved
- Easy To Install

## Specification:

- Default Color:Green As Pictures
- Other Color:(We have Yellow/ Orange/Black/Red/Blue/White color; if you need change color,please contact with us.)
- Material:PP Plastic

## Fitment:

- There Are Universal Mounting Kits To Fit For Most Enduro And Supermoto Bike

## Package Includes:

- 1 * Headlight And 2 * Rubber Strips
- Instruction of Installation is NOT Included

## Feedback:

- Your feedback is very important to us.
- Please kindly give us a 5 STAR Postive feedbcak if you are satisfied with our item and service.
- Please give us a chance and alittle time to get solution before you making feedback to eBay if there is any problem with your order.

## Contact us:

- Please feel free to send eBay message to us If there is any problem.
- Don't hesitate at asking us for help if there is any we can do for you.

Feedback



## NOTE:

- The Import Duties, Taxes and Charges of items which does Buyer bear are not included in the unit price and shipping cost.
- Please check with the Customs of your country about the amount and details for these additional

costs before you order.

| Payment | Returns | Shipping | About Us |
|---------|---------|----------|----------|

1. **_PayPal_** is Prefer to be.

2. **West Union** also can be.

powered by TONGTOOL

    

| Back Rear pillion Passenger Seat For SUZUKI GSXR600 GSXR750 2006-2007 Motorcycle | New Carburetor Carb Repair Rebuild Kits For HONDA CB400 | Brake Disc Rotor For Yamaha YZ125 YZ250F YZ125X YZ250FX WR450F Motocycle | Chain Alignment Adjuster Tool Motorcycle Street Dirt Sport Bikes ATV Quad | New Motorcycle Com Honda CRF50 XR50 |
|---|---|---|---|---|
| 27.5 USD | 37.38 USD | 25.99 USD | 14.5 USD | 21.62 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

(https://www.ebay.com/itm/2324608820/w.ebay.com/itm/2324508294/54)w.ebay.com/itm/2324608297/46/ww.ebay.com/itm/2324501082809/w.ebay

---

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

  

| Headlight Head Lamp Universal For Honda Yama... | Plastic Headlight Head Light Lamp StreetFighter For KT... | LED Headlight Head Lamp For KTM EXC125 SX250... | Motorcycle Aluminium Oil Filter Plug Cover For 1290... | Motorcycle ABS Rear Seat Cover Cowl Cap Fairing Fo... | Motorcycle Universal Headlight Head Lamp Light... |
|---|---|---|---|---|---|
| $25.99 | $29.60 | $31.70 | $7.79 | $61.39 | $25.00 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | Almost gone | New | Seller 99.5% positive | Seller 99.5% positive | Seller 99.3% positive |

---

## Explore more sponsored options: Brand

**Pazoma**  More

| For Kawasaki KMX KX KLX KLR 110 250 Supermoto... | Supermoto Dirt Bike Headlight Head Lamp... |
|---|---|
| $28.27 | $25.10 |
| $30.40 | $26.99 |
| Free shipping | + $3.50 shipping |

**Kawasaki**

| Universal Motorcycle Dirt Bike Enduro Headlight... | Dirt bike Universal LED Head light For Kawasaki... |
|---|---|
| $27.25 | $22.23 |
| $28.99 | $23.90 |
| + $3.50 shipping | + $3.50 shipping |

**KTM**

| Motorcycle Headlight Front Light For Enduro... | Supermoto Motorcycle Universal Dirt Bike LED... |
|---|---|
| $20.67 | $25.10 |
| $21.99 | $26.99 |
| Free shipping | + $3.50 shipping |



Hi ▬▬ ▾   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ▾   My eBay ▾

🛒

ebay   Shop by category ▾   [Search for anything]   All Categories ▾   Search   Advanced

Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies

✉ f ⓕ 🐦 ⓟ | Add to Watchlist

ℹ Check if this part fits your vehicle   Contact the seller

💲 SAVE UP TO **5%** WHEN YOU BUY MORE





### LED Headlight Head Light Lamp Universal For Kawasaki KX KXF Honda KTM Dirt Bike

Condition: New

| Bulk savings: | Buy 1 $26.99/ea | Buy 2 $26.18/ea |

Quantity: [ 1 ]   3 or more for $25.64/ea

3 available / 18 sold

Price: US $26.99/ea

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ 1-year accident protection plan from SquareTrade - $5.99

**100% buyer satisfaction** | Limited quantity remaining | More than 85% sold

Shipping: FREE ePacket delivery from China | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: chongqing, China
Ships to: Worldwide   See exclusions

Delivery: 📦 Estimated between **Tue. Oct. 27 and Mon. Nov. 30** ⓘ
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal VISA 🏦 💳 DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

Shop with confidence

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
racingparts16 (6365 ⭐)
97.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?   Sell now

---

### Similar sponsored items 1/2

Feedback on our suggestions



White Headlight Head Lamp Light StreetFighter For KT...
$28.80
Free shipping
Almost gone

Motorcycle Black Headlight Street Fighter Dirt Bike He...
$24.06
$25.60
+ $3.50 shipping
Seller 99.2% positive

Motorcycle Headlight Front Light For Enduro Motocros...
$20.67
$21.99
Free shipping
Seller 99.8% positive

Motorcycle Dirt Bike Headlight Front Headlamp...
$20.67
$21.99
Free shipping
Almost gone

Dirt Bike Enduro Headlight Head Lamp Fairing For...
$29.13
$30.99
+ $3.50 shipping
New



Motorcycle Dirtbike Headlight Fairing For...
$34.44
+ $3.27 shipping
Seller 99.3% positive

Feedback 📝

---

### Sponsored items from this seller 1/2

Feedback on our suggestions








| Headlight Head Light Lamp Universal For Honda Yama... | Red LED Headlight Head Light Lamp For Honda... | Headlight Head light Universal For Honda Yama... | Headlight Head Lamp Universal For Honda Yama... | Headlight Head Lamp Fairing For Kawasaki KX25... | Front Head Light Lamp HeadLight Round For Suzu... |
|---|---|---|---|---|---|
| $37.80 | $25.99 | $29.99 | $25.99 | $25.99 | $42.80 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Almost gone | | | | |

---



| Description | **Shipping and payments** |

Seller assumes all responsibility for this listing.

### Shipping and handling

Item location: chongqing, China

Shipping to: Worldwide

Excludes: Africa, Afghanistan, Armenia, Azerbaijan Republic, Bangladesh, Bhutan, China, Georgia, Kazakhstan, Kyrgyzstan, Maldives, Mongolia, Nepal, Pakistan, Sri Lanka, Tajikistan, Turkmenistan, Bahrain, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Yemen, Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Cayman Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Jamaica, Martinique, Montserrat, Netherlands Antilles, Nicaragua, Panama, Saint Kitts-Nevis, Saint Lucia, Saint Vincent and the Grenadines, Trinidad and Tobago, Turks and Caicos Islands, Virgin Islands (U.S.), American Samoa, Cook Islands, Fiji, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Islands, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Brunei Darussalam, Cambodia, Laos, Philippines, Bermuda, Greenland, Saint Pierre and Miquelon, Bolivia, Chile, Colombia, Ecuador, Falkland Islands (Islas Malvinas), French Guiana, Guyana, Paraguay, Peru, Suriname, Uruguay, Venezuela, Bosnia and Herzegovina, Gibraltar, Guernsey, Jersey, Macedonia, Montenegro, Svalbard and Jan Mayen, Vatican City State

Quantity: 1    Change country: United States    ZIP Code: 60106    Get Rates

| Shipping and handling | Each additional item | To | Service | Delivery* |
|---|---|---|---|---|
| **Free shipping** | Free | United States | ePacket delivery from China | Estimated between Tue. Oct. 27 and Mon. Nov. 30 |
| US $50.00 | US $30.00 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between Wed. Oct. 21 and Wed. Oct. 28 |

\* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

### Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

| Payment methods |
|---|

PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

**Sponsored items based on your recent views** 1/4    Feedback on our suggestions






Hi ████ ! ▾    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist ▾    My eBay ▾         🔔 3    🛒

ebay    Shop by category ▾    🔍 Search for anything    | All Categories ▾ |    **Search**    Advanced

Home → Community → Feedback forum → Feedback profile

## Feedback profile



ebay MONEY BACK GUARANTEE



**racingparts16** (6365 ★ )  📋  ⓘ

**Positive Feedback (last 12 months): 97.9%** ⓘ
Member since: Aug-15-16 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|   |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 161 | 820 | 1781 |
| ⊙ | Neutral | 1 | 14 | 29 |
| ➖ | Negative | 1 | 22 | 36 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description | Reasonable shipping cost |
|---|---|
| ★★★★★ (1445) | ★★★★★ (1575) |
| **Shipping speed** | **Communication** |
| ★★★★★ (1451) | ★★★★★ (1481) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

36 Feedback received (viewing 1-25)                                  Revised Feedback: 11 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

| e.g. Vintage 1970's Gibson Guitars | 🔍 |

Rating type: | Negative (36) ▾ |    Period: | 12 Months ▾ |

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➖ **They never sendit ...** <br> For Honda CBR600/1000RR CB1000R CB1300SF SuperFour CB1284 Front Brake Disc Rotor (#232283773232) | Buyer: -***a (4) <br> US $139.90 | Past month <br> Reciprocal feedback |
| ➖ **Tried hand guards on 2x Honda's an a 1x YAMAHA... does not fit** <br> (Private listing) | Buyer: u***- (15★) | Past 6 months <br> Reciprocal feedback |
| ➖ **This company steals from buyers.** <br> CNC 7/8" 22mm Handlebars Handle Bars For Yamaha Honda Kawasaki Suzuki Black (#233193492948) | Buyer: r***6 (1564★) <br> US $28.12 | Past 6 months <br> Reciprocal feedback |
| ➖ **Not impressed** <br> (Private listing) | Buyer: e***i (4) | Past 6 months <br> Reciprocal feedback |
| ➖ **Package came beat to hell horrible paint job DONT order from this seller..** <br> (Private listing) | Buyer: f***8 (0) | Past 6 months <br> Reciprocal feedback |
| ➖ **F** <br> (Private listing) | Buyer: r***6 (1564★) | Past 6 months <br> Reciprocal feedback |
| ⓘ Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| ➖ **They sent me the wrong one, I ordered one from 2013 to 2017 and they sent me one** <br> Ram Air Intake Tube Duct Cover Fairing for Honda CBR CBR600R F5 2007-2012 Black (#232466363774) | Buyer: _***r (67★) <br> US $33.90 | Past 6 months <br> Reciprocal feedback |
| ➖ **very bad quality!!!** <br> Front Rider Foot Pegs Rest Footrest Bracket Set For HONDA CBR600RR 2003-2006 (#232299610351) | Buyer: i***n (836★) <br> US $31.59 | Past 6 months <br> Reciprocal feedback |
| ➖ **Broke on second ride do not recommend** <br> (Private listing) | Buyer: 8***n (16★) | Past 6 months <br> Reciprocal feedback |
| ➖ **Received completely different part than what was pictured** <br> (Private listing) | Buyer: 7***6 (65★) | Past 6 months <br> Reciprocal feedback |
| ➖ **Runs worse with this carburetor** <br> (Private listing) | Buyer: s***e (79★) | Past 6 months <br> Reciprocal feedback |
| ➖ **Cheap items** <br> (Private listing) | Buyer: h***h (47★) | Past 6 months <br> Reciprocal feedback |
| ➖ **Cheap items** <br> (Private listing) | Buyer: h***h (47★) | Past 6 months <br> Reciprocal feedback |




Comment?



Hi ███ ! ∨    Daily Deals    Brand Outlet    Help & Contact       Sell   Watchlist ∨   My eBay ∨   🔔 3   🛒

ebay   Shop by category ∨   🔍 Search for anything   | All Categories ∨ |   **Search**   Advanced

racingparts16 (6365★)
97.9% positive feedback

🔖 Items for sale   🏬 Visit store   ✉ Contact

♡ Save

Based in China, racingparts has been an eBay member since Aug 15, 2016

**Feedback ratings** ⓘ

| | | | |
|---|---|---|---|
| ★★★★★ 1,445 | Item as described | | |
| ★★★★★ 1,481 | Communication | | |
| ★★★★★ 1,451 | Shipping time | | |
| ★★★★★ 1,575 | Shipping charges | | |

⊕ 1,781 Positive   ⊙ 29 Neutral   ⊖ 36 Negative

Feedback from the last 12 months

See all feedback

⊕ Looks good haven't installed yet
Oct 12, 2020

● ○ ○ ○ ○

386 Followers | 0 Reviews | Member since: **Aug 15, 2016** | 📍 China

## Items for sale(5631)

See all items



Rear Foot Pegs ...
US $35.99    3m left



Rear Foot Pegs ...
US $35.99    3m left



Rear Passenger ...
US $27.50    28m left



Rear Passenger ...
US $34.50    43m left



Front Foot Pegs...
US $36.60    1h left

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED







# JFG Racing Components

386 followers | racingparts16 (6365 ★) 97.9%

JFG is a professional motorcycle accessory company with a wide range of innovative and affordable prices. If you like, please pay attention to our stores and we will launch new promotions。 If you want to coop

Save this seller

**Category**

All
eBay Motors
- Parts & Accessories
- Automotive Tools & Supplies

## Featured Items

CNC Foot Pegs Pedals Rests Footpeg For Honda XR250...
**$45.99**

Search this Store | Search | Time: newly listed

All Listings | Auction | Buy It Now

1-48 of 3,509 Results

NEW LISTING Ribbed Gripper Soft Seat Cover For Yamaha YZ250F 2019-2021 YZ450F 2018-2021 2020
$25.99
Free shipping
From China
Seller: racingparts16 (6365) 97.9%

NEW LISTING JFG CNC Oil Filter Cover Caps For Kawasaki KLX125 KLX150L KLX150BF KLX150S Green
$12.99
Free shipping
From China
Seller: racingparts16 (6365) 97.9%

NEW LISTING Rear Tail Light Turn Signal For Honda CB1000R CB600F Hornet CBR600F Motorcycle
$54.80
Free shipping
From China
Seller: racingparts16 (6365) 97.9%

NEW LISTING Front Rear Brake Reservoir Cover Caps For Yamaha WR250X XG250 XT250X Serow250
$10.90
Free shipping
From China
Seller: racingparts16 (6365) 97.9%

NEW LISTING Black Clutch Cover Guard Protector For Yamaha YZ450F WR450F YZ450FX 20016 2017
$14.80
Free shipping
From China
Seller: racingparts16 (6365) 97.9%

NEW LISTING Plastic Clutch Cover Protector Set For KTM SXF450 XCF450 2016 Motorcycle Orange
$13.90
Free shipping
From China
Seller: racingparts16 (6365) 97.9%

NEW LISTING New 240mm Rear Brake Disc Rotor For Kawasaki KX125 KX250 KX250F KX450F KLX450R
$25.90
Free shipping
From China
Seller: racingparts16 (6365) 97.9%

NEW LISTING Aluminum Engine Stator Cover Crank Case Crankcase For Honda CBR1000RR 2006-2007
$28.80
Free shipping
From China
Seller: racingparts16 (6365) 97.9%

NEW LISTING Side Mirrors Rear View Rearview For Yamaha FZ1 FZS1000 2001-2005 2004 Black
$32.50
Free shipping
From China
Seller: racingparts16 (6365) 97.9%

NEW LISTING Clutch Cover Protector Set For KTM XCF250 SXF250 2016-2017 EXCF450 XCFW450 2017
$13.90
Free shipping
From China
Seller: racingparts16 (6365) 97.9%

License Plate Tag Bracket Mount For YZF R6 Suzuki Boulevard M109R 2006-2011 2010
$28.80
Free shipping
From China
Seller: racingparts16 (6362) 97.9%

Fuel Gas Tank Cover Protector For Kawasaki ZX6R ZX 6R 2003 2004 2005 2006 Black
$42.99
Free shipping
From China
Seller: racingparts16 (6362) 97.9%

Rear Brake Pedal Extension Lever Step Enlarge For KTM 990 1050 1290 Adventure
$14.80
Free shipping
From China
Seller: racingparts16 (6361) 97.9%

New Air Cleaner Intake Filter Filters For Kawasaki Ninja ZX6R ZX 6R 2007 2008
$17.50
Free shipping
From China
Seller: racingparts16 (6361) 97.9%

Foot Pegs Rests Pedals Footrests For Yamaha YZF R1 YZFR6 2003-2014 2011 2012
$11.99
Free shipping
From China
Seller: racingparts16 (6361) 97.9%

New Front Headlight Assembly Headlamp For Honda CBR CBR600RR 2003 2004 2005 2006
$78.80
Free shipping
From China
Seller: racingparts16 (6361) 97.9%

Hand Choke Carb Carburetor For 50cc 70cc 90cc 100cc 110cc SSR SDG ATV Dirt Bike
$24.80
Free shipping
From China
Seller: racingparts16 (6361) 97.9%

ABS Rear Passenger Seat Pillion Cushion For Honda CBR600 F4I 2001-2006 2004 2005
$29.90
Free shipping
From China
Seller: racingparts16 (6361) 97.9%

CNC Case Saver Sprocket Engine Guard For Kawasaki KX450F KX 450F 2006-2015 Green
$10.50
Free shipping
From China
Seller: racingparts16 (6361) 97.9%

CNC Case Saver Sprocket Cover For Honda CRF450R 2002-2007 CRF450X 2005-2017 Red
$13.80
Free shipping
From China
Seller: racingparts16 (6361) 97.9%

Throttle Hand Grips HandleBar For Yamaha PW80 PW 80 PEEWEE Motorcycle Black
$9.90
Free shipping
From China
Seller: racingparts16 (6355) 97.9%

Blue Screw Bolts of Radiator Shrouds For Yamaha YZ125 YZ250 2002-2007 2005 2006
$24.50
Free shipping
From China
Seller: racingparts16 (6355) 97.9%

Carbon Fiber Gas Tank Pad Cover For Honda CBR1000RR 2012-2016 2014 2015 Black
$42.50
Free shipping
From China
Seller: racingparts16 (6355) 97.9%

CNC Aluminum Kickstand Side Stand Extension Pad Plate For KTM DUKE 790 DUKE790
$14.50
Free shipping
From China
Seller: racingparts16 (6355) 97.9%

Engine Clutch Case Cover Guard Protector For Yamaha YZ450F 2010-2015 2011 Blue
$21.99
Free shipping
From China
Seller: racingparts16 (6355) 97.9%

Frame Sliders Crash Cover Pads Guard Protector For Yamaha YZF R3 2014-2017 2016
$42.50
Free shipping
From China
Seller: racingparts16 (6355) 97.9%

Ribbed Gripper Soft Seat Cover For Kawasaki KX450F 2012-2015 2013 2014 Green
$25.99
Free shipping
From China
Seller: racingparts16 (6354) 97.9%

Ribbed Gripper Soft Seat Cover For Suzuki DRZ 400 DRZ400 2000-2016 2014 2015
$25.99
Free shipping
From China
Seller: racingparts16 (6354) 97.9%

Blue Ribbed Gripper Seat Cover For Husqvarna TE250 FC250 FC310 TXC250 2009-2013
$24.50
Free shipping
From China
Seller: racingparts16 (6354) 97.9%

Engine Magneto Stator Coil For Aprilia SL1000 Falco 2000-2003 RSV 1000/Mille R
$53.90
Free shipping
From China
Seller: racingparts16 (6354) 97.9%

Frame Sliders Crash Pads Protector For Suzuki GSXR1300 Hayabusa 2008-2014 2013
$42.50
Free shipping
From China
Seller: racingparts16 (6351) 97.9%

JFG Ribbed Gripper Soft Seat Cover For Husqvarna TC FC 2016-2017 TE FE 2017
$25.99
Free shipping
From China
Seller: racingparts16 (6351) 97.9%

JFG Ribbed Gripper Soft Seat Cover For Honda CR125R CR250R 1992-1993 Dirt Bike
$25.90
From China

10/14/2020



New Engine Stator Coil For BMW F650GS F700GS F800R 2013-2014 F800S 2007-2010
$62.50
Free shipping
From China
Seller: racingparts16 (6351) 97.9%

CNC Aluminum Brake Lever Pedal Extension Enlarge For BMW R1200GS LC 2013-2019
$12.99
Free shipping
From China
Seller: racingparts16 (6349) 97.9%

New 8pcs Clutch Plates Disc Kit Set For BMW R1200GSW 2013 2014 2015 Motorcycle
$42.50
Free shipping
From China
Seller: racingparts16 (6349) 97.9%

Foot Pegs Footrest Pedal For Kawasaki ZX6R ZX636 ZX10R Z1000 Z750 Ninja650R ER6N
$10.80
Free shipping
From China
Seller: racingparts16 (6349) 97.9%

2Pcs Gas Traction Side Pads Fuel Decals Protector For Yamaha YZF R1 2015-2016
$15.99
Free shipping
From China
Seller: racingparts16 (6349) 97.9%

Red Air Cleaner Intake Filter Filters For Yamaha YZF R6 YZFR6 YZF-R6 2008-2009
$21.99
Free shipping
From China
Seller: racingparts16 (6349) 97.9%

JFG CNC Rear Foot Brake Lever Pedal For Kawasaki KLX150L 2015-2018 KLX150BF 2017
$45.99
Free shipping
From China
Seller: racingparts16 (6348) 97.9%

2Pcs Gas Tank Pad Traction Side Decal Protector For Honda CB1100 2010-2017 Black
$12.99
Free shipping
From China
Seller: racingparts16 (6342) 97.9%

2Pcs CNC JFG Frame Slider Crash Pads Cover Guard Protector For BMW S1000R 2015
$82.50
Free shipping
From China
Seller: racingparts16 (6342) 97.9%

Rear Taillight Turn Signal Light For Kawasaki Z1000 Ninja 1000 Versys 650 Black
$39.90
Free shipping
From China
Seller: racingparts16 (6342) 97.9%

Fairing Air Intake Accents Grilles For Honda Goldwing GL1800 2001-2010 2008 2009
$25.99
Free shipping
From China
Seller: racingparts16 (6342) 97.9%

Steering Damper Stabilizer Bracket Kit For Kawasaki Ninja 250R EX250 2008-2012
$23.90
Free shipping
From China
Seller: racingparts16 (6342) 97.9%

2Pcs Brake Clutch Levers For Suzuki RMZ250 Kawasaki KX450F Yamaha YZ125 250 Gold
$15.00
Free shipping
From China
Seller: racingparts16 (6342) 97.9%

Aluminum Rear Foot Brake Pedal Lever For Yamaha YZF R1 YZFR1 2004 2005 2006
$15.99
Free shipping
From China
Seller: racingparts16 (6342) 97.9%

Rear Wheel Hub Spacer Kit For Honda XR250R XR400R 1996-2004 CRF230L 2008-2009
$9.90
Free shipping
From China
Seller: racingparts16 (6341) 97.9%

‹  1  2  3  4  5  6  7  8  9  10  ›

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi ███! | Daily Deals | Brand Outlet | Help & Contact                    Sell | Watchlist ⌄ | My eBay ⌄        🔔 ³        🛒

**ebay** | Shop by category ⌄ | KTM headlight | All Categories ⌄ | **Search** | Advanced

Items for sale from **racingparts16** (6365 ⭐) 📄 | ♡ Save this seller | Show results from all sellers | ☐ Include description

**Categories**

**eBay Motors**

Motorcycle Headlight Assemblies
More ⌄

| All Listings | Auction | Buy It Now | | Sort: Best Match ⌄ | View: ▦ ⌄ |

26 results for KTM headlight   ♡ Save this search

**Format**     see all
- ● All Listings
- ○ Auction
- ○ Buy It Now

**Machine Type**     see all
- ☐ Street Motorcycle (3)
- ☐ Off-road Motorcycle (3)
- ☐ Dual Sport Motorcycle (3)
- ☐ Not Specified (11)

**Brand**     see all

**Technology**     see all

**Warranty**     see all

**Guaranteed Delivery**     see all
- ● No Preference
- ○ 1 Day Shipping
- ○ 2 Day Shipping
- ○ 3 Day Shipping
- ○ 4 Day Shipping

**Condition**     see all
- ☐ New (26)

**Price**
- ☐ Under $35.00
- ☐ Over $35.00

$ [ ] to $ [ ] »

**Item Location**     see all
- ● Default
- ○ Within
  100 miles ⌄ of 60106 »
- ○ US Only
- ○ North America
- ○ Worldwide

**Delivery Options**     see all
- ☐ Free shipping

**Show only**     see all
- ☐ Free Returns
- ☐ Returns accepted
- ☐ Completed listings
- ☐ Sold listings
- ☐ Deals & Savings

More refinements...

┌─────────────────────────┐
│ **Seller Information**   │
│                         │
│ racingparts16 (6365 ⭐) 📄│
│ Feedback rating: 6,365  │
│ Positive Feedback: 97.9%│
│ Member since Aug-15-16 in│
│ Hong Kong               │
│                         │
│ Read feedback profile   │
│ Add to my favorite sellers│
└─────────────────────────┘

Sponsored items for you



---

**Plastic Headlight Head Light Lamp StreetFighter For KTM SX SXF XC EXC XCW Orange (Fits: KTM)**
Brand New
**$29.60**
Buy It Now
Free Shipping
Only 3 left!
188 Sold
👁 Watch

Seller: racingparts16 (6,360) 97.9% 📄

---

**LED Headlight Head Light Lamp Universal For Kawasaki KX KXF Honda KTM Dirt Bike**
Brand New
**$26.99**
Buy It Now
Free Shipping
Only 3 left!
18 Sold
👁 Watch

From China
Seller: racingparts16 (6,332) 97.9% 📄

---

**LED Headlight Head Lamp For KTM EXC125 SX250 SXF450 XC300 XCF350 EXCF450 Orange**
Brand New
**$31.70**
Buy It Now
Free Shipping
13 Watching
👁 Watch

From China
Seller: racingparts16 (6,333) 97.9% 📄

---

**Universal Headlight Head Light Lamp StreetFighter For KTM SX SXF XC EXC Orange**
Brand New
**$26.63**
Buy It Now
Free Shipping
11 Sold
👁 Watch

From China
Seller: racingparts16 (6,332) 97.9% 📄

---

**Headlight Head Lamp Universal For Honda Yamaha Kawasaki Suzuki KTM Motorcycle**
Brand New
**$25.99**
Buy It Now
Free Shipping
👁 Watch

From China
Seller: racingparts16 (6,332) 97.9% 📄

---

**Headlight Head Light Lamp Universal For Honda Yamaha KTM Motorcycle Dirt Bike**
Brand New
**$37.80**
Buy It Now
Free Shipping
3 Watching
👁 Watch

From China
Seller: racingparts16 (6,332) 97.9% 📄

---

**Universal Headlights Headlamp Street For KTM EXC EXCF XCF XCW SX SXF SMR Enduro**
Brand New

 **Checkout**

How do you like our checkout? <u>Tell us what you think</u>

**Pay with**

○ 🏧 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. <u>See terms</u>



**Ship to**
1001 Foster Ave
Bensenville, IL 60106-1445
United States

<u>Change</u>

**Review item and shipping**

Seller: racingparts16  |  <u>Message to seller</u>

LED Headlight Head Light Lamp Universal For Kawasaki KX KXF Honda KTM Dirt Bike
**$26.99**

Quantity  [ 1 ▾ ]

**Delivery**

◉ Est. delivery: Oct 27 – Nov 30
ePacket delivery from China
**Free**

○ Est. delivery: Oct 21 – Oct 28
Expedited Shipping from China/Hong Kong/Taiwan to worldwide
**$50.00**

**Gift cards, coupons, eBay Bucks**

Enter code: [_____]  [ Apply ]

**Donate to charity (optional)** ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount  [ None ▾ ]

| | |
|---|---|
| Subtotal (1 item) | $26.99 |
| Shipping | Free |
| Tax* | $1.69 |

**Order total**          **$28.68**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
<u>See details</u>

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u> ⓘ

Norton SECURED

10/14/2020



Hi █████████  Daily Deals  Brand Outlet  Help & Contact

Sell  Watchlist ⌄  My eBay ⌄  🔔 ³  🛒

ebay

Shop by category ⌄

Search for anything | All Categories ⌄ | **Search** | Advanced

< Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies

✉ f 📷 🐦 | Add to Watchlist

ⓘ Check if this part fits your vehicle  **Contact the seller**

💲 **SAVE UP TO 5% WHEN YOU BUY MORE**





$ Have one to sell?  **Sell now**

### Universal Headlight Head Light Lamp StreetFighter For KTM SX SXF XC EXC Orange

Condition: **New**

| Bulk savings: | Buy 1 $26.63/ea | Buy 2 $25.83/ea |
|---|---|---|

Quantity: [ 1 ]  3 or more for $25.30/ea

3 available / 11 sold

Price: **US $26.63/ea**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

☐ 1-year accident protection plan from SquareTrade - $5.99

**Limited quantity remaining** | More than 78% sold | Free shipping

Shipping: **FREE** ePacket delivery from China | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: chongqing, China
Ships to: Worldwide  See exclusions

Delivery: ⏱ Estimated between **Tue. Oct. 27 and Mon. Nov. 30** ⓘ
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  Mastercard  AMEX  Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
racingparts16 (6365 ⭐)
97.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items 1/2                               Feedback on our suggestions

     

New Orange Headlight Head Light Lamp...
$27.77
Free shipping
Almost gone

Universal Motorcycle Headlight Head Lamp for...
$25.44
New

Headlight Head Lamp Light Streetfighter For KTM EXC...
$22.99
Free shipping
Almost gone

Plastic Headlight Head Light Lamp Streetfighter For KT...
$29.60
Free shipping
Almost gone

Orange Street Fighter Front Headlight Head Lamp Ligh...
$17.08
+ $3.27 shipping
New

Motorcycle Headlight Front Light For Enduro Motocros...
$20.67
~~$21.99~~
Free shipping
Seller 99.8% positive

---

Sponsored items from this seller 1/2                        Feedback on our suggestions

Feedback 🗒



Shop by category ⌄ | Search for anything | All Categories ⌄ | **Search** | Advanced

Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Lighting & Indicators > Headlight Assemblies

✉ 📘 🐦 📌 | Add to Watchlist

ⓘ Check if this part fits your vehicle   **Contact the seller**

S **SAVE UP TO 5% WHEN YOU BUY MORE**



$ Have one to sell?   **Sell now**

## Headlight Head Lamp Universal For Honda Yamaha Kawasaki Suzuki KTM Motorcycle

Condition: New

| Bulk savings: | Buy 1 $25.99/ea | Buy 2 $25.21/ea |
|---|---|---|

Quantity: 1   3 or more for $24.69/ea

3 available / **6 sold**

Price: **US $25.99/ea**   **Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ **1-year accident protection plan** from SquareTrade - $5.99

**Limited quantity remaining** | More than 66% sold | Free shipping

Shipping: **FREE** ePacket delivery from China | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: chongqing, China
Ships to: Worldwide   See exclusions

Delivery: 📦 Estimated between **Tue. Oct. 27 and Mon. Nov. 30** ⓘ
Please note the delivery estimate is **greater than 9 business days.**
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal  VISA  💳  💳  DISCOVER 

**PayPal CREDIT**
Special financing available.   See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day Buyer pays for return shipping | See details

### Shop with confidence

S **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
racingparts16 (6365 ⭐)
97.9% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

---

### Similar sponsored items 1/2                    Feedback on our suggestions

         

| LED Headlight Head Light Lamp Universal For Kawasa... | Black Universal Headlight Supermoto Head lamp Fit... | Motorcycle Universal Headlight Head Lamp Ligh... | Supermoto Front Enduro Light Headlight Lamp For... | Headlight Head Light Headlamp for Honda... | Motorcycle Dirt Bike Headlight Lamp Black For... |
|---|---|---|---|---|---|
| $26.99 | $20.67 | $25.00 | $20.45 | $39.90 | $13.15 |
| Free shipping | $21.99 | Free shipping | $21.99 | Free shipping | $13.99 |
| New | Free shipping | Seller 99.3% positive | Free shipping | New | + $3.50 shipping |
|  | **Almost gone** |  | **Almost gone** |  | Seller 99.1% positive |

### Sponsored items from this seller 1/2              Feedback on our suggestions

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay

Shop by category ⌄

Search for anything    All Categories ⌄    **Search**    Advanced

< Back to search results | Listed in category:   eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheel Hub Assemblies    ✉ ⨍ ⑃ ℗ | Add to Watchlist
eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheels & Rims

### People who viewed this item also viewed


2016 Ktm 250 Sxf Factory Edition...
$174.99
+ $75.20 shipping


2014 Honda CRF450R CRF 45...
$319.95
+ shipping


MXCHAMP CarbonMatrix...
$323.00
+ $30.00 shipping


90 91 92 93 94 95 96 97 98 YAMAH...
$79.95
+ $137.71 shipping


VPOWER FORGED REAR HUB SILVE...
$199.95
+ $30.00 shipping

ⓘ Check if this part fits your vehicle    Select Vehicle

🔥 SAVE UP TO **10%**   See all eligible items ▸



$ Have one to sell?   Sell now

### 18" 2.15" REAR Wheel Rim for KTM 125 250 300 400 450 520 525 EXC SX SXS SX-F XC

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 01d 07h 42m |
| Quantity: | 1    2 available / 1 sold |
| Price: | **US $296.81** |
| | No Interest if paid in full in 6 mo on $99+* |
| | US $329.79 (10% off) |

**Buy It Now**

Add to cart

♡ Add to Watchlist

**30-day returns**

| | |
|---|---|
| Shipping: | **$100.00** Expedited Shipping from China/Hong Kong/Taiwan to worldwide | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: SH, China |
| | Ships to: United States See exclusions |
| Delivery: | **Estimated between Thu. Oct. 22 and Thu. Oct. 29** ⓘ |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: |     |
| | **PayPal CREDIT** |
| | *No Interest if paid in full in 6 months on $99+. See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

#### Seller information
radiatorfactory (188 ⭐)
98.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

### Related sponsored items 1/2

Feedback on our suggestions


07 05-07 KTM 250 XCFW Rear Wheel Hub Rim Spok...
$299.99
+ shipping


Dual Foam Air Filter Cleaner for KTM SX XC EXC SXS S...
$10.84
+ $0.34 shipping


220MM Rear Steel Brake Disc Rotor For KTM EXC...
$33.59
$38.59
+ $2.99 shipping


Dual Foam Air Filter Cleaner for KTM SX XC EXC SXS L...
$10.76
+ $0.34 shipping


Warp 9 Complete Wheel Kit - Rear 18 x 2.15 Silver...
$468.07
+ $64.13 shipping


KTM BREMBO FRONT BRAKE LEVER 125 200 250...
$25.00
+ $14.00 shipping

Feedback

Description    Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: **193132068750**

Last updated on   Oct 08, 2020 17:46:16 PDT   View all revisions

### Compatibility

Please choose your vehicle's details for specific results.

| Year | Make | Model | Submodel | |
|------|------|-------|----------|---|
| -Select- | -Select- | -Select- | -Select- | Go |

[show all compatible vehicles]

✓ This part is compatible with 292 vehicle(s).

| Notes | Year | Make | Model | Submodel |
|-------|------|------|-------|----------|
| | 2013 | KTM | 125 | SX |
| | 2012 | KTM | 125 | SX |
| | 2011 | KTM | 125 | SX |
| | 2010 | KTM | 125 | SX |
| | 2009 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SX |
| | 2008 | KTM | 125 | SXS |
| | 2007 | KTM | 125 | SX |
| | 2007 | KTM | 125 | SXS |
| | 2006 | KTM | 125 | SX |
| | 2006 | KTM | 125 | SXS |
| | 2005 | KTM | 125 | SX |
| | 2005 | KTM | 125 | SXS |
| | 2004 | KTM | 125 | SX |
| | 2004 | KTM | 125 | SXS |
| | 2003 | KTM | 125 | SX |
| | 2003 | KTM | 125 | SXS |
| | 2002 | KTM | 125 | SX |
| | 2002 | KTM | 125 | SXS |
| | 2001 | KTM | 125 | SX |

Page 1 of 15    ‹ 1 2 3 4 5 6 7 8 9 10 ›

Portions of the information contained in this table have been provided by radiatorfactory

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | radiatorfactory |
| Features: | fits OEM Brake Disc Rotor and Sprocket | Manufacturer Part Number: | RWI8KTM651FBOR20-RF-0929 |
| Fitment: | 125-625 EXC SX XC MXC SXS XC-F XC-W | Type: | Spoked Wheel |
| Rim Diameter: | 18in. | Color: | Orange |
| Rim Width: | 2.15in. | Warranty: | 1 Year |
| Rim made: | 7075 T6 Alloy | Applicable Regions: | MX Off-Road |
| Spoke made: | 65 manganese spokes with brass nipple | Material: | Aluminum |
| Hub made: | 6061 T6 Aluminum CNC Machined Hub | Surface Finish: | CNC |
| Color:: | Black Rim & Orange Hub | Part Brand: | KTM |
| UPC: | Does not apply | EAN: | Does not apply |

You may like

| 45% Off | 10% Off | 20% Off | 10% Off | 10% Off |
|---------|---------|---------|---------|---------|
| Front 16" x 3.5" Spoke Wheel Rim Hub for Harley Touring... | 18" x 5.5" Chrome Rear Cast Wheel Fat Spokes Touring... | 16" x 3.5" Black Rear Cast Wheel Dyna Softail Touring... | 21"x3.5" Red 36 Spoke Front Wheel Rim Dual Disc Softail... | 21" 3.5" Front 16" 3.5" Rear Tubeless Wheels for Sportst... | Chrome 36 Spoke 21"x3.5" Front Single Disc Wheel... |
| $183.63 ~~$333.88~~ | $310.02 ~~$344.47~~ | $293.98 ~~$367.47~~ | $294.72 ~~$327.47~~ | $600.72 ~~$667.47~~ | $344.47 |





Home    About us    Contact us

Store Categories

Radiator ▸

Wheel Rim ▸

Rear Sets ▸

Forward Control ▸

Muffler Exhaust ▸

Gas Fuel Tank

Clip On

Go Kart Parts

Golf Cart Parts

Valve Shim

Oil Filter

Brake Disc Rotor ▸

Other

## Product Overview



    

## Description

**Complete Set of REAR Wheel Rim with Orange Hub fit for KTM**

**Fitment:**
KTM
EXC 125 1987-2016
SX 125 1995-2002
EXC 200 1998-2015
SX 200 2003-2006
XC-W 200 2007-2009
EXC 250 1990-2015
EXC-F 250 2007-2015
SX 250 1997-2014
SXS-F 250 2006-2009
XC-F 250 2007-2009
XC-W 250 2006-2009
EXC 300 1995-2015
MXC 300 1998-2005
XC 300 2006-2009
XC-W 300 2006-2009
EXC-F 350 2012-2016
EXC 380 1998-1999
SX 380 1998-2002
EXC-G 400 2004-2006
EGS 400 1996-1999
EXC 400 1996-2011
SX 400 2000-2002
EXC-F 450 2003-2015
EXC-R 450 2008-2009
SX 450 2003-2006
SXS 450 2003-2009
SXS-F 450 2003-2009
XC-F 450 2008-2009
XC 450 Quad 2007-2009
XC-G 450 2006
EXC-F 500 2010-2015
SX-F 505 2007-2009
XC-F 505 2007-2009
EXC 520 2001-2002
MXC 520 2001-2002
SX 520 2001-2002
EXC 525 2003-2007
SX 525 2003-2006
XC-G 525 2006-2008
XC-W 525 2006-2008
EXC 530 2008-2011
SXS 540 2003-2006
SXC 540 1999-2000
SXS 540 2001-2006
SXC 625 2003-2006
PLS confirm the model of bikes carefully before buying, to avoid buying the wrong.

**Rear Wheel Size:** 18" x 2.15" with 36 Spokes
Rear Axle: 20mm diameter
Will fit Rear Tire Size: 120-130-140/90-18
Color: Black Rims & Orange Hubs
Material:
　- 7075 T6 Alloy Rim
　- 6061 T6 Aluminum CNC Machined Hub
　- 65 manganese spokes with brass nipple
Safety Standard Certification: DOT

**Features:**
- Condition: 100% brand new,never mounted.
- Light Weight Design & Classic, tube-type spokes Design.
- Compatible with OEM Brake Disc Rotor and Sprocket.
- Professional quality wheel sets built of the best components available.
- We already test on original bike, and each wheel set has been good tested, guaranteeing the best in quality and performance.

Feedback




- Will last for years of top performance, make your bike become cooler.
- Good tested before we send out, quality guaranteed.
- Professional installation recommended.
- Worldwide Fast Delivery & Long Time Warranty

**Package included:**
1 x Complete Set of REAR Wheel, including Hubs Rims Spokes Nipples and all the Bearings, Spacers and Seals you need.

**Tech Note:**
As an experienced riders to remind : after riding the motorcycle need to tighten the spokes, in order to prevent the spokes loose appear broken
The maintenance of the process of debugging for 4 to 5 times the spokes reach the role of balance.

*We also have other color for the rims and hubs, contact us if you need!*

About us          Payment          Shipping and Return          Contact us

### Why Choose us?

We are a professinal factory specialized in high quality aluminum motorcycle parts and accesseries from year 2004. our products cover almost all the brand ,bike type, all the motorclye model and popular year on the market.

Main products including: brake disc rotors, levers , rearsets, clip ons , frame sliders, gas caps, wheel sets, footpegs, radiators ,forward controls and other aluminum parts.

We are A team, strong support for sales ,design and research, QC and logistic, enough capacity of manufature, ensure our customer have good service.

## 🔖 SAVE UP TO 10%  See all eligible items ▶

Save up to 10.0% for KTM Wheels
Marked down item price reflects all savings. Items provided by radiatorfactory

**All promotional offers from radiatorfactory**









See all

| 19" Rear Wheel Rim Hub Set KTM 125 250 300 400 450 520 EXC SX SXS MXC EGS SXC XC | 18" 2.15" REAR Wheel Rim for KTM SX SX-F XC XC-F 125 150 250 300 350 450 12-19 | 19" 2.15" Rear Wheel Rim Hub Set for KTM 125 150 250 300 350 450 SX SX-F XC XC-F | 21" 1.6" Front Wheel Rim KTM 125 250 300 350 450 540 SX EXC EXC-F SX-F XC-F XC | 21" 18" Complete Wheels Set KTM 125-540 EXC EXC-F SX SX-F XC XC-W SXS Husqvarna |
|---|---|---|---|---|
| Was: US $329.79 | Was: US $329.79 | Was: US $329.79 | Was: US $329.79 | Was: US $499.79 |
| **Now:** US $296.81 | **Now:** US $296.81 | **Now:** US $296.81 | **Now:** US $296.81 | **Now:** US $449.81 |

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions/Learn about pricing

You can change quantities in your cart.

---

### Sponsored items based on your recent views

Feedback on our suggestions







| 2.15*19" Rear Wheel Rim 36 Holes For KTM SX 125 150... | Solid Front Brake Disc Rotor 1pc For KTM 105SX 04-08... | Wave Brake Rotor Front Braking KT07FID For KTM... |
|---|---|---|
| **$44.99** | **$65.80** | **$85.46** |
| $59.99 | $62.39 shipping | $101.95 |
| + $70.00 shipping | Seller 99.7% positive | + $24.87 shipping |
| Seller 99.6% positive | | Seller 99.3% positive |

Feedback


## Explore more sponsored options: Type

### Front Hub





1987 Honda Crl125r Front Wheel Hub
$30.00
+ $43.50 shipping

Wheels Rims CNC Wheel Hubs 36 Front Rear HOND...
$186.00
+ $35.00 shipping

MXCHAMP CarbonMattrix FRONT HUB ORANGE W/21...
$278.00
+ $20.00 shipping

---

**More from this seller** 1/2

Feedback on our suggestions








18" 2.15" REAR Wheel Rim for KTM SX SX-F XC XC-F 125...
$296.81
~~$329.79~~
+ shipping

19" 2.15" Rear Wheel Rim Hub Set for KTM 125 150 250 30...
$296.81
~~$329.79~~
+ shipping

21" 1.6" Front Wheel Rim KTM 125 250 300 350 450 540...
$296.81
~~$329.79~~
+ shipping

18" x 2.15" Rear Spoked Wheel Rim Blue Hub for...
$294.72
~~$327.47~~
+ shipping

18" 2.15" Rear Wheel Rim Red Hub for Honda...
$297.42
~~$330.47~~
+ shipping

19" x 2.15" MX Rear Spoked Wheel Rim Blue Hub for...
$294.72
~~$327.47~~
+ shipping

---

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results      Return to top

More to explore :   KTM SX,   KTM SX Motorcycles,   250cc or less KTM SX,   Windshields for KTM SX SR,   Grips for KTM SX SR,   Fairings & Bodywork for KTM SX SR,   Other Luggage for KTM SX SR, Lighting & Indicators for KTM SX SR,   125 SX Motorcycle Repair Manuals & Literature,   UTV/SXS Parts & Accessories

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED

Feedback

eb**a**y

Shop by category ⌄

Search for anything | All Categories ⌄ | Search    Advanced

← Back to search results | Listed in category:    eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheel Hub Assemblies
eBay Motors > Parts & Accessories > Motorcycle Parts > Wheels, Tires & Tubes > Wheels & Rims

✉ f ✈ 🅿 | Add to Watchlist

### People who viewed this item also viewed


2016 Ktm 250 Sxf Factory Edition...
$174.99
+ $75.20 shipping


2014 Honda CRF450R CRF 45...
$319.95
+ shipping


MXCHAMP CarbonMatrix...
$323.00
+ $30.00 shipping


90 91 92 93 94 95 96 97 98 YAMAH...
$79.95
+ $137.71 shipping


VPOWER FORGED REAR HUB SILVE...
$199.95
+ $30.00 shipping

ⓘ Check if this part fits your vehicle | Select Vehicle

🔴 SAVE UP TO 10%  See all eligible items ▶



   

$ Have one to sell?  Sell now

### 18" 2.15" REAR Wheel Rim for KTM 125 250 300 400 450 520 525 EXC SX SXS SX-F XC

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 01d 07h 42m |
| Quantity: | 1    2 available / 1 sold |

Price:  US $296.81

No Interest if paid in full in 6 mo on $99+*
US $329.79 (10% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns**

| | |
|---|---|
| Shipping: | $100.00 Expedited Shipping from China/Hong Kong/Taiwan to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Item location: SH, China
Ships to: United States | See exclusions |
| Delivery: | Estimated between **Thu. Oct. 22 and Thu. Oct. 29** ⓘ
Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal  VISA  ●●  ●  DISCOVER |

PayPal **CREDIT**
*No Interest if paid in full in 6 months on $99+. See terms and apply now

🔵 Earn up to 5x points when you use your eBay Mastercard. Learn more

| Returns: | 30 day Buyer pays for return shipping | See details |

Shop with confidence

🔵 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
radiatorfactory (188 ⭐)
98.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

### Related sponsored items 1/2

Feedback on our suggestions


07 05-07 KTM 250 XCFW Rear Wheel Hub Rim Spok...
$299.99
+ shipping


Dual Foam Air Filter Cleaner for KTM SX XC EXC SXS S...
$10.84
+ $0.34 shipping


220MM Rear Steel Brake Disc Rotor For KTM EXC...
$33.59
$38.59
+ $2.99 shipping


Dual Foam Air Filter Cleaner for KTM SX XC EXC SXS L...
$10.76
+ $0.34 shipping


Warp 9 Complete Wheel Kit - Rear 18 x 2.15 Silver...
$468.07
+ $64.13 shipping

KTM BREMBO FRONT BRAKE LEVER 125 200 250...
$25.00
+ $14.00 shipping

Feedback









Description | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

## Shipping and handling

Item location: **SH, China**

Shipping to: United States

Excludes: Alaska/Hawaii, APO/FPO, US Protectorates, Africa, Asia, Central America and Caribbean, Europe, Middle East, Greenland, Mexico, Canada, Saint Pierre and Miquelon, Bermuda, Oceania, Southeast Asia, South America, PO Box

Quantity: 1 Change country: United States ZIP Code: 60106 Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $100.00 | United States | Expedited Shipping from China/Hong Kong/Taiwan to worldwide | Estimated between **Thu. Oct. 22 and Thu. Oct. 29** |

* Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

| Handling time |
|---|
| Will usually ship within 3 business days of receiving cleared payment. |

| Taxes |
|---|
| Taxes may be applicable at checkout. Learn more |

## Return policy

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

## Payment details

Payment methods

PayPal VISA

PayPal CREDIT

### Special financing available

**Select PayPal Credit at checkout to have the option to pay over time.**

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required. Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

## SAVE UP TO 10% See all eligible items ▸

**Save up to 10.0% for KTM Wheels**

Marked down item price reflects all savings. Items provided by radiatorfactory

All promotional offers from radiatorfactory

19" Rear Wheel Rim Hub Set KTM 125 250 300 400 450 520 EXC SX SXS MXC EGS SXC XC

Was: ~~US $329.79~~
**Now: US $296.81**

18" 2.15" REAR Wheel Rim for KTM SX SX-F XC XC-F 125 150 250 300 350 450 12-19

Was: ~~US $329.79~~
**Now: US $296.81**

19" 2.15" Rear Wheel Rim Hub Set for KTM 125 150 250 300 350 450 SX SX-F XC XC-F

Was: ~~US $329.79~~
**Now: US $296.81**

21" 1.6" Front Wheel Rim KTM 125 250 300 350 450 540 SX EXC EXC-F SX-F XC-F XC

Was: ~~US $329.79~~
**Now: US $296.81**

21" 18" Complete Wheels Set KTM 125-540 EXC EXC-F SX SX-F XC XC-W SXS Husqvarna

Was: ~~US $499.79~~
**Now: US $449.81**

See all

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions|Learn about pricing

You can change quantities in your cart.

Sponsored items based on your recent views

Feedback on our sugg Feedback

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Home → Community → Feedback forum → Feedback profile

# Feedback profile

ebay MONEY BACK GUARANTEE

radiatorfactory (188 ★)
**Positive Feedback (last 12 months): 98.4%**
Member since: Jul-22-19 in China
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
Learn more

**Member Quick Links**
Contact member
View items for sale
View seller's Store

## Feedback ratings

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| Positive | 38 | 156 | 194 |
| Neutral | 0 | 0 | 0 |
| Negative | 2 | 3 | 3 |

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description ★★★★★ (184) | Reasonable shipping cost ★★★★★ (193) |
| Shipping speed ★★★★★ (190) | Communication ★★★★★ (187) |

**All received Feedback** | Received as buyer | Received as seller | Left for others

3 Feedback received (viewing 1-3) Revised Feedback: 1

Search Feedback received as seller with an item title or ID: e.g. Vintage 1970's Gibson Guitars

Rating type: Negative (3) Period: 12 Months

| FEEDBACK | FROM | WHEN |
|---|---|---|
| **I did not receive a belt** (Private listing) | Buyer: 3***m (23★) | Past month Reciprocal feedback |
| **this seller has no knowledge of the product they sell.** (Private listing) | Buyer: r***n (74★) | Past month Reciprocal feedback |
| Detailed item information is not available for the following items because the feedback is over 90 days old. | | |
| **Advertised to fit my Road King- does not fit, Sent it back 3weeks ago-no refund** (Private listing) | Buyer: e***r (2) | Past 6 months Reciprocal feedback |
| Reply by radiatorfactory. Left within past 6 months. We have did a refund. But we still do not receive the return wheel. Pls check it | | |

**Page 1 of 1** ← 1 →

**Member Quick Links**
Contact member
View items for sale
View seller's Store

**Suggested Next**
Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

Comment?

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED

Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

**radiatorfactory** (188★)
98.4% positive feedback

Save

Items for sale | Visit store | Contact

Based in China, radiatorfactory has been an eBay member since Jul 22, 2019

Feedback ratings

| | | |
|---|---|---|
| ★★★★★ | 184 | Item as described |
| ★★★★★ | 187 | Communication |
| ★★★★★ | 190 | Shipping time |
| ★★★★★ | 193 | Shipping charges |

| 194 | 0 | 3 |
|---|---|---|
| Positive | Neutral | Negative |

Feedback from the last 12 months

See all feedback

great item and price
Oct 12, 2020

**14** Followers | **0** Reviews | Member since: **Jul 22, 2019** | China

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Help & Contact        Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**ebay**    Shop by category ⌄    | 🔍 Search this Store | This Store ⌄ | | **Search** | Advanced

eBay › eBay Stores › radiatorfactory



# Radiatorfactory

14 followers | **radiatorfactory** (188 ⭐) 98.4%

♡ **Save this seller**

### Category

All
Radiator
Wheel Rim
Rear Sets
Forward Control
Muffler Exhaust
Go Kart Parts
Oil Filter
Brake Disc Rotor
Harley Davidson
Yamaha
Honda
Other

### Condition   see all
☐ New

### Price
☐ Under $150.00
☐ $150.00 to $350.00
☐ Over $350.00
$ [ ] - $ [ ] ›

### Buying Format   see all
◉ All Listings
○ Best Offer
○ Auction
○ Buy It Now
○ Classified Ads

### Item Location   see all

### Delivery Options   see all
☐ Free Shipping
☐ Free In-store Pickup

### Show only   see all
☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Verified

**More refinements...**

---

[ All Listings ] [ Auction ] [ Buy It Now ]        Time: ending soonest ⌄ | ⊞

**49-96 of 211 Results**


Billet Alu Forward Controls Foot Pegs Dyna Super Glide FXDC Low Rider FXDL 00-18
**$129.77**
Was: ~~$147.47~~
Brand: Harley-Davidson


Front Brake Rotors for Honda CBR1000RR Fireblade RR8 RR9 SC57 SP 2008 2009-2016
**$159.72**
Was: ~~$177.47~~
Brand: Honda


Golf Cart Drive Clutch For Yamaha 4-Cycle G2 G8 G9 G14 G16 G19 G20 G21 G22 85-06
**$199.97**
Was: ~~$222.19~~


For Yamaha 4-Cycle Gas G2 G8 G16 G20 G21 G22 85-06 Drive Secondary Driven Clutch
**$370.47**


Forward Controls Footpegs for Harley Dyna Street Bob Low Rider Super Glide 00-17
**$129.77**
Was: ~~$147.47~~


Drive + Secondary Driven Clutch Golf Cart Gas 4-Cycle G2 G8 G9 G11 G14-G22 85-06
**$360.47**


Clutch Drive Belt EZGO Golf Cart Gas 4-cycle 91.5-09 1-1/8"W x 41"OD 72328-G01
**$20.22**
Was: ~~$22.47~~
Only 2 left
Brand: E-Z-GO


EZGO Drive Belt Golf Cart Gas 2-Cycle 89-94 Gas 4-Cycle 91-96 22337-G1 27077-G01
**$20.22**
Was: ~~$22.47~~
From China
Brand: E-Z-GO

For Yamaha Golf Carts G2 G8 G9 G14 G16 G19 G22 Drive Secondary Driven Clutch Set
**$290.47**
From China

Front Brake Rotors for Ducati 749 999 R S 02-07 848 998 1100 Monster S4R Biposto
**$159.72**
Was: ~~$177.47~~
Brand: Ducati



Front Brake Rotors for Triumph Daytona SpeedTriple T955 T1050 Sprint ST Rocket 3

$159.72
Was: $177.47
2 watching

From China



Front Brake Rotor for Yamaha RD250LC 80-86 RZ250 SR250 XV250 XS360 XS400/C/S

$67.47

From China
Brand: Yamaha



10.5" Black Rear Brake Disc Rotor for Yamaha XS360 XS400 SR500 1977 1978 1979

$67.47
6 watching

From China
Brand: Yamaha



3" Forward Control Extension Brake Line Kit 00-06 Softail FLSTN FXST FXSTD FXSTS

$160.06
Was: $181.89
2 watching



ATV Alu Engine Cooling Radiator for Polaris Sportsman 500 Touring HO INTL 10-13

$117.42
Was: $130.47

From China



Aluminum Core Engine Water Cooling Radiator for Ducati 1198 1098 848 Street Bike

$130.02
Was: $144.47

Brand: Ducati



12.6" Front Brake Disc Rotors Pads for Kawasaki Ninja ZX9R ZX-9R 2002 2003 ZX900

$177.72
Was: $197.47



Front Gold Brake Rotors & Pads for Honda CBR600F CBR600F4 SuperSport 1999 2000

$177.72
Was: $197.47



Front Brake Rotors & Pads for Honda VFR800Fi Interceptor VFR800A Goldwing GL1800

$175.02
Was: $194.47



7/8"ATV Silver Throttle Thumb Assembly for Honda TRX450R/ER Suzuki LTA450 LTR450

$45.47

Brand: Honda



7/8" Thumb Control Throttle Assembly for Kawasaki Yamaha Honda Suzuki ArcticCat

$45.47



ATV QUAD Throttle Thumb Assembly for Yamaha YFZ350/450 YFS200 YFM350X/660R/700R

$45.47

Brand: Yamaha



8.7" Rear Brake Rotors & Pads for Honda Sportrax TRX400EX 99-08 TRX400X 09 12-14

$48.12
Was: $53.47



Primary Dry Clutch CVT Sheave for HiSUN 400 YS400 MSU400 Massimo Menards ATV UTV

$120.47



Alu Engine Cooling Radiator for Kawasaki Ninja ZX10R ZX1000E/F 2008 2009 2010

$132.72

Was: $147.47

Brand: Kawasaki



Alu Core Engine Cooling Radiator for Kawasaki Z1000 ZR1000A 2003 2004 2005 2006

$68.00



8.0" Front Brake Rotors Pads for Arctic Cat 250 300 450 500 550 650 1000 2x4 4x4

$95.82

Was: $106.47



Radiator for KTM SX-F 450 07-10 XCF 450 505 SMR 450 2008 2009 Engine Cooling Set

$67.50

Was: $75.00

Brand: KTM



Alu Engine Cooling Radiator for Suzuki SV650 SV650S 2005 2006 2007 2008-2010

$130.02

Was: $144.47

From China



Front Gold Brake Rotors & Pads for Yamaha YZF R1 R6 FJR1300 Roadliner S XV1900

$175.02

Was: $194.47



8.0" F/R Brake Rotor & Pads for Arctic Cat 250 300 400 450 500 550 650 700 1000

$48.12

Was: $53.47



8" F&Rear Brake Rotors Pads for ARCTIC CAT 250-1000 4X4 Auto GT TRV EFi Utility

$140.82

Was: $156.47

 

Clutch Drive Belt Club Car Golf Cart Gas DS 84 85 86 87 15/16"W37-1/4"OD 1012289

$20.68

Was: $22.98



Golf Cart Clutch Drive Belt For EZGO Gas ST 4x4 04- up 05 06 07 08 OEM 73965-G01

$23.38

Was: $25.98

2 watching



4.8L 5.3L 6.0L Throttle Body Spacer For Chevrolet Silverado SUBURBAN 1500 2500

$44.98

Was: $49.98

Only 3 left

Brand: GMC



Clutch Drive Belt EZGO Gas Golf Cart 2-Cycle Marathon 2PG 76-87 86 85 14153-G1

$20.22

Was: $22.47

4 watching

From China



Aluminum Engine Cooling Radiator for Honda CRF250R 2018 2019 Left & Right Cooler

$207.42

Was: $230.47

From China



40 Series Go Kart 1" Driver Clutch+7/8" Belt Torque Converter for Briggs 203015A

$110.47



 Hi! Sign in or register Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | KTM | All Categories | Search | Advanced

Items for sale from radiatorfactory (188 ) | Save this seller | Show results from all sellers

Include description

**Categories**

eBay Motors
- Other Motorcycle Parts
- Motorcycle Wheels & Rims
- Motorcycle Radiators
- Motorcycle Parts
- More

**Format** see all
- All Listings
- Auction
- Buy It Now

**Guaranteed Delivery** see all
- No Preference
- 1 Day Shipping
- 2 Day Shipping
- 3 Day Shipping
- 4 Day Shipping

**Condition** see all
- New (83)

**Price**
- Under $75.00
- $75.00 - $150.00
- Over $150.00
- $ to $

**Item Location** see all
- Default
- Within 100 miles of 60106
- US Only
- North America
- Worldwide

**Delivery Options** see all
- Free shipping

**Show only** see all
- Free Returns
- Returns accepted
- Completed listings
- Sold listings
- Deals & Savings

**More refinements...**

**Seller Information**

radiatorfactory (188 )
Feedback rating: 188
Positive Feedback: 98.4%
Member since Jul-22-19 in Hong Kong

Read feedback profile
Add to my favorite sellers

All Listings | Auction | Buy It Now — Sort: Best Match — View:

83 results for KTM — Save this search

## Find your Motorcycle

Make & Model: KTM / Any Model

Year From / To: Year From / Year To

Distance: Any Distance of 60106

Clear selections

**0** matching results

Find Results

CNC Billet MX Aluminum Bling Kits for KTM SX85 SX 85 2013 2014 Orange Motorcross (Fits: KTM)
Brand New
**$58.02**
Was: ~~$64.47~~
Buy It Now
**Free Shipping**
10% off
Watch
From China
Brand: KTM

CNC Billet Aluminum Alloy MX Bling Kits for KTM SX 65 SX65 2013 Orange Motocross (Fits: KTM)
Brand New
**$58.02**
Was: ~~$64.47~~
Buy It Now
**Free Shipping**
10% off
Watch
From China
Brand: KTM

New Alu Core Engine Cooling Radiator for KTM DUKE 690 2013 2014 2015 2016 2017 (Fits: KTM)
Brand New
**$200.22**
Was: ~~$222.47~~
Buy It Now
**Free Shipping**
10% off
Watch
Brand: KTM

21" 1.6" Front Wheel Rim KTM 125 250 300 350 450 540 SX EXC EXC-F SX-F XC-F XC (Fits: KTM)
Brand New
**$296.81**
Was: ~~$329.79~~
Buy It Now
**Free Shipping**
10% off
Watch
Brand: KTM

18" 2.15" REAR Wheel Rim for KTM 125 250 300 400 450 520 525 EXC SX SXS SX-F XC (Fits: KTM)
Brand New
**$296.81**
Was: ~~$329.79~~
Buy It Now
+$100.00 shipping
10% off
Watch
From China
Brand: KTM

New MX Alu Engine Water Cooling Radiators for KTM 85 SX 2013 2014 2015 2016 2017 (Fits: KTM)
Brand New

**Checkout**

How do you like our checkout? Tell us what you think

## Pay with

○ 🟦 Add a credit or debit card

○ **PayPal**

○ **PayPal CREDIT**
$35.13 for 12 months.
Apply now. See terms

---

**Ship to**
█████████
1001 Foster Ave,
Bensenville, IL 60106-1445
United States
█████████
Change

---

**Review item and shipping**

Seller: radiatorfac...    Edit message
Message:  Item Id: 193132068750 Buyer's Vehicle: KTM



18" 2.15" REAR Wheel Rim for KTM 125 250 300 400 450
520 525 EXC SX SXS SX-F XC
**$296.81**
~~$329.79~~

Quantity  [ 1 ∨ ]

**Delivery**
Est. delivery: Oct 22 – Oct 29
Expedited Shipping from China/Hong Kong/Taiwan to
worldwide
**$100.00**

---

Save up to 10%

---

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

---

## Donate to charity (optional) ⓘ
Malala Fund
Join Malala's fight and donate to help give all girls the opportunity to learn and lead.

Select amount  [ None ∨ ]

---

| | |
|---|---|
| Subtotal (1 item) | $296.81 |
| Shipping | $100.00 |
| Tax* | $24.80 |

**Order total**  **$421.61**

*We're required by law to collect sales tax and applicable fees
for certain tax authorities. Learn more

[ 🔒 Confirm and pay ]

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

**ebay**

Shop by category ⌄   | Search for anything | All Categories ⌄ | **Search** | Advanced

← Back to search results | Listed in category: eBay Motors › Parts & Accessories › Motorcycle Parts › Wheels, Tires & Tubes › Wheel Hub Assemblies

eBay Motors › Parts & Accessories › Motorcycle Parts › Wheels, Tires & Tubes › Wheels & Rims

Add to Watchlist

✓ This fits a KTM    | Select Year |

🔖 **SAVE UP TO 10%**  See all eligible items ▶





     

$ Have one to sell?  **Sell now**

### 18" 2.15" REAR Wheel Rim for KTM SX SX-F XC XC-F 125 150 250 300 350 450 12-19

| | |
|---|---|
| Condition: | New |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 01d 07h 40m |
| Quantity: | 1  2 available |

Price: **US $296.81**

No Interest if paid in full in 6 mo on $99+*

US $329.79 (10% off)

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns**

| | |
|---|---|
| Shipping: | $90.00 Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. |
| | Item location: SH, China |
| | Ships to: United States See exclusions |
| Delivery: | ⭐ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** |
| | Please note the delivery estimate is **greater than 15 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA ● ● ● |
| | **PayPal CREDIT** |
| | *No Interest if paid in full in 6 months on $99+. See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
radiatorfactory (188 ⭐)
98.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions

| 2016 KTM 350 XCF Front Wheel Rim Hub With Brake... | 2014 Honda CRF450R CRF 450 Rear Wheel Hub with... | 2015 Ktm 250 SX Rear Back Wheel Hub | 2005 Ktm 250 EXC Rear Back Wheel Hub | 2005 Ktm 250 EXC Front Wheel Hub | Moose Racing MX1 Hubs 0213-0703 15-20 Husqvarn... |
|---|---|---|---|---|---|
| $159.00 | $319.95 | $199.00 | $115.00 | $79.00 | $185.95 |
| + shipping | + shipping | + $57.00 shipping | + $66.25 shipping | + $43.50 shipping | + $60.00 shipping |
| Seller 99.6% positive | Seller 99.9% positive | Seller 100% positive | Seller 100% positive | Seller 100% positive | Seller 99.5% positive |

---

### Related sponsored items 1/2

Feedback on our suggestions

Feedback



Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

ebay

Shop by category ⌄

Search for anything          | All Categories ⌄ |   **Search**

Advanced

< Back to search results | Listed in category: eBay Motors > Parts & Accessories > Motorcycle Parts > Brakes & Suspension > Brake Rotors

✉ f ✈ 🅿 | Add to Watchlist

✓ This fits a KTM   | Select Year |

🔖 **SAVE UP TO 10%**  See all eligible items ▸



     

$ Have one to sell?  | Sell now |

### 320mm Front Brake Rotor & Bracket for KTM 125 250 300 450 525 EXC SX SXF XC-F

| Condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1 | 2 available |

Price:  **US $130.02**

No Interest if paid in full in 6 mo on $99+*

~~US $144.47~~ (10% off)

| **Buy It Now** |
| **Add to cart** |
| ♡ Add to Watchlist |

**30-day returns**

| Shipping: | **$15.00** Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: SH, China |
| | Ships to: United States  See exclusions |
| Delivery: | ★ Estimated between **Thu. Nov. 5 and Wed. Nov. 25** ⓘ |
| | Please note the delivery estimate is **greater than 15 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Payments: | PayPal VISA ● ● ● |

**PayPal CREDIT**

*No Interest if paid in full in 6 months on $99+. See terms and apply now

■ Earn up to 5x points when you use your eBay Mastercard. Learn more

| Returns: | 30 day Buyer pays for return shipping | See details |

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
radiatorfactory (188 ★)
98.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

## Similar sponsored items 1/2

Feedback on our suggestions



| Brake Disc Rotor Guard Cover Fit KTM SX SXF XC... | Front Brake Rotor Disc Disk for KTM... | Solid Rear Brake Disc Rotor For KTM EXC 125 250 300... | MC MX Front Brake Disc Rotor For KTM EGS 400 EX... | Floating Brake Disc Rotor +Bracket+Air Vent for KTM... | Rear Brake Disc Guard Protector For KTM XC-W... |
| $18.97 | $37.02 | $65.80 | $49.80 | $51.69 | $37.65 |
| ~~$20.40~~ | ~~$42.02~~ | + $62.39 shipping | + $50.00 shipping | ~~$55.58~~ | + $19.48 shipping |
| + $6.70 shipping | + $2.99 shipping | Seller 99.7% positive | Last one | Free shipping | Last one |
| New | New | | | Seller 99.5% positive | |

---

## Related sponsored items 1/2

Feedback on our suggestions



Feedback

☰ **amazon**

Home & Kitchen ▾ | 🔍 | 🇺🇸

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 Cart 0

📍 Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | **Shop today's epic deals now**

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Shift



Roll over image to zoom in

## Lijincheng Gear Shifter Shift Lever Tip Fit for KTM 125 150 200 250 300 350 400 450 500 SX SXF EXC EXCF XC XCF XCW 2017 2018 SX-F EXC-F Motorcycle Parts (Color : Orange)

Brand: Lijincheng

Price: **$31.69**

Get $50 off instantly: Pay $0.00 $31.69 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ⌄

Color: **Orange**

| $31.69 | $31.69 | $31.69 |

- -- Surface Finish: Anodized
- -- Material: Aluminum
- -- Replace OEM Number: 79434931044
- -- Made from High Quality CNC-machined Aluminum, Beautiful and Durable
- -- Easy To Install

**$31.69**

$2.98 delivery: **Nov 10 - Dec 3**

**In Stock.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... LIJINC
Sold by ... LIJINC

📍 Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

## Related products from Our Brands



Stone & Beam
Exclusively
on Amazon

Page 1 of 3



‹

Amazon Brand – Stone & Beam Rustic Plaid Flannel Pillowcase Set, Standard, Ivory and Cream
★★★★☆ 1295
$23.08

Amazon Brand – Stone & Beam Rustic Plaid Flannel Duvet Cover Set, King, Black and White
★★★★☆ 656
$91.67

Amazon Brand – Stone & Beam Rustic Solid 100% Cotton Flannel Bed Sheet Set, Twin, Toast
★★★★☆ 623
$51.49

Amazon Brand – Stone & Beam Modern Ceramic Floral Embossed Decorative Planter Flower Pot, 7.4"H, Blue
★★★★☆ 534
$44.65

Amazon Brand – Stone & Beam Mid-Century Patterned Planter, 10.53"H, Coral Pink
★★★★☆ 469
$54.35

Amazon Brand – Stone & Beam Classic Egyptian Cotton Bathroom Towel Set, Set of 3, Rose
★★★★☆ 442
$34.81

Amazon Brand – Stone & Beam Modern Round Iron Hanging Wall Mirror With Shelf, 30 Inch Height, Dark Bronze
★★★★☆ 420
$98.84

›

**Sponsored products related to this item**

10/21/2020    Amazon.com: Lijincheng Gear Shift Lever Clutch Levers For KTM EXC-F Motorcycle Parts (Color : Orange): ...

Case: 1:20-cv-06677   Document #: 13   Filed: 01/10/20   Page 378 of 398 PageID #:1695








CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC...
★★★☆☆ 20
$20.99 ✓prime

Motorcycle 2017 Universal Plastic Headlight Headlamp Frontlight For KTM...
★★★★☆ 36
$19.99 ✓prime

Outlaw Racing Gear Shifter Lever Pedal L26501 KTM 520 525 530 540 560 99-09
★★★★☆ 18
$19.95

Minireen 7/8" 22mm Metal Thumb Throttle Cable Accelerator Handle Assembly For Chin...
★★★★☆ 277
$11.58 ✓prime

Trunkcratepro Collapsible Portable Multi Compartments Trunk Organizer, Black
★★★★★ 8,061
$39.98 ✓prime

Ad feedback 

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $31.69!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** **Apply now**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color:**Orange**

Item Type: Covers & Ornamental Mouldings
Motobike Make: KTM
Model Name: 10200-GLT002
Item Length: 1
Item Width: 1
Item Height: 1
Item Weight: 0.07
Material Type: Aluminum

## Product information

Color:**Orange**

| Item Weight | 0.035 ounces |
| --- | --- |
| Manufacturer | LIJINC-NA |
| ASIN | B08K477WGW |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 3

**Videos for related products**


3:48
Hammerhead Extended Shift Levers
Hammerhead Designs Incorporated


0:38
KaTur Motorcycle Skull Stripe Black Deep Cut CNC Shift Linkage
KaTur


0:38
KaTur Motorcycle Silver CNC Gear Shift Lever Shift Linkage
KaTur


0:38
KaTur Motorcycle Silver Deep Cut CNC Shift Linkage
KaTur


KaTur Motorcycle Gear Shift Lev...
KaTur

Upload your video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

10/21/2020 Amazon.com: Lijincheng Shifter Shift Lever Motorcycle Parts (Color : Orange): ...

Case 1:20-cv-06677-Document 21-3 Filed 01/30/20 Page 379 of 398 PageID #:1686

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

**Review this product**

Share your thoughts with other customers

Write a customer review

**Deals in magazine subscriptions**

Page 1 of 9

       

National Geographic Kids
⭐ 6,384
Print Magazine
$15.00

Reader's Digest
⭐ 58
Print Magazine
$5.00

Veranda
⭐ 4
Print Magazine
$5.00

InStyle
⭐ 1,461
Print Magazine
$11.00

Real Simple
⭐ 29
Print Magazine
$5.00

**Best sellers in Kindle eBooks**

Page 1 of 8

      

A Time for Mercy (Jake Brigance Book 3)
› John Grisham
⭐ 853
Kindle Edition
$14.99

If You Tell: A True Story of Murder, Family...
› Gregg Olsen
⭐ 16,834
Kindle Edition
$4.99

The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
⭐ 3,491
Kindle Edition
$4.99

Spellbreaker
› Charlie N. Holmberg
⭐ 1,858
Kindle Edition
$4.99

The Haunting of Brynn Wilder: A Novel
› Wendy Webb
⭐ 2,339
Kindle Edition
$4.99

**Your Browsing History** View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

Sign in

New customer? Start here.

       

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



1-16 of 57 results for LIJINC : **"KTM"**

**Brand**
Lijincheng
Logo
LogoArt



Motorcycle Windscreen Windshield Protector for KTM Duke 690 Enduro R 2012 2013 2014 2015 2016 2017 2018 Smoke Black Windproof Spoiler...
$54.50
$2.98 shipping



Motorcycle Clear Windshield Windscreen Double Bubble Fit for KTM 690 2012-2016 15 14 13 Spoiler
$34.17
$2.98 shipping



Windscreen Wind Deflector Windshield Motorcycle Parts Fit for KTM 1290 Super Adventure R S 2017 2018 2019 Clear Light Smoke Color Spoiler...
$143.69
$2.98 shipping



Motorcycle Risen Adjustable Windscreen Air Deflector Windshield Wind Screen Spoiler for Triumph Yamaha Honda VFR 800 KTM Benelli Spoiler...
$92.93
$2.98 shipping



for Kawasaki Zx6r Z1000 Zx10r KTM Rc 125 Motorcycle Risen Adjustable Windscreen Air Deflector Windshield Wind Screen Spoiler Spoiler
$93.05
$2.98 shipping



Motorcycle Motorbike Windshield for KTM Duke 690 KTM690 2012 2013 2014 2015 2016 2012-2015 Windscreen Wind Deflectors Air Flow Spoiler (Col...
$50.59
$2.98 shipping



Lijincheng 57mm Footrest Foot Peg Rest Fit for K-T-M 690 Enduro SMC SMR 950 990 1050 190 1050 190 1190 1290 Super Adventure R S T Moto...
$99.89
$2.98 shipping



Lijincheng Foot Pegs Pedals Footrest Footpegs for KTM SX SXF EXC EXCF
XC XCF XCW XCFW 65 85 125 150 200 250 300 350 400 450 500 525 53...
$66⁷⁶
$2.98 shipping



Lijincheng Gear Shift Lever Folding Tip Foot Pegs Rest Footpegs Pedals
Rear Sets Fit for K-T-M 125 200 EXC 250 350 450 505 SX-F 150 SX 250...
$68¹²
$2.98 shipping



Lijincheng Brake Pedal Lever Tip Plate Fit for Husqvarna TE FE TC TX FX
FS 125 150 200 250 300 350 390 400 450 501 S 2017 2018 2019 for...
$28⁸⁵
$2.98 shipping



Lijincheng Gear Shifter Shift Lever Tip Fit for KTM 125 150 200 250 300
350 400 450 500 SX SXF EXC EXCF XC XCF XCW 2017 2018 SX-F EXC-F...
$31⁶⁹
$2.98 shipping



Lijincheng Motorcycle CNC Foot Pegs Pedals Foot Rests Fit for KTM SX SXF
EXC EXCF XCF XCW XCFW 65 85 125 150 250 300 350 400 450 530...
$63⁵³
$2.98 shipping



Lijincheng 1Pair CNC Aluminum Motorcycle Rearset Footrests Foot Rest
Foot Pegs Pedal Fit for Yamaha Fit for KTM Fit Modified Motorcycle...
$25²⁹
$2.98 shipping
Only 7 left in stock - order soon.



Motorcycle Adjustable Windscreen Windshield Fit for
Honda/Kawasaki/Harley/Yamaha/Ducati/KTM/Suzuki/BMW Wind...
$214¹⁷
$2.98 shipping



Motorcycle Windscreen Windshield Fit for KTM RC125 RC200 RC390 RC
125 200 390 2014 2015 2016 2017 2018 Spoiler (Color : Light Smoke)
$84⁹⁹
$2.98 shipping
Only 20 left in stock - order soon.





Motorcycle Windscreen for 2017 2018 2019 2020 Fit for KTM Duke SX RC 125 390 Windshield Airflow Wind Deflector Protector with Bracket DE...

$98⁴⁴

$2.98 shipping

← Previous | **1** | 2 | 3 | 4 | Next →

## Need help?

Visit the help section or contact us

## Sponsored products related to this search   What's this?

Page 1 of 4


 **Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...** ★★★★★ 517 $43.77

 **MIBAO Half Round Doormat, 24 x 36 Non Slip Durable Welcome Door Mats, Boots...** ★★★★☆ 422 $34.99

 **RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...** ★★★★★ 3,374 $29.97

 **Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...** ★★★★★ 123 $74.77

 **DEXI Indoor Doormat Front Door Rug, 20"x32" Absorbent Machine Washable Inside Door...** ★★★★☆ 1,504 $20.99


## Deals in magazine subscriptions

Page 1 of 9

 **ESSENCE** Print Magazine $5.00

 **Reader's Digest** ★★★★☆ 58 Print Magazine $5.00

 **National Geographic Kids** ★★★★★ 6,384 Print Magazine $15.00

 **TIME** ★★★★☆ 1,952 Print Magazine $14.00

 **Ladybug** ★★★★☆ 296 Print Magazine $24.95

## Your Browsing History   View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

[Sign in]

New customer? Start here.



Back to top

**Get to Know Us** — Careers, Blog, About Amazon, Press Center, Investor Relations, Amazon Devices, Amazon Tours

**Make Money with Us** — Sell products on Amazon, Sell apps on Amazon, Become an Affiliate, Advertise Your Products, Self-Publish with Us, Host an Amazon Hub, › See More Make Money with Us

**Amazon Payment Products** — Amazon Rewards Visa Signature Cards, Amazon.com Store Card, Amazon Business Card, Amazon Business Line of Credit, Shop with Points, Credit Card Marketplace, Reload Your Balance

**Let Us Help You** — Amazon and COVID-19, Your Account, Your Orders, Shipping Rates & Policies, Amazon Prime, Returns & Replacements



# LIJINC

LIJINC storefront
*Just launched* | No feedback yet
LIJINC is committed to providing each customer with the highest standard of customer service.

Have a question for LIJINC?

Ask a question

## Detailed Seller Information

**Business Name:** ZHUJISHIGULIBAIHUODIAN
**Business Address:**
383HAO.YUANJIACUN.JIYANGJIEDAO
ZHUJISHI.SHAOXINGSHI
ZHEJIANGSHENG
311800
CN

| Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact LIJINC to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt. Read more

Leave seller feedback | Tell us what you think about this page

## Deals in magazine subscriptions

Page 1 of 9

      

Highlights High Five
★★★★☆ 1,343
Print Magazine
$29.99

Reader's Digest
★★★★☆ 58
Print Magazine
$5.00

National Geographic Kids
★★★★☆ 6,384
Print Magazine
$15.00

Travel + Leisure
★★★★☆ 26
Print Magazine
$3.00

Martha Stewart Living
★★★★☆ 35
Print Magazine
$3.00

## Inspired by your browsing history

Page 1 of 8

      

CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
★★★★☆ 87
$25.98

Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013...
★★★★☆ 13
$12.99

Pro Taper Grip Glue Adhesive Compound Bottle 1 OZ
★★★★☆ 621
$10.75

KTM Racing HAT Orange UPW1758300
★★★★☆ 53
$22.00

FMF Racing 11299 Wash Plug
★★★★☆ 1,409
$11.08

### Your Browsing History    View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

      

Sign in

New customer? Start here.

Back to top

  

SIGN IN   **SHIPPING & PAYMENT**   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

<div align="right">

Continue

</div>

---

## Shipment 1 of 1

**Shipping from LIJINC**   (Learn more)

Shipping to: ▆▆▆ , 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Lijincheng Gear Shifter Shift Lever Tip Fit for KTM 125 150 200 250 300 350 400 450 500 SX SXF EXC EXCF XC XCF XCW 2017 2018 SX-F EXC-F Motorcycle Parts (Color : Orange)**
  $31.69 - Quantity: 1
  Sold by: LIJINC

Change quantities or delete

### Choose a delivery option:

◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
$2.98 - Shipping

---

<div align="right">

Continue

</div>

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon**.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Shipping address** Change

██████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ██████████
Add delivery instructions

**Payment method** Change

VISA ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ] [ Apply ]



**prime** ████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 10, 2020 - Dec. 3, 2020**

**Lijincheng Gear Shifter Shift Lever Tip Fit for KTM 125 150 200 250 300 350 400 450 500 SX SXF EXC EXCF XC XCF XCW 2017 2018 SX-F EXC-F Motorcycle Parts (Color : Orange)**
**$31.69**
Quantity: 1 Change
Sold by: LIJINC
🎁 Gift options not available.

Choose a delivery option:
◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
$2.98 - Shipping

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:    $31.69
Shipping & handling:    $2.98

Total before tax:    $34.67
Estimated tax to be collected:*    $1.98

**Order total:**    **$36.65**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06677 Document #: 19 Filed: 11/10/20 Page 386 of 398 PageID #:1693



≡ **amazon**

All ▾ | KTM | 🔍 | 🇺🇸

Hello, Sign in
**Account & Lists** ▾

Returns
**& Orders** ▾

Try Prime ▾

🛒 0
**Cart**

📍 Deliver to
Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping

**Shop deals before they are gone**

‹ Back to results



Roll over image to zoom in

 
 


### Lijincheng Motorcycle CNC Foot Pegs Pedals Foot Rests Fit for KTM SX SXF EXC EXCF XCF XCW XCFW 65 85 125 150 250 300 350 400 450 530 Adventure Motorcycle Parts (Color : Silver)

Brand: Lijincheng

Price: **$63.53**

Get **$50 off instantly:** Pay $13.53 $63.53 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

Color: **Silver**

| 🔵 $60.06 | 🔵 $60.06 | 🔴 $60.06 |
| 🔘 $60.06 | 🔴 $63.53 | |

- 1.Made from forged T7 7075 aluminum, one of the highest strenght alloys.
- 2.Sharp teeth made from hardened steel resist wear
- 3.Removeable and replaceable teeth
- 4.Improved comfort and control with nearly 30% more surface area
- 5.Mount with all your stock hardware



**$63.53**

$2.98 delivery: **Nov 10 - Dec 3**

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...   LIJINC
Sold by ...   LIJINC

📍 Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Related products from Our Brands



Mid-century style

Exclusively on Amazon

RIVET Ⓡ

Page 1 of 2

‹


Amazon Brand – Rivet Rustic Stoneware Indoor Outdoor Flower Plant Home Decor Tall Cylinder Vase, 11"H, Silver
★★★★☆ 2024
$33.99

Amazon Brand – Rivet Geometric Ceramic Planter, 6.5"H, White and Grey
★★★★★ 935
$35.73

Amazon Brand – Rivet Cone-Shaped Wall Mount Vase, 7.5"H, Modern Earthenware, White
★★★★☆ 623
$13.49


Amazon Brand – Rivet Modern Hand-Woven Stripe Fringe Throw Blanket, 50" x 60", Navy Blue and White with Sienna Orange
★★★★☆ 569
$52.76


Amazon Brand – Rivet Westline Modern Indoor Outdoor Hand Painted Stoneware Planter Flower Pot, 8"H, Red White Blue Black
★★★★☆ 320
$41.20


Amazon Brand – Rivet Modern Geometric Stoneware Home Decor Flower Vase - 6.9 Inch, White
★★★★★ 309
$25.65


Amazon Brand – Riv Percale 100% Orga Cotton Bed Sheet Se Easy Care, Full, Vapc
★★★★☆ 292
$60.49

›

## Sponsored products related to this item

Page 1 of 13

 ‹       ›

amazon All KTM
Hello, Sign in Account & Lists Account
Returns & Orders Try Prime 0 Cart
Deliver to Bensenville 60106
Holiday Deals Gift Cards Best Sellers Customer Service New Releases AmazonBasics Whole Foods Free Shipping Shop deals before they're gone
‹ Back to results

Click image to open expanded view

# Lijincheng 1Pair CNC Aluminum Motorcycle Rearset Footrests Foot Rest Foot Pegs Pedal Fit for Yamaha Fit for KTM Fit Modified Motorcycle Motorcycle Parts (Color : Green)

Brand: Lijincheng

Price: $25.29

Get $50 off instantly: Pay $0.00 ~~$25.29~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021

Color: **Green**

$25.29 $25.29 $25.29
$25.29 $25.29 $25.29
$25.29 $25.29

- Type: Foot Pedal
- Color: Black ,Silver, Gold ,Blue, Red, Titanium ,Orange, Green
- Material: Aluminum Billet,CNC Machined
- Placement on Vehicle: Left, Right
- Gear Pedal Fitment:For KTM DUKE125 200 390 2013-2014

$25.29

$2.98 delivery: **Nov 10 - Dec 3**

Only 7 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... LIJINC
Sold by ... LIJINC

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share

Have one to sell?

Sell on Amazon

## Related products from Our Brands

Page 1 of 2

AmazonBasics Lightweight Super Soft Easy Care Microfiber Bed Sheet Set with 16" Deep Pockets - Twin XL, Beige
126543
$14.99

AmazonBasics Slim, Velvet, Non-Slip Clothes Suit Hangers, Ivory/Silver - Pack of 100
53860
$39.52

AmazonBasics Slim, Velvet, Non-Slip Clothes Suit Hangers, Ivory/Silver - Pack of 50
53861
$22.51

AmazonBasics Slim, Velvet, Non-Slip Clothes Suit Hangers, Ivory/Silver - Pack of 30
53861
$22.69

AmazonBasics 6-Piece Fade-Resistant Cotton Bath Towel Set - White
28639
$20.99

AmazonBasics Collapsible Fabric Storage Cubes Organizer with Handles, Beige - Pack of 6
23474
$19.11

AmazonBasics 3-She Heavy Duty Shelvin Storage Unit on 2" Wheel Casters, Meta Organizer Wire Rack Black (23.2L x 13.4W 32.75H)
22716
$39.99

## Sponsored products related to this item

Page 1 of 13





Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Handguards



## Motocross Motorcycle Handguard Guards Handguards Protector for KTM IRBIS TTR CRF YZF WRF KXF 20Mm Handlebar (Black+White)

Brand: Bravic

Price: **$30.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021

Color: **Black**

- 100% Brand new and High quality.
- Motocross Motorcycle Handguard Guards Handguards Protector for KTM IRBIS TTR CRF YZF WRF KXF 20Mm Handlebar (Black+White)

› See more product details

🗨 Report incorrect product information.

**$30.99**
& FREE Shipping

Arrives: Nov 19 - Dec 11

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Lina-car-shop
Sold by ... Lina-car-shop

◉ Deliver to Bolingbrook 60440

[ Add to List ]

Share ✉ f 𝕏 ⓟ

Have one to sell?
[ Sell on Amazon ]



Click image to open expanded view

      

### You might also like

Page 1 of 12

Sponsored ⓘ


Motorcycle Duke390 250 Handguards Hand Handle Bar Handguard Hand Guards Brush...
$35.99 ✓prime


7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX...
★★★☆☆ 22
$22.89 ✓prime


Black Boar (66010) ATV Rear Storage Box and Lounger-Integrated Lock Helps Deter The...
★★★★☆ 1,936
$203.74 ✓prime

JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off R...
★★★★☆ 733
$19.99 ✓prime


Worldmotop 7/8" 22mm Motorcycle Hand Guards Handguards Brush Bar - Universal for Off...
★★★★☆ 5
$17.58 ✓prime


NEW KT HANDG SX 85 S U69513
★★★☆
$119.

‹ ›

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $30.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color:**Black**

NEW

## Product information

Color:**Black**

### Technical Details

| Manufacturer | 8 |
| --- | --- |
| Part Number | Store565 |
| Color | Black |
| Material | Other |

### Additional Information

| ASIN | B08HLSQT7Y |
| --- | --- |
| Date First Available | September 7, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Videos

### Videos for related products


7:29
Installing handguards on 2008 Yamaha WR250F

JFG RACING


1:59
JFG-RACING Black Hand Guards Handguards

JFG RACING


1:53
JFG-RACING Black Handguards Hand Guards - Universal for 7/8"...

JFG RACING

Upload your video

## You might also like

Page 1 of 10

Sponsored













KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99

KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030
$83.99

Hand Guards Handguards Guard Handguard - Universal 7/8 inches 22mm and...
★★★★☆ 100
$24.99 ✓prime

7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for Kawasaki KX KLX...
★★★☆☆ 22
$22.89 ✓prime

KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
★★★★☆ 17
$29.99

NEW O Rear Bra 2004-2 SXF 548
★★★★
$83.9

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

– Is the item durable?

– Is this item easy to use?

– What are the dimensions of this item?

Case 1:20-cv-06677 Document 13 Filed 11/10/20 Page 390 of 398 PageID #:1695

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

No customer reviews



7/8 Inches 22mm Motorcycle Universal Handg…
22
**$22.89**     [ Shop now ]

Sponsored

Sponsored

## Deals in magazine subscriptions

Page 1 of 8




**Better Homes & Gardens**
⭐⭐⭐⭐½ 5,920
Print Magazine
$5.00



**National Geographic Kids**
⭐⭐⭐⭐½ 6,455
Print Magazine
$15.00



**Country**
⭐⭐⭐⭐½ 10
Print Magazine
$5.00



**Elle**
⭐⭐⭐½ 13
Print Magazine
$5.00



**Reader's Digest**
⭐⭐⭐⭐½ 60
Print Magazine
$5.00



## Best sellers in Kindle eBooks

Page 1 of 7




**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐⭐⭐⭐½ 1,492
Kindle Edition



**If You Tell: A True Story of Murder, Family…**
› Gregg Olsen
⭐⭐⭐⭐½ 17,079
Kindle Edition



**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
⭐⭐⭐⭐½ 4,124
Kindle Edition



**I Promise You: Stand-Alone College Sports…**
› Ilsa Madden-Mills
⭐⭐⭐⭐½ 589
Kindle Edition



**Spellbreaker**
› Charlie N. Holmberg
⭐⭐⭐⭐½ 2,137
Kindle Edition
$4.99



**Your Browsing History**     View or edit your browsing history   ›

      

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



🌐 English ▾          🇺🇸 United States ▾

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion
brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on
Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital
Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book Depository
Books With Free
Delivery Worldwide

Box Office
Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996–2020, Amazon.com, Inc. or its affiliates

10/23/2020



**amazon** | Lina-car-shop ▾ | KTM | 🔍

Deliver to Bolingbrook 60440

Holiday Deals   Gift Cards   Browsing History ▾   Customer Service   's Amazon.com   Prime Video   Best Sellers   Buy Again

**17-24 of 24 results for Lina-car-shop** : "KTM"

Sort by: Featured ▾

**Brand**
Generic
Bravic
EHS



Motocross Motorcycle Handguard Guards Handguards Protector for KTM IRBIS TTR CRF YZF WRF KXF 20Mm Handlebar...

$30⁹⁹

FREE Shipping



Rear Chain Adjuster Axle Blocks For Ktm Sx Sxf Xc Xcf Exc Excf Xcw Xcfw 85 125 150 200 250 300 350 400 450 500 525 530

$46⁹⁹

FREE Shipping



Motorcycle Handlebar Raised Extend Handle Bar Clamp Mount Riser for KTM 390DUKE DUKE390 2017-2019 Motor Parts

$61⁹⁹

FREE Shipping



Universal Motorcycle Exhaust Muffler Drop Protection Ring-Silencer Protector Guard for Husqvarna Ktm Motocross Moto...

$24⁹⁹

FREE Shipping



Universal Motorcycle Windsn Rear View Mirror 180 Wide Angle Central Rearview Mirror for Yamaha Vespa KTM Kawasaki

$81⁹⁹

FREE Shipping



Motorcycle Exhaust Heat Shield Protector Cover Guard for KTM EXC SXF Honda CRF CB Yamaha YZF WR Kawasaki KXF KX Suzuk...

$22⁹⁹

FREE Shipping



**Rear Wheel Hub Spacers for KTM 125 150 200 250 300 350 400 450 SX SXF XC XCF 2013-2019 for Husqvarna TC TX FC FX 2016...**

$27$^{99}$

FREE Shipping

**Motocross Enduro Motorcycle Universal Side Stand Rubber Strap for Ktm Xc Xcf Xcw Xcfw Sx Exc 125 150 250 350 450 530 1998...**

$13$^{99}$

FREE Shipping



← Previous   1   2   Next →

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search  What's this? ⌄

Page 1 of 3

     

**US Cargo Control Aluminum L Track Tie Down System - 8 Piece Powersports Kit...**
★★★★★ 15
$149.99

**VersaTex Multi-Purpose Rubber Floor Mat for Indoor or Outdoor Use, Utility Mat for...**
★★★★☆ 720
$21.99

**CNC Aluminum Universal Billet Complete Motorcycle Windscreen Fairing Bolts Kit...**
★★★☆☆ 54
$23.99

**VULCAN Exotic Car Rim Tie Down Set - 2 Inch x 144 Inch, 4 Straps - PROSeries - 3,300...**
★★★★☆ 95
$65.99

**Pit Posse Motorcycle ATV Metric Tool Kit - Wrenches, Screwdriver, Hex Set, Spark Plug...**
★★★★☆ 160
$47.95

## Deals in magazine subscriptions

Page 1 of 8

      

**Real Simple**
★★★★☆ 31
Print Magazine
$5.00

**National Geographic Kids**
★★★★☆ 6,455
Print Magazine
$15.00

**Food & Wine**
★★★★☆ 12
Print Magazine
$3.00

**Reader's Digest**
★★★★☆ 60
Print Magazine
$5.00

**Better Homes & Gardens**
★★★★☆ 5,920
Print Magazine
$5.00

---

### Your Browsing History   View or edit your browsing history ›

      



☰  amazon

All ▼ [search box] 🔍

Hello, [___]
Account ▼

Lists ▼

Returns
& Orders

🛒 0 Cart

📍 Deliver to
Bolingbrook 60440

Holiday Deals | Gift Cards | Browsing History ▼ | Customer Service | [___]'s Amazon.com | Prime Video | **Shop today's epic deals now**

# Lina-car-shop

Lina-car-shop storefront
Just launched | No feedback yet
Lina-car-shop is committed to providing each customer with the highest standard of customer service.

Have a question for Lina-car-shop?

**Ask a question**

---

## Detailed Seller Information

**Business Name:** Prapha Amsam-arng
**Business Address:**
195/716 Sikan
Donmueang
Bangkok
10210
TH

| **Returns & Refunds** | Shipping | Policies | Help | Products |

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact Lina-car-shop to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback | Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 8

      

**National Geographic Kids**
★★★★½ 6,455
Print Magazine
$15.00

**Reader's Digest**
★★★★½ 60
Print Magazine
$5.00

**Real Simple**
★★★★☆ 31
Print Magazine
$5.00

**Better Homes and Gardens**
★★★★½ 38
Print Magazine
$3.00

**Entrepreneur Magazine**
★★★☆☆ 6
Print Magazine
$5.00

## Best sellers in Kindle eBooks

Page 1 of 7

    

**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★½ 1,492
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family Secrets,...**
› Gregg Olsen
★★★★½ 17,079
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
★★★★½ 4,124
Kindle Edition
$4.99

**I Promise You: Stand-Alone College Sports...**
› Ilsa Madden-Mills
★★★★½ 589
Kindle Edition
$2.99

**Spellbreaker**
› Charlie N. Holmberg
★★★★½ 2,137
Kindle Edition
$4.99

**Your Browsing History** View or edit your browsing history  ›

 

# Choose your shipping options

<div style="text-align:right">Continue</div>

---

### Shipment 1 of 1

**Shipping from Lina-car-shop**   (Learn more)

Shipping to: ▮ ▮ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825 United States

- **Motocross Motorcycle Handguard Guards Handguards Protector for KTM IRBIS TTR CRF YZF WRF KXF 20Mm Handlebar (Black+White)**
  $30.99 - Quantity: 1
  Sold by: Lina-car-shop

Change quantities or delete

**Choose a delivery option:**

◉ **Thursday, Nov. 19 - Friday, Dec. 11**
   FREE Shipping

---

<div style="text-align:right">Continue</div>

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

(i) Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $30.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $30.99 |
| Estimated tax to be collected:* | $1.94 |

**Order total:**  **$32.93**

How are shipping costs calculated?

**Shipping address** Change
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ▇▇▇▇▇
Add delivery instructions

**Payment method** Change
ending in ▇▇

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]  [ Apply ]

**FREE** ▇▇▇▇ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery:  Nov. 19, 2020 - Dec. 11, 2020**

Motocross Motorcycle Handguard Guards
Handguards Protector for KTM IRBIS TTR
CRF YZF WRF KXF 20Mm Handlebar
(Black+White)
**$30.99**
Quantity: 1  Change
Sold by: Lina-car-shop
Gift options not available.

**Choose a delivery option:**
◉ **Thursday, Nov. 19 - Friday, Dec. 11**
  FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



≪ Back to results

**Adjuster Axle
...tm Sx Sxf Xc Xcf
... Xcfw 85 125 150
... 350 400 450
...)**

...EE Shipping

Pay $0.00 upon approval for
... Visa Card. No annual fee.

...urn window till Jan 31, 2021 ⌄

...and High quality.
...otorcycle accessories.
...Repair equipment include: Car
...Keyless Entry Remote and Fob,
...s, Car Connector Plug, Mirrors
...ft Protection, Grips &
...gnal Indicators, Motorcycle
...lasses, Decals & Stickers, Motorcycle Covers, Car
Electronic.

- Excellent quality, fast delivery, simple after-sales.
  We make every effort to provide customers with
  satisfactory service.
- Rear Chain Adjuster Axle Blocks For Ktm Sx Sxf Xc
  Xcf Exc Excf Xcw Xcfw 85 125 150 200 250 300
  350 400 450 500 525 530

› See more product details

💬 Report incorrect product information.

$46.99
& FREE Shipping

Arrives: **Nov 19 - Dec 11**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...  Lina-car-shop
Sold by ...   Lina-car-shop

📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

Click image to open expanded view

     

---

### You might also like
Sponsored ⓘ

Page 1 of 15

KTM XW-Ring Chain
(Orange) 520x118 2003-
2020 OEM:
79610965118EB
⭐⭐⭐⭐⭐ 1
$124.99

KTM LOCK ON GRIP SET
2016-2020 250 350 450
SX XC-W EXC-F XC-W
EXC-F 79002924100
⭐⭐⭐⭐½ 17
$29.99

KTM Racing Chain Guide
(Orange) OEM
7810497000004
⭐⭐⭐⭐⭐ 2
$98.99

KTM/FMF Titanium
Megabomb Header 250
SX-F/XC-F 2019-2020
OEM: 79105907500
$399.99

2007-2014 fits KTM 450
XC-W CZ ORH X Ring
Chain 520-120L
$115.20

KTM Po
Compos
KTM 25
Cmpl. 2
$207.

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $46.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

### Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product description

Case: 1:20-cv-06677 Document #: 13 Filed: 11/10/20 Page: 398 of 398 PageID #:1705



‹ Back to results



## Universal Motorcycle Windsn Rear View Mirror 180 Wide Angle Central Rearview Mirror for Yamaha Vespa KTM Kawasaki

Brand: EHS

---

Price: **$81.99** & FREE Shipping

Get $50 off instantly: Pay $31.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- 100% Brand new and High quality.
- Car accessories, Motorcycle accessories, Replacement and Repair equipment include: Car Care Accessories, Keyless Entry Remote and Fob, Nuts & Bolts & Clips, Car Connector Plug, Mirrors & Accessories, Theft Protection, Grips & Handlebar, Turn Signal Indicators, Motorcycle Glasses, Decals & Stickers, Motorcycle Covers, Car Electronic.
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service.
- Universal Motorcycle Windsn Rear View Mirror 180 Wide Angle Central Rearview Mirror for Yamaha Vespa KTM Kawasaki

› See more product details

💬 Report incorrect product information.



**$81.99**
& FREE Shipping

Arrives: **Nov 19 - Dec 11**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Lina-car-shop
Sold by ... Lina-car-shop

⊙ Deliver to Bolingbrook 60440

[ Add to List ]

Share ✉ 📘 🐦 📌

Have one to sell?

[ Sell on Amazon ]

Click image to open expanded view

    

---

## You might also like

Sponsored ⓘ

Page 1 of 15

KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030
$83.99

KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
$124.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 ✓prime

KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804
★★★★★ 1
$83.99

2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross
$43.95

KTM Po Compos KTM 25 Cmpl. 2
$207.

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $31.99 instead of $81.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card.** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product description

NEW