≡ amazon

All ⌄        🔍        🇺🇸 ⌄        Hello,        Returns & Orders        Try Prime ⌄        🛒 0 Cart

📍 Deliver to Glenview 60026        Holiday Deals        Gift Cards        Amazon.com        Customer Service        Prime Video        Shop deals before they're gone

Automotive    Your Garage    Deals & Rebates    Best Sellers    Parts ⌄    Accessories ⌄    Tools & Equipment ⌄    Car Care ⌄    Motorcycle & Powersports ⌄    Truck ⌄    RV ⌄

🎄 Holiday gift cards in free gift boxes ›

Automotive › Motorcycle & Powersports › Parts › Filters › Oil Filters

## Allong 3 Packs HF652 Oil Filter Replacement for KTM 773.38.005.100 77338005101 77338005100 Motorcycle 350 400 450 500 530 EXC-F SX-F XC-F XCF-W 2008-2018

Brand: Allong

Was: $13.99
Price: **$10.99** & FREE Returns
You Save: **$3.00 (21%)**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Replace # : KTM773.38.005.100 77338005101 77338005100 HF652
- For KTM 350 400 450 500 530 EXC-F SX-F XC-F XCF-W 2008-2018
- For FC250 FC350 FC450 FE250 FE350 FE450 FE501 FE501S FS450 FX350 FX450 TC250 TC85 TE125 TE250
- Package comes with: 3pcs oil filter

› See more product details

⚠ Report incorrect product information.

Roll over image to zoom in

**$10.99**
& FREE Returns ⌄

**FREE delivery: Wednesday, Nov 4** on your first order.

Fastest delivery: **Tomorrow**
Order within 10 hrs and 13 mins
Details

**Only 19 left in stock - order soon.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Amazon
Sold by       LONGWEI1

☐ Add gift options

📍 Deliver to ⬛ - Glenview 60026

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

### 4 stars and above
Sponsored ⓘ

Page 1 of 3

‹ ›

**Nexx Smart Wi-Fi Controller NXG-200 - Remotely Control Existing Garage Door...**
★★★★☆ 3,276
$79.99 ✓prime

**Refoss Garage Door Remote Opener, Purple Learn Button for Liftmaster...**
★★★★☆ 613
$16.59 ✓prime

**2 Replacement for LiftMaster 371LM 373LM 971LM 973LM Garage Door Opener Remote...**
★★★★☆ 1,902
$14.99 ✓prime

**Chamberlain G B1381 Bright L Lighting Smart Controlled Ultr**
★★★★★ 6!
$338.00 ✓pri

### Products related to this item
Sponsored ⓘ

Page 1 of 35

‹                                                                      ›







KTM New OEM Oil Filters 2 Pack 350 400 450 500 530 EXC-F SX-F XC-F XCF-W FACT. ED 7...
★★★★☆ 3
$15.99

KTM OIL FILTER SHORT 2012, 690 SERIES, 75038046100
★★★★★ 5
$9.99

Hardline Products 1702-UT-R Adjustable Height Training Wheels for Razor MX125, MX35...
★★★★☆ 57
$104.99

AloneGoer 2pcs Oil Filter Compatible with HF652 652 KTM 250 350 400 450 500 505 530...
$9.99 ✓prime

Tvent 2Pcs HF652 6... Oil Filter 773.38.005... Replacement for KT... 350 400 450 500 ...
$6.59 ✓prime

## Customers who viewed this item also viewed







Dxent HF652 Oil Filter Compatible with KTM 77338005100 77338005101 350...
★★★★★ 1
$11.99
Only 6 left in stock - order...

NEW OEM KTM OIL FILTERS 5 PACK 350 400 450 500 530 EXC-F SX-F XC-F XCF-W FACT. ED...
★★★★½ 122
$35.00
Only 2 left in stock - order...

Tvent HF652 652 Oil Filter Replacement for KTM 77338005100 350 400 450 500 530 EXC-F SX-F XC-F XCF-W...
★★★★★ 113
$8.59

K&N Motorcycle Oil Filter: High Performance, Premium, Designed to be used with Synthetic or...
★★★★★ 113
$5.77

MyQ Smart Garage Opener Chamberlai... MYQ-G0301 - Wirel... Wi-Fi enabled Garag...
★★★★½ 27,215
#1 Best Seller in Gar... Door Keypads & Remot...
$33.99
In stock on November 4...

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $10.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Allong |
| Brand | Allong |
| Model | 77338005101 |
| Item Weight | 3.1 ounces |
| Package Dimensions | 1.97 x 1.97 x 1.97 inches |
| Manufacturer Part Number | QWE-0010 |

### Additional Information

| | |
|---|---|
| ASIN | B08GHHP479 |
| Best Sellers Rank | #225,460 in Automotive (See Top 100 in Automotive) #358 in Powersports Oil Filters |
| Date First Available | August 22, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

# Videos

### Videos for related products



3:21

The 5 Best Oil Filters

BestReviews



4:13

How to Change Motorcycle Oil

Howcast



2:50

K&N Motorcycle Oil Filter: High
Performance Black Oil Filter with…

Merchant Video



How to Replace KN

Poweka_ZY

Upload your video

## Product description

Replacement for:
250 EXC-F 2017-19
250 SX-F 2013-2020
250 SX-F FACTORY EDITION 2015-17
250 XC-F 2013-2020
250 XCF-W 2014-16
350 EXC-F 2012-2020
350 SX-F 2011-2020
350 XC-F 2011-2020
350 XCF-W 2012-2020
350 XCF-W SIX DAYS 2014-2016
400 XC-W 2009-10
C450 EXC 2009-11
450 EXC CHAMPION EDIT. 2010
450 EXC-F SIX DAYS 2017-19
450 EXC-R 2008-2020
450 SX-F FACTORY EDITION 2015-2019
450 XC- F 2016-17
450 XC-F 2008-09
450 XC-F 2018-2020
450 XCR-W 2008-09
450 XC-W CHAMPION EDIT. 2010
450 XC-W SIX DAYS 2010-11
500 EXC-F 2017-2020
500 EXC-F Six Days 2020
500 XCF-W 2020
505 XC-F 2008-2011
530 EXC CHAMPION EDIT. 2010
530 EXC-R / XCR-W 2008
530 XC-W 2009
530 XC-W SIX.DAYS 2010-11

2014-2018 FC250
2015-2018 FC350
2016-2018 FC450
2018 FC450 Rockstar Edition
2014-2018 FE250
2014-2018 FE350
2017-2018 FE450
2017-2018 FE501
2016-2018 FS450
2017-2018 FX350
2017-2018 FX450
2013-2018 KTM 250 EXC-F
2013-2018 KTM 250 EXC-F Six Days
2018 KTM 250 Freeride F
2013-2018 KTM 250 SX-F
2013-2018 KTM 250 XC-F
2012-2018 KTM 350 EXC-F
2012-2018 KTM 350 EXC-F Six Days
2018 KTM 350 EXC-F Six Days CKD
2012-2018 KTM 350 Freeride
2016-2018 KTM 350 SX-F
2012-2018 KTM 350 XC-F
2017-2018 KTM 450 EXC-F
2017-2018 KTM 450 EXC-F Six Days
2007-2018 KTM 450 SX-F
2008-2018 KTM 450 XC-F
2017-2018 KTM 500 EXC-F

2017–2018 KTM 500 EXC-F Six Days
2016 HUSQVARNA FE350S
2012–2016 KTM 350 XCF-W
2016 KTM 350 XCF-W Six Days
2014–2015 KTM 250 XCF-W
2015 KTM 300 EXC-F
2014 HUSABERG FE250
2013 HUSABERG FE350
2008–2012 KTM 450 SMR
2008–2011 KTM 400 EXC
2009–2011 KTM 450 EXC
2010–2011 KTM 450 EXC Six Days

## Customers also viewed these products

Page 1 of 8

    

K&N Motorcycle Oil Filter: High Performance, Premium, Designed to be used with Synthetic or...
★★★★★ 113
$5.77

NEW OEM KTM OIL FILTERS 5 PACK 350 400 450 500 530 EXC-F SX-F XC-F XCF-W FACT. ED...
★★★★☆ 122
$35.00
Only 2 left in stock - order...

Tvent HF652 652 Oil Filter Replacement for KTM 77338005100 350 400 450 500 530 EXC-F SX-F XC-F XCF-W...
★★★★★ 122
$8.59

Dxent HF652 Oil Filter Compatible with KTM 77338005100 77338005101 350...
★★★★★ 1
$11.99
Only 6 left in stock - order...

NEW OEM KTM OIL FILTERS 2 PACK 350 400 450 500 530 EXC-F SX-F XC-F XCF-W FACT. E
★★★★☆ 82
$18.00

## Products related to this item

Page 1 of 20

Sponsored ⓘ

    

XYZCTEM Motorcycle Cover -Waterproof Outdoor Storage Bag,Made of Heavy...
★★★★☆ 2,485
$29.99 ✓prime

XYZCTEM Motorcycle Cover – All Season Waterproof Outdoor Protection – Precision...
★★★★☆ 5,318
$25.99 ✓prime

XYZCTEM Motorcycle Cover – All Season Waterproof Outdoor Protection – Fit up to...
★★★★☆ 1,422
$29.99 ✓prime

Nexx Smart Wi-Fi Controller NXG-200 - Remotely Control Existing Garage Door...
★★★★☆ 3,276
$79.99 ✓prime

KTM OIL FILTER SH
2012, 690 SERIES, 75038046100
★★★★★ 5
$9.99

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

5 star  0%
4 star  0%
3 star  0%
2 star  0%

1 star ▭▭▭▭▭▭▭▭▭ 0%

How are ratings calculated?

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

---

## Top subscription apps for you

Page 1 of 8

 









**Disney+**
Disney
★★★★½ 401,101
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
★★★★☆ 101,644
$0.00

**STARZ**
Starz Entertainment
★★★★☆ 83,136
$0.00

**Sling TV**
Sling TV LLC
★★★★☆ 49,084
$0.00

## Inspired by your browsing history

Page 1 of 7

 









**Bestway 58168E Type V Pool Filter Cartridge**
★★★★½ 428
$12.99

**Bestway 12' Pool Cover**
★★★★☆ 3,098
$19.60

**Grumpy Cat The Sound Of When You Shut Up Graphic T-Shirt**
★★★★½ 11
$19.99

**Grumpy Cat 2021 Wall Calendar: (Cranky Kitty...**
Grumpy Cat
★★★★★ 481
Calendar
$13.49

---

**Your Browsing History**    View or edit your browsing history  ›

     

---

Back to top

**Get to Know Us**    **Make Money with Us**    **Amazon Payment Products**    **Let Us Help You**

Careers



☰ **amazon**  | All ▾ | 🔍 | 🇺🇸 ▾ | Hello, | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Glenview 60026 | Holiday Deals | Gift Cards | Amazon.com | Customer Service | Prime Video | **Shop today's epic deals now**

# LONGWEI1

LONGWEI1 storefront

⭐⭐⭐⭐½ | **92% positive** in the last 12 months (384 ratings)

LONGWEI1 is committed to providing each customer with the highest standard of customer service.

| Have a question for LONGWEI1? |
|---|
| **Ask a question** |

---

## Detailed Seller Information

**Business Name:** Dongguanshi Zhuoyuezhuimaoyiyouxiangongsi
**Business Address:**
Dongchengkejigongyeyuan Dongkelu 1 Hao Zongshijidi 6 Dong
206 Shi Jiqun 000114 Hao
Dongguan
Guangdong
523000
CN

---

**Feedback** | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products

⭐⭐⭐⭐⭐ "Got my product a day sooner than expected."
By Tom on March 31, 2020.

⭐☆☆☆☆ "This does not work on a Husqvarna 141, although it's very close. Do you have one that does?"
By leon goska on March 31, 2020.

⭐☆☆☆☆ "I only received the air filter and pre air filter. The oil filter, 2 fuel filters, 4 clamps and spark plug were not in the box"
By Amazon Customer on March 30, 2020.

⭐⭐⭐⭐⭐ "Exactly the right part and it came a day early. Excellent price too."
By Eric L. Qualkenbush on March 29, 2020.

⭐☆☆☆☆ "This was not as describe on web. Missing parts plus look as used. I had to return product."
By Noel on March 29, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 82% | 89% | 92% | 93% |
| Neutral | 0% | 2% | 2% | 2% |
| Negative | 18% | 8% | 6% | 5% |
| Count | 28 | 84 | 384 | 734 |

Previous  Next

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 7



Bestway 58168E Type V Pool Filter Cartridge
⭐⭐⭐⭐½ 428
$12.99

Bestway 12' Pool Cover
⭐⭐⭐⭐☆ 3,098
$19.60

Grumpy Cat The Sound Of When You Shut Up Graphic T-Shirt
⭐⭐⭐⭐½ 11
$19.99

Grumpy Cat 2021 Wall Calendar: (Cranky Kitty...
Grumpy Cat
⭐⭐⭐⭐⭐ 481
Calendar
$13.49



Deliver to Glenview 60026

Holiday Deals  Gift Cards  Amazon.com  Customer Service  Prime Video  Best Sellers  Browsing History

1 result for LONGWEI1 : **"KTM"**

Sort by: Featured ⌄



Allong 3 Packs HF652 Oil Filter Replacement for KTM773.38.005.100 77338005101 77338005100...

**$10**⁹⁹ ~~$13.99~~

Get it as soon as **Tomorrow, Oct 30**
FREE Shipping on your first order shipped by Amazon
Only 19 left in stock - order soon.

### Need help?

Visit the help section or contact us

## Recommended based on your browsing history *Sponsored*

Page 1 of 3


Nexx Smart Wi-Fi Controller NXG-200 - Remotely Control Existing Garage Door...
★★★★☆ 3,276
$79.99


Chamberlain Group B1381 Bright LED Lighting Smartphone-Controlled Ultra-Quiet...
★★★★★ 653
$338.00


AloneGoer 2pcs Oil Filter Compatible with HF652 652 KTM 250 350 400 450 500 505 530 EXC-F EXC-R SX-F XC-F XCF...
★★★★★ 653
$9.99


Smart WiFi Switch for Garage Door Opener, WiFi Smart Gate Controller for Home...
★★★☆☆ 20
$23.59

## Inspired by your browsing history


Bestway 58168E Type V Pool Filter Cartridge
★★★★½ 428
$12.99


Bestway 12' Pool Cover
★★★★☆ 3,098
$19.60


Grumpy Cat The Sound Of When You Shut Up Graphic T-Shirt
★★★★½ 11
$19.99


Grumpy Cat 2021 Wall Calendar: (Cranky Kitty...
Grumpy Cat
★★★★★ 481
Calendar
$13.49


Clorox Pool&Spa Small Pool 1" Chlorinating Tablets 1.5 lb
★★★★½ 3,559
$55.00

### Your Browsing History   View or edit your browsing history  ›









Back to top



## AMAZON.COM

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ **Continue** ]

---

**Shipment 1 of 1**

**Shipping from Amazon.com**  (**Learn more**)

Shipping to: ▮, 1851 TOWER DR, GLENVIEW, IL, 60026-7783 United States

- **Allong 3 Packs HF652 Oil Filter Replacement for KTM773.38.005.100 77338005101 77338005100 Motorcycle 350 400 450 500 530 EXC-F SX-F XC-F XCF-W 2008-2018**
  $10.99 - Quantity: 1
  Sold by: LONGWEI1

**Change quantities or delete**

**Amazon Locker is available**

**20 pickup locations near you**

**Choose a delivery option:**

**Good news ▮, we're giving you a 30-day FREE trial of Prime**

○ **Tomorrow, Oct. 30**
  FREE One-Day Delivery with a free trial of  amazon **prime**

○ **Wednesday, Nov. 4**
  **FREE Shipping on your first order**

● **Tuesday, Nov. 3**
  $5.99 - Shipping

○ **Tomorrow, Oct. 30**
  $9.99 - Shipping

---

[ **Continue** ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

**Conditions of Use** | **Privacy Notice** © 1996-2020, Amazon.com, Inc.



SIGN IN · SHIPPING & PAYMENT · GIFT OPTIONS · PLACE ORDER

## Review your order

**Shipping address** Change

■
1851 TOWER DR
GLENVIEW, IL 60026-7783
United States
Phone: ■

Add delivery instructions

Or try Amazon Locker
20 locations near this address ⌄

**Payment method** Change

VISA ending in ■

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    Apply

| Place your order |
|---|

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.69 |

**Order total:** **$17.67**

How are shipping costs calculated?



prime

■, we're giving you 30 days of Prime benefits for FREE
Learn more ▶

**Try Prime FREE for 30 days** ▶
Click to instantly save $5.99 on delivery. Cancel anytime.

**Delivery: Nov. 3, 2020** If you order in the next 17 hours and 37 minutes (Details)

Allong 3 Packs HF652 Oil Filter Replacement for KTM773.38.005.100 77338005101 77338005100 Motorcycle 350 400 450 500 530 EXC-F SX-F XC-F XCF-W 2008-2018
**$10.99**
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: LONGWEI1

Add gift options

**Choose a delivery option:**

○ **Tomorrow, Oct. 30**
FREE One-Day Delivery with your free trial of amazon **prime**

○ **Wednesday, Nov. 4**
FREE Shipping on your first order

● **Tuesday, Nov. 3**
$5.99 - Shipping

○ **Tomorrow, Oct. 30**
$9.99 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/20/2020
Case 1:20-cv-06878 Document 1-4 Filed 11/10/20 Page 1 of 465 PageID #: 1745
Amazon.com: Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM XCF EXC SX XC Motocross Enduro Dirt Bike Off Road: Home Improvement



Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room | Launchpad

PillPack · Your medication, delivered · Learn more >

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Shift



Roll over image to zoom in

## Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM XCF EXC SX XC Motocross Enduro Dirt Bike Off Road
Brand: RUIMAN

Price: **$19.11** & FREE Shipping

Coupon ☐ Save an extra 5% when you apply this coupon. Details

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Handle Type | Lever |
| Metal Type | Aluminum |
| Item Weight | 0.1 Kilograms |

### About this item
- ※Forged shift lever and CNC machined foldable tip and glossy anodized finish protect it far from corrosion.
- ※Lightweight, high strength, durable and it looks better than the stock lever.
- ※Stainless steel toe kick anodized into Orange.
- ※Material: CNC 6061-T6 Aluminum
- ※Fit to KTM motorcycle. For specific models, please refer to the pictures or descriptions shown

› See more product details

Compare with similar items

☐ Report incorrect product information.



**$19.11**
& **FREE Shipping**

Arrives: **Nov 13 - Dec 7**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ... loonpon
Sold by ... loonpon

📍 Deliver to ___ - Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 P

Have one to sell?
[ Sell on Amazon ]

---

## Inspired by your recent shopping trends
Page 1 of 20

      

| | | | | |
|---|---|---|---|---|
| Orange Motorcycle CNC Aluminum Adjustable Folding Extendable Brake Clutch Levers Fit... | KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030 | Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | Xitomer Frame Slider/Crash Protector, For KTM 790 DUKE 2018 2019 2020, No-Cut... | CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector For KTM 125... |
| ★★★★☆ 15 | ★★★★☆ | ★★★★☆ 43 | ★★★★☆ 5 | ★★★★☆ 87 |
| $38.99 | $83.99 | $21.99 | $45.99 | $25.98 |
| Only 12 left in stock - orde... | Only 1 left in stock - order... | | Only 15 left in stock - orde... | |

---

## You might also like
Page 1 of 16

Sponsored ⓘ

  

| | | | | | | |
|---|---|---|---|---|---|---|
| Dirt Bike ATV Gear Shift Lever Folding Aluminum for 50cc 70cc 110cc 125cc KAYO T4 T... | OTOHANS AUTOMOTIVE CNC Aluminum 2" Folding Gear Shifter Shift Lever for Honda... | Motorcycle Gear Shift Lever Shifter Pedal CNC For Honda CRF250R 2010-2015 Red | CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC... | CNC Billet Aluminum Green Gear Shifter Pedal Shift Lever Arm For Motorcycle Kawasak... | KTM Clutch Lever (Orange) Brembo OEM: 7800293120004 | CNC Gear Shift Lever Folding Shifter Lever Honda CRF250L 2013 2019 CRF250LA 201... |
| ★★★★☆ 48 | ★★★★☆ 171 | | ★★★☆☆ 18 | | ★★★★☆ 5 | ★★★★☆ 11 |
| $11.69 ✓prime | $13.38 ✓prime | $21.99 | $20.99 ✓prime | $23.59 | $29.99 | $19.99 |

---

## Customers who viewed this item also viewed



Racing Orange CNC
Billet Aluminum Gear
Shifter, Shift Lever Arm
for KTM XCF EXC SX...

Tusk Folding Shift Lever
Black/Orange Tip - Fits:
KTM 250 XC 2006-2016
★★★★★ 3

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $19.11**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

---

# Compare with similar items



| | This item Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM XCF EXC SX XC Motocross Enduro Dirt Bike Off Road | Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM XCF EXC SX XC Motocross Enduro Dirt Bike Off Road | Racing Red CNC Billet Aluminum Gear Shifter, Shift Lever Arm for CRF Motocross Enduro Dirt Bike Off Road | Racing Blue CNC Billet Aluminum Gear Shifter, Shift Lever Arm for Yamaha Motocross Enduro Dirt Bike Off Road |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) |
| **Price** | $19¹¹ | $18⁹⁹ | $17⁶⁸ | $17⁶⁶ |
| **Sold By** | loonpon | loonpon | loonpon | loonpon |

---

# Product description

Fitment:
KTM
125 SX 01-03,05-14
144 SX 2007-2008
150 SX 2009,2011-2014
150 XC 2010-2014
200 SX 2003
200 XC-W 2007-2014
200 XC 2007-2009
250 SX-F 2013-2014
250XCF-W 2009-2010
250 EXC 2001-2003
300 EXC 2001-2003
300 MXC 2001-2003
350 SX-F 2011-2013
350 XC-F 2012-2014
450 SX-F 2007-2012
450 XC-F 2009

---

# Product information

## Technical Details

| | |
|---|---|
| Manufacturer | RUIMAN |
| Part Number | 14150101@RM |
| Item Weight | 3.52 ounces |
| Is Discontinued By Manufacturer | No |
| Material | Aluminum |
| Item Package Quantity | 1 |

## Additional Information

| | |
|---|---|
| ASIN | B08D628L91 |
| Date First Available | July 17, 2020 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for related products



**Hammerhead Extended Shift Levers**

Hammerhead Designs Incorporated



**KaTur Motorcycle Silver Deep Cut CNC Shift Linkage**

KaTur



**KaTur Motorcycle Skull Stripe Black Deep Cut CNC Shift Linkage**

KaTur



**KaTur Motorcycle Wing CNC Black Gear Shift Lever Shift Linkage**

KaTur



**KaTur Motorc... Shift Lever Shi...**

KaTur

Upload your video

---

## You might also like

Sponsored ⓘ



Motorcycle Gear Shift Lever Shifter Pedal CNC For Honda CRF250R 2010-2015 Red
$21.99



CNC Billet Aluminum Green Gear Shifter Pedal Shift Lever Arm For Motorcycle Kawasak...
$23.99



MOTO4U CNC Aluminum Motorcycle Brake Gear Shifter Shift Pedal Lever for BMW R nineT...
$38.99



Motorcycle Gear Shift Lever Shifter Pedal CNC For Honda CRF450R CRF450RX 2017-2020 ...
$21.99



Motorcycle Gear Shift Lever Shifter Pedal CNC For Honda CRF250R 2004-2009 CRF250X 2...
$21.99



Motorcycle Gear Shift Lever Shifter Pedal CNC For Suzuki DRZ400S DRZ400SM DRZ400E 2...
★★★★☆ 8
$20.99 ✓prime



Motorcycle Gear Shi Lever Shifter Pedal C For Suzuki RMZ250 250 2008 2009 2...
★★★☆☆ 1
$18.99 ✓prime

Sponsored

---

## Customer questions & answers

🔍 Have a question? Search for answers

▲
**0**
votes
▼

**Question:** You send me to this link, and amazon show me that is not available, how can I do?

**Answer:** Dear customer,
You need to copy the link below and open it to a new page. You can ask me if you have any questions.
https://www.amazon.com/dp/B08D628L91?ref=myi_ title_ DP

By loonpon **SELLER** on October 14, 2020

---

## Customer reviews

No customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

---

## Review this product

Share your thoughts with other customers

Write a customer review

---

### Customers also viewed these products

      

IMS 313114 Flightline Folding Shift Lever ★★★★☆ 278 $29.95

OTOHANS AUTOMOTIVE CNC Aluminum 2" Folding Gear Shifter Shift Lever for Honda... ★★★★☆ 171 $11.99 Only 8 left in stock - order...

GOOFIT Black Folding Gear Shift Lever for Motorcycle Dirt Bike ★★★★☆ 74 $17.00

Golden Folding Shift Lever Shifter Pedal Gear for 50cc 110cc 125cc 150cc Chinese Made... ★★★★☆ 247 $12.89 Only 2 left in stock - order...

Wingsmoto Gear Shifter Alloy Folding CNC Unbrakable Dirt Pit Bike CRF50 XR50 110CC... ★★★★☆ 461 $12.49

HIAORS Motorcycle CNC Folding Aluminum Gear Shift Shifter Lever for Honda XR50 CRF50... ★★★★☆ 63 $12.36

Motorcycle Hand Gear Lever Shifter Handle 110cc 125cc 135cc 150cc 200cc 250cc... ★★★★☆ 109 #1 Best Seller in Powersports Shift Lever $11.88

Sponsored

### Deals in magazine subscriptions

    

Midwest Living ★★★★★ 8 Print Magazine $3.00

Real Simple ★★★★☆ 28 Print Magazine $5.00

Better Homes and Gardens ★★★★☆ 35 Print Magazine $3.00

HGTV Magazine ★★★★☆ 16 Print Magazine $10.00

Id : Ideas & Discoveries ★★★★★ 167 Print Magazine $17.94

### Inspired by your browsing history

    

KontrolFreek FPS Freek Galaxy Purple for... KontrolFreek ★★★★☆ 7,253 PlayStation 4 $14.99

KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation... KontrolFreek ★★★★☆ 1,017 $11.99

KontrolFreek FPS Freek Galaxy White for Xbox... KontrolFreek ★★★★☆ 916 Xbox One 47 offers from $22.56

KontrolFreek FPS Freek Inferno for Xbox One... KontrolFreek ★★★★☆ 3,042 Xbox One $14.99

Bionik Quickshot - Trigger Stop Lock System for Playstation DualShock 4 Wireless... ★★★☆☆ 502 $12.38

### Your Browsing History   View or edit your browsing history

Back to top

**Get to Know Us** Careers, Blog, About Amazon, Press Center, Investor Relations, Amazon Devices, Amazon Tours

**Make Money with Us** Sell products on Amazon, Sell apps on Amazon, Become an Affiliate, Advertise Your Products, Self-Publish with Us, Host an Amazon Hub, › See More Make Money with Us

**Amazon Payment Products** Amazon Rewards Visa Signature Cards, Amazon.com Store Card, Amazon Business Card, Amazon Business Line of Credit, Shop with Points, Credit Card Marketplace, Reload Your Balance, Amazon Currency Converter

**Let Us Help You** Amazon and COVID-19, Your Account, Your Orders, Shipping Rates & Policies, Amazon Prime, Returns & Replacements



3 results for loonpon : "ktm"                                                    Sort by: Featured ▾



Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM
XCF EXC SX XC Motocross Enduro Dirt Bike Off Road
$18.99
**Save 5%** with coupon
Get it as soon as **Thu, Oct 22**
FREE Shipping on your first order shipped by
Amazon
Only 15 left in stock - order soon.



Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM
XCF EXC SX XC Motocross Enduro Dirt Bike Off Road
$19.11
**Save 5%** with coupon
FREE Shipping



CNC Blue Motocross Chain Guide Guard Protection For 125-530 All Models
85 SX FREERIDE 250 R Husqvarna 701 Enduro TC85 JIUNENG
Blue-KTM,Husqvarna
$23.69
FREE Shipping
Price may vary by color

  

### Need help?

Visit the help section or contact us

## Best sellers in Kindle eBooks
Page 1 of 8



A Time for Mercy (Jake
Brigance Book 3)
› John Grisham
★★★★½ 561
Kindle Edition
$14.99



Mexican Gothic
› Silvia Moreno-Garcia
★★★★½ 3,186
Kindle Edition
$12.99



The Book of Lost
Friends: A Novel
› Lisa Wingate
★★★★½ 3,137
Kindle Edition
$13.99



If You Tell: A True Story
of Murder, Family...
› Gregg Olsen
★★★★½ 16,730
Kindle Edition
$4.99



The Key to Rebecca
› Ken Follett
★★★★½ 1,652
Kindle Edition
$1.99



## Deals in magazine subscriptions
Page 1 of 9

 

Poets & Writers
★★★★½ 350
Print Magazine
$5.00



Real Simple
★★★★ 28
Print Magazine
$5.00



National Geographic
Kids
★★★★½ 6,337
Print Magazine
$30.00



TIME
★★★★½ 1,940
Print Magazine
$16.00



Runner's World
★★★★½ 4
Print Magazine
$7.50



**Your Browsing History**    View or edit your browsing history ›
Page 1 of 2

                                                            



# amazon

All    🔍 🇺🇸 Hello, Returns Try Prime ▾ 🛒 0 Cart
              Account ▾ & Orders

Deliver to Bensenville 60106

Holiday Deals Gift Cards Customer Service _____'s Amazon.com Prime Video  **Shop today's epic deals now**

## loonpon

loonpon storefront

*Just launched* | *No feedback yet*

loonpon is committed to providing each customer with the highest standard of customer service.

**Have a question for loonpon?**

[Ask a question]

---

## Detailed Seller Information

**Business Name:** yongkangshiruimanmaoyiyouxiangongsi

**Business Address:**

longshanzhenzhanglingkoucunwangutangzirancun60hao1lou

jinhuashiyongkangshi

zhejiangsheng

321300

CN

| **Returns & Refunds** | Shipping | Policies | Help | Products |
| --- | --- | --- | --- | --- |

Please refer to the **Amazon.com Return Policy** and **Amazon.com Refund Policy** or contact loonpon to get information about any additional policies that may apply.

**Contact this seller**

To initiate a return, visit **Amazon's Online Return Center** to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...**Read more**

---

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 9

     

**KontrolFreek FPS Freek Galaxy Purple for…**
KontrolFreek
⭐⭐⭐⭐½ 7,253
PlayStation 4
$14.99

**KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation 4…**
KontrolFreek
⭐⭐⭐½ 1,017
$11.99

**KontrolFreek FPS Freek Galaxy White for Xbox…**
KontrolFreek
⭐⭐⭐⭐½ 916
Xbox One
47 offers from $22.56

**KontrolFreek FPS Freek Inferno for Xbox One…**
KontrolFreek
⭐⭐⭐⭐½ 3,042
Xbox One
$14.99

## Deals in magazine subscriptions

Page 1 of 9

 

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options



Continue

---

## Shipment 1 of 1

### Shipping from loonpon    (Learn more)

Shipping to: ▮▮▮▮▮▮▮▮▮, 100 W ROOSEVELT AVE, BENSENVILLE,
IL, 60106-4106 United States

- **Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever
  Arm for KTM XCF EXC SX XC Motocross Enduro Dirt Bike Off
  Road**
  $19.11 - Quantity: 1
  Sold by: loonpon

Change quantities or delete

**Choose a delivery option:**

● **Friday, Nov. 13 - Monday, Dec. 7**
  FREE Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon**.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

██████████
100 W ROOSEVELT AVE
BENSENVILLE, IL 60106-4106
United States
Phone: ████████
Add delivery instructions

**Payment method** Change
 ending in ████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ] [ Apply ]

---

**FREE TRIAL**

████████, we're giving you 30 days of Prime benefits for **FREE**

[ Try Prime FREE for 30 days › ]

**Estimated delivery:** Nov. 13, 2020 - Dec. 7, 2020



Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM XCF EXC SX XC Motocross Enduro Dirt Bike Off Road
**$19.11**
Quantity: 1 Change
Sold by: loonpon
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Friday, Nov. 13 - Monday, Dec. 7**
FREE Shipping

---

### Place your order

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
| | |
|---|---|
| Items: | $19.11 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.11 |
| Estimated tax to be collected:* | $1.19 |

**Order total:** **$20.30**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon, Inc.



amazon

| ☰ | amazon | All ▾ | ktm | 🔍 | 🇺🇸 | Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart |

Deliver to Bensenville 60106    Holiday Deals    Gift Cards    Customer Service    ...s.amazon.com    Prime Video    Best Sellers    Browsing History ▾      Shop today's epic deals now

PillPack — Your medication, delivered   Learn more ›

‹ Back to results



Roll over image to zoom in

## Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM XCF EXC SX XC Motocross Enduro Dirt Bike Off Road

Brand: RUIMAN

Price: **$18.99** FREE Shipping on your first order. Details
Join Prime to save $3.80 on this item

Coupon ☐ Save an extra 5% when you apply this coupon. Details

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

| Handle Type | Lever |
| Metal Type | Aluminum |
| Item Weight | 0.1 Kilograms |

### About this item

- ※Forged shift lever and CNC machined foldable tip and glossy anodized finish protect it far from corrosion.
- ※Lightweight, high strength, durable and it looks better than the stock lever.
- ※Stainless steel toe kick anodized into Orange.
- ※Material: CNC 6061-T6 Aluminum
- ※Fit to KTM motorcycle. For specific models, please refer to the pictures or descriptions shown

› See more product details

Compare with similar items

New (2) from $18.99 & FREE Shipping on orders over $25.00

⚑ Report incorrect product information.



**$18.99**
FREE Shipping on your first order. Details

Arrives: **Saturday, Oct 24**

Fastest delivery: **Thursday, Oct 22** Details

Only 15 left in stock - order soon.

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from    Amazon
Sold by    loonpon

☐ Add gift options

Deliver to   — Bensenville 60106

[ Add to List ]

New (2) from
**$18.99** & FREE Shipping on orders over $25.00 ›

Have one to sell?
[ Sell on Amazon ]

Share ✉ f 🐦 📌

## Inspired by your recent shopping trends

Page 1 of 20

‹

         

| Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit... | Xitomer Frame Slider/Crash Protector, For KTM 790 DUKE 2018 2019 2020, No-Cut... | Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W... | Tusk Folding Shift Lever Black/Orange Tip - Fits: KTM 250 XC 2006-2016 |
| ★★★★☆ 15 | ★★★★☆ 5 | ★★★★☆ 13 | ★★★★★ 3 |
| $38.99 | $45.99 | $33.99 | $26.40 |
| Only 12 left in stock - orde... | Only 15 left in stock - orde... | | Only 1 left in stock - order... |

›

## You might also like

Page 1 of 34

Sponsored ⓘ

‹

  

| CNC Billet Aluminum Green Gear Shifter Pedal Shift Lever Arm For Motorcycle Kawasak... | KTM Clutch Lever (Orange) Brembo OEM: 7800293120004 | Motorcycle Gear Shift Lever Shifter Pedal CNC For Honda CRF250R 2010-2015 Red | Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | MOTO4U CNC Aluminum Motorcycle Brake Gear Shifter Shift Pedal Lever for BMW R nineT... | Motorcycle Gear Shift Lever Shifter Pedal CNC For Suzuki DRZ400S DRZ400SM DRZ400E 2... | Motorcycle Gear Shi Lever Shifter Pedal C For Honda CRF250R 2004-2009 CRF250 |
| $23.99 | ★★★★☆ 5 | $21.99 | ★★★★☆ 43 | $38.99 | ★★★★☆ 8 | $21.99 |
| | $29.99 | | $21.99 ✓prime | | $20.99 ✓prime | |

›

## Customers who viewed this item also viewed

Page 1 of 7

‹                    ›





≡ **amazon** | All ▾ | ktm | 🔍 | 🇺🇸 ▾ | Acco... Account ▾ ...ists ▾ | Returns & Orders | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Customer Service | ...Amazon.com | Prime Video | Best Sellers | Browsing History ▾ | Shop the Fashion Gift guide


PillPack by amazon pharmacy — Your medication, delivered — Learn more ›

‹ Back to results

## CNC Blue Motocross Chain Guide Guard Protection For 125-530 All Models 85 SX FREERIDE 250 R Husqvarna 701 Enduro TC85 JIUNENG

Brand: RUIMAN

Price: **$23.69** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Blue-KTM,Husqvarna**


$23.99 | $23.44 | **$23.69**
$25.99

- Material: 6061-T6 aluminum alloy. Strong, light and durable,easy to install and long service life.
- It can give the best protection for your chain,in some of the toughest of riding conditions.
- Fitment:KTM SX/SX-F 2007-2018,125-530 All Models 2008-2018,85 SX 2015-2018,Husaberg FE/FX/TE 2009-2013,More details about fit years can see the description.
- Color: As pictures shown. Quantity:1*Chain Guard Guide.Instruction of Installation Is NOT Included.
- Manufacturer warranty for 90 days from date of purchase.We will try our best to solve your problem.,if you have any questions,please contact us.We are committed to provide excellent customer service.

› See more product details

⚑ Report incorrect product information.



$23.69
& FREE Shipping

Arrives: Nov 13 - Dec 7

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

| Add to Cart |
| Buy Now |

🔒 Secure transaction

Ships from — loonpon
Sold by — loonpon


📍 Deliver to — Bensenville 60106

| Add to List |

Share ✉ f 🐦 📌

Have one to sell?

| Sell on Amazon |

---

## You might also like

Sponsored ⓘ                                                                 Page 1 of 13

‹


KTM Racing Chain Guide (Orange) OEM 7810497000004
★★★★★ 2
$98.99


Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 √prime


KTM Supersprox Stealth Rear Sprocket (Orange) 51T OEM: 5841005105104
★★★★★ 2
$83.99

NEW OEM KTM FACTORY HIGH QUALITY REPLACEMENT CHAIN 65 SX XC SXS ALL...
$37.99


KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
$124.99


1991 1992 1993 1994 1995 1996 1997 fits KTM 250 SX 250 50 Tooth Rear Sprocket
$28.95


2006 2007 2008 20 2010 fits KTM 125 S 125 14 Tooth Front Tooth Rear Sprocket
$39.95

›

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $23.69!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

Color:**Blue-KTM,Husqvarna**

### Technical Details

| Manufacturer | RUIMAN |
|---|---|
| Item Weight | 1.06 ounces |
| Manufacturer Part Number | 1416010503@JN |

### Additional Information

| ASIN | B08CZMZBX9 |
|---|---|
| Date First Available | July 15, 2020 |

### Warranty & Support

10/20/2020
Case 1:20-cv-06677 Document #: 1-4 Filed: 11/10/20 Page 20 of 465 PageID #:1725
Amazon.com: LoveMoto Headlight Assembly fit for 12 13 14 15 KTM 200 DUKE 125 390 2012 2013 2014 2015 ABS plastic Headlamp (Black): Automotive



| All ▾ | KTM Fairing | | Hello, Sign in Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart |

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop Holiday Gift Guides

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾ | Vehicles

🔶 See Automotive holiday deals  Shop now ▸

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Body Work › Fairing Kits







Roll over image to zoom in

## LoveMoto Headlight Assembly fit for 12 13 14 15 200 DUKE 125 390 2012 2013 2014 2015 ABS plastic Headlamp (Black)
Brand: LoveMoto

Price: **$221.00** & FREE Shipping

Get $50 off instantly: Pay $171.00 upon approval for the Amazon Rewards Visa Card.

- Material: Black part is injection abs plastic, inner decorate chrome, clear lens.
- High class quality and very durable, Good Working Condition and Easy to Install.
- Headlight Assembly can use in: 12 13 14 15 KTM 200 DUKE 125 390 2012 2013 2014 2015 .
- This Headlight isn`t OEM product, but can use to replace original Assembly.
- Package contain Headlight Assembly, not include bulb(s).

> See more product details



**$221.00**
& **FREE Shipping**

Arrives: **Nov 13 - Dec 7**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...    Love Moto
Sold by ...       Love Moto

**Add a Protection Plan:**
☐ 3-Year Protection for $39.41

📍 Deliver to Bensenville 60106

**Add to List**

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

## Sponsored products related to this item
Page 1 of 5

‹







›

ABS Plastic Fender Fairing Body Work Kit Set For Kawasaki KLX110 2002-2013 KX...
★★★½ 35
$34.99 ✓prime

Gyheung Fender Kit, Side Cover Fairing ABS for KTM 125 200 350 XCFW/200 XC-W 2013...
$104.99

Worldmotop Motorcycle Frame Sliders Protector Guard Fairing engine Frame Crash Prot...
$64.95

Worldmotop Motorcycle Frame Sliders Protector Guard Fairing engine Frame Crash Prot...
$58.85

JFG RACING ABS Plastic Fender Kit Body Work Fairing Kits Tank Shrouds Number Plate ...
★★★★★ 2
$25.99

Ad feedback 💬

## Special offers and product promotions
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $171.00 instead of $221.00!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. Apply now**

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | LoveMoto |
| Brand | LoveMoto |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | LM-KTM-200-12-15-DD |

### Additional Information

| | |
|---|---|
| ASIN | B07PR4TTBX |
| Date First Available | March 16, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?**

## Videos

**Videos for related products**

Page 1 of 2



Nt fairing shows

smilemoto

1:11



DEI 010329 Reflect-A-Cool Fairing / Bodywork Protection Kit for…

Design Engineering, Inc.

3:33



For S1000RR 2015 2016 Lion Injection Mould Fairing Kit…

MADMOTO

0:15



Motorcycle Aerodynamic Winglet Windshield Fairing Wing

MADMOTO

0:32



TCMT Gunship Gray Fairing Fit For Harl…

TCMT

[ Upload your video ]

---

### Product description

**Headlight Fitment:** 12 13 14 15 KTM 200 DUKE 125 390 2012 2013 2014 2015
**Condition:** 100% Brand New
**Case Color:** Black
**Lens Color:** Clear
**Package contain:** one Headlight Assembly, bulb(s) are not included.
**Note:** completely fit the original motorcycle, no need to adjust. Easy install but still recommend find professional install service.
**Q&A**
**Will this item fit for my Motorcycle?**
We listed the right models in the product description and title, before buying, please confirm the Headlight Assembly fit for your Motorcycle.
If you still not sure about it, you may consider consulting a technician before ordering to be sure on the fit.
**If you have any question, please feel free contact us. We can quickly reply during working time.**
**How long does it take to arrive?**
Handling need about 3-5 days.
Shipping time need about 3-8 days. (Carrier: China Post: Express Mail Service).

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

---

## Popular products inspired by this item

Page 1 of 5

      

FlashMoto Fairings for Kawasaki Ninja 250 ZX250 R 2008 2009 2010 2011 2012 Painted Motorcycle Injection...
$375.00

ZXMOTO Matte Black Motorcycle Fairing Kit for 2008 2009 2010 2011 2012 Kawasaki...
★★★★☆ 15
$318.59

NT FAIRING Red Black Injection Mold Fairing Fit for Yamaha 2006 2007 YZF R6 New Painted...
★★★★☆ 7
$369.99

NT FAIRING Glossy Blue Black Injection Mold Fairing Fit for Yamaha 2004 2005 2006 YZF R1 R1000 YZF-R1 New...
$439.99

ZXMOTO Motorcycle ABS Plastic Bodywork Fairings Kit for Suzuki GSXR 600 GSXR 750 2011 2012 2013 2014...
$399.79

ZXMOTO Matte Black ABS Plastic Fairings Kit fit for Kawasaki Ninja ZX6R 636 2000 2001...
★★★★☆ 3
$359.79

ZXMOTO ABS Plas for Suzu GSXR 75 2010 AB
$369.79

## Inspired by your browsing history

Page 1 of 6

      

2-Pin Electronic LED Flasher Relay FIX Motorcycle Turn Signal Bulbs Hyper Flash
★★★★☆ 558
$9.99

Kawell Motorcycle Switch Light Turn Signal Switch Dirt Bike Horn Head Light 7/8 Inches...
★★★★☆ 369
$9.99

CICMOD Rear Fender Mount Red LED Tail Light Brake Lamp Turn Signals License Plate...
★★★★☆ 75
$18.99

Kuryakyn 4709 Motorcycle LED Lighting Component: Diode Kit Wire Assembly for...
★★★★☆ 158
$15.84

surpassme Motorcycle Grips Non Slip Rubber Bar End Thruster Grip 7/8" 22mm 24mm...
★★★★☆ 608
$9.99

Sdootauto 2 Pcs 12V 2-Pin Motorcycle Adjustable Flasher Turn Signal LED Flasher...
★★★★☆ 276
$10.99

PerfecTe Motorcy Turn Sig Indicato
★★★★☆
$7.60

**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2

   

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**amazon**

English   United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life



2 results for **Love Moto** : "**KTM**"

Sort by: Featured



LoveMoto Headlight Assembly fit for 08 09 10 11 12 13 KTM 1190 RC8 2008 2009 2010 2011 2012 2013 ABS plastic Headlamp (Black)

$275$^{00}$

FREE Shipping



LoveMoto Headlight Assembly fit for 12 13 14 15 KTM 200 DUKE 125 390 2012 2013 2014 2015 ABS plastic Headlamp (Black)

$221$^{00}$

FREE Shipping

## Need help?

Visit the help section or contact us

## Sponsored products related to this search   What's this?

Page 1 of 3


Tank Straps Motorcycle Tie Down Straps (2pk) - 10,000 lb Webbing Break Strength 2" x...
⭐ 514
$43.77


RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
⭐ 3,346
$29.97


Tank Straps Motorcycle Tie Down Straps (4pk) - 10,000 lb Webbing Break Strength 2" x...
⭐ 123
$74.77


Waterproof Backpack Reflective 35L Motorcycle Dry Tail Duffle Gear Bag Roll...
⭐ 31
$79.99


Badass Moto - Soft Loop Motorcycle Tie Down Straps - 11,000 Lbs Break Strength, Heavy...
⭐ 348
$15.86


VULCAN Car Tie Down with Snap Hooks - Lasso Style - 2 Inch x 96 Inch, 4 Pack - High-Viz - 3,300...
⭐ 240
$99.99


PROREA Ratchet General Use, Pac...
$49.95

## Best sellers in Kindle eBooks

Page 1 of 5


A Time for Mercy (Jake Brigance Book 3)
› John Grisham
⭐ 568
Kindle Edition
$14.99


If You Tell: A True Story of Murder, Family...
› Gregg Olsen
⭐ 16,734
Kindle Edition
$4.99


The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
⭐ 3,215
Kindle Edition
$4.99


Mexican Gothic
› Silvia Moreno-Garcia
⭐ 3,186
Kindle Edition
$12.99


The Bridges at Toko-Ri: A Novel
› James A. Michener
⭐ 146
Kindle Edition
$1.99


Spellbreaker
› Charlie N. Holmberg
⭐ 1,698
Kindle Edition
$4.99


The Hau Wilder: A Bryn Wi...
› Wendy V
⭐
Kindle Ed
$4.99

## Your Browsing History   View or edit your browsing history

Page 1 of 2










See personalized recommendations

Sign in

New customer? Start here.

Back to top

☰ **amazon**

All ▾    🔍   🇺🇸 ▾

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 0
Cart

Deliver to
Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping      Shop the Beauty Gift Guide

## Love Moto

Love Moto storefront
★★★★★ **100% positive** lifetime (7 total ratings)
Love Moto is committed to providing each customer with the highest standard of customer service.

Have a question for Love Moto?

Ask a question

---

## Detailed Seller Information

**Business Name:** Nanchangqingtingshangmaoyouxiangongsi
**Business Address:**
Qing yun pu qu qing gang shan da dao 288 hao
Shi ji mai di xun guang chang A dong 2203 shi
Nanchang
Jiangxi
330001
CN

---

**Feedback**    Returns & Refunds    Shipping    Policies    Help    Products

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | - | - | 100% |
| Neutral | - | - | - | 0% |
| Negative | - | - | - | 0% |
| Count | 0 | 0 | 0 | 7 |

★★★★★ *" Good "*
By Jacob on July 19, 2019.

★★★★★ *"Absolute best customer service I've ever experienced. "*
By Chandler on July 17, 2019.

★★★★★ *"Absolutely gorgeous! Looks like showroom bike!! "*
By Keri S Adams on June 5, 2019.

★★★★☆ *"Fairings look great! Product arrived ahead of schedule! The only complaint that I have is that some of the holes were a little small and needed to be sanded open. One thing that I didn't think about was that my tank bag doesn't work as well on the tank cover since it is not metal. Other than that, the product is great!"*
Read less
By DRC on May 29, 2019.

★★★★★ *"This fairing worked better than expected. "*
By Raymundo D. on May 20, 2019.

Previous   **Next**

Leave seller feedback    |    Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 6

‹



2-Pin Electronic LED Flasher Relay FIX Motorcycle Turn Signal Bulbs Hyper Flash
★★★★☆ 558
$9.99



Kawell Motorcycle Switch Light Turn Signal Switch Dirt Bike Horn Head Light 7/8 Inches Handlebar...
★★★★☆ 369
$9.99



CICMOD Rear Fender Mount Red LED Tail Light Brake Lamp Turn Signals License Plate Light for...
★★★☆☆ 75
$18.99



Kuryakyn 4709 Motorcycle LED Lighting Component: Diode Kit Wire Assembly for Metric Motorcycles...
★★★★☆ 158
$15.84



surpassme Motorcycle Grips Non Slip Rubber Bar End Thruster Grip 7/8" 22mm 24mm...
★★★★☆ 608
$9.99



Sdootauto 2 Pcs 12V 2-Pin Motorcycle Adjustable Flasher Turn Signal LED Flasher Relay Hyper...
★★★★☆ 276
$10.99



PerfecT Motorcy Signal L Mount I
★★★☆☆
$7.60

›

### Top subscription apps for you

Page 1 of 6

‹



Disney+
Disney
★★★★☆ 381,847
$0.00



CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 96,769
$0.00



STARZ
Starz Entertainment
★★★★☆ 78,534
$0.00



Sling TV
Sling TV LLC
★★★★☆ 46,726
$0.00



SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,586
$0.00



Philo: Live & On-Demand TV
PHILO
★★★★☆ 64,179
$0.00



ABCmo
Learnin
Age of L
★★★☆☆
$0.00

›

Your Browsing History    View or edit your browsing history ›

Page 1 of 2



See personalized recommendations



Sign in

New customer? Start here.

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options


Continue

---

## Shipment 1 of 1

**Shipping from Love Moto**  (Learn more)

Shipping to: ██████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **LoveMoto Headlight Assembly fit for 12 13 14 15 KTM 200 DUKE 125 390 2012 2013 2014 2015 ABS plastic Headlamp (Black)**
  $221.00 - Quantity: 1
  Sold by: Love Moto

Change quantities or delete

**Choose a delivery option:**

○ **Friday, Nov. 13 - Monday, Dec. 7**
FREE Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN     SHIPPING & PAYMENT     GIFT OPTIONS     **PLACE ORDER**

## Review your order

**Shipping address** Change

▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮▮▮▮
Add delivery instructions

**Payment method** Change

ending in ▮▮▮▮

**Billing address** Change

Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ] [ Apply ]

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $221.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $221.00 |
| Estimated tax to be collected:* | $13.81 |

**Order total:**    **$234.81**

How are shipping costs calculated?

---

**FREE TRIAL**

▮▮▮, we're giving you 30 days of Prime benefits for FREE

[ Try Prime FREE for 30 days > ]

**Estimated delivery: Nov. 13, 2020 - Dec. 7, 2020**



**LoveMoto Headlight Assembly fit for 12 13 14 15 KTM 200 DUKE 125 390 2012 2013 2014 2015 ABS plastic Headlamp (Black)**
$221.00
**Quantity:** 1 Change
Sold by: Love Moto
Gift options not available.

**Choose a delivery option:**
● **Friday, Nov. 13 - Monday, Dec. 7**
    FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

≡ **amazon**  All ▾ | KTM | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists Account ▾ | Returns & Orders | Try Prime ▾ | 0 🛒 Cart

📍 Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

◆ See Automotive holiday deals  Shop now ▸

‹ Back to results






## LoveMoto Headlight Assembly fit for 08 09 10 11 12 13 KTM 1190 RC8 2008 2009 2010 2011 2012 2013 ABS plastic Headlamp (Black)

Brand: LoveMoto

Price: **$275.00** & FREE Shipping

Get $10 off instantly: Pay $265.00 upon approval for the Amazon Prime Store Card.

- Material: Black part is injection abs plastic, inner decorate chrome, clear lens.
- High class quality and very durable, Good Working Condition and Easy to Install.
- Headlight Assembly can use in: 08 09 10 11 12 13 KTM 1190 RC8 2008 2009 2010 2011 2012 2013 .
- This Headlight isn´t OEM product, but can use to replace original Assembly.
- Package contain Headlight Assembly, not include bulb(s).

› See more product details

Roll over image to zoom in



**$275.00**
& FREE Shipping

Arrives: **Nov 13 - Dec 7**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Love Moto
Sold by ... Love Moto

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

### Sponsored products related to this item

Page 1 of 15

‹




13 Tooth Front Sprocket for fits KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014
$18.95

2009 2010 2011 2012 2013 2014 fits KTM 125 SX 13 Tooth Front & 48 Tooth Rear Sprocket
$39.95

2008 2009 2010 2011 2012 2013 fits KTM 530 EXC-R 52 Tooth Rear Sprocket
$28.95

2010 2011 2012 2013 fits KTM 150 XC 13 Tooth Front and 50 Tooth Rear Sprocket
$39.95

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime

›

Ad feedback 💬

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $225.00 instead of $275.00!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | LoveMoto |
| Brand | LoveMoto |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | LM-KTM-1190-08-13-DD |

### Additional Information

| | |
|---|---|
| ASIN | B07PS42GV6 |
| Date First Available | March 16, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ▾

10/27/2020 Amazon.com: motorcycle kickstand side stand enlarger extension enlarger pate pad For KTM 1050 ADVENTURE/R 2019 1290 SUPER ADV...

Case 1:20-cv-06672 Document 14 Filed 11/10/20 Page 28 of 465 PageID #: 1733

≡ amazon

Automotive Parts & Accessories ▾ | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 Cart 0

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾ | Vehicles

Save on Amazon Basics Car Jumper Cables  Shop now ▸

Automotive › Motorcycle & Powersports › Accessories › Stands



Roll over image to zoom in

   

## motorcycle kickstand side stand enlarger extension enlarger pate pad For KTM 1050 ADVENTURE 1190 ADVENTURE/R 2014-2019 1090 ADVENTURE/R 2016-2019 1290 SUPER ADVENTURE 2014-2016 (Orange - Black)

Brand: LQMY

★★★★☆ | 52 ratings | 13 answered questions

Price: **$25.99** & FREE Returns

Get $50 off instantly: Pay $0.00 $25.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **Orange - Black**

[ $25.99 ] [ $25.99 ] [ $25.99 ] [ $25.99 ]

- ❶Fitment: For KTM ✓1050 ADVENTURE 2014-2019 ✓1090 ADVENTURE/R 2016-2019 ✓1190 ADVENTURE/R 2014-2019 ✓1290 SUPER ADVENTURE 2014-2016 ✓1290 SUPER ADVENTURE S 2016-2019 ✓1290 SUPER ADVENTURE R 2016-2019 ✓1290 SUPER ADVENTURE T 2016-2019
- ❶Package Included: ✓kickstand *1 ✓wrench *1
- ❶Safety -- The kickstand side stand enlarger can increase the contact area of the kickstand and the ground, increase friction, so that the motorbike parked more stable.
- ❶Protection--The kickstand side stand enlarger is placed between the ground and the kickstand, Blocking the kickstand and the ground in direct contact with the wear and tear.
- ❶Pretty--Four colors for selected. The kickstand enhancer will enhance your bike visually.

› See more product details

New & Used (2) from $21.48 & FREE Shipping on orders over $25.00

### Buy new: $25.99

& FREE Returns ▾

FREE delivery: Nov 4 - 7 Details

Fastest delivery: **Thursday, Oct 29** Order within 23 hrs and 11 mins Details

Only 5 left in stock - order soon.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from Amazon
Sold by LQMY
Packaging Shows what's insid...

Details

Return policy: Extended holiday return window till Jan 31, 2021 ▾

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $10.77

☐ Add gift options

📍 Deliver to Bensenville 60106

○ Save with Used - Like New $21.48
Ships from: Amazon
Sold by: Amazon Warehouse

[ Add to List ]

New & Used (2) from $21.48 & FREE Shipping on orders over $25.00 ›

Share 📧 f 🐦 P

Have one to sell? [ Sell on Amazon ]

## Frequently bought together



Total price: **$97.97**

[ Add all three to Cart ]

[ Add all three to List ]

ℹ These items are shipped from and sold by different sellers. Show details

☑ **This item:** motorcycle kickstand side stand enlarger extension enlarger pate pad For KTM 1050 ADVENTURE 1190... $25.99
☑ KTM AIR FILTER DUST PROTECTION 1290 SUPER ADVENTURE S/R 2017-2018 60708920000 $41.99
☑ NEW KTM BRAKE FLUID RESEVOIR 690 1190 1290 DUKE ADVENTURE R SUPERDUKE 2008-2017 61313909000 $29.99

## Products related to this item
Sponsored ℹ

Page 1 of 132

    

‹ | ›

Apextreme 1100 LB Motorcycle Lift Center Scissor Lift Jack with Dolly Wide Flat Hoi...
★★★★☆ 105
$119.99 ✓prime

Goujxcy Universal Motorcycle Dirt Bike Stand, Aluminum Motocross Stand MX...
★★★★★ 5
$46.99

JAXPETY Manual Tire Changer for Car/Truck/Motorcycle Portable Hand Tool...
★★★★☆ 18
$71.99

SUNCOO Sport Bike Motorcycle Wheel Stands Fork Universal Swingarm Spool...
★★★★☆ 122
$43.99

Hunter-Bike Motorcycle Kickstand Extension Pad CNC Aluminum Foot Side Support Stand...
$19.86 ✓prime



## Customers who viewed this item also viewed

Page 1 of 8










112

**KTM AIR FILTER DUST PROTECTION 1290 SUPER ADVENTURE S/R 2017-2018...**
★★★★½ 25
$41.99
Only 2 left in stock - order...

**NEW KTM UNIVERSAL BAG 2007-2017 690 1190 1290 DUKE ENDURO ADVENTURE...**
★★★½ 24
$67.99

**NiceCNC Black Kickstand Kick Side Stand Extension Plate Replace KTM 1050 1090 1190...**
★★★★½ 23
$16.66
Only 1 left in stock - order...

**KTM 1090 Adventure, KTM 1190 ADVENTURE (2013 - CURRENT) KTM 1290 SUPER...**
★★★☆☆ 4
$69.95
Only 5 left in stock - order...

**KTM Adventure Tank Bag**
★★★★½ 55
$165.00
Only 2 left in stock - order...

Sponsored

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

**Color:** Orange - Black

### Technical Details

| | |
|---|---|
| Manufacturer | LQMY,LTD |
| Brand | LQMY |
| Item Weight | 4.9 ounces |
| Package Dimensions | 6.89 x 4.53 x 0.67 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | US-SSE-006 |

### Additional Information

| | |
|---|---|
| ASIN | B079PPXTZ2 |
| Customer Reviews | ★★★★½ 52 ratings / 4.7 out of 5 stars |
| Best Sellers Rank | #353,278 in Automotive (See Top 100 in Automotive) / #148 in Powersports Stands |
| Date First Available | February 8, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

Page 1 of 2

### Videos for related products


3:59
The 10 Best Motorcycle Stands
Ezvid Wiki


3:57
The 10 Best Motorcycle Wheel Chocks
Ezvid Wiki


3:29
The 8 Best Motorcycle and Dirtbike Carriers
Ezvid Wiki


4:25
The 10 Best Motorcycle Lifts
Ezvid Wiki


Black Widow SMC-Motorcycle Carrier
Discount Ramps

Upload your video

## Product description

Color:Orange - Black

**Fitment:**

✓For KTM 1050 ADVENTURE 2014-2019
✓For KTM 1090 ADVENTURE/R 2016-2019
✓For KTM 1190 ADVENTURE/R 2014-2016
✓For KTM 1290 SUPER ADVENTURE 2014-2016
✓For KTM 1290 SUPER ADVENTURE S 2016-2019
✓For KTM 1290 SUPER ADVENTURE R 2016-2019
✓For KTM 1290 SUPER ADVENTURE T 2016-2019

**Specification:**

**--Package Included:**

✓kickstand *1
✓wrench *1

**--Gewicht:** 150g

**--Bedingung:** 100% nagelneu

**Feature:**

❶**Safety**--The kickstand side stand enlarger can increase the contact area of the kickstand and the ground, increase friction, so that the motorbike parked more stable.

❶**Protection**--The kickstand side stand enlarger is placed between the ground and the kickstand, Blocking the kickstand and the ground in direct contact with the wear and tear.

❶**Pretty**--Four colors for selected. The kickstand enhancer will enhance your bike visually.

### Exclusive items from our brands

Page 1 of 4


AmazonBasics Adjustable Stretch Straps,, Black/Reflective w/Red Line, 18" - 60",...
★★★★★ 63
$21.80


AmazonBasics 12-Feet Long Lashing Strap, Blue, 4-Pack
★★★★½ 76
$22.38


Motorcycle, Bicycle, Scooter Phone Mount - Reliable Handlebar Phone Holder for Any...
★★★★☆ 488
$15.95


AmazonBasics Motorcycle Tail Bag
★★★★☆ 177
$47.75
Only 5 left in stock - order...


AmazonBasics Deluxe Motorcycle Cover, Sport
★★★★½ 169
$81.29
Only 13 left in stock - orde...


AmazonBasics Motorcycle Saddle Bags
★★★★½ 60
$78.17
Only 7 left in stock - order...

### Products related to this item

Sponsored ⓘ

Page 1 of 29


Speedo Angels NANO GLASS Dashboard Screen Protector for 390 ADVENTURE (2020+) x 2
★★★★½ 2
$14.99


KLIM Nac Pak (Olive)
★★★★★ 115
$99.99


Hunter-Bike Motorcycle Kickstand Extension Pad CNC Aluminum Foot Side Support Stand...
★★★☆☆ 3
$21.66


KTM Factory seat cover 79207940050 16 SX/SXF/XCF ALL17-18 125-500
★★★★★ 6
$75.99


COPART Motorcycle Kickstand Side Stand Footprint Plate Pad Enlarger Extension for...
★★★☆☆ 11
$29.99


OxGord Dirt Bike Kickstand Triangle Lift - Dirtbike Accessories Parts Best for Mini...
★★★★½ 246
$14.98

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

▲ 0 votes ▼

**Question:** Will this fit a super tenere 2012?

**Answer:** Maybe

By Brian Lynch on September 9, 2020

▲ 0 votes ▼

**Question:** Think this will fit a 18 V Strom 1000?

**Answer:** Check with the MFG. they will know

By D.Web on March 28, 2019

▲ 0 votes ▼

**Question:** Where is it made?

**Answer:** It's is a heavy gauged machined, billet aluminum. Very sturdy and asthetically appealing. Makes finding the factory kickstand much more user friendly.

By Chase Romero on April 7, 2019

▲ 0 votes ▼

**Question:** Will it fit 2017 super duke 1290 gt

**Answer:** Very likely. It fit my '16 1290SA perfectly.

By Nolan W. Stokes on March 20, 2019

⌄ See more answers (1)

See more answered questions (9)

## Customer reviews

★★★★½ **4.7 out of 5**

52 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 83% |
| 4 star | █ | 4% |
| 3 star | ██ | 9% |
| 2 star | | 0% |
| 1 star | █ | 3% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



Engine Clutch Ignition Cover Protector Water ...
$56.99

[ Shop now ]

Sponsored

### Customer images



See all customer images

### Read reviews that mention

[ ktm 1290 super ] [ super adventure ] [ side stand ] [ looks great ] [ bike ]
[ screws ] [ footprint ] [ foot ] [ functional ] [ locktite ] [ loctite ]

 [ Top reviews ⌄ ]

### Top reviews from the United States

 Jean M. Adams

★★★★★ **Great for Big Bike**

Reviewed in the United States on July 28, 2020

Color: Orange - Black | Verified Purchase

Well if that loaded 500+ lb bike sinks into the sand & falls over its going to take 2 to get it up. Put on my Super R & definitely saves those occasional tip overs when you stop on soft ground. The extra surface area makes a difference.

[ Helpful ] | Comment | Report abuse

 James Augustyn

★★★★★ **If you use the stand on any surface other than concrete or asphalt you need this**

Reviewed in the United States on September 18, 2020

Color: Black - Silver | Verified Purchase

Great product, well built and allows me to park in grass or gravel easily without sinking in. Wish KTM would have made the foot on the side stand larger to begin with. Well worth the price and is definitely a needed mod.

[ Helpful ] | Comment | Report abuse

 Joseph Valdez

★★★★★ **Works great on my 2016 KTM 1290 super adventure**

Reviewed in the United States on June 4, 2018

Color: Black - Silver | Verified Purchase

Works great on my 2016 KTM 1290 super adventure. Great product for off-road parking. I've been on approx. 10 off-road rides with this in use, and sure makes bike more stable in the dirt/sand.

One person found this helpful

[ Helpful ] | Comment | Report abuse

 Nolan W. Stokes

★★★★★ **Good construction. Great addition to the bike.**

Reviewed in the United States on December 1, 2018

Color: Orange - Black | Verified Purchase

Awesome addition to the 2016 KTM 1290 super adventure. Love the color orange on this. High-quality. 3 minute install. I used some blue loctite; not sure if directions called for it, but I put some on anyway. Really nice addition to the bike. Great quality. Significantly increases the footprint of the kickstand.



[ Helpful ] | Comment | Report abuse

 Giancarlo

★☆☆☆☆ **Use locktite**

Reviewed in the United States on July 12, 2019

Color: Black - Silver | Verified Purchase

Installed carefully, tightened screws down right, KTM 1290 SAS vibrations undid screws within a week and it fell off to shortly after be run over

[ Helpful ] | Comment | Report abuse

 BMEX

★★★★★ **Bigger footprint for your kickstand**

Reviewed in the United States on January 13, 2020

Color: Black - Silver | Verified Purchase

I needed this for the small foot my KTM 1290 SAS has. Easy to mount. I used blue Loctite for the screws. Looks and works well. I like it. So far so good.

Helpful | Comment | Report abuse

**Thomas Swartz**

★★★★★ **Good piece of kit!**

Reviewed in the United States on December 25, 2018

Color: Black - Silver | Verified Purchase

Fit my 1090 Adventure R perfectly. It does raise how high the bike is on the side stand a bit but I'm ok with that.

Helpful | Comment | Report abuse

**Jonathan T. Bishop**

★★★★★ **Perfect Fit, High Quality**

Reviewed in the United States on April 22, 2019

Color: Black - Silver | Verified Purchase

Why pay twice the price for a name brand. This thing is a perfect fit. (2018 KTM 1290 Super Adventure R)

Helpful | Comment | Report abuse

See all reviews ›

Sponsored

## Inspired by your browsing history

Page 1 of 6


KTM AIR FILTER DUST PROTECTION 1290 SUPER ADVENTURE S/R 2017-2018...
★★★★☆ 25
$41.99


RAM Handlebar U-Bolt Base for Rails 0.5" to 1.25" in Diameter
★★★★☆ 2,061
1 offer from $28.89


Speedo Angels Sakt9311 Dashboard Screen Protector for KTM 1290 Super Adventure R/S...
★★★★★ 5
1 offer from $11.51


RAM Composite Double Socket Arm
★★★★★ 3,864
$9.30


RAM Torque Large Rail Base
★★★★☆ 412
$22.54


Motion Pro Chain Tension Tool Slack Setter Pro 08-0674
★★★★☆ 377
$17.99


RAM Tor...
★★★★☆
$21.99

## Popular products inspired by this item

Page 1 of 2


FATExpress Motorcycle Aluminum Side Kick Stand Kickstand Support Plate Foot Pads for 2014-2015 Yamaha FZ...
$4.49


FATExpress Motorcycle CNC Aluminum Side Kick Stand Kickstand Support Plate Foot Pads for 2015-2018 Ducati...
$12.89


FATExpress Motorcycle CNC Aluminum Side Kick Stand Kickstand Support Plate Foot Pads...
★★★★☆ 3
$5.59


FATExpress Motorcycle CNC Aluminum Side Kick Stand Kickstand Support Plate Foot Pads for 2018 BMW G310GS 18 (Black)
$9.99


Mallofusa Motorcycle Centerstand Center Kickstand Support Compatible for BMW F700GS F650GS 2008...
$207.99


Akozon Side Stand Extension Motorcycle CNC Aluminum Anti-Slip Kickstand Enlarger Cover for Honda Forza 300...
$12.29


Motorcy... Alumin... Kickstan... Stand En... Pad Sup...
$15.99

**Your Browsing History** | View or edit your browsing history ›





See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime



10/27/2020

1-16 of 44 results for LQMY : "KTM"

Sort by: Featured

**Brand**
FREAXLL
LQMY
LQMY,.LTD



2pcs 10MM M10 X1.5 Motorcycle Swing arm Sliders Spools CNC Swing Arm Stand Screw For KTM 790 Adventure R 2019 790 Adventure S 2019...
★★★★☆ ∨ 9
orange
$18.99
Get it as soon as **Thu, Oct 29**
FREE Shipping on your first order shipped by Amazon

Also available in black





CNC Aluminum Oil Cup Front or Rear Brake Fluid Reservoir For KTM DUKE 125 200 390 690 RC 125 200 390, EXC SX XC 125 150 200 250 300 350...
★★★★☆ ∨ 113
Orange
$19.99
Get it as soon as **Thu, Oct 29**
FREE Shipping on your first order shipped by Amazon

    

motorcycle kickstand side stand enlarger extension enlarger pate pad For KTM 1050 ADVENTURE 1190 ADVENTURE/R 2014-2019...
★★★★☆ ∨ 52
Orange - Black
$25.99
✓prime Get it as soon as **Thu, Oct 29**
FREE Shipping by Amazon
Only 5 left in stock - order soon.

  

Motorcycle Kickstand Side Stand Enlarger Extension Enlarger Pate Pad For KTM 125 200 250 390 690 Duke 690 Enduro 950 Adventure 990...
★★★☆☆ ∨ 21
Orange+Orange
$25.99
✓prime Get it as soon as **Thu, Oct 29**
FREE Shipping by Amazon
Only 15 left in stock - order soon.

 

    

4pcs Front and Rear Heel Protective Cover Guard For KTM DUKE 125 250 390 2017 2018 2019 Orange
★★★★☆ ∨ 26
Heel Protective Cover Orange
$69.99
✓prime Get it as soon as **Thu, Oct 29**
FREE Shipping by Amazon
Only 2 left in stock - order soon.

Price may vary by color



  

Motorcycle Radiator Grille Guard Protective Cover For KTM 1050 Adventure 2015-2017 KTM 1090 Adventure 2017 KTM 1190 Adventure...
★★★☆☆ ∨ 4
$49.99
✓prime Get it as soon as **Thu, Oct 29**
FREE Shipping by Amazon





790 Adventure Headlight Grille Guard Protector For KTM 790 Adventure 2019-2020 For KTM 790 Adventure S 2019-2020 For KTM 790 Adventur...

☰ amazon    All ▾  [                    ] 🔍  🇺🇸 ▾   Hello, Sign in    Returns    Try Prime ▾    🛒 0
                                                      Account & Lists ▾  & Orders                      Cart

📍 Deliver to      Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping              Shop today's epic deals now
Bensenville 60106

## LQMY

LQMY storefront

⭐⭐⭐⭐⯪ 88% positive in the last 12 months (173 ratings)

LQMY is committed to providing each customer with the highest standard of customer service.

Have a question for LQMY?

[ Ask a question ]

---

### Detailed Seller Information

**Business Name:** MA QIN WEI

**Business Address:**
ROOM 607,E BUILDING,NO.168 NORTH JIANGXIA
QIANGSHENG COMMERCIAL BUILDING,BAIYUN DISTRICT
GUANGZHOU
GUANGDONG
510000
CN

---

**Feedback** | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products

⭐⭐⭐⭐⭐  "perfect for my 2020 gsx-s750z"
By jorge roman on September 25, 2020.

⭐⭐⭐⭐⭐  "tnks"
By tobias ramirez on September 17, 2020.

⭐⭐⭐⭐⭐  "looks and work great"
By david parten on September 15, 2020.

⭐⭐⭐⭐⭐  "Happy with product & delivery time."
By Nette on September 14, 2020.

⭐⯪⯪⯪⯪  "incorrect thread pitch on bolts provided. bolts no good and will damage motorcycle if you try to install them."
By bullitt5600 on September 13, 2020.

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | 90%     | 93%     | 88%       | 97%      |
| Neutral  | 0%      | 0%      | 2%        | 1%       |
| Negative | 10%     | 7%      | 9%        | 2%       |
| Count    | 10      | 41      | 173       | 861      |

Previous  Next

Leave seller feedback  |  Tell us what you think about this page

---

### Inspired by your browsing history                                               Page 1 of 6

      

| KTM AIR FILTER DUST PROTECTION 1290 SUPER ADVENTURE S/R 2017-2018 6070892000 | RAM Handlebar U-Bolt Base for Rails 0.5" to 1.25" in Diameter | Speedo Angels Sakt9311 Dashboard Screen Protector for KTM 1290 Super Adventure R/S... | RAM Composite Double Socket Arm | RAM Torque Large Rail Base | Motion Pro Chain Tension Tool Slack Setter Pro 08-0674 | RAM To Base |
|---|---|---|---|---|---|---|
| ⭐⭐⭐⭐ 25 | ⭐⭐⭐⭐ 2,061 | ⭐⭐⭐⭐⭐ 5 | ⭐⭐⭐⭐⭐ 3,864 | ⭐⭐⭐⭐⯪ 412 | ⭐⭐⭐⭐⯪ 377 | ⭐⭐⭐ |
| $41.99 | 1 offer from $28.89 | 1 offer from $11.51 | $9.30 | $22.54 | $17.99 | $21.99 |

### Top subscription apps for you

     

| Disney+ | CBS Full Episodes and Live TV | STARZ | Sling TV | SHOWTIME | Philo: Live & On-Demand TV |
|---|---|---|---|---|---|
| Disney | CBS Interactive | Starz Entertainment | Sling TV LLC | Showtime Digital Inc. | PHILO |
| ⭐⭐⭐⭐⯪ 397,139 | ⭐⭐⭐ 100,763 | ⭐⭐⭐⭐ 82,274 | ⭐⭐⭐⭐ 48,694 | ⭐⭐⭐⭐ 23,728 | ⭐⭐⭐⭐ 67,042 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

**Your Browsing History**  View or edit your browsing history  ›

See personalized recommendations

[ Sign in ]

New customer? Start here.

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER



# Choose your shipping options

**Continue**

---

## Shipment 1 of 1

**Shipping from Amazon.com**  (Learn more)

Shipping to: ▓▓▓▓▓▓ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **motorcycle kickstand side stand enlarger extension enlarger pate pad For
  KTM 1050 ADVENTURE 1190 ADVENTURE/R 2014-2019 1090 ADVENTURE/R
  2016-2019 1290 SUPER ADVENTURE 2014-2016 (Orange - Black)**
  $25.99 - Quantity: 1
  Sold by: LQMY

Change quantities or delete

### Amazon Locker is available

20 pickup locations near you

### Choose a delivery option:

ⓘ **Fast, FREE Delivery**
Join Prime to get fast, free delivery, claim Prime exclusive deals, watch
movies & TV shows, and listen to the music you love ad-free.

○ **Thursday, Oct. 29**
Free Unlimited Two day shipping amazon prime

○ **Tuesday, Nov. 3**
**FREE Shipping**

● **Thursday, Oct. 29**
$11.14 - Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:
Add delivery instructions

Or try Amazon Locker
20 locations near this address

**Payment method** Change

Debit ending in

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

Enter Code    Apply

Save $11.14    ▶    , get **fast, FREE delivery** and save $11.14 on Prime eligible items in this order when you sign up for Amazon Prime.

**Join Amazon Prime** ▶

Receiving government assistance? **Get 50% off Prime** ▶

**Delivery: Oct. 29, 2020** If you order in the next 23 hours and 4 minutes (Details)

motorcycle kickstand side stand enlarger extension enlarger pate pad For KTM 1050 ADVENTURE 1190 ADVENTURE/R 2014-2019 1190 ADVENTURE/R 2016-2019 1290 SUPER ADVENTURE 2014-2016 (Orange - Black)
**$25.99**
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: LQMY
[ Add gift options ]

**Choose a delivery option:**
○ Tuesday, Nov. 3
   FREE Shipping
● Thursday, Oct. 29
   $11.14 - Shipping

Item arrives in packaging that shows what's inside. To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

### Order Summary

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $11.14 |
| Total before tax: | $37.13 |
| Estimated tax to be collected: | $1.62 |
| **Order total:** | **$38.75** |

How are shipping costs calculated?

"Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



‹ Back to results




Roll over image to zoom in

## 10MM M10 X1.5 Motorcycle Swing arm Sliders Spools CNC Swing Arm Stand Screw For KTM SMC 690 R SMC 790 Orange

Brand: LQMY

★★★★★  2 ratings

Price: **$18.99**

Get $50 off instantly: Pay $0.00 $18.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **Orange**

   

$18.99    $18.99    $18.99    $18.99

- 【Fitment】✓For KTM SMC 690 R ✓For KTM SMC 790
- 【Thread】M10*1.5
- ◆◆◆The swing arm spool screw which is used with the swing arm can easily make the motorbike up and down, to avoid to damage the body of your motorbike while you stop it or repair it.
- ◆◆◆Our swing arm spool has a black spacer which is used for Increasing the force area, thus to reduce the damage to the motorcycle body.
- ❤❤LQMY has a professional research and development team, and a factory, can provide a better Swingarm Spool with durability, safety, comfort and good looks. LQMY not only sells products, but also provides comprehensive service, including advice before buying, Package tracking and after-sales service. Once you have a question let us know, we will respond as soon as possible.

› See more product details

Compare with similar items

**$18.99**

FREE delivery: **Nov 4 - 7** on your first order.

Fastest delivery: **Thursday, Oct 29**
Order within 23 hrs and 5 mins
Details

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...    Amazon
Sold by ...    LQMY

Return policy: Extended holiday return window till Jan 31, 2021

☐ Add gift options

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Customers also viewed these products

Page 1 of 8







MZS 8MM Swingarm Spools Sliders Stand CNC Universal M8 Compatible with CBR...
★★★★☆ 180
#1 Best Seller in Swing Arm Spools & Sliders
$20.99
Only 16 left in stock - orde...

2pcs 10MM M10 Motorcycle Swingarm Spools Sliders CNC Swing Arm Stand...
★★★★☆ 8
$14.39
Only 17 left in stock - orde...

790 Adventure Motorcycle Radiator Grille Guard Cover Aluminum Alloy...
★★★★☆ 13
$65.99
Only 1 left in stock - order...

Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
★★★★☆ 13
$31.99

MZS 10MM Swingarm Spools Sliders Stand CNC Universal M10 Blue Compatible with...
★★★★☆ 83
$22.99
Only 14 left in stock - orde...

## Products related to this item

Sponsored ⓘ

Page 1 of 19












2pcs M10 X1.25 Motorcycle Swing arm Sliders Spools CNC Swing Arm Stand...
★★★★☆ 183
$18.99 ✓prime

2pcs M8 X1.5 Motorcycle Swing arm Sliders Spools CNC Swing Arm Stand Screw for Duca...
★★★★☆ 100
$17.99 ✓prime

2pcs M6 X1.5 Motorcycle CNC Swing arm Sliders Spools Stand Screw for Yamaha FZ01 FZ...
★★★★☆ 100
$17.99 ✓prime

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 45
$21.99 ✓prime

Orange 10MM Motorcycle Swing Arm Sliders Spools CNC Swingarm Arm Stand...
★★★★☆ 10
$11.99 ✓prime

2pac M8 Motorcycle Universal Swing armSliders Spools CNC Swing Arm Stand...
★★★★☆ 74
$9.99 ✓prime

## 4 stars and above

Sponsored ⓘ

Page 1 of 2



Case 1:20-cv-06675 Document #: 14 Filed: 11/10/20 Page 38 of 465 PageID #:1543



☰ **amazon**

All ▾ | KTM | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

Save on Amazon Basics Car Jumper Cables  Shop now ›

‹ Back to results



## 72 Pcs Motorcycle Spoke Skins Covers Coats For 8"-21" rims Kawasaki KX KL-XF KLR KL Honda CRF XL XLR XR KTM Yamaha XT250-600 WRF XC Kawasaki R-Z400S SM RM2 F750GS(Black)

Brand: LQMY,LTD

★★★★☆ 164 ratings ▾ | 8 answered questions

Amazon's Choice for "spoke covers"

Price: **$9.99** & FREE Returns

Get $50 off instantly: Pay $0.00 $9.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

- ✓1.Color:Black & Material:Soft Resin
- ✓2.Package Include: 72 PCS Spoke skins
- ✓3.Application:BICYCLE & MOTORCYCLE Plastic Rims Spoke Covers
- ✓4.Ultra Lightweight & A Full Rance Of Accessories: It is almost weightless (only 210 g) and extremely compact that can be attached to the BICYCLE & MOTORCYCLE DIRT BIKE Rims.
- ✓5.We are committed to provide excellent customer service with our Unconditional Free Replacement or Money Back

› See more product details

### Consider this Amazon's Choice product that delivers quickly

Amazon's Choice



Bicycle Dirt Bike 72Pcs Wheel Rim Spoke Skins Cover Wraps Set Universal for Yamaha Kawasaki Suzuki Honda KTM 8"-21" Rims Tubes Decor Protector Black
$9.99 ✓prime
★★★★☆ (719)



**$9.99**
& FREE Returns ▾

FREE delivery: **Nov 4 - 5** on your first order.

Fastest delivery: **Thursday, Oct 29**
Order within 23 hrs and 5 mins
Details

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Amazon
Sold by ... LQMY

Return policy: Extended holiday return window till Jan 31, 2021 ▾

☐ Add gift options

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

## Frequently bought together



Total price: **$29.97**

[ Add all three to Cart ]
[ Add all three to List ]

- ☑ **This item:** 72 Pcs Motorcycle Spoke Skins Covers Coats For 8"-21" rims Kawasaki KX KL-XF KLR KL Honda CRF XL XLR… $9.99
- ☑ 72 Pcs Motorcycle bicycle Spoke Skins Covers Wraps Wrench 8"-21" rims For Kawasaki KX KL-XF KLR KL… $9.99
- ☑ 72 Pcs Motorcycle Spoke Skins Covers Coats For 8"-21" rims Kawasaki KX KL-XF KLR KL Honda CRF XL XLR… $9.99

## Exclusive items from our brands



CLEO Plastic Fender Fairing Body Work Kit Set , Plastic Body Fender Kit 7 piece for CRF50…
★★★★☆ 76
$29.99



AmazonBasics Motorbike Powersports Racing Gloves - XX-Large, Red
★★★★☆ 1,296
$12.39



4WDKING Car Air Purifier Ionizer, 12V Plug-in Car Air Freshener with…
★★★★☆ 209
#1 Best Seller in Automotive Tire Light Assemblies
$23.99
In stock on November 2, 2…

AmazonBasics Premium Waterproof Winter Plus Performance Gloves, Black, L
★★★★☆ 129
$15.54



AmazonBasics Deluxe Motorcycle Cover, Sport
★★★★☆ 169
$81.29
Only 13 left in stock - orde…



AmazonBasics Enhanced Flex Grip Work Gloves - Extra Large, Grey
★★★★☆ 697
$12.56

## Customers who viewed this item also viewed

Case 1:20-cv-0667 Document 1-4 Filed 11/16/20 Page 39 of 465 PageID #: 1744



... Home & Kitchen

≡ **amazon**

Home & Kitchen ▾ | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | **Shop deals before they're gone**

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Automotive › Motorcycle & Powersports › Parts



Roll over image to zoom in

## Hitommy Rear Brake Pedal Step Plate Tip with Gear Shifter Shift Lever for KTM 125-530 - Dark Orange

Brand: Hitommy

Price: **$16.92**

Get $50 off instantly: Pay $0.00 ~~$16.92~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

Color: Dark Orange

| Dark Orange | $16.92 | $16.92 | $16.92 |

- Gorgeous Anodized Surface And Incredible Light
- It's Upgraded Of Stock Parts, Much Stronger
- Easy To Install
- Color: Orange, Blue, Gold
- Material: 6061-T6 Aluminum



**$16.92**

$4.99 delivery: **Nov 12 - Dec 4**

**In stock.**

Usually ships within 2 to 3 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... LTEFTLFL
Sold by ... LTEFTLFL

📍 Deliver to Bensenville 60106

Add to List

Add to Wedding Registry



Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Related products from Our Brands



Classic style made simple
RAVENNA HOME

Page 1 of 3

 

Amazon Brand – Ravenna Home Classic Micro Mink Trellis Throw Blanket - 50 x 60 Inch, Linen
★★★★☆ 93
$37.43



Amazon Brand – Ravenna Home Classic Stoneware 3-Piece Filigree Canister Set - Set of 3, Red with Wood Lid
★★★★☆ 88
$59.64



Amazon Brand – Ravenna Home Classic Stoneware 3-Piece Labeled Canister Set - Set of 3, White with Red Lid
★★★★☆ 71
$65.99



Amazon Brand – Ravenna Home Classic Micro Mink Jacobean Throw Blanket, 60" x 80", Heather Grey
★★★★☆ 64
$49.49



Ravenna Classic Stoneware 2-Piece Canister Set, 9.5"H and 7.625"H, White with bl
★★★★☆ 60
$27.24

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $16.92!** Get a **$50 Amazon Gift Card** instantly upon approval for the Amazon Rewards Visa Card **Apply now**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color:**Dark Orange**

**Description:**
Gorgeous Anodized Surface And Incredible Light
It's Upgraded Of Stock Parts, Much Stronger
Easy To Install
**Specification:**
Color: Orange, Blue, Gold
Material: 6061-T6 Aluminum
Manufacturer Part Number: B13180108
Surface Finish: Anodised
Type: Brake Pedal + Shift
**Fitment:**
all 125-530cc 2004-2010 That use 2 bolts to attach step plate
690 SMC 2008-2009
690 SUPERMOTOR 2008
690 ENDURO 2008-2009
690 DUKE 2008-2009
950 SUPERENDUROR 2007-2009
950 ADVENTURE 2003-2006
950 ADVENTURE 2003-2006
990 ADVENTURE 2007-2008
990 ADVENTURES 2007-200
**Package Included:**
1 X Pedal Step Plate Tip
1 X Gear Shifter Shift Lever
2 X Screws

## Product information

Color: **Dark Orange**

| Manufacturer | Hitommy |
| --- | --- |
| ASIN | B07SK6X7RP |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Related video shorts (0)   Upload your video



**Be the first video**

Your name here

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
| --- | --- | --- |
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

## Deals in magazine subscriptions

Page 1 of 9



≡ **amazon** | All ▾ | 🔍 | 🇺🇸 ▾ | Hello, Sign in **Account & Lists** Account ▾ | Returns **& Orders** | Try Prime ▾ | 🛒 0 Cart

⊙ Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

*Hitommy* | **LTEFTLFL**
LTEFTLFL storefront
⭐⭐⭐⭐☆ **71% positive** lifetime (68 total ratings)
LTEFTLFL is committed to providing each customer with the highest standard of customer service.

Have a question for LTEFTLFL?
**Ask a question**

---

**Detailed Seller Information**

**Business Name:**Ma Shun
**Business Address:**
No.2, west Fukang Rd.,luoji
G0084hao
Jiukou Zhongxiang
Hubei
431900
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

⭐⭐☆☆☆ "When purchasing Hi Hats if they are marked RBG usually means that they are red blue green. This is what I need. Not red only.I want a full refund."
By Rick Passariello on October 14, 2020.

⭐⭐⭐⭐⭐ "Thanks. Great Service. Earlier than expected"
By Bird T. Snell on August 5, 2020.

⭐⭐⭐⭐☆ "Item is a lot smaller than shown in picture. Extreme lead time."
By Dennis A Edwards on May 27, 2020.

⭐☆☆☆☆ "Irresponsible seller_Do Not Buy from This Seller"
By PNK on January 13, 2020.

⭐☆☆☆☆ "Ordered the product then they canceled my order. No explanation other than there was a problem. I have a deer that needs processed. Very disappointing."
By Debra Blair on November 29, 2019.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 0% | 50% | 57% | 71% |
| Neutral | 0% | 0% | 0% | 1% |
| Negative | 100% | 50% | 43% | 28% |
| Count | 1 | 2 | 7 | 68 |

Previous **Next**

**Leave seller feedback** | **Tell us what you think about this page**

---

**Deals in magazine subscriptions**

Page 1 of 9

‹ 

National Geographic Kids
⭐⭐⭐⭐☆ 6,384
Print Magazine
$15.00


Better Homes & Gardens
⭐⭐⭐⭐☆ 5,846
Print Magazine
$5.00


Martha Stewart Living
⭐⭐⭐⭐☆ 35
Print Magazine
$3.00


Atomic Ranch
⭐⭐⭐⭐☆ 105
Print Magazine
$23.95


Reader's Digest
⭐⭐⭐⭐☆ 58
Print Magazine
$5.00
 ›

**Best sellers in Kindle eBooks**

Page 1 of 8

‹ 

A Time for Mercy (Jake Brigance Book 3)
› John Grisham
⭐⭐⭐⭐☆ 854
Kindle Edition
$14.99


If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
⭐⭐⭐⭐☆ 16,835
Kindle Edition
$4.99


The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
⭐⭐⭐⭐☆ 3,491
Kindle Edition
$4.99

My Dear Hamilton: A Novel of Eliza Schuyler Hamilton
› Stephanie Dray
⭐⭐⭐⭐☆ 3,028
Kindle Edition
$2.99


Spellbreaker
› Charlie N. Holmberg
⭐⭐⭐⭐☆ 1,858
Kindle Edition
$4.99
 ›

**Your Browsing History** **View or edit your browsing history**

Page 1 of 3

See personalized recommendations

 **Sign in**
New customer? Start here.

‹ ›



1-16 of 29 results for **LTEFTLFL** : **"KTM"**

Sort by: Featured ▾

**Brand**
Hitommy



Hitommy Front Mudguard For Universal Supermoto DRZ KX YZ KTM WR XR CRF RMZ KLX 250 7-Color - Orange
$31^{26}
$4.99 shipping



Hitommy Motorcycle Mudguard Rear Cover for Kawasaki/Suzuki/Honda/Yamaha/KTM
$42^{12}
$4.99 shipping



Hitommy Rear Brake Pedals Step Plate+Gear Shifter Shift Lever Tip for KTM SX EXC XCF SMC
$13^{86}
$4.99 shipping



Hitommy Universal Front Brake Disc Rotor Guard Cover for KTM/Honda/Yamaha Motocross - Yellow
$17^{54}
$4.99 shipping



Hitommy Aluminum Handlebar End Plugs for KTM 50c-990cc SX/EXC/SMR/MXC/SXS 2000-2016 - Blue
$13^{53}
$4.99 shipping



Hitommy 2pcs 7/8 Inch 22mm 9 Color Motorcycle Rubber Handlebar Grip for CRF/YZF/WRF/KXF/KLX/KTM/RMZ - Orange
$7^{29}
$4.99 shipping



Hitommy 7/8inch Dirt Bike Handlebar Hand Guards for KTM Honda CRF 150 100 XR 230 250 400 110 - Blue
$28^{11}
$4.99 shipping



Hitommy Motorcycle Front Plastic Fender Mudguard Dirt Bike for Honda KTM 7-Colors - Black

$27$^{18}$

$4.99 shipping



Hitommy Universal Motorcycle Exhaust Muffler Protector Can Cover Guard for KTM EXC SXF 250-525 - Green

$17$^{35}$

$4.99 shipping



Hitommy Universal Motorcycle Front Fender for KTM Honda Yamaha Kawasaki Suzuki - White

$24$^{10}$

$4.99 shipping



Hitommy Rear Brake Pedal Step Plate Tip with Gear Shifter Shift Lever for KTM 125-530 - Dark Orange

$16$^{92}$

$4.99 shipping



Hitommy Motorcycle Front Brake Disc Rotor Guard Cover Protector Black for KTM 125-530 SX SXF XC XCF EXC

$31$^{45}$

$4.99 shipping



Hitommy Motorcycle Motocross Rear Brake Line Guide for KTM 125 150 250 300 350 450 690 SX XC SXF XCF SMC

⭐☆☆☆☆ ⌄ 1

$7$^{38}$

$4.99 shipping



Hitommy Pair Rear Brake Pads for KTM SX 125/150 EXC 250/400 Husqvarna CR 125/250 TE 310/410

$7$^{47}$

$4.99 shipping



Hitommy Brake Clutch Gear Pedal Lever CNC Aluminium for KTM Duke 125 200 390 2013-2014

$49$^{93}$

$4.99 shipping





Hitommy Pair CNC Rear Axle Spindle Chain Adjuster Blocks for KTM SX EXC XCW 125-530 20mm

$28⁰⁶

$4.99 shipping

← Previous    **1**    2    Next →

## Need help?

Visit the help section or contact us

**Sponsored products related to this search** What's this?    Page 1 of 4

     

| Tank Straps Motorcycle Tie Down Straps (2pk) - 10,000 lb Webbing Break Strength 2" x... | MIBAO Half Round Doormat, 24 x 36 Non Slip Durable Welcome Door Mats, Boots... | RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)... | Tank Straps Motorcycle Tie Down Straps (4pk) - 10,000 lb Webbing Break Strength 2" x... | Autofonder Soft Loop Tie Down Straps 6 Pack 1,500 Load Capacity Premium Loops for Securing ATV, UTV,... |
|---|---|---|---|---|
| ⭐ 517 | ⭐ 422 | ⭐ 3,374 | ⭐ 123 | |
| $43.77 | $34.99 | $29.97 | $74.77 | $11.99 |

**Best sellers in Kindle eBooks**    Page 1 of 8

     

| A Time for Mercy (Jake Brigance Book 3) › John Grisham | If You Tell: A True Story of Murder, Family... › Gregg Olsen | The Cipher (Nina Guerrera Book 1) › Isabella Maldonado | My Dear Hamilton: A Novel of Eliza Schuyler... › Stephanie Dray | Spellbreaker › Charlie N. Holmberg |
|---|---|---|---|---|
| ⭐ 854 | ⭐ 16,835 | ⭐ 3,491 | ⭐ 3,028 | ⭐ 1,858 |
| Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition |
| $14.99 | $4.99 | $4.99 | $2.99 | $4.99 |

**Your Browsing History**    View or edit your browsing history →    Page 1 of 2

See personalized recommendations

**Sign in**

New customer? Start here.

       

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | |
| Amazon Tours | | Reload Your Balance | |

 



SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1
**Shipping from LTEFTLFL**   (Learn more)

Shipping to: ███, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Hitommy Rear Brake Pedal Step Plate Tip with Gear Shifter Shift Lever for KTM 125-530 - Dark Orange**
  $16.92 - Quantity: 1
  Sold by: LTEFTLFL

Change quantities or delete

### Choose a delivery option:

○ **Thursday, Nov. 12 - Friday, Dec. 4**
$4.99 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

(i) Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change
▬▬
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▬▬▬▬

Add delivery instructions

**Payment method** Change
VISA ending in ▬▬

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]  Apply

prime  ▬▬▬, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 12, 2020 - Dec. 4, 2020**

Hitommy Rear Brake Pedal Step Plate Tip with Gear Shifter Shift Lever for KTM 125-530 - Dark Orange
$16.92
Quantity: 1 Change
Sold by: LTEFTLFL
Gift options not available.

**Choose a delivery option:**
◉ **Thursday, Nov. 12 - Friday, Dec. 4**
$4.99 - Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                           $16.92
Shipping & handling:             $4.99
Total before tax:                $21.91
Estimated tax to be collected:*  $1.06

**Order total:           $22.97**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

‹ Back to results



Roll over image to zoom in

   

# Hitommy Front Mudguard For Universal Supermoto DRZ KX YZ KTM WR XR CRF RMZ KLX 250 7-Color - Orange

Brand: Hitommy

Price: **$31.26**

Get $50 off instantly: Pay $0.00 $31.26 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

Color: **Orange**



$31.26 | $31.26 | $31.26 | $31.26

$31.26

1.Aerodynamic design and unique styling
2.Universal mudguard a perfect application for supermoto bikes
3.Front mudguard constructed in two parts ,joined with safety screws.
4.Easy disassembly of the rear section without the need to remove the front section
5.Polypropylene construction

› See more product details

---



**$31.26**

$4.99 delivery: **Nov 12 - Dec 4**

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...          LTEFTLFL
Sold by ...             LTEFTLFL

◉ Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share    

Have one to sell?

Sell on Amazon

---

## Customers also viewed these products

Page 1 of 10



JFG RACING White Universal Headlight Head Lamp Light Fairing Street Fighter Mask...
★★★★☆ 140
$20.99



JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off Road...
★★★★☆ 725
**#1 Best Seller** in Powersports Handguards
$19.99



Motorcycle Swingarm Guard Swing Arm Protector For TC125 TC250 FC250 FC350...
★★★★☆ 43
$21.99
Only 18 left in stock - orde...



Universal 12V 35W Motorcycle 2017 Supermoto Halogen Headlight Indicator...
★★★★☆ 36
2 offers from $16.71



---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $31.26!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

---

## Product description

Color: Orange

Description:
1.Aerodynamic design and unique styling
2.Universal mudguard a perfect application for supermoto bikes
3.Front mudguard constructed in two parts ,joined with safety screws.
4.Easy disassembly of the rear section without the need to remove the front section
5.Polypropylene construction
Specification:
Model: 553312
Product Name: Mudguard
Front Color: : Orange/ Black/ Red/ Blue/ Green/ Yellow/ White
Tail Color: Black
Material: ABS Plastic
Manufacturer Part Number: 2072680001
Type: Front mudguard
Fit: Universal Fit
Paint: Aftermarket Paint
Holes: Self-Drill
Weight: 450g
Number of Pieces: 1 Set




☰ amazon | All ▾ | KTM | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop the Fashion Gift guide

‹ Back to results



### Hitommy Rear Brake Pedals Step Plate+Gear Shifter Shift Lever Tip for KTM SX EXC XCF SMC

Brand: Hitommy

Price: **$13.86**

Get $50 off instantly: Pay $0.00 $13.86 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ⌄

- Product Name : Rear Brake Pedal Step Plate & Gear Shifter Shift Lever Tip
- Material : Aluminum
- Color : black
- Size : as the pirctur show
- For KTM SX EXC XCF XC XCW SXF EXCF SMR LC4 Enduro 125 250 300 350 400 450 500

Roll over image to zoom in



**$13.86**

$4.99 delivery: **Nov 12 - Dec 4**

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...  LTEFTLFL
Sold by ...  LTEFTLFL

📍 Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share 

Have one to sell?

Sell on Amazon

## Related products from Our Brands



PINZON by amazon

Page 1 of 3

‹       ›



Pinzon 6 Piece Blended Egyptian Cotton Bath Towel Set - Driftwood
⭐⭐⭐⭐½ 13954
$24.99

Pinzon Velvet Plush Blanket - Twin, Chocolate
⭐⭐⭐⭐½ 6612
$25.81

Pinzon Signature Cotton Heavyweight Velvet Flannel Sheet Set - Queen, Cream
⭐⭐⭐⭐½ 6162
$74.71

Pinzon Organic Cotton Bathroom Towels, 6 Piece Set, Ivory
⭐⭐⭐⭐½ 5817
$34.99

Pinzon Faux Fur Throw Blanket - 50 x 60 Inch, Ivory
⭐⭐⭐⭐½ 3664
$31.26

## Sponsored products related to this item

Page 1 of 13

‹        ›

NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
⭐⭐⭐⭐ 1
$83.99

KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
⭐⭐⭐⭐⭐ 1
$101.99

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
⭐⭐⭐⭐½ 3
$47.99

1994 1995 fits KTM 440 SX Front and Rear Brake Pads Severe Duty
$31.95

2011 fits KTM 105SX 105 SX Front and Rear Severe Duty Brake Pads
$34.95

2003-2010 fits KTM 85SX 85 SX Front and Rear Severe Duty Sintered Metal Brake...
$31.95

Brake Pads fit fits KTM 85SX5 85 SXS 2012-2015 Rear Severe Duty by Race-Driven
$21.95

Ad feedback 

## Customers also viewed these products

Page 1 of 7



amazon | Automotive Parts & Accessories | Hello, Sign in Account & Lists | Account | Returns & Orders | Try Prime | 0 Cart
Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone
Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts | Accessories | Tools & Equipment | Car Care | Motorcycle & Powersports | Truck | RV | Tires & Wheels | Vehicles
Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Windshields & Accessories › Windshields

Roll over image to zoom in

# Luckmart Motorcycle Windscreen Windshield For KTM 690

Brand: Luckmart

Price: $22.44 & **FREE Shipping**

Get $50 off instantly: Pay $0.00 ~~$22.44~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- 100% Made by injection molding
- Made of high quality ABS plastic to guarantee a longer life time
- Package includes: 1 x windscreen (bolts not included)
- Easy To install
- Fitment: KTM 690

› See more product details

Compare with similar items

$22.44
& **FREE Shipping**
Arrives: **Nov 12 - Dec 4**
In Stock.
Qty: 1
Add to Cart
Buy Now
Secure transaction
Ships from ... luckmart
Sold by ... luckmart
Return policy: Returnable until Jan 31, 2021
Deliver to Bensenville 60106
Add to List
Share
Have one to sell?
Sell on Amazon

## Inspired by your recent shopping trends

Page 1 of 12

Motorcycle Adjustable Clip On Windshield Extension Spoiler Windscreen Air Deflector Replacement for...
$30.00
Only 13 left in stock - orde...

Newsmarts Universal Motorcycle Adjustable Clip On Windshield Extension Spoiler Airflow Windscreen Wind...
$21.99

Universal Adjustable Screen Extension Windscreen Windshield Spoiler Air Deflector...
3
$32.90
Only 5 left in stock - order...

BTL Motorcycle Windscreen Wind Deflector Replacement for Most Motorcycle...
1
$28.00
Only 2 left in stock - order...

Motoparty Motorcycle Windshield Extension Windscreen Clip on For Triumph Aprilia...
7
$43.99
Only 19 left in stock - orde...

## Compare with similar items

**This item** Luckmart Motorcycle Windscreen Windshield For KTM 690
Add to Cart

Luckmart Motorcycle Windscreen Windshield For Honda VFR800 2002-2009
Add to Cart

Luckmart Motorcycle Windscreen Windshield For Suzuki GSX600F/750F 1987-1997
Add to Cart

Qii lu Motorcycle Windshield, Transparent Windscreen for Bonneville 2001-2017
Add to Cart

| | This item | Honda VFR800 | Suzuki GSX600F/750F | Bonneville |
|---|---|---|---|---|
| **Customer Rating** | (0) | (0) | (0) | (0) |
| **Price** | $22.44 | $27.65 | $23.90 | $26.83 |
| **Sold By** | luckmart | luckmart | luckmart | Qiilu |

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Luckmart |
| Brand | Luckmart |
| Item Weight | 15.2 ounces |
| Product Dimensions | 13.78 x 12.2 x 5.12 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | 65LC097 |

### Additional Information

| | |
|---|---|
| ASIN | B07B4QFQWP |
| Date First Available | February 28, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

Page 1 of 2

### Videos for related products


0:03
GUDAVO 100% Polycarbonate made Motorcycle Windshield
GUDAVO


0:41
Motorcycle Windscreen Extension
kemimoto


0:16
motorcycle windshield Extension smalll
DUILU


0:12
Universal windshield for motorcycle
DUILU


Classic Accessories UTV Front Windshi
Merchant Video

Upload your video

## Product description

Features:
100% Made by injection molding
Top quality. Made of high quality ABS plastic to guarantee a longer life time
Pre-drilled. Precise OEM fitment, direct replacement
New Double Bubble design

Specifics:
Condition: Brand New
Material: ABS Plastic
Color: As the picture shown
Easy for installation, fitting instruction not included

Fitment:
KTM 690

Package includes:
1 x windscreen (bolts not included)

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

## Inspired by your browsing history

Page 1 of 7

     

**FMF Racing 11299 Wash Plug**
★★★★☆ 1,413
$9.63

**Troy Lee Designs Men's 20 TLD KTM Team Shirts**
★★★★☆ 110
$30.00 - $31.50

**72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke...**
★★★★☆ 71
$9.99

**AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC...**
★★★★☆ 18
$27.99

**KTM FLAG READY TO RACE 3PW1771500**
★★★★☆ 151
$19.99

**KTM 6" Die-cut Decal Orange**
★★★★☆ 67
$6.80

## Popular products inspired by this item

Page 1 of 2

     

**Areyourshop Motorcycle ABS Plastic Windscreen Windshield Shield for KTM 2018-2019 DUKE 790 Black**
$42.99

**Goldfire Universal Motorcycle Windshield Airflow Adjustable Windscreen Wind...**
★★★★☆ 105
$22.99

**Motorcycle Double Bubble Windscreen Windshield Screen for KTM 390 RC390 2014-2017 Motorcycle...**
$121.99

**psler Motorcycle Windshield WindScreen For KTM 1290 Super Adventure R/S 2017-2019 (Gray)**
$71.99

**Newsmarts Universal Motorcycle Adjustable Clip On Windshield Extension Spoiler Airflow Windscreen Wind...**
$21.99

**Motorcycle Windscreen Universal Adjustable Windscreen Wind Deflector Windshield for KTM**
$20.39

**Your Browsing History**    View or edit your browsing history ›

      

See personalized recommendations
**Sign in**
New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

  

amazon

English    United States

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Rapids**
Fun stories for kids on the go

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**DPReview**
Digital Photography

**East Dane**
Designer Men's Fashion



☰ amazon   luckmart ▾   KTM   🔍   🇺🇸   Hello, Sign in Account & Lists ▾ Account ▾   Returns & Orders ▾   Try Prime ▾   🛒 0 Cart

📍 Deliver to Bensenville 60106    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

17-19 of 19 results for **luckmart** : **"KTM"**     Sort by: Featured ▾

**Brand**
Luckmart



Luckmart Short Brake Clutch Lever Set for KTM 690 SMC-R/Duke/Duke R 2012-2013

**Blue**
$26.28
$9.23 shipping

  



Luckmart Motorcycle Windscreen Windshield For KTM 690

$22.44
FREE Shipping



Luckmart Motorcycle Windscreen Windshield For KTM 390

$18.27
FREE Shipping

← Previous   1   2   Next →

## Need help?

Visit the help section or contact us



## Sponsored products related to this search   What's this? ▾     Page 1 of 3

     

| Autofonder Soft Loop Tie Down Straps 6 Pack 1,500 Load Capacity Premium Loops for Securing ATV, UTV,... $11.99 | Vehiclex Soft Loop Motorcycle Tie Down Straps 1.5 x 18 inches - Green - 10000 lb Load... ⭐ 17 $11.99 | Tumbl Trak Pit Pillow Soft Mat w/Denim Cover ⭐ 32 $373.95 | Pit Posse Pp2709Ktm KTM 160Pc Metric Motorcycle Assortment Bolt Kit Ktm690 Smc... ⭐ 17 $29.95 | PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure... ⭐ 43 $49.95 | CAOS Tie Down Ratchet Straps with Hooks - Heavy Duty Coated Steel, Chromoly... ⭐ 22 $49.97 |

## Deals in magazine subscriptions     Page 1 of 7

     

| Reader's Digest ⭐ 59 Print Magazine $5.00 | National Geographic Kids ⭐ 6,417 Print Magazine $15.00 | Martha Stewart Living ⭐ 35 Print Magazine $3.00 | Real Simple ⭐ 6,912 Print Magazine $10.00 | Real Simple ⭐ 29 Print Magazine $5.00 | Southern Living ⭐ 30 Print Magazine $5.00 |

See personalized recommendations



# luckmart

luckmart storefront

★★★★½  86% positive in the last 12 months (14 ratings)

luckmart is committed to providing each customer with the highest standard of customer service.

**Have a question for luckmart?**

Ask a question

---

## Detailed Seller Information

**Business Name:** Lide
**Business Address:**
712,No.144 huangshadadao
guangzhou
guangdong
510150
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

★★★★★ "very fast delivery, great quality pulley."
By steve rabbon on June 4, 2019.

★★★★★ "The pulley arrived really fast . Good quality, only problem was the Allen set screws that came with it are too small."
By OUIJABO on April 23, 2019.

★★★★★ "These were a perfect fit for my 1999 VFR 800 Interceptor. They work fine."
By Ken Scott on March 9, 2019.

★☆☆☆☆ "DONT BUY Chinese junk! I know I should not be surprised but this one is bad even for China Don't buy this light"
By Rex Rainbow. on July 14, 2018.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 86% | 83% |
| Neutral | 0% | 0% | 7% | 9% |
| Negative | 0% | 0% | 7% | 9% |
| Count | 1 | 4 | 14 | 23 |

Previous  Next

Leave seller feedback  •  Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 7

 
FMF Racing 11299 Wash Plug
★★★★½ 1,413
$9.63


Troy Lee Designs Men's 20 TLD KTM Team Shirts
★★★★½ 110
$30.00 - $31.50


72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke Covers...
★★★★½ 71
$9.99


AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC MXC XCW...
★★★★☆ 18
$27.99


KTM FLAG READY TO RACE 3PW1771500
★★★★½ 151
$19.99


KTM 6" Die-cut Decal Orange
★★★★½ 67
$6.80

## Top subscription apps for you

Page 1 of 7

 
Disney+
Disney
★★★★½ 386,991
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 98,054
$0.00


STARZ
Starz Entertainment
★★★★☆ 79,757
$0.00


Sling TV
Sling TV LLC
★★★★☆ 47,389
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,920
$0.00


Philo: Live & On-Demand TV
PHILO
★★★★½ 65,100
$0.00

---

### Your Browsing History   View or edit your browsing history ›

      

See personalized recommendations

Sign in

New customer? Start here.

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

Continue

## Shipment 1 of 1
**Shipping from luckmart**   (Learn more)

Shipping to: ███████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **Luckmart Motorcycle Windscreen Windshield For KTM 690**
  $22.44 - Quantity: 1
  Sold by: luckmart

Change quantities or delete

**Choose a delivery option:**

○ **Thursday, Nov. 12 - Friday, Dec. 4**
  FREE Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions

**Payment method** Change

Debit ending in

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code]    Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

Items:                          $22.44
Shipping & handling:            $0.00

Total before tax:               $22.44
Estimated tax to be collected:*  $1.40

**Order total:**               **$23.84**

How are shipping costs calculated?



, we'd like to give you a chance to try Amazon

Join Prime and start saving ▶

Receiving government assistance? Get 50% off Prime ▶

**Estimated delivery: Nov. 12, 2020 - Dec. 4, 2020**

Luckmart Motorcycle Windscreen
Windshield For KTM 690
**$22.44**
Quantity: 1 Change
Sold by: luckmart
Gift options not available.

**Choose a delivery option:**

◉ **Thursday, Nov. 12 - Friday, Dec. 4**
FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



‹ Back to results





Roll over image to zoom in

## Luckmart Motorcycle Windscreen Windshield For KTM 390

Brand: Luckmart

Price: **$18.27** & **FREE Shipping**

Get $50 off instantly: Pay $0.00 ~~$18.27~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- 100% Made by injection molding
- Made of high quality ABS plastic to guarantee a longer life time
- Package includes: 1 x windscreen (bolts not included)
- Easy To install
- Fitment: KTM 390

› See more product details

**$18.27**
& **FREE Shipping**

Arrives: Nov 12 - Dec 4

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from _____ luckmart
Sold by _____ luckmart

Return policy: Returnable until Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Share ✉ 📷 ☑ 🐦 📌

Have one to sell?

Sell on Amazon

---

### Sponsored products related to this item



Page 1 of 16







| | | | | |
|---|---|---|---|---|
| KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000 | KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor | Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | 2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross | Brake Pads fits KTM 500 EXC 2004-2016 Front Severe Duty for MX by Race-Driven |
| ★★★★☆ 11 | ★★★★☆ 43 | ★★★★☆ 44 | | |
| $31.49 | $15.99 ✓prime | $21.99 ✓prime | $43.95 | $18.95 |

Ad feedback 💬

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Luckmart |
| Brand | Luckmart |
| Item Weight | 11.6 ounces |
| Product Dimensions | 14.17 x 12.6 x 6.69 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | 65LC096 |

### Additional Information

| | |
|---|---|
| ASIN | B07B4Q7W4P |
| Date First Available | February 28, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?



amazon All KTM Hello, Sign in Account & Lists Account Returns & Orders Try Prime 0 Cart
Deliver to Bensenville 60106 Holiday Deals Gift Cards Best Sellers Customer Service New Releases AmazonBasics Whole Foods Free Shipping Shop today's epic deals now

‹ Back to results

Roll over image to zoom in

# Luckmart Short Brake Clutch Lever Set for KTM 690 SMC/SMC-R/Duke/Duke R 2012-2013

Brand: Luckmart

Price: $26.28 + $9.23 shipping

Get $50 off instantly: Pay $0.00 ~~$26.28~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Blue**

- 100% Brand New
- 6 Positions Lever Adjustment
- High quality T6061-T6 aluminum CNC finish
- Easy installation, No modification is needed
- Pacakge includes: 1 Pair of Clutch and Brake Levers

› See more product details

$26.28
+ $9.23 shipping

Arrives: **Nov 12 - Dec 4**

Fastest delivery: **Oct 27 - Nov 2**

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... luckmart
Sold by ... luckmart

Return policy: Returnable until Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?

Sell on Amazon

## Sponsored products related to this item

Page 1 of 16

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
3
$47.99

KTM Clutch Lever (Orange) Brembo OEM: 7800293120004
5
$29.99

KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404
3
$101.99

KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
1
$101.99

KTM Outer Clutch Hub Loose 50 SXS 2011 2012 (US) OEM: 45232001000
$150.87

Ad feedback

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

Color:**Blue**

### Technical Details

| | |
|---|---|
| Manufacturer | Luckmart |
| Brand | Luckmart |
| Package Dimensions | 7.87 x 3.94 x 1.97 inches |
| Manufacturer Part Number | 4LC072-3 |

### Additional Information

| | |
|---|---|
| ASIN | B07CGKNL6V |
| Date First Available | April 18, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

10/20/2020 Amazon.com: Luixxuer Motorcycle Tool Bag ATV UTV Rear Bag, Universal PU Leather Waterproof Fork Bag Luggage Saddlebags Handlebar Bag Sissy Bar Storage Tool Bag for Honda Kawasaki Suzu…

Case 1:20-cv-06677 Document #1-4 Filed: 11/10/20 Page 58 of 465 PageID #:3763



Automotive › Motorcycle & Powersports › Accessories › Luggage › Saddle Bags



### Luixxuer Motorcycle Tool Bag ATV UTV Rear Bag, Universal PU Leather Waterproof Fork Bag Luggage Saddlebags Handlebar Bag Sissy Bar Storage Tool Bag for Honda Kawasaki Suzuki Yamaha Sportster

Brand: Luixxuer

#1 New Release in Powersports Saddle Bags

Price: **$28.99** & FREE Shipping. Details & FREE Returns

Coupon Save an extra 6% when you apply this coupon. Details

Get $50 off instantly: Pay $0.00 ~~$28.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ∨

- ► Premium Quality: Made of brand new high quality PU leather materials and add inner lining, it can satisfy the long-distance driving.
- ► Perfect Compatibility: Universally suits MOST motorcycle models, like Honda Yamaha Kawasaki Suzuki Ducati KTM, Harley Davidson Sportster Softail Dyna, you can install it on the Sissy bar, Front forks, Handlebar, Tail Rack. Perfect to store some gadgets, tools and other essentials.
- ► Convenient for Carrying Out: Comes with 2 buckle straps for simply install to secure the bag to your motorbike, very easy to open and close.
- ► Waterproof & Wearproof: Thanks to the great materials and exquisite workmanship, it is waterproof and wearproof, so no need to worry getting wet.
- ► Welcome to our shop Luixxuer: Size is 29.5*11.6*21cm /11.6*4.6*8.3in (Length x Width x Height). A Classic Look and all the features you could ever want. If have any questions, please contact us at first, we will definitely address your concern.

Compare with similar items



Roll over image to zoom in

      



**$28.99**
& FREE Shipping. Details
& FREE Returns ∨

Arrives: Thursday, Oct 29
Details

Fastest delivery: Thursday, Oct 22
Order within 19 hrs and 4 mins
Details

**In Stock.**

Qty: 1 ∨

Add to Cart

Buy Now

⟲ Secure transaction

Ships from … Amazon
Sold by … Luixxuer



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

⊙ Deliver to Bolingbrook 60440

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### You might also like

Sponsored ⓘ

Page 1 of 113


Hide & Drink, Thick Leather Motorcycle Handlebar Bag, 2 Straps, Tool Organizer, Mot...
$119.99 prime


Dowco Willie & Max 59591-00 Black Jack Series: Synthetic Leather Motorcycle Sissy B...
★★★★☆ 89
$49.99 prime


Motorcycle Saddlebag, Swingarm Bag, 2 Strap Buckle Closure Side Tool Bag Pouch, Tri...
$79.99 prime


Dowco Willie & Max 58282-20 Black Magic Series: Synthetic Leather Motorcycle Tool P...
★★★★☆ 145
$44.12 prime


DesirePath Motorcycle Handlebar Bag Small Motorcycle Fork Bag Front Fork Roll Barre...
★★★★★ 1
$22.99 prime

---

### Customers who viewed this item also viewed

Page 1 of 8

 
Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar...
★★★★☆ 604
$18.68


Motorcycle Fork Bag, PU Leather Handlebar Tool Pouch Sissy Bar Roll Storage Bag with 2...
★★★★☆ 465
$22.99


Dowco Willie & Max 59591-00 Black Jack Series: Synthetic Leather Motorcycle Sissy Bar...
★★★★☆ 89
$49.99
Only 3 left in stock (more...


The Nekid Cow | Motorcycle Handlebar Bag Premium Synthetic Black PVC Leather...
★★★★☆ 658
$24.49
In stock on October 26, 20...


Motorcycle Saddle Bags, Middle-Sized Motorcycle Side Saddlebags Scooter Panniers
★★★★☆ 166
$32.99




Saddlebags For Motorcycle Universal Leather PU Waterproof Saddlebags Softail For...
★★★★☆ 54
$49.99

10/20/2020    Amazon.com: Luixxuer Motorcycle Universal Waterproof Saddlebags Handlebar Tool Storage Tool Bag for Honda Kawasaki Suzu…

Case 1:20-cv-06677 Document #1-14 Filed 11/10/20 Page 59 of 465 PageID #1764

**Customers also viewed these products**



       



| Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar… | Motorcycle Fork Bag, PU Leather Handlebar Tool Pouch Sissy Bar Roll Storage Bag with 2… | Motorcycle Bags, Saddlebags with Leather Shell, Black Handlebar Bag | Everrich Motorcycle Handlebar Bag, Motorcycle Fork Bag, Sissy Bar Storage Tool… | Kemimoto Motorcycle Handlebar Bag with Shoulder Strap, Motorcycle Barrel Bag… | Motorcycle Fork Bag, Handlebar Tool Bag with Internal Zipper Pocket for Motorcycle Front… |
|---|---|---|---|---|---|
| ★★★★☆ 604 | ★★★★☆ 465 | ★★★★☆ 256 | ★★★★☆ 48 | ★★★★☆ 24 | ★★★★☆ 79 |
| $18.68 | $22.99 | $19.99 | $18.99 | $18.99 | $21.99 |

---

## Have a question?

Find answers in product info, Q&As, reviews

    Type your question or keyword

---

**Product Description**

*This is a tool storage bag which for motorcycle/ATV, it features with high capacity and waterproof, high quality. Very durable and look so cool. Quick got it to dress up your motorcycle/ATV!*



Luixxuer

# Motorcycle/ ATV Swingarm bag



**Motorcycle Side Tool Bags**

Material: Quality PU leather, Plastic, Metal

Size: 29.5*11.6*21cm / 11.6*4.6*8.3in

Placement on Location: Motorcycle with swingarm or frame

Fitment: Compatible with including but not limited to Harley, Yamaha, Suzuki, Honda, Kawasaki, Ducati... (Please verify that these side bags fit your motorcycle before you purchase)

Notice: Please don't install too close to the hot exhaust pipe

**Package Included:**

- 1 x Motorcycle/ATV Saddlebag
- 2 x Adjustable Mounting Strap






• Motorcycle side bag has ample space to store tool and any essentials.

• Perfect to put some small items, such as drivers license, registration, earphone, repair tool.

• Reinforced synthetic leather sheet helps this saddlebag keep in shape.

• The tool bag is made of high-quality synthetic leather. Waterproof and weatherproof.

• Buckle matches leather, bag matches motorcycle. Easy to access and close.

• Come with 2 adjustable mounting straps with pin buckle, firm holding and protection.

• Professional workmanship, hand made production, reinforced stitching, durable.

• Is a hard shell motorbike tool bag that which can retains its shape when empty this bag.

**Easy Installation**

Install the bag with the straps according to the position you choose.

The install position as follow:

• Motorcycle Fork Bags Install on the front forks

• Motorcycle Handlebar Bags Install on the handlebar

• Motorcycle Sissy Bar Bags Install on the sissy bar

More install position...



## Compare with similar items

| | This item Luixxuer Motorcycle Tool Bag ATV UTV Rear Bag, Universal PU Leather Waterproof Fork Bag Luggage Saddlebags Handlebar Bag Sissy Bar Storage Tool Bag for Honda Kawasaki Suzuki Yamaha Sportster | Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar Bag Sissy Bar Storage Tool Bag for Honda Kawasaki Suzuki Yamaha Sportster (Black-1) | Motorcycle Fork Bag, PU Leather Handlebar Tool Pouch Sissy Bar Roll Storage Bag with 2 Straps | INNOGLOW Motorcycle Waterproof Saddle bags Side Bags PU Leather for Harley Sportster XL XL883 XL1200 |
|---|---|---|---|---|
| |  #1 New Release [Add to Cart] |  [Add to Cart] |  [Add to Cart] |  [Add to Cart] |
| **Customer Rating** | ☆☆☆☆☆ (0) | ★★★★☆ (604) | ★★★★☆ (465) | ★★★☆☆ (22) |
| **Price** | $28.99 | $18.68 | $22.99 | $39.99 |
| **Shipping** | FREE Shipping. Details | FREE Shipping on your first order. Details | FREE Shipping on your first order. Details | FREE Shipping. Details |
| **Sold By** | Luixxuer | NBOMOTO | ISSYAUTO | Innoglow |

## Product information

| | |
|---|---|
| Package Dimensions | 11.85 x 8.98 x 4.49 inches |
| Item Weight | 1.1 pounds |
| Manufacturer | Luixxuer |
| ASIN | B08FZZK8LX |
| Best Sellers Rank | #58,322 in Automotive (See Top 100 in Automotive) #57 in Powersports Saddle Bags |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

Case 1:20-cv-06677 Document #1.4 Filed 11/10/20 Page 61 of 465 PageID #:736

## Videos

Page 1 of 2

### Videos for related products

    

| | | | | |
|---|---|---|---|---|
| 4:41 | 6:39 | 3:45 | 0:59 | |
| The 10 Best Motorcycle Panniers | AGM Rolly Motorcycle Travel Bag | Dowco Willie & Max Wsingarm Bags | Motorcycle Saddle Bag with Duffel Bag | Motorcycle Tool Ba |
| Ezvid Wiki | Merchant Video | Merchant Video | ROCKBROS EXPLORER | ISSYAUTO |

Upload your video

---

**Important information**

**Directions**

ATV/UTV Tool Pouch, Handlebar Bag, Motorcycle Fork Bag, Motorcycle Rear Bag, Sissy Bag, Motorcycle Rack Bag, Waterproof Motorcycle Bag, Motorcycle Side Bags, PU Leather Motorcycle Bag

---

**Related items to consider**

Page 1 of 28

Sponsored ⓘ

     

| Dowco Willie & Max 59591-00 Black Jack Series: Synthetic Leather Motorcycle Sissy B... | Dowco Willie & Max 59590-00 Black Jack Series: Synthetic Leather Motorcycle Tool Po... | Hide & Drink, Thick Leather Motorcycle Handlebar Bag, 2 Straps, Tool Organizer, Mot... | Motorcycle Saddlebags, Synthetic Leather Side Bags for Sportster Softail Dyna V-sta... | Dowco Willie & Max 59588-00 Black Jack Series: Synthetic Leather Compact Slant Moto... | Motorcycle Swingarm Bag, Side Tool Bag for Sportster Street 750 Synthetic Leather |
|---|---|---|---|---|---|
| ★★★★☆ 89 | ★★★★½ 145 | ★★★★½ 145 | ★★★★½ 63 | ★★★★☆ 148 | ★★★★☆ 5 |
| $49.99 ✔prime | $49.99 ✔prime | $119.99 ✔prime | $96.99 ✔prime | $138.87 ✔prime | $29.99 ✔prime |

## Customer questions & answers

Have a question? Search for answers

▲
0
votes
▼

**Question:** Can i used it with 2019 Yamaha kodiak or grizzly?

**Answer:** Hi, friend. This Saddlebag can fits most ATV, motorcycles and snowmobiles. I believe you will like it.

By Luixxuer **SELLER** on September 22, 2020

▲
0
votes
▼

**Question:** I have a suzuki boulevard 819cc. Will this fit as a fork bag?

**Answer:** Hey. It will fit if you have enough handlebar area or another place (such as across your front forks or behind your seat).

By Luixxuer **SELLER** on October 9, 2020

---

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

---

## Review this product

Share your thoughts with other customers

Write a customer review

---



☰ **amazon** | Luixxuer ▾ | Saddlebags | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bolingbrook 60440 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

14 results for **Luixxuer** : "**Saddlebags**"

Sort by: Featured ▾

**Brand**
Luixxuer
Wilove

Price and other details may vary based on size and color



Luixxuer Motorcycle Tool Bag ATV UTV Rear Bag, Universal PU Leather Waterproof Fork Bag Luggage Saddlebags Handlebar Bag Sissy Bar...

$28⁹⁹

**Save 6%** with coupon

✓prime Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon



Wilove ATV UTV Snowmobile Motorcycle Cargo Pocket Tank Storage Saddle Bags Waterproof

★★★★☆ ⌄ 99

**600D Oxford**
$19⁹⁶
FREE Shipping on your first order shipped by Amazon
In stock on October 26, 2020.




Luixxuer ATV Fuel Tank Saddlebags with Mobile and Cup Holder, Tank Bags Motorcycle Organizer Large Capacity

$17⁹⁹

$8.98 shipping

Sponsored ⓘ

---

**CW** **Editorial recommendations**

By | Cycle World | Onsite Associates Program ⓘ

**Motorcycle Saddlebags**

Jul 22, 2020 - 4 Recommendations

The trick to saddlebags is to do the research and find a set that can carry the gear you want while complementing the look and feel of your motorcycle.

Read full article

**tough**
Universal Fit

**rugged looking**
Appropriate For Small Loads





›

Nelson-Rigg RG-020 Black Dual Sport Motorcycle Saddlebag

★★★★½ ⌄ 125

**Automotive**

The Nelson-Rigg RG-020 provides 30 liters of storage when fully expanded and they look great on a...

Stansport Saddle Bag

★★★★☆ ⌄ 904

The Stansport 766 will work on your cruiser, dual sport, mountain bike, or llama. This timeless d...

---




Luixxuer ATV Saddle Bag UTV Motorcycle Cargo Storage Gear Waterproof Dual Zipper Pocket Fuel Tank Case Oxford Cloth Universal for Quad Bike...

**600D Oxford**
$18⁹⁶
$10.98 shipping

---

Luixxuer Bike Triangle Saddle Bag, 1680D Waterproof Bicycle Frame Bag

≡ **amazon**   | All ▾ |   🔍   🇺🇸 ▾   Hello, Sign in Account & Lists ▾ · Account ▾   Returns & Orders   Try Prime ▾   🛒⁰ Cart

📍 Deliver to Bolingbrook 60440   Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Shop today's epic deals now

# Luixxuer

Luixxuer storefront

⭐⭐⭐⭐⯪ | **83% positive** in the last 12 months (84 ratings)

Luixxuer is committed to providing each customer with the highest standard of customer service.

Have a question for Luixxuer?

[ Ask a question ]

---

## Detailed Seller Information

**Business Name:** XIAMENMOHUANXIFUSHIYOUXIANGONGSI
**Business Address:**
WUYUANXIYILI
70HAO1201SHIZHILIU
HULIQU
XIAMENSHI
361000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
|---|---|---|---|---|---|---|

⭐⭐⭐⭐⭐ " I like the good and prompt service "
By Monika S. on September 21, 2020.

⭐⭐⭐⭐⭐ " Well made and versital! "
By Evana Gerstman on September 21, 2020.

⭐⯪⯪⯪⯪ " This product broke the first day of use by my 6 month old puppy. The interior part separated from the outside part and there is no ability to reassemble the two pieces. I would like a refund, If this is not agreeable I request another one that will not separate when used as designed by my puppy. Thank you for your consideration, "
Read less
By Lawrence Allen on September 11, 2020.

⭐⭐⭐⭐⭐ " Item was as described, thank you. "
By Debra Pigeon on September 7, 2020.

⭐⭐⯪⯪⯪ " The dies were a disappointment...they do not work well. I tried several different thickness in the papers, wax paper, and shims; finally I ran the dies through my die cutter which worked. However it a great deal of work to remove the small pieces from the cut out...most likely not by from this company. "
Read less
By Calico on August 28, 2020.

" Hello, friend. We are sorry because our products make you feel unsatisfied. All Luixxuer products are supplied with an after-sales service by email open 24/7. Thanks for your opinions, we have contacted you actively and hope to solve your difficulties in time. "
Read less
By Luixxuer on August 31, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 84% | 83% | 84% |
| Neutral | 0% | 3% | 4% | 3% |
| Negative | 0% | 13% | 13% | 13% |
| Count | 17 | 32 | 84 | 86 |

Previous Next

Leave seller feedback · Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 7

‹

       

| FMF Racing 11299 Wash Plug | KTM 6" Die-cut Decal Orange | KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version) | CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K | Motorex Top Speed 4T Oil - 15W50 - 4 Liter 171-435-400 | NEW KTM CORPORATE STICKER SHEET |
|---|---|---|---|---|---|
| ⭐⭐⭐⭐⯪ 1,403 | ⭐⭐⭐⭐⯪ 66 | ⭐⭐⭐⭐⯪ 133 | ⭐⭐⭐⭐⯪ 87 | ⭐⭐⭐⭐⭐ 105 | ⭐⭐⭐⭐⯪ 49 |
| $8.75 | $6.80 | $21.59 | $25.98 | $47.30 | $13.99 |

›

### Deals in magazine subscriptions

---



SIGN IN · SHIPPING & PAYMENT · GIFT OPTIONS · PLACE ORDER

# Choose your shipping options

<span style="float:right">Continue</span>

## Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ▮ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825 United States

- **Luixxuer Motorcycle Tool Bag ATV UTV Rear Bag, Universal PU Leather Waterproof Fork Bag Luggage Saddlebags Handlebar Bag Sissy Bar Storage Tool Bag for Honda Kawasaki Suzuki Yamaha Sportster**
  $28.99 - Quantity: 1
  Sold by: Luixxuer

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

**Good news** ▮, we're giving you a 30-day FREE trial of Prime

- ○ **Tomorrow, Oct. 21**
  FREE One-Day Delivery with a free trial of amazon prime
- ○ **Tuesday, Oct. 27**
  FREE Shipping
- ● **Thursday, Oct. 22**
  $11.55 - Shipping
- ○ **Tomorrow, Oct. 21**
  $14.80 - Shipping

<span style="float:right">Continue</span>

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

**Shipping address** Change

375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone:

Add delivery instructions

Or try Amazon Locker
20 locations near this address ⌄

**Payment method** Change

ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $28.99 |
| Shipping & handling: | $11.55 |
| Total before tax: | $40.54 |
| Estimated tax to be collected: | $1.81 |

**Order total:** **$42.35**

How are shipping costs calculated?



prime

_, time is money. Why not save both?
Save $11.55 on this order and get FREE One-Day Delivery
Learn more ▶

**Try Prime FREE for 30 days ▶**

No commitments. Cancel anytime.

**Delivery: Oct. 22, 2020** If you order in the next 18 hours and 57 minutes. (Details)

**Luixxuer Motorcycle Tool Bag ATV UTV Rear Bag, Universal PU Leather Waterproof Fork Bag Luggage Saddlebags Handlebar Bag Sissy Bar Storage Tool Bag for Honda Kawasaki Suzuki Yamaha Sportster**
$28.99 & FREE Returns ⌄
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: Luixxuer

🎁 Add gift options

**Choose a delivery option:**

○ **Tomorrow, Oct. 21**
FREE One-Day Delivery with your free trial of amazon prime

○ **Tuesday, Oct. 27**
FREE Shipping

● **Thursday, Oct. 22**
$11.55 - Shipping

○ **Tomorrow, Oct. 21**
$14.80 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

amazon Sports & Outdoors

☰ **amazon**

Sports & Outdoors ▾ | [search box] | 🔍 | 🇺🇸 ▾ | Hello, Sign in / Account & Lists ▾ / Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | **Shop deals before they're gone**

**Sports & Outdoors** | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

🔶 **See Automotive holiday deals** Shop now ›

Automotive › Motorcycle & Powersports › Parts › Exhaust › Headers & Mid-Pipes



Roll over image to zoom in

## HKIASQ Motorcycle Exhaust Muffler Middle Connecting Pipe for KTM 200 250 Duke 390 from 17-18

Brand: HKIASQ

Price: **$84.83** & FREE Shipping

Get $50 off instantly: Pay $34.83 $84.83 upon approval for the Amazon Rewards Visa Card. No annual fee.

- 100% New. Connect the center section to the exhaust pipe and install it to the motorcycle. No reconditioning operation is required.
- Center section inserts directly into the exhaust pipe and a spring is provided for a more secure mounting
- product does not have an exhaust pipe. If you need an exhaust pipe, please buy it separately.
- Cool and stylish design of this motorcycle exhaust pipe makes your motorcycle more attractive and improves the overall structure of the motorcycle
- If you have any questions during use, please send us an email. We will try our best to help you solve the problem

**$84.83**
& FREE Shipping

Arrives: **Nov 12 - Dec 4**

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Lv Liang Shi Li Shi Qu...
Sold by ... Lv Liang Shi Li Shi Qu...

Details

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 𝕏 📌

Have one to sell?

[ Sell on Amazon ]

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $34.83 instead of $84.83!** Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

[ 🔍 Type your question or keyword ]

## Product description

Product name: middle section
Material: stainless steel
Function: middle section of motorcycle exhaust pipe
Total length: 235mm
Height: 59mm
Interface diameter: 51mm
Weight: 0.5kg
Packing: pearl cotton + carton

## Product details

**Date First Available :** August 7, 2020

**Manufacturer :** HKIASQ

**ASIN :** B08FDZVKZ9

### Related video shorts (0)  Upload your video

▭ Be the first video

Your name here

## Customer questions & answers

[ 🔍 Have a question? Search for answers ]

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## Best sellers in Kindle eBooks

Page 1 of 8

      

**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★½ 568
Kindle Edition
$14.99

**Mexican Gothic**
› Silvia Moreno-Garcia
★★★★☆ 3,186
Kindle Edition
$12.99

**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
★★★★½ 16,733
Kindle Edition
$4.99

**The Book of Lost Friends: A Novel**
› Lisa Wingate
★★★★½ 3,137
Kindle Edition
$13.99

**The Bridges at Toko-Ri: A Novel**
› James A. Michener
★★★★½ 146
Kindle Edition
$1.99

## Deals in magazine subscriptions

Page 1 of 9

      

**Martha Stewart Living**
★★★★☆ 35
Print Magazine
$3.00

**Real Simple**
★★★★☆ 28
Print Magazine
$5.00

**GQ**
★★★★☆ 900
Print Magazine
$20.00

**Highlights for Children**
★★★★½ 2,012
Print Magazine
$34.99

**ELLE DECOR**
★★★☆☆ 14
Print Magazine
$5.00

**Your Browsing History** View or edit your browsing history ›

Page 1 of 2

       

See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime



10/20/2020

| ☰ | **amazon** | Lv Liang Shi Li Shi Qu Li Jie Zong He Jing Xiao Bu ▾ | KTM | 🔍 | 🇺🇸 ▾ | Hello, Sign in **Account & Lists** ▾ Account ▾ | Returns **& Orders** | Try Prime ▾ | 🛒 0 Cart |

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

4 results for **Lv Liang Shi Li Shi Qu Li Jie Zong He Jing Xiao Bu** : "KTM"

Sort by: Featured ▾

**Brand**
HKIASQ

Price and other details may vary based on size and color



HKIASQ Motorcycle LED Taillight and Rear Fender for KTM SX 250 XR 400 XR 650 WR250F WR450F CRF250X CRF450X CRF

$38⁴⁹

FREE Shipping



HKIASQ Motorcycle Exhaust Muffler Middle Connecting Pipe for KTM 200 250 Duke 390 from 17-18

$84⁸³

FREE Shipping




HKIASQ Exhaust Pipe - Motorcycle Exhaust Middle Pipe Connector for KTM Duke 690

$218⁴⁸

FREE Shipping




Motorcycle Exhaust, Muffler Pipe Tail Refit, for Moto, Exhaust Pot for Yamaha, Honda, KTM, Kawasaki, Ducati,51MM

$91²²

FREE Shipping

## Need help?

Visit the help section or contact us

---

**Best sellers in Kindle eBooks**

Page 1 of 8

< 
A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★½ 568
Kindle Edition
$14.99


Mexican Gothic
› Silvia Moreno-Garcia
★★★★½ 3,186
Kindle Edition
$12.99


If You Tell: A True Story of Murder, Family...
› Gregg Olsen
★★★★½ 16,733
Kindle Edition
$4.99


The Book of Lost Friends: A Novel
› Lisa Wingate
★★★★½ 3,137
Kindle Edition
$13.99


The Bridges at Toko-Ri: A Novel
› James A. Michener
★★★★½ 146
Kindle Edition
$1.99 >

**Deals in magazine subscriptions**

Page 1 of 9

https://www.amazon.com/s?k=KTM&me=AOJDE1FMNWFU9&ref=nb_sb_noss

≡ amazon | All ▾ [ ] 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping | Shop today's epic deals now

# Lv Liang Shi Li Shi Qu Li Jie Zong He Jing Xiao Bu

Lv Liang Shi Li Shi Qu Li Jie Zong He Jing Xiao Bu storefront
Just launched | No feedback yet
Lv Liang Shi Li Shi Qu Li Jie Zong He Jing Xiao Bu is committed to providing each customer with the highest standard of customer service.

Have a question for Lv Liang Shi Li Shi Qu Li Jie Zong He Jing Xiao Bu?
[ Ask a question ]

## Detailed Seller Information

**Business Name:** Lv Liang Shi Li Shi Qu Li Jie Zong He Jing Xiao Bu
**Business Address:**
Li Shi Qu Bin He Nan Lu 193 Hao
Li Shi Qu
Shan Xi
033099
CN

**Returns & Refunds**  Shipping  Policies  Help  Products

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact Lv Liang Shi Li Shi Qu Li Jie Zong He Jing Xiao Bu to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback  •  Tell us what you think about this page

---

## Best sellers in Kindle eBooks
Page 1 of 8

   

     

A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★½ 568
Kindle Edition
$14.99

Mexican Gothic
› Silvia Moreno-Garcia
★★★★½ 3,186
Kindle Edition
$12.99

If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
★★★★½ 16,733
Kindle Edition
$4.99

The Book of Lost Friends: A Novel
› Lisa Wingate
★★★★½ 3,137
Kindle Edition
$13.99

The Bridges at Toko-Ri: A Novel
› James A. Michener
★★★★½ 146
Kindle Edition
$1.99

## Deals in magazine subscriptions
Page 1 of 9

      

National Geographic Kids
★★★★½ 6,336
Print Magazine
$30.00

Real Simple
★★★★ 28
Print Magazine
$5.00

Bicycling
★★★★½ 6
Print Magazine
$20.00

Reader's Digest
★★★★½ 57
Print Magazine
$5.00

Taste of Home
★★★★½ 49
Print Magazine
$5.00

### Your Browsing History  View or edit your browsing history ›
Page 1 of 3

      

See personalized recommendations
[ Sign in ]
New customer? Start here.

---

Back to top

 


SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from Lv Liang Shi Li Shi Qu Li Jie Zong He Jing Xiao Bu**  (Learn more)

Shipping to: ███, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **HKIASQ Motorcycle Exhaust Muffler Middle Connecting Pipe for KTM 200 250 Duke 390 from 17-18**
  $84.83 - Quantity: 1
  Sold by: Lv Liang Shi Li Shi Qu Li Jie Zong He Jing Xiao Bu

Change quantities or delete

**Choose a delivery option:**

○ **Thursday, Nov. 12 - Friday, Dec. 4**
FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Shipping address** Change
███████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ████████████
Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

Enter Code    Apply

### Order Summary
| | |
|---|---|
| Items: | $84.83 |
| Shipping & handling: | $0.00 |
| Total before tax: | $84.83 |
| Estimated tax to be collected:* | $5.30 |
| **Order total:** | **$90.13** |

How are shipping costs calculated?

prime ██████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 12, 2020 - Dec. 4, 2020**



**HKIASQ Motorcycle Exhaust Muffler Middle Connecting Pipe for KTM 200 250 Duke 390 from 17-18**
$84.83
Quantity: 1 Change
Sold by: Lv Liang Shi Li Shi Qu Li Jie Zong He Jing Xiao Bu
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Thursday, Nov. 12 - Friday, Dec. 4**
FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

≡ amazon    KTM    🔍    Hello, Sign in    Returns    Try Prime ▾    🛒 0 Cart
         All ▾                          Account & Lists ▾   & Orders
                                        Account ▾

📍 Deliver to    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping        Shop deals before they are gone
Bensenville 60106

◆ See Automotive holiday deals   Shop now ▸

‹ Back to results







Roll over image to zoom in

**HKIASQ Motorcycle LED Taillight and Rear Fender for KTM SX 250 XR 400 XR 650 WR250F WR450F CRF250X CRF450X CRF**

Brand: HKIASQ

Price: **$38.49** & FREE Shipping

Get $50 off instantly: Pay $0.00 ~~$38.49~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **C**

| ~~$38.49~~ | ~~$38.49~~ | $38.49 |

- Light & universal LED taillight mounting under the rear fender of virtually any terrain motorcycle
- Multifunction Integrated with taillight and license plate holder. Yellow wire for running light; red wire for brake light; black wire to the ground
- Three fixing points with central hole for easy cleaning. A small plate holder for off-road bicycles with brake light LED. Very low energy consumption, so that the engine power is not reduced
- Waterproof electronic board with stabilized circuit and for damping sudden voltage Skipped; operating range of 12 volts
- Universal fit most motorcycle models, dirt bike, or any Custom. It is not designed specifically for each bike. Some minor changes may be required during installation.

**$38.49**
& FREE Shipping
Arrives: Nov 12 - Dec 4

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ... Lv Liang Shi Li Shi Qu...
Sold by ... Lv Liang Shi Li Shi Qu...

Details

◉ Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 𝕏 📌

Have one to sell?
[ Sell on Amazon ]

---

**Sponsored products related to this item**

Page 1 of 13









‹  Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... ⭐⭐⭐⭐ 43  $21.99 ✓prime  |  Front and Rear RipTide Brake Rotors and Brake Pads 1998, 2000-2002 fits KTM 400 SX  $110.95  |  1994 1995 fits KTM 125 SX Front and Rear Brake Pads Severe Duty  $31.95  |  1991 1992 1993 1994 1995 1996 1997 fits KTM 250 SX 250 52 Tooth Rear Sprocket  $28.95  |  2008 fits KTM 144 SX 144 14 Tooth Front and 48 Tooth Rear Sprocket  $39.95  |  KTM 250 SX XC Cylinder and Piston Complete 2019-2020 OEM: 55530038000  $1,097.70  |  2004 fits KTM 300 M Race-Driven Rear Rig Brake Rotor Disc for Motorcross  $43.95  ›

Ad feedback ☐

---

**Special offers and product promotions**

- **Amazon Business**: For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $38.49!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product description

Product features: new material: high-quality ABS plastic
Shade color: red, transparent, smoky
Plastic board color: black
Installation location: rear
Applicable models:for KTM XR250 XR400 XR650 WR250F WR450F CRF250X CRF450X CRF
Working voltage: 12V
Product features: strong stability, imported high-brightness LED light source, greatly reducing the chance of failure

---

## Product details

Color: **C**

Date First Available : August 15, 2020



‹ Back to results

## HKIASQ Exhaust Pipe - Motorcycle Exhaust Middle Pipe Connector for KTM Duke 690

Brand: HKIASQ

Price: **$218.48** & FREE Shipping

Get $50 off instantly: Pay $168.48 upon approval for the Amazon Rewards Visa Card.

- Suitable for KTM DUKE 690.
- When the engine becomes more powerful, the exhaust system can run smoothly.
- It is made of high-quality stainless steel and has a solid shape and structure.
- Improve motorcycle exhaust performance and exhaust system.
- Improve the appearance of motorcycles and perfect your car.

Roll over image to zoom in



**$218.48**
& FREE Shipping
Arrives: Nov 12 - Dec 4

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... Lv Liang Shi Li Shi Qu...
Sold by ... Lv Liang Shi Li Shi Qu...

Details

📍 Deliver to Bensenville 60106

Add to List



Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Sponsored products related to this item

Page 1 of 17



Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime



KTM/FMF Exhaust Fatty Pipe 65 SX 2012 2013 OEM: SXS11065500
$239.99

2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross
$43.95



08-09 fits KTM 505 XC-F Race-Driven 50 Tooth Rear Sprocket for MX Motorcross Dirtbike
$28.95



Brake Rotors for fits KTM 520 EXC 2001 2002 Front & Rear RipTide Brake Discs
$83.95

Ad feedback 💬

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $168.48 instead of $218.48!** Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

NAME: EXHAUST PIPE
WEIGHT/UNITE: 0.42KG/SET
PACKING SIZE: 44.5*11.7*5.5 ( CM )
MATERIAL: Titanium alloy

Feature

1. This attention to detail and quality of the design processes produce measurable improvements in terms of performance and reliability.
2. The exhaust system is designed for pilots who do not want to make major changes to their exhaust system.

note:
1. We provide sharp images, measurements whenever possible. Please check as much as possible to make sure the item is what you need.
2. Please allow 0.5-1 inch difference due to manual measurement. (1 inch = 2.54 cm)
3. there are no instructions included in the kit. Professional installation is highly recommended!
4. Please Compare The Bike With Your Original Before Buying!

10/20/2020     Amazon.com: FGBV Chongxiang Durable Stylish Long Foldable Design Brake Clutch Levers for K.T.M 690 Duke R (2014-2017) Easy to Install chongxiang: Home & Kitchen



Automotive > Motorcycle & Powersports > Parts > Controls > Levers > Brake





Click image to open expanded view

### FGBV Chongxiang Durable Stylish Long Foldable Design Brake Clutch Levers for K.T.M 690 Duke R (2014-2017) Easy to Install chongxiang

Brand: FGBV

Price: **$83.20** & FREE Shipping

Get $50 off instantly: Pay $33.20 $83.20 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ⌄

- Our accessories are made of high-quality materials, soft and durable. They can improve the appearance of motorcycles and are very suitable for decoration. They are easy to install and can directly replace the original handle without changing accessories.
- The brake clutch lever for K.T.M 690 Duke R (2014-2017)
- Note: Please read the item "title" or "product description" carefully to make sure that this model type and model year is compatible with your motorbike model before otherwise the brake lever is not suitable
- levers are made of 6061-T6 aluminum, anodized, the lacquer layers are twice as thick as others, the colors are durable, long-lasting and not easy to fade
- Lever length: Long version, 16.7 cm. Fully 6 Foldable Design positions, easy installation and assembly

**$83.20**
& FREE Shipping

Arrives: Nov 12 - Dec 4

**In stock.**
Usually ships within 3 to 4 days.

Qty: 1

[Add to Cart]

[Buy Now]

🔒 Secure transaction

Ships from ... ManMiaoshangmao
Sold by ... ManMiaoshangmao

Deliver to Bensenville 60106

[Add to List]
[Add to Wedding Registry]

Share ✉ f 𝕏 ⓟ

Have one to sell?
[Sell on Amazon]

## Related products from Our Brands





Page 1 of 2









Amazon Brand – Rivet Rustic Stoneware Indoor Outdoor Flower Plant Home Decor Tall Cylinder Vase, 11"H, Silver
★★★★☆ 2009
$33.99

Amazon Brand – Rivet Geometric Ceramic Planter, 6.5"H, White and Grey
★★★★★ 931
$35.73

Amazon Brand – Rivet Cone-Shaped Wall Mount Vase, 7.5"H, Modern Earthenware, White
★★★★☆ 620
$13.49

Amazon Brand – Rivet Modern Hand-Woven Stripe Fringe Throw Blanket, 50" x 60", Navy Blue and White with Sienna Orange
★★★★☆ 568
$52.76

Amazon Brand – Rivet Westline Modern Indoor Outdoor Hand Painted Stoneware Home Decor Flower Pot, 8"H, Red White Blue Black
★★★★☆ 320
$41.20

Amazon Brand – Rivet Modern Geometric Stoneware Home Decor Flower Vase - 6.9 Inch, White
★★★★★ 307
$25.65

Amazon Brand – Rivet Percale 100% Organic Cotton Bed Sheet Set, Easy Care, Full, Vapc
★★★★☆ 291
$60.49

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $33.20 instead of $83.20!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. **Apply now**

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

<span style="color:#c45500">**Product description**</span>

Thank you, before placing an order, please carefully check whether the accessories you want to buy are in line with the model and part of your locomotive. A clear after-sales guarantee-we value your customer experience, and the most important thing is your product experience. We are fully committed to making you completely satisfied, we provide you and all Amazon customers with better products and services.
The look of the fashion design, excellent technology is more suitable for your vehicle.
Confirm that this product is suitable for your motorcycle before the purchase, thanks.
These levers are compatible with the following bikes:
K.T.M 690 Duke (2018-2019)
Specification:
1)High quality T6061-T6 aluminum CNC finish
2)Package including brake lever and clutch lever
3) Fully 6 positions Foldable Design
4) Lever length: 16.7 cm
5) and no change is required, no installation instructions included.
Feature:
-Anti-rust and wear resistance
-A better handling than your original levers for a more comfortable use
-Improves the sensitivity of your brake and driving safety
Note:
-Please ensure this part for your model before purchase
-Please be free to contact us if you have any questions.We will try our best to solve your problem to ensure your best shopping experience
We continually strive for the purpose of offering cheap top quality products and excellent service to the customers.
Note:
All pictures are professionally colored, but due to the different ambient light and different display device settings, there may be some deviations between the pictures you see and the items themselves. Please understand.

---

<span style="color:#c45500">**Product information**</span>

| | |
|---|---|
| Item Weight | 0.035 ounces |
| Manufacturer | chongxiangshangmao |
| ASIN | B08L9C8631 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please <span style="color:#007185">click here</span>

**Feedback**

Would you like to <span style="color:#007185">tell us about a lower price?</span> ⌄

<span style="color:#c45500">**Related video shorts (0)**</span>　<span style="color:#007185">Upload your video</span>



**Be the first video**
Your name here

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

---

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

<span style="color:#007185">⌄ How are ratings calculated?</span>

---

### Review this product

Share your thoughts with other customers

| Write a customer review |
|---|

---

## Best sellers in Kindle eBooks





**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐⭐⭐⭐½ 559
Kindle Edition
$14.99



**Mexican Gothic**
› Silvia Moreno-Garcia
⭐⭐⭐⭐½ 3,186
Kindle Edition
$12.99



**The Book of Lost Friends: A Novel**
› Lisa Wingate
⭐⭐⭐⭐½ 3,137
Kindle Edition
$13.99



**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
⭐⭐⭐⭐½ 16,729
Kindle Edition
$4.99



**The Key to Rebecca**
› Ken Follett
⭐⭐⭐⭐½ 1,652
Kindle Edition
$1.99



## Deals in magazine subscriptions



**National Geographic Kids**
⭐⭐⭐⭐½ 6,337
Print Magazine
$30.00



**Cricket**
⭐⭐⭐⭐½ 137
Print Magazine
$29.95



**Boating**
⭐⭐⭐⭐½ 243
Print Magazine
$12.00



**Country Living**
⭐⭐⭐⭐ 24
Print Magazine
$7.50



**Reader's Digest**
⭐⭐⭐⭐½ 56
Print Magazine
$5.00



**Your Browsing History**　View or edit your browsing history ›

See personalized recommendations

       

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 English  United States

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |
| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | | | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |



≡ amazon

ManMiaoshangmao ▾ | K.T.M | 🔍

🇺🇸

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

2 results for **ManMiaoshangmao** : "**K.T.M**"

Sort by: Featured ▾



FGBV Durable Stylish Long Foldable Design Brake Clutch Levers for K.T.M 640 supermotard (2001) Easy to Install chongxiang

$83.20

FREE Shipping



FGBV Chongxiang Durable Stylish Long Foldable Design Brake Clutch Levers for K.T.M 690 Duke R (2014-2017) Easy to Install chongxiang

$83.20

FREE Shipping

## Need help?

Visit the help section or contact us



### Best sellers in Kindle eBooks

Page 1 of 8

‹



A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★☆ 559
Kindle Edition
$14.99



Mexican Gothic
› Silvia Moreno-Garcia
★★★★☆ 3,186
Kindle Edition
$12.99



The Book of Lost Friends: A Novel
› Lisa Wingate
★★★★☆ 3,137
Kindle Edition
$13.99



If You Tell: A True Story of Murder, Family...
› Gregg Olsen
★★★★☆ 16,729
Kindle Edition
$4.99



The Key to Rebecca
› Ken Follett
★★★★☆ 1,652
Kindle Edition
$1.99

 ›

### Deals in magazine subscriptions

Page 1 of 9

‹ 



Bon Appetit
★★★★☆ 11
Print Magazine
$5.00



Better Homes and Gardens
★★★★☆ 35
Print Magazine
$3.00



National Geographic Kids
★★★★☆ 6,337
Print Magazine
$30.00



Stereophile
★★★★☆ 166
Print Magazine
$5.00



American Farmhouse Style
★★★★☆ 93
Print Magazine
$29.95

 ›

### Your Browsing History

View or edit your browsing history

Page 1 of 2

See personalized recommendations

Sign in

New customer? Start here.

‹ 

       ›



Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You



# ManMiaoshangmao

ManMiaoshangmao storefront
Just launched · No feedback yet

ManMiaoshangmao is committed to providing each customer with the highest standard of customer service.

Have a question for ManMiaoshangmao?



## Detailed Seller Information

**Business Name:** zhengzhoumanmiaoshangmaoyouxiangongsi
**Business Address:**
songyangjiedaochonggaolu
huixianzhuang2xiang15hao
zhengzhoushidengfengshi
henansheng
450000
CN

| Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact ManMiaoshangmao to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt....Read more

Leave seller feedback | Tell us what you think about this page

## Best sellers in Kindle eBooks

Page 1 of 8





A Time for Mercy (Jake Brigance Book 3)
› John Grisham
⭐ 559
Kindle Edition
$14.99



Mexican Gothic
› Silvia Moreno-Garcia
⭐ 3,186
Kindle Edition
$12.99

The Book of Lost Friends: A Novel
› Lisa Wingate
⭐ 3,137
Kindle Edition
$13.99



If You Tell: A True Story of Murder, Family Secrets,…
› Gregg Olsen
⭐ 16,729
Kindle Edition
$4.99



The Key to Rebecca
› Ken Follett
⭐ 1,652
Kindle Edition
$1.99

## Deals in magazine subscriptions

Page 1 of 9



Bon Appetit
⭐ 11
Print Magazine
$5.00



Better Homes and Gardens
⭐ 35
Print Magazine
$3.00



National Geographic Kids
⭐ 6,337
Print Magazine
$30.00



Stereophile
⭐ 166
Print Magazine
$5.00



American Farmhouse Style
⭐ 93
Print Magazine
$29.95



### Your Browsing History  View or edit your browsing history ›

Page 1 of 3

     

See personalized recommendations

Sign in

New customer? Start here.



Back to top



SIGN IN · SHIPPING & PAYMENT · GIFT OPTIONS · PLACE ORDER

## Choose your shipping options

<div>Continue</div>

### Shipment 1 of 1

**Shipping from ManMiaoshangmao**  (Learn more)

Shipping to: ▋, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **FGBV Chongxiang Durable Stylish Long Foldable Design Brake Clutch Levers for K.T.M 690 Duke R (2014-2017) Easy to Install chongxiang**
  $83.20 - Quantity: 1
  Sold by: ManMiaoshangmao

Change quantities or delete

**Choose a delivery option:**

○ **Thursday, Nov. 12 - Friday, Dec. 4**
FREE Shipping

<div>Continue</div>

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

(i) Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



| | |
|---|---|
| **Shipping address** Change | |
| 1001 FOSTER AVE | |
| BENSENVILLE, IL 60106-1445 | |
| United States | |
| Phone: ███████ | |

**Payment method** Change
VISA ending in ███

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code] [Apply]

Add delivery instructions

prime ███████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 12, 2020 - Dec. 4, 2020**

FGBV Chongxiang Durable Stylish Long Foldable Design Brake Clutch Levers for K.T.M 690 Duke R (2014-2017) Easy to Install chongxiang
**$83.20**
**Quantity: 1** Change
Sold by: ManMiaoshangmao
🎁 Gift options not available.

Choose a delivery option:
◉ **Thursday, Nov. 12 - Friday, Dec. 4**
   FREE Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
| | |
|---|---|
| Items: | $83.20 |
| Shipping & handling: | $0.00 |
| Total before tax: | $83.20 |
| Estimated tax to be collected:* | $5.20 |
| **Order total:** | **$88.40** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06677 Document 14 Filed 11/10/20 Page 81 of 465 PageID #: 786



‹ Back to results





Click image to open expanded view

FGBV Durable Stylish Long Foldable Design Brake Clutch Levers for K.T.M 640 supermotard (2001) Easy to Install chongxiang

Brand: FGBV

Price: **$83.20** & FREE Shipping

Get $50 off instantly: Pay $33.20 $83.20 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ⌄

- The brake clutch lever for K.T.M 640 supermotard (2001)
- Note: Please read the item "title" or "product descripiton" carefully to make sure that this model type and model year is compatible with your motorbike model before otherwise the brake lever is not suitable
- levers are made of 6061-T6 aluminum, anodized, the lacquer layers are twice as thick as others, the colors are durable, long-lasting and not easy to fade
- Lever length: Long version, 16.7 cm. Fully 6 Foldable Design positions, easy installation and perfect assembly
- If you have any question, please do not hesitate to contact us or tell us your motorcycle model + year of manufacture, we will find the right clutch lever for you.

**$83.20**
& FREE Shipping
Arrives: Nov 12 - Dec 4

**In stock.**
Usually ships within 3 to 4 days.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... ManMiaoshangmao
Sold by ... ManMiaoshangmao

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

## Related products from Our Brands



Stone & Beam
Exclusively on Amazon

Page 1 of 3















Amazon Brand – Stone & Beam Rustic Plaid Flannel Pillowcase Set, Standard, Ivory and Cream
★★★★★ 1289
$23.08

Amazon Brand – Stone & Beam Rustic Plaid Flannel Duvet Cover Set, King, Black and White
★★★★½ 656
$91.67

Amazon Brand – Stone & Beam Rustic Solid 100% Cotton Flannel Bed Sheet Set, Twin, Toast
★★★★½ 623
$51.49

Amazon Brand – Stone & Beam Modern Ceramic Floral Embossed Decorative Planter Flower Pot, 7.4"H, Blue
★★★★½ 521
$44.65

Amazon Brand – Stone & Beam Mid-Century Patterned Planter, 10.53"H, Coral Pink
★★★★½ 465
$54.35

Amazon Brand – Stone & Beam Classic Egyptian Cotton Bathroom Towel Set, Set of 3, Rose
★★★★½ 438
$32.11

Amazon Brand – Sto Beam Modern Roun Iron Hanging Wall With Shelf, 30 Inch Height, Dark Bronze
★★★★½ 414
$98.84

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $33.20 instead of $83.20!** Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards** Visa Card. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword



Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake



Roll over image to zoom in

**Motorcycle Clutch Brake Lever CNC Pivot For KTM 125SXS 04-08 200XC-W 06-08 450EXC 06-07 450 540 SXS 04-06 450 525 XC-W 07 450 505 XC-F 505SX-F 08 250SX 300 EXC MXC 450 525 MXC-G 05 - Red**




Brand: SXMOTO

Price: **$20.99** + $5.00 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

Color: **Red**

| | | |
|---|---|---|
| $20.99 | $20.99 | $20.99 |
| $20.99 | $20.99 | |

- Fit: KTM 125SX 05-08 ; 125SXS 04-08 ; 144SX , 450SX-F 07-08 ; 200/525EXC 05-07 ; 200XC-W 06-08 ; 250EXC/SX-F , 400EXC-G , 450/525/EXC-G/SX 05-06 ; 250SX , 300EXC/MXC , 450/525MXC-G 05 ; 450EXC 06-07 ; 450/540SXS 04-06 ; 450/525XC-W 07 ; 450/505XC-F , 505SX-F 08
- Material: CNC 6061-T6 Aluminum
- Lever to fold outward to prevent breakage in the event of a crash.
- Direct replacement for stock levers,no modification.
- Package Include: 1 Pcs * Brake Lever And 1 Pcs * Clutch Lever

› See more product details

⚑ Report incorrect product information.

$20.99
+ $5.00 shipping

Arrives: **Nov 12 - Dec 4**
Fastest delivery: **Oct 27 - 30**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... MARY LET'S SING
Sold by ... MARY LET'S SING

⚲ Deliver to ▮▮▮▮▮ - Bensenville 60106

**Add to List**

Share ✉ 📘 🐦 📌

Have one to sell?

**Sell on Amazon**



## You might also like

Sponsored ⓘ

Page 1 of 3









| JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW... ★★★★☆ 65 $23.99 | CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC... ★★★☆☆ 18 $20.99 ✓prime | fits KTM 04-07 450 EXC / 08-13 450 XC-R / 07-13 450 XC-F 52 Tooth Rear Sprocket $28.95 | fits KTM 04-07 450 EXC / 08-13 450 EXC-R / 07-13 450 XC-F 50 Tooth Rear Sprocket $28.95 | fits KTM 04-07 450 EXC / 08-13 450 EXC-R / 07-13 450 XC-F 48 Tooth Rear Sprocket $28.95 | Motorcycle 2017 Universal Plastic Headlight Headlamp Frontlight For KTM... ★★★★☆ 34 $19.99 ✓prime | fits KTM 2003-07 525 EXC / 2003-06 525 S 14 Tooth Front And Tooth Rear Sprocket $39.95 |
|---|---|---|---|---|---|---|

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $20.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. Apply now**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:Red

### Technical Details

| | |
|---|---|
| Manufacturer | SXMOTO |
| Brand | SXMOTO |

### Additional Information

| | |
|---|---|
| ASIN | B07PTPT3BG |
| Best Sellers Rank | #2,790,613 in Automotive (See Top 100 in Automotive) |

| Item Weight | 4.9 ounces | | | #4,977 in Powersports Brake Levers |
| Is Discontinued By Manufacturer | No | | Date First Available | March 18, 2019 |
| Manufacturer Part Number | K13110111 | | | |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

Page 1 of 3

### Videos for related products

    

0:29

Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever

GOOFIT

0:30

Universal 7/8" CNC Motorcycle Hydraulic Front Brake Master…

Feiteplus

0:28

7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir…

Feiteplus

0:29

Clutch Brake Lever for 110cc 125cc 140cc TTR 125cc SSR

HIAORS

WOOSTAR- Ho Brake Bump Le

WOOSTAR DIRE

Upload your video

## Product description

Color:Red

**Features:**
-100% Brand New, Never Mounted, High Quality
-Lever to fold outward to prevent breakage in the event of a crash.
-The Levers Are Made Of Durable Aluminum For Extreme Strength
-Automatic lever position restoration provides quick recovery from the crash.
-Ultra precision machine cut for super light weight construction,high precision and quality.
-Made of durable aluminum for extreme strength.
-Direct replacement for stock levers. No modification!
-Perfect anodize surface treatment
-Very Smooth Movement
-Hard anodized finish
-Easy To Install

Specification:
-Color Options: Orange/Red/Blue/Gold/Black
-Material:CNC Billet T6-6061 Aluminum

Fitment:
KTM
125 SX 05-08
125 SXS 04-08
144 SX 07-08
200 EXC 05-07
200 XC-W 06-08
250 EXC 05-06
250 SX 05
250 SX-F 05-06
300 EXC/MXC 05
400 EXC-G 05-06
450 EXC 06-07
450 EXC-G 05-06
450 MXC-G 05
450 SX 05-06
450 SXS 04-06
450 SX-F 07-08
450 XC-W 07
450 XC-F 08
505 SX-F 08
505 XC-F 08
525 EXC 05-07
525 EXC-G 05-06
525 MXC-G 05
525 SX 05-06
525 XC-W 07
540 SXS 04-06
-Notice: Make sure you can find your bike model and year in application please.
-You will receive exactly same as pictures.

Package Includes:
1 * Brake Lever And 1 * Clutch Lever As Pictures
Installation Instruction NOT Included

## You might also like

Sponsored ⓘ




JFG RACING CNC
Foldable Brake Clutch
Levers For 350 450 SX
SXR SXF XCF XCFW…
★★★★☆ 65
$23.99

CNC Billet Pivot Brake
Clutch Levers For KTM
250 300 350 450 500 SX
SXF EXC EXCF XC…
★★★☆☆ 18
$20.99 ✓prime

Motorcycle Swingarm
Guard Swing Arm
Protector For TC125
TC250 FC250 FC350…
★★★★☆ 43
$21.99 ✓prime

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

## Inspired by your browsing history

Page 1 of 9









KontrolFreek FPS Freek
Galaxy Purple for…
KontrolFreek
★★★★½ 7,184
PlayStation 4
$14.99

KontrolFreek Precision
Rings | Aim Assist Motion
Control for PlayStation…
KontrolFreek
★★★☆☆ 1,001
$11.99

KontrolFreek FPS Freek
Inferno for Xbox One…
KontrolFreek
★★★★½ 3,020
Xbox One
$14.99

KontrolFreek FPS Freek
Galaxy White for Xbox…
KontrolFreek
★★★★½ 910
Xbox One
45 offers from $22.70

Bionik Quickshot -
Trigger Stop Lock
System for Playstation
DualShock 4 Wireless…
★★★☆☆ 500
$12.38

## Popular products inspired by this item

Page 1 of 6








Motorcycle Hydraulic
Clutch Brake Lever for
Honda KTM Vespa
Kawasaki Triumph
Benelli Suzuki Yamaha…
$77.89

MZS Pivot Levers Brake
Clutch CNC Compatible
with OEM CR125R
CR250R 2004-2007…
★★★★½ 74
$38.88

JFG RACING Billet Pivot
Foldable Clutch Brake
Lever For For Honda
CRF230F 03-09 Dirt…
★★★★½ 45
$23.99

MZS Pivot Levers Clutch
Brake CNC Red
Compatible with Honda
CR80R CR85R 1998…
★★★★☆ 79
$38.88

Brand New Clutch Brake
Lever S Suzuki SV650
SV650N 1999 2000
Black and Red
★★★★½ 29
$21.13

Your Browsing History    View or edit your browsing history  ›    Page 1 of 2











Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 English  United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



# MARY LET'S SING

MARY LET'S SING storefront

★★★★☆ | 78% positive in the last 12 months (202 ratings)

**About our company and team:** Established in 2010, Shuang Qi Xing Factory(**Brand: MARY LET'S SING**) is a professional manufacturer and exporter that is concerned with the design, development and production of kids bags,women bags......, All of our products are greatly appreciated in a variety of different markets throughout the world.Covering an area of 1500 square meters, we now have over 100 employees,we only provide high-quality product and service.

**Have a question for MARY LET'S SING?**

[ Ask a question ]

---

## Detailed Seller Information

**Business Name:** Jin hua shi shuang qi xing xiang bao chang
**Business Address:**
North of Xiaoshun Town, Jindong District
xiao shun zhen zhen bei
Jinhua
Zhejiang
321000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |

★★★★☆ *"Pain in the but to install worth the trubble look grate. "*
By ernesto jomarron on June 18, 2020.

*"Dear friend, Thanks for your purchase and support. We will update more quality products in the future and do our best to offer satisfied shopping experience.😊😊😊😊 "*
Read less
By MARY LET'S SING on June 19, 2020.

★☆☆☆☆ *"I keep getting a delivery date then when that date comes and goes they send me a new delivery date. I ordered from "Mary Let's Sing" on April 1 on April 2 the order was shipped to be here on May 26th, on May 27 I am notified it will be here on June 16th by 8 PM. It is after 8PM and no product they have had 76 days to deliver it and still nothing. I never received a tracking number from the seller. "*
Read less
By Amazon Customer on June 17, 2020.

★★★★★ *"Product arrived within the expected time and without problems. During the wait, the seller was contacted to obtain the "track id" of the order and responded clearly and quickly. Good seller "*
Read less
By Alejandro on June 15, 2020.

*"Dear friend, thank you for your purchase and support. We will update more quality products in the future and try our best to provide a satisfactory shopping experience. "*
Read less
By MARY LET'S SING on June 16, 2020.

★☆☆☆☆ *"do not order from them package late as hell "*
By roger c. on June 13, 2020.

*"Dear friend, The package is delivered to your mailbox today, and it's arrive to you on time. Can you remove the bad feedback? We will be forever grateful. Looking forward to your reply. "*
Read less
By MARY LET'S SING on July 2, 2020.

★☆☆☆☆ *"It takes too long to get my product. I order my product two weeks ago and haven't received it yet! Please check the the delivery date when you order from this guy. "*
Read less
By Alex on June 13, 2020.

*"Dear friend, The package is in your local post office now, do you still want it? Can you contact the local post office for pick up? The phone number is 1-800-275-8777. Can you remove the feedback? We will be forever grateful. Looking forward to your reply. "*
Read less
By MARY LET'S SING on July 4, 2020.

Previous   Next

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 77% | 78% | 82% |
| Neutral | 0% | 0% | 2% | 2% |
| Negative | 0% | 23% | 19% | 16% |
| Count | 3 | 22 | 202 | 261 |

Leave seller feedback | Tell us what you think about this page

---

**Inspired by your browsing history**     Page 1 of 9



**amazon** | MARY LET'S SING ▾ | ktm | 🔍 | 🇺🇸 | Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

☰ Deliver to Bensenville 60106 | Holiday Deals | Customer Service | [   ]'s Amazon.com | Prime Video | Best Sellers | Browsing History ▾ | Buy Again | Whole Foods | New Releases

1-16 of 241 results for **MARY LET'S SING** : **"ktm"**

Sort by: Featured ▾

**Brand**
SXMOTO
MARY LET'S SING



### Motorcycle Handguards Dirtbike Hand Guards Brush Guards For KTM 50 65 85 125 150 250 300 350 450 500 SX SX-F EXC-F SIX DAYS XC XCF XC-...
★★★☆☆ ▾ 15
orange
$15.99
Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by Amazon
Only 5 left in stock - order soon.

  



### Handlebar Risers 1 1/8" Bar Mount Clamp For KTM SX125 SX150 SX250 SXF250 SXF350 SXF450 XCF250 XCF350 XCF450 16-19 SXF 250 450...
★★★★★ ▾ 3
orange
$26.31
Get it as soon as **Wed, Oct 21**
FREE Shipping by Amazon
Only 6 left in stock - order soon.

 





### Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever For KTM EXC EXCF SX SXF XC XCF XCW XCFW 125-530 250 350 450 2004-2010 690 SMC 95...
★★★☆☆ ▾ 34
Orange
$8.99
$5.00 shipping
Also available in Blue



### 4 Pcs Motorcycle Oil Filter For KTM 250 300 350 400 450 505 530 EXC EXC-F SX-F XC-F XC-W XCF-W EXC-R SMR XC-WR XC-RW Freeride Six Days
★★★★☆ ▾ 10
For KTM
$12.99
Get it as soon as **Tue, Oct 20**
FREE Shipping on your first order shipped by Amazon
Only 8 left in stock - order soon.
Also available in For Husqvarna Husaberg



### Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W EXC EXC-F EXC-R SMR SXS SXS-F XCR-W 125 144 150...
★★★★☆ ▾ 13
Orange
$33.99
$5.00 shipping
Price may vary by color



### Motorcycle Rear Brake Master Cylinder For KTM 125-530 150 200 250 300 350 400 450 505 525 SX SX-F SMR SXS EXC EXC-G MXC XC XC-F XC-W...
★★★★☆ ▾
Rear Brake Master Cylinder
$23.99
$5.00 shipping
Price may vary by color





### Motorcycle Plastics Kit Body Work Fender Fairing ABS Plastic For KTM 125 150 200 250 300 350 450 SX SXF XC XCF XCW XCFW SX-F450 Factory...
★★★☆☆ ▾ 6





**Body Plastic**
$79⁹⁹
$5.00 shipping
Price may vary by color

  

---



Front WP 48mm Fork Knob Adjuster For KTM 125 150 200 250 300 350 400 450 505 525 530 SX SX-F EXC XC-W 690 Supermoto 2007-2010 690...
**Orange**
$7⁹⁹
$5.00 shipping
Also available in Blue



---



Motorcycle Ignition Kill Start Switch Engine Push Button Universal For 7/8" Handlebar KTM EXC EXCF XC XCF XCW XCFW SX SXF ATV Dirt Pit Bi...
★★★★☆ ⌄ 50
$12⁹⁹
Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by Amazon
Only 14 left in stock - order soon.

---



Foot Pegs Rest Pedal Footpegs For KTM 65 85 125 150 200 250 300 350 380 400 450 500 525 530-625 SX SX-F XC XC-F EXC EXC-F XC-W XCF-W...
★★★★☆ ⌄ 14
orange
$28⁹⁹
$5.00 shipping
Also available in blue



---



Motorcycle PWK 21MM Carburetor Carb For Honda Yamaha Suzuki Kawasaki KTM 50cc 65cc 75cc 80cc 100cc ATV Dirt Bike - Black
★★★★☆ ⌄ 29
$31⁹⁹
Get it as soon as **Wed, Oct 21**
FREE Shipping by Amazon
Only 5 left in stock - order soon.

---



Motorcycle Fork Carbon Fiber Wrap Boots Gator Guard Protector Front Shock Covers Gaiters For KTM Honda Yamaha Kawasaki Suzuki Dirt Bike -...
★★★★☆ ⌄ 21
**9.7 inch**
$28⁹⁹
$5.00 shipping
Price may vary by color

  

---



Water Pump + Engine Case Clutch Cover Guard Protector For KTM 250 SXF 350 XCF XCFW 13-15 250 EXCF XC-F XCF-W 14-15 350 SX-F 11-15 350...
★★★★☆ ⌄ 4
**Water Pump + Engine Clutch Cover**
$21⁹⁹
Get it as soon as **Tue, Oct 20**
FREE Shipping on your first order shipped by Amazon
Only 5 left in stock - order soon.
Price may vary by color

 

---



Dirt Bike Seat Cover Soft Gripper Striped Universal For KTM SX XC XCF EXC EXCF XC-W SX-F 85 125 150 200 250 300 350 450 Motorcycle Motocross...
★★★★☆ ⌄ 42
orange
$20⁹⁹





Get it as soon as **Tue, Oct 20**
FREE Shipping on your first order shipped by Amazon
Only 19 left in stock - order soon.



Motorcycle Highway Crash Bar Engine Bumper Guard Stunt Cage Frame Slider Protector For KTM DUKE 250 390 2017-2018 - Orange

**Orange**
$98.99
$5.00 shipping
Also available in Black



Motorcycle Clutch Brake Lever CNC Pivot For KTM 125SXS 04-08 200XC-W 06-08 450EXC 06-07 450 540 SXS 04-06 450 525 XC-W 07 450 505 XC-...

**Red**
$20.99
$5.00 shipping

   

← Previous  **1**  2  3  ...  16  Next →

## Need help?

Visit the help section or contact us

## Best sellers in Kindle eBooks
Page 1 of 8

    

Mexican Gothic — Silvia Moreno-Garcia ★★★★ 3,122 Kindle Edition $2.99

The Book of Lost Friends: A Novel — Lisa Wingate ★★★★ 3,099 Kindle Edition $2.99

The Key to Rebecca — Ken Follett ★★★★ 1,642 Kindle Edition $1.99

A Time for Mercy (Jake Brigance Book 3) — John Grisham ★★★★ 331 Kindle Edition $14.99

Pretty Things: A Novel — Janelle Brown ★★★★ 1,268 Kindle Edition $2.99

## Deals in magazine subscriptions
Page 1 of 9

    

Travel + Leisure ★★★★ 26 Print Magazine $3.00

Bon Appetit ★★★★ 11 Print Magazine $5.00

Harper's Bazaar ★★★★ 677 Print Magazine $5.00

Real Simple ★★★★ 28 Print Magazine $5.00

People Print Magazine $47.63

## Your Browsing History
View or edit your browsing history
Page 1 of 2

       

Back to top



**amazon**.com

SIGN IN   **SHIPPING & PAYMENT**   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

| Continue |
| --- |

---

## Shipment 1 of 1

### Shipping from MARY LET'S SING (Learn more)

Shipping to: ▮▮▮▮▮▮▮▮▮▮, 100 W ROOSEVELT AVE, BENSENVILLE, IL, 60106-4106 United States

- **Motorcycle Clutch Brake Lever CNC Pivot For KTM 125SXS 04-08 200XC-W 06-08 450EXC 06-07 450 540 SXS 04-06 450 525 XC-W 07 450 505 XC-F 505SX-F 08 250SX 300 EXC MXC 450 525 MXC-G 05 - Red**
  $20.99 - Quantity: 1
  Sold by: MARY LET'S SING

Change quantities or delete

### Choose a delivery option:

- ● **Thursday, Nov. 12 - Friday, Dec. 4**
  $5.00 - Shipping
- ○ **Tuesday, Oct. 27 - Friday, Oct. 30**
  $26.00 - Shipping

---

| Continue |
| --- |

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/19/2020



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS     PLACE ORDER

## Review your order

**Shipping address** Change

██████████
100 W ROOSEVELT AVE
BENSENVILLE, IL 60106-4106
United States
Phone: ████████

Add delivery instructions

**Payment method** Change

VISA ending in ████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code   Apply

**FREE TRIAL**

██████, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery:  Nov. 12, 2020 - Dec. 4, 2020**



Motorcycle Clutch Brake Lever CNC Pivot For KTM 125SXS 04-08 200XC-W 06-08 450EXC 06-07 450 540 SXS 04-06 450 525 XC-W 07 450 505 XC-F 505SX-F 08 250SX 300 EXC MXC 450 525 MXC-G 05 - Red
**$20.99**
Quantity: 1 Change
Sold by: MARY LET'S SING
🎁 Gift options not available.

**Choose a delivery option:**

○ **Thursday, Nov. 12 - Friday, Dec. 4**
$5.00 - Shipping

○ **Tuesday, Oct. 27 - Friday, Oct. 30**
$26.00 - Shipping

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:   $20.99
Shipping & handling:   $5.00

Total before tax:   $25.99
Estimated tax to be collected:*   $1.31

**Order total:**   **$27.30**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/19/2020        Amazon.com: Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W EXC EXC-F EXC-R SMR SXS SXS-F XCR-W 125 144 150 200 250 300 350 400 450 500...

Case 1:20-cv-06677 Document #: 1 Filed: 11/10/20 Page 92 of 465 PageID #:1797



‹ Back to results

# Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W EXC EXC-F EXC-R SMR SXS SXS-F XCR-W 125 144 150 200 250 300 350 400 450 500 505 530 - CNC Orange

**Brand: SXMOTO**

★★★★☆   13 ratings  |  12 answered questions

Price: **$33.99** + $5.00 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ˅

**Color: Orange**



- Fit: KTM SX125 , SX-F 250/450 07-15 ; SXS125  ·  SX144 , SXS-F250 07-08 ; SX150 09-15 ; XC150 10-14 ; XC200 , XC-F505 08-09 ; SMR450 08-09 · 11 ; XC-F 450 08-09 · 15 ; XC-W 200/250/300  ·  XCF-W250 , XC300 , 08-16 ; SX250 07-16 ; SXS250 07 ; XC250 08-14 ; XC-F250 08-15 ; SX-F/XC-F 350 11-16 ; EXC-F/XCF-W 350 , EXC/XC-W 500 12-16 ; XC-W400 09-10 ; SXS-F/XCR-W 450 , SX-F505 , EXC-R/XCR-W 530 08 ; EXC 450/530 , XC-W530 09-11 ; XC-W450 09-16(Fit: Husqvarna, please check description below)
- Material: Aluminum, CNC machined and hard anodised.
- The aluminum brake pedal uses an extremely tough forged aluminum arm with a CNC machined toe tip to make this brake pedal one of the strongest you can buy for your motorcycle.
- The CNC machined tip is spring-loaded and rotates to prevents damage from crashes and impacts.
- The CNC tip also features stainless steel cleats for maximum traction. Will be sold with laser logo.

› See more product details

⊘ Report incorrect product information.

**$33.99**
+ $5.00 shipping

Arrives: Nov 12 - Dec 4
Fastest delivery: Oct 27 - 30

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ˅

Add to Cart

Buy Now

🔒 Secure transaction

Ships from — MARY LET'S SING
Sold by — MARY LET'S SING

⊙ Deliver to — Bensenville 60160

Add to List

Share ✉ f ✉ t P

Have one to sell?
Sell on Amazon

---

## Frequently bought together



Total price: **$84.67**

Add all three to Cart

Add all three to List

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W EXC EXC-F EXC-R... $33.99
☑ JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW XCRW XCW EXCR EXC 14-16... $23.99
☑ JFGRACING Motorbike Offroad CNC Foot Pegs pedals Foot rests For 65-1290 SX SXF EXC EXCF XC XCF XCW... $26.69

---

## You might also like

Sponsored ⓘ                                                                           Page 1 of 40

      

| KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404 | Rear Brake Foot Pedal Lever - CNC Aluminum Motorcycle YAMAHA YZ450F YZF450 YZF... | NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004 | CNC Rear Foot Brake Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ... | KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 7961096511BEB | 2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross | Rear Brake Foot Ped Lever - CNC Alumin Motorcycle Yamaha YZ250F YZ 250F 25 |
| ★★★★★ 1 | ★★★★☆ 4 | ★★★★☆ 4 | | ★★★★★ 1 | | ★★★☆☆ 4 |
| $101.99 | $33.99 | $83.99 | $33.99 | $124.99 | $43.95 | $33.99 |

---

## Customers who viewed this item also viewed

Page 1 of 8

☰  **amazon**  |  All ▾  ktm
Deliver to Bensenville 60106    Holiday Deals    Customer Service    [  ]'s Amazon.com    Prime Video    Best Sellers    Browsing History ▾    Buy Again    Shop today's epic deals now

audible ◆  Now included: new podcasts, originals, and more    Start your free trial

‹ Back to results



**Handguards**

**4 COLOR OPTION**

Roll over image to zoom in

## Motorcycle Handguards Dirtbike Hand Guards Brush Guards For KTM 50 65 85 125 150 250 300 350 450 500 SX SX-F EXC-F SIX DAYS XC XCF XC-W TPI - Orange

Brand: SXMOTO
★★★☆☆ ~  15 ratings

Price: **$15.99** FREE Shipping on your first order. Details & FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color:** orange

| 🖤 $15.99 | 🔵 $15.99 | 🟠 **$15.99** |
|---|---|---|
| ⚪ $15.99 | | |

- Fit For KTM: 50/65/85/125/150/250 SX , 250 SX-F/EXC-F , 350 SX-F/EXC-F , 450 SX-F/EXC-F/EXC-F SIX DAYS , 500 EXC-F 17-20 ; 150 XC-W , 250 XC-F/XC-W , 350/450 XC-F 17-19 ; 250 XC 18-19 ; 300 XC/XC-W 17-18 ; 300 XC-W TPI 19
- Material: PP Plastic
- Good looking. Excellent product quality and identical to the original
- Protect your hands from brush, rocks, mud and cold wind. Protecting your motorcycle in the event of a crash.
- Package Include: 1 Pair Motorcycle Handguards

⌄ See more product details

Compare with similar items

New (2) from $15.99 & FREE Shipping on orders over $25.00

💬 Report incorrect product information.

**Consider this Amazon's Choice product that delivers quickly**

Amazon's Choice

JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off Road ATV Yamaha Kawasaki Suzuki For Honda Motocross Dirt Bike Enduro -Black
$19.99
★★★★☆ (716)

**$15.99**
FREE Shipping on your first order. Details & FREE Returns ⌄

Arrives: **Tuesday, Oct 27**
Fastest delivery: **Wednesday, Oct 21**
Order within 20 hrs and 27 mins
Details

**Only 5 left in stock - order soon.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Amazon
Sold by ...    MARY LET'S SING

☐ Add gift options

📍 Deliver to [  ] - Bensenville 60106

Add to List

---

New (2) from $15.99 & FREE Shipping on orders over $25.00    ›

---

Share ✉ f 🐦 P

Have one to sell?

Sell on Amazon

---

## Frequently bought together

 + 🎮

Total price: **$35.98**

Add both to Cart

Add both to List

ℹ One of these items ships sooner than the other. Show details

☑ This item: Motorcycle Handguards Dirtbike Hand Guards Brush Guards For KTM 50 65 85 125 150 250 300 350 450 500... **$15.99**
☑ KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version) $19.99

---

## Exclusive items from our brands

Page 1 of 2

‹

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| AmazonBasics Motorbike Powersports Racing Gloves - XX-Large, Green | AmazonBasics Soft Loop Motorcycle Tie Down Straps, Red, 4-Pack | AmazonBasics 15-Feet Ratchet Tie Downs, 500 Lbs Load Cap,1,500 Lbs Break Strength, Blue,... | CLEO Plastic Fender Fairing Body Work Kit Set - Plastic Body Fender Kit 7 piece for CRF50... | AmazonBasics Premium Waterproof Winter Plus Performance Gloves, Black, L | AmazonBasics Motorcycle Saddle Bags | AmazonBasics Enhanced Flex Grip Work Gloves Extra Large, Grey |
| ★★★★☆ 1,233 | ★★★★★ 55 | ★★★★☆ 68 | ★★★★☆ 72 | ★★★★☆ 121 | ★★★★☆ 56 | ★★★★☆ 665 |
| $11.99 | $11.77 | $56.96 | $29.99 | $19.42 | $78.24 Only 19 left in stock - orde... | $12.39 |

›



All ▼ | KTM

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Customer Service | Browsing History ▼ | Amazon.com | Prime Video | Best Sellers

Shop deals before they're gone

Now included: new podcasts, originals, and more

Automotive › Motorcycle & Powersports › Parts › Wheels & Tires › Wheels & Accessories › Rims



VIDEO

Roll over image to zoom in

## MC Motoparts Rim Stripes Wheel Decal Stickers 17 inch Rim Tape GP02 For Honda Kawasaki Yamaha MV Agusta KTM (Orange)

Visit the MC Motoparts Store

★★★★★  1 rating

Price: **$34.88** & **FREE Shipping**. Details & **FREE Returns**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

| Size | GP02 Style |
| --- | --- |
| Brand | MC Motoparts |
| Wheel size | 17 Inches |
| Material | Polyvinyl Chloride |
| Rim Size | 17 Inches |
| Vehicle Service Type | Passenger Car |

### About this item

- MC Motoparts 17" Wheel Rim Stickers GP02 Edge Inner Wall Decals Tape DIY Racing For Motorcycles KTM 1290 SUPER DUKE R GT , 890 DUKE R , 790 DUKE , 690 SMC R , RC390 , 390 DUKE , 125 DUKE
- For Yamaha YZF R1, YZF R1M ,YZF R6 ,YZF R3 , YZF R25 ,YZF R15, YZF R125 ,MT-03 ,MT-125 ,TRACER 900 ,MT-07 ,TRACER 700 ,MT-10 SP ,XSR900 ,MT-09 SP ,XSR700 ,MT-25 ,FZ-25 , FJR1300
- Made From High Quality Material. Safe for the car washing and high pressure cleaners. Weatherproof , UV-resistant, as Wall as resistant to gasoline, oil, fuels , tears, scratches, cracks
- Sticker can be removable and no marks remain after remove. Easy for Decoration and Stay at home for DIY your bike. For the installation, you can use heat gun / hair dryer to enhance the stickness during installation
- Color:Orange

› See more product details

⊕ Report incorrect product information.



**$34.88**
& **FREE Shipping**. Details
& **FREE Returns** ▼

Arrives: **Wednesday, Oct 28**
Details

Fastest delivery: **Tomorrow**
Order within 3 hrs and 47 mins
Details

**Only 8 left in stock -
order soon.**

Qty: 1 ▼

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Amazon
Sold by ... MC Motoparts

Return policy: This item is
returnable ▼

☐ Yes, I want **Fast, FREE
delivery** with **Prime**

☐ Add gift options

◉ Deliver to Bensenville 60106

Add to List

Share ✉ f ⊠ 🅿

Have one to sell?

Sell on Amazon

## Customers who viewed this item also viewed

Page 1 of 6

    

MC Motoparts 17" Wheel Rim Stickers GP01 Edge Inner Wall Decals Tape DIY Racing For MV...
$34.88
Only 8 left in stock - order...

MC Motoparts 17" Wheel Rim Stickers GP01 Edge Inner Wall Decals Tape DIY Racing For Honda...
$34.80
Only 13 left in stock - orde...

MC Motoparts 17" Wheel Rim Stickers GP01 Edge Inner Wall Decals Tape DIY Racing For Honda...
★★★☆☆ 3
$34.88

MC Motoparts Rim Stripes Wheel Decal Stickers 17 inch Rim Tape GP02 For Honda Dec...
$34.80
Only 10 left in stock - orde...

MC Motoparts 17 inch Wheel Rim Wall Stickers Decal Tape For KTM 1290 SUPER DUKE R...
$42.80
Only 5 left in stock - order...

## Sponsored products related to this item

Page 1 of 40

     

MC Motoparts Rim Stripes Wheel Decal Stickers 17 inch Rim Tape GP02 For Honda...
$34.80 ✓prime

MC Motoparts 2 Set 8 pcs 17" Wheel Rim Stripes Stickers Tape DIY STRIPE02 Pattern f...
★★★★★ 1
$18.88 ✓prime

MC Motoparts 17" Wheel Rim Stickers GP01 Edge Inner Wall Decals Tape DIY Racing For...
★★★☆☆ 3
$34.88 ✓prime

MC Motoparts 17 inch Wheel Rim FLASH Decal Stickers Tape For Yamaha YZF R1 R1M...
$42.80

MC Motoparts Front Rear Wheel Rim Sticker 17 inches Robotic Pattern 8 pcs For Kawas...
$28.80 ✓prime

MC Motoparts 17 inch Wheel Rim CHECK Decal Stickers Tape For Yamaha YZF R1 R1M...
$42.80

Ad feedback ▭

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $34.88!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

# Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | MC Motoparts |
| Brand | MC Motoparts |
| Item Weight | 3.17 ounces |
| Product Dimensions | 15.75 x 11.81 x 0.08 inches |
| Manufacturer Part Number | WSGP02ORG17-AM002 |
| Vehicle Service Type | Passenger Car |
| Rim Diameter | 17 Inches |

### Additional Information

| | |
|---|---|
| ASIN | B08FSRRHLV |
| Customer Reviews | ★★★★★   1 rating<br>5.0 out of 5 stars |
| Best Sellers Rank | #700,536 in Automotive (See Top 100 in Automotive)<br>#202 in Powersports Rims |
| Date First Available | August 13, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

---

## Videos

**Videos for this product**



5:14

17 inch GP02 Wheel Rim Stickers

MC Motoparts

**Videos for related products**



2:20

Arashi Wheel Rims

Arashi Official Store

Upload your video

---

## Product description

COMPLETE 17 inches RIM DECAL STICKERS STRIPES GP02 KIT FOR FRONT & REAR WHEELS --- Outer Edge Inner Wall Tape Style

Package includes:

16 pieces Stripes & 4 pieces Decals for front + rear rim

Color: Orange

Features:

High quality printing, color won't goes off

Made from high quality material

Can be stretched for easy installation

Removable and no marks remain after remove

Weatherproof, resistant to weak acids, alkalis, salt

Resistant to gasoline, oil, fuels

Resistant to tears, scratches, cracks

Designed to fit different colored rims and wheels

Can use heat gun / hair dryer for installation

---

## Sponsored products related to this item

Page 1 of 49












MC Motoparts 17" Wheel Rim Stickers GP01 Edge Inner Wall Decals Tape DIY Racing For...

★★★☆ 3

$34.88 ✓prime

MC Motoparts Rim Stripes Wheel Decal Stickers 17 inch Rim Tape GP02 For Honda...

$34.80 ✓prime

MC Motoparts 17" Wheel Rim Stickers Edge Tape Stripes DIY For Triumph DAYTONA 955i ...

$33.80

MC Motoparts Rim Stripes Wheel Decal Stickers 17 inch Rim Tape GP02 For Honda...

★★★★★ 1

$31.80 ✓prime

MC Motoparts Rim Stripes Wheel Decal Stickers 17 inch Rim Tape GP02 For Honda...

$34.88 ✓prime

MC Motoparts Rim Stripes Wheel Decal Stickers 17 inch Rim Tape GP02 For Honda... (Orange)

★★☆☆ 1

$34.88 ✓prime

Ad feedback 💬



handmade

Bring holiday cheer with handcrafted décor

See more ▸

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★★ 5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review



MC Motoparts 17 inch Wheel Rim Wall Sticker...

$42.80

Shop now

Sponsored

### Customer images



See all customer images

Top reviews ▾

### Top review from the United States

Of

★★★★★ Good quality sticker

Reviewed in the United States on September 23, 2020

Verified Purchase

Very fast delivery and looks great on the bike



Helpful | Comment | Report abuse

See all reviews ›



MC Motoparts 17" Wheel Rim Stickers GP01 Edge Inner Wall Decals Tape DIY Racing For Honda...
$34.88

Shop now

3

Sponsored

## Customers who searched for "rummikub" ultimately bought

Page 1 of 2





Amazon Exclusive Pressman Rummikub - The Complete Original Game With Full-Size...
★★★★★ 1,504
$19.99



Pressman Rummikub Large Numbers Edition - The Original Rummy Tile Game
★★★★★ 2,760
$24.90



Front Porch Classics Rummikub, Rummy Tile Board Game with Durable Wooden Rack...
★★★★☆ 785
$37.99



Rummikub in Retro Tin - The Original Rummy Tile Game by Pressman
★★★★★ 625
$29.11



Rummikub Premium Edition by Pressman - The Original Rummy Tile Game, Silver (108647)
★★★★★ 19
$28.98



Rummy 106 Tiles Rummy with 4 Sturdy Racks& Instructions Rummy Tiles with...
★★★★☆ 142
$29.99



IQ Toys 106 Rummy in A Travel Bag - Players
★★★★☆
$9.99

## Top subscription apps for you

Page 1 of 7





Disney+
Disney
★★★★☆ 386,988
$0.00



CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 98,057
$0.00



STARZ
Starz Entertainment
★★★★☆ 79,757
$0.00



Sling TV
Sling TV LLC
★★★★☆ 47,389
$0.00



SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,920
$0.00



Philo: Live & On-Demand TV
PHILO
★★★★☆ 65,102
$0.00



ABCmouse.com Learning Academy
Age of Learning
★★★★★
$0.00

### Your Browsing History   View or edit your browsing history ›

Page 1 of 2

        

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 amazon    English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

10/21/2020



amazon | MC Motoparts ▾ | KTM | 🔍 | 🇺🇸 ▾ | Account Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Customer Service | Browsing History ▾ | Amazon.com | Prime Video | Best Sellers | Buy Again | Whole Foods

1-16 of 67 results for **MC Motoparts** : "KTM"

Sort by: Featured ▾

**Brand**
MC MOTOPARTS
MC Motoparts



### MC Motoparts Manual Cam Chain Tensioner Adjuster For KTM 400 450 500 520 EXC-F XCF 08-11 530 XC-W 09-12 530 EXC 10-12
$53 80
Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 2 left in stock - order soon.



### MC Motoparts M10 1.5 pitch S-Fight Swingarm Spools Sliders For KTM RC390 RC 390 2019-2020 19 20 (Black)
**Black**
$31 80
FREE Shipping
Only 4 left in stock - order soon.

   

### MC Motoparts ATOM CNC Bar End Weights For KTM Ducati Suzuki Motorcycle Handlebar 13-17mm Diameter (Black)
⭐⭐⭐⭐½ ▾ 5
**Automotive**
$29 80
Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 5 left in stock - order soon.



### MC Motoparts Rim Stripes Wheel Decal Stickers 17 inch Rim Tape GP02 For Honda Kawasaki Yamaha MV Agusta KTM (Orange)
⭐⭐⭐⭐⭐ ▾ 1
**Automotive**
$34 88
Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 8 left in stock - order soon.



### MC Motoparts Quick Release Keyless Lock Fuel Cap Fit KTM Duke 790 2018 2019 2020 (Orange)
**Orange**
$54 80
FREE Shipping
Only 4 left in stock - order soon.
Also available in Black

 

### MC Motoparts 17 inch Wheel Rim Wall Stickers Decal Tape For KTM 1290 SUPER DUKE R 890 790 125 390 DUKE 690 SMC (Orange)
**Orange**
$42 80
FREE Shipping
Only 5 left in stock - order soon.

    

### MC Motoparts Manual Cam Chain Tensioner Adjuster For KTM 690 Enduro R 2009-2018 + 690 SMC R 2012-2017 12 13 14 15 16
$53 80
Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 4 left in stock - order soon.



10/21/2020



### MC Motoparts 17" Wheel Rim Stickers GP01 Edge Inner Wall Decals Tape DIY Racing For Honda KTM Yamaha (Orange)

**Automotive**
$34.80

Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 13 left in stock - order soon.

---



### MC Motoparts MJET Red CNC Bar Ends For Ducati Multistrada 1200 1000 DS Monster 795 Suzuki GSX-R 750 1000 KTM

★★★★★ ∨ 1
**Red**
$29.80

Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 5 left in stock - order soon.

  

---



### MC Motoparts Blue REACTOR CNC Bar End Mirrors Folding For Ducati Multistrada 1200 1100 MONSTER Suzuki B-King GSF1250 KTM

**Blue**
$51.88

Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 2 left in stock - order soon.

 

---



### For KTM Super Duke 990 R Adventure 990 950 Billet Black Keyless Fuel Gas Cap Petrol Gas Fuel Cap

**black**
$40.80

FREE Shipping
Only 5 left in stock - order soon.

Also available in silver



---



### MC Motoparts Black CNC Bar Ends Lighting Amber Turn Signals For Honda Aprilia Suzuki Ducati KTM BMW Hollow Handlebar

★★☆☆☆ ∨ 3
**Black**
$78.80

Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 1 left in stock - order soon.

   

---



### MC Motoparts 17 inch Wheel Rim CHECK Decal Stickers Tape For KTM 1290 SUPER DUKE R 890 790 125 390 DUKE 690 SMC (Red)

**Red**
$42.80

FREE Shipping
Only 5 left in stock - order soon.

  

---



### MC Motoparts 17 inch Wheel Rim Wall Stickers CHECK Decal For KTM 1290 SUPER DUKE R 890 790 125 390 DUKE 690 SMC (Red)

**Red**
$42.80

FREE Shipping
Only 5 left in stock - order soon.

   

---



### MC MOTOPARTS Black M10 Swingarm Spools For KTM Duke 125 200 11-17 15 16 Duke 390 13-17 RC 125 390 15 16 17

**Black**





$26.80

Get it as soon as Fri, Oct 23
FREE Shipping by Amazon
Only 3 left in stock - order soon.

   



Gold Folding CNC Bar End Mirrors Kit For Honda CB1000 CB1100
Goldwing Ducati Multistrada 1200 1100 MONSTER Suzuki B-King...
★★★★★ ⌄ 2

Gold
$68.80

Get it as soon as Fri, Oct 23
FREE Shipping by Amazon
Only 1 left in stock - order soon.

   

← Previous   **1**   2   3   4   5   Next →

## Need help?

Visit the help section or contact us

## Recommended based on your browsing history  *Sponsored*

Page 1 of 3

      

| Men's Brotherhood Classic Leather Motorcycle Distress CE Armor Biker Jacket XXL | Men's SHADOW Motorcycle Distressed Cowhide Leather Armor Black Jacket Biker L | HWK Mesh Motorcycle Jacket Riding Air Motorbike Jacket Biker CE Armored... | New AXE Men's Leather Jacket Motorcycle CE Armor Biker Street Cruiser Safety L | Men Throttle Classic Leather Motorcycle Street Cruiser CE Armor Biker Jacket M | Venture Heat 12V Motorcycle Heated Jacket Liner with Wireless Remote, 7... | Men ICONIC Premium Na... Leather Side Jacket S |
|---|---|---|---|---|---|---|
| ★★★★☆ 135 | ★★★★☆ 45 | ★★★★☆ 909 | ★★★★☆ 179 | ★★★★☆ 61 | ★★★★½ 71 | ★★★★☆ |
| $114.99 | $114.99 | $59.99 | $109.99 | $109.99 | $249.99 | $114.99 |

## Inspired by your browsing history

Page 1 of 7

      

| FMF Racing 11299 Wash Plug | CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125... | Maxima 70-749203-3PK Chain Wax Ultimate Chain Care Aerosol Combo Kit, (Pack of 3) | YOHOOLYO Disc Lock Alarm Motorcycle Alarm Padlock with 110db Alarm Sound for... | NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010 | Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013... | Xitomer Duk... Hole Plugs, f... 125/390 / 7... 2013-2019, ... |
|---|---|---|---|---|---|---|
| ★★★★½ 1,409 | ★★★★½ 87 | ★★★★★ 1,826 | ★★★★½ 2,127 | ★★★★★ 75 | ★★★★☆ 13 | ★★★★☆ |
| $7.98 | $25.98 | $26.00 | $28.96 | $27.50 | $12.99 | $14.99 |

## Your Browsing History    View or edit your browsing history ›

Page 1 of 2

         

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders



☰ amazon

All ▾

⌕

Account & Lists ▾  Returns & Orders ▾  Try Prime ▾  🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals   Gift Cards   Customer Service   Browsing History ▾   Amazon.com   Prime Video   Best Sellers

Shop deals before they're gone

 ## MC Motoparts

MC Motoparts storefront

★★★★½ **94% positive** in the last 12 months (110 ratings)

MC Motoparts is an online retailer of excellent quality motorcycles parts CNC billet parts. We offer reasonable prices on our products including those newest ones. We provides various item for customers' diversified needs and wants and committed to provide items with the highest quality in all the ways we could to meet your needs.

**Have a question for MC Motoparts?**

Ask a question

## Detailed Seller Information

**Business Name:** MCMotoparts
**Business Address:**
Flat G, 4/F., Phase 1, Hung Cheung Industrial Centre,
12 Tsing Yeung Circuit,
Tuen Mun
N.T.
000000
HK

**Feedback**  Returns & Refunds   Shipping   Policies   Help   Gift Wrap   Products

★★★★★ " Work great. Would like a dress cap to cover the included bolt to dress up. "
By Brian Carroll on July 4, 2020.

★★★★★ " Fast delivery. Product as described. "
By RLM on June 30, 2020.

★★☆☆☆ " did not come with all of the hardware, had to go to local ACE and spend additional 13 bucks "
By Nolan B. on June 29, 2020.

★★★★★ " Awesome "
By alfred j. on June 29, 2020.

★☆☆☆☆ " way smaller than pictured, not what i thought i was getting, disapointed "
By zeewizard on June 26, 2020.

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | 92%     | 93%     | 94%       | 92%      |
| Neutral  | 0%      | 0%      | 3%        | 3%       |
| Negative | 8%      | 7%      | 4%        | 5%       |
| Count    | 13      | 27      | 110       | 384      |

Previous  Next

Leave seller feedback   Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 7


FMF Racing 11299 Wash Plug
★★★★☆ 1,409
$7.98


CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
★★★★½ 87
$25.98


Maxima 70-749203-3PK Chain Wax Ultimate Chain Care Aerosol Combo Kit, (Pack of 3)
★★★★★ 1,826
$26.00


YOHOOLYO Disc Lock Alarm Motorcycle Alarm Padlock with 110db Alarm Sound for Motorcycles...
★★★★☆ 2,127
$28.96


Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars, Adjustable,...
★★★★½ 23,499
$19.98


Motorex Cross Power 4T Oil - 10W50-4L. 171-401-400
★★★★½ 188
$56.47


Orange Acc. Front Brake Cylinder Cov KTM Duke 1.
★★★★½
$12.99

## Top subscription apps for you

Page 1 of 7


Disney+
Disney
★★★★½ 384,534
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 97,404
$0.00


STARZ
Starz Entertainment
★★★★☆ 79,150
$0.00


Sling TV
Sling TV LLC
★★★★☆ 47,050
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,755
$0.00


Philo: Live & On-Demand TV
PHILO
★★★★½ 64,643
$0.00


ABCmouse.c Learning Aca
Age of Learni
★★★★★
$0.00

## Your Browsing History   View or edit your browsing history ›

Page 1 of 2







SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

<div align="right">

**Continue**

</div>

---

## Shipment 1 of 1

### Shipping from Amazon.com  (Learn more)

Shipping to: ▮▮▮▮▮▮▮ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **MC Motoparts Rim Stripes Wheel Decal Stickers 17 inch Rim Tape GP02 For Honda Kawasaki Yamaha MV Agusta KTM (Orange)**
  $34.88 - Quantity: 1
  Sold by: MC Motoparts

Change quantities or delete

### Amazon Locker is available

20 pickup locations near you

### Choose a delivery option:

 **Fast, FREE Delivery**
Join Prime to get fast, free delivery, claim Prime exclusive deals, watch movies & TV shows, and listen to the music you love ad-free.

○ **Friday, Oct. 23**
Free Unlimited Two day shipping  amazon prime

○ **Tuesday, Oct. 27**
**FREE Shipping**

● **Friday, Oct. 23**
$11.09 - Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Shipping address** Change

▮▮▮▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮▮▮▮
**Add delivery instructions**

**Payment method** Change
ending in ▮▮

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ] [ Apply ]

Or try Amazon Locker
20 locations near this address ⌄

Save $11.09 ▮▮▮▮▮ get **fast, FREE delivery** and save **$11.09** on Prime eligible items in this order when you sign up for Amazon Prime.
**Join Amazon Prime** ▶
Receiving government assistance? **Get 50% off Prime** ▶

**Delivery: Oct. 23, 2020** If you order in the next 23 hours and 6 minutes (Details)

MC Motoparts Rim Stripes Wheel Decal Stickers 17 inch Rim Tape GP02 For Honda Kawasaki Yamaha MV Agusta KTM (Orange)
**$34.88**
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: MC Motoparts
[ 🎁 Add gift options ]

Choose a delivery option:
○ **Tuesday, Oct. 27**
 FREE Shipping
◉ **Friday, Oct. 23**
 $11.09 - Shipping

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:   $34.88
Shipping & handling:   $11.09
Total before tax:   $45.97
Estimated tax to be collected:   $2.18

**Order total:**   **$48.15**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.




# Amazon

KTM

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Customer Service | Browsing History | Amazon.com | Prime Video | Best Sellers

Shop today's epic deals now








‹ Back to results

audible — Now included: new podcasts, originals, and more. Start your free trial

## MC Motoparts MJET Red CNC Bar Ends For Ducati Multistrada 1200 1000 DS Monster 795 Suzuki GSX-R 750 1000 KTM

Visit the MC MOTOPARTS Store

★★★★★ 1 rating

Price: **$29.80** & FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Red**

| | | | |
|---|---|---|---|
| — | — | $29.80 | — |

- For handlebars and clip-ons with 13 mm or 17 mm internal diameter.
- Easy installation.
- Weight approx. 70g each

› See more product details

Compare with similar items

⚑ Report incorrect product information.

Roll over image to zoom in

**$29.80**
& FREE Returns

FREE delivery: **Tuesday, Oct 27** Details

Fastest delivery: **Friday, Oct 23** Order within 23 hrs and 22 mins Details

Only 5 left in stock - order soon.

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Amazon
Sold by    MC Motoparts

Return policy: This item is returnable ▾

☐ Yes, I want Fast, FREE delivery with Prime

☐ Add gift options

⊕ Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Inspired by your recent shopping trends

Page 1 of 17

MZS Bar End Mirrors - Motorcycle Rear View mirror 7/8 Standard Hollow Handlebar Side...
★★★★ 59
$32.99

FENRIR Cnc Aluminum Alloy Motorcycle Bar End Mirror Handlebar Side For Honda Kawasaki...
★★★★½ 138
$39.99

FENRIR CNC Aluminum Alloy Motorcycle Bar End Mirror Side Handlebar For Honda Rebel Grom...
★★★★ 47
$38.66

MZS Bar End Mirrors - Universal 7/8 Standard Hollow Rear View Arrow Side Mirror...
★★★½ 110
$29.99

MZS Bar End Mirrors - Motorcycle Rear View mirror 7/8 Standard Hollow Red Side...
★★★★ 349
$29.99

## Sponsored products related to this item

Page 1 of 27






MC MOTOPARTS ATOM CNC Bar End Sliders Plugs Logo For Suzuki GSXR1000 R 17-19 18...
★★★★½ 3
$48.80

MC MOTOPARTS ATOM CNC Bar End Sliders Plugs Logo For Suzuki GSX-R GSXR 600 750...
★★★★½ 7
$48.80

MC MOTOPARTS ATOM CNC Bar End Sliders Plugs Logo For Suzuki GSX 1300R 08-18 10...
★★★★½ 1
$48.80

MC Motoparts V-RANGER CNC Bar Ends Plugs Logo For Suzuki GSX-R GSXR 600 750...
★★★★½ 1
$46.80 ✓prime

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★½ 3
$47.99

KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99

Ad feedback ▭

## Customers who viewed this item also viewed

Krator HBD005B Black Slider (Suzuki Logo Bar Ends Weights-GSXR 600 750 1000 Hayabusa...
★★★★½ 285
$13.37
Only 3 left in stock - order...

FXCNC Racing Motorcycle Brake Clutch Gear Shift Pedal Levers Fit For Ducati Monster...
★★½ 6
$54.99

CNC Bar ends Handlebar Grip End Caps For Suzuki GSX-R600 1999-2020 GSX-R750 2000-2020...
★★★★½ 137
$16.99

GTspeed Black "GSXR" Bar Ends for Suzuki GSXR 600 750 1000 1100 TL1000 SV650...
★★★★½ 88
$15.99

amazon

KTM

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Customer Service | Browsing History ▾ | Amazon.com | Prime Video | Best Sellers

Shop deals before they're gone

audible Now included: new podcasts, originals, and more. Start your free trial

‹ Back to results



Roll over image to zoom in

## MC Motoparts Blue REACTOR CNC Bar End Mirrors Folding For Ducati Multistrada 1200 1100 MONSTER Suzuki B-King GSF1250 KTM

Visit the MC MOTOPARTS Store

Price: **$51.88** & FREE Returns

Get $50 off instantly: Pay $1.88 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Blue**

- Bar End Mirrors For Motorcycle 14mm-17mm inner diameter ID hollow handlebar
- CNC machined by High quality T6061-T6 aluminum
- Blue tinted glass mirrors
- Can be foldable closer to driver
- Have a ball joint swivel head for adjusting angle

› See more product details

⚐ Report incorrect product information.

**$51.88**
& FREE Returns ▾

FREE delivery: **Tuesday, Oct 27**
Details

Fastest delivery: **Friday, Oct 23**
Order within 23 hrs and 23 mins
Details

**Only 2 left in stock - order soon.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from | Amazon
Sold by | MC Motoparts

Return policy: This item is returnable ▾

☐ Yes, I want Fast, FREE delivery with Prime
☐ Add gift options

⚲ Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

## Sponsored products related to this item

Page 1 of 16

KTM Supersprox Stealth Rear Sprocket (Orange) 51T OEM: 5841005105104
★★★★★ 2
$83.99

KTM Footrest Left Rally 2004-2016 OEM: 76203040250
$101.84

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime

KTM Factory Skid Plate (Black) 250/350 2015-2019 OEM: UPP1503020
$129.99

Ad feedback ⚐

## Customers also viewed these products

Page 1 of 7

    

MZS Bar End Mirrors - Motorcycle Rear View Mirror 7/8 Standard Hollow Red Side...
★★★★☆ 349
$29.99

Gold Reborn CNC Bar End Mirrors For Honda Suzuki GSXR 600 750 1000 1300 R...
★★★★☆ 13
$68.80
Only 1 left in stock - order...

KAWELL Rear View Side Mirror Round Bar End Convex Hawk Eye Motorcycle Mirror for...
★★★★☆ 1,835
$12.99

MICTUNING Universal Motorcycle Mirrors - 3 Inch Round Folding Bar End Side Mirror...
★★★★☆ 1,070
$17.99

Motorcycle 7/8" Handle Bar End Oval Rearview Mirrors For Honda Sports Bike Street Fighter
★★★★☆ 130
$20.99

MZS Bar End Mirrors - Motorcycle Rear View mirror 7/8 Standard Hollow Handlebar Side...
★★★★☆ 59
$32.99

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $1.88 instead of $51.88!** Get a **$50 Amazon Gift Card** instantly upon approval for the Amazon Rewards Visa Card. Apply now

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

# Product information

Color: **Blue**

### Technical Details

### Additional Information



Automotive Parts & Accessories ▾

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping

Shop deals before they're gone

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾ | Vehicles

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Shift



Roll over image to zoom in

## Brake Pedal Tip, Black Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip Head for KTM 125-530cc 690 950

Brand: Aramox

Price: **$10.69**

☐ Coupon  Save an extra 5% when you apply this coupon.
Details

Get $50 off instantly: Pay $0.00 $10.69 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

| | |
|---|---|
| Handle Type | Lever |
| Metal Type | Aluminum |
| Item Dimensions LxWxH | 3.94 x 3.94 x 3.94 inches |
| Brand | Aramox |
| Item Weight | 23 Grams |

### About this item

- Fit for- Fits for all 125-530cc 2004-2010 That use 2 bolts to attach step plate, for 690 SUPERMOTOR 2008, for 690 SMC/ENDURO 2008-2009, for 950 SUPERENDUROR 2007-2009, for 950 ADVENTURE/ADVENTURES 2003-2006 , for 990 ADVENTURE/ADVENTURES 2007-2008
- High quality material- Designed and developed with superior aluminum alloy, strong, rust-proof and durable.
- Excellent performance-precision manufacturing and professional craftsmanship greatly contribute to the high efficiency of motorcycle brake pedals.
- Easy to install and use- No complex tools required, can well replace the old or damaged old direct substitutes.
- Quality Assurance- Worry-free refund service. Please feel free to contact us if you meet any trouble in using our product.

› See more product details

**$10.69**

FREE delivery: Nov 10 - Dec 3

Only 2 left in stock - order soon.

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ... Mizuco c
Sold by ... Mizuco c

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]





---

## Customers also viewed these products

Page 1 of 7

       

| Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W... | NICECNC Rear Brake Pedal Step Plate Tip for 690 DU- SMC ENDURO 08-09 SUPERMOTOR... | Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever for KTM EXC EXCF SX SXF XC XCF... | SZSS-CAR 3pcs Nonslip MT Car Pedal Pads Auto Sports Gas Fuel Petrol Clutch Brake Pad... | Golden Folding Shift Lever Shifter Pedal Gear for 50cc 110cc 125cc 150cc Chinese Made... | JFG RACING Orange CNC Rear Brake Pedal Step Plate + Gear Shifter Shift Lever Tip For 125-530... | Wingsmoto Gear Sh Alloy Folding CNC Unbrakable Dirt Pit CRF50 XR50 110CC... |
|---|---|---|---|---|---|---|
| ★★★★☆ 13 | ★★★★☆ 53 | ★★★☆☆ 35 | ★★★☆☆ 233 | ★★★★☆ 249 | ★★★★☆ 36 | ★★★★★ 465 |
| $33.99 | $14.99 | $8.99 | #1 Best Seller in Pedals & Pedal Accessories | $12.89 | $15.99 | #1 Best Seller in Powersports Shift Lever |
| | Only 5 left in stock - order... | | $10.09 | Only 2 left in stock - order... | | $12.49 |

---

## Sponsored products related to this item

     

| Brake Pedal Tips, Red Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for ... | AnXin CNC Rear Brake Pedal Step Plate Tip for KTM SX SX-F EXC-F XC-F XC-W EXC XC 85... | Suuonee Gear Shift Tip, Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip fo... | Aramox 3Pcs Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for 125-530cc ... | KIMISS Motorcycle Gear Shifter, Aluminum Brake Shift Pedal Lever for BMW R Nine T 13... | Outlaw Racing Gear Shifter Lever Pedal L26501 KTM 520 525 530 540 560 59-09 99-09 |
|---|---|---|---|---|---|
| $10.69 | ★★★★☆ 3 | $13.79 | $16.69 | $31.49 | ★★★★☆ 18 |
| | $9.99 ✓prime | | | | $19.95 |

Ad feedback 💬

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $10.69!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Aramox |
| Brand | Aramox |
| Item Weight | 0.811 ounces |
| Product Dimensions | 3.94 x 3.94 x 3.94 inches |
| Manufacturer Part Number | Aramox31ofp0sg5c |

### Additional Information

| | |
|---|---|
| ASIN | B08F5DPCDC |
| Date First Available | August 3, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

---

## Videos

Page 1 of 3

### Videos for related products

    

| | | | | |
|---|---|---|---|---|
| 3:48 | 0:38 | 0:38 | 0:38 | |
| Hammerhead Extended Shift Levers | KaTur Motorcycle Skull Stripe Black Deep Cut CNC Shift Linkage | KaTur Motorcycle Silver CNC Gear Shift Lever Shift Linkage | KaTur Motorcycle Silver Deep Cut CNC Shift Linkage | KaTur Motorcy Gear Shift Lev |
| Hammerhead Designs Incorporated | KaTur | KaTur | KaTur | KaTur |

Upload your video

---

## Product description

Aramox is an quality auto parts products provider.
No need to go to the auto parts store, one-click online purchase. Convenient and affordable, greatly saving your time and money costs.
We are committed to provide our customers high-quality products with the best service after sale.
We offer a 12 month warranty, true worry-free shopping experience. If you have any problem, feel free to contact us, our professional technician will sort things out for you.

Specifications:
Condition: Brand New
Material: CNC aluminum alloy
Color: Black
Package Weight: Approx.23g/0.8oz
Fitment:
for all 125-530cc 2004-2010 That use 2 bolts to attach step plate
for 690 SMC 2008-2009
for 690 SUPERMOTOR 2008
for 690 ENDURO 2008-2009
for 950 SUPERENDUROR 2007-2009
for 950 ADVENTURE 2003-2006
for 950 ADVENTURES 2003-2006
for 990 ADVENTURE 2007-2008
for 990 ADVENTURES 2007-2008

Package List:
1 * Black Motorcycle Brake Pedal Step Tip

---

## Sponsored products related to this item

  

Brake Pedal Tips, Red Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for ...
**$10.69**

Gear Shift Tip, Black Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for ...
**$10.69**

Aramox 3Pcs Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for 125-530cc ...
**$16.69**

Ad feedback ▱

---

## Customer questions & answers

🔍 Have a question? Search for answers

---

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

---

## Deals in magazine subscriptions

Page 1 of 9




**Food & Wine**
★★★★☆ 1,206
Print Magazine
$10.00


**National Geographic Kids**
★★★★☆ 6,385
Print Magazine
$15.00


**Reader's Digest**
★★★★☆ 58
Print Magazine
$5.00


**Martha Stewart Living**
★★★★☆ 35
Print Magazine
$3.00


**Hobby Farms**
★★★★☆ 327
Print Magazine
$16.46



## Inspired by your browsing history

Page 1 of 6




**CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...**
★★★★☆ 87
$25.98


**NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010**
★★★★★ 75
$27.50


**Xitomer Duke 790 Mirror Hole Plugs, for KTM 125/390 / 790 DUKE 2013-2019, 1290...**
★★★★☆ 23
$14.99


**Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM RC390 2014-2017**
★★★★★ 4
$12.99


**MOTOPOWER MP0609A 3.1Amp Motorcycle USB Charger Kit SAE to USB Adapter Phone GPS...**
★★★★☆ 2,467
$10.99



**Your Browsing History**    View or edit your browsing history ›

      

See personalized recommendations

[ **Sign in** ]

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies



1-16 of 33 results for **Mizucco c** : **"KTM"**

Sort by: Featured ▾

**Brand**

Aramox

Price and other details may vary based on size and color



Motorcycle Handlebar, 7/8" 22mm Universal Black Motorcycle Modified Handlebar for HONDA YAMAHA SUZUKI KAWASAKI KTM

$30⁰⁹

Save 5% with coupon

FREE Shipping



LED Flasher Relay, Univeral Motorcycle 2-Pin Turn Signal Light Relay for LED Turn Signal Light for Honda/Kawasaki/KTM

$5⁵⁹

Save 5% with coupon

FREE Shipping



Radiator Guard, Motorcycle Radiator Grille Guard Water Tank Protector Cover for KTM 1050/1190/1290 Adventure 2013-2017

$37⁶⁹

Save 5% with coupon

FREE Shipping



Intake Manifold Boot, Rubber Intake Manifold Boot Joint Adapter Replacement Fit for KTM 50 SX Pro Senior/KTM SX 50 50SX 2002-2008

$4⁶⁹

FREE Shipping

Only 4 left in stock - order soon.



Motorcycle Helmet Lock Fit for SuperDuke R KTM 1290 2014 - up, Aluminum Alloy Helmet Lock Anti-Theft Security Hook Motorcycle...

$19²⁹

FREE Shipping



Motorcycle Helmet Lock Fit for KTM Duke 125/250/390 2017+, Aluminum Alloy Motorcycle Helmet Lock Mount Hook Modification Kit

$19⁶⁹

FREE Shipping



Universal 51mm Motorcycle Exhaust Rear Pipe,304 Stainless Steel Tailpipe Extension Repair Kit for KTM Kawasaki

$43²⁹

FREE Shipping

Only 3 left in stock - order soon.

10/21/2020





Motorcycle Handlebar Clamps, CNC Motorcycle Riser Lifting Handlebar Mount Bar Clamps for KTM 1050 1090 1190 Adventure 1290 Super

$20$^{99}$

FREE Shipping



Aramox Kickstand Pad, Motorcycle Kickstand Side Stand Enlarger Extension Pad Plate for KTM 1050/1090/1190/1290 Adventure Super

$16$^{29}$

FREE Shipping



Motorcycle Tail Light, Smoked Motorcycle Integrated LED Brake Lamp Tail Light Turn Signal for KTM 200 390 Duke

$30$^{99}$

Save 5% with coupon



Exhaust Pipe, Motorcycle Full Exhaust System Vent Middle Pipe Link Connect Tube for KTM Duke 390 2013-2016

$71$^{69}$

FREE Shipping



ABS Fall Frame Sliders Crash Protector Cover Guard with Mounting Fittings for KTM RC390 2014-2016,Black

$51$^{79}$

FREE Shipping



Brake Pedal Tip, Black Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip Head for KTM 125-530cc 690 950

$10$^{69}$

Save 5% with coupon

FREE Shipping

Only 2 left in stock - order soon.



Red Shift Lever Tip, Motorcycle Brake Pedal Step Shift Lever Tip for KTM 125-530cc 690 950

$10$^{69}$

Save 5% with coupon

FREE Shipping



Engine Protection Bumper, Pair of Motorcycle Engine Bumper Protection Decorative Block Universal for KTM Honda Yamaha, Black



$10^{79}$
**Save 5%** with coupon
FREE Shipping



Motorcycle Tail Light, Retro LED Rear Tail Light Indicator Stop Brake License Plate Lamp Smoked Lens for Honda, Yamaha, Kawasaki, KTM,...

$23^{69}$
**Save 5%** with coupon
FREE Shipping

← Previous  **1**  2  3  Next →

## Need help?

Visit the help section or contact us

## Sponsored products related to this search  What's this?

Page 1 of 4


Tank Straps Motorcycle Tie Down Straps (2pk) - 10,000 lb Webbing Break Strength 2" x...
★★★★★ 517
$43.77


MIBAO Half Round Doormat, 24 x 36 Non Slip Durable Welcome Door Mats, Boots...
★★★★☆ 422
$34.99


Large Door Mats,46x35 Inches XL Jumbo Size Outdoor Indoor Entrance Doormat, Waterproof,...
★★★★☆ 3,188
$22.89


RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★★ 3,374
$29.97


A1 Home Collections Door Mat, Ornamental Rubber and Coir Outdoor Welcome Mat...
★★★★☆ 80
$49.00

## Deals in magazine subscriptions

Page 1 of 9


National Geographic Kids
★★★★☆ 6,385
Print Magazine
$15.00


Reader's Digest
★★★★☆ 58
Print Magazine
$5.00


AllRecipes
★★★★★ 3,867
Print Magazine
$5.49


Horse Illustrated
★★★★☆ 204
Print Magazine
$20.21


Martha Stewart Living
★★★★☆ 35
Print Magazine
$3.00

## Your Browsing History  View or edit your browsing history ›










See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | | | |

≡ **amazon**

All ▾

Deliver to Bensenville 60106

Hello, Sign in Account & Lists ▾   Returns & Orders   Try Prime ▾   🛒 0 Cart

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Shop deals before they're gone

# Mizucco c

Mizucco c storefront

⭐⭐⭐⭐☆ 71% positive lifetime (7 total ratings)

Mizucco c is committed to providing each customer with the highest standard of customer service.

Have a question for Mizucco c?

[ Ask a question ]

## Detailed Seller Information

**Business Name:** Cheng du shi quan ke shang mao you xian gong si

**Business Address:**
Jin niu qu cha dian zi an rong lu 8hao 4zhuang 1danyuan 7hao
Cheng du shi
Si chuan sheng
610036
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

⭐☆☆☆☆ "I have contacted the company numerous times. I didn't receive a reply for two of my emails. They shipped my item and it took 6 days to get to the carrier. I don't understand the terminology. My items are to come by USPS as of this time they have not received the product yet. I ordered the vent opener May 22 as of June 3 they haven't been delivered to USPS. "
Read less
By Michael S. on June 3, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | 100% | 71% | 71% |
| Neutral | - | 0% | 14% | 14% |
| Negative | - | 0% | 14% | 14% |
| Count | 0 | 4 | 7 | 7 |

⭐⭐⭐☆☆ "I returned the item but have not seen a * as of 05-26-2020. "
By John on May 26, 2020.

Previous Next

Leave seller feedback   Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 6

‹





CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
⭐⭐⭐⭐½ 87
$25.98



NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
⭐⭐⭐⭐⭐ 75
$27.50



Xitomer Duke 790 Mirror Hole Plugs, for KTM 125/390 / 790 DUKE 2013-2019, 1290 Super…
⭐⭐⭐⭐☆ 23
$14.99



Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM RC390 2014-2017
⭐⭐⭐⭐⭐ 4
$12.99



MOTOPOWER MP0609A 3.1Amp Motorcycle USB Charger Kit SAE to USB Adapter Phone GPS…
⭐⭐⭐⭐½ 2,467
$10.99



## Top subscription apps for you

Page 1 of 9

‹



Disney+
Disney
⭐⭐⭐⭐½ 384,536
$0.00



CBS Full Episodes and Live TV
CBS Interactive
⭐⭐⭐⭐☆ 97,405
$0.00



STARZ
Starz Entertainment
⭐⭐⭐⭐☆ 79,151
$0.00



Sling TV
Sling TV LLC
⭐⭐⭐⭐☆ 47,052
$0.00



SHOWTIME
Showtime Digital Inc.
⭐⭐⭐⭐☆ 22,755
$0.00



## Your Browsing History

View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

[ Sign in ]

New customer? Start here.

‹









›

Back to top

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options



---

**Shipment 1 of 1**

**Shipping from Mizucco c**    (Learn more)

Shipping to: ▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Brake Pedal Tip, Black Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip Head for KTM 125-530cc 690 950**
  $10.69 - Quantity: 1
  Sold by: Mizucco c

Change quantities or delete

**Choose a delivery option:**

◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
   FREE Shipping

---



Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **AMAZON**.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER** 🛒

## Review your order

ⓘ   Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Shipping address** Change

▮▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮▮▮▮▮
Add delivery instructions

**Payment method** Change

VISA ending in ▮▮▮

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ] [ Apply ]

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.69 |
| Shipping & handling: | $0.00 |
| Total before tax: | $10.69 |
| Estimated tax to be collected:* | $0.67 |
| **Order total:** | **$11.36** |

How are shipping costs calculated?

---



prime   ▮▮▮▮, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 10, 2020 - Dec. 3, 2020**

Brake Pedal Tip, Black Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip Head for KTM 125-530cc 690 950
**$10.69**
Quantity: 1 Change
Sold by: Mizucco c
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
   FREE Shipping

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



≡   amazon   | All ▼ | KTM                                    🔍 | 🇺🇸 ▼ | Hello, Sign in / Account & Lists ▼ / Account ▼ | Returns & Orders | Try Prime ▼ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

‹ Back to results




Roll over image to zoom in

## Red Shift Lever Tip, Motorcycle Brake Pedal Step Shift Lever Tip for KTM 125-530cc 690 950

Brand: Aramox

Price: **$10.69**

**Coupon** ☐ Save an extra 5% when you apply this coupon.
Details

Get $50 off instantly: Pay $0.00 ~~$10.69~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▼

| Item Dimensions LxWxH | 3.94 x 3.94 x 3.94 inches |
| Brand | Aramox |
| Item Weight | 23 Grams |

### About this item

- Applicable Mode: Brand new and super quality aftermarket brake pedal step tip suitable for KTM 125-530cc 690 950.
- High Performance: Adopts of high quality aluminum alloy material to ensure it's durability and long lasting. Such a practical tool you will need it.
- Professional Made: Built to strict factory specifications,100% test before shipment,excellent performance,directly replace your old or broken one.Greatly improve the efficiency of the motorcycle brake pedal.
- User-friendly: Easy and convenient to install, you can easily install the gear shifter tip without any other tools.
- Quality Assurance: Worry-free refund service. Please feel free to contact us if you meet any trouble in using our product.

› See more product details



**$10.69**

FREE delivery: Nov 10 - Dec 3

**In Stock.**

Qty: 1 ▼

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

| Ships from ... | Mizucco c |
| Sold by ... | Mizucco c |

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

### Sponsored products related to this item

Page 1 of 13

‹









›

| KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404 | Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB | KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor | 2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross | Brake Pads fits KTM EXC-F 2012-2020 Fr Severe Duty MX by R Driven |
| ★★★★☆ 3 | ★★★★★ 1 | ★★★★☆ 43 | ★★★★★ 1 | ★★★★☆ 43 | | ★★★★★ 1 |
| $47.99 | $101.99 | $21.99 ✓prime | $124.99 | $15.99 ✓prime | $43.95 | $18.95 |

Ad feedback 💬

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $10.69!** Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | Aramox |
| Brand | Aramox |
| Model | Unknown |
| Item Weight | 0.811 ounces |
| Product Dimensions | 3.94 x 3.94 x 3.94 inches |
| Manufacturer Part Number | Aramox0tgde1qakw |

### Additional Information

| ASIN | B08F2JSYNS |
| Date First Available | July 31, 2020 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ▼

☰ **amazon** | All ▾ | KTM | 🔍 | 🇺🇸 | Hello, Sign in **Account & Lists** ▾ Account ▾ | Returns **& Orders** ▾ | Try Prime ▾ | 🛒 **0** Cart

📍 Deliver to Bensenville 60106 | Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping | Shop today's epic deals now

‹ Back to results





Roll over image to zoom in

# Exhaust Pipe, Motorcycle Full Exhaust System Vent Middle Pipe Link Connect Tube for KTM Duke 390 2013-2016

Brand: Aramox

Price: **$71.69**

Get $50 off instantly: Pay $21.69 ~~$71.69~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

- Fit for- Especially Designed for KTM DUKE 125 2011-2015, for KTM DUKE 200 2011-2015, for KTM DUKE 390 Duke 390 2013-2016.
- High quality material- Designed and developed with high-strength stainless steel, corrosion-resistant and durable.
- A good alternative-precise design and easy installation, not easy to accumulate water. Can replace old or damaged old products.
- High performance- It can be connected with a 51mm muffler pipe and will not rust due to high temperature or rain. It performs well in reducing the exhaust temperature and prolongs the life of the exhaust muffler system.
- Stylish design-Become a striking decoration in your motorcycle. A good saddle. Except for the brave, no one should be treated fairly. This is the best choice to make motorcycles better.

› See more product details

**$71.69**

FREE delivery: **Nov 10 - Dec 3**

**In Stock.**

Qty: 1 ▾

[ **Add to Cart** ]

[ **Buy Now** ]

🔒 Secure transaction

Ships from ... Mizucco c
Sold by ... Mizucco c

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## Customers also viewed these products

Page 1 of 7

‹



NICECNC Aftermarket Motorcycle Stainless Steel Exhaust Muffler Mid Pipe Replace DUK...
★★★★★ 16
**$84.99**
Only 6 left in stock - order...



for KTM Duke 125 250 390 RC390 Duke 125 2017 2018 2019 2020 RC 390 Duke 250...
★★★★☆ 4
**$97.00**
Only 19 left in stock - orde...



YOSHIMURA 16381BP520 ALPHA T Slip-on Exhaust Street SS-SS-CF with Works...
★★★★★ 4
**$419.20**
Only 1 left in stock - orde...



Werkes USA Stainless Slip-on Exhaust for 14-16 KTM RC390, 14-16 KTM 390 Duke, WKT390
★★★★☆ 2
**$549.00**
Only 6 left in stock - order...



Motorcycle Sportbike 7/8" Handle Bar End Mirrors for KTM Duke 790 690 390 125
★★★☆☆ 9
**$19.99**



KAJIMOTOR 51mm Slip On Motorcycle Exhaust System Dual Outlet Muffler Mid Pipe For...
★★★★☆ 30
**$53.49**
Only 16 left in stock - order...

7/8" Motorcycle Har Bar End Mirrors Side Mirrors for KTM Duk 790 690 390 125
★★★☆☆ 17
**$19.99**
Only 9 left in stock - on...

›

---

## Sponsored products related to this item

Page 1 of 13

‹



Motorcycle Exhaust System Vent Middle Pipe Link Connect Tube for Duke 390 2013-2016
**$55.19**



KTM/FMF Exhaust Fatty Pipe 65 SX 2012 2013 OEM: SXS11065500
**$239.99**



Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
**$21.99** ✓prime



KTM Footrest Left Rally 2004-2016 OEM: 76203040250
**$101.84**



2003-2010 fits KTM 85SX 85 SX Front and Rear Severe Duty Sintered Metal Brake...
**$31.95**



KTM Footrest Right Rally 2004-2016 OEM: 76203041250
**$92.55**



KTM Skid Plate Poly Resin Quick Release 125/150 2012-2013 OEM: 50303190000
**$99.99**

›

Ad feedback 💬

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $21.69 instead of $71.69!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

### Additional Information

Case 1:20-cv-06677-NGG Document #: 14 Filed: 11/10/20 Page 117 of 465 PageID #:1922

≡　**amazon**

Home & Kitchen ▾ 🔍 🇺🇸

Hello,
Account ▾ | ⌄ ists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to
Bensenville 60106

Holiday Deals　Gift Cards　Customer Service　_____'s Amazon.com　Prime Video　　**Shop today's epic deals now**

Amazon Home　Shop by Room　Discover　Shop by Style　Home Décor　Furniture　Kitchen & Dining　Bed & Bath　Garden & Outdoor　Home Improvement

PillPack by amazon pharmacy　**Your medication, delivered**　Learn more ›

Automotive › Motorcycle & Powersports

## MNBHD Motorcycle Cover and mouldings CNC Folding Tip Forged Gear Shifter Lever Foot Pedal Fit for KTM 125 150 200 250 300 350 450 505 SX XC SXF XCF XCW EXC XCFW EXCF MXC Motorcycle Accessories

Brand: MNBHD

Price: **$46.18** + $1.98 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

Color: **Orange**

| 〜 $46.18 | 〜 $46.18 |

- Item Width: 10cm
- Model Name: 125 SX/EXC 2001-2015,200 EXC 2001-2016
- Item Height: 10cm

💬 Report incorrect product information.

Click image to open expanded view

**$46.18**
+ $1.98 shipping

Arrives: **Nov 9 - Dec 2**

**In Stock.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 **Secure transaction**

Ships from ...　MNBHD
Sold by ...　MNBHD

📍 Deliver to ___ - Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ 📘 🐦 📌

Have one to sell?
Sell on Amazon

## Related products from Our Brands



pinzon by amazon

Page 1 of 3











**Pinzon 6 Piece Blended Egyptian Cotton Bath Towel Set - Driftwood**
⭐⭐⭐⭐½ 13931
$24.99

**Pinzon Velvet Plush Blanket - Twin, Chocolate**
⭐⭐⭐⭐½ 6588
$25.81

**Pinzon Signature Cotton Heavyweight Velvet Flannel Sheet Set - Queen, Cream**
⭐⭐⭐⭐½ 6157
$74.71

**Pinzon Organic Cotton Bathroom Towels, 6 Piece Set, Ivory**
⭐⭐⭐⭐½ 5791
$34.99

**Pinzon Faux Fur Throw Blanket - 50 x 60 Inch, Ivory**
⭐⭐⭐⭐½ 3652
$31.26

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $46.18**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product description

Color:**Orange**

Item Length: 10cm
Material Type: 6061-T6 Aluminum
Item Type: Covers & Ornamental Mouldings
Item Weight: 0.2kg
Fitment-1: fit For KTM 200 SX/MXC 2001-2004 XC/XC-W 2006-2015
Fitment-2: fit For KTM 250 SX/EXC/EXC TPI/XC-W 2017-2018
Fitment-3: fit For KTM 250 SX-F/XC-F 2013-2018
Fitment-4: fit For KTM 250 EXC-F/XCF-W 2009-2011
Fitment-5: fit For KTM 250 350 EXC-F 2017-2018
Fitment-6: fit For KTM 300 XC/EXC/EXC TPI/XC-W 2017-2018
Fitment-7: fit for 150 SX/XC 2009-2015,350 SX-F/XC-F 2011-2018
Fitment-8: fit For KTM 450 SX 2003-2006,450 SX-F 2007-2012
Fitment-9: fit For KTM 450 SXS-F 505 SX-F 2007-2008
Fitment-10: fit For KTM 450 505 XC-F 2008-2009
Item Name: fit for NICECNC Gear Shift Lever Folding Tip Forged Lever Arm Foot Rests

---

## Product information

Color:**Orange**

| Item Weight | 0.035 ounces |
|---|---|
| Manufacturer | MNBHD-NA |
| ASIN | B08JVLCD4B |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

---

## Related video shorts (0)  Upload your video



**Be the first video**

Your name here

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

# Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

▾ How are ratings calculated?

**No customer reviews**

# Review this product

Share your thoughts with other customers

Write a customer review

Sponsored

Sponsored

# Best sellers in Kindle eBooks

Page 1 of 8

⟨    ⟩








## Deals in magazine subscriptions

Page 1 of 9







**National Geographic Kids**
⭐⭐⭐⭐½ 6,337
Print Magazine
$30.00

**Muse**
⭐⭐⭐⭐ 217
Print Magazine
$29.95

**Reader's Digest**
⭐⭐⭐⭐½ 56
Print Magazine
$5.00

**Real Simple**
⭐⭐⭐⭐ 28
Print Magazine
$5.00

---

**Your Browsing History**   View or edit your browsing history  ›

Page 1 of 2









---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |



English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |



10/20/2020

# amazon

MNBHD | ktm

Deliver to
Bensenville 60106

Hello,
Account | ists | Returns
& Orders | Try Prime | 0 Cart

Holiday Deals    Gift Cards    Customer Service    's Amazon.com    Prime Video    Best Sellers    Browsing History

1-16 of 78 results for **MNBHD** : "**ktm**"

Sort by: Featured

**Brand**
MNBHD
Logo



MNBHD Motorcycle Cover and mouldings 2019 Handlebar Handguards Fit for KTM Duke 125 200 250 390 2012-...
$45$^{99}$
$1.98 shipping



MNBHD Motorcycle Cover and mouldings 6 Color Motorcycle Kickstand Foot Side Stand Extension Pad fit...
$25$^{06}$
$1.98 shipping



MNBHD Motorcycle Cover and mouldings Engine Case Slider Protector Guard Left & Amp; Rigt Side Fit for KTM...
$106$^{24}$
$1.98 shipping



Motorcycle cover and mouldings Luggage Motorcycle Backpack Bag Fit For Ktm 300 Fit For Yamaha Fz6 Fit For...
$65$^{84}$
$1.98 shipping



MNBHD Motorcycle Cover and mouldings Motorcycle Chain Tensioner Chain Adjuster Fit for KTM Duke 125 20...
$57$^{77}$
$1.98 shipping



Motorcycle Cover and mouldings GPS Navigation Bracket Handlebar Bracket Mobile Phone Bracket Fit for BMW...
$49$^{11}$



$1.98 shipping



Motorcycle Cover and mouldings Aluminum Motor Exhaust Flange Guard Tip Muffler Pipe Clamp Fit for KTM...

$27$^{95}$

$1.98 shipping



Motorcycle Cover and mouldings Motorcycle Mirror Aluminum 7/8 22mm Bar End Mirror Fit for Honda Xr...

$44$^{79}$

$1.98 shipping



MNBHD Motorcycle Cover and mouldings NICECNC Aluminum Rear Grab Handle Fit for KTM EXCF XCW 250...

$32$^{73}$

$1.98 shipping



MNBHD Motorcycle Cover and mouldings Front Sprocket Cover Case Saver Protector Chain Guard Fit for Husqvarn...

$102$^{88}$

$1.98 shipping



MNBHD Motorcycle Cover and mouldings CNC Folding Tip Forged Gear Shifter Lever Foot Pedal Fit for KTM 125 15...

$46$^{18}$

$1.98 shipping



MNBHD Motorcycle Cover and mouldings Engine Case Slider Protector Guard Left & Rigt Side Fit for KTM 790...

$103$^{85}$



# MNBHD

MNBHD storefront

*Just launched* | *No feedback yet*

MNBHD is committed to providing each customer with the highest standard of customer service.

**Have a question for MNBHD?**

Ask a question

---

## Detailed Seller Information

**Business Name:** XIANGCHENGSHIMINGNUOBAIHUODIAN
**Business Address:**
19HAOLOU,OUBEISHASHANGCHENG,HUBINLU,XIANGCHENGSHI
ZHOUKOUSHI
HENANSHENG
466200
CN

| Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|

Please refer to the **Amazon.com Return Policy** and **Amazon.com Refund Policy** or contact MNBHD to get information about any additional policies that may apply.

**Contact this seller**

To initiate a return, visit **Amazon's Online Return Center** to request a return authorization from the seller.

---

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Amazon.com's A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...**Read more**

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 9



KontrolFreek FPS Freek Galaxy Purple for...
KontrolFreek
★★★★½ 7,253
PlayStation 4
$14.99



KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation 4...
KontrolFreek
★★★½ 1,017
$11.99



KontrolFreek FPS Freek Galaxy White for Xbox...
KontrolFreek
★★★★½ 916
Xbox One
47 offers from $22.56



KontrolFreek FPS Freek Inferno for Xbox One...
KontrolFreek
★★★★½ 3,042
Xbox One
$14.99



## Best sellers in Kindle eBooks

Page 1 of 8






SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

**Continue**

---

## Shipment 1 of 1

### Shipping from MNBHD  (Learn more)

Shipping to: ███████████, 100 W ROOSEVELT AVE, BENSENVILLE, IL, 60106-4106 United States

- **MNBHD Motorcycle Cover and mouldings CNC Folding Tip Forged Gear Shifter Lever Foot Pedal Fit for KTM 125 150 200 250 300 350 450 505 SX XC SXF XCF XCW EXC XCFW EXCF MXC Motorcycle Accessories**
  $46.18 - Quantity: 1
  Sold by: MNBHD

Change quantities or delete

---

### Choose a delivery option:

○ **Monday, Nov. 9 - Wednesday, Dec. 2**
$1.98 - Shipping

---

**Continue**

---

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

**Shipping address** Change

███████
100 W ROOSEVELT AVE
BENSENVILLE, IL 60106-4106
United States
Phone: ███████
Add delivery instructions

**Payment method** Change
VISA ending in ███

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ]  [ Apply ]



prime ███████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» **Get Started**

**Estimated delivery: Nov. 9, 2020 - Dec. 2, 2020**

MNBHD Motorcycle Cover and mouldings CNC Folding Tip Forged Gear Shifter Lever Foot Pedal Fit for KTM 125 150 200 250 300 350 450 505 SX XC SXF XCF XCW EXC XCFW EXCF MXC Motorcycle Accessories
**$46.18**
Quantity: 1 Change
Sold by: MNBHD
🎁 Gift options not available.

**Choose a delivery option:**
⦿ **Monday, Nov. 9 - Wednesday, Dec. 2**
$1.98 - Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:      $46.18
Shipping & handling:      $1.98

Total before tax:      $48.16
Estimated tax to be collected:*      $2.89

**Order total:**      **$51.05**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06672 Document #: 14 Filed: 11/10/20 Page 126 of 465 PageID #:1834



‹ Back to results



Click image to open expanded view

  

## MNBHD Motorcycle Cover and mouldings 2019 Handlebar Handguards Fit for KTM Duke 125 200 250 390 2012-2020 18 17 16 15 14 13 Motorcycle Accessories Hand Guard Protector Motorcycle Accessories

Brand: MNBHD

Price: **$45.99** + $1.98 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

Color: **Orange**

| | | |
|---|---|---|
| $45.99 | $45.99 | **$45.99** |

- •The two-component plastic handguards have been completely redesigned.
- •The black center section offers maximum strength for optimum protection.
- •The colorful upper and lower parts are more flexible to withstand impacts from stones and branches.
- •Low profile shield area offers a sporty look and just the right amount of protection.
- -Color: Black/White/Orange

🖓 Report incorrect product information.



$45.99
+ $1.98 shipping

Arrives: Nov 9 - Dec 2

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...          MNBHD
Sold by ...          MNBHD

⊚ Deliver to ▮▮▮▮▮ - Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f ⚫ 🐦 𝒫

Have one to sell?

Sell on Amazon

---

### You might also like
Sponsored ⓘ

<
      
>

Page 1 of 30

NEW OEM KTM RADIATOR DIGITAL FAN KIT 250 300 350 400 450 530 2017...
⭐⭐⭐⭐⭐ 7
$184.99

NICECNC Orange Left & Right Crash Pad Frame Slider Protection Guard Replace 125/200...
⭐⭐⭐⭐⭐ 4
$49.99 ✓prime

KTM/FMF Stainless Megabomb Header 250 SX-F/XC-F 2019-2020 OEM: 79105907501
$299.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
⭐⭐⭐⭐☆ 43
$21.99 ✓prime

KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
⭐⭐⭐⭐⭐ 1
$124.99

Brake Pads fit KTM 85SX 85 SX 2011-2020 (19 and 16 inch Wheels) Rear Severe Duty
$21.95

1998 1999 2000 fits KTM 200 MXC 15 Tooth Front and 50 Tooth Sprocket
$39.95

---

### Customers who viewed this item also viewed
Page 1 of 3

<
      
>

Motorcycle Sportbike 7/8" Handle Bar End Mirrors for KTM Duke 790 690 390 125
⭐⭐⭐☆☆ 9
$19.99

Rzmmotor 7/8'' 22mm CNC Brake Clutch Lever Protective Guards Bar Ends Motorcycles...
⭐⭐⭐⭐☆ 15
$33.99
Only 16 left in stock - orde...

COPART Motorcycle Engine Guards Protector Crash Bars with Frame Sliders for KTM DUKE...
⭐⭐⭐⭐☆ 34
$125.99

7/8 inche 1 1/8 inches Hand Guards Handguard Protector Protection For KTM EXC EXCF SX SXF...
⭐⭐⭐⭐☆ 61
$15.99

KTM Open End Dual Compound Hand Grips
⭐⭐⭐⭐☆ 75
$24.99
Only 3 left in stock - order...

Xitomer Frame Slider/Crash Protector, For KTM 790 DUKE 2018 2019 2020, No-Cut...
⭐⭐⭐⭐☆ 5
$45.99
Only 15 left in stock - orde...

7/8" Motorcycle Handle Bar End Mirrors Side Mirrors for KTM Duke 790 690 390 125
⭐⭐⭐☆☆ 17
$19.99
Only 9 left in stock - on...

---

### 4 stars and above
Sponsored ⓘ

Page 1 of 2





10/20/2020  Amazon.com: MNBHD Motorcycle Cover and mouldings 6 Color Motorcycle Kickstand Foot Side Stand Extension Pad fit for KTM 1290 Super ADV Motorcycle Accessories (Co...

≡ **amazon**

All ▾ | ktm | 🔍 | 🇺🇸

Hello
Account ▾ | ...ists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to
Bensenville 60106

Holiday Deals | Gift Cards | Customer Service | ...'s Amazon.com | Prime Video | Best Sellers | Browsing History ▾ | Shop the Fashion Gift guide

PillPack | Your medication, delivered | Learn more ›

‹ Back to results

### MNBHD Motorcycle Cover and mouldings 6 Color Motorcycle Kickstand Foot Side Stand Extension Pad fit for KTM 1290 Super Adventure R 1290 Super ADV Motorcycle Accessories (Color : All Black)

Brand: MNBHD

Price: **$25.06** + $1.98 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

Color: **All Black**

| $25.06 | $25.06 | $25.06 |
| $25.06 | $25.06 | $25.06 |
| $25.06 |

- Motorcycle CNC Aluminum Side stand extension
- Material: CNC Aluminum 6061 Anodized
- Condition: 100% brand new
- Color: As Picture
- QTY: 1 piece with 1 screw stool

💬 Report incorrect product information.

**$25.06**
+ $1.98 shipping

Arrives: Nov 9 - Dec 2

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...  MNBHD
Sold by ...  MNBHD

📍 Deliver to ... - Bensenville 60106

[ Add to List ]

[ Add to Wedding Registry ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

Roll over image to zoom in

---

### You might also like

Sponsored ⓘ


KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 796109651118EB
★★★★★ 1
$124.99


Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime


2003 fits KTM 450 SX 15 Tooth Front and 50 Tooth Rear Sprocket
$39.95


NEW OEM KTM FACTORY HIGH QUALITY REPLACEMENT CHAIN 65 SX XC SXS ALL...
$37.99


2003-2010 fits KTM 855X 85 SX Front and Rear Severe Duty Sintered Metal Brake...
$31.95


KTM Racing Chain Guide (Orange) OEM 7810497000004
★★★★★ 2
$98.99


2004 fits KTM 300 M... Race-Driven Rear Ri... Brake Rotor Disc for Motorcross
$43.95

‹ ›

Page 1 of 13

### Related products from Our Brands


Stone & Beam
Exclusively on Amazon

Page 1 of 3

 



Automotive › Tools & Equipment › Oil System Tools › Oil Filter Wrenches



Roll over image to zoom in

## MonkeyJack Motorcycle CNC Radiator Water Pipe Cap Oil Cover for KTM Duke 125 200 390

Brand: MonkeyJack

Price: **$12.49**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

- High Quality Motorcycle Orange CNC Radiator Water Pipe Cap For KTM DUKE 125 200 390
- 100% Brand New, Never Mounted
- CNC machined and hard anodised.
- Replaces The Stock Covers To Make A Factory Bike Look
- Easy To Install

› See more product details

⚑ Report incorrect product information.



**$12.49**

FREE delivery: Nov 10 - Dec 3

**Only 13 left in stock - order soon.**

Qty: 1 ⌄

Add to Cart

Buy Now

Secure transaction

Ships from ...  MonkeyJack
Sold by ...  MonkeyJack

Deliver to  - Bensenville 60106

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $12.49!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | MonkeyJack |
|---|---|
| Brand | MonkeyJack |
| Manufacturer Part Number | Aa8feb67a88f60f44c42d224315859ce |

### Additional Information

| ASIN | B0776W3QWW |
|---|---|
| Date First Available | November 6, 2017 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for related products

Page 1 of 3



Best Oil Filter For Cars 2020 - Top 5

Revisione



The 8 Best Oil Filters For Cars

Ezvid Wiki



ARES Oil Filter Wrenches: How to and Overview

ARES TOOL



Engine Motor Oil Filter Cutter Tool - "How To"

Speedway Motors



ABN Oil Filter 7-Piece Socket

Tool Deals

Upload your video

## Product description

**Description:**

- High Quality Motorcycle Orange CNC Radiator Water Pipe Cap For KTM DUKE 125 200 390

- 100% Brand New, Never Mounted

- CNC machined and hard anodised.

- Replaces The Stock Covers To Make A Factory Bike Look

- Easy To Install

**Specification:**

- Material: CNC Aluminum 6061 Anodized

- Color:Orange As Pictures

- Fitment: For KTM DUKE 125/200/390

- Outer diameter: 33mm/1.30"

- Height: 18mm/0.71"

**Package Includes:**

1 Piece Radiator Water Pipe Cap

**Note:**

Please check the size if can fit your handlebar clamp before you buy.

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

# Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

➤ How are ratings calculated?

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

**Pages with related products.** See and discover other items: ktm duke 390 accessories

## Inspired by your browsing history

Page 1 of 9








Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013...
⭐ 13
$12.99

FMF Racing 11299 Wash Plug
⭐ 1,409
$7.98

Motorex Cross Power 4T Oil - 10W50-4L. 171-401-400
⭐ 188
$56.47

CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
⭐ 87
$25.98

NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
⭐ 75
$27.50

## Popular products inspired by this item

Page 1 of 7

    



**Your Browsing History**   View or edit your browsing history ›   Page 1 of 2

        

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

 

amazon

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



10 results for **MonkeyJack** : **"ktm"**

Sort by: Featured

**Brand**
MonkeyJack



MonkeyJack CNC Throttle Cable Protection Guard Cover For KTM 250 350 450 550 EXC SX-F
$12.11
FREE Shipping



MonkeyJack 8mm Chain Roller Wheel Guide for CRF YZF KTM RMZ KLX Motorcycle ATV Quad Dirt Bike - Blue
Blue
$10.56
FREE Shipping
Only 9 left in stock - order soon.



MonkeyJack Coolant Temperature Switch Sensor Water Temp Fan for KTM Husqvarna
★★★★★ ⌄ 1
$8.98
FREE Shipping



MonkeyJack Motor-61CM Motorcycle Exhaust Mufflers Anti Hot Aluminum Heat Shield Cover Pipe Leg Protector for Dirt Pit Bike Honda Kawasaki...
★★★☆☆ ⌄ 2
$28.56
FREE Shipping
Only 6 left in stock - order soon.



MonkeyJack New Mini Complete Clutch Pad for KTM 50 KTM 50CC SX Motorcycle 2002 2003 2004 2005 2006 2007 2008
$22.54
FREE Shipping
Only 15 left in stock - order soon.



MonkeyJack Motorcycle CNC Radiator Water Pipe Cap Oil Cover for KTM Duke 125 200 390
$12.49
FREE Shipping
Only 13 left in stock - order soon.



MonkeyJack Motorcycle Exhaust Muffler Cover Carbon Fiber Protector Heat Shield Cover
★★★★★ ⌄ 1
Misc.
$37.60
FREE Shipping
Only 1 left in stock - order soon.



# MonkeyJack

MonkeyJack storefront

★★★★½ | 84% positive in the last 12 months (250 ratings)

MonkeyJack is committed to providing each customer with the highest standard of customer service.

**Have a question for MonkeyJack?**

Ask a question

---

## Detailed Seller Information

**Business Name:** Monkey King
**Business Address:**
Qiaoxianglu No.1011
Futian District
Shenzhen
Guangdong
518000
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

★★★★★ "Arrived faster then stayed real pleased. Love. "
By TJT on August 25, 2020.

★☆☆☆☆ "Seems poorly made "
By Amazon Customer on August 19, 2020.

★☆☆☆☆ "I've already called Chase to dispute the charge and if the seats arrive I am shipping them right back to you. I cancelled the other on Aug 17 due to an unrealistic arrival date. You declined my request claiming they already shipped and then you shipped them Aug 18. BS. "
Read less
By VdubbauVW on August 18, 2020.

★★★★★ "Thanks-just what was needed. "
By K. B. on August 14, 2020.

★★★★★ "Grea "
By None on August 13, 2020.

Previous  Next

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 93% | 83% | 84% | 89% |
| Neutral | 0% | 3% | 2% | 3% |
| Negative | 7% | 14% | 13% | 8% |
| Count | 14 | 35 | 250 | 4,527 |

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 9




Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013...
★★★★☆ 13
$12.99



FMF Racing 11299 Wash Plug
★★★★½ 1,409
$7.98



Motorex Cross Power 4T Oil - 10W50-4L. 171-401-400
★★★★½ 188
$56.47



CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
★★★★½ 87
$25.98



NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
★★★★★ 75
$27.50



## Top subscription apps for you

Page 1 of 9




Disney+
Disney
★★★★½ 384,536
$0.00



ABCmouse.com - Early Learning Academy
Age of Learning
★★★★½ 33,704
$0.00



MLB
MLB Advanced Media
★★★★☆ 34,198
$0.00



Smithsonian Channel
SN Digital
★★★★☆ 2,063
$0.00



DC Universe - The Ultimate DC Membership
Warner Bros
★★★★☆ 17,378
$0.00



Your Browsing History  View or edit your browsing history →

Page 1 of 2

 

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options

[ Continue ]

---

### Shipment 1 of 1
**Shipping from MonkeyJack**   (Learn more)

Shipping to: ▮▮▮▮▮▮▮, 100 W ROOSEVELT AVE, BENSENVILLE, IL, 60106-4106 United States

- **MonkeyJack Motorcycle CNC Radiator Water Pipe Cap Oil Cover for KTM Duke 125 200 390**
  $12.49 - Quantity: 1
  Sold by: MonkeyJack

Change quantities or delete

**Choose a delivery option:**

◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN     SHIPPING & PAYMENT     GIFT OPTIONS     PLACE ORDER

## Review your order



**Shipping address** Change

██████████
100 W ROOSEVELT AVE
BENSENVILLE, IL 60106-4106
United States
Phone: ██████████

Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code]    Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.49 |
| Shipping & handling: | $0.00 |
| Total before tax: | $12.49 |
| Estimated tax to be collected:* | $0.78 |
| **Order total:** | **$13.27** |

How are shipping costs calculated?

**FREE TRIAL**

████, we're giving you 30 days of Prime benefits for FREE     Try Prime FREE for 30 days >

**Estimated delivery: Nov. 10, 2020 - Dec. 3, 2020**

MonkeyJack Motorcycle CNC Radiator Water Pipe Cap Oil Cover for KTM Duke 125 200 390
$12.49
**Quantity:** 1  Change
Sold by: MonkeyJack
Gift options not available.

**Choose a delivery option:**
● **Tuesday, Nov. 10 - Thursday, Dec. 3**
  FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

≡ **amazon**    All ▾   ktm     🔍   🇺🇸   Acco...   Account ▾   ...ists ▾   Returns & Orders   Try Prime ▾   🛒 0 Cart

Deliver to Bensenville 60106    Holiday Deals   Gift Cards   Customer Service   ...s Amazon.com   Prime Video   Best Sellers   Browsing History ▾     Shop deals before they're gone


**audible** Now included: new podcasts, originals, and more   Start your free trial

Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components



## MonkeyJack CNC Throttle Cable Protection Guard Cover For KTM 250 350 450 550 EXC SX-F

Brand: MonkeyJack

Price: **$12.11**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- 100% Brand New
- The protector is simply attached to the throttle cable guide on the throttle grip, thereby preventing the throttle cable from snapping.
- Color: Orange
- Material: 6061-T6 Aluminum
- Size(L*W*H): 3*1.5*2cm/1.18*0.59*0.78inch

› See more product details

⚑ Report incorrect product information.

Roll over image to zoom in

**$12.11**

FREE delivery: **Nov 12 - Dec 4**

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from    MonkeyJack
Sold by ...    MonkeyJack

⚲ Deliver to   — Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

### Exclusive items from our brands

Page 1 of 3

   

CLEO Plastic Fender Fairing Body Work Kit Set · Plastic Body Fender Kit 7 piece for CRF50...
★★★★½ 74
$29.99

AmazonBasics Motorbike Powersports Racing Gloves - XX-Large, Green
★★★★☆ 1,253
$11.99

AmazonBasics Premium Waterproof Winter Plus Performance Gloves, Black, L
★★★★☆ 124
$18.04

AmazonBasics Enhanced Flex Grip Work Gloves - Extra Large, Grey
★★★★☆ 674
$12.39

### You might also like

Page 1 of 15

Sponsored ⓘ

      

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★½ 3
$47.99

HTTMT EC-KTM-001-Orange ABS Clutch Cover Protection Guard Saver Compatible with...
$14.69

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★½ 43
$21.99 ✓prime

Brake Pads fits KTM 350 EXC-F 2012-2020 Front Severe Duty MX by Race-Driven
★★★★★ 1
$18.95

KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
$124.99

KTM Supersprox Stealth Rear Sprocket (Orange) 51T OEM: 5841005105104
★★★★★ 2
$83.99

2003-2006 fits KTM SX / 2004-2014 fits 450 SX-F 52 Tooth Rear Sprocket
$28.95

### Customers who bought this item also bought

   

Outlaw Racing Or652 Reusable Oil Filter Ktm 450SXF 450XCF 2007 2008 2009-2012
★★★★★ 5
$16.95
Only 14 left in stock - orde...

FMF Racing 11299 Wash Plug
★★★★½ 1,409
$7.98

NGK LKAR8AI-9 Laser Iridium Spark Plug, One Size
★★★★½ 234
$13.49

Motorex Power Synthetic 4T Oil - 10W50 - 4L. 405-400
★★★★☆ 161
$67.20

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $8.98**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

Case 1:20-cv-06677-Document-14-Filed 11/19/20 Page 136 of 465 PageID #: 1842



Automotive › Motorcycle & Powersports › Parts › Engine › Clutches

## MonkeyJack New Mini Complete Clutch Pad for KTM 50 KTM 50CC SX Motorcycle 2002 2003 2004 2005 2006 2007 2008

Brand: MonkeyJack

Price: **$22.54**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

- This clutch design to fits for KTM 50 SX 2002-2008
- Performance clutch pad assembly for KTM 50
- Diameter of Clutch Assy: Approx. 82mm/3.23inch
- Thickness of Clutch : Approx. 18.50mm/0.73inch
- Inner Hole Diameter: Approx. 14.50mm/0.57inch

> See more product details

🏴 Report incorrect product information.

Roll over image to zoom in

**$22.54**

FREE delivery: **Nov 12 - Dec 4**

Only 15 left in stock - order soon.

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...     MonkeyJack
Sold by ...        MonkeyJack

📍 Deliver to ... - Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

### You might also like

Sponsored ⓘ                                                    Page 1 of 26


2003 2004 2005 2006 2007 2008 fits KTM 250 SX 13 Tooth Front & 50 Tooth Rear Sprocket
$39.95


1999 2000 2001 2002 2003 2004 2005 2006 2007 fits KTM 400 SX 14 Tooth Front Sprocket
$18.95


2003 2004 2005 2006 2007 2008 fits KTM 125 SX 15 Tooth Front & 52 Tooth Rear Sprocket
$39.95


KIPA Complete Clutch Pad Flywheel Basket Kit For KTM 50 Junior Senior Mini SX Pro L...
⭐⭐⭐⭐ 5
$59.99 ✓prime


49cc Engine with Gear Reduction Transmission for 20T T8F Sprocket Pocket Bike Gas S...
⭐⭐⭐⭐ 19
$110.99 ✓prime

### More to consider from our brands

CLEO High Performance 1500RPM Racing Torque with 3 Clutch Springs for GY6 50cc-100cc, fits...
⭐⭐⭐⭐ 5
$11.59

CLEO High Performance 2000RPM Racing Torque with 3 Clutch Springs for GY6 125-150cc, fits 4...
⭐⭐⭐⭐ 8
$12.99

CLEO Gy6 50cc high performance clutch set · include clutch Assembly and Variator...
⭐⭐⭐⭐ 8
$62.99
Only 7 left in stock - order...

CLEO Gy6 50cc clutch set · include clutch Assembly and Variator with 669...
⭐⭐⭐⭐ 9
$53.99

CLEO Gy6 150cc clutch set · include clutch Assembly and Variator with 842...
⭐⭐⭐⭐ 6
$59.99

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $22.54!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | MonkeyJack |
| --- | --- |

### Additional Information

| ASIN | B075R8V7V6 |
| --- | --- |

Automotive › Motorcycle & Powersports › Parts › Fuel System › Carburetors



Click image to open expanded view







## Morii New Carburetor for Honda CR250 CR500 KTM 125 200 250 300 EXC SX DXC MX MXC Carb

Brand: Morii

Price: **$159.99** & FREE Returns

Get $10 off instantly: Pay $159.99 $149.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free prime shipping.

- ► CONDITION—Brand New, Fast Shipping and TOP Quality
- ► FITMENT—Fit for Honda CR250 CR500 KTM 125 200 250 300 EXC SX DXC MX MXC
- ► REPLACEMENT—Fit for ATV Dirt Bike 200cc 250cc 300cc engine
- ► PACKAGE—1 X Carburetor
- ► WARNING—Please Confirmed your Parts Number and Check Pictures and Fitment Before Placing an Order

› See more product details



**$159.99**
& FREE Returns

FREE delivery: **Wednesday, Nov 4** Details

Fastest delivery: **Friday, Oct 30** Details

Only 1 left in stock - order soon.

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... Amazon
Sold by ... Morii

Return policy: This item is returnable

**prime**
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

## Products related to this item

Sponsored ⓘ

Page 1 of 3

Carbhub 10 pcs Carburetor Main Jet with 10 pcs Slow & Pilot Jet for PWK Keihin OKO ...
★★★★☆ 26
$12.99 ✓prime

6 Sigma Carb Jet Kit fits Honda CR125 CR250 CR450 CR500 Custom Mods Jetting Custom ...
$39.50

Fork Seal Kit Honda CR125 97-07 / CR250 96 / CR500 96-01
★★★★☆ 5
$18.95

1 1/8" 28mm Handlebar Set Fat Handle Bar + Pad + Grips - Dirt Bike Motorcycle For H...
★★★★☆ 59
$34.99 ✓prime

NIBBI Racing Performance Motorcycle Carburetor 26mm GY6 125CC Carburetor...
★★★★☆ 97
$66.99 ✓prime

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | Morii |
|---|---|
| Brand | Morii |
| Model | ATV Dirt Bike 200cc 250cc |
| Item Weight | 1.61 pounds |
| Package Dimensions | 8.66 x 8.66 x 4.17 inches |
| Manufacturer Part Number | Honda CR250 CR500 |

### Additional Information

| ASIN | B089SVRLWV |
|---|---|
| Date First Available | June 8, 2020 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

### Videos for related products









| | 3:17 | 0:13 | 0:38 | 1:55 | |

How to use motorcycle carburetor carb synchronization tool

Alpha Moto

PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...

DirtBikeClub

PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...

DirtBikeClub

All Balls Fuel Tap Rebuild kits, fuel tap diaphragm only kits, Fuel Ta...

All Balls.

maXpeedingrods C Engine for Yamaha

maXpeedingrods-us

Upload your video

---

Product description

Please carefully confirmed that this is the right item you need .Contact us if you have any questions or problems.

**Compatibility**

Compatible Models:

1987-2003 Honda CR250R

1984-2001 Honda CR500R

1995-2005 KTM 125 SX

1994-2000 KTM 125 EXC

1998-2004 KTM 200 EXC

1998-1999 KTM 200 MXC

2000-2002 KTM 200 SX

1990 KTM 250 DXC

1990-2003 KTM 250 EXC

1990-1991 KTM 250 MX

2002-2003 KTM 250 MXC

1992-2001 KTM 250 SX

1991-2001 KTM 300 EXC

1996-1997 KTM 360 EXC

1996-1997 KTM 360 SX

1998-2002 KTM 380 EXC

1999 KTM 380 MXC

Cylinder-Side OD 45mm

Air filter-Side OD 63mm

**Features:**

* Quality Guarantee;

* Cheap, more competitive price;

* Item can be installed more easily;

* Good performance

**Package Includes:**

1 X Carburetor



Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

---

 1 1/8" 28mm Handlebar Set Fat Handle Bar + Pad
+ Grips - Dirt Bike Motorcycle For Honda CR125...
$34.99    59                          Shop now

Sponsored ⓘ

---

See personalized recommendations

Sign in

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon    English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

☰ amazon

All ▾

Hello, Sign in
Account & Lists
Account ▾

Returns
& Orders

0
Cart

Try Prime ▾

Deliver to
Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping

Shop today's epic deals now

# Morii

Morii storefront

★★★☆☆ 63% positive in the last 12 months (19 ratings)

Morii is committed to providing each customer with the highest standard of customer service.

Have a question for Morii?

Ask a question

## Detailed Seller Information

**Business Name:** Chengdu Dingchen Rongchuang Trading Co., Ltd.

**Business Address:**
No.1,3 Floor,Unit 1,Bulding 6 Wanke North Street
Chengdu
Sichuan
610051
CN

**Feedback** | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products

★★★★★ "Item could not be shipped plane was cancelled I will receive full refund "
By Michael Wilson on May 4, 2020.

★☆☆☆☆ "need product much quicker and not happy you people suck I've ordered numerous air masks and not getting it. whats your problem look at record of orders and see "
Read less
By Jeff Gross on April 30, 2020.

"Really sorry for letting you waitting such long time.We have shipped out your item that day after you ordered.Your item has arrived at AIRPORT of Destination,Custom clearance in processing.----LOS ANGELES.Could you please wait for another few days?Hope you can understand that is not easy for us to do business during the COVID-19 Pandemic. "
Read less
By Morii on May 7, 2020.

★★☆☆☆ "I want to cancel my order as this is ridiculous having to wait for an additional 34-days after ordering this product on April 18th. "
By Linda Brown on April 29, 2020.

"Really sorry for letting you waitting such long time.We have shipped out your item that day after you ordered,and we can not cancel it any more.Your item has arrived at AIRPORT of Destination,Custom clearance in processing.----LOS ANGELES.Could you please wait for another few days?Hope you can understand that is not easy for us to do business during the COVID-19 Pandemic. "
Read less
By Morii on May 7, 2020.

★☆☆☆☆ "I need to cancel the order "
By Karen Lucchese on April 29, 2020.

"Really sorry for letting you waitting such long time.We have shipped out your item that day after you ordered,and we can not cancel it any more.Your item has arrived at AIRPORT of Destination,Custom clearance in processing.----LOS ANGELES.Could you please wait for another few days?Hope you can understand that is not easy for us to do business during the COVID-19 Pandemic. "
Read less
By Morii on May 7, 2020.

★☆☆☆☆ "So you do not have it in stock and I should wait another 64 days? "
By John Wilson on April 19, 2020.

"Really sorry for letting you waitting such long time.Your item has delivered in or at the mailbox on April 29, 2020.Hope you can understand that is not easy for us to do business during the COVID-19 Pandemic. "
Read less
By Morii on May 7, 2020.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | 100% | 63% | 63% |
| Neutral | - | 0% | 0% | 0% |
| Negative | - | 0% | 37% | 37% |
| Count | 0 | 1 | 19 | 19 |

Previous  Next

Leave seller feedback  |  Tell us what you think about this page

Your recently viewed items and featured recommendations

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

View or edit
your browsing
history





**Grant a few birthday wishes**

Shop gift cards ›



Sponsored

2 results for Morii : **"ktm"**

Sort by: Featured



Morii New Voltage Regulator Rectifier Replacement for KTM 990 RC8 1190 690

$65.99

Usually ships within 6 to 10 days.



Morii New Carburetor for Honda CR250 CR500 KTM 125 200 250 300 EXC SX DXC MX MXC Carb

$159.99

✓prime Get it as soon as Fri, Oct 30

FREE Shipping by Amazon

Only 1 left in stock - order soon.

## Need help?

Visit the help section or contact us



KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000

$31.49        13

Shop now

Sponsored

---

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

amazon

English        United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| --- | --- | --- | --- | --- | --- | --- |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ███ ███, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Morii New Carburetor for Honda CR250 CR500 KTM 125 200 250 300 EXC SX DXC MX MXC Carb**
  $159.99 - Quantity: 1
  Sold by: Morii

Change quantities or delete

## Amazon Locker is available

20 pickup locations near you

**Choose a delivery option:**

███ get FREE Prime Delivery on this order and try other Prime benefits (hello, Prime Video) with a one week trial for $1.99!

○ FREE Prime Delivery with amazon prime

○ **Tuesday, Nov. 3**
  FREE Shipping

● **Friday, Oct. 30**
  $7.69 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.





amazon.com

SIGN IN SHIPPING & PAYMENT GIFT OPTIONS PLACE ORDER

## Review your order

**Shipping address** Change
[redacted]
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: [redacted]
Add delivery instructions

Or try Amazon Locker
20 locations near this address

**Payment method** Change
ending in [redacted]

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
Enter Code Apply

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $159.99 |
| Shipping & handling: | $7.69 |
| Total before tax: | $167.68 |
| Estimated tax to be collected: | $10.00 |
| **Order total:** | **$177.68** |

How are shipping costs calculated?

SPECIAL OFFER

prime

[redacted] **we're giving you One Week of Prime for only $1.99!**
Save $7.69 instantly with FREE Prime Delivery and enjoy more of what you love with Prime:
- ✓ Fast, FREE delivery
- ✓ Exclusive deals and discounts
- ✓ Endless entertainment and so much more!

Give Prime a try
No commitments. Cancel anytime.

**Delivery: Oct. 30, 2020** If you order in the next 48 minutes and 24 seconds (Details)

**Morii New Carburetor for Honda CR250 CR500 KTM 125 200 250 300 EXC SX DXC MX MXC Carb**
$159.99
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: Morii
Add gift options

**Choose a delivery option:**
- ○ Tuesday, Nov. 3 — FREE Shipping
- ● Friday, Oct. 30 — $7.69 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Deliver to Bensenville 60106    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping        Shop deals before they're gone

Automotive   Your Garage   Deals & Rebates   Best Sellers   Parts   Accessories   Tools & Equipment   Car Care   Motorcycle & Powersports   Truck   RV   Tires & Wheels   Vehicles

Automotive › Motorcycle & Powersports › Parts › Drive Train







Click image to open expanded view

## For KTM Duke 200 250 390 620 640 690 790 990 Aluminium CNC Brake Gear Shift Lever Pedal

Brand: Kanoxbike

★★★★★   1 rating

Price: **$29.99**

Get $50 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Material: Aluminium
- Package Include: 1 pair of shift lever
- Fitment: For KTM Duke 200 250 390 620 640 690 790 990
- Installation: Easy and fit well

› See more product details

**$29.99**

FREE delivery: Nov 19 - Dec 16

Usually ships within 6 to 10 days.

Qty: 1

[ Add to Cart ]

[ Buy Now ]

Secure transaction

Ships from ...    Motokano
Sold by ...    Motokano

Return policy: This item is returnable

Deliver to Bensenville 60106

[ Add to List ]

Share

Have one to sell?

[ Sell on Amazon ]

## Sponsored products related to this item

Page 1 of 49








Motorcycle Kickstand Side Stand Enlarger Extension Enlarger Pate Pad For KTM 125 20...
★★★☆☆ 21
$25.99 ✓prime

NICECNC Orange Left & Right Crash Pad Frame Slider Protection Guard Replace 125/200...
★★★★☆ 5
$49.99 ✓prime

Hunter-Bike Kickstand Extension Pad, Motorcycle CNC Aluminum Foot Side...
$16.99

Hunter-Bike for Duke Kickstand Extension Pad, Motorcycle CNC Aluminum Foot Side...
$16.99

NICHE Brake Pad Set fo KTM 390 Duke RC 90113090000 90113030000...
★★★★☆ 3
$18.99

Ad feedback

## Customers who viewed this item also viewed

Page 1 of 5









CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
★★★★☆ 88
$25.98

Xitomer Duke 125/250/390 Tail Tidy, Fender Eliminator for KTM DUKE 125...
★★★★★ 2
$34.99
Only 6 left in stock - order...

kemimoto Universal Fender Eliminator Kit Motorcycle License Plate Bracket Compatible...
★★★★☆ 258
#1 Best Seller in Powersports Fender Eliminators
$24.00

Xitomer Frame Slider/Crash Protector, For KTM 790 DUKE 2018 2019 2020, No-Cut...
★★★★★ 5
$45.99
Only 15 left in stock - orde...

COPART Motorcycle CNC Frame Sliders Crash Falling Protector for KTM Duke 390 200...
★★★★☆ 8
$58.99
Only 12 left in stock - orde...

Orange Motorcycle CNC Aluminum Adjustable Brake Clutch Levers Fit...
★★★★☆ 15
$38.99
Only 9 left in stock - orde...

HTTMT 300DUKE12 Orange Aluminum V shield Windscreen Compatible with KTI
★★★★★ 2
$20.99
Only 18 left in stock - o

## Customers also viewed these products

Page 1 of 7




CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
★★★★☆ 88
$25.98

Xitomer Frame Slider/Crash Protector, For KTM 790 DUKE 2018 2019 2020, No-Cut...
★★★★★ 5
$45.99
Only 15 left in stock - orde...

Orange Motorcycle CNC Aliimium Adjustable Folding Extendable Brake Clutch Levers Fit...
★★★★☆ 15
$38.99
Only 9 left in stock - orde...

COPART Motorcycle Engine Guards Protector Crash Bars without Frame Sliders for KTM...
★★★★☆ 34
$105.00
Only 7 left in stock - order...

COPART Motorcycle CNC Frame Sliders Crash Falling Protector for KTM Duke 390 200...
★★★★☆ 8
$59.99
Only 20 left in stock - orde...

Xitomer DUKE 790 Tail Tidy, Fender Eliminator for KTM DUKE 790 2018 2019/2020 Duke...
★★★☆☆ 14
$39.99
Only 3 left in stock - orde...

HTTMT 300DUKE12 Orange Aluminum V shield Windscreen Compatible with KTI
★★★★★ 2
$20.99
Only 18 left in stock - o

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $29.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Kanoxbike |
| Brand | Kanoxbike |
| Item Weight | 14.1 ounces |
| Package Dimensions | 7.48 x 3.94 x 2.17 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | BL KTM 200-01  |

### Additional Information

| | |
|---|---|
| ASIN | B07G2V7DYN |
| Customer Reviews | ⭐⭐⭐⭐⭐ 1 rating<br>5.0 out of 5 stars |
| Best Sellers Rank | #1,152,085 in Automotive (See Top 100 in Automotive)<br>#14,884 in Powersports Drive Train Parts |
| Date First Available | September 11, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

---

### Related video shorts (0)    Upload your video

**Be the first video**
Your name here

---

### Product description

Material: Aluminium
Package Include: 1 pair of shift lever
Fitment: For KTM Duke 200 250 390 620 640 690 790 990
Installation: Easy and fit well

Contact us if you have any question or dissatisfaction with our product
We will reply you within 24 hours
Providing the best shopping experience is our eternal goal

---

### Need it sooner?

Page 1 of 4










CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
⭐⭐⭐⭐ 88
$25.98

Xitomer Duke 125/250/390 Tail Tidy, Fender Eliminator for KTM DUKE 125...
⭐⭐⭐⭐⭐ 2
$34.99
Only 6 left in stock - order...

kemimoto Universal Fender Eliminator Kit Motorcycle License Plate Bracket Compatible...
⭐⭐⭐⭐ 258
**#1 Best Seller** in Powersports Fender Eliminators
$24.00

Xitomer Frame Slider/Crash Protector, For KTM 790 DUKE 2018 2019 2020, No-Cut...
⭐⭐⭐⭐ 5
$45.99
Only 15 left in stock - orde...

COPART Motorcycle CNC Frame Sliders Crash Falling Protector for KTM Duke 390 200...
⭐⭐⭐⭐ 8
$58.99
Only 12 left in stock - orde...

Orange Motorcycle CNC Aluminum Adjustable Folding Extendable Brake Clutch Levers Fit...
⭐⭐⭐⭐ 15
$38.99
Only 9 left in stock - order...

7/8" Motorcycle Handle Bar End Mirrors Side Mirrors for KTM Duke 790 690 390 125
⭐⭐⭐ 18
$19.99
Only 9 left in stock - on...

---

### Sponsored products related to this item

Page 1 of 25















Speedo Angels NANO GLASS Dashboard Screen Protector for 390 ADVENTURE (2020+) x 2
★★★★½ 2
$14.99

NICECNC Orange Left & Right Crash Pad Frame Slider Protection Guard Replace 125/200...
★★★★½ 5
$49.99 ✓prime

Motorcycle Kickstand Side Stand Enlarger Extension Enlarger Pate Pad For KTM 125 20...
★★★½ 21
$25.99 ✓prime

M10 Motorcycle CNC Swingarm Spools Stand Screws Sliders for KTM DUKE 125 200 2012-2...
★★★★½ 13
$17.99 ✓prime

M10 Motorcycle CNC Swingarm Sliders Spools Stand Screw For KTM Duke 125 200 390 690...
★★★★½ 23
$19.99 ✓prime

CNC Alu Rear Brake Fluid Reservoir Cap Cover For KTM Duke 390 2013-2018, Duke 250 2...
★½ 2
$22.99 ✓prime

fits KTM 1991-05 125 EXC / 1998-05 200 1 14 Tooth Front And Tooth Rear Sprocket
$39.95

Ad feedback

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0
votes
▼

**Question:** How can o order the 145mm size?

**Answer:** That's one pair in this listing, one is 145mm, the other one 137mm
By Motokano **SELLER** on June 6, 2019

## Customer reviews

★★★★★ 5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | ████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

There are 0 customer reviews and 1 customer rating.

---

## Customers who searched for "emoji" ultimately bought

Page 1 of 2









LovesTown Mini Emoji Keychain Set, 80pcs Emoji Party Favors for Kids Emoticon Plush...
★★★★½ 32
$12.99

Emoji Universe: Emoji LED Rings, 24 Count
★★★★½ 359
$11.95

36 Styles Metallic Glitter Emoji Temporary Tattoos for Kids, Emoji Birthday Party Supplies Games...
★★★★½ 3
$5.99

Dreampark Emotion Keychain Mini Cute Plush Pillows, Christmas / Birthday Party...
★★★★½ 740
$10.99

Dreampark 80 Pack Mini Emotion Keychain Plush, Party Favors for Kids, Christmas / Birthday...
★★★★½ 182
$32.99

## Deals in magazine subscriptions

Page 1 of 9

National Geographic Kids
★★★★½ 6,417
Print Magazine
$15.00

Real Simple
★★★★ 29
Print Magazine
$5.00

Architectural Digest
★★★★★ 5
Print Magazine
$5.00

American Survival Guide
★★★★½ 131
Print Magazine
$26.95

Young Rider
★★★★ 189
Print Magazine
$16.46



10/22/2020

≡ **amazon** | Motokano ▾ | KTM | 🔍 | 🇺🇸 | Hello, Sign in **Account & Lists** ▾ Account ▾ | Returns **& Orders** | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

14 results for **Motokano** : "KTM"

Sort by: Featured ▾

**Brand**
Kanoxbike
Kanoxbaiku
KANOXBAIKU



For KTM Duke 200 250 390 620 640 690 790 990 Aluminium CNC Brake Gear Shift Lever Pedal
⭐⭐⭐⭐⭐ ˅ 1
$29⁹⁹
FREE Shipping
Usually ships within 6 to 10 days.



Kanoxbaiku For KTM Duke 125 200 250 390 690 990 SMC RC 125 200 390 1190 Handle Bar End Slider Plug Hand Grip Caps (DUKE,Orange)
⭐⭐⭐⭐☆ ˅ 3
Orange
$32⁹⁹
FREE Shipping
Also available in Black



Kanoxbaiku For KTM 250 Duke 390 Duke 2017-2019 Rear Fender Mudguard Splash Guard
⭐⭐☆☆☆ ˅ 1
$54⁸⁸
FREE Shipping



Kanoxbaiku For KTM Duke 390 2017 2018 2019 Rear Carrier Luggage Rack Shelf
⭐⭐⭐⭐⭐ ˅ 2
$149⁹⁹
FREE Shipping



Kanoxbaiku For KTM Duke390 2012-2016 Mid xhaust Pipe Stainless Steel Millde Exhaust Link Pipe
$60⁹⁹
FREE Shipping
Usually ships within 6 to 10 days.



Kanoxbaiku For KTM DUKE 390 DUKE 250 2017-2018 Radiator Grille Guard Radiator Cover Protector
$28⁸⁸
FREE Shipping
Usually ships within 6 to 10 days.



Kanoxbaiku For KTM 390 Duke 2017-2019 Windshield Windscreen Shield Screen High Strength (Clear)
Clear
$118⁹⁹
FREE Shipping
Also available in Black



https://www.amazon.com/s?k=KTM&me=A2Q4SCUWVQ8LUH&ref=nb_sb_noss

1/4



Amazon

| ☰ | **amazon** | All ▾ | | 🔍 | 🇺🇸 | Hello, Sign in<br>Account & Lists ▾ | Returns<br>& Orders | Try Prime ▾ | 🛒 0 Cart |

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

# Motokano

Motokano storefront

⭐⭐⭐⭐½ | **75% positive** lifetime (8 total ratings)

Motokano is committed to providing each customer with the highest standard of customer service.

| Have a question for Motokano? |
| --- |
| Ask a question |

---

## Detailed Seller Information

**Business Name:** liuyongsheng

**Business Address:**
38 Liandeng Road
Guancheng Rocha Market
Dongguan city
Guangdong Province
523000
CN

---

| **Feedback** | Returns & Refunds | Shipping | Policies | Help | Products |

⭐⭐⭐⭐⭐ "what would the world do without people like you, thank you "
By Jim on August 20, 2020.

⭐⭐⭐☆☆ "KLX250 2008-2019 - Rear Side Cover Cowl Fairing Black The good: The package took a little over 2 weeks to arrive from China (faster than expected). The bad: The packaging was not the best. They were basically wrapped in bubble wrap and put in a sealed bag. When I took them out, I noticed numerous scuff marks and finger prints on the plastics. I guess you get what you pay for.... "
Read less
By phymaps on November 16, 2019.

⭐⭐⭐⭐☆ "Seller is good. Left panel has no foam to protect battery. Right one has no heat tape to protect from exhaust. I had a feeling that might be the case. "
By Gabe H. Coud on November 4, 2019.

⭐⭐⭐⭐⭐ "Looks good, assembly is going to be interesting, instructions would be nice. "
By John Giersdorf on August 8, 2019.

⭐⭐⭐☆☆ "Way too long for shipping good product bad shipping over six weeks "
By Brian Cossaboon on May 23, 2019.

|  | 30 days | 90 days | 12 months | Lifetime |
| --- | --- | --- | --- | --- |
| Positive | - | 100% | 67% | 75% |
| Neutral | - | 0% | 33% | 25% |
| Negative | - | 0% | 0% | 0% |
| Count | 0 | 1 | 3 | 8 |

Previous    Next

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 8














Laugh Till You Cry Emoji Pillow 12.5 Inch Large Yellow Smiley Emoticon
⭐⭐⭐⭐½ 584
$9.95

Emoji Birthday Candles | Party Supply
⭐⭐⭐⭐½ 195
$4.55

Timex Unisex Weekender 38mm Watch
⭐⭐⭐⭐½ 12,195
$29.55 - $89.99

24 Make A Emoji Stickers For Kids: Emoji Party Supplies & Party Favors For Emoji Themed...
⭐⭐⭐⭐½ 134
$7.25

Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fits ABS &...
⭐⭐⭐⭐½ 89
$80.99

## Top subscription apps for you

Page 1 of 9








Disney+
Disney
⭐⭐⭐⭐½ 386,991
$0.00

CBS Full Episodes and Live TV
CBS Interactive
⭐⭐⭐⭐☆ 98,053
$0.00

STARZ
Starz Entertainment
⭐⭐⭐⭐☆ 79,576
$0.00

Sling TV
Sling TV LLC
⭐⭐⭐⭐☆ 47,388
$0.00

SHOWTIME
Showtime Digital Inc.
⭐⭐⭐⭐☆ 22,920
$0.00

**Your Browsing History** View or edit your browsing history ▸     Page 1 of 3    See personalized recommendations

 

SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

## Choose your shipping options



### Shipment 1 of 1

**Shipping from Motokano**  (Learn more)

Shipping to: ████, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **For KTM Duke 200 250 390 620 640 690 790 990 Aluminium CNC Brake Gear Shift Lever Pedal**
  $29.99 - Quantity: 1
  Sold by: Motokano

Change quantities or delete

**Choose a delivery option:**

○ **Thursday, Nov. 19 - Wednesday, Dec. 16**
   FREE Shipping



Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

**AMAZON.COM**

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change

█████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ████████
Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[Enter Code] [Apply]

prime ████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 19, 2020 - Dec. 16, 2020**

For KTM Duke 200 250 390 620 640 690 790 990 Aluminium CNC Brake Gear Shift Lever Pedal
$29.99
Quantity: 1 Change
Sold by: Motokano
🎁 Gift options not available.

**Choose a delivery option:**
◉ Thursday, Nov. 19 - Wednesday, Dec. 16
   FREE Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                              $29.99
Shipping & handling:                 $0.00
Total before tax:                   $29.99
Estimated tax to be collected:*      $1.87

**Order total:                      $31.86**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

‹ Back to results







Roll over image to zoom in

## Kanoxbaiku For KTM Duke 125 200 250 390 690 990 SMC RC 125 200 390 1190 Handle Bar End Slider Plug Hand Grip Caps (DUKE,Orange)

Brand: Kanoxbaiku

★★★★☆  3 ratings

**Price: $32.99**

Get $50 off instantly: Pay $0.00 $32.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Size: **DUKE**

| DUKE | RC |

Color: **Orange**



- Material: CNC Aluminum
- Fitment: For details, please refer to the description of the product
- Installation: Easy install without any extra working
- With sincere heart to make our customer satisfied

› See more product details

$32.99

FREE delivery: Nov 17 - Dec 9

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Motokano
Sold by ... Motokano

Return policy: This item is returnable

◈ Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Customers who viewed this item also viewed





COPART Motorcycle CNC Frame Sliders Crash Falling Protector for KTM Duke 390 200 ...
★★★★☆ 8
$58.99
Only 12 left in stock - orde...

CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
★★★★☆ 88
$25.98

YOSHIMURA 16381BP520 ALPHA T Slip-on Exhaust Street SS-SS-CF with Works...
★★★★★ 4
$419.30
Only 1 left in stock - order...

## Sponsored products related to this item

Page 1 of 22






Hand Bar Grip 22 mm Motorcycle Handlebar Grips Ends Bar Ends Caps For KTM Duke 200 ...
$23.99 ✓prime

NICECNC Orange Left & Right Crash Pad Frame Slider Protection Guard Replace 125/200...
★★★★☆ 5
$49.99 ✓prime

Hunter-Bike Motorcycle Handlebar Bar Ends Plugs Slider for KTM Duke 690 390 125 200...
★★★☆☆ 1
$14.88 ✓prime

OKSTNO Motorcycle 7/8" Brake Clutch Slider Handle Bar Grip End Cap 2 Pcs (Orange)
★★★★☆ 24
$10.99 ✓prime

OKSTNO Motorcycle Handlebar Ends,7/8" Handle Bar Slider Caps Weight Plugs CNC...
★★★★☆ 57
$10.99 ✓prime

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99

Hunter-Bike Motorcycle Handlebar Bar Ends Plugs Slider for KTM Duke 790 2018 2019...
★★★★☆ 1
$16.88 ✓prime

Ad feedback

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $32.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Size:**DUKE** | Color:**Orange**

Technical Details | Additional Information

≡ **amazon** | All ▾ | KTM | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

‹ Back to results



Click image to open expanded view

# Kanoxbaiku For KTM 250 Duke 390 Duke 2017-2019 Rear Fender Mudguard Splash Guard

Brand: KANOXBAIKU

★★☆☆☆ ▾    1 rating

Price: **$54.88**

Get $50 off instantly: Pay $4.88 ~~$54.88~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- Material: High quality carbon steel bracket, plastic protective cover
- Fitment: For KTM 250 Duke 390 Duke 2017 - 2019
- Installation: Easy install without any extra working
- With sincere heart to make our customer satisfied

› See more product details

Compare with similar items



**$54.88**

FREE delivery: Nov 17 - Dec 9

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Motokano
Sold by ... Motokano

Return policy: This item is returnable ▾

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

## Customers also viewed these products
Page 1 of 10

      

| M10 Motorcycle CNC Swingarm Sliders Spools Stand Screw for KTM Duke 125 200 390 690... | CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125... | Coolsheep Motorcycle Frame Slider Crash Protector for KTM 125 200 250 390 Duke... | 7/8" Motorcycle Handle Bar End Mirrors Side Mirrors for KTM Duke 790 690 390 125 | COPART Motorcycle Engine Guards Protect Crash Bars without Frame Sliders for KTM. |
|---|---|---|---|---|
| ★★★★☆ 23 | ★★★★☆ 88 | ★★★★☆ 11 | ★★★★☆ 18 | ★★★★☆ 34 |
| $19.99 | $25.98 | $45.99 Only 12 left in stock - orde... | $19.99 Only 9 left in stock - order... | $105.00 Only 7 left in stock - order |

## Sponsored products related to this item
Page 1 of 14

    

| Baosity Motorcycle Rear Fender Splash Mud Guard for KTM Duke 390 2017-2018 | KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804 | Motorcycle Swingarm Guard Swing Arm Protector for KTM EXC125 EXC200... | NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004 | KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030 | KTM Factory Skid Plate (Black) 250/350 2015-2019 OEM: UPP1503020 | Front and Rear RipTi Brake Rotors and Bra Pads fits 1998-2003 KTM 250 EXC |
|---|---|---|---|---|---|---|
| ★★★★★ 1 | ★★★★★ 1 | ★★★★☆ 44 | ★★★★☆ 1 | | | |
| $77.68 | $83.99 | $21.99 ✓prime | $83.99 | $83.99 | $129.99 | $110.95 |

Ad feedback 💬

## Compare with similar items

   

| This item Kanoxbaiku For KTM 250 Duke 390 Duke 2017-2019 Rear Fender Mudguard Splash Guard | Baosity Motorcycle Rear Fender Splash Mud Guard for KTM Duke 390 2017-2018 | Splash Guard Mudguard Fender for KTM Duke 2011 2018 | CHENDGE2 ABS Rear Fender Mudguard Splash Guard for Kawasaki Z900 RS z900rs Cafe 2018-2019 Chrome |
|---|---|---|---|
| [ Add to Cart ] | [ Add to Cart ] | [ Add to Cart ] | [ Add to Cart ] |
| Customer Rating ★★☆☆☆ (1) | ★★★★★ (1) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) |

Case 1:20-cv-06677-Document 1-4 Filed 11/18/20 Page 153 of 465 PageID #:1858



Automotive > Motorcycle & Powersports > Parts > Fuel System > Carburetors



Roll over image to zoom in

### MOTOKU Carb Carburetor Assembly for Honda CRF450R CRF450X KTM 400 EX C Suzuki RMZ 450 Yamaha WR450F YZ450F

Brand: MOTOKU

★★☆☆☆ ⌄    5 ratings

Was: $141.99

Price: **$127.99** & FREE Returns

You Save: $14.00 (10%)

Get $50 off instantly: Pay $77.99 $127.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Compatible with Kawasaki KLX450R 2008-2009, KX450F 2006-2009; Suzuki RMZ450 2005-2007
- Compatible with Honda CRF450R 2002-2008, CRF450X 2005-2014; Husqvarna TC450 2002-2011, TE450 2002-2011
- Compatible with KTM 400 EXC 2004-2006, 450 SXF 2004-2012, 450 XC-F 2006-2009, 450 EXC 2004-2005
- Compatible with Yamaha WR400F 1998-2000, WR426F 2001-2002, WR450F 2003-2011, YZ400F 1998-1999, YZ426F 2001-2002, YZ450F 2003-2009

∨ See more product details

Compare with similar items

### Similar item to consider

 CLEO Plastic Fender Fairing Body Work Kit Set , Plastic Body Fender Kit 7 piece for CRF50 Chinese Mini Dirt Bikes
$29.99 ✓prime
★★★★☆ (76)

**$127.99**
& FREE Returns ⌄

FREE delivery: **Friday, Nov 6**
Details

Fastest delivery: **Friday, Oct 30**
Order within 15 hrs and 44 mins
Details

Only 17 left in stock - order soon.

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Amazon
Sold by ... MOTOKU

Return policy: Extended holiday return window till Jan 31, 2021 ⌄



**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

Add a Protection Plan:
☐ 3-Year Protection for $26.14

☐ Add gift options

◉ Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]


NovelBee 2710901929 Rubber Intake Pipe Repair Hose Fit for...
$17.85

### Products related to this item

Sponsored ⓘ

Page 1 of 120

    

Air fuel hybrid screw motorcycle CNC Adjust Carb FCR Air Screw for Honda KTM Yamaha...
★★★☆☆ 2
$9.11 ✓prime

PUCKY Carburetor for Yamaha Bear Tracker YFM250X,YFM250Xh,YF M250B,YFM250...
★★★★☆ 56
$39.99 ✓prime

PUCKY Carburetor For Yamaha 2000-2006 Kodiak 400 &Big Bear 400,Wolverine 350,...
★★★★☆ 42
$39.99 ✓prime

MANOPOLE BLU/BIANCHE D.22MM. L.126MM APERTE
★★★★☆ 73
$9.99

Air Fuel Mixture Screw CNC Adjust Carb FCR Air Screw for KEIHIN Carburetor Four-Str...
★★★★☆ 116
$8.76 ✓prime

### Inspired by your recent shopping trends

Page 1 of 17

    

Maple 38mm PWK Carburetor For Honda Suzuki Kawasaki Yamaha KTM Dirt Bike, Quad,...
★★★★☆ 15
$36.99
Only 11 left in stock - orde...

Febrytold Blue Air Fuel Mixture Screw, Adjustable CNC Four-Strokes FCR Air Screw...
★★★☆☆ 8
$7.99
Only 19 left in stock - orde...

Air Fuel Mixture Screw CNC Adjust Carb FCR Air Screw for KEIHIN Carburetor Four-...
★★★★☆ 116
$8.76

Febrytold Black Air Fuel Mixture Screw, Adjustable CNC Four-Strokes FCR Air Screw...
★★★☆☆ 8
$7.59
Only 2 left in stock - order...

Motorcycle Air Fuel Mixture Screw FCR Carburetor Carb Mixture Screw Adjuster for...
★★★★☆ 45
$9.99
Only 20 left in stock - orde...

### Customers who viewed this item also viewed

Page 1 of 8

<








PUCKY Carburetor for YAMAHA YZ400F 1998-1999,YZ426F 2001-2002,YZ400F 2003...
★★★★☆ 23
$159.99

KIPA Carburetor For YAMAHA WR400F 1998-2000 WR426F 2001-2002 WR450F 2003...
★★★★☆ 13
$145.75
Only 14 left in stock - orde...

KIPA Carburetor For Honda CRF450R CRF450X FCR40 FCR 40mm KTM 400 EXC...
★★★★☆ 1
$151.75

FCR MX Carburetor for Honda CRF450 CRF 450R Motorcycle Carb 2002-2008
★★★☆☆ 3
$155.99
Only 18 left in stock - orde...

JFG RACING Motorcycle Slip On Exhaust Muffler Pipe Full System For For Honda CRF150F...
★★★★☆ 95
$99.99

labwork Carburetor Carb Fit for Honda CRF 450X 2005-2014 / CRF 450R 2002-2008
★★★★☆ 4
$146.44

See all vehicles this product fits.

## Compare with similar items






| | **This item** MOTOKU Carb Carburetor Assembly for Honda CRF450R CRF450X KTM 400 EX C Suzuki RMZ 450 Yamaha WR450F YZ450F | PUCKY Carburetor for YAMAHA YZ400F 1998-1999,YZ426F 2001-2002,YZ450F 2003-2009 WR400F 1998-2000 WR426F 2001-2002 WR450F 2003-2011 Replace for KEIHIN Flat side FCR40 FCR 40mm | labwork Carburetor Carb Fit for Honda CRF 450X 2005-2014 / CRF 450R 2002-2008 | KIPA Carburetor For YAMAHA WR400F 1998-2000 WR426F 2001-2002 WR450F 2003-2011 YZ400F 1998-1999 YZ426F 2001-2002 YZ450F 2003-2009 Replace for KEIHIN Flat side FCR40 FCR 40mm |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★☆☆☆ (5) | ★★★★☆ (23) | ★★★☆☆ (4) | ★★★★☆ (13) |
| **Price** | $127⁹⁹ | $159⁹⁹ | $146⁴⁴ | $145⁷⁵ |
| **Sold By** | MOTOKU | PUCKY MOTOR | labwork-parts | KIPA2007 |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | MOTOKU |
| Brand | MOTOKU |
| Item Weight | 2.69 pounds |
| Package Dimensions | 8.1 x 5.7 x 4.5 inches |
| Item model number | 5GS-10317-04-50 |
| Manufacturer Part Number | 5GS-10317-04-50 |

### Additional Information

| | |
|---|---|
| ASIN | B07XRNRLNC |
| Customer Reviews | ★★☆☆☆ ∨   5 ratings 2.7 out of 5 stars |
| Best Sellers Rank | #424,936 in Automotive (See Top 100 in Automotive) #2,815 in Powersports Carburetors |
| Date First Available | September 11, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ∨

# Videos

Page 1 of 2

### Videos for related products



0:21 

0:38 

0:13 



3:17
How to use motorcycle carburetor carb synchronization tool
Alpha Moto

maXpeedingrods Carburetor Carb Engine for Yamaha Blaster YFS2...
maXpeedingrods-us

PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...
DirtBikeClub

PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...
DirtBikeClub

All Balls Fuel Tap R tap diaphragm onl
All Balls.

Upload your video

## Product description

Carb Carburetor Assembly for Honda CRF450R CRF450X KTM 400 EX C Suzuki RMZ 450 Yamaha WR450F YZ450F

## Customers who bought this item also bought







PZ20 Carburetor for Kazuma Baja 50cc 70cc 90cc 110cc 125cc TaoTao 110B NST...
★★★★☆ 3,015
#1 Best Seller in Powersports Carburetors
$13.78

Outlaw Racing OR3126 High-Pressure Temperature Gauge Radiator Cap 1.8 ~...
★★★★☆ 355
$29.50
Only 10 left in stock - orde...

NGK 5068 Spark Plug - IFR8H11, Each
★★★★★ 183
$12.72

## Products related to this item

Sponsored ⓘ

Page 1 of 37













Air fuel hybrid screw motorcycle CNC Adjust Carb FCR Air Screw for Honda KTM Yamaha...
★★★☆☆ 2
$9.11 ✓prime

PUCKY Carburetor for Yamaha Bear Tracker YFM250X,YFM250Xh,YF M250B,YFM250...
★★★★☆ 56
$39.99 ✓prime

KIPA Carburetor For Honda CRF450R CRF450X FCR40 FCR 40mm KTM 400 EXC...
★★★★☆ 1
$151.75 ✓prime

Air Fuel Mixture Screw CNC Adjust Carb FCR Air Screw for KEIHIN Carburetor Four-Str...
★★★★☆ 116
$8.76 ✓prime

ZOOM ZOOM PARTS CARBURETOR YAMAHA YFZ 450 YFZ450 2004 2005 2006 2007 2008...
★★★★☆ 12
$174.95

ZOOM ZOOM PARTS PERFORMANCE CARBURETOR YAMAHA WOLVERINE 450 YFM...
$49.95

5% off coupon



NovelBee 4 Pack of Weatherstrip Window Moulding Trim Seal Belt Fit for Toyota Corolla 2009-2012 Black Outside Trim...
$29.99

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers



0 votes

**Question:** What does it mean, cutting a groove in the throttle cable maybe required?

**Answer:** no cutting required
By MOTOKU SELLER on September 14, 2020

**Question:** what does it mean to cut counter sink throttle cable nuts?

Answer: no cutting required

By MOTOKU SELLER on September 14, 2020

---

## Customer reviews

★★⯪☆☆ 2.7 out of 5

5 global ratings

| | | |
|---|---|---|
| 5 star | ▮▮▮ | 24% |
| 4 star | ▮▮▮ | 23% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ▮▮▮▮ | 53% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



NovelBee 4 Pack of Universal Rubber Jac...
17
$15.99   [ Shop now ]

Sponsored ⓘ



---

Top reviews ⌄

### Top reviews from the United States

Daniel
★☆☆☆☆ **Horrible**
Reviewed in the United States on June 27, 2020
Verified Purchase
Horrible worse product ever I received it broken and did not even fit

[ Helpful ]   Comment   Report abuse

Jeremy
★☆☆☆☆ **Crf450r**
Reviewed in the United States on October 23, 2020
Do you not buy for a CRF 450. Totally different throttle cables. And sensor adapter

[ Helpful ]   Comment   Report abuse

**See all reviews ›**



NovelBee Rear Liftgate Tailgate Glass Win...
$18.49   [ Shop now ]

Sponsored ⓘ

---

## Top subscription apps for you

Page 1 of 7


Disney+
Disney
★★★★½ 399,527
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 101,339
$0.00


STARZ
Starz Entertainment
★★★★☆ 82,813
$0.00


Sling TV
Sling TV LLC
★★★★☆ 48,944
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 23,884
$0.00


Philo: Live & On-Demand TV
PHILO
★★★★☆ 67,414
$0.00

---

## Inspired by your browsing history

Page 1 of 6


2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing...
★★★★½ 940
$7.99


Acarte Carburetor Carbon Dirt Jet Cleaner Tool Kit 10 Cleaning Needles with 5 Brushes
★★★★½ 1,343
$7.99


JDJetting Jet Kit for 00-20 Suzuki DRZ400S
★★★★★ 134
$78.90


Dr.Roc Tire Spoon Lever Dirt Bike Lawn Mower Motorcycle Tire Changing Tools with...
★★★★½ 1,651
$20.99


Zinger 24mm&27mm Magneto Flywheel Puller for GY6 50 125 150cc Yamaha Honda...
★★★★½ 753
$7.99


SunplusTrade 2" x 50' Black Exhaust Heat Wrap Roll for Motorcycle Fiberglass Heat Shield...
★★★★½ 3,162
$12.99

---

### Your Browsing History  View or edit your browsing history ›










Page 1 of 2

See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

   

English    United States

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates





eGift cards for every occasion

Send now ▸

HAPPY B-DAY

$50.00

Sponsored ⓘ

7 results for **MOTOKU** : "**ktm**"

Sort by: Featured ⌄



MOTOKU Rear Brake Caliper and Master Cylinder Fits for KTM 125SX 150XC 250SX-F 250XC-F 300XC 350XC-F 450SX-F Husqvarna FC250...
★★★★★ ⌄ 2
$129⁹⁹
✓prime Get it as soon as Fri, Oct 30
FREE Shipping by Amazon
Only 1 left in stock - order soon.



MOTOKU Front Brake Master Cylinder Fits for KTM 150 XCW 250 XC-F SXF 300 XCW 350 EXC F XCF-W 450 SXF 500 EXC F
★★★★★ ⌄ 1
$49⁹⁹
✓prime Get it as soon as Fri, Oct 30
FREE Shipping by Amazon
Only 6 left in stock - order soon.



MOTOKU 36mm Carb Carburetor Repair Rebuild Kit for 250cc-400cc Motorcycle Keihin OKO
★★★☆☆ ⌄ 5
$17⁹⁹
Get it as soon as Fri, Oct 30
FREE Shipping on your first order shipped by Amazon
Only 10 left in stock - order soon.



MOTOKU Carb Carburetor Assembly for Honda CRF450R CRF450X KTM 400 EX C Suzuki RMZ 450 Yamaha WR450F YZ450F
★★★☆☆ ⌄ 5
$127⁹⁹ $141.99
✓prime Get it as soon as Fri, Oct 30
FREE Shipping by Amazon
Only 17 left in stock - order soon.



MOTOKU 1/4" in Line Fuel Gas Filters Shut Cut Off Valves Clamps for Briggs & Stratton 493960 494768 698183 Maico Husqvarna KTM Ossa...
★★★★☆ ⌄ 251
$7⁹⁹
Get it as soon as Fri, Oct 30
FREE Shipping on your first order shipped by Amazon



MOTOKU Starter Solenoid Relay for Suzuki GSX600F GSX750F Katana GSXR 1000 SV650 TL1000R VL1500 C90 VL800 C50 Intruder Volusia M5...
$12⁹⁹
Get it as soon as Fri, Oct 30
FREE Shipping on your first order shipped by Amazon
Only 6 left in stock - order soon.



Fuel Pump for Kawasaki Ninja ZX9R ZX10 ZX11 ZX6 ZX6R ZX9R ZZR600 Honda CBR600F CBR600F2 CBR600F3 CR250R Hawk GT 650 Interceptor...
★★★☆☆ ⌄ 35
$21³⁹
Get it as soon as Fri, Oct 30
FREE Shipping on your first order shipped by Amazon

☰ **amazon**

All ▾ [                    ] 🔍

Hello, Sign in
Account & Lists ▾

Returns
& Orders

Try Prime ▾

🛒 0 Cart

Deliver to
Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping

Shop deals before they're gone

**MOTOKU**   MOTOKU

MOTOKU storefront

★★★★☆ | **95% positive** in the last 12 months (2027 ratings)

Welcome to MOTOKU We are committed to provide and help you to find various replacement parts you want online in the most efficient way possible. Our brand MOTOKU, leading a catagory range of Automotive, Electronics, Home & Garden, Industrial & Scientific, Patio, Lawn & Garden, Sporting Goods, Tools & Home Improvement, etc., gains a lot of positive feedback. We promise to provide the best customer service. Just place orders with confidence!

Have a question for MOTOKU?

[ Ask a question ]

## Detailed Seller Information

**Business Name:** Colorado eCommerce Plus Inc
**Business Address:**
27th Floor 3rd Building #88 Jitai 5th Rd
Chengdu
Sichuang
610041
CN

| **Feedback** | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
|---|---|---|---|---|---|---|

★☆☆☆☆ *"This "kit" was totally crap and a complete waste of my money. The jets were wrong. They are of some kind of coated metal, not brass. The gasket seals don't fit correctly. The float valves were the wrong size. I cannot recommend this product. "*
Read less
By Johnny on October 28, 2020.

★★★★★ *"Exact fit and great price and delivery. "*
By Blaine W. Larson on October 28, 2020.

★★★★★ *"Excellent, lowest price, quality product, and shipped fast...Thank you "*
By dlb on October 28, 2020.

★★★★★ *"Great. "*
By F. Lewis on October 28, 2020.

★★★★★ *"Great price and great quality. "*
By Camaro man on October 28, 2020.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 95% | 95% | 95% | 97% |
| Neutral | 0% | 1% | 1% | 1% |
| Negative | 4% | 4% | 4% | 2% |
| Count | 230 | 587 | 2,027 | 7,642 |

Previous **Next**

Leave seller feedback | Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 6



2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing Grip For...
★★★★☆ 940
$7.99



Acarrete Carburetor Carbon Dirt Jet Cleaner Tool Kit 10 Cleaning Needles with 5 Brushes
★★★★☆ 1,343
$7.99



JDJetting Jet Kit for 00-20 Suzuki DRZ400S
★★★★★ 134
$78.90



Dr.Roc Tire Spoon Lever Dirt Bike Lawn Mower Motorcycle Tire Changing Tools with Durable Bag...
★★★★☆ 1,651
$20.99

Zinger 24mm&27mm Magneto Flywheel Puller for GY6 50 125 150cc Yamaha Honda Kawasaki...
★★★★☆ 753
$7.99



SunplusTrade 2" x 50' Black Exhaust Heat Wrap Roll for Motorcycle Fiberglass Heat Shield...
★★★★☆ 3,162
$12.99

## Top subscription apps for you

Page 1 of 7



Disney+
Disney
★★★★☆ 399,527
$0.00



CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 101,339
$0.00



STARZ
Starz Entertainment
★★★★☆ 82,813
$0.00



Sling TV
Sling TV LLC
★★★★☆ 48,944
$0.00



SHOWTIME
Showtime Digital Inc.
★★★★☆ 23,884
$0.00



Philo: Live & On-Demand TV
PHILO
★★★★☆ 67,414
$0.00

Your Browsing History   View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

[ Sign in ]

 

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

# Choose your shipping options

[ Continue ]

### Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ▮▮▮▮▮ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **MOTOKU Carb Carburetor Assembly for Honda CRF450R CRF450X KTM 400 EX C Suzuki RMZ 450 Yamaha WR450F YZ450F**
  $127.99 - Quantity: 1
  Sold by: MOTOKU

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

▮▮▮▮ get FREE Two-Day Delivery on this order and try other Prime benefits (hello, Prime Video) with a one week trial for $1.99!

○ **Friday, Oct. 30**
FREE Two-Day Delivery with *amazon* prime

○ **Tuesday, Nov. 3**
**FREE Shipping**

● **Friday, Oct. 30**
$12.34 - Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change
████████ ████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ████████
Add delivery instructions

Or try Amazon Locker
20 locations near this address

**Payment method** Change
████ ending in █████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[Enter Code]    Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $127.99 |
| Shipping & handling: | $12.34 |
| Total before tax: | $140.33 |
| Estimated tax to be collected: | $8.00 |
| **Order total:** | **$148.33** |

How are shipping costs calculated?



**SPECIAL OFFER**

prime

████████ **we're giving you** One Week of Prime **for only $1.99!**

Save $12.34 instantly with FREE Two-Day Delivery and enjoy more of what you love with Prime:
✓ Fast, FREE delivery
✓ Exclusive deals and discounts
✓ Endless entertainment and so much more!

Give Prime a try
No commitments. Cancel anytime.

**Delivery: Oct. 30, 2020** If you order in the next 15 hours and 39 minutes (Details)

MOTOKU Carb Carburetor Assembly for Honda CRF450R CRF450X KTM 400 EX C Suzuki RMZ 450 Yamaha WR450F YZ450F
**$127.99**
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: MOTOKU

Add gift options

**Choose a delivery option:**
○ **Tuesday, Nov. 3**
   FREE Shipping
● **Friday, Oct. 30**
   $12.34 - Shipping

"Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

amazon

ktm

Deliver to Bensenville 60106

Hello, Sign in
Account & Lists
Account

Returns & Orders

Try Prime

0 Cart

Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping  Registry  Sell

Shop tech gifts

Select your vehicle: Year ▾  Make ▾  Model ▾  Check Fit    Your Garage (0) ▾

Save on Amazon Basics Car Jumper Cables  Shop now ▸

‹ Back to results



## MOTOKU Rear Brake Caliper and Master Cylinder Fits for KTM 125SX 150XC 250SX-F 250XC-F 300XC 350XC-F 450SX-F Husqvarna FC250 FC350 FC450 TC125

Brand: MOTOKU

★★★★★ 2 ratings

Price: **$129.99** & FREE Returns

Get $50 off instantly: Pay $79.99 ~~$129.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- Compatible with KTM 125SX 2013-2018; 150SX 2013-2018;150XC 2013-2014; 250SX-F 2013-2018; 250SX-F 2013-2018; 250SX-F Factory Edition 2015-2016; 250XC 2013-2018; 250XC-F 2013-2018; 300XC 2013-2018; 350SX-F 2013-2018; 350XC-F 2013-2018; 450SX-F 2013-2018; 450 SX Factory Edition; 450XC- F 2013-2018
- Compatible with Husqvarnan FC250 2015-2017; FC450 2015-2017; FC350 2016-2017; TC125 2016-2017; TC250 2017; FS450 2017-2018; FX350 2017; FX450 2017

› See more product details

**$129.99**

& FREE Returns ▾

FREE delivery: **Friday, Nov 6**
Details

Fastest delivery: **Friday, Oct 30**
Order within 15 hrs and 36 mins

Only 1 left in stock - order soon.

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Amazon
Sold by ... MOTOKU

Return policy: Extended holiday return window till Jan 31, 2021 ▾

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

◉ Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

## Products related to this item

Sponsored ⓘ

Page 1 of 16













SOLLON Rear Brake Master Cylinder Pump for Polaris Sportsman Scrambler 400 500 Trai...
$15.50 ✓prime

KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
★★★★☆ 13
$31.49

Rear RipTide Brake Rotor Disc and Brake Pads fits 2001-2002 fits KTM 520 MXC
$55.95

2003-2010 fits KTM 85SX (19 & 16 inch Wheels) Front and Rear Severe Duty Brake Pads
$31.95

Brake Pads fits KTM 350 EXC-F 2012-2020 Front Severe Duty MX by Race-Driven
★★★★★ 1
$18.95

## Customers also viewed these products

Page 1 of 8













Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers for KTM 350 450 SX SXR SXF...
★★★☆☆ 20
$20.99

AnXin CNC Billet Pivot Brake Clutch Levers for YZ125/250 15-19 YZ250F 09-19...
★★★★☆ 80
$19.99

Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
★★★★☆ 13
$31.99

JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW...
★★★★☆ 68
$23.99

Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit...
★★★★☆ 16
$38.99
Only 9 left in stock - order...

See all vehicles this product fits.

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

### Additional Information

☰ **amazon**  |  All ▾  ktm  🔍  ⚑ 🇺🇸  Hello, Sign in · Account & Lists ▾ · Account ▾  |  Returns & Orders  |  Try Prime ▾  |  🛒 0 Cart

📍 Deliver to Bensenville 60106  |  Holiday Deals · Gift Cards · Best Sellers · Customer Service · New Releases · AmazonBasics · Whole Foods · Free Shipping  |  Shop deals before they're gone

Select your vehicle: Year ▾ · Make ▾ · Model ▾ · Check Fit  ·  Your Garage (0) ▾

**Save on Amazon Basics Car Jumper Cables**  Shop now ▸

‹ Back to results

## MOTOKU Front Brake Master Cylinder Fits for KTM 150 XCW 250 XC-F SXF 300 XCW 350 EXC F XCF-W 450 SXF 500 EXC F

Brand: MOTOKU

★★★★★  1 rating

Price: **$49.99**

Get $50 off instantly: Pay $0.00 $49.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Compatible with KTM XC/XC-W/XC-F/XCF-Compatible with KTM XC/XC-W/XC-F/XCF-W 150-250-300-350-450 (All Year) 150-250-300-350-450 (All Year) KTM EXC/ECX-F 250-350-450-500 (All Year); KTM SX/SX-F 250-350-450 (All Year)
- Compatible with KTM EXC/ECX-F 250-350-450-500 (All Year)
- Compatible with KTM SX/SX-F 250-350-450 (All Year)
- Package included :1x Front Brake Master Cylinder

› See more product details

Roll over image to zoom in

**Similar item to consider**

CLEO Plastic Fender Fairing Body Work Kit Set , Plastic Body Fender Kit 7 piece for CRF50 Chinese Mini Dirt Bikes
$29.99 ✓prime
★★★★☆ (76)

$49.99

FREE delivery: **Friday, Nov 6**
Details

Fastest delivery: **Friday, Oct 30**
Order within 15 hrs and 36 mins
Details

**Only 6 left in stock -** order soon.

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ... Amazon
Sold by ... MOTOKU

Return policy: Extended holiday return window till Jan 31, 2021 ▾

**prime**
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 🅿

Have one to sell?
[ Sell on Amazon ]

## Products related to this item

Sponsored ⓘ  Page 1 of 40

    

‹ ›

| SOLLON Rear Brake Master Cylinder Pump for Polaris Sportsman Scrambler 400 500 Trai... | HERIS 7/8" Brake Master Cylinder Reservoir Clutches Replacement Parts for Honda TRX... | KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000 | Xitomer Front Axle Fork Sliders/Crash Protector, For KTM 790 DUKE 2018 2019 2020,Mo... | KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100 |
|---|---|---|---|---|
| $15.50 ✓prime | $15.99 ✓prime | $31.49 | $29.99 ✓prime | $29.99 |
| | ★★★★☆ 10 | ★★★★☆ 13 | ★★★☆☆ 4 | ★★★★☆ 17 |

## Customers who viewed this item also viewed

Page 1 of 2

‹ ›

| JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW... | Front Brake Master Cylinder Levers For KTM 150 250 300 450 XC XCW EXC -F XCF -W SX | JFG RACING CNC Brake Clutch Levers For 250 300 350 450 500 SXF EXC EXCF XC XCF XC-W... | kemimoto Foldable Brake Clutch Levers Compatible with KTM 125SX 150SX 2016-2019/ 250 SX XC-W... | Twin Air 154115x Pre-Oiled Dual Foam Air Filter, black |
|---|---|---|---|---|
| ★★★★☆ 68 | ★★★★☆ 3 | ★★★★☆ 14 | | ★★★★★ 91 |
| $23.99 | $89.99 Only 3 left in stock - order... | $23.99 Only 5 left in stock - order | $29.99 | $33.43 |

## Customers who bought this item also bought



Master Lock - Universal Size Fits 1-7/8", 2", and



audible
Now included: new podcasts, originals, and more.    Start your free trial

‹ Back to results





Roll over image to zoom in

## Motoparty Dirt Bike Off-Road Front Fork Anti-Dust Cover Gaiter Boots Shock Absorber Protective For Honda Yamaha Kawasaki Suzuki Husqvarna KTM Off Road Dirt Bikes,RED

Brand: motoparty

Price: **$22.03**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **RED**

- Size: Top=40mm | Bottom=60mm | Natural length=375mm,Please allow 1-3CM differs due to manual measurement.
- Material: Special high quality rubber - Weather high resistance.Protect the chrome hardened piston rod from dirt, dust, mud and other contaminants extending the life of your shocks
- Beautiful and Durable: They are easy to install and come,which allows for quick removal for cleaning and maintenance.
- Waterproof and Extended Life: Extend the life of your fork seals and shaft by protecting them from mud,dirt,rocks and other flying debris with the longest lasting fork boots on the market.
- Fitment: Fit For Most Motorcycle,Off Road,Dirt Bikes.

› See more product details

💬 Report incorrect product information.



**$22.03**

FREE delivery: **Nov 10 - Dec 3**

Only 17 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...  MotoParty
Sold by ...   MotoParty

Return policy: Extended holiday return window till Jan 31, 2021

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### Sponsored products related to this item                                         Page 1 of 23

‹











›

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime

KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
$124.99

KTM Supersprox Stealth Rear Sprocket (Orange) 51T OEM: 5841005105104
★★★★★ 2
$83.99

KTM Racing Chain Guide (Orange) OEM 7810497000004
★★★★★ 2
$98.99

[Factory-Links] Lower Shock Absorber Bearing Kits, Fits: KTM (2011-2019): ALL Engin...
★★★★★ 6
$23.90 ✓prime

Ad feedback 💬

---

### Customers also viewed these products                                          Page 1 of 7

‹













›

JFG RACING Real Carbon fiber Front Shock Fork Cover Wrap Shock Absorber Guard...
★★★★☆ 13
$35.99

Motorcycle Swingarm Guard Swing Arm Protector For TC125 TC250 FC250 FC350...
★★★★☆ 43
$21.99
Only 18 left in stock - orde...

Daystar FB002001 Black 13" Long Travel Fork Boot
★★★★☆ 144
$26.99
Only 10 left in stock - orde...

SclMotor Universal 22mm 7/8" Pro Taper Dirt Pit Bike Grips For YAMAHA SUZUKI BMW...
★★★★☆ 509
$15.99

JFG RACING Gripper Soft Seat Covers Skin For Honda CR85 2003-2010 Dirt Bike - Red
★★★★☆ 217
$25.99

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing...
★★★★☆ 881
$7.99

---

### 4 stars and above  Sponsored











STONEMEN Full Exhaust Muffler System Slip On For Honda CRF150F CRF230F 2003-2013 Ti...
★★★★☆ 70
$87.99 ✓prime

SclMotor Universal 22mm 7/8"Red Pro Taper Dirt Pit Bike Grips For HONDA CRF150F...
★★★★☆ 565
$16.99 ✓prime

Motorcycle Handlebar 7/8 inch 1 1/8 inches HandGuards Hand Guards For HONDA...
★★★★☆ 61
$15.99 ✓prime

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing G...
★★★★☆ 881
$7.99 ✓prime

Bicycle Dirt Bike 72Pcs Wheel Rim Spoke Skins Wraps Set Universal for Yamaha Kawasa...
★★★★☆ 700
$10.99 ✓prime

Ad feedback

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $22.03**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product information

Color:**RED**

#### Technical Details

| | |
|---|---|
| Manufacturer | Motoparty |
| Brand | Motoparty |
| Item Weight | 1.43 pounds |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | MTP-LY110-07-70-R |

#### Additional Information

| | |
|---|---|
| ASIN | B07GV9KXJC |
| Best Sellers Rank | #625,129 in Automotive (See Top 100 in Automotive) #72,731 in Powersports Parts |
| Date First Available | August 26, 2018 |

#### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

#### Feedback

Would you like to tell us about a lower price? ⌄

### Related video shorts (0)   Upload your video



**Be the first video**

Your name here

---

### Product description

Color:**RED**

**Please confirm the product size before ordering：Top=40mm | Bottom=60mm | Natural length=375mm**

Description
- Conditon: Aftermarket 100% Brand New
- Size: **Top=40mm | Bottom=60mm | Natural length=375mm**,Please allow 1-3CM differs due to manual measurement.
- They are easy to install and come,which allows for quick removal for cleaning and maintenance.
- Protect the chrome hardened piston rod from dirt, dust, mud and other contaminants extending the life of your shocks
- Made Of High Quality Rubber, Beautiful And Durable.
- Prevent Fork Stanchions From Water, Dust And Damage.
- Easy To Install.

Product Details
Color Option: Red, Blue,Black,Green
Material: Special high quality rubber - Weather high resistance
Top Opening: Approx.40mm
Bottom Opening: Approx.60mm
Overall Length: Approx.375mm
Collapsed Length: Approx.155mm
Placement on Vehicle: Front
Fast Fulfillment: YES

Package Include
2 X Motorcycle Fork Boots Cover

Fitment (For)
Most Motorcycle,Off Road,Dirt Bikes

Note:
Please allow 1-3CM differs due to manual measurement.
Due to the different display and different light, the picture may not reflect the
actual color of the item. Thanks for your understanding

---

### Sponsored products related to this item

Page 1 of 8

   

10/21/2020
Case 1:20-cv-06677-Document #: 14 Filed: 11/10/20 Page 166 of 465 PageID #:187
Amazon.com: Motorcycle Front Shock Fork Cover - Carbon fiber Wrap Shock Absorber Guard Gaiters Gaitor Boot Shock Protector Universal Fit For 27mm to 60mm KTM Off Road Dirt Bikes,RED













Motorcycle Fork Cover, Rubber Shock Absorber Boot Dust Cover, Front Fork Guards 205...

Motorcycle Front Shock Fork Cover - Carbon fiber Wrap Shock Absorber Guard Gaiters ...

Motorcycle Fork Boots Shock Covers Protector Rubber Front Dust Gator Guard Gaiters ...

8" Long Travel Fork Boot Cover Motorcycle Front Fork Gaiters Gators Boots Shock Dam...

Universal Motorcycle Seat Cover Gripper Rubber For K.T.M Suzuki Yamaha Kawasaki Hon...

Suuonee Front Fork Cover, 2PCS 205x42mm Motorcycle Front Fork Cover Guard Gaiters G...

★★★★☆ 1
$11.99 ✓prime

$33.99

★★★★☆ 22
$16.99

★★★★★ 1
$11.74 ✓prime

★★☆☆☆ 1
$19.88 ✓prime

★★★☆☆ 9
$12.79 ✓prime

Ad feedback 💬

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review



Motorcycle Front Shock Fork Cover - Carbon fi...
$33.99

Shop now

Sponsored

KTM Racing Chain Guide (Orange) OEM 7810497000004
$98.99        2

Shop now

Sponsored

## Inspired by your browsing history

Page 1 of 7

‹

›

      

**FMF Racing 11299 Wash Plug**
⭐⭐⭐⭐½ 1,409
$7.98

**Maxima 70-749203-3PK Chain Wax Ultimate Chain Care Aerosol Combo Kit, (Pack of 3)**
⭐⭐⭐⭐½ 1,826
$26.00

**JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off Road...**
⭐⭐⭐⭐☆ 725
$19.99

**YOHOOLYO Disc Lock Alarm Motorcycle Alarm Padlock with 110db Alarm Sound for...**
⭐⭐⭐⭐½ 2,127
$28.96

**WEFOO Bike or Motorcycle Chain Washer, Cleaning Brush 2 Pcs (Color, Blue and...**
⭐⭐⭐⭐½ 1,056
$6.99

**COFIT Motorcycle Gloves for Men and Women, Full Finger Touchscreen Motorbike Gloves for...**
⭐⭐⭐⭐½ 7,601
$18.99

**ZW Homelax Fender Mudg... LED Brake Re... for Dirt Bike**
⭐⭐⭐⭐☆
$12.99

## Popular products inspired by this item

Page 1 of 2

      

**GOGOLO Universal Motorcycle Adjustable Fork Seal Driver 39-50 mm Dirt Bike Fork...**
⭐⭐⭐⭐☆ 57
$23.90

**Fork Clip-ons Handle Bars CNC Riser Regular Handlebar for 1969-1982 Honda Suzuki...**
⭐⭐⭐⭐½ 1
$31.99

**Universal Banjo Bolt Motorcycle Hydraulic Brake Pressure Light Switch (the Rear Brake...**
⭐⭐⭐⭐☆ 22
$9.99

**Fork Clip-ons Handle Bars CNC Riser Regular Handlebar for 1969-1982 Honda Suzuki...**
⭐⭐⭐⭐☆ 1
$32.99

**D-Simpleapparel-Universal Stunt Clutch Easy Pull System For Ktm Sxf Excf For Honda Cr Crf 125 150 250...**
$45.09

**(20Pcs/Set) Universal Use For Exhaust Stud Set M6X35 Cylinder Screw for Aprilia for Honda for Yamaha Motorcycle...**
$29.99

**4 pair/lot Mo... Universal 4m... 5mm 5.5mm... Engine Valve Seal for Hon...**
$20.99

## Your Browsing History

View or edit your browsing history ›

Page 1 of 2

        

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 

English    United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

☰  **amazon**  | All ▾ |  🔍  🇺🇸▾  Acco... Account ▾  ...ists ▾  Returns & Orders  Try Prime ▾  🛒 0 Cart

📍 Deliver to Bensenville 60106  |  Holiday Deals  Gift Cards  Customer Service  Browsing History ▾  ▮▮▮▮ Amazon.com  Prime Video  Best Sellers  |  Shop deals before they're gone

# MotoParty

MotoParty storefront
★★★★☆ | **87% positive** in the last 12 months (240 ratings)
MotoParty is committed to providing each customer with the highest standard of customer service.

| Have a question for MotoParty? |
| --- |
| **Ask a question** |

---

## Detailed Seller Information

**Business Name:** YuanMeiYin
**Business Address:**
BaiYun Qu SongZhou Jie SongBeiCun SongGang DongLu 45Hao
JinHua GongYe Qu G402
GuangZhou
GuangDong
510165
CN

---

**Feedback** | Returns & Refunds | Shipping | Policies | Help | Products

---

★☆☆☆☆ *"The product description states: "Package Includes One More Set of Locking Mechanism As Gift". This was not included. Please send it to me, and let me know that you are doing so, or I will return the screen for a full refund. I paid the extra to get this second set of locking mechanism. I could have bought the screen with only one set of locking mechanism for under $30."*
Read less
By Jacques Pieu on September 20, 2020.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

*"We have contacted you , will sort this issue with you asap. "*
By MotoParty on September 21, 2020.

★★☆☆☆ *"It hasn't been shipped yet. I don't want it. I found the same item and it has already been shipped. I don't want two of the same item."*
By Geoffrey V. on September 18, 2020.

*"We have shipped it 10 days ago, the tracking no.is 420875059274890249338845827491 "*
By MotoParty on September 19, 2020.

★★★★☆ *"Item arrived quick, but missing tiny clamp screws on one side. "*
By Guy D. on September 15, 2020.

★☆☆☆☆ *"Items ordered (MorRYDE LRE 4000 rubber shear "springs" for the equalizer) did NOT arrive on promised date. On expected arrival date, I instead got an automated email telling me that the items had not even shipped yet, but they would "let me know when they shipped". Thanks, but NO THANKS! VERY bad customer service, and virtually non existent customer service. Do not recommend. Shop elsewhere."*
Read less
By Mike on September 11, 2020.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ *"see you "*
By darrell hale on September 10, 2020.

|          | 30 days | 90 days | 12 months | Lifetime |
| -------- | ------- | ------- | --------- | -------- |
| Positive | 100%    | 95%     | 87%       | 88%      |
| Neutral  | 0%      | 2%      | 3%        | 4%       |
| Negative | 0%      | 3%      | 10%       | 8%       |
| Count    | 27      | 91      | 240       | 475      |

Previous  Next

---

Leave seller feedback  |  Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 7

◀

**FMF Racing 11299 Wash Plug**
★★★★☆ 1,409
$7.98

**Maxima 70-749203-3PK Chain Wax Ultimate Chain Care Aerosol Combo Kit, (Pack of 3)**
★★★★★ 1,826
$26.00

**JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off Road...**
★★★★☆ 725
$19.99

**YOHOOLYO Disc Lock Alarm Motorcycle Alarm Padlock with 110db Alarm Sound for Motorcycles...**
★★★★☆ 2,127
$28.96

**WEFOO Bike or Motorcycle Chain Washer, Cleaning Brush 2 Pcs (Color, Blue and Red)**
★★★★☆ 1,056
$6.99

**COFIT Motorcycle Gloves for Men and Women, Full Finger Touchscreen Motorbike Gloves for...**
★★★★★ 7,601
$18.99

**ZW Homelax Mudguard Li Red Tail Ligh Motocross X**
★★★★☆
$12.99

▶

## Top subscription apps for you

Page 1 of 7



10/21/2020



amazon | MotoParty ▾ | KTM | 🔍 | 🇺🇸 | Account ▾ ...ists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Customer Service | Browsing History ▾ | Amazon.com | Prime Video | Best Sellers | Buy Again | Whole Foods

1-16 of 25 results for **MotoParty** : **"KTM"**

Sort by: Featured ▾

**Brand**
motoparty



Motoparty Fork Shoes Protector Cover For KTM XC XCF XCW SX SXF EXCF 250 300 350 450 495 500
★★★★★ ⌄ 3
$21⁹⁹

Get it as soon as **Thu, Oct 22**
FREE Shipping on your first order shipped by Amazon

Only 8 left in stock - order soon.



Motoparty Motorcycle Windshield Extension - Universal Adjustable Clip-on windscreen extension- for Honda Suzuki Kawasaki Yamaha Aprilia...
★★★★☆ ⌄ 211
**smoke**
$35⁹⁹
 Save 5% with coupon

Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Also available in transparent



Motoparty Adjustable Clip On Windshield Extension Spoiler Windscreen Air Deflector For Ducati 1199 Panigale R S 1299 Panigale S,For KTM 65...
★★★☆☆ ⌄ 9
$37⁹⁹

Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 3 left in stock - order soon.





Motoparty Universal Acerbis Style MX Motorcycle Exhaust Muffler Silencer Protector Guard For CRF230 KTM EXC Off Road Dirt Pit Bike 85-...
★★☆☆☆ ⌄ 3
**Orange**
$12⁹⁹

FREE Shipping
Only 6 left in stock - order soon.

Motoparty Universal Motorcycle Exhaust Muffler Pipe Leg Protector Heat Shield Cover For KTM Honda Suzuki Yamaha Kawasaki Ducati HP4 Aprilia...
★★★★☆ ⌄ 3
**Black**
$19⁹⁹
$3.00 shipping
Also available in Red



Motoparty Air Filter Cover Dustproof Cap For Honda CRF - For Kawasaki KX - For Suzuki RMZ DRZ RM DR - For Yamaha WR YZ - For KTM FC FE FS...
★★★☆☆ ⌄ 1
**Green**
$9⁹⁹
$1.00 shipping
Also available in Orange





Motoparty Motorcycle Windshield Extension Windscreen Clip on For Triumph Aprilia Kawasaki Harley Honda BMW Yamaha Suzuki KTM Ducati...
★★★☆☆ ⌄ 7
$43⁹⁹

FREE Shipping
Only 19 left in stock - order soon.

10/21/2020





### Universal Black Acerbis MX Exhaust Muffler Silencer Protector Guard Cover For KTM EXC SX SXF CRF KXF YZF
★★★★★ ⌄ 1

$14⁵⁰
$1.00 shipping
Only 9 left in stock - order soon.



### Motoparty Universal Motorcycle 45-52mm Shock Absorber Spanner Wrench Tool Hook For KTM EXC Honda Kawasaki Suzuki Yamaha CR CRF...
★★★★☆ ⌄ 4

$9⁹⁹
$5.00 shipping
Only 10 left in stock - order soon.



### Motoparty GPS Phone Holder Stand For KTM 1050 1090 1190 ADV Adventure (22MM)

$65⁹⁹
FREE Shipping



### Universal Orange Acerbis MX Exhaust Muffler Silencer Protector Guard Cover For KTM EXC SX SXF CRF KXF YZF

$14⁵⁰
$1.00 shipping



### Motoparty Dirt Bike Off-Road Front Fork Anti-Dust Cover Gaiter Boots Shock Absorber Protective For Honda Yamaha Kawasaki Suzuki Husqvarn...
RED
$22⁰³
FREE Shipping
Only 17 left in stock - order soon.



### Motoparty Motorcycle Adjustable Windshield Extension - Universal Clip-on windscreen for Kawasaki Yamaha BMW Buell Triumph Ducati and more(...
★★★☆☆ ⌄ 110

$37⁹⁹
Save 5% with coupon
Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon



### Motoparty High Temp Exhaust Couplings Clamps 1"ID For Yamaha Banshee YZF350 YFS200 Raptor Blaster KX80 KX125 KX250 CR80 CR125...
★★★★☆ ⌄ 50
Black
$15⁸⁹
Save 5% with coupon
Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon
Price may vary by color




10/21/2020



**Motoparty Adjustable Clip On Windshield Extension Spoiler Windscreen Air Deflector For Yamaha TMD900 TDM850 FJR1300 FJ09 FZ1 FZ6...**

★★★★☆ ⌄ 26

transparent-4

$35⁹⁹

FREE Shipping



**Motoparty Fork Shoes Protector Cover For Husqvarna TC FC TX FX TE FE 125 250 250i 300 300i 350 450 501**

$21⁹⁹

FREE Shipping



← Previous | **1** | 2 | Next →

### Need help?

Visit the help section or contact us

---

## Inspired by your browsing history

Page 1 of 7



FMF Racing 11299 Wash Plug
★★★★☆ 1,409
$7.98



Maxima 70-749203-3PK Chain Wax Ultimate Chain Care Aerosol Combo Kit, (Pack of 3)
★★★★☆ 1,826
$26.00



JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off Road...
★★★★☆ 725
$19.99



YOHOOLYO Disc Lock Alarm Motorcycle Alarm Padlock with 110db Alarm Sound for...
★★★★☆ 2,127
$28.96



WEFOO Bike or Motorcycle Chain Washer, Cleaning Brush 2 Pcs (Color, Blue and...
★★★★☆ 1,056
$6.99



COFIT Motorcycle Gloves for Men and Women, Full Finger Touchscreen Motorbike Gloves for...
★★★★☆ 7,601
$18.99



ZW Homelar Fender Mudg LED Brake Re for Dirt Bike
★★★★☆
$12.99

## Recommended based on your browsing history  Sponsored

Page 1 of 3



D.I.D 520ATV-130 Gold 130-Link High Performance X-Ring Chain with Connecting...
★★★★☆ 171
$60.32



Volar Heavy Duty Non Oring Chain for 520 x 106 Links
$22.99



NICHE 520 Drive Chain 128 Links O-Ring With Connecting Master Link for Motorcycle ATV...
★★★★☆ 62
$43.99



WFLNHB O-Ring Drive Chain ATV 520 Pitch 114 Links Gold Color
$38.99



DID 520ERV3-120 Gold Chain with Connecting Link
★★★★★ 62
$134.00



NICHE 520 Drive Chain 120 Links Standard Non O-Ring with Connecting Master Link
★★★★☆ 43
$35.95



ABN Chain B Piece Set wit Case – Chain Riveter for M
$23.19

## Your Browsing History   View or edit your browsing history →

Page 1 of 2

         

**Get to Know Us**
Careers
Blog

**Make Money with Us**
Sell products on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards

**Let Us Help You**
Amazon and COVID-19



**amazon.com**

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ **Continue** ]

---

## Shipment 1 of 1

### Shipping from MotoParty  (Learn more)

Shipping to: ████████████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Motoparty Dirt Bike Off-Road Front Fork Anti-Dust Cover Gaiter Boots Shock Absorber Protective For Honda Yamaha Kawasaki Suzuki Husqvarna KTM Off Road Dirt Bikes,RED**
  $22.03 - Quantity: 1
  Sold by: MotoParty

Change quantities or delete

**Choose a delivery option:**

◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
FREE Shipping

---

[ **Continue** ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 amazon.com

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS |  PLACE ORDER

## Review your order

 Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Shipping address** Change
▉▉▉▉▉▉
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▉▉▉▉▉
Add delivery instructions

**Payment method** Change
[card] ending in ▉▉▉▉

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[Enter Code] [Apply]

 ▉▉▉▉▉, we'd like to give you a chance to try n Prime
Join Prime and start saving ▸
Receiving government assistance? Get 50% off Prime ▸

**Estimated delivery: Nov. 10, 2020 - Dec. 3, 2020**

Motoparty Dirt Bike Off-Road Front
Fork Anti-Dust Cover Gaiter Boots
Shock Absorber Protective For Honda
Yamaha Kawasaki Suzuki Husqvarna
KTM Off Road Dirt Bikes,RED
**$22.03**
Quantity: 1 Change
Sold by: MotoParty
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
FREE Shipping

### Order Summary
| | |
|---|---|
| Items: | $22.03 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.03 |
| Estimated tax to be collected:* | $1.38 |

**Order total:** **$23.41**

How are shipping costs calculated?

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



10/21/2020

‹ Back to results



Roll over image to zoom in

## Universal Orange Acerbis MX Exhaust Muffler Silencer Protector Guard Cover For KTM EXC SX SXF CRF KXF YZF

Brand: motoparty

Price: **$14.50**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Condition: Aftermarket 100% Brand New,Good Working Condition and Easy to Install
- Feature: There are 6 colors for you to Choose,Covering the Damaged or Rusty Exhaust End Pipe to make your motorcycle be special.
- Material: Made of high quality Silicone with Heat resistant to Ensure Its Durability and Security
- Package Includes: 1x Exhaust Tail Pipe Protector (As Picture Shown),Installation Instruction Not Included
- Fitment: For Honda/Yamaha/Kawasaki/Suzuki/KTM/Aprilia/BMW/Ducati/Harley-Davidson/Husqvarna/BETA/Off Road Dirt Pit Bike 85-530cc Motorcross,Universal fit for mostly motorbike.

⌄ See more product details

Compare with similar items

ⓘ Report incorrect product information.





**$14.50**
$1.00 delivery: **Nov 12 - Dec 4**

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...   MotoParty
Sold by ...    MotoParty

Return policy: Extended holiday return window till Jan 31, 2021 ⌄

⌖ Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

### Inspired by your recent shopping trends
Page 1 of 17

    

MZS Motorcycle Mirrors Rear View 8MM 10MM Universal Compatible with Honda Yamaha...
★★★★☆ 197
$31.88

MZS Motorcycle Rear View Mirrors - 360 Degree Adjustment Rectangle Universal...
★★★★☆ 79
$28.99

1Storm Motorcycle Bike Full FACE Helmet Booster Butterfly Pink Purple
★★★★☆ 3
$54.95 - $69.95

Rzmmotor 7/8" 22mm CNC Brake Clutch Lever Protective Guards Bar Ends Motorcycles...
★★★★☆ 15
$33.99
Only 17 left in stock - orde...

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99
Only 3 left in stock - order...

### Exclusive items from our brands
Page 1 of 2

     

CLEO Plastic Fender Fairing Body Work Kit Set , Plastic Body Fender Kit 7 piece for CRF50...
★★★★☆ 74
$29.99

AmazonBasics Motorbike Powersports Racing Gloves - XX-Large, Green
★★★★☆ 1,253
$11.99

AmazonBasics Premium Waterproof Winter Plus Performance Gloves, Black, L
★★★★☆ 124
$18.04

AmazonBasics Enhanced Flex Grip Work Gloves - Extra Large, Grey
★★★★☆ 674
$12.39

AmazonBasics Premium Impact Gloves - Medium, Black
★★★★☆ 155
$10.78

AmazonBasics Motorcycle Saddle Bags
★★★★☆ 57
$78.24
Only 18 left in stock - orde...

### Customers who viewed this item also viewed

 

Acerbis Silencer Protector (200/400mm) (Black)
★★★★☆ 31
$31.83
Only 17 left in stock - orde...

PRO CAKEN Universal MX Dirt Pit Bike Exhaust Muffler Silencer Protector Guard for...
★★★★★ 1
$7.99
Only 7 left in stock - order...



‹ Back to results



Roll over image to zoom in

## Motoparty GPS Phone Holder Stand For KTM 1050 1090 1190 ADV Adventure (22MM)

Brand: motoparty

Price: **$65.99**

Get $50 off instantly: Pay $15.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- 100% brand new GPS holder
- High quality and durable
- Perfect match for you equipment
- Package include 1x gps mounting bracket
- Fit For KTM 1050 1090 1190 ADV Adventure

› See more product details

Compare with similar items

⚐ Report incorrect product information.



**$65.99**

FREE delivery: **Nov 10 - Dec 3**

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... MotoParty
Sold by ... MotoParty

Return policy: Extended holiday return window till Jan 31, 2021

Deliver to Bensenville 60106

Add to List



Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

---

## Customers also viewed these products

Page 1 of 9

    

| | | | | |
|---|---|---|---|---|
| Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars,... ⭐ 23,500 **#1 Best Seller** in Powersports Electrical Device... $19.98 | RAM X-Grip Phone Mount with Handlebar U-Bolt Base ⭐ 3,469 $57.49 | KTM Adventure Tank Bag ⭐ 54 $140.00 Only 2 left in stock - order... | Cruztools RTKT1 Roadtech Tool Kit for KTM ⭐ 22 $89.95 Only 6 left in stock (more... | KTM 1090 Adventure, KTM 1190 ADVENTURE (2013 - CURRENT) KTM 1290 SUPER... ⭐ 4 $69.95 Only 5 left in stock - order... |

---

## Sponsored products related to this item

Page 1 of 14

     

| | | | | | |
|---|---|---|---|---|---|
| Motorcycle Bracket Mount Smartphone GPS Holder For KTM 1050 1090 1190 Adventure... $62.20 | GPS MOUNTING BRACKET Navigation bracket for KTM 1050 1190 1090 1290 ADV... ⭐ 2 $80.00 | KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 ⭐ 3 $47.99 | KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB ⭐ 1 $124.99 | KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804 ⭐ 1 $83.99 | Qiilu Motorcycle GPS Navigation Bracket, Phone Holder Motorcycle Phone... $25.09 |

Ad feedback

---

## Customers who bought this item also bought



K&N Motorcycle Oil Filter: High Performance, Premium, Designed to be used with Synthetic or... ⭐ 33 $10.39 Only 17 left in stock - orde...

10/19/2020　　Amazon.com: GFYSHIP Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM Roll Tool Bag: Automotive



Automotive › Motorcycle & Powersports › Accessories › Luggage › Saddle Bags



    

Roll over image to zoom in

## GFYSHIP Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM Roll Tool Bag

Brand: GFYSHIP

Price: **$25.00** & FREE Shipping

Get $50 off instantly: Pay $0.00 $25.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

- This Fork Bag is locked with insert buckle, easy to store and pick. Extra side flaps inside, to hold your items completely, prevent falling out, and prevents rain.
- This Motorcycle Fork Bag is made of PU leather with rivet, reinforce sewing and moderate thickness keep the bag shapely.
- Size 30x13X13cm (L x W x H) ,Offer roomy space for your tools, water bottle and necessaries.
- The soft inside keep your items safe even on bumping road. Compatible with most motorcycle and bicybike.
- This Fork Bag is locked with insert buckle, easy to store and pick.

› See more product details

Compare with similar items



**$25.00**
& **FREE Shipping**

Arrives: Nov 9 - Dec 2

Fastest delivery: Oct 23 - 29

**In Stock.**

Qty: 1

🛒 Add to Cart

▶ Buy Now

🔒 Secure transaction

Ships from ... motorcycle Brake Home
Sold by ... motorcycle Brake Home

📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

## Inspired by your recent shopping trends

Page 1 of 17

    

Dowco Willie & Max 58282-20 Black Magic Series: Synthetic Leather Motorcycle Tool...
★★★★☆ 144
$44.12
Only 10 left in stock - orde...

Dowco Willie & Max 59591-00 Black Jack Series: Synthetic Leather Motorcycle Sissy Bar...
★★★★☆ 87
$49.99
Only 5 left in stock (more...

Dowco Willie & Max 59588-00 Black Jack Series: Synthetic Leather Compact Slant...
★★★★☆ 146
$138.87
Only 6 left in stock - order...

Dowco Willie & Max 58421-00 Standard Series: Synthetic Leather Compact Motorcycle...
★★★★☆ 18
$29.99
Only 6 left in stock - order...

Dowco Willie & Max 58708-20 Black Magic Series: Synthetic Leather Compact Slant...
★★★★☆ 53
$138.87
Only 16 left in stock (more...

---

## You might also like

Page 1 of 20

Sponsored ⓘ



Detachable Black Backrest Sissy Bar for 2006-up Harley Davidson Dyna Street...
★★★★☆ 45
$53.50

Dowco Willie & Max 58282-20 Black Magic Series: Synthetic Leather Motorcycle Tool P...
★★★★☆ 144
$44.12 ✓prime

Dowco Willie & Max 59591-00 Black Jack Series: Synthetic Leather Motorcycle Sissy B...
★★★★☆ 87
$49.99 ✓prime

Dowco Willie & Max 59778-00 Synthetic Leather Swingarm Bag: Black, Fits Dual Shock...
★★★★☆ 277
$83.21 ✓prime

INNOGLOW Motorcycle Waterproof Handlebar Bag Saddle bag Fork Roll Barrel Bag For Ha...
★★★★☆ 7
$18.99 ✓prime

Dowco Willie & Max 59776-00 Triangulated Synthetic Leather Motorcycle Swingarm...
★★★★☆ 337
$82.16 ✓prime

---

## Customers who viewed this item also viewed

 

The Nekid Cow | Motorcycle Storage Bag Premium Synthetic Black Plain PVC Leather 2...
★★★★☆ 652
$24.49

Genuine Goat Leather Vintage Motorcycle 2 Strap Buckle Closure Tool Brown Bag Quick...
★★★★☆ 62
$36.99

## Compare with similar items



|  | This item | GFYSHIP Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM Roll Tool Bag | Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar Bag Sissy Bar Storage Tool Bag for Honda Kawasaki Suzuki Yamaha Sportster (Black-1) | GFYSHIP Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM (Brown) | Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag Roll Tool Bag Replacement for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ☆☆☆☆☆ (0) | ★★★★☆ (599) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) |
| Price | $25.00 | $18.68 | $28.00 | $16.99 |
| Sold By | motorcycle Brake Home | NBOMOTO | motorcycle Brake Home | WanboTH |

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $0.00 instead of $25.00! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| Manufacturer | GFYSHIP |
|---|---|
| Brand | GFYSHIP |
| Manufacturer Part Number | LBH2028-24 |

### Additional Information

| ASIN | B0833TL9ZJ |
|---|---|
| Best Sellers Rank | #1,607,159 in Automotive (See Top 100 in Automotive)<br>#2,588 in Powersports Saddle Bags |
| Date First Available | December 25, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

Page 1 of 2

### Videos for related products


4:41
The 10 Best Motorcycle Panniers
Ezvid Wiki


6:39
AGM Rolly Motorcycle Travel Bag
Merchant Video


3:45
Dowco Willie & Max Wsingarm Bags
Merchant Video


0:59
Motorcycle Saddle Bag with Duffel Bag
ROCKBROS EXPLORER


AGM 30RB Rolly 3" Black Motorcycle T
Merchant Video

Upload your video

---

## Product description

Product Name: Motorcycle Tool Bag
Product name : tool bag
Condition : 100% Brand new

Material : PU leather ,  buckles
Color : as pictured
Dimension : 30x13X13cm (L x W x H)
Replace on vehicle : front side

Fitment : Harley Softail Sportster DynaFeatures:
High quality,long lasting.
storage vary motorcycle repair tools .
Enhance the characteristic of your car.
Easy installation.

Note:
1.We provide clear pictures, measurements where possible. Please check as much as possible to make sure the item is the one that you need.
2.Please allow 0.5-1 inch difference due to manual measurement.(1inch=2.54cm)
3.There are no instructions included in this kit.If you want to know how to use or install it please contact us by email,We will provide help as much as possible.
4.The color of the actual items may slightly different from the listing images due to different computer screen, thanks for your understanding.

Package Include:
1 x motorcycle tool bag
2x straps

---

**Customers also viewed these products**      Page 1 of 7










| Dowco Willie & Max 59590-00 Black Jack Series: Synthetic Leather Motorcycle Tool… | The Nekid Cow \| Motorcycle Handlebar Bag Premium Synthetic Black PVC Leather… | Everrich Motorcycle Handlebar Bag, Motorcycle Fork Bag, Sissy Bar Storage Tool… | Motorcycle Bags, Saddlebags with Leather Shell, Black Handlebar Bag | Motorcycle Fork Bag, Handlebar Tool Bag with Internal Zipper Pocket for Motorcycle Front… | Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar… |
|---|---|---|---|---|---|
| ★★★★☆ 144 | ★★★★☆ 652 | ★★★★☆ 48 | ★★★★☆ 255 | ★★★★☆ 78 | ★★★★☆ 599 |
| $49.99 | $24.49 | $18.99 | $19.99 | $21.99 | $18.68 |
| Only 6 left in stock (more… | In stock on October 25, 20… | | | | |

---

**Related items to consider**      Page 1 of 7

Sponsored ⓘ









| Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag, Saddle Roll Bags, Ha… | Dowco Willie & Max 59591-00 Black Jack Series: Synthetic Leather Motorcycle Sissy… | Zqxsales Motorcycle Fork Bag Waterproof Motorbike Tool Bag Handlebar Bag PU… | for Harley Sportster Motorcycle Handlebar Bag Sissy Bar Side Tool Bag Front Fork Ro… | Maso Motorcycle Saddle Bag, Universal Luggage PU Leather Bag Storage with 2 Mountin… | La Rosa Design Front Forks Tool Bag Black Faux Leather |
|---|---|---|---|---|---|
| ★★★★☆ 26 | ★★★★☆ 87 | ★★★☆☆ 3 | ★★★★☆ 4 | ★★★★☆ 16 | ★★★★☆ 4 |
| $17.99 ✓prime | $49.99 ✓prime | $15.29 ✓prime | $25.00 | $29.99 | $29.99 ✓prime |

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review



Deliver to
Bolingbrook 60440

Holiday Deals | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Gift Cards | Free Shipping | Registry | Sell | Coupons

33-48 of 89 results for **motorcycle Brake Home** : "**ktm**"

Sort by: Featured

**Brand**
GFYSHIP
Grneric
GYFSHIP



GFYSHIP Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM...
brown
$28.00
FREE Shipping
Also available in brown 1




Universal 1 pair Black Motorcycle Round 7/8" Handle Bar End Mirrors For Benelli Buell Ducati KTM
$31.50
FREE Shipping



1 pari Universal Motorcycle Rearview Mirror Side Mirrors CNC Aluminum Alloy For Honda Yamaha Kawasaki KTM (Yellow)
Yellow
$15.90
FREE Shipping
Only 20 left in stock - order soon.
 +

Sponsored ⓘ



GFYSHIP Motorcycle Saddle Bags Side Luggage Storage Small Triangle Side Bag PU Leather Storage Tool for Harley Sportster XL883 1200 Hond...
black
$58.04
FREE Shipping
Also available in brown
  



GFYSHIP for Harley Sportster Motorcycle Handlebar Bag Sissy Bar Side Tool Bag Front Fork Roll Barrel Bag for Yamaha Honda Kawasaki Suzuki...
brown
$22.02
FREE Shipping
Price may vary by color




GFYSHIP Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM Roll...
$25.00
FREE Shipping




Grneric Motorcycle Saddle Bags Side Storage Side Bag Storage Tool Saddlebag Triangular Bag for Harley Honda KTM Kawasaki Suzuki (Left)
$47.00
FREE Shipping







# motorcycle Brake Home

motorcycle Brake Home storefront

★★★★☆ | 73% positive lifetime (40 total ratings)

motorcycle Brake Home is committed to providing each customer with the highest standard of customer service.

**Have a question for motorcycle Brake Home?**

Ask a question

## Detailed Seller Information

**Business Name:** Xiamenshiweixiudianzishangwuyouxiangongsi
**Business Address:**
Huliquzhonglinglu68hao
Guojishicaizhongxin5ti541haozhiyi
Xiamen
Xiamen
361000
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

★★★★★ "Seller did a very good job."
By Ralph W. Glorioso on August 28, 2020.

★★★★★ "will buy another one, but it will be chrome"
By Jeffery L Henry on August 11, 2020.

★★★★★ "Items arrived well before the delivery date and in good order. Thanks"
By Adam Niziol on July 27, 2020.

★☆☆☆☆ "Why does it take over 2 months to get"
By john mazzaccaro on July 24, 2020.

★★★★★ "Was exactly what it was supposed to be and showed up a day early!"
By Alan Schumacher on June 25, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | 75% | 78% | 73% |
| Neutral | - | 0% | 0% | 5% |
| Negative | - | 25% | 22% | 23% |
| Count | 0 | 4 | 9 | 40 |

Previous  Next

Leave seller feedback | Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 7


Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars, Adjustable,...
★★★★☆ 23,218
$19.98


XYZCTEM All Season Black Waterproof Sun Motorcycle Cover,Fits up to 108" Motors (XX Large &...
★★★★☆ 6,875
$19.99


Doubletake Mirror - Indestructible Motorcycle Mirrors - Adventure Set
★★★★★ 213
$130.00


MSR Liquid Fuel Bottle
★★★★☆ 1,699
Click for details



Motorex Cross Power 4T Oil - 10W50-4L. 171-401-400
★★★★☆ 186
$56.47


Troy Lee Designs Men's 20 TLD KTM Team Shirts
★★★★☆ 109
$30.00 - $31.50

## Top subscription apps for you

Page 1 of 8


Disney+
Disney
★★★★☆ 379,220
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 96,147
$0.00


STARZ
Starz Entertainment
★★★★☆ 77,940
$0.00


Sling TV
Sling TV LLC
★★★★☆ 46,407
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,399
$0.00


Philo: Live & On-Demand TV
PHILO
★★★★☆ 63,717
$0.00

**Your Browsing History** View or edit your browsing history →

See personalized recommendations

Sign in

New customer? Start here.

 

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options

[ Continue ]

### Shipment 1 of 1

**Shipping from motorcycle Brake Home**   (Learn more)

Shipping to: ▮ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825 United States

- **GFYSHIP Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM Roll Tool Bag**
  $25.00 - Quantity: 1
  Sold by: motorcycle Brake Home

Change quantities or delete

**Choose a delivery option:**

◉ **Monday, Nov. 9 - Wednesday, Dec. 2**
   FREE Shipping

○ **Friday, Oct. 23 - Thursday, Oct. 29**
   $9.99 - Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.





**Review your order**

**Shipping address** Change

▇
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone:▇▇▇▇

Add delivery instructions

**Payment method** Change

▇ ending in ▇

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code]  Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $25.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $25.00 |
| Estimated tax to be collected:* | $1.56 |

**Order total:** **$26.56**

How are shipping costs calculated?

**FREE TRIAL**

▇, we're giving you 30 days of Prime benefits for FREE     Try Prime FREE for 30 days ›

**Estimated delivery:  Nov. 9, 2020 - Dec. 2, 2020**

**GFYSHIP Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM Roll Tool Bag**
**$25.00**
Quantity: 1 Change
Sold by: motorcycle Brake Home
Gift options not available.

**Choose a delivery option:**

◉ **Monday, Nov. 9 - Wednesday, Dec. 2**
FREE Shipping

◯ **Friday, Oct. 23 - Thursday, Oct. 29**
$9.99 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/19/2020
Amazon.com : GFYSHIP Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM (Brown)

Case 1:20-cv-06677 Document # 34 Filed: 11/30/20 Page 183 of 465 PageID #:1388



‹ Back to results



Roll over image to zoom in

 

## GFYSHIP Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM (Brown)

Brand: GFYSHIP

Price: **$28.00** & FREE Shipping

Get $50 off instantly: Pay $0.00 ~~$28.00~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

**Color: brown**

| $28.00 | $28.00 |

- This Fork Bag is locked with insert buckle, easy to store and pick. Extra side flaps inside, to hold your items completely, prevent falling out, and prevents rain.
- This Motorcycle Fork Bag is made of PU leather with rivet, reinforce sewing and moderate thickness keep the bag shapely.
- Size: 210mm*100mm(L x W x H) ,Offer roomy space for your tools, water bottle and bicycle.
- The soft inside keep your items safe even on bumping road. Compatible with most motorcycle and bicyble.
- This Fork Bag is locked with insert buckle, easy to store and pick.

› See more product details

Compare with similar items



**$28.00**
& FREE Shipping

Arrives: Nov 9 - Dec 2
Fastest delivery: Oct 23 - 29

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... motorcycle Brake Home
Sold by ... motorcycle Brake Home

Deliver to Bolingbrook 60440

Add to List

Share ⌄ ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Inspired by your recent shopping trends

Page 1 of 17

     

Dowco Willie & Max 58282-20 Black Magic Series: Synthetic Leather Motorcycle Tool...
★★★★☆ 144
$44.12
Only 10 left in stock - orde...

Dowco Willie & Max 59591-00 Black Jack Series: Synthetic Leather Motorcycle Sissy Bar...
★★★★☆ 87
$49.99
Only 5 left in stock (more...

Dowco Willie & Max 59588-00 Black Jack Series: Synthetic Leather Compact Slant...
★★★★☆ 146
$138.87

Dowco Willie & Max 58421-00 Standard Series: Synthetic Leather Compact Motorcycle...
★★★★☆ 18
$29.99
Only 6 left in stock - orde...

Dowco Willie & Max 58708-20 Black Magic Series: Synthetic Leather Compact Slant...
★★★★☆ 53
$138.87
Only 16 left in stock (more...

Motorcycle Fork Bag Waterproof Motorbike Tool Bag Handlebar Bag PU Leather Saddlebag...
★★★★☆ 38
$22.00

## Customers who viewed this item also viewed

       

Vintage Motorcycle Genuine Goat Leather 2 Strap Buckle Closure Tool Brown Bag Quick...
★★★★☆ 89
$36.99

Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar...
★★★★☆ 599
$18.68

REBACKER Universal Motorcycle Handlebar Tool Front Fork Roll Storage Sissy Bar...
★★★★☆ 53
$16.99
Only 16 left in stock - orde...

Genuine Goat Leather Vintage Motorcycle 2 Strap Buckle Closure Tool Brown Bag Quick...
★★★★☆ 62
$36.99

Genuine Leather Vintage Motorcycle 2 Strap Buckle Closure Tool Bag Brown Handlebar Sissy...
★★★★☆ 104
$36.99

Vintage Stuff Genuine Leather Vintage Motorcycle Bag 2 Strap Buckle Closure Tool...
★★★★★ 100
$29.99
Only 4 left in stock - orde...

## More to consider from our brands

 

AmazonBasics Motorcycle Saddle Bags
★★★★☆ 56
$78.24
Only 19 left in stock - orde...

AmazonBasics Motorcycle Tail Bag
★★★★☆ 175
$45.49
In stock on October 29, 20...

10/19/2020 Amazon.com: GFYSHIP Motorcycle Saddle Bags Side Luggage Storage Small Triangle Side Bag PU Leather Storage Tool for Harley Sportster XL883 1200 Honda Yamaha Kawasaki Suzuki Ducati KT...

Case 1:20-cv-06677-Document 14-1 Filed 11/30/20 Page 184 of 465 PageID #:1889



☰ **amazon**

All ▾ | ktm | 🔍 | 🇺🇸

Hello, Sign in
**Account & Lists** ▾

Returns
**& Orders**

**Try Prime** ▾

🛒 **0** Cart

Deliver to
Bolingbrook 60440

Holiday Deals | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Gift Cards | Free Shipping | **Shop today's epic deals now**

‹ Back to results





Roll over image to zoom in

## GFYSHIP Motorcycle Saddle Bags Side Luggage Storage Small Triangle Side Bag PU Leather Storage Tool for Harley Sportster XL883 1200 Honda Yamaha Kawasaki Suzuki Ducati KTM (Black)

Brand: GFYSHIP

Price: **$58.04** & FREE Shipping

Get $50 off instantly: Pay $8.04 $58.04 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

Color: black

 $58.04    $58.04

- Universal fit most motorcycle makes and models ?Waterproof, you won't worry about rainy days.
- The bag keeps your belongs handy and secure while driving motorcycle.
- Irregular outline design shows your unique personality.
- Small Side Bag Large Capacity , Convenient to place cell phone, wallet, tools and other small items.
- This great looking, minimalist, black synthetic leather bag mounts easily to your motorcycle with Two leather straps.

› See more product details

---

**$58.04**
& FREE Shipping

Arrives: Nov 9 - Dec 2

Fastest delivery: Oct 23 - 29

**In Stock.**

Qty: 1 ▾

[ **Add to Cart** ]

[ ▶ **Buy Now** ]

🔒 Secure transaction

Ships from ... motorcycle Brake Home
Sold by ... motorcycle Brake Home

📍 Deliver to Bolingbrook 60440

[ Add to List ]

Share ✉ 📘 🐦 📌

Have one to sell?
[ Sell on Amazon ]

---

### You might also like
Sponsored ⓘ

Page 1 of 16

‹



Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime



Troy Lee Designs Men's TLD KTM Team Hoody,Medium,Black
★★★★☆ 23
$80.00 ✓prime



GOOFIT Plastic Universal Rear Brake Fluid Reservoir Oil Cup Fit for Honda Yamaha Ka...
★★★★☆ 110
$7.20 ✓prime



GOOFIT 27mm Flywheel Stator Magneto Puller for GY6 125cc 150cc Honda Yamaha Suzuki ...
★★★★☆ 165
$11.99 ✓prime



Troy Lee Designs Men's 20 TLD KTM Team Pit Shirts,2X-Large,Navy
★★★★★ 3
$85.00 ✓prime



KTM Clutch Lever (Orange) Brembo OEM: 7800293120004
★★★★☆ 5
$29.99

›

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $8.04 instead of $58.04**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

Color:**black**

### Technical Details

| | |
|---|---|
| Manufacturer | GFYSHIP |
| Brand | GFYSHIP |
| Manufacturer Part Number | LBH2009 |

### Additional Information

| | |
|---|---|
| ASIN | B083XMWC7K |
| Date First Available | January 15, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ▾

Case 1:20-cv-05077 Document 14 Filed 11/10/20 Page 185 of 465 PageID #: 1891



☰  **amazon**

| Automotive Parts & Accessories ▾ | | 🔍 | 🇺🇸 ▾ | Hello, Sign in
Account & Lists ▾ | Returns
& Orders ▾ | Try Prime ▾ | 🛒 0 Cart |

📍 Deliver to
Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping        Shop today's epic deals now

Automotive   Your Garage   Deals & Rebates   Best Sellers   Parts ▾   Accessories ▾   Tools & Equipment ▾   Car Care ▾   Motorcycle & Powersports ▾   Truck ▾   RV ▾   Tires & Wheels ▾   Vehicles

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake



Roll over image to zoom in

# Motorcycle Short CNC 7/8" 22mm Adjustable Brake Clutch Levers For  1290 Super Duke R/GT 2014-2018, 690 Duke 2008-2011, 990 Super Duke 2005-2012, RC8 / R 2009-2016 (Black)

Brand: Motorgogo

Price: **$25.50** & FREE Shipping

Get $50 off instantly: Pay $0.00 ~~$25.50~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color: Black**

| 🔧 **$25.50** | 🔧 $25.50 | 🔧 $25.50 | 🔧 $25.50 |
| 🔧 $25.50 | 🔧 $25.50 | 🔧 $25.50 | 🔧 $25.50 |

- Fitment: For KTM 1290 Super Duke R/GT 2014-2018, 690 Duke 2008-2011, 990 Super Duke 2005-2012, RC8 / R 2009-2016.
- Condition: 100% Brand New; Material: High Quality T6061-T6 Aluminum; Color: Black; Length: 147mm; Package: 2 X Brake Clutch Levers.
- Note: The pictures are not model specific. The actual item will be the correct model that are required for your Year/Make/Model; Please Ensure This Part Fits For Your Motorcycle Before You Order; Easy to install. There is no installation instructions included. If you have any question please feel free to contact us.
- Features: Upgrade the look with top quality levers; CNC Precision machined to ensure OEM FIT; 6-Position fully adjustment for different user hand size; Custom Cadmium Plated Springs & Brass Pivot Bushings.

› See more product details

**$25.50**
& **FREE Shipping**

Arrives: **Nov 13 - Dec 7**

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Motorgogo
Sold by ...    Motorgogo

Return policy: Returnable until Jan 31, 2021 ▾

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $7.24

📍 Deliver to Bensenville 60106

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

**Color:Black**

### Technical Details

| | |
|---|---|
| Manufacturer | Motorgogo |
| Brand | Motorgogo |
| Manufacturer Part Number | M60-02S-F99M11 |

### Additional Information

| | |
|---|---|
| ASIN | B081M3D5V6 |
| Date First Available | November 17, 2019 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

---

## Videos

### Videos for related products


0:29
Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever
GOOFIT


0:28
7/8" CNC Motorcycle Brake Master Cylinder Reservoir Clutch
Feiteplus


0:59
Motorcycle CNC brake clutch levers
FXCNC Racing


1:00
Motorcycle handle gloves
Travay

Upload your video

## Product description

Color: Black

*Features:*

Upgrade the look with top quality levers!

CNC Precision machined to ensure OEM FIT

6-Position fully adjustment for different user hand size

Custom Cadmium Plated Springs & Brass Pivot Bushings

*Specifications:*

Condition: 100% Brand New

Material: High Quality T6061-T6 Aluminum

Color: Same As Picture Show

Length: 147mm

*Fitment:*

For KTM

690 Duke 2008-2011

990 Super Duke 2005-2012

1290 Super Duke R/GT 2014-2018

RC8 / R 2009-2016

*Note:*

- The pictures are not model specific. The actual item will be the correct model that are required for your Year/Make/Model.

- Please Ensure This Part Fits For Your Motorcycle Before You Order.

- Easy to install. There is no installation instructions included. If you have any question please feel free to contact us.

*Package included:*

2 X Brake Clutch Levers

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

# Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

ˇ How are ratings calculated?

No customer reviews

# Review this product

Share your thoughts with other customers

Write a customer review

# Popular products inspired by this item

Page 1 of 3

      

7/8" Universal Motorcycle Black Left Clutch Brake Handle Lever Perch For Honda...
★★★★☆ 333
$9.89

CNCMOTOK Black Folding Aluminum Clutch Brake Lever for 22mm 7/8 inch...
★★★★☆ 67
$13.99

Brake Clutch Lever Perch Left & Right Motorcycle for Honda CR100 CR250 XR250 Black
★★★★☆ 13
$13.79

CNC Motorcycle Foldable Extendable Clutch Brake Lever for Suzuki Hayabusa 1999 2000...
★★★★★ 3
$32.99

Triumilynn Universal Motorcycle 1" 25mm Handlebar Hydraulic Brake & Clutch Master...
★★★★★ 16
$44.59

GZYF Motorcycle Short Brake Clutch Levers Fits Suzuki 2004 2005 GSXR 600 750 K4, Black
★★★★☆ 49
$22.99

JFG RAC Foldable Lever Fo CR125R
★★★★☆
$23.99

## Inspired by your browsing history

Page 1 of 6

       

FMF Racing 11299 Wash Plug
★★★★☆ 1,419
$8.97

customSwagg KTM Racing 'Orange Print' Black Hoodie - Unisex Hoodie
★★★★☆ 3
$31.90 - $35.99

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing...
★★★★☆ 899
$7.99

KTM Racing Tee
★★★★☆ 62
$25.00 - $27.50

7/8" 22mm and 24mm Universal Motorcycle Grips Hand Grips for Kawasaki KX65 KX85...
★★★★☆ 397
$7.99

IRC Rim Strips - 21"/--
★★★★☆ 310
$5.35

ZW Hom Fender M LED Bral for Dirt I
★★★★☆
$12.99

## Your Browsing History

View or edit your browsing history ›

      

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

  

amazon

English    United States

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |

| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |

| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |

| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |

| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |

| eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |

☰ **amazon** | All ▾ | [search] 🔍 | Hello, Sign in / Account & Lists ▾ / Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

## Motorgogo

Motorgogo storefront

⭐⭐½☆☆ | 40% positive in the last 12 months (25 ratings)

Motorgogo is committed to providing each customer with the highest standard of customer service.

**Have a question for Motorgogo?**

[Ask a question]

---

### Detailed Seller Information

**Business Name:** Guangzhou Shi Hugou Mao Yi You Xian Ze Ren Gong Si

**Business Address:**
Guangzhou Shi Nansha Qu Fengze Dong Lu
106 hao (Zi Bian 1 hao lou) X1301-A2734
Guangzhou
Guangdong
511400
CN

---

| **Feedback** | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

⭐⭐⭐⭐⭐ " aaa "
By jerry lheureux on July 30, 2020.

⭐☆☆☆☆ " Never recieved it im livid "
By Don on July 13, 2020.

⭐☆☆☆☆ " Beware!! I purchased a backrest for my motorcycle. The backrest arrived but in the package, there was a note that said that the mount for the backrest will come in another package. I waited and it never arrived, and because there was only one tracking number assigned to the purchase, I can't track the supposed second package. When I contacted the company, they told me to call the USPS. "
Read less
By Pastor Lou on July 8, 2020.

⭐☆☆☆☆ " Contacted seller via Amazon e-mail. Unaware product would take months to be delivered. No longer need item. Originally stated 2 day delivery. Seller says item not "shipped " yet. Comes from China on a slow boat I presume. Wish to cancel order. Unsuccessful on Amazons site. Please help. Cancel and refund please. "
Read less
By Gary T. on July 3, 2020.

⭐☆☆☆☆ " Tried contacting the seller once already and never heard received a response. This was supposed to be a birthday gift but it has been two months and still have not receive anything! i want my money back!!!!! "
Read less
By Amanda on July 1, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 75% | 67% | 40% | 64% |
| Neutral | 0% | 0% | 4% | 7% |
| Negative | 25% | 33% | 56% | 29% |
| Count | 4 | 6 | 25 | 106 |

Previous Next

---

Leave seller feedback | Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 6

      

FMF Racing 11299 Wash Plug
⭐⭐⭐⭐½ 1,419
$8.97

customSwagg KTM Racing 'Orange Print' Black Hoodie - Unisex Hoodie
⭐⭐⭐⭐½ 3
$31.90 - $35.99

KTM Racing Tee
⭐⭐⭐⭐½ 62
$25.00 - $27.50

JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off Road...
⭐⭐⭐⭐ 733
$19.99

IRC Rim Strips - 21"/--
⭐⭐⭐⭐½ 310
$5.35

surpassme Motorcycle Grips Non Slip Rubber Bar End Thruster Grip 7/8" 22mm 24mm...
⭐⭐⭐⭐ 620
$9.99

KTM R UPW1
⭐⭐⭐
$22.0

### Deals in magazine subscriptions

Page 1 of 6





amazon

Motorgogo | KTM

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

17-32 of 57 results for Motorgogo : "KTM"

Sort by: Featured

**Brand**
Motorgogo



13.5" 340mm Motorcycle Universal Springs Air Suspension Adjustable Rear Gas Shock Absorbers For Honda Kawasaki Suzuki Yamaha BMW...
**Yellow**
$97⁵⁰
FREE Shipping
Price may vary by color

1.26"/32mm Motorcycle Universal Metal Handlebar Water Drink Cup Holder Basket for Harley Honda Yamaha Kawasaki Suzuki K1 K6 Ducati...
$36⁵⁰
FREE Shipping



7/8"/22mm Motorcycle Universal Metal Handlebar Water Drink Cup Holder Basket for Honda CBR1000RR Yamaha R1 R6 Kawasaki Suzuki K1...
**Chrome**
$36⁵⁰
FREE Shipping
Also available in Black




11" 280mm Motorcycle Universal Springs Air Suspension Adjustable Rear Gas Shock Absorbers For Honda Kawasaki Suzuki Yamaha BMW Ducati...
**Purple**
$89⁹⁹
FREE Shipping
Price may vary by color

  

H4/HB2/9003 COB LED Car Motorcycle Headlight Bulbs 200m Range IP68 18W 3000LM 6000K Hi/Lo White Headlamp Fog Light For Indian Honda...
★★★★★ 1
$11⁵⁰
FREE Shipping



10pcs Motorcycle U-Type M6 6mm Fairing Body Work Bolts Spire Speed Fastener Clips Screw Springs Nuts For Honda Suzuki Kawasaki Yamaha...
★★★★★ 1
**Blue**
$9⁶⁶
FREE Shipping



  

2pcs 8mm M8 X1.5 Motorcycle Universal Swingarm Spools Slider Bobbins Stand Screw Stud Bolt Nut Kit For Honda Suzuki BMW Kawasaki Yamaha...
$9⁵⁰
FREE Shipping






Motorcycle Universal Crocodile Pattern PU Leather Front Fork Tool Phone Wallet Bag Rear Luggage Saddle Side Bag For Harley Indian Victory Hon...

⭐☆☆☆☆  1

Black
$18⁸⁸
FREE Shipping



Motorcycle Motocross Waterproof Tank Helmet Bag Saddlebags Storage Backbag Riding Travel Shoulder Bag Luggage Handbag For Harley Indian...

Black
$70⁹⁹
FREE Shipping

  



Motorcycle Bicycle Bike Universal PU Leather Front Fork Handlebar Tool Phone Wallet Bag Rear Luggage Saddle Bag For Harley Indian Honda...

⭐⭐⭐½☆  3

Black
$15⁹⁹

FREE Shipping
Also available in Brown



Motorcycle Short CNC 7/8" 22mm Adjustable Brake Clutch Levers For KTM 1290 Super Duke R/GT 2014-2018, 690 Duke 2008-2011, 990 Super Duk...

Black
$25⁵⁰
FREE Shipping

   [ + ]



7/8" 22mm Adjustable Brake Clutch Levers For KTM Adventure 1050 2016, 690 Duke/SMC/SMCR 2014-2017, 690 Enduro R 2014-2018, 1090...

Green
$25⁵⁰
FREE Shipping

  [ + ]



8mm M8 Motorcycle Brake Clutch Levers Cable Wire Adjuster Screw Bolt Aluminum CNC Machined for Harley Honda Yamaha Suzuki Kawasaki...

$10⁵⁰
FREE Shipping



2pcs 8mm M8 X1.5 Motorcycle Universal Swingarm Spools Slider Bobbins Stand Screw Stud Bolt Nut Kit For Honda Suzuki BMW Kawasaki Yamaha...

$9⁵⁰
FREE Shipping



2pcs Motorcycle Universal Rivet PU Leather Tool Phone Wallet Bag Luggage Saddle Side Bag Trunk For Harley Indian Victory Honda Suzuki...

$54⁹⁹
FREE Shipping

 



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

<div style="float:right">

**Continue**

</div>

---

## Shipment 1 of 1

**Shipping from Motorgogo**    (Learn more)

Shipping to: ███████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **Motorcycle Short CNC 7/8" 22mm Adjustable Brake Clutch Levers For KTM 1290 Super Duke R/GT 2014-2018, 690 Duke 2008-2011, 990 Super Duke 2005-2012, RC8 / R 2009-2016 (Black)**
  $25.50 - Quantity: 1
  Sold by: Motorgogo

Change quantities or delete

**Choose a delivery option:**

○ **Friday, Nov. 13 - Monday, Dec. 7**
   FREE Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change
▮▮▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮▮▮▮▮
Add delivery instructions

**Payment method** Change
Debit ending in ▮▮▮

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
Enter Code   Apply

| | Place your order |
|---|---|

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
| | |
|---|---|
| Items: | $25.50 |
| Shipping & handling: | $0.00 |
| Total before tax: | $25.50 |
| Estimated tax to be collected:* | $1.59 |

**Order total:** **$27.09**

How are shipping costs calculated?

▮▮▮▮▮ , we'd like to give you a chance to try Amazon

Join Prime and start saving ▶
Receiving government assistance? Get 50% off Prime ▶

**Estimated delivery:  Nov. 13, 2020 - Dec. 7, 2020**

Motorcycle Short CNC 7/8" 22mm
Adjustable Brake Clutch Levers For KTM
1290 Super Duke R/GT 2014-2018, 690 Duke
2008-2011, 990 Super Duke 2005-2012, RC8 /
R 2009-2016 (Black)
$25.50
**Quantity:** 1 Change
Sold by: Motorgogo
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Friday, Nov. 13 - Monday, Dec. 7**
  FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

‹ Back to results





## 13.5" 340mm Motorcycle Universal Springs Air Suspension Adjustable Rear Gas Shock Absorbers For Honda Kawasaki Suzuki Yamaha BMW Ducati Aprilia Triumph Benelli KTM (Yellow)

Brand: Motorgogo

Price: **$97.50** & FREE Shipping

Get $50 off instantly: Pay $47.50 $97.50 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Yellow**

 $36.99    $115.50    $92.50    $97.50

- Fitment: 13.5" 340mm Universal For Honda Kawasaki Suzuki Yamaha BMW Ducati Aprilia Triumph Benelli KTM.
- Color: Yellow.
- Size: 370mm (14 5/6") total length, 340mm (13 3/8") eye to eye, Eye thickness: 21mm, Spring thickness: 7mm, Spring Width(approx): 60mm (2.4").
- Max loading: <200 kg /440 lbs, The eye of shock has tensile strength more than 2000kgf; The dumper and spring designed for long durability (more than 1 million).
- Our products are made by high-qualified materials with japaneses technology and the advanced computer numerical control processing. the quality is strictly monitored by ISO9000 standard to make sure the excellent performance and the good condition in the long-term use.It is good quality and replacement for some Go kart Quad and ATV.

› See more product details

**$97.50**
& FREE Shipping

Arrives: Nov 13 - Dec 7

**In Stock.**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Motorgogo
Sold by ... Motorgogo

Return policy: Returnable until Jan 31, 2021 ⌄

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## You might also like

Sponsored ❓

Page 1 of 14



GOOFIT Plastic Universal Rear Brake Fluid Reservoir Oil Cup Fit for Honda Yamaha Ka...
★★★★☆ 112
**$7.20** ✓prime



Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
**$21.99** ✓prime



KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
**$124.99**



GOOFIT 27mm Flywheel Stator Magneto Puller for GY6 125cc 150cc Honda Yamaha Suzuki ...
★★★★☆ 166
**$11.99** ✓prime



KTM Clutch Block Kit 50 SXS 2011 2012 (US) OEM: 45232011044
**$215.34**



KTM/FMF Exhaust Fatty Pipe 65 SX 2012 2013 OEM: SXS11065500
**$239.99**

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

Color:**Yellow**

### Technical Details

| Manufacturer | Motorgogo |
| --- | --- |
| Brand | Motorgogo |
| Manufacturer Part Number | M50-340-02-05 |

### Additional Information

| ASIN | B07NYRGL9F |
| --- | --- |
| Date First Available | February 20, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

Case 1:20-cv-06677 Document 1-1 Filed 11/13/20 Page 194 of 465 PageID #:1899



☰  amazon   All ▾  KTM                          🔍   🇺🇸   Hello, Sign in  Returns   0
                                                           Account & Lists ▾  & Orders  Try Prime ▾  🛒 Cart
📍 Deliver to
   Bensenville 60106
   Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping   Shop deals before they are gone

‹ Back to results

# 7/8" 22mm Adjustable Brake Clutch Levers For KTM Adventure 1050 2016, 690 Duke/SMC/SMCR 2014-2017, 690 Enduro R 2014-2018, 1090 Adventure/R 2017-2018; Husqvarna 701 Supermoto/Enduro 2017-2018 (Green)

Brand: Motorgogo

Price: **$25.50** & FREE Shipping

Get $50 off instantly: Pay $0.00 $25.50 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Green**



- Fitment: For KTM Adventure 1050 2016, 690 Duke/SMC/SMCR 2014-2017 Shortys only w/handguards, 690 Enduro R 2014-2018, 1090 Adventure/R 2017-18; For Husqvarna 701 Supermoto/Enduro 2017-18.
- Condition: 100% Brand New; Material: High Quality T6061-T6 Aluminum; Color: Green; Length: 147mm; Package: 2 X Brake Clutch Levers.
- Note: The pictures are not model specific. The actual item will be the correct model that are required for your Year/Make/Model; Please Ensure This Part Fits For Your Motorcycle Before You Order; Easy to install. There is no installation instructions included. If you have any question please feel free to contact us.
- Features: Upgrade the look with top quality levers; CNC Precision machined to ensure OEM FIT; 6-Position fully adjustment for different user hand size; Custom Cadmium Plated Springs & Brass Pivot Bushings.

› See more product details



$25.50

& FREE Shipping

Arrives: Nov 13 - Dec 7

In Stock.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from …  Motorgogo
Sold by …     Motorgogo

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

Add to List

Share 📧 f 🐦 📌

Have one to sell?

Sell on Amazon

---

## Inspired by your recent shopping trends                                        Page 1 of 10

‹

           

KKE 3.5 & 4.25 17 Inch Cush Drive Supermoto Wheels Set for KTM SX SXF EXC EXCF XCW...
★★★★★ 1
$1,399.00
Only 2 left in stock - order...

KKE 3.5 & 4.25 Cush Drive Supermoto Rims Set for KTM 690 Enduro R 2008-2019 690 SMC 2007-2011 Orange...
$899.00
Only 1 left in stock - order...

KKE 21/18 Enduro Wheels Rims for KTM 125-530CC 2003-2020 Orange Nipple & Black Spoke 250 350 450...
$749.00
Only 1 left in stock - order...

KKE Enduro 21" 18" Wheels Rims Set Fit KTM 125 150 200 250 300 125-530CC 2003-2020 Black Spoke Orange...
$629.00
Only 2 left in stock - order...

KKE 21" 18" Casting Enduro Wheels Set for KTM EXC EXC-F EXC-W 350 400 450 500 505...
$379.00

JFG RACING CNC Brake Clutch Levers For 250 300 350 450 500 SX SXF EXC EXCF XC XCF XCW...
★★★★☆ 14
$23.99
Only 12 left in stock - order...

›

---

## You might also like

Sponsored ⓘ

          

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99

KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99

KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404
★★★★★ 3
$101.99

KTM Clutch Lever (Orange) Brembo OEM: 7800293120004
★★★★☆ 5
$29.99

2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross
$43.95

Brake Rotor Disc and Brake Pads fits KTM 250 EXC-F 2017-2019 Front RipTide
$55.95

2013, 2015 fits KTM 85SX 85 SX Rear Severe Duty Brake Pads
$21.95

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword



Automotive Parts & Accessories

Account Lists • Returns & Orders • Try Prime • Cart 0

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Customer Service | Amazon.com | Prime Video | Best Sellers | Browsing History • | Buy Again | **Shop the Halloween Store**

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts • | Accessories • | Tools & Equipment • | Car Care • | Motorcycle & Powersports • | Truck • | RV • | Tires & Wheels • | Vehicles

PillPack — Your medication, delivered — Learn more >

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake



Roll over image to zoom in



## Short Brake Clutch Levers for KTM 640 LC4 Supermoto 2003-2006, 690 SMC/SMC-R/Duke/Duke R 2012-2013 by moto-mh

Brand: motor-mh

★★★★☆   5 ratings | 5 answered questions

Price: **$32.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ✓

**Color: Orange**

 $29.99      **$32.99**

- ATTENTION：Please must check the levers title and products description to make sure that this model year works for your model before ordering.
- High quality:Motorcycle brake clutch levers are made with 6061-T6 Aluminum & finish via anodized process, anti-oxidizing, long lasting and not easy to fade, light grade and light-weight.
- Features: Lever to fold outward to prevent breakage in the event of a crash, automatic lever position restoration provides quick recovery from the crash, could replace it directly.
- Easy installation, perfect fitment and no modification is needed
- For other compatible models please click "See more product details"

› See more product details

Compare with similar items

💬 Report incorrect product information.

$32.99

& FREE Shipping

Arrives: Nov 10 - Dec 3

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from … motor-mh
Sold by … motor-mh

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $5.74

Deliver to — Bensenville 60106

[ Add to List ]

Share ✉ f 𝕏 p

Have one to sell?

[ Sell on Amazon ]

---

### Inspired by your recent shopping trends
Page 1 of 14

      

| Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016… ★★★★☆ 12 $31.96 | Motorcycle Aluminum Short Adjustable Brake Clutch Levers for KTM 1090 Adventure/R… ★★★★★ 2 $36.99 | Pivot Dirtbike Brake Clutch Levers for KTM 250 SX-F/EXC -F/Sixdays 2007-2013, EXC-E 300… ★★★★☆ 13 $31.90 | MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07… ★★★★☆ 9 $38.88 Only 18 left in stock - orde… | CNC Billet Pivot Brake Clutch Levers for KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF… ★★★★☆ 18 $20.99 | Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit… ★★★★☆ 15 $38.99 Only 12 left in stock - orde… | Krace CNC Motorcce Dirt Bike Pivot Brake Clutch Levers Set Fit For KTM 65SX/XC 85SX ★★★★☆ 87 $31.99 |

---

### You might also like
Sponsored ⓘ
Page 1 of 38

      

| KTM Clutch Lever (Orange) Brembo OEM: 7800293120004 ★★★★☆ 5 $29.99 | MZS CNC Pivot Brake Clutch Levers for Husqvarna TE250/TE300 2014-2016,FC250… ★★★★☆ 3 $36.99 ✓prime | MZS 7/8 Levers set Universal Motorcycle Short CNC Brake Master Cylinder Compatible … ★★★★☆ 29 $65.99 ✓prime | KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404 ★★★★★ 1 $101.99 | Short Brake and Clutch Levers For KTM 2X10R 06-15,2X6R 2007-2017,2X636… ★★★★☆ 56 $34.99 ✓prime | KIPA Complete Clutch Pad Flywheel Basket Kit For KTM 50 Junior Senior Mini SX Pro L… ★★★★☆ 5 $59.99 ✓prime | Shorty Brake Clutch Levers for Yamaha FZ07 MT07 FZ09 M1 2014-2020,FZ8 201… ★★★★☆ 95 $34.99 ✓prime |

---

### Customers who viewed this item also viewed
Page 1 of 2

10/20/2020
Case 1:20-cv-06677 Document #14-4 Filed 11/13/20 Page 196 of 465 PageID #:1901
moto-mh: Automotive

















| CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF... | Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017... | JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW... | KTM Clutch Lever (Orange) Brembo OEM: 7800293120004 | FXCNC CNC Aluminum Dirt Bike Pivot Brake Clutch Lever Set for KTM 65SX 65XC 2004... | Pivot Dirtbike Brake Clutch Levers for KT 250 SX-F/EXC -F/Six 2007-2013, EXC-E 3 |
|---|---|---|---|---|---|---|
| ★★★☆☆ 18 | ★★★★☆ 43 | ★★★★☆ 28 | ★★★★☆ 65 | ★★★★☆ 5 | ★★★★☆ 5 | ★★★★☆ 13 |
| $20.99 | $21.99 Only 3 left in stock - order... | $32.99 | $23.99 | $29.99 Only 3 left in stock - order... | $28.98 | $31.90 |

## Compare with similar items



|  | **This item** Short Brake Clutch Levers for KTM 640 LC4 Supermoto 2003-2006, 690 SMC/SMC-R/Duke/Duke R 2012-2013 by moto-mh | Rawsomes Adjustable Brake Clutch Levers For KTM 390 Duke/RC390 2013-2019, 250 Duke 2017-2019, 200 Duke/RC200 2012-2018, 125 Duke/RC125 2014-2019 (Orange) | CNC Short Brake Clutch Levers For KTM 1090 Adventure/R 2017 / Adventure 1050 2016/690 Duke/SMC/SMCR 2014-2017/690 Enduro R 2014-2017 - Orange | Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit for KTM Duke 125 200 390 |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (5) | ★★★★☆ (18) | ★★★☆☆ (9) | ★★★★☆ (15) |
| **Price** | $32⁹⁹ | $30⁹⁰ | $25⁹⁹ | $38⁹⁹ |
| **Sold By** | motor-mh | motor-mh | AnXin | YP Style |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $32.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**Orange**

### Technical Details

| Manufacturer | Motor-mh |
|---|---|
| Brand | Motor-mh |
| Model | Short |
| Item Weight | 10.4 ounces |
| Package Dimensions | 9.29 x 2.91 x 2.2 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | 001-ab-0209 |
| Folding | No |

### Additional Information

| ASIN | B01M3VCGVW |
|---|---|
| Customer Reviews | ★★★★☆ 5 ratings 4.1 out of 5 stars |
| Best Sellers Rank | #979,984 in Automotive (See Top 100 in Automotive) #1,605 in Powersports Brake Levers |
| Date First Available | October 27, 2016 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for related products

    

| | |
|---|---|
| 0:29 | Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever |
| | GOOFIT |
| 0:30 | Universal 7/8" CNC Motorcycle Hydraulic Front Brake Master… |
| | Feiteplus |
| 0:28 | 7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir… |
| | Feiteplus |
| | Clutch Brake Lever for 110cc 125cc 140cc TTR 125cc SSR |
| | HIAORS |
| | WOOSTAR- Brake Bump… |
| | WOOSTAR DIRE |

Upload your video

---

### Product description

Color:Orange

1)High quality T6061-T6 aluminum CNC finish
2)Package including brake lever and clutch lever
3)Fully 6 positions adjustable
4)Levers Length:147mm
5)Perfect fit and no modification is needed, no install instructions included.
**These levers are compatible with the following bikes:**
690 SMC/SMC-R/Duke/Duke R 2012-2013
640 LC4 Supermoto 2003-2006

---

### Customers who bought this item also bought



New DB Electrical SMU0507 Starter Replacement For KTM Motorcycle 400 620…
★★★★☆ 9
$41.88
Only 1 left in stock - order…



NGK (1553) LKAR8BI9 Laser Iridium Spark Plug
★★★★☆ 11
$13.36

---

### You might also like

Sponsored ⓘ

     

GOGOLO Front Rear Wheel Nut Socket Tool (55mm/30mm) For Ducati 1098 1198…
★★★★☆ 4
$40.99 ✓prime

MZS CNC Pivot Brake Clutch Levers for Husqvarna TE250/TE300 2014-2016,FC250…
★★★★☆ 3
$36.99 ✓prime

Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : 690 SMC/SMC-R/Duke R …
$48.06

KIPA Complete Clutch Pad Flywheel Basket Kit For KTM 50 Junior Senior Mini SX Pro L…
★★★★☆ 5
$59.99 ✓prime

Short Brake and Clutch Levers for Kawasaki ZX10R 06-15,ZX6R 2007-2017,ZX636…
★★★★☆ 56
$34.99 ✓prime

Unlimited 6 Adjustable Position Green Brake Clutch Lever for Kawasaki Z250SL…
★★★★☆ 15
$30.99 ✓prime

Short Brake Clutch Levers CNC Adjustable Aluminum for YAMA FZ1 FAZER 06-15,FZ…
★★★★☆ 43
$34.99 ✓prime

---

### Customer questions & answers

🔍 Have a question? Search for answers

▲
0 votes
▼

**Question:**   Will they fit 2004 625 smc?
**Answer:**   Sorry, they don't fit this bike.
By motor-mh SELLER on January 23, 2018

▲
0 votes
▼

**Question:**   will this fit a 2013 690 enduro r?
**Answer:**   The clutch lever doesn't fit very well. There is no adjustment for the adjustment of the clutch actuation other then making the reach longer.
By Kyle C. on February 6, 2019

▲
0 votes
▼

**Question:**   will this fit a 2013 690 enduro r?
**Answer:**   They don't fit very well.
By Kyle C. on February 6, 2019

**Question:** [Fit in duke 200 mod 2018?](#)

**Answer:** No idea dude - I brought them for a friend who has a 2006 640 Duke
By Mr M. on March 15, 2018

↪ [See more answers (1)](#)

[See more answered questions (1)]

---

## Customer reviews

★★★★☆ 4.1 out of 5

5 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓▓ | 78% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ▓▓ | 22% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Customer images



[See all customer images](#)

[ Top reviews ⌄ ]

### Top reviews from the United States

 Loic

★★★★★ **Fits 625 SMC**

Reviewed in the United States on August 27, 2018

Color: Orange | Verified Purchase

It fits my 2006 KTM 625 SMC! Looks and feels great for such an awesome price! The clutch lever was a little wobbly but I made it tight with a simple washer.

[ Helpful ] | Comment | Report abuse

 Ken Leissler

★★★★★ **How could they be profiting?**

Reviewed in the United States on December 29, 2017

Color: Orange | Verified Purchase

I have no idea how levers like this are so cheap. I don't care who is making them but they work, fit, and look like I spent way to much on levers and I sure didn't!

[ Helpful ] | Comment | Report abuse

 Chris G

★☆☆☆☆ **Awesome looking levers**

Reviewed in the United States on June 6, 2018

Color: Orange | Verified Purchase

Awesome looking levers, and the quality is nice. However, they DO NOT FIT a duke 690 2013 as listed. The hydraulic clutch lever does not match the OEM, making this purchase useless. The brake lever fits, but the clutch side is now in the garbage.



[ Helpful ] | Comment | Report abuse

---

[See all reviews ›](#)

---

## Inspired by your browsing history

Page 1 of 9


[KontrolFreek FPS Freek Galaxy Purple for...](#)
KontrolFreek
★★★★☆ 7,253
PlayStation 4
$14.99


[KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation...](#)
KontrolFreek
★★★☆☆ 1,017
$11.99


[KontrolFreek FPS Freek Galaxy White for Xbox...](#)
KontrolFreek
★★★★☆ 916
Xbox One
47 offers from $22.55


[KontrolFreek FPS Freek Inferno for Xbox One...](#)
KontrolFreek
★★★★☆ 3,042
Xbox One
$14.99


[FMF Racing 11299 Wash Plug](#)
★★★★☆ 1,403
$7.98

---

## Deals in magazine subscriptions

Page 1 of 9



   



National Geographic
Muse
Real Simple
Nation
Travel + Leisure

## Your Browsing History

View or edit your browsing history ›

Page 1 of 2

        

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
|  |  | Amazon Currency Converter | Amazon Assistant |
|  |  |  | Help |

---



English   United States 

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



1-16 of 47 results for **motor-mh** : "**ktm**"

Sort by: Featured ▼

**Brand**
Rawsomes
motor-mh



Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016-2020,250 XC-W/XCF-W/300 EXC/350 EXC-F/450/EXC-R/500XC...
★★★★☆ ∨ 12
$31⁹⁶
Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon



Rawsomes Adjustable Brake Clutch Levers For KTM 390 Duke/RC390 2013-2019, 250 Duke 2017-2019, 200 Duke/RC200 2012-2018, 125...
★★★★☆ ∨ 18
$30⁹⁰
Get it as soon as **Wed, Oct 21**
FREE Shipping by Amazon
Only 1 left in stock - order soon.



Pivot Dirtbike Brake Clutch Levers for KTM 250 SX-F/EXC -F/Sixdays 2007-2013, EXC-E 300 2007-2013, EXC-F 350 2012-2013, 450EXC-F 2007-2013
★★★★☆ ∨ 13
$31⁹⁰
Get it as soon as **Wed, Oct 21**
FREE Shipping by Amazon





Motor-mh Wide CNC Motorcycle Foot Pegs Footrest for KTM 125 250 300 350 SX/EXC 1998-2015, KTM 660 SMS/Rally 2000-2006, KTM 690...
★★★★☆ ∨ 6
Orange
$34⁹⁵
Get it as soon as **Wed, Oct 21**
FREE Shipping by Amazon
Only 13 left in stock - order soon.
Price may vary by color





Adjustable Brake Clutch Levers For KTM 390 Duke/RC390 2013-2019, 250 Duke 2017-2019, 200 Duke/RC200 2012-2018, 125 Duke/RC125 2014-...
★★★☆☆ ∨ 10
black
$31⁹⁹
Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon
Only 3 left in stock - order soon.
Price may vary by color





Short Brake Clutch Levers for KTM 640 LC4 Supermoto 2003-2006, 690 SMC/SMC-R/Duke/Duke R 2012-2013 by moto-mh
★★★★☆ ∨ 5
Orange
$32⁹⁹
FREE Shipping
Price may vary by color



2 Pcs M10x1.25 Motorcycle Mirror Hole Screw for Yamaha FZ-07 MT-07 / FZ-09 MT-09, HONDA CRF250L/ CB1000R, SUZUKI SV650, KAWASAKI...
★★★★☆ ∨ 9
$9⁹⁸

☰  amazon   | All | 🔍 | 🇺🇸 | Hello,     | Returns | Try Prime ▾ | 🛒 0
                                          Account ▾  & Orders              Cart

📍 Deliver to        Holiday Deals   Gift Cards   Customer Service   [    ]'s Amazon.com   Prime Video        Shop the Fashion Gift guide
   Bensenville 60106

# motor-mh

motor-mh storefront

⭐⭐⭐⭐⯪ | **96% positive** in the last 12 months (73 ratings)

motor-mh is committed to providing each customer with the highest standard of customer service.

> Have a question for motor-mh?
>
> **Ask a question**

---

## Detailed Seller Information

**Business Name:** Huang Ting
**Business Address:**
   song nan bei jie ya yuan A2 804 BaiYun district zeng cha lu
   BaiYun district zeng cha lu
   Guangzhou
   Guangdong
   510000
   CN

| **Feedback** | Returns & Refunds | Shipping | Policies | Help | Products |
| --- | --- | --- | --- | --- | --- |

| | | 30 days | 90 days | 12 months | Lifetime |
| --- | --- | --- | --- | --- | --- |
| ⭐⭐⭐⭐⭐ | "Great product! Would definitely buy again from seller." | Positive | 100% | 100% | 96% | 96% |
| | By donovan wells on March 24, 2020. | Neutral | 0% | 0% | 0% | 1% |
| ⭐⭐⭐⭐⭐ | "On time" | Negative | 0% | 0% | 4% | 3% |
| | By Amazon Customer on March 24, 2020. | Count | 8 | 22 | 73 | 312 |

⭐⭐⭐⭐⭐   "Makes belt changing super easy"
By Adam D. on March 16, 2020.

⭐⭐⭐⭐⭐   "fit perfectly work great clutch doesn't get any closer then the OEM Lever though but they look and feel great"
By Andrew on March 10, 2020.

⭐⭐⭐⭐⭐   "Poor quality. Garbage. Broke housing bracket broke in half during installation"
By Jon Doe on March 5, 2020.

Previous   Next

Leave seller feedback   |   Tell us what you think about this page

---

## Inspired by your browsing history                                Page 1 of 9



‹

KontrolFreek FPS Freek
**Galaxy Purple for...**
KontrolFreek
⭐⭐⭐⭐⯪ 7,253
PlayStation 4
**$14.99**

KontrolFreek Precision
**Rings | Aim Assist Motion
Control for PlayStation 4...**
KontrolFreek
⭐⭐⭐⯪☆ 1,017
**$11.99**

KontrolFreek FPS Freek
**Galaxy White for Xbox...**
KontrolFreek
⭐⭐⭐⭐⯪ 916
Xbox One
47 offers from **$22.55**

KontrolFreek FPS Freek
**Inferno for Xbox One...**
KontrolFreek
⭐⭐⭐⭐⯪ 3,042
Xbox One
**$14.99**

›

## Deals in magazine subscriptions                                  Page 1 of 9



SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

<div style="text-align:right">

[ **Continue** ]

</div>

---

## Shipment 1 of 1

### Shipping from motor-mh   *(Learn more)*

Shipping to: ▓▓▓▓▓▓▓, 100 W ROOSEVELT AVE, BENSENVILLE, IL, 60106-4106 United States

- **Short Brake Clutch Levers for KTM 640 LC4 Supermoto 2003-2006, 690 SMC/SMC-R/Duke/Duke R 2012-2013 by moto-mh**
  $32.99 - Quantity: 1
  Sold by: motor-mh

Change quantities or delete

**Choose a delivery option:**

◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
   FREE Shipping

---

[ **Continue** ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

**Shipping address** Change

██████████
100 W ROOSEVELT AVE
BENSENVILLE, IL 60106-4106
United States
Phone: ████████
Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ] [ Apply ]

---

prime ████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
&raquo; **Get Started**

**Estimated delivery:** Nov. 10, 2020 - Dec. 3, 2020



**Short Brake Clutch Levers for KTM 640 LC4 Supermoto 2003-2006, 690 SMC/SMC-R/Duke/Duke R 2012-2013** by moto-mh
**$32.99**
Quantity: 1 Change
Sold by: motor-mh
Gift options not available.

**Choose a delivery option:**
◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
FREE Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:    $32.99
Shipping & handling:    $0.00

Total before tax:    $32.99
Estimated tax to be collected:*    $2.06

**Order total:**    **$35.05**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



‹ Back to results



Roll over image to zoom in

# Pivot Dirt Bike Motorcycle Off Road Orange Brake Clutch Levers for KTM 380 EXC 2000-2002

Brand: motor-mh

★★★★★ ▾   1 rating

Price: **$29.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

| | |
|---|---|
| Handle Type | Lever |
| Metal Type | Aluminum |
| Brand | Motor-mh |

## About this item

- ATTENTION：Please must check the levers title and products description to make sure that this model year works for your model before ordering.
- High quatily:Motorcycle brake clutch levers are made with 6061-T6 Aluminum & finish via anodized process, anti-oxidizing, long lasting and not easy to fade, light grade and light-wight.
- Features: Lever to fold outward to prevent breakage in the event of a crash, automatic lever position restoration provides quick recovery from the crash, could replace it directly.
- Automatic lever position restoration provides quick recovery from the crash
- For other compatible models please click "See more product details"

› See more product details

Compare with similar items

💬 Report incorrect product information.

**$29.99**
& **FREE Shipping**

Arrives: Nov 10 - Dec 3

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...   motor-mh
Sold by ...   motor-mh

📍 Deliver to ▮▮▮▮▮ - Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Inspired by your recent shopping trends
Page 1 of 14



‹

**Adjustable Brake Clutch Levers For KTM 390 Duke/RC390 2013-2019, 250 Duke 2017-2019,...**
★★★☆☆ 10
$31.99
Only 3 left in stock - order...

**Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016...**
★★★★☆ 12
$31.96

**Motorcycle Aluminum Short Adjustable Brake Clutch Levers for KTM 1090 Adventure/R...**
★★★★☆ 2
$36.99

**Xitomer Brake Clutch Levers, for KTM Duke 790 2018 2019 2020, Adjustable Foldable...**
★★★★☆ 11
$49.99
Only 2 left in stock - order...

**FXCNC Racing CNC Aluminum Folding Extendable Adjustable Brake Clutch Levers for...**
$48.99
Usually ships in 6 to 1...



**Krace ... Dirt Bi... Clutch... KTM 6...**
★★★★☆
$31.9...

›

## You might also like
Page 1 of 18

Sponsored ⓘ

≡ **amazon**

All ▾  | ktm |  🔍   🇺🇸 ▾   Hello, ▮▮▮▮ Lists ▾   Account ▾   Returns & Orders   🛒 0 Cart

📍 Deliver to ▮▮▮ Bensenville 60106   Holiday Deals   Gift Cards   Customer Service   ▮▮▮▮'s Amazon.com   Prime Video   Shop today's epic deals now   Try Prime ▾

📦 PillPack by amazon pharmacy   **Your medication, delivered**   Learn more ›

amazon

All | ktm

Deliver to Bensenville 60106

Hello, ...ists
Account

Returns & Orders

Try Prime

0 Cart

Holiday Deals  Gift Cards  Customer Service  ...'s Amazon.com  Prime Video  Shop the Halloween Store

See Automotive holiday deals  Shop now ›

‹ Back to results



Roll over image to zoom in

## Foot Pegs Footrest Motorcross for KTM 620/625/640/660 LC4, Black

Brand: motor-mh

Price: **$45.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

- Made of 6061-T6 Aluminum & Stainless Steel, CNC-machined from aero-grade grade 6061-T6 billet aluminum.
- Getting maximum grip and perfect control between you and your motorcycle with these Pro-Bite Wide Foot Pegs.
- This kind of Foot Pegs are full of stainless steel screw-tooth that providing the rider with the ultimate grip and anti slip control in any race conditions.
- Extra wide tread surface area giving maximum grip, stability and comfort.
- Easy installation, perfect fitment and no modification is needed.

› See more product details

Compare with similar items

💬 Report incorrect product information.

**$45.99**
& FREE Shipping

Arrives: Nov 10 - Dec 3

**In stock.**

Usually ships within 2 to 3 days.

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... motor-mh
Sold by ... motor-mh

📍 Deliver to ▆▆▆ - Bensenville 60126

Add to List

Share ✉ 📘 🐦 📌 

Have one to sell?
Sell on Amazon

---

### Inspired by your recent shopping trends

Page 1 of 19

  

‹ ›

Adjustable Brake Clutch Levers For KTM 390 Duke/RC390 2013-2019, 250 Duke 2017-2019,...
⭐⭐½ 10
$31.99
Only 3 left in stock - order...

Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016...
⭐⭐⭐⭐ 12
$31.96

Motorcycle Aluminum Short Adjustable Brake Clutch Levers for KTM 1090 Adventure/R...
⭐⭐⭐⭐⭐ 2
$36.99

---

### You might also like

Page 1 of 13

Sponsored ⓘ

‹ ›



**amazon** | All ▾ | KTM | 🔍 | 🇺🇸 | Hello, Sign in — Account & Lists ▾ / Account ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | **Get ready for Halloween**

Automotive › Motorcycle & Powersports › Parts › Fuel System › Carburetors








Roll over image to zoom in

### PWK35 Racing Carburetor For Suzuki RMX250S RMX 250 XT250 Honda CR125 CR125 CR 125 CR125R 35mm Kawasaki Suzuki KTM Yamaha Carb

Brand: baoke

Price: **$49.99**

Get $50 off instantly: Pay $0.00 $49.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

- 100% new and tested before shipment and 90 days warranty
- Please review all pictures and compare with your used carb to make sure it fits or you can confirm the size with us
- Intake manifold side Inner Diameter: 35mm
- Intake manifold side Outer Diameter: 42mm
- Air filter side Outer Diameter: 58mm

> See more product details

Compare with similar items

**$49.99**

FREE delivery: Nov 13 - Dec 7
Fastest delivery: Oct 28 - Nov 2

Only 7 left in stock - order soon.

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ... motorstar
Sold by ... motorstar

Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

---

**Inspired by your recent shopping trends**    Page 1 of 17







Motorcycle PWK 21MM Carburetor Carb For Honda Yamaha Suzuki Kawasaki KTM 50cc...
★★★★☆ 29
$31.99
Only 3 left in stock - order...

KYN Universal 2T 4T Motorcycle PWK Carburetor Carb for Keihin Koso OKO...
★★★★☆ 29
$45.90
Only 2 left in stock - order...

Nibbi Carburetor Replacement High Performance Speed Modified Carburetor...
$160.00
Only 13 left in stock - orde...

NIBBI Racing Performance Motorcycle Carburetor PE28mm 150CC Carburetor...
★★★★☆ 52
$72.98

NIBBI Replacement Orginal High Performance Speed Modified Carburetor...
★★★★☆ 33
$79.99
Only 19 left in stock - orde...

---

**Customers also viewed these products**    Page 1 of 4








VM22 26m Carburetor with Air Filter for Mikuni Intake Pipe Pit Dirt Bike Motorcycle 110cc...
★★★★☆ 237
$32.88

PZ20 Carburetor for Kazuma Baja 50cc 70cc 90cc 110cc 125cc TaoTao 110B NST...
★★★★★ 2,916
#1 Best Seller in Powersports Carburetors
$13.78

NIBBI Replacement Orginal High Performance Speed Modified Carburetor...
★★★★☆ 33
$79.99
Only 19 left in stock - orde...

NIBBI Racing Performance Motorcycle Carburetor 34mm 300CC Carburetor PWK34...
★★★★★ 8
$106.00
Only 16 left in stock - orde...

NIBBI Racing Performance Motorcycle Carburetor 26mm GY6 125CC Carburetor...
★★★★☆ 70
$68.87
Only 19 left in stock - orde...

ECCPP Carburetor pwk38mm Replacement Carburetor Fit for 1997 Honda CR250, 1978...
★★★☆☆ 24
$59.79
Only 9 left in stock - order...

---

**You might also like**

Sponsored ⓘ



Carburetor Repair Kit Carb Kit fits KTM 525SX 525 SX 2003 2004 2005 Race-Driven
★★★★☆ 1
$25.95

FCR39mm Carburetor for Suzuki DRZ400S Racing Carb Kawasaki Honda Husqvarna...
$179.99

Motorcycle PWK 34MM Carburetor Carb For Honda Yamaha Suzuki Kawasaki KTM 125cc...
★★★★☆ 29
$31.99

Race-Driven Carburetor Repair Kit Carb Kit fits KTM 300XCW 300 XCW 2006-2014
★★★★☆ 6
$23.95

GOOFIT 32mm Carburetor for PWK Yamaha DT100/125/175/250...
★★★★☆ 35
$30.99 ✓prime

NIBBI Racing Performance Motorcycle Carburetor 26mm GY6 125CC Carburetor...
★★★★★ 93
$66.99 ✓prime

## Compare with similar items

   

| | This item PWK35 Racing Carburetor For Suzuki RMX250S RMX 250 XT250 Honda CR125 CR125 CR 125 CR125R 35mm Kawasaki Suzuki KTM Yamaha Carb | WFLNHB Carburetor Carb for Honda CR Kawasaki KX Suzuki RM Yamaha DT YZ KTM 65 85 Series | KIPA PWK35 Air Strike 35mm PWK Carburetor for KAWASAKI KDX200 Banshee YFZ350 with 35mm bore Size carb KEIHIN 016.150 | NIBBI Racing Performance Motorcycle Carburetor 24mm GY6 100CC Carburetor PE24mm With Carburetor Jets Fit YAMAHA KAWASAKI SUZUKI Apollo Dirt Bike Mini Bike SSR TTR KYMCO SYM TAOTAO GY6 Scooter Moped |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ☆☆☆☆☆ (0) | ★★★★☆ (7) | ★★★★☆ (15) | ★★★★☆ (28) |
| Price | $49⁹⁹ | $30⁷⁹ | $39⁷⁵ | $60⁹⁹ |
| Sold By | motorstar | WFLNHB | KIPA2007 | Mower star |

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$0.00** instead of $49.99! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

    🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | Motorstar |
|---|---|
| Brand | Baoke |
| Model | KDX200 KDX220 KDX220 CR125 CR125 CR 125 CR125R PWK35 |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | 699917396834 |

### Additional Information

| ASIN | B0833NT9SL |
|---|---|
| Best Sellers Rank | #2,580,957 in Automotive (See Top 100 in Automotive) #14,534 in Powersports Carburetors |
| Date First Available | July 25, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 2

### Videos for related products

    

| 3:17 | 1:55 | 0:21 | 0:13 | |
|---|---|---|---|---|
| How to use motorcycle carburetor carb synchronization tool | All Balls Fuel Tap Rebuild kits, fuel tap diaphragm only kits, Fuel Ta... | maXpeedingrods Carburetor Carb Engine for Yamaha Blaster YFS2... | PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for... | PRO CAKEN CNC A... Adjust Fuel Mixture... |
| Alpha Moto | All Balls. | maXpeedingrods-us | DirtBikeClub | DirtBikeClub |

Upload your video

## Product description

Shipping:

Goods will ship from China by ePacket or others economical ways,that are for free and it takes about 7-15 days.And it will be longer on the holiday.

If you need more quicker,you can pay us extra shipping cost.We will ship by DHL,Fedex,UPS,TNT and so on

Warranty:

There is a one month warranty included on all items after your package has been recieved.

Items underwarranty are exchanged upon request. Customers are responsible for warranty return and shipping charges.

**Returns Policy:**

Items that are found defective or damaged will be shipped back by the buyer after given photographic proof via Email.

If you are just unhappy with the condition of your item or changed your mind about it, simply just send it back unused within 30 days of recieving your item and we will either send you another one or give you a full refund.

**Feedback:**

Feedback are very important to us. Please contact us regarding a negative feedback. We would try our best to come to an agreement.

Pls contact me BEFORE you leave neutral or negative feedback. Talk to us first, we will solve problem A.S.A.P, thank you.

## You might also like

Sponsored ⓘ







FCR39mm Carburetor for Suzuki DRZ400S Racing Carb Kawasaki Honda Husqvarna...
**$179.99**

NIBBI Racing Performance Motorcycle Carburetor 26mm GY6 125CC Carburetor...
★★★★☆ 93
**$66.99** ✓prime

Motorcycle PWK 34MM Carburetor Carb For Honda Yamaha Suzuki Kawasaki KTM 125cc...
★★★★☆ 29
**$31.99**



Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review



Motorcycle PWK 34MM Carburetor Carb For ...
29
$31.99        Shop now

Sponsored


KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F
2015-2020 OEM:79006015000
$31.49        11        Shop now

Sponsored

## Popular products inspired by this item

Page 1 of 4

      

PWK 28mm Carburetor For Yamaha Kawasaki KLX110 Suzuki Honda KTM Racing Flat Side Scooter ATV Go Kart...
$34.99

( Red ) Air fuel mixture Screw Adjuster For Mikuni Carb HONDA YAMAHA KTM Honda...
★★★★☆ 31
$11.89

WFLNHB Carburetor Carb for Honda CR Kawasaki KX Suzuki RM Yamaha DT YZ KTM 65...
★★★★★ 7
$30.79

Air fuel Mixture Screw Adjuster for KTM Honda Yamaha Kawasaki Suzuki (blue)
★★★☆☆ 4
$11.99

Maple 38mm PWK Carburetor For Honda Suzuki Kawasaki Yamaha KTM Dirt Bike, Quad,...
★★★★☆ 15
$36.99

FCR 39mm MX Carburetor for SUZUKI DRZ400 RMZ450 KAWASAKI KLX400...
★★★☆☆ 3
$166.99

DP 0118 Float Va ATV Hor Yamaha
★★★★☆ 1
$14.44

## Deals in magazine subscriptions

Page 1 of 6

      

Chickens
★★★★☆ 109
Print Magazine
$20.21

Taste of Home
★★★★☆ 51
Print Magazine
$5.00

Better Homes and Gardens
★★★★☆ 38
Print Magazine
$3.00

National Geographic Kids
★★★★☆ 6,454
Print Magazine
$15.00

Taste of Home
★★★★☆ 3,542
Print Magazine
$8.00

Poets & Writers
★★★★☆ 356
Print Magazine
$14.96

Reader's
★★★★☆
Print Mag
$5.00

### Your Browsing History    View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

Sign in
New customer? Start here.

       

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

☰ amazon

All ▾ 🔍

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders ▾

Try Prime ▾

🛒 0 Cart

Deliver to
Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping

Shop the Fashion Gift guide

# motorstar

motorstar storefront

⭐⭐⭐☆☆ | 57% positive lifetime (7 total ratings)

motorstar is committed to providing each customer with the highest standard of customer service.

Have a question for motorstar?

Ask a question

---

## Detailed Seller Information

**Business Name:** Ningbo Baoke Trading Co., Ltd.
**Business Address:**
jiangbei district
zhu jia yuan 18-57-506
ningbo
zhejiang
315000
CN

---

**Feedback**    Returns & Refunds    Shipping    Policies    Help    Products

⭐☆☆☆☆    "Waited for over 2 months and still have not received it. They keep telling me that it is still on the way. "
By Robert on June 25, 2020.

⭐☆☆☆☆    "Waited over 3 months and they still cant provide any shipping info. Dont waste your time "
By Mike M. on June 19, 2020.

⭐☆☆☆☆    "never will order again "
By Sherri P. on June 5, 2020.

⭐⭐⭐⭐☆    "Runs great with the carburetor on there it had to drill the throttle cable hole out to screw the throttle cable in but other than that it is a good product "
By Joseph Lilly on December 4, 2019.

⭐⭐⭐⭐⭐    "Great product and service "
By Samuel D. on February 21, 2019.

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | -       | -       | 25%       | 57%      |
| Neutral  | -       | -       | 0%        | 0%       |
| Negative | -       | -       | 75%       | 43%      |
| Count    | 0       | 0       | 4         | 7        |

Previous  Next

Leave seller feedback  |  Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 6



HIFROM Element Air Filter Cleaner for Honda ATV TRX250 TRX250TE Recon TRX250EX TRX250X...
⭐⭐⭐⭐☆ 144
$13.99



Savior Fuel Tank Switch Valve Petcock for Honda ATC250S ATC250SX ATC350X TRX250...
⭐⭐⭐⭐☆ 272
$8.99



GOOACC Nylon Bumper Fastener Rivet Clips Car Door Clip Panel Audio Video Dashboard...
⭐⭐⭐⭐☆ 5,321
$6.99



AUTOKAY 100pcs Push ATV Fender Clips For Suzuki King Quad Vinson Honda Acura Honda...
⭐⭐⭐⭐☆ 1,019
$6.99



Air Filter Cleaner Fits Honda TRX250TE RECON 250 ES 2X4 2002-2017 Replace Honda 17254-HM8-000 New
⭐⭐⭐☆☆ 103
$10.98



HOOAI Carburetor for 799866 790845 799871 796707 794304 Toro Craftsman Engine
⭐⭐⭐⭐☆ 2,225
$10.98



Honda Control
⭐⭐⭐☆☆
$8.76

## Top subscription apps for you

Page 1 of 6



Disney+
Disney
⭐⭐⭐⭐☆ 389,182
$0.00



CBS Full Episodes and Live TV
CBS Interactive
⭐⭐⭐⭐☆ 98,645
$0.00



STARZ
Starz Entertainment
⭐⭐⭐⭐☆ 80,323
$0.00



Sling TV
Sling TV LLC
⭐⭐⭐⭐☆ 47,675
$0.00



SHOWTIME
Showtime Digital Inc.
⭐⭐⭐⭐☆ 23,087
$0.00



Philo: Live & On-Demand TV
PHILO
⭐⭐⭐⭐☆ 65,514
$0.00



ABCmo Learnin
Age of L
⭐⭐⭐☆☆
$0.00

**Your Browsing History**    View or edit your browsing history ›

See personalized recommendations



New customer? Start here.



amazon

motorstar ▾ | KTM | 🔍

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

0 Cart

Deliver to
Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

1-16 of 54 results for **motorstar** : **"KTM"**

Sort by: Featured ▾

**Brand**
motorstar
BaoKe
baoke
BAOKE



PWK35 Racing Carburetor For Suzuki RMX250S RMX 250 XT250 Honda CR125 CR125 CR 125 CR125R 35mm Kawasaki Suzuki KTM Yamaha Carb

$49⁹⁹
FREE Shipping
Only 7 left in stock - order soon.



PWK 28mm Carburetor For Yamaha Kawasaki KLX110 Suzuki Honda KTM Racing Flat Side Scooter ATV Go Kart PIT DIRT BIKE 150cc-200cc Carb

$34⁹⁹
FREE Shipping
Only 10 left in stock - order soon.



PWK38 Air Strijer Carburetor For KTM 250 250SX 250EXC 125 200 250 300 500 380 Dirt Bike Quad ATV Carb

$49⁹⁹
FREE Shipping
Only 10 left in stock - order soon.



Carburetor For Honda XR250 YAMAHA SUZUKI KTM Kawasaki Mikuni TM34 TMX34 34mm Flat Slide Smoothbore TM34-2 42-6100 Carb

$89⁹⁹
FREE Shipping
Only 9 left in stock - order soon.



PWK Koso 32MM Racing Flat Side Carburetor for honda CR125 CR125R CR80 CR80R NSR50 NSR80 NSR125 ktm 65 85 Yamaha DT100 DT125...

$28⁸⁸
FREE Shipping
Only 10 left in stock - order soon.



PWK 36mm Carburetor For Suzuki RM 125 250 370 465 500 KTM SX 125 150 175 200 250 500 Kawasaki KX 125 250 500 Yamaha YZ 125 175 250

$49⁹⁹
FREE Shipping
Only 9 left in stock - order soon.



PWK 34 Carburetor For Yamaha DT100 DT125 DT175 DT250 YT175 YZ80 YZ85 YZ100 YZ125 YZ175 YZ250 Honda CR80 CR85R CR125 NSR50...

$49⁹⁹
FREE Shipping
Only 9 left in stock - order soon.



SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options



Continue

---

### Shipment 1 of 1

**Shipping from motorstar**   (Learn more)

Shipping to: ▮▮▮ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **PWK35 Racing Carburetor For Suzuki RMX250S RMX 250 XT250 Honda CR125 CR125 CR 125 CR125R 35mm Kawasaki Suzuki KTM Yamaha Carb**
  $49.99 - Quantity: 1
  Sold by: motorstar

Change quantities or delete

**Choose a delivery option:**

○ **Friday, Nov. 13 - Monday, Dec. 7**
   FREE Shipping

○ **Wednesday, Oct. 28 - Monday, Nov. 2**
   $25.98 - Shipping

---

Continue

---

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

**.com**

SIGN IN     SHIPPING & PAYMENT     GIFT OPTIONS     PLACE ORDER

## Review your order

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $49.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $49.99 |
| Estimated tax to be collected:* | $3.12 |
| **Order total:** | **$53.11** |

How are shipping costs calculated?

**Shipping address** Change
▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮
Add delivery instructions

**Payment method** Change
▮▮ ending in ▮▮

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code     Apply

**FREE TRIAL**

▮▮▮, we're giving you 30 days of Prime benefits for FREE     Try Prime FREE for 30 days ›

**Estimated delivery:  Nov. 13, 2020 - Dec. 7, 2020**



PWK35 Racing Carburetor For Suzuki
RMX250S RMX 250 XT250 Honda CR125
CR125 CR 125 CR125R 35mm Kawasaki
Suzuki KTM Yamaha Carb
**$49.99**
Quantity: 1 Change
Sold by: motorstar
⊞ Gift options not available.

**Choose a delivery option:**
◉ **Friday, Nov. 13 - Monday, Dec. 7**
   FREE Shipping
○ **Wednesday, Oct. 28 - Monday, Nov. 2**
   $25.98 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

‹ Back to results



Roll over image to zoom in

# PWK 28mm Carburetor For Yamaha Kawasaki KLX110 Suzuki Honda KTM Racing Flat Side Scooter ATV Go Kart PIT DIRT BIKE 150cc-200cc Carb

Brand: BaoKe

Price: **$34.99**



Get $50 off instantly: Pay $0.00 $34.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable

- 100% new and tested before shipment and 90 days warranty
- Please review all pictures and compare with your used carb to make sure it fits or you can confirm the size with us
- Size: Diameter: 28mm,Outer Diameter to Air Filter: 49mm,Outer Diameter to Intake: 35mm Color: Gray Black Package Include: 1PCS 28MM Carb 1*Main Jet #90 1*Main Jet #95 1*Main Jet #35
- Fitment: Fits for 150cc-200cc motorcycle pocket bike ATV Go kart Buggy

> See more product details



$34.99

FREE delivery: Nov 13 - Dec 7
Fastest delivery: Oct 28 - Nov 2

Only 10 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... motorstar
Sold by ... motorstar

📍 Deliver to Bensenville 60106

Add to List

Have one to sell?
Sell on Amazon

---

KTM Racing Chain Guide (Orange) OEM 7810497000004
2
$98.99

Sponsored

---

## Inspired by your recent shopping trends
Page 1 of 14



    

Motorcycle PWK 21MM Carburetor Carb For Honda Yamaha Suzuki Kawasaki KTM 50cc...
★★★★☆ 29
$31.99
Only 3 left in stock - order...

FCR39mm Carburetor for Suzuki DRZ400S Racing Carb Kawasaki Honda Husqvarna Yamaha KTM KLX400
$179.99

KYN Universal 2T 4T Motorcycle PWK Carburetor Carb for Keihin Koso OKO...
★★★★☆ 29
$45.90
Only 2 left in stock - order...

FCR41mm Carburetor for FCR41 Racing Carb Suzuki Honda XR650 Husqvarna Yamaha KTM
$389.99

KIPA Carburetor For Honda CRF450R CRF450X FCR40 FCR 40mm KTM 400 EXC...
$151.75
Only 12 left in stock - order...

KIPA Carburetor for KTM 525 525 400 540 RFS EXC SX Suzuki DRZ400 GRSXR750 GSXR 1100...
★★★☆☆ 4
$199.99
Only 6 left in stock - order...

## You might also like
Page 1 of 14

Sponsored

     

Race-Driven Carburetor Repair Kit Carb Kit fits KTM 300XCW 300 XCW 2006-2014
★★★★☆ 6
$23.95

GOOFIT 32mm Carburetor for PWK Yamaha DT100/125/175/250...
★★★★☆ 35
$30.99 ✓prime

Carburetor Repair Kit Carb Kit fits KTM 525SX 525 SX 2003 2004 2005 Race-Driven
★★★★☆ 1
$25.95

NIBBI Motorcycle Carburetor PE28MM 150CC Carburetor 28mm With Carburetor Jets...
★★★★☆ 9
$97.99 ✓prime

KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
★★★★☆ 11
$31.49

GOOFIT 27mm Flywheel Stator Magneto Puller for GY6 125cc 150cc Honda Yamaha Suzuki ...
★★★★☆ 166
$11.99 ✓prime

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $34.99!** Get a $50 Amazon Gift Card instantly upon approval for the Amazon Rewards Visa Card. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

≡ **amazon** | All ▾ | KTM | 🔍 | 🇺🇸 | Hello, Sign in **Account & Lists** ▾ | **Returns & Orders** | **Try Prime** ▾ | 🛒 **0 Cart**

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | **Shop deals before they're gone**

‹ Back to results



Roll over image to zoom in

# PWK38 Air Strijer Carburetor For KTM 250 250SX 250EXC 125 200 250 300 500 380 Dirt Bike Quad ATV Carb

Brand: **motorstar**

Price: **$49.99**

Get $50 off instantly: Pay $0.00 $49.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

- 100% new and tested before shipment and 90 days warranty
- Please review all pictures and compare with your used carb to make sure it fits or you can confirm the size with us
- 170 Main Jet,55 Pilot Jet
- Intake manifold Outer Diameter: 46mm,Intake manifold side Inner Diameter: 38mm/1.5inch
- Air filter side Inner Diameter: 59mm,Air filter side Outer Diameter: 63mm

› See more product details



**$49.99**

FREE delivery: **Nov 13 - Dec 7**
Fastest delivery: **Oct 28 - Nov 2**

**Only 10 left in stock -** order soon.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... motorstar
Sold by ... motorstar

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Inspired by your recent shopping trends
Page 1 of 17

‹

    

›

Motorcycle PWK 21MM Carburetor Carb For Honda Yamaha Suzuki Kawasaki KTM 50cc...
★★★★☆ 29
$31.99
Only 3 left in stock - order...

FCR39mm Carburetor for Suzuki DRZ400S Racing Carb Kawasaki Honda Husqvarna Yamaha KTM KLX400
$179.99

KYN Universal 2T 4T Motorcycle PWK Carburetor Carb for Keihin Koso OKO...
★★★★☆ 29
$45.90
Only 2 left in stock - order...

FCR41mm Carburetor for FCR41 Racing Carb Suzuki Honda XR650 Husqvarna Yamaha KTM
$389.99

KIPA Carburetor For Honda CRF450R CRF450X FCR40 FCR 40mm KTM 400 EXC...
$151.75
Only 12 left in stock - orde...

## You might also like
Page 1 of 14

Sponsored ⓘ

‹

     

›

KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
★★★★☆ 11
$31.49

Carburetor Repair Kit Carb Kit fits KTM 525SX 525 SX 2003 2004 2005 Race-Driven
★★★★★ 1
$25.95

Race-Driven Carburetor Repair Kit Carb Kit fits KTM 300XCW 300 XCW 2006-2014
★★★★☆ 6
$23.95

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 ✓prime

GOOFIT 32mm Carburetor for PWK Yamaha DT100/125/175/250...
★★★★☆ 35
$30.99 ✓prime

NEW OEM KTM RADIATOR DIGITAL FAN KIT 250 300 350 400 450 530 2017...
★★★★★ 7
$184.99

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $49.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | Motorstar |
|---|---|

### Additional Information

| ASIN | B083B7KW8Z |
|---|---|

10/22/2020 Amazon.com: HandGuard Fit 7/8" 22mm or 1-1/8 28mm Handlebar Hand Guards Motocross Dirt Bike Off Road CRF YZF KXF KTM RMZ ATV EXC Supermoto: Home Improvement

☰ **amazon** | All ▾ | ktm handguard | 🔍 | 🇺🇸 | Hello Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bolingbrook 60440 | Holiday Deals | Gift Cards | Customer Service | 's Amazon.com | Prime Video | Best Sellers | Shop today's epic deals now

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room

📦 PillPack by amazonpharmacy | Your medication, delivered | Learn more ›

Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Handguards






Roll over image to zoom in

**HandGuard Fit 7/8" 22mm or 1-1/8 28mm Handlebar Hand Guards Motocross Dirt Bike Off Road CRF YZF KXF KTM RMZ ATV EXC Supermoto**

Brand: UTH

Price: **$64.99** & FREE Shipping

Get $50 off instantly: Pay $14.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ▾

- 100% Brand new and High quality.
- Car accessories, Motorcycle accessories, Replacement and Repair equipment include: Car Care Accessories, Keyless Entry Remote and Fob, Nuts & Bolts & Clips, Car Connector Plug, Mirrors & Accessories, Theft Protection, Grips & Handlebar, Turn Signal Indicators, Motorcycle Glasses, Decals & Stickers, Motorcycle Covers, Car Electronic.
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service.
- HandGuard Fit 7/8" 22mm or 1-1/8 28mm Handlebar Hand Guards Motocross Dirt Bike Off Road CRF YZF KXF KTM RMZ ATV EXC Supermoto

› See more product details

💬 Report incorrect product information.

**$64.99**
& FREE Shipping

Arrives: Nov 16 - Dec 8

**In stock.**
Usually ships within 3 to 4 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Motor-US.
Sold by ... Motor-US.

📍 Deliver to Bolingbrook 60440

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

Sponsored

## Sponsored products related to this item

Page 1 of 10

‹



**7/8" 28mm 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX...**
⭐⭐⭐½ 22
**$22.89** ✓prime

**KTM Probend Handguard Set by Cycra OEM: U6910022**
**$53.99**



**Universal 7/8" 28mm 22mm Motorcycle Handlebar Hand Guards Protector For KTM EXC...**
⭐⭐⭐½ 3
**$25.99** ✓prime

**JFG-RACING Black Handguards Hand Guards - Universal for 7/8" and 1 1/8" Brush...**
⭐⭐⭐⭐ 430
**$29.99** ✓prime

**JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off R...**
⭐⭐⭐⭐ 730
**$19.99** ✓prime

**7/8" and 1 1/8" Aluminum Motocross Handguards Universal Hand Guards For...**
⭐⭐⭐⭐ 60
**$26.96**

›

Ad feedback ⚏

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $14.99 instead of $64.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the Amazon Rewards Visa Card. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product description

NEW

## Product information

### Technical Details

| Manufacturer | 4 |
|---|---|
| Material | Other |

### Additional Information

| ASIN | B07ZYFX33H |
|---|---|
| Date First Available | November 4, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

# Videos

### Videos for related products


7:29
Installing handguards on 2008 Yamaha WR250F
JFG RACING


1:59
JFG-RACING Black Hand Guards Handguards
JFG RACING


0:53
handguards show and install
AnXin


1:5
JFG-RACING Red Handguard Hand Guard - 7/8" and 1 1/8" Brush…
JFG RACING

Upload your video

## Sponsored products related to this item

Page 1 of 6


KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99


7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX…
⭐⭐⭐ 22
$22.89 ✓prime


Hand Guards Handguards Guard Handguard - Universal 7/8 inches 22mm and…
⭐⭐⭐⭐ 100
$25.99 ✓prime


JFG RACING Orange Motorcycle Handguards Aluminum Universal Hand Guards For…
⭐⭐⭐⭐ 6
$19.99


HTTMT XH6016- Motorcycle Red 7/8" 22mm Hard Plastic Reinforced Hand…
⭐⭐ 2
$11.24


JFG RACING White Motorcycle Plastic Handguards 7/8"22mm and 1 1/8"28mm…
⭐⭐⭐ 334
$9.99 ✓prime

Ad feedback

Sponsored

Case 1:20-cv-06677-Document 1-4 Filed 11/10/20 Page 218 of 465 PageID #: 1928

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

# Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review



7/8 Inches 22mm Motorcycle Universal Handg…
22
$22.89                    Shop now

Sponsored

Sponsored

# Deals in magazine subscriptions

Page 1 of 9



**National Geographic Kids**
⭐⭐⭐⭐⯪ 6,417
Print Magazine
$15.00



**Real Simple**
⭐⭐⭐⭐☆ 29
Print Magazine
$5.00



**Zoodinos**
⭐⭐⭐⭐☆ 15
Print Magazine
$15.00



**American Survival Guide**
⭐⭐⭐⭐⯪ 131
Print Magazine
$26.95



**Real Simple**
⭐⭐⭐⭐⯪ 6,912
Print Magazine
$10.00



# Recommended based on your shopping trends  Sponsored

Page 1 of 4

Case 1:20-cv-06677 Document 1-4 Filed 11/10/20 Page 219 of 465 PageID #: 1924








KTM Probend
Handguard Set by Cycra
OEM: U6910022
$53.99

Handguards Hand
Guards Guard
Handguard - Universal
7/8 inches 22mm and...
★★★★☆ 100
$25.99

JFG RACING Motorcycle
Universal Handguards
Aluminum Hand Guards
Brush Bar For off road...
★★★★☆ 730
$19.99

7/8 Inches 22mm
Motorcycle Universal
Handguards Hand Guard
for KTM EXC EXCF SX...
★★★★☆ 22
$27.89

Dirt Bike Hand Guards
Handguards - 7/8"
22mm and 1 1/8" 28mm
with Universal...
★★★★☆ 478
$25.99

## Your Browsing History   View or edit your browsing history  ›

Page 1 of 2










Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 English    United States

| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Rapids<br>Fun stories for kids on the go |
| Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion |
| Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Prime Now<br>FREE 2-hour Delivery on Everyday Items | Amazon Photos<br>Unlimited Photo Storage Free With Prime |
| Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems |
| eero WiFi<br>Stream 4K Video in Every Room | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



10/22/2020

Deliver to
**Bolingbrook 60440**

Holiday Deals    Gift Cards    Customer Service    ___'s Amazon.com    Prime Video    Best Sellers    Browsing History ⌄    Buy Again

33-48 of 63 results for **Motor-US.** : **"KTM"**

Sort by: Featured ⌄

**Brand**
UTH
Car UFO.
ASWT 1.
ASWT 3.
SHOP_1.
Evil
Car V.



**For Triumph Aprilia KTM Victory All Windshield Model Motorcycle Universal Airflow Adjustable Bolt-On Variable Spoiler Windscreen**
$53⁹⁹
FREE Shipping



**Motorcycle Motocross 1 1/8" Fat Bar 28MM Handlebars Bar Fit For KTM CRF YZF WRF RM KXF Pit Dirt Bike Off-road Enduro**
$66⁹⁹
FREE Shipping



**Frosted Black Motorcycle Drag Bar 32" for Honda Yamaha Kawasaki Suzuki Chopper Bobber Cafe Racer KTM Ducati 7/8"...**
$55⁹⁹
FREE Shipping





**HandGuard Fit 7/8" 22mm or 1-1/8 28mm Handlebar Hand Guards Motocross Dirt Bike Off Road CRF YZF KXF KTM RMZ AT...**
$64⁹⁹
FREE Shipping



**Motorcycle Motocross 1 1/8" Fat Bar 28MM Handlebars Bar Fit For KTM CRF YZF WRF RM KXF Pit Dirt Bike Off-road Enduro**
$66⁹⁹
FREE Shipping



**7/8" 22mm Standard/Naked Motorcycle Handlebars Drag Bars for KTM Kawasaki Suzuki Yamaha Honda CB 750 CB500 Z1...**
$57⁹⁹
FREE Shipping



Motocross Pivot Brake Clutch Levers For KTM 125 EXC (SIX DAYS) 450 SX/SXF/SXR 05-08 07 06 400 EXC-R 05-07 400 XCW 07 Dir...

$46⁹⁹

FREE Shipping



7/8" 22MM Drag Bar Steering Wheel Raised Handlebar Handle Bar For Honda Yamaha Kawasaki Suzuki Ktm Ducati Chopper...

$79⁹⁹

FREE Shipping



Motorcycle Motocross 1 1/8" Fat Bar 28MM Handlebars Bar Fit For KTM CRF YZF WRF RM KXF Pit Dirt Bike Off-road Enduro

$66⁹⁹

FREE Shipping



Motorcycle Motocross 1 1/8" Fat Bar 28MM Handlebars Bar Fit For KTM CRF YZF WRF RM KXF Pit Dirt Bike Off-road Enduro

$66⁹⁹

FREE Shipping



Motorcycle Motocross 1 1/8" Fat Bar 28MM Handlebars Bar Fit For KTM CRF YZF WRF RM KXF Pit Dirt Bike Off-road Enduro

$66⁹⁹

FREE Shipping



Motorcycle 360mm Front Forks Protector Shock Absorber Boots For KTM DRZ YZ WR KX KLX RM RMZ RMX DR Motocross ATV

$37⁹⁹

FREE Shipping



Black Motorcycle Clamp Drag Handlebar Riser 7/8" 22mm-28mm 1-1/8" Risers For Honda Yamaha Suzuki KTM Kawasaki Pit Dirt...

$28⁹⁹

FREE Shipping



**Dirt Bike Handguards 7/8"-1 1/8" Handlebar Hand Guards For KTM 690 Duke 08-11/13-16 EXC 125 200 250 300 350 360 400...**

$64⁹⁹

FREE Shipping



**Motorcycle Tail Tidy Fender License Plate Holder For KTM RC125 RC200 RC390 Motorcycle Fender Eliminator Registration Mount...**

$88⁹⁹

FREE Shipping



**Motorcycle X-Grip Frame Guard Cover For KTM SXF EXC-F 250 350 450 EXC 250 300 Fit Husqvarna TE125 TE250 TE300 FE FC...**

$31⁹⁹

FREE Shipping



← Previous   | 1 | 2 | **3** | 4 |   Next →

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search  What's this? ⌄

Page 1 of 4

    

**Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...**
★★★★★ 521
$43.77

**RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...**
★★★★½ 3,395
$29.97

**Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...**
★★★★★ 123
$74.77

**PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure...**
★★★★½ 43
$49.95

**Tumbl Trak Pit Pillow Soft Mat w/Denim Cover**
★★★★½ 32
$373.95

## Deals in magazine subscriptions

Page 1 of 9

  

Zoobooks

Men's Journal

Popular Mechanics

Martha Stewart Living



# Motor-US.

Motor-US. storefront

⭐⭐⭐½☆ 67% positive lifetime (3 total ratings)

Motor-US. is committed to providing each customer with the highest standard of customer service.

Have a question for Motor-US.?

Ask a question

---

## Detailed Seller Information

**Business Name:** Rangsan Changsalak

**Business Address:**
731/9831 Bangkho
Chomthong
Bangkok
10150
TH

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

⭐⭐⭐⭐⭐ " Worked great! "
By Herman Barnett on October 9, 2020.

⭐⭐⭐⭐⭐ " Works as it should. A bit noisy but tolerable. "
By BigRay on April 28, 2020.

⭐☆☆☆☆ " I did not receive the. Package "
By jose on August 14, 2019.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 100% | 67% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 0% | 0% | 33% |
| Count | 1 | 1 | 2 | 3 |

Leave seller feedback    Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 9



**Stereophile**
⭐⭐⭐⭐½ 167
Print Magazine
$9.74



**National Geographic Kids**
⭐⭐⭐⭐½ 6,417
Print Magazine
$15.00



**Real Simple**
⭐⭐⭐⭐ 29
Print Magazine
$5.00



**Marie Claire**
⭐⭐⭐⭐½ 11
Print Magazine
$5.00



**People**
Print Magazine
$47.63



## Inspired by your browsing history

Page 1 of 2



**Motion Pro 08-0471 Bead Buddy II**
⭐⭐⭐⭐½ 561
$16.91



**Speedo Angels Sakt111 Dashboard Screen Protector for KTM 790 Adventure (2019+), 1 x...**
⭐⭐⭐⭐ 11
$13.99



**Grip Puppy Comfort Grips - The Original and the Best!**
⭐⭐⭐⭐½ 1,779
$19.99



**7/8" Universal Motorcycle Black Left Clutch Brake Handle Lever Perch For Honda CRF XR 80 100...**
⭐⭐⭐⭐½ 333
$9.89



**AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC MXC XCW...**
⭐⭐⭐⭐☆ 18
$27.99

---

**Your Browsing History** View or edit your browsing history ›

Page 1 of 2

 

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

### Shipping from Motor-US. (Learn more)

Shipping to: ▉▋ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825
United States

- **HandGuard Fit 7/8" 22mm or 1-1/8 28mm Handlebar Hand Guards Motocross Dirt Bike Off Road CRF YZF KXF KTM RMZ ATV EXC Supermoto**
  $64.99 - Quantity: 1
  Sold by: Motor-US.

Change quantities or delete

### Choose a delivery option:

○ **Monday, Nov. 16 - Tuesday, Dec. 8**
FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

(i) Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ██████

Add delivery instructions

**Payment method** Change
ending in ██

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

Enter Code    Apply

**FREE DELIVERY** ██████ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery: Nov. 16, 2020 - Dec. 8, 2020**

HandGuard Fit 7/8" 22mm or 1-1/8 28mm Handlebar Hand Guards Motocross Dirt Bike Off Road CRF YZF KXF KTM RMZ ATV EXC Supermoto
**$64.99**
Quantity: 1 Change
Sold by: Motor-US.
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Monday, Nov. 16 - Tuesday, Dec. 8**
FREE Shipping

### Order Summary

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $64.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $64.99 |
| Estimated tax to be collected:* | $4.06 |
| **Order total:** | **$69.05** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



‹ Back to results



Roll over image to zoom in



# Motocross Pivot Brake Clutch Levers For KTM 125 EXC (SIX DAYS) 450 SX/SXF/SXR 05-08 07 06 400 EXC-R 05-07 400 XCW 07 Dirt Bike

Brand: UTH

Price: **$46.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- 100% Brand new and High quality.
- Car accessories, Motorcycle accessories, Replacement and Repair equipment include: Car Care Accessories, Keyless Entry Remote and Fob, Nuts & Bolts & Clips, Car Connector Plug, Mirrors & Accessories, Theft Protection, Grips & Handlebar, Turn Signal Indicators, Motorcycle Glasses, Decals & Stickers, Motorcycle Covers, Car Electronic.
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service.
- Motocross Pivot Brake Clutch Levers For KTM 125 EXC (SIX DAYS) 450 SX/SXF/SXR 05 - 08 07 06 400 EXC-R 05-07 400 XCW 07 Dirt Bike

› See more product details

💬 Report incorrect product information.

**$46.99**
& FREE Shipping

Arrives: **Nov 16 - Dec 8**

**In stock.**
Usually ships within 3 to 4 days.

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Motor-US.
Sold by ... Motor-US.

📍 Deliver to Bolingbrook 60440

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

## Sponsored products related to this item

Page 1 of 14



**KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100**
★★★★☆ 17
$29.99



**KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404**
★★★★☆ 3
$47.99



**Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...**
★★★★☆ 44
$21.99 ✓prime



**KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404**
★★★★★ 3
$101.99



**KTM Clutch Lever (Orange) Brembo OEM: 7800293120004**
★★★★☆ 5
$29.99



**KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000**
★★★★☆ 11
$31.49

Ad feedback 💬

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $46.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

# Have a question?

Find answers in product info, Q&As, reviews

[ 🔍 Type your question or keyword ]

## Product description

NEW





amazon

All | KTM

Hello, Account
Lists
Returns & Orders
Try Prime
0 Cart

Deliver to Bolingbrook 60440

Holiday Deals | Gift Cards | Customer Service | ...'s Amazon.com | Prime Video | Best Sellers

Shop deals before they're gone

‹ Back to results





Roll over image to zoom in

     

## Dirt Bike Handguards 7/8"-1 1/8" Handlebar Hand Guards For KTM 690 Duke 08-11/13-16 EXC 125 200 250 300 350 360 400 440 450 530

Brand: UTH

Price: **$64.99** & FREE Shipping

Get $50 off instantly: Pay $14.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- 100% Brand new and High quality.
- Car accessories, Motorcycle accessories, Replacement and Repair equipment include: Car Care Accessories, Keyless Entry Remote and Fob, Nuts & Bolts & Clips, Car Connector Plug, Mirrors & Accessories, Theft Protection, Grips & Handlebar, Turn Signal Indicators, Motorcycle Glasses, Decals & Stickers, Motorcycle Covers, Car Electronic.
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service.
- Dirt Bike Handguards 7/8"-1 1/8" Handlebar Hand Guards For KTM 690 Duke 08-11/13-16 EXC 125 200 250 300 350 360 400 440 450 530

› See more product details

💬 Report incorrect product information.

**$64.99**
& FREE Shipping

Arrives: **Nov 16 - Dec 8**

**In stock.**
Usually ships within 3 to 4 days.

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... Motor-US.
Sold by ... Motor-US.



📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ f 𝕏 📌

Have one to sell?

Sell on Amazon

## Sponsored products related to this item

Page 1 of 14

‹

KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
★★★★☆ 17
$29.99

NEW OEM KTM RADIATOR DIGITAL FAN KIT 250 300 350 400 450 530 2017...
★★★★★ 7
$184.99

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 ✓prime

KTM/FMF Titanium Megabomb Header 250 SX-F/XC-F 2019-2020 OEM: 79105907500
$399.99

1998-2005 fits KTM 200 EXC 15 Tooth Front and 50 Tooth Rear Sprocket
$39.95

›

Ad feedback 💬

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $14.99 instead of $64.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

NEW

Case 1:20-cv-06677-Document 1-4 Filed 11/10/20 Page 228 of 465 PageID #:1933

☰  **amazon**          Home & Kitchen ▾ [                    ] 🔍  🇺🇸 ▾   Hello, Sign in
                                                                          Account & Lists ▾   Returns
                                                                                              & Orders   Try Prime ▾   🛒 0 Cart

📍 Deliver to        Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping        Shop the Fashion Gift guide
Bensenville 60106

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

## LXMJ Helmet, All-Season Helmet, Motorcycle/Off-Road Racing Hlmet for Men, Complimentary Mask Gloves, Suitable for Head Circumference of 23.6 to 24.8 Inches (60 to 63cm)

Brand: LXMJ

Price: **$117.75**

Color: **White Ktm**

| $117.75 | $117.75 | $117.75 |
| $117.75 | $117.75 | $117.75 |
| $117.75 | $117.75 | |

- ABS engineering plastics is a kind of universal thermoplastic compound, with good rigidity, high impact strength, heat resistance, low temperature resistance, chemical resistance and other characteristics, can effectively protect the safety of users.
- Adopt multiple vents, three-dimensional exhaust air, helmet top with vents design, instant cool.
- Buffer layer for high-density EPS foam, lightweight, seismic, heat insulation, can effectively protect the head safety.
- In order to reward customers who buy this product, we will give you black frame color film goggles + mask + hard shell gloves.
- The safety helmet certified by international CE is safe, firm and durable.

Roll over image to zoom in

**$117.75**

$15.00 delivery: **Nov 10 - Dec 3**

**Only 14 left in stock - order soon.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...   MTQYMXST
Sold by ...      MTQYMXST

Return policy: Returnable until
Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share 📧 f 🐦 📌

Have one to sell?

Sell on Amazon

## Have a question?

Find answers in product info, Q&As, reviews

🔍 [ Type your question or keyword                    ]

## Product description

Four seasons general wild motorcycle safety helmet.
ABS plastic shell, impact resistance, resistance to penetration and deformation.
For high density EPS cushion layer, can absorb collision energy, effectively relieve head shock.
Unlined upper garment of high quality sponge density with thick cotton.
Give black box to buy colour goggles + mask + scale gloves.
This product is suitable for head circumference 23.6 to 24.8 Inches (60 to 63cm) men's wear

## Product details

Color: White Ktm

**Date First Available :** June 13, 2019

**Manufacturer :** LXMJ

**ASIN :** B07T19PHB3

### Related video shorts (0)   Upload your video



**Be the first video**

Your name here

## Customer questions & answers

🔍 [ Have a question? Search for answers                    ]

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Deals in magazine subscriptions

Page 1 of 7










**National Geographic Kids**
★★★★½ 6,385
Print Magazine
$15.00

**Real Simple**
★★★★☆ 29
Print Magazine
$5.00

**Health**
★★★★☆ 808
Print Magazine
$5.00

**HGTV Magazine**
★★★★½ 4,613
Print Magazine
$6.00

**Highlights for Children**
★★★★½ 2,017
Print Magazine
$29.99

**People**
★★★★½ 1,803
Print Magazine
$47.63

## Best sellers in Kindle eBooks

Page 1 of 6








**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★½ 862
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
★★★★½ 16,840
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
★★★★½ 3,493
Kindle Edition
$4.99

**My Dear Hamilton: A Novel of Eliza Schuyler...**
› Stephanie Dray
★★★★½ 3,028
Kindle Edition
$2.99

**Spellbreaker**
› Charlie N. Holmberg
★★★★½ 1,859
Kindle Edition
$4.99

**The Haunting of Brynn Wilder: A Novel**
› Wendy Webb
★★★★½ 2,342
Kindle Edition
$4.99

**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2










See personalized recommendations

[ Sign in ]

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders

☰ **amazon**

| MTQYMXST ▼ | KTM | 🔍 |

🇺🇸    Hello, Sign in **Account & Lists ▾**    Returns **& Orders**    Try Prime ▾    0 🛒 **Cart**

📍 Deliver to **Bensenville 60106**

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

3 results for MTQYMXST : **"KTM"**

Sort by: Featured ▾

**Brand**
LXMJ



LXMJ Helmet, All-Season Helmet, Motorcycle/Off-Road Racing Hlmet for Men, Complimentary Mask Gloves, Suitable for Head Circumference of...
$117⁷⁵
$15.00 shipping
Only 15 left in stock - order soon.



LXMJ Helmet, All-Season Helmet, Motorcycle/Off-Road Racing Hlmet for Men, Complimentary Mask Gloves, Suitable for Head Circumference of...
$117⁷⁵
$15.00 shipping
Only 14 left in stock - order soon.



LXMJ Helmet, All-Season Helmet, Motorcycle/Off-Road Racing Hlmet for Men, Complimentary Mask Gloves, Suitable for Head Circumference of...
$117⁷⁵
$15.00 shipping
Only 15 left in stock - order soon.

**Need help?**

Visit the help section or contact us

---

**Sponsored products related to this search**   What's this? ▾

Page 1 of 3

< 



Tank Straps Motorcycle Tie Down Straps (2pk) - 10,000 lb Webbing Break Strength 2" x...
★★★★★ 517
$43.77



MIBAO Half Round Doormat, 24 x 36 Non Slip Durable Welcome Door Mats, Boots...
★★★★½ 422
$34.99



RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★½ 3,374
$29.97



Tank Straps Motorcycle Tie Down Straps (4pk) - 10,000 lb Webbing Break Strength 2" x...
★★★★★ 123
$74.77



Sellemer Rubber Door Mat for Indoor Outdoor, Floor Mat for Entry, Patio and Bathroom,...
★★★★½ 94
$19.49



Buffalo Plaid Rug - Black and White Check Door Mat Outdoor - Farmhouse Rugs for...
★★★★½ 1,321
$24.95

>

**Deals in magazine subscriptions**

Page 1 of 7

< 



Women's Health
★★★★½ 35
Print Magazine
$6.00



National Geographic Kids
★★★★½ 6,385
Print Magazine
$15.00



Highlights for Children
★★★★½ 2,017
Print Magazine
$29.99



Highlights High Five
★★★★½ 1,343
Print Magazine
$29.99



Real Simple
★★★★☆ 29
Print Magazine
$5.00



Reminisce
★★★★½ 1,028
Print Magazine
$10.00

>

**Your Browsing History**   View or edit your browsing history   ›

Page 1 of 2

See personalized recommendations


**Sign in**

New customer? Start here.



# MTQYMXST

MTQYMXST storefront

⭐⭐⭐⭐⭐ 100% positive lifetime (1 total ratings)

MTQYMXST is committed to providing each customer with the highest standard of customer service.

**Have a question for MTQYMXST?**

Ask a question

## Detailed Seller Information

**Business Name:**LvLiangShiLiShiQuTanQingJiaJuYongPin
**Business Address:**
LvLiangLiShiQuShangAnCun
LvLiangShi
ShanXiSheng
033000
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
| --- | --- | --- | --- | --- | --- |

⭐⭐⭐⭐⭐ "Excellent customer service!"
By LVelmo on November 6, 2019.

| | 30 days | 90 days | 12 months | Lifetime |
| --- | --- | --- | --- | --- |
| Positive | - | - | 100% | 100% |
| Neutral | - | - | 0% | 0% |
| Negative | - | - | 0% | 0% |
| Count | 0 | 0 | 1 | 1 |

Leave seller feedback   Tell us what you think about this page

## Deals in magazine subscriptions

Page 1 of 7

       

National Geographic Kids
⭐⭐⭐⭐⭐ 6,385
Print Magazine
$15.00

Country Woman
⭐⭐⭐⭐ 30
Print Magazine
$5.00

Highlights for Children
⭐⭐⭐⭐⭐ 2,017
Print Magazine
$29.99

Taste of Home
⭐⭐⭐⭐ 51
Print Magazine
$5.00

Real Simple
⭐⭐⭐⭐ 6,878
Print Magazine
$10.00

Reader's Digest
⭐⭐⭐⭐ 8,514
Print Magazine
$8.00

## Inspired by your browsing history

Page 1 of 7

       

FMF Racing 11299 Wash Plug
⭐⭐⭐⭐ 1,409
$11.08

Troy Lee Designs Men's 20 TLD KTM Team Shirts
⭐⭐⭐⭐ 110
$30.00 - $31.50

72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke Covers...
⭐⭐⭐⭐ 69
$9.99

AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC MXC XCW...
⭐⭐⭐⭐ 17
$27.99

KTM FLAG READY TO RACE 3PW1771500
⭐⭐⭐⭐ 150
$19.99

KTM 6" Die-cut Decal Orange
⭐⭐⭐⭐ 67
$1.81

## Your Browsing History

View or edit your browsing history

Page 1 of 2

       

See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1
**Shipping from MTQYMXST**   (Learn more)

Shipping to: ▮▮▮▮▮▮  1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **LXMJ Helmet, All-Season Helmet, Motorcycle/Off-Road Racing Hlmet for Men, Complimentary Mask Gloves, Suitable for Head Circumference of 23.6 to 24.8 Inches (60 to 63cm), White KTM**
  $117.75 - Quantity: 1
  Sold by: MTQYMXST

Change quantities or delete

### Choose a delivery option:

◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
  $15.00 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions

**Payment method** Change
Debit ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    Apply

---

, we'd like to give you a chance to try Amazon

**Join Prime and start saving ▶**
Receiving government assistance? **Get 50% off Prime ▶**

**Estimated delivery:  Nov. 10, 2020 - Dec. 3, 2020**

LXMJ Helmet, All-Season Helmet, Motorcycle/Off-Road Racing Hlmet for Men, Complimentary Mask Gloves, Suitable for Head Circumference of 23.6 to 24.8 Inches (60 to 63cm), White KTM
**$117.75**
**Quantity:** 1   Change
Sold by: MTQYMXST

🎁 Gift options not available.

**Choose a delivery option:**
⦿ **Tuesday, Nov. 10 - Thursday, Dec. 3**
   $15.00 - Shipping



---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $117.75 |
| Shipping & handling: | $15.00 |
| Total before tax: | $132.75 |
| Estimated tax to be collected:* | $7.36 |

**Order total:**    **$140.11**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06677 Document 1-1 Filed 11/10/20 Page 234 of 465 PageID #:1939

☰ **amazon**

All ▾ | KTM | 🔍 | 🇺🇸 ▾

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders ▾

Try Prime ▾

🛒 0 Cart

Deliver to
Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping      **Shop the Fashion Gift guide**

‹ Back to results



Roll over image to zoom in

## LXMJ Helmet, All-Season Helmet, Motorcycle/Off-Road Racing Hlmet for Men, Complimentary Mask Gloves, Suitable for Head Circumference of 21.2 to 22 Inches (54 to 56cm)

Brand: LXMJ

Price: **$117.75**

Color: **White Ktm**



- ABS engineering plastics is a kind of universal thermoplastic compound, with good rigidity, high impact strength, heat resistance, low temperature resistance, chemical resistance and other characteristics, can effectively protect the safety of users.
- Adopt multiple vents, three-dimensional exhaust air, helmet top with vents design, instant cool.
- Buffer layer for high-density EPS foam, lightweight, seismic, heat insulation, can effectively protect the head safety.
- In order to reward customers who buy this product, we will give you black frame color film goggles + mask + hard shell gloves.
- The safety helmet certified by international CE is safe, firm and durable.



**$117.75**

$15.00 delivery: Nov 10 - Dec 3

Only 15 left in stock - order soon.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   MTQYMXST
Sold by   MTQYMXST

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product description

Four seasons general wild motorcycle safety helmet.
ABS plastic shell, impact resistance, resistance to penetration and deformation.
For high density EPS cushion layer, can absorb collision energy, effectively relieve head shock.
Unlined upper garment of high quality sponge density with thick cotton.
Give black box to buy colour goggles + mask + scale gloves.
This product is suitable for head circumference 21.2 to 22 Inches (54 to 56cm) men's wear

---

### Product details

Color: White Ktm

**Date First Available :** June 13, 2019
**Manufacturer :** LXMJ
**ASIN :** B07T1BTZSZ

### Related video shorts (0)   Upload your video



**Be the first video**

Your name here

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?



☰ amazon    All ▾ | KTM                                🔍  🇺🇸   Hello, Sign in    Returns   Try Prime ▾    🛒
                                                              Account & Lists ▾  & Orders              Cart

📍 Deliver to        Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping        Shop deals before they're gone
Bensenville 60106

‹ Back to results



Roll over image to zoom in



## LXMJ Helmet, All-Season Helmet, Motorcycle/Off-Road Racing Hlmet for Men, Complimentary Mask Gloves, Suitable for Head Circumference of 22.4 to 23.2 Inches (57 to 59cm), White KTM

Brand: LXMJ

---

Price: **$117.75**

Get $50 off instantly: Pay $67.75 $117.75 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **White Ktm**

      

- ABS engineering plastics is a kind of universal thermoplastic compound, with good rigidity, high impact strength, heat resistance, low temperature resistance, chemical resistance and other characteristics, can effectively protect the safety of users.
- Adopt multiple vents, three-dimensional exhaust air, helmet top with vents design, instant cool.
- Buffer layer for high-density EPS foam, lightweight, seismic, heat insulation, can effectively protect the head safety.
- In order to reward customers who buy this product, we will give you black frame color film goggles + mask + hard shell gloves.
- The safety helmet certified by international CE is safe, firm and durable.



**$117.75**

$15.00 delivery: Nov 10 - Dec 3

Only 15 left in stock - order soon.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...    MTQYMXST
Sold by ...      MTQYMXST

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 𝕏 📌

Have one to sell?

Sell on Amazon

---

## Related products from Our Brands



pinzon
by amazon

| Pinzon 6 Piece Blended Egyptian Cotton Bath Towel Set - Driftwood | Pinzon Velvet Plush Blanket - Twin, Chocolate | Pinzon Signature Cotton Heavyweight Velvet Flannel Sheet Set - Queen, Cream | Pinzon Organic Cotton Bathroom Towels, 6 Piece Set, Ivory | Pinzon Faux Fur Throw Blanket - 50 x 60 Inch, Ivory | Pinzon 300 Thread Count Organic Cotton Bed Sheet Set - California King, Blush Pink | Pinzon Plaid Flannel Sheet Set - Twin, Blackwatch Plaid |
|---|---|---|---|---|---|---|
| ★★★★☆ 13954 | ★★★★☆ 6612 | ★★★★☆ 6162 | ★★★★☆ 5817 | ★★★★☆ 3664 | ★★★★☆ 3229 | ★★★★☆ 3155 |
| $24.99 | $25.81 | $74.71 | $34.99 | $31.26 | $55.99 | $48.27 |

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

Case 1:20-cv-06677-Document 1-4 Filed 11/10/20 Page 236 of 465 PageID #:1941

≡   amazon

All ▾ | ktm handguard | 🔍

Account   Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bolingbrook 60440

Holiday Deals   Gift Cards   Browsing History ▾   Customer Service   's Amazon.com   Prime Video   **Shop today's epic deals now**

Automotive   Your Garage   Deals & Rebates   Best Sellers   Parts ▾   Accessories ▾   Tools & Equipment ▾   Car Care ▾   Motorcycle & Powersports ▾   Truck ▾   RV ▾   Tires & Wheels ▾

audible Now included: new podcasts, originals, and more    Start your free trial

Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Handguards





Roll over image to zoom in

### MUJUN 7/8" Motorcycle Handguard Protector For KTM EXC SXF For Honda CRF For Yamaha YZF WR For Kawasaki KXF KX Suzuki RM 22mm Hand Guard (Color : Blue)

Brand: MUJUN-Motorcycle Parts

Price: **$28.39** + $5.00 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Blue**

| ⬛ $28.39 | 🔵 $28.39 | 🟢 $28.39 |
| 🟠 $28.39 | 🔴 $28.39 | |

- Item Type: Covers & Ornamental Mouldings
- Material: Aluminum Alloy + Plastic
- Color: Black, Green, Yellow, Orange, Blue, Red

› See more product details

💬 Report incorrect product information.



**$28.39**
+ $5.00 shipping

Arrives: Dec 7 - Jan 4

Fastest delivery: Nov 19 - 30

Usually ships within 2 to 3 weeks.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...   MUJUN-US
Sold by ...    MUJUN-US

📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### You might also like

Sponsored ⓘ                                    Page 1 of 11

     

| 7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX... | 7/8 inche 1 1/8 inches Hand Guards Handguard Protector Protection For KTM EXC EXCF ... | JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off ... | Black Handguards Universal Vented Hand Guards Brush Bar For off Road ATV KTM EXC SX... | 7/8"22mm and 1 1/8"28mm Handguards Universal Hand Guards Brush Bar For off Road... | Hunter-Motorcy... for KTM XCF XCW... |
| ★★★☆☆ 22 | ★★★★☆ 62 | ★★★★☆ 733 | ★★★☆☆ 14 | ★★★☆☆ 119 | ★★★☆☆ |
| $22.89 ✓prime | $15.99 ✓prime | $19.99 ✓prime | $18.99 ✓prime | $10.99 ✓prime | $17.6 |

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $28.39!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product information

Color:**Blue**

## Technical Details

| | |
|---|---|
| Manufacturer | MUJUN-US |
| Brand | MUJUN-Motorcycle Parts |
| Item Weight | 0.035 ounces |
| Manufacturer Part Number | MUJUN |

## Additional Information

| | |
|---|---|
| ASIN | B089RR3VS7 |
| Date First Available | June 6, 2020 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for related products

 7:29

Installing handguards on 2008 Yamaha WR250F

JFG RACING

 1:59

JFG-RACING Black Hand Guards Handguards

JFG RACING

 1:53

JFG RACING White Handguards Hand Guards - 7/8" 22mm and 1...

JFG RACING

 0:53

handguards show and install

AnXin

Upload your video

## Product description

Color: Blue

Product Description:
--7/8" Motorcycle Handguard Protector
--Efficiently Protect Hands While Driving
--Reduce your hands or fingers fatigue
--Protect your hands from brush, rocks, mud and cold wind
--Easy to install.Instruction is not included

Package Included:
1 x pair hand guards
Necessary mounting hardware included

Fitment:
Universal fitment part, will fits for most Street Motorcycles, Pit Bike, Dirt Bike, MX Motocross, Dual Sport , Adventure Motorcycles and ATV etc.
Parcel shipped from china.
Usually need 15-25 days.

## You might also like

Page 1 of 6

Sponsored ⓘ



7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX...
⭐⭐⭐ 22
$22.89 ✓prime



KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99



Black Handguards Universal Vented Hand Guards Brush Bar For off Road ATV KTM EXC SX...
⭐⭐⭐ 14
$18.99 ✓prime



JFG RACING White Motorcycle Plastic Handguards 7/8"22mm and 1 1/8"28mm...
⭐⭐⭐ 335
$9.99 ✓prime



22mm and 28mm Aluminum Universal Handguards For Motocross Dirt Bike...
⭐⭐⭐⭐ 61
$24.98 ✓prime



JFG RACING Motorcycle Aluminum Hand G...
⭐⭐⭐
$19.9

Case 1:20-cv-06677-Document 1-4 Filed 11/10/20 Page 238 of 465 PageID #:1943

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review



7/8 Inches 22mm Motorcycle Universal Handg...
22

$22.89

Shop now

Sponsored

Sponsored

## Deals in magazine subscriptions







**National Geographic Kids**
⭐⭐⭐⭐⭐ 6,454
Print Magazine

**Better Homes & Gardens**
⭐⭐⭐⭐⭐ 5,921
Print Magazine

**Reminisce**
⭐⭐⭐⭐ 25
Print Magazine

**Family Handyman**
⭐⭐⭐⭐⭐ 11,240
Print Magazine

**Real Simple**
⭐⭐⭐⭐⭐ 6,949
Print Magazine

## Best sellers in Kindle eBooks







**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐⭐⭐⭐⭐ 1,475
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family…**
› Gregg Olsen
⭐⭐⭐⭐⭐ 17,067
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
⭐⭐⭐⭐⭐ 4,115
Kindle Edition
$4.99

**I Promise You: Stand-Alone College Sports…**
› Ilsa Madden-Mills
⭐⭐⭐⭐⭐ 587
Kindle Edition
$2.99

**Spellbreaker**
› Charlie N. Holmberg
⭐⭐⭐⭐⭐ 2,132
Kindle Edition
$4.99

---

**Your Browsing History**   View or edit your browsing history ›








---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |



☰ **amazon** | All ▾ | 🔍

Deliver to
Bolingbrook 60440

Hello,
Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Holiday Deals | Gift Cards | Browsing History ▾ | Customer Service | Amazon.com | Prime Video | Shop today's epic deals now

# MUJUN-US

**MUJUN-US storefront**

⭐☆☆☆☆ 0% positive lifetime (1 total ratings)

MUJUN-US is committed to providing each customer with the highest standard of customer service.

Have a question for MUJUN-US?

[Ask a question]

---

## Detailed Seller Information

**Business Name:** CHENGHUAQUJUNXUESHANGMAOBU
**Business Address:**
CHENGHUAQUWANGPINGJIE151#
CHENGDUSHI
SICHUANSHENG
610051
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

⭐☆☆☆☆ *"Poor customer experience"*
By John L on September 10, 2019.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | - | - | 0% |
| Neutral | - | - | - | 0% |
| Negative | - | - | - | 100% |
| Count | 0 | 0 | 0 | 1 |

Leave seller feedback | Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 8

      

| National Geographic Kids | Rock & Gem | Family Handyman | Highlights High Five | Southern Living |
|---|---|---|---|---|
| ⭐⭐⭐⭐½ 6,454 | ⭐⭐⭐⭐½ 80 | ⭐⭐⭐⭐½ 11,240 | ⭐⭐⭐⭐½ 1,363 | ⭐⭐⭐⭐½ 31 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $15.00 | $23.96 | $8.00 | $29.99 | $5.00 |

## Best sellers in Kindle eBooks

Page 1 of 7

      

| A Time for Mercy (Jake Brigance Book 3) | If You Tell: A True Story of Murder, Family Secrets,... | The Cipher (Nina Guerrera Book 1) | I Promise You: Stand-Alone College Sports... | Spellbreaker |
|---|---|---|---|---|
| › John Grisham | › Gregg Olsen | › Isabella Maldonado | › Ilsa Madden-Mills | › Charlie N. Holmberg |
| ⭐⭐⭐⭐½ 1,475 | ⭐⭐⭐⭐½ 17,067 | ⭐⭐⭐⭐½ 4,115 | ⭐⭐⭐⭐½ 587 | ⭐⭐⭐⭐½ 2,132 |
| Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition |
| $14.99 | $4.99 | $4.99 | $2.99 | $4.99 |

## Your Browsing History | View or edit your browsing history ›

     



33-48 of 539 results for **MUJUN-US** : **"KTM"**

Sort by: Featured ⌄

**Brand**

MUJUN-Motorcycle Parts

---



MUJUN Case Saver Sprocket Drive Cover Protector For KTM 250 350 EXCF 250 300 SX EXC XC-W TPI XC XCW 2017 2018 2019...

**Orange**
$85¹⁴

$5.00 shipping
Usually ships within 2 to 3 weeks.

Also available in Blue



---



MUJUN Front Sprocket Cover Case Saver Guard For KTM 65 SX 65SX 2009 2010 2012 2013 2014-2017 For Husqvarna TC 65...

**Blue**
$85¹⁴

$5.00 shipping
Usually ships within 2 to 3 weeks.

Also available in Orange



---



MUJUN Rear Compression Adjustment Tool For KTM EXC EXCF XCW XCF SXF XCFW XC SX 125 150 250 300 350 450 500 TPI Si...

**Blue**
$45¹⁰

$5.00 shipping
Usually ships within 2 to 3 weeks.

Also available in Orange



---



MUJUN Motorcycle Timing Chain Tensioner For KTM 250 350 400 450 500 520 SXF EXCF XCF SMR 2011-2018 2019 Chain...

**Blue**
$69⁹¹

$5.00 shipping
Usually ships within 2 to 3 weeks.

Also available in Orange



---



MUJUN Sprocket Chain Guide Guard For KTM EXC SX SXF XC XCF EXCF EXCW XCFW Six Days 125 150 200 250 300 350 400 450...

**Orange**
$75⁶⁸

$5.00 shipping
Usually ships within 2 to 3 weeks.

Also available in Blue



---



MUJUN Fuel Tank Cap For KTM 65 150 200 250 300 350 450 500 EXCF Six Days XCW EXC XC XCF XCFW SX TPI Freeride 250 R F Oi...

**Orange**
$51⁸⁶

$5.00 shipping
Usually ships within 2 to 3 weeks.

Also available in Blue



---

10/23/2020



MUJUN Motorcycle Engine Crash Bar Guard Slider Frame Protectorfor For KTM For Yamaha Ducati For BMW For...

**Black**
$38³⁴

$5.00 shipping
Usually ships within 2 to 3 weeks.

Also available in Red





MUJUN 7/8" 22mm Brake Master Cylinder Lever Motorcycle Hydraulic Clutch For KTM SX SXF EXC EXCF XC XCF XCW 125 15...

**Orange**
$132⁴⁴

$5.00 shipping
Usually ships within 2 to 3 weeks.

Also available in Blue





MUJUN For KTM Duke 790 2018 2019 Left Right Engine Stator Cover Engine Case Slider Guard Protector Duke790 Motorcycle...

**Black**
$118²⁵

$5.00 shipping
Usually ships within 2 to 3 weeks.

Also available in Orange





MUJUN Handlebar Pads PRO Taper Grips CNC Clamp Fat Bar 1-1/8" Pit Bike Motocross Motorcycle 28mm For KTM SX SXF EXC...

$95⁰⁸

$5.00 shipping
Usually ships within 2 to 3 weeks.



MUJUN 7/8" Motorcycle Handguard Protector For KTM EXC SXF For Honda CRF For Yamaha YZF WR For Kawasaki KXF KX Suzuki...

**Red**
$28³⁹

$5.00 shipping
Usually ships within 2 to 3 weeks.

   



MUJUN High Handlebar Pads PRO Taper Grips CNC Clamp Fat Bar 1-1/8" Pit Bike Motocross Motorcycle 28mm For KTM SX SXF EX...

$111⁹⁶

$5.00 shipping
Usually ships within 2 to 3 weeks.



MUJUN Universal Handlebar DirtBike ATV Motorcycle Brush Bar Handguard Motorcycle Hand Guards For KTM Handguard (Color ...

**Red**
$58⁴⁰

$5.00 shipping
Usually ships within 1 to 3 weeks.

10/23/2020

    



MUJUN 12v Motorcycle Voltage Regulator Rectifier For KTM Duke 690 / Super Duke 990/690 SMC LC4 / Adventure 990 LC8 /...

$57⁵⁵

$5.00 shipping
Usually ships within 2 to 3 weeks.



MUJUN 17mm High-Speed Compression Adjustment Tool For KTM 125 150 200 250 300 350 450 500 SX SXF EXC EXCF XC XC...

Orange
$48⁸⁷

$5.00 shipping
Usually ships within 2 to 3 weeks.

Also available in Blue





MUJUN Motorcycle 28mm CNC 1-1/8" Fat Bar Handlebar High handle grips Pads For KTM For Honda For Kawasaki SUZUKI For...

$93⁴⁹

$5.00 shipping
Usually ships within 1 to 3 weeks.

← Previous | 1 | 2 | 3 | 4 | ··· | 34 | Next →

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search  What's this? ⌄



Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 524
$43.77



Rhino USA Ratchet Straps Heavy Duty Tie Down Set, 5,208 Break Strength - (4) Heavy...
★★★★★ 2,197
$59.97



RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★☆ 3,409
$29.97



Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 123
$74.77



PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure...
★★★★☆ 44
$49.95

## Deals in magazine subscriptions







 

# Choose your shipping options

<div align="right">

**Continue**

</div>

---

## Shipment 1 of 1

**Shipping from MUJUN-US**   (Learn more)

Shipping to: ▮▮ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825
United States

- **MUJUN 7/8" Motorcycle Handguard Protector For KTM EXC SXF For
  Honda CRF For Yamaha YZF WR For Kawasaki KXF KX Suzuki RM 22mm
  Hand Guard (Color : Blue)**
  $28.39 - Quantity: 1
  Sold by: MUJUN-US

Change quantities or delete

### Choose a delivery option:

- 🔘 **Monday, Dec. 7 - Monday, Jan. 4**
  $5.00 - Shipping
- ⚪ **Thursday, Nov. 19 - Monday, Nov. 30**
  $50.00 - Shipping

---

<div align="right">

**Continue**

</div>

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

(i) Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change
■■
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ■■■■
Add delivery instructions

**Payment method** Change
■■ ending in ■■

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ] [ Apply ]

**FREE DELIVERY** ■■ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery:** Dec. 7, 2020 - Jan. 4, 2021

MUJUN 7/8" Motorcycle Handguard Protector For KTM EXC SXF For Honda CRF For Yamaha YZF WR For Kawasaki KXF KX Suzuki RM 22mm Hand Guard (Color : Blue)
**$28.39**
Quantity: 1 Change
Sold by: MUJUN-US
🎁 Gift options not available.

**Choose a delivery option:**
◉ Monday, Dec. 7 - Monday, Jan. 4
　$5.00 - Shipping
○ Thursday, Nov. 19 - Monday, Nov. 30
　$50.00 - Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:    $28.39
Shipping & handling:    $5.00

Total before tax:    $33.39
Estimated tax to be collected:*    $1.77

**Order total:**    **$35.16**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06677-Document 14 Filed 11/10/20 Page 246 of 465 PageID #1951

☰  **amazon**

All ▾ | KTM | 🔍

Hello, | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart
Account ▾

📍 Deliver to Bolingbrook 60440 | Holiday Deals | Gift Cards | Browsing History ▾ | Customer Service | 's Amazon.com | Prime Video | Shop deals before they're gone

*audible* Now included: new podcasts, originals, and more   [ Start your free trial ]

‹ Back to results

## MUJUN 7/8" 22mm Brake Master Cylinder Lever Motorcycle Hydraulic Clutch For KTM SX SXF EXC EXCF XC XCF XCW 125 150 250 350 450 525 530 (Color : Orange)

Brand: MUJUN-Motorcycle Parts

Price: **$132.44** + $5.00 shipping

Get $50 off instantly: Pay $82.44 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ▾

Color: **Orange**

| 🔵 $132.44 | 🟠 **$132.44** |

**Handle Type**  Lever
**Brand**  MUJUN-Motorcycle Parts
**Item Weight**  1 Grams

### About this item
- -- Condition: 100% Brand New
- -- Material: Aluminium & Stainless Steel
- -- Color Optional: Orange, Blue
- -- Handlebar Size: 22mm (7/8")
- -- Quantity: Brake + Clutch Levers (1 pair)

› See more product details

🚩 Report incorrect product information.

Roll over image to zoom in

**$132.44**
+ $5.00 shipping

Arrives: **Dec 7 - Jan 4**
Fastest delivery: **Nov 19 - 30**

**Usually ships within 2 to 3 weeks.**

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ...  MUJUN-US
Sold by ...  MUJUN-US

📍 Deliver to Bolingbrook 60440

[ Add to List ]

Share ✉ 📘 🐦 📌

Have one to sell?
[ Sell on Amazon ]

## You might also like

Sponsored ⓘ                                                                      Page 1 of 15



‹                                                                                        ›

**KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404**
★★★★★ 3
$101.99

**KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404**
★★★★☆ 3
$47.99

**KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404**
★★★★★ 1
$101.99

**KTM Clutch Lever (Orange) Brembo OEM: 7800293120004**
★★★★☆ 5
$29.99

**KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100**
★★★★☆ 17
$29.99

**KTM XV (Orange 2020 O 796109**
★★★☆
$124.

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $82.44 instead of $132.44!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card.** Apply now

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

‹ Back to results

# MUJUN Fuel Tank Cap For KTM 65 150 200 250 300 350 450 500 EXCF Six Days XCW EXC XC XCF XCFW SX TPI Freeride 250 R F Oil Cover (Color : Orange)

**Brand: MUJUN-Motorcycle Parts**

Price: **$51.86** + $5.00 shipping

Get $50 off instantly: Pay $1.86 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021

Color: **Orange**

 $51.86     **$51.86**

- Material: T6061 Aluminum
- Surface Finished: Anodized
- Color:Orange, blue

› See more product details

💬 Report incorrect product information.

**$51.86**
+ $5.00 shipping

Arrives: Dec 7 - Jan 4

Fastest delivery: **Nov 19 - 30**

**Usually ships within 2 to 3 weeks.**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...   MUJUN-US
Sold by ...   MUJUN-US

📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

Roll over image to zoom in

## You might also like

Sponsored ⓘ

Page 1 of 14







**KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100**
⭐⭐⭐⭐½ 17
$29.99

**NEW OEM KTM RADIATOR DIGITAL FAN KIT 250 300 350 400 450 530 2017…**
⭐⭐⭐⭐⭐ 7
$184.99

**KTM 250 SX/XC/XC-W TPI/XC TPI Piston Kit 2019 2020 OEM: 00050000262**
$312.19

**KTM PowerParts Composite Skid Plate KTM 250 350 SX-F/XC-F Cmpl. 2019-2020**
$207.99

**KTM/FMF Stainless Megabomb Header 250 SX-F/XC-F 2019-2020 OEM: 79105907501**
$299.99

**KTM 35 F/EXC-F Kit II 20 000500**
$589.

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $1.86 instead of $51.86!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

Color:**Orange**

**Technical Details**        **Additional Information**

# amazon

ktm brake lever

Deliver to Bolingbrook 60440 | Holiday Deals | Gift Cards | Customer Service | 's Amazon.com | Prime Video | Best Sellers | Shop today's epic deals now

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ⌄ | Accessories ⌄ | Tools & Equipment ⌄ | Car Care ⌄ | Motorcycle & Powersports ⌄ | Truck ⌄ | RV ⌄ | Tires & Wheels ⌄

Account ⌄ | Lists ⌄ | Returns & Orders | Try Prime ⌄ | 0 Cart

**PillPack** by amazon pharmacy — Your medication, delivered — Learn more ›

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake

## Alician Universal 7/8" 22mm Motorcycle Handlebar Brake Clutch Levers Protector Guard for Kawasaki KTM MV Blue Auto Items

Brand: Alician

Price: **$21.37** + $8.50 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

Color: **Blue**

| | | |
|---|---|---|
| $21.87 | $21.37 | $21.37 |
| $21.87 | $21.87 | $21.37 |
| $21.37 | | |

- -- Firm Aluminum Alloy, PMMA material, wear-resistant and strong structure.
- -- Perfect Motorcycle Aftermarket replacement Parts.
- -- Fit most of handlebar with 13mm and 18mm inner hole.
- -- Applicable models: Motorcycle & Electric Vehicle General Use.

› See more product details

💬 Report incorrect product information.

Click image to open expanded view

**$21.37**
+ $8.50 shipping
Arrives: Nov 10 - Dec 3

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...    MustY
Sold by ...    MustY

📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

---

## Brands related to this category on Amazon

Sponsored



Welcome to Mallofusa

Shop Mallofusa ›



**KEMIMOTO**

Kemimoto's Surprise Selection for You

Shop kemimoto ›

---

## Sponsored products related to this item

Page 1 of 37



‹ | ›

Xitomer Brake Clutch Levers, for KTM Duke 790 2018 2019 2020, Adjustable Long/Stand...
★★★★☆ 11
$39.99 ✓prime

Pivot Dirtbike Brake Clutch Levers for KTM 250 SX-F/EXC -F/Sixdays 2007-2013, EXC-E...
★★★★☆ 13
$31.90 ✓prime

Short Brake Clutch Levers for KTM 1190 Adventure/R 2013-2016 (Black)
$29.99

Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016-2020,...
★★★★☆ 12
$31.96 ✓prime

CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC...
★★★☆☆ 18
$20.99 ✓prime

KTM Factory Flex Brake Lever (Orange) OEM#: 7871390204404
★★★★★ 1
$101.99

Ad feedback

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $21.37**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**Blue**

### Technical Details

| Manufacturer | Alician |
|---|---|
| Brand | Alician |
| Manufacturer Part Number | SZXAS-ZQ1-0615PAU_02T7A93X |

### Additional Information

| ASIN | B08B66VC1L |
|---|---|
| Date First Available | June 17, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 3

### Videos for related products



0:29

Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever

GOOFIT



0:29

WOOSTAR- How to install a Clutch Brake Bump Lever Assembly for…

WOOSTAR DIRECT US



0:30

Universal 7/8" CNC Motorcycle Hydraulic Front Brake Master…

Feiteplus



0:2

7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir…

Feiteplus

Upload your video

## Product description

Color:**Blue**

Description:

Name: Brake Clutch Lever

Material: aluminum alloy

Name: aluminum alloy brake hand

Weight: about 285g

Color: red, gold, orange, black, blue, gray, silver

Package include:

1 pair Brake Clutch Lever

Feature:

--Fine craft

--Easy to install

The colors deviation might differ due to different monitor settings, please kindly understand.

Please tell us first when you have any problem, we will give you the best service and solve the problem ASAP. Thank you so much.

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

## Best sellers in Kindle eBooks

Page 1 of 8

      

**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐ 569
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family…**
› Gregg Olsen
⭐ 16,737
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
⭐ 3,217
Kindle Edition
$4.99

**Mexican Gothic**
› Silvia Moreno-Garcia
⭐ 3,186
Kindle Edition
$12.99

**The Bridges at Toko-Ri: A Novel**
› James A. Michener
⭐ 146
Kindle Edition
$1.99

## Deals in magazine subscriptions

Page 1 of 9

      

**National Geographic Kids**
⭐ 6,336
Print Magazine
$15.00

**HGTV Magazine**
⭐ 16
Print Magazine
$10.00

**Reader's Digest**
⭐ 57
Print Magazine
$5.00

**Martha Stewart Living**
⭐ 35
Print Magazine
$3.00

**Vintage Collector**
⭐ 5
Print Magazine
$31.96

**Your Browsing History**   View or edit your browsing history ›

   

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



English      United States

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996-2020, Amazon.com, Inc. or its affiliates




☰ **amazon**  | All ▾ |  🔍 | 🇺🇸 ▾ | Acco... **Lists** ▾ | Returns **Try Prime** ▾ | 🛒 0 Cart
Account ▾ | & Orders

📍 Deliver to Bolingbrook 60440 | Holiday Deals | Gift Cards | Customer Service | ▮▮▮▮'s Amazon.com | Prime Video | Best Sellers | Get ready for Halloween

## MustY

**MustY storefront**

⭐⭐☆☆☆ | **25% positive** lifetime (8 total ratings)

MustY is committed to providing each customer with the highest standard of customer service.

| Have a question for MustY? |
|---|
| **Ask a question** |

---

### Detailed Seller Information

**Business Name:** Yantai Yangzhang Electronic Commerce Co Ltd
**Business Address:**
 Nuanshanguoji5haolou1201 Laiyuanlu6hao
 Laishanqu
 Yantai
 Shandong
 264000
 CN

---

**Feedback** | Returns & Refunds | Shipping | Policies | Help | Products

⭐☆☆☆☆  "*never got the item now there blaming covid 19 when the item was ordered back on feb 11 2020 don't do business with this supplier you will never get your item* "
By Ray s. on March 31, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | - | 25% | 25% |
| Neutral | - | - | 0% | 0% |
| Negative | - | - | 75% | 75% |
| Count | 0 | 0 | 8 | 8 |

⭐⭐⭐⭐⭐  "*Thrilled with the seller and product.* "
By JOHN GLASS on March 30, 2020.

⭐⭐☆☆☆  "*It has been a month and no package.* "
By Janet Smith on March 28, 2020.

⭐☆☆☆☆  "*I waited patiently for my delivery, understood that that country was having a coronavirus problem, however I have never received any word from the seller. While hoping the seller is ok, I do not want the item any longer and would like my money refunded.* "
Read less
By PCB, FL on March 25, 2020.

⭐⭐⭐⭐☆  "*Tooo way too long to arrive* "
By JesseHouston on March 15, 2020.

Previous  Next

Leave seller feedback  |  Tell us what you think about this page

---

### Best sellers in Kindle eBooks

Page 1 of 8

    

‹

**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐⭐⭐⭐½ 569
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family Secrets,...**
› Gregg Olsen
⭐⭐⭐⭐½ 16,737
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
⭐⭐⭐⭐½ 3,217
Kindle Edition
$4.99

**Mexican Gothic**
› Silvia Moreno-Garcia
⭐⭐⭐⭐½ 3,186
Kindle Edition
$12.99

**The Bridges at Toko-Ri: A Novel**
› James A. Michener
⭐⭐⭐⭐½ 146
Kindle Edition
$1.99

 ›

### Deals in magazine subscriptions

Page 1 of 9



1-16 of 39 results for MustY : "KTM"

Sort by: Featured

**Brand**
Alician

---

Alician 3D Motorcycle Reflective Sticker Fuel Tank Protector Pad Cover Sticker for Honda KTM Yamaha 06 Luminous Auto...
**6**
$8.08
$8.50 shipping
Usually ships within 6 to 10 days.
Price may vary by color

 

---

Alician Motorcycle Front Shock-Proof Protective Tongs 40-63mm Colorful Stainless Steel Grip for Honda Yamaha Kawasaki KTM...
**yellow**
$14.54
$8.50 shipping

   

---

Alician Universal 7/8" 22mm Motorcycle Handlebar Brake Clutch Levers Protector Guard for Kawasaki KTM MV Blue Auto Items
**Blue**
$21.37
$8.50 shipping
Price may vary by color

   

---

Alician Motorcycle CNC Passenger Grab Handle Bar Rear Rail for KTM SX/XC/SX-F/XC-W/EXC/EXC-F/XCF-W Orange Auto...
**Orange**
$30.99
$8.50 shipping
Usually ships within 6 to 10 days.
Also available in Black



---

Alician for KTM DUKE390 2017-2020 Motorcycle Modification Parts Ballast Shield Ballast Protective Cover Black Auto...
**black**
$27.32
$8.50 shipping
Also available in Silver



---

Alician Motorcycle Front Skid Plate Aluminum Engine Guard Cover Protector for KTM 1290 Superduke 2013-2018 Auto...
$53.84
$8.50 shipping
Usually ships within 6 to 10 days.

10/20/2020



Alician Motorcycle Handle Bar Clamp Raised Extend Handlebar Mount Riser for KTM DUKE390 17-19 Black Auto Accessories

**black**

$33^{13}

$8.50 shipping
Usually ships within 6 to 10 days.

 

---



Alician Rear Brake Master Cylinder Guard Protector Cover for KTM 1090 1190 1290 ADV R/S Black Auto Accessories

**black**

$19^{69}

$8.50 shipping
Usually ships within 6 to 10 days.

Also available in Orange



---



Alician Engine Case Slider Guard Protector Cover Kit for KTM 1050 1290 ADV Black Auto Accessories

**black**

$27^{74}

$8.50 shipping
Usually ships within 6 to 10 days.

Also available in Orange



---



Alician Motorcycle Accessories CNC Clutch Slave Cylinder Guard Protection for KTM 1090 1190 1290 Adv Orange Auto...

**Orange**

$22^{37}

$8.50 shipping
Usually ships within 6 to 10 days.

 

---



Alician Off-Road Motorcycle Dirt Bike Rear Brake Disc Guard for KTM 125-530 SX SXF EXC EXCF XC Auto Accessories

$58^{30}

$8.50 shipping

---



Alician CNC Kickstand Side Stand Enlarger Plate for KTM 1050 1090 1190 1290 Adventure Upper oranger Below Black Auto...

**upper oranger below black**

$22^{87}

$8.50 shipping

  

---



Alician Motorcycle CNC Rear Axle Blocks Chain Adjuster for KTM DUKE125 200 390 Auto Accessories

$18^{78}

$8.50 shipping
Usually ships within 6 to 10 days.





**Alician Motorcycle Radiator Guard Grille Protection Water Tank Guard for KTM 1050 1190 1290 Adventure 2013-2017 Orange...**

Orange
$49⁰⁶

$8.50 shipping
Usually ships within 6 to 10 days.

Also available in black





**Alician Strong Side Stand for KTM DUKE125/200/390 RC125/200/390 690 Silver (Black Cover) Auto Accessories**

Silver (black cover)
$15⁹¹

$8.50 shipping

 



**Alician Motorcycle Modification Light Frame Short Style Plate Frame for KTM RC390 DUKE390 17-19-19 Auto Accessories**

$38⁷⁰

$8.50 shipping

← Previous   | 1 | 2 | 3 |   Next →

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search  What's this? ⌄

Page 1 of 4

<       >

Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 514
$43.77

Rhino USA Ratchet Straps Heavy Duty Tie Down Set, 5,208 Break Strength - (4) Heavy...
★★★★★ 2,161
$59.97

RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★☆ 3,346
$29.97

Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 123
$74.77

Waterproof Backpack Reflective 35L Motorcycle Dry Tail Duffle Gear Bag Roll...
★★★★☆ 31
$79.99

## Best sellers in Kindle eBooks

Page 1 of 8

<       >

Mexican Gothic



 

SIGN IN   **SHIPPING & PAYMENT**   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

| | Continue |

---

## Shipment 1 of 1

**Shipping from MustY**   (Learn more)

Shipping to: ▮▮ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825
United States

- **Alician Universal 7/8" 22mm Motorcycle Handlebar Brake Clutch Levers
  Protector Guard for Kawasaki KTM MV Blue Auto Items**
  $21.37 - Quantity: 1
  Sold by: MustY

Change quantities or delete

### Choose a delivery option:

◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
  $8.50 - Shipping

---

| | Continue |

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

(i)  Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change

375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ▮▮▮▮▮▮▮
Add delivery instructions

**Payment method** Change
[mastercard] ending in ▮▮▮▮

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[Enter Code]  [Apply]

**FREE** DELIVERY  ▮▮▮▮ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery:  Nov. 10, 2020 - Dec. 3, 2020**

Alician Universal 7/8" 22mm Motorcycle Handlebar Brake Clutch Levers Protector Guard for Kawasaki KTM MV Blue Auto Items
$21.37
Quantity: 1 Change
Sold by: MustY
🎁 Gift options not available.

**Choose a delivery option:**
⦿ **Tuesday, Nov. 10 - Thursday, Dec. 3**
   $8.50 - Shipping

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
| | |
|---|---|
| Items: | $21.37 |
| Shipping & handling: | $8.50 |
| Total before tax: | $29.87 |
| Estimated tax to be collected:* | $1.34 |

**Order total:**    **$31.21**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

‹ Back to results








Roll over image to zoom in

# Alician Off-Road Motorcycle Dirt Bike Rear Brake Disc Guard for KTM 125-530 SX SXF EXC EXCF XC Auto Accessories

**Brand: Alician**

Price: **$58.30** + $8.50 shipping

Get $50 off instantly: Pay $8.30 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- -- Integrated with brake caliper support and brake disc guard.
- -- Protects the rear brake disc from rocks and other solid objects.
- -- CNC-machined from aircraft quality billet aluminum.
- -- Orange Anodized surface finishing.
- -- Ultimate wear resdistance and strength.

› See more product details

🗪 Report incorrect product information.

---

**$58.30**
+ $8.50 shipping

Arrives: **Nov 10 - Dec 3**

**In stock.**
Usually ships within 2 to 3 days.

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...    MustY
Sold by ...    MustY

Deliver to Bolingbrook 60440

Add to List

Share ✉ f 𝕏 📌

Have one to sell?

Sell on Amazon

---

## Sponsored products related to this item

Page 1 of 22

‹



NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
★★★★☆ 1
$83.99



KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
$124.99



2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross
★★★★★ 1
$43.95



KTM Rear Brake Disc Guard (Black) 2004-2 OEM: 548109612003
$83.99

›

Ad feedback 🗪

## Customers also viewed these products

Page 1 of 8

‹

Motorcycle Swingarm Guard Swing Arm Protector For TC125 TC250 FC250 FC350...
★★★★☆ 43
$21.99
Only 18 left in stock - orde...

AnXin CNC Rear Brake Pedal Step Plate Tip For Husqvarna TC125 16-20 FC250/350/450 16-20...
★★★★☆ 36
$9.99

AnXin CNC Rear Brake Disc Guard Rear Brake Caliper Guard Kit - Fit For 125-530 KTM SX...
★★★☆☆ 3
$53.99
Only 2 left in stock - order...

AnXin CNC Rear Brake Caliper Guard Cover - Fit For Husaberg All Models 125-530 KTM SX EXC...
★★★☆☆ 4
$21.99

NICECNC Orange Front & Rear Brake Rotor Disc Guard for 125-450 SX/XC/SX-F/XC-F...
★★★★☆ 9
$89.99
Only 5 left in stock - order...

›

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $8.30 instead of $58.30!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

# Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

---

---

**amazon**

Deliver to Bolingbrook 60440

All | KTM

Hello,
Account

Lists

Returns & Orders

Try Prime

0 Cart

Holiday Deals    Gift Cards    Customer Service    Amazon.com    Prime Video    Best Sellers    Browsing History    Shop tech gifts

PillPack by amazon pharmacy    Your medication, delivered    Learn more ›

☰  amazon

All ▾ | KTM | 🔍

🇺🇸 ▾  Hello, [name]
Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to
Bolingbrook 60440

Holiday Deals | Gift Cards | Customer Service | [name]'s Amazon.com | Prime Video | Best Sellers | Shop deals before they're gone

PillPack
by amazonpharmacy
Your medication, delivered    Learn more ›

‹ Back to results



Click image to open expanded view

## Alician Rear Brake Master Cylinder Guard Protector Cover for KTM 1090 1190 1290 ADV R/S Black Auto Accessories

Brand: Alician

Price: **$19.69** + $8.50 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ▾

Color: **black**

| 🔲 $19.69 | 🔲 $19.69 |

- -- Built to strict quality control standards, high strength and long life service.
- -- Made by professional manufacturer, quality assurance.
- -- High strength, professional for KTM 1090 1190 1290 ADV R/S.

› See more product details

💬 Report incorrect product information.

**$19.69**
+ $8.50 shipping

Arrives: **Nov 17 - Dec 15**

Usually ships within 6 to 10 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... MustY
Sold by ... MustY

📍 Deliver to Bolingbrook 60440

Add to List

Share 📧 f 🐦 📌

Have one to sell?

Sell on Amazon

### Sponsored products related to this item

Page 1 of 22

‹



KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030
$83.99

KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804
★★★★★ 1
$83.99



NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
★★★★☆ 1
$83.99

2013, 2015 fits KTM 85SX 85 SX Rear Severe Duty Brake Pads
$21.95



›

Ad feedback

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $19.69!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**black**

### Technical Details

| Manufacturer | Alician |
|---|---|

### Additional Information

| ASIN | B089SD6GXQ |
|---|---|
| Date First Available | June 5, 2020 |



# CNC Universal Motorcycle Gear Shifter, Shift Lever Tip Rear Brake Pedal Step, for KTM 690 Duke/SMC/SUPERMOTOR SX EXC XCF

Brand: LTGJJ

---

Price: **$40.63**

Get $50 off instantly: Pay $0.00 $40.63 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Easy To Install,CNC Anodized Surface Finish
- Made from Selected Quality Aluminum, Beautiful And Wear-resistant
- Suitable For Various Kinds Of Motorcycle
- Material: Aluminum
- Easy To Install

Roll over image to zoom in

**$40.63**

FREE delivery: Nov 12 - Dec 4

**In Stock.**

Qty: 1

[Add to Cart]

[Buy Now]

Secure transaction

Ships from ...          MYZAW
Sold by ...             MYZAW

Deliver to Bensenville 60106

[Add to List]

Share

Have one to sell?
[Sell on Amazon]

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $40.63!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product description

Product Details:

Condition:100% Brand New

Material:CNC Aluminum

Color:Orange, Blue, Black

Easy To Install

CNC Anodized Surface Finish

Made from High Quality Aluminum, Beautiful And Durable

Package Included:(As Picture Shown)

1pcs* Shift Pedal Tip

1pcs* Brake Pedal Plate

Fitment:

all 125-530cc 2004-2010 That use 2 bolts to attach step plate

690 SMC 2008-2009

690 SUPERMOTOR 2008

690 ENDURO 2008-2009

690 DUKE 2008-2009

950 SUPERENDUROR 2007-2009

950 ADVENTURE 2003-2006

950 ADVENTURES 2003-2006

990 ADVENTURE 2007-2008

990 ADVENTURES 2007-2008

## Product details

**Item Weight :** 1.76 Pounds

**Date First Available :** August 30, 2019

**Manufacturer :** LTGJJ

**ASIN :** B07X5KR5TN

## Videos

### Videos for related products



09-14 S1000RR frame cover

MADMOTO



15 -18 S1000RR frame cover

MADMOTO



S1000RR 2015 2016 2017 2018 Real Carbon Fiber Frame Cover

MADMOTO



S1000RR Frame Cover Fairing ABS Plastic Material Frame Cover

MADMOTO

Upload your video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review

## Deals in magazine subscriptions

Page 1 of 9





**Reader's Digest**
⭐⭐⭐⭐½ 58
Print Magazine
$5.00

**Woman's Day**
⭐⭐⭐⭐ 13
Print Magazine
$5.50



**Taste of Home**
⭐⭐⭐⭐½ 51
Print Magazine
$5.00



**Reader's Digest Large Print**
⭐⭐⭐⭐½ 703
Print Magazine
$15.00



**Us Weekly**
⭐⭐⭐⭐ 1,049
Print Magazine
$29.99




## Best sellers in Kindle eBooks

Page 1 of 8







1-16 of 20 results for **MYZAW** : **"KTM"**

Sort by: Featured

**Brand**
LTGJJ

Price and other details may vary based on size and color



LTGJJ Throttle Cable Clamp Protector Guard Cover Brake Hose Clamp Wire Clamp Mileage Wire Guide Fixing FrameFor K-T-M 250 350 390 450 500...
$24⁹¹
FREE Shipping



LTGJJ Engine Protection Board · Motorcycle Accessories Engine Chassis Guard Skid Plate Panel Belly Pan Protector Suitable for KTM 1290 2013-...
$81⁴⁴
FREE Shipping



LTGJJ Headlight Protective Cover · Motorcycle Accessories Anti-Collision Anti-Fall Headlight Accessories for KTM 1190r 1190 1290adv
$82⁵⁷
FREE Shipping



LTGJJ Front Shock Absorber Adjust Knob Adjustment Bolt for KTM Sx Sxf Exc Xcw 125 150 250 350 450 530 690 Duke Enduro Smc Supermoto
$19⁶⁶
FREE Shipping



LTGJJ 7/8" Motorcycle Handle Bar Mirror Mount Holder Rearview Handlebar Mirror Clamp for KTM Suzuki Honda Kawasaki BMW Yamaha
$16⁰⁹
FREE Shipping



LTGJJ Rear Brake Disc Guard for KTM SX SXF EXC EXCF XC XCF XCW XCFW 125 150 200 250 300 350 400 450 500 505 530 2004-2017 2018 2019
Automotive
$36⁶⁹
FREE Shipping



CNC Universal Motorcycle Gear Shifter, Shift Lever Tip Rear Brake Pedal Step, for KTM 690 Duke/SMC/SUPERMOTOR SX EXC XCF
$40⁶³
FREE Shipping

10/21/2020





LTGJJ Motorcycle CNC Passenger Grab, Handle Bar Rear Rail,for KTM SX/XC/SX-F/XC-W/EXC/EXC-F/XCF-W

$54⁷⁸

FREE Shipping



LTGJJ Motorcycle Parts CNC Aluminum Rear Brake Disc Guard Protector · for KTM 125 250 350 450 525 530 SX SX-F EXC MXC XCW Orange Blue

$51¹⁰

FREE Shipping



LTGJJ 3D Motorcycle Sticker Fuel Oil Tank Pad Decal Protector Cover, for KTM DUKE390 13-14/DUKE200 12-14 Accessories

$30⁴⁸

FREE Shipping



LTGJJ Motorcycle Accessories Radiator Guard Protector Grille Grill Cover, for KTM Duke250/390 17-19

$98⁰⁶

FREE Shipping



Motorcycle Modification Light Frame, Short Style Plate Frame Stainless Steel License Plate Frame, for KTM RC390 DUKE390 17-19-19

$106¹³

FREE Shipping



LTGJJ Motorcycle Stainless Steel Radiator,Grille Guard Cover Protector Tank,for KTM 1290 Super Duke R 13-17

$116⁹⁵

FREE Shipping



LTGJJ Motorcycle CNC Aluminum Alloy Handle Bars 7/8" 22mm 72cm Handlebars Tubes, for Yamaha Kawasaki KTM Honda Suzuki Ducati

$51⁴⁸

FREE Shipping



LTGJJ Motorcycle Crash Bars Frame Protector Protection Guard, for KTM Duke 200 Duke 125 2013 2014 2015 2016



$205^{37}$
FREE Shipping



LTGJJ Motorcycle Handlebar Pressure Reducer Code,Modified Clamp Block 28.6mm, for Suzuki Yamaha Kawasaki KTM Ducati Honda BMW
$35^{84}$
FREE Shipping

← Previous   **1**   2   Next →

## Need help?

Visit the help section or contact us

---

### Sponsored products related to this search   What's this? ▾

Page 1 of 4

      

| Tank Straps Motorcycle Tie Down Straps (2pk) - 10,000 lb Webbing Break Strength 2" x... | MIBAO Half Round Doormat, 24 x 36 Non Slip Durable Welcome Door Mats, Boots... | RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)... | Tank Straps Motorcycle Tie Down Straps (4pk) - 10,000 lb Webbing Break Strength 2" x... | PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure... |
|---|---|---|---|---|
| ★★★★½ 517 | ★★★★½ 422 | ★★★★½ 3,374 | ★★★★★ 123 | ★★★★½ 43 |
| $43.77 | $34.99 | $29.97 | $74.77 | $49.95 |

### Deals in magazine subscriptions

Page 1 of 9

       

| Reader's Digest | Street Trucks | Veranda | Bon Appetit | Martha Stewart Living |
|---|---|---|---|---|
| ★★★★½ 58 | ★★★★½ 44 | ★★★★ 4 | ★★★★½ 12 | ★★★★½ 35 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $5.00 | $18.95 | $5.00 | $5.00 | $3.00 |

---

### Your Browsing History   View or edit your browsing history →

Page 1 of 2

See personalized recommendations

**Sign in**

New customer? Start here.

     

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime



## MYZAW

MYZAW storefront
Just launched | No feedback yet

MYZAW is committed to providing each customer with the highest standard of customer service.

Have a question for MYZAW?


Ask a question

---

### Detailed Seller Information

**Business Name:** TaiYuanShiXiaoDianQuOuMuXinShangHang

**Business Address:**
xiaodianquxiwenzhuangxiang
xiwenzhuangcundundong3pai6hao
taiyuan
shanxi
030000
CN

| Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact MYZAW to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

#### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback | Tell us what you think about this page

---

### Deals in magazine subscriptions

Page 1 of 9









| Popular Mechanics | HGTV Magazine | Martha Stewart Living | Reader's Digest | Ranger Rick Cub |
|---|---|---|---|---|
| ★★★★☆ 29 | ★★★★☆ 17 | ★★★★☆ 35 | ★★★★☆ 58 | ★★★★★ 9 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $7.50 | $10.00 | $3.00 | $5.00 | $15.00 |

### Top subscription apps for you

Page 1 of 9









| Disney+ | CBS Full Episodes and Live TV | STARZ | Sling TV | SHOWTIME |
|---|---|---|---|---|
| Disney | CBS Interactive | Starz Entertainment | Sling TV LLC | Showtime Digital Inc. |
| ★★★★☆ 384,533 | ★★★★☆ 97,404 | ★★★★☆ 79,149 | ★★★★☆ 47,050 | ★★★★☆ 22,755 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

---

### Your Browsing History

View or edit your browsing history ›

Page 1 of 2

See personalized recommendations









Sign in

New customer? Start here.

---

Back to top

 



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from MYZAW**  (Learn more)

Shipping to: ▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **CNC Universal Motorcycle Gear Shifter, Shift Lever Tip Rear Brake Pedal Step, for KTM 690 Duke/SMC/SUPERMOTOR SX EXC XCF**
  $40.63 - Quantity: 1
  Sold by: MYZAW

Change quantities or delete

**Choose a delivery option:**

○ **Thursday, Nov. 12 - Friday, Dec. 4**
  FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Shipping address** Change
██████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ██████████
Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

| Enter Code | Apply |

**Order Summary**
Items: $40.63
Shipping & handling: $0.00
Total before tax: $40.63
Estimated tax to be collected:* $2.54

**Order total:** **$43.17**

How are shipping costs calculated?

prime ██████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 12, 2020 - Dec. 4, 2020**



CNC Universal Motorcycle Gear Shifter, Shift Lever Tip Rear Brake Pedal Step, for KTM 690 Duke/SMC/SUPERMOTOR SX EXC XCF
$40.63
**Quantity:** 1 Change
Sold by: MYZAW
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Thursday, Nov. 12 - Friday, Dec. 4**
   FREE Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-00677 Document 1-4 Filed 11/10/20 Page 268 of 465 PageID #: 1973



‹ Back to results





## LTGJJ Rear Brake Disc Guard for KTM SX SXF EXC EXCF XC XCF XCW XCFW 125 150 200 250 300 350 400 450 500 505 530 2004-2017 2018 2019

Brand: LTGJJ

**$36.69**

FREE delivery: Nov 12 - Dec 4

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... MYZAW
Sold by ... MYZAW

📍 Deliver to Bensenville 60106

Add to List

Price: **$36.69**

Get $50 off instantly: Pay $0.00 $36.69 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

- Giving the best protection to your motorcycle brake disc from stones and other solid objects in the event of a crash or in the heat of battle
- This Billet Rear Brake Disc Guard Protector is CNC-machined from high strength Aircraft Grade Aluminium with beautiful anodized surface finishing
- Material: 6061-T6 Aluminum
- Qty: 1x Rear Brake Disc Guard
- Strict product quality and perfect customer service experience for your protection, you can reset assured to buy, there are any questions in the transaction and we mail, we will reply to you within 12 hours

› See more product details

Roll over image to zoom in

Share 📧 f 🐦 📌

Have one to sell?

Sell on Amazon

---

### Customers who viewed this item also viewed

Page 1 of 2

‹

   

›

AnXin CNC Rear Brake Pedal Step Plate Tip for KTM SX SX-F EXC-F XC-F XC-W EXC XC 85 125...
★★★★☆ 36
$9.99

AnXin CNC Rear Brake Disc Guard Rear Brake Caliper Guard Kit - Fit For 125-530 KTM SX...
★★★☆☆ 3
$53.99
Only 2 left in stock - order...

NICECNC Orange Front & Rear Brake Rotor Disc Guard for 125-450 SX/XC/SX-F/XC-F...
★★★★☆ 10
$89.99
Only 5 left in stock - order...

Motorcycles Rear Brake Disc Guard Protector Compatible with For KTM 250 350 450...
★★★★★ 1
$35.68
Only 1 left in stock - order...

---

### Customers also viewed these products

Page 1 of 7

‹

      

›

AnXin CNC Rear Brake Disc Guard Rear Brake Caliper Guard Kit - Fit For 125-530 KTM SX...
★★★☆☆ 3
$53.99
Only 2 left in stock - order...

AnXin CNC Rear Brake Pedal Step Plate Tip For Husqvarna TC125 16-20 FC250/350/450 16-20...
★★★★☆ 36
$9.99

Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever for KTM EXC EXCF SX SXF XC XCF...
★★★☆☆ 35
$8.99

NICECNC Orange Front & Rear Brake Rotor Disc Guard for 125-450 SX/XC/SX-F/XC-F...
★★★★☆ 10
$89.99
Only 5 left in stock - order...

Rear Brake Disc Guard For KTM SX SXF EXC EXCF XC XCF XCW XCFW 125 150 200 250 300...
★★★☆☆ 3
$30.99
Only 1 left in stock - order...

Motorcycles Rear Brake Disc Guard Protector Compatible with For KTM 250 350 450...
★★★★★ 1
$35.68
Only 1 left in stock - order...

Motorcycle Swingarm Guard Swing Arm Protector For TC250 FC250 FC350...
★★★★☆ 43
$21.99
Only 18 left in stock - o...

---

### Sponsored products related to this item

Page 1 of 23

‹

      

›

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime

NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX SC SXF 5481096120004
★★★★★ 1
$83.99

2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motocross
$43.95

KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030
$83.99

NICHE Brake Pad Set for KTM 125 SX 250 XCF-W EXC XC 300 503130...
★★★★☆ 11
$31.95

JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXF XCF XCFW...
★★★★☆ 66
$23.99

AnXin Foot Pegs Footpegs Footrests Pedals Rests Cnc M3 For SX SXS XC EXC...
★★★★☆ 17
$27.99 ✓prime

Ad feedback ☐

---

### Special offers and product promotions

- **Amazon Business**: For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $0.00 instead of $36.69! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. **Apply now**

10/21/2020
Case 1:20-cv-06677 Document #14 Filed: 11/10/20 Page 269 of 465 PageID #:187
Amazon.com: LTGJJ Headlight Protective Cover · Motorcycle Accessories Anti-Collision Anti-Fall Headlight Accessories for KTM 1190r 1190 1290adv







## LTGJJ Headlight Protective Cover · Motorcycle Accessories Anti-Collision Anti-Fall Headlight Accessories for KTM 1190r 1190 1290adv

Brand: LTGJJ

Price: **$82.57**

Get $50 off instantly: Pay $32.57 $82.57 upon approval for the Amazon Rewards Visa Card. No annual fee.

- **Easy to install, installation instructions not included
- **Easy to install and perfect fit
- **Its stylish design is perfect to decorate your motorbike
- **Strong structure and Professional designed for KTM 1190R 1190 1290ADV
- **If you have any questions, please contact us, we will reply you within 12 hours, I will be happy to serve you!

Roll over image to zoom in

**$82.57**

FREE delivery: **Nov 12 - Dec 4**

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... MYZAW
Sold by ... MYZAW

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?

Sell on Amazon

### Sponsored products related to this item
Page 1 of 17











KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor
★★★★☆ 43
$15.99 prime

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 prime

1996 1997 1998 1999 2000 2001 2002 2003 2004 fits KTM 300 MXC 52 Tooth Rear Sprocket
$28.95

1999 2000 2001 2002 fits KTM 520 SX / 520 EXC 13 Tooth Front & 48 Tooth Rear Sprocket
$39.95

2003 2004 2005 2006 2007 fits KTM 525 EXC CZ 520 MX Gold Chain 120L
$79.20

Ad feedback

### More to consider from our brands



KEENAXIS For 2007-2018 JK Unlimited Pair Taillight Covers Stainless Steel Matte Black, Tail...
★★★★☆ 11
$7.99

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $32.57 instead of $82.57! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

### Product description

Characteristic:

High quality and very durable

Easy to install

No installation instructions

Material: high quality CNC aluminum



Automotive › Replacement Parts › Caps › Oil Filler Caps



Roll over image to zoom in

# Nathan-Ng - CNC Billet Oil Filler Plug Cap For KTM 125 200 250 300 350 450 500 525 530 690 SX SXF EXC XCF XCW XCFW EXCF SIX DAYS Freeride

Brand: Nathan-Ng

Price: **$26.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 $26.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- 100% Brand new and High quality.
- Accessories for Motorcycles and Repair accessories include: Electrical System, Accessories & Frames & Fittings, Automobiles Replacement Accessories & Parts, Exhaust & Exhaust Systems, Brakes & Wheels & Rims, Engine Drive Parts & Seals, Engines & Components.
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service.
- 90% conventional orders will be delivered within 15-25 days.
- Please note that the products are only offered by Nathan-Ng brand. Other sales people is not reliable.

› See more product details

**$26.99**
& **FREE Shipping**

Arrives: **Nov 18 - Dec 10**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...    Nathan Ng
Sold by ...    Nathan Ng

Return policy: Returnable until Jan 31, 2021

📍 Deliver to Bensenville 60106

**Add to List**

Share ✉ f 🐦 📌

Have one to sell?
**Sell on Amazon**

## Customers also viewed these products

Page 1 of 9







Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever for KTM EXC EXCF SX SXF XC XCF...
⭐½ 36
$8.99

NICECNC Billet 57mm Wide Foot Pegs Footrest for 65SX 09-18,85SX 03-17,150-300XC/250XC...
⭐⭐⭐½ 54
$32.99
Only 11 left in stock - orde...

K&N Motorcycle Oil Filter: High Performance, Premium, Designed to be used with Synthetic or...
⭐⭐⭐⭐⭐ 111
$5.77

AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC...
⭐⭐⭐⭐ 19
$27.99
Only 5 left in stock - order...

Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
⭐⭐⭐⭐ 13
$33.99

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Product Details: -- Condition: 100% Brand New-- Qty: 1x Oil Filler Plug-- MATERIAL: 6061-T6 Aluminum-- Color: Orange -- CNC-machined from billet aluminum,lightweight and durable-- Bolt type for For KTM in orange anodized for factory look-- Rubber O-ring is included-- Direct OEM Replacement-- Easy To Install Fitment: For KTM 50/65SX ALL YearsFor KTM 85 105 SX/SXS/XC 2005-2017For KTM 125-300 2 STROKE ALL Models All Years For KTM 250-690 4 STROKE ALL Models All Years For KTM 1290 Superduke R Black 2016 2015For KTM 1290 SUPERDUKE R ORANGE 2016 2015For KTM 1290 SUPER DUKE GT GREY 2017For KTM 1290 SUPER DUKE GT ORANGE 2017For KTM 450XC-ATV 2008-2009For KTM 525XC-ATV 2008-2009

## Product information

### Technical Details

| Manufacturer | Nathan-Ng |
|---|---|
| Part Number | CINGMO_3260104288 |
| Material | Other |
| Item Package Quantity | 1 |

### Additional Information

| ASIN | B07R28XQTB |
|---|---|
| Best Sellers Rank | #3,654,071 in Automotive (See Top 100 in Automotive) #1,941 in Automotive Replacement Oil Filler Caps #109,514 in Automotive Replacement Engine Parts |
| Date First Available | April 24, 2019 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

## Videos

### Videos for related products



**T-AXIS Oil Filler Cap Intro & Installation**

MC Motoparts

1:10



**ACDelco 96469205 GM Original Equipment Engine Oil Filler Cap**

Merchant Video

0:06



**Omix-ADA 17403.04 Oil Filler Cap for Jeep WK/JK/KK/XK**

Merchant Video

0:04



**Engine Oil Filter Housing Cover Cap for BMW**

Cell Phones Parts

0:15

[ Upload your video ]

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

▼ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Deals in magazine subscriptions

Page 1 of 6



**Architectural Digest**
★★★★★ 5
Print Magazine
$5.00



**National Geographic Magazine**
★★★★☆ 4,586
Print Magazine
$19.00



**Real Simple**
★★★★☆ 31
Print Magazine
$5.00



**Birds & Blooms**
★★★★☆ 3,113
Print Magazine
$8.00



**National Geographic Kids**
★★★★☆ 6,454
Print Magazine
$15.00



**GQ**
★★★★☆ 915
Print Magazine
$10.00



**Christop... Milk Stre...**
★★★★☆
Print Mag...
$19.95

## Popular products inspired by this item

Page 1 of 2










| | | | | | |
|---|---|---|---|---|---|
| Outlaw Racing Pp1100Kto Oil Fill Cap Orange Ktm 125EXC 1989-2007 125SX... | Orange Motorcycle Parts CNC Engine Oil Filter Cover Cap For KTM DUKE 125/250 / DUKE... | Deborah Daniel - Motorcycle Engine Oil Filler Plug Fuel Gas Cap For KTM 790 Duke 2018-2019 950 990 1290... | Oil Filler Plug Cap Cover For Ktm 125 150 250 300 350 400 450 500 525 530 Sx Sx-F Exc Exc-F Xc Xc-W Xc-F Xcf-W... | MUJUN Engine Oil Filler Plug Cap Cover FOR KTM 790 Adventure R 790 Adventure 790 Adventure S 2019... | LIWIN Motorbike Accessories Engine Oil Filler Plug Cap Cover FOR KTM 790 Adventure R 790 Adventure 790... |
| ★★★★☆ 7 | ★★★★★ 4 | ★★★★★ 4 | | | |
| $10.95 | $17.99 | $21.99 | $31.89 | $41.74 | $40.98 |

**Your Browsing History**    View or edit your browsing history →    Page 1 of 2










See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



amazon

Nathan Ng ▾ | KTM

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

0
Cart

Deliver to
Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

1-16 of 226 results for **Nathan Ng** : **"KTM"**

Sort by: Featured ▾

**Brand**
Nathan-Ng



Nathan-Ng - CNC Billet Oil Filler Plug Cap For KTM 125 200 250 300 350 450 500 525 530 690 SX SXF EXC XCF XCW XCFW EXCF SIX DAYS Freeride
$26⁹⁹
FREE Shipping



Nathan-Ng - 7/8" 22mm Universal Brake Clutch Lever Guard Protector Motorcycle Proguard For HONDA YAMAHA SUZUKI KAWASAKI DUCATI...
$80⁹⁹
FREE Shipping



Nathan-Ng - 2 Pcs M10x1.25 MM Mirror Hole Plug For Honda Suzuki Yamaha Kawasaki Ducati Harley BMW KTM
$23⁹⁹
FREE Shipping



Nathan-Ng - 17mm Rear Fork Shock Absorber Adjuster Tool For Husqvarna TE TC TX FC FE FX FS 125 150 250 300 350 450 300I 250i...
$47⁹⁹
FREE Shipping



Nathan-Ng - Accelerator Pump Cover Cap For Keihin FCR ATV for Yamaha TRX450 KX250F KXF YFZ450 CRF250 450 YZ250F DRZ400 for Honda KTM
$92⁹⁹
FREE Shipping



Nathan-Ng - Motorcycle 26mm Front Axle Puller Removal Tool for Husqvarna 125 250 300 350 449 450 480 501 FE FX FS FC TE TC TX 201...
$44⁹⁹
FREE Shipping



Nathan-Ng - M25 Motorcycle Rear Wheel Axle Nut Screw Bolt For Husqvarna FC FX TC TX 125 250 350 450 FE 450 2012 For KTM
$41⁹⁹
FREE Shipping

☰ amazon | All ▾ [search] 🔍 | 🇺🇸 ▾ | Hello, Sign in / Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Giants vs Eagles live now

# Nathan Ng

Nathan Ng storefront
★★★★☆ | 71% positive lifetime (7 total ratings)
Nathan Ng is committed to providing each customer with the highest standard of customer service.

**Have a question for Nathan Ng?**

[ Ask a question ]

---

## Detailed Seller Information

**Business Name:** DUONG QUANG HUY
**Business Address:**
34 Luong Ngoc Quyen, Hoang Van Thu
Thanh Pho Thai Nguyen
Thai Nguyen
250000
VN

---

**Feedback** | Returns & Refunds | Shipping | Policies | Help | Products

★★★★★ "*Refund*"
By KATRINA L. on October 21, 2020.

★☆☆☆☆ "*2 months to get a package with a label mentioning that the product comes from Aliexpress in the first place is not the kind of service I expect on Amazon. If I wanted to order something I was willing to wait 2 months, I would order it myself on Aliexpress. I am really not happy with this transaction.*"
Read less
By T. COTON on September 3, 2020.

★★★★★ "*Item appears delivered elsewhere in the US; I don't see why. Seller very promptly refunded my account.*"
By Bob on April 6, 2020.

★★★★★ "*Awesome, faster delivery than posted. I will cut them tomorrow. Thanks*"
By Michael A Green on January 29, 2020.

★★★★★ "*Ended up not using*"
By Edward Fleming on October 16, 2019.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 50% | 75% | 71% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 50% | 25% | 29% |
| Count | 1 | 2 | 4 | 7 |

Previous Next

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 6

‹










›

FMF Racing 11299 Wash Plug
★★★★☆ 1,419
$8.74

customSwagg KTM Racing 'Orange Print' Black Hoodie - Unisex Hoodie
★★★★☆ 3
$31.90 - $35.99

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing Grip For...
★★★★☆ 899
$7.99

Scott Red White Diamond and Donuts Handlebar Hand Grips Fits Honda Cr80 Cr85 Cr125 Cr250...
★★★★☆ 191
$17.79

MOTOPOWER MP0620A 4.2Amp Motorcycle Dual USB Charger Kit SAE to USB Adapter with LED...
★★★★☆ 430
$12.50

KTM Racing Tee
★★★★☆ 62
$25.00 - $27.50

surpas Grips M End Th 22mm
★★★☆☆ 1
$9.99

## Deals in magazine subscriptions








National Geographic History
★★★★☆ 1,315
Print Magazine
$19.00

Food Network Magazine
★★★★☆ 47
Print Magazine
$6.00

Better Homes & Gardens
★★★★☆ 5,921
Print Magazine
$5.00

Southern Living
★★★★☆ 31
Print Magazine
$5.00

Reader's Digest
★★★★☆ 60
Print Magazine
$5.00

Diesel World
★★★★☆ 56
Print Magazine
$18.95

---

**Your Browsing History** | View or edit your browsing history ›

See personalized recommendations
[ Sign in ]
New customer? Start here.



 



SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

| Continue |

## Shipment 1 of 1

**Shipping from Nathan Ng**   (Learn more)

Shipping to: ███████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **Nathan-Ng - CNC Billet Oil Filler Plug Cap For KTM 125 200 250 300 350 450 500 525 530 690 SX SXF EXC XCF XCW XCFW EXCF SIX DAYS Freeride**
  $26.99 - Quantity: 1
  Sold by: Nathan Ng

Change quantities or delete

**Choose a delivery option:**

◉ **Wednesday, Nov. 18 - Thursday, Dec. 10**
FREE Shipping

| Continue |

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order



**Shipping address** Change
████████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ████████
Add delivery instructions

**Payment method** Change
Debit ending in ████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[Enter Code] [Apply]

████████ , we'd like to give you a chance to try Amazon

Join Prime and start saving ▶
Receiving government assistance? Get 50% off Prime ▶

**Estimated delivery:  Nov. 18, 2020 - Dec. 10, 2020**

Nathan-Ng - CNC Billet Oil Filler Plug Cap
For KTM 125 200 250 300 350 450 500 525
530 690 SX SXF EXC XCF XCW XCFW EXCF
SIX DAYS Freeride
**$26.99**
Quantity: 1 Change
Sold by: Nathan Ng
Gift options not available.

**Choose a delivery option:**
◉ **Wednesday, Nov. 18 - Thursday, Dec. 10**
   FREE Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $26.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $26.99 |
| Estimated tax to be collected:* | $1.69 |

**Order total:**    **$28.68**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your item. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.





Roll over image to zoom in






# Nathan-Ng - 7/8" 22mm Universal Brake Clutch Lever Guard Protector Motorcycle Proguard For HONDA YAMAHA SUZUKI KAWASAKI DUCATI KTM

Brand: Nathan-Ng

Price: **$80.99** & FREE Shipping

Get $50 off instantly: Pay $30.99 ~~$80.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Orange**

| | | |
|---|---|---|
| $80.99 | $80.99 | $80.99 |
| $80.99 | $80.99 | $80.99 |

- 100% Brand new and High quality.
- Accessories for Motorcycles and Repair accessories include: Electrical System, Accessories & Frames & Fittings, Automobiles Replacement Accessories & Parts, Exhaust & Exhaust Systems, Brakes & Wheels & Rims, Engine Drive Parts & Seals, Engines & Components.
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service.
- 90% conventional orders will be delivered within 15-25 days.
- Please note that the products are only offered by Nathan-Ng brand. Other sales people is not reliable.

› See more product details



$80.99
& FREE Shipping

Arrives: Nov 18 - Dec 10

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... Nathan Ng
Sold by ... Nathan Ng

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?

Sell on Amazon

---

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

---

## Product description

Color:Orange

Product Details:--Condition: 100% Brand New--MATERIAL: CNC Aluminum--Color: Black,Blue,Gold,Green,Orange,Red,Silver,Titanium--Qty: 1 pair (brake and clutch side)--Surface Finish: CNC--Placement on Vehicle: Left, Right,FrontPackage Included:1 pair Brake Clutch Lever Guard (Brake Side and Clutch Side)1 x Fitment:Universal for Most Sport Street MotorcycleAll Brand Motorcycle that have 7/8" (22mm) Diameter Handle Bar. Suitable for all 7/8" handle bar, Such as: Honda, Suzuki, Yamaha, Kawasaki, etc.

---

## Product information

Color:Orange

### Technical Details

| | |
|---|---|
| Manufacturer | Nathan-Ng |
| Part Number | CINGMO_3292137657 |
| Color | Orange |
| Material | Other |
| Item Package Quantity | 1 |

### Additional Information

| | |
|---|---|
| ASIN | B07R4SL2SS |
| Date First Available | April 24, 2019 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

10/23/2020 Amazon.com: Nathan-Ng - Billet Rear Brake Pedal Step Tips And Gear Shifter Lever Tip For KTM SX SX-F EXC EXC-F XCW XCF SMC SMR 50 65 85 500 560 660 690

Case 1:20-cv-06617-JMF Document 41 Filed 11/10/20 Page 278 of 465 PageID #: 1989

≡ **amazon** | All ▾ | KTM | 🔍 | 🇺🇸 ▾ | Hello, Sign in **Account & Lists** ▾ Account ▾ | Returns **& Orders** | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | **Giants vs Eagles live now**

‹ Back to results

## Nathan-Ng - Billet Rear Brake Pedal Step Tips And Gear Shifter Lever Tip For KTM SX SX-F EXC EXC-F XCW XCF SMC SMR 50 65 85 500 560 660 690

Brand: Nathan-Ng

Price: **$39.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 $39.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- 100% Brand new and High quality.
- Accessories for Motorcycles and Repair accessories include: Electrical System, Accessories & Frames & Fittings, Automobiles Replacement Accessories & Parts, Exhaust & Exhaust Systems, Brakes & Wheels & Rims, Engine Drive Parts & Seals, Engines & Components.
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service.
- 90% conventional orders will be delivered within 15-25 days.
- Please note that the products are only offered by Nathan-Ng brand. Other sales people is not reliable.

› See more product details

Roll over image to zoom in



**$39.99**
& FREE Shipping

Arrives: Nov 18 - Dec 10

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from — Nathan Ng
Sold by — Nathan Ng

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

### Customers who viewed this item also viewed


Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever For KTM EXC EXCF SX SXF XC XCF...
★★★☆☆ 36
$8.99


AnXin CNC Rear Brake Pedal Step Plate Tip for KTM SX SX-F EXC-F XC XC-W EXC XC 85 125...
★★★★☆ 38
$9.99

---

### Customers also viewed these products


Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
★★★★☆ 13
$33.99


AnXin CNC Rear Brake Pedal Step Plate Tip For Husqvarna TC125 16-20 FC250/350/450 16-20...
★★★★☆ 38
$9.99


AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX for KTM 85 125 150 250...
★★★★☆ 23
$26.59


NICECNC Billet 57mm Wide Foot Pegs Footrest for 65SX 09-18,85SX 03-17,150-300XC/250XC...
★★★★☆ 54
$32.99
Only 11 left in stock - orde...


NICECNC Rear Brake Pedal Step Plate Tip for 690 DU- SMC ENDURO 08-09 SUPERMOTOR...
★★★★☆ 54
$14.99
Only 4 left in stock - order...


Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever for KTM EXC EXCF SX SXF XC XCF...
★★★☆☆ 36
$8.99

---

### You might also like

Sponsored ⓘ


CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ...
$33.99


KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
★★★★☆ 11
$31.49


AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC M...
★★★★☆ 19
$27.99 ✓prime


2011 fits KTM 105SX 105 SX Front and Rear Severe Duty Brake Pads
$34.95


KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99


1994 1995 fits KTM 440 SX Front and Rear Brake Pads Severe Duty
$31.95


2013, 2015 fits KTM 85SX 85 SX Rear Severe Duty Brake Pads
$21.95

Case 1:20-cv-03590-RJL Document 14 Filed 11/10/20 Page 279 of 465 PageID #1984






Roll over image to zoom in

# NAVARME 19mm Carburetor Carb For KTM50 KTM 50 SX PRO JUNIOR Dirt Bike 50CC 2001-2008 NEW

Brand: NAVARME

★★★★★ 1 rating

Price: **$27.99** & FREE Returns

Get $50 off instantly: Pay $0.00 $27.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

- Fits Many KTM SX 50 Dirt Bike Models:2001-2005 - 50 Sx Pro Senior LC 2006-2007 - 50 Supermoto 2006-2017 - 50 SX 2011-2013 - 50 SXS Replaces KTM Part Numbers: 45131001100, 45231001200 & C064513100.
- Package Include:1 x KTM50 Carburetor
- High Quality Replacement Parts!
- The measurement of the actual items may slightly different from the listing images due to manual measurement,please allow 0.5-1mm difference.Thanks for your understanding.
- Shipped from China with Safety Transportation, Arrival within 10-15 Business Days.

› See more product details

Compare with similar items

New (2) from $27.99 & FREE Shipping

### Consider this Amazon's Choice product that delivers quickly

**Amazon's Choice**



PUCKY Carburetor Carb Fits for Yamaha PW50 PW 50 1981-2009 Yzinger Y Motorcycle Bike 50cc Carby
$22.99 ✓prime
★★★★☆ (57)

---

**$27.99**
& FREE Returns ⌄

FREE delivery: **Nov 5 - 7** Details

Fastest delivery: **Thursday, Oct 29**
Order within 13 hrs and 49 mins
Details

**Only 3 left in stock - order soon.**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Amazon
Sold by ... NAVARMETools&Parts

Return policy: This item is returnable ⌄

**prime**
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $7.24

☐ Add gift options

📍 Deliver to Bensenville 60106

[ Add to List ]

New (2) from
$27.99 + FREE Shipping  ›

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]




NovelBee Carbon Fiber Muffler Pipes Exhaust Tailpipe Tips...
$45.99

Sponsored ⓘ

---

## 4 stars and above

Sponsored ⓘ

Page 1 of 6







| | | | | |
|---|---|---|---|---|
| ATV Carburetor PZ19 with Fuel Filter and 35mm Air Filter for 50cc 70cc 80cc 90cc 11... | PUCKY Carburetor Carb Fits for Yamaha PW50 PW 50 1981-2009 Yzinger Y Motorcycle... | PWK Carburetor 21 24 26 28 30 32 34mm Racing Carb Universal 2T 4T Engine Dirt Bike ... | JFG RACING 34MM OEM OKO PWK Power Jet Carburetor Carb Universal For Racing... | Roytiay Mini Dirt Bike Twist Throttle Accelerator Handle Grips and 50" Cable Assemb... |
| ★★★★☆ 696 | ★★★★☆ 56 | ★★★★☆ 133 | ★★★★☆ 106 | ★★★★☆ 70 |
| $19.99 ✓prime | $22.99 ✓prime | $30.88 ✓prime | $28.99 ✓prime | $13.99 ✓prime |

## Products related to this item

Sponsored ⓘ

Page 1 of 47







| | | | | |
|---|---|---|---|---|
| ATV Carburetor PZ19 with Fuel Filter and 35mm Air Filter for 50cc 70cc 80cc 90cc 11... | PUCKY Carburetor Carb Fits for Yamaha PW50 PW 50 1981-2009 Yzinger Y Motorcycle... | KIPA Complete Clutch Pad Flywheel Basket Kit For KTM 50 Junior Senior Mini SX Pro L... | PZ20 Carburetor Set with Air Filter and Fuel Filter ATV Carb for 50cc 70cc 80cc 90c... | Joygowe Clutch for KTM50 KTM 50 SX Senior Junior SR JR LC Mini Adventure Pro... |
| ★★★★☆ 696 | ★★★★☆ 56 | ★★★★☆ 5 | ★★★★☆ 34 | ★★★★☆ 4 |
| $19.99 ✓prime | $22.99 ✓prime | $59.99 ✓prime | $13.99 ✓prime | $27.99 ✓prime |

## Competitively priced

Sponsored ⓘ

Page 1 of 3



     

Carburetor for Polaris Predator 90 Manual Choke 90cc Carb Sportsman 90 Yamaha...
★★★½ 37
$21.99 ✓prime

PZ19 Carburetor 35mm Air Filter Fuel Filters Fuel line Gaskets Kit Replacement for ...
★★★★½ 2
$18.20 ✓prime

NIBBI Racing Parts Motorcycle 125CC Air Intake Manifold 33mm Carburetor Manifold Ca...
★★★★ 48
$15.99 ✓prime

Motorcycle K.T.M50 19mm Carburetor for K.T.M50 K.T.M50SX K.T.M 50SX 50cc Junior Dir...
$19.99

JEM&JULES Carburetor for Tomos A35 Dellorto Style SHA 14:12P Carb Colibri TX50 A-35...
$18.99

Auto-Moto 32mm Carburetor Carb for Honda Mini Trail Z50R Z50 Z50A 1972-1999...
★★★½ 18
$15.86 ✓prime

## Compare with similar items

  

| | This item NAVARME 19mm Carburetor Carb For KTM50 KTM 50 SX PRO JUNIOR Dirt Bike 50CC 2001-2008 NEW | Goodbest NEW Carburetor&Throttle Cable for KTM50 KTM 50 SX Pro Senior Mini Adventure Carb | KIPA Carburetor For KTM50 KTM 50SX 50cc 2001-2008 Junior Dirt Bike 19mm Bore size Part # 45131001100 45231001200 With Air Filter Fuel Filter | D DOLITY Racing 19mm Carburetor for KTM 50 KTM50 SX Pro Junior 50cc Carb |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★★ (1) | ★★★½ (11) | ★★★★☆ (3) | ☆☆☆☆☆ (0) |
| Price | $27⁹⁹ | $26⁹⁹ | $39⁹⁹ | $24⁹⁹ |
| Sold By | NAVARMETools&Parts | Goodbest | KIPA2007 | Dolity |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | NAVARMETools&Parts |
| Brand | NAVARME |
| Item Weight | 1.15 pounds |
| Package Dimensions | 5.1 x 3.6 x 3.2 inches |
| Manufacturer Part Number | AMFLHMB1710 |

### Additional Information

| | |
|---|---|
| ASIN | B07VMW51HJ |
| Customer Reviews | ★★★★★ 1 rating 5.0 out of 5 stars |
| Best Sellers Rank | #2,010,925 in Automotive (See Top 100 in Automotive) #11,876 in Powersports Carburetors |
| Date First Available | July 26, 2019 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

**Videos for related products**


How to use motorcycle carburetor carb synchronization tool
Alpha Moto


maXpeedingrods Carburetor Carb Engine for Yamaha Blaster YFS2...
maXpeedingrods-us


PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...
DirtBikeClub


PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...
DirtBikeClub


All Balls Fuel Tap R... tap diaphragm onl...
All Balls.

Upload your video

---

### Product description

Description:

Fits Many KTM SX 50 Dirt Bike Models:2001-2005 - 50 SX Pro Senior LC 2006-2007 - 50 Supermoto 2006-2017 - 50 SX 2011-2013 - 50 SXS Replaces KTM Part Numbers: 45131001100, 45231001200 & C064513100.
1 x KTM50 Carburetor

---

### Customers who viewed this item also viewed


Maple 19mm Carburetor For KTM50 KTM50SX KTM 50SX Junior Dirt Bike 50CC Motorcycle
★★☆☆☆ 6
$27.59
Only 8 left in stock - order...


labwork Carburetor Throttle Cable Fit for 2001-2008 KTM50 KTM 50 SX Pro Senior Mini...
★★☆☆☆ 7
$23.77
Only 2 left in stock - order...


NewYall Carb Carburetor and Throttle Cable Kit for KTM50 KTM 50 SX Pro Senior Mini...
★★★☆☆ 1
$26.99
Only 13 left in stock - orde...


KTM 50 SX Carburetor Replaces OEM Numbers 45131001100, 45231001200, C064513100
$20.15


Goodbest NEW Carburetor&Throttle Cable for KTM50 KTM 50 SX Pro Senior Mini...
★★★☆☆ 11
$26.99
Only 18 left in stock - orde...


GLENPARTS 19mm Carburetor works with KTM50 KTM50SX KTM 50 SX for 50cc Junior...
★★★★☆ 3
$24.32
Only 5 left in stock - orde...

---

### Products related to this item

Sponsored ⓘ


ATV Carburetor For KTM50 KTM50SX with Fuel Filter and 35mm Air Filter for 50cc 70cc 80cc 90cc 11...
★★★★½ 696
$19.99 ✓prime


PZ20 Carburetor Set with Air Filter and Fuel Filter ATV Carb for 50cc 70cc 80cc 90c...
★★★★☆ 34
$13.99 ✓prime


KIPA Complete Clutch Pad Flywheel Basket Kit For KTM 50 Junior Senior Mini SX Pro L...
★★★★☆ 5
$59.00 ✓prime


PUCKY Carburetor Carb Fits for Yamaha PW50 PW 50 1981-2009 Yzinger Y Motorcycle...
★★★★☆ 56
$22.99 ✓prime


PUCKY YW50 Carburetor For YAMAHA Zuma50 YW50 Scooter Moped 2002-2011
★★★★☆ 21
$39.99 ✓prime


Sibaken PZ19mm Hand Choke Carburetor for Taotao Buyan Honda XR/CRF 50cc 70cc 90cc...
★★★★½ 7
$12.99 ✓prime

Sponsored ⓘ

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?

- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★★ 5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

### No customer reviews

There are 0 customer reviews and 1 customer rating.



NovelBee Front Side Door Storage Pocket...
$19.49

Shop now

Sponsored ⓘ



NovelBee 96808176 Engine Air Cleaner In...
$19.59

Shop now

Sponsored ⓘ

See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |



≡ amazon | NAVARMETools&Parts ▾ | ktm | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping  Registry  Sell  Coupons

8 results for **NAVARMETools&Parts** : "**ktm**"                    Sort by: Featured ▾



Grant a few birthday wishes
Shop gift cards ›

Sponsored ⓘ



NAVARME 19mm Carburetor Carb For KTM50 KTM 50 SX PRO JUNIOR Dirt Bike 50CC 2001-2008 NEW
★★★★★ ˅ 1
$27.99
✓prime Get it as soon as **Thu, Oct 29**
FREE Shipping by Amazon
Only 3 left in stock - order soon.



NAVARME 49CC 50CC Air Cooled Engine For KTM 50 50SX 50 SX PRO SENIOR Dirt Pit Cross Bike ATV
$379.00
$2.99 shipping



NAVARME 4 pcs Front&Rear Fork Wheels Frame Slider Crash Protectors for KTM RC390 Duke
$22.99
$2.99 shipping



NAVARME Motorcycle Fork Bag for Yamaha Honda Kawasaki Suzuki Ducati KTM Roll Tool Bag
$17.99
$2.99 shipping



NAVARME CNC Gear Shifter Shift Lever Tip Replacement For KTM SX XCW SXF EXCF Motorcycle
$10.99
$2.99 shipping



NAVARME 10 pcs Carburetor Main Jet kit (100#-140#) with 10 pcs Slow & Pilot Jet (32 to 55) for PWK Keihin OKO CVK KOSO Stage-6 Polini carb
★★★☆☆ ˅ 4
$11.42
Get it as soon as **Thu, Oct 29**
FREE Shipping on your first order shipped by Amazon
Only 6 left in stock - order soon.

 

NAVARME 10 pcs 125cc Carburetor Jet kit #100, 105, 108, 110, 115, 120, 125, 130, 135, 140 for GY6 125cc 150cc Carburetor Carb CVK
★★★★☆ ˅ 14
$7.04
Get it as soon as **Thu, Oct 29**
FREE Shipping on your first order shipped by Amazon
Only 14 left in stock - order soon.



# NAVARMETools&Parts

NAVARMETools&Parts storefront

★★★★½ | **94% positive** in the last 12 months (144 ratings)

NAVARMETools&Parts is committed to providing each customer with the highest standard of customer service.

Have a question for
NAVARMETools&Parts?

**Ask a question**

---

## Detailed Seller Information

**Business Name:** Shenyang Fenglanhe Shangmao Youxian Gongsi

**Business Address:**
Tax Free Business Building,Room 1403 No. 6,Fuhua 1st Road
6-2-5
Shenzhen
Guangdong
518000
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
|---|---|---|---|---|---|---|

★★★★★ " *Awesome product* "
By Marshal Spears on October 14, 2020.

★☆☆☆☆ " *one bulb was 1/4" and one was 3/8"* "
By bonnie h. on October 11, 2020.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ " *Worked great.* "
By Bill on October 11, 2020.

★☆☆☆☆ " *The muffler and intake are missing from the package. I never received the main things I ordered the package for.* "
By Jeff Hughes on October 9, 2020.

★★★★☆ " *Weird how people haven't looked into this product. It may not be the most secured mount, but I would like to see a bicycle that is specifically align with all the bolt patterns. make the plate thicker, put grease in the gearbox, and make the bike have suspension. Then these people can really sell them fast. I would pay $400-500 to have all of that. Anyways, very cool.* "
Read less
By Jonathan V. on October 9, 2020.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 93% | 93% | 94% | 93% |
| Neutral | 0% | 6% | 3% | 3% |
| Negative | 7% | 2% | 3% | 4% |
| Count | 15 | 54 | 144 | 161 |

Previous  Next

Leave seller feedback | Tell us what you think about this page

---

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
|  |  | Amazon Currency Converter | Amazon Assistant |
|  |  |  | Help |

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

**Continue**

## Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ████ ████, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **NAVARME 19mm Carburetor Carb For KTM50 KTM 50 SX PRO JUNIOR Dirt Bike 50CC 2001-2008 NEW**
  $27.99 - Quantity: 1
  Sold by: NAVARMETools&Parts

Change quantities or delete

### Amazon Locker is available

20 pickup locations near you

**Choose a delivery option:**

████ get FREE Two-Day Delivery on this order and try other Prime benefits (hello, Prime Video) with a one week trial for $1.99!

○ **Thursday, Oct. 29**
FREE Two-Day Delivery with amazon prime

○ **Tuesday, Nov. 3**
FREE Shipping

● **Thursday, Oct. 29**
$11.56 - Shipping

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions

Or try Amazon Locker
20 locations near this address ⌄

**Payment method** Change

▬▬ ending in ▬

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ]  Apply

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:   $27.99
Shipping & handling:   $11.56

Total before tax:   $39.55
Estimated tax to be collected:   $1.75

**Order total:**   **$41.30**

How are shipping costs calculated?

---

**SPECIAL OFFER**   ▬▬ we're giving you **One Week of Prime** for only **$1.99!**

**prime**

Save $11.56 instantly with FREE Two-Day Delivery and enjoy more of what you love with Prime:
✓ Fast, FREE delivery
✓ Exclusive deals and discounts
✓ Endless entertainment and so much more!

[ Give Prime a try ▸ ]
No commitments. Cancel anytime.

**Delivery: Oct. 29, 2020** If you order in the next 13 hours and 43 minutes (Details)

NAVARME 19mm Carburetor Carb For KTM50 KTM 50 SX PRO JUNIOR Dirt Bike 50CC 2001-2008 NEW
$27.99
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: NAVARMETools&Parts

🎁 Add gift options

**Choose a delivery option:**
○ **Tuesday, Nov. 3**
FREE Shipping
● **Thursday, Oct. 29**
$11.56 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

---

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.


Save on Amazon Basics Car Jumper Cables Shop now ›

‹ Back to results



Roll over image to zoom in

# NAVARME 49CC 50CC Air Cooled Engine For KTM 50 50SX 50 SX PRO SENIOR Dirt Pit Cross Bike ATV

Brand: NAVARME

Price: **$379.00**

Get $50 off instantly: Pay $329.00 upon approval for the Amazon Rewards Visa Card.

- Fitment:For Dirt Pit Bike,fit for Loncin,Zongshen,Bashan,Shineray,Kazuma,Lifan,Taotao,Kaya,Apollo,KXD,Xmotos,etc. For Mini Bike, fit for 2 stroke 47CC/49CC air cooled engine, 2 stroke water cooled engine Polini 911,Polini GP3,Balta,ZPF,Morini,KTM These engine fit for Mini ATV,Mini Quad,Mini Buggy,Mini Chopper,Mini Cross,Mini Dirt/Pit Bike, Pocket bike For Go Ped Scooter, Fit for Rocket X-Treme Razor Izip EVO Electric Scooter Go Ped Petrol Scooter,drive by chain or belt Gas Engine , 43CC 49CC
- Package include:1 x KTM50 Engine 1 x Carburetor
- Reminder/Note: To Ensure You Purchase the Correct Product, Please Read the Description Carefully. Thanks for Your Attention.
- The measurement of the actual items may slightly different from the listing images due to manual measurement,please allow 0.5-1mm difference.Thanks for your understanding.
- This product is the air cooled engine

› See more product details



**$379.00**
$2.99 delivery: **Nov 3 - 9**

**In Stock.**

Qty: 1


Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... NAVARMETools&Parts
Sold by ... NAVARMETools&Parts

Deliver to Bensenville 60106

Add to List

Share ✉ f 𝕏 𝓟

Have one to sell?

Sell on Amazon

---

## Products related to this item
Sponsored ⓘ
Page 1 of 23

‹


ATV Carburetor PZ19 with Fuel Filter and 35mm Air Filter for 50cc 70cc 80cc 90cc 11...
★★★★☆ 696
$19.99 √prime


KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
★★★★☆ 13
$31.49


KIPA Complete Clutch Pad Flywheel Basket Kit For KTM 50 Junior Senior Mini SX Pro L...
★★★★☆ 5
$59.99 √prime


Joygowe Clutch for KTM50 KTM 50 SX Senior Junior SR JR LC Mini Adventure Pro...
★★★☆☆ 4
$27.99 √prime


KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
★★★★☆ 17
$29.99

›

---

## Customers who viewed this item also viewed


sthus Air Cooled Engine Include Carburetor Fit For 49CC 50CC KTM 50 2002-2008
★★★☆☆ 6
$369.00
Only 8 left in stock - order...

---

## Customers also viewed these products
Page 1 of 8

‹


sthus Air Cooled Engine Include Carburetor Fit For 49CC 50CC KTM 50 2002-2008
★★★☆☆ 6
$369.00
Only 8 left in stock - order...


2-Stroke 49CC Pull Start Engine Motor Starter w/Gear Box for Mini Dirt Bike Scooter ATV USA...
★★★★☆ 4
$65.00
Only 19 left in stock - ord...


49cc 52cc Big Bore Pocket Bike Engine with Performance Cylinder CNC Engine Cover...
★★★★☆ 76
$111.49


KIPA Complete Clutch Pad Flywheel Basket Kit For KTM 50 Junior Senior Mini SX Pro LC 2002...
★★★★☆ 6
$59.99


FLYPIG New Stator Rotor & Ignition Coil Flywheel Fit for KTM50 SX LC Pro Adventure Pro Junior...
★★★☆☆ 20
$36.90


Ignition Coil Solenoid Relay Voltage Regulator 5-PIN CDI Box Spark Plug for 50cc 70cc...
★★★★☆ 167
$21.19

›

---



Save on Amazon Basics Car Jumper Cables  Shop now ›

‹ Back to results

**Sliders Accident Protector**

### NAVARME 4 pcs Front&Rear Fork Wheels Frame Slider Crash Protectors for KTM RC390 Duke

Brand: NAVARME

Price: **$22.99**

Get $50 off instantly: Pay $0.00 $22.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Suitable for KTM 125/200/390 Duke Models
- Package Include:1 set in 4 pcs (L&R for front and L&R for rear) include all hard ware bolts
- Frame Slider Crash Pad For Front and Rear Wheel Fork
- A good set of frame sliders can protects the forks in the event of a crash,minimizes the possibility of damage to the motorcycle.
- Material: 6061-T6 Aluminum and Nylon

› See more product details

Roll over image to zoom in



**$22.99**

$2.99 delivery: **Nov 4 - 12**
Fastest delivery: **Nov 3 - 9**

**In Stock.**

Qty: 1

[Add to Cart]

[Buy Now]

🔒 Secure transaction

Ships from ... NAVARMETools&Parts
Sold by ... NAVARMETools&Parts

📍 Deliver to Bensenville 60106

[Add to List]

Have one to sell?  [Sell on Amazon]


OOFIT 27mm Flywheel Stator Magneto Puller for GY6 125cc 150cc ...onda Yamaha Suzuki KTM Scooter ATV Dirt Bike
167 | $11.99
Shop now ›

Sponsored ⓘ

---

**Products related to this item**
Sponsored ⓘ


2003-2010 fits KTM 85SX (19 & 16 inch Wheels) Front and Rear Severe Duty Brake Pads
$31.95


KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804
★★★★★ 2
$83.99


Troy Lee Designs Men's TLD KTM Team Hoody,Small,Black
★★★★☆ 23
$80.00 ✓prime


KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
★★★★☆ 13
$31.49


Troy Lee Designs Men's 20 TLD KTM Team Event Shirts,Small,Navy
$65.00 ✓prime


Troy Lee Designs Men's TLD KTM Team Stock Trucker Adjustable Hats,One Size,Black
★★★☆☆ 12
$36.00 ✓prime

Page 1 of 17

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product information

**Technical Details**

| | |
|---|---|
| Manufacturer | NAVARMETools&Parts |
| Brand | NAVARME |
| Manufacturer Part Number | AMFLHMB1728 |

**Additional Information**

| | |
|---|---|
| ASIN | B07XRHYLXL |
| Date First Available | September 11, 2019 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please [click here]

**Feedback**

Would you like to [tell us about a lower price?]

≡   **amazon**   | Automotive Parts & Accessories ▾ | 🔍 | 🇺🇸 | Account & Lists ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106   Holiday Deals   Customer Service   ___'s Amazon.com   Prime Video   Best Sellers   Browsing History ▾   Buy Again    **Shop deals before they're gone**

Automotive   Your Garage   Deals & Rebates   Best Sellers   Parts ▾   Accessories ▾   Tools & Equipment ▾   Car Care ▾   Motorcycle & Powersports ▾   Truck ▾   RV ▾   Tires & Wheels ▾   Vehicles

**audible** Now included: new podcasts, originals, and more — Start your free trial

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Clutch

# CNC Aluminum Motorcycle Accessories Adjustable Foldable Extendable Motorbike Brakes Clutch Levers for Super Adventure 1290 S/T/R 2015-2020 For FS450 2017-2020(Orange)

Brand: Nawenson

Price: **$32.99** + $5.99 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

Color: **Orange**

| 🔧 $32.99 | 🔧 $32.99 | 🔧 $32.99 |
| 🔧 $32.99 | 🔧 $32.99 | 🔧 $32.99 |
| 🔧 $32.99 | 🔧 $32.99 | |

- Condition: 100% Brand New and excellent quality
- Fully 6 positions adjustable
- Extendable & Foldable
- Fitment: For **KTM** Super Adventure 1290 S/T/R 2015-2020 For KTM 1190 Adventure/R 2013-2016 For Husqvarna FS450 2017-2020
- Package Including : Clutch lever and Brake lever (1 Pair)

› See more product details

💬 Report incorrect product information.

**$32.99**
+ $5.99 shipping

Arrives: Nov 6 - Dec 1

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Nawenson racing
Sold by ... Nawenson racing

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $6.16

Deliver to ___ - Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

Roll over image to zoom in

## Inspired by your recent shopping trends










Page 1 of 14

| Orange Motorcycle CNC Aluminum Adjustable Folding Extendable Brake Clutch Levers Fit... | FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017... | Motorcycle Rear Foot Brake Pedal Lever for KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W... | AnXin Rear Foot Brake Pedal Foot Lever For KTM 125SX 150-W SX 250 SX-F XC-F EXC-F XC-W XC 300 XC-W... | Motorcycle CNC Orange Brake Shifter Lever Pedal Step Tip For KTM Factory Editions SXF XCF 250... | NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004 | Rear Brake Disc Guard For KTM SX SXF EXC EXCF XC XCF XCW XC 125 150 200 250 30... |
| ★★★★☆ 15 | ★★★★☆ 28 | ★★★★☆ 13 | ★★★★☆ 7 | ★★★★☆ 7 | | ★★★☆☆ 3 |
| $38.99 ✔prime | $32.99 | $33.99 | $34.99 | $23.99 | $83.99 | $28.99 |
| Only 11 left in stock - orde... | | | | | Only 4 left in stock - order... | Only 9 left in stock - or... |

## You might also like

Sponsored ℹ









Page 1 of 9

| motorcycle kickstand side stand enlarger extension enlarger pate pad For KTM 1050 A... | Motorcycle Aluminium Alloy Radiator Grille Guard Protector Cover for KTM 1050 Adven... | Motorcycle Aluminium Radiator Grille Guard Protector Cover for KTM 1050 Adventure 2... | Motorcycle Radiator Guard For K.TM Adventure 1050 2015-2016 1090 2017-2018... | 10MM M10 X1.5 Motorcycle Swing arm Sliders Spools CNC Swing Arm Stand... | Motorcycle Radiator Grille Guard Protective Cover For KTM 1050 Adventure 2015-2017 ... | Motorcycle Radiator Grille Guard Protect Cover For KTM 1050 Adventure 2015-105... |
| ★★★★☆ 51 | | | | ★★★★★ 1 | ★★★★★ 1 | |
| $25.99 ✔prime | $49.99 ✔prime | $55.99 ✔prime | $55.99 ✔prime | $18.99 ✔prime | $49.99 ✔prime | $49.99 ✔prime |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $32.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

# Have a question?

Find answers in product info, Q&As, reviews

> Type your question or keyword

---

## Product information

**Color:Orange**

### Technical Details

| | |
|---|---|
| Manufacturer | Nawenson |
| Brand | Nawenson |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | CBL-001-D01/A90-OR |
| Folding | No |

### Additional Information

| | |
|---|---|
| ASIN | B0755GFQ5M |
| Best Sellers Rank | #523,045 in Automotive (See Top 100 in Automotive) #183 in Powersports Clutch Levers |
| Date First Available | August 26, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ˅

## Videos

### Videos for related products


0:18
Brakes & Clutch Levers with 'Z650' logo
BXMOTO US


0:30
Clutch Brake lever For Coleman CT200U Trail 200 Mini Bike
HIAORS

Upload your video

---

## Product description

Color:Orange

Condition: 100% Brand New and excellent quality
Material: CNC 6061 Billet Aluminum
Color: Black,Red,Titanium,Green,Blue,Gold,Orange,Silver
Stainless Steel Hardware
Fully 6 positions adjustable
Extendable & Foldable
Precision Machined Pivot Bore To Ensure A Perfect Fit
Reduces the chance of broken levers after a crash
Lever to fold outward to prevent breakage in the event of a crash
Custom Cadmium Plated Springs & Brass Pivot Bushing
Perfect fit no install instructions included.
The item is easy to install and no modification is needed

Fitment:
For KTM Super Adventure 1290 S/T/R 2015-2020
For KTM 1190 Adventure/R 2013-2016
For Husqvarna FS450 2017-2020

Package Including : Clutch lever and Brake lever (1 Pair)

---

## You might also like

Page 1 of 4

Sponsored ⓘ


CNC Aluminum Motorcycle levers Accessories Adjustable Folding Extendable...
$32.99


CNC Aluminum Motorcycle levers Accessories Adjustable Folding Extendable...
$32.99


For Hyosung GT250R 2013-2016 Motorcycle Accessories CNC aluminum Adjustable...
⭐⭐⭐⭐⭐ 1
$32.99


CNC Aluminum Motorcycle Accessories Adjustable Foldable Extendable brake...
$32.99


For F800GS/Adventure 2008-2018 For F700GS 2013-2017 Motorcycle Accessories NC Adjus...
$32.99


For 690 Duke R 2014-2017 Motorcycle Accessories CNC Adjustable Foldable...
$32.99


Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars,...
⭐⭐⭐⭐ 23,215
$19.98 ✓prime

---

# Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

# Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

## Inspired by your browsing history

Page 1 of 9


KontrolFreek FPS Freek Galaxy Purple for...
KontrolFreek
★★★★½ 7,184
PlayStation 4
$14.99


KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation...
KontrolFreek
★★★☆☆ 1,001
$11.99


KontrolFreek FPS Freek Inferno for Xbox One...
KontrolFreek
★★★★☆ 3,020
Xbox One
$14.99


KontrolFreek FPS Freek Galaxy White for Xbox...
KontrolFreek
★★★★☆ 910
Xbox One
45 offers from $22.70


Bionik Quickshot – Trigger Stop Lock System for PlayStation DualShock 4 Wireless...
★★★☆☆ 500
$12.38



## Popular products inspired by this item

Page 1 of 2


Minireen 7/8" Handlebar Left Clutch Lever and Clutch Cable with Adjuster for for 50cc...
★★★★☆ 129
$13.99


HIAORS 7/8 Inch Handlebar Left Clutch Lever and Clutch Cable with Adjuster for 50cc...
★★★☆☆ 20
$13.69


MZS Short Levers Brake Clutch Adjustment CNC Compatible with Kawasaki ZX6R ZX636...
★★★★☆ 40
$43.00


1PZ HB2-X02 7/8" Handlebar Left Clutch Lever and Clutch Cable with Adjuster for...
★★★★☆ 32
$18.99


MZS PT-0520 Pivot Levers Brake Clutch Adjustment CNC Blue
★★★★☆ 10
$38.88



### Your Browsing History    View or edit your browsing history ›

       

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|



1-16 of 38 results for **Nawenson racing** : **"ktm"**

Sort by: Featured

**Brand**
Nawenson
Unknown



CNC Aluminum Motorcycle Accessories Adjustable Foldable Extendable Motorbike Brakes Clutch Levers for Super Adventure 1290 S/T/R 2015-...
Orange
$32⁹⁹
$5.99 shipping

  +



For DUKE 125 200 390 Motorcycle Orange CNC Aluminum Handlebar Risers Top Cover Clamp
★★★★☆ ⌄ 11
Automotive
$14⁹⁹
$6.32 shipping



for KTM 390 Duke 2013-2016 for KTM RC125/RC200/RC390 2014-2016 Motorcycle Accessories CNC Aluminium Orange Brake Clutch Gear Pedal...
★★★★½ ⌄ 4
$24⁰⁸
$5.99 shipping



Motorcycle Bumper Decorative Blocks Engine Protective Guard Crash Bar Protector for R1200GS/Adventure For F700GS F800GS for 1190...
★★★★☆ ⌄ 18
black
$9⁹⁹
$5.99 shipping



Motorcycle Side Stand Foot Extension Kickstand Enlarger for 1050 Adventure 2015-2017 for 1090 Adventure/R 2017-2018 for 1190...
★★★☆☆ ⌄ 12
Orange
$11³⁸
$6.64 shipping
Price may vary by color

 



For DUKE 390 2013-2018 For RC 390 2014-2018 For DUKE 250 2017-2018 For RC 250 2017-2018 Orange Motorcycke Front Sprocket Cover...
★★★★★ ⌄ 2
$27⁹⁹
$5.99 shipping



Motorbike Dirt Bike Handlebar Control Light On/Off Signal Blinker Horn Switch Electric Bike Motorcycle
$8⁹⁹
$5.99 shipping



# Nawenson racing

Nawenson racing storefront

★★★★☆ | 68% positive in the last 12 months (25 ratings)

Nawenson racing is committed to providing each customer with the highest standard of customer service.

**Have a question for Nawenson racing?**

Ask a question

---

## Detailed Seller Information

**Business Name:** wangwencai
**Business Address:**
RM H362, 3&4/F, No. 27, Guangtanglu, Tianhe District
Zengcha Road Baiyun District
Guangzhou
Guangdong
510645
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|----------|-------------------|----------|----------|------|----------|

★★★★★ "Cancelled the order and ordered same product, different colors. Seller was quick and courteous!"
By AJB on July 13, 2020.

★★★★★ "Smooth transaction and quick delivery. Exactly how described. I can't wait to put them on my bike."
By Kristen on July 2, 2020.

★★★★★ "delivered a very good product as described"
By Irwan Hamami on May 28, 2020.

★☆☆☆☆ "The item was a piece of junk. Total waste of my money and time it took to get delivered. No directions for the install. Finally got it installed and locked and could not get it opened. Key broke in half trying to get it opened. Have to take the tourpac apart and try to get it apart. Will never by from this place again."
Read less
By william gormley on May 18, 2020.

★☆☆☆☆ "The order was supposed to be a set of motorcycle side panel covers, it only came with one."
By 1234567 on April 11, 2020.

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | 100%    | 80%     | 68%       | 77%      |
| Neutral  | 0%      | 20%     | 12%       | 6%       |
| Negative | 0%      | 0%      | 20%       | 17%      |
| Count    | 2       | 5       | 25        | 100      |

Previous Next

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 9

   

 



SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

| Continue |

---

## Shipment 1 of 1

### Shipping from Nawenson racing  (Learn more)

Shipping to: ███████████, 100 W ROOSEVELT AVE, BENSENVILLE, IL, 60106-4106 United States

- **CNC Aluminum Motorcycle Accessories Adjustable Foldable Extendable Motorbike Brakes Clutch Levers for Super Adventure 1290 S/T/R 2015-2020 For FS450 2017-2020(Orange)**
  $32.99 - Quantity: 1
  Sold by: Nawenson racing

Change quantities or delete

**Choose a delivery option:**

◉ **Friday, Nov. 6 - Tuesday, Dec. 1**
   $5.99 - Shipping

---

| Continue |

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS     PLACE ORDER

## Review your order

**Shipping address** Change

██████████
100 W ROOSEVELT AVE
BENSENVILLE, IL 60106-4106
United States
Phone: ██████████

Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ]  [ Apply ]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $32.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $38.98 |
| Estimated tax to be collected:* | $2.06 |

**Order total:**   **$41.04**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**FREE TRIAL**

████, we're giving you 30 days of Prime benefits for FREE

[ Try Prime FREE for 30 days › ]

**Estimated delivery: Nov. 6, 2020 - Dec. 1, 2020**



CNC Aluminum Motorcycle Accessories Adjustable Foldable Extendable Motorbike Brakes Clutch Levers for Super Adventure 1290 S/T/R 2015-2020 For FS450 2017-2020(Orange)
**$32.99**
**Quantity:** 1 Change
Sold by: Nawenson racing

🎁 Gift options not available.

**Choose a delivery option:**
◉ **Friday, Nov. 6 - Tuesday, Dec. 1**
  $5.99 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06673 Document 74-4 Filed 11/10/20 Page 296 of 465 PageID #: 2901

≡ **amazon**

All ▾ | ktm | 🔍 | 🇺🇸 ▾

Hello, _____ Account & Lists ▾   Returns & Orders   Try Prime ▾   🛒 0 Cart

📍 Deliver to _____
Bensenville 60106

Holiday Deals   Customer Service   _____'s Amazon.com   Prime Video   Best Sellers   Browsing History ▾   Buy Again   Whole Foods      Shop tech gifts

**audible** Now included: new podcasts, originals, and more   [ Start your free trial ]

‹ Back to results



Roll over image to zoom in

# for KTM 390 Duke 2013-2016 for KTM RC125/RC200/RC390 2014-2016 Motorcycle Accessories CNC Aluminium Orange Brake Clutch Gear Pedal Lever

Brand: Unknown

★★★★☆ ▾   4 ratings

Price: **$24.08** + $5.99 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

- Condition:100% brand new and high quality
- Material: Metal
- Premium quality, anodized surface finish
- Package Include: 1 Pair Brake Gear Pedal Lever
- Fitment: For KTM 125 Duke 2011-2015 · For KTM 200 Duke 2012-2016 · For KTM 390 Duke 2013-2016 · For KTM RC125/RC200/RC390 2014-2016

› See more product details

⚠ Report incorrect product information.

 **Front versus Rear Brakes**
Did you know that vehicles require different front and rear brake sets? Please confirm that you are purchasing the right set(s) for your needs.



$24.08
+ $5.99 shipping

Arrives: Nov 6 - Dec 1

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from   Nawenson racing
Sold by ...   Nawenson racing

📍 Deliver to _____ - Bensenville 60106

[ Add to List ]

Share   ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

---

## Frequently bought together



Total price: **$50.06**

[ Add all three to Cart ]

[ Add all three to List ]

ℹ These items are shipped from and sold by different sellers. Show details

☑ This item: for KTM 390 Duke 2013-2016 for KTM RC125/RC200/RC390 2014-2016 Motorcycle Accessories CNC Aluminium... $24.08
☑ Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013-2016 Duke 200... $12.99
☑ 2018 Motorcycle Rear Fluid Reservoir Cap Cover Accessories for KTM Duke 125/200 Duke 390 2013-2018... $12.99

---

## Customers who viewed this item also viewed

      (image)   (image)

JOYON Motorcycle CNC Aluminium Brake Clutch Gear Pedal Lever for KTM Duke 125 200...
★★★★☆ 14
$25.99

Coolsheep Brake Clutch Gear Foot Pedal Lever for KTM Duke 125 200 390 2013-2017
★★★★★ 1
$23.79
Only 19 left in stock - orde...

Motorcycle CNC Brake Clutch Gear Pedal Lever For KTM DUKE RC390 RC125 RC200 2013...
★★★★★ 2
$23.99
Only 4 left in stock - order...

KETABAO Black CNC Wide Platform Anti Slip Front Foot Pegs For KTM Duke 790 2018 2019
$69.88
Only 1 left in stock - order...

---

## You might also like

Sponsored ⓘ

‹                        ›

Page 1 of 30

KTM Clutch Lever (Orange) Brembo OEM: 7800293120004
★★★★☆ 5
$29.99

NICECNC Orange Left & Right Crash Pad Frame Slider Protection Guard Replace 125/200...
★★★★★ 4
$49.99 ✓prime

RC390 Motorcycle CNC 22MM Handlebar Grips Handle Bar Cap End Plugs For KTM RC 390...
★★★★★ 4
$23.99 ✓prime

KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99

KTM Supersprox Stealth Rear Sprocket (Orange) 51T OEM: 5841005105104
★★★★★ 2
$83.99

Orange 10MM Motorcycle Swing Arm Sliders Spools CNC Swingarm Arm Stand...
★★★★★ 10
$11.99 ✓prime

2011 2012 2013 20 fits KTM 350 SX-F 4 Tooth Rear Sprocket
$28.95

---

## Special offers and product promotions

Automotive › Motorcycle & Powersports › Parts › Controls

# Motorcycle Rear Brake Pedal Lever For KTM EXCF XCF SXF XCW 250 350 450 500 SX 125 150 2016 2017 2018 2019

Brand: NCTHSTORE

Price: **$136.99** & FREE Shipping

Get $50 off instantly: Pay $86.99 $136.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- 100% brand new product and lifetime warranty. [For kawasaki Kx 2005, Enduro For KTM Exc, For KTM 450 Exc, Grip Hand Guard Motorcycle, For KTM Start, 350 Air V2, Brake Pedal Exc, For KTM, For KTM 65, Brake Exc, Exc Tool, For KTM Exc, Burgman Cover, 8cm Sinking Lure, 350 Boost, Gear Pedal, 350 Sneaker, Gear Lever For KTM]
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service. [Shelter On The Car, 450 Sxf For KTM, Motorcycle Cover Uv Protector, For KTM Plastic, Exc Rear, For KTM Pedal, Boost V2, Cover For KTM, Brake For Motorcycle Rear, Shoes For KTM, 38 Brake, Brake Exc, Brake Pedal For KTM 690, For KTM 65, For KTM, For KTM Rope, Burgman Cover]
- 100% MONEY BACK GUARANTEE: Any quality problem with the product, please feel free to contact us, we will refund your money or provide a new one. [350 Air, 8cm Sinking Lure, 690 Smc, Gear Pedal, 390 Duke For KTM, Hithotwin, For KTM 65, For KTM, Gear Lever For KTM, 450 Sxf For KTM, Minnow Pike, For kawasaki Kx 2005, Enduro For KTM Exc, For KTM 450 Exc, Grip Hand Guard Motorcycle, For KTM Start, 350 Air V2]
- FREE SHIPPING: 90% conventional orders will be delivered within 15-25 days. Please make sure to buy this product from NCTHSTORE brand. Other brand is not reliable. [For KTM 690, Brake Exc, Exc Tool, For KTM Start, For KTM Exc, Brake Pedal Exc, Burgman Cover, 8cm Sinking Lure, 350 Boost, Gear Pedal, 350 Sneaker, Gear Lever For KTM, Shelter On The Car, 450 Sxf For KTM, Motorcycle Cover Uv Protector]
- Don't hesitate, Scroll to the top now and click Add to Cart to take this amazing product today!!! [Cover For KTM, Shelter On The Car, Brake For Motorcycle Rear, Shoes For KTM, Motorcycle Cover Uv Protector, For KTM Plastic, 38 Brake, Brake Exc, Brake Pedal For KTM 690, For KTM 65, For KTM, For KTM Rope, Burgman Cover, 350 Air, 8cm Sinking Lure, 690 Smc, Gear Pedal, 390 Duke For KTM, Hithotwin]

> See more product details





Roll over image to zoom in



$136.99
& FREE Shipping

Arrives: Nov 23 - Dec 18

Usually ships within 6 to 10 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from — NCTHSTORE
Sold by — NCTHSTORE

Return policy: Returnable until Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?

Sell on Amazon

## Customers who viewed this item also viewed



Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W EXCF-W...
★★★★☆ 13
$33.99



7075 Aluminum Alloy Forged Rear Brake Foot Pedal Lever Arm For KTM SX XCW SXF XCF...
★★★★☆ 49
$46.99



AnXin CNC Rear Brake Pedal Step Plate Tip for KTM SX SX-F EXC-F XC-F XC-W EXC XC 85 125...
★★★★☆ 38
$9.99

## You might also like

Sponsored



CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ...
$33.99



CNC Rear Brake Foot Pedal Lever - Motorcycle For Kawasaki KX250F 2006-2018 KX250 20...
$34.99



CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M 125 144 150 200 250 300 350 ...
$32.99



CNC Rear Brake Foot Pedal Lever - Motorcycle For Kawasaki KX450F 2006-2018 KX450 20...
★★★★★ 2
$34.99



CNC Rear Brake Foot Pedal Lever - Motorcycle For Honda CRF250L 2013-2019 CRF250RL...
★★★★★ 2
$28.99



AnXin Foot Pegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC M...
★★★★☆ 19
$27.99 prime

Page 1 of 14

## Customers also viewed these products

Page 1 of 7









Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
⭐⭐⭐⭐ 13
$33.99

Motorcycle Swingarm Guard Swing Arm Protector For TC125 TC250 FC250 FC350...
⭐⭐⭐⭐ 44
$21.99
Only 18 left in stock - orde...

Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever for KTM EXC EXCF 5X SXF XC XCF...
⭐⭐⭐ 36
$8.99

AnXin CNC Rear Brake Pedal Step Plate Tip For Husqvarna TC125 16-20 FC250/350/450 16-20...
⭐⭐⭐⭐ 38
$9.99

Motorcycle Body Plastics Radiator Shrouds ABS Plastic For KTM 125 150 200 250 300 350 450...
⭐⭐⭐ 6
$19.99

AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC...
⭐⭐⭐⭐ 19
$27.99
Only 6 left in stock - order...

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Here is all For your need- Best Price and Quality For a Motorcycle Rear Brake Pedal Lever For KTM EXCF XCF SXF XCW 250 350 450 500 SX 125 150 2016 2017 2018 2019

Product description:

Brand new Premium upgrade replacement Rear Brake Pedal Lever. -machined from aircraft arade aluminium For making them stronger and lighter than the stock pedal levers. It comes with a stainless steel cleats For maximum traction, spring loaded flexible tip help prevent the breaking on impact and brake snake cable to prevent the lever from bending or snapping from rocks or roots etc.

Product Details:
-- Condition: 100% Brand New
-- Qty: 1x Rear Brake Pedal Lever
-- Material: 7075-T6 Aluminum
-- Color: As Picture Shown

-- -machined from billet aircraft-grade 7075-T6 aluminum
-- Features lightweight, hight strength and durability
-- Flexible pivoting tip to prevents damage from crashes and impacts
-- Adjustable tip positions can be set longer, shorter or at stock length
-- Adjustable length brake saver cable also included
-- Hard anodized finishing

Fitment:
For KTM 125 SX 16-19
For KTM 125 XC-W 17
For KTM 150S X/XC-W16-19
For KTM 250 SX-F/XC-F16-19
For KTM 250 EXC-F17-19
For KTM 350 SX-F/XC-F16-19
For KTM 350 EXC-F17-19
For KTM 450 SX-F 16-19
For KTM 450 EXC-F17-19
For KTM 500 EXC-F17-19

Product Specifics:
- Item Type: Ropes & Cables
- Model Name: BPL00S-OR
- External Testing Certification: CCC

★★★ Don't hesitate, Scroll to the top now and click Add to Cart to take this amazing product today.!

## Product information

### Technical Details

| Manufacturer | NCTHSTORE |
| Part Number | GG27387_327518400 |
| Material | Other |
| Item Package Quantity | 1 |

### Additional Information

| ASIN | B07X3KX279 |
| Best Sellers Rank | #3,424,791 in Automotive (See Top 100 in Automotive) #41,790 in Powersports Controls |
| Date First Available | August 26, 2019 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Related video shorts (0)   Upload your video



Be the first video

Your name here

## You might also like

Sponsored ⓘ









CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ...
$33.99

CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M 125 144 150 200 250 300 350 ...
$32.99

Duokon Brake Lever, Rear Hydraulic Brake Lever Pedal & Spring Fit for Pit Dirt Bike...
⭐⭐½☆☆ 4
$20.39 ✓prime

CNC Rear Brake Foot Pedal Lever - Motorcycle For Kawasaki KX450F 2006-2018 KX450 20...
⭐⭐⭐⭐⭐ 2
$34.99

CNC Rear Brake Foot Pedal Lever - Motorcycle For Honda CRF250R 2010-2019 CRF450R...
$34.99

NICHE Brake Pad Set for KTM 125 SX 250 XCF-W EXC EXC-F SX-F SXS-F 200 XC 300 503130...
⭐⭐⭐⭐☆ 11
$31.95

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

▾ How are ratings calculated?

**No customer reviews**

### Review this product

Share your thoughts with other customers

Write a customer review

## 4 stars and above

Sponsored ⓘ








Hopider CNC Wide Foot Pegs MX for Yamaha YZ85 2002-2019, YZ125 1997-2017, YZ250 199...
⭐⭐⭐⭐½ 65
$27.99 ✓prime

JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW...
⭐⭐⭐⭐☆ 67
$23.99

AnXin Foot Pegs Footpegs Footrest Foot Pedals Rests CNC MX For SUZUKI RM125 RM250...
⭐⭐⭐⭐☆ 133
$29.99 ✓prime

Hopider CNC Wide Foot Pegs 360° Roating MX Chopper Bobber Style for harley Dyna Spo...
⭐⭐⭐⭐½ 358
$29.99 ✓prime

JFG RACING Red Billet MX Wide Foot Pegs Pedals Rests For For Honda CR125/250R...
⭐⭐⭐⭐☆ 261
$27.99 ✓prime

Hopider CNC Wide Foot Pegs MX for Honda CR125/250 02-07, CRF150R 07-19,...
⭐⭐⭐⭐☆ 93
$26.99 ✓prime

## Related items

Case 1:20-cv-06677 Document #: 14 Filed: 11/10/20 Page 300 of 465 PageID #:2005











AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC...
★★★★☆ 19
$27.99

Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers For KTM SX XC EXC EXCF SIX DAYS...
★★★☆☆ 26
$22.99

JFGRACING Motorbike Offroad CNC Foot Pegs pedals Foot rests For 65-1290 SX SXF EXC EXCF...
★★★★☆ 146
$26.69

NICECNC Rear Brake Pedal Step Tip for 690 DU- SMC ENDURO 08-09 SUPERMOTOR...
★★★★☆ 54
$14.99

7075 Aluminum Alloy Forged Gear Shifter Shift Lever For KTM SX EXC XC MXC XCW SXF XCF...
★★★★☆ 49
$22.99

Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever For KTM EXC EXCF SX SXF XC XCF...
★★★★☆ 36
$8.99

Motorcy Guard S Protectic For KTM EXC125
★★★★☆
$21.99

## Inspired by your browsing history

Page 1 of 6









customSwagg KTM Racing 'Orange Print' Black Hoodie - Unisex Hoodie
★★★★☆ 3
$31.90 - $35.99

KTM Racing Tee
★★★★★ 62
$25.00 - $27.50

JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off Road...
★★★★★ 733
$19.99

IRC Rim Strips - 21"/--
★★★★☆ 310
$5.35

surpassme Motorcycle Grips Non Slip Rubber Bar End Thruster Grip 7/8" 22mm 24mm...
★★★★☆ 620
$9.99

ZW Homeland Rear Fender Mudguard Lamp LED Brake Red Tail Light for Dirt Bike Motocross...
★★★★☆ 76
$12.99

1PZ SR1 Light Tu + Flashe for Moto
★★★★☆
$29.99

## Your Browsing History

View or edit your browsing history ›









See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help


amazon

English | United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |
| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |



1-16 of 324 results for **NCTHSTORE** : **"KTM"**

Sort by: Featured ▾

**Brand**
NCTHSTORE



CNC Footrest Foot Pegs & Pins for Ktm 50 65 85 SX 125 200 250 300 350 450 500 530 SXF XC XCF EXC EXCF XCW XCFW FREERIDE 250 350

$115⁹⁹

FREE Shipping
Usually ships within 6 to 10 days.



Motorcycle Exhaust Silencer Tailpipe Rubber Seal Gasket Silicon Sleeve For KTM 50 65 85 105 125 144 150 200 450 SX XC EXC MXC

$25⁹⁹

FREE Shipping
Usually ships within 6 to 10 days.



For Ktm 50 Sx/10 For Ktm 50 Sx Senior Adventure Stator Rotor Ignition Coil Kit For Ktm 50 Lc Pro Senior Models 2001 And Up (Dark Grey)

$73⁹⁹

FREE Shipping
Usually ships within 6 to 10 days.




Motorcycle Footrest Foot Pegs Rear Brake Pedal Lever For KTM 125 150 200 250 300 350 450 EXC SX XC SXF XCW EXCF 2011-2016

$218⁹⁹

FREE Shipping
Usually ships within 6 to 10 days.



Motorcycle Rear Brake Pedal Lever For KTM EXCF XCF SXF XCW 250 350 450 500 SX 125 150 2016 2017 2018 2019

$136⁹⁹

FREE Shipping
Usually ships within 6 to 10 days.



Motorcycle Front Brake Disc Rotor Guard For KTM 125 200 250 300 350 400 450 500 EXC EXCF SX XC XCF XCF XCW XCFW 2016-2019

$164⁹⁹

FREE Shipping
Usually ships within 6 to 10 days.



Brake Pedal Lever Tip Plate For Husqvarna Te Fe Tc Fc Tx Fx Fs 125 150 200 250 300 350 390 400 450 501 S 2017 2018 2019 For Ktm (Brake…

$44⁹⁹

FREE Shipping
Usually ships within 6 to 10 days.

Amazon.com Seller Profile: NCTHSTORE

☰ amazon | All ▾ | [search] 🔍 | 🇺🇸 ▾ | Hello, Sign in **Account & Lists** ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

# NCTHSTORE

NCTHSTORE storefront

⭐⭐⭐⭐⭐ | 100% positive lifetime (3 total ratings)

NCTHSTORE is committed to providing each customer with the highest standard of customer service.

Have a question for NCTHSTORE?

[Ask a question]

---

## Detailed Seller Information

**Business Name:** PHAM THUC BANG
**Business Address:**
Nhuan Duc
Cu Chi
TP. Ho Chi Minh
700000
VN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

⭐⭐⭐⭐⭐ " La descripción del articulo no era la correcta "
By juan josé chavarria canales on January 17, 2020.

⭐⭐⭐⭐⭐ " Good service "
By James Potter on December 23, 2019.

" Dear Mr. James Potter! Thank you very much for choosing our product and gave us the best feedback. We hope you are happy with our product. We are working hard to serve you more better in the future. Best Regards! "
Read less
By NCTHSTORE on January 4, 2020.

⭐⭐⭐⭐⭐ " works great "
By Angel Garcia on December 4, 2019.

" Dear Angel Garcia. Thank you very much for choosing our product and give us the best feedback. We hope you are happy with it. We are working hard to serve you more better in the future. Best Regards! "
Read less
By NCTHSTORE on December 5, 2019.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | - | 100% | 100% |
| Neutral | - | - | 0% | 0% |
| Negative | - | - | 0% | 0% |
| Count | 0 | 0 | 3 | 3 |

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 6

< 



FMF Racing 11299 Wash Plug
⭐⭐⭐⭐½ 1,419
$8.97



customSwagg KTM Racing 'Orange Print' Black Hoodie - Unisex Hoodie
⭐⭐⭐⭐ 3
$31.90 - $35.99



KTM Racing Tee
⭐⭐⭐⭐½ 62
$25.00 - $27.50



JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off Road...
⭐⭐⭐⭐ 733
$19.99



IRC Rim Strips - 21"/--
⭐⭐⭐⭐½ 310
$5.35



surpassme Motorcycle Grips Non Slip Rubber Bar End Thruster Grip 7/8" 22mm 24mm...
⭐⭐⭐⭐½ 620
$9.99

KTM R UPW1
⭐⭐½ 1
$22.0

>

## Deals in magazine subscriptions



National Geographic Kids
⭐⭐⭐⭐½ 6,454
Print Magazine
$15.00



Real Simple
⭐⭐⭐⭐½ 6,949
Print Magazine
$10.00



Reader's Digest
⭐⭐⭐⭐½ 8,604
Print Magazine
$8.00



Better Homes and Gardens
⭐⭐⭐⭐½ 38
Print Magazine
$3.00



Real Simple
⭐⭐⭐⭐ 31
Print Magazine
$5.00



Martha Stewart Living
⭐⭐⭐⭐½ 4,377
Print Magazine
$5.00

---

**Your Browsing History** | View or edit your browsing history ›

See personalized recommendations


[Sign in]

New customer? Start here.





# Choose your shipping options

Continue

---

## Shipment 1 of 1

**Shipping from NCTHSTORE**   (Learn more)

Shipping to: ▮▮▮▮▮▮  1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **Motorcycle Rear Brake Pedal Lever For KTM EXCF XCF SXF XCW 250 350
  450 500 SX 125 150 2016 2017 2018 2019**
  $136.99 - Quantity: 1
  Sold by: NCTHSTORE

Change quantities or delete

### Choose a delivery option:

◉ **Monday, Nov. 23 - Friday, Dec. 18**
FREE Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



Case: 1:20-cv-06677 Document #: 14 Filed: 11/10/20 Page 304 of 465 PageID #:2009

amazon.com

SIGN IN — SHIPPING & PAYMENT — GIFT OPTIONS — PLACE ORDER

# Review your order

**Shipping address** Change
[redacted]
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: [redacted]
Add delivery instructions

**Payment method** Change
Debit ending in [redacted]

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
Enter Code | Apply

## [redacted] , we'd like to give you a chance to try Amazon

**Join Prime and start saving ▶**
**Receiving government assistance?** **Get 50% off Prime ▶**

## Estimated delivery: Nov. 23, 2020 - Dec. 18, 2020

**Motorcycle Rear Brake Pedal Lever For KTM EXCF XCF SXF XCW 250 350 450 500 SX 125 150 2016 2017 2018 2019**
$136.99
**Quantity:** 1 Change
Sold by: NCTHSTORE
Gift options not available.

**Choose a delivery option:**
◉ **Monday, Nov. 23 - Friday, Dec. 18**
FREE Shipping

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $136.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $136.99 |
| Estimated tax to be collected:* | $8.56 |
| **Order total:** | **$145.55** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-08673 Document #: 1-6 Filed: 11/10/20 Page 305 of 465 PageID #:3010



☰  amazon    All ▾  | KTM                          🔍   🇺🇸      Hello, Sign in          Returns      Try Prime ▾    0 ⬇
                                                            Account & Lists ▾    & Orders                         Cart
                                                            Account ▾
📍 Deliver to      Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping        Shop deals before they're gone
   Bensenville 60106

‹ Back to results





Roll over image to zoom in



## CNC Footrest Foot Pegs & Pins for Ktm 50 65 85 SX 125 200 250 300 350 450 500 530 SXF XC XCF EXC EXCF XCW XCFW FREERIDE 250 350

Brand: NCTHSTORE

Price: **$115.99** & FREE Shipping

Get $50 off instantly: Pay $65.99 $115.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- We are automotive enthusiasts and want to ensure you're getting the most for your money. By offering only the highest quality, tested and proven products on the market, We provides maximum performance for your vehicle. RELATED SEARCHES [Grip Hand Guard Motorcycle, Flash for Sony A58, 26 In Bike Tire, Bike Rest, for Ktm Sx, Gear Xs, Motorcycle Pedal, 2011 F150, Foot Motorcycle, 250 Cr]
- We also do rigorous testing on the strength, durability, as well as longevity of the material in order to make sure when the product arrives at the consumers end that it's ready to go without worries. RELATED SEARCHES [Street Bike Foot Rest, Polyester Uv, for Motorola V3, Excf, 1999 Zx6r, Meziu Phone, Engine for Kawasaki Ninja, Foot Pegs Pedals Rest for Kawasaki Ninja, Enduro, Motorcycle Peg]
- The car & motorcycle accessories category include: Protective Gear, Frames & Fittings, Brakes, Engines & Engine Parts, Exhaust & Exhaust Systems, Fuel Supply, Ingition, Seat Covers, Electrical System, Wheels & Rims, Bumpers & Chassis Filters, Bags & Luggage. RELATED SEARCHES [Kx250f Sprocket, Footpeg, Chopper Foot Rest, for Ktm Protector, Footrest for Suzuki, R129, 2005 Yaris]
- As automotive technology continues to advance, our commitment to developing the newest performance products is stronger than ever. For whatever you drive now and in the future, We will have the most advanced performance products available. RELATED SEARCHES [2011 F150, Foot Motorcycle, 250 Cr, Bicycle Rest, Rcf, Orange Pencil, 26 In Bike Tire, Bike Rest, Burgman Cover, for Ktm Plastic]
- Lifetime warranty: We provide Lifetime full warranty to cover any issues, just contact us if any problems and we will offer 100% satisfaction solution for you. RELATED SEARCHES [Engine for Kawasaki Ninja, Foot Pegs Pedals Rest for Kawasaki Ninja, Enduro, Polyester Uv, for Motorola V3, Motorcycle Peg, Case for Ktm, Bike Cover With Lock, Garden Special, 250 Cr, Bicycle Rest, Hithotwin, Orange Pencil]

› See more product details



$115.99
& FREE Shipping

Arrives: Nov 23 - Dec 18

Usually ships within 6 to 10 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...   NCTHSTORE
Sold by ...      NCTHSTORE

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## Customers who viewed this item also viewed

        

| NICECNC Billet 57mm Wide Foot Pegs Footrest for 65SX 09-18,85SX 03-17,150-300XC/250XC... | AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC... | JFGRACING Motorbike Offroad CNC Foot Pegs pedals Foot rests for 65-1290 SX SXF EXC EXCF... | AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX for KTM 85 125 150 250... | Nicecnc Orange Pro-Bite Wide Fat Foot Pegs Footrest Replace KTM 65SX 2009-2018,85SX... |
|---|---|---|---|---|
| ★★★★½ 54 | ★★★★☆ 19 | ★★★★☆ 146 | ★★★★☆ 23 | ★★★★★ 1 |
| $32.99 | $27.99 | $26.69 | $26.59 | $42.99 |
| Only 11 left in stock - orde... | Only 6 left in stock - order... | | | Usually ships within 1 to 3... |

---

## You might also like

Sponsored ⓘ                                                                    Page 1 of 27

          

| AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For Kawasaki KLX250R 25... | Motor-mh Wide CNC Motorcycle Foot Pegs Footrest for KTM 125 250 300 350 SX/EXC... | Motor-mh Wide CNC Motorcycle Foot Pegs Footrest for KTM 85 SX 2018-2019, KTM 125... | Foot Pegs Footrest Motorcross for KTM 250SX 1998-2016 (Black) | AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC M... | CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ... |
|---|---|---|---|---|---|
| ★★★☆☆ 15 | ★★★★☆ 6 | | | ★★★★☆ 19 | |
| $33.99 ✓prime | $35.99 ✓prime | $35.98 ✓prime | $45.99 | $27.99 ✓prime | $33.99 |

---

## Customers also viewed these products

                                                                                Page 1 of 7





**Motorcycle Footrest Foot Pegs Rear Brake Pedal Lever For KTM 125 150 200 250 300 350 450 EXC SX XC SXF XCW EXCF 2011-2016**

Brand: NCTHSTORE

Price: **$218.99** & FREE Shipping

Get $10 off instantly: Pay $218.99 $208.99 upon approval for the Amazon Store Card. No annual fee.

- 100% brand new product and lifetime warranty. [Enduro For KTM Exc, For HONDA Ns, Leopard Sunglass For Men, For KTM 450 Exc, Grip Hand Guard Motorcycle, Flash Sony A58, Foot For KTM, Foot Motorcycle, Footrest For KTM, Abs Sensor Tester, For Samsung Note 7, Soil Moisture Tool, Chopper Foot Rest, Exc Rear, Footrest For KTM, Exc Tool, 26 In Bike Tire, Bike Rest, Jelly Ring, For KTM Pedal, Footpeg For KTM, Hithotwin, For KTM 65, Orange Pencil]
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service. [For KTM, Neck Polo, Footrest Hammock, Auto Toolbox, For KTM Pedal, Footpeg Motorcycle, Footpeg For KTM, Abs Sensor Tester, For Samsung Note 7, Soil Moisture Tool, Chopper Foot Rest, Exc Rear, Footrest For KTM, Exc Tool, 26 In Bike Tire, For BMW X1 System, Jelly Ring, For KTM Exc]
- 100% MONEY BACK GUARANTEE: Any quality problem with the product, please feel free to contact us, we will refund your money or provide a new one. [Footrest Foot Motorcycle, Burgman Cover, For KTM Pedal, Footrest For KTM, Bicycle Rest, Footpeg For KTM, For KTM 65, Orange Pencil, Neck Polo, For BMW X1 System, Footrest, Enduro For KTM Exc, For HONDA Ns, Leopard Sunglass For Men, For KTM 450 Exc]
- FREE SHIPPING: 90% conventional orders will be delivered within 15-25 days. Please make sure to buy this product from NCTHSTORE brand. Other brand is not reliable. [Footrest For KTM, Exc Tool, 26 In Bike Tire, Bike Rest, Jelly Ring, Foot For KTM, Foot Motorcycle, For KTM Pedal, Footpeg For KTM, Hithotwin, For KTM 65, Orange Pencil, For KTM, Neck Polo, Footrest Hammock, Auto Toolbox, Footpeg Motorcycle]
- Don't hesitate, Scroll to the top now and click Add to Cart to take this amazing product today!!! [For Samsung Note 7, Soil Moisture Tool, Auto Toolbox, Chopper Foot Rest, Exc Rear, Footrest For KTM, Footpeg For KTM, Exc Tool, 26 In Bike Tire, For BMW X1 System, Jelly Ring, For KTM Exc, Footrest Foot Motorcycle, Burgman Cover, For KTM Pedal, Bicycle Rest, For KTM 65]

› See more product details



## Customers also viewed these products

Page 1 of 8



AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests Cnc Cam MX For KTM SX SXS XC EXC...
★★★★☆ 19
$27.99
Only 6 left in stock - order...



Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
★★★★☆ 13
$33.99



Motorcycle Swingarm Guard Swing Arm Protector For TC125 TC250 FC250 FC350...
★★★★☆ 44
$21.99
Only 18 left in stock - orde...



JFGRACING Motorbike Offroad CNC Foot Pegs pedals foot rests For 65-1290 SX SXF EXC EXCF...
★★★★☆ 146
$26.69



AnXin CNC Rear Brake Pedal Step Plate Tip For Husqvarna TC125 16-20 FC250/350/450 16-20...
★★★★☆ 38
$9.99



Motorcycle CNC Chain Guide Guard Protection For KTM SX/SX-F 125-530 85SX FREERIDE...
★★★☆☆ 8
$21.99

## You might also like

Sponsored



KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
★★★★☆ 17
$29.99



KTM Aluminum Skid Plate 450/500 XC-W/EXC 2012-2016 OEM: 78103990100
$139.99



NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
★★★★☆ 1
$83.99



Linkage Bearing Kits by Factory Links, Fits: KTM (2011-2019): 125 150 250 350 450 S...
★★★★☆ 1
$94.90 ✓prime



KTM Footrest Left Rally 2004-2016 OEM: 76203040250
$101.84



KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030
$83.99



KTM PowerParts Composite Skid Pla...KTM 250 350 SX-F... Cmpl. 2019-2020
$207.99

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword





☰  amazon

Automotive Parts & Accessories ▾

Deliver to Bensenville 60106

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

0 Cart

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping    Registry    Giants vs Eagles live now

Automotive    Your Garage    Deals & Rebates    Best Sellers    Parts ▾    Accessories ▾    Tools & Equipment ▾    Car Care ▾    Motorcycle & Powersports ▾    Truck ▾    RV ▾    Tires & Wheels ▾    Vehicles

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Windshields & Accessories › Windshields



Click image to open expanded view

## Motorcycle Street Double Bubble Windshield For KTM 390 2015-2016 (Clear)

Brand: Newland2019

Price: **$23.80** & FREE Shipping

**Get $50 off instantly:** Pay $0.00 $23.80 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Clear**

| | | | |
|---|---|---|---|
| $23.80 | $30.99 | $23.80 | $30.99 |

- State: New
- Quantity: 1
- Material: High quality ABS plastic
- Equipment: Fits KTM 125/200/390 Duke 2015-2016 model

› See more product details



**$23.80**
& **FREE Shipping**

Arrives: Nov 13 - Dec 7

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...    Newland2019
Sold by ...    Newland2019

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 P

Have one to sell?

Sell on Amazon

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product information

Color: **Clear**

#### Technical Details

| Manufacturer | Newland2019 |
|---|---|
| Brand | Newland2019 |
| Manufacturer Part Number | Newland2019 |

#### Additional Information

| ASIN | B08H4P171M |
|---|---|
| Date First Available | July 28, 2020 |

#### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

#### Feedback

Would you like to tell us about a lower price? ▾

---

### Videos

Page 1 of 2

**Videos for related products**



0:03

GUDAVO 100% Polycarbonate made Motorcycle Windshield

GUDAVO



0:41

Motorcycle Windscreen Extension

kemimoto



0:16

motorcycle windshield Extension small

DUILU



0:12

Universal windshield for motorcycle

DUILU



Classic Accessories UTV Front Windshi...

Merchant Video

Upload your video

---

### Product description

Color: **Clear**

Condition: Brand new
Quantity: 1 pc Material: High quality ABS plastic
Equipment:
KTM 125/200/390 Duke 2015-2016 model fit

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## Deals in magazine subscriptions

Page 1 of 6

       

**National Geographic Kids**
⭐ 6,454
Print Magazine
$15.00

**Health**
⭐ 7
Print Magazine
$3.00

**Southern Living**
⭐ 3,426
Print Magazine
$13.97

**American Farmhouse Style**
⭐ 95
Print Magazine
$23.00

**Southern Living**
⭐ 31
Print Magazine
$5.00

**Foreign Affairs**
⭐ 403
Print Magazine
$39.95

**National History**
⭐
Print Magazine
$19.00

## Best sellers in Kindle eBooks

Page 1 of 5

       

**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐ 1,471
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family…**
› Gregg Olsen
⭐ 17,065
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
⭐ 4,113
Kindle Edition
$4.99

**I Promise You: Stand-Alone College Sports…**
› Ilsa Madden-Mills
⭐ 586
Kindle Edition
$2.99

**Spellbreaker**
› Charlie N. Holmberg
⭐ 2,131
Kindle Edition
$4.99

**The Haunting of Brynn Wilder: A Novel**
› Wendy Webb
⭐ 2,679
Kindle Edition
$4.99

**Lying Ne…**
› Gregg O
⭐
Kindle Ed
$4.99

### Your Browsing History    View or edit your browsing history ›

Page 1 of 2

       

See personalized recommendations

Sign in

New customer? Start here.

Back to top



2 results for Newland2019 : **"KTM"**

Sort by: Featured

**Brand**
Newland2019



Double Bubble Bike Street Bike Windshield For KTM 690 Duquen Duro R 2012-2015 2014 (Silver)

**Silver**
$30⁶¹

FREE Shipping

Price may vary by color

   +



Motorcycle Street Double Bubble Windshield For KTM 390 2015-2016 (Clear)

**Clear**
$23⁸⁰

FREE Shipping

Price may vary by color

  

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search  What's this?

Page 1 of 3


Autofonder Soft Loop Tie Down Straps 6 Pack 1,500 Load Capacity Premium Loops for Securing ATV, UTV,...
★★★★☆
$11.99


Vehiclex Soft Loop Motorcycle Tie Down Straps 1.5 x 18 inches - Green - 10000 lb Load...
★★★★☆ 17
$11.99


Tumbl Trak Pit Pillow Soft Mat w/Denim Cover
★★★★☆ 32
$373.95


Pit Posse Pp2709Ktm KTM 160Pc Metric Motorcycle Assortment Bolt Kit Ktm690 Smc...
★★★★☆ 17
$29.95


PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure...
★★★★☆ 43
$49.95


CAOS Tie Down Ratchet Straps with Hooks - Heavy Duty Coated Steel, Chromoly...
★★★★★ 22
$49.97


CLIMATE 6, 27" x Protectio Black
★★★★☆
$29.87

## Deals in magazine subscriptions


InStyle
★★★★☆ 6
Print Magazine
$3.00


Martha Stewart Living
★★★★☆ 35
Print Magazine
$3.00


National Geographic Kids
★★★★☆ 6,417
Print Magazine
$15.00


Family Handyman
★★★★☆ 11,179
Print Magazine
$8.00


EatingWell
★★★★☆ 15
Print Magazine
$3.00


Travel + Leisure
★★★★☆ 26
Print Magazine
$3.00

---

## Your Browsing History   View or edit your browsing history

     

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

Get to Know Us        Make Money with Us        Amazon Payment Products        Let Us Help You

≡  amazon

| All ▾ | | 🔍 | 🇺🇸 ▾ | Hello, Sign in<br>Account & Lists ▾<br>Account ▾ | Returns<br>& Orders | Try Prime ▾ | 🛒 0<br>Cart |

📍 Deliver to<br>Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | **Shop deals before they're gone**

## Newland2019

Newland2019 storefront

Just launched | No feedback yet

Newland2019 is committed to providing each customer with the highest standard of customer service.

> Have a question for Newland2019?
>
> Ask a question

---

## Detailed Seller Information

**Business Name:** Guangzhou Furida Commercial and Trading Co Ltd
**Business Address:**

No.106 Fengze East Rd Nansha DIST (self compiled)
BLDG No.1) X1301-C010940 (Ji Qun Zhu Ce) (JM)
guangzhou
guangdong
511458
CN

| **Returns & Refunds** | Shipping | Policies | Help | Products |

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact Newland2019 to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

---

**A-to-z Guarantee**

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback | Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 6

‹

       

›

| Better Homes and Gardens | National Geographic Kids | Nation | Entertainment Weekly | Southern Living | Muse | Boatin... |
|---|---|---|---|---|---|---|
| ★★★★☆ 38 | ★★★★☆ 6,417 | ★★★★☆ 262 | | ★★★★☆ 30 | ★★★★☆ 219 | ★★★★ 1 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print M |
| $3.00 | $15.00 | $27.00 | $3.00 | $5.00 | $24.95 | $9.00 |

### Inspired by your browsing history

Page 1 of 6

‹

      

›

| FMF Racing 11299 Wash Plug | Troy Lee Designs Men's 20 TLD KTM Team Shirts | 72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins for 8"-21" rims Wheel RIM Spoke Covers... | AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC MXC XCW... | KTM FLAG READY TO RACE 3PW1771500 | KTM 6" Die-cut Decal Orange | KTM W Sign 3 |
|---|---|---|---|---|---|---|
| ★★★★☆ 1,413 | ★★★★☆ 110 | ★★★★☆ 71 | ★★★★☆ 18 | ★★★★☆ 151 | ★★★★☆ 67 | ★★★★ 1 |
| $9.63 | $30.00 - $31.50 | $9.99 | $27.99 | $19.99 | $6.80 | $13.5 |

### Your Browsing History

View or edit your browsing history ›

Page 1 of 2

‹

       

›

See personalized recommendations

Sign in

New customer? Start here.

---

Back to top

  

SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from Newland2019**  (Learn more)

Shipping to: ▆▆▆▆▆▆ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **Motorcycle Street Double Bubble Windshield For KTM 390 2015-2016 (Clear)**
  $23.80 - Quantity: 1
  Sold by: Newland2019

Change quantities or delete

**Choose a delivery option:**

◉ **Friday, Nov. 13 - Monday, Dec. 7**
FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon**.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Shipping address** Change

▬▬▬▬▬
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▬▬▬▬▬
Add delivery instructions

**Payment method** Change
Debit ending in ▬▬▬

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code   Apply

**Order Summary**
| | |
|---|---|
| Items: | $23.80 |
| Shipping & handling: | $0.00 |
| Total before tax: | $23.80 |
| Estimated tax to be collected:* | $1.49 |

**Order total:**    **$25.29**

How are shipping costs calculated?



▬▬▬▬▬**, we'd like to give you a chance to try Amazon**

Join Prime and start saving ▶

Receiving government assistance? Get 50% off Prime ▶

**Estimated delivery: Nov. 13, 2020 - Dec. 7, 2020**

Motorcycle Street Double Bubble
Windshield For KTM 390 2015-2016 (Clear)
**$23.80**
**Quantity:** 1 Change
Sold by: Newland2019
Gift options not available.

**Choose a delivery option:**
⦿ **Friday, Nov. 13 - Monday, Dec. 7**
   FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

≡ **amazon**

All | KTM

Deliver to Bensenville 60106

Hello, Sign in Account & Lists ▾ Account ▾

Returns & Orders

Try Prime ▾

0 Cart

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | **Giants vs Eagles live now**

‹ Back to results



Click image to open expanded view

## Double Bubble Bike Street Bike Windshield For KTM 690 Duquen Duro R 2012-2015 2014 (Silver)

Brand: Newland2019

Price: **$30.61** & FREE Shipping

Get $50 off instantly: Pay $0.00 $30.61 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Silver**



$25.46 | $25.46 | $25.46 | $30.61
$30.61 | $30.61

- State: New
- Quantity: 1
- Material: High quality ABS plastic
- Equipment: Fits KTM 690 Duke Enduro R 2012-2015 2014 model

› See more product details



**$30.61**
& FREE Shipping

Arrives: Nov 13 - Dec 7

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Newland2019
Sold by ...   Newland2019

Return policy: Returnable until Jan 31, 2021 ▾

Deliver to Bensenville 60106

Add to List

Share ✉ f 𝕏 P

Have one to sell?

Sell on Amazon

## You might also like

Sponsored ⓘ

Page 1 of 16



KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
★★★★☆ 11
$31.49



KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99



Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 ✓prime



KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor
★★★★☆ 43
$15.99 ✓prime



KTM Aluminum Skid Plate 450/500 XC-W/EXC 2012-2016 OEM: 78103990100
$139.99

‹ ›

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color: **Silver**

### Technical Details

| Manufacturer | Newland2019 |
|---|---|
| Brand | Newland2019 |
| Manufacturer Part Number | Newland2019 |

### Additional Information

| ASIN | B08HH333RF |
|---|---|
| Date First Available | July 27, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ▾



# Nicecnc Gas Fuel Tank Cover Replace KTM 125SX 150SX 250SX 250SXF 350SXF 450SXF 85SX 17/14,85SX 250/450SXF Factory Edition,250SX 250SXF 350SXF 85 SX 19/16

Visit the NICECNC Store

Price: **$19.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

- ● Condition:100% Brand New AFTERMARKET PARTS
- ● Material:T6061 Aluminum
- ● Surface Finished:Anodized
- ● Package Including:1 x Fuel Tank Cap

⌄ See more product details

⚑ Report incorrect product information.

Roll over image to zoom in

**$19.99**
& **FREE Shipping**

Arrives: Oct 26 - Nov 2

**Only 5 left in stock - order soon.**

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... NiceCNC
Sold by ... NiceCNC

Deliver to ⬛⬛⬛ - Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$0.00** instead of $19.99! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** **Apply now**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | Nicecnc |
|---|---|
| Brand | NICECNC |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | NICECNC10206-TC037AOR |

### Additional Information

| ASIN | B07LG8MM8Q |
|---|---|
| Best Sellers Rank | #3,967,021 in Automotive (See Top 100 in Automotive) #3,234 in Powersports Gas Tank Protectors |
| Date First Available | December 18, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for related products



0:18

For ZX10R 11-20 Fuel Rear Tank Cover ABS Plastic Carbon Fiber...

MADMOTO



0:30

Real Carbon Fiber Oil Tank Cover Decal Sticker

MADMOTO

Upload your video

## Important information

### Legal Disclaimer

THIS IS BRAND NEW AFTERMARKET PARTS

### Product description

**Features:**
Tilt and groove design, makes it easier to open.
Fashionable sense of design with anodized.
Withstand the toughest treatment.
Turns your bike into something very special.
**Reference Fitment:K–TM**
125/150/250SX 2013-2018
250/350/450SXF 2013-2018
85SX 17/14 2018
85SX 2014-2017
250SXF Factory Edition 2015-2017
450SXF Factory Edition 2015-2017

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

### Inspired by your browsing history

Page 1 of 9



KontrolFreek FPS Freek
Galaxy Purple for…
KontrolFreek
⭐⭐⭐⭐½ 7,253
PlayStation 4
$14.99



KontrolFreek Precision
Rings | Aim Assist Motion
Control for PlayStation…
KontrolFreek
⭐⭐⭐½ 1,017
$11.99



KontrolFreek FPS Freek
Galaxy White for Xbox…
KontrolFreek
⭐⭐⭐⭐ 916
Xbox One
47 offers from $22.55



KontrolFreek FPS Freek
Inferno for Xbox One…
KontrolFreek
⭐⭐⭐⭐½ 3,042
Xbox One
$14.99



FMF Racing 11299 Wash
Plug
⭐⭐⭐⭐½ 1,403
$7.98



### Popular products inspired by this item

Page 1 of 3



TechSpec Gripster Tank
Grips – Compatible with



KTM 1090 Adventure,
KTM 1190 ADVENTURE



Fooqs Tankpad for KTM
1050 1090 1190 1290



TechSpec Gripster Tank
Grips – Compatible With



Motorcycles Oil Filter
Cover Rear Axle Adjuster






KTM RC 390 (2014 - CURRENT) – SnakeSkin...
★★★★★ 1
$79.95

(2013 - CURRENT) KTM 1290 SUPER...
★★★☆☆ 4
$69.95

Adventure Adventurer R Adventure-R (White/Black/Orange 4)
$35.00

KTM Super Duke GT (2017-Current) –...
★★★★★ 1
$64.95

Block Engine Plug Kickstand Side Stand for KTM 125 200 390 Duke
$56.99

## Your Browsing History    View or edit your browsing history ›

Page 1 of 2

        

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English        United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Rapids<br>Fun stories for kids on the go |
| Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion |
| Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Prime Now<br>FREE 2-hour Delivery on Everyday Items | Amazon Photos<br>Unlimited Photo Storage Free With Prime |
| Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems |
| eero WiFi<br>Stream 4K Video in Every Room | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



Sort by: Featured ▾

**Brand**
NICECNC
Nicecnc



### NICECNC Brake Pedal Step Tip Gear Shifter Lever Tip for 125 250-530 SX SX-F EXC EXC-F XCW XCF SMR SMC
★★★★☆ ⌄ 2
$15.99
FREE Shipping
Only 1 left in stock - order soon.

### Nicecnc Black Brake Pedal Plate Shift Lever Tip Head Replace KTM 250/350/450 Factory Editions 2015-2019,250/350/450SXF/XCF 2016-...
★★★☆☆ ⌄ 3
Black
$29.99
Get it as soon as Wed, Oct 21
FREE Shipping by Amazon
Only 6 left in stock - order soon.
Price may vary by color





### Nicecnc 1PCS Motorcycle Street Off-Road Titanium Single Hydraulic Brake Banjo Bolt Screw 10mm x 1.00 Pitch 25MM Replace BMW Ducati KTM...
★★★★☆ ⌄ 10
1PCS
$9.99
Get it as soon as Thu, Oct 22
FREE Shipping on your first order shipped by Amazon
Only 6 left in stock - order soon.
Price may vary by color



### Nicecnc Black Gas Fuel Tank Cap Air Valve Vent Breather Hose Replace Hond-a,Yamaha, Kawasaki,Suzuki,KT-M Dirt Bikes and ATV,Upgraded...
★★★☆☆ ⌄ 3
$6.66
Get it as soon as Wed, Oct 21
FREE Shipping on your first order shipped by Amazon

### NICECNC Orange X-Brake Front Disc Rotor Guard Cover Replace KTM 125-530 SX/SX-F/XC/XC-F 2003-2014 EXC/EXC-F 2003-2015 TC/FC 125-450...
★★★★★ ⌄ 1
$21.99
FREE Shipping
Only 11 left in stock - order soon.



### Nicecnc Orange 50mm Rear Suspension Lowering Kit Replace K-TM 250 350 450 XC-F 2013-2018,TC125/250,FC250/350/450 TE250/300...
★★★☆☆ ⌄ 2
Orange
$16.99
Get it as soon as Thu, Oct 22
FREE Shipping on your first order shipped by Amazon
Only 1 left in stock - order soon.
Price may vary by color







### NICECNC Front Brake Caliper Disc Cover Guard Protect Replace K-T-M 125-

10/20/2020



530SX/SX-F/XC/XC-F 2015-2018 125-530EXC/EXC-F 2016 2017 2018...

★★★★★ ⌄ 1

$27⁹⁹

Get it as soon as **Wed, Oct 21**
FREE Shipping by Amazon
Only 4 left in stock - order soon.



NICECNC BL+TI Side Kick Stand & Spring for XCW 200/250 08-16 400 09-10 450 2009,11-16 500 12-13,15-16 530 2009 EXC-F/XCF-W 350,EXC...

★★★★☆ ⌄ 39

**Black+Titanium**
$62⁹⁹

Get it as soon as **Wed, Oct 21**
FREE Shipping by Amazon
Only 5 left in stock - order soon.

Price may vary by color



NICECNC Motorcycle Brake Gear Shift Pedal Lever Replace K-tm d-uke 390 2013-2016 125 2011-2015 200 2012-2016 RC125/RC200/RC390 2014...

★★★★⯪ ⌄ 5

$24⁹⁹

Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by Amazon
Only 8 left in stock - order soon.



NICECNC Engine Kill Start Switch Replace Honda Yamaha Kawasaki Suzuki KTM motorcycles ATV

★★★★⯪ ⌄ 3

$7⁹⁹

Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by Amazon
Only 14 left in stock - order soon.



NICECNC Orange CNC Billet Oil Filter Cover Cap for K-T-M RC 125/200/390 Duke,450/500 EXC SX-F,690 SMC/ENDURO SM/SM-R LC4...

★★★★★ ⌄ 1

$10⁹⁹

FREE Shipping
Only 10 left in stock - order soon.



Nicecnc Gas Fuel Tank Cover Replace KTM 125SX 150SX 250SX 250SXF 350SXF 450SXF 85SX 17/14,85SX 250/450SXF Factory Edition,250SX...

$19⁹⁹

FREE Shipping
Only 5 left in stock - order soon.



NICECNC Replace KTM 125-530cc 2004-2010,690 SMC/ENDURO/DU-2008-2009 SUPERMOTOR 2008 950 SUPERENDUROR 2007-2009...

$6⁹⁹

FREE Shipping



NICECNC 12mm P1.5 Red Magnetic Oil Drain Plug Bolt for 848/EVO/1098 R/S/1198 R/S All Monster 696/796/ABS 2010-821/1100/EVO/1200...

★★★★⯪ ⌄ 27

$6⁹⁹



amazon

All ▾                                        🔍    🇺🇸 ▾    Acco... ists ▾    Returns & Orders    Try Prime ▾    🛒 0 Cart

Deliver to Bensenville 60106    Holiday Deals    Gift Cards    Customer Service    's Amazon.com    Prime Video    Best Sellers    Browsing History ▾    Shop the Fashion Gift guide

## NICECNC  NiceCNC

NiceCNC storefront

★★★★☆ 95% positive in the last 12 months (258 ratings)

Dear Valued Customer:

Thank you so much for your great support on us.

**If you have any other questions or concerns,feel free to contact us first.**
**Our customer service will reply your E-mail within 24 Hours .**

**Note:about the RETURN and REFUND,Must TELL US the tracking number,WE CAN REFUND THE FULL MONEY TO YOU IMMEDIATELY^_^**

Contact US: Enter NICECNC storefront,

Have a question for NiceCNC?

**Click the "Ask a question"**

Have a question for NiceCNC?

Ask a question

---

## Detailed Seller Information

**Business Name:** xiahua huang
**Business Address:**
　Room 502,No.43,SongNan Street South
　BaiYun District
　Guangzhou
　510160
　CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
| --- | --- | --- | --- | --- | --- | --- |

★★★★★ " I really like these pegs they are nice and wide and installed in just a few minutes. "
By Gordon M. on October 11, 2020.

★★★★★ " Thx "
By G. Bishop on October 6, 2020.

★★★★★ " Part was as it should be, quick shipping. I would use them again. "
By jon on October 1, 2020.

★☆☆☆☆ " Not as pictured!!! "
By Sarah Proffitt on October 1, 2020.

★★★★★ " responsable "
By Astrid Quintero on September 29, 2020.

|  | 30 days | 90 days | 12 months | Lifetime |
| --- | --- | --- | --- | --- |
| Positive | 93% | 95% | 95% | 96% |
| Neutral | 0% | 2% | 1% | 2% |
| Negative | 7% | 3% | 4% | 3% |
| Count | 14 | 61 | 258 | 962 |

Previous   Next

Leave seller feedback   Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 9

      

KontrolFreek FPS Freek Galaxy Purple for...
KontrolFreek
PlayStation 4
★★★★☆ 7,253
$14.99

KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation 4...
KontrolFreek
★★★☆☆ 1,017
$11.99

KontrolFreek FPS Freek Galaxy White for Xbox...
KontrolFreek
Xbox One
★★★★☆ 916
47 offers from $22.55

KontrolFreek FPS Freek Inferno for Xbox One...
KontrolFreek
Xbox One
★★★★☆ 3,042
$14.99

Bionik Quickshot - Trigger Stop Lock System for Playstation DualShock 4 Wireless Controllers
★★★☆☆ 502
$12.38

### Top subscription apps for you

Page 1 of 9

      

Disney+
Disney

STARZ
Starz Entertainment

Sling TV
Sling TV LLC

SHOWTIME
Showtime Digital Inc.



SIGN IN | **SHIPPING & PAYMENT** | GIFT OPTIONS | PLACE ORDER

# Choose your shipping options

Continue

## Shipment 1 of 1

### Shipping from NiceCNC  (Learn more)

Shipping to: ▮▮▮▮▮▮▮▮, 100 W ROOSEVELT AVE, BENSENVILLE, IL, 60106-4106 United States

- **Nicecnc Gas Fuel Tank Cover Replace KTM 125SX 150SX 250SX 250SXF 350SXF 450SXF 85SX 17/14,85SX 250/450SXF Factory Edition,250SX 250SXF 350SXF 85 SX 19/16**
  $19.99 - Quantity: 1
  Sold by: NiceCNC

Change quantities or delete

### Choose a delivery option:

● **Monday, Oct. 26 - Monday, Nov. 2**
  FREE Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

.com

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

**Shipping address** Change

████████████
100 W ROOSEVELT AVE
BENSENVILLE, IL 60106-4106
United States
Phone: ████████

Add delivery instructions

**Payment method** Change

 ending in ████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[Enter Code] [Apply]

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected:* | $1.25 |
| **Order total:** | **$21.24** |

How are shipping costs calculated?

---

**FREE TRIAL**

████, we're giving you 30 days of Prime benefits for **FREE**

[Try Prime FREE for 30 days ›]

**Estimated delivery: Oct. 26, 2020 - Nov. 2, 2020**



Nicecnc Gas Fuel Tank Cover Replace KTM 125SX 150SX 250SX 250SXF 350SXF 450SXF 85SX 17/14,85SX 250/450SXF Factory Edition,250SX 250SXF 350SXF 85 SX 19/16
**$19.99**
Quantity: 1 Change
Sold by: NiceCNC
Gift options not available.

**Choose a delivery option:**

● **Monday, Oct. 26 - Monday, Nov. 2**
FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



Deliver to
Bensenville 60106

Holiday Deals    Gift Cards    Customer Service    Amazon.com    Prime Video    Best Sellers    Browsing History    Buy Again    Shop the Halloween Store

‹ Back to results

Your medication, delivered    Learn more ›

## NICECNC Brake Pedal Step Tip Gear Shifter Lever Tip for 125 250-530 SX SX-F EXC EXC-F XCW XCF SMR SMC

Visit the NICECNC Store

★★★★☆  2 ratings

Price: **$15.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable  ⌄

| | |
|---|---|
| Handle Type | Lever |
| Metal Type | Aluminum |
| Brand | NICECNC |

### About this item
- Made from High Quality Aluminum, Beautiful And Durable
- CNC Anodized Surface Finish,Easy To Install
- Fit for Most KTM OEM Brake Pedal and shift lever,KTM SX SX-F EXC EXC-F XCW XCF SMR SMC

› See more product details

Compare with similar items

⚠ Report incorrect product information.

Roll over image to zoom in



**$15.99**
& FREE Shipping

Arrives: Oct 26 - Nov 2

**Only 1 left in stock - order soon.**

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from   NICECNC
Sold by      NICECNC

📍 Deliver to ■■■ - Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

## Frequently bought together



Total price: **$48.98**

[ Add both to Cart ]

[ Add both to List ]

ⓘ One of these items ships sooner than the other. Show details

☑ **This item:** NICECNC Brake Pedal Step Tip Gear Shifter Lever Tip for 125 250-530 SX SX-F EXC EXC-F XCW XCF SMR…  $15.99
☑ NICECNC Billet 57mm Wide Foot Pegs Footrest for 65SX 09-18,85SX 03-17,150-300XC/250XC-F 200-530XC-W…  $32.99

## Inspired by your recent shopping trends

Page 1 of 14

      

| Motor-mh Wide CNC Motorcycle Foot Pegs Footrest for KTM 125 250 300 350 SX/EXC... | CNC Aluminum Chain Slider Guide Guard Protection For KTM All Models 2008-2018 SX... | Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W... | Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM XCF EXC SX... | Motorcycle CNC Chain Guide Guard Protection For KTM SX/SX-F 125-530 85SX FREERIDE... | CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF... | Rzmmotor 7/8'' 22m CNC Brake Clutch Le Protective Guards Ba Ends Motorcycles... |
|---|---|---|---|---|---|---|
| ★★★★☆ 6 | ★★★☆☆ 6 | ★★★★☆ 13 | ★★★★☆ 8 | ★★★★☆ 8 | ★★★☆☆ 18 | ★★★★☆ 15 |
| $35.99 | $27.99 | $33.99 | $18.99 | $24.99 | $20.99 | $33.99 |
| Only 3 left in stock - order... | | Only 15 left in stock - orde... | | Only 7 left in stock - order... | | Only 16 left in stock - o |

## Exclusive items from our brands

Page 1 of 6

      

| CLEO Plastic Fender Fairing Body Work Kit Set · Plastic Body Fender Kit 7 piece for CRF50... | AmazonBasics Motorbike Powersports Racing Gloves - XX-Large, Green | Marsauto 194 LED Light 6000K 168 T10 2825 5SMD LED Replacement Bulbs for... | Marsauto 194 LED Bulb Blue 168 T10 2825 5SMD No Polarity Replacement Bulbs for... | AmazonBasics Premium Waterproof Winter Plus Performance Gloves, Black, L | AmazonBasics Motorcycle Saddle Bags | AmazonBasics Enha Flex Grip Work Le Extra Large, Grey |
|---|---|---|---|---|---|---|
| ★★★★☆ 73 | ★★★★☆ 1,244 | ★★★★★ 6,812 | ★★★★☆ 1,164 | ★★★★☆ 123 | ★★★★☆ 57 | ★★★★☆ 671 |
| $29.99 | $11.99 | #1 Best Seller in Automotive Light Bulbs $9.99 | $9.99 | $18.45 | $78.24 Only 19 left in stock - orde... | $12.39 |

≡   **amazon**    All ▾   ktm                                    🔍   🇺🇸    Acco…   ists ▾    Returns    Try Prime ▾    🛒 0 Cart
                                                                                        Account ▾   & Orders

📍 Deliver to    Holiday Deals   Gift Cards   Customer Service   ▯▯▯ Amazon.com   Prime Video   Best Sellers   Browsing History ▾          Shop the Fashion Gift guide
   Bensenville 60106

‹ Back to results



### NICECNC Orange CNC Billet Oil Filter Cover Cap for K-T-M RC 125/200/390 Duke,450/500 EXC SX-F,690 SMC/ENDURO SM/SM-R LC4 Duke/R,1050 1190 Aadventure/R RC8/RC8R

Visit the NICECNC Store

⭐⭐⭐⭐⭐   1 rating

Price: **$10.99** & **FREE Shipping**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

- Condition:100% Brand New AFTERMARKET PARTS,Color:Anodized Orange
- Material:6061-T6 Aluminum,CNC-machined from billet aluminum,lightweight and durable
- Premium quality,anodized surface finish
- Direct old or damgae Replacement and upgrade
- Getting some eye-catching parts for your bike.

⊕ See more product details

⚐ Report incorrect product information.

Roll over image to zoom in

**$10.99**
& FREE Shipping

Arrives: **Oct 26 - Nov 2**

**Only 10 left in stock - order soon.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from …   NiceCNC
Sold by …      NiceCNC

📍 Deliver to ▯▯▯ - Bensenville 60106

[ Add to List ]

Share  ✉  f  🐦  📌

Have one to sell?
[ Sell on Amazon ]

---

### You might also like
Sponsored ⓘ                                                          Page 1 of 18

‹

KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
⭐⭐⭐⭐⭐ 1
$124.99

NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
⭐⭐⭐⭐☆ 1
$83.99

KTM Racing Chain Guide (Orange) OEM 7810497000004
⭐⭐⭐⭐⭐ 2
$98.99

KTM Supersprox Stealth Rear Sprocket (Orange) 51T OEM: 5841005105104
⭐⭐⭐⭐⭐ 2
$83.99

KTM Factory Skid Plate (Black) 250/350 2015-2019 OEM: UPP15030
$129.99

›

---

### Customers who bought this item also bought

NEW KTM OIL FILTER SERVICE KIT 2012-2015 690 DUKE BLACK WHITE ENDURO 75038046110
⭐⭐⭐⭐⭐ 23
$65.78
Only 12 left in stock - orde…

---

### Customers also viewed these products
Page 1 of 8

‹                                                                          ›



10/22/2020 Case 1:20-cv-06677 Document 1-14 Filed 11/11/20 Page 324 of 465 PageID #:2029 Niree Short Brake Clutch Levers for KTM 1190 Adventure/R 2013-2016 Super Adventure 1290 2015-2016 Orange: Automotive



Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping · Shop today's epic deals now

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ˅ | Accessories ˅ | Tools & Equipment ˅ | Car Care ˅ | Motorcycle & Powersports ˅ | Truck ˅ | RV ˅ | Tires & Wheels ˅ | Vehicles

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake

## Niree Short Brake Clutch Levers for KTM 1190 Adventure/R 2013-2016 Super Adventure 1290 2015-2016 Orange

Brand: Niree

Price: **$18.99**

Get $50 off instantly: Pay $0.00 ~~$18.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Orange**

    

- 6 Position Lever Adjustment stainless steel fasteners
- Perfect fitment without any modification
- Precision Machined Pivot Bore to Ensure A Perfect Fit
- Machined from CNC Billt 6061 T6 Aluminum
- Easy installation,professional installation recommended
- › See more product details

**$18.99**

$7.99 delivery: Nov 5 - 23

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from — Niree
Sold by — Niree

Return policy: This item is returnable ˅

Deliver to Bensenville 60106

Add to List

Share ✉ f ▸ ₱

Have one to sell?

Sell on Amazon

Click image to open expanded view

### Inspired by your recent shopping trends
Page 1 of 20



**CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF...**
★★★☆☆ 20
$20.99



**MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07...**
★★★☆☆ 9
$38.88
Only 17 left in stock - orde...



**MZS Pivot Levers Brake Clutch CNC Orange Compatible with KTM 125 EXC (SIX DAYS)...**
★★★☆☆ 3
$38.88
Only 7 left in stock - order...



**Heran Pivot Dirt Bike CNC Brake Clutch Levers for KTM 250 XC-F/SX/SX-F/XC/EXC...**
★★★★☆ 2
$32.99
Only 15 left in stock - orde...



**for KTM 125 144 200 505 525 530 EXC EXC-EXC-F XC XC-W XC-F...**
★☆☆☆☆ 1
$27.55
Only 17 left in stock - orde...

### Sponsored products related to this item
Page 1 of 14



**MRELC CNC Short Brake Clutch Levers for Honda GROM MSX125 2014-2019, CBR250R 2011-2...**
★★★★★ 4
$24.99 ✓prime



**MRELC Universal Motorcycle 7/8" 22mm Handlebar Brake Master Cylinder Clutch Lever C...**
★★★★☆ 2
$36.99 ✓prime

**KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404**
★★★★☆ 3
$47.99

**KTM Clutch Lever (Orange) Brembo OEM: 7800293120004**
★★★★★ 5
$29.99

**KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404**
★★★★★ 1
$101.99

**MZS 7/8 Levers set Universal Motorcycle Short CNC Brake Master Cylinder Compatible ...**
★★★★☆ 30
$65.99 ✓prime

**KTM Flex Clutch Lev Brembo (Orange) OI 7870293104404**
★★★★★ 3
$101.99

Ad feedback

### Special offers and product promotions
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- Your cost could be **$8.99 instead of $18.99**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:Orange

| Technical Details | | Additional Information | |
|---|---|---|---|
| Manufacturer | Niree | ASIN | B01D1OQKIM |
| Brand | Niree | Best Sellers Rank | #1,289,858 in Automotive (See Top 100 in Automotive) |
| Item Weight | 12.3 ounces | | #2,134 in Powersports Brake Levers |
| Manufacturer Part Number | Niree-brake clutch levers | Date First Available | March 16, 2016 |
| OEM Part Number | Fit for KTM 1190 Adventure/R 2013-2016 Super Adventure 1290 2015-2016 | | |
| Vehicle Service Type | Street Bike | | |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

# Videos

Page 1 of 3

**Videos for related products**



Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever

GOOFIT



Motorcycle CNC brake clutch levers

FXCNC Racing



7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir...

Feiteplus



WOOSTAR- How to install a Clutch Brake Bump Lever Assembly for...

WOOSTAR DIRECT US



Street Brake L...

TARAZON-Moto

Upload your video

# Product description

Color:**Orange**

Brand New Pair (Clutch and Brake) Levers set with 6 adjustable positions.
ii

**Specification:**

- Condition: 100% Guarantee Brand New
  ii
- Material: Machined from CNC Billet 6061-T6 Aluminum
  ii
- Size: Short Version , 145mm (2 Fingers, about 1 inch shorter than the original)
  ii
- Color: Same As Picture Show
  ii

**Package Includes:**

- Brake lever * 1 ,clutch lever * 1
  ii
- Instructions not Included


**Features:**
ii
- 6 Position Lever adjustable speed button design.
  ii
- Precision Machined Pivot Bore To Ensure A Perfect Fit
  ii
- Direct replacement for stock levers. No modification !(Some parts or bushing from the original levers may be required to complete the installation)
  ii
- Enhance the look of your motorcycle with these custom hand Levers
  ii
- Easy installation! These Levers are great replacement for your old Levers

---

# Sponsored products related to this item



Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : Super Adventure 1290 (2015...

$48.06



Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : 1190 Adventure (2013-2016)...

$48.06



Paired CNC Aluminum Motorcycle Handles Folding Brake lever Clutch lever for Ducati ...

$36.38



Paired CNC Aluminum Motorcycle Handles Folding Brake lever Adjustable Clutch lever...

★★★★☆ 1

$36.38

Ad feedback

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

# Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

**Pages with related products.** See and discover other items: 1190 super adventure, 2016 ktm parts

## Customers who searched for "emoji" ultimately bought

Page 1 of 2









LovesTown Mini Emoji Keychain Set, 80pcs Emoji Party Favors for Kids Emoticon Plush...
⭐⭐⭐⭐ 32
$12.99

Emoji Universe: Emoji LED Rings, 24 Count
⭐⭐⭐⭐ 359
$11.95

36 Styles Metallic Glitter Emoji Temporary Tattoos for Kids, Emoji Birthday Party Supplies Games...
⭐⭐⭐⭐ 3
$5.99

Dreampark Emotion Keychain Mini Cute Plush Pillows, Christmas / Birthday Party...
⭐⭐⭐⭐ 740
$10.99

Dreampark 80 Pack Mini Emotion Keychain Plush, Party Favors for Kids, Christmas / Birthday...
⭐⭐⭐⭐ 182
$32.99

## Popular products inspired by this item

Page 1 of 7









MZS Short Levers Brake Clutch CNC Compatible with Honda CBR1000RR CBR 1000RR...
⭐⭐⭐⭐ 29
$35.88

MZS Short Levers Brake Clutch Adjustment CNC Black Compatible with Yamaha Raptor 700...
⭐⭐⭐⭐ 6
$38.88

MZS Short Levers Brake Clutch Square Adjustment Red Compatible with...
⭐⭐⭐ 3
$42.99

MZS Short Levers Brake Clutch Square Adjustment Black CNC Compatible with Royal...
⭐⭐⭐ 5
$42.99

MZS Short Brake Clutch Levers Compatible with Suzuki GSXR600 2006-2010| GSXR750 2006...
⭐⭐⭐⭐ 40
$35.80

### Your Browsing History    View or edit your browsing history ›

Page 1 of 3

See personalized recommendations

Sign in

New customer? Start here.










Back to top

☰ **amazon** | All ▾ | 🔍 | Hello, Sign in / Account & Lists ▾ / Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 Cart 0

Deliver to Bensenville 60106 | Holiday Deals · Gift Cards · Best Sellers · Customer Service · New Releases · AmazonBasics · Whole Foods · Free Shipping | Shop deals before they're gone

## Niree

*Niree storefront*

⭐⭐⭐⭐☆ | 67% positive in the last 12 months (12 ratings)

Niree is committed to providing each customer with the highest standard of customer service.

**Have a question for Niree?**

[Ask a question]

---

## Detailed Seller Information

**Business Name:** Yuerong Yi

**Business Address:**
Yuexiu District,Beizhan Road, 35#
152 room, 402 #
Guangzhou
Guangdong
510000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

⭐⭐⭐⭐⭐ "OEM replacement parts"
By Tompkinsrk on October 25, 2018.

⭐⭐⭐☆☆ "What I thought was blue, is more like purple."
By Amazon Customer on October 24, 2018.

⭐☆☆☆☆ "Parts missing can't use the product so now it's just sitting there"
By Amazon Customer on October 24, 2018.

⭐⭐⭐⭐⭐ "Tx"
By MBR on October 22, 2018.

⭐☆☆☆☆ "Part arrived with no instruction once installed the brake light was on constantly over running light while the blinkers were working. Contacted the seller and they sent over a wiring diagram (should have come originally), I had to swap wires in their supplied harness to get it to work properly. they wanted to charge a $20 restock fee for their defective product, would not recommend this seller."
Read less
By don lepard on October 18, 2018.

"hello there, this item only fit 2006-2009, but your bike is 2018 , so it will not fit."
By Niree on October 22, 2018.

Previous  Next

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | 50% | 67% | 95% |
| Neutral | - | 0% | 0% | 1% |
| Negative | - | 50% | 33% | 4% |
| Count | 0 | 2 | 12 | 842 |

Leave seller feedback · Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 8



**Laugh Till You Cry Emoji Pillow 12.5 Inch Large Yellow Smiley Emoticon**
⭐⭐⭐⭐⭐ 584
$9.95



**KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)**
⭐⭐⭐⭐☆ 134
$19.99



**JFGRACING Motorbike Offroad CNC Foot Pegs pedals Foot rests For 65-1290 SX SXF EXC EXCF...**
⭐⭐⭐⭐☆ 146
$26.69



**FMF Racing 11299 Wash Plug**
⭐⭐⭐⭐☆ 1,413
$9.63



**Timex Unisex Weekender 38mm Watch**
⭐⭐⭐⭐☆ 12,195
$29.55 - $89.99



### Top subscription apps for you

Page 1 of 9



**Disney+**
Disney
⭐⭐⭐⭐½ 386,990
$0.00



**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐☆ 98,054
$0.00



**STARZ**
Starz Entertainment
⭐⭐⭐⭐☆ 79,755
$0.00



**Sling TV**
Sling TV LLC
⭐⭐⭐⭐☆ 47,388
$0.00



**SHOWTIME**
Showtime Digital Inc.
⭐⭐⭐⭐☆ 22,921
$0.00





Niree · "KTM"

1-16 of 448 results for Niree : "KTM"

Sort by: Featured

**Brand**
Niree
Baakyeek
GAO



Niree Motorcycle Tank Gas Metallic Luster Protector Pad Sticker Decal for KTM 390 Duke/RC390 200 Duke/RC200 RC125 RC125/125 Duke (C07#)

⭐☆☆☆☆ ⌄ 1

C07
$9.99

$4.99 shipping

   

Niree Motorcycle Tank Gas Metallic Luster Protector Pad Sticker Decal for KTM 1190 Adventure/R Super Adventure 1290 (C07#)

C07
$9.99

$4.99 shipping

   



Niree Short Brake Clutch Levers for KTM 1190 Adventure/R 2013-2016 Super Adventure 1290 2015-2016 Orange

Orange
$18.99

$7.99 shipping

   

15 LED LEDS Integrated Motor taillight Motorcycle Replacement Assemble Parts Brake Stop Light Tail light Super Bright Fit For Honda Suzuki...

$14.00

$7.99 shipping



Niree Motorcycle Accessories Oil Fuel Tank Bag Magnet Pack MotoGear For GPS Or Cell Phone Waterproof Bag for KTM 1190 Adventure/R Super...

$23.99

$7.99 shipping



Niree Motorcycle Tank Gas Protector Pad Sticker Decal for KTM 690 Duke/SMC/SMCR 2014-2016 ADVENTURE 1050 2016 690 Enduro R 201...

A08
$9.99

$4.99 shipping

   

Niree Short Brake Clutch Levers for KTM 690 Enduro R 2014-2016 690 Duke/SMC/SMCR 2014-2016 ADVENTURE 1050 2016 Gray

⭐⭐⭐⭐☆ ⌄ 3

gray
$23.99

$7.99 shipping

    



SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options


Continue

---

### Shipment 1 of 1

**Shipping from Niree**   (Learn more)

Shipping to: ▉▉▉, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Niree Short Brake Clutch Levers for KTM 1190 Adventure/R 2013-2016 Super Adventure 1290 2015-2016 Orange**
  $18.99 - Quantity: 1
  Sold by: Niree

Change quantities or delete

#### Choose a delivery option:

○ **Thursday, Nov. 5 - Monday, Nov. 23**
$7.99 - Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **AMAZON.COM**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

(i) Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change

███
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ███
Add delivery instructions

**Payment method** Change
VISA ending in ███

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]  [ Apply ]

**prime** ███, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery:  Nov. 5, 2020 - Nov. 23, 2020**

Niree Short Brake Clutch Levers for KTM
1190 Adventure/R 2013-2016 Super
Adventure 1290 2015-2016 Orange
$18.99
Quantity: 1  Change
Sold by: Niree
Gift options not available.

**Choose a delivery option:**
● Thursday, Nov. 5 - Monday, Nov. 23
  $7.99 - Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $7.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected:* | $1.19 |
| **Order total:** | **$28.17** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06673-Document #: 14 Filed: 11/10/20 Page 331 of 465 PageID #:2836



‹ Back to results



Roll over image to zoom in




# Niree Motorcycle Tank Gas Metallic Luster Protector Pad Sticker Decal for KTM 390 Duke/RC390 200 Duke/RC200 RC125 RC125/125 Duke (C07#)

Brand: Niree

⭐ 1 rating

Price: **$9.99**

Get $50 off instantly: Pay $0.00 $9.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **C07**

 $9.99
 $9.99
 $9.99
 $9.99
 $9.99

 $9.99
 $9.99
$9.99

- Condition :100% Brand New
- Color : As picture shows Package Included : 1 X Motorcycle Sport Tank Protector Pad Sticker
- Stick-on adhesive tank protector enhances the look of your bike while protecting your valuable paint job
- Easy to install (No additional tools are needed); Note: Please do not reuse it, or it`s adhesive will be relatively poor, please clean the location before pasting.
- Fit for : KAWASAKI YAMAHA HONDA SUZUKI BMW DUCATI BENELLI DERBI TRIUMPH MOTO GUZZI KTM , all Mode & Year Motorcycles

› See more product details

Compare with similar items

---

**$9.99**

$4.99 delivery: **Nov 5 - 23**

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Niree
Sold by ... Niree

Deliver to Bensenville 60106

Add to List

Share ✉ f 𝕏 📌

Have one to sell?

Sell on Amazon

---

## Inspired by your recent shopping trends

Page 1 of 15



CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF...
⭐ 20
$20.99



for KTM 125 144 200 250 300 400 450 500 505 525 530 EXC EXC-R EXC-F XC XC-W XC-F...
⭐ 1
$27.55
Only 17 left in stock - orde...



MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07...
⭐ 9
$38.88
Only 17 left in stock - orde...



MZS Pivot Levers Brake Clutch CNC Orange Compatible with KTM 125 EXC (SIX DAYS)...
⭐ 3
$38.88
Only 7 left in stock - orde...



Heran Pivot Dirt Bike CNC Brake Clutch Levers for KTM 250 EXC-F/SX/SX-F/XC/EXC...
⭐ 2
$32.99
Only 15 left in stock - orde...



Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016...
⭐ 12
$31.96



Orange Motorcycle Aliminum Adjustable Folding Extendable Brake Clutch Levers...
⭐ 15
$38.99
Only 9 left in sto...

---

## Customers also viewed these products

Page 1 of 8



CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
⭐ 88
$25.98

M10 Motorcycle CNC Swingarm Sliders Spools Stand Screw For KTM Duke 125 200 390 690...
⭐ 23
$19.99

Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit...
⭐ 15
$38.99
Only 9 left in stock - order...

COPART Motorcycle Engine Guards Protector Crash Bars without Frame Sliders for KTM...
⭐ 34
$105.00
Only 7 left in stock - order...

FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 200 250 SX 2014 2015 2016 2017...
⭐ 28
$32.99

Coolsheep Motorcycle Frame Slider Crash Protector for KTM 125 200 250 390 Duke...
⭐ 11
$45.99
Only 12 left in stock - orde...

Xitomer Tail Tidy for DUKE 2017 2018 2019 2020, Fender Elimin... for KTM DUKE 125...
⭐ 27
$29.99
Only 6 left in sto...

---

## Sponsored products related to this item

Page 1 of 20



Case 1:20-cv-06677-Document 14-1 Filed 11/10/20 Page 332 of 465 PageID 2037



☰ **amazon**    All ▾ | KTM                                    🔍    🇺🇸 ▾    Hello, Sign in / Account & Lists ▾ / Account ▾    Returns & Orders    Try Prime ▾    🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping          Shop today's epic deals now

‹ Back to results



Roll over image to zoom in

## Niree Motorcycle Tank Gas Metallic Luster Protector Pad Sticker Decal for KTM 1190 Adventure/R Super Adventure 1290 (C07#)

Brand: Niree

Price: **$9.99**



Get $50 off instantly: Pay $0.00 $9.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **C07**

| $9.99 | $9.99 | $9.99 | $9.99 | $9.99 |
| $9.99 | **$9.99** | $9.99 | | |

- Condition :100% Brand New
- Color : As picture shows Package Included : 1 X Motorcycle Sport Tank Protector Pad Sticker
- Stick-on adhesive tank protector enhances the look of your bike while protecting your valuable paint job
- Easy to install (No additional tools are needed); Note: Please do not reuse it, or it`s adhesive will be relatively poor, please clean the location before pasting.
- Fit for : KAWASAKI YAMAHA HONDA SUZUKI BMW DUCATI BENELLI DERBI TRIUMPH MOTO GUZZI KTM , all Mode & Year Motorcycles

› See more product details

Compare with similar items

### Consider this Amazon's Choice product that delivers quickly



**Amazon's Choice**

Gas Tank Protector Motorcycle Tank Pad, 3D Motorcycle Tank Sticker Protector Decal Gas Oil Fuel Tank Pad Protector Black for Suzuki Kawasaki Honda Yamaha Ducati
$9.76 ✓prime
★★★★½ (282)



**$9.99**

$4.99 delivery: **Nov 5 - 23**

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...    Niree
Sold by ...    Niree

Deliver to Bensenville 60106

Add to List

Share ✉ f 𝕏 𝓟

Have one to sell?
Sell on Amazon

---

## Inspired by your recent shopping trends

Page 1 of 15



‹

CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF...
★★★½ 20
$20.99



for KTM 125 144 200 250 300 400 450 500 505 525 530 EXC EXC-R EXC-F XC XC-W XC-F...
★ 1
$27.55
Only 17 left in stock - orde…



MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07...
★★★½ 9
$38.88
Only 17 left in stock - orde…

MZS Pivot Levers Brake Clutch CNC Orange Compatible with KTM 125 EXC (SIX DAYS)...
★★★ 3
$38.88
Only 7 left in stock - orde…

Heran Pivot Dirt Bike CNC Brake Clutch Levers for KTM 250 XC-F/SX/SX-F/XC/EXC...
★★★★ 2
$32.99
Only 15 left in stock - orde…

Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016...
★★★★ 12
$31.96



Orange Motorcycle Aliminum Adjustable Folding Extendable Brake Clutch Levers...
★★★★ 15
$38.99
Only 9 left in stock - or…

›

---

## Customers who viewed this item also viewed



Gas Tank Protector Motorcycle Tank Pad, 3D Motorcycle Tank...
★★★★½ 282
#1 Best Seller in Powersports Gas Tank Protectors
$9.76

---

## Sponsored products related to this item

Page 1 of 18

10/20/2020    Amazon.com: MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07-13|300 EXC XC XC-W 06-13|350 EXC-F SX-F XC-F XCF-W 11-13|400EXC 09-11|450 E...



Automotive > Motorcycle & Powersports > Parts > Controls > Levers > Brake

## MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07-13|300 EXC XC XC-W 06-13|350 EXC-F SX-F XC-F XCF-W 11-13|400EXC 09-11|450 EXC EXC-R XC-W 08-13|530EXC-R XC-W 08-11

Brand: MZS

★★★☆☆  9 ratings

Price: **$38.88** & **FREE Shipping**. Details & FREE Returns

Get $50 off instantly: Pay $0.00 $38.88 upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

This item is returnable ⌄

Color: **Orange**

 $38.88     $38.88

- **IMPORTANT NOTE** - Please check "vehicle fitment list" to make sure that this model type and year work for your bike before ordering.
- **HIGH QUALITY COMPONENTS** - MZS Pivot levers used chrome steel precision sealed bearings, stainless steel pivot and bushing parts, Chrome Silicon cantilever springs, aerospace grade stainless steel and chromoly fasteners, and specially designed and manufactured fasteners.
- **DJUSTABLE REACH** - by simply adjusting a bolts on the MZS lever, the reach can be adjusted to accommodate the smallest to the largest hands and gives the best clutch or brake response.
- **MZS ADVABTAGE** - This lever-processed logo prevents the lever's fingers from slipping, the pivot design allows the lever to fold outward to prevent bending or breaking in the event of a crash. And the anodized with beautiful glossy and vibrant finish, which increases resistance to corrosion and wear, makes your bike stand out from the crowd .
- **TECHNICAL SUPPORT** - Why I choose right model and year but still can't fit? The biggest possibility is that your lever has ever damaged before, and you used another universal perch and lever (Not OEM) replace your stock, so the MZS lever size will not fit your new perch. If you have this situation please contact us, we will help you solve it.

› See more product details

Compare with similar items

New & Used (2) from $31.11 + FREE Shipping

### Frequently bought together



Total price: **$93.46**

[Add all three to Cart]

[Add all three to List]

ⓘ Some of these items ship sooner than the others. Show details

- ☑ **This item:** MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07-13|300 EXC XC... **$38.88**
- ☑ NICECNC Billet 57mm Wide Foot Pegs Footrest for 65SX 09-18,85SX 03-17,150-300XC/250XC-F 200-530XC-W... **$32.99**
- ☑ KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version) **$21.59**

### You might also like

Sponsored ⓘ     Page 1 of 43

     

**Right sidebar:**

Buy new: **$38.88**

& **FREE Shipping**. Details
& **FREE Returns** ⌄

Arrives: Oct 29 - 31   Details

Fastest delivery: **Thursday, Oct 22**
Order within 21 hrs and 48 mins
Details

**Only 18 left in stock - order soon.**

Qty: 1 ⌄

[Add to Cart]

[Buy Now]

🔒 Secure transaction

Ships from   Amazon
Sold by ...   nordlichter

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $6.19

☐ Add gift options

⊙ Deliver to Bolingbrook 60440

Buy used:   $31.11

[Add to List]

[New & Used (2) from $31.11 + FREE Shipping ›]

Share ✉ f 🐦 📌

Have one to sell?
[Sell on Amazon]








MZS CNC Pivot Brake Clutch Levers for Husqvarna TE250/TE300 2014-2016,FC250...
★★★★ 3
$36.99 ✓prime

Xitomer Brake Clutch Levers, for BMW F750GS F850GS 2018 2019 2020, Short Adjustable...
★★★★★ 1
$40.49 ✓prime

Xitomer Brake Clutch Levers, for KTM Duke 790 2018 2019 2020, Adjustable Long/Stand...
★★★★ 11
$39.99 ✓prime

POISON SCORPION Aluminum Dirt Bike Off Road Pivot Front Brake Clutch Levers Set Com...
★★ 1
$39.99 ✓prime

Xitomer Brake Clutch Levers, for BMW F750GS F850GS 2018 2019 2020, Adjustable Folda...
★★★ 1
$37.25 ✓prime

Motorcycle Duke390 250 Handguards Hand Handle Bar Handguard Hand Guards Brush...
$35.99 ✓prime

---

## Exclusive items from our brands

Page 1 of 2








‹ ›

AmazonBasics Motorbike Powersports Racing Gloves - XX-Large, Green
★★★★★ 1,244
$11.99

CLEO Plastic Fender Fairing Body Work Kit Set , Plastic Body Fender Kit 7 piece for CRF50...
★★★★ 73
$29.99

AmazonBasics High Mileage Motor Oil, Synthetic Blend, 10W-30, 5 Quart
★★★★ 13,169
$17.99

AmazonBasics Premium Waterproof Winter Plus Performance Gloves, Black, L
★★★★ 123
$18.04

AmazonBasics Motorcycle Saddle Bags
★★★★ 57
$78.24
Only 19 left in stock - orde...

AmazonBasics Enhanced Flex Grip Work Gloves - Extra Large, Grey
★★★★ 671
$12.39

See all vehicles this product fits.

---

## Compare with similar items






|  | **This item** MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07-13|300 EXC XC XC-W 06-13|350 EXC-F XC-F XCF-W 11-13|400EXC 09-11|450 EXC EXC-R XC-W 08-13|530EXC-R XC-W 08-11 | MZS Pivot Levers Brake Clutch CNC Compatible with 125 150 SX 16-19/250 SX XC-F-W 14-18/250 350 450 500 EXC-F 6 DAYS 14-18/250 300 450 500 EXC XC-W 14-18/250 350 450 SX-F XC-F 14-18/250 300 XC 14-18 | JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW XCRW XCW EXCR EXC 14-16 125 150 200 250 300 350 500 SX XC EXC XCFW XCW SXF XCF EXC EXCF(SIX DAYS) 14-18 Orange | Heran Pivot Dirt Bike CNC Brake Clutch Levers for KTM 250 XC-F/SX/SX-F/XC/EXC/EXC-F Sixdays 2007-2013, EXC-E 300 2007-2013, 350 SX-F/XC-F/XCF-W 2011-2013, 450EXC-F 2007-2013,Orange |
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★☆ (9) | ★★★★ (30) | ★★★★ (65) | ★★★★★ (2) |
| **Price** | $38.88 | $38.88 | $23.99 | $32.99 |
| **Sold By** | nordlichter | nordlichter | JFG RACING | heran-trading |

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

Color: Orange

### Technical Details

| Manufacturer | KTM Brake Clutch CNC Pivot Levers |
| Brand | MZS |
| Model | KTM 250 300 350 450 530 2008 to 2011 Pivot Brake Clutch CNC Foldable Levers |
| Item Weight | 11.3 ounces |

### Additional Information

| ASIN | B07Q51GHV4 |
| Customer Reviews | ★★★☆ ▾   9 ratings<br>3.6 out of 5 stars |
| Best Sellers Rank | #100,592 in Automotive (See Top 100 in Automotive)<br>#155 in Powersports Brake Levers |

| Package Dimensions | 7.48 x 3.58 x 2.48 inches |
| Item model number | KTM 250 300 350 450 530 levers 08 to 11 |
| Exterior | Smooth |
| Manufacturer Part Number | KTM 250 300 350 450 530 levers 08 to 11 |
| OEM Part Number | 300 EXC XC XC-W 2006-2013, 350 EXC-F SX-F XC-F XCF-W 2011-2013, 450 EXC EXC-R XC-W 2008-2013, 530 EXC-R XC-W 2008-2011, KTM 250 EXC SX SX-F XC XCW XC-F 2007-2013 |
| Special Features | Folding |
| Vehicle Service Type | Dirt Bike |

| Date First Available | April 2, 2019 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

## Videos

### Videos for related products

    

| | | | | |
|---|---|---|---|---|
| Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever | WOOSTAR- How to install a Clutch Brake Bump Lever Assembly for... | Universal 7/8" CNC Motorcycle Hydraulic Front Brake Master... | 7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir... | Clutch Brake Lever 140cc TTR 125cc S |
| GOOFIT | WOOSTAR DIRECT US | Feiteplus | Feiteplus | HIAORS |

Upload your video

## Product description

Color:Orange

**Specification:**

- Material: Machined from CNC Billet 6061-T6 Aluminum
- Levers Handle Size: 85MM , Short Version (2 Fingers)
- Color: Same AS Picture Show

**Package Includes:**

- Levers * 2 (MZS Brand Brake & Clutch levers)
- Instructions not Included

**Features:**

- Machined logo helps prevent fingers from slipping on levers
- Enhance the look of your motorcycle with these custom hand Levers
- Exclusively designed for each bikes and morden 3 finger designed lever arms
- Ultra precision machine cut for super light weight construction, high precision and quality
- The pivot design allows the lever to fold outward to prevent bending or breaking in the event of a crash

**Fitment:**

　KTM

- 250SX 2006-2013
- 250SX-F 2007-2013
- 250XC 2006-2013
- 250XC-F/ 250XCF-W 2007-2013
- 250EXC/ 250XCW/ 250EXC-F (SIX DAYS) 2006-2013
- 300XC-W/ 300EXC/ 300XC 2006-2013
- 350SX-F/ 350XC-F/ 350XCF-W/ 350EXC-F 2011-2013
- 400EXC 2009-2011
- 400XC-W 2009-2010
- 450EXC/ 450EXC-R 2007-2013
- 450XC-W/ 450XCR-W 2008-2013
- 500XC-W/ 500EXC (SIX DAYS) 2012-2013
- 530XC-W/XCR-W/EXC-R/EXC 2008-2011

**Quality Assurance:**

- MZS value the shopping experience and satisfaction of each customer, so we provides lifetime technical support. No matter what the problem , please contact us first, we will do our best to solve any problem for you.

## Customers who viewed this item also viewed

Page 1 of 7

 



**JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW...**
★★★★☆ 65
$23.99



**MZS Pivot Levers Brake Clutch CNC Compatible with 125 150 SX 16-19/250 SX-F W 14...**
★★★★☆ 30
$38.88



**FTRT Pivot Dirtbike Brake clutch Levers for KTM 125SX 150SX 250SX/XC-W/XCF-W...**
★★★★½ 11
$32.99
Only 2 left in stock - order...



**CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF...**
★★★☆☆ 18
$20.99



**Pivot Dirtbike Brake Clutch Levers for KTM 250 SX-F/EXC -F/Sixdays 2007-2013, EXC-E 300...**
★★★★☆ 13
$31.90



**JFG RACING CNC Brake Clutch Levers For 250 300 350 450 500 SX SXF EXC EXCF XC XCF XCW...**
★★★★½ 13
$23.99
Only 12 left in stock - order...

---

## Related items to consider
Sponsored ⓘ

Page 1 of 30



**MZS CNC Pivot Brake Clutch Levers for Husqvarna TE250/TE300 2014-2016,FC250...**
★★★★½ 3
$36.99 ✓prime



**Xitomer Brake Clutch Levers, for BMW F750GS F850GS 2018 2019 2020, Short Adjustable...**
★★★★★ 1
$40.49 ✓prime



**KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404**
★★★★★ 1
$101.99



**Xitomer Brake Clutch Levers, for KTM Duke 790 2018 2019 2020, Adjustable Foldable E...**
★★★★½ 11
$49.99 ✓prime



**KTM Probend Handguard Set by Cycra OEM: U6910022**
$53.99



**NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004**
★★★★☆ 1
$83.99

‹    ›

Sponsored ⓘ

---

## Customer questions & answers

Have a question? Search for answers

▲
0
votes
▼

**Question:** Does it fit for Husaberg FE250 2013

**Answer:** No, we still not yet developed the Husaberg FE250 2013 levers, so we not sure it whether used which version levers. If you need it please contact the MZS customer service, they will help you check and find the correct lever
By MZS® SELLER   on February 26, 2019

---

## Customer reviews

★★★½☆ 3.6 out of 5

9 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓ | 39% |
| 4 star | ▓▓ | 16% |
| 3 star | ▓▓▓ | 30% |
| 2 star | | 0% |
| 1 star | ▓ | 15% |

˅ How are ratings calculated?

### Review this product
Share your thoughts with other customers

Write a customer review

### Top reviews from the United States

Select: Top reviews

 **Alex Krist**
★★★☆☆ **Not bad**
Reviewed in the United States on December 13, 2019
Color: Black | Verified Purchase
Didn't come with the springs to prevent vibration and they're a little clunky. Figment was good but not perfect. For the price I wouldn't expect much better

Helpful    Comment | Report abuse

 **spool'd**
★★★☆☆ **Stock feels better**
Reviewed in the United States on January 13, 2020
Color: Black | Verified Purchase
Just ok.

Helpful    Comment | Report abuse

Ronald M.
★★★★★ **Perfect**
Reviewed in the United States on February 17, 2020
Color: Orange | Verified Purchase



MZS CNC Pivot Brake Clutch Levers for Husq...
3
$36.99     Shop now

Sponsored ⓘ

Great levers, fast shipping!

Helpful    Comment    Report abuse

Edinho

★★★★★  Good stuff
Reviewed in the United States on November 19, 2019
Color: Black  |  Verified Purchase

I like

Helpful    Comment    Report abuse

See all reviews ›

Sponsored ⓘ

## Inspired by your browsing history
Page 1 of 7


FMF Racing 11299 Wash Plug
★★★★☆ 1,403
$8.75


KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
★★★★☆ 133
$21.59


KTM 6" Die-cut Decal Orange
★★★★☆ 66
$6.80


NEW KTM CORPORATE STICKER SHEET
★★★★☆ 49
$13.99


Motorex Top Speed 4T Oil - 15W50 - 4 Liter 171-435-400
★★★★★ 105
$47.30


KTM Open End Dual Compound Hand Grips
★★★★☆ 75
$24.99

## Popular products inspired by this item
Page 1 of 5


kemimoto Foldable Brake Clutch Levers Compatible with KTM 125SX 150SX 2016-2019/ 250 SX XCF-W...
$29.99


Pivot Dirtbike Brake Clutch Levers for KTM 250 SX-F/EXC -F/Sixdays 2007-2013, EXC-E 300...
★★★★☆ 13
$31.90


Heran Pivot Dirt Bike CNC Brake Clutch Levers for KTM 250 XC-F/SX/SX-F/XC/EXC...
★★★★☆ 2
$32.99


Rawsomes Adjustable Brake Clutch Levers For KTM 390 Duke/RC390 2013-2019, 250 Duke...
★★★★☆ 18
$30.90


Front Brake/Clutch Lever Pushrods Pins Dowels Plungers for Brembo Master Cylinders on...
★★★★★ 1
$14.99


Xitomer Holder Clutch Brake Lever for KTM 790 Duke 2018 2019, Clutch Brake Master Cylinder...
★★★★☆ 6
$19.99

## Your Browsing History    View or edit your browsing history ›
Page 1 of 2









See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant



≡ **amazon**  |  nordlichter ▾  |  KTM  🔍  |  🇺🇸▾  |  Hello, Sign in  Account & Lists ▾  Account ▾  |  Returns & Orders ▾  |  Try Prime ▾  |  🛒 0 Cart

Deliver to Bolingbrook 60440

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

1-16 of 63 results for nordlichter : **"KTM"**

Sort by: Featured ▾

**Brand**
MZS
N NORDLICHTER

1,524

Shop now

Sponsored ⓘ



MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07-13|300 EXC XC XC-W 06-13|350 EXC-F SX-F XC-F XCF-W...
★★★☆☆ ✓ 9
Orange
$38.88
✓prime Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon
Only 18 left in stock - order soon.
Also available in Black




MZS Pivot Levers Brake Clutch CNC Orange Compatible with KTM 125 EXC (SIX DAYS) 2009-2013/125 144 SX 2009-2013/150 SX XC 2009-2013/2...
★★★☆☆ ✓ 3
Orange
$38.88
Save 10% with coupon
✓prime Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon
Only 7 left in stock - order soon.
Also available in Black




MZS Bar End Mirrors - Universal 7/8 Standard Hollow Rear View Arrow Side Mirror Compatible with Motorcycle Cruiser Sport Street Bike Scooter...
★★★☆☆ ✓ 107
$29.99
Save 10% with coupon
✓prime
FREE Shipping by Amazon



MZS Short Levers Clutch Brake Adjustment Black CNC Compatible with KTM 125 Duke RC125 2014-2018| 200 Duke RC200 2014-2018| 390 Duk...
★★★☆☆ ✓ 18
Black Lever Red Adjustable
$35.88
Save 10% with coupon
✓prime Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon
Only 12 left in stock - order soon.
Price may vary by color
 



MZS Adjustment Levers Brake Clutch CNC Compatible with KTM 1290 Super Duke R 2014-2019|1290 Super Duke GT 2014-2019|1190 RC8 RC8...
★★★★★ ✓ 2
$42.99
✓prime Get it as soon as **Today, Oct 20**
FREE Shipping by Amazon
Only 7 left in stock - order soon.



MZS Pivot Levers Brake Clutch CNC Compatible with 125 150 SX 16-19/250 SX XCF-W 14-18/250 350 450 500 EXC-F 6 DAYS 14-18/250 300...
★★★★☆ ✓ 30
Orange Lever Gray Adapter
$38.88
✓prime Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon
Also available in Black Lever Gray Adapter




10/20/2020

# nordlichter

nordlichter storefront
★★★★★ 96% positive in the last 12 months (547 ratings)
nordlichter is committed to providing each customer with the highest standard of customer service.

Have a question for nordlichter?
Ask a question

## Detailed Seller Information

**Business Name:** linyi
**Business Address:**
Guangzhoushi Tianhequ Huangcun xincundajie
4hengxiang 2haolou zhengtao
Guangzhou
Guangdong
510515
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
| --- | --- | --- | --- | --- | --- | --- |

★★★★★ "Went on easy, they don't slip around."
By mark sturgeon on October 18, 2020.

★★★★★ "Nice controls, but didn't work for my bike."
By quinton maddox on October 18, 2020.

★★★★★ "Fit perfectly."
By quinton maddox on October 18, 2020.

★★★★★ "beautiful,"
By John b. on October 18, 2020.

★★★★★ "Shipment received really fast great quality"
By Brian Dalton on October 17, 2020.

|  | 30 days | 90 days | 12 months | Lifetime |
| --- | --- | --- | --- | --- |
| Positive | 98% | 97% | 96% | 96% |
| Neutral | 0% | 1% | 1% | 1% |
| Negative | 2% | 3% | 3% | 3% |
| Count | 60 | 194 | 547 | 856 |

Previous Next

Leave seller feedback    Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 7

      

FMF Racing 11299 Wash Plug
★★★★☆ 1,403
$8.75

KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
★★★★☆ 133
$21.59

KTM 6" Die-cut Decal Orange
★★★★☆ 66
$6.80

NEW KTM CORPORATE STICKER SHEET
★★★★☆ 49
$13.99

Motorex Top Speed 4T Oil - 15W50 - 4 Liter 171-435-400
★★★★★ 105
$47.30

KTM Open End Dual Compound Hand Grips
★★★★☆ 75
$24.99

## Top subscription apps for you

     

Disney+
Disney
★★★★★ 381,847
$0.00

CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 96,770
$0.00

STARZ
Starz Entertainment
★★★★☆ 78,534
$0.00

Sling TV
Sling TV LLC
★★★★☆ 46,726
$0.00

SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,586
$0.00

Philo: Live & On-Demand TV
PHILO
★★★★☆ 64,179
$0.00

**Your Browsing History**    View or edit your browsing history  ›

See personalized recommendations
Sign in
New customer? Start here.

https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3LVN2W65B89RW&sshmPath=

  

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

Continue

---

## Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ▓ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825 United States

- **MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07-13|300 EXC XC XC-W 06-13|350 EXC-F SX-F XC-F XCF-W 11-13|400EXC 09-11|450 EXC EXC-R XC-W 08-13|530EXC-R XC-W 08-11**
  $38.88 - Quantity: 1
  Sold by: nordlichter

Change quantities or delete

### Amazon Locker is available

20 pickup locations near you

**Choose a delivery option:**

**Good news** ▓▓, we're giving you a 30-day FREE trial of Prime

○ **Thursday, Oct. 22**
FREE Two-Day Delivery with a free trial of amazon prime

○ **Tuesday, Oct. 27**
FREE Shipping

● **Thursday, Oct. 22**
$11.34 - Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



amazon.com

SIGN IN SHIPPING & PAYMENT GIFT OPTIONS PLACE ORDER

# Review your order

**Shipping address** Change
[redacted]
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: [redacted]
Add delivery instructions

Or try Amazon Locker
20 locations near this address

**Payment method** Change
ending in [redacted]

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
Enter Code Apply

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $38.88 |
| Shipping & handling: | $11.34 |
| Total before tax: | $50.22 |
| Estimated tax to be collected: | $2.43 |
| **Order total:** | **$52.65** |

How are shipping costs calculated?

prime
[redacted], time is money. Why not save both?
Save $11.34 on this order and get FREE Two-Day Delivery
Learn more
Try Prime FREE for 30 days
No commitments. Cancel anytime.

**Delivery: Oct. 22, 2020** If you order in the next 21 hours and 24 minutes (Details)

**MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07-13|300 EXC XC XC-W 06-13|350 EXC-F SX-F XC-F XCF-W 11-13|400EXC 09-11|450 EXC EXC-R XC-W 08-13|530EXC-R XC-W 08-11**
$38.88 & FREE Returns
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: nordlichter
Add gift options

**Choose a delivery option:**
- ○ **Thursday, Oct. 22** — FREE Two-Day Delivery with your free trial of amazon prime
- ○ **Tuesday, Oct. 27** — FREE Shipping
- ● **Thursday, Oct. 22** — $11.34 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

## amazon

KTM

Deliver to
Bolingbrook 60440

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

0 Cart

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping          Shop deals before they're gone

Select your vehicle:    Year ▾    Make ▾    Model ▾    Check Fit                                                        Your Garage (0) ▾

🔹 See Automotive holiday deals   Shop now ›

‹ Back to results

### MZS Pivot Levers Brake Clutch CNC Orange Compatible with KTM 125 EXC (SIX DAYS) 2009-2013/125 144 SX 2009-2013/150 SX XC 2009-2013/200 XC-W EXC 2009-2013/450 SX SX-F SX-R 2009-2012

Brand: MZS
★★★☆☆ ▾    3 ratings

Price: **$38.88** & FREE Shipping. Details & FREE Returns

🔖 Coupon □ Save an extra 10% when you apply this coupon.
Details

Get $50 off instantly: Pay $0.00 $38.88 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

Color: **Orange**

$38.88 | $38.88

- IMPORTANT NOTE - Please check "vehicle fitment list" to make sure that this model type and year work for your bike before ordering.
- HIGH QUALITY COMPONENTS - MZS Pivot levers used chrome steel precision sealed bearings, stainless steel pivot and bushing parts, Chrome Silicon cantilever springs, aerospace grade stainless steel and chromoly fasteners, and specially designed and manufactured fasteners.
- DJUSTABLE REACH - by simply adjusting a bolts on the MZS lever, the reach can be adjusted to accommodate the smallest to the largest hands and gives the best clutch or brake response.
- MZS ADVANTAGE - This lever-processed logo prevents the lever's fingers from slipping, the pivot design allows the lever to fold outward to prevent bending or breaking in the event of a crash. And the anodized with beautiful glossy and vibrant finish, which increases resistance to corrosion and wear, makes your bike stand out from the crowd .
- TECHNICAL SUPPORT - Why I choose right model and year but still can't fit? The biggest possibility is that your lever has ever damaged before, and you used another universal perch and lever (Not OEM) replace your stock, so the MZS lever size will not fit your new perch. If you have this situation please contact us, we will help you solve it.

› See more product details

Compare with similar items

**$38.88**

& **FREE Shipping**. Details
& **FREE Returns** ▾

Arrives: **Thursday, Oct 29**
Details

Fastest delivery: **Thursday, Oct 22**
Order within 21 hrs and 42 mins
Details

**Only 7 left in stock - order soon.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...    Amazon
Sold by ...      nordlichter



prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

□ Add gift options

📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

Roll over image to zoom in

### You might also like
Sponsored ⓘ



**MZS CNC Pivot Brake Clutch Levers for Husqvarna TE250/TE300 2014-2016,FC250...**
★★★★☆ 3
$36.99 ✓prime



**Xitomer Brake Clutch Levers, for BMW F750GS F850GS 2018 2019 2020, Short Adjustable...**
★★★★★ 1
$40.49 ✓prime



**Xitomer Brake Clutch Levers, for KTM Duke 790 2018 2019 2020, Adjustable Long/Stand...**
★★★★☆ 11
$39.99 ✓prime



**Xitomer Brake Clutch Levers, for BMW F750GS F850GS 2018 2019 2020, Adjustable Folda...**
★★★☆☆ 3
$37.25 ✓prime



**Motorcycle Duke390 250 Handguards Hand Handle Bar Handguard Hand Guards Brush...**
$35.99 ✓prime

Page 1 of 38

### Customers who viewed this item also viewed
Page 1 of 4

‹ Back to results



## MZS Short Levers Clutch Brake Adjustment Black CNC Compatible with KTM 125 Duke RC125 2014-2018| 200 Duke RC200 2014-2018| 390 Duke RC390 2013-2020| 390 Adventure| Husqvarna Svartpilen Vitpilen 401

Brand: MZS

★★★½☆  18 ratings | 9 answered questions

Price: **$35.88** & FREE Shipping. Details & FREE Returns

Coupon  ☐ Save an extra 10% when you apply this coupon. Details

This item is returnable ▾

**Color: Black Lever Red Adjustable**

 $35.88     $35.88     $32.88

- NOTICE - Please check the Levers "title" or "products description" to make sure that this model type and model year work for your bike before ordering. Be sure to follow the installation instructions (in the box) to check and test before riding.
- COMPONENTS - MZS lever use chrome steel precision sealed bearings, stainless steel pivot and bushing parts, Chrome Silicon cantilever springs, aerospace grade stainless steel and chromoly fasteners
- ADJUSTABLE - By simply adjusting the set screw of the MZS lever, the reach can be adjusted from the smallest hand to the greatest hand and provides the best clutch or brake response
- ADVABTAGE - This lever-processed logo prevents the lever's fingers from slipping. The beautiful shiny finish with anodized treatment CNC lever improves corrosion resistance and hardness, prevents bending and damage at the time of crash
- ASSURANCE - MZS value the shopping experience and satisfaction of each customer, so we provides lifetime technical support. No matter what the problem, please contact us first, we will do our best to solve any problem for you.

› See more product details

Roll over image to zoom in

**$35.88**
& **FREE Shipping**. Details
& **FREE Returns** ▾

Arrives: **Thursday, Oct 29**
Details

Fastest delivery: **Thursday, Oct 22**
Order within 21 hrs and 42 mins
Details

**Only 12 left in stock - order soon.**

Qty: 1 ▾

Add to Cart

Buy Now

Secure transaction

Ships from    Amazon
Sold by    nordlichter



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

Deliver to Bolingbrook 60440

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Frequently bought together

 + 

Total price: **$49.37**

Add both to Cart
Add both to List

ⓘ One of these items ships sooner than the other. Show details

☑ **This item:** MZS Short Levers Clutch Brake Adjustment Black CNC Compatible with KTM 125 Duke RC125 2014-2018| 200... **$35.88**
☑ Xitomer 4 PCS M10x1.25 Mirror Hole Plugs, For Yamaha FZ-07 MT-07 / FZ-09 MT-09, HONDA CRF250L... **$13.49**

## Exclusive items from our brands

Page 1 of 6

  

AmazonBasics Motorcycle Saddle Bags
★★★★☆ 57
$78.24
Only 19 left in stock - orde...

Marsauto 194 LED Light Bulb 6000K 168 T10 2825 5SMD LED Replacement Bulbs for...
★★★★½ 6,812
#1 Best Seller in Automotive Light Bulbs
$9.99

CLEO Plastic Fender Fairing Body Work Kit Set , Plastic Body Fender Kit 7 piece for CRF50...
★★★★½ 73
$29.99

CLEO 8mm Blue Side Mirrors for GY6 50cc 125cc 150cc 250cc Chinese Scooter...
★★★★½ 117
$14.59

AmazonBasics Deluxe Motorcycle Cover, Sport
★★★★½ 162
$82.92
Only 12 left in stock - orde...

Motorcycle, Bicycle, Scooter Phone Mount - Reliable Handlebar Phone Holder for Any...
★★★★½ 468
$15.95

## Customers who viewed this item also viewed

Page 1 of 7

amazon

All ▾    🔍    ⊞ US    Hello, Sign in · Account & Lists ▾    Returns & Orders ▾    Try Prime ▾    0 🛒 Cart

Deliver to Bolingbrook 60440

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Get ready for Halloween

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home   Shop by Room   Launchpad

amazon warehouse    Second chance doesn't mean second best

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake



## NTHREEAUTO Foldable Brake Clutch Levers Dirt Bike Billet Pivot Lever Compatible with KTM 250SXF EXC 250 300 350 SXF 250 300 XCF 350

Brand: NTHREEAUTO

**Price:** **$22.99**

Get $50 off instantly: Pay $0.00 ~~$22.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

| | |
|---|---|
| **Handle Type** | Lever |
| **Metal Type** | Aluminum |
| **Brand** | NTHREEAUTO |

### About this item
- 【Fitment】Compatible with KTM 125SX/XC-W/144SX, 250EXC, 250EXC-F, 250EXC-F, 300EXC, 350EXC, 350EXCF, 350EXC-F, 350XCF-W, 250SX/250XC, 450SMR, 250SX-F, 400EXC, 350SX-F/XC-F/XCF-W, 450SX/SX-F/SX-R, 450XC-F, 450XC-W/XCR-W(SIX DAYS), 530EXC/EXC-R/XCR-W/XC-W, 450XCR-W (SIX DAYS), 525EXC-R, 525EXC, 505XC-F, 400XC-W, 150SX, SX250, 500EXC/XC-W
- 【Adjustable Clutch Levers】Adjustable brake lever turn the barrel to adjust the distance or the gap between the lever to the handle, by simply adjusting the screw allows you set the lever at a distance which is best comfortable for you, prevent you get clutch slipping, improve your riding safer.
- 【Superior Construction and Durable】Made of durable CNC aluminum material with anodized treatment, billet precision sealed pivot, no faded after long time exposure, anti-corrosion, sturdy and levers to fold outward prevent bending or damaged from accidental collision, automatic lever position restoration provides quick recovery from the crash, provide longer service time.
- 【No Modifications Needed】Easy installation, just take off your stock levers and install new replacement. You can extend lever length by loosen the bolts at the end of clutch levers to ensure it is perfect control feeling for you. The orange clutch levers add features to your motorcycle, an ideal replacement for an old clutch.
- 【Buy with Confidence】You will get 1 pair cnc pivot brake levers and clutch and 1 pc step-by-step manual. Please feel free to contact us if you have any question with the clutch levers, we will do our best to solve the problem for you.

› See more product details

**$22.99**

FREE delivery: **Saturday, Oct 31** on your first order.

Fastest delivery: **Monday, Oct 26** Details

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from   Amazon
Sold by   NTHREEAUTO

☐ Add gift options

📍 Deliver to Bolingbrook 60440

[ Add to List ]

Share ✉ f 𝕏 📌

Have one to sell?
[ Sell on Amazon ]

### Customers who viewed this item also viewed
Page 1 of 7

     

| AnXin CNC Billet Pivot Brake Clutch Levers for YZ125/250 15-19 YZ250F 09-19... | Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers for KTM 350 450 SX SXR SXF... | MZS Pivot Levers Clutch Brake CNC Red Compatible with Honda CR80R CR85R 1998... | MZS Pivot Levers Brake Clutch Foldable CNC Compatible with Honda CRF150F CRF 150F... | JFG RACING Billet Pivot Foldable Clutch Brake Lever For For Honda CRF230F 03-09 Dirt... | Wingsmoto Folding Clutch Lever with Perch + Brake Lever for Dirt Pit Bike 110 125cc 7/8"... |
|---|---|---|---|---|---|
| ★★★★☆ 77 | ★★★☆☆ 20 | ★★★★☆ 79 | ★★★★☆ 57 | ★★★★☆ 46 | ★★★★☆ 264 |
| $18.99 | $20.99 | $38.88 | $38.88 | $23.99 | $12.66 |

### You might also like
Sponsored ⓘ    Page 1 of 28

     

| MRELC CNC Short Brake Clutch Levers for Honda GROM MSX125 2014-2019, CBR250R 2011-2... | NTHREEAUTO Pivot Lever Foldable Brake Clutch Levers CNC Compatible with... | NTHREEAUTO Short Brake Clutch Levers Street Bike Hand Lever Adjustable Compatible... | NTHREEAUTO Brake Clutch Levers Adjustable Dirt Bike Pivot Lever Compatible with Hon... | MZS CNC Pivot Brake Clutch Levers for Husqvarna TE250/TE300 2014-2016, FC250... | CNCMOTOK Black Folding Aluminum Clutch Brake Lever for 22mm 7/8 inch... |
|---|---|---|---|---|---|
| ★★★★★ 1 | ★★★☆☆ 3 | ★★★☆☆ 3 | ★★★★★ 5 | ★★★★☆ 3 | ★★★★☆ 67 |
| $24.99 ✓prime | $27.99 ✓prime | $32.99 ✓prime | $23.69 ✓prime | $36.99 ✓prime | $13.99 ✓prime |

## Customers also viewed these products



     

AnXin CNC Billet Pivot Brake Clutch Levers for YZ125/250 15-19 YZ250F 09-19...
★★★★☆ 77
$18.99

Black Chrome Clutch Brake Lever for 22mm 7/8 inch Handlebar 110cc 125cc 140cc...
★★★★☆ 277
$15.13

JFG RACING Billet Pivot Foldable Clutch Brake Lever For Suzuki RM125 RM250 96-03 Dirt Bike...
★★★★☆ 47
$23.99

JFG RACING Billet Pivot Foldable Clutch Brake Lever For For Honda CRF230F 03-09 Dirt...
★★★★☆ 46
$23.99

JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW...
★★★★☆ 67
$23.99

Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers for KTM 350 450 SX SXR SXF...
★★★☆☆ 20
$20.99

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

**Specifications:**
Material: Machined from CNC Billet 6061-T6 Aluminum
Levers Colour: Orange

**Package Includes:**
1 pair ktm brake and clutch levers + 1 pc Instructions

**Features:**
Foldable design: Levers can be fold outward to prevent breakage in the event of a crash
Adjustable lever: Flexible folding feature makes the lever extremely durable against bend or break
Enhance the look of your motorcycle with these hand levers
Easy installation! These levers are great replacement for your old lever

**Fitment:**
Compatible with the following models
KTM 125SX/XC-W/144SX 2016-2018
KTM 250EXC 2006-2013
KTM 250EXC-F 2006-2013
KTM 250XC-F 2007-2013
KTM 300EXC 2006-2013
KTM 350EXC 2011-2013
KTM 350EXCF 2011-2013
KTM 350EXC-F 2013
KTM 350XCF-W 2012-2013
KTM 250SX/250XC 2006-2013
KTM 450SMR 2010-2013
KTM 250SX-F 2007-2013
KTM 400EXC 2009-2011
KTM 350SX-F/XC-F/XCF-W 2011-2013
KTM 450SX/SX-F/SX-R 2013
KTM 450XC-F 2008
KTM 450XC-W/XCR-W(SIX DAYS) 2008-2013
KTM 530EXC/EXC-R/XCR-W/XC-W 2008-2011
KTM 450XCR-W (SIX DAYS) 2008-2013
KTM 525EXC-R 2007
KTM 525EXC 2008-2011
KTM 505XC-F 2008
KTM 400XC-W 2009-2010
KTM 150SX 2015
KTM SX250 2013
KTM 500EXC/XC-W 2012-2013

## Product information

### Technical Details

| Manufacturer | NTHREEAUTO |
| Part Number | FBAN3MP24846 |
| Item Weight | 8.7 ounces |
| Package Dimensions | 5.27 x 2.73 x 2.15 inches |
| Color | Orange |
| Material | CNC Billet 6061-T7 Aluminum Alloy |

### Additional Information

| ASIN | B08DRBJN1R |
| Best Sellers Rank | #557,977 in Automotive (See Top 100 in Automotive)<br>#907 in Powersports Brake Levers |
| Date First Available | July 28, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

**Videos for related products**



0:29

Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever

GOOFIT



0:28

7/8" CNC Motorcycle Brake Master Cylinder Reservoir Clutch

Feiteplus



0:59

Motorcycle CNC brake clutch levers

FXCNC Racing



1:00

Motorcycle handle gloves

Travay

Upload your video

## You might also like

Page 1 of 10

Sponsored ⓘ



NTHREEAUTO Short Brake Clutch Levers Street Bike Hand Lever Adjustable Compatible...

★★★☆☆ 3

$32.99 ✓prime



NTHREEAUTO Pivot Lever Foldable Brake Clutch Levers CNC Compatible with...

★★★☆☆ 3

$27.99 ✓prime



LKV Motorcycle Brake Clutch Pump Lever with Hydraulic Master Cylinder Moto Accessor...

$37.77 ✓prime



MRELC CNC Short Brake Clutch Levers for Honda GROM MSX125 2014-2019, CBR250R 2011-2...

★★★★★ 1

$24.99 ✓prime



NTHREEAUTO Brake Clutch Levers Adjustable Dirt Bike Pivot Lever Compatible with Hon...

★★★★★ 2

$23.69 ✓prime



Universal Stunt Clutch Lever CNC Short Stunt Clutch Lever 22mm 7/8" handlebar Motor...

★★★★☆ 86

$26.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

☰  **amazon**    | NTHREEAUTO ▾ | KTM | 🔍 | 🇺🇸 ▾ | Hello, Sign in **Account & Lists** ▾ | Returns **& Orders** | Try Prime ▾ | 🛒 **Cart** 0

📍 Deliver to Bolingbrook 60440 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

9 results for NTHREEAUTO : **"KTM"**                                                          Sort by: Featured ▾

**Brand**
NTHREEAUTO

22

Shop now

Sponsored ⓘ



**NTHREEAUTO Foldable Brake Clutch Levers Dirt Bike Billet Pivot Lever Compatible with KTM 250SXF EXC 250 300 350 SXF 250 300 XCF 350**

$22⁹⁹

Get it as soon as **Thu, Oct 22**
FREE Shipping on your first order shipped by Amazon

---

**NTHREEAUTO Smoked LED Tail Light Motorcycle 12V Rear Brake Taillights Compatible with YAMAHA YFZ450 2006 2007 2008 2009**

★★★★☆ ⌄ 6

$49⁹⁹

✓prime Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon

---

**NTHREEAUTO Red LED Tail Light, 12V ATV Motorcycle Brake Taillights Compatible with Suzuki LTR400 LTR450**

★★★★☆ ⌄ 10

$49⁹⁹

✓prime Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon

---

**NTHREEAUTO 12V RED ATV Tail Light Motorcycle Taillights Brake Lights Compatible with 35710-03G30 2005-2014 Suzuki LT-F250, 2004-2010...**

★★★★☆ ⌄ 7

$49⁹⁹

✓prime Get it as soon as **Tomorrow, Oct 20**
FREE Shipping by Amazon
Only 17 left in stock - order soon.

---



**NTHREEAUTO Male Footpegs, Black CNC Billet Passenger Foot Pegs, Motorcycle Footrests Pedals Compatible with Harley Dyna, Sportster,...**

★★★☆☆ ⌄ 90

$18⁹⁹

Save 10% with coupon

Get it as soon as **Thu, Oct 22**
FREE Shipping on your first order shipped by Amazon

---



**NTHREEAUTO Motorcycle Blinkers, Waterproof Aluminum Bullet LED Turn Signals, Universal Amber Indicator Light Compatible with Harley Dyna,...**

★★★★☆ ⌄ 52

Amber

$19⁹⁹

Save 10% with coupon

Get it as soon as **Thu, Oct 22**
FREE Shipping on your first order shipped by Amazon
Price may vary by color



---



**NTHREEAUTO Universal Motorcycle Blinkers LED Turn Signals Light Switchback Running Lights DRL Bullet Indicators Compatible with Harley...**

$15⁹⁹

Get it as soon as **Thu, Oct 22**
FREE Shipping on your first order shipped by Amazon

≡ amazon | All ▾ | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bolingbrook 60440 | Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping | Shop today's epic deals now

# NTHREEAUTO

NTHREEAUTO storefront
⭐⭐⭐⭐½ | 93% positive in the last 12 months (528 ratings)
NTHREEAUTO is committed to providing each customer with the highest standard of customer service.

Have a question for NTHREEAUTO?

Ask a question

---

## Detailed Seller Information

**Business Name:** SHENZHENHAOKUKEJI Co.,Ltd.
**Business Address:**
NO.202 Building A2, MINKANG Garden
MINZHI Rd., LONGHUA District
SHENZHEN
Guangdong Province
518000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |

⭐⭐⭐⭐⭐ "Perfect fit 2015 Harley Road King"
By AirScan on October 11, 2020.

⭐⭐⭐☆☆ "One of the lights does not work"
By Keith F. on October 11, 2020.

⭐⭐⭐⭐⭐ "Advance excellence had to use different screws but they look a lot better in the Chrome"
By Natividads on October 9, 2020.

⭐⭐⭐⭐⭐ "great product"
By Ken Barron on October 9, 2020.

⭐⭐⭐⭐⭐ "The mounting was different than the original part. It arrived very quickly. The cart is still not running so can not rate the part."
By sly on October 8, 2020.

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | 89%     | 92%     | 93%       | 96%      |
| Neutral  | 5%      | 2%      | 2%        | 1%       |
| Negative | 5%      | 6%      | 5%        | 3%       |
| Count    | 57      | 159     | 528       | 1,190    |

Previous  Next

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 7


     

Emoji Universe: Emoji LED Rings, 24 Count
⭐⭐⭐⭐ 366
$11.95

OHill 48 Pack Emoji Emoticons Silicone Wristbands Bracelets Kids Birthday Party Supplies...
⭐⭐⭐⭐½ 598
$11.99

Creative Converting Show Your Emojions Plastic Photo Backdrop, 72 x 54-, Multicolor
⭐⭐⭐⭐½ 168
$5.29

81 Piece Emoji Birthday Party Supplies - Including Custom Plates, Cups, Napkins, and Tablecloth,...
⭐⭐⭐⭐½ 311
$14.99

OHill 24 Pack Emoji Plush Pillows Mini Keychain for Birthday Party, Home Decoration, Classroom...
⭐⭐⭐⭐½ 899
$10.99

LovesTown Emoji Stress Balls,24 Pcs Emoji Face Squeeze Balls for Hand Wrist Finger Exercise...
⭐⭐⭐⭐½ 692
$10.99

## Gift ideas inspired by your shopping history

Page 1 of 6

     

100 Pieces Assorted Stamps for Kids Self-ink Stamps (50 DIFFERENT Designs, Plastic Stamps,...
⭐⭐⭐⭐ 1,032
$15.99

Elmer's Disappearing Purple School Glue, Washable, 30 Pack, 0.24-ounce sticks
⭐⭐⭐⭐½ 18,260
$11.48

EXPO 1927526 Low-Odor Dry Erase Markers, Chisel Tip, Vibrant Colors, 16-Count
⭐⭐⭐⭐½ 32,322
$12.05

Crayola Low Odor Dry Erase Markers for Kids & Adults, Chisel Tip, Back To School Supplies, 12 Count
⭐⭐⭐⭐½ 1,792
$9.99

Ring Pops Individually Wrapped Bulk Variety Party Pack - 15 Count (Pack of 1) Candy...
⭐⭐⭐⭐½ 13,912
$7.99

ARTEZA Dry Erase Markers, Bulk Pack of 52 (with Chisel Tip), 12 Assorted Colors with Low-Odor...
⭐⭐⭐⭐½ 3,373
$27.29

Your Browsing History   View or edit your browsing history ›

See personalized recommendations

Sign in

New customer? Start here.

https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A32P01IGR07J3W&sshmPath=

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

Continue

## Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ▮ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825 United States

- **NTHREEAUTO Foldable Brake Clutch Levers Dirt Bike Billet Pivot Lever Compatible with KTM 250SXF EXC 250 300 350 SXF 250 300 XCF 350**
  $22.99 - Quantity: 1
  Sold by: NTHREEAUTO

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

**Good news** ▮, we're giving you a 30-day **FREE trial of Prime**

○ **Thursday, Oct. 22**
FREE Two-Day Delivery with a free trial of amazon prime

○ **Tuesday, Oct. 27**
FREE Shipping on your first order

● **Thursday, Oct. 22**
$9.99 - Shipping

○ **Wednesday, Oct. 21**
$12.99 - Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

**Shipping address** Change
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone:
Add delivery instructions

**Payment method** Change
ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[Enter Code] [Apply]

Or try Amazon Locker
20 locations near this address ⌄

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:    $22.99
Shipping & handling:    $9.99

Total before tax:    $32.98
Estimated tax to be collected:    $1.44

**Order total:**    **$34.42**

How are shipping costs calculated?

prime ____, time is money. Why not save both?
**Save $9.99 on this order and get FREE Two-Day Delivery**
Learn more ▸

**Try Prime FREE for 30 days ▸**
No commitments. Cancel anytime.

**Delivery: Oct. 22, 2020** If you order in the next 22 hours and 3 minutes (Details)

NTHREEAUTO Foldable Brake Clutch
Levers Dirt Bike Billet Pivot Lever
Compatible with KTM 250SXF EXC 250 300
350 SXF 250 300 XCF 350
**$22.99**
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: NTHREEAUTO
[Add gift options]

**Choose a delivery option:**
○ Thursday, Oct. 22
FREE Two-Day Delivery with your free trial of amazon prime
○ Tuesday, Oct. 27
FREE Shipping on your first order
● Thursday, Oct. 22
$9.99 - Shipping
○ Wednesday, Oct. 21
$12.99 - Shipping



*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



## OeyeO 12V 150W Motorcycle Electronic LED Flasher Relay, 2 Pin Adjustable LED Indicator Turn Signal Relay Control Blink

Brand: OeyeO

Price: **$10.99**

Get $50 off instantly: Pay $0.00 $10.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extra Savings Promotion Available. 1 Applicable Promotion ⌄

- 【2 Pin LED Flasher Relay】Made of high quality material, waterproof design in solid-state efficient unit with no excess heat issue, great for replacing a bad relay.
- 【Solve Light Flashing Issues】This electronic flasher relay can correct led turn signal problems of hyper flashing and no flashing when you replace your stock incandescent bulbs with LED bulbs.
- 【Adjustable Turn Signal Relay】This signal indicator relay is adjustable to ensure LED bulbs to blink at the normal rate. You can adjust the knob on the bottom to set its flashing speed with a flat head screw driver.
- 【Protect Function】LED indicator relay use advanced technology, with automatic short circuit protection, automatic overload protection, reverse polarity protection automatically. Easy plug and play installation.
- 【Wide Application】12V flasher relay fits for most motorcycles like Honda, Kawasaki, Yamaha, KTM Suzuki and many other brands as well. Any questions, feel free to contact us.

› See more product details

**$10.99**

FREE delivery: **Nov 2 - 6**

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from … OeyeO
Sold by … OeyeO

Return policy: Returnable until Jan 31, 2021 ⌄

Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | OeyeO |
|---|---|
| Brand | OeyeO |
| Manufacturer Part Number | OEYUK1045 |

### Additional Information

| ASIN | B08L9BFSL5 |
|---|---|
| Date First Available | October 16, 2020 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Related video shorts (0)  Upload your video



**Be the first video**

Your name here

## Product description

This electronic LED flasher relay great for replacing a bad relay or correcting led turn signal problems (fast Flashing, no flashing)

Specifications:

Number of Pins: 2

Nominal Voltage:12V

Operating Voltage:11V-15V

Switch Current: Min. 0.05A - Max. 10A

Flashing Frequency:75-90times per min

Life Time: Approx 400 working hours

Size: Approx.4.1cm*2.8cm*2.5cm/1.6" * 1.1" * 1"

**Fitment:**

Fit for Harley Davidson,Honda,Kawasaki,KTM,Suzuki,Yamaha and many other brands as well

**Package Included:**

1 x 12V 2Pins Car Electronic Flasher Relay

**Note:**

1. Please make sure the 2-pin configuration is the same as your vehicle's before buying.

2. Please note that the LED flasher relay is not made to fix low wattage or error message problems.


Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

∨ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review


Sponsored ⓘ


Grant a few birthday wishes
Shop gift cards ›
Sponsored

## Deals in magazine subscriptions

Page 1 of 9







**National Geographic Kids**
⭐⭐⭐⭐½ 6,454
Print Magazine
$15.00

**Do it Yourself**
⭐⭐⭐⭐½ 4,501
Print Magazine
$5.00

**Real Simple**
⭐⭐⭐⭐½ 6,949
Print Magazine
$10.00

**Real Simple**
⭐⭐⭐⭐ 31
Print Magazine
$5.00

**Reader's Digest**
⭐⭐⭐⭐ 60
Print Magazine
$5.00

## Best sellers in Kindle eBooks

Page 1 of 8







**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐⭐⭐⭐½ 1,477
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
⭐⭐⭐⭐½ 17,069
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
⭐⭐⭐⭐½ 4,117
Kindle Edition
$4.99

**I Promise You: Stand-Alone College Sports...**
› Ilsa Madden-Mills
⭐⭐⭐⭐½ 588
Kindle Edition
$2.99

**Spellbreaker**
› Charlie N. Holmberg
⭐⭐⭐⭐½ 2,132
Kindle Edition
$4.99

**Your Browsing History**    View or edit your browsing history ›



See personalized recommendations
**Sign in**
New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

  English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime





## OeyeO

OeyeO storefront

⭐☆☆☆☆ 3% positive in the last 12 months (32 ratings)

OeyeO is committed to providing each customer with the highest standard of customer service.

Have a question for OeyeO?

Ask a question

---

## Detailed Seller Information

**Business Name:** GasOne

**Business Address:**
WangChengYuanQu DaXueKeJiYuan F Lou 3 Cheng
Luo Long Qu LuoYangLiGong Xue Yuan
Luo Yang Shi
He Nan Sheng
471000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|



⭐☆☆☆☆ "Item was never shipped."
By Cynthia Ortega on July 10, 2020.

⭐☆☆☆☆ "No response or product"
By Kozy on July 2, 2020.

⭐☆☆☆☆ "they canceled order"
By High Hopes on July 2, 2020.

⭐☆☆☆☆ "they canceled order"
By High Hopes on July 2, 2020.

⭐☆☆☆☆ "they canceled order"
By High Hopes on July 2, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | - | 3% | 3% |
| Neutral | - | - | 0% | 0% |
| Negative | - | - | 97% | 97% |
| Count | 0 | 0 | 32 | 32 |

Previous  Next

Leave seller feedback    Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 9

      

**Real Simple**
⭐⭐⭐⭐ 31
Print Magazine
$5.00

**Atomic Ranch**
⭐⭐⭐⭐ 106
Print Magazine
$23.95

**Allure**
⭐⭐⭐⭐ 2
Print Magazine
$5.00

**Vanity Fair**
⭐⭐⭐⭐ 1,259
Print Magazine
$8.00

**ELLE DECOR**
⭐⭐⭐ 14
Print Magazine
$5.00

## Best sellers in Kindle eBooks

Page 1 of 8

      

**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐⭐⭐⭐½ 1,477
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family Secrets,...**
› Gregg Olsen
⭐⭐⭐⭐½ 17,069
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
⭐⭐⭐⭐½ 4,117
Kindle Edition
$4.99

**I Promise You: Stand-Alone College Sports...**
› Ilsa Madden-Mills
⭐⭐⭐⭐½ 588
Kindle Edition
$2.99

**Spellbreaker**
› Charlie N. Holmberg
⭐⭐⭐⭐ 2,132
Kindle Edition
$4.99

---

**Your Browsing History**  View or edit your browsing history ›



See personalized recommendations

Sign in

New customer? Start here.



☰ amazon    OeyeO | ktm 🔍    🇺🇸  Hello, Sign in    Returns    Try Prime ▾    0 Cart
                                            Account & Lists ▾   & Orders
📍 Deliver to
Bensenville 60106    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

1 result for OeyeO: "ktm"    Sort by: Featured ▾



OeyeO 12V 150W Motorcycle Electronic LED Flasher Relay, 2 Pin
Adjustable LED Indicator Turn Signal Relay Control Blink
$10⁹⁹
FREE Shipping

## Need help?

Visit the help section or contact us

  Motorcycle Swingarm Guard Swing Arm Protector
For KTM EXC125 EXC200 EXC300 EXC-F250...    [ Shop now ]
$21.99                           44

sponsored ⓘ


Grant a few birthday wishes
Shop gift cards ›

Sponsored ⓘ

## Sponsored products related to this search   What's this? ⌄                    Page 1 of 4

        

| Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x... | Rhino USA Ratchet Straps Heavy Duty Tie Down Set, 5,208 Break Strength - (4) Heavy... | RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)... | Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x... | PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure... |
|---|---|---|---|---|
| ★★★★★ 524 | ★★★★★ 2,197 | ★★★★☆ 3,409 | ★★★★★ 123 | ★★★★☆ 44 |
| $43.77 | $59.97 | $29.97 | $74.77 | $49.95 |

## Deals in magazine subscriptions                                                Page 1 of 9

        

| Boating | National Geographic Kids | Do it Yourself | Real Simple | Southern Living |
|---|---|---|---|---|
| ★★★★☆ 16 | ★★★★☆ 6,454 | ★★★★☆ 4,501 | ★★★★☆ 31 | ★★★★☆ 31 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $6.00 | $15.00 | $5.00 | $5.00 | $5.00 |

Your Browsing History   View or edit your browsing history ›            See personalized recommendations
                                                                        [ Sign in ]
                                                    New customer? Start here.

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You
Careers



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

Continue

---

**Shipment 1 of 1**

**Shipping from OeyeO**   (Learn more)

Shipping to: ▮▮▮▮▮▮ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **OeyeO 12V 150W Motorcycle Electronic LED Flasher Relay, 2 Pin Adjustable LED Indicator Turn Signal Relay Control Blink**
  $10.99  $10.44 - Quantity: 1
  $0.55 discount applied ⌄
  Sold by: OeyeO

Change quantities or delete

**Choose a delivery option:**

◉ **Monday, Nov. 2 - Friday, Nov. 6**
   FREE Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon**.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

█████████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ██████████

Add delivery instructions

**Payment method** Change

████ ending in ████

**Billing address** Change

Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ]  Apply

---

**Get a $50 Amazon Gift Card instantly**
upon approval for the Amazon Rewards Visa Card.  Apply now

**Estimated delivery: Nov. 2, 2020 - Nov. 6, 2020**



OeyeO 12V 150W Motorcycle Electronic
LED Flasher Relay, 2 Pin Adjustable LED
Indicator Turn Signal Relay Control Blink
$10.99 **$10.44**
$0.55 discount applied ⌄
Quantity: 1 Change
Sold by: OeyeO
🎁 Gift options not available.

**Choose a delivery option:**

🔘 **Monday, Nov. 2 - Friday, Nov. 6**
FREE Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $0.00 |
| Promotion Applied: | -$0.55 |
| Total before tax: | $10.44 |
| Estimated tax to be collected:* | $0.65 |

**Order total:** **$11.09**

Qualifying offers:
- Promotion Applied

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



Automotive › Motorcycle & Powersports › Parts › Lights › Tail Light Assemblies



# Oumurs Dirt Bike Motorcycle LED Light Rear Fender Brake Tail Light Off Road Dual Sport for KTM Yamaha Honda Suzuki

Brand: Oumurs

★★★★☆ ⌄    9 ratings

Price: **$11.44**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Light Source type | LED |
| Brand | Oumurs |
| Voltage | 12 Volts |

**About this item**

- Universal fits for most of motorcycle models, Dirt Bike, or any Custom Bikes, perfect for KTM. Some minor modifications may be needed during installation.
- Operating range from 12 to 15 Volts, it is low energy consumption so the engine power is not reduced.
- Color: Black Housing + Red Light
- With 2 of 10 mm holes on both sides for mounting turn signal lights, perfect to work together with LED turn signal lights
- Includes 12 PCS of LED bulbs, high lumens ouput and long life span

› See more product details

Compare with similar items

ⓘ Report incorrect product information.

**$11.44**

FREE delivery: **Nov 18 - Dec 10**

Fastest delivery: **Tomorrow**

Only 5 left in stock - order soon.

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... OUMURS MOTORPAR...
Sold by ... OUMURS MOTORPAR...

Details

◉ Deliver to ▮▮▮▮▮ - Glenview 60026

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Inspired by your recent shopping trends

Page 1 of 19



YIBO Motorcycle Enduro LED Rear Fender Brake Tail Light Turn Signal For KTM Kawasaki Suzuki Chopper Bobber Dirt...
$20.59



PBYMT Motorcycle Bullet Turn Signal Light Red Lamp Compatible for Chopper Bobber ...
★★★★☆ 38
$20.90



YHMTIVTU Motorcycle Turn Signals Light Bullet Heavy Duty Indicators Blinkers Lights...
★★★★☆ 9
$15.99



1PZ SR1-H01 Universal Light Turn Signal Switch + Relay + Horn for Motorcycle Dirt...
★★★★☆ 56
$29.99



Motobox USA Ducati Standard Slimline LED Kit Sport...
$299.99

Sponsored ⓘ

## Products related to this item

Page 1 of 35

Sponsored ⓘ



1 Pair Universal Motorcycle LED Fork Turn Signal Lights Daytime Running...
★★★★☆ 14
$10.59 ✓prime



12V Car General High Position Brake Light Red Light 24LED [Waterproof] Third...
★★☆☆☆ 1
$13.99 ✓prime



Wiipro Universal led Harley Davidson Light Strip Tail Brake Stop Turn Signal 32LED ...
★★★★☆ 1,030
$10.99 ✓prime



CZC AUTO 16 Inch 11 LED Trailer Light Bar Strip 2 PCS 12V Tail Light Bar Waterproof...
★★★★★ 2
$16.99 ✓prime



YIEKO Motorcycle LED Tail Light 12V Smoky Lens Integrated License Plate Rear Brake ...
★★★☆☆ 10
$16.99 ✓prime



16" 12 Red LED Trailer Light Bar [Brake + Sequential Turn Signal] [DOT FMVSS 108] [...
★★★★☆ 274
$24.99 ✓prime



TUINCYN Motorcycle Smoke Lens Choppe Rear Fender Edge Pl Tail Brake License LE
★★★☆☆ 171
$13.99 ✓prime

## 4 stars and above

Page 1 of 14

Sponsored ⓘ





      

| YITAMOTOR LED Light Bar 2PCS 18W 6 Inch Flood LED Work Light Pods Single Row Off Ro... | 2pc 16" 11 Red LED Trailer Light Bar [DOT Compliant] [IP65 Waterproof] [Park... | Wiipro Universal led Harley Davidson Light Strip Tail Brake Stop Turn Signal 32LED ... | LEDAUT Heat Shield Insulation with Ties for Pipe 16' Roll Titanium Motorcycle Exhau... | 16" 12 Red LED Trailer Light Bar [Brake + Sequential Turn Signal] [DOT FMVSS 108] [... | ATREPIN 2PC Flexible Motorcycle LED Fork Turn Signal Light Switchback Dual-Color... | LEADTOPS Flexible l Light Strip 2 Pcs 24 Dual Color LED Headlight Surface S... |
|---|---|---|---|---|---|---|
| ⭐ 1,670 | ⭐ 440 | ⭐ 1,030 | ⭐ 1,899 | ⭐ 274 | ⭐ 50 | ⭐ 686 |
| $16.99 ✓prime | $20.75 ✓prime | $10.99 ✓prime | $13.99 ✓prime | $24.99 ✓prime | $13.99 ✓prime | $21.79 ✓prime |

## Compare with similar items

    

|  | **This item** Oumurs Dirt Bike Motorcycle LED Light Rear Fender Brake Tail Light Off Road Dual Sport for KTM Yamaha Honda Suzuki | ZW Homeland Rear Fender Mudguard Lamp LED Brake Red Tail Light for Dirt Bike Motocross XR CRF KLX Enduro EXC Mountain Bike Stalls | CICMOD Rear Fender Mount Red LED Tail Light Brake Lamp Turn Signals License Plate Light for Custom Off-Road Motorcycle Dirt Bike | CICMOD Motorcycle 15 LED Brake Running Turn License Plate Tail Light Quad ATV Bike Motorbike 12V New (Type A) |
|---|---|---|---|---|
|  | [Add to Cart] | [Add to Cart] | [Add to Cart] | [Add to Cart] |
| Customer Rating | ⭐ (9) | ⭐ (76) | ⭐ (77) | ⭐ (484) |
| Price | $11.44 | $12.99 | $18.99 | $11.99 |
| Sold By | OUMURS MOTORPARTS | BADASS SHARKS | OSAN_Mall | OSAN_Mall |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | Oumurs |
|---|---|
| Brand | Oumurs |
| Item Weight | 7.8 ounces |
| Product Dimensions | 12.8 x 4.13 x 2.17 inches |
| Is Discontinued By Manufacturer | No |
| Exterior | High Quality ABS Plastic |
| Manufacturer Part Number | UN001001 |
| Bulb Type | LED |
| Voltage | 12 Volts |

### Additional Information

| ASIN | B079BM1FVY |
|---|---|
| Customer Reviews | ⭐ 9 ratings<br>3.8 out of 5 stars |
| Best Sellers Rank | #279,024 in Automotive (See Top 100 in Automotive)<br>#269 in Powersports Tail Light Assemblies<br>#3,536 in Powersports Electrical & Battery Products |
| Date First Available | January 25, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 3

**Videos for related products**



GearBrake (GB-1) Smart Brake
Light Module - Universal

Merchant Video



3528 + 3014 SMD Led Chipsets
Motorcycle Brake Light Strip Red...

EverBright Leds



MOVOTOR Smoked Harley
Davidson Tail light

XPUTO LIGHTING PARTS



Harley Davidson Smoked LED Tail
Light

BORDAN



Harley tail ligh

AUDEXEN LIGH

Upload your video

---

### Product description

The LED Rear Fender Brake Tail Light is universal and amazing for off road motorcycles. Operating range from 12 to 15 Volts, it is low energy consumption so the engine power is not reduced.

This lightweight, universal LED taillight is mounted under the rear fender of virtually every off-road motorcycle. The installation is easy, you can finish it in a few minute. No hardware or instruction.

Feature:
100% Brand New and high quality
Very low energy consumption so that the engine power is not reduced
Waterproof electronic board fitted with a stabilized circuit and designed to dampen sudden voltage jumps
Surface made of High Quality polypropylene
Three fixing points with central hole for easy cleaning

Specification:
Power: 12 to 15 Volts
Color: Black Housing + Red Light
Position: Rear
Material: High Quality ABS Plastic
Connection: 3 Wires (Green Line: Brake Light; Red Line: Tail Light; Black Line: Ground Line)

Fitment:
Universal fits for Most of motorcycle models, Dirt Bike, or any Custom Bikes. It is not specific designed for any bike. Some minor modifications may be needed during installation.

Our digital images are as accurate as possible. However, different monitors may cause colors to vary slightly.

Package Content:
1x LED Rear Fender Brake Tail Light

---

### Customers who viewed this item also viewed

Page 1 of 9



ZW Homeland Rear
Fender Mudguard Lamp
LED Brake Red Tail Light
for Dirt Bike Motocross...
★★★★☆ 76
$12.99
Only 9 left in stock - order...



CICMOD Rear Fender
Mount Red LED Tail
Light Brake Lamp Turn
Signals License Plate...
★★★★☆ 77
$18.99



FEIFEIER 12V Motorcycle
Integrated Brake Tail
Light & Turn Signals
License Plate bracket...
★★★★☆ 247
$12.98



KaTur Rear Fender LED
Brake Red Tail Light
Lamp with Bracket for
Off-road Motorcycle...
★★★★☆ 282
$16.99



KATUR Motorcycle Rear
Fender LED Brake Red
Tail Light Lamp with
Turn Signal Indicator...
★★★☆☆ 72
$18.59
Only 11 left in stock - orde...



ANKIA 40-LED 40W
Motorcycle Tail Light
Integrated Running
Lamp Brake&Turn...
★★★★☆ 341
$18.98



TUINCYN Motorbike
Integrated LED Brake
Light & Turn Signals
Indicator Light Blink
★★★★☆ 214
$14.88

---

### Products related to this item

Page 1 of 20

Sponsored ⓘ



Motorcycle Turn Signal
White Sequence Amber
LED Indicator Light
Daytime Running Lig...
$12.99 ✓prime



CPOWACE Trailer Tail
Light with Sequential
Spin Running+
Brake+Flowing Turn...
$28.88 ✓prime



1 Pair Universal
Motorcycle LED Fork
Turn Signal Lights
Daytime Running...
★★★★☆ 14
$10.59 ✓prime



Black Bullet Turn
Signals&Bracket For
Harley Dyna Softail
Fatboy Sportster FXDB
★★★★☆ 10
$50.98 ✓prime



KiWAV Tail Light
Mounting Bracket Steel
compatible with Round
LED Tail Light Black ...
★★★★☆ 13
$18.90



BUNKER INDUST
Motorcycle Chopped
Fender Edge LED Tail
Light Smoked Rear...
★★★☆☆ 6
$16.99 ✓prime



Leather Motorcycle
Seat Springs Mounti
Bracket Kit for Harle
Honda Yamaha K...
★★★★☆ 49
$38.99 ✓prime



ZYTC Amber Harley Turn Signal Lens Covers Lenses for Harley-Davidson Pack of 4

302

$10.90

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

⭐⭐⭐⭐☆ 3.8 out of 5

9 global ratings

| | |
|---|---|
| 5 star | 52% |
| 4 star | 11% |
| 3 star | 14% |
| 2 star | 11% |
| 1 star | 13% |

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



ZYTC 3 1/4" LED Turn Signals Flat PC Len...
420
$47.99    [ Shop now ]

Sponsored ⓘ

## Customer images



See all customer images

[ Top reviews ˅ ]

### Top reviews from the United States

👤 Chris Fox

⭐☆☆☆☆ **DO NOT BUT THIS CHEAP PIECE OF CRAP!**

Reviewed in the United States on August 19, 2019

Verified Purchase

I've had a universal tail light like this on my bike for a long time and it went out whenI accidentally crushed this. I ordered this to replace it because it looked exactly the same and I thought it was the same.. it was missing the gasket that goes between the red plastic cover and black plastic so it was not waterproof. The plastic was extremely cheap and brittle and after one ride it was trash. My headlight went out after an extremely light rain about 20 minutes into the ride. By the end of the ride the red plastic shield broke where the two screws hold it on. No matter what is said this brand and product is a POS. I just got my new one in the mail that was a dollar more and It literally looks exactly the same but the plastic is way stronger and more durable and actually has gaskets to keep the light waterproof. Unlike the other POS. DO NOT BUY THIS BRAND!

One person found this helpful

[ Helpful ]  |  Comment  |  Report abuse

👤 Bo

⭐⭐⭐☆☆ **Small**

Reviewed in the United States on February 11, 2019

Verified Purchase

This was a lot smaller than I thought it would be. The holes didn't quite line up, I just had to drill them out a little and I had to cut part of the underneath off for it to fit. Now granted I put this on a 90cc '07 Baja pit bike that is for adolescent kids so it may be a different story for different bikes

[ Helpful ]  |  Comment  |  Report abuse

👤 Second Nature Customs

⭐⭐⭐⭐☆ **Decent light**

Reviewed in the United States on March 23, 2019

Verified Purchase

Incorporated it to go on a Honda CRF50 body retrofitted to a Razor MX500 Frame. First one quit working within day. Got another one and so far so good.



[ Helpful ]  |  Comment  |  Report abuse

👤 Ron

⭐⭐⭐☆☆ **Pig tail too short**

Reviewed in the United States on March 20, 2018

Verified Purchase

It is nice for the price but pig tail for wiring is 6" too short to make it to the air box on any dirt bike. I had to make a splice that lives under the fender.

Helpful | Comment | Report abuse



Thanh Nguyen

★★☆☆☆ **Works for a little bit**
Reviewed in the United States on December 17, 2018
Verified Purchase

The Taillight/Running Light stopped working after 2-3 rides, but the Brake light works just fine still.

Helpful | Comment | Report abuse

Dariel Uson

★★★★★ **Love it**
Reviewed in the United States on June 15, 2020
Verified Purchase

Love it

Helpful | Comment | Report abuse

See all reviews ›

**Pages with related products.** See and discover other items: LED Motorcycle Tail Lights, motorcycle fender



ZYTC Clear Turn Signal Lens Covers Lense…
302
$10.90          Shop now

Sponsored ⓘ

## Top subscription apps for you

Page 1 of 9




Disney+
Disney
★★★★½ 398,970
$0.00

CBS Full Episodes and
Live TV
CBS Interactive
★★★★☆ 101,193
$0.00


STARZ
Starz Entertainment
★★★★☆ 82,661
$0.00


Sling TV
Sling TV LLC
★★★★☆ 48,872
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 23,847
$0.00



## Inspired by your browsing history

Page 1 of 8




ZW Homeland Rear
Fender Mudguard Lamp
LED Brake Red Tail Light
for Dirt Bike Motocross…
★★★★☆ 76
$12.99


Maxima 70-749203-3PK
Chain Wax Ultimate
Chain Care Aerosol
Combo Kit, (Pack of 3)
★★★★☆ 1,902
$26.00


YONHAN 4.8A
Motorcycle USB Charger
SAE to USB Adapter with
Voltmeter & ON/Off…
★★★★½ 1,781
$14.99


WEFOO Bike or
Motorcycle Chain
Washer, Cleaning Brush
2 Pcs (Color, Blue and…
★★★★½ 1,125
$6.99


Tusk Hydraulic Brake
Switch Nissin Brakes
★★★★½ 78
$15.99



**Your Browsing History**    View or edit your browsing history ›

Page 1 of 2












Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center

**Make Money with Us**
Sell products on
Amazon
Sell apps on Amazon
Become an Affiliate

**Amazon Payment Products**
Amazon Rewards Visa
Signature Cards
Amazon.com Store Card
Amazon Business Card

**Let Us Help You**
Amazon and COVID-
19
Your Account
Your Orders



≡ **amazon**  OUMURS MOTORPARTS ▾  KTM  🔍  🇺🇸 ▾  Account & Lists ▾  Returns & Orders ▾  Try Prime ▾  🛒 0 Cart

Deliver to Glenview 60026

Holiday Deals    Gift Cards    Customer Service    Amazon.com    Best Sellers    Prime Video    Browsing History ▾    Buy Again    Whole Foods    New Releases

3 results for OUMURS MOTORPARTS : **"KTM"**

Sort by: Featured ▾

**Brand**
Oumurs



3-1/4 Inch LED Turn Signal Kit Flat Smoke Lens 1157 Double...
155
$88.88
Shop now

Sponsored ⓘ

Oumurs Dirt Bike Motorcycle LED Light Rear Fender Brake Tail Light Off Road Dual Sport for KTM Yamaha Honda Suzuki
★★★★☆ 9
$11.44
FREE Shipping
Only 5 left in stock - order soon.

Oumurs Dirt Enduro Bike LED Rear Fender Brake Tail Light Turn Signal Light Off-road For KTM Honda Yamaha Suzuki (Smoke)
★★★☆☆ 26
**Black Housing + Red Light + Smoke Len**
$13.99
FREE Shipping

Oumurs 12V Chrome Motorcycle Turn Signal Lights 20 LEDs Bullet Blinker Indicator Amber Brake Light 2X
★★★★☆ 258
**Chrome W/ Netting Amber Light**
$32.02
FREE Shipping
Only 5 left in stock - order soon.
Price may vary by color



**Need help?**

Visit the help section or contact us




ZYTC 2" LED Turn Signals w/Brake Runnin...
587
$36.99
Shop now

Sponsored ⓘ

## Sponsored products related to this search  What's this? ▾

Page 1 of 4

‹


Tank Straps Motorcycle Tie Down Straps (2pk) - 10,000 lb Webbing Break Strength 2" x...
★★★★★ 534
$43.77


RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★½ 3,497
$29.97


Tank Straps Motorcycle Tie Down Straps (4pk) - 10,000 lb Webbing Break Strength 2" x...
★★★★½ 125
$74.77


Sunferno Ratchet Straps Tie Down 2500Lbs Break Strength, 15 Foot - Heavy Duty Straps To...
★★★★½ 1,647
$27.97


Stay There Ratchet Tie Down Straps 1" x15, Ratchet Straps with S Hook - 1500lb Break...
★★★★½ 131
$21.90

›

## Deals in magazine subscriptions

Page 1 of 9

‹


National Geographic Little Kids
★★★★½ 2,201
Print Magazine
$15.00


Real Simple
★★★★½ 7,135
Print Magazine
$5.00


Food Network Magazine
★★★★½ 49
Print Magazine
$6.00


Country Woman
★★★★☆ 34
Print Magazine
$5.00


Atomic Ranch
★★★★½ 108
Print Magazine
$23.95

›

**Your Browsing History**    View or edit your browsing history  ›

Page 1 of 2





# OUMURS MOTORPARTS

OUMURS MOTORPARTS storefront
★★★★½ | 88% positive in the last 12 months (32 ratings)
OUMURS MOTORPARTS is committed to providing each customer with the highest standard of customer service.

Have a question for OUMURS MOTORPARTS?



Ask a question

---

## Detailed Seller Information

**Business Name:** GUANGZHOU OUMURS MOTORCYCLE PARTS CO.,LTD.
**Business Address:**
BUILDING E, SHALUO INDUSTRIAL ZONE
SHICHA ROAD, BAIYUN DISTRICT
GUANGZHOU CITY
GUANGDONG PROVINCE
510430
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

★★★★★ " Great "
By Stephen e. on September 7, 2020.

★☆☆☆☆ " Item was doa out of package however I waited too long to install or test. It was past the return time period. My fault. Buyer beware "
By Cary Scott on August 12, 2020.

★★★★★ " Exactly like picture and description.. I love it. "
By Megan Wiseman on July 21, 2020.

★★★★★ " small and bright "
By richard casarez on July 16, 2020.

★☆☆☆☆ " Put the lights on my bike and rode twice and the lens fell off. Contacted the seller and suggested they send a replacement lens. Seller refused to send replacement and offered an insulting $3 off a new $30 light kit. Return/refund time frame had expired due to bike being in the shop. Would not do business with them again. "
Read less
By Terry B. on July 9, 2020.

" hi, as we discussed before: 1/ it comes with 2 extra lense 2/ we don't have in stock in June due to Covid-19 3/ the order was in 21st.Mar. you contacted us in 25th., June. it's too long after the order, and we don't have the lense separately ad it sold with the turn signal in complete unit. Sorry to see you place new order in 8th July, left the negative comment and returned the goods. B.R. "
Read less
By OUMURS MOTORPARTS on July 31, 2020.

Previous  **Next**

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | 50% | 88% | 95% |
| Neutral | - | 0% | 3% | 2% |
| Negative | - | 50% | 9% | 4% |
| Count | 0 | 2 | 32 | 133 |

Leave seller feedback | Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 7



ZW Homeland Rear Fender Mudguard Lamp LED Brake Red Tail Light for Dirt Bike Motocross XR CRF KLX...
★★★★☆ 76
$12.99

Maxima 70-749203-3PK Chain Wax Ultimate Chain Care Aerosol Combo Kit, (Pack of 3)
★★★★★ 1,902
$26.00

YONHAN 4.8A Motorcycle USB Charger SAE to USB Adapter with Voltmeter & ON/Off Switch, 3 Install...
★★★★½ 1,781
$14.99

WEFOO Bike or Motorcycle Chain Washer, Cleaning Brush 2 Pcs (Color, Blue and Red)
★★★★½ 1,125
$6.99

4 X Motorcycle Motorbike Turn Signal LED Light Indicator For Yamaha Honda Suzuki Kawasaki...
★★★★☆ 458
$14.51

### Deals in magazine subscriptions

Page 1 of 9

 

SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from OUMURS MOTORPARTS**  *(Learn more)*

Shipping to: ███████ 1851 TOWER DR, GLENVIEW, IL, 60026-7783 United States

- **Oumurs Dirt Bike Motorcycle LED Light Rear Fender Brake Tail Light Off Road Dual Sport for KTM Yamaha Honda Suzuki**
  **$11.44** - Quantity: 1
  Sold by: OUMURS MOTORPARTS

Change quantities or delete

### Choose a delivery option:

- ● **Wednesday, Nov. 18 - Thursday, Dec. 10**
  FREE Shipping
- ○ **Friday, Oct. 30 - Wednesday, Nov. 4**
  $9.48 - Shipping
- ○ **Tomorrow, Oct. 29**
  $11.48 - Shipping
- ○ **Friday, Oct. 30**
  $11.48 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change

1851 TOWER DR,
GLENVIEW, IL 60026-7783
United States
Phone:
Add delivery instructions

**Payment method** Change
VISA ending in

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ] [ Apply ]

**FREE** DELIVERY   we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery: Nov. 18, 2020 - Dec. 10, 2020**

Oumurs Dirt Bike Motorcycle LED Light Rear Fender Brake Tail Light Off Road Dual Sport for KTM Yamaha Honda Suzuki
**$11.44**
Quantity: 1 Change
Sold by: OUMURS MOTORPARTS
Gift options not available.

Choose a delivery option:
- ⦿ **Wednesday, Nov. 18 - Thursday, Dec. 10**
  FREE Shipping
- ◯ **Friday, Oct. 30 - Wednesday, Nov. 4**
  $9.48 - Shipping
- ◯ **Tomorrow, Oct. 29**
  $11.48 - Shipping
- ◯ **Friday, Oct. 30**
  $11.48 - Shipping

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:   $11.44
Shipping & handling:   $0.00

Total before tax:   $11.44
Estimated tax to be collected:*   $0.72

**Order total:**   **$12.16**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.




Holiday gift cards in free gift boxes ›

‹ Back to results



Roll over image to zoom in

# Oumurs Dirt Enduro Bike LED Rear Fender Brake Tail Light Turn Signal Light Off-road For KTM Honda Yamaha Suzuki (Smoke)

**Brand: Oumurs**

★★★☆☆ 26 ratings | 3 answered questions

Price: **$13.99**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Color: | **Black Housing + Red Light + Smoke Len** |
| Light Source type | LED |
| Brand | Oumurs |
| Voltage | 12 Volts |

## About this item

- Universal fits for most of motorcycle models, Dirt Bike, or any Custom Bikes, perfect for KTM. Some minor modifications may be needed during installation.
- Operating range from 12 to 15 Volts, it is low energy consumption so the engine power is not reduced.
- Color: Black Housing + Red Light + Smoke Len
- Brake Light Function, Running / Tail Light Function, Turn Signal Lights
- High quality LED bulbs, high lumens ouput and long life span, Super Bright

› See more product details

□ Compare with similar items

☐ Report incorrect product information.

**$13.99**

FREE delivery: **Nov 24 - Dec 16**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... OUMURS MOTORPA...
Sold by ... OUMURS MOTORPA...

Details

⊙ Deliver to ▮▮▮▮ - Glenview 60026

[ Add to List ]

Share ✉ f 🐦 P

Have one to sell?

[ Sell on Amazon ]



Motobox USA Ducati Standard Slimline LED Kit Sport…
$299.99

Sponsored ⓘ

## Inspired by your recent shopping trends

     

| | | | | |
|---|---|---|---|---|
| PBYMT Motorcycle Bullet Turn Signal Light Red Lamp Compatible for Chopper Bobber… | YHMTIVTU Motorcycle Turn Signals Light Bullet Heavy Duty Indicators Blinkers Lights… | YIBO Motorcycle Enduro LED Rear Fender Brake Tail Light Turn Signal For KTM Kawasaki Suzuki Chopper Bobber Dirt… | INNOGLOW Motorcycle Turn Signals 2pcs LED Indicator Blinker for Chopper Bobber… | 4 X Motorcycle Motorbike Turn Signal LED Light Indicator For Yamaha Honda Suzuki… |
| ★★★★☆ 38 | ★★★★☆ 9 | ★★★★☆ | ★★★★☆ 268 | ★★★★☆ 458 |
| $20.90 | $15.99 | $20.59 | $19.99 | $14.51 |
| | | | Only 7 left in stock - order | Only 13 left in stock - |

## Products related to this item

Sponsored ⓘ

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Xitomer 690 Enduro fender eliminator, Tail Tidy for KTM 690 Enduro 2008-2018/690 SM… | 3" Round LED Taillight Light Turn Signal Flash Flush Mount x1PCE compatible with Mo… | Motorcycle LED TAIL LIGHT FOR HONDA with integrated turn signals."Smoked Lens"… | MFC PRO Bobber Cafe Racer ATV Chopper LED Tail Light Integrated Running Turn Signal… | BUNKER INDUST Motorcycle Chopped Fender Edge LED Tail Light Smoked Rear… | HTTMT MT374-CD+RED Chrome Red Universal Cat Eye Custom Motorcycle Tail Brake… | Xitomer DRZ400S/ Tail Tidy, Fender Eliminator for SUZU DRZ400S 2005–201… |
| $45.99 ✓prime | ★★★★☆ 13 | ★★★★★ 1 | ★★★★☆ 8 | ★★★☆☆ 6 | ★★★★☆ 80 | ★★★★☆ 16 |
| | $53.90 ✓prime | $69.95 | $21.99 | $16.99 ✓prime | $15.78 ✓prime | $35.99 ✓prime |

## 4 stars and above

Sponsored ⓘ



**Exquisite workmanship**

**Synthetic Leather**

Roll over image to zoom in

## UAUS Motorcycle Fork Bag for Yamaha Honda Kawasaki Suzuki Ducati KTM Roll Tool Bag

Brand: UAUS

Price: **$17.00** & FREE Returns

Get $50 off instantly: Pay $0.00 $17.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

- Fit on Most Motorcycles For Harley Yamaha Honda Suzuki Kawasaki Note:Please check and confirm this things fits yours before buying. If you can't install, please get professional maintenance staff to help you install.
- Package Include:1 x Motorcycle Fork Bag
- Brand New & High Quality!
- Replacement for original part. Please check part comparibility to see if it fits your model.
- Safe transportation with reliable package, deserving of your trust.

› See more product details

Compare with similar items

New (2) from $17.00 & FREE Shipping on orders over $25.00

**$17.00**
& FREE Returns ▾

FREE delivery: **Friday, Oct 30** on your first order.

Fastest delivery: **Friday, Oct 23** Order within 18 hrs and 54 mins Details

**Only 2 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

✓ Secure transaction

Ships from ... Amazon
Sold by ... outdoorpowerequipmen

☐ Add gift options

Deliver to Bolingbrook 60440

Add to List

New (2) from
$17.00 & FREE Shipping on orders over $25.00

Share ✉ f ☑ 🅿

Have one to sell?
Sell on Amazon

### Inspired by your recent shopping trends

Page 1 of 11



Sporacingrts Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda...
★★★★☆ 34
$14.99


Motorcycle Fork Bag Waterproof Motorbike Tool Bag Handlebar Bag PU Leather Saddlebags...
★★★★☆ 38
$22.00

Goldfire Waterproof Motorbike Handlebar Bag PU Leather Saddlebag Front Rear...
★★★★☆ 109
$18.59

Motorcycle Tool Bag, Universal PU Leather Saddlebags Handlebar...
★★★★☆ 610
$18.68

Saddlebags For Motorcycle Universal Leather PU Waterproof Saddlebags Softailfor...
★★★★☆ 56
$49.99

### Customers who viewed this item also viewed


Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar...
★★★★☆ 610
$18.68


Motorcycle Fork Bag, Handlebar Tool Bag with Internal Zipper Pocket for Motorcycle Front...
★★★★☆ 81
$21.99

### You might also like

Sponsored ⓘ

Page 1 of 38


INNOGLOW Motorcycle Waterproof Handlebar Bag Saddle bag Fork Roll Barrel Bag For Ha...
★★★★☆ 7
$18.99 ✓prime


Equinex Tools Motorcycle Motorbike Genuine Leather Tool ROLL Saddle Bag
★★★★☆ 70
$26.99

Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars,...
★★★★☆ 23,500
$19.98 ✓prime


Motorcycle Swingarm Bag, Side Tool Bag for Sportster Street 750 Synthetic Leather
★★★★☆ 7
$29.99 ✓prime

La Rosa Design Front Forks Tool Bag Black Faux Leather
★★★★☆ 5
$29.99 ✓prime



Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag, Saddle Roll Bags, Ha...
★★★★☆ 28
$17.99 ✓prime

## Compare with similar items

https://www.amazon.com/UAUS-Motorcycle-Yamaha-Kawasaki-Suzuki/dp/B07XDFC7QM/ref=sr_1_1

1/4



| | This item UAUS Motorcycle Fork Bag for Yamaha Honda Kawasaki Suzuki Ducati KTM Roll Tool Bag | Equinez Tools Motorcycle Motorbike Genuine Leather Tool ROLL Saddle Bag | Motorcycle Fork Bag, Handlebar Tool Bag with Internal Zipper Pocket for Motorcycle Front Forks Handlebar Sissybar | Maso Motorcycle Saddle Bag, Universal Luggage PU Leather Bag Storage with 2 Mounting Straps Black |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |

| | | | | |
|---|---|---|---|---|
| Customer Rating | ☆☆☆☆☆ (0) | ★★★★☆ (70) | ★★★★½ (81) | ★★★★½ (16) |
| Price | $17⁰⁰ | $26⁹⁹ | $21⁹⁹ | $29⁹⁹ |
| Sold By | outdoorpowerequipment | Equinez Tool Company | kemimoto | MASO TECHNOLOGY CO., LIMITED |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | UAUS |
| Brand | UAUS |
| Item Weight | 13 ounces |
| Package Dimensions | 12.48 x 6.69 x 5.04 inches |
| Manufacturer Part Number | AM-UMB1732 |

### Additional Information

| | |
|---|---|
| ASIN | B07XDFC7QM |
| Best Sellers Rank | #2,988,203 in Automotive (See Top 100 in Automotive) #987 in Powersports Gear Bags |
| Date First Available | September 6, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

Page 1 of 2

### Videos for related products


The 10 Best ATV Saddle Bags
4:23
Ezvid Wiki


Nelson Rigg Gear Hurricane Waterproof Backpack/Tail Pack,1...
3:16
Merchant Video


Ogio Rig 9800 Wheeled Black Gear Bag - One Size
2:21
Merchant Video


Viking Bags Economy Line Motorcycle Sissy Bar Bag, Univer...
1:11
Total Niches


See video for KEMI Waterproof RZR D...
kemimoto

Upload your video

---

## Product description

Description:

Fit on Most Motorcycles For Harley Yamaha Honda Suzuki Kawasaki Note:Please check and confirm this things fits yours before buying. If you can't install, please get professional maintenance staff to help you install.

1 x Motorcycle Fork Bag

【Great Capacity for Small Items】: Perfect to put a water bottle and some small items , such as drivers license, registration, hairbrush, makeup , tire gauge, gloves, sunglasses, pocket knife, and dew rag 【Easy to Install】: Multi position to install with the straps, can be installed on handlebar, sissy bar,front fork,side frame. This motorcycle tool pouch fits for sportster dyna softail honda yamaha kawasaki suzuki. 【Water Resistant Design】: There are two side flaps in this handlebar bag which should help keep some rain out. Also prevent the items from falling out. 【Easy Access and Close】: Quick release buckle, convenient to close and take out from the fork bag.

**What other items do customers buy after viewing this item?**




Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar...
★★★★☆ 610
$18.68



The Nekid Cow | Motorcycle Handlebar Bag Premium Synthetic Black PVC Leather...
★★★★☆ 663
$24.49
In stock on October 27, 20...

**Related items to consider**

Sponsored ⓘ                                                                 Page 1 of 8










| Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag, Saddle Roll Bags, Ha... | Everrich Motorcycle Handlebar Bag, Motorcycle Fork Bag, Sissy Bar Storage Tool... | Motorcycle Swingarm Bag, Side Tool Bag for Sportster Street 750 Synthetic Leather | La Rosa Design Front Forks Tool Bag Black Faux Leather | Zqasales Motorcycle Fork Bag Waterproof Motorbike Tool Bag Handlebar Bag PU... | INNOGLOW Motorcycle Waterproof Handlebar Bag Saddle bag Fork Roll Barrel Bag For Ha... |
| ★★★★☆ 28 | ★★★★☆ 48 | ★★★★☆ 7 | ★★★★☆ 5 | ★★★☆☆ 3 | ★★★★☆ 7 |
| $17.99 ✓prime | $18.99 ✓prime | $29.99 ✓prime | $29.99 ✓prime | $15.29 ✓prime | $18.99 ✓prime |

**Customer questions & answers**

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

**Customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

**Inspired by your browsing history**                                    Page 1 of 7














8 results for outdoorpowerequipment : "KTM"

Sort by: Featured

**Brand**
UAUS

Sponsored ⓘ



### UAUS Motorcycle Fork Bag for Yamaha Honda Kawasaki Suzuki Ducati KTM Roll Tool Bag
$17.00
Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon
Only 2 left in stock - order soon.



### UAUS 19mm Carburetor Carb For KTM50 KTM50SX KTM 50SX 50cc Junior Dirt Bike 2001-2017 45131001100 45231001200 C064513100
$52.99
FREE Shipping
Only 13 left in stock - order soon.



### UAUS Plastic 8mm Chain Roller Wheel Guide For YZF KTM RMZ KLX CRF Motorcycle
Orange
$7.99
FREE Shipping
Only 6 left in stock - order soon.
Also available in Blue




### UAUS Plastic 10mm Chain Roller Wheel Guide For YZF KTM RMZ KLX CRF Motorcycle
Orange
$6.99
FREE Shipping
Only 19 left in stock - order soon.
Also available in Blue




### 8mm Red Chain Roller Tensioner Pulley Wheel Guide Fit YZF KTM RMZ KLX CRF
Red
$6.99
FREE Shipping
Only 14 left in stock - order soon.
  



### UAUS 2.50/2.75 x 10" Inner Tube Tire Fit Yamaha PW50 TTR50 Motorcycle Pit Dirt Bike
★★★★☆ ⌄ 17
**38% off**
$9.99 $15.99
Lowest price in 30 days
FREE Shipping on your first order shipped by Amazon
In stock on October 29, 2020.



### UAUS 16x2.50 Inner Tube (Bent Valve stem) Electric scooter ATV dirt bike Motorcycle
★★☆☆☆ ⌄ 2
Automotive
$13.99
FREE Shipping
Only 10 left in stock - order soon.

amazon

☰ **amazon**  All ▾  🔍  🇺🇸 ▾  Hello, Sign in Account & Lists ▾  Returns & Orders ▾  Try Prime ▾  🛒 Cart

Deliver to Bolingbrook 60440 | Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   **Shop tech gifts**

## outdoorpowerequipment

outdoorpowerequipment storefront
★★★★☆ | 82% positive in the last 12 months (83 ratings)
Our company was founded in 2017 and is headquartered in China.

We are specialized in providing aftermarket parts for Industrial machinery parts ,brand chainsaws, motorized bicycles and motorcycles. We will serve you with all our heart.

Welcome to outdoorpowerequipment.

| Have a question for outdoorpowerequipment? |
| --- |
| **Ask a question** |

---

## Detailed Seller Information

**Business Name:** Heilongjiang Hengshen Jinshu Cailiao Youxiangongsi
**Business Address:**
No. 80, Xisitiao Road, Xin'an Street, Xi'an Road
Mudanjiang
Heilongjiang
157000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
|---|---|---|---|---|---|---|

★★★☆☆ "The gas caps fits fine, there was No Gasket Provided (All gas caps Need a gasket) and the cap showed rough treatment, and the short clear little hose was ruined and not useable."
Read less
By Elmer P. on October 8, 2020

★★★★★ "perfect"
By scottdavies on October 8, 2020

★★☆☆☆ "Don't waste ur money the threads don't match"
By Greg Stewart 1959 on October 7, 2020

★★★★★ "perfect"
By tony s. on September 30, 2020

★★★★★ "Good"
By Vong lee on September 26, 2020

Previous  Next

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 57% | 78% | 82% | 88% |
| Neutral | 14% | 13% | 5% | 3% |
| Negative | 29% | 9% | 13% | 9% |
| Count | 7 | 32 | 83 | 145 |

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 7

‹

 
KTM 6" Die-cut Decal Orange
★★★★☆ 67
$1.81


FMF Racing 11299 Wash Plug
★★★★☆ 1,410
$11.08


KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
★★★★☆ 134
$21.59


CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
★★★★☆ 87
$25.98


NEW KTM CORPORATE STICKER SHEET
★★★★☆ 49
$13.99


Motorex Top Speed 4T Oil - 15W50 - 4 Liter 171-435-400
★★★★★ 107
$47.30

›

## Top subscription apps for you


Disney+
Disney
★★★★☆ 384,539
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 97,407
$0.00


STARZ
Starz Entertainment
★★★★☆ 79,152
$0.00


Sling TV
Sling TV LLC
★★★★☆ 47,052
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,755
$0.00


Philo: Live & On-Demand TV
PHILO
★★★★☆ 64,646
$0.00

**Your Browsing History**  View or edit your browsing history ›

See personalized recommendations
**Sign in**

 

SIGN IN · SHIPPING & PAYMENT · GIFT OPTIONS · PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from Amazon.com**   (Learn more)

Shipping to: ▮▮ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825 United States

- **UAUS Motorcycle Fork Bag for Yamaha Honda Kawasaki Suzuki Ducati KTM Roll Tool Bag**
  $17.00 - Quantity: 1
  Sold by: outdoorpowerequipment

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

> **Good news** ▮▮, we're giving you a 30-day FREE trial of Prime

- ○ **Friday, Oct. 23**
  FREE Two-Day Delivery with a free trial of 
- ○ **Tuesday, Oct. 27**
  **FREE Shipping on your first order**
- ● **Friday, Oct. 23**
  $9.99 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change

▬
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ▬▬▬
Add delivery instructions

Or try Amazon Locker
20 locations near this address ⌄

**Payment method** Change
🔲 ending in ▬

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[Enter Code]   Apply

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.00 |
| Shipping & handling: | $9.99 |
| Total before tax: | $26.99 |
| Estimated tax to be collected: | $1.06 |

**Order total:**    **$28.05**

How are shipping costs calculated?

---

prime ▬. time is money.
Why not save both?
Save $9.99 on this order and get FREE Two-Day Delivery
Learn more ▶

**Try Prime FREE for 30 days ▶**
No commitments. Cancel anytime.

**Delivery: Oct. 23, 2020** If you order in the next 18 hours and 46 minutes. (Details)

UAUS Motorcycle Fork Bag for Yamaha Honda Kawasaki Suzuki Ducati KTM Roll Tool Bag
$17.00 & FREE Returns ⌄
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: outdoorpowerequipment
Add gift options

**Choose a delivery option:**

○ Friday, Oct. 23
FREE Two-Day Delivery with a free trial of amazon prime

○ Tuesday, Oct. 27
FREE Shipping on your first order

● Friday, Oct. 23
$9.99 - Shipping

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

---

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



≡  **amazon**

Deliver to
Bolingbrook 60440

Automotive Parts & Accessories ▾ | | 🔍 | 🇺🇸 ▾

Hello, Sign in
Account & Lists ▾

Returns
& Orders ▾

Try Prime ▾

🛒 0 ▾
Cart

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping        Shop the Fashion Gift guide

Automotive   Your Garage   Deals & Rebates   Best Sellers   Parts ▾   Accessories ▾   Tools & Equipment ▾   Car Care ▾   Motorcycle & Powersports ▾   Truck ▾   RV ▾   Tires & Wheels ▾   Vehicles

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories › Foot Pegs



Roll over image to zoom in

**PACASK New arrival Motorcycle CNC Universal Foot Rest Footrests Folding Foot Pegs Rear Set For Honda Kawasaki KTM Ducati Suzuki Yamaha (Silver)**

Brand: PACASK

⭐⭐½☆☆ ▾    3 ratings

Price: **$23.99**

Get $50 off instantly: Pay $0.00 ~~$23.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

**Color: Silver**

 $18.99    $27.99    $27.99    $27.99

 $27.99   [ $23.99 ]

- Condition: 100% Brand New and high Quality
- Color: Black,Silver,Gold,Red,Green,Blue
- Material:Aluminum Pegs And Stainless Steel Bolts
- Easy to install,Perfect fit
- Fitment: Universal fit For Aprilla/BMW/Honda/Kawasaki/KTM/Ducati/Suzuki/Yamaha/Triumph/MV plus REARSET

⊕ See more product details

Compare with similar items

New (2) from $23.99 & FREE Shipping on orders over $25.00

**$23.99**

FREE delivery: **Friday, Oct 30** on your first order.

Fastest delivery: **Friday, Oct 23**
Order within 21 hrs and 55 mins
Details

**Only 1 left in stock - order soon.**

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...    Amazon
Sold by ...    PACASK

☐ Add gift options

📍 Deliver to Bolingbrook 60440

[ Add to List ]

New (2) from
**$23.99** & FREE Shipping on orders over $25.00

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

## You might also like

Sponsored ⓘ

Page 1 of 23

‹


INNOGLOW Motorcycle Footpegs Rear Passenger Spike Footrests Foot Pegs Fit For H-D H...
⭐⭐⭐☆☆ 23
$24.59 ✓prime


GDAUTO Universal Motorcycle Footpegs Highway Foot Pegs Foot Rests Engine Guard...
⭐⭐⭐⭐ 10
$57.97 ✓prime


INNOGLOW Motorcycle Foot pegs Footrest footpegs Chrome Pirate Spike Male Mount Foot...
⭐⭐⭐½☆ 52
$24.99 ✓prime


Passenger Foot Peg Support Mount Clevis Universal(Black)
⭐⭐⭐⭐⭐ 3
$16.99 ✓prime


INNOGLOW Motorcycle 1 Pair Foot Pegs Spike Stiletto Foot Rests Anti Vibration Skidp...
⭐⭐⭐½☆ 17
$34.99 ✓prime

›

## Customers also viewed these products

Page 1 of 7

‹


Motoparty Motocycle Rear Footrest Pegs Foot Peg Universal For Suzuki Baja Mini Bikes (Baja...
⭐⭐⭐⭐ 59
$12.99

1 pair
CNC Universal Motorcycle Racing Bike Folding Foot Pegs Footrests Rearsets...
⭐⭐⭐⭐ 67
$17.99

8mm Billet Motorcycle Folding Rearsets Footrests Footpegs Foot pegs Pedal Universal...
⭐⭐⭐⭐ 82
$18.99

TCMT Front Rear Footrests Foot Pegs Fits For Yamaha YZF R1 2002-2014 R6 2003...
⭐⭐⭐⭐ 86
$14.99

Alpha Rider Complete Footrest FootPeg Foot Peg Set For Baja Mini Bikes Baja Heat, Mini...
⭐⭐⭐⭐ 83
$12.98


Goldfire Pair Billet CNC Aluminum Motorcycle Foot Pegs For Harley Style Male Mount...
⭐⭐⭐⭐ 28
$15.59

›

## Compare with similar items



| | | | |
|---|---|---|---|
| **This item** PACASK New arrival Motorcycle CNC Universal Foot Rest Footrests Folding Foot Pegs Rear Set For Honda Kawasaki KTM Ducati Suzuki Yamaha (Silver) | 8mm Billet Motorcycle Folding Rearsets Footrest Footpegs Foot pegs Pedal Universal for YAMAHA YZF R1 R6 R125 R3 R25 MT07 MT-07 MT09 MT-09 FZ09 FZ07 MT-03 MT25 MT3 FZ1 FZ8 | CNC Universal Motorcycle Racing Bike Folding Foot Pegs Footrests Rearsets Rear Set Footpegs Rest Pedals 8mm Install Bolts | Alpha Rider Complete Footrest FootPeg Foot Peg Set For Baja Mini Bikes Baja Heat, Mini Baja, Baja Warrior |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |

| | | | | |
|---|---|---|---|---|
| Customer Rating | ★★☆☆☆ (3) | ★★★★☆ (82) | ★★★★☆ (67) | ★★★★☆ (83) |
| Price | $23⁹⁹ | $18⁹⁹ | $17⁹⁹ | $12⁹⁸ |
| Sold By | PACASK | FXCNC Racing | ONETEN | Sunshine'Store |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color: **Silver**

### Technical Details

| | |
|---|---|
| Manufacturer | PACASK |
| Brand | PACASK |
| Item Weight | 10.6 ounces |
| Package Dimensions | 6.5 x 2.99 x 0.39 inches |
| Manufacturer Part Number | PCAI -168 |

### Additional Information

| | |
|---|---|
| ASIN | B07TZM8BR5 |
| Customer Reviews | ★★☆☆☆  3 ratings<br>2.5 out of 5 stars |
| Best Sellers Rank | #442,178 in Automotive (See Top 100 in Automotive)<br>#700 in Powersports Foot Pegs |
| Date First Available | July 8, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

Page 1 of 2

### Videos for related products



Highway Pegs Install Instruction

kemimoto

0:47



TCMT Highway Pegs Fit For 1.25" Engine Guard

TCMT

1:20



1~1.25 inch Highway Pegs Install instruction

kemimoto

0:52



Install MX pegs for Harley Bike

TARAZON-Moto Parts Factory

1:10



MX Foot Pegs Foot Pedals KTM 85 SX

JFG RACING

Upload your video

## Product description

Color: **Silver**

Folding Foot Pegs For Adjustable Rearset
Material: Aluminum Pegs And Stainless Steel Bolts
Condition: 100% Brand New and high Quality
Color: Black,Silver,Gold,Red,Green,Blue
Footpegs Length : 85mm

Connecting hole: 8mm
Special cutting
Easy to install, No Installation Instruction
Perfect fit
Fitment:
Universal fit For Aprilla/BMW/Honda/Kawasaki/KTM/Ducati/Suzuki/Yamaha/Triumph/MV plus REARSET
Package Include:
1 Pair Foot Pegs
Attention:
The product will always keep "I" shape (straight shape), not "L" shape (fold shape).

---

**Related items to consider**

Sponsored ⓘ                                                                          Page 1 of 8

     

| Passenger Foot Peg Support Mount Clevis Universal(Black) | XFMT Footrest Motorcycles Foot Pegs Compatible with Yamaha Kawasaki Suzuki... | GDAUTO Universal Motorcycle Footpegs Highway Foot Pegs Foot Rests Engine Guard... | XMT-MOTO 10mm Highway Foot Pegs Footrest Chrome fits for Harley Davidson... | XMT-MOTO Rear Foot Peg Footrest for Suzuki GSXR 600 750 2006-2014 GSXR1000 2005... | TCMT Pair Front Footrest Foot Pegs Fits For Honda CBR 1000RR 2004-2019 CBR 600RR 20... |
|---|---|---|---|---|---|
| ★★★★★ 3 | ★★★★★ 2 | ★★★½ 10 | ★★★★½ 14 | ★★★★☆ 8 | ★★★★☆ 34 |
| $16.99 ✓prime | $42.95 | $57.97 ✓prime | $21.77 | $7.77 | $7.99 |

Sponsored ⓘ

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

★★½☆☆ 2.5 out of 5

3 global ratings

| | | |
|---|---|---|
| 5 star | ▇▇▇ | 37% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ▇▇▇▇▇ | 63% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers



[ Write a customer review ]

**Top reviews**  ⌄

### Top review from the United States

👤 Nick

★☆☆☆☆ **they have to improve them and make them foldable**

Reviewed in the United States on September 2, 2020

Color: Black | **Verified Purchase**

They look great, but they don't stay folded so I need Them to be able to fold and stay like that...
Not happy☹

[ Helpful ]   |   Comment   |   Report abuse

**See all reviews ›**



GDAUTO Universal Motorcycle Footpegs High...
10
$57.97     Shop now

Sponsored ⓘ

Sponsored ⓘ

## Inspired by your browsing history

Page 1 of 7

     

| KTM 6" Die-cut Decal Orange | FMF Racing 11299 Wash Plug | KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version) | NEW KTM CORPORATE STICKER SHEET | CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125... | Motorex Top Speed 4T Oil - 15W50 - 4 Liter 171-435-400 |
|---|---|---|---|---|---|
| ⭐ 67 | ⭐ 1,409 | ⭐ 134 | ⭐ 49 | ⭐ 87 | ⭐ 107 |
| $1.81 | $11.08 | $21.59 | $13.99 | $25.98 | $47.30 |

## Popular products inspired by this item

Page 1 of 4

     

| Motorcycle Footpegs Foot Rest Highway Pegs ( Chrome ) for Road King Street Glide... | GDAUTO Motorcycle Footpegs Highway Pegs Foot Rest for Road King Street Glide Honda... | GDAUTO Highway Pegs Motorcycle Footpegs Foot Rest ( Chrome ) for Harley Honda Road... | Motorcycle Footpegs Foot Rest Highway Pegs ( Chrome ) for Harley Road King Street Glide... | GDAUTO Motorcycle Footpegs Foot Rest Highway Pegs for Harley Honda Road King... | Highway Pegs Motorcycle Footpegs Foot Rest ( Chrome ) for Harley Road King... |
|---|---|---|---|---|---|
| ⭐ 20 | ⭐ 87 | ⭐ 11 | ⭐ 11 | ⭐ 2 | ⭐ 20 |
| $59.97 | $56.97 | $59.97 | $69.97 | $62.97 | $61.97 |

## Your Browsing History    View or edit your browsing history ›

Page 1 of 2

     

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



Sort by: Featured

**Brand**
PACASK

Sponsored ⓘ



### PACASK CNC Motorcycle Handlebar Riser for KTM Duke 390 2017-2019 (black)
⭐⭐⭐⭐½ ⌄ 3
black
$26⁹⁹
FREE Shipping
Price may vary by color





### PACASK CNC Handlebar Riser Mount Clamp For KTM 1050 1090 1190 Adventure 1290 Super Adventure R S T Superduke Super Duke GT 16-...
⭐⭐⭐⭐ ⌄ 2
BLACK
$28⁰⁰
✓prime Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon
Only 9 left in stock - order soon.
Price may vary by color






### PACASK New arrival Motorcycle CNC Universal Foot Rest Footrests Folding Foot Pegs Rear Set For Honda Kawasaki KTM Ducati Suzuki Yamaha...
⭐⭐½ ⌄ 3
Silver
$23⁹⁹
Get it as soon as **Thu, Oct 22**
FREE Shipping on your first order shipped by Amazon
Only 1 left in stock - order soon.
Price may vary by color

   +





### PACASK Motorcycle Handlebar Rise Up Bracket Kit for KTM 1050 1190 1290 ADV (black)
black
$28⁹⁹
FREE Shipping






### PACASK Super Duke 1290 Stand Extension Plate Stand Enlarge For KTM 1290 SuperDuke 2013 2014 2015 2016 2017 Side Kickstand
⭐⭐⭐⭐ ⌄ 2
$14⁰⁰
Get it as soon as **Thu, Oct 22**
FREE Shipping on your first order shipped by Amazon
Only 1 left in stock - order soon.



### PACASK DUKE390 Rear Fender Mudguard Cover Splash Guard For KTM DUKE390 DUKE200 2017-2018 DUKE 200 390 Rear Wheel Tire Hugger...
⭐⭐⭐⭐⭐ ⌄ 2
$62⁹⁹
✓prime Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon
Only 4 left in stock - order soon.



### PACASK 4 X Motorcycle Motorbike Turn Signal LED Light Indicator For Yamaha Honda Suzuki Kawasaki DUCATI BMW KTM BUELL APRILIA...
⭐⭐⭐ ⌄ 1

☰ amazon

| All ▾ | | 🔍 |

🇺🇸 ▾ | Hello, Sign in Account & Lists Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bolingbrook 60440 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

## PACASK

PACASK storefront

⭐⭐⭐⭐½ | 95% positive in the last 12 months (19 ratings)

PACASK is committed to providing each customer with the highest standard of customer service.

Have a question for PACASK?

[Ask a question]

---

## Detailed Seller Information

**Business Name:** turenjie

**Business Address:**
nanshanqu pingshanyilu 6hao xueshenghu 2012ji
shenzhen
guangdong
518055
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |

⭐☆☆☆☆ ~~"Picture and description showed and describe 4 lights. Only two came. No one responded. Don't buy no customer service."~~

By aaron ernst on September 26, 2020.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

⭐⭐☆☆☆ "i ordered a return label. is it on the way?"

By James on September 24, 2020.

⭐⭐⭐⭐⭐ "Have not used it yet waiting on other parts to arrive so I can do one install but it arrivenin a timely manner and looks great"

By a jett on September 21, 2020.

⭐⭐⭐⭐⭐ "My order arrived a day early!"

By Peter Hahn on September 8, 2020.

⭐⭐⭐⭐⭐ "AAA"

By Jim Holt on August 29, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 50% | 89% | 95% | 96% |
| Neutral | 0% | 0% | 0% | 2% |
| Negative | 50% | 11% | 5% | 2% |
| Count | 2 | 9 | 19 | 51 |

Previous **Next**

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 7

‹




FMF Racing 11299 Wash Plug
⭐⭐⭐⭐½ 1,403
$8.75

KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
⭐⭐⭐⭐½ 133
$21.59



KTM 6" Die-cut Decal Orange
⭐⭐⭐⭐½ 66
$6.80




Motorex Top Speed 4T Oil - 15W50 - 4 Liter 171-435-400
⭐⭐⭐⭐⭐ 105
$47.30



NEW KTM CORPORATE STICKER SHEET
⭐⭐⭐⭐½ 49
$13.99



CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
⭐⭐⭐⭐½ 87
$25.98

›

## Top subscription apps for you



CBS Full Episodes and Live TV
CBS Interactive
⭐⭐⭐⭐ 96,771
$0.00



ABCmouse.com - Early Learning Academy
Age of Learning
⭐⭐⭐⭐½ 33,484
$0.00



MLB
MLB Advanced Media
⭐⭐⭐⭐ 33,911
$0.00



Minecraft
Mojang
⭐⭐⭐⭐½ 90,968
$6.99



ES File Explorer File Manager
ES Mobile
⭐⭐⭐⭐ 83,682
$0.00



Pandora
Pandora Media
⭐⭐⭐⭐½ 49,902
$0.00

**Your Browsing History** View or edit your browsing history ›

See personalized recommendations

[Sign in]

 

# Choose your shipping options

**Continue**

---

**Shipment 1 of 1**

**Shipping from Amazon.com** (Learn more)

Shipping to: ▆ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825 United States

- **PACASK New arrival Motorcycle CNC Universal Foot Rest Footrests Folding Foot Pegs Rear Set For Honda Kawasaki KTM Ducati Suzuki Yamaha (Silver)**
  $23.99 - Quantity: 1
  Sold by: PACASK

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

**Good news** ▆ , we're giving you a 30-day FREE trial of Prime

○ **Friday, Oct. 23**
   FREE Two-Day Delivery with a free trial of 

○ **Tuesday, Oct. 27**
   FREE Shipping on your first order

● **Friday, Oct. 23**
   $9.99 - Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.





amazon.com

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

# Review your order

**Shipping address** Change
[redacted]
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: [redacted]
Add delivery instructions

Or try Amazon Locker
20 locations near this address

**Payment method** Change
ending in [redacted]

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
Enter Code | Apply

prime

[redacted], time is money.
Why not save both?
**Save $9.99 on this order and get FREE Two-Day Delivery**
Learn more

**Try Prime FREE for 30 days**
No commitments. Cancel anytime.

**Delivery: Oct. 23, 2020** If you order in the next 21 hours and 48 minutes (Details)

**PACASK New arrival Motorcycle CNC Universal Foot Rest Footrests Folding Foot Pegs Rear Set For Honda Kawasaki KTM Ducati Suzuki Yamaha (Silver)**
$23.99
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: PACASK
Add gift options

**Choose a delivery option:**
- **Friday, Oct. 23**
  FREE Two-Day Delivery with a free trial of amazon prime
- **Tuesday, Oct. 27**
  FREE Shipping on your first order
- **Friday, Oct. 23** (selected)
  $9.99 - Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $23.99 |
| Shipping & handling: | $9.99 |
| Total before tax: | $33.98 |
| Estimated tax to be collected: | $1.50 |
| **Order total:** | **$35.48** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Deliver to
Bolingbrook 60440

| Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone |

See Automotive holiday deals Shop now ›

‹ Back to results




2 pack




Roll over image to zoom in

## PACASK CNC Motorcycle Handlebar Riser for KTM Duke 390 2017-2019 (black)

Brand: PACASK

★★★★☆  3 ratings

Price: **$26.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 $26.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

Color: **black**

 $26.99   $31.99   $21.99

- **Material**: Metal
- Make the rider have a more comfortable cycling posture and effectively reduce long-distance ride fatigue.
- Size(L x W): 82 x 40 mm / 3.23 x 1.57 inch
- CNC-machined, high strength and durable.
- Enhance the maneuverability of motorcycle and increase the steering sensitivity.

› See more product details



$26.99
& FREE Shipping

Arrives: Nov 10 - Dec 3

**In Stock.**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...   PACASK
Sold by ...   PACASK

⊙ Deliver to Bolingbrook 60440

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

Sponsored ⓘ

## You might also like

Sponsored ⓘ

Page 1 of 59


Motorcycle Duke390 250 Handguards Hand Handle Bar Handguard Hand Guards Brush...
$35.99 ✓prime


Xitomer DUKE 690 Tail Tidy, Fender Eliminator for 2012 2013 2014 2015 2016 2017 201...
★★☆☆☆ 2
$35.99 ✓prime


Xitomer Duke 125/250/390 Tail Tidy, Fender Eliminator for KTM DUKE 125...
★★★★★ 2
$34.99 ✓prime

Xitomer Tail Tidy for 390 DUKE 2017 2018 2019 2020, Fender Eliminator For KTM DUKE ...
★★★★☆ 26
$29.99 ✓prime


Xitomer 790 Tail Tidy, Fender Eliminator for KTM 790 ADVENTURE 2019-2020, Compatibl...
$45.99 ✓prime

## Customers who viewed this item also viewed

Page 1 of 2


Xitomer Tail Tidy for 390 DUKE 2017 2018 2019 2020, Fender Eliminator For KTM DUKE 125...
★★★★☆ 26
$29.99
Only 8 left in stock - order...


7/8" Motorcycle Handle Bar End Mirrors Side Mirrors for KTM DUKE 790 690 390 125
★★★☆☆ 17
$19.99
Only 9 left in stock - order...


HTTMT 300DUKE125-Orange Aluminum Wind shield Windscreen Compatible with KTM...
★★★★★ 5
$20.99
Only 18 left in stock - order...


Motorcycle Sportbike 7/8" Handle Bar End Mirrors for KTM DUKE 790 690 390 125
★★★☆☆ 9
$19.99


1 1/8" 28mm Handlebar Fat Handle Bar Riser Mount Clamp Pad Grips Set For Dirt Bike KTM...
★★★★☆ 83
$44.99


Full Graphic Decals kit for KTM Duke 390 Graphic kit "KTM Thunder" Body and Rims (White)
1 offer from $179.99

## Customers also viewed these products

Page 1 of 7


Xitomer Tail Tidy for 390 DUKE 2017 2018 2019 2020, Fender Eliminator For KTM DUKE 125...
★★★★☆ 26
$29.99
Only 8 left in stock - order...


NICECNC Aftermarket Motorcycle Stainless Steel Exhaust Muffler Mid Pipe Replace DUK...
★★★★☆ 16
$84.99
Only 5 left in stock - order...


COPART Engine Guard Bash Bottom Skid Plate Protector Kit for KTM Duke 250 390 2013...
★★★★★ 1
$99.00
Only 6 left in stock - order...


Full Graphic Decals kit for KTM Duke 390 Graphic kit "KTM Thunder" Body and Rims (White)
1 offer from $179.99


KTM Open End Dual Compound Hand Grips
★★★★☆ 75
$24.99
Only 3 left in stock - order...


Enduro Engineering KTM Bar Riser Kit 5-30mm
★★★★☆ 37
$34.95



 amazon | All | KTM

Hello, Sign in
Account & Lists · Account

Returns & Orders

Try Prime

0 Cart

Deliver to Bolingbrook 60440

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping

Shop today's epic deals now

See Automotive holiday deals  Shop now ›

‹ Back to results





### PACASK Motorcycle Handlebar Rise Up Bracket Kit for KTM 1050 1190 1290 ADV (black)

Brand: PACASK

Price: **$28.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 $28.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

Color: black

 $28.99    $28.99    $28.99

- --6061-T6 Billet Aluminium,CNC Machined with strong structure and high strength.
- --Professional designed for KTM 1050 1090 1190 1290 Adventure.
- --High toughness and no deformation after long using time.
- --Easy to install and perfect fit.

› See more product details

Click image to open expanded view

**$28.99**
& **FREE Shipping**

Arrives: Nov 10 - Dec 3

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...       PACASK
Sold by ...          PACASK

📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### Inspired by your recent shopping trends

Page 1 of 17

    

Enjoy Mfg Motorcycle Sticker Sheet Decal Graphics for KTM (BLACK)
★★★★☆ 4
$19.98
Only 15 left in stock - orde...

Enjoy Mfg Motorcycle Sticker Sheet Decal Graphics for KTM (Orange)
★★★★★ 2
$19.98
Only 5 left in stock - order...

Factory Effex 19-44500 Black Universal Fork/Swing Arm Sticker
★★★★☆ 6
$10.95
Only 2 left in stock (more...

NEW KTM RIM DECALS STICKER KIT ORANGE FITS ALL 125-530 CC 1998-2012...
★★★★☆ 21
$42.99
Only 6 left in stock - order...

BRAND NEW OEM Corporate Sticker Sheet upw1872600
★★★★☆ 16
$15.99

---

### You might also like

Page 1 of 14

Sponsored ⓘ

     

KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor
★★★★☆ 43
$15.99 ✓prime

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime

HIAORS 7/8" Motorcycle Hand Grips for CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Mot...
★★★★★ 387
$7.99 ✓prime

KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99

Troy Lee Designs Men's TLD KTM Team Hoody,Medium,Navy
★★★★☆ 23
$80.00 ✓prime

Troy Lee Designs Men's TLD KTM Team Stock Trucker Adjustable Hats,One Size,Navy
★★★★☆ 12
$36.00 ✓prime

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product information

Color:**black**

**Technical Details**

| Manufacturer | PACASK |
|---|---|
| Brand | PACASK |

**Additional Information**

| ASIN | B07WXP7P7C |
|---|---|
| Date First Available | August 23, 2019 |

Case 1:20-cv-06672-Document 1-14 Filed 11/10/20 Page 386 of 465 PageID #:2090

≡  **amazon**

All ▾ | ktm handguard | 🔍

Hello,
Account ▾ | Lists ▾ | Returns
& Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to
Bolingbrook 60440

Holiday Deals | Gift Cards | Browsing History ▾ | Customer Service | ▮▮▮ | Amazon.com | Prime Video | **Shop today's epic deals now**

**Amazon Home** | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

**audible**➤  Now included: new podcasts, originals, and more    ( Start your free trial )

Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Handguards



Roll over image to zoom in

## Teng-young Motorcycle Hand Guard Handguard Shield Protector Gear for KTM SX XC XCF XCW EXC SXF 85 105 125 144 150 200 250 300 450 500 530 (Color : Orange)

Brand: Teng-young

Price: **$38.44** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ˅

**Color:** Orange

| | | |
|---|---|---|
| 🏍 $38.44 | 🏍 $38.44 | 🏍 $38.44 |
| 🏍 $38.44 | 🏍 **$38.44** | 🏍 $38.44 |
| 🏍 $38.44 | 🏍 $38.44 | |

- Material: Good Quality Plastic
- Universal Hand/Brush Guard fitting
- Fits for 7/8" Handlebar motorcycle
- Also fits most ATVs with specific mounting kit and ATV extension
- Comes with mounting kits, easy to install (you can check the below picture for installment detail)

▱ Report incorrect product information.

Sponsored

**$38.44**
& FREE Shipping

Arrives: Nov 20 - Dec 17

Usually ships within 6 to 10 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...    PENGTENG
Sold by ...    PENGTENG

📍 Deliver to Bolingbrook 60440

[ Add to List ]

[ Add to Wedding Registry ]

Share ✉ f 𝕏 📌

Have one to sell?

[ Sell on Amazon ]

## You might also like

Sponsored ⓘ

Page 1 of 11

‹



7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX...
★★★☆☆ 22
$22.89 ✓prime



Hunter-Bike Universal Motorcycle Handguards for KTM EXC EXCF XC XCF XCW MX EGS SX 1...
$17.66 ✓prime



Universal 7/8" 28mm 22mm Motorcycle Handlebar Hand Guards Protector For KTM EXC...
★★★☆☆ 3
$25.99 ✓prime



7/8 inche 1 1/8 inches Hand Guards Handguard Protector Protection For KTM EXC EXCF ...
★★★★☆ 62
$15.99 ✓prime



KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99



22mm a... Alumin... Handgua... Motorc...
★★★★☆
$24.9...

›

## Related products from Our Brands



### Mid-century style
Exclusively on Amazon
RIVET

Page 1 of 2

     



| Amazon Brand – Rivet Rustic Stoneware Crosshatch Indoor Flower Plant Pot, 6.25"H, Silver, Medium Planter | Amazon Brand – Rivet Geometric Ceramic Planter, 6.5"H, White and Grey | Amazon Brand – Rivet Cone-Shaped Wall Mount Vase, 7.5"H, Modern Earthenware, White | Amazon Brand – Rivet Modern Hand-Woven Stripe Fringe Throw Blanket, 50" x 60", Navy Blue and White with Sienna Orange | Amazon Brand – Rivet Westline Modern Indoor Outdoor Hand Painted Stoneware Planter Flower Pot, 8"H, Red White Blue Black | Amazon Modern Stonew Flower White |
|---|---|---|---|---|---|
| ⭐ 2065 | ⭐ 949 | ⭐ 629 | ⭐ 570 | ⭐ 322 | ⭐ |
| $23.99 | $35.73 | $13.49 | $52.76 | $41.61 | $25.65 |

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $38.44**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product description

Color:**Orange**

Product description

Motorcycle ATV Bike Brush Hand Guard Handguard Protector
- A plastic handguard designed for street bikes, naked bikes,dual sports and motards.
- Street Handguard which protects you from external impacts and crashes.
- These hand protectors are only connected at the bar end of the handle grips,
essentially replacing the bar end.
- They look sharp and enhance not only your comfort level, but also your bike's appearance.
- Its aerodynamic design allows a perfect oncoming flow and its aesthetic form fits perfectly to the newest generation of naked and race bikes.

Notice please:
Please check your measurement of the hand guard before you buy it.
Package includes: 1 Pair Hand Guards

---

### Product information

Color:**Orange**

| | |
|---|---|
| Item Weight | 0.035 ounces |
| Manufacturer | Teng-young |
| ASIN | B0881417LZ |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

10/23/2020    Amazon.com: Teng-young ... 450 500 530 (Color : Orange): Home & Kitc...

Case 1:20-cv-06677-Document 14 Filed 11/10/20 Page 387 of 465 PageID #: 2092

# Videos

## Videos for related products



**7:29**

Installing handguards on 2008 Yamaha WR250F

JFG RACING



**1:59**

JFG-RACING Black Hand Guards Handguards

JFG RACING



**1:53**

JFG RACING White Handguards Hand Guards - 7/8" 22mm and 1…

JFG RACING



**0:53**

handguards show and install

AnXin

Upload your video

---

## You might also like

Sponsored

Page 1 of 6



7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX…
★★★☆☆ 22
$22.89 ✓prime



KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99



HTTMT XH6016-Motorcycle Red 7/8" 22mm Hard Plastic Reinforced Hand…
★★★☆☆ 2
$11.24



22mm and 28mm Aluminum Universal Handguards For Motocross Dirt Bike…
★★★★☆ 61
$24.98 ✓prime



Universal 7/8" 28mm 22mm Motorcycle Handlebar Hand Guards Protector For KTM EXC…
★★★☆☆ 3
$25.99 ✓prime



Motorcy Dirtbike Brush G
★★★☆
$15.9!

Sponsored

---

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

# Customer reviews

**No customer reviews**

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

﹀ How are ratings calculated?

---

# Review this product

Share your thoughts with other customers

Write a customer review



7/8 Inches 22mm Motorcycle Universal Handg...
22
$22.89     Shop now

Sponsored

Sponsored

## Deals in magazine subscriptions

Page 1 of 8

     

**Reader's Digest**
★★★★☆ 8,604
Print Magazine
$8.00

**National Geographic Kids**
★★★★☆ 6,454
Print Magazine
$15.00

**Architectural Digest**
★★★★☆ 874
Print Magazine
$19.99

**Travel + Leisure**
★★★★☆ 26
Print Magazine
$3.00

**Better Homes & Gardens**
★★★★☆ 5,921
Print Magazine
$5.00

## Best sellers in Kindle eBooks

Page 1 of 7

      

**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★☆ 1,475
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
★★★★☆ 17,067
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
★★★★☆ 4,115
Kindle Edition
$4.99

**I Promise You: Stand-Alone College Sports...**
› Ilsa Madden-Mills
★★★★☆ 586
Kindle Edition
$2.99

**The One Love Collection**
› Lauren Blakely
★★★★★ 1
Kindle Edition
$0.99

### Your Browsing History    View or edit your browsing history ›

       

Back to top

### Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

**amazon**

English        United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion<br>brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on<br>Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Ignite<br>Sell your original<br>Digital<br>Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go |
| Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office<br>Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Prime Now<br>FREE 2-hour<br>Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime |
| Prime Video<br>Direct<br>Video<br>Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems |
| eero WiFi<br>Stream 4K Video<br>in Every Room | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right<br>to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Second<br>Chance<br>Pass it on, trade it<br>in,<br>give it a second<br>life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



1-16 of 81 results for PENGTENG : **"KTM"**

Sort by: Featured ▾

**Brand**
Teng-young
no logo



Teng-young Motorcycle Hand Guard Handguard Shield Protector Gear for KTM SX XC XCF XCW EXC SXF 85 105 125 144 150 200...

$38⁴⁴

FREE Shipping
Usually ships within 6 to 10 days.



**Teng-young 7/8 CNC Motorcycle Handlebar Grip Handles Motorbike Handlebar Grips for KTM 1290 Super Adventure S...**

$49³⁴

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young 7/8" 1" 22mm Universal Motorcycles Bikes Drag Handlebar Cafe Racer for KTM (Color : Silver)

$92⁹⁵

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young 1 Pair 7/8" 22mm Universal Motorcycle Brake Clutch Lever Guard Protectors Aluminum Alloy for KTM (Color : Gold)

$38²³

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young 7/8" Universal Motorcycle Brake Clutch Lever Guard Protectors for KTM (Color : Titanium)

$69¹⁴

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young Motorcycle CNC Handlebar Clamp for KTM (Color : Orange)

$60⁷⁹

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young New Orange Handle Grip Protaper Motorcycle Protaper Dirt Pit Bike Motocross 7/8 Handlebar Hand Grips for...

$26⁹¹

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young 7/8"22mm Universal Motorcycle Handle Handlebar Hand Bar Grip for KTM (Color : Red)

$29¹⁵

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young Motorcycle CNC Rubber Handlebar Hand Grips Bar End Gel Grip for KTM RC390 390 Duke 2013 2014 2015 2016...

$35⁵⁹

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young 7/8" 22mm Motorcycle Rubber Hand Grips Handle Gel for KTM Duke 125 200 250 390 EXC EXCF SX SXF XC XCF...

$24²²

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young Dirt Motocross Hand Bar Grip Gel Handle Bar Rubber 7/8" 22MM Motorcycle Handlebar for KTM CRF EXC YZF...

$26²¹

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young Handlebar Grips Guard Brake Clutch Levers Guard Protector Motorcycle for KTM Duke 125 200 390 690 790 990...

$53³⁷

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young 22mm Handlebar Riser Clamp Mount for KTM EXC SXF EXCF SX XC 125 250 350 450 525 530 Motorcycle Handle...

$83⁶⁷

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young CNC Motorcycle Handlebar Riser for KTM 1290 Super Adventure Duke GT R/S/T 2017 2018 1090 Adventure...

$65⁸⁴

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young Handlebar Riser Mount Clamp for KTM 690 Enduro R 2009-2018 690 SMC 2008-2010 Freeride 250 R 2014 2015 201...

$53³⁷

FREE Shipping
Usually ships within 6 to 10 days.



Teng-young Quick Turn Throttle Twister Throttle Tube for KTM Freeride 350 2013-2017 400 500 525 530 EXC 450 XCW 250 35...

$45¹⁰

FREE Shipping
Usually ships within 6 to 10 days.



← Previous | **1** | 2 | 3 | ... | 6 | Next →

## Need help?

Visit the help section or contact us

## Sponsored products related to this search  What's this? ⌄

Page 1 of 3



Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 524
$43.77



RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★½ 3,409
$29.97



Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 123
$74.77



PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure...
★★★★½ 44
$49.95



VULCAN Car Tie Down with Snap Hooks - Lasso Style - 2 Inch x 96 Inch, 4 Pack - High-Viz - 3,300...
★★★★½ 246
$99.99



## Deals in magazine subscriptions

Page 1 of 8





Birds and Blooms



Food & Wine



Bon Appetit



Little Kids



Real Simple



   

| | | | | |
|---|---|---|---|---|
| ★★★★☆ 58 | ★★★★☆ 12 | ★★★★☆ 2,556 | National Geographic Little Kids | ★★★★★ 6,949 |
| Print Magazine | Print Magazine | Print Magazine | ★★★★☆ 2,153 | Print Magazine |
| $5.00 | $3.00 | $10.00 | | $10.00 |

**Your Browsing History**   View or edit your browsing history   ›

       

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

  

English   United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



☰ **amazon**

All ▾ | 🔍

Hello, Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bollingbrook 60440 | Holiday Deals | Gift Cards | Browsing History ▾ | Customer Service | 's Amazon.com | Prime Video | Shop the Fashion Gift guide

# PENGTENG

PENGTENG storefront

*Just launched* | No feedback yet

PENGTENG is committed to providing each customer with the highest standard of customer service.

Have a question for PENGTENG?

[ Ask a question ]

---

## Detailed Seller Information

**Business Name:** TENGYONGPING
**Business Address:**
JINTANGXIAN,ZHAOZHEN,JINLONGLU 17#
CHENGDU
SICHUAN
610400
CN

---

| **Returns & Refunds** | Shipping | Policies | Help | Products |
| --- | --- | --- | --- | --- |

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact PENGTENG to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback | Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 8

      

National Geographic Kids
★★★★½ 6,454
Print Magazine
$15.00

Real Simple
★★★★½ 6,949
Print Magazine
$10.00

Real Simple
★★★★ 31
Print Magazine
$5.00

National Geographic Little Kids
★★★★½ 2,153
Print Magazine
$15.00

Martha Stewart Living
★★★★½ 4,377
Print Magazine
$5.00

## Best sellers in Kindle eBooks

Page 1 of 7

    

A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★½ 1,475
Kindle Edition
$14.99

If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
★★★★½ 17,067
Kindle Edition
$4.99

The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
★★★★½ 4,115
Kindle Edition
$4.99

I Promise You: Stand-Alone College Sports...
› Ilsa Madden-Mills
★★★★½ 586
Kindle Edition
$2.99

The One Love Collection
› Lauren Blakely
★★★★★ 1
Kindle Edition
$0.99

**Your Browsing History**  View or edit your browsing history ›



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

<div style="text-align:right">

**Continue**

</div>

---

## Shipment 1 of 1

**Shipping from PENGTENG**   (Learn more)

Shipping to: ▮. 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825
United States

- **Teng-young Motorcycle Hand Guard Handguard Shield Protector Gear for KTM SX XC XCF XCW EXC SXF 85 105 125 144 150 200 250 300 450 500 530 (Color : Orange)**
  $38.44 - Quantity: 1
  Sold by: PENGTENG

Change quantities or delete

### Choose a delivery option:

○ **Friday, Nov. 20 - Thursday, Dec. 17**
  FREE Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon**.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER** 🛒

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Shipping address** Change
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ███████

Add delivery instructions

**Payment method** Change
[card] ending in ███

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[ Enter Code ] [ Apply ]

FREE DELIVERY ███████ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery: Nov. 20, 2020 - Dec. 17, 2020**



Teng-young Motorcycle Hand Guard Handguard Shield Protector Gear for KTM SX XC XCF XCW EXC SXF 85 105 125 144 150 200 250 300 450 500 530 (Color : Orange)
**$38.44**
Quantity: 1 Change
Sold by: PENGTENG
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Friday, Nov. 20 - Thursday, Dec. 17**
FREE Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:    $38.44
Shipping & handling:    $0.00

Total before tax:    $38.44
Estimated tax to be collected:*    $2.40

**Order total:**    **$40.84**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



Case 1:20-cv-06677 Document 1-1 Filed 11/10/20 Page 397 of 465 PageID #: 2102

‹ Back to results



Roll over image to zoom in



### Teng-young 7/8 CNC Motorcycle Handlebar Grip Handles Motorbike Handlebar Grips for KTM 1290 Super Adventure S 2015 2016 2017 2018 (Color : Orange)

Brand: Teng-young

---

Price: **$49.34** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

Color: **Orange**

|  $49.34 |  $49.34 |  $49.34 |
|  $49.34 |  $49.34 |  $49.34 |
| $49.34 | | |

- Fits motorcycle, ATV, and watercrafts with 22 mm handle bars
- Condition: 100% Brand new
- Item Weight: 0.297kg
- Material Type: CNC Aluminum+Rubber
- Package Include:

💬 Report incorrect product information.

**$49.34**
& FREE Shipping

Arrives: **Nov 20 - Dec 17**

Usually ships within 6 to 10 days.

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...   PENGTENG
Sold by ...   PENGTENG

📍 Deliver to Bolingbrook 60440

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

## You might also like

Sponsored ⓘ

Page 1 of 16



‹

|  | | | | | |
|---|---|---|---|---|---|
| KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404 | KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404 | KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804 | KTM Racing Chain Guide (Orange) OEM: 7810497000004 | KTM XW-Ring Ch (Orange) 520x11 2020 OEM: 79610965118EB |
| ★★★★☆ 3 | ★★★★★ 3 | ★★★★★ 1 | ★★★★★ 1 | ★★★★★ 2 | ★★★★★ 1 |
| $47.99 | $101.99 | $101.99 | $83.99 | $98.99 | $124.99 |

›

## Related products from Our Brands



amazon basics

Over 500,000 5-star reviews

Case 20-cv-06677 Document 14 Filed 11/19/20 Page 398 of 465 PageID #:2103



‹ Back to results



Click image to open expanded view



## Teng-young New Orange Handle Grip Protaper Motorcycle Protaper Dirt Pit Bike Motocross 7/8 Handlebar Hand Grips for KTM (Color : Blue 1 Pair)

Brand: Teng-young

Price: **$26.91** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ›

Color: **Blue 1 Pair**

 $26.91    $26.91   $26.91

 $26.91    $26.91   $26.91

$26.91   $26.91

- Model Name: Motorcycle handle grip
- Item Width: 6cm
- Item Weight: 0.16kg
- Item Type: Grips
- Material Type: Silicon dioxide

⚑ Report incorrect product information.

**$26.91**
& FREE Shipping

Arrives: **Nov 20 - Dec 17**

Usually ships within 6 to 10 days.

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from    PENGTENG
Sold by     PENGTENG

📍 Deliver to Bolingbrook 60440

[ Add to List ]

[ Add to Wedding Registry ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

## You might also like

Sponsored ⓘ

Page 1 of 16



KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★½ 3
$47.99

KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404
★★★★★ 3
$101.99

KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99

KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99

KTM Racing Chain Guide (Orange) OEM 7810497000004
★★★★★ 2
$98.99

KTM Supersprox Rear Sprocket (O... 48T OEM: 5841005104804
★★★★★ 1
$83.99

## Related products from Our Brands



Page 1 of 3

≡ **amazon**

Automotive Parts & Accessories ▾

🇺🇸  Hello, Sign in
Account & Lists ▾   Account ▾   Returns & Orders ▾   Try Prime ▾   🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping      **Shop the Fashion Gift guide**

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾ | Vehicles

🔶 See Automotive holiday deals   Shop now ▸

Automotive › Motorcycle & Powersports › Parts › Exhaust › Mufflers & Baffles › Mufflers



Click image to open expanded view

# 1 Pc Stainless Steel Motorcycle Exhaust Muffler Link Pipe Tube For KTM Duke 690 2012-2019 Slip-on Motorcycle Muffler Eliminator Exhaust Moto Escape Enhanced Air Pressure Without Mounting Accessories

Visit the PHYUN Store

Price: **$44.89** & FREE Shipping

Get $50 off instantly: Pay $0.00 $44.89 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

- Material: High Quality 304 Stainless Steel
- Package included: 1 Piece Exhaust Middle Link PipeWithout Mounting Accessories
- Better heat resistance and longer service life.
- Fitment: For KTM DUKE 690 2012-2019
- Item location: New Jersey Dayton warehouse

› See more product details

**$44.89**
& **FREE Shipping**

Arrives: Oct 26 - 30

Only 9 left in stock - order soon.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from — PHYUN Auto Parts
Sold by — PHYUN Auto Parts

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $6.89

Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

## Inspired by your recent shopping trends

Page 1 of 3

   

For KTM DUKE 790 2018 2019 790 DUKE Slip-on Motorcycle Decat Muffler Eliminator Middle Link Pipe Exhaust Moto...
$54.00

for KTM 790 Duke 2018 2019 2020 Duke 790 Carbon Fiber Motorcycle Exhaust Muffler and...
⭐⭐☆☆☆ 2
$162.00
Only 18 left in stock - orde...

for KTM 790 Duke 2018 2019 Duke 790 18 19 Motorcycle Exhaust Muffler Middle Link Pipe
⭐⭐⭐☆☆ 2
$59.00

CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
⭐⭐⭐⭐½ 87
$25.98

‹ ›

## Customers also viewed these products

Page 1 of 7

 

Exhaust Muffler Carbon Fiber 1.5-2"Inlet with Removable DB Killer for Street/Sport...
⭐⭐⭐⭐☆ 191
$39.99

KKmoon 51mm Universal Motorcycle ATV Frosting Stainless Steel Exhaust Pipe...
⭐⭐⭐⭐½ 76
$29.99

ISTUNT (Black) 1.5-2" Inlet Stainless Steel Motorcycle Exhaust Muffler Slip on with...
⭐⭐⭐⭐☆ 31
$35.99
Only 16 left in stock - orde...

kemimoto Motorcycle Universal Exhaust Muffler Slip on Silencers & Mufflers Compatible with...
⭐⭐⭐⭐½ 47
$35.99

Motorcycle Slip on Exhaust system With Muffler Compatible With Kawasaki ninja 250...
⭐⭐⭐⭐½ 428
$65.50

for KTM Duke 125 250 390 RC390 Duke 125 2017 2018 2019 2020 RC 390 Duke 250...
⭐⭐⭐⭐☆ 4
$97.00
Only 19 left in stock - orde...

NICECNC Aftermarket Motorcycle Stainless Steel Exhaust Muffler Mid Pipe Replace DL...
⭐⭐⭐⭐☆ 16
$84.99
Only 5 left in stock - on...

‹ ›

## Special offers and product promotions

- **Amazon Business**: For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $44.89!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card.** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

**Technical Details**

**Additional Information**

| | |
|---|---|
| Manufacturer | PHYUN |
| Brand | PHYUN |
| Model | Muffler Link Pipe |
| Item model number | Muffler Link Pipe |
| Manufacturer Part Number | Does Not Apply |

| | |
|---|---|
| ASIN | B08BNJBCTD |
| Best Sellers Rank | #2,823,737 in Automotive (See Top 100 in Automotive)<br>#3,940 in Powersports Silencers & Mufflers |
| Date First Available | June 23, 2020 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to tell us about a lower price? ⌄

## Videos

Page 1 of 3

**Videos for related products**

 0:24

MGOD motorcycle exhaust remove DBkiller & wonderful sound !

MGOD motor shop

 0:57

Exhaust Muffler Carbon Fiber 1.5-2"Inlet with Removable DB Killer…

Pacewalker

0:09

Motorcycle Exhaust Muffler For CRF50 XR50 KLX SSR

HIAORS

 0:44

Fit your 2018-2020 ninja 400 exhaust

kemimoto



Do you know how to remove exhaust pipe?

MGOD motor sh…

Upload your video

## Product description

Product Description
Stainless Motorcycle Exhaust Muffler Link Pipe Tube For KTM Duke 690 2012-2019

Middle Pipe For KTM DUKE 690 2012 to 17 18 2019 Slip-on Motorcycle Muffler Eliminator Exhaust Moto Escape Enhanced Air Pressure

Middle Pipe For KTM DUKE 690 2012 to 17 18 2019 Slip-on Motorcycle Muffler Eliminator Exhaust Moto Escape Enhanced Air Pressure

Description:
Condition:100% Brand New
Material: High Quality 304 Stainless Steel
Package included: 1 Piece Exhaust Middle Link PipeWithout Mounting Accessories
Better heat resistance and longer service life.

Fitment:
For KTM DUKE 690   2012 2013 2014 2015 2016 2017 2018 2019

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

## Deals in magazine subscriptions

Page 1 of 9



**AllRecipes**
⭐⭐⭐⭐½ 3,842
Print Magazine
$5.00



**New York Magazine**
⭐⭐⭐⭐ 352
Print Magazine
$15.00



**Reader's Digest**
⭐⭐⭐⭐½ 56
Print Magazine
$5.00



**Coinage**
⭐⭐⭐⭐ 23
Print Magazine
$26.95



**People**
Print Magazine
$47.63



## Popular products inspired by this item

Page 1 of 3



**JFG RACING Motorcycle Slip On Exhaust Muffler Pipe Full System For For Honda CRF150F...**
⭐⭐⭐⭐ 86
$99.99



**Oeyal Exhaust Muffler Universal Slip On 1.5-2" Inlet Motorcycle Exhaust Motorcycle Muffler...**
⭐⭐⭐⭐ 33
$43.39



**KAJIMOTOR 51mm Slip On Motorcycle Exhaust System Dual Outlet Muffler Mid Pipe For...**
⭐⭐⭐⭐ 30
$53.49



**kemimoto Motorcycle Universal Exhaust Slip on Silencers & Mufflers Compatible with...**
⭐⭐⭐⭐ 15
$34.99



**KAJIMOTOR Motorcycle Slip on Exhaust Mid Link Pipe 51mm Muffler Connect Tail Tube...**
⭐⭐⭐⭐ 11
$50.00



**Your Browsing History**    View or edit your browsing history ›

    

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

  

amazon

English    United States



Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems



# PHYUN Auto Parts

PHYUN Auto Parts storefront

⭐⭐⭐☆☆ | 45% positive lifetime (11 total ratings)

PHYUN Auto Parts is committed to providing each customer with the highest standard of customer service.

Have a question for PHYUN Auto Parts?

[Ask a question]

## Detailed Seller Information

**Business Name:** Beijing feiyan trading co.,LTD
**Business Address:**
Doudian Town , Tianjiayuan,3 Area 5 Floor Unit 4 Room 601
tianjiayuan,3 area 5 floor unit 4 room 601
beijing
fangshan
102433
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

⭐⭐⭐⭐⭐  "Ordered because of message on dash about fuel tank. Have not used, but recommended by Ford service manual to solve problem. Have not used."
By BJM A on July 19, 2020.

⭐☆☆☆☆  "This has been going for about 4 weeks now. I have never received my item and sell is denying to give my refund back."
By Donald Crisostomo on May 10, 2020.

⭐⭐⭐☆☆  "There are no instructions with this item. How do I use it? My address is 57552 29 Palms Hwy, #38, Yucca Valley, CA 92284. Send me the instructions. I need instructions."
Read less
By Tricia on October 18, 2016.

⭐⭐☆☆☆  "i did not work on the wire harness that I needed to fix"
By Charles Sievers on August 27, 2016.

⭐☆☆☆☆  "Cant use it the air fitting dose it work on my air compressor"
By jason on August 12, 2016.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | - | 50% | 45% |
| Neutral | - | - | 0% | 9% |
| Negative | - | - | 50% | 45% |
| Count | 0 | 0 | 2 | 11 |

Previous   Next

Leave seller feedback  |  Tell us what you think about this page

## Top subscription apps for you

Page 1 of 9

      

**Disney+**
Disney
⭐⭐⭐⭐⭐ 381,844
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐☆ 96,768
$0.00

**STARZ**
Starz Entertainment
⭐⭐⭐⭐☆ 78,532
$0.00

**Sling TV**
Sling TV LLC
⭐⭐⭐⭐☆ 46,725
$0.00

**SHOWTIME**
Showtime Digital Inc.
⭐⭐⭐⭐☆ 22,585
$0.00

## Deals in magazine subscriptions

Page 1 of 9

     

**Reader's Digest**
⭐⭐⭐⭐☆ 56
Print Magazine
$5.00

**Real Simple**
⭐⭐⭐⭐☆ 28
Print Magazine
$5.00

**Non-Sport Update**
⭐⭐⭐⭐☆ 3
Print Magazine
$28.00

**National Geographic Kids**
⭐⭐⭐⭐⭐ 6,337
Print Magazine
$30.00

**AllRecipes**
⭐⭐⭐⭐☆ 3,842
Print Magazine
$5.00

**Your Browsing History**  View or edit your browsing history  ›

See personalized recommendations

[Sign in]

New customer? Start here.



≡ **amazon**      PHYUN Auto Parts ▾ | KTM     🔍     🇺🇸    Hello, Sign in **Account & Lists** ▾   Account ▾    Returns **& Orders**    Try Prime ▾    🛒 0 Cart

Deliver to Bensenville 60106    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

7 results for **PHYUN Auto Parts** : **"KTM"**      Sort by: Featured ▾



1 Pc Stainless Steel Motorcycle Exhaust Muffler Link Pipe Tube For KTM Duke 690 2012-2019 Slip-on Motorcycle Muffler Eliminator Exhaust Mot...

$44.89

FREE Shipping

Only 9 left in stock - order soon.



1 Set Aftermarket Replacement Cylinder Piston Repair Kit on Air Cool Engine For KTM 50 SX Pro JR SR Mini Adventure Bike Engine Rebuild

$89.89

FREE Shipping

Only 3 left in stock - order soon.



1 Pair Folding Motorcycle Rear View Side Mirror Round Universal 10mm Thread Mirror For Honda Suzuki Kawasaki KTM ABS & Aluminum Steel...

$24.89

FREE Shipping

Only 5 left in stock - order soon.



1 Pair Universal Lightweight Waterproof CNC Aluminum M4x0.7mm Orange Fork Air Bleeder Relief Valve for KTM SX SXF EXC SMR Easy To...

$19.89

FREE Shipping

Only 5 left in stock - order soon.



Crash Bar Water Bottle for Harley KTM Motorbike Guard Drinking Cup Bracket Holder Motorcycle Bike Handle Accessories

$23.89

FREE Shipping

Only 9 left in stock - order soon.

12V Motorcycle Taillight Driving Lamp LED Brake Stop Light Tail Light Smoke Lens for Scooter ATV (ABS Plastic+PC Lens)

$12.89

FREE Shipping

Only 19 left in stock - order soon.



Universal 1 Pair CNC Aluminum Motorcycle Folding Rear Set Footrest Foot Rest Pegs Black (Pack of 2) Anti-fading Non-slip

$19.89

FREE Shipping

Only 20 left in stock - order soon.

 

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options



---

## Shipment 1 of 1

**Shipping from PHYUN Auto Parts**   (Learn more)

Shipping to: ▮▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **1 Pc Stainless Steel Motorcycle Exhaust Muffler Link Pipe Tube For KTM Duke 690 2012-2019 Slip-on Motorcycle Muffler Eliminator Exhaust Moto Escape Enhanced Air Pressure Without Mounting Accessories**
  $44.89 - Quantity: 1
  Sold by: PHYUN Auto Parts

Change quantities or delete

**Choose a delivery option:**

◉ **Monday, Oct. 26 - Friday, Oct. 30**
FREE Shipping

---

[Continue]

---

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

(i) Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $44.89 |
| Shipping & handling: | $0.00 |
| Total before tax: | $44.89 |
| Estimated tax to be collected:* | $2.81 |

**Order total:** **$47.70**

How are shipping costs calculated?

Shipping address  Change
█████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ████████

Add delivery instructions

Payment method  Change
VISA  ending in ████

Billing address  Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]  [ Apply ]



prime  █████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Oct. 26, 2020 - Oct. 30, 2020**

1 Pc Stainless Steel Motorcycle Exhaust Muffler Link Pipe Tube For KTM Duke 690 2012-2019 Slip-on Motorcycle Muffler Eliminator Exhaust Moto Escape Enhanced Air Pressure Without Mounting Accessories
$44.89
Quantity: 1  Change
Sold by: PHYUN Auto Parts
🎁 Gift options not available.

Choose a delivery option:
◉ **Monday, Oct. 26 - Friday, Oct. 30**
  FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



## amazon

KTM

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping

Hello, Sign in Account & Lists · Account

Returns & Orders

Try Prime

0 Cart

Shop the Beauty Gift Guide

See Automotive holiday deals  Shop now ›

‹ Back to results



Roll over image to zoom in

## 1 Pair Folding Motorcycle Rear View Side Mirror Round Universal 10mm Thread Mirror For Honda Suzuki Kawasaki KTM ABS & Aluminum Steel Shaft & Glass Mirror Anti-glare Better View

Visit the PHYUN Store

Price: **$24.89** & FREE Shipping

Get $50 off instantly: Pay $0.00 ~~$24.89~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ⌄

| Material | Abs , Aluminum steel |
|---|---|
| Brand | PHYUN |
| Fit Type | Universal Fit |

### About this item
- Mirror Size of Thread: 10mm
- Fitment: Suitable for Honda Suzuki Kawasaki KTM ATV BMW...Motorcycle electric bicycles scooters
- Material: ABS & Aluminum steel shaft & Glass mirror
- Mirror : Spherical
- Quantity: 1 Pair Side Mirrors

› See more product details

**$24.89**
& FREE Shipping

Arrives: Oct 26 - 30

**Only 5 left in stock - order soon.**

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... PHYUN Auto Parts
Sold by ... PHYUN Auto Parts

⊙ Deliver to Bensenville 60106

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

### Sponsored products related to this item

Page 1 of 18



Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime



KTM Aluminum Skid Plate 450/500 XC-W/EXC 2012-2016 OEM: 78103990100
$139.99



KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030
$83.99



KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804
★★★★★ 1
$83.99



2004 fits KTM 300 MXI Race-Driven Rear RipTi Brake Rotor Disc for M...Motorcross
$43.95

Ad feedback 💬

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $24.89!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | PHYUN |
|---|---|
| Brand | PHYUN |
| Model | Motorcycle Side Mirrors |
| Item model number | Motorcycle Side Mirrors |
| Manufacturer Part Number | Does Not Apply |

### Additional Information

| ASIN | B08BRJ2J5Y |
|---|---|
| Date First Available | June 24, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

Amazon.com: ... Accessories





Click image to open expanded view

### Crash Bar Water Bottle for Harley KTM Motorbike Guard Drinking Cup Bracket Holder Motorcycle Bike Handle Accessories

Visit the PHYUN Store

Price: **$23.89** & FREE Shipping

Get $50 off instantly: Pay $0.00 $23.89 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ∨

- **Solid Metal Clamp:** This Cup holder uses high quality metal clamps,increasing max weight and extended service life.Other cup holders with plastic mounting clamp in the market can not withstand higher pressure and can be easily broken.
- **Universal Compatibility:** clamp design makes the drink holder used on ATV/motorcycle/bike/boat/wheelchair/stroller/walker/scooter/desk to meet your professional/daily needs Universal
- **Storage Capacity:** can meet the needs of customers with different cup types like nursing bottle/beer bottle/Sports cup and so on.
- **No Drilling:** Drill-free and it can be mounted vertically as well as horizontally.
- **Anti-skid :** This water bottle holder will not make the bottle fall easily during strenuous exercise and better avoid the damage of the clip to the object with the effectively strengthen the friction anti-skid .

› See more product details

Compare with similar items

**$23.89**
& FREE Shipping

Arrives: Oct 29 - Nov 3

Only 9 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... PHYUN Auto Parts
Sold by ... PHYUN Auto Parts

Deliver to Bensenville 60106

Add to List

Share 

Have one to sell?
Sell on Amazon

## Customers also viewed these products

Page 1 of 10



**LEXIN LX-C3 Motorcycle Cup Holder with 360°swivel ball-mount, Large Handlebar Drink...**
★★★★☆ 610
$29.99



**kemimoto Marine Cup Holder, Oxford Fabric Drink Cup Can Holder with Drain and...**
★★★★☆ 346
$19.99



**kemimoto ATV Cup Holder Motorcycle Drink Holder Bike Water Bottle Holder with Metal...**
★★★★☆ 899
$15.99



**GEARV 2-Pack Bar Cup Holder for Stroller, Golf Cart and Wheelchair; Universal Cup Holders...**
★★★★☆ 742
$13.95

## Sponsored products related to this item

Page 1 of 14



**Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...**
★★★★☆ 44
$21.99 ✓prime



**KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor**
★★★★☆ 43
$15.99 ✓prime



**2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross**
$43.95



**22mm 7/8" Universal Motorcycle Rubber Handlebar Grips for KLX SDG XR CRF 70cc 50cc ...**
★★★★☆ 394
$7.99 ✓prime



**KTM Probend Handguard Set by Cycra**
OEM: U6910022
$53.99



**KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020**
OEM:79006015000
★★★★☆ 11
$31.49



**KTM Hand Brake Lever (Orange) 2014-2020 OEM: 78713992044**
★★★★☆ 3
$47.99

Ad feedback

## Compare with similar items





Automotive > Motorcycle & Powersports > Parts > Controls > Handlebars & Components > Handguards

See Automotive holiday deals  Shop now ›



Click image to open expanded view



### LWP Motorcycle Handguards, Motorcycle CNC Handlebar Grips Guard Brake Clutch Levers Handle Guard Protector for KTM 990 SMR 2009 2013 Motorcycle Parts, Latest Models (Color : Red)

Brand: LWP

Price: **$89.38** & FREE Shipping

Get $50 off instantly: Pay $39.38 $89.38 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ∨

Color: Red



| | | |
|---|---|---|
| $89.38 | $89.38 | $89.38 |
| $89.38 | $89.38 | $89.38 |
| $89.38 | $89.38 | |

- Condition: High Quality 100% Brand New
- Material: CNC Aluminum
- ///////
- Packaged 1 Pair Lever Guard(Left + Right)
- Universal For 7/8" 22mm Handlebar Sport Street Bikes With 14-16mm Or 18-19mm Bar End Openings.



**$89.38**
& FREE Shipping

Arrives: **Nov 9 - Dec 2**

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   pingpingshangpu
Sold by      pingpingshangpu

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 𝕏 𝕡

Have one to sell?

Sell on Amazon

## Related products from Our Brands



amazonbasics
Over 500,000 5-star reviews

Page 1 of 2



AmazonBasics Lightweight Super Soft Easy Care Microfiber Sheet Set with 16" Deep Pockets - Twin, Cream
★★★★☆ 125711
$14.99



AmazonBasics Slim, Velvet, Non-Slip Clothes Suit Hangers, Ivory/Silver - Pack of 100
★★★★☆ 53450
$38.75

AmazonBasics Slim, Velvet, Non-Slip Clothes Suit Hangers, Ivory/Silver - Pack of 50
★★★★☆ 53450
$22.50



AmazonBasics Slim, Velvet, Non-Slip Clothes Suit Hangers, Ivory/Silver - Pack of 30
★★★★☆ 53450
$24.28



AmazonBasics 6-Piece Fade-Resistant Cotton Bath Towel Set - White
★★★★☆ 28510
$20.99



AmazonBasics Collapsible Fabric Storage Cubes Organizer with Handles, Beige - Pack of 6
★★★★☆ 23304
$19.99



AmazonBasics 3-Shelf Heavy Duty Shelving Storage Unit on 2" Wheel Casters, Metal Organizer Wire Rack, Black (23.2L x 13.4W x 32.75H)
★★★★☆ 22581
$39.99

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $39.38 instead of $89.38!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card.** Apply now

Case 1:20-cv-06677-ND  Document 1-4  Filed 11/10/20  Page 409 of 465  PageID #: 2104

# Have a question?

Find answers in product info, Q&As, reviews

| 🔍 Type your question or keyword |
|---|

## Product description

Color:Red

A motorcycle is not a means of transportation, but sustenance of the soul, symbolizing "freedom" and transforming your motorcycle.
Note:
1. Please compare our products with your motorcycle or previous parts you have seriously in SIZE,MODEL and aspects before purchase.
2. Please allow 1-3cm error due to manual measurement. Thanks for your understanding.
3. Monitors are calibrated same,item displayed in photos may be showing slightly different from the real object. Please take the real one as standard.
**Please ensure this parts for your motorcycle before bidding **
Motorcycle exhaust pipes, motorcycle headlights, tires, plates, engines, shock absorbers, fuel tanks, handles, plastic parts, bumpers, motorcycles Steel ring, clutch, overrunning widened alloy paper-based clutch disc, oil-permeable pulley assembly, permanent all-steel steel all large teeth, small ancient (center sleeve), stainless clutches, iron pressure anti-grooving teeth

## Product information

Color:**Red**

| Item Weight | 0.035 ounces |
|---|---|
| Manufacturer | LWP |
| ASIN | B08L9FBS7S |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Related video shorts (0)  Upload your video



**Be the first video**

Your name here

## Customer questions & answers

| 🔍 Have a question? Search for answers |
|---|

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

**No customer reviews**

### Review this product

Share your thoughts with other customers

| Write a customer review |
|---|

## Best sellers in Kindle eBooks

Page 1 of 8



8 results for pingpingshangpu : "KTM"

Sort by: Featured ▾

**Brand**
LWP



LWP Practical Motorbike Accessories for KTM 250/300/360/380 SX SXS EXC MXC XC XC-W Connecting Rod Crankshaft Rebuild Kit Motorcycle...

$138²²

FREE Shipping



LWP CNC Brake Clutch Levers, 6 Adjustable Positions for K.T.M 390 Duke/RC390 2013-2019, 200 Duke/RC200 2012-2017, 125 Duke/RC125...

$63⁷⁰

FREE Shipping



LWP Practical Motorbike Accessories for KTM 85 125 150 200 250 300 350 450 500 SX EXC Six Days XC XC-W EXC-F SX-F XC-F XCF-W SMR...

$20⁸³

FREE Shipping



LWP Motorcycle Handguards, Motorcycle CNC Handlebar Grips Guard Brake Clutch Levers Handle Guard Protector for KTM 990 SMR 2009 201...

$89³⁸

FREE Shipping



LWP Motorcycle Handguards, Motorcycle CNC Handlebar Grips Guard Brake Clutch Levers handguards 22mm Protector for KTM 1090 Adventu...

$89³⁸

FREE Shipping



LWP Motorcycle Handguards, Universal Motorcycle Handlebar Grips Brake Clutch Levers Guard Protector for KTM 990 Super Duke R/GT 990...

$62¹¹

FREE Shipping



LWP Motorcycle Handguards, Motorcycle Accessories Universal Handlebar Grips Guard Brake Clutch Levers Guard Protector for KTM RC390 RC 390...

$71⁷⁴

FREE Shipping



LWP Motorcycle Handguards, 7/8" 22mm Adjustable Brake Clutch Lever Guard for KTM 950 Adventure/S 2003-2006 1050 Adventure ABS 2016...

$70²²

FREE Shipping

## Need help?

Visit the help section or contact us

## Best sellers in Kindle eBooks

Page 1 of 8





**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★½ 559
Kindle Edition
$14.99



**Mexican Gothic**
› Silvia Moreno-Garcia
★★★★½ 3,186
Kindle Edition
$12.99



**The Book of Lost Friends: A Novel**
› Lisa Wingate
★★★★½ 3,137
Kindle Edition
$13.99



**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
★★★★½ 16,729
Kindle Edition
$4.99



**The Key to Rebecca**
› Ken Follett
★★★★½ 1,652
Kindle Edition
$1.99



## Deals in magazine subscriptions

Page 1 of 9





**Real Simple**
★★★★ 28
Print Magazine
$5.00



**Vogue**
★★★★½ 1,171
Print Magazine
$19.99



**National Geographic Kids**
★★★★½ 6,337
Print Magazine
$30.00



**The Family Handyman**
★★★★½ 60
Print Magazine
$5.00



**HGTV Magazine**
★★★★½ 16
Print Magazine
$10.00



## Your Browsing History

View or edit your browsing history ›

Page 1 of 3

See personalized recommendations

Sign in

New customer? Start here.

      

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help





# pingpingshangpu

pingpingshangpu storefront

Just launched | No feedback yet

pingpingshangpu is committed to providing each customer with the highest standard of customer service.

Have a question for pingpingshangpu?

[Ask a question]

## Detailed Seller Information

**Business Name:** ShanXiXinHuiMaoXingShiYeYouXianGongSi

**Business Address:**
TangFangZhenNanAnGuCunDong
XianYangShi XingPingShi
ShanXiSheng
713100
CN

**Returns & Refunds** | Shipping | Policies | Help | Products

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact pingpingshangpu to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback | Tell us what you think about this page

## Best sellers in Kindle eBooks

Page 1 of 8


A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★☆ 559
Kindle Edition
$14.99


Mexican Gothic
› Silvia Moreno-Garcia
★★★★☆ 3,186
Kindle Edition
$12.99


The Book of Lost Friends: A Novel
› Lisa Wingate
★★★★☆ 3,137
Kindle Edition
$13.99


If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
★★★★☆ 16,729
Kindle Edition
$4.99


The Key to Rebecca
› Ken Follett
★★★★☆ 1,652
Kindle Edition
$1.99



## Deals in magazine subscriptions

Page 1 of 9


Real Simple
★★★★☆ 28
Print Magazine
$5.00


Vogue
★★★★☆ 1,171
Print Magazine
$19.99


National Geographic Kids
★★★★☆ 6,337
Print Magazine
$30.00


The Family Handyman
★★★★☆ 60
Print Magazine
$5.00


HGTV Magazine
★★★★☆ 16
Print Magazine
$10.00





**Your Browsing History** View or edit your browsing history ›

Page 1 of 3










See personalized recommendations

[Sign in]

New customer? Start here.

Back to top

 

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options



---

## Shipment 1 of 1

**Shipping from pingpingshangpu**   (Learn more)

Shipping to: ▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **LWP Motorcycle Handguards, Motorcycle CNC Handlebar Grips Guard Brake Clutch Levers Handle Guard Protector for KTM 990 SMR 2009 2013 Motorcycle Parts, Latest Models (Color : Red)**
  $89.38 - Quantity: 1
  Sold by: pingpingshangpu

Change quantities or delete

**Choose a delivery option:**

◉ **Monday, Nov. 9 - Wednesday, Dec. 2**
FREE Shipping

---

Continue

---

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   **PLACE ORDER**

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $89.38 |
| Shipping & handling: | $0.00 |
| Total before tax: | $89.38 |
| Estimated tax to be collected:* | $5.59 |

**Order total:**   **$94.97**

How are shipping costs calculated?

**Shipping address** Change
█████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ████████

Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[Enter Code]   [Apply]



prime  ████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 9, 2020 - Dec. 2, 2020**

LWP Motorcycle Handguards, Motorcycle CNC Handlebar Grips Guard Brake Clutch Levers Handle Guard Protector for KTM 990 SMR 2009 2013 Motorcycle Parts, Latest Models (Color : Red)
$89.38
Quantity: 1 Change
Sold by: pingpingshangpu
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Monday, Nov. 9 - Wednesday, Dec. 2**
   FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06677-ND Document 14 Filed 11/10/20 Page 415 of 465 PageID #: 2120



See Automotive holiday deals  Shop now ›

‹ Back to results





Click image to open expanded view

### LWP Motorcycle Handguards, Motorcycle CNC Handlebar Grips Guard Brake Clutch Levers handguards 22mm Protector for KTM 1090 Adventure 2017 1090ADV Motorcycle Parts, Latest Models (Color : Silver)

Brand: LWP



Price: **$89.38** & FREE Shipping

Get $50 off instantly: Pay $39.38 $89.38 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ⌄

Color: **Silver**

| | | |
|---|---|---|
| $89.38 | $89.38 | $89.38 |
| $89.38 | $89.38 | $89.38 |
| $89.38 | $89.38 | |

- Condition: High Quality 100% Brand New
- Material: CNC Aluminum
- ////////
- Packaged 1 Pair Lever Guard(Left + Right)
- Universal For 7/8" 22mm Handlebar Sport Street Bikes With 14-16mm Or 18-19mm Bar End Openings.

**$89.38**
& FREE Shipping
Arrives: Nov 9 - Dec 2
**In Stock.**
Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from  pingpingshangpu
Sold by  pingpingshangpu

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

## Related products from Our Brands



Stone & Beam
*Exclusively on Amazon*

Page 1 of 3









Amazon Brand – Stone & Beam Rustic Plaid Flannel Pillowcase Set, Standard, Ivory and Cream
★★★★☆ 1289
$23.08

Amazon Brand – Stone & Beam Rustic Plaid Flannel Duvet Cover Set, King, Black and White
★★★★☆ 656
$91.67

Amazon Brand – Stone & Beam Rustic Solid 100% Cotton Flannel Bed Sheet Set, Twin, Toast
★★★★☆ 623
$51.49

Amazon Brand – Stone & Beam Modern Ceramic Floral Embossed Decorative Planter Flower Pot, 7.4"H, Blue
★★★★☆ 521
$44.65

Amazon Brand – Stone & Beam Mid-Century Patterned Planter, 10.53"H, Coral Pink
★★★★☆ 465
$54.35

Amazon Brand – Stone & Beam Classic Egyptian Cotton Bathroom Towel Set, Set of 3, Rose
★★★★☆ 438
$32.11

Amazon Brand – Stone & Beam Modern Round Iron Hanging Wall Mirror With Shelf, 30 Inch Height, Dark Bronze
★★★★☆ 414
$98.84

## Sponsored products related to this item

Page 1 of 13





☰  amazon

All ▾  | KTM

Deliver to
Bensenville 60106

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders ▾

Try Prime ▾

🛒 Cart 0

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping    Registry    Sell         Gifts for kids

◆ See Automotive holiday deals   Shop now ▸

‹ Back to results

## LWP CNC Brake Clutch Levers, 6 Adjustable Positions for K.T.M 390 Duke/RC390 2013-2019, 200 Duke/RC200 2012-2017, 125 Duke/RC125 2014-2019, 250 Duke 2016-2019 Motorcycle Parts, Latest Models

Brand: LWP

Price: **$63.70** & FREE Shipping

Get $50 off instantly: Pay $13.70 ~~$63.70~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ⌄

- Brake Clutch Levers for K.T.M 390 Duke/RC390 2013-2019, 200 Duke/RC200 2012-2017, 125 Duke/RC125 2014-2019, 250 Duke 2016-2019
- Extend Length: From160 mm to 190mm; fully 6 adjustable positions
- Foldable Design: Perfect design can be folded upwards to prevent breakage in the event of a crash, automatic lever position restoration provides quick recovery from the crash
- High Quality: The adjustable levers are made of 6061-T6 Aluminum , they are anodizing finished, the paint layers are twice thicker than others, colors are durable, long lasting and not easy to fade
- Easy to install, no modification is necessary; please contact us if you have any problem during use, we will try our best to solve for you any time



$63.70
& FREE Shipping

Arrives: **Nov 9 - Dec 2**

**In Stock.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from … pingpingshangpu
Sold by … pingpingshangpu

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

Roll over image to zoom in

---

## Related products from Our Brands



Classic style made simple
RAVENNA HOME

Page 1 of 2









‹

Amazon Brand – Ravenna Home Classic Micro Mink Trellis Throw Blanket - 50 x 60 Inch, Linen
★★★★☆ 93
$37.43

Amazon Brand – Ravenna Home Classic Stoneware 3-Piece Filigree Canister Set - Set of 3, Red with Wood Lid
★★★★☆ 88
$62.19

Amazon Brand – Ravenna Home Classic Stoneware 3-Piece Labeled Canister Set - Set of 3, White with Red Lid
★★★★☆ 71
$65.99

Amazon Brand – Ravenna Home Classic Micro Mink Jacobean Throw Blanket, 60" x 80", Heather Grey
★★★★☆ 63
$49.49

Ravenna Classic Stoneware 2-Piece Canister Set, 9.5"H and 7.625"H, White with blue
★★★★☆ 60
$27.68

Amazon Brand – Ravenna Home Classic Paisley Throw Pillow, 24" x 12", Blue
★★★★☆ 55
$32.08

Amazon Brand – Ravenna Home Vint... Throw Pillow - 20 x Inch, Light Blue
★★★★☆ 38
$37.59

›

---

### Sponsored products related to this item

Page 1 of 13

‹                                                                                              ›

# amazon

All ▾ | ktm handguard

Deliver to Bolingbrook 60440

Hello, Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | Cart 0

Holiday Deals　Gift Cards　Browsing History ▾　Customer Service　Amazon.com　Prime Video　**Get ready for Halloween**

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾

**audible** Now included: new podcasts, originals, and more | Start your free trial

Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Handguards

## Porotmotor Motorcycle Universal Racing Lever Guards 7/8" (22mm) Proguard System CNC Aluminum Adjustable Handlebar Protector Handguards For Honda Kawasaki Suzuki Yamaha KTM IN Red

Brand: porotmotor

Price: **$40.99** + $6.01 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ▾

Color: **Red**

| | | |
|---|---|---|
| $40.99 | $40.99 | $40.99 |
| $40.99 | $40.99 | **$40.99** |
| $40.99 | | |

- Material:T6061 Aluminum,Anti-Oxdizing and Long Lasting
- Conditon:100% Brand New High Quality set of Brush Hand Guards
- Fitment: All Brand Motorcycle that have 7/8" (22mm) Diameter Handle Bar. pls make sure your handle bars have hollow ends before ordering
- Remove much of the air pressure applied to levers during riding
- Protect levers from unwanted contact,especially useful during track days and racing events

› See more product details

💬 Report incorrect product information.

---

**$40.99**
+ $6.01 shipping

Arrives: Nov 13 - Dec 7

Only 20 left in stock - order soon.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Porotmotor
Sold by ... Porotmotor

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $10.72

◉ Deliver to Bolingbrook 60440

**Add to List**

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

---

Sponsored

---

## You might also like

Sponsored ⓘ

Page 1 of 10



7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX...
★★★½ 22
**$22.89** ✓prime



JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar for off R...
★★★★ 733
**$19.99** ✓prime



7/8"22mm and 1 1/8"28mm Handguards Universal Hand Guards Brush Bar for off Road...
★★★½ 119
**$10.99** ✓prime



White Motorcycle Aluminum Vented Handguards 7/8"22mm and 1 1/8"28mm...
★★★½ 14
**$18.99** ✓prime



KTM Probend Handguard Set by Cycra OEM: U6910022
**$53.99**



JFG-RA... Handgu... Guards 7/8" an...
★★★...
**$29.9...**

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $40.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**Red**

### Technical Details

| | |
|---|---|
| Manufacturer | Porotmotor |
| Brand | Porotmotor |
| Item Weight | 12.3 ounces |
| Product Dimensions | 9.84 x 5.51 x 1.97 inches |
| Manufacturer Part Number | MTLGRD006P |

### Additional Information

| | |
|---|---|
| ASIN | B087TRWJF5 |
| Date First Available | April 29, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for related products


7:29

Installing handguards on 2008 Yamaha WR250F

JFG RACING


1:59

JFG-RACING Black Hand Guards Handguards

JFG RACING


1:53

JFG RACING White Handguards Hand Guards - 7/8" 22mm and 1…

JFG RACING


0:53

handguards show and install

AnXin

Upload your video

## Product description

Color:**Red**

For Racing : This guard protects your front brake from accidentally being engaged if you bump into another rider or other object.

For street riders: it can also be a good safety addition to against bumping into car mirrors or other road hazards.

Material: T6061 Aluminum,Anti-Oxdizing and Long Lasting
Condition:100% Brand New High Quality set of Brush Hand Guards
Fitment:
Universal for Most Sport Street Motorcycle
All Brand Motorcycle that have 7/8" (22mm) Diameter Handle Bar. Suitable for all 7/8" handle bar, Such as: Honda, Suzuki, Yamaha, Kawasaki, etc.
Package Includes:
2pcs lever guards, left & right

## You might also like

Page 1 of 6

Sponsored 

⟨

⟩













7/8 Inches 22mm
Motorcycle Universal
Handguards Hand Guard
for KTM EXC EXCF SX...
⭐⭐⭐☆☆ 22
$22.89 ✓prime

KTM Probend
Handguard Set by Cycra
OEM: U6910022
$53.99

Black Handguards
Universal Vented Hand
Guards Brush Bar For off
Road ATV KTM EXC SX...
⭐⭐⭐☆☆ 14
$18.99 ✓prime

JFG RACING White
Motorcycle Plastic
Handguards 7/8"22mm
and 1 1/8"28mm...
⭐⭐⭐☆☆ 335
$9.99 ✓prime

Handguards Hand
Guards Guard
Handguard - Universal
7/8 inches 22mm and...
⭐⭐⭐⭐☆ 100
$25.99 ✓prime

JFG RAC
Univers
Alumin
Brush B
⭐⭐⭐⭐
$19.9!

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review



7/8 Inches 22mm Motorcycle Universal Handg...
22
$22.89            Shop now

Sponsored

Sponsored

## Deals in magazine subscriptions

Page 1 of 8


**National Geographic Kids**
⭐⭐⭐⭐½ 6,454
Print Magazine
$15.00


**Nation**
⭐⭐⭐⭐ 265
Print Magazine
$27.00


**Us Weekly**
⭐⭐⭐⭐ 1,056
Print Magazine
$29.99


**Young Rider**
⭐⭐⭐⭐ 189
Print Magazine
$16.46


**Highlights for Children**
⭐⭐⭐⭐½ 2,039
Print Magazine
$29.99



## Best sellers in Kindle eBooks

Page 1 of 7


**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐⭐⭐⭐½ 1,473
Kindle Edition
$14.99


**If You Tell: A True Story of Murder, Family…**
› Gregg Olsen
⭐⭐⭐⭐½ 17,066
Kindle Edition
$4.99


**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
⭐⭐⭐⭐½ 4,114
Kindle Edition
$4.99


**I Promise You: Stand-Alone College Sports…**
› Ilsa Madden-Mills
⭐⭐⭐⭐½ 586
Kindle Edition
$2.99


**The One Love Collection**
› Lauren Blakely
⭐⭐⭐⭐⭐ 1
Kindle Edition
$0.99



**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2

        

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English    United States

amazon

Porotmotor ▼    KTM IN Red

Deliver to
Bolingbrook 60440

Hello,
Account ▼

Lists ▼

Returns
& Orders

Try Prime ▼

0
Cart

Holiday Deals    Gift Cards    Browsing History ▼    Customer Service    ▬▬▬    Amazon.com    Prime Video    Best Sellers    Buy Again

3 results for **Porotmotor** : **"KTM IN Red"**

Sort by: Featured ▼

**Brand**
porotmotor

**Porotmotor Dirt Bike Fork Support Brace Transportation Protection 25cm for KTM Honda In Red**
Red
$12⁹⁹
$6.00 shipping
Only 19 left in stock - order soon.

**Porotmotor Motorcycle Universal Racing Lever Guards 7/8" (22mm) Proguard System CNC Aluminum Adjustable Handlebar...**
Red
$40⁹⁹
$6.01 shipping
Only 20 left in stock - order soon.

**Porotmotor Motorcycle Universal Racing Lever Guards Protect 7/8" (22mm) Proguard System CNC Aluminum Adjustable...**
black + red
$40⁹⁹
$6.01 shipping
Only 20 left in stock - order soon.

Use fewer keywords or try these instead

in red



**Porotmotor Motorcycle Off-Road Universal Waterproof Tool Tube Gloves Raincoat Storage Box Cap Holder Canisters Tool Repair...**
★☆☆☆☆ ▼ 1
Black
$16⁰⁰
Get it as soon as **Mon, Oct 26**
FREE Shipping on your first order shipped by Amazon
Only 15 left in stock - order soon.
Price may vary by color

 

**Need help?**

Visit the help section or contact us

**Deals in magazine subscriptions**    Page 1 of 8



≡ **amazon**  | All ▼ | [search] 🔍 | 🇺🇸 ▼ | Hello, Account ▼ / Account | Lists ▼ | Returns & Orders | 🛒 0 Cart

Deliver to Bolingbrook 60440 | Holiday Deals | Gift Cards | Browsing History ▼ | Customer Service | Amazon.com | Prime Video | Shop the Beauty Gift Guide

# Porotmotor

Porotmotor storefront

⭐⭐⭐⭐⭐ **100% positive** lifetime (2 total ratings)

Porotmotor is committed to providing each customer with the highest standard of customer service.

**Have a question for Porotmotor?**

[Ask a question]

---

## Detailed Seller Information

**Business Name:** Jiaxing Jujie Wujin Tool Limited
**Business Address:**
Room 718 Building 1 No.373 Luolong Road Haichang Street
Haining City
Jiaxing
Zhejiang
314400
CN

---

**Feedback** | Returns & Refunds | Shipping | Policies | Help | Products

⭐⭐⭐⭐⭐ " This honorable seller, stands behind his product. Made with excellent materials. I would buy again, and would recommend highly. Thank you very much. "

By HitMan on October 16, 2020.

⭐⭐⭐⭐⭐ " The tracking number didn't update but once the seller gave a different site to track, we could see the activity. Item arrived past the estimated date but keep in mind it was during Covid & coming from overseas. "

Read less

By Lisa15522 on June 6, 2020.

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | 100%    | 100%    | 100%      | 100%     |
| Neutral  | 0%      | 0%      | 0%        | 0%       |
| Negative | 0%      | 0%      | 0%        | 0%       |
| Count    | 1       | 1       | 2         | 2        |

Leave seller feedback | Tell us what you think about this page

---

### Deals in magazine subscriptions

Page 1 of 8





Horse Illustrated
⭐⭐⭐⭐½ 206
Print Magazine
$20.21



Food & Wine
⭐⭐⭐⭐½ 12
Print Magazine
$3.00



Town & Country
⭐⭐⭐½ 4
Print Magazine
$6.00



VegNews Magazine
⭐⭐⭐⭐½ 103
Print Magazine
$17.00



Martha Stewart Living
⭐⭐⭐⭐½ 4,377
Print Magazine
$5.00



---

### Best sellers in Kindle eBooks

Page 1 of 7



A Time for Mercy (Jake Brigance Book 3)
› John Grisham
⭐⭐⭐⭐½ 1,473
Kindle Edition
$14.99



If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
⭐⭐⭐⭐½ 17,066
Kindle Edition
$4.99



The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
⭐⭐⭐⭐½ 4,114
Kindle Edition
$4.99



I Promise You: Stand-Alone College Sports...
› Ilsa Madden-Mills
⭐⭐⭐⭐½ 586
Kindle Edition
$2.99



The One Love Collection
› Lauren Blakely
⭐⭐⭐⭐⭐ 1
Kindle Edition
$0.99



---

**Your Browsing History** View or edit your browsing history ›

Page 1 of 2



 

SIGN IN   **SHIPPING & PAYMENT**   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from Porotmotor**   (Learn more)

Shipping to: ▇. 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825
United States

- **Porotmotor Motorcycle Universal Racing Lever Guards 7/8" (22mm)
  Proguard System CNC Aluminum Adjustable Handlebar Protector
  Handguards For Honda Kawasaki Suzuki Yamaha KTM IN Red**
  $40.99 - Quantity: 1
  Sold by: Porotmotor

Change quantities or delete

### Choose a delivery option:

◉ **Friday, Nov. 13 - Monday, Dec. 7**
  $6.01 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ██████

Add delivery instructions

**Payment method** Change
▭ ending in ██

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]  Apply

**FREE** DELIVERY  ██████ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery:  Nov. 13, 2020 - Dec. 7, 2020**

Porotmotor Motorcycle Universal Racing Lever Guards 7/8" (22mm) Proguard System CNC Aluminum Adjustable Handlebar Protector Handguards For Honda Kawasaki Suzuki Yamaha KTM IN Red
**$40.99**
Quantity: 1 Change
Sold by: Porotmotor
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Friday, Nov. 13 - Monday, Dec. 7**
$6.01 - Shipping

### Order Summary
| | |
|---|---|
| Items: | $40.99 |
| Shipping & handling: | $6.01 |
| Total before tax: | $47.00 |
| Estimated tax to be collected:* | $2.56 |

**Order total:**    **$49.56**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



AMAZON

☰  amazon

All ▾ | KTM IN Red | 🔍

Hello, ... Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bolingbrook 60440

Holiday Deals | Gift Cards | Browsing History ▾ | Customer Service | ...'s Amazon.com | Prime Video | Shop and save with SNAP EBT

audible Now included: new podcasts, originals, and more | Start your free trial

‹ Back to results

## Porotmotor Dirt Bike Fork Support Brace Transportation Protection 25cm for KTM Honda In Red

Brand: Porotmotor

Price: **$12.99** + $6.00 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ▾

Color: **Red**

| $12.99 | $12.99 | $12.99 |
| $12.99 | **$12.99** | $12.99 |

- transportation support protection
- Limits suspension action during transport. Fits between the front fender and front tire of your motorcycle when transporting.
- Added stability and confidence during transport.
- Fits full size off-road motorcycles
- Allows motorcycle to be tied down securely without compressing the forks, preventing damage to the fork seals and springs. Increases seal and spring life.

➦ See more product details

New (2) from $12.99 + $6.00 Shipping

🗩 Report incorrect product information.

Roll over image to zoom in

**$12.99**
+ $6.00 shipping
Arrives: **Nov 13 - Dec 7**

Only 20 left in stock - order soon.

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ... Porotmotor
Sold by ... Porotmotor

📍 Deliver to Bolingbrook 60440

[ Add to List ]

New (2) from
$12.99 + $6.00 Shipping

Share ✉ f 🐦 P

Have one to sell?
[ Sell on Amazon ]

Sponsored

---

## You might also like

Sponsored ⓘ

Page 1 of 33

‹















›

OTOM CNC Stop Button Kill Switch for KTM Honda Suzuki Yamaha Universal Engine Stop ...
★★★★★ 1
$10.99 ✓prime

MOTO4U Dirt Bike Fork Support Brace Transportation Protection 25cm for...
★★★★½ 97
$12.99 ✓prime

Autobahn88 Motorcycle Footpeg (Front/Rider - Touring-Type with 40mm-Extension) fits...
$59.90

Autobahn88 Motorcycle Fuel Tank Cap, Keyless, Quick Lock/Release, for KTM Adventure...
★★★★★ 1
$64.90

MC Motoparts M10 1.5 pitch S-Fight Swingarm Spools Sliders For KTM 950 690 Supermot...
$31.80

Rxmgf ... 35W M... Headlig... Led Ligh...
$33.9...

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $12.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card.** Apply now

---

## Have a question?



‹ Back to results





Roll over image to zoom in

# Porotmotor Motorcycle Universal Racing Lever Guards Protect 7/8" (22mm) Proguard System CNC Aluminum Adjustable Handlebar Protector Handguards For Honda Kawasaki Suzuki Yamaha KTM IN Black + Red

Brand: porotmotor

Price: **$40.99** + $6.01 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

Color: **black + red**



| $40.99 | $40.99 | $40.99 |
| $40.99 | $40.99 | **$40.99** |

- Material:T6061 Aluminum,Anti-Oxdizing and Long Lasting
- Conditon:100% Brand New High Quality set of Brush Hand Guards
- Fitment: All Brand Motorcycle that have 7/8" (22mm) Diameter Handle Bar. pls make sure your handle bars have hollow ends before ordering
- Remove much of the air pressure applied to levers during riding
- Protect levers from unwanted contact,especially useful during track days and racing events

› See more product details

⌨ Report incorrect product information.

$40.99
+ $6.01 shipping

Arrives: **Nov 13 - Dec 7**

Only 20 left in stock - order soon.

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...    Porotmotor
Sold by ...    Porotmotor

Deliver to Bolingbrook 60440

Add to List

Share ✉ f ⅄ 𝕡

Have one to sell?

Sell on Amazon

## You might also like

Sponsored ⓘ

Page 1 of 32











| OTOM CNC Stop Button Kill Switch for KTM Honda Suzuki Yamaha Universal Engine Stop ... | Autobahn88 Motorcycle Footpeg (Front/Rider - Touring-Type with 40mm-Extension) fits... | Autobahn88 Motorcycle Fuel Tank Cap, Keyless, Quick Lock/Release, for KTM Adventure... | 7/8"22mm and 1 1/8"28mm Motorcycle Aluminum Handguards Hand Guards For... | 2pcs M8 X1.5 Motorcycle Swing arm Sliders Spools CNC Swing Arm Stand Screw for Duca... | 7/8"22 1/8"28 Universal Brush B |
| ⭐⭐⭐⭐⭐ 1 | | ⭐⭐⭐⭐⭐ 1 | ⭐⭐⭐½ 19 | ⭐⭐⭐⭐½ 100 | ⭐⭐⭐ |
| $10.99 ✓prime | $59.90 | $64.90 | $27.98 ✓prime | $17.99 ✓prime | $10.9 |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $40.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

☰ **amazon**

All ▾ | ktm headlight | 🔍 | 🇺🇸

Acco... Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 Cart

Deliver to Oak Park 60302 | Holiday Deals | Gift Cards | 's Amazon.com | Customer Service | Prime Video | Best Sellers | Browsing History ▾ | Buy Again | **Shop the Fashion Gift guide**

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾ | Vehicles

Automotive › Lights & Lighting Accessories › Lighting Assemblies & Accessories › Headlight Assemblies, Parts & Accessories › Headlight Assemblies








Roll over image to zoom in

# CPOWACE Moto LED Headlight with High/Low Fit for KTM 200 250 300 350 500 EXC XCW

Brand: CPOWACE

Price: **$200.00** & FREE Returns

Pay **$33.33/month for 6 months** (plus S&H, tax) with 0% interest equal monthly payments when you're approved for an Amazon Store Card.

Extended holiday return window till Jan 31, 2021 ▾

- Fitment:2014-2016 KTM 200 XC-W,2014-2016 KTM 250 XC-W,2014-2018 KTM 300 XC-W,2014-2016 KTM 500 EXC,2014-2018 KTM 300 XCW Six Days,2014-2016 KTM 350 EXC-F,2015 KTM 250 KTM XC-F,2016 KTM 500 EXC Six Days,2017 KTM 450 EXC-F Six Days,2017 KTM 500 EXC-F Six Days,2017-2018 KTM 150 XCW,2017-2018 KTM 250 XCW,2018 KTM 250 XCW TPI,2018 KTM 300 EXC TPI;
- Replacement part for 79614901000;
- High beam@3100lm,low beam@2300lm,voltage:12V;
- Housing color:Black.
- Wiring:Brown wire-Negative,Black wire-DRL,Green wire-low beam,Yellow wire-high beam,insert the plug to the headlight socket,make sure high to high,low to low,drl to drl.Otherwise, the light can not work.

› See more product details

ⓘ Report incorrect product information.



$200.00
& FREE Returns ▾

FREE delivery: **Friday, Oct 30** Details

Fastest delivery: **Wednesday, Oct 28** Details

Only 3 left in stock - order soon.

Qty: 1 ▾

| Add to Cart |
| Buy Now |

🔒 Secure transaction

Ships from   Amazon
Sold by ...   POWACE Inc

☐ Add your 30-day FREE trial of Prime and get **fast, FREE delivery**

**Add a Protection Plan:**
☐ 3-Year Protection for $21.99

☐ Add gift options

📍 Deliver to - Oak Park 60302

| Add to List |

Share ✉ f 𝕏 📌

Have one to sell?

| Sell on Amazon |

## Inspired by your recent shopping trends
Page 1 of 17







Black Motorcycle Dirt bike Motocross Headlights Streetfighter headlamp Fairing
★★★☆☆ 6
$26.99
Only 5 left in stock - order...

CNC Aluminum Universal Billet Complete Motorcycle Windscreen Fairing Bolt Kit...
★★★☆☆ 56
$23.99
Only 7 left in stock - order...

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 45
$21.99
Only 1 left in stock - order...

Specmoto Hardware Brand Bolt Kit Euro Type. Fits: KTM & Husqvarna Model Series Dirt Bike...
★★★★★ 24
$39.99
Only 19 left in stock - order...

kemimoto Dirt Bike Foot Pegs Compatible With KTM 125-530 EXC/EXC-F 2017-2019...
★★★☆☆ 3
$26.99
Only 19 left in stock - order...

## You might also like
Page 1 of 37

Sponsored ⓘ







JFG RACING Headlight Fairing Headlight Mask Headlamp Cover Lampshade For 125...
★★★★★ 2
$19.99

JFG RACING S2 12V 35W Universal Motorcycle Headlight Head Lamp Led Lights For Dirt ...
★★★★☆ 67
$35.99

S7 LED Headlight All-in-One Conversion Kit-H4(High/Low beam) 9600 Lumen 12000K...
★★★★☆ 6
$32.99 ✓prime

AloneGoer 2pcs Oil Filter Compatible with HF652 652 KTM 250 350 400 450 500 505 530...
$9.99 ✓prime

JFG RACING Dual 5W LED Bulbs 12V Universal Modified Headlight Head Lamp For SX EXC...
★★★☆☆ 38
$39.99

## Customers who viewed this item also viewed
Page 1 of 8



NEW KTM LED HEADLIGHT 200 300 350 500 XC-W SIX DAYS EXC-F EXC 79614901000
★★★★★ 1
$285.99
Only 1 left in stock - order...

Baja Designs Squadron Sport LED Headlight Kit 2008-2013 with Headlight Shell
★★★★★ 3
$179.96
Only 11 left in stock - order...

Baja Designs Squadron Sport LED Headlight Kit 2008-2013
★★★★☆ 6
$134.96
Only 10 left in stock - orde...

JFG RACING Dual 5W LED Bulbs 12V Universal Modified Headlight Head Lamp For SX EXC ...
★★★☆☆ 38
$39.99

ATOPLITE moto LED Headlight High/Low Beam with Angel Eyes DRL & Indicator Turn Signal Light Assembly...
1 offer from $259.00

TARAZON Supermoto 17" & 17" Complete Wheels Set Rims SX SXF EXC SXS XC XC-F XC-W...
★★★☆☆ 7
$559.95



10/26/2020

Case: 1:20-cv-06677 Document #: 14 Filed: 11/10/20 Page 428 of 465 PageID #:2133

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product information

#### Technical Details

| | |
|---|---|
| Manufacturer | CPOWACE |
| Brand | CPOWACE |
| Item Weight | 1.67 pounds |
| Package Dimensions | 8.7 x 6.7 x 4.6 inches |
| Manufacturer Part Number | HICDAHIYIDUI |
| Bulb Type | LED |

#### Additional Information

| | |
|---|---|
| ASIN | B085M1BRMF |
| Best Sellers Rank | #1,424,268 in Automotive (See Top 100 in Automotive)<br>#18,968 in Automotive Headlight Assemblies |
| Date First Available | March 7, 2020 |

#### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

#### Feedback

Would you like to tell us about a lower price? ⌄

---

## Videos

Page 1 of 2

### Videos for related products

< 


10:07
Headlight Assembly for 07-13 Chevy Avalanche ,07-14...
autosaver88


9:35
AUTOSAVER88 install Headlight Assembly for 2003-2006 Chevy...
autosaver88


7:10
New released 7 inch led headlight
AUDEXEN LIGHT


4:42
Headlight Repair from Meguiar's
Meguiar's Inc.


Installation for 200 Ram Headlight Ass...
autosaver88

 >

Upload your video

---

### Product description

Wiring:
Brown wire–Negative
Black wire–DRL
Green wire–low beam
Yellow wire–high beam

Installation:
Step 1.Confirm the high/low/drl first.
Step 2. Insert the plug to the headlight socket,make sure high to high,low to low,drl to drl.Otherwise, the light can not work.
Step 3. Connect to circuit and turn on power.

Fitment:
2014-2016 KTM 200 XC-W,
2014-2016 KTM 250 XC-W,
2014-2018 KTM 300 XC-W,
2014-2016 KTM 500 EXC,
2014-2018 KTM 300 XCW Six Days,
2014-2016 KTM 350 EXC-F,
2015 KTM 250 KTM XC-F,
2016 KTM 500 EXC Six Days,
2017 KTM 450 EXC-F Six Days,
2017 KTM 500 EXC-F Six Days,
2017-2018 KTM 150 XCW,
2017-2018 KTM 250 XCW,
2018 KTM 250 XCW TPI,
2018 KTM 300 EXC TPI

---

### Customers who bought this item also bought



Motorex Cross Power 4T Oil - 10W50-4L. 171-

401-400
★★★★★ 205
$56.47
Only 14 left in stock - orde...

**You might also like**

Sponsored ⓘ

Page 1 of 23

<













>

JFG RACING Headlight Fairing Headlight Mask Headlamp Cover Lampshade For 125...
★★★★★ 2
$19.99

[AKKON] For 2016-2019 Nissan Titan Premium LED Light Tube Headlights - Black...
★★★★☆ 6
$495.99

JFG RACING Dual 5W LED Bulbs 12V Universal Modified Headlight Head Lamp For SX EXC ...
★★★☆☆ 38
$39.99

Orange Frame Guard Replacement for 19-20 KTM 250 SX SFX EXC EXC-F 2733445225
$21.99 ✓prime

JFG RACING S2 12V 35W Universal Motorcycle Headlight Head Lamp Led Lights For Dirt ...
★★★★☆ 67
$35.99

AnXin Radiator Performance Aluminum Fit for KTM 125 XC-W 250 300 350 450 500...
★★★☆☆ 4
$79.99

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0
votes
▼

**Question:** Doest it fit ktm excf 2018?

**Answer:** no,this doesn't fit a 2018 ktm excf.
By POWACE Inc **SELLER** on April 3, 2020

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review

≡ amazon | POWACE Inc ▾ | ktm | 🔍 | 🇺🇸 ▾ | Acco... Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Oak Park 60302 | Holiday Deals | Gift Cards | ...s Amazon.com | Customer Service | Prime Video | Best Sellers | Browsing History ▾ | Buy Again | Whole Foods | New Releases

2 results for POWACE Inc : "ktm"

Sort by: Featured ▾



CPOWACE Moto LED Headlight with High/Low Fit for KTM 200 250 300 350 500 EXC XCW

$200.00

Get it as soon as **Wed, Oct 28**
FREE Shipping by Amazon
Only 3 left in stock - order soon.



CPOWACE LED Headlight Assembly with Angel Eyes Head Light Replacement Fit for KTM duke 690 2012-2018

★★★★★ ▾ 2

$300.89

Get it as soon as **Wed, Oct 28**
FREE Shipping by Amazon
Only 15 left in stock - order soon.

### Need help?

Visit the help section or contact us

## Sponsored products related to this search  What's this? ▾

Page 1 of 3


Tank Straps Motorcycle Tie Down Straps (2pk) - 10000 lb Webbing Break Strength 2" x...
★★★★★ 534
$43.77


RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★★ 3,461
$29.97


Tank Straps Motorcycle Tie Down Straps (4pk) - 10000 lb Webbing Break Strength 2" x...
★★★★★ 125
$74.77


PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure...
★★★★☆ 44
$49.95


VULCAN Car Tie Down with Snap Hooks - Lasso Style - 2 Inch x 96 Inch, 4 Pack - High-Viz - 3,300...
★★★★☆ 251
$99.99


Badass Moto - Soft Loop Motorcycle Tie Down Straps - 11,000 Lbs Break Strength, Heavy...
★★★★☆ 349
$15.86


10 Piece Soft Loc Tie Dow Duty Tie Motorcy
$13.99

## Gift ideas inspired by your shopping history


Calico Critters Red Roof Cozy Cottage
★★★★★ 1,938
$28.88


Calico Critters Cherry Cruiser
★★★★★ 696
$19.88


Calico Critters School Music Set
★★★★★ 490
2 offers from $24.29


Calico Critters Family Seven Seater
★★★★★ 707
$39.95


Calico Critters Red Roof Country Home
★★★★☆ 204
$69.99


Calico Critters, Hopscotch Rabbit Family, Dolls, Doll House Figures, Collectible Toys
★★★★★ 3,007
$18.99

## Your Browsing History  View or edit your browsing history ▾

        

Back to top

☰  **amazon**  |  All ▾  [                                    ]  🔍  🇺🇸  | Acco... Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Oak Park 60302 | Holiday Deals | Gift Cards | 's Amazon.com | Customer Service | Prime Video | Best Sellers | Browsing History ▾ | Shop deals before they're gone

# POWACE Inc

POWACE Inc storefront

★★★★½ | 96% positive in the last 12 months (47 ratings)

CPOWACE specializes in LED lights conversion for Motorcycle,ATV,UTV.

CPOWACE is committed to providing each customer with the highest standard of customer service.

Have a question for POWACE Inc?

[ Ask a question ]

## Detailed Seller Information

**Business Name:** Shi weijun
**Business Address:**
NO18 Huashan Road
Xinbei District
Changzhou
Jiangsu
213022
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |

★★★★★ " *Good and fast* "
By Jeffren moran on October 23, 2018.

★☆☆☆☆ " *HE'S A DAMN SCAMMER ....! PERMITTED BY AMAZON.COM .... OFFER AND PAY FOR TWO ITEMS NEVER ARRIVED ..... NOR WILL THEY ARRIVE .... WHAT A PENALTY IT GIVES ME THAT COMPANIES LIKE AMAZON ALLOW TO DO THIS AND ALLOW SELLERS OF Doubtful REPUTATION TO SCAM OR STEAL THEM CONSUMERS ...! BE CAREFUL FRIENDS THIS SELLER IS A RATMAN* "
Read less
By ANTONIO FV on October 23, 2018.

★★★☆☆ " *lights are not anywhere near as bright as stock.* "
By lawrence havens on October 3, 2018.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ " *The seller was very helpful with the tracking and the product came in perfect shape, i installed right away and worked amazing. Thanks you!* "
By Fernando Gonzalez on September 25, 2018.

★★★★★ " *Item came in a timely manner with no damage. No problem with this seller. Left a product review for the actual item.* "
By Joe L. on September 24, 2018.

Previous  Next

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 94% | 96% | 98% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 6% | 4% | 2% |
| Count | 5 | 16 | 47 | 205 |

Leave seller feedback | Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 6

<                >

| Calico Critters, Doll House Furniture and Décor | Calico Critters Town Tea and Treats Set | Calico Critters Marshmallow Mouse Triplets | Calico Critters Kitchen Play Set | Calico Critters Buckley Deer Family | Calico Critters Children's Bedroom Set | Calico C... Bunk Be... |
|---|---|---|---|---|---|---|
| ★★★★★ 1,596 | ★★★★★ 555 | ★★★★★ 1,607 | ★★★★★ 1,010 | ★★★★★ 3,084 | ★★★★★ 1,664 | ★★★★ |
| $12.95 | $9.95 | $6.88 | $19.04 | 7 offers from $44.99 | $19.95 | $9.95 |

## Top subscription apps for you

     

| Disney+ | CBS Full Episodes and Live TV | STARZ | Sling TV | SHOWTIME | Philo: Live & On-Demand TV |
|---|---|---|---|---|---|
| Disney | CBS Interactive | Starz Entertainment | Sling TV LLC | Showtime Digital Inc. | PHILO |
| ★★★★½ 395,395 | ★★★★ 100,362 | ★★★★ 81,909 | ★★★★ 48,517 | ★★★★ 23,617 | ★★★★ 66,750 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

**Shipment 1 of 1**

**Shipping from Amazon.com** (Learn more)

Shipping to: ███ █████, 1033 SOUTH BLVD STE 200, OAK PARK, IL, 60302-2823 United States

- **CPOWACE Moto LED Headlight with High/Low Fit for KTM 200 250 300 350 500 EXC XCW**
  $200.00 - Quantity: 1
  Sold by: POWACE Inc

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

> Good news ███, we're giving you a 30-day FREE trial of Prime

○ FREE Prime Delivery with a free trial of **amazon** prime

○ **Sunday, Nov. 1**
  **FREE Shipping**

● **Friday, Oct. 30**
  $7.71 - Shipping

○ **Wednesday, Oct. 28**
  $11.82 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

## Review your order



**Shipping address** Change
1033 SOUTH BLVD STE 200
OAK PARK, IL 60302-2823
United States
Phone:
Add delivery instructions

Or try Amazon Locker
20 locations near this address

**Payment method** Change
VISA ending in

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

Enter Code   Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                              $200.00
Shipping & handling:          $7.71
Total before tax:               $207.71
Estimated tax to be collected:  $12.50

**Order total:**          **$220.21**

How are shipping costs calculated?

**prime**  , time is money.
Why not save both?
Save $7.71 on this order and get FREE Prime Delivery
Learn more ▶

**Try Prime FREE for 30 days ▶**
No commitments. Cancel anytime.

**Delivery: Oct. 30, 2020** If you order in the next 23 hours and 58 minutes (Details)

CPOWACE Moto LED Headlight with High/Low Fit for KTM 200 250 300 350 500 EXC XCW
$200.00 & FREE Returns
Amazon Prime eligible Join now
**Quantity:** 1  Change
Sold by: POWACE Inc

Add gift options

**Choose a delivery option:**
○ FREE Prime Delivery with your free trial of amazon prime
○ **Sunday, Nov. 1**
  FREE Shipping
● **Friday, Oct. 30**
  $7.71 - Shipping
○ **Wednesday, Oct. 28**
  $11.82 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.





## CPOWACE LED Headlight Assembly with Angel Eyes Head Light Replacement Fit for KTM duke 690 2012-2018

**Brand: CPOWACE**

★★★★★ ⌄  2 ratings

Price: **$300.89** & FREE Returns

Get $50 off instantly: Pay $250.89 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- Fit for Motocyle KTM DUKE 690 2012-2018;
- Headlight assembly with high low beam and angel eyes.

› See more product details

⚑ Report incorrect product information.



**$300.89**
& **FREE Returns** ⌄

**FREE delivery:** Friday, Oct 30
Details

Fastest delivery: Wednesday,
Oct 28 Details

Only 15 left in stock - order soon.

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Amazon
Sold by ... POWACE Inc

☐ Add your 30-day FREE trial of Prime and get fast, FREE delivery ✓prime

☐ Add gift options

⦿ Deliver to ▮▮▮▮ - Oak Park 60302

[ Add to List ]

Share ✉ f 𝕏 𝕡

Have one to sell?

[ Sell on Amazon ]

101

Sponsored

---

### Inspired by your recent shopping trends

Page 1 of 17

    

| CNC Aluminum Universal Billet Complete Motorcycle Windscreen Fairing Bolt Kit... | 76pc SPECBOLT Body Bolt KIT for Plastics seat fenders Fork Guards shrouds & subframe.... | ATOPLITE moto LED Headlight High/Low Beam with Angel Eyes DRL & Indicator Turn Signal Light Assembly... | 250pc Specbolt Brand Bolt Kit for Maintenance Upkeep of KTM SX EX EXC MX Dirtbike OEM... | 120pc Specbolt Bolt Kit fits: KTM SX SX EXC MX Dirtbike OEM Spec Fastener. This Includes... |
|---|---|---|---|---|
| ★★★☆☆ 56 | ★★★★☆ 40 | | ★★★★★ 94 | ★★★★☆ 30 |
| $23.99 | $19.99 | 1 offer from $259.00 | $54.95 | $29.99 |
| Only 7 left in stock - order... | | | | |

---

### Customers who viewed this item also viewed

Page 1 of 3

    

| CPOWACE Moto LED Headlight with High/Low Fit for KTM 200 250 300 350 500... | ATOPLITE moto LED Headlight High/Low Beam with Angel Eyes DRL & Indicator Turn Signal Light Assembly... | NEW KTM OEM STEALTH GRAPHICS KIT 2016 690 DUKE 76008999300 | NEW KTM LED HEADLIGHT 200 300 350 500 XC-W SIX DAYS EXC-F EXC 79614901000 | JFG RACING Dual 5W LED Bulbs 12V Universal Modified Headlight Head Lamp for SX EXC EXC XCF... |
|---|---|---|---|---|
| $200.00 | | $103.99 | ★★★★★ 1 | ★★★☆☆ 38 |
| Only 3 left in stock - order... | 1 offer from $259.00 | Only 2 left in stock - order... | $285.99 | $39.99 |
| | | | Only 1 left in stock - order... | |

---

### You might also like

Sponsored ⓘ

Page 1 of 32

     

| [AKKON] For 2016-2019 Nissan Titan Premium LED Light Tube Headlights - Black... | ATOPLITE BMW moto LED Headlight High/Low Beam with Angel Eyes DRL Assembly Kit and ... | NICECNC Orange Left & Right Crash Pad Frame Slider Protection Guard Replace 125/200... | 13 Tooth Front Sprocket for fits KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014 | KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | KTM Supersprox Stealth Rear Sprocket (Orange) 51T OEM: 5841005105104 |
|---|---|---|---|---|---|
| ★★★★☆ 6 | ★★★★★ 95 | ★★★★☆ 5 | | ★★★★☆ 3 | ★★★★★ 2 |
| $495.99 | $239.99 ✓prime | $49.99 ✓prime | $18.95 | $47.99 | $83.99 |



Deliver to Bensenville 60106

Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Grips





Roll over image to zoom in

## Handlebar Grips Rubber Gel Grips For  Kawasaki Honda Yamaha Suzuki (Orange) …

Brand: DOS ON

★★★★☆ | 146 ratings | 7 answered questions

Price: **$11.99** FREE Shipping on your first order. Details & FREE Returns

Get $50 off instantly: Pay $0.00 $11.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **orange**

| | | | |
|---|---|---|---|
| $11.99 | $11.99 | $11.99 | $11.99 |
| $11.99 | $11.99 | | |

- Full Diamond pattern improves grip and reduces vibration
- Lnner core compound perfects the bonding interface with bars
- ANTI-Rip Tip uses denser compound to increase life of grip
- Tacky gel-like surface compound is perfect for motocross
- Used by Professional races worldwide

› See more product details

Compare with similar items

**$11.99**

FREE Shipping on your first order. Details & FREE Returns

Arrives: **Monday, Nov 2**

Fastest delivery: **Tomorrow**
Order within 9 hrs and 9 mins
Details

**In Stock.**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from    Amazon
Sold by    **POWERFUL BEAR**

Return policy: This item is returnable

☐ Add gift options

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]





Tongue Scraper Cleaner, 2 Pack Surgical Grade Stainless Steel…
1,459
$6.99

Sponsored

### Frequently bought together

 +  + 

Total price: **$30.73**

[ Add all three to Cart ]

[ Add all three to List ]

- ☑ **This item:** Handlebar Grips Rubber Gel Grips For KTM Kawasaki Honda Yamaha Suzuki (Orange) …  $11.99
- ☑ Pro Taper Grip Glue Adhesive Compound Bottle 1 OZ $10.75
- ☑ 2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing Grip For Dirt Bike…  $7.99

### You might also like

Sponsored ⓘ

Page 1 of 48

    

MRELC Motorcycle anti-slip rubber strip handle 7/8" 22mm 24mm motorcycle comfort Ha…
★★★★☆ 15
$8.98 ✓prime

1 Pair Universal Rubber Bike Grips, 7/8" 22mm 22mm 28mm Motorcycle Handlebar Grips for Scoote…
★★★★★ 1
$9.99 ✓prime

Motorcycle Handlebar Grips 7/8" 22mm 28mm Dirt Bike Universal ATV UTV Pro Part …
★★★★☆ 37
$13.99 ✓prime

Dirt Bike Handlebar Pad Grips Set For 7/8" 22mm 1 1/8" 28mm Handle Bar Honda CRF50 …
★★★☆☆ 3
$14.99

HIAORS 7/8" Universal Motorcycle Grips Hand Grips for Yamaha YZ125 YZ250 YZ426F YZ4…
★★★★☆ 401
$7.99 ✓prime

### Customers who viewed this item also viewed

Page 1 of 6



2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing…
★★★★☆ 920
$7.99

Pro Taper Pillow Top MX Grips - Black/Grey/Orange
★★★★☆ 59
$12.49
Only 19 left in stock - orde…

KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
★★★★☆ 135
$21.59

Pro Taper Pillow Top ATV Handlebar Grips 024855
★★★★★ 332
$12.99

7/8 Universal Grips for Taper Dirt Pit Bike Blue one pair
★★★★☆ 416
$16.99

surpassme Motorcycle Grips Non Slip Rubber Bar End Thruster Grip 7/8" 22mm 24mm…
★★★★☆ 632
$9.99

Sponsored ⓘ

## Compare with similar items






**This item** Handlebar Grips Rubber Gel Grips For KTM Kawasaki Honda Yamaha Suzuki (Orange) …

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing Grip for Dirt Bike Motocross Honda CR80R/85R, CRF150R, CR125R/250R, CRF450R ( Red )

Pro Taper Pillow Top MX Grips - Black/Grey/Orange

KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)

Add to Cart | Add to Cart | Add to Cart | Add to Cart

| Customer Rating | ★★★★☆ (146) | ★★★★☆ (920) | ★★★★☆ (59) | ★★★★☆ (135) |
|---|---|---|---|---|
| Price | $11⁹⁹ | $7⁹⁹ | $12⁴⁹ | $21⁵⁹ |
| Sold By | POWERFUL BEAR | AnXin | Spotlight on Parts | JT Motorsports |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:orange

### Technical Details

| Manufacturer | DOSON |
|---|---|
| Brand | DOS ON |
| Item Weight | 3.59 ounces |
| Product Dimensions | 4.72 x 3.15 x 2.55 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | 2018-6.27 |
| Vehicle Service Type | Motorcycle |

### Additional Information

| ASIN | B07F291LJ8 |
|---|---|
| Customer Reviews | ★★★★☆ 146 ratings 4.1 out of 5 stars |
| Best Sellers Rank | #38,100 in Automotive (See Top 100 in Automotive) #68 in Powersports Grips |
| Date First Available | June 26, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

Page 1 of 2

### Videos for related products



How to install motorcycle 7/8" gel grips

Alpha Moto

1:31



Grip-Tek Black Buffed Foam Grips – EPDM Foam Handle Grips for Bik…

Trim-Lok, Inc.

1:57



PRO CAKEN Vortex Throttle Body Housing Tube with Super Soft…

DirtBikeClub

0:47



Demo-ALPHA MOTO motorcycle 7/8" cafe racer clubman handlebar

Alpha Moto

1:26

PRO CAKEN 2x 7/8 Handlebar Hand G…

DirtBikeClub

Upload your video

## Product description

Color:orange

100% Brand New Quantity:1 pair(left and right) Size:7/8" bore ( indicated in the picture ) Installation: Easy to install back on original position with no modification needed Can be used for most of the motorcycle .

## Competitively priced

Sponsored ⓘ

Page 1 of 3

      

HTTMT XH4076-Comfort Yellow Gel Hand Grips 25mm 1" Compatible with...
★★★★☆ 7
$8.39

1 Pair Universal Rubber Bike Grips, 7/8" 22mm Motorcycle Handlebar Grips for Scoote...
★★★★★ 1
$8.99 ✓prime

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing G...
★★★★☆ 920
$7.99 ✓prime

Motorcycle Retro Comfortable Hand Handlebar 7/8" 22mm 1"24mm Non Slip...
★★★★☆ 61
$8.99 ✓prime

Throttle Handle Grips and Cable For ATV Quad Pit Bike Dirt Bike Baja Mini Bike Mb16...
★★★★☆ 466
$9.99 ✓prime

XKMT-7/8" 22mm Flame Gel Handlebar Grips GREEN Compatible With Yamaha Honda...
★★★★☆ 26
$8.39

## You might also like

Sponsored ⓘ

Page 1 of 34

       

MRELC Motorcycle anti-slip rubber strip handle 7/8" 22mm 24mm motorcycle comfort Ha...
★★★★☆ 15
$8.98 ✓prime

Dirt Bike Handlebar Pad Grips Set For 7/8" 22mm 1 1/8" 28mm Handle Bar Honda CRF50 ...
★★★☆☆ 3
$14.99

TRACKSIDE Half-Waffle Grips - Gray
★★★☆☆ 4
$6.99

RW 5042-001 Rubber Waffle Grip Handlebar Grips (Set of 2) Compatible with Honda
★★★★★ 2
$23.91

7/8 Universal Grips for Taper Dirt Pit Bike Blue one pair
★★★★☆ 416
$16.99 ✓prime

Dirt Bike Handlebar Grips 7/8" 22mm For Honda CRF50 CR80 CR85 CRF110 CR125R...
★★★★☆ 134
$6.59


Grant a few birthday wishes
Shop gift cards ›
Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲ 0 votes ▼
**Question:** Are they both 7/8"
**Answer:** One is slightly smaller then the other at lest mine was
By Tyler on March 7, 2019

▲ 0 votes ▼
**Question:** Why Haven't I received them yet
**Answer:** Id contact the seller.
By J on April 15, 2020

▲ 0 votes ▼
**Question:** Are both 7/8" inside diameter. i need the same inside diameter on both .i am using it on my 1985 yamaha yfm80 badger atv..
**Answer:** Yes, both measure the same in diameter. We used it for our 1986 honda atv and they fit.
By J on April 15, 2020
⌄ See more answers (1)

▲ 0 votes ▼
**Question:** Will these fit a 2020 klx 140l?
**Answer:** Unsure
By J on April 15, 2020

See more answered questions (3)

## Customer reviews

★★★★☆ 4.1 out of 5

146 global ratings

| | | |
|---|---|---|
| 5 star | | 62% |
| 4 star | | 11% |
| 3 star | | 11% |
| 2 star | | 8% |
| 1 star | | 9% |

⌄ How are ratings calculated?

### Customer images

   

See all customer images

Top reviews ▾

## By feature

Value for money ⭐⭐⭐⭐⭐ 4.3

Comfort ⭐⭐⭐⭐ 3.9

Easy to install ⭐⭐⭐⭐ 3.8

˅ See more

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



MRELC Motorcycle anti-slip rubber strip handl...
15
$8.98    [ Shop now ]

Sponsored ⓘ

---

### Top reviews from the United States

 **stephan moore II**

⭐⭐⭐⭐⭐ **Great value for price, easy to install, perfect fit.**

Reviewed in the United States on October 20, 2020

Color: blue | Verified Purchase

Got these grips to replace some old ATV grips some guy had on my dirt bike. The fit is perfect, although I would definitely recommend some grip glue/safety wire as these will turn some on the bars and throttle without it. These are almost an exact copy of ProTaper pillow top grips but about half the price. It even had the protaper logo on them. The rubber compound is harder than on other grips, but that may be suitable for your riding style. I did get a small tear in my throttle side grip, but that was probably from a fall or cut or something. Overall for the price, there's not much to complain about here and I can definitely recommend these.



[ Helpful ]   |   Comment   |   Report abuse

---

 **Luis Camacho**

⭐⭐⭐ **Easily torn**

Reviewed in the United States on July 8, 2020

Color: yellow | Verified Purchase

Used a method I've used many times to install grips. Sprayed a tiny bit of hairspray on the grip before sliding on. Grip practically melted and tore in my hands as I was installing. Not sure if I got a melon or not or if these grips just aren't very chemical resistant. Either way. Too delicate for our use

[ Helpful ]   |   Comment   |   Report abuse

---

 **Charles Joel Miller**

⭐⭐⭐⭐⭐ **Great price for great comfort an color scheme.**

Reviewed in the United States on September 3, 2019

Color: red | Verified Purchase

Much better then my old grips they are comfortable to the grip and they seem very durable a buying em on here compared to going to purchase in a store is much easier. Thank you amazon. And the variety of color is a big plus. Put them on my HONDA CRF250L and the red an black color match up just perfect!



One person found this helpful

[ Helpful ]   |   Comment   |   Report abuse

---

 **JS**

⭐⭐⭐⭐⭐ **I'd recommend them**

Reviewed in the United States on September 5, 2020

Color: blue | Verified Purchase

Worked great and very comfy.
Just know that one is a little larger i.d. for the twist throttle.

[ Helpful ]   |   Comment   |   Report abuse

---

 **Brian Hunt**

⭐⭐⭐⭐⭐ **I love them**

Reviewed in the United States on September 19, 2020

Color: red | Verified Purchase

pillow top grips are the only grip I will ever use from now one amazing

[ Helpful ]   |   Comment   |   Report abuse

---

 **ral**

⭐ **counterfeit**

Reviewed in the United States on July 16, 2020

Color: orange | Verified Purchase

these are counterfeit protaper pillow tops, even have their own pro taper logo in them

[ Helpful ]   |   Comment   |   Report abuse

---

 **Michael**

⭐ **TWO DIFFERENT SIZES**

Reviewed in the United States on October 23, 2020

Color: orange | Verified Purchase

Description says they are both 22mm.. They are NOT... UNUSABLE FOR AN ATV.

[ Helpful ]   |   Comment   |   Report abuse

---

**D.R.**

⭐⭐⭐⭐⭐ **Cheap.**

Reviewed in the United States on April 19, 2019

Color: orange | Verified Purchase

I've honestly replaced them for some OEM KTM ones (mainly for the look), but you can't go wrong with the price.

Helpful | Comment | Report abuse

**See all reviews ›**

MRELC Motorcycle anti-slip rubber strip handle 7/8" 22mm 24mm motorcycle comfort Hand...
$8.98                                    15

Shop now

Sponsored

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English | United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



# POWERFUL BEAR

POWERFUL BEAR storefront

★★★★½ **84% positive** in the last 12 months (44 ratings)

POWERFUL BEAR is committed to providing each customer with the highest standard of customer service.

Have a question for POWERFUL BEAR?

[ Ask a question ]

---

## Detailed Seller Information

**Business Name:** YONGKANG DAHAO INDUSTRY& TRADE CO., LTD
**Business Address:**
JIANGNAN STREET, EAST OF SUANGJIN VILLAGE
YONGKANG
ZHEJIANG
321300
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
|---|---|---|---|---|---|---|



★★★★☆ " 👍👍👍 "
By John Stevenson on November 22, 2019.

★★★☆☆ " Did not fit at all. "
By J lloyd on November 18, 2019.

★☆☆☆☆ " Tube wouldn't stay on, damaged on top. Leaked gas as it wastes gas and money. "
By yvngdyltho on November 9, 2019.

★☆☆☆☆ " Was damaged on the top, tube wouldn't stay on. Leaks gas out of the sides and wastes a lot of gas. "
By yvngdyltho on November 9, 2019.

★★★★★ " great "
By Danielle h. on November 3, 2019.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 94% | 84% | 85% |
| Neutral | 0% | 0% | 2% | 3% |
| Negative | 0% | 6% | 14% | 13% |
| Count | 5 | 18 | 44 | 79 |

Previous   Next

Leave seller feedback    Tell us what you think about this page

---

### Your recently viewed items and featured recommendations

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

▸ View or edit your browsing history



amazon

POWERFUL BEAR | ktm

13 results for POWERFUL BEAR : "ktm"

Sort by: Featured

**Brand**
TWO ON
DOSON
DOSON

eGift cards for every occasion
Send now ›

HAPPY B-DAY
$50.00

Sponsored ⓘ



Handlebar Grips Rubber Gel Grips For KTM Kawasaki Honda Yamaha Suzuki (Orange) …
★★★★☆ ∨ 146
orange
$11.99
Get it as soon as **Tomorrow, Oct 25**
FREE Shipping on your first order shipped by Amazon

7/8" 22MM Handlebar Red Handle Bar with Foam Pad for CRF YZF KXF KLX RMZ DRZ KTM Pit Dirt Bike Motocross ATV Quad (Red) …
★★★★☆ ∨ 177
red
$46.90
$18.00 shipping
Price may vary by color

240mm 72 Motorcycle off-road Wheel Spokes for Yamaha Suzuki Kawasaki Honda KTM Motocross (Yellow)…
★★★★★ ∨ 10
yellow
$8.99
FREE Shipping on your first order shipped by Amazon
Price may vary by color

Motorcycle 28 mm taper 1 1/8 oversized handle + grip + lifter + pole pad for Honda Yamaha Kawasaki KTM Suzuki SUV Motocross (Black)
Black
$39.99
✓prime Get it as soon as **Tue, Oct 27**
FREE Shipping by Amazon
Only 18 left in stock - order soon.
Price may vary by color



DOSON Motorcycle 1 1/8" 28mm Handlebar fat Handlebar Pad Handle Set for off-road Vehicle Honda Kawasaki Suzuki Yamaha KTM EGS Endur…
★★★★☆ ∨ 28
yellow
$39.99
✓prime Get it as soon as **Wed, Oct 28**
FREE Shipping by Amazon
Only 3 left in stock - order soon.



DOSON Universal Tank Gas Fuel Cap Valve Vent Breather Hose Tube For 50cc 110cc 70cc 125cc Motorcycle XR CRF RM KX SSR Honda Yamaha…
★★★★★ ∨ 19
$9.99
Get it as soon as **Wed, Oct 28**
FREE Shipping on your first order shipped by Amazon

Motorcycle Pit Dirt Bike Motocross Supermoto Universal Headlights Head Light Headlamp Street Fighter for KTM Kawasaki Honda Yamaha Suzuki
Orange
$18.99



 

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ███ ███, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Handlebar Grips Rubber Gel Grips For KTM Kawasaki Honda Yamaha Suzuki (Orange)** …
  $11.99 - Quantity: 1
  Sold by: POWERFUL BEAR

Change quantities or delete

### Amazon Locker is available

20 pickup locations near you

### Choose a delivery option:

███ get FREE Two-Day Delivery on this order and try other Prime benefits (hello, Prime Video) with a one week trial for $1.99!

- ○ **Tuesday, Oct. 27**
  FREE Two-Day Delivery with amazon prime
- ○ **Monday, Nov. 2**
  **FREE Shipping on your first order**
- ● **Thursday, Oct. 29**
  $5.99 - Shipping
- ○ **Tuesday, Oct. 27**
  $9.99 - Shipping
- ○ **Monday, Oct. 26**
  $12.99 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



# AMAZON.COM

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

**Shipping address** Change
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:
Add delivery instructions

Or try Amazon Locker
20 locations near this address

**Payment method** Change
ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[Enter Code] Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items: $11.99
Shipping & handling: $5.99

Total before tax: $17.98
Estimated tax to be collected: $0.75

**Order total:** **$18.73**

How are shipping costs calculated?

---

**SPECIAL OFFER** — we're giving you **One Week of Prime** for only **$1.99!**

prime

Save $5.99 instantly with FREE Two-Day Delivery and enjoy more of what you love with Prime:
✓ Fast, FREE delivery
✓ Exclusive deals and discounts
✓ Endless entertainment and so much more!

Give Prime a try >

No commitments. Cancel anytime.

**Delivery: Oct. 29, 2020** If you order in the next 22 hours and 32 minutes (Details)

Handlebar Grips Rubber Gel Grips For KTM Kawasaki Honda Yamaha Suzuki (Orange) ...
**$11.99**
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: POWERFUL BEAR
Add gift options

**Choose a delivery option:**

○ **Monday, Nov. 2**
FREE Shipping on your first order

● **Thursday, Oct. 29**
$5.99 - Shipping

○ **Tuesday, Oct. 27**
$9.99 - Shipping

○ **Monday, Oct. 26**
$12.99 - Shipping

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/25/2020
Case 1:20-cv-06677-Document #: 1-4 Filed 11/10/20 Page 444 of 465 PageID #:1249
Amazon.com: 7/8" 22MM Handlebar Red Handle Bar with Foam Pad for CRF YZF KXF KLX RMZ DRZ KTM Pit Dirt Bike Motocross ATV Quad (Red) ...



amazon | All ▾ | ktm | 🔍 | Deliver to Bensenville 60106 | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 0 Cart

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now


Save on Amazon Basics Motor Oil  Shop now ▸

‹ Back to results



Roll over image to zoom in

## 7/8" 22MM Handlebar Red Handle Bar with Foam Pad for CRF YZF KXF KLX RMZ DRZ KTM Pit Dirt Bike Motocross ATV Quad (Red) …

Brand: DOS ON

★★★★½ ▾  177 ratings | 31 answered questions

Price: **$46.90** + $18.00 shipping

Get $50 off instantly: Pay $0.00 $46.90 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **red**

 $39.90   $46.90  **$46.90**

- Handlebar diameter: 7/8" / 22mm; Width: 31.1"; Height: 4.9"; Rise:2.9"
- Made of compound metal with steel and aluminum alloy(#7003). Stronger and tougher than normal #6061
- The surface of the handlebar is ANTI-CORROSION and ANTI-OXIDANT. Made by SANDBLAST and ANODIC OXIDATION technology.
- ARGON-ARC welding works. The bar won't bend or broke when riding.
- Heavy duty quality, 2 years warranty.

› See more product details

Compare with similar items


$46.90
+ $18.00 shipping

Arrives: Nov 18 - Dec 10
Fastest delivery: Nov 2 - 5

In stock.
Usually ships within 3 to 4 days.

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from  POWERFUL BEAR
Sold by …  POWERFUL BEAR

Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

## Customers who viewed this item also viewed

Page 1 of 8

    

Wingsmoto Compatible with Motorcycle 7/8" 22MM Handlebar Handle Bar with Foam Pad…
★★★★½ 130
$26.99

Pro Taper Seven Eighths Handlebars - Standard 7/8 (CR High) (Black)
★★★★½ 183
$62.95

Wingsmoto Motorcycle 7/8" 22MM Handlebar Red Handle Bar + Foam Pad + Black Grips for…
★★★★ 49
$25.99

Wingsmoto Compatible with Motorcycle 7/8" 22MM Handlebar Handle Bar with Foam Pad for…
★★★★ 126
$25.99

1 1/8" 28mm Motorcycle Handlebar Handle Bars + Riser Mount Clamp + Grips Set For Dirt…
★★★★★ 3
$44.98

---

## What other items do customers buy after viewing this item?

Page 1 of 7

     

SclMotor Universal 22mm 7/8"Red Pro Taper Dirt Pit Bike Grips For HONDA CRF150F…
★★★★½ 589
$16.99

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing…
★★★★½ 920
$7.99

ProTaper Sport 855-896 7/8in. Sport Aluminum Handlebars - ATV Bend - Black
★★★★½ 104
$36.00

Pro Taper Grip Glue Adhesive Compound Bottle 1 OZ
★★★★½ 639
$10.75

Wingsmoto Compatible with Motorcycle 7/8" 22MM Handlebar Handle Bar with Foam Pad…
★★★★½ 130
$26.99

Wingsmoto Motorcycle 7/8" 22MM Handlebar Red Handle Bar + Foam Pad + Black Grips for…
★★★★ 49
$25.99

---

## Customers who bought this item also bought

Page 1 of 8



2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing…
★★★★½ 920
$7.99

Pro Taper Grip Glue Adhesive Compound Bottle 1 OZ
★★★★½ 639
$10.75

ODI ATV Rogue Lock-on 120mm Off-Road Motorcycle Hand Grips - Black/Red/One Size
★★★★½ 348
$20.25

kemimoto 7/8" Handlebar Risers 30mm Height for Kawasaki…
★★★★½ 740
#1 Best Seller in Powersports Handlebar Risers
$23.99

JFG RACING Motorcycle Universal Handguards Aluminum Hand…
★★★★½ 597
#1 Best Seller in Powersports Handguards
$19.99

FXCNC CNC Aluminum Dirt Bike Pivot Brake Clutch Lever Set for Honda CRF 150F 150…
★★★★ 50
$28.98



Save on Amazon Basics Car Jumper Cables  Shop now ›



‹ Back to results



Roll over image to zoom in

## Bicycle Dirt Bike Spoke Cover Skins Wheel Rim Wraps Set Universal for Yamaha Kawasaki Suzuki Honda 8"-21" Rims Tubes Decor Protector 72Pcs Blue

Brand: DOS ON

★★★★☆  10 ratings

Price: **$8.99** FREE Shipping on your first order. Details & FREE Returns

Get $50 off instantly: Pay $0.00 $8.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **blue**

   

| | | | |
|---|---|---|---|
| $8.99 | $8.99 | $10.98 | $8.99 |
| $8.99 | $10.98 | $8.99 | $8.99 |

- * Length: Each spoke cover is 9.37 inches (24 cm) long and needs to be trimmed during installation.
- *Quantity: 72 pieces, they are enough to accommodate two rims!
- *Material: Soft resin! Durable and can't be broken.
- * Weight: Lightweight and complete accessories: it has almost no weight and is very compact.
- *We are committed to providing exceptional customer service through unconditional free replacement or refunds

› See more product details

### Consider this Amazon's Choice product that delivers quickly

**Amazon's Choice**



Bicycle Dirt Bike 72Pcs Wheel Rim Spoke Skins Cover Wraps Set Universal for Yamaha Kawasaki Suzuki Honda KTM 8"-21" Rims Tubes Decor Protector Blue
$11.99 ✓prime
★★★★☆ (714)

---

**Customers who viewed this item also viewed**

   

| | | | |
|---|---|---|---|
| Bicycle Dirt Bike 72Pcs Wheel Rim Spoke Skins Cover Wraps Set Universal for Yamaha | PSLER 72 PCS Spoke Skins Wheel Rim Spoke Skins Covers Trim Wrap Cover Decoration | Super Pop Bicycle Spoke Skins Wraps-Best Gift for Kids&Schoolmate&Bike Fans- Colorful Bike | JOYON 72 Pcs Universal Spoke Skins Covers Coats for Motorcycle Dirt Bike Kawasaki Honda |
| ★★★★☆ 714 | ★★★★☆ 430 | ★★★★☆ 235 | ★★★★☆ 153 |
| #1 Best Seller in Powersports Spokes | $9.99 | #1 Best Seller in Powersports Full Exhaust... | $9.99 |
| $11.99 | | $12.99 Only 14 left in stock - order | |

---

**Customers also viewed these products**

 

| | | | | | |
|---|---|---|---|---|---|
| PSLER 72 PCS Spoke Skins Wheel Rim Spoke Skins Covers Trim Wrap Cover Decoration | JOYON 72 Pcs Universal Spoke Skins Covers Coats for Motorcycle Dirt Bike Kawasaki Honda | 72Pcs Universal Spoke Skins Covers , Wheel Spoke Wraps Pipe Trim Decoration | Vevina Unicorn Bicycle Spoke Skins Wraps BMX MTB Kids Road Mountain Bike Colorful Wheel | Bicycle Dirt Bike 72Pcs Wheel Rim Spoke Skins Wraps Set Universal for Yamaha Kawasaki Suzuki | Super Pop Bicycle 8"-21" Rims Spoke Skins Wraps- Best Gift for Kids&Schoolmate&Bike |
| ★★★★☆ 430 | ★★★★☆ 153 | ★★★★☆ 271 | ★★★★☆ 325 | ★★★★☆ 714 | ★★★★☆ 235 |
| $9.99 | $9.99 | $9.99 | $11.73 - $13.98 | #1 Best Seller in Powersports Spokes | #1 Best Seller in Powersports Full Exhaust... |
| | | | | $10.99 | |

Share ✉ f ✈ 📌

**$8.99**

**FREE Shipping** on your first order. Details & FREE Returns

Arrives: **Monday, Nov 2**

Fastest delivery: **Wednesday, Oct 28** Details

**Only 16 left in stock -** order soon.

Qty: 1

[Add to Cart]

[Buy Now]

🔒 Secure transaction

Ships from ... Amazon
Sold by ... POWERFUL BEAR

Return policy: This item is returnable

☐ Add gift options

📍 Deliver to Bensenville 60106

[Add to List]

Share ✉ f ✈ 📌

Have one to sell?

[Sell on Amazon]



Tongue Scraper Cleaner, 2 Pack Surgical Grade Stainless Steel...
1,459
$6.99

Sponsored ⓘ



Automotive › Motorcycle & Powersports › Parts › Fuel System › Carburetors



## FUNCTION
Replaces the stock fuel screw that is difficult to adjust

   

Roll over image to zoom in

### Air fuel hybrid screw motorcycle CNC Adjust Carb FCR Air Screw for Honda KTM Yamaha Suzuki Keenso FCR carburetor carbon hybrid screw pilot screw regulator (black)

Brand: PowerMotor

★★★☆☆ ∨    2 ratings

Price: $9.11

Get $50 off instantly: Pay $0.00 $9.11 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: black

| $9.11 | $9.11 | $9.11 | $9.11 |

- ❤❤ 【Easy To Adjust】: Carb mixture screw can easily tune and adjust your idle mixture without burning your hands or fumbling with a small screw driver. Numerically calibrated for tuning memory, adjust air fuel mixture with this screw easily
- ● 【Premium Quality】: This fcr carburetor air fuel mixture screw is made of premium aluminum material, sturdy, not easy to aging and abrasion resistant, to ensure maximum strength and durability for long lasting usage and worked perfectly.
- ● 【Perfect Compatibility】: The carburetor mixture screw is perfect suitable for Honda KTM Yamaha Suzuki(Reference fit models as following). Perfect match to your motorcycle, smooth and bright color, unique appearance
- ● 【Easy Installation】: Carb mixture screw adjuster comes with spring, washer and O-ring, it is easy to install and replace. Simplify installation steps, no modification, cutting, or drilling required; Size: 57 × 13mm/2.2 × 0.5in
- ►► 【O-ring Design】: FCR carburetor mixture screw has an o-ring design to resist engine vibration and increase accuracy and longevity. Carburetor adjuster screw surface paint finish for enhancing its corrosion and rust resistance, not fading and worked

> See more product details

Compare with similar items



$9.11

FREE delivery: **Wednesday, Nov 4** on your first order.

Fastest delivery: **Thursday, Oct 29** Details

**In Stock.**

Qty: 1 ∨

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from — Amazon
Sold by — PowerMotor

Return policy: This item is returnable ∨

☐ Add gift options

◎ Deliver to Bensenville 60106

[ Add to List ]

Share ✉ 📧 f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## Customers who viewed this item also viewed

Page 1 of 5

     

| NICECNC Gold Air/Fuel Mixture Screw Adjuster for MIKUNI BSR BS CVR CV Carburetor Replace... | Febrytold Blue Air Fuel Mixture Screw, Adjustable CNC Four-Strokes FCR Air Screw... | NICECNC Motorcycle Blue Air/Fuel Mixture Screw Adjuster Keihin FCR Carb for Honda... | Air Fuel Mixture Screw for Motorcycle - Adjustable CNC Four-Strokes FCR Air Screw... | NICECNC Motorcycle Red Air/Fuel Mixture Screw Adjuster Keihin FCR Carb for Honda Yamaha... | ( Red ) Air fuel mixture Screw Adjuster For Mikuni Carb HONDA YAMAHA KTM Honda... |
| ★★★★☆ 78 | ★★★☆☆ 8 | ★★★★☆ 125 | ★★★★★ 1 | ★★★★☆ 129 | ★★★★☆ 31 |
| $19.99 | $7.99 | $8.88 | $8.59 | $8.88 | $11.89 |
| Only 11 left in stock - orde... | Only 20 left in stock - orde... | | Only 17 left in stock - orde... | | |

## What other items do customers buy after viewing this item?

 

| NICECNC Gold Air/Fuel Mixture Screw Adjuster for MIKUNI BSR BS CVR CV Carburetor Replace... | Carbhub VM22 26mm Carburetor for Intake Pipe Pit Dirt Bike 110cc 125cc 140cc Lifan YX... |
| ★★★★☆ 78 | ★★★★☆ 480 |
| $19.99 | $32.99 |
| Only 11 left in stock - orde... | |

## Products related to this item
Page 1 of 43

10/27/2020    Amazon.com: Air fuel hybrid screw motorcycle CNC Adjust Carb FCR Air Screw for Honda KTM Yamaha Suzuki Keenso FCR carburetor carbon hybrid screw pilot screw regulator (black): Automotive

Case 1:20-cv-06672-LLS Document 14 Filed 11/10/20 Page 447 of 465 PageID #:2152

Sponsored ⓘ













| Air Fuel Mixture Screw CNC Adjust Carb FCR Air Screw for KEIHIN Carburetor Four-Str... | DEDC Motorcycle Red Air Fuel Mixture Screw Adjuster Adjust Carb FCR Air Screw for H... | Motorcycle Aluminum Air Fuel Mixture Screw Adjuster Tool Fits for Honda Yamaha Suzu... | Febrytold Blue Air Fuel Mixture Screw, Adjustable CNC Four-Strokes FCR Air Screw... | New Carburetor for Suzuki DRZ400 DRZ 400 FCR MX 39mm Carb | Motorcycle Air/Fuel Mixture Screw, FCR Carb Air Fuel Mixture Screw Adjuster for Hon... |
|---|---|---|---|---|---|
| ★★★★☆ 116 | ★★☆☆☆ 3 | ★★★☆☆ 7 | ★★★☆☆ 8 | ★★☆☆☆ 1 | ★★★★★ 1 |
| $8.76 ✓prime | $8.99 | $10.99 ✓prime | $7.99 ✓prime | $170.70 ✓prime | $11.89 ✓prime |

## Compare with similar items









|  | **This item** Air fuel hybrid screw motorcycle CNC Adjust Carb FCR Air Screw for Honda KTM Yamaha Suzuki Keenso FCR carburetor carbon hybrid screw pilot screw regulator (black) | Febrytold Blue Air Fuel Mixture Screw, Adjustable CNC Four-Strokes FCR Air Screw for Keihin FCR Carburetor Yamaha Suzuki Honda Ktm Motorcycle | Motorcycle Air Fuel Mixture Screw FCR Carburetor Carb Mixture Screw Adjuster for Honda KTM Yamaha Suzuki Kawasaki (Black) | NICECNC Motorcycle Red Air/Fuel Mixture Screw Adjuster Keihin FCR Carb for Honda Yamaha Kawasaki Suzuki CRF YZF WR KXF KLX RMZ |
|---|---|---|---|---|
|  | [Add to Cart] | [Add to Cart] | [Add to Cart] | [Add to Cart] |
| Customer Rating | ★★★☆☆ (2) | ★★★☆☆ (8) | ★★★★☆ (44) | ★★★★☆ (129) |
| Price | $9¹¹ | $7⁹⁹ | $9⁹⁹ | $8⁸⁸ |
| Sold By | PowerMotor | Hedou | UBuyMotor_1 | NiceCNC |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**black**

### Technical Details

| Manufacturer | PowerMotor |
|---|---|
| Item Weight | 0.705 ounces |
| Package Dimensions | 3.1 x 2.4 x 0.5 inches |
| Manufacturer Part Number | Carburetor tjz |
| Vehicle Service Type | Dirt Bike |

### Additional Information

| ASIN | B08BHQWD3P |
|---|---|
| Customer Reviews | ★★★☆☆ ▾ 2 ratings 3.5 out of 5 stars |
| Best Sellers Rank | #619,998 in Automotive (See Top 100 in Automotive) #4,131 in Powersports Carburetors |
| Date First Available | July 10, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ▾

## Videos

Page 1 of 2

### Videos for related products





3:17

How to use motorcycle carburetor carb synchronization tool

Alpha Moto



1:55

All Balls Fuel Tap Rebuild kits, fuel tap diaphragm only kits, Fuel Ta...

All Balls.



0:13

PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...

DirtBikeClub



0:38

PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...

DirtBikeClub



maXpeedingrods C Engine for Yamaha

maXpeedingrods-us



Upload your video

**Product description**

Color:black

"Product Details :
-- Condition: 100% Brand New
-- Material: 6061-T6 Aluminum
-- Color: As picture shown

-- Precision CNC machined screw for Keihin FCR carburetors
-- O-ring design secures adjustment setting
-- Numerically calibrated for tuning memory
-- Comes with spring, washer and O-ring
-- Anodized finishing

Fitment:
Fits all Keihin FCR & FCR-MX Carburetors, fits most common 4-stroke models. Reference fit models as following.

For Honda CRF150R 2007-2009, 2012-2016
For Honda CRF150R Expert 2007-2009, 2012, 2015-2016
For Honda CRF250R 2004-2009
For Honda CRF250X 2004-2009, 2012-2013, 2015
For Honda CRF450R 2002-2008
For Honda CRF450X 2005-2009, 2012-2015
For Honda TRX450R 2006-2009, 2012-2013
For Honda TRX450R (Electric Start) 2009, 2014

For Kawasaki KLX450R 2008-2009
For Kawasaki KX250F 2004-2010
For Kawasaki KX450F 2006-2009

For KTM 250 SX-F 2005-2011
For KTM 250 XC-F 2008-2009
For KTM 250 XCF-W 2007-2010, 2012-2014
For KTM 400 XC-W 2009-2010
For KTM 450 EXC 2003-2011
For KTM 450 MXC 2003-2005
For KTM 450 SX 2003-2006
For KTM 450 SX-F 2008-2012
For KTM 450 XC 2007
For KTM 450 XC-F 2008-2009
For KTM 450 XC-W 2012
For KTM 450 XC 2008-2009
For KTM 505 SX-F 2007-2008
For KTM 505 XC-F 2008
For KTM 525 EXC 2003-2007
For KTM 525 MXC 2003-2005
For KTM 525 SX 2003-2006
For KTM 525 XC 2006-2007
For KTM 525 XC 2008-2009
For KTM 530 EXC 2009-2011

For Suzuki RM-Z250 2004-2009
For Suzuki RM-Z450 2005-2008

For Yamaha WR250F 2001-2009, 2011-2013
For Yamaha WR426F 2001-2002
For Yamaha WR450F 2003-2009, 2011
For Yamaha YFZ450 2004-2009, 2013
For Yamaha YZ250F 2001-2013
For Yamaha YZ426F 2000-2002"

**4 stars and above**

Page 1 of 3

Sponsored ⓘ













Air Fuel Mixture Screw CNC Adjust Carb FCR Air Screw for KEIHIN Carburetor Four-Str...

⭐⭐⭐⭐⭐ 116

$8.76 ✓prime

JFG RACING Cable Choke PZ30 30mm Carb Carburetor For Motorcycle 200CC...

⭐⭐⭐⭐ 85

$24.99 ✓prime

Auto-Moto Carb For HONDA XR100 (1981-1984), XR100R (1985-2003), CRF100F (2004-...

⭐⭐⭐⭐ 126

$18.99 ✓prime

Febrytold 20Pcs Jets kit - 10Pcs Carburetor Main Jets and 10Pcs Slow Pilot Jets for...

⭐⭐⭐⭐ 91

$10.49 ✓prime

JFG RACING 34MM OEM OKO PWK Power Jet Carburetor Carb Universal For Racing...

⭐⭐⭐⭐ 106

$28.99 ✓prime

Carburetor Repair Kit for 1988-2006 Yamaha Banshee 350 YFZ350 YFZ350SE YFZ350LE...

⭐⭐⭐⭐ 55

$13.99 ✓prime

## Products related to this item

Sponsored ⓘ

Page 1 of 21













Motorcycle Aluminum Air Fuel Mixture Screw Adjuster Tool Fits for Honda Yamaha Suzu...

⭐⭐⭐ 7

$10.99 ✓prime

DEDC Motorcycle Red Air Fuel Mixture Screw Adjuster Adjust Carb FCR Air Screw for H...

⭐⭐ 3

$8.99

Air Fuel Mixture Screw CNC Adjust Carb FCR Air Screw for KEIHIN Carburetor Four-Str...

⭐⭐⭐⭐ 116

$8.76 ✓prime

Febrytold Blue Air Fuel Mixture Screw, Adjustable CNC Four-Strokes FCR Air Screw...

⭐⭐⭐ 8

$7.99 ✓prime

WATERWICH Compatible with Carburetor Yamaha Big Bear Kodiak Wolverine Grizzly 400 Y...

⭐⭐⭐⭐⭐ 1

$38.99

KIPA Carburetor For Honda CRF450R CRF450X FCR40 FCR 40mm KTM 400 EXC...

$151.75 ✓prime



**Grant a few birthday wishes**

Shop gift cards ›

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

⭐⭐⭐⭐☆ 3.5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | | 51% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 49% |
| 1 star | | 0% |

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers



Write a customer review

Top reviews ˅

### Top review from the United States

👤 James Lewis

⭐⭐☆☆☆ **Cheaply made**

Reviewed in the United States on August 6, 2020

Color: black | Verified Purchase

Very cheaply made.

[ Helpful ]　Comment　Report abuse

See all reviews ›



Air Fuel Mixture Screw CNC Adjust Carb FCR ...

116

$8.76

Shop now

Sponsored



Air Fuel Mixture Screw CNC Adjust Carb FCR Air
Screw for KEIHIN Carburetor Four-Strokes FCR...

$8.76    116

Shop now

Sponsored

See personalized recommendations

Sign in

New customer? Start here.

Back to top

## Get to Know Us

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

## Make Money with Us

Sell products on
Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money
with Us

## Amazon Payment Products

Amazon Rewards Visa
Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You

Amazon and COVID-
19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns &
Replacements
Manage Your Content
and Devices
Amazon Assistant
Help



English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion<br>brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on<br>Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Ignite<br>Sell your original<br>Digital<br>Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go |
| Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office<br>Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Prime Now<br>FREE 2-hour<br>Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime |
| Prime Video<br>Direct<br>Video<br>Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems |
| Eero WiFi<br>Stream 4K Video<br>in Every Room | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right<br>to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Second<br>Chance<br>Pass it on, trade it<br>in,<br>give it a second<br>life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



≡ amazon | PowerMotor ▾ | ktm | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

7 results for **PowerMotor** : "ktm"

Sort by: Featured ▾



Grant a few birthday wishes

Shop gift cards ›

Sponsored ⓘ



Air fuel hybrid screw motorcycle CNC Adjust Carb FCR Air Screw for Honda KTM Yamaha Suzuki Keenso FCR carburetor carbon hybrid screw pilot...
★★★☆☆ 2
black
$9 11
FREE Shipping on your first order shipped by Amazon

  

---



PowerMotor Handguards Motorcycle Dirt Bike Hand Guards Brush Bar Guards Protector for KTM 50 65 85 125 150 250 300 350 450 500 SX SX...
★★★★☆ 5
orange
$19 99
Save 5% with coupon
FREE Shipping on your first order shipped by Amazon
Only 14 left in stock - order soon.



---

PowerMotor 1 1/8" 28mm Universal Aluminium Alloy Handlebar Riser Clamp Universal Fits for ATV, Super Bike KTM, Husaberg, Husqvarna,...
★★★☆☆ 9
black
$21 11
FREE Shipping on your first order shipped by Amazon
Only 13 left in stock - order soon.
Price may vary by color

---



Powermotor Handgards Dirt Bike Hand Gards Brush Bar Motorcycles Universal Aluminium Alloy Motorcycle Hand Guards for Honda Kawasaki...
★★★★½ 26
red
$32 99
✓prime
FREE Shipping by Amazon
Only 8 left in stock - order soon.
Price may vary by color

  

---



PowerMotor Handguards Motorcycle Universal Hand Guards Aluminum Handlebar Handguard Bark Busters, Motocross Dirt Bike Accessories for...
★★★☆☆ 6
$27 98
✓prime Get it as soon as **Wed, Oct 28**
FREE Shipping by Amazon

---



PowerMotor Handguards Motorcycle Universal Hand Guards Aluminum Handlebar Handguard Bark Busters, Motocross Dirt Bike Accessories for...
★★★★½ 46
red
$28 98
✓prime
FREE Shipping by Amazon
Price may vary by color



---



PowerMotor Handguards Motorcycle Universal Hand Guards Aluminum Handlebar Handguard, Motocross Dirt Bike Accessories for ATV Yamaha...

☰ amazon

All ▾

🇺🇸 ▾   Hello, Sign in
Account & Lists ▾   Returns
& Orders   Try Prime ▾

0
Cart

Deliver to
Bensenville 60106   Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Shop today's epic deals now

# PowerMotor

PowerMotor storefront

★★★★½   92% positive in the last 12 months (13 ratings)

PowerMotor is committed to providing each customer with the highest standard of customer service.

Have a question for PowerMotor?

Ask a question

Customer Service Phone: +86-15958937558

---

## Detailed Seller Information

**Business Name:** Hu You Zhi
**Business Address:**
No.192,DianYuan Road(East),
DianYuan Residential Quarter
HuaJie Town,YongKang City,
ZheJiang Province
321300
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |

★★★★★   " Very fast shipping & and exactly what I ordered "

By Jesfuller on October 10, 2020.

★★★★☆   " NO INSTRUCTIONS whosoever were included. Amazon's photo/images in the listing are the only setup information you will get. Despite the missing information, I was able to get it to work; seems to be functioning as advertised. "
Read less

By P. H. D. on September 11, 2020.

★★☆☆☆   " You need to put instructions in the package and send appropriate zip ties! May cost you 4-5 cents to copy and send the zip ties with the unit. Glad I know how to install this thing and have my zip ties, but many may not! Because of that lack of info and no zip ties as you advertise , I will not recommend your product! "
Read less

By MW on September 6, 2020.

★★★★☆   " took me 3 hours and a assortment of flat washers to get these to fit at all.for future reference you should include some sort of directions or at the least mark them top/bottom or left/right.and add about 6 - 8 flat washers so the installation can go more smoothly..the washers were required to space the bracket off the handle grip end of the bars. about a 1/4 to 1/2 inch of washers for each side.. "
Read less

By russell sidebottom on August 31, 2020.

★★★★★   " They will work "

By Aj Kirby on August 26, 2020.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 86% | 92% | 92% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 14% | 8% | 8% |
| Count | 1 | 7 | 13 | 13 |

Previous   Next

Leave seller feedback   |   Tell us what you think about this page

---

## Your recently viewed items and featured recommendations

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

› View or edit
your browsing
history

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money
with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature
Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns & Replacements
Manage Your Content
and Devices
Amazon Assistant
Help

 

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options

[ Continue ]

### Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ▇▇ ▇▇, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- Air fuel hybrid screw motorcycle CNC Adjust Carb FCR Air Screw for Honda KTM Yamaha Suzuki Keenso FCR carburetor carbon hybrid screw pilot screw regulator (black)
  $9.11 - Quantity: 1
  Sold by: PowerMotor

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

▇▇▇ get FREE Prime Delivery on this order and try other Prime benefits (hello, Prime Video) with a one week trial for $1.99!

- ○ FREE Prime Delivery with amazonprime
- ○ **Tuesday, Nov. 3**
  FREE Shipping on your first order
- ● **Friday, Oct. 30**
  $5.99 - Shipping
- ○ **Thursday, Oct. 29**
  $9.99 - Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



## Review your order



**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:
Add delivery instructions

Or try Amazon Locker
20 locations near this address

**Payment method** Change
ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code   Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.11 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.10 |
| Estimated tax to be collected: | $0.57 |

**Order total:**   **$15.67**

How are shipping costs calculated?

**SPECIAL OFFER**   we're giving you **One Week of Prime** for only **$1.99!**

**prime**

Save $5.99 instantly with FREE Prime Delivery and enjoy more of what you love with Prime:
✓ Fast, FREE delivery
✓ Exclusive deals and discounts
✓ Endless entertainment and so much more!

Give Prime a try >

No commitments. Cancel anytime.

**Delivery: Oct. 30, 2020** If you order in the next 2 hours and 57 minutes (Details)

Air fuel hybrid screw motorcycle CNC Adjust Carb FCR Air Screw for Honda KTM Yamaha Suzuki Keenso FCR carburetor carbon hybrid screw pilot screw regulator (black)
$9.11
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: PowerMotor
Add gift options

**Choose a delivery option:**

○ **Tuesday, Nov. 3**
FREE Shipping on your first order

● **Friday, Oct. 30**
$5.99 - Shipping

○ **Thursday, Oct. 29**
$9.99 - Shipping

"Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



☰ amazon | All ▾ | ktm | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

Save on Amazon Basics Car Jumper Cables  Shop now ›

‹ Back to results



Hand Guards

4 Color option

Roll over image to zoom in

# PowerMotor Handguards Motorcycle Dirt Bike Hand Guards Brush Bar Guards Protector for KTM 50 65 85 125 150 250 300 350 450 500 SX SX-F EXC-F SIX DAYS XC XCF XC-W TPI (orange)

Brand: PowerMotor

★★★★☆    5 ratings



Price: **$19.99**

Coupon ☐ Save an extra 5% when you apply this coupon.
Details

Get $50 off instantly: Pay $0.00 ~~$19.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **orange**



| [img] $19.99 | [img] $19.99 | [img] $19.99 |



- ➤ FUNCTION - This Hand Guards Can Protect Damage During Driving When It Is Light.Good Looking. Excellent Product Quality And Identical To The Original
- ➤ HIGH QUALITY - 100% Brand New, Never Mounted.Easy To Install.The Material Is PP Plastic And Aluminum Alloy
- ➤ QUANTITY - 1 * Set Of Hand Guards As Pictures. Color Option: Orange / Blue / White / Black As Pictures.
- ➤ FITMENT - The Handguards Can Fit For KTM 150 XCW 250 350 EXC-F XC-F 250 XC-W 450 XCF 17-19 250 XC 18-19 300 XC XCW 500 EXCF 17-18 300 XCW TPI 450 EXCF 19 Dirt Bike
- ➤ AFTER SALE - Manufacturer warranty for 180 days from date of purchase.We are committed to provide excellent customer service,If you have any questions,please contact us.We will try our best to solve your problem.

› See more product details

Compare with similar items

**$19.99**

FREE delivery: **Wednesday, Nov 4** on your first order.

Fastest delivery: **Wednesday, Oct 28**
Order within 2 hrs and 54 mins
Details

**Only 14 left in stock** - order soon.

Qty: 1 ▾

[Add to Cart]

[Buy Now]

🔒 Secure transaction

Ships from    Amazon
Sold by ...    PowerMotor

Return policy: This item is returnable ▾

☐ Add gift options

📍 Deliver to Bensenville 60106

[Add to List]

Share ✉ f 𝕏 📌

Have one to sell?
[Sell on Amazon]



  

PINCTROT Steering Wheel Cover Great Grip with 3D Silicone...
16
$26.89
Sponsored ⓘ

## Customers who viewed this item also viewed

Page 1 of 7








| JFG RACING Motorcycle Universal Handguards Aluminum Hand... | JFG RACING Black Handguards Universal Hand Guards Brush Bar For off Road ATV... | Dirt Bike Hand Guards Handguards - 7/8" 22mm and 1 1/8" 28mm with Universal... | Motorcycle Handguards Dirtbike Hand Guards Brush Guards For KTM 50 65 85 125 150 250... | 7/8 inch 1 1/8 inches Hand Guards Handguard Protector Protection For KTM EXC EXCF SX SXF... |
|---|---|---|---|---|
| ★★★★☆ 745 | ★★★☆☆ 345 | ★★★★☆ 488 | ★★★☆☆ 16 | ★★★★☆ 64 |
| #1 Best Seller in Powersports Handguards | | | | |
| $19.99 | $10.99 | $25.99 | $15.99 Only 2 left in stock - order... | $15.99 |

## Products related to this item

Page 1 of 32

Sponsored ⓘ








| KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000 | KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100 | COPART Motorcycle Handguards Handlebar Hand Guard 7/8" 22mm for Yamaha Kawasaki... | KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB | Universal Motorcycles Handguards Handlebar Hand Brush Guards Handle Protector for Wind... | BOMPA 2pcs Motorcycle Handguards Motocross Dirt Bike Hand Guards Universal for Hond... |
|---|---|---|---|---|---|
| ★★★★☆ 13 | ★★★★★ 17 | ★★★★☆ 25 | ★★★★★ 1 | ★★★★☆ 80 | ★★★★☆ 14 |
| $31.49 | $29.99 | $17.99 | $124.99 | $20.99 ✓prime | $25.99 ✓prime |

## Competitively priced

Page 1 of 2

Sponsored ⓘ

‹ 





‹ Back to results



 

Roll over image to zoom in

# PowerMotor 1 1/8" 28mm Universal Aluminium Alloy Handlebar Riser Clamp Universal Fits for ATV, Super Bike KTM, Husaberg, Husqvarna, Yamaha, Suzuki (black)

Brand: PowerMotor

★★★☆☆ 9 ratings | 5 answered questions

Price: $21.11 & FREE Returns

Get $10 off instantly: Pay $11.11 upon approval for the Amazon Prime Store Card.

Color: black

| $21.11 | $17.79 |

- Heavy Duty: The handlebar risers are made from strong sturdy and reliable anti-rust aluminum material.
- "Fitment: handlebar riser general fits for 1 1/8 inch (28mm) handlebars on ATV, super bike KTM, Husaberg, Husqvarna, Yamaha, Suzuki etc."
- Features: the Handlebar Riser Kit makes it easy to increase the handlebar height on your motorcycle or ATV
- Provides 30 mm(1.2 inches) higher bar position than stock bar position
- These universal risers work great on ATVs, dirt bikes, and motorcycles with a 7/8" bar.

› See more product details

Compare with similar items

$21.11
& FREE Returns ⌄

FREE delivery: **Wednesday, Nov 4** on your first order.

Fastest delivery: **Wednesday, Oct 28**
Order within 2 hrs and 54 mins
Details

Only 13 left in stock - order soon.

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Amazon
Sold by ... PowerMotor

Return policy: This item is returnable ⌄

☐ Add gift options

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Customers who viewed this item also viewed

Page 1 of 7

     

Maso Motorbike Handlebar Riser 7/8" 22mm & 1 1/8" 28mm Universal Aluminium ...
★★★★☆ 43
$22.59
In stock on November 2, 2...

Xitomer 7/8" (22 mm), CNC Motorcycle Dirt Bike Pivoting Handlebar Riser (2 inch Rise), for...
★★★★☆ 64
$34.29

kemimoto 1 1/8" 28mm CNC Handlebar Riser Clamp Universal...
★★★★☆ 597
#1 Best Seller in Powersports Handlebar Risers
$21.99
Only 7 left in stock - order...

AnXin Handlebar Risers 1 1/8" Handlebar Mount Clamp For KTM SX125 SX150 SX250 SXF250...
★★★★☆ 25
$26.99

1 1/8" 28mm Motorcycle Handlebar Handle Bars + Riser Mount Clamp + Pad + Grips Set For Dirt...
★★★★☆ 3
$44.98

## Products related to this item

Page 1 of 46

Sponsored ⓘ

    

CCIYU Pack of 2 Chrome Motorcycle 7/8" 22mm Handlebar Risers Round Bar Mount Clamp ...
$18.99

CNC Aluminum Φ 37mm Clip ons Handlebar replacement Fit for Honda CBR250RR...
★★★★☆ 201
$35.00 ✓prime

CCIYU Pack of 2 Chrome Motorcycle 7/8" 22mm Handlebar Risers Round Bar Mount Clamp ...
$18.99

Motorcycle HandleBar Handle Clamps Riser Fat Bar Mount 28mm 1 1/8" Universal CNC Fo...
★★★★☆ 4
$14.59 ✓prime

1 1/8" 28mm Dirt Bike Handlebar - Fat Handle Bar & Clamp Adapter & Pad & Grips For...
★★★★☆ 88
$46.99 ✓prime

Dirt Bike Handlebar Pad Grips Set For 7/8" 22mm 1 1/8" 28mm Handle Bar Honda CRF50 ...
★★★★☆ 4
$14.99

## What other items do customers buy after viewing this item?

Page 1 of 2

 

≡ **amazon**

All ▾ | ktm headlight | 🔍 | 🇺🇸 | Acco… Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Oak Park 60302 | Holiday Deals | 's Amazon.com | Customer Service | Prime Video | Best Sellers | Browsing History ▾ | Buy Again | Whole Foods | **Gifts for kids**

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾ | Vehicles

audible📶 Now included: new podcasts, originals, and more — Start your free trial

‹ Back to results



Roll over image to zoom in

## PRO BAT Motorcycle Dirt Bike Motocross Universal Headlight For 2017 KTM SX SX-F EXC EXC-F Headlamp

Brand: PRO BAT
★★★★☆ ▾   11 ratings

Price: **$18.42** & FREE Shipping on orders over $25.00 shipped by Amazon. Details & FREE Returns

Get $60 off instantly: Pay $0.00 upon approval for the Amazon.com Store Card.

**Extended holiday return window till Jan 31, 2021** ▾

Color: **Black**

- High Quality Dirt Bike Motocross Headlight
- Wiring: Ground: Green , Low Headlight: Blue ,High Headlight: White , Foglight: Brown
- Fits For KTM EXC XCF EXC F W 125 250 300 450 500 530
- S2 HALOGEN LAMP – 12V / 35W
- Supermoto Motorcycle Dirt Bike Motocross Universal Headlight

› See more product details

⚠ Report incorrect product information.

**$18.42**
& FREE Shipping on orders over $25.00 shipped by Amazon. Details ▾ & FREE Returns ▾

Arrives: **Saturday, Oct 24** Details

Fastest delivery: **Wednesday, Oct 21** Details

**Only 8 left in stock - order soon.**

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from … Amazon
Sold by … PRO BAT

prime
**We're giving you a 30-day FREE trial of Prime**
Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

📍 Deliver to ▬▬ - Oak Park 60302

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

---

### Exclusive items from our brands
Page 1 of 7

‹


4WDKING Spot LED Driving Lights, 2 Inch Round LED Pods 2 Pcs 20W Waterproof Off…
★★★★☆ 16
$29.99


LED Light Bar 10 inch - 4WDKING 50W IP69K Waterproof Off-Road Combo LED Work…
★★★★☆ 306
$39.99


GRV Ba15d 1142 1004 High Bright RV Car LED Bulb 24-5050SMD DC12V Warm White…
★★★★☆ 150
$9.80


4WDKING WDK-D5-10 LED Light Bar 10 inch - US Design IP69K Waterproof Premium…
★★★★☆ 246
$39.99


LED Pods Spot Light Bar - 4WDKING 2PCS 40W CREE LED Off Road Work Light Truck Fog Lamp…
★★★★☆ 117
$36.99

›

---

### Customers who viewed this item also viewed
Page 1 of 4

‹


Universal 12V 35W Motorcycle Supermoto Halogen Headlight Indicator Fairing…
★★★★☆ 10
$24.99


Universal Headlight Head Lamp Light Fairing Street Fighter Mask Day Running Light Turn…
★★★★☆ 34
$20.99


JFG RACING Dual 5W LED Bulbs 12V Universal Modified Headlight Head Lamp For Motorcycle…
★★★☆☆ 36
$35.99


JFG RACING White Universal Headlight Head Lamp Light Fairing Street Fighter Mask…
★★★★☆ 139
$20.99


Universal 12V 35W Motorcycle 2017 Headlight Indicator Fairing Lampshade…
★★★★☆ 34
$19.99
Only 4 left in stock - order…


H4 12V 35W Universal Modified Headlight Head Lamp For Motorcycle Dirt Pit Bike (Black)
★★★★☆ 23
$27.99

›

---

### What other items do customers buy after viewing this item?





Universal 12V 35W Universal Headlight
Motorcycle Supermoto Head Lamp Light Fairing
Halogen Headlight Street Fighter Mask Day
Indicator Fairing... Running Light Turn...
⭐⭐⭐⭐☆ 10 ⭐⭐⭐⭐☆ 34
$24.99 $20.99

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $18.42**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

[🔍 Type your question or keyword]

---

### Product information

Color:**Black**

#### Technical Details

| Manufacturer | PRO BAT |
| --- | --- |
| Brand | PRO BAT |
| Item Weight | 1.15 pounds |
| Package Dimensions | 14.17 x 13.15 x 4.21 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | DHSMHL002 |

#### Additional Information

| ASIN | B07G2312L8 |
| --- | --- |
| Customer Reviews | ⭐⭐⭐⭐☆ 11 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #569,023 in Automotive (See Top 100 in Automotive)<br>#447 in Powersports Headlight Bulbs & Assemblies |
| Date First Available | July 29, 2018 |

#### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

#### Feedback

Would you like to tell us about a lower price? ⌄

---

### Related video shorts (0)  Upload your video



**Be the first video**

Your name here

---

### Product description

Color:**Black**

Motorcycle Dirt Bike Motocross Universal Headlight For 2017 KTM SX SX-F EXC EXC-F Headlamp

Dirt Bike Motocross Headlight

Transparent glass lens cover and back cover to protect lights

The position of the mounting points allow ample room for the brake cable

Universal fitting with anti-vibration rubber strips, Will mount on your motorcycle's forks with 4 rubber straps

Dual light with Hi/lo option

Not DOT approved

Universal fit, easy to install

The light bulb type: S2, 12V, 35W

100% Guaranteed Brand New

Fit :2017 Year KTM:
125SX
150SX
250SX
250SX-F
350SX-F
450SX-F
125XC-W
150XC-W
250EXC
300EXC
250EXC-F
300EXC-F
350EXC-F
450EXC-F
500EXC-F

---

250EXC SIX DAYS
250EXC-F SIX DAYS
300EXC-F SIX DAYS
350EXC-F SIX DAYS
450EXC-F SIX DAYS
500EXC-F SIX DAYS

Package Included: 1 x 2017 Black Motorcycle Headlight

## Customers who bought this item also bought



Ourbest Handlebar Switch 12V On Off Push Button for Bicycle Motorcycle Tuning...
★★★★☆ 181
$7.99



Universal 12V 35W Motorcycle 2017 Headlight Indicator Fairing Lampshade...
★★★★☆ 34
$19.99
Only 4 left in stock - order...

## Products related to this item

Page 1 of 37

Sponsored ⓘ



JFG RACING Dual 5W LED Bulbs 12V Universal Modified Headlight Head Lamp For SX EXC ...
★★★☆☆ 36
$39.99



JFG RACING Black H4 12V 35W Universal Modified Headlight Head Lamp For Motorcycle D...
★★★★☆ 2
$35.99



Motorcycle 2017 Universal Plastic Headlight Headlamp Frontlight For KTM...
★★★★☆ 34
$19.99 ✓prime



JFG RACING S2 12V 35W Universal Motorcycle Headlight Head Lamp Led Lights For For H...
★★★★☆ 67
$26.99



JFG RACING Headlight Fairing Headlight Mask Headlamp Cover Lampshade For 125...
★★★★★ 2
$19.99



SUP-LIGHT 5.75" LED Headlight for 5 3/4 inch Harley Davidson Dyna Sportster Iron 88...
★★★★☆ 42
$36.99 ✓prime

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★☆ 4.2 out of 5

11 global ratings

| | | |
|---|---|---|
| 5 star | | 61% |
| 4 star | | 21% |
| 3 star | | 0% |
| 2 star | | 18% |
| 1 star | | 0% |

ⓥ How are ratings calculated?

## Review this product

Top reviews ▼

### Top reviews from the United States

 Babak Khorrami

★★☆☆☆ **The main (bigger) light doesn't turn on.**

Reviewed in the United States on August 15, 2019

**Verified Purchase**

The main light does not turn on on the unit I got only the little daytime running light works.
It does the job for what you pay for I mean the quality is whatever and I was okay with that but I wanted to at least be able to turn it on.

One person found this helpful

 | Comment | Report abuse

Share your thoughts with other customers

Write a customer review



JFG RACING Dual 5W LED Bulbs 12V Univer...
36
$39.99                    Shop now

Sponsored

The Grimm
★★★★☆ **Great headlight if you have a KTM**
Reviewed in the United States on September 7, 2020
Verified Purchase
Good product for the money.

Helpful      Comment    Report abuse

Cliff Fisher
★★★★★ **Great piece for the price**
Reviewed in the United States on September 16, 2020
Verified Purchase
Built sturdy, color matches the rest of the bike, the light it comes with works great high and low beams as well as the small running light

Helpful      Comment    Report abuse

See all reviews ›

## Popular products inspired by this item

Page 1 of 4

        

Heavy Duty Chain Press Tool For Motorcycle Atv Dirt Bike Motocross
★★★★☆ 12
$11.45

Safety Flag Whip Rear Axle Mounting Bracket – Motorcycle, Dirt Bike, ATV, Motocross, Off...
★★★★☆ 67
$14.95

OTOM New Motorcycle Clutch Cover Protection Guard For HONDA Dirt Bike Motocross Enduro Clutch Case For...
$29.99

PSLER 72 PCS Reflectors Spokes Skin Wheel Rim Spoke Skins Covers Trim Wrap Cover...
★★★★☆ 386
$15.59

WDINN Universal Motorcycle Exhaust Muffler Protector Can Cover Guard,for Dirt Bike Motocross Supermoto...
★★★★☆ 100
$16.78

1PZ MM3-001 Rearview Mirror with 7/8" Handlebar Mount for Polaris Honda Suzuki...
★★★★☆ 100
$16.95

BISHERE Motorcy Mirrors - 10mm B
★★★★☆
$17.99

## Deals in magazine subscriptions

Page 1 of 6

      

Good Housekeeping
★★★★☆ 26
Print Magazine
$6.00

Food Network Magazine
★★★★☆ 44
Print Magazine
$6.00

Taste of Home
★★★★☆ 49
Print Magazine
$5.00

Farm & Ranch Living
★★★★☆ 17
Print Magazine
$5.00

Martha Stewart Living
★★★★☆ 33
Print Magazine
$3.00

House Beautiful
★★★★☆ 16
Print Magazine
$7.50

Boating
Print Mag
$6.00

**Your Browsing History**    View or edit your browsing history ›                Page 1 of 2

        

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies



9 results for PRO BAT : "ktm"

Sort by: Featured ▾

**Brand**
PRO BAT



### PRO BAT Motorcycle Dirt Bike Motocross Universal Headlight For 2017 KTM SX SX-F EXC EXC-F Headlamp
★★★★☆ ⌄ 11
Black
$18⁴²
Get it as soon as **Wed, Oct 21**
FREE Shipping on orders over $25 shipped by Amazon
Only 8 left in stock - order soon.



### Right Front Disc Brake Master Cylinder Caliper Assembly, PRO BAT, Front Disc Brake Assy Master Cylinder Caliper for 50cc 70cc 90cc 110cc 125cc...
★★★★☆ ⌄ 80
DHBS002
$32⁹⁹
Get it as soon as **Wed, Oct 21**
FREE Shipping by Amazon
Only 4 left in stock - order soon.
Price may vary by color

   +



### 10 Pack CNC Motorcycle Gas Cap Two-way Breather Tube Vent for Fits all factory Honda CRF, XR, CR, all Quads, all Yamaha Off-road motorcycle , ...
★★★★☆ ⌄ 176
White
$8⁹⁹
Get it as soon as **Tue, Oct 20**
FREE Shipping on orders over $25 shipped by Amazon
Price may vary by color

   +



### 1.5m0.8cm(4.9 FT.0.3") Tubing Carburetor Fuel Vent Line, PRO BAT, Gas Hose Line Fuel Gas Line Tubing Hose Roll for ATV Dirt Bike Go Kart Mope...
★★★★☆ ⌄ 36
Orange
$7⁸⁸
Get it as soon as **Tue, Oct 20**
FREE Shipping on orders over $25 shipped by Amazon

    +




### 6 in 1 Forgged Steel Spoke Spanner Wrench Tensioner Adjuster Tools Motorcycle Motocross Pit Dirt Bike Enduro Supermoto New
★★★★☆ ⌄ 17
$8⁶⁶
FREE Shipping on orders over $25 shipped by Amazon



### Rear Brake Pad Pads, PRO BAT, Disc Brake Pad Shoes For 50cc-250cc ATV Quad Go Kart TaoTao Roketa Sunl Kandi, Golden
★★★★☆ ⌄ 81
Golden
$7¹³
Get it as soon as **Tue, Oct 20**
FREE Shipping on orders over $25 shipped by Amazon
Price may vary by color





### Hydraulic Brake Calliper 50cc 70cc 90cc 110cc 125cc ATV Quad PIT DIRT Bike Black



★★★★☆ ∨ 20
$16⁸⁸
Get it as soon as **Tue, Oct 20**
FREE Shipping on orders over $25 shipped by Amazon

---



D8TJC D8TC 3 Electrode Spark Plug, PRO BAT, 2 Packed High Performance Head Spark Plug for CG Vertical CF250 CH250 Engine Series HONDA...
**DHSPDB**
$7⁹⁹
[Save 20%] with coupon
Get it as soon as **Tue, Oct 20**
FREE Shipping on orders over $25 shipped by Amazon

Price may vary by color

 

---



Black Chinese Rear Front Brake Caliper 50cc 70cc 90cc 110cc 125cc 150cc 200cc 250cc ATV Go Kart
★★★★☆ ∨ 110
$19⁹⁹
[Save 20%] with coupon
Get it as soon as **Tue, Oct 20**
FREE Shipping on orders over $25 shipped by Amazon

---

### Need help?

Visit the help section or contact us

---

## Deals in magazine subscriptions

Page 1 of 6



Good Housekeeping
★★★★☆ 26
Print Magazine
$6.00



Food Network Magazine
★★★★☆ 44
Print Magazine
$6.00



Taste of Home
★★★★☆ 49
Print Magazine
$5.00



Farm & Ranch Living
★★★★☆ 17
Print Magazine
$5.00



Martha Stewart Living
★★★★☆ 33
Print Magazine
$3.00



House Beautiful
★★★★☆ 16
Print Magazine
$7.50



Boating
★★★★☆ 1
Print Mag
$6.00

---

## Best sellers in Kindle eBooks

Page 1 of 5



Mexican Gothic
› Silvia Moreno-Garcia
★★★★☆ 3,119
Kindle Edition
$2.99



The Book of Lost Friends: A Novel
› Lisa Wingate
★★★★☆ 3,098
Kindle Edition
$2.99



A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★☆ 326
Kindle Edition
$14.99



The Key to Rebecca
› Ken Follett
★★★★☆ 1,642
Kindle Edition
$1.99



If You Tell: A True Story of Murder, Family...
› Gregg Olsen
★★★★☆ 16,615
Kindle Edition
$4.99



Pretty Things: A Novel
› Janelle Brown
★★★★☆ 1,268
Kindle Edition
$2.99



Devoluti... Account
› Max Bro
★★★★☆ 1
Kindle Ed
$3.99

---

## Your Browsing History   View or edit your browsing history ›

Page 1 of 2

         

≡ amazon | All ▾ | 🔍 | 🇺🇸 ▾ | Acco... Account ▾ | Lists ▾ | Returns & Orders | 🛒 0 Cart

📍 Deliver to Oak Park 60302 | Holiday Deals | ...'s Amazon.com | Customer Service | Prime Video | Best Sellers | Browsing History ▾ | Buy Again | **Shop deals before they're gone**

# PRO BAT

PRO BAT storefront

★★★★½ | **91% positive** in the last 12 months (205 ratings)

PRO BAT is committed to providing each customer with the highest standard of customer service.

Have a question for PRO BAT?

Ask a question

---

## Detailed Seller Information

**Business Name:** YONG KANG SHI DE HE SHANG MAO YOU XIAN GONG SI

**Business Address:**
ZHI YING JIE DAO HU YAN XI JIE #66
YONG KANG
ZHE JIANG
321306
CN

---

**Feedback** | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products

★★★★★ "came right on time and worked great."
By shari warren on June 9, 2020.

★☆☆☆☆ "Mirrors were missing mounting hardware for both mirrors."
By Anthony A. on June 9, 2020.

★★★★★ "Excellent pull cord rope….fits great for small equipment applications. Plenty of cord for multiple equipment repairs."
By Robert S. Weichert on June 6, 2020.

★★★★★ "Great product"
By Amazon Customer on June 4, 2020.

★★★★★ "Very fast delivery and packaged very well. Everything looks good quality."
By Roman M. on June 3, 2020.

Previous   Next

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | 80%     | 91%     | 91%       | 92%      |
| Neutral  | 10%     | 4%      | 5%        | 4%       |
| Negative | 10%     | 5%      | 4%        | 4%       |
| Count    | 20      | 57      | 205       | 263      |

Leave seller feedback   |   Tell us what you think about this page

---

## Best sellers in Kindle eBooks

Page 1 of 5

      

Mexican Gothic
› Silvia Moreno-Garcia
★★★★½ 3,119
Kindle Edition
$2.99

The Book of Lost Friends: A Novel
› Lisa Wingate
★★★★½ 3,098
Kindle Edition
$2.99

A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★½ 328
Kindle Edition
$14.99

The Key to Rebecca
› Ken Follett
★★★★½ 1,642
Kindle Edition
$1.99

If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
★★★★½ 16,615
Kindle Edition
$4.99

Pretty Things: A Novel
› Janelle Brown
★★★★½ 1,268
Kindle Edition
$2.99

Devolut...
› Max Br...
★★★★
Kindle E...
$3.99

## Deals in magazine subscriptions

Page 1 of 6

      

Esquire
★★★★☆ 638
Print Magazine
$7.50

Popular Mechanics
★★★★½ 29
Print Magazine
$7.50

Yachting
★★★★☆ 2
Print Magazine
$8.00

Travel + Leisure
★★★★½ 26
Print Magazine
$5.00

ELLE DECOR
★★★☆☆ 14
Print Magazine
$5.00

Men's Health
★★★½ 22
Print Magazine
$7.50

Cosmo...
★★★★☆
Print Ma...
$6.00

## Your Browsing History   View or edit your browsing history ›

Page 1 of 2

       



## Choose your shipping options

[ Continue ]

---

**Shipment 1 of 1**

**Shipping from Amazon.com** (Learn more)

Shipping to: ▓▓ ▓▓▓, 1033 SOUTH BLVD STE 200, OAK PARK, IL, 60302-2823
United States

- **PRO BAT Motorcycle Dirt Bike Motocross Universal Headlight For 2017 KTM SX SX-F EXC EXC-F Headlamp**
  $18.42 - Quantity: 1
  Sold by: PRO BAT

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

**Good news** ▓▓, we're giving you a 30-day FREE trial of Prime

○ FREE Prime Delivery with a free trial of  *amazon* prime

● **Thursday, Oct. 22**
  $5.99 - Shipping

○ **Wednesday, Oct. 21**
  $9.99 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change

⬛⬛ ⬛⬛
1033 SOUTH BLVD STE 200
OAK PARK, IL 60302-2823
United States
Phone: ⬛⬛

Add delivery instructions

Or try Amazon Locker
20 locations near this address ⌄

**Payment method** Change

VISA ending in ⬛⬛

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ] [ Apply ]

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:   $18.42
Shipping & handling:   $5.99

Total before tax:   $24.41
Estimated tax to be collected:   $1.15

**Order total:**   **$25.56**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

prime **Time is money. Save both.**
Save $5.99 on this order and get FREE Prime Delivery
Learn more ▶

[ **Try Prime FREE for 30 days** ▶ ]
No commitments. Cancel anytime.

**Delivery: Oct. 22, 2020** If you order in the next 2 hours and 25 minutes (Details)

PRO BAT Motorcycle Dirt Bike Motocross Universal Headlight For 2017 KTM SX SX-F EXC EXC-F Headlamp
**$18.42** & FREE Returns ⌄
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: PRO BAT
[ 🎁 Add gift options ]

Choose a delivery option:
○ FREE Prime Delivery with your free trial of amazon prime
● Thursday, Oct. 22
   $5.99 - Shipping
○ Wednesday, Oct. 21
   $9.99 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.