

Deliver to Bensenville 60106

See Automotive holiday deals Shop now ›

‹ Back to results



Roll over image to zoom in

### PSLER Compatible with Motorcycle Lengthen Fender Rear and Front Wheel Extension Fender Mudguard Splash Guard KTM DUKE 790 2017-2018

Brand: psler

Price: **$29.99** + $7.99 shipping

Get $50 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- 【Fitment】Compatible with KTM DUKE 790 2017-2018(Please state your bike model and year of manufacture by e-mail after purchase!)
- 【Color】As pictures show
- 【Material】ABS plastic
- 【Application】Designed to give extra protection for the engine from rain and dust
- 【Package】1 * Rear Fender Extensions

› See more product details



$29.99
+ $7.99 shipping

Arrives: **Nov 13 - Dec 7**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... pslcustomerservice
Sold by ... pslcustomerservice

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?
Sell on Amazon

### Sponsored products related to this item

Page 1 of 15











Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime

KTM 3 Boxers Pack - Microfiber (92% Polyester - 8% Elastane) - Multicolored
★★★★½ 43
$26.90 ✓prime

2003-2010 fits KTM 85SX (19 & 16 inch Wheels) Front and Rear Severe Duty Brake Pads
$31.95

Brake Pads fit KTM 85SX 85 SX 2011-2020 (19 and 16 inch Wheels) Rear Severe Duty
$21.95

NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
★★★★☆ 1
$83.99

Ad feedback

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $29.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| Manufacturer | FE0182 |
|---|---|
| Brand | Psler |
| Manufacturer Part Number | FE0182 |

### Additional Information

| ASIN | B08K8NQNFH |
|---|---|
| Date First Available | September 28, 2020 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

### Videos for related products



The 10 Best Boat Fenders

Ezvid Wiki



The 5 Best Boat Fenders

BestReviews



The 5 Best Boat Fenders

BestReviews



Portland Design Works Origami Fenders

Portland Design Works



For KAWASAKI Z90 Motorcycle Front F

MADMOTO

Upload your video

### Product description

**Fitment:**
**Please state your bike model and year of manufacture by e-mail after purchase!**
Compatible with KTM DUKE 790 2017-2018(

**Specifications:**
Condition: 100% Brand new aftermarket item
Material:ABS plastic
Color: As pictures show

**Package contains:**
1 * Rear Fender Extensions

**Notes:**
1.We strongly suggest comparing the posted picture to your faulty/old unit! Please kindly check your motorcycle's model and confirm this item is suitable for it before ordering.
2.The product does not contain installation instructions. If you have any questions about that, we kindly recommend you go to the nearby mechanic to ask for professional instructions.
3.Installation: Easy to install, assemble and remove with great convenience, direct replacement. Highly recommended installation by professional.
4.Color Difference: Due to the light and resolutions setting difference, the item's color may be slightly different from the pictures.
5.Please allow slight dimension difference due to different manual measurement. 6.Need to use your own 3.8mm drill bit drilling, with three plastic Liunail fixed. 7.Install directly into OEM rear fender.

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

## Best sellers in Kindle eBooks

Page 1 of 5









**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★☆ 568
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
★★★★☆ 16,734
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
★★★★☆ 3,215
Kindle Edition
$4.99

**Mexican Gothic**
› Silvia Moreno-Garcia
★★★★☆ 3,186
Kindle Edition
$12.99

**The Bridges at Toko-Ri: A Novel**
› James A. Michener
★★★★☆ 146
Kindle Edition
$1.99

**Spellbreaker**
› Charlie N. Holmberg
★★★★☆ 1,698
Kindle Edition
$4.99

**The Haunting of Brynn Wilder...**
› Wendy W...
★★★★☆
Kindle Ed...
$4.99

## Deals in magazine subscriptions

Page 1 of 6










**National Geographic Kids**
★★★★☆ 6,336
Print Magazine
$15.00

**Faces**
★★★★☆ 51
Print Magazine
$24.95

**AllRecipes**
★★★★★ 6
Print Magazine
$3.00

**Reader's Digest**
★★★★☆ 57
Print Magazine
$5.00

**Reader's Digest**
★★★★☆ 8,473
Print Magazine
$8.00

**Highlights for Children**
★★★★☆ 2,012
Print Magazine
$29.99

**Veranda**
★★★★☆
Print Mag...
$6.00

**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2










See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

 

amazon

English    United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |
| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



1-16 of 141 results for **pslcustomerservice** : **"KTM"**

Sort by: Featured ▾

**Brand**
psler
pslcustomerservice



Motorcycle Instrument GPS Mount Mounting Adapter Holder Bracket Navigation Bracket For KTM 1190 1050 1090 (Orange)
**Orange**
$46⁹⁹
$7.99 shipping
Also available in Black




PSLER Motorcycle Parts Shield Screen Lens Headlight Protector Cover for Duke 390 790 2017-2019 (Yellow)
**Yellow**
$24⁹⁹
$7.99 shipping
  



Universal Rubber 22mm 7/8" ATV Dirt Bike Hand Grips Handlebar For Honda Suzuki KTM (Black)
**Black**
$6⁹⁹
$23.99 shipping
  



psler Motorcycle Chain Guard Cover Rear Tire Guard Protection for KTM
**Orange**
$26⁹⁹
$7.99 shipping
Also available in Blue




Motocycle LED Turn Signals Integrated Rearview Mirrors For Honda Kawasaki Suzuki Yamaha KTM
$33¹⁹
$7.99 shipping



Billet Gas Fuel Cap Air Vent Hose Tube Breather For Honda Yamaha Suzuki Kawasaki KTM (Blue)
**Blue**
$5⁹⁹
$23.99 shipping




psler Motorcycle Windshield WindScreen For KTM 1290 Super Adventure R/S 2017-2019 (Clear)
**Clear**
$71⁹⁹
$7.99 shipping
Also available in Gray


10/20/2020

 

psler Motorcycle Windshield WindScreen For KTM RC125 RC200 RC390 2014-2018 (Not fit KTM 390 Duke)

**Black**

$36⁹⁹

$7.99 shipping

Also available in Gray



Motorcycle Dashboard Instrument Speedometer High Clarity Cluster Scratch Screen Protector Film For KTM DUKE 125/200/390 2013-2016

**Automotive**

$18⁹⁹

$7.99 shipping



Tank Gas Pad Knee Fuel Side Grips Protector For KTM RC200 RC390 2014-2017

★★★★☆ ⌄ 2

$18⁹⁹

$23.99 shipping



Motorcycle Headlight Guard Protector Grille Covers For KTM 1290 Super Adventure S 2017-2018

★★★☆☆ ⌄ 2

$65⁹⁸

$7.99 shipping



Motorcycle 5D Real Carbon Fiber Fuel Gas Tank Protector Pad Sticker For KTM Duke 125 200 390 RC200 RC390 150NK

★★★★☆ ⌄ 2

$15⁹⁹

$7.99 shipping



PSLER Compatible with Motorcycle Lengthen Fender Rear and Front Wheel Extension Fender Mudguard Splash Guard KTM DUKE 790 2017-...

$29⁹⁹

$7.99 shipping



PSLER Compatible with Motorcycle Accessories Rear Wheel Fender Splash Guard Cover Extender Extension Mudguard DUKE KTM 690

$29⁹⁹

$7.99 shipping



PSLER Compatible with Motorcycle Fender Rear Lengthen and Wheel Extension Fender Mudguard Splash Guard KTM 1290R 1290GT

$29⁹⁹

$7.99 shipping

 amazon

☰  All ▾  [              ] 🔍  Hello, Sign in · Account & Lists ▾ · Account ▾    Returns & Orders    Try Prime ▾    0 Cart

Deliver to Bensenville 60106   Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping        Shop deals before they're gone

PSL Customerservice

## pslcustomerservice

pslcustomerservice storefront

⭐⭐⭐⭐☆ | 79% positive in the last 12 months (29 ratings)

*pslcustomerservice is committed to providing each customer with the highest standard of customer service*

**About Item**

All items sold by us are being described to the best of our abilities, as accurate as possible, and with utmost conscientiousness on our part.

However, to avoid any potential oversights, I respectfully request your assistance in helping us to make this a mutually satisfactory transaction by THOROUGHLY reviewing item description and photos, and asking all questions PRIOR TO BIDDING...

Read more

| Have a question for pslcustomerservice? |
|---|
| Ask a question |

---

**Detailed Seller Information**

**Business Name:** Guangzhou PinShiLe trade co., LTD
**Business Address:**
2th Floor,No.48 Wenchangnanlu Guangzhou City Liwan District
Guangzhou Guangdong Province
Guangzhou City
Guangdong Province
510000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

⭐⭐⭐⭐⭐  *"AAAA++++ "*
By Kindle Customer on October 15, 2020.

⭐⭐⭐⭐☆  *"Just like desbribed, fit on CB500X 2019 "*
By Douglas Madrigal Barrantes on October 14, 2020.

⭐⭐⭐⭐☆  *"Very pleased that the headlight came however it did not have the hardware needed to insttall the light, so we had to order it and again we have to wait....we..."*
Read more
By Gary S. on September 29, 2020.

⭐⭐⭐⭐⭐  *"Perfect "*
By Amazon Customer on September 24, 2020.

⭐☆☆☆☆  *"If I have to wait 49 days to receive I'd like a refund. You say something like the platform generates eta "don't worry" but do not give me any other eta "*
By PunkrockHorseman on September 14, 2020.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 75% | 79% | 82% |
| Neutral | 0% | 13% | 10% | 6% |
| Negative | 0% | 13% | 10% | 13% |
| Count | 4 | 8 | 29 | 175 |

Previous  Next

Leave seller feedback    Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 6

      

| 2-Pin Electronic LED Flasher Relay FIX Motorcycle Turn Signal Bulbs Hyper Flash | Kawell Motorcycle Switch Light Turn Signal Switch Dirt Bike Horn Head Light 7/8 Inches Handlebar... | ANKIA 40-LED 40W Motorcycle Tail Light Integrated Running Lamp Brake&Turn Signal Light... | Kuryakyn 4709 Motorcycle LED Lighting Component: Diode Kit Wire Assembly for Metric Motorcycles... | surpassme Motorcycle Grips Non Slip Rubber Bar End Thruster Grip 7/8" 22mm 24mm... | Sdootauto 2 Pcs 12V 2-Pin Motorcycle Adjustable Flasher Turn Signal LED Flasher Relay Hyper... | PerfecT Motorcy Signal L Mount l |
|---|---|---|---|---|---|---|
| ⭐ 558 | ⭐ 369 | ⭐ 322 | ⭐ 158 | ⭐ 608 | ⭐ 276 | ⭐ |
| $9.99 | $9.99 | $18.98 | $15.84 | $9.99 | $10.99 | $7.60 |

### Deals in magazine subscriptions

Page 1 of 6

      

| National Geographic Kids | Real Simple | Reader's Digest | Us Weekly | Highlights for Children | Entrepreneur Magazine | First Fo |
|---|---|---|---|---|---|---|
| ⭐ 6,336 | ⭐ 28 | ⭐ 57 | ⭐ 1,046 | ⭐ 2,012 | ⭐ 6 | ⭐ |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Ma |
| $15.00 | $5.00 | $29.99 | $29.99 | $29.99 | $5.00 | $15.97 |

 

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options

Continue

---

### Shipment 1 of 1

**Shipping from pslcustomerservice**    (Learn more)

Shipping to: ▮▮▮▮ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **PSLER Compatible with Motorcycle Lengthen Fender Rear and Front Wheel Extension Fender Mudguard Splash Guard KTM DUKE 790 2017-2018**
  $29.99 - Quantity: 1
  Sold by: pslcustomerservice

Change quantities or delete

**Choose a delivery option:**

◉ **Friday, Nov. 13 - Monday, Dec. 7**
$7.99 - Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions

**Payment method** Change
ending in

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code]   Apply



**FREE TRIAL**

, we're giving you 30 days of Prime benefits for FREE    Try Prime FREE for 30 days ›

**Estimated delivery:** Nov. 13, 2020 - Dec. 7, 2020

PSLER Compatible with Motorcycle
Lengthen Fender Rear and Front Wheel
Extension Fender Mudguard Splash Guard
KTM DUKE 790 2017-2018
**$29.99**
Quantity: 1 Change
Sold by: pslcustomerservice
Gift options not available.

**Choose a delivery option:**

● Friday, Nov. 13 - Monday, Dec. 7
$7.99 - Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $7.99 |
| Total before tax: | $37.98 |
| Estimated tax to be collected:* | $1.87 |
| **Order total:** | **$39.85** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

≡ amazon

Deliver to Bensenville 60106

All ▾ | KTM | 🔍 | 🇺🇸

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

0 Cart

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping    Shop deals before they're gone

See Automotive holiday deals  Shop now ›

‹ Back to results





Roll over image to zoom in

## Motorcycle Instrument GPS Mount Mounting Adapter Holder Bracket Navigation Bracket For KTM 1190 1050 1090 (Orange)

Brand: psler

Price: **$46.99** + $7.99 shipping

Get $50 instantly: Pay $0.00 $46.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Orange**

 $46.99    $46.99

- 【Fitment】KTM 1190 1050 1090(Please state your bike model and year of manufacture by e-mail after purchase!)
- 【Color】Orange; Black
- 【Material】High Quality Aluminum
- 【Application】Solid, shockproof and it will not fall easily
- 【Package】1 * Bracket

› See more product details



**$46.99**
+ $7.99 shipping

Arrives: Nov 13 - Dec 7

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

 Add to Cart

 Buy Now

🔒 Secure transaction

Ships from ... pslcustomerservice
Sold by ... pslcustomerservice

Deliver to Bensenville 60106

Add to List

Share 🖂 f 🐦 P

Have one to sell?
Sell on Amazon



## Customers also viewed these products

Page 1 of 9

‹


KTM 1090 Adventure, KTM 1190 ADVENTURE (2013 - CURRENT) KTM 1290 SUPER...
★★★★☆ 4
$69.95
Only 6 left in stock - order...


KTM Adventure Tank Bag
★★★★☆ 54
$140.00
Only 2 left in stock - order...


Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars,...
★★★☆☆ 23,361
#1 Best Seller in Powersports Electrical Device...
$19.98


NEW KTM UNIVERSAL BAG 2007-2017 690 1190 1290 DUKE ENDURO ADVENTURE...
★★★☆☆ 21
$67.99


Auto Meter 5204 3-3/8" Pedestal Gauge Mount with Black Cup
★★★★★ 79
$34.90

›

## Sponsored products related to this item

Page 1 of 13

‹


Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime


KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
$124.99


GPS MOUNTING BRACKET Navigation bracket for KTM 1050 1190 1090 1290 ADV...
★★☆☆☆ 2
$80.00


KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804
★★★★★ 1
$83.99


KTM Racing Chain Guide (Orange) OEM 7810497000004
★★★★★ 2
$98.99


KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99

›

Ad feedback

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $46.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the Amazon Rewards Visa Card. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

‹ Back to results



Roll over image to zoom in

## Universal Rubber 22mm 7/8" ATV Dirt Bike Hand Grips Handlebar For Honda Suzuki KTM (Black)

Brand: pslcustomerservice

Price: **$6.99** + $23.99 shipping

Get $50 off instantly: Pay $0.00 ~~$6.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Black**



- 【Fitment】Universal fits all motorcycles 7/8" bar end
- 【Color】8 color:Black Blue Green Red Yellow Gray Pink White
- 【Material】High quality Plastic Rubber
- 【Application】These grips replace your existing hand grips
- 【Package】2 * Handlebar Grips

› See more product details



**$6.99**
+ $23.99 shipping

Arrives: Nov 13 - Dec 7

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... pslcustomerservice
Sold by ... pslcustomerservice

Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $6.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card.** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

Color:**Black**

### Technical Details

| Manufacturer | SBT |
|---|---|
| Brand | Pslcustomerservice |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | SBT-BA |
| Folding | No |
| Vehicle Service Type | Motorcycle, Dirt bike |

### Additional Information

| ASIN | B073Z7VZQQ |
|---|---|
| Best Sellers Rank | #2,043,404 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#3,129 in Bike Handlebars |
| Date First Available | July 16, 2017 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

Page 1 of 2

### Videos for related products


How to Wrap Bicycle Handlebars
Howcast



The 7 Best Aerobars
Ezvid Wiki


The 5 Best Handlebars for Mountain Bikes
BestReviews


The 5 Best Handlebars for Mountain Bikes
BestReviews


The 10 Best Bike H...
Ezvid Wiki

Upload your video



≡　**amazon**　| Automotive Parts & Accessories ▾ | | 🔍 | 🇺🇸 ▾ | Hello, Sign in **Account & Lists** ▾ | Returns **& Orders** | Try Prime ▾ | 🛒 **0** Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | **Shop the Fashion Gift guide**

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾ | Vehicles

**Save on Amazon Basics Car Jumper Cables**  Shop now ▸

Automotive › Motorcycle & Powersports › Parts › Fuel System › Carburetors



**PUCKY PWK38 38mm PWK Carburetor For Keihin Flat Slide Air Striker Carburetor KTM 250 250SX 250EXC Dirt Bike Honda ATV TRX250R CR250 ATC250R SUZUKI LT250**

Brand: PUCKY
★★★☆☆ ▾　10 ratings

**20% off**　Lowest price in 30 days

Was: ~~$35.99~~
Price: **$28.79** & FREE Returns
You Save: $7.20 (20%)

Get $50 off instantly: Pay $0.00 ~~$28.79~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- The carburetor is a strictly in accordance with the highest production standards, it is good at mixing fuel and air, keeping the engine running smoothly, and preventing the engine from running out of oil or overflowing
- New Carburetor Replacement: This product is quite reliable and durable , provides new power to your ATV to help achieve the best engine performance
- Fits: Universal For motorcycle scooter UTV ATV (Honda Suzuki Kawasaki Yamaha KTM Dirt Bike, Quad, ATV TRX250R CR250 ATC250R LT250 LT500 YFZ350 YFZ 350 YZ250 YFM350 YFM450 YZ KX RM CR LT KTM 125 250 500 38
- Inner diameter (intake side): 36mm, out diameter (air filter side): 42mm / outer diameter (air filter side): 60mm, you may need to adjust it slightly during installation.
- Each of our products has passed strict factory inspections. If you have any questions after receiving, please contact us, we must solve it for you,  One-year warranty: If the product fails, is damaged, unusable or has other problems, we will provide hassle-free replacement or refund services.

› See more product details

› Compare with similar items

**Consider this Amazon's Choice product that delivers quickly**

▮**Amazon's Choice**

 🔊⚙ VM22 26m Carburetor with Air Filter for Mikuni Intake Pipe Pit Dirt Bike Motorcycle 110cc 125cc 140cc Lifan YX Zongshen Pit Dirt Bike CRF70 ⫶ XR50 KLX BBR Apollo Thumpstar Braaap Atomic DHZ SSR
**$32.88** ✓prime
★★★★☆ (249)

$28.79
& FREE Returns ▾

FREE delivery: **Friday, Nov 6** Details

Fastest delivery: **Friday, Oct 30**
Order within 20 hrs and 3 mins
Details

**In Stock.**

Qty: 1 ▾

[ **Add to Cart** ]

[ ▶ **Buy Now** ]

🔒 Secure transaction

Ships from ...　Amazon
Sold by 　**PUCKY MOTOR**

Return policy: **Extended holiday return window till Jan 31, 2021** ▾

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $10.59

☐ Add gift options

📍 Deliver to Bensenville 60106

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]



*5% off coupon*

**Novelbee 12V 110db Electric Super Horn with Bracket,High...**
74
$14.99

Sponsored ⓘ

Share ✉ f 🐦 P

**Inspired by your recent shopping trends**　　Page 1 of 17

‹


**Febrytold Blue Air Fuel Mixture Screw, Adjustable CNC Four-Strokes FCR Air Screw...**
★★★☆☆ 8
$7.99
Only 19 left in stock - orde...


**Febrytold Black Air Fuel Mixture Screw, Adjustable CNC Four-Strokes FCR Air Screw...**
★★★☆☆ 8
$7.59
Only 2 left in stock - order...


**Air fuel Mixture Screw Adjuster for KTM Honda Yamaha Kawasaki Suzuki (blue)**
★★★★☆ 4
$11.99


**Air Fuel Mixture Screw CNC Adjust Carb FCR Air Screw for KEIHIN Carburetor Four...**
★★★★☆ 116
$8.76

**Motorcycle Air Fuel Mixture Screw FCR Carburetor Carb Mixture Screw Adjuster for...**
★★★★☆ 45
$9.99
Only 20 left in stock - orde...

›

**Products related to this item**
Sponsored ⓘ

Page 1 of 63

‹ 

›








PUCKY KLF300 Carburetor for 1986-2005 Kawasaki KLF 300 BAYOU ATV Carb
★★★★☆ 17
$36.99 ✓prime

PUCKY New Carburetor for Yamaha YAMAHA PW 80 PW80 1983-2006 Bike Carb
★★★★★ 3
$22.99 ✓prime

PUCKY Carburetor Carb Fits for Yamaha PW50 PW 50 1981-2009 Yzinger Y Motorcycle...
★★★★☆ 57
$22.99 ✓prime

PUCKY 24MM Carburetor For Honda CB90 CB100 CL90 CL100 SL90 SL100 SL125
★★★★☆ 8
$32.99 ✓prime

PUCKY YW50 Carburetor For YAMAHA Zuma50 YW50 Scooter Moped 2002-2011
★★★★☆ 21
$39.99 ✓prime

PUCKY Brand New Original 1984-1985 NQ50 Spree Carburetor
★★★★☆ 18
$50.99 ✓prime

## Customers who viewed this item also viewed

Page 1 of 7









PWK38 38mm PWK Carburetor Carb - 38 mm Universal Power Jet Carburetor For...
★★★★☆ 22
$27.99

KIPA PWK38 38mm 38 mm PWK Carburetor Carb For Keihin Flat Slide Air Striker Carburetor...
★★★★☆ 26
$39.75

JFG RACING 34MM OEM OKO PWK Power Jet Carburetor Carb Universal For Racing...
★★★★☆ 107
$28.99

Maple 38mm PWK Carburetor For Honda Suzuki Kawasaki Yamaha KTM Dirt Bike, Quad,...
★★★★☆ 15
$36.99
Only 11 left in stock - orde...

38mm Motorcycle PWK 38 mm Carburetor Carb 38mm Air Striker for Keihin KTM 250 250SX...
★★★★☆ 3
$58.00

Keihin 016.167 PWK 38mm Air Striker Carburetor
★★★★☆ 28
$210.74
Only 3 left in stock - order...

## Compare with similar items






**This item** PUCKY PWK38 38mm PWK Carburetor For Keihin Flat Slide Air Striker Carburetor KTM 250 250SX 250EXC Dirt Bike Honda ATV TRX250R CR250 ATC250R SUZUKI LT250

PWK38 38mm PWK Carburetor Carb - 38 mm Universal Power Jet Carburetor For Motorcycle For Honda Suzuki Yamaha Kawasaki ATV UTV Scooter

Maple 38mm PWK Carburetor For Honda Suzuki Kawasaki Yamaha KTM Dirt Bike, Quad, ATV PWK38 air striker

KIPA PWK38 38mm 38 mm PWK Carburetor Carb For Keihin Flat Slide Air Striker Carburetor KTM 250 250SX 250EXC Dirt Bike Honda ATV TRX250R CR250 ATC250R SUZUKI LT250

Add to Cart | Add to Cart | Add to Cart | Add to Cart

| | | | | |
|---|---|---|---|---|
| Customer Rating | ★★★☆☆ (10) | ★★★★☆ (22) | ★★★★☆ (15) | ★★★★☆ (26) |
| Price | $28⁷⁹ | $27⁹⁹ | $36⁹⁹ | $39⁷⁵ |
| Sold By | PUCKY MOTOR | JFG RACING | Joygowe | KIPA2007 |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | PUCKY |
| Brand | PUCKY |
| Item Weight | 1.55 pounds |
| Package Dimensions | 6.9 x 5.3 x 5.2 inches |
| Manufacturer Part Number | 1310620101 |

### Additional Information

| | |
|---|---|
| ASIN | B0819QPFFM |
| Customer Reviews | ★★★☆☆ ⌄  10 ratings<br>3.5 out of 5 stars |
| Best Sellers Rank | #119,190 in Automotive (See Top 100 in Automotive)<br>#657 in Powersports Carburetors |
| Date First Available | November 11, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for related products


How to use motorcycle carburetor carb synchronization tool
Alpha Moto


maXpeedingrods Carburetor Carb Engine for Yamaha Blaster YFS2...
maXpeedingrods-us


PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...
DirtBikeClub


PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...
DirtBikeClub


All Balls Fuel Tap R... tap diaphragm onl...
All Balls.

Upload your video

## Customers who bought this item also bought


Acarte Carburetor Carbon Dirt Jet Cleaner Tool Kit 10 Cleaning Needles with 5 Brushes
★★★★☆ 1,341
$7.99


PZ20 Carburetor for Kazuma Baja 50cc 70cc 90cc 110cc 125cc TaoTao 110B NST...
★★★★☆ 3,007
#1 Best Seller in Powersports Carburetors
$13.78


2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing...
★★★★☆ 936
$7.99


Fuerdi 7/8" 22mm Thumb Throttle Cable Accelerator Control Assembly for TaoTao...
★★★★☆ 391
$11.59


HIAORS Rear Brake Master Cylinder Reservoir for 50cc 70cc 110cc 125cc Yerf Dog...
★★★★☆ 140
$17.49

## Products related to this item

Sponsored ⓘ


PUCKY KLF300 Carburetor for 1986-2005 Kawasaki KLF 300 BAYOU ATV Carb
★★★★☆ 17
$36.99 ✓prime


PUCKY New Carburetor for Yamaha YAMAHA PW 80 PW80 1983-2006 Bike Carb
★★★★★ 3
$22.99 ✓prime


PUCKY Carburetor Carb Fits for Yamaha PW50 PW 50 1981-2009 Yzinger Y Motorcycle...
★★★★☆ 57
$22.99 ✓prime


PUCKY YW50 Carburetor For YAMAHA Zuma50 YW50 Scooter Moped 2002-2011
★★★★☆ 21
$39.99 ✓prime


PUCKY 24MM Carburetor For Honda CB90 CB100 CL90 CL100 SL90 SL100 SL125
★★★★☆ 8
$32.99 ✓prime


New Performance Carburetor for Mikuni VM 34mm Round Slide VM34-168 42-6015...
★★★★★ 1
$69.00


NovelBee Engine Air Intake Hose Fit for 2007-2013 Nissan Altima L4 2.5L 16576-JA000
$21.99

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers


0 votes

**Question:** Is this for 2 stroke?
**Answer:** Yes I used this on my kx250.
By Jason stewart on July 23, 2020



> **Question:** What style jets does it take
>
> **Answer:** I rejected it with my kx250 jets. Stock jets works
> By Jason stewart on July 23, 2020

---

## Customer reviews



★★★☆☆ 3.5 out of 5

10 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓ | 52% |
| 4 star | | 0% |
| 3 star | ▓ | 13% |
| 2 star | ▓ | 13% |
| 1 star | ▓▓ | 21% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



NovelBee 4pcs Truck Bed Cleats with Key...
$29.74

[ Shop now ]

Sponsored ⓘ

**Top reviews** ▾

### Top reviews from the United States

**Jonny T. Villalobos**

★☆☆☆☆ **Don't buy**

Reviewed in the United States on August 5, 2020

Verified Purchase | Early Reviewer Rewards (What's this?)

Junk. Returned right away. Buy something name brand. Don't bother with this one

[ Helpful ] | Comment | Report abuse

**ARWhitus**

★★☆☆☆ **Poor quality, but honest branding.**

Reviewed in the United States on August 2, 2020

Verified Purchase | Early Reviewer Rewards (What's this?)

Unfortunately, this as arrived covered in fuel and the tolerances were very poor. The return process went well, though, and I was happy to see a carb without a fake logo on it.

[ Helpful ] | Comment | Report abuse

**Randall Gist**

★☆☆☆☆ **Never again**

Reviewed in the United States on August 3, 2020

Verified Purchase | Early Reviewer Rewards (What's this?)

Very poor product. Deep scratches in slide and bore.

[ Helpful ] | Comment | Report abuse

**Nikki Carrasco**

★★★★★ **Was a plug and play with miner adjustments**

Reviewed in the United States on August 7, 2020

Verified Purchase | Early Reviewer Rewards (What's this?)

Work great on my bike with little tuning it made my bike open open with decently order more for my other

[ Helpful ] | Comment | Report abuse

**Aimee**

★★★★★ **Works good**

Reviewed in the United States on March 5, 2020

Verified Purchase | Early Reviewer Rewards (What's this?)

Works good

[ Helpful ] | Comment | Report abuse

**See all reviews ›**



NovelBee 26410-2G000 Aluminum Engin...
$24.99

[ Shop now ]

Sponsored ⓘ

---

## Top subscription apps for you

Page 1 of 7



Disney+
Disney
★★★★½ 398,971
$0.00



CBS Full Episodes and Live TV
CBS Interactive
★★★★½ 101,197
$0.00



STARZ
Starz Entertainment
★★★★☆ 82,662
$0.00



Sling TV
Sling TV LLC
★★★★☆ 48,874
$0.00



SHOWTIME
Showtime Digital Inc.
★★★★☆ 23,848
$0.00



Philo: Live & On-Demand TV
PHILO
★★★★☆ 67,302
$0.00

‹     ›

## Deals in magazine subscriptions

Page 1 of 7




**National Geographic Kids**
★★★★★ 6,635
Print Magazine
$15.00


**EatingWell**
★★★★★ 3,737
Print Magazine
$3.00


**Food Network Magazine**
★★★★★ 5,375
Print Magazine
$6.00


**Reader's Digest**
★★★★★ 8,785
Print Magazine
$8.00


**Vanity Fair**
★★★★☆ 11
Print Magazine
$5.00


**Bon Appétit**
★★★★☆ 13
Print Magazine
$5.00

**Your Browsing History**    View or edit your browsing history ›










Page 1 of 2

See personalized recommendations

Sign in
New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |




amazon

🌐 English    🇺🇸 United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| Eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



1 result for **PUCKY MOTOR** : "**ktm**"

Sort by: Featured



NovelBee Pair of 35mm 7/8" Fork Tube Clip-on...
$26.59

Shop now

Sponsored



PUCKY PWK38 38mm PWK Carburetor For Keihin Flat Slide Air Striker Carburetor KTM 250 250SX 250EXC Dirt Bike Honda ATV TRX250R CR25...
★★★☆☆ 10

20% off
$28⁷⁹ $35.99
Lowest price in 30 days

prime Get it as soon as Fri, Oct 30
FREE Shipping by Amazon

### Need help?

Visit the help section or contact us



NovelBee New Carburetor Fit for Yamaha ...
$19.85

Shop now

Sponsored

## Sponsored products related to this search   What's this?

Page 1 of 3

     

| Sunferno Ratchet Straps Tie Down 2500Lbs Break Strength, 15 Foot - Heavy Duty Straps To... | Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x... | Xitomer Complete Bodywork Screws, for Honda CBR600RR F5 2003 2004 2005 2006,... | Rhino USA Ratchet Straps Heavy Duty Tie Down Set, 5,208 Break Strength - (4) Heavy... | JNR Moto Sports Motorcycle Tie Downs Cam Buckle Motorcycle Straps Easier Than... | RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)... |
|---|---|---|---|---|---|
| ★★★★☆ 1,647 | ★★★★★ 534 | ★★★★☆ 39 | ★★★★★ 2,254 | ★★★☆☆ 1 | ★★★★☆ 3,497 |
| $27.97 | $43.77 | $29.99 | $59.97 | $22.99 | $29.97 |

## Deals in magazine subscriptions

Page 1 of 7

       

| Foreign Affairs - 6 Month Auto Renew Sub | Family Handyman | Reminisce | HGTV Magazine | Martha Stewart Living | Cobblestone |
|---|---|---|---|---|---|
| ★★★★☆ 407 | ★★★★☆ 11,469 | ★★★★☆ 1,056 | ★★★★☆ 4,749 | ★★★★☆ 42 | ★★★★☆ 59 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $15.00 | $8.00 | $10.00 | $6.00 | $3.00 | $24.95 |

### Your Browsing History   View or edit your browsing history

Page 1 of 2

See personalized recommendations

Sign in

New customer? Start here.

      

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | | | |

https://www.amazon.com/s?k=ktm&me=A2OM1VUEIN9WHW&ref=nb_sb_noss

1/2



☰  amazon    All ▾                              🔍  ▤ ▾   Hello, Sign in        Returns        🛒 0
                                                         Account & Lists ▾   & Orders          Cart
                                                         Account ▾           Try Prime ▾

📍 Deliver to   Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell        Shop tech gifts
   Bensenville 60106

# PUCKY MOTOR

PUCKY MOTOR storefront

★★★★½  90% positive in the last 12 months (62 ratings)

PUCKY MOTOR is committed to providing each customer with the highest standard of customer service.

| Have a question for PUCKY MOTOR? |
| :-- |
| **Ask a question** |

---

**Detailed Seller Information**

**Business Name:** Ruian Phuket Trading Co., Ltd.
**Business Address:**
No.88 tangxia zhong street tangxia town
ruian
zhejiang
325204
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
| :-- | :-- | :-- | :-- | :-- | :-- | :-- |

★★★★★  "You can't beat this price anywhere good product for clone engines."
By john grant on June 5, 2020.

★★★★★  "Great Item"
By Douglas D. Myers on June 4, 2020.

★☆☆☆☆  "There were no gaskets. Should have listened to the other negative reviews. Do not buy this product. When I bought the product it advertised gaskets which the seller has since edited the page by removing the second bullet point. It can be seen the bullet points go 1,3,4."
Read less
By Tyler R. on May 29, 2020.

★★★★★  "Due *, received Tuesday & installed. It works perfectly!!! Exact match replacement."
By Timothy m. on May 26, 2020.

★★★★☆  "I just installed the unit on my daughter's PW50."
By Nate Angoco on May 18, 2020.

Previous  Next

|  | 30 days | 90 days | 12 months | Lifetime |
| :-- | :-- | :-- | :-- | :-- |
| Positive | 100% | 100% | 90% | 92% |
| Neutral | 0% | 0% | 5% | 4% |
| Negative | 0% | 0% | 5% | 4% |
| Count | 6 | 22 | 62 | 71 |

Leave seller feedback   Tell us what you think about this page

---

### Your recently viewed items and featured recommendations

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

▸ View or edit
your browsing
history

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money
with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature
Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns & Replacements
Manage Your Content
and Devices
Amazon Assistant
Help

amazon   ⊕ English ▾   🇺🇸 United States ▾

 

SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

**Continue**

## Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ████ ████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **PUCKY PWK38 38mm PWK Carburetor For Keihin Flat Slide Air Striker Carburetor KTM 250 250SX 250EXC Dirt Bike Honda ATV TRX250R CR250 ATC250R SUZUKI LT250**
  $28.79 - Quantity: 1
  Sold by: PUCKY MOTOR

Change quantities or delete

### Amazon Locker is available

20 pickup locations near you

**Choose a delivery option:**

████ get FREE One-Day Delivery on this order and try other Prime benefits (hello, Prime Video) with a one week trial for $1.99!

○ **Tomorrow, Oct. 29**
FREE One-Day Delivery with amazon prime

○ **Tuesday, Nov. 3**
FREE Shipping

● **Tomorrow, Oct. 29**
$11.77 - Shipping

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/28/2020



SIGN IN  SHIPPING & PAYMENT  GIFT OPTIONS  PLACE ORDER

## Review your order

**Shipping address** Change
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:
Add delivery instructions

Or try Amazon Locker
20 locations near this address ⌄

**Payment method** Change
▓▓▓ ending in ▓

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ]  Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                          $28.79
Shipping & handling:            $11.77

Total before tax:               $40.56
Estimated tax to be collected:   $1.80

**Order total:**                **$42.36**

How are shipping costs calculated?

**SPECIAL OFFER** ▓▓▓ **we're giving you** One Week of Prime **for only $1.99!**

prime

Enjoy more of what you love with Prime:
✓ Fast, FREE delivery
✓ Exclusive deals and discounts
✓ Endless entertainment and so much more!

Give Prime a try  ›

No commitments. Cancel anytime.

**Delivery: Oct. 29, 2020** If you order in the next 1 hour and 42 minutes. (Details)



PUCKY PWK38 38mm PWK Carburetor For Keihin Flat Slide Air Striker Carburetor KTM 250 250SX 250EXC Dirt Bike Honda ATV TRX250R CR250 ATC250R SUZUKI LT250
**$28.79**
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: PUCKY MOTOR
🎁 Add gift options

**Choose a delivery option:**
○ Tuesday, Nov. 3
  FREE Shipping
● Tomorrow, Oct. 29
  $11.77 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.





★The BIG Labor Day Sale★ Save up to 50% on home, fashion, electronics, and more SHOP NOW ›

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Windshields & Accessories › Windshields





Roll over image to zoom in




## PUHEB Motorcycle Windshield Motorcycle Double Bubble Windshield Windshield Windscreen Fairing Fit for KTM 125 200 390 Duke Black Fairing

Brand: PUHEB

Price: **$37.86** + $1.99 shipping

Get $50 off instantly: Pay $0.00 $37.86 upon approval for the Amazon Rewards Visa Card. No annual fee.

- 1.Made of high quality material, makes the product more environmentally friendly and durable, and has a long service life.
- 2.Easy to assemble and disassemble, standardized design, strong connection, not easy to loose.
- 3.Reduce wind speed and airflow for a more comfortable ride.
- 4.Protect motorcycle rider from the wind, thrown-up rocks, and debris.
- 5.Easy to install and no complicated procedure needed.

**$37.86**
+ $1.99 shipping

Arrives: Nov 13 - Dec 7

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

Secure transaction

Ships from — PUHEB
Sold by — PUHEB

Return policy: Returnable until Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

## Related products from Our Brands



Page 1 of 3







Pinzon 6 Piece Blended Egyptian Cotton Bath Towel Set - Driftwood
★★★★☆ 13993
$24.99

Pinzon Velvet Plush Blanket - Twin, Chocolate
★★★★☆ 6656
$26.47

Pinzon Signature Cotton Heavyweight Velvet Flannel Sheet Set - Queen, Cream
★★★★☆ 6177
$74.71

Pinzon Organic Cotton Bathroom Towels, 6 Piece Set, Ivory
★★★★☆ 5848
$34.99

Pinzon Faux Fur Throw Blanket - 50 x 60 In Ivory
★★★★☆ 3693
$31.26

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product description

The windshield can protect motorcycle enthusiasts from the wind, thrown-up rocks, debris, and bugs. It has solid hardware, so they are stable. Windscreen will deflect more wind for a more comfortable ride, and this makes a more relaxing and safe ride.

Fitment:

For K*TM DUKE 125 200 390
(Please ensure our item suitable your model before you buy it.)
Specifications:

Brand New Aftermarket windscreen for modify use
Color : Black (As picture)
Material: High quality ABS plastic

Package includes:

1Pcs Windscreen (As Picture Show)

## Product information

| Item Weight | 0.035 ounces |
|---|---|
| Manufacturer | PUHEB-NA |
| ASIN | B08K3P85D7 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

# Videos

### Videos for related products



GUDAVO 100% Polycarbonate made Motorcycle Windshield

GUDAVO



Motorcycle Windscreen Extension

kemimoto



motorcycle windshield Extension small

DUILU



Universal windshield for motorcycle

DUILU



Classic Accessories UTV Front Windshi

Merchant Video

Upload your video

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

# Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

# Deals in magazine subscriptions













Real Simple
★★★★☆ 31
Print Magazine
$5.00

National Geographic Kids
★★★★☆ 6,454
Print Magazine
$15.00

Real Simple
★★★★☆ 6,948
Print Magazine
$10.00

AllRecipes
★★★★★ 7
Print Magazine
$3.00

F 100 Builders Guide
★★★★☆ 10
Print Magazine
$20.95

People
Print Magazine
$47.63

## Best sellers in Kindle eBooks













A Time for Justice (Jake Brigance Book 3)
› John Grisham
★★★★☆ 1,471
Kindle Edition
$14.99

If You Tell: A True Story of Murder, Family...
› Gregg Olsen
★★★★☆ 17,065
Kindle Edition
$4.99

The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
★★★★☆ 4,111
Kindle Edition
$4.99

I Promise You: Stand-Alone College Sports...
› Ilsa Madden-Mills
★★★★☆ 585
Kindle Edition
$2.99

Spellbreaker
› Charlie N. Holmberg
★★★★☆ 2,131
Kindle Edition
$4.99

The Haunting of Brynn Wilder: A Novel
› Wendy Webb
★★★★☆ 2,679
Kindle Edition
$4.99

## Your Browsing History    View or edit your browsing history  ›















See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

  English        United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| --- | --- | --- | --- | --- | --- | --- |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



10/23/2020

1-16 of 79 results for **PUHEB** : "**KTM**"

Sort by: Featured

**Brand**
PUHEB
Logo
Unknown



PUHEB Motorcycle Windshield Windscreen for KTM 1050 1090 1190 ADV Super Adventure R S 2013 2014 2015 2016 2017 2018 Wind Screen...

$79⁸⁸

$1.99 shipping



PUHEB Motorcycle Windshield Motorcycle Risen Adjustable Windscreen Air Deflector Windshield Wind Screen Spoiler for Triumph Yamaha Hond...

$92⁹³

$1.99 shipping



PUHEB Motorcycle Windshield for Kawasaki Zx6r Z1000 Zx10r KTM Rc 125 Motorcycle Risen Adjustable Windscreen Air Deflector Windshield Wind...

$93⁰⁵

$1.99 shipping



PUHEB Motorcycle Windshield Motorcycle Motorbike Windshield for KTM Duke 690 KTM690 2012 2013 2014 2015 2012-2015 Windscreen Wind...

$79⁴⁵

$1.99 shipping



PUHEB Motorcycle Windshield Motorcycle Windscreen Windshield Protector for KTM Duke 690 Enduro R 2012 2013 2014 2015 2016 2017...

$54⁵⁰

$1.99 shipping



PUHEB Motorcycle Windshield Aluminum Windshield Motorcycle Windscreen Head Accessories Fit for K-TM Duke 125 200 390 2015 2016...

$34⁷⁷

$1.99 shipping



PUHEB Motorcycle Windshield Motorcycle Adjustable Windscreen Wind Deflector Windshield Fit for Kawasaki Fit for B-M-W Ducati Honda Benell...

$45⁴¹

$1.99 shipping



PUHEB Motorcycle Windshield Windscreen Windshield with Bracket Fit for KTM Duke790 2018 2019 2020 Double Bubble Wind Deflector Fairing...
$101⁸⁴
$1.99 shipping



Motorcycle Windshield Windscreen Wind Deflector Windshield Motorcycle Parts Fit for KTM 1290 Super Adventure R S 2017 2018 2019 Clear Light...
$143⁶⁹
$1.99 shipping



PUHEB Motorcycle Windshield Motorcycle Double Bubble Windshield Windscreen Fairing fit for KTM 125 200 390 Duke Fairing
$37⁸⁶
$1.99 shipping



PUHEB Motorcycle Windshield Cherk Clear Motorcycle Street Bike Windshield Windscreen 7/8" Handlebar Mount for Harley/Honda/B-...
$91⁵⁵
$1.99 shipping



PUHEB Motorcycle Windshield Motorcycle Double Bubble Windshield Windscreen Fairing Fit for KTM 125 200 390 Duke Black Fairing
$37⁸⁶
$1.99 shipping



PUHEB Motorcycle Windshield Motorcycle Adjustable Windscreen Windshield Fit for...
$214¹⁷
$1.99 shipping



PUHEB Motorcycle Windshield Extend Windscreen Fit for KTM Duke 125 200 390 2011 2012 2013 2014 2015 2016 2017 2018 2019 Spoiler...
$81⁰⁹
$1.99 shipping



PUHEB Motorcycle Windshield Fit for KTM 1290 Super Adventure R/S 1290ADV 2017 2018 2019 Motorbike Windscreen Windshield Shield...
$145¹³
$1.99 shipping

amazon

All ▾ 🔍 🇺🇸  Hello, Sign in
Account & Lists ▾  Returns
& Orders  Try Prime ▾  🛒 0
Cart

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Gifts for kids

Deliver to
Bensenville 60106

## PUHEB

PUHEB storefront
Just launched | No feedback yet

PUHEB is committed to providing each customer with the highest standard of customer service.

Have a question for PUHEB?

Ask a question

## Detailed Seller Information

Business Name: XIANGCHENGSHIPUHEBAIHUOSHANGHANG
Business Address:
105,22HAOLOU,OUBEISHASHANGCHENG,HUBINLU,XIANGCHENGSHI
ZHOUKOUSHI
HENANSHENG
466200
CN

| Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact PUHEB to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt. Read more

Leave seller feedback | Tell us what you think about this page

## Deals in magazine subscriptions

Page 1 of 7

       

National Geographic Kids
★★★★☆ 6,417
Print Magazine
$15.00

House Beautiful
★★★★☆ 1,375
Print Magazine
$7.50

Real Simple
★★★★☆ 6,912
Print Magazine
$10.00

Reader's Digest
★★★★☆ 59
Print Magazine
$5.00

Food Network Magazine
★★★★☆ 5,204
Print Magazine
$6.00

Seasoned Magazine
★★★☆☆ 2
Print Magazine
$15.16

## Inspired by your browsing history

Page 1 of 7

       

FMF Racing 11299 Wash Plug
★★★★☆ 1,413
$9.63

Troy Lee Designs Men's 20 TLD KTM Team Shirts
★★★★☆ 110
$30.00 - $31.50

72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke Covers...
★★★★☆ 71
$9.99

AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC MXC XCW...
★★★★☆ 18
$27.99

KTM FLAG READY TO RACE 3PW1771500
★★★★☆ 151
$19.99

KTM 6" Die-cut Decal Orange
★★★★☆ 67
$6.80

## Your Browsing History   View or edit your browsing history  ▸

Page 1 of 2

       

See personalized recommendations

Sign in

New customer? Start here.

Back to top

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options

[ Continue ]

**Shipment 1 of 1**

**Shipping from PUHEB**   (Learn more)

Shipping to: ████████  1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **PUHEB Motorcycle Windshield Motorcycle Double Bubble Windshield
  Windscreen Fairing Fit for KTM 125 200 390 Duke Black Fairing**
  $37.86 - Quantity: 1
  Sold by: PUHEB

Change quantities or delete

**Choose a delivery option:**

○ **Friday, Nov. 13 - Monday, Dec. 7**
  $1.99 - Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice  © 1996-2020, Amazon.com, Inc.

 **amazon**.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions

**Payment method** Change

Debit ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $37.86 |
| Shipping & handling: | $1.99 |
| Total before tax: | $39.85 |
| Estimated tax to be collected:* | $2.37 |
| **Order total:** | **$42.22** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?



_____, we'd like to give you a chance to try Amazon

**Join Prime and start saving ▶**
Receiving government assistance? **Get 50% off Prime ▶**

**Estimated delivery: Nov. 13, 2020 - Dec. 7, 2020**

PUHEB Motorcycle Windshield Motorcycle Double Bubble Windshield Windscreen Fairing Fit for KTM 125 200 390 Duke Black Fairing
**$37.86**
Quantity: 1 Change
Sold by: PUHEB
Gift options not available.

**Choose a delivery option:**
⦿ **Friday, Nov. 13 - Monday, Dec. 7**
$1.99 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.





Click image to open expanded view

## PUHEB Motorcycle Windshield Windscreen for KTM 1050 1090 1190 ADV Super Adventure R S 2013 2014 2015 2016 2017 2018 Wind Screen Deflectors Windshield Smoke Fairing (Color : Iridium B)

Brand: PUHEB

Price: **$79.88** + $1.99 shipping

Get $50 off instantly: Pay $29.88 $79.88 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Iridium B**

  
  

- 1.Made of high quality material, makes the product more environmentally friendly and durable, and has a long service life.
- 2.Easy to assemble and disassemble, standardized design, strong connection, not easy to loose.
- 3.Reduce wind speed and airflow for a more comfortable ride.
- 4.Protect motorcycle rider from the wind, thrown-up rocks, and debris.
- 5.Easy to install and no complicated procedure needed.



**$79.88**
+ $1.99 shipping

Arrives: Nov 13 - Dec 7

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ...        PUHEB
Sold by ...             PUHEB
Return policy: Returnable until Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share

Have one to sell?

Sell on Amazon

## Related products from Our Brands







Mid-century style
Exclusively on Amazon
RIVET

Page 1 of 2



Amazon Brand – Rivet Rustic Stoneware Crosshatch Indoor Flower Plant Pot, 6.25"H, Silver, Medium Planter
★★★★ 2065
$23.99



Amazon Brand – Rivet Geometric Ceramic Planter, 6.5"H, White and Grey
★★★★ 949
$35.73



Amazon Brand – Rivet Cone-Shaped Wall Mount Vase, 7.5"H, Modern Earthenware, White
★★★★ 629
$13.49



Amazon Brand – Rivet Modern Hand-Woven Stripe Fringe Throw Blanket, 50" x 60", Navy Blue and White with Sienna Orange
★★★★ 570
$52.76



Amazon Brand – Rivet Westline Modern Indoor Outdoor Hand Painted Stoneware Planter Flower Pot, 8"H, Red White Blue Black
★★★★ 322
$41.61



Amazon Brand – Rivet Modern Geometric Stoneware Home Decor Flower Vase - 6.9 Inch, White
★★★★ 313
$25.65

**You might also like**

Page 1 of 14

Sponsored 

Case 1:20-cv-06677 Document 1-5 Filed 12/10/20 Page 29 of 498 PageID #: 199



≡   **amazon**

All ▾ | KTM    🔍   🇺🇸

Hello, Sign in
**Account & Lists** ▾

Returns
**& Orders** ▾

Try Prime ▾

🛒 0 Cart

📍 Deliver to
Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping     Shop today's epic deals now

‹ Back to results



Roll over image to zoom in

     

**PUHEB Motorcycle Windshield Fit for KTM 1290 Super Adventure R/S 1290ADV 2017 2018 2019 Motorbike Windscreen Windshield Shield Screen with Mounting Bracket Fairing (Color : Light Smoke)**

Brand: PUHEB

Price: **$145.13** + $1.99 shipping

Get $50 off instantly: Pay $95.13 $145.13 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Light Smoke**



| $145.13 | $145.13 |

- 1:Improve the aerodynamics of your motorcycle and deflect more wind to provide relaxing and safe ride for driver.
- 2:Enhancing the design of your motorcycle.
- 3:This is one tough windscreen!Superior strength,Protect motorcycle rider from the wind,Reduced wind noise,less turbulence,thrown-up rocks, and debris,perfect style.reduce wind speed and airflow for a more comfortable ride
- 4.Fitment for 2017-2019 KTM 1290 Super Adventure R/S
- 5.Material: High Quality PC Plastic ,sun protection, anti-aging, anti-fall advantages.



**$145.13**
+ $1.99 shipping

Arrives: Nov 12 - Dec 4

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   PUHEB
Sold by   PUHEB

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 P

Have one to sell?

Sell on Amazon

---

## Related products from Our Brands



Mid-century style
Exclusively on Amazon
RIVET ®

Page 1 of 2



| Amazon Brand – Rivet Rustic Stoneware Indoor Outdoor Flower Plant Home Decor Tall Cylinder Vase, 11"H, Silver ⭐ 2047 $33.99 | Amazon Brand – Rivet Geometric Ceramic Planter, 6.5"H, White and Grey ⭐ 942 $35.73 | Amazon Brand – Rivet Cone-Shaped Wall Mount Vase, 7.5"H, Modern Earthenware, White ⭐ 625 $13.49 | Amazon Brand – Rivet Modern Hand-Woven Stripe Fringe Throw Blanket, 50" x 60", Navy Blue and White with Sienna Orange ⭐ 570 $52.76 | Amazon Brand – Rivet Westline Modern Indoor Outdoor Hand Painted Stoneware Planter Flower Pot, 8"H, Red White Blue Black ⭐ 321 $41.61 | Amazon Brand – Rivet Modern Geometric Stoneware Home Decor Flower Vase - 6.9 Inch, White ⭐ 313 $25.65 |

‹      ›

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword



Automotive

Automotive > Motorcycle & Powersports > Parts > Fuel System > Carburetors



    

Roll over image to zoom in

## Smartang PWK 32MM Carburetor for Scooter ATV Motorcycle Yamaha Honda Suzuki Kawasaki KTM

Brand: Smartang

Price: **$31.99** & FREE Returns

Get $50 off instantly: Pay $0.00 ~~$31.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- The Carburetor Fits For Honda Suzuki Kawasaki Yamaha KTM Dirt Bike
- PWK 32MM Carburetor for Scooter ATV Motorcycle Yamaha Honda Suzuki Kawasaki KTM with Electroplating Carburetor mostly fits: Yamaha DT 100 Yamaha DT 125 Yamaha DT 175 Yamaha DT 250 Yamaha YT175 Yamaha YZ80 Yamaha YZ85 Yamaha YZ100
- PWK 32MM Carburetor Honda CR80 Honda CR85R Honda CR125 Honda NSR50 Honda NSR80 Honda NSR125 Suzuki RM65 Suzuki RM80 Suzuki RM85 Suzuki RM85L Kawasaki KX80 Kawasaki KX100 Kawasaki KX125 KTM 65SX KTM 85
- This universal carburetor is specially designed to fit most , For Aprilia Suzuki Yamaha Honda Kawasaki BMW KTM With Power Jet
- Package Included: 1xCarburetor with parts As picture.

See more product details

---

$31.99
& FREE Returns ›

FREE delivery: **Nov 5 - 7** Details

Fastest delivery: **Tuesday, Nov 3** Details

**Only 2 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from — Amazon
Sold by — Quick Garden part

Return policy: Extended holiday return window till Jan 31, 2021

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $7.24

☐ Add gift options

Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### Inspired by your recent shopping trends

Page 1 of 11

    

( Red ) Air fuel mixture Screw Adjuster For Mikuni Carb HONDA YAMAHA KTM Honda...
★★★★☆ 31
$11.89
Only 20 left in stock - orde...

Air fuel Mixture Screw Adjuster for KTM Honda Yamaha Kawasaki Suzuki (Red)
★★★★☆ 3
$9.99

Motorcycle Air Fuel Mixture Screw, Keenso FCR Carburetor Mixture Screw Adjuster for...
★★★☆☆ 72
$12.99
Only 1 left in stock - order...

NICECNC Motorcycle Red Air/Fuel Mixture Screw Adjuster Keihin FCR Carb for Honda Yamaha...
★★★★☆ 129
$8.88

Outlaw Racing Fuel Mixture Adjust Screw Fcr Carb YZ CRF250 CRF450 Ktm Polaris Honda...
★★★★☆ 44
$14.95
Only 4 left in stock - order...

---

### Customers also viewed these products

Page 1 of 9

JFG RACING 32MM Super Performance OEM GY6 OKO PWK 32 Power Jet Carburetor Carb 2...
★★★★☆ 106
$32.99
Only 20 left in stock - orde...

KYN Universal 2T 4T Motorcycle PWK Carburetor Carb for Keihin Koso OKO...
★★★★☆ 29
$45.90
In stock on November 5, 2...

KYN Universal 2T 4T 30mm Motorcycle Motorbike PWK 30 Carburetor Carb For...
★★★★☆ 15
$36.90

PZ20 Carburetor for Kazuma Baja 50cc 70cc 90cc 110cc 125cc TaoTao 110B NST...
★★★★☆ 3,007
#1 Best Seller in Powersports Carburetors
$13.78

PUCKY PWK38 38mm PWK Carburetor For Keihin Flat Slide Air Striker Carburetor...
★★★☆☆ 10
$28.79

---

### Products related to this item

Page 1 of 9

Sponsored ⓘ

 

Case: 4:20-cv-06677 Document #: 15 Filed: 11/10/20 Page 31 of 498 PageID #:2201



**Mikuni TM34 34 mm Carburetor Carb - Compatible for Mikuni TM34 Flat Slide 34mm...**
$59.99



**NIBBI 26mm Dirt Bike Carburetor PE26mm Motorcycle Carburetor Kit With Adjustable Th...**
★★★★☆ 10
$99.99 ✓prime



**Motorcycle FCR 28MM Carburetor Universal Carb for Honda Yamaha Suzuki Kawasaki Dirt...**
$159.99



**KYN Universal 2T 4T Motorcycle PWK Carburetor For Keihin Koso OKO Power Jet...**
★★★★☆ 15
$36.90 ✓prime



**Motorcycle Carburetor for MIKUNI TM24 Flat Slide Performance Carb 24mm TM24-8001**
$56.99



**Maple 32mm Carburetor applied power jet racing scooter dirt bike pit ATV Refit repl...**
$29.99 ✓prime

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Smartang |
| Brand | Smartang |
| Item Weight | 1.21 pounds |
| Package Dimensions | 6.14 x 4.8 x 4.29 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | PWK32 |

### Additional Information

| | |
|---|---|
| ASIN | B0812ZK1MB |
| Best Sellers Rank | #1,983,014 in Automotive (See Top 100 in Automotive)<br>#11,753 in Powersports Carburetors |
| Date First Available | April 18, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

Page 1 of 2

### Videos for related products



‹



3:17
How to use motorcycle carb synchronization tool
Alpha Moto

0:21
maXpeedingrods Carburetor Carb Engine for Yamaha Blaster YFS2...
maXpeedingrods-us



0:38
PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...
DirtBikeClub



0:13
PRO CAKEN CNC Air Carburetor Adjust Fuel Mixture Screw for...
DirtBikeClub



All Balls Fuel Tap R tap diaphragm only...
All Balls.

›

Upload your video

## Product description

Features:

-100% Brand New, Never Mounted

-OEM Product, PWK Chrome Model, Very Good Quality

-Professional Installation Recommended

-Easy To Install

Specification:

-Color: As Pictures

-Material: Aluminum

-Other Size Option: (28mm,30mm And 34mm,Contact Us If You Need)

-Price is for 1 Carburetor

-You will receive exactly as picture.

Fitment:

-Super Performance OKO PWK Power Jet Carburetor CARB RACING PARTS UNIVERSAL for Motorcycle, Scooters,dirt bike, ATV

-Universal Racing Parts for Scooter,ATV,Motorcycle And Dirt Bike

## Products related to this item

Sponsored ⓘ

     

‹

Mikuni TM34 34 mm Carburetor Carb - Compatible for Mikuni TM34 Flat Slide 34mm...
$59.99

Motorcycle Carburetor for MIKUNI TM24 Flat Slide Performance Carb 24mm TM24-8001
$56.99

Mikuni TM28 28MM carburetor carb - FLAT Slide motor carb VM28-418 OEM 28mm carb
$59.99

Motorcycle FCR 28MM Carburetor Universal Carb for Honda Yamaha Suzuki Kawasaki Dirt...
$159.99

NEW! YAMAHA BLASTER 200 CARBURETOR YFS200 YFS 200 CARB CARBY 1988 1989...
★★★☆☆ 19
$59.95

NIBBI Replacement Orginal High Performance Speed Modified Carburetor...
★★★★½ 35
$79.99 ✓prime

›



Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review



Mikuni TM34 34 mm Carburetor Carb - Compa...
$59.99          Shop now

Sponsored ⓘ


Carbhub PZ20 Carburetor for Kazuma Baja 50cc
70cc 90cc 110cc 125cc TaoTao 110B NST SunL...
$13.88    878
878

Shop now

Sponsored ⓘ

## Top subscription apps for you

Page 1 of 7


Disney+
Disney
⭐⭐⭐⭐½ 398,966
$0.00


CBS Full Episodes and
Live TV
CBS Interactive
⭐⭐⭐⭐½ 101,190
$0.00


STARZ
Starz Entertainment
⭐⭐⭐⭐ 82,661
$0.00


Sling TV
Sling TV LLC
⭐⭐⭐½ 48,871
$0.00


SHOWTIME
Showtime Digital Inc.
⭐⭐⭐⭐ 23,847
$0.00


Philo: Live & On-
Demand TV
PHILO
⭐⭐⭐⭐ 67,299
$0.00

## Inspired by your browsing history

Page 1 of 6


JDJetting Jet Kit for 00-
20 Suzuki DRZ400S
⭐⭐⭐⭐⭐ 133
$78.90


Dr.Roc Tire Spoon Lever
Dirt Bike Lawn Mower
Motorcycle Tire
Changing Tools with...
⭐⭐⭐⭐½ 1,646
$20.99


SunplusTrade 2" x 50'
Black Exhaust Heat Wrap
Roll for Motorcycle
Fiberglass Heat Shield...
⭐⭐⭐⭐½ 3,156
$12.99


20pcs Carburetor Main
Jet Slow Pilot Jet Kit Set
for Keihin OKO KOSO PE
PWK Carb
⭐⭐⭐⭐½ 157
$12.59


Peace Talks (Dresden
Files Book 16)
› Jim Butcher
⭐⭐⭐⭐½ 8,736
Kindle Edition
$14.99


2pcs 7/8" Universal
Motorcycle Hand Bar
Grips Pillow Grip Anti-
slip Rubber Racing...
⭐⭐⭐⭐½ 936
$7.99

**Your Browsing History**    View or edit your browsing history ›

      

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on
Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money
with Us

### Amazon Payment Products
Amazon Rewards Visa
Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-
19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns &
Replacements
Manage Your Content
and Devices
Amazon Assistant
Help



🌐 English      🇺🇸 United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion
brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on
Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital
Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book Depository
Books With Free
Delivery Worldwide

Box Office
Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime



Qauick Garden part ▼ | ktm    🔍

Hello, Sign in
Account & Lists ▼
Account ▼

Returns
& Orders

Try Prime ▼

0 🛒 Cart

Deliver to
Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

2 results for Qauick Garden part : "ktm"

Sort by: Featured ▼

**Brand**
Smartang
Qauick



Grant a few birthday wishes

Shop gift cards ›

Sponsored ⓘ



Smartang PWK 32MM Carburetor for Scooter ATV Motorcycle Yamaha Honda Suzuki Kawasaki KTM

$31.99

✓prime Get it as soon as **Tue, Nov 3**
FREE Shipping by Amazon
Only 2 left in stock - order soon.



Qauick 14Bit PC USB Handbrake SIM for Racing Games G25/27/29 T500 FANATECOSW Dirt Rally +Clamp (Black)

★★★★★ ▼ 1

$99.99

✓prime Get it as soon as **Fri, Oct 30**
FREE Shipping by Amazon

**Need help?**

Visit the help section or contact us



KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000

$31.49    13

Shop now

Sponsored ⓘ

## Sponsored products related to this search  What's this? ›

Page 1 of 3

‹



Sunferno Ratchet Straps Tie Down 2500Lbs Break Strength, 15 Foot - Heavy Duty Straps To...
★★★★☆ 1,646
$27.97



Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★☆ 534
$43.77



RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★☆ 3,497
$29.97



JOYON 177 Pcs Motorcycle Universal Fairing Bolt Kit Screws Fasteners Fixing...
★★★☆☆ 14
$24.99



Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 125
$74.77



Stay There Ratchet Tie Down Straps 1" x15, Ratchet Straps with S Hook - 1500lb Break...
★★★★☆ 131
$21.90

›

## Deals in magazine subscriptions

Page 1 of 7

‹



National Geographic Kids
★★★★☆ 6,635
Print Magazine
$15.00



Food Network Magazine
★★★★☆ 49
Print Magazine
$6.00



Street Trucks
★★★★☆ 45
Print Magazine
$18.95



Ranger Rick Jr.
★★★★☆ 453
Print Magazine
$15.00



Architectural Digest
★★★★☆ 898
Print Magazine
$19.99



Better Homes and Gardens
★★★★☆ 41
Print Magazine
$3.00

 ›

## Your Browsing History   View or edit your browsing history ›

      

See personalized recommendations

Sign in

New customer? Start here.

Back to top



☰ **amazon**  | All ▾ |  🔍  🇺🇸 ▾ | Hello, Sign in / Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop the Fashion Gift guide

# Qauick Garden part

Qauick Garden part storefront
★★★★½ | 85% positive in the last 12 months (40 ratings)
Qauick Garden part is committed to providing each customer with the highest standard of customer service.

Have a question for Qauick Garden part?

Ask a question

## Detailed Seller Information

**Business Name:** Mo WeiChun
**Business Address:**
NO,6 LiangMa Street MaYi Country MaChong Town
DongGuan
GuangDong
523000
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |

★★★★★ "sounds great and fits perfect very pleased :)"
By Steven B. Cooper on March 7, 2020.

★★☆☆☆ "Didn't receive the spark plugs. Missing on both orders."
By D MATHISON on February 27, 2020.

★★★☆☆ "Had some sort of dust on product and the bubble wrapped imprinted the shiny aluminum. Had to use my buffer to get bubble wrap imprint out of the aluminum"
By Kenneth on February 23, 2020.

★★★★★ "Makes my scooter look sharp!"
By C Alessi on February 22, 2020.

★★★★★ "good quick service and part for the money"
By Amazon Customer on February 7, 2020.

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | 100%    | 88%     | 85%       | 96%      |
| Neutral  | 0%      | 13%     | 8%        | 2%       |
| Negative | 0%      | 0%      | 8%        | 2%       |
| Count    | 1       | 8       | 40        | 524      |

Previous  Next

Leave seller feedback | Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 6

‹

 
JDJetting Jet Kit for 00-20 Suzuki DRZ400S
★★★★★ 133
$78.90


Dr.Roc Tire Spoon Lever Dirt Bike Lawn Mower Motorcycle Tire Changing Tools with Durable Bag…
★★★★½ 1,646
$20.99


SunplusTrade 2" x 50' Black Exhaust Heat Wrap Roll for Motorcycle Fiberglass Heat Shield…
★★★★½ 3,156
$12.99


20pcs Carburetor Main Jet Slow Pilot Jet Kit Set for Keihin OKO KOSO PE PWK Carb
★★★★½ 157
$12.59

Peace Talks (Dresden Files Book 16)
› Jim Butcher
★★★★★ 8,736
Kindle Edition
$14.99


2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing Grip For…
★★★★½ 936
$7.99

›

## Top subscription apps for you

Page 1 of 7

‹

 
Disney+
Disney
★★★★½ 398,966
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 101,190
$0.00


STARZ
Starz Entertainment
★★★★☆ 82,661
$0.00


Sling TV
Sling TV LLC
★★★★☆ 48,871
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 23,847
$0.00


Philo: Live & On-Demand TV
PHILO
★★★★☆ 67,299
$0.00

›

**Your Browsing History** | View or edit your browsing history ›

See personalized recommendations
Sign in
New customer? Start here.

 

SIGN IN · **SHIPPING & PAYMENT** · GIFT OPTIONS · PLACE ORDER

## Choose your shipping options

[ Continue ]

**Shipment 1 of 1**

**Shipping from Amazon.com** (Learn more)

Shipping to: ██████ ████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Smartang PWK 32MM Carburetor for Scooter ATV Motorcycle Yamaha Honda Suzuki Kawasaki KTM**
  $31.99 - Quantity: 1
  Sold by: Qauick Garden part

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

██████ **get FREE Prime Delivery on this order and try other Prime benefits (hello, Prime Video) with a one week trial for $1.99!**

○ FREE Prime Delivery with amazon prime

○ **Wednesday, Nov. 4**
  **FREE Shipping**

● **Tuesday, Nov. 3**
  $11.59 - Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN  |  SHIPPING & PAYMENT  |  GIFT OPTIONS  |  PLACE ORDER

## Review your order



**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▇▇▇▇▇▇
Add delivery instructions

Or try Amazon Locker
20 locations near this address

**Payment method** Change
▇▇▇ ending in ▇▇▇

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code   [Apply]

**SPECIAL OFFER**  ▇▇▇ we're giving you One Week of Prime for only $1.99!

**prime**

Save $11.59 instantly with FREE Prime Delivery and enjoy more of what you love with Prime:
✓ Fast, FREE delivery
✓ Exclusive deals and discounts
✓ Endless entertainment and so much more!

[ Give Prime a try  › ]
No commitments. Cancel anytime.

**Delivery: Nov. 3, 2020**

**Smartang PWK 32MM Carburetor for Scooter ATV Motorcycle Yamaha Honda Suzuki Kawasaki KTM**
**$31.99**
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: Qauick Garden part
Add gift options

**Choose a delivery option:**
○ Wednesday, Nov. 4
  FREE Shipping
● Tuesday, Nov. 3
  $11.59 - Shipping

---

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                        $31.99
Shipping & handling:          $11.59

Total before tax:             $43.58
Estimated tax to be collected: $2.00

**Order total:**              **$45.58**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



PillPack by amazon pharmacy — Your medication, delivered    Learn more ›

‹ Back to results






Roll over image to zoom in

## LIBAITIAN Motorcycle Handguards Sentinel Handguard Vented Handguard Fit for 2014-2019 2020 K.T.M EXC SX 500 450 350 300 250 200 150 125 SXF EXCF Hand Guard Protector Motorcycle

Brand: LIBAITIAN

Price: **$56.00** & FREE Shipping

Get $50 off instantly: Pay $6.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Orange**

| Orange $56.00 | $56.00 |

- 1.100% Brand New, Never Mounted
- 2.Efficiently Protect Hands While Driving
- 3.Reduce Your Hands Or Fingers Fatigue
- 4.Protect Your Hands From Brush, Rocks, Mud And Cold wind
- 5.With Enough Room For Brake Cables Control And Other Devices

🗨 Report incorrect product information.

**$56.00**
& FREE Shipping

Arrives: **Nov 17 - Dec 9**

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... QiangShangQiang
Sold by ... QiangShangQiang

📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### You might also like

Sponsored ⓘ

Page 1 of 16

‹



NEW OEM KTM RADIATOR DIGITAL FAN KIT 250 300 350 400 450 530 2017...
★★★★★ 7
$184.99

KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
★★★★½ 17
$29.99

2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross
★★★★½ 3
$43.95

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★½ 3
$47.99

KTM Meg SX-F OEM $39

›

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $6.00 instead of $56.00!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product description

Fitment:
For KTM 50 SX 2017-2020
For KTM 65 SX 2017-2020
For KTM 85 SX 2017-2020
For KTM 125 SX 2017-2020
For KTM 150 SX 2017-2020
For KTM 250 SX 2014-2020
For KTM 250 SX-F 2014-2020
For KTM 350 SX-F 2014-2020
For KTM 450 SX-F 2014-2020
For KTM 250 EXC-F 2014-2020

For KTM 350 EXC-F 2014-2020
For KTM 450 EXC-F 2014-2020
For KTM 500 EXC-F 2014-2020
For KTM 450 EXC-F SIX DAYS 2017-2020
For KTM 125 EXC 2017-2020
For KTM 200 EXC 2017-2020
For KTM 250 EXC 2017-2020
For KTM 300 EXC 2014-2020
For KTM 400 EXC 2017-2020
For KTM 450 EXC 2017-2020
For KTM 500 EXC 2014-2020
For KTM 530 EXC 2017-2020
( Please Confirm This Part Can Fit For Your Motorcycle Before Place an order )

Motorbike Handguard Handlebar Protector
-Condition: Aftermarket Brand New, High Quality
-Material: PP Plastic and Aluminum Alloy
-Position: left & right

-Feature:
Withstand impacts from stones and branches.
The black center section offers maximum strength for optimum protection.

-Installation: Attached to the original brake and clutch master cylinder, replace the original screws, finally fixed it with cable tie.

-Color: White/Orange
-Easy to install without instructions
-Package include: 1 Set

---

## Product details

Color: **Orange**

**Date First Available :** October 8, 2020

**Manufacturer :** LIBAITIAN

**ASIN :** B08KVQLQ13

# Videos

### Videos for related products


Installing handguards on 2008 Yamaha WR250F

JFG RACING


JFG-RACING Black Hand Guards Handguards

JFG RACING


JFG RACING White Handguards Hand Guards - 7/8" 22mm and 1...

JFG RACING


handguards show and install

AnXin

Upload your video

Sponsored

# Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:

– Is the item durable?

– Is this item easy to use?

– What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

Sponsored

## Deals in magazine subscriptions

Page 1 of 8



**Real Simple**
★★★★☆ 32
Print Magazine
$5.00


**AllRecipes**
★★★★☆ 3,950
Print Magazine
$5.49


**Better Homes & Gardens**
★★★★☆ 5,950
Print Magazine
$5.00


**Ranger Rick**
★★★★☆ 514
Print Magazine
$15.00


**Southern Living**
★★★★☆ 31
Print Magazine
$5.00



## Best sellers in Kindle eBooks

Page 1 of 6



**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★☆ 1,802
Kindle Edition
$14.99


**If You Tell: A True Story of Murder, Family…**
› Gregg Olsen
★★★★☆ 17,183
Kindle Edition
$4.99


**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
★★★★☆ 4,403
Kindle Edition
$4.99


**I Promise You: Stand-Alone College Sports…**
› Ilsa Madden-Mills
★★★★☆ 613
Kindle Edition
$2.99


**Spellbreaker**
› Charlie N. Holmberg
★★★★☆ 2,284
Kindle Edition
$4.99



**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2











Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

amazon

🌐 English    🇺🇸 United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |
| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



amazon

QiangShangQiang | KTM

Hello,
Account
Lists
Returns
& Orders
Try Prime

0 Cart

Deliver to
Bolingbrook 60440

Holiday Deals    Gift Cards    Browsing History    Best Sellers    Customer Service    's Amazon.com    Prime Video    Buy Again

1-16 of 39 results for **QiangShangQiang** : "**KTM**"

Sort by: Featured

**Brand**
LIBAITIAN
NHJUIJ
YOUFUDE

Price and other details may vary based on size and color



LIBAITIAN Motorcycle Shroud Windshield Windscreen Wind Deflector HandShield Handguard Fit for K.T.M 1290 Super...
$120.00
FREE Shipping



LIBAITIAN Motorcycle Handguards Sentinel Handguard Vented Handguard Fit for 2014-2019 2020 K.T.M EXC SX 500 450 350...
$56.00
FREE Shipping



LIBAITIAN Motorcycle 22mm 28mm Hand Guard Handguard Protector Coffin Cut Handguards Hand Guards Compatible Fit f...
$69.00
FREE Shipping



LIBAITIAN 22MM 28MM Motorcycle Hand Guards Handle Protector Handguard Handlebar Protection Fit for K.T.M HON·D...
$75.00
FREE Shipping



LIBAITIAN Motorcycle Hand Guards Handlebar Handguards Protecter Fit for Ka·wasaki Su·zuki Hon·da Y·amaha K.T.M SX EX...
$55.00
FREE Shipping



LIBAITIAN Motorcycle Handlebar Handguard Handle Protector Bike Brush Wind Guard Fit for K.T.M EXC EXCF SX SXF SXS MXC...
$55.00
FREE Shipping

10/24/2020



LIBAITIAN Motorcycle Handlebar Handguard Handle Protector Bike Brush Wind Guard Fit for K.T.M SX EXC XCF SXF XCW EXCF...

$78⁰⁰

FREE Shipping



LIBAITIAN Motorcycle Hand Handlebar Handle bar Guards Handguard Fit for K.T.M SX SXF EXCF 50 65 85 125 150 250 350...

$55⁰⁰

FREE Shipping



LIBAITIAN Motorcycle Handlebar Handguard Handle Protector Bike Brush Wind Guard Fit for K.T.M Motorcycle Dirt Bike CRF...

$65⁰⁰

FREE Shipping



LIBAITIAN Fit for K.T.M Duke 125 200 250 390 790 Duke 390 Duke 790 Motorcycle Handguard Shield Hand Guard Protector...

$85⁰⁰

FREE Shipping



LIBAITIAN Motorcycle Hand Guard Handguard Shield Windproof Universal Protective Gear Fit for K.T.M 530EXC EXC-R XC-W XCR-...

$68⁰⁰

FREE Shipping



LIBAITIAN Fit for K.T.M EXC SX 500 450 350 300 250 200 150 125 SXF EXCF 2014-2019 Handlebar Handguards Hand Guard...

$55⁰⁰

FREE Shipping



LIBAITIAN Motorcycle Hand Guard Handlebar Handguards Sentinel Handguard Fit for K.T.M 125 250 300 350 450 500 EXC...

$65⁰⁰

FREE Shipping





LIBAITIAN Motorcycle 22MM 28MM Handguard Hand Handlebar Handle Bar Guard Protect Shield for K.T.M HON·DA Yamaha...

$85$^{00}$

FREE Shipping



LIBAITIAN Air Motorcycle Seat Cushion Pressure Relief Ride Seat Fit for CBR600 Z800 Z900 Fit for R1200GS R1250GS for GSXR...

$75$^{00}$

FREE Shipping



LIBAITIAN Motorcycle CNC Foot Pegs Pedals Foot Rests for K.T.M SX SXF EXC EXCF XCF XCW XCFW 65 85 125 150 250 300 350...

$85$^{00}$

FREE Shipping

← Previous | **1** | 2 | 3 | Next →

## Need help?

Visit the help section or contact us

---

Back to top

### Get to Know Us

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



# QiangShangQiang

QiangShangQiang storefront

★★★★★ 100% positive lifetime (1 total ratings)

QiangShangQiang is committed to providing each customer with the highest standard of customer service.

Have a question for
QiangShangQiang?

[Ask a question]

---

## Detailed Seller Information

**Business Name:** LinXianShangShangQiangQiChePeiJianLingShouDian

**Business Address:**
ZhuJiaHuiCun
LiuJiaHuiZhen
LinXian
033200
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

★★★★★  *"Although seller mistakenly gave me wrong tracking number originally they were very prompt at returning emails to remedy the situation. Item was packed extremel..."*

By Peter E. Kulikowski on July 22, 2020.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | - | 100% | 100% |
| Neutral | - | - | 0% | 0% |
| Negative | - | - | 0% | 0% |
| Count | 0 | 0 | 1 | 1 |

Leave seller feedback  |  Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 8









Time
★★★☆☆ 12
Print Magazine
$10.00

Real Simple
★★★★☆ 32
Print Magazine
$5.00

Reader's Digest
★★★★☆ 8,658
Print Magazine
$8.00

Architectural Digest
★★★★★ 5
Print Magazine
$5.00

Birds & Blooms
★★★★☆ 3,136
Print Magazine
$8.00

## Best sellers in Kindle eBooks

Page 1 of 6









A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★☆ 1,802
Kindle Edition
$14.99

If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
★★★★☆ 17,182
Kindle Edition
$4.99

The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
★★★★☆ 4,403
Kindle Edition
$4.99

I Promise You: Stand-Alone College Sports...
› Ilsa Madden-Mills
★★★★☆ 613
Kindle Edition
$2.99

Spellbreaker
› Charlie N. Holmberg
★★★★☆ 2,284
Kindle Edition
$4.99

---

**Your Browsing History**    View or edit your browsing history  ›

Page 1 of 2






SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

## Shipment 1 of 1

**Shipping from QiangShangQiang**  (Learn more)

Shipping to: ▮. 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825
United States

- **LIBAITIAN Motorcycle Handguards Sentinel Handguard Vented Handguard Fit for 2014-2019 2020 K.T.M EXC SX 500 450 350 300 250 200 150 125 SXF EXCF Hand Guard Protector Motorcycle,Orange**
  $56.00 - Quantity: 1
  Sold by: QiangShangQiang

Change quantities or delete

### Choose a delivery option:

○ **Tuesday, Nov. 17 - Wednesday, Dec. 9**
   FREE Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone:
Add delivery instructions

**Payment method** Change
▬▬ ending in ▬▬

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ] [ Apply ]

**Order Summary**
| | |
|---|---|
| Items: | $56.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $56.00 |
| Estimated tax to be collected:* | $3.50 |

**Order total:**    **$59.50**

How are shipping costs calculated?

**FREE** DELIVERY ▬▬ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery: Nov. 17, 2020 - Dec. 9, 2020**

LIBAITIAN Motorcycle Handguards Sentinel Handguard Vented Handguard Fit for 2014-2019 2020 K.T.M EXC SX 500 450 350 300 250 200 150 125 SXF EXCF Hand Guard Protector Motorcycle,Orange
**$56.00**
Quantity: 1 Change
Sold by: QiangShangQiang
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Tuesday, Nov. 17 - Wednesday, Dec. 9**
FREE Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



**≡ amazon**

All ▾ | KTM | 🔍 | 🇺🇸 ▾

Hello,
Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bolingbrook 60440 | Holiday Deals | Gift Cards | Browsing History ▾ | Best Sellers | Customer Service | Amazon.com | Shop today's epic deals now



‹ Back to results

## LIBAITIAN Motorcycle Shroud Windshield Windscreen Wind Deflector HandShield Handguard Fit for K.T.M 1290 Super Adventure R S T 1090 ADV

Brand: LIBAITIAN

Price: **$120.00** & FREE Shipping

Get $50 off instantly: Pay $70.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- ★[FITMENT] - Aftermarket handlebar Hand Brush Guards for off road and dual sport motorcycles.
- ★[QUANTITY] - A Set Of Hand Guards And Fitting Kit.Installation Instruction NOT Included.
- ★[FUNCTION] - Efficiently Protect Hands While Driving.Reduce Your Hands Or Fingers Fatigue.Protect Your Hands From Brush, Rocks, Mud And Cold wind.With Enough Room For Brake Cables Control And Other Devices.
- ★[HIGH QUALITY] - 100% Brand New, Never Mounted.Material:PP Plastic And Aluminum Alloy.
- ★[AFTER SALE] - We are committed to provide excellent customer service,If you have any questions,please contact us.We will try our best to solve your problem.

💬 Report incorrect product information.

Roll over image to zoom in



**$120.00**
& FREE Shipping

Arrives: **Nov 17 - Dec 9**

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... QiangShangQiang
Sold by ... QiangShangQiang

📍 Deliver to Bolingbrook 60440

**Add to List**

Share ✉ 📘 🐦 📌

Have one to sell?

**Sell on Amazon**

---

### You might also like

Sponsored ⓘ

Page 1 of 16

   

| Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000 | New OEM KTM Driver Ergo Heated Seat 18-19 Adventure/Adventure R 790-63507940000 | KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100 | KTM (Ora 2020 796 |
| --- | --- | --- | --- | --- |
| ★★★★☆ 44 | ★★★★☆ 12 | | ★★★★☆ 17 | ★★ |
| $21.99 ✓prime | $31.49 | $299.99 | $29.99 | $12 |

---

### Customers also viewed these products

Page 1 of 7

     

| Dirt Bike Hand Guards Handguards - 7/8" 22mm and 1 1/8" 28mm with Universal... | KTM 1090 Adventure, KTM 1190 ADVENTURE (2013 - CURRENT) KTM 1290 SUPER... | Large 19"x17" Windshield for Honda Kawasaki Harley Davidson Suzuki... | COPART Engine Guards Highway Crash Bars Side Engine Protectors for KTM 1290 Super... | Slipstreamer S-06 Spitfire Shield with 1in. & 7/8in Clamp Tint | KTM AII PROTEC SUPER 2017-2 |
| --- | --- | --- | --- | --- | --- |
| ★★★★☆ 485 | ★★★☆☆ 4 | ★★★★☆ 227 | ★★☆☆☆ 3 | ★★★★☆ 217 | ★★★ |
| $25.99 | $69.95 | $37.00 | $259.99 | $99.00 | $41.99 |
| Only 1 left in stock - order... | Only 5 left in stock - order... | Only 20 left in stock - order... | Only 2 left in stock - order... | | Only 2 le |

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $70.00 instead of $120.00!** Get a **$50 Amazon Gift Card** instantly upon approval for the Amazon Rewards Visa Card. **Apply now**



Deliver to
Bolingbrook 60440

Holiday Deals    Gift Cards    Browsing History ▾    Best Sellers    Customer Service    Amazon.com    Shop today's epic deals now



‹ Back to results

## LIBAITIAN Motorcycle 22mm 28mm Hand Guard Handguard Protector Coffin Cut Handguards Hand Guards Compatible Fit for K.T.M Kayo SX SXF KLX KX KXF YZ YZF CR CRF RMZ Dirt Bike

Brand: LIBAITIAN

Price: **$69.00** & FREE Shipping



Get $50 off instantly: Pay $19.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **White**

| | | | |
|---|---|---|---|
| $69.00 | $69.00 | $69.00 | $69.00 |

- Aftermarket handlebar Hand Brush Guards for off road and dual sport motorcycles
- JFG Hand Guards Can Protect Your Hands From Brush Rocks Mud And Cold wind and reinforced to protect your motorcycle in the event of a crash
- JFG Handguards Is With Enough Room For Brake Cables Control And Other Devices
- Material:PP Plastic and Aluminum Alloy
- Fit All Handlebars Range 7/8" 22mm and 1 1/8" 28mm.

💬 Report incorrect product information.

Sponsored



$69.00
& FREE Shipping

Arrives: **Nov 17 - Dec 9**

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... QiangShangQiang
Sold by ...      QiangShangQiang

📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

Roll over image to zoom in

## You might also like
Sponsored ⓘ

Page 1 of 14



**KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB**
★★★★★ 1
$124.99



**KTM Probend Handguard Set by Cycra OEM: U6910022**
$53.99



**KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804**
★★★★★ 2
$83.99



**KTM/FMF Titanium Megabomb Header 250 SX-F/XC-F 2019-2020 OEM: 79105907500**
$399.99



**Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...**
★★★★☆ 44
$21.99 ✓prime



**KTM Fle Brembo 787029**
★★★☆
$101.

‹    ›

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$19.00** instead of $69.00! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword



Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Handguards



22mm

Roll over image to zoom in

**XIANGBAO QI LE Motorbike Handguards Handlebar Hand Guards Motorcycle Motocross Dirt Pit Bike Off Road for KTM CRF YZF KXF RMZ ATV EXC Supermoto (Color : Black 22mm)**

Brand: XIANGBAO

Price: **$66.48** + $4.76 shipping

Get $50 off instantly: Pay $16.48 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021

Color: **Black 22mm**



- Racing style offroad handguards
- Solid Aluminum insert with vivid color plastic shield for maximum protection
- with enough room for brake cables and other devices
- Efficiently protect hands while driving your motorcycle
- Reduce hand/finger fatigue,ensure greater motorcycle handling

💬 Report incorrect product information.



**$66.48**
+ $4.76 shipping

**Arrives: Nov 19 - Dec 11**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... QILE XIANGBAO-US
Sold by ... QILE XIANGBAO-US

📍 Deliver to Bolingbrook 60440

Add to List

Add to Wedding Registry

Share ✉ f ✈ 📌

Have one to sell?

Sell on Amazon

## Inspired by your recent shopping trends

Page 1 of 7



7/8"22mm and 1 1/8"28mm Handguards Universal Hand Guards Brush Bar For off Road...
⭐⭐⭐½ 119
$10.99



Handguards Hand Guards Guard Handguard - Universal 7/8 inches 22mm and...
⭐⭐⭐⭐ 99
$28.99



Motorcycle Handlebar 7/8 inche 1 1/8 inches HandGuards Hand Guards For HONDA...
⭐⭐⭐⭐ 62
$15.99



JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar for off Road...
⭐⭐⭐⭐ 733
**#1 Best Seller** in Powersports Handguards
$19.99



JFG RACING Black Handguards Universal Hand Guards Brush Bar For off Road ATV...
⭐⭐⭐½ 335
$10.99

## You might also like

Page 1 of 10

Sponsored ⓘ












7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX… ⭐⭐⭐⭐ 22 $22.89 ✓prime

JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off R… ⭐⭐⭐⭐ 733 $19.99 ✓prime

KTM Probend Handguard Set by Cycra OEM: U6910022 $53.99


JFG RACING Blue Motocross Handguards 7/8 inch and 1 1/8 inches Hand Guards… ⭐⭐⭐⭐ 433 $30.99 ✓prime

7/8" and 1 1/8" Aluminum Motocross Handguards Universal Hand Guards For… ⭐⭐⭐⭐ 61 $26.96

JFG RACING Motocross 7/8 inch Hand… ⭐⭐⭐ $8.99

## Related products from Our Brands



Stone & Beam
*Exclusively on Amazon*

Page 1 of 3









Amazon Brand – Stone & Beam Rustic Plaid Flannel Pillowcase Set, Standard, Ivory and Cream ⭐⭐⭐⭐⭐ 1305 $23.08

Amazon Brand – Stone & Beam Rustic Plaid Flannel Duvet Cover Set, King, Black and White ⭐⭐⭐⭐ 663 $91.67

Amazon Brand – Stone & Beam Rustic Solid 100% Cotton Flannel Bed Sheet Set, Twin, Toast ⭐⭐⭐⭐ 629 $51.49

Amazon Brand – Stone & Beam Modern Ceramic Floral Embossed Decorative Planter Flower Pot, 7.4"H, Blue ⭐⭐⭐⭐ 544 $44.65

Amazon Brand – Stone & Beam Mid-Century Patterned Planter, 10.53"H, Coral Pink ⭐⭐⭐⭐ 474 $54.35

Amazon Brand – Stone & Beam Cotton Set, Set ⭐⭐⭐ $36.90

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $16.48 instead of $66.48!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color:**Black 22mm**

    Item Weight: 900g
    Item Height: 8cm
    Item Type: Falling Protection
    Item Width: 17cm
    Item Length: 35cm
    Model Name: Motorcycle hand Guard
    Material Type: Robust plastic+ Billet aluminum inside stem

    Feature :

    Material: Robust plastic+ Billet aluminum inside stem
    Size: approx 350mm(13.75")*170mm(6.69")*80mm(3.15")
    Instructions: not included

    Fitment:

    Fits most motorbike/cruiser/chopper/scooter models with 22mm (7/8") , 25mm (1") and 28 mm (1-1/8" ) handlebar,such as for Honda,for Kawasaki,for Suzuki,for Yamaha,for KTM etc

10/23/2020    Amazon.com: XIANGBAO Motorbike Handguards Handlebar Motorcycle Dirt Bike Motocross Dual Sport ATV EXC Supermoto (Color : Black 22mm): ...

Case 1:20-cv-06677-Document 1-15 Filed 11/10/20 Page 52 of 498 PageID #:2282

Ideal for dirt bike/motorcross/Dual purpose/snowmobile/ATV use

Package Include:

1 pair handlebar guards (left and right)
1 pair install clamp
1 pair expansion screw

## Product information

Color:**Black 22mm**

| | |
|---|---|
| Item Weight | 1.76 pounds |
| Manufacturer | QI LE XIANGBAO |
| ASIN | B087HCZLDC |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ˅

## Videos

### Videos for related products


Installing handguards on 2008 Yamaha WR250F

JFG RACING


JFG-RACING Black Hand Guards Handguards

JFG RACING


JFG RACING White Handguards Hand Guards - 7/8" 22mm and 1...

JFG RACING


handguards show and install

AnXin

Upload your video

## You might also like

Sponsored ⓘ

Page 1 of 6


7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX...
★★★☆☆ 22
$22.89 ✓prime


KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99



JFG RACING Orange Motorcycle Handguards Aluminum Universal Hand Guards For...
★★★★☆ 6
$19.99

JFG RACING White Motorcycle Plastic Handguards 7/8"22mm and 1 1/8"28mm...
★★★☆☆ 335
$9.99 ✓prime


Motorcycle Handguards Dirtbike Hand Guards Brush Guards For KTM 50 65 85 125 150 25...
★★★☆☆ 16
$15.99 ✓prime



Motorcy Handgu and 1 1 Guards
★★★☆
$10.9

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?

- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

☞ How are ratings calculated?

**No customer reviews**

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



7/8 Inches 22mm Motorcycle Universal Handg...
22
**$22.89**

[ Shop now ]

Sponsored



Sponsored

## Deals in magazine subscriptions

Page 1 of 8




**National Geographic Kids**
⭐⭐⭐⭐½ 6,454
Print Magazine
$15.00


**Real Simple**
⭐⭐⭐⭐ 31
Print Magazine
$5.00


**Atomic Ranch**
⭐⭐⭐⭐½ 106
Print Magazine
$23.95


**Real Simple**
⭐⭐⭐⭐½ 6,949
Print Magazine
$10.00


**ELLE DECOR**
⭐⭐⭐½ 14
Print Magazine
$5.00




## Best sellers in Kindle eBooks

Page 1 of 7













The One Love Collection



| | | | | |
|---|---|---|---|---|
| **A Time for Mercy (Jake Brigance Book 3)**<br>› John Grisham<br>★★★★☆ 1,475 | **If You Tell: A True Story of Murder, Family…**<br>› Gregg Olsen<br>★★★★★ 17,067 | **The Cipher (Nina Guerrera Book 1)**<br>› Isabella Maldonado<br>★★★★☆ 4,114 | **I Promise You: Stand-Alone College Sports…**<br>› Ilsa Madden-Mills<br>★★★★★ 586 | › Lauren Blakely<br>★★★★★ 1<br>Kindle Edition<br>$0.99 |



**Your Browsing History**   **View or edit your browsing history   ›**                                                                        Page 1 of 2

        

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

  

amazon        🌐 English ⌄        🇺🇸 United States ⌄

| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Rapids<br>Fun stories for kids on the go |
| Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion |
| Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Prime Now<br>FREE 2-hour Delivery on Everyday Items | Amazon Photos<br>Unlimited Photo Storage Free With Prime |
| Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems |
| eero WiFi<br>Stream 4K Video in Every Room | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



Deliver to
Bolingbrook 60440

97-112 of 141 results for **QILE XIANGBAO-US** : **"KTM"**

Sort by: Featured ▼

**Brand**
XIANGBAO
XIANGBAO-Components



XIANGBAO QI LE Motorcycle Accessories Dirt Bike Brake Clutch Lever for KTM 85SX/XC 003-2011 Pit Bike Brake Clutch Handle...
$42$^{24}$
$4.21 shipping



XIANGBAO QI LE Accessories for KTM 250EXC 250EXC-F 350EXC-F 450EXC (SIX Days) 2014-2016 2015 250 350 450 EXC F CNC...
$42$^{42}$
$4.21 shipping



XIANGBAO QI LE Motorcycle 22mm 7/8" Handbar Hand Bar Ends Cap Handle Grips for KTM 390 Duke 2012 2013 2014 2015 201...
$37$^{80}$
$4.54 shipping



XIANGBAO QI LE Motorcycle Dirt Bike Brake Clutch Lever for KTM 300XC-W 2014-2016 300 XC-W Pit Bike Brake Clutch Handle...
$44$^{24}$
$4.43 shipping



XIANGBAO QI LE Motorcycle Bike Cruiser Chopper ATV Aluminum 7/8'' 22mm Bar End Side Rear View Mirror for KTM BMW Ducati...
$51$^{98}$
$5.54 shipping



XIANGBAO QI LE Motorcycle Side Mirrors Motorbike Rearview Bar End Mirrors for Cruiser Chopper Bobber Cafe Racer CBR CRF YZF...
$89$^{62}$
$5.54 shipping



XIANGBAO QI LE 7/8" 22MM CNC Motorcycle Handlebar Grip Ends Handles Motorbike Handlebar Grips for KTM 640...

$42$^{50}$

$4.76 shipping



XIANGBAO QI LE Rear Brake Disc for KTM LC4 SC SUPERCOMP 620/625 Supermoto 620/625/640 MX 125/250/300/500/600...

$79$^{80}$

$5.54 shipping



XIANGBAO QI LE Black Motorcycle Handguards Motocross Dirt Bike 7/8" 1-1/8" PRO Handlebar Brush Hand Guards Fat Bar for...

$69$^{52}$

$4.76 shipping



XIANGBAO QI LE Motorbike Handguards Handlebar Hand Guards Motorcycle Motocross Dirt Pit Bike Off Road for KTM CRF YZF...

$69$^{56}$

$4.76 shipping



XIANGBAO QI LE MX Handlebar Grip Gel Brake Handle Rubber for 7/8" Motorcycle for KTM CRF EXC YZF Protaper Pro Taper...

$22$^{16}$

$4.76 shipping



XIANGBAO QI LE Handlebar Grip Gel Brake Handle Rubber for 7/8" Motorcycle for KTM CRF EXC YZF Protaper Pro Taper...

$18$^{78}$

$4.43 shipping



XIANGBAO QI LE 85 Degree Motorcycle Radiator Fan Thermo Switch Water Temperature Sensor for KTM 250 350 450 500 52...

$26$^{43}$

$4.10 shipping





**XIANGBAO QI LE Motorcycle Dirt Bike Handlebar Handguards Hand Guard Fat Bar 22mm & 28mm Brush Guard for KTM SX EX...**

$76⁰²

$5.21 shipping



**XIANGBAO QI LE Motorcycle Dirt Bike Handlebar Handguards Hand Guard Fat Bar 22mm & 28mm Brush Guard for KTM SX EX...**

$72⁰²

$4.76 shipping



**XIANGBAO 1 1/8" 28mm Motorcycle Handlebar Riser Bar Clamp Mount for KTM 150 250 350 450 525 530 SX SXF SXS EXC EXCF...**

$57⁶⁸

$4.43 shipping
Usually ships within 6 to 10 days.



| ← Previous | 1 | … | 6 | 7 | 8 | 9 | Next → |

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search <span style="color:blue">What's this?</span> ⌄

Page 1 of 3


Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 524
$43.77


RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★½ 3,409
$29.97

Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 123
$74.77


PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure...
★★★★½ 44
$49.95


VULCAN Car Tie Down with Snap Hooks - Lasso Style - 2 Inch x 96 Inch, 4 Pack - High-Viz - 3,300...
★★★★½ 246
$99.99



## Deals in magazine subscriptions

Page 1 of 8


Real Simple



Elle Décor

Southern Living


Shape







Deliver to Bolingbrook 60440

Holiday Deals | Gift Cards | Browsing History | Customer Service | 's Amazon.com | Prime Video | Shop deals before they're gone

# QILE XIANGBAO-US

QILE XIANGBAO-US storefront

★★★★☆ **67% positive** lifetime (3 total ratings)

QILE XIANGBAO-US is committed to providing each customer with the highest standard of customer service.

Have a question for QILE XIANGBAO-US?

**Ask a question**

## Detailed Seller Information

**Business Name:** HUIZHOUSHI HUIYANGQU QIUCHANGQILE XIANGBAOCHANG

**Business Address:**
GAOERXIAOZU QIUCHANGGAOLINGCUN
HUIYANGQU HUIZHOUSHI
CHINA
516200
CN



Feedback | Returns & Refunds | Shipping | Policies | Help | Products

★★☆☆☆ "Not a good hat poor quality"
By Dameron N. Buchanan on February 15, 2019.

★★★★★ "Case arrived ahead of schedule and in perfect condition. Lovely. Thank you."
By Juls on December 2, 2018.

★★★★★ "This was for my grandson and he loves it."
By Beverly L. Hiatt on September 18, 2018.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | - | - | 67% |
| Neutral | - | - | - | 0% |
| Negative | - | - | - | 33% |
| Count | 0 | 0 | 0 | 3 |

Leave seller feedback | Tell us what you think about this page



## Deals in magazine subscriptions

Page 1 of 8

Reader's Digest
Print Magazine
★★★★☆ 8,604
$8.00

National Geographic Kids
Print Magazine
★★★★☆ 6,454
$15.00

Real Simple
Print Magazine
★★★★☆ 31
$5.00

Real Simple
Print Magazine
★★★★☆ 6,949
$10.00

Reader's Digest
Print Magazine
★★★★☆ 60
$5.00

## Best sellers in Kindle eBooks

Page 1 of 7

A Time for Mercy (Jake Brigance Book 3)
› John Grisham
Kindle Edition
★★★★☆ 1,475
$14.99

If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
Kindle Edition
★★★★☆ 17,067
$4.99

The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
Kindle Edition
★★★★☆ 4,114
$4.99

I Promise You: Stand-Alone College Sports...
› Ilsa Madden-Mills
Kindle Edition
★★★★☆ 586
$2.99

The One Love Collection
› Lauren Blakely
Kindle Edition
★★★★★ 1
$0.99

## Your Browsing History    View or edit your browsing history ›

Page 1 of 2

  

**amazon**.com

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from QILE XIANGBAO-US**   (Learn more)

Shipping to: ▮▮ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825
United States

- **XIANGBAO QI LE Motorbike Handguards Handlebar Hand Guards
  Motorcycle Motocross Dirt Pit Bike Off Road for KTM CRF YZF KXF RMZ
  ATV EXC Supermoto (Color : Black 22mm)**
  $66.48 - Quantity: 1
  Sold by: QILE XIANGBAO-US

Change quantities or delete

### Choose a delivery option:

⦿ **Thursday, Nov. 19 - Friday, Dec. 11**
$4.76 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   **PLACE ORDER**

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change
■ ■
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ■

Add delivery instructions

**Payment method** Change
■ ending in ■

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code   Apply

**Order Summary**
Items:   $66.48
Shipping & handling:   $4.76

Total before tax:   $71.24
Estimated tax to be collected:*   $4.16

**Order total:**   **$75.40**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

FREE DELIVERY ■ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery: Nov. 19, 2020 - Dec. 11, 2020**

XIANGBAO QI LE Motorbike Handguards Handlebar Hand Guards Motorcycle Motocross Dirt Pit Bike Off Road for KTM CRF YZF KXF RMZ ATV EXC Supermoto (Color : Black 22mm)
**$66.48**
Quantity: 1 Change
Sold by: QILE XIANGBAO-US
Gift options not available.

**Choose a delivery option:**
◉ **Thursday, Nov. 19 - Friday, Dec. 11**
$4.76 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06677-Document-filed 11/10/21-Page 61 of 498 PageID # 2231

≡ **amazon**

All ▾ | KTM | 🔍

Hello, Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bolingbrook 60440 | Holiday Deals | Gift Cards | Browsing History ▾ | Customer Service | [ ]'s Amazon.com | Prime Video | Shop today's epic deals now

audible✧ Now included: new podcasts, originals, and more | Start your free trial

‹ Back to results



Roll over image to zoom in

   

### XIANGBAO QI LE Motorcycle Dirt Bike Handlebar Handguards Hand Guard Fat Bar 22mm & 28mm Brush Guard for KTM SX EXC ATV CRF250 YZF KLX KDX (Color : Red)

Brand: XIANGBAO

Price: **$72.02** + $4.76 shipping

Get $50 off instantly: Pay $22.02 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

Color: **Red**

- Solid Aluminum insert with vivid color plastic shield for maximum protection
- with enough room for brake cables and other devices
- Efficiently protect hands while driving your motorcycle
- Reduce hand/finger fatigue,ensure greater motorcycle handling
- Material: Robust plastic+ Billet aluminum inside stem

🗨 Report incorrect product information.



**$72.02**
+ $4.76 shipping

Arrives: **Nov 19 - Dec 11**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

[ **Add to Cart** ]

[ ▶ **Buy Now** ]

🔒 Secure transaction

Ships from ... QILE XIANGBAO-US
Sold by ... QILE XIANGBAO-US

📍 Deliver to Bolingbrook 60440

[ Add to List ]

[ Add to Wedding Registry ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

### Inspired by your recent shopping trends
Page 1 of 7

‹      ›

7/8"22mm and 1 1/8"28mm Handguards Universal Hand Guards Brush Bar For off Road...
⭐⭐⭐½☆ 119
$10.99

Handguards Hand Guards Guard Handguard - Universal 7/8 inches 22mm and...
⭐⭐⭐⭐☆ 99
$28.99

Motorcycle Handlebar 7/8 inch 1 1/8 inches HandGuards Hand Guards For HONDA...
⭐⭐⭐⭐☆ 62
$15.99

JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar for off Road...
⭐⭐⭐⭐☆ 733
**#1 Best Seller** in Powersports Handguards
$19.99

JFG RACING Black Handguards Universal Hand Guards Brush Bar For off Road ATV...
⭐⭐⭐½☆ 335
$10.99

---

### You might also like
Page 1 of 14

Sponsored ⓘ

‹       ›

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
⭐⭐⭐⭐½ 3
$47.99

KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
⭐⭐⭐⭐☆ 44
$21.99 ✓prime

KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
⭐⭐⭐⭐½ 17
$29.99

KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
⭐⭐⭐⭐½ 12
$31.49

KTM Fle Brembo 787029
⭐⭐⭐
$101.



‹ Back to results





### XIANGBAO QI LE Motorcycle Dirt Bike Handlebar Handguards Hand Guard Fat Bar 22mm & 28mm Brush Guard for KTM SX EXC ATV CRF250 YZF KLX KDX (Color : Red)

Brand: XIANGBAO

Price: **$76.02** + $5.21 shipping

Get $50 off instantly: Pay $26.02 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

Color: **Red**

- Solid Aluminum insert with vivid color plastic shield for maximum protection
- with enough room for brake cables and other devices
- Efficiently protect hands while driving your motorcycle
- Reduce hand/finger fatigue,ensure greater motorcycle handling

▭ Report incorrect product information.

**$76.02**
+ $5.21 shipping

Arrives: **Nov 19 - Dec 11**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... QILE XIANGBAO-US
Sold by ... QILE XIANGBAO-US

⊙ Deliver to Bollingbrook 60440

Add to List

Add to Wedding Registry

Share ✉ f 𝕏 📌

Have one to sell?

Sell on Amazon

Roll over image to zoom in

    

### You might also like

Page 1 of 16

Sponsored ⓘ

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99

KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99

KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 ✓prime

KTM 2010 SX X EXC-
$29

### Related products from Our Brands



Page 1 of 3





Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake

### GHJU - Motorcycle Brake Clutch Levers Handle for KTM 250 EXC F 2003-2005 (Color : Black),Colour:Gold qingqiao (Color : Red)

Brand: GHJU

Price: **$48.08**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021

Color: **Red**

| | | |
|---|---|---|
| $48.08 | $48.08 | $48.08 |
| $48.08 | $48.08 | $48.08 |
| $48.08 | | |

- Comfortable and easy control condition for your hand.
- Model name: Brake Clutch Levers
- Item type: Clutch Levers
- Quantily: 1pair
- Item Weight: 0.3kg

Report incorrect product information.

**$48.08**

FREE delivery: Nov 10 - Dec 3

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... QingQiaoShangMao
Sold by ... QingQiaoShangMao

Deliver to - Bolingbrook 60440

Add to List

Add to Wedding Registry

Share

Have one to sell?

Sell on Amazon

---

**Sponsored products related to this item**    Page 1 of 36

      

Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : 990 SuperDuke (2005-2013) ...
$48.06

Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : Super Adventure 1290 (2015...
$48.06

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★½ 3
$47.99

Throttle Handle,Brake Clutch Lever and Handle,Brake Cable and Throttle Cable, for X...
★★★★☆ 107
$21.99 prime

KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99

Brake Rotors for fi 400 EXC 2000-200 Front & Rear RipTi Brake Discs
$83.95

Ad feedback

---

**Related products from Our Brands**



Stone & Beam
*Exclusively on Amazon*

Page 1 of 3














Amazon Brand – Stone & Beam Rustic Plaid Flannel Pillowcase Set, Standard, Ivory and Cream
★★★★★ 1295
$23.08

Amazon Brand – Stone & Beam Rustic Plaid Flannel Duvet Cover Set, King, Black and White
★★★★½ 656
$91.67

Amazon Brand – Stone & Beam Rustic Solid 100% Cotton Flannel Bed Sheet Set, Twin, Toast
★★★★½ 623
$51.49

Amazon Brand – Stone & Beam Modern Ceramic Floral Embossed Decorative Planter Flower Pot, 7.4"H, Blue
★★★★½ 534
$44.65

Amazon Brand – Stone & Beam Mid-Century Patterned Planter, 10.53"H, Coral Pink
★★★★½ 470
$54.35

Amazon Brand – S Beam Classic Egyp Cotton Bathroom Set, Set of 3, Rose
★★★★½ 442
$34.81

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $48.08**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** **Apply now**

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product description

Color:**Red**

Precision machined pivot bore to ensure a perfect fit. Good brake performance, increase riding security ，Enhance the look of your motorcycle, makes your motorcycle to be eye-catching.
This Kind of CNC Pivot Levers is totally designed for the dirt bikes, Its flexible movable designed levers can perfectly protecting your bikes from most damage in crashing.
3-finger designed levers fit mostly people, its CNC surface levers are smoothly and make you feel more comfortable.
It is very popular by people who loves modifying motorcycles.
Brand new and very easy installation.
Awesome appearance, this levers obviously giving your bike extremely cool modifications!
Specification:
Top quality T6065-T6 aluminum CNC Machined
Color:As Picture
Package including brake lever and clutch lever (1 pair)
Levers: 3 fingers
Lever to fold outward to prevent breakage in the event of a crash
Automatic lever position restoration provides quick recovery from the crash
Ultra precision machine cut for super light weight construction, high precision and quality.
Very Smooth Movement
Direct replacement for stock levers. No modification!
Ordering Instructions:
Step 1: Please make sure that the model and the year of your bike,and if your bike has the OEM original brake cylinder and clutch perch.
we ship it the levers just as our listing, if you need other model, please contact us and let us know that.
(Please don't compare it your levers with our pictures, sometimes the pictures are not the same model as the tittle, just buy it according to the title)

---

### Product information

Color:**Red**

| | |
|---|---|
| Item Weight | 0.035 ounces |
| Manufacturer | qingqiaoshangmao |
| ASIN | B08HYM5CFF |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

# Videos

**Videos for related products**



0:29

Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever

GOOFIT



0:29

WOOSTAR- How to install a Clutch Brake Bump Lever Assembly for…

WOOSTAR DIRECT US



0:28

7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir…

Feiteplus



0:29

Clutch Brake Lever for 110cc 125cc 140cc TTR 125cc SSR

HIAORS

Upload your video

---

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

# Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

---

## Deals in magazine subscriptions



**National Geographic Kids**
⭐⭐⭐⭐½ 6,384
Print Magazine
$15.00



**Martha Stewart Living**
⭐⭐⭐⭐½ 35
Print Magazine
$3.00



**Bon Appetit**
⭐⭐⭐⭐½ 12
Print Magazine
$5.00



**Foreign Affairs**
⭐⭐⭐⭐½ 400
Print Magazine
$39.95



**Do it Yourself**
⭐⭐⭐⭐☆ 14
Print Magazine
$3.00

## Best sellers in Kindle eBooks











**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐⭐⭐⭐ 855
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
⭐⭐⭐⭐ 16,836
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
⭐⭐⭐⭐ 3,491
Kindle Edition
$4.99

**My Dear Hamilton: A Novel of Eliza Schuyler...**
› Stephanie Dray
⭐⭐⭐⭐ 3,028
Kindle Edition
$2.99

**Spellbreaker**
› Charlie N. Holmberg
⭐⭐⭐⭐ 1,859
Kindle Edition
$4.99

---

**Your Browsing History**    View or edit your browsing history ›                                        Page 1 of 2











---

Back to top

## Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

## Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



10/21/2020

1-16 of 19 results for **QingQiaoShangMao** : **"KTM"**

Sort by: Featured ▼

**Brand**
GHJU



GHJU - Motorcycle Brake Clutch Levers Handle for KTM 250 EXC F 2003-2005 (Color : Black),Colour:Gold qingqiao (Color : Red)

$48⁰⁸

FREE Shipping



GHJU - Motorcycle CNC Motorcycle Brake Clutch Levers Adjustable Racing for KTM 250 Duke 2017 2018 (Color :...

$95²⁰

FREE Shipping



GHJU - CNC Motorcycle Adjustable Brake Clutch Levers Handle for KTM 690SMC R 2012 2013 (Color : E with Logo),Colour:R wit...

$75⁸⁶

FREE Shipping



GHJU - CNC Motorcycle Pivot Brake Clutch Levers for KTM 500EXC 2012-2016 (Color : Silver),Colour:Green qingqiao (Color...

$53⁹⁸

FREE Shipping



- Motorcycle 7/8" 22mm Handlebar Grips Guard Brake Clutch Levers Guard Protector for KTM 990SMR 2009-2013 (Color :...

$58¹⁸

FREE Shipping



GHJU - Motorcycle CNC Motorcycle Brake Clutch Levers Adjustable Racing for KTM 200 Duke 2012-2019 (Color :...

$95²⁰

FREE Shipping



– CNC Motocross Aluminum Dirt Bike Pit Bike Pivot Handle Lever Brake Clutch Levers for KTM 200EXC 2009-2013 (Color :...

$81$^{19}$

FREE Shipping



GHJU – Adjustable Racing Motorcycle Brake Clutch Levers Motorcycle Accessories for KTM RC390 2013-2016 (Color :...

$120$^{59}$

FREE Shipping



GHJU – CNC Aluminum Adjustable Racing Motorcycle Brake Clutch Levers Motorcycle Accessories for KTM 790 Duke 2018...

$118$^{61}$

FREE Shipping



– Motorcycle Universal Handlebar Grips Guard Brake Clutch Levers Guard Protector for KTM RC390 2014-2018 (Color :...

$73$^{86}$

FREE Shipping



GHJU – Motorcycle Brake Clutch Lever Dirt Bike Pivot Lever for KTM 500 EXC F 2014-2018 (Color : Orange),Colour:Gray qingqia...

$54$^{08}$

FREE Shipping



GHJU – CNC Motorcycle Adjustable Brake Clutch Levers Handle for KTM 990 Adventure 2006-2013 (Color : A with Logo),Colour:...

$76$^{55}$

FREE Shipping



GHJU – CNC Motorcycle Pivot Brake Clutch Levers Dirt Bike Motocross for KTM 505 SXF 2008 (Color : Silver),Colour:Silver...

$54$^{62}$

FREE Shipping



GHJU - CNC Dirt Bike Pivot Brake Clutch Levers New Motorcycle Aluminum Levers Parts Accessories for KTM 400EXC 2009-2011...

$86$^{97}$

FREE Shipping



- Motorcycle Brake Clutch Levers Handle for KTM 300EXC 2006-2013 (Color : Gold),Colour:Bule qingqiao (Color : Green)

$50$^{70}$

FREE Shipping



GHJU - Motorcycle Brake Clutch Levers Handle for KTM 400EXC R 2005-2008 (Color : Bule),Colour:Black qingqiao (Color : Orange)

$48$^{93}$

FREE Shipping

← Previous · 1 · 2 · Next →

## Need help?

Visit the help section or contact us

## Sponsored products related to this search  What's this? ⌄



Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 517
$43.77



RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★½ 3,374
$29.97



Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 123
$74.77



PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure...
★★★★½ 43
$49.95



MUBIN Cotton Buffalo Plaid Rug Black/White Check Rugs 27.5 x 43 Inches Hand-Woven...
★★★★½ 1,256
$28.99

## Deals in magazine subscriptions





HGTV Magazine



Martha Stewart Living



Food Network Magazine



Seasoned Magazine



# QingQiaoShangMao

QingQiaoShangMao storefront
Just launched  No feedback yet
QingQiaoShangMao is committed to providing each customer with the highest standard of customer service.

Have a question for
QingQiaoShangMao?

Ask a question

## Detailed Seller Information

**Business Name:**zhengzhouqingqiaoshangmaoyouxiangongsi
**Business Address:**

songyangjiedaoshaoshilu502hao
zhengzhoushidengfengshi
henansheng
450000
CN

| Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact QingQiaoShangMao to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback  |  Tell us what you think about this page

## Deals in magazine subscriptions

Page 1 of 10




**Good Housekeeping**
★★★★☆ 27
Print Magazine
$6.00


**Taste of Home**
★★★★☆ 3,489
Print Magazine
$8.00


**National Geographic Kids**
★★★★☆ 6,384
Print Magazine
$15.00


**Highlights for Children**
★★★★☆ 2,017
Print Magazine
$29.99



## Inspired by your browsing history

Page 1 of 2




**Motion Pro 08-0471 Bead Buddy II**
★★★★☆ 561
$16.79


**Speedo Angels Sakt111 Dashboard Screen Protector for KTM 790 Adventure (2019+), 1 x...**
★★★★☆ 11
$13.99


**Grip Puppy Comfort Grips - The Original and the Best!**
★★★★☆ 1,771
$19.99


**7/8" Universal Motorcycle Black Left Clutch Brake Handle Lever Perch For Honda CRF XR 80 100...**
★★★★☆ 329
$9.89



**Your Browsing History**  View or edit your browsing history ›

Page 1 of 3

  

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

<div style="text-align:right">[ Continue ]</div>

---

## Shipment 1 of 1

### Shipping from QingQiaoShangMao   (Learn more)

Shipping to: ■ ■ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825
United States

- **GHJU - Motorcycle Brake Clutch Levers Handle for KTM 250 EXC F 2003-2005 (Color : Black),Colour:Gold qingqiao (Color : Red)**
  $48.08 - Quantity: 1
  Sold by: QingQiaoShangMao

Change quantities or delete

### Choose a delivery option:

◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
FREE Shipping

---

<div style="text-align:right">[ Continue ]</div>

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | **PLACE ORDER**

## Review your order

(i) Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change
▮
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ▮
Add delivery instructions

**Payment method** Change
▮ ending in ▮

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[ Enter Code ]  [ Apply ]

**FREE** DELIVERY ▮ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery:  Nov. 10, 2020 - Dec. 3, 2020**

GHJU - Motorcycle Brake Clutch Levers Handle for KTM 250 EXC F 2003-2005 (Color : Black),Colour:Gold qingqiao (Color : Red)
**$48.08**
Quantity: 1 Change
Sold by: QingQiaoShangMao
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
FREE Shipping

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items: $48.08
Shipping & handling: $0.00

Total before tax: $48.08
Estimated tax to be collected:* $3.01

**Order total:** **$51.09**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



## GHJU - Motorcycle CNC Motorcycle Brake Clutch Levers Adjustable Racing for KTM 250 Duke 2017 2018 (Color : GLSLGLSL),Colour:Buslbusl qingqiao (Color : Orslorsl)

Brand: GHJU

Price: **$95.20**

Get $50 off instantly: Pay $45.20 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021

Color: **Orslorsl**

| | | |
|---|---|---|
| $95.20 | $95.20 | $95.20 |
| $95.20 | $95.20 | **$95.20** |
| $95.20 | | |

- Name: Motorcycle brake clutch levers
- Item Weight: 350g
- Material Type: CNC Aluminum
- Special Features: Adjustable Folding Extendable
- Quantity: One Pair

Report incorrect product information.

**$95.20**

FREE delivery: **Nov 10 - Dec 3**

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

Secure transaction

Ships from ... QingQiaoShangMao
Sold by ... QingQiaoShangMao

Deliver to - Bolingbrook 60440

Add to List

Add to Wedding Registry

Share

Have one to sell?

Sell on Amazon

---

### Sponsored products related to this item

Page 1 of 16



| KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | KTM Clutch Lever (Orange) Brembo OEM: 7800293120004 | KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404 | Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | KTM Racing Chain Guide (Orange) OEM 7810497000004 | KTM/FMF Stainles Megabomb Heade SX-F/XC-F 2018-2 OEM: 7950590750 |
|---|---|---|---|---|---|
| ★★★★☆ 3 | ★★★★☆ 5 | ★★★★★ 1 | ★★★★☆ 43 | ★★★★★ 2 | |
| $47.99 | $29.99 | $101.99 | $21.99 ✓prime | $98.99 | $299.99 |

Ad feedback 

---

### Related products from Our Brands

10/21/2020 Amazon.com: GHJU - CNC Motorcycle Adjustable Brake Clutch Levers Handle for KTM 690SMC R 2012 2013 (Color : E with Logo),Colour:R with Logo qingqiao (Color : Q with Logo)

Case 1:20-cv-06677 Document #: 15 Filed 11/30/20 Page 74 of 498 PageID #:2344



audible Now included: new podcasts, originals, and more  Start your free trial

‹ Back to results



Click image to open expanded view



## GHJU - CNC Motorcycle Adjustable Brake Clutch Levers Handle for KTM 690SMC R 2012 2013 (Color : E with Logo),Colour:R with Logo qingqiao (Color : Q with Logo)

Brand: GHJU

---

Price: **$75.86**

Get $50 off instantly: Pay $25.86 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021

Color: **Q With Logo**

     

- Comfortable and easy control condition for your hand.
- Product Name: Motorcycle brake clutch levers
- Features: Adjustable Extendable Folding
- Item Type: Ropes & Cables
- Color combination: AS the picture shows

Report incorrect product information.

**$75.86**

FREE delivery: Nov 10 - Dec 3

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... QingQiaoShangMao
Sold by ... QingQiaoShangMao

Deliver to - Bolingbrook 60440

Add to List

Add to Wedding Registry

Share

Have one to sell?

Sell on Amazon

---

## Sponsored products related to this item

Page 1 of 16



KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99

KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99

KTM Clutch Lever (Orange) Brembo OEM: 7800293120004
★★★★☆ 5
$29.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime

2012 2013 2014 fits KTM 350 EXC-F 14 Tooth Front Sprocket
★★★★★ 1
$18.95

Brake Rotors for fi 400 EXC 2000-200 Front & Rear RipTi Brake Discs
$83.85

Ad feedback

## Related products from Our Brands

Stone & Beam

*Exclusively on Amazon*

Page 1 of 3

10/19/2020    Amazon.com: Universal 12V 35W Motorcycle Supermoto Halogen Headlight Indicator Fairing Lampshade for KTM IC4 620... XR Dirt Bike Motor Black: Automotive

Case 1:20-cv-06677 Document 1-5 Filed 11/10/20 Page 75 of 498 PageID #: 2245

‹ Back to results





Roll over image to zoom in

## Universal 12V 35W Motorcycle Supermoto Halogen Headlight Indicator Fairing Lampshade for KTM IC4 620 KTM EXC RM RMZ XR Dirt Bike Motor Black

Brand: Qiufadong

★★★☆☆   10 ratings

**Amazon's Choice** for "ktm headlight"

Price: **$24.99** & FREE Shipping on orders over $25.00 shipped by Amazon.
Details & FREE Returns

Coupon ☐ Save an extra 5% when you apply this coupon.
Details

Get $60 off instantly: Pay $0.00 upon approval of the Amazon.com Store Card.

Extended holiday return window till Jan 31, 2021 ⌄

- 180 days warranty and 100% money back guarantee if not satisfied.
- Light bulb type: S2 12V 35W,dual light with high/low position.
- Mounting hole diameter: maximum: 270MM, minimum: 160MM.
- Fit for: all dual sport motorcycle dirt bike street fighter naked motorcycle KTM IC4 620 EXC RM RMZ XR ATV RM RMZ XR ATV Pit Bike Motorcycle.

› See more product details

ⓘ Compare with similar items

⚠ Report incorrect product information.

**$24.99**
& FREE Shipping on orders over $25.00 shipped by Amazon.
Details ⌄ & FREE Returns ⌄

Arrives: **Saturday, Oct 24**
Details

Fastest delivery: **Tuesday, Oct 20**
Order within 3 hrs and 41 mins
Details

**In Stock.**

Qty: 1 ⌄


Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by ...   Qiu Fa Dong Motor
Packaging ...   Shows what's inside....

Details

**prime**
We're giving you a 30-day
**FREE trial of Prime**
Try Prime and start saving
today with **Fast, FREE Delivery**

 Add gift options

Deliver to   Oak Park 60302

 Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

### Frequently bought together

 + 

Total price: **$43.98**

Add both to Cart

Add both to List

☑ This item: Universal 12V 35W Motorcycle Supermoto Halogen Headlight Indicator Fairing Lampshade for KTM IC4 620... $24.99
☑ CICMOD Rear Fender Mount Red LED Tail Light Brake Lamp Turn Signals License Plate Light for Custom... $18.99

### Exclusive items from our brands

Page 1 of 6







CLEO Plastic Fender Fairing Body Work Kit Set , Plastic Body Fender Kit 7 piece for CRF50...
★★★★☆ 72
$29.99

AmazonBasics Motorcycle Saddle Bags
★★★★☆ 56
$78.24
Only 19 left in stock - orde...

AmazonBasics Premium Waterproof Winter Plus Performance Gloves, Black, L
★★★★☆ 121
$19.42

Motorcycle, Bicycle, Scooter Phone Mount - Reliable Handlebar Phone Holder for Any...
★★★★☆ 467
$15.95

AmazonBasics Motorbike Powersports Racing Gloves - XX-Large, Red
★★★★☆ 1,233
$11.99

### Customers who viewed this item also viewed

Page 1 of 7













GOOFIT Black 12V 35W Motorcycle Halogen Headlight Indicator Fairing Lampshade for...
★★★★☆ 22
$23.99

JFG RACING White Universal Headlight Head Lamp Light Fairing Street Fighter Mask...
★★★★☆ 139
$20.99

H4 12V 35W Universal Modified Headlight Head Lamp For Motorcycle Dirt Pit Bike (Black)
★★★★☆ 23
$27.99

Universal Headlight Head Lamp Light Fairing Street Fighter Mask Day Running Light Turn...
★★★★☆ 34
$20.99

Universal Headlights Headlamp StreetFighter for Kawasaki KX125 KX250 KXF250...
★★★★☆ 15
$29.99

Universal 12V 35W Motorcycle Supermoto Halogen Headlight Indicator Fairing...
★★★★☆ 9
$23.88
Only 8 left in stock - order...

### Compare with similar items



| | **This item** Universal 12V 35W Motorcycle Supermoto Halogen Headlight Indicator Fairing Lampshade for KTM IC4 620 KTM EXC RM RMZ XR Dirt Bike Motor Black | JFG RACING White Universal Headlight Head Lamp Light Fairing Street Fighter Mask Day Running Light For For Honda Yamaha Suzuki Kawasaki | JFG RACING Dual 5W LED Bulbs 12V Universal Modified Headlight Head Lamp For Motorcycle Dirt Pit Bike - White | Universal 12V 35W Motorcycle 2017 Halogen Headlight Indicator Fairing Lampshade for Dirt Pit Bike Motocross Honda Yamaha Suzuki Kawasaki KTM (White) |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (10) | ★★★★☆ (139) | ★★★☆☆ (36) | ★★★★☆ (34) |
| Price | $24⁹⁹ | $20⁹⁹ | $35⁹⁹ | $17⁴⁷ |
| Sold By | Qiu Fa Dong Motor | JFG RACING | JFG RACING | Amazon Warehouse |

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $24.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product information

#### Technical Details

| Manufacturer | Qiufadong |
|---|---|
| Brand | Qiufadong |
| Item Weight | 1.98 pounds |
| Package Dimensions | 13.35 x 12.76 x 5.43 inches |
| Manufacturer Part Number | QC049 |

#### Additional Information

| ASIN | B07VY16B9P |
|---|---|
| Customer Reviews | ★★★★☆ ▾   10 ratings<br>4.1 out of 5 stars |
| Best Sellers Rank | #218,066 in Automotive (See Top 100 in Automotive)<br>#179 in Powersports Headlight Bulbs & Assemblies<br>#4,059 in Automotive Light Bulbs |
| Date First Available | August 3, 2019 |

#### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

#### Feedback

Would you like to **tell us about a lower price?** ▾

### Related video shorts (0)   Upload your video



**Be the first video**
Your name here

---

### Product description

Color:Black

Universal 12V 35W Motorcycle Supermoto Halogen Headlight Indicator Fairing Lampshade for Dirt Bike Motor

Package includes:
As shows in the main picture

About Parts Quality and After-sale Services:
To guarantee 100% customers' satisfaction, we accept unconditional return service and 180 days warranty for all parts. Please contact with us if there's any quality or other problem. We promise that you will never lose even one buck with our assistance.

10/19/2020     Amazon.com: Universal Motorcycle Supermoto Headlight Indicator Fairing Lampshade for KTM XR Dirt Bike Motor Black: Automotive

Case 1:20-cv-06675-Document #: 1-5 Filed 11/16/20 Page 77 of 498 PageID #: 2347

## Products related to this item

Sponsored 

Page 1 of 44

     

Universal 12V 35W Motorcycle 2017 Headlight Indicator Fairing Lampshade...
★★★★☆ 34
$19.99 ✓prime

JFG RACING S2 12V 35W Universal Motorcycle Headlight Head Lamp Led Lights For For H...
★★★★☆ 67
$26.99

JFG RACING S2 12V 35W Universal Motorcycle Headlight Dual Lights Head Lamp Led Ligh...
★★★☆☆ 26
$25.99

JFG RACING Dual 5W LED Bulbs 12V Universal Modified Headlight Head Lamp For SX EXC ...
★★★☆☆ 36
$39.99

JFG RACING White Universal Headlight Head Lamp Light Fairing Street Fighter Mask Da...
★★★★☆ 139
$20.99

GOOFIT Black 12V 35W Motorcycle Halogen Headlight Indicator Fairing Lampshade for...
★★★★☆ 22
$23.99 ✓prime

## Products related to this item

Sponsored

Page 1 of 39

     

JFG RACING S2 12V 35W Universal Motorcycle Headlight Head Lamp Led Lights For Dirt ...
★★★★☆ 67
$35.99

JFG RACING H4 12V 35W Universal Headlight Head Lamp For Motorcycle Dirt Pit...
★★★★☆ 42
$29.99

JFG RACING Blue H4 12V 35W Universal Modified Headlight Head Lamp For Yamaha YZ125 ...
★★★★☆ 2
$35.99

JFG RACING Dual 5W LED Bulbs 12V Universal Modified Headlight Head Lamp For SX EXC ...
★★★☆☆ 36
$39.99

JFG RACING White Universal Headlight Head Lamp Light Fairing Street Fighter Mask Da...
★★★★☆ 139
$20.99

GOOFIT Black 12V 35W Motorcycle Halogen Headlight Indicator Fairing Lampshade for...
★★★★☆ 22
$23.99 ✓prime

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0 votes
▼

**Question:** Is this compatible with a drz400sm?

**Answer:** Yes, but you will have to move things around wires flasher relay. I had to remove the OEM headlight brackets for this to fit which is quite involved but manageable. I also changed the bulb that came with this to an h4 bulb from Walmart. The bulb in this was headlight was weak. Hope that answered your question.

By Clemson on March 29, 2020

˅ See more answers (2)

▲
0 votes
▼

**Question:** Has anyone who's used this needed to upgrade the stator or anything?

**Answer:** There's no upgrade needed for dirt bike with electric start motor. You have to upgrade magneto stator and rectifier if your engine is only with kick start pedal.

By Qiu Fa Dong Motor **SELLER** on November 20, 2019

## Customer reviews

★★★★☆ 4.1 out of 5

10 global ratings

| | |
|---|---|
| 5 star | 53% |
| 4 star | 21% |
| 3 star | 13% |
| 2 star | 13% |
| 1 star | 0% |

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

Top reviews ⌄

**Top review from the United States**

⬤ Amazon Customer

★★☆☆☆ **Buy something else**

Reviewed in the United States on July 26, 2020

Verified Purchase

Highbeam and lowbeam didn't work. Only thing that did was the foglight.

Helpful    Comment    Report abuse

See all reviews ›



13 results for Qiu Fa Dong Motor : "ktm"

**Brand**
Qiufadong
MTATCN



Universal 12V 35W Motorcycle Supermoto Halogen Headlight Indicator Fairing Lampshade for KTM IC4 620 KTM EXC RM RMZ XR Dirt Bike Moto...
★★★★☆ ⌄ 10
$24.99
Save 5% with coupon
Get it as soon as Tue, Oct 20
FREE Shipping on orders over $25 shipped by Amazon



Universal 12V 35W Motorcycle Supermoto Halogen Headlight Indicator Fairing Lampshade for Dirt Bike Motor White
★★★★☆ ⌄ 9
$23.88
Get it as soon as Tue, Oct 20
FREE Shipping on orders over $25 shipped by Amazon
Only 8 left in stock - order soon.



Carburetor Air Filter Assembly Compatible with 2 Stroke 47cc 49cc Mini Pocket Bike Quad Chopper ATV Yellow
★★★★★ ⌄ 5
$27.99
Save 5% with coupon
Get it as soon as Wed, Oct 21
FREE Shipping by Amazon



Rear Hydraulic Caliper Brake Master Cylinder Assembly for 70cc 110cc 125cc 150cc ATV Quad
★★★★☆ ⌄ 3
$32.99
Get it as soon as Tue, Oct 20
FREE Shipping by Amazon



7/8" Handlebar Turn Signal Light & Horn Switch Button
★★★☆☆ ⌄ 6
$9.22 $9.88
Get it as soon as Tue, Oct 20
FREE Shipping on orders over $25 shipped by Amazon



27mm Flywheel Stator Magneto Puller Compatible with GY6 125cc 150cc Scooter ATV Dirt Bike
★★★★☆ ⌄ 5
$11.66
Save 5% with coupon
Get it as soon as Tue, Oct 20
FREE Shipping on orders over $25 shipped by Amazon
Only 17 left in stock - order soon.

Right Hand Hydraulic Brake Master Cylinder Brake Lever for 50cc 70cc 90cc 110cc 125cc 150cc 200cc 250cc Taotao Kazuma Eton Baja SSR ATV...
★★★★☆ ⌄ 7
$16.72
Get it as soon as Tue, Oct 20
FREE Shipping on orders over $25 shipped by Amazon

10/19/2020



**Hydraulic Brake Master Cylinder Brake Lever Handle with Cable for 50cc 70cc 90cc 110cc 125cc 150cc Chinese ATV Quad**

★★★★½ ˅ 10

$23⁹⁹

Save 5% with coupon

Get it as soon as **Tue, Oct 20**

FREE Shipping on orders over $25 shipped by Amazon

---



**Left Hydraulic Brake Master Cylinder Caliper for Chinese 50cc 70cc 90cc 110cc 125cc 150cc 200cc 250cc Taotao Sunl ATV Quad**

★★★★☆ ˅ 17

$30⁶⁶

Get it as soon as **Tue, Oct 20**

FREE Shipping by Amazon

---



**Tubing Red Carburetor/fuel Vent Line with Filter Clips for ATV Dirt Bike Go Kart Moped Pocket Bike**

★★★★☆ ˅ 18

$7⁹⁹

Get it as soon as **Tue, Oct 20**

FREE Shipping on orders over $25 shipped by Amazon

---



**4 Wires Ignition Switch Key Set with Dust Cap for 50cc 70cc 90cc 110cc 125cc 150cc 200cc 250cc TaoTao SUNL ATV Dirt Bike Electric Scooter**

★★★★★ ˅ 4

$7⁸⁸

Get it as soon as **Wed, Oct 21**

FREE Shipping on orders over $25 shipped by Amazon

---



Best Seller



**Rear Brake Master Cylinder Caliper Assembly for 50cc 70cc 90cc 110cc 125cc Chinese ATV Quad Taotao Boulder B1 Coolster 3050HD**

★★★★☆ ˅ 96

$27⁶⁶

Get it as soon as **Tue, Oct 20**

FREE Shipping by Amazon

---



**Compatible with Rear Brake Fluid Reservoir Oil Cup Plastic Universal**

★★★★★ ˅ 6

$7⁹⁹

Save 5% with coupon

Get it as soon as **Tue, Oct 20**

FREE Shipping on orders over $25 shipped by Amazon

---

## Need help?

Visit the help section or contact us

---

**Best sellers in Kindle eBooks**

Page 1 of 5



# Qiu Fa Dong Motor

Qiu Fa Dong Motor storefront

★★★★½ | **96% positive** in the last 12 months (94 ratings)

Qiu Fa Dong Motor is committed to providing each customer with the highest standard of customer service.

Have a question for Qiu Fa Dong Motor?

[Ask a question]

## Detailed Seller Information

**Business Name:** Yi Wu Shi Qiu Fa Dong Mao Yi You Xian Gong Si
**Business Address:**
bei yuan jie dao liu qing liu qu 79 dong 2 dan yuan 203 shi
yiwu
zhejiang
322099
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
| --- | --- | --- | --- | --- | --- | --- |

★★★★★ " great "
By Bill on May 13, 2020.

★★★★★ " Fits nicely. Thanks! "
By guillermo velez on May 4, 2020.

★☆☆☆☆ " didnt fit ,,,,,,didnt come close to what was posted .......dont waste your money "
By kevin h. on April 23, 2020.

★★★★★ " as advertised "
By Gary Baker on April 5, 2020.

★★★★★ " Perfect! "
By Jason Fox on March 25, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
| --- | --- | --- | --- | --- |
| Positive | 100% | 97% | 96% | 96% |
| Neutral | 0% | 0% | 1% | 1% |
| Negative | 0% | 3% | 3% | 3% |
| Count | 15 | 36 | 94 | 96 |

Previous  Next

Leave seller feedback  |  Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 6

       

Care Bears New 2020 Bedtime Bear - Cuddly 16" Large Stuffed Animal - Soft & Huggable!...
★★★★☆ 86
$19.99

Care Bears Grumpy Bear 1-Ply Reusable Face Mask Covering, Unisex
★★★☆☆ 2
$9.99

Care Bears International Jumbo Plush Surprise
★★★★☆ 242
$24.99

Bendon Care Bears Jumbo Color and Activity (96 Pages, Set Of 4 Books)
★★★★☆ 77
$11.94

World's Smallest Mini Care Bears Series 2 Set of 4 Good Luck - Love-a-Lot - Tenderheart - Wish
★★★★★ 74
$22.75

Care Bears 3D Toddler Decorative Pillow
★★★★☆ 33
$11.55

Tie Dy Reusal Coveri
★★★★
$14.9

## Top subscription apps for you

Page 1 of 6

       

Disney+
Disney
★★★★☆ 379,212
$0.00

CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 96,144
$0.00

STARZ
Starz Entertainment
★★★★☆ 77,936
$0.00

Sling TV
Sling TV LLC
★★★★☆ 46,401
$0.00

SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,398
$0.00

Philo: Live & On-Demand TV
PHILO
★★★★☆ 63,715
$0.00

ABCmi
Learni
Age of
★★★★
$0.00

**Your Browsing History**  View or edit your browsing history ›

Page 1 of 2

 

SIGN IN · SHIPPING & PAYMENT · GIFT OPTIONS · PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ███ ████, 1033 SOUTH BLVD STE 200, OAK PARK, IL, 60302-2823
United States

- **Universal 12V 35W Motorcycle Supermoto Halogen Headlight Indicator Fairing Lampshade for KTM IC4 620 KTM EXC RM RMZ XR Dirt Bike Motor Black**
  $24.99 - Quantity: 1
  Sold by: Qiu Fa Dong Motor

Change quantities or delete

### Amazon Locker is available

20 pickup locations near you

**Choose a delivery option:**

> **Good news** ███, we're giving you a 30-day FREE trial of Prime

○ **Tuesday, Oct. 20**
FREE Two-Day Delivery with a free trial of 

◉ **Thursday, Oct. 22**
$5.99 - Shipping

○ **Tuesday, Oct. 20**
$9.99 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

**Shipping address** Change

▬▬▬ ▬▬▬
1033 SOUTH BLVD STE 200
OAK PARK, IL 60302-2823
United States
Phone: ▬▬▬

Add delivery instructions



Or try Amazon Locker
20 locations near this address ⌄

**Payment method** Change
VISA ending in ▬▬

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code] [Apply]

---

**prime** Time is money. Save both.
Save $5.99 on this order and get FREE Two-Day Delivery
Learn more ▸

[Try Prime FREE for 30 days ▸]
No commitments. Cancel anytime.

**Delivery: Oct. 22, 2020** If you order in the next 2 hours and 50 minutes (Details)

Universal 12V 35W Motorcycle Supermoto Halogen Headlight Indicator Fairing Lampshade for KTM IC4 620 KTM EXC RM RMZ XR Dirt Bike Motor Black
$24.99 & FREE Returns ⌄
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: Qiu Fa Dong Motor
[🎁 Add gift options]

**Choose a delivery option:**

○ **Tuesday, Oct. 20**
FREE Two-Day Delivery with your free trial of amazon prime

● **Thursday, Oct. 22**
$5.99 - Shipping

○ **Tuesday, Oct. 20**
$9.99 - Shipping

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[Ship in Amazon packaging]

---

"Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

---

**[Place your order]**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items: $24.99
Shipping & handling: $5.99

Total before tax: $30.98
Estimated tax to be collected: $1.56

**Order total:** **$32.54**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Automotive Parts & Accessories ▾    🔍   🇺🇸   Hello, Sign in / Account & Lists ▾ / Account ▾    Returns & Orders    Try Prime ▾    🛒 0 Cart

Deliver to Bolingbrook 60440    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping    **Shop deals before they're gone**

Automotive   Your Garage   Deals & Rebates   Best Sellers   Parts ▾   Accessories ▾   Tools & Equipment ▾   Car Care ▾   Motorcycle & Powersports ▾   Truck ▾   RV ▾   Tires & Wheels ▾   Vehicles

Automotive › Motorcycle & Powersports › Accessories › Luggage › Saddle Bags



Roll over image to zoom in

## RASNONE Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM MB-OT012-BK

Brand: NANA

★★★★☆   2 ratings

Price: **$14.99** & FREE Returns

Get $50 off instantly: Pay $0.00 **$14.99** upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

- 【Practical Storage】Has ample room to store tools, water cup, glasses, key or any essentials for daily life, good choice for short trips
- 【Flexible Installation】Easy & quick installation and removal, can be fasten on handlebar, sissy bar, front forks or side frame via the adjustable straps
- 【PU Leather Material】PU leather surface design features waterproof and weatherproof, Strongly stitched, reinforced leather sheet helps the bag keep in shape
- 【Durable Buckles】2 ABS quick release buckles ensure firm locking, convenient to close and take out from the fork bag
- 【Universal Fit】Universally suits most motorcycle models, but need to verify the size of bags fit your motorcycle before purchasing

› See more product details

Compare with similar items

**$14.99**
& FREE Returns ▾

**FREE delivery: Friday, Oct 30** on your first order.

Fastest delivery: **Friday, Oct 23**
Order within 21 hrs and 19 mins
Details

**Only 12 left in stock - order soon.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from     Amazon
Sold by       RASNONE

☐ Add gift options

⊙ Deliver to Bolingbrook 60440

Add to List

Share ✉ 🔗 f 🐦 📌

Have one to sell?

Sell on Amazon

## Exclusive items from our brands

Page 1 of 5

‹



Motorcycle, Bicycle, Scooter Phone Mount - Reliable Handlebar Phone Holder for Any...
★★★★☆ 468
$15.95


AmazonBasics Motorbike Powersports Racing Gloves - XX-Large, Red
★★★★½ 1,253
$11.99


CLEO 8mm white Side Mirrors for GY6 50cc 125cc 150cc 250cc Chinese Scooter...
★★★★½ 118
$14.59


AmazonBasics Folding Bike Lock, Black, 1-Pack
★★★★☆ 89
$28.59


Sanwo Security Bike Lock 4 Digit Resettable Combination Cable Lock for Bicycle, 7 feet x 1...
★★★★½ 3,045
$7.99 - $9.99

›

## Customers who viewed this item also viewed

Page 1 of 7

‹

Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar...
★★★★½ 610
$18.68

Motorcycle Fork Bag, PU Leather Handlebar Tool Pouch Sissy Bar Roll Storage Bag with 2...
★★★★½ 466
$22.99

Motorcycle Tool Bag Suitable for Harley Suzuki Kawasaki Universal Tool Bag...
★★★★½ 12
$15.99

Cynemo Motorcycle Handlebar Bag, Waterproof Synthetic PU Leather Motorcycle...
★★★★☆ 28
$15.99

Kemimoto Motorcycle Handlebar Bag with Shoulder Strap, Motorcycle Barrel Bag...
★★★★½ 25
$18.99

YHMTIVTU Motorcycle Handlebar Bag Roll Tool Bag PU Leather Saddlebags Storage...
★★★★½ 55
$15.99

›

## You might also like

Sponsored ⓘ

Page 1 of 42

‹          ›

Case 1:20-cv-06677 Document #: 15 Filed: 11/10/20 Page 84 of 498 PageID #:2254








Dowco Willie & Max 58282-20 Black Magic Series: Synthetic Leather Motorcycle Tool P...
⭐ 148
$44.12 ✓prime

Dowco Willie & Max 59591-00 Black Jack Series: Synthetic Leather Motorcycle Sissy B...
⭐ 89
$49.99 ✓prime

Dowco Willie & Max 59778-00 Synthetic Leather Swingarm Bag: Black, Fits Dual Shock ...
⭐ 282
$82.86 ✓prime

Dowco Willie & Max 59906-00 Matte Black Leather Buckle Swingarm Bag: Fits...
⭐ 116
$117.65 ✓prime

Dowco Willie & Max 58708-20 Black Magic Series: Synthetic Leather Compact Slant Mot...
⭐ 53
$138.87 ✓prime

Dowco Willie & Max 58320-00 Warrior Series: Synthetic Leather Straight Motorcycle S...
⭐ 35
$155.12 ✓prime

## Compare with similar items







**This item** RASNONE Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM MB-OT012-BK

[Add to Cart]

GFYSHIP Motorcycle Fork Bag Handlebar Bag Sissy Bar Tool Bag for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM (Brown)

[Add to Cart]

Universal Motorcycle Tool Bag, PU Leather Motorcycle Fork Bag Saddlebags Handlebar Bag Sissy Bar Storage Bag for Honda Kawasaki Suzuki Yamaha Sportster (Black)

[Add to Cart]

Sporacingrts Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM (Black)

[Add to Cart]

| | | | | |
|---|---|---|---|---|
| Customer Rating | ⭐ (2) | ⭐ (0) | ⭐ (1) | ⭐ (34) |
| Price | $14.99 | $28.00 | $18.99 | $14.99 |
| Sold By | RASNONE | motorcycle Brake Home | DIULU | TFRJNFG |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | RASNONE |
| Brand | NANA |
| Item Weight | 13.6 ounces |
| Package Dimensions | 14.02 x 6.38 x 5 inches |
| Manufacturer Part Number | SN-MB-OT012-BK |

### Additional Information

| | |
|---|---|
| ASIN | B088MCPYSQ |
| Customer Reviews | ⭐ 2 ratings   4.0 out of 5 stars |
| Best Sellers Rank | #410,486 in Automotive (See Top 100 in Automotive) #677 in Powersports Saddle Bags |
| Date First Available | May 14, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

### Videos for related products

    

| | | | | |
|---|---|---|---|---|
| 4:41 | 6:39 | 3:45 | 0:59 | |
| The 10 Best Motorcycle Panniers | AGM Rolly Motorcycle Travel Bag | Dowco Willie & Max Wsingarm Bags | Motorcycle Saddle Bag with Duffel Bag | Motorcycle Tool Ba |
| Ezvid Wiki | Merchant Video | Merchant Video | ROCKBROS EXPLORER | ISSYAUTO |

Upload your video

## Product description

★Features:
[Flexible Installation]
Easy & quick installation and removal, fasten it on different bars on your motorcycle via adjustable straps(no drilling required)

[Practical Storage]
Offers roomy space, has ample room to pack tools, water bottle or glasses or any essentials for short trips

[Durable Buckles]
Exquisite in workmanship, 2 ABS insert buckles ensure firm locking, and make it easier to store and pick.

[PU leather Material]
PU leather surface design features waterproof and weatherproof, Strongly stitched, reinforced leather sheet helps the bag keep in shape ride with no worry.

★Color: Black
★Material: PU leather with plastic quick-release buckle
★Bag size: approx 30.5cm(12")*9cm(3.5")*12cm(4.7")
leather strap: 28.5 cm(11.2") length with metal buckle

★Placement: Sissy bar, Front forks, Handlebar,Tail Rack.

★Fitment: Universally suits all motorcycle models
Please verify the size of bags fit your motorcycle before purchasing

★Package Included:
1x Motorcycle Pannier Side Saddle Bag
2x Adjustable Mounting Straps

## Customers also viewed these products

      

| Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar… | Motorcycle Fork Bag, PU Leather Handlebar Tool Pouch Sissy Bar Roll Storage Bag with 2… | Motorcycle Bags, Saddlebags with Leather Shell, Black Handlebar Bag | The Nekid Cow | Motorcycle Handlebar Bag Premium Synthetic Black PVC Leather… | Everrich Motorcycle Handlebar Bag, Motorcycle Fork Bag, Sissy Bar Storage Tool… | Motorcycle Fork Bag, Handlebar Tool Bag with Internal Zipper Pocket for Motorcycle Front… |
|---|---|---|---|---|---|
| ★★★★☆ 610 | ★★★★☆ 466 | ★★★★☆ 257 | ★★★★☆ 663 | ★★★★☆ 48 | ★★★★☆ 81 |
| $18.68 | $22.99 | $19.99 | $24.49 | $18.99 | $21.99 |
| | | | In stock on October 27, 20… | | |

## Related items to consider

Sponsored ⓘ

     

| Motorcycle 500D PVC Waterproof Reflective Tail Duffle Bag Saddle Dry Luggage Outdoo… | WSays Gloss Black Rear Tail Luggage Storage Rack Carrier Compatible with Honda Yama… | Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar … | Kuryakyn 5286 Momentum Wanderer Motorcycle Travel Luggage: Weather… | Motorcycle Saddlebags, Synthetic Leather Side Bags for Sportster Softail Dyna V-sta… | Kemimoto Motorcycle Handlebar Bag Water Resistant with Shoulder Strap, Motorcycle B… |
|---|---|---|---|---|---|
| ★★★★☆ 250 | | ★★★★☆ 610 | ★★★★☆ 19 | ★★★★☆ 65 | ★★★★☆ 18 |
| $35.99 ✓prime | $89.99 | $18.68 ✓prime | $179.99 ✓prime | $96.99 ✓prime | $28.99 ✓prime |

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★☆ 4 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | ▰▰▰ | 51% |
| 4 star | | 0% |
| 3 star | ▰▰ | 49% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

Top reviews ⌄

### Top review from the United States

 **Liz Foster**

★★★☆☆ **Better off buying a more quality product**

Reviewed in the United States on August 17, 2020

**Verified Purchase**

It works but it's very cheap and allows water to get in. I bought this to hold my amplifier for my speakers as it isn't water proof/resistant.

[ Helpful ] | Comment | Report abuse

**See all reviews ›**

## Top subscription apps for you

Page 1 of 8

‹


**Disney+**
Disney
★★★★½ 384,536
$0.00


**CBS Full Episodes and Live TV**
CBS Interactive
★★★★☆ 97,405
$0.00


**STARZ**
Starz Entertainment
★★★★☆ 79,151
$0.00


**Sling TV**
Sling TV LLC
★★★★☆ 47,052
$0.00


**SHOWTIME**
Showtime Digital Inc.
★★★★☆ 22,755
$0.00


**Philo: Live & On-Demand TV**
PHILO
★★★★☆ 64,644
$0.00

›

## Inspired by your browsing history

Page 1 of 7

‹


**KTM 6" Die-cut Decal Orange**
★★★★½ 67
$1.81


**FMF Racing 11299 Wash Plug**
★★★★½ 1,409
$11.08


**KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)**
★★★★½ 134
$21.59


**NEW KTM CORPORATE STICKER SHEET**
★★★★½ 49
$13.99


**CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...**
★★★★½ 87
$25.98


**Motorex Top Speed 4T Oil - 15W50 - 4 Liter 171-435-400**
★★★★★ 107
$47.30

›

**Your Browsing History** | View or edit your browsing history ›

Page 1 of 2

‹       ›

See personalized recommendations

[ **Sign in** ]

New customer? Start here.

### Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |

☰ **amazon**    All ▾    🔍    🇺🇸 ▾    Hello, Sign in / Account & Lists ▾ / Account ▾    Returns & Orders    Try Prime ▾    🛒 0 Cart

Deliver to Bolingbrook 60440    Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping    Shop Holiday Gift Guides

## RASNONE

RASNONE storefront
★★★★½ 81% positive in the last 12 months (16 ratings)
RASNONE is committed to providing each customer with the highest standard of customer service.

Have a question for RASNONE?
Ask a question

## Detailed Seller Information

**Business Name:** ruianshishangnengjinchukouyouxiangongsi
**Business Address:**
youdiannanlu135hao
tingtianjiedaotingliucun
Ruian
Zhejiang
325200
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |

★★★☆☆ " size of adaptors too small, would not go over hose "
By Amazon Customer on August 30, 2020.

★★☆☆☆ " I miss the staple "
By Allan Ayarza on August 28, 2020.

★★★★★ " Got it Fast . It Looked Great . Very Pleased! "
By Timothy Beebe on August 26, 2020.

★☆☆☆☆ " I did not receive my order and seller will not offer any help. Avoid this seller. Amazon please remove this seller and their products ASAP. "
By robert malone on August 22, 2020.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ " Perfect on time order! Fits just fine. Feels great! "
By Christina on August 11, 2020.

Previous   Next

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 85% | 81% | 81% |
| Neutral | 0% | 8% | 6% | 6% |
| Negative | 0% | 8% | 13% | 13% |
| Count | 3 | 13 | 16 | 16 |

Leave seller feedback  |  Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 7


FMF Racing 11299 Wash Plug
★★★★½ 1,403
$8.75


KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
★★★★½ 133
$21.59


KTM 6" Die-cut Decal Orange
★★★★½ 66
$6.80


CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
★★★★½ 87
$25.98


Motorex Top Speed 4T Oil - 15W50 - 4 Liter 171-435-400
★★★★★ 105
$47.30


NEW KTM CORPORATE STICKER SHEET
★★★★½ 49
$13.99

< >

## Top subscription apps for you


Disney+
Disney
★★★★½ 381,849
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 96,771
$0.00


STARZ
Starz Entertainment
★★★★☆ 78,534
$0.00


Sling TV
Sling TV LLC
★★★★☆ 46,727
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,586
$0.00


Philo: Live & On-Demand TV
PHILO
★★★★☆ 64,179
$0.00

Your Browsing History    View or edit your browsing history ›

See personalized recommendations
Sign in



≡  amazon

RASNONE ▾ | KTM | 🔍 | 🇺🇸 ▾   Hello, Sign in / Account & Lists ▾ / Account ▾   Returns & Orders   Try Prime ▾   🛒 0 Cart

Deliver to Bolingbrook 60440

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

1 result for **RASNONE : "KTM"**

Sort by: Featured ▾



**RASNONE Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM MB-...**

★★★★☆ ▾ 2

$14.99

Get it as soon as **Thu, Oct 22**

FREE Shipping on your first order shipped by Amazon

Only 12 left in stock - order soon.

## Need help?

Visit the help section or contact us

Sponsored ⓘ

24

Shop now

Sponsored ⓘ

## Sponsored products related to this search   What's this? ▾

Page 1 of 3

     

| Tank Straps Motorcycle Tie Down Straps (2pk) - 10,000 lb Webbing Break Strength 2" x... | Rhino USA Ratchet Straps Heavy Duty Tie Down Set, 5,208 Break Strength - (4) Heavy... | JNR Moto Sports Motorcycle Tie Downs Cam Buckle Motorcycle Straps Easier Than Retractable Ratchet... | RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)... | Tank Straps Motorcycle Tie Down Straps (4pk) - 10,000 lb Webbing Break Strength 2" x... | Waterproof Backpack Reflective 35L Motorcycle Dry Tail Duffle Gear Bag Roll... |
| ★★★★★ 514 | ★★★★★ 2,161 | 699 | ★★★★☆ 3,346 | ★★★★★ 123 | ★★★★☆ 31 |
| $43.77 | $59.97 | $21.99 | $29.97 | $74.77 | $79.99 |

## Deals in magazine subscriptions

      

| Real Simple | National Geographic Kids | Reader's Digest Large Print | Family Handyman | Do it Yourself | Bicycling |
| ★★★★☆ 28 | ★★★★★ 6,336 | ★★★★☆ 699 | ★★★★☆ 11,033 | ★★★★☆ 4,425 | ★★★★★ 6 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $5.00 | $15.00 | $15.00 | $8.00 | $5.00 | $20.00 |

## Your Browsing History    View or edit your browsing history ▸

See personalized recommendations

     

Sign in

New customer? Start here.

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You

Careers

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options

[ Continue ]

---

### Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ▇ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825 United States

- **RASNONE Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM MB-OT012-BK**
  $14.99 - Quantity: 1
  Sold by: RASNONE

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

**Good news** ▇, we're giving you a 30-day FREE trial of Prime

○ **Thursday, Oct. 22**
   FREE Two-Day Delivery with a free trial of amazon prime

○ **Tuesday, Oct. 27**
   FREE Shipping on your first order

● **Thursday, Oct. 22**
   $9.99 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

███
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone:███

Add delivery instructions



Or try Amazon Locker
20 locations near this address ⌄

**Payment method** Change

🖃 ending in ███

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ]   Apply

---

prime ███, time is money. Why not save both?
Save $9.99 on this order and get FREE Two-Day Delivery
Learn more ▸

**Try Prime FREE for 30 days** ▸
No commitments. Cancel anytime.

**Delivery: Oct. 22, 2020** If you order in the next 19 hours and 58 minutes (Details)

RASNONE Motorcycle Fork Bag Handlebar
Bag Tool Bag Saddlebags for Yamaha
Honda Sportster Softail Dyna Kawasaki
Suzuki Ducati KTM MB-OT012-BK
**$14.99** & FREE Returns ⌄
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: RASNONE

🎁 Add gift options

**Choose a delivery option:**

○ **Thursday, Oct. 22**
FREE Two-Day Delivery with your free trial of amazon prime

○ **Tuesday, Oct. 27**
FREE Shipping on your first order

● **Thursday, Oct. 22**
$9.99 - Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:    $14.99
Shipping & handling:    $9.99

Total before tax:    $24.98
Estimated tax to be collected:    $0.94

**Order total:**    **$25.92**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

1/6



# Universal Motorcycle Rearview Side Mirror for TOMOK Yamaha BMW Honda Suzuki Ducati Kawasaki Aprilia KTM Triumph BMX (Black)

Brand: Remaiw

★★★☆☆ ~ 26 ratings

Price: **$18.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable

Color: Black

$18.99 | $15.99

- For all motorcycles or E-Bike if it uses 8mm or 10mm screw
- Easy to install, no modification is required
- Fits Most Motorcycle, Street Bike, Scooter, Cruiser & Chopper Models with Standard Metric Screws
- High quality glass provide maximum visibility & safety
- Ride Your Bike With Style Unique Custom Design, perfect match to most motorcycle

› See more product details

⚑ Report incorrect product information.

**Consider this Amazon's Choice product that delivers quickly**

**Amazon's Choice**

1PZ MM3-001 Rearview Mirror with 7/8" Handlebar Mount for Polaris Honda Suzuki Kawasaki Yamaha ATV Quad Wheeler Dirt Bike Cruiser Chopper Motorcycle Scooter Moped
$16.95
★★★★☆ (101)

---

**$18.99**
& FREE Shipping

Arrives: Nov 9 - Dec 2

In Stock.

Qty: 1

[ Add to Cart ]

[ Buy Now ]

Secure transaction

Ships from ... Remaiw moto
Sold by ... Remaiw moto

Deliver to — Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

---

## You might also like

Page 1 of 34

Sponsored ⓘ

      

KiWAV Magazi mirrors Tulip Style gold color & black compatible with motorcycle bobb...
★★★☆☆ 18
$51.80

MZS Motorcycle Mirrors Rear View 8MM 10MM Universal Compatible with Honda Yamaha Ka...
★★★★☆ 196
$31.88 ✓prime

Chupacabra Offroad Rear View Side Mirror for UTV (Pack of 2) for 1.6" - 2" Roll Cag...
★★★★☆ 3,182
$39.95 ✓prime

KiWAV Magazi Viper red motorcycle Mirrors CNC aluminum universal
★★★★☆ 23
$105.60

Heart Horse Motorcycle Rear View Mirrors Universal Handlebar Side Rearview Mirror 8...
★★★★☆ 115
$15.25 ✓prime

KiWAV Magazi Motorcycle Mirror Modern black 8mm for scooter moped atv pair
$123.50

ISIU Universal Motorcycle Rear View Mirrors for 7/8" Handlebar Mount...
★★★★☆ 54
$16.99 ✓prime

---

## 4 stars and above

Page 1 of 9

Sponsored ⓘ

      

SHARKROAD Chrome 2" LAF Drag Pipes Wrapped Exhaust For Harley Softail Sportster 198...
★★★★☆ 119
$139.99 ✓prime

Skull Zombie Brake Clutch Levers For Honda Shadow VT 600 750 1300 1100 CB VF VTX...
★★★★☆ 112
$25.59

Powersports Motorcycle Gloves by Indie Ridge, Lightweight Carbon Fiber Racing Glove...
★★★★☆ 340
$29.99 ✓prime

customTAYLOR33 (All Vehicles Blue High Intensity Grade Reflective Copyrighted...
★★★★☆ 467
$33.99 ✓prime

KiWAV Magazi Classic MX black motorcycle mirrors CNC aluminum universal
★★★★☆ 217
$87.70 ✓prime

HTTMT MT383E- Chrome Skull Side Mirrors Compatible with 1984 and up Motor...
★★★★☆ 178
$39.99 ✓prime

ISIU Universal Motorcycle Rear View Mirrors for 7/8" Handlebar Mount...
★★★★☆ 54
$16.99 ✓prime

---

**Customers who viewed this item also viewed**



**Heart Horse Motorcycle Rear View Mirrors Universal Handlebar Side Rearview Mirror 8mm...**
⭐⭐⭐⭐ 115

**XYZCTEM Heavy Duty Motorcycle Rear View Side Mirrors-10mm Clockwise Threaded...**
⭐⭐⭐⭐½ 163

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $0.00 instead of $18.99! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

Color:**Black**

### Technical Details

| | |
|---|---|
| Manufacturer | Remaiw |
| Brand | Remaiw |
| Item Weight | 1.08 pounds |
| Package Dimensions | 10.94 x 5.12 x 2.13 inches |
| Is Discontinued By Manufacturer | No |
| Exterior | Metallic Finish |
| Manufacturer Part Number | RMW-81 |

### Additional Information

| | |
|---|---|
| ASIN | B07H782MCB |
| Customer Reviews | ⭐⭐⭐☆☆ ⌄ 26 ratings<br>3.5 out of 5 stars |
| Best Sellers Rank | #652,107 in Automotive (See Top 100 in Automotive)<br>#806 in Powersports Side Mirrors |
| Date First Available | September 9, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

---

## Videos

Page 1 of 3

### Videos for related products


5:06
**FENRIR 801-0324 Motorcycle Bar End Mirror**
FENRIR MOTORCYCLE


9:06
**Kemimoto Grom Bar End Mirrors - Review - Install**
kemimoto


1:52
**KEMIMOTO UTV Side mirrors with Lights - 1.5" - 2" Roll Cage**
kemimoto


1:20
**Xprite UTV Rear Side Mirrors with LED Spot Lights and Clear Lens fi...**
Xprite USA


**FENRIR 801-0...End Mirror**
FENRIR MOTOR

Upload your video

---

## Product description

Color:Black

Features:
Crytal clear white glass give a clear vision on both day and night
Easy to install, no modification is required
Ride Your Bike With Style Unique Custom Design, perfect match to most motorcycle
Perfect Compliment To Your Bike
High quality glass provide maximum visibility & safety

Fitment:
For most Motorcycle, Street Bike, Scooter, Cruiser & Chopper Models with Standard Metric Screws
For all motorcycles or E-Bike if it uses 8mm or 10mm screw
It won't fit bikes with Clip-ON or Sportbike with fairing. Only bikes with standard handlebar or handlebar-mounted mirrors.

Installation:
Direct bolt on to all motorcycle that are using single mounting bolt mirror.

Note:
Please check your bike's mirror fitting if it is 8mm or 10mm thread before ordering the product.

NOT D.O.T approved. For off road use only.

Package includes:
2 x Motorcycle Side Mirrors(left and right)
2 x Adaptors Bolts

---

**Customers who bought this item also bought**



TUINCYN Motorbike 10mm Handlebar Mirror Mount Accessories Black Motorcycle Handlebar...
★★★★☆ 108
$9.99

---

**You might also like**

Sponsored ⓘ

Page 1 of 24

      

| KiWAV Deus Carbon Motorcycle Mirrors Diamond Shape Chrome Convex Lens Wider... | XMT-MOTO Rear view Mirrors For kawasaki Z1000 2003-2015,Z750 2004-2011,ER6B ER... | ISIU Universal Motorcycle Rear View Mirrors for 7/8" Handlebar Mount... | KiWAV Redline Motorcycle Mirrors Black with Red Line Universal Convex Lens Wide Vie... | Motorcycle Back View Mirror Electric Bicycle Rearview Mirrors Moped Side Mirror 8mm... | Universal Motorcycle Mirrors Rear View Compatible with Yamaha Honda Suzuki Kawasaki... | 1 Pair Universal Motorcycle Rearview Side Mirrors, Keenso Adjustable Aluminu... |
| ★★★★★ 3 | ★★★☆☆ 8 | ★★★★☆ 54 | ★★★★★ 9 | ★★★★☆ 32 | ★★★★☆ 17 | ★★★☆☆ 49 |
| $69.70 | $13.77 | $16.99 ✓prime | $59.35 ✓prime | $11.90 ✓prime | $26.99 ✓prime | $16.93 ✓prime |

Sponsored

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this easy to use?
- What are the dimensions of this item?

---

## Customer reviews

★★★★☆ 3.5 out of 5

26 global ratings

| | | |
|---|---|---|
| 5 star | | 37% |
| 4 star | | 18% |
| 3 star | | 18% |
| 2 star | | 9% |
| 1 star | | 18% |

▾ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Customer images

 

See all customer images

Top reviews ▾

### Top reviews from the United States

 Len Tomei

★★★★☆ **For the $ it's worth the price**

Reviewed in the United States on November 12, 2019



Heart Horse Universal Aluminum CNC Motorc...
364
$15.99            Shop now

Sponsored

They're worth the money and they look good but they came a little rusty and also my box look like it had been opened already another fact is that you could tell that some of the parts had sat around for a while and had been put on another bike

Helpful | Comment | Report abuse

**Barbara B. Brown**
★★★★★ **Motorcycle mirrors**
Reviewed in the United States on December 21, 2019
Color: Silver | Verified Purchase
I love the product. It came in on time. It fit my handle bars very well.

Helpful | Comment | Report abuse

**Kevin Wilcox**
★☆☆☆☆ **Scratched**
Reviewed in the United States on June 8, 2020
Color: Silver | Verified Purchase
Just received and one of them has a huge crack or scratch right thru the middle of it

Helpful | Comment | Report abuse

**Rhino Rc**
★☆☆☆☆ **Cheap!**
Reviewed in the United States on January 10, 2020
Color: Silver | Verified Purchase
Even after polishing them, they rusted very quickly!

Helpful | Comment | Report abuse

**Hill kelsi**
★★★★★ **Super cool**
Reviewed in the United States on August 10, 2019
Color: Silver | Verified Purchase
They are goor quility for the price they are small mirrors but fit perfectly for a scooter.



Helpful | Comment | Report abuse

**william king**
★★★★★ **They just took to long for delivery**
Reviewed in the United States on August 17, 2020
Color: Silver | Verified Purchase
There just right



Helpful | Comment | Report abuse

See all reviews ›

## Top reviews from other countries

**John**
★★★★☆ **Good product**
Reviewed in Canada on October 31, 2019
Color: Black | Verified Purchase
Good product, A little small but fit well and is a good alternative

Report abuse

**Krista Kosmack**
★☆☆☆☆ **Looks cheap**
Reviewed in Canada on May 18, 2020
Color: Black | Verified Purchase
Very cheap looking
Returned them with no issue

Report abuse

See all reviews ›

Case 1:20-cv-06677-Document-for 15-Filed-11/30/20-Page 95 of 498-PageID #:2265

Sponsored

## Inspired by your browsing history







KontrolFreek FPS Freek Galaxy Purple for...
KontrolFreek
★★★★☆ 7,253
PlayStation 4
$14.99

KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation...
KontrolFreek
★★★★☆ 1,017
$11.99

KontrolFreek FPS Freek Galaxy White for Xbox...
KontrolFreek
★★★★★ 916
Xbox One
47 offers from $22.56

KontrolFreek FPS Freek Inferno for Xbox One...
KontrolFreek
★★★★☆ 3,042
Xbox One
$14.99

Bionik Quickshot - Trigger Stop Lock System for Playstation DualShock 4 Wireless...
★★★☆☆ 502
$12.38

## Popular products inspired by this item







MZS Bar End Mirrors - Motorcycle Rear View Mirror 7/8 Standard Hollow Red Side...
★★★☆☆ 349
$29.99

MZS Motorcycle Mirrors Rear View 8MM 10MM Universal Compatible with Honda Yamaha...
★★★★☆ 196
$31.88

MZS Bar End Mirrors - Universal 7/8 Standard Hollow Rear View Arrow Side Mirror...
★★★☆☆ 107
$29.99

MZS Motorcycle Mirrors - Bar End Rear View mirror 7/8 Standard Hollow Round Side...
★★★☆☆ 24
$27.99

FENRIR Cnc Aluminum Alloy Motorcycle Bar End Mirror Handlebar Side For Honda Kawasaki...
★★★★☆ 137
$39.99

## Your Browsing History    View or edit your browsing history ›










Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric

Goodreads

IMDb

IMDbPro

Kindle Direct Publishing

Prime Now

Amazon Photos





**Brand**
Remaiw moto
Remaiw

9 results for **Remaiw moto** : **"ktm"**

Sort by: Featured



For KTM 200 250 390 690 990 Duke RC SMC/SMCR Enduro R Hand Bar
Ends Motorcycle Handlebar Grips Ends Bar Ends Caps (orange)
★★☆☆☆ ∨ 3

orange
$9.99

Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by
Amazon
Only 20 left in stock - order soon.

Price may vary by color

 

---



Universal 8MM 10MM Motorcycle Mirrors Rear View Threaded for Honda
Yamaha Kawasaki Suzuki KTM BMW Ducati Aprilia Moto Guzzi MV Agusta...
★★★☆☆ ∨ 3
$21.99

Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by
Amazon
Only 4 left in stock - order soon.

---



Universal Motorcycle Rearview Side Mirror for TOMOK Yamaha BMW
Honda Suzuki Ducati Kawasaki Aprilia KTM Triumph BMX (Black)
★★★☆☆ ∨ 26

Black
$18.99

FREE Shipping
Price may vary by color



---



For BMW R1200GS LC F700GS F800GS ADV AADVENTURE Side Box
Handle Motorcycle Universal For KTM 1190 1090 1290 For Harley ADV...
$19.99

Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by
Amazon
Only 5 left in stock - order soon.

---



Motorcycle Windshield WindScreen Fits For KTM Duke 125 390 2017 2018
Duke125 Duke390 17 18 Double Bubble
★★★★★ ∨ 1
$47.99

FREE Shipping

---





Crash Bar Water Bottle For BMW R1200GS F800GS for Harley KTM
Motorbike Guard Drinking Cup Bracket Holder Motorcycle Bike Accessories
$16.66

FREE Shipping

---



Heel Toe Shifter Pedal Levers Motorcycle for Touring Softail Road Glide
Trike FLHT(Black)
★★☆☆☆ ∨ 27

Black
$29.99

☰ amazon

All ▾ [ ] 🔍 🇺🇸 ▾   Account Lists ▾   Returns & Orders   Try Prime ▾   🛒 0 Cart

Deliver to Bensenville 60106   Holiday Deals   Gift Cards   Customer Service   's Amazon.com   Prime Video   Best Sellers   Browsing History ▾   Shop today's epic deals now

# Remaiw moto

Remaiw moto storefront

⭐⭐⭐⭐⯪ | 88% positive in the last 12 months (48 ratings)

Remaiw moto is committed to providing each customer with the highest standard of customer service.

**Have a question for Remaiw moto?**

[ Ask a question ]

## Detailed Seller Information

**Business Name:** xu hui hui
**Business Address:**
wuhanshi wuchangqu dingziqiaolu 110hao
wuhan
hubei
430000
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

⭐⭐⭐⭐⭐  " Arrived in two days! "
By tommylee on October 18, 2020.

⭐⭐⭐⭐⭐  " great fit "
By Andres V. on October 13, 2020.

⭐⭐⭐☆☆  " Very wobbly "
By Steve S. on October 8, 2020.

⭐⭐⭐⭐☆  " look's good let's see how long it last "
By H B on September 30, 2020.

⭐☆☆☆☆  ~~" The description says "Anodized Aluminum" it is heavy painted steel. I'm a welder fabricator fyi. So the seller is purposefully lying and being deceitful. "~~
By Charlie on September 28, 2020.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 80% | 69% | 88% | 91% |
| Neutral | 20% | 15% | 4% | 2% |
| Negative | 0% | 15% | 8% | 6% |
| Count | 5 | 13 | 48 | 93 |

Previous  Next

Leave seller feedback  |  Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 9

‹






›

KontrolFreek FPS Freek Galaxy Purple for...
KontrolFreek
PlayStation 4
⭐⭐⭐⭐☆ 7,253
$14.99

KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation 4...
KontrolFreek
⭐⭐⭐☆☆ 1,017
$11.99

KontrolFreek FPS Freek Galaxy White for Xbox...
KontrolFreek
Xbox One
⭐⭐⭐⭐☆ 916
47 offers from $22.56

KontrolFreek FPS Freek Inferno for Xbox One...
KontrolFreek
Xbox One
⭐⭐⭐⭐☆ 3,042
$14.99

Bionik Quickshot - Trigger Stop Lock System for Playstation DualShock 4 Wireless Controllers
⭐⭐⭐☆☆ 502
$12.38

## Top subscription apps for you

Page 1 of 9

‹







›

Disney+
Disney
⭐⭐⭐⭐⯪ 381,843
$0.00

CBS Full Episodes and Live TV
CBS Interactive
⭐⭐⭐⭐☆ 96,766
$0.00

STARZ
Starz Entertainment
⭐⭐⭐⭐☆ 78,532
$0.00

Sling TV
Sling TV LLC
⭐⭐⭐⭐☆ 46,724
$0.00

SHOWTIME
Showtime Digital Inc.
⭐⭐⭐⭐⯪ 22,585
$0.00

**Your Browsing History**  View or edit your browsing history ›

Page 1 of 2

https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A6ZADFJCNN4CO&sshmPath=

1/2



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options



Continue

---

## Shipment 1 of 1

### Shipping from Remaiw moto  (Learn more)

Shipping to: ▮▮▮▮▮▮▮, 100 W ROOSEVELT AVE, BENSENVILLE, IL, 60106-4106 United States

- **Universal Motorcycle Rearview Side Mirror for TOMOK Yamaha BMW Honda Suzuki Ducati Kawasaki Aprilia KTM Triumph BMX (Black)**
  $18.99 - Quantity: 1
  Sold by: Remaiw moto

Change quantities or delete

### Choose a delivery option:

◉ **Monday, Nov. 9 - Wednesday, Dec. 2**
   FREE Shipping

---

Continue

---

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 amazon.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS     PLACE ORDER

## Review your order

**Shipping address** Change
▬▬▬▬▬
100 W ROOSEVELT AVE
BENSENVILLE, IL 60106-4106
United States
Phone: ▬▬▬▬
Add delivery instructions

**Payment method** Change
VISA ending in ▬▬▬

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[ Enter Code ]  [ Apply ]

**FREE TRIAL**

▬▬▬, we're giving you 30 days of Prime benefits for FREE

[ Try Prime FREE for 30 days › ]

**Estimated delivery: Nov. 9, 2020 - Dec. 2, 2020**



Universal Motorcycle Rearview Side Mirror for TOMOK Yamaha BMW Honda Suzuki Ducati Kawasaki Aprilia KTM Triumph BMX (Black)
**$18.99**
Quantity: 1 Change
Sold by: Remaiw moto
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Monday, Nov. 9 - Wednesday, Dec. 2**
FREE Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:     $18.99
Shipping & handling:     $0.00

Total before tax:     $18.99
Estimated tax to be collected:*     $1.19

**Order total:**     **$20.18**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



Deliver to
Bensenville 60106

Holiday Deals | Gift Cards | Customer Service | ...s.amazon.com | Prime Video | Best Sellers | Browsing History | Buy Again

Gifts for kids

‹ Back to results



Roll over image to zoom in

## Motorcycle Windshield WindScreen Fits For KTM Duke 125 390 2017 2018 Duke125 Duke390 17 18 Double Bubble

Brand: Remaiw moto

★★★★★  1 rating

Price: **$47.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

- 100% Brand New,High Quality
- No Need Modification, Predrilled Holes.
- Easy To Install,Installation instructions not included.
- No Screws Included
- Material: High quality ABS Plastic

› See more product details

⚠ Report incorrect product information.



**$47.99**
& FREE Shipping

Arrives: Nov 10 - Dec 3

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ⌄

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ... Remaiw moto
Sold by ... Remaiw moto

📍 Deliver to ... - Bensenville
60106

[ Add to List ]

Share ✉ f 🐦 P

Have one to sell?
[ Sell on Amazon ]

## You might also like
Sponsored ⓘ

Page 1 of 54


SuperATV Non-Scratch Resistant Half Windshield for 2021+ Yamaha Wolverine...
**$149.95**


SuperATV Heavy Duty Dark Tinted Half Windshield | Fits 2013-2018 Can-Am...
★★★★☆ 38
**$169.95**


SuperATV Heavy Duty Clear Rear Windshield for Can-Am Maverick (2013-2018) - 250x St...
★★★★☆ 12
**$159.95**


SuperATV Heavy Duty Rear Windshield for Can-Am Maverick Trail 800/1000 (2018+) - 25...
★★★★☆ 1
**$159.95**


SuperATV Scratch Resistant Full Windshield for 2021+ Yamaha Wolverine RMAX 2...
**$274.95**

## Customers who viewed this item also viewed
Page 1 of 2


FATExpress Windscreen for 2017 2018 2019 KTM Duke SX RC 125 390 Motorcycle...
★★★★☆ 18
**$19.99**
Usually ships within 6 to 1...


KTM Touring Windscreen 2015-2016 390 Duke 90108965000
★★★★☆ 10
**$41.99**
Only 2 left in stock - order...


Puig Naked New Generation Screen KTM 125/390 Duke 17'-20 C/Orange, 9514T
★★☆☆☆ 1
**$108.25**
Only 1 left in stock - order...


NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
★★★★★ 75
**$27.50**


Areyourshop Windscreen Windscreen For KTM 125 200 390 DUKE Wind screen
★★★☆☆ 8
1 offer from **$46.99**


Windscreen Windshield 2017 2018 Duke 390 125 Accessories Touring Racing Wind Screen...
★★★★☆ 7
**$34.99**


NEW KTM TOURING WINDSCREEN SHIEL 2015 390 DUKE BLA WHITE ABS B.D...
★★★★☆ 4
**$41.99**
Only 1 left in stock - on...

## Customers also viewed these products
Page 1 of 8


Areyourshop Windshield Windscreen For KTM 125 200 390 DUKE Wind screen
★★★☆☆ 8
1 offer from **$46.99**


FATExpress Ship from US! Windscreen for 2017 2018 2019 KTM Duke SX RC 125 390...
★★★★☆ 18
**$49.99**


KTM Touring Windscreen 2015-2016 390 Duke 90108965000
★★★★☆ 10
**$41.99**
Only 2 left in stock - order...


Windscreen Windshield 2017 2018 Duke 390 125 Accessories Touring Racing Wind Screen...
★★★★☆ 7
**$34.99**


NEW KTM TOURING WINDSCREEN SHIELD 2015 390 DUKE BLACK WHITE ABS B.D...
★★★★★ 1
**$41.99**
Only 1 left in stock - order...


Puig 6401F Dark Smoke New Generation Windshield
★★★★★ 10
**$92.57**
Only 1 left in stock (more...


Puig Naked New Generation Screen K 125/390 Duke 17'-2 C/Orange, 9514T
★★☆☆☆ 1
**$108.25**
Only 1 left in stock - on...

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

10/20/2020
Case 1:20-cv-06677-PGG Document 15-5 Filed 11/18/20 Page 101 of 498 PageID #:2271
Amazon.com : Crash Bar Water Bottle For BMW R1200GS F800GS for Harley KTM Motorbike Guard Drinking Cup Bracket Holder Motorcycle Bike Accessories





All | ktm

Deliver to Bensenville 60106

Holiday Deals  Gift Cards  Customer Service  's.Amazon.com  Prime Video  Best Sellers  Browsing History  Buy Again  Shop Holiday Gift Guides

Account  ists  Returns & Orders  Try Prime  Cart 0

‹ Back to results

✦ See Automotive holiday deals  Shop now ›



**Crash Bar Water Bottle For BMW R1200GS F800GS for Harley KTM Motorbike Guard Drinking Cup Bracket Holder Motorcycle Bike Accessories**

Brand: Remaiw moto
_____

Price: **$16.66** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

- 100% Brand New,High Quality
- Easy To Install,Installation instructions not included.
- Color: Black

› See more product details

Compare with similar items

⚑ Report incorrect product information.

Roll over image to zoom in



**$16.66**
& FREE Shipping
Arrives: Nov 10 - Dec 3

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ... Remaiw moto
Sold by ... Remaiw moto

⊙ Deliver to — Bensenville 60106

[ Add to List ]

Share ✉ ✉ 𝕏 ✉ 📌

Have one to sell?
[ Sell on Amazon ]

## You might also like

Sponsored ⓘ    Page 1 of 18


Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime


KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030
$83.99


2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross
$43.95


KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
$124.99


KTM Clutch Lever (Orange) Brembo OEM 7800293120004
★★★★★ 5
$29.99

## Customers also viewed these products

Page 1 of 7


kemimoto ATV Cup Holder Motorcycle Drink Holder Bike Water Bottle Holder with Metal...
★★★★☆ 889
$15.99


LEXIN LX-C3 Motorcycle Cup Holder with 360°swivel ball-mount, Large Handlebar Drink...
★★★★☆ 602
$29.99


Ciro Black Rubber Drink Holder for Harley - Black Perch Mount (Right or Left) 50611
★★★★☆ 284
$69.95
Only 16 left in stock - orde...


Universal Cup Holder by Accmor, Stroller Cup Holder, Large Caliber Designed Cup Holder,...
★★★★☆ 3,460
#1 Best Seller in Baby Stroller Parent Cup...
$11.99


kemimoto Marine Cup Holder, Oxford Fabric Drink Cup Can Holder with Drain and...
★★★★☆ 331
$19.99


GEARV 2-Pack Cup Holder for Stroller, Golf Cart and Wheelchair; Universal Cup Holders...
★★★★☆ 707
$14.95


Astra Depot 1X Motorcycle Engine G 20-32mm Crash Bar Water Bottle Cup...
★★★★★ 8
$12.94
Only 20 left in stock - o

## Compare with similar items


**This item** Crash Bar Water Bottle For BMW R1200GS F800GS for Harley KTM Motorbike Guard Drinking Cup Bracket Holder Motorcycle Bike Accessories


Astra Depot Crash Bar Water Bottle Compatible with BMW R1200GS F800GS Harley KTM Motorbike Guard Drinking Cup Bracket Holder Motorcycle Bike Accessories


MUJUN Crash Bar Water Bottle For BMW R1200GS F800GS For Harley For KTM Motorbike Guard Drinking Cup Bracket Holder Motorcycle Bike Accessories (Color : Black)


Motorcycle Crash Bar Water Bottle Drinking Cup Bracket Holder Motorcycle Bicycle Drink Water Bottle Cup Holder Portable Moto Bottle Holder

Case 1:20-cv-06637-Document 15, Filed 11/10/20, Page 102 of 498 PageID #:2272









Roll over image to zoom in

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Shift

# Red Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for KTM 125-530cc 690 950 / for All 125-530cc 2004-2010 That Use 2 Bolts To Attach Step Plate

Brand: Reminnbor

Price: **$10.69**

Returnable until Jan 31, 2021 ›

- ♦♦♦Applicability: This Gear Shifter Shift Lever Tip is suitable for KTM 125-530cc 690 950, which greatly promotes the high efficiency of the motorcycle brake pedal. More adaptation content is described in detail below
- ♦♦♦100% brand new: 100% brand new aftermarket replacement motorcycle brake pedal head. Manufactured according to strict quality control standards, and improved design to increase durability.
- ♦♦♦High quality material: Made of CNC aluminum alloy which is durable, rust-proof and durable. Precision manufacturing, professional craftsmanship, outstanding performance.
- ♦♦♦Easy to install: It can be a good substitute for old or damaged old direct substitutes, perfect match, easy to install.
- Note: For detailed product parameters, refer to the instructions. Please confirm whether the product is suitable for your equipment before ordering, I wish you a happy life

› See more product details

**$10.69**

FREE delivery: Nov 10 - Dec 3

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Reminnbor
Sold by    Reminnbor

📍 Deliver to Bensonville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon



---

## Sponsored products related to this item

Page 1 of 2










| AnXin CNC Rear Brake Pedal Step Plate Tip for KTM SX SX-F EXC-F XC-W EXC XC 85... | Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W... | 2004-2009 fits KTM 125 SX Front and Rear RipTide Brake Rotor Discs | KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030 | Front RipTide Brake Rotor Disc and Brake Pads fits 2004-2010 fits KTM 250 EXC | 2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross | Brake Pads fits KTM EXC 2004-2016 Fror Severe Duty for MX Race-Driven |
|---|---|---|---|---|---|---|
| ⭐⭐⭐⭐ 36 | ⭐⭐⭐⭐ 13 | | | | | |
| $9.99 ✓prime | $33.99 | $83.95 | $83.99 | $55.95 | $43.95 | $18.95 |

Ad feedback

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $10.69!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Reminnbor |
| Brand | Reminnbor |
| Item Weight | 0.811 ounces |
| Product Dimensions | 3.94 x 3.94 x 3.94 inches |
| Manufacturer Part Number | Reminnboro8x0vtsm3f |

### Additional Information

| | |
|---|---|
| ASIN | B08G8V4JZN |
| Date First Available | August 19, 2020 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Videos

**Videos for related products** <span style="float:right">Page 1 of 3</span>











3:48

Hammerhead Extended Shift Levers

Hammerhead Designs Incorporated

0:38

KaTur Motorcycle Skull Stripe Black Deep Cut CNC Shift Linkage

KaTur

0:38

KaTur Motorcycle Silver CNC Gear Shift Lever Shift Linkage

KaTur

0:38

KaTur Motorcycle Silver Deep Cut CNC Shift Linkage

KaTur

KaTur Motorcy Gear Shift Lev

KaTur

Upload your video

### Product description

**Specifications:**
Condition: Brand New
Material: CNC aluminum alloy
Color: Red
Package Weight: Approx.23g/0.8oz
Fitment:
for all 125-530cc 2004-2010 That use 2 bolts to attach step plate
for 690 SMC 2008-2009
for 690 SUPERMOTOR 2008
for 690 ENDURO 2008-2009
for 950 SUPERENDURO 2007-2009
for 950 ADVENTURES 2003-2006
for 950 ADVENTURES 2003-2006
for 990 ADVENTURES 2007-2008
for 990 ADVENTURES 2007-2008

**Package List:**
1 * Motorcycle Brake Pedal Step Tip

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

## Deals in magazine subscriptions <span style="float:right">Page 1 of 9</span>



Reminnber ▾   KTM

Hello, Sign in
Account & Lists ▾

Returns
& Orders

Try Prime ▾

0
Cart

Deliver to
Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

1-16 of 47 results for **Reminnber** : **"KTM"**

Sort by: Featured ▾

**Brand**
Reminnbor
Akozon
Cuque
Aukson
aukson



Kickstart Lever Starter | Kick Start Starter Lever Fit for KTM 50 65 50CC 65CC 02-08 JR Mini SR SX

$17⁹⁰

FREE Shipping



Akozon Motorcycle Tank Pad, Carbon Fiber Gas Fuel Tank Pad Protector Sticker Decals

⭐☆☆☆☆ ▾ 1

$13⁷⁰ $14.89

Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon
Only 4 left in stock - order soon.



Ktm 390 Duke 2016 Exhaust | Motorcycle Full Exhaust System Vent Middle Pipe Link Connect for KTM Duke 390 2013-2016

$62⁸⁹

FREE Shipping



Cuque Motorcycle Exhaust Muffler Middle Link Pipe Full Exhaust System Vent Connect Tube Stainless Steel Exhaust Middle Pipe for KTM DUKE 25...

⭐⭐⭐⭐☆ ▾ 4

$28⁸⁹

FREE Shipping
Only 1 left in stock - order soon.



22PCS BDM Adapter Set Adapters for BDM KTM K-Tag Kess Dimsport Probe Full For LED BDM Frame ECU RAMP

$33³⁹

FREE Shipping
Only 2 left in stock - order soon.



Motorcycle Headlight | Size 11.81x11.22in | ABS Dirt Bike Headlight Front Light Housing for KTM(Orange)

**Orange**
$38⁵⁹

FREE Shipping
Also available in Black





Hydraulic Brake Switch Aukson Single Line Motorcycle Hydraulic Brake Light Switch M10x1.00mm for KTM 640 690 950 990

$8⁸⁹

FREE Shipping



Red Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for KTM 125-530cc 690 950 / for All 125-530cc 2004-2010 That Use 2 Bolts To Attac...

$10⁶⁹

FREE Shipping



Cuque Motorcycle Front Tire Fender Mudguard Premium Mount Wheel Tire Mud Cover Shield Dust Flap Dashboard Splash Guard for Honda...

$65⁷⁹

FREE Shipping



Cuque Motorcycle Front Tire Fender Mudguard Premium Mount Wheel Tire Mud Cover Shield Dust Flap Dashboard Splash Guard for Honda...

$36⁸⁹

FREE Shipping



Cuque Motorcycle Front Tire Fender Mudguard Premium Mount Wheel Tire Mud Cover Shield Dust Flap Dashboard Splash Guard for Honda...

$73⁹⁹

FREE Shipping



Cuque Oil Filter Motorcycle Aluminium Paper Oil Filter Element for KTM SXS 450 525 400 520 690 660 625 SC 625 590 540

$8⁰⁹

FREE Shipping



Cuque Oil Filter Aluminium Paper Motorcycle Engine Fuel Oil Filter for KTM 250 400 450 520 525 625(2个装)

$6¹⁹

FREE Shipping

Cuque Oil Filter Aluminium Paper Motorbike Oil Filter Element for KTM 250 400 450 520 525 625

$4⁶⁹

FREE Shipping



Cuque Moto Exhaust Tailpipe Universal Glossy Black 51mm Motorcycle Slip on Exhaust Muffler Rear Pipe Tailpipe Modified Exhaust System Vent...

★★★★★ ˅ 1

$64⁸⁹

FREE Shipping



# Reminnber

Reminnber storefront

★★★★☆ | 87% positive in the last 12 months (82 ratings)

Reminnber is committed to providing each customer with the highest standard of customer service.

Have a question for Reminnber?

[ Ask a question ]

---

## Detailed Seller Information

**Business Name:** Shen zhen shi ming bo hui ke ji you xian gong si
**Business Address:**
Shen zhen shi long hua qu da lang jie dao
tong sheng she qu cheng he de gong ye qu 7 hao 201
Shen zhen shi
Guang dong sheng
518109
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

★★★★★ "*Part is as described.*"
By Don on July 10, 2020.

★★★★★ "*works great*"
By bernard carpenter on July 7, 2020.

★☆☆☆☆ "*The item is not the same as shown in the picture. The tip of the bolt is upside down.*"
By Alyssa M on June 22, 2020.

★☆☆☆☆ "*too long to receive poor service package*"
By Juan r. on June 5, 2020.

★★★★★ "*good company to work with*"
By russ youngblood on June 5, 2020.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 87% | 86% |
| Neutral | 0% | 0% | 0% | 1% |
| Negative | 0% | 0% | 13% | 13% |
| Count | 4 | 15 | 82 | 99 |

Previous  Next

Leave seller feedback | Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 9

      

Travel + Leisure
★★★★☆ 780
Print Magazine
$11.97

AllRecipes
★★★★☆ 3,867
Print Magazine
$5.49

Reader's Digest Large Print
★★★★☆ 703
Print Magazine
$15.00

Reader's Digest
★★★★☆ 58
Print Magazine
$5.00

HGTV Magazine
★★★★☆ 17
Print Magazine
$10.00

## Best sellers in Kindle eBooks

Page 1 of 8

     

A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★☆ 862
Kindle Edition
$14.99

If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
★★★★☆ 16,840
Kindle Edition
$4.99

The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
★★★★☆ 3,493
Kindle Edition
$4.99

My Dear Hamilton: A Novel of Eliza Schuyler Hamilton
› Stephanie Dray
★★★★☆ 3,028
Kindle Edition
$9.99

Spellbreaker
› Charlie N. Holmberg
★★★★☆ 1,859
Kindle Edition
$4.99

---

**Your Browsing History** | View or edit your browsing history ›

See personalized recommendations

[ Sign in ]

New customer? Start here.

     

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options


Continue

---

**Shipment 1 of 1**

**Shipping from Reminnber**  (Learn more)

Shipping to: ▮▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Red Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for KTM 125-530cc 690 950 / for All 125-530cc 2004-2010 That Use 2 Bolts To Attach Step Plate**
  $10.69 - Quantity: 1
  Sold by: Reminnber

Change quantities or delete

**Choose a delivery option:**

○ **Tuesday, Nov. 10 - Thursday, Dec. 3**
  FREE Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon**.com

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Shipping address** Change
███████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ███████
Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]  Apply

---

prime ████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery:  Nov. 10, 2020 - Dec. 3, 2020**

Red Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for KTM 125-530cc 690 950 / for All 125-530cc 2004-2010 That Use 2 Bolts To Attach Step Plate
**$10.69**
**Quantity:** 1 Change
Sold by: Reminnber
🎁 Gift options not available.

**Choose a delivery option:**
◉ Tuesday, Nov. 10 - Thursday, Dec. 3
   FREE Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                                    $10.69
Shipping & handling:                $0.00
Total before tax:                     $10.69
Estimated tax to be collected:*  $0.67

**Order total:**                      **$11.36**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



≡  amazon    All ▾  KTM                                    🇺🇸  Hello, Sign in    Returns    Try Prime ▾    🛒 0
                                                               Account & Lists ▾   & Orders                    Cart

📍 Deliver to        Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping        Shop today's epic deals now
   Bensenville 60106

‹ Back to results

## Ktm 390 Duke 2016 Exhaust | Motorcycle Full Exhaust System Vent Middle Pipe Link Connect for KTM Duke 390 2013-2016

Brand: Reminnbor

Price: **$62.89**

Get $50 off instantly: Pay $12.89 $62.89 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

- ♦♦♦[Decoration for Motorcycle] - 390duke Intermediate Pipe,stylish design, becoming a striking decoration in your motorcycle. Exquisite workmanship and fashionable design, it will enhance the look of your motorcycle.
- ♦♦♦[High Quality] - This Motorcycle Middle Link Pipe made of high strength stainless steel material, anti-corrosion, durable and rustproof. It is not easy to form ponding.
- ♦♦♦[Fitment] - This exhaust middle pipe is especially Designed for Duke 390 2013-2016. A good horse with good saddle. None but the brave deserve the fair. It is your best choice to make your motorcycle better. Please Ensure This Part Fits For Your Motorcycle Before order.
- ♦♦♦[High Performance] - Good Performance in reducing the exhaust temperature. Middle Link Pipe Connect extends life of the exhaust muffler system. A good replacement for your old or broken one.
- ♦♦♦[Easy to Assemble] - The exhaust mid-pipe is easy to install and can be directly replaced with the original product. After removing the original exhaust pipe, connect the middle link pipe to the motorcycle, connect the exhaust pipe to the middle pipe, and fix it for normal use. Precise design and easy installation. It can connect with 51 mm muffler pipe and won't rust exposed to high temperature or rain.

› See more product details

Roll over image to zoom in



**$62.89**

FREE delivery: **Nov 10 - Dec 3**

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...    Reminner
Sold by ...      Reminner

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

**Sponsored products related to this item**                                                                                    Page 1 of 13

‹



KTM/FMF Exhaust Fatty Pipe 65 SX 2012 2013 OEM: SXS11065500
**$239.99**



Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
**$21.99** ✓prime



KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804
★★★★★ 1
**$83.99**



KTM Footrest Left Rally 2004-2016 OEM: 76203040250
**$101.84**



KTM/FMF Stainless Megabomb Header 250 SX-F/XC-F 2019-2020 OEM: 79105907501
**$299.99**



2003-2010 fits KTM 85SX 85 SX Front and Rear Severe Duty Sintered Metal Brake...
**$31.95**



KTM Skid Plate Poly Resin Quick Release 125/150 2012-2013 OEM: 50303190000
**$99.99**

›

Ad feedback

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $12.89 instead of $62.89!** Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Reminnbor |
| Brand | Reminnbor |
| Item Weight | 2.17 pounds |
| Product Dimensions | 3.94 x 3.94 x 3.94 inches |
| Manufacturer Part Number | Reminnborhi1dymb3z9 |

### Additional Information

| | |
|---|---|
| ASIN | B08JQCLJ82 |
| Date First Available | September 22, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ▾

---

**Related video shorts (0)**   Upload your video



☰ **amazon**  | All ▾ | KTM | 🔍 | 🇺🇸 ▾ | Hello, Sign in — Account & Lists ▾ — Account ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | **Shop deals before they are gone**

‹ Back to results



Roll over image to zoom in

## Motorcycle Headlight | Size 11.81x11.22in | ABS Dirt Bike Headlight Front Light Housing for KTM(Orange)

Brand: Reminnbor

Price: **$38.59**

Get $50 off instantly: Pay $0.00 $38.59 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

Color: **Orange**

 $38.59    $38.59

- ☼100% brand new: 100% brand new high-quality motorcycle lampshade. Manufactured according to strict quality control standards, the design has been improved to improve durability.
- ☼Improve the beauty of motorcycles: The appearance of KTM lampshade is fashionable and beautiful, which makes your vehicle more attractive and very cool. It is an important configuration for your car.
- ☼High-quality materials: The headlight lampshade is made of high-quality ABS material, which is durable, corrosion-resistant and durable.
- ☼Applicability: This large lampshade is precision-manufactured with stable performance and long service life. It is designed for 250EXC-F for six days. It is easy to install without complicated tools.
- ☼Service guarantee: If you have questions about the product, please feel free to contact our professional customer service, we will provide you with effective services. Solve the problem for you

› See more product details



**$38.59**

FREE delivery: Nov 10 - Dec 3

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Reminnbor
Sold by ... Reminnbor

📍 Deliver to Bensenville 60106

[ Add to List ]

Share 📧 f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

### Sponsored products related to this item

Page 1 of 13

‹        ›

| Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | KTM Racing Chain Guide (Orange) OEM 7810497000004 | KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor | Brake Rotors for fits KTM 400 EXC 2000-2013 Front & Rear RipTide Brake Discs | KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | HIAORS 7/8" Motorcycle Hand Grips for CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Mot... | KTM XW-Ring Chain (Orange) 520x118 2 2020 OEM: 79610965118EB |
|---|---|---|---|---|---|---|
| ★★★★☆ 43 | ★★★★★ 2 | ★★★★½ 43 | ★★★★★ 3 | ★★★★½ 390 | ★★★★★ 390 | ★★★★★ 1 |
| $21.99 ✓prime | $98.99 | $15.99 ✓prime | $83.95 | $47.99 | $7.99 ✓prime | $124.99 |

Ad feedback 💬

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $38.59!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

Color:**Orange**

### Technical Details

| | |
|---|---|
| Manufacturer | Reminnbor |
| Brand | Reminnbor |
| Item Weight | 1.25 pounds |
| Manufacturer Part Number | Reminnbor9e2z6c548s-12 |

### Additional Information

| | |
|---|---|
| ASIN | B08925YK4P |
| Date First Available | May 22, 2020 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

10/26/2020                    Amazon.com: Short Motorcycle Brake and Clutch Levers for KTM 690 Enduro R 2014 2015 2016 2017 2018,KTM 1090 Adventure/R 2017 2018,KTM Adventure 1050 2016,KTM 690 DUKE 690 S...





## Short Motorcycle Brake and Clutch Levers for KTM 690 Enduro R 2014 2015 2016 2017 2018,KTM 1090 Adventure/R 2017 2018,KTM Adventure 1050 2016,KTM 690 DUKE 690 SMC SMCR 2014-2017-Orange

Visit the RIDE IT Store

★★★★☆  13 ratings | 6 answered questions

Price: **$59.99** & FREE Returns

Get $50 off instantly: Pay $9.99 ~~$59.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color: Orange**

- Machined from CNC Billet 7075 Aluminum
- 6 Positions Lever Adjustment, stainless steel fasteners
- Perfect fitment without any modification
- Easy installation,professional installation recommended
- Photos for illustration purpose only, the shape of mounting part will be varied by different bike models and manufacturing year

› See more product details

Compare with similar items

**$59.99**
& FREE Returns ⌄

**FREE delivery:** Jan 4 - 8 Details

Fastest delivery: Dec 28 - Jan 2

**In stock on December 24, 2020.**
Order it now.

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    Amazon
Sold by       RIDE IT
Packaging ... Shows what's inside....

Details

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $10.32

☐ Add gift options

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

### Frequently bought together

  +  

Total price: **$69.48**

Add both to Cart

Add both to List

ⓘ One of these items ships sooner than the other. Show details

☑ **This item:** Short Motorcycle Brake and Clutch Levers for KTM 690 Enduro R 2014 2015 2016 2017 2018,KTM 1090... $59.99
☑ RAM Composite Double Socket Arm $9.49

### Inspired by your recent shopping trends

Page 1 of 20

   

Motorcycle Aluminum Short Adjustable Brake Clutch Levers for KTM 1090 Adventure/R...
★★★★★ 2
$36.99

CNC Short Brake Clutch Levers For KTM 1090 Adventure/R 2017 / Adventure 1050 2016...
★★★☆☆ 9
$25.99

CNC Short Brake Clutch Levers for KTM 690 Duke 2014-2016 KTM 690 SMC-R 2014-2016 KTM 690 Enduro R 2014...
★★★★☆ 16
$32.99

Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit...
★★★★☆ 16
$38.99
Only 9 left in stock - order...

NEW OEM KTM FACTORY ENDURO GRAPHICS KIT 250 300 450 500 XC-W EXC 78708990600
$124.99
Only 1 left in stock - order

### Customers who viewed this item also viewed

Page 1 of 5

    

CNC Short Brake Clutch Levers For KTM 1090 Adventure/R 2017 / Adventure 1050 2016...
★★★☆☆ 9
$25.99

MZS Motorcycle Levers Brake Clutch CNC Black Compatible with KTM 690 Duke 2014-2019|...
★★★★☆ 8
$35.88
Only 4 left in stock - order...

Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers for KTM 350 450 SX SXR SXF...
★★★★☆ 20
$20.99

FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017...
★★★★☆ 29
$32.99

Brake Clutch Lever For KTM 690 DUKE/SMC-R/Enduro R 2014-2017 15 16 Motorcycle...
★★★★★ 1
$36.59

Sponsored ⓘ

## Compare with similar items



|  | **This item** Short Motorcycle Brake and Clutch Levers for KTM 690 Enduro R 2014 2015 2016 2017 2018,KTM 1090 Adventure/R 2017 2018,KTM Adventure 1050 2016,KTM 690 DUKE 690 SMC SMCR 2014-2017-Orange | CNC Short Brake Clutch Levers For KTM 1090 Adventure/R 2017 / Adventure 1050 2016/690 Duke/SMC/SMCR 2014-2017/690 Enduro R 2014-2017 - Orange | Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit for KTM Duke 125 200 390 | Brake Clutch Lever For KTM 690 DUKE/SMC-R/Enduro R 2014-2017 15 16 Motorcycle Accessories Adjustable Folding Extendable Black |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (13) | ★★★½☆ (9) | ★★★★☆ (16) | ★★★★★ (1) |
| **Price** | $59⁹⁹ | $25⁹⁹ | $38⁹⁹ | $36⁵⁹ |
| **Sold By** | RIDE IT | AnXin | YP Style | RockMute |

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $9.99 instead of $59.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:Orange

### Technical Details

| Manufacturer | POWTEC |
|---|---|
| Brand | RIDE IT |
| Item Weight | 12.1 ounces |
| Package Dimensions | 9.57 x 4.88 x 1.93 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | US-690ENDURO-ORG |
| Vehicle Service Type | Street Bike |

### Additional Information

| ASIN | B013L81UQU |
|---|---|
| Customer Reviews | ★★★★☆ ⌄   13 ratings<br>3.9 out of 5 stars |
| Best Sellers Rank | #737,661 in Automotive (See Top 100 in Automotive)<br>#1,223 in Powersports Brake Levers |
| Date First Available | August 8, 2015 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 2

### Videos for related products



0:29

Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever

GOOFIT



2:21

Street Brake Levers Assy

TARAZON-Moto Parts Factory

0:59

Motorcycle brake clutch levers

FXCNC Racing



1:00

Motorcycle handle gloves

Travay



Clutch Brake L...
140cc TTR 125

HIAORS

Upload your video

## Product description

Color: Orange

Brand New Clutch and Brake Levers with 6 adjustable positions.
Full adjustable and with complete billet construction. Levers are manufactured in billet 6061 T6 aluminum with hard anodized.
Precision CNC Machined pivot bore to ensure a perfect fit. 6-position adjuster allows you to tailor your lever reach set-up easily for the most comfort gesture.
Direct replacement for stock levers. No modification required! (Some parts or bushing from the original levers may be required to complete the installation)

Item Specification
Color: Orange levers with Black adjusters
Length:Short (about 1 inch shorter than the original)
Fitment:KTM 690 Enduro R 2014 2015 2016 2017,KTM 1090 Adventure/R 2017 2018,KTM Adventure 1050 2016,KTM 690 DUKE 690 SMC SMCR 2014-2017
Quantity:1 pair

### You might also like

Sponsored ⓘ

Page 1 of 37

      

| KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | Short Brake and Clutch Levers for Kawasaki ZX10R 06-15,ZX6R 2007-2017,ZX636... | MZS CNC Pivot Brake Clutch Levers for Husqvarna TE250/TE300 2014-2016,FC250... | KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404 | Adjustable Short Brake and Clutch Levers for Honda CBR600R/CB500F/X... | CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ... | Motorcycle CNC Brake RC125 RC200 2013... |
| ★★★★☆ 3 | ★★★★☆ 58 | ★★★★☆ 3 | ★★★★★ 3 | ★★★★☆ 254 | ★★★★★ 2 | |
| $47.99 | $34.99 ✓prime | $36.99 ✓prime | $101.99 | $34.99 ✓prime | $33.99 | $23.99 ✓prime |

### You might also like

Sponsored ⓘ

Page 1 of 21

      

| KTM Factory Flex Brake Lever (Orange) OEM: 7871399204404 | KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | Adjustable Short Brake and Clutch Levers for Honda CBR500R/CB500F/X... | Short Brake and Clutch Levers for Honda CBR600RR 2003 2004 2005 2006,Honda... | Short Brake and Clutch Levers for Kawasaki ZX10R 06-15,ZX6R 2007-2017,ZX636... | Motorcycle Kickstand Side Stand Enlarger Extension Enlarger Pate Pad For KTM 125 20... | MZS CNC Pivot Brake Clutch Levers for Husqvarna TE250/T 2014-2016,FC250... |
| ★★★★★ 1 | ★★★★☆ 3 | ★★★★☆ 254 | ★★★★☆ 29 | ★★★★☆ 58 | ★★★☆☆ 21 | ★★★★☆ 3 |
| $101.99 | $47.99 | $34.99 ✓prime | $34.99 ✓prime | $34.99 ✓prime | $25.99 ✓prime | $36.99 ✓prime |

## Customer questions & answers

🔍 Have a question? Search for answers

▲ 0 votes ▼  **Question:** Fit 2019 1090 adventure r?
**Answer:** Not sure on 2019 but did fit well on my 2018.
By Jake Spoon on June 4, 2019
⌄ See more answers (1)

▲ 0 votes ▼  **Question:** Will these fit my 2013 ktm duke 690?
**Answer:** no, for 2013 model,please order this one:
https://www.amazon.com/dp/B011DOQFUK
thanks
By RIDE IT SELLER on January 9, 2019

▲ 0 votes ▼  **Question:** Will these fit 2019 690 enduro r?
**Answer:** Not sure. My bike is a 2018. Unless they have radically changed, they should fit fine. I really like these levers.
By Amazon Customer on May 31, 2019
⌄ See more answers (1)

▲ 0 votes ▼  **Question:** Is the clutch lever for hydraulic or cable
**Answer:** hydraulic clutch works fine on my 690 ktm
By ronny stephens on August 8, 2019
⌄ See more answers (7)

See more answered questions (2)

## Customer reviews

### Customer images

★★★★☆ 3.9 out of 5
13 global ratings

5 star �these  55%






See all customer images

Top reviews ▾

## Top reviews from the United States

John

★★★★★ **Great fit KTM 690 Enduro R even with handguards!**

Reviewed in the United States on September 8, 2018

Color: Orange | Verified Purchase

These levers installed in minutes on my 2018 KTM 690 Enduro R. They are fully adjustable, good quality and are shorter than stock levers so I can install hand guards. Levers have a nice feel to the hand as well.

3 people found this helpful

Helpful  |  Comment  |  Report abuse

ryan

★☆☆☆☆ **Disappointed**

Reviewed in the United States on July 23, 2019

Color: Orange | Verified Purchase

There are many levers on the market for a variety of prices. I decided to spend a little more to get a better product. With that said, these levers turned out to be a bad purchase. As you can see in the pics the color faded. I keep my motorcycle in the garage and away from the sun. My advice, don't buy.



One person found this helpful

Helpful  |  Comment  |  Report abuse

PortlandTwoWheels

★★★★★ **So far so good for 1090r 2018**

Reviewed in the United States on May 7, 2019

Color: Orange | Verified Purchase

These look great, they seem like fit just fine after a few test rides. These are great because I can now use two fingers for clutch/brake while going off road.

Helpful  |  Comment  |  Report abuse

Jake Spoon

★★★★★ **Fits KTM1090R**

Reviewed in the United States on July 12, 2019

Color: Orange | Verified Purchase

Great product for what I will use it for. Fits my 2018 KTM 1090R with no modifications

Helpful  |  Comment  |  Report abuse

S. Turner

★★★★★ **They don't swivel just move like the original levers**

Reviewed in the United States on May 7, 2019

Color: Orange | Verified Purchase

Work great love the short levers

Helpful  |  Comment  |  Report abuse

Jackstony

★★★★☆ **Nice fit on a KTM 1090 2018**

Reviewed in the United States on July 6, 2019

Color: Orange | Verified Purchase

Had to make a slight modification to enlarge the through hole for the mounting bolt which was no trouble. Great adjustable reach distances. Good finish.

Helpful  |  Comment  |  Report abuse

Amazon Customer

★★★★★ **Thumbs up**

Reviewed in the United States on March 27, 2019

Color: Orange | Verified Purchase

I was impressed with the construction and quality of this product. Easy install and even the packaging was impressive. I recommend.

Helpful  |  Comment  |  Report abuse

David Reeve

˅ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review



Short Brake and Clutch Levers for Kawasaki Z...

★★★★☆ 58

$34.99

Shop now

Sponsored ⓘ

Case 1:20-cv-06677 Document 1-5 Filed 11/20/20 Page 115 of 498 PageID #: 2205



★★★★★ **Work great and match my KTM color.**
Reviewed in the United States on April 9, 2018
Color: Orange | Verified Purchase

Absolutely great value and dead easy to make the adjustments. I recommended these to my friend who breaks levers all the time.

Helpful    Comment   Report abuse

See all reviews ›

**Pages with related products.** See and discover other items: clutch lever motorcycle, enduro motorcycle, exhaust brakes, motorcycle brake parts, motorcycle brake, motorcycle levers

Sponsored ⓘ

## Inspired by your browsing history

Page 1 of 8

     

KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
★★★★½ 135
$21.59

JFGRACING Motorbike Offroad CNC Foot Pegs pedals Foot rests For 65-1290 SX SXF EXC EXCF...
★★★★ 147
$26.69

FMF Racing 11299 Wash Plug
★★★★½ 1,436
$8.88

AnXin CNC Rear Brake Pedal Step Plate Tip for KTM SX SX-F EXC-F XC-F XC-W EXC XC 85 125...
★★★★ 38
$9.99

72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke...
★★★★½ 73
$9.89

## Popular products inspired by this item

Page 1 of 4

     

KYN Short & Long for Husqvarna 701 Supermoto/Enduro 2017 2018 2019 Motorcycle CNC Brake Clutch...
$29.00

GZYF Pair Adjustable Motorcycle Short Brake Clutch Levers Set Compatible with...
★★★★ 27
$21.99

FXCNC Racing Short Billet Adjustable Motorcycle Double Colors Brake Clutch...
★★★★★ 1
$32.99

Motorcycle CNC Aluminum Short Adjustable Brake Clutch Levers for Suzuki Marauder 800 1997...
$36.99

GZYF Motorcycle Short Brake Clutch Levers Fits Suzuki 2004 2005 GSXR 600 750 K4, Black
★★★★ 49
$22.99

## Your Browsing History   View or edit your browsing history ›



      

See personalized recommendations

Sign in

New customer? Start here.

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



**amazon**   RIDE IT | KTM    Hello, Sign in   Returns   Try Prime   0 Cart
Account & Lists   & Orders
Account

Deliver to Bensenville 60106    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

4 results for **RIDE IT** : **"KTM"**      Sort by: Featured

Sponsored



One pair of CNC Billet Bar End Mirror Motorcycle Round Mirrors for Ducati,BMW,Buell,Honda,Kawasaki,Suzuki,Triumph,KTM,Yamaha with...
★★★☆☆ ⌄ 25
$79⁹⁹
Save 5% with coupon
✓prime Get it as soon as **Tue, Oct 27**
FREE Shipping by Amazon
Only 9 left in stock - order soon.



Short Adjustable CNC Brake and Clutch Levers for YAMAHA YZF R6 2005-2016,YAMAHA YZF R1 2004-2008
★★★★☆ ⌄ 138
$34⁹⁹
✓prime Get it as soon as **Tue, Oct 27**
FREE Shipping by Amazon
Only 8 left in stock - order soon.



Short Brake Clutch Levers for Kawasaki Ninja 250R 08-12, NINJA300R abs 13-18,Ninja 400 18-20,Z300 15-18,Z250/SL 16-17,Z125 pro 17-...
★★★★½ ⌄ 225
$36⁹⁹
✓prime Get it as soon as **Tue, Oct 27**
FREE Shipping by Amazon
Only 16 left in stock - order soon.



Short Motorcycle Brake and Clutch Levers for KTM 690 Enduro R 2014 2015 2016 2017 2018,KTM 1090 Adventure/R 2017 2018,KTM Adventur...
★★★★☆ ⌄ 13
Orange
$59⁹⁹
FREE Shipping by Amazon
In stock on December 24, 2020.

**Need help?**

Visit the help section or contact us

906     Shop now

Sponsored

**Sponsored products related to this search**   What's this? ⌄      Page 1 of 4

< 



Tank Straps Motorcycle Tie Down Straps (4pk) - 10,000 lb Webbing Break Strength 2" x...
★★★★★ 125
$74.77



PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure...
★★★★½ 44
$49.95



Badass Moto - Soft Loop Motorcycle Tie Down Straps - 11,000 Lbs Break Strength, Heavy...
★★★★½ 349
$15.86



VULCAN Car Tie Down with Snap Hooks - Lasso Style - 2 Inch x 96 Inch, 4 Pack - High-Viz - 3,300...
★★★★½ 251
$99.99



RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★½ 3,461
$29.97

>

**Deals in magazine subscriptions**      Page 1 of 9



 

amazon | All | Hello, Sign in Account & Lists | Returns & Orders | Try Prime | 0 Cart
Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

# RIDE IT

RIDE IT storefront

**97% positive** in the last 12 months (31 ratings)

**rideitmoto** is a professional Motorcycle parts & accessories manufacturer and a worldwide seller in offering hundreds of thousands of high-quality products and brand-name merchandise, all at discount prices.We have exported our products to wholesalers in US,UK,EU,Canada,Australia,Japan.In order to benefit online comsumers,we have set up our webstore in Amazon.Hope you guys can enjoy the first hand price with excellent products and service.

Have a question for RIDE IT?

Ask a question

## Detailed Seller Information

**Business Name:**WEI CHEN
**Business Address:**
701,No.2 BLDG,B AREA RONGQIAOJINJIANG NO.66 WEST JIANGBIN RD
RongQiaoJinjiang,Gulou disctric
Fuzhou
Fujian
350001
CN

Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 97% | 99% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 0% | 3% | 1% |
| Count | 3 | 11 | 31 | 1,572 |

*"Nice product."*
By Steven L. Bradley on April 8, 2020.

*"Exc. shipping service from China, took about two weeks."*
By Marc Ott on March 15, 2020.

*"Tracking status has not been updated in a week, seller claims it's already been shipped but tracking says nothing has happened."*
By Marie A. on March 13, 2020.

*"nice quality, good looking levers, great price"*
By sandra johnson on March 10, 2020.

*"Fast shipment and good packaging"*
By Jonatas Molacinai on March 5, 2020.

Previous Next

Leave seller feedback | Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 8

KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
135
$21.59

JFGRACING Motorbike Offroad CNC Foot Pegs pedals Foot rests For 65-1290 SX SXF EXC EXCF…
147
$26.69

FMF Racing 11299 Wash Plug
1,436
$8.88

AnXin CNC Rear Brake Pedal Step Plate Tip for KTM SX SX-F EXC-F XC-F XC-W EXC XC 85 125…
38
$9.99

72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke Covers…
73
$9.89

## Top subscription apps for you

Page 1 of 9

Disney+
Disney
395,395
$0.00

CBS Full Episodes and Live TV
CBS Interactive
100,362
$0.00

STARZ
Starz Entertainment
81,909
$0.00

Sling TV
Sling TV LLC
48,516
$0.00

SHOWTIME
Showtime Digital Inc.
23,617
$0.00

**Your Browsing History** View or edit your browsing history ›

Page 1 of 2

See personalized recommendations
Sign in
New customer? Start here.

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options

[ Continue ]

**Shipment 1 of 1**

**Shipping from Amazon.com** (Learn more)

Shipping to: ████, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Short Motorcycle Brake and Clutch Levers for KTM 690 Enduro R 2014 2015 2016 2017 2018,KTM 1090 Adventure/R 2017 2018,KTM Adventure 1050 2016,KTM 690 DUKE 690 SMC SMCR 2014-2017-Orange**
  $59.99 - Quantity: 1
  Sold by: RIDE IT

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

 **Why pay for delivery?**
Join Prime to get fast, free delivery, claim Prime exclusive deals, watch movies & TV shows, and listen to the music you love ad-free.

○ **Monday, Dec. 28 - Monday, Jan. 4**
FREE Unlimited Two-Day Shipping with **amazon** prime

○ **Monday, Jan. 4 - Thursday, Jan. 7**
FREE Shipping

● **Monday, Jan. 4**
$7.32 - Shipping

○ **Monday, Dec. 28 - Monday, Jan. 4**
$11.37 - Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon**.com

SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

| | | |
|---|---|---|
| **Shipping address** Change | **Payment method** Change | **Add a gift card, promotion code, or voucher** |
| ▊▊▊ | VISA ending in ▊▊▊ | [Enter Code] [Apply] |
| 1001 FOSTER AVE | | |
| BENSENVILLE, IL 60106-1445 | **Billing address** Change | |
| United States | Same as shipping address | |
| Phone: ▊▊▊▊▊▊ | | |
| Add delivery instructions | | |

📦 Or try Amazon Locker
20 locations near this address ⌄

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

Items:  $59.99
Shipping & handling:  $7.32

Total before tax:  $67.31
Estimated tax to be collected:  $3.75

**Order total:**  **$71.06**

How are shipping costs calculated?

💳 **Get a $50 Amazon Gift Card instantly** upon approval for the Amazon Rewards Visa Card. [Apply now]

**Estimated delivery:  Jan. 4, 2021**

 Short Motorcycle Brake and Clutch Levers for KTM 690 Enduro R 2014 2015 2016 2017 2018,KTM 1090 Adventure/R 2017 2018,KTM Adventure 1050 2016,KTM 690 DUKE 690 SMC SMCR 2014-2017-Orange
**$59.99**
Quantity: 1 Change
Sold by: RIDE IT
🎁 Add gift options

**Choose a delivery option:**

○ **Monday, Jan. 4 - Thursday, Jan. 7**
  FREE Shipping

● **Monday, Jan. 4**
  $7.32 - Shipping

○ **Monday, Dec. 28 - Monday, Jan. 4**
  $11.37 - Shipping

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/26/2020 Amazon.com: One pair of CNC Billet Bar End Mirror Motorcycle Round Mirrors for Ducati,BMW,Buell,Honda,Kawasaki,Suzuki,Triumph,KTM,Yamaha with standard 7/8" hollow handle bar

Case 1:20-cv-06677-Document 15 Filed 11/10/20 Page 120 of 498 PageID #:2290



amazon | KTM

Hello, Sign in
Account & Lists
Account
Returns & Orders
Try Prime
0 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

Save on Amazon Basics Car Jumper Cables  Shop now ›

‹ Back to results








Roll over image to zoom in

## One pair of CNC Billet Bar End Mirror Motorcycle Round Mirrors for Ducati,BMW,Buell,Honda,Kawasaki,Suzuki,Triumph,Yamaha,KTM,Yamaha with standard 7/8" hollow handle bar

Visit the RIDE IT Store

★★★☆☆ ∨  25 ratings | 13 answered questions

Price: **$79.99** & FREE Returns

Coupon ☐ Save an extra 5% when you apply this coupon. Details

Get $50 off instantly: Pay $29.99 $79.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- CNC Bar End mirrors are made from 6061-T6 Aluminum with a beautiful CNC finish. Mirrors are solid under the most extreme vibrations or speed.
- Diameter 80mm/3.15inch,Light blue tinted mirrors glass reduces glare while giving the mirrors an elegant style
- Hardware is made from 304 stainless steel for strength and anti-rusting properties. Easily installed in minutes, tools included
- These mirrors fit any bikes with standard 7/8" hollow handle bar With Internal Diameter Between 13mm & 20mm Using The Two Different Size Spacers Supplied.Important note:It requires modification for the handle bars with threaded inserts. Threaded inserts need to be take out before install these bar end mirrors.
- These mirrors are sold in pairs, one Right Side and one Left Side mirror.

> See more product details

**$79.99**
& FREE Returns ∨

FREE delivery: **Tuesday, Nov 3**
Details

Fastest delivery: **Tuesday, Oct 27**
Order within 1 hr and 24 mins

**Only 9 left in stock - order soon.**

Qty: 1 ∨

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...  Amazon
Sold by ...  RIDE IT



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

Deliver to Bensenville 60106

**Add to List**

Share ✉ f 🐦 📌

Have one to sell?
**Sell on Amazon**

### Customers who viewed this item also viewed
Page 1 of 10


**MICTUNING Universal Motorcycle Mirrors - 3 Inch Round Folding Bar End Side Mirror...**
★★★★☆ 1,096
$17.99


**FENRIR Cnc Aluminum Alloy Motorcycle Bar End Mirror Handlebar Side For Honda Kawasaki...**
★★★★☆ 141
$39.99


**kemimoto Motorcycle Handlebar Rearview Mirror Bar End Mirrors 7/8" Handle for Suzuki...**
★★★★☆ 242
$36.99

**MZS Motorcycle Mirrors - Bar End Rear View mirror 7/8 Standard Hollow Round Side...**
★★★☆☆ 27
$27.99

**Bar End Mirrors - Mirror Motorcycle Mirrors 7/8 Handlebar Rear View Mirrors - Universal For.**
★★★★☆ 9
$32.59

### Customers who bought this item also bought

**K&N Motorcycle Oil Filter: High Performance, Premium, Designed to be used with Synthetic or...**
★★★★★ 378
$15.91

**Evotech Performance Fender Eliminator/Tail Tidy to fit BMW R nineT. (All Variations) For the...**
★★★★☆ 2
$294.95
Only 2 left in stock - order...

**Ducati Scrambler Fender Eliminator Kit (Plate Light Bracket) - New Rage Cycles**
★★★★☆ 27
$155.00
Only 3 left in stock - order...

### You might also like
Page 1 of 53

Sponsored ⓘ





Roll over image to zoom in



# Red Shift Lever Tip, Red Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for KTM 125-530cc 690 950

Brand: riuty

Price: **$10.69**

Get $50 off instantly: Pay $0.00 $10.69 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ∨

| | |
|---|---|
| Handle Type | Lever |
| Metal Type | Aluminum |
| Item Dimensions LxWxH | 3.94 x 3.94 x 3.94 inches |
| Brand | Riuty |
| Item Weight | 23 Grams |

## About this item

- Manufactured with aluminum alloy which is rugged, anti-rust and durable.
- A direct and great replacement for the old or damaged one, perfectly fit in.
- Precision manufacturing, professional crafsmanship, excellent performance.
- Greatly contribute to the high efficiency of motorcycle brake pedal.
- Easy and convenient to install, suitable for KTM 125-530cc 690 950.

› See more product details

**$10.69**

FREE delivery: Nov 10 - Dec 3

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from    riuty-y
Sold by    riuty-y

Deliver to Bensenville 60106

Add to List

Share ✉ f 𝕏 P

Have one to sell?

Sell on Amazon

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $0.00 instead of $10.69! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product description

**Features:**
Manufactured with aluminum alloy which is rugged, anti-rust and durable.A direct and great replacement for the old or damaged one, perfectly fit in.Precision manufacturing, professional crafsmanship, excellent performance.Greatly contribute to the high efficiency of motorcycle brake pedal.Easy and convenient to install, suitable for KTM 125-530cc 690 950.
**Specifications:**
Condition: Brand New
Material: CNC aluminum alloy
Color: Red
Package Weight: Approx.23g/0.8oz
Fitment:
for all 125-530cc 2004-2010 That use 2 bolts to attach step plate
for 690 SMC 2008-2009
for 690 SUPERMOTOR 2008
for 690 ENDURO 2008-2009
for 950 SUPERENDURO 2007-2009
for 950 ADVENTURE 2003-2006
for 950 ADVENTURES 2003-2006
for 990 ADVENTURE 2007-2008
for 990 ADVENTURES 2007-2008

**Package List:**
1 * Motorcycle Brake Pedal Step Tip

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Riuty |
| Part Number | Riuty1y03hcnzug |
| Item Weight | 0.811 ounces |
| Product Dimensions | 3.94 x 3.94 x 3.94 inches |
| Size | normal |
| Color | Popular |

### Additional Information

| | |
|---|---|
| ASIN | B08FB9HW3V |
| Date First Available | August 5, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

| Item Package Quantity | 1 |
|---|---|

Would you like to tell us about a lower price?

## Videos

### Videos for related products

   

**Hammerhead Extended Shift Levers**

Hammerhead Designs Incorporated

**KaTur Motorcycle Skull Stripe Black Deep Cut CNC Shift Linkage**

KaTur

**KaTur Motorcycle Silver CNC Gear Shift Lever Shift Linkage**

KaTur

**KaTur Motorcycle Silver Deep Cut CNC Shift Linkage**

KaTur

**KaTur Motorcycle Silver CNC Gear Shift Lever...**

KaTur

Upload your video

## Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## Deals in magazine subscriptions

    

**Highlights for Children**
★★★★½ 2,017
Print Magazine
$29.99

**EatingWell**
★★★★½ 3,598
Print Magazine
$5.00

**National Geographic Kids**
★★★★½ 6,385
Print Magazine
$15.00

**Reader's Digest**
★★★★½ 58
Print Magazine
$5.00

**Ranger Rick Jr.**
★★★★½ 441
Print Magazine
$15.00

## Best sellers in Kindle eBooks



# riuty-y

riuty-y storefront

⭐⭐⭐⭐☆ 71% positive in the last 12 months (80 ratings)

riuty-y is committed to providing each customer with the highest standard of customer service.

**Have a question for riuty-y?**

Ask a question

---

## Detailed Seller Information

**Business Name:** Shen zhen shi ke ao ke ji you xian gong si

**Business Address:**
long gang qu ban tian jie dao ma an tang she qu
zhong xing lu 105 hao ru jun da sha 903
Shen zhen shi
Guang dong sheng
518100
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|----------|-------------------|----------|----------|------|----------|

⭐☆☆☆☆ *" I thought I was getting 3 pieces got one piece and I have to fix it........ would not order again "*
By sharon on July 28, 2020.

⭐☆☆☆☆ *" ordered 2 clamps only one was sent "*
By David Kenyon on July 28, 2020.

⭐☆☆☆☆ *" Ordered three of https://www.amazon.com/dp/B07SLYM83M for $4.59 each. They shipped two, then I get a message stating "Hello, Due to a lack of availability, we will not be able to obtain the following item from your order.". Yet miraculously, they are still listed as available from the same seller - but the price jumped to $21.29. Bait and switch - don't fall for it. "*
Read less
By James Fowler on July 25, 2020.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

⭐⭐⭐⭐⭐ *" Excellent Product "*
By Robert H. Benton Jr. on July 23, 2020.

⭐⭐⭐⭐⭐ *" Outstanding product @ an outstanding price! Loved it so much I've bought several more! "*
By Kerry McKown on July 23, 2020.

Previous  Next

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | 75%     | 75%     | 71%       | 70%      |
| Neutral  | 0%      | 5%      | 8%        | 8%       |
| Negative | 25%     | 20%     | 21%       | 21%      |
| Count    | 4       | 20      | 80        | 98       |

Leave seller feedback    Tell us what you think about this page

---



## Deals in magazine subscriptions

Page 1 of 9

**Country**
⭐⭐⭐⭐☆ 422
Print Magazine
$10.00

**Horse Illustrated**
⭐⭐⭐⭐☆ 204
Print Magazine
$20.21

**Highlights for Children**
⭐⭐⭐⭐⭐ 2,017
Print Magazine
$29.99

**Cottages & Bungalows**
⭐⭐⭐⭐☆ 135
Print Magazine
$18.95

**Highlights High Five**
⭐⭐⭐⭐☆ 1,343
Print Magazine
$29.99

## Best sellers in Kindle eBooks

Page 1 of 8

**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐⭐⭐⭐☆ 862
Kindle Edition
$14.99

**If You Tell: A True Story of Murder, Family Secrets,...**
› Gregg Olsen
⭐⭐⭐⭐⭐ 16,840
Kindle Edition
$4.99

**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
⭐⭐⭐⭐☆ 3,493
Kindle Edition
$4.99

**My Dear Hamilton: A Novel of Eliza Schuyler Hamilton**
› Stephanie Dray
⭐⭐⭐⭐☆ 3,028
Kindle Edition
$9.99

**Spellbreaker**
› Charlie N. Holmberg
⭐⭐⭐⭐☆ 1,859
Kindle Edition
$4.99

**Your Browsing History**  View or edit your browsing history  ›

See personalized recommendations



 



amazon | riuty-y | KTM | Hello, Sign in Account & Lists | Account | Returns & Orders | Try Prime | 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

7 results for **riuty-y** : "KTM"

Sort by: Featured

**Brand**

riuty

Riuty

Red Shift Lever Tip, Red Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for KTM 125-530cc 690 950

$10.69

FREE Shipping

Motorcycle Kickstand Pad, Motorcycle Kickstand Side Stand Enlarger Pad Plate for 1050/1090/1190/1290 Adventure Super

$19.49

FREE Shipping

Spoke Cover Spoke Skins Motocross Wheel Rim Spoke Skins, Spoke reflectors for Dirt Bikes Motocross Spoke Wraps Rim 72 pcs Universal(3#)

$11.99

Only 14 left in stock - order soon.

Spoke Cover Spoke Skins Motocross Wheel Rim Spoke Skins, Spoke reflectors for Dirt Bikes Motocross Spoke Wraps Rim 72 pcs Universal(2#)

$12.19

FREE Shipping

Spoke Cover Spoke Skins Motocross Wheel Rim Spoke Skins, Spoke reflectors for Dirt Bikes Motocross Spoke Wraps Rim 72 pcs Universal(1#)

$11.99

FREE Shipping

Only 17 left in stock - order soon.

Spoke Cover Spoke Skins Motocross Wheel Rim Spoke Skins, Spoke reflectors for Dirt Bikes Motocross Spoke Wraps Rim 72 pcs Universal(4#)

$11.99

FREE Shipping

Only 13 left in stock - order soon.

Spoke Cover Spoke Skins Motocross Wheel Rim Spoke Skins, Spoke reflectors for Dirt Bikes Motocross Spoke Wraps Rim 72 pcs Universal(5#)

$11.99

FREE Shipping

SIGN IN   **SHIPPING & PAYMENT**   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

[ **Continue** ]

---

## Shipment 1 of 1

**Shipping from riuty-y**   (Learn more)

Shipping to: ▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Red Shift Lever Tip, Red Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for KTM 125-530cc 690 950**
  $10.69 - Quantity: 1
  Sold by: riuty-y

Change quantities or delete

**Choose a delivery option:**

◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
FREE Shipping

---

[ **Continue** ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Shipping address** Change

███
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ███████

Add delivery instructions

**Payment method** Change

VISA  ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]    Apply

### Order Summary
Items:                                    $10.69
Shipping & handling:                      $0.00
Total before tax:                        $10.69
Estimated tax to be collected:*           $0.67

**Order total:**                         **$11.36**

How are shipping costs calculated?

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.



prime  ███, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery:  Nov. 10, 2020 - Dec. 3, 2020**

Red Shift Lever Tip, Red Motorcycle Brake Pedal Step Gear Shifter Shift Lever Tip for KTM 125-530cc 690 950
**$10.69**
Quantity: 1 Change
Sold by: riuty-y
🎁 Gift options not available.

Choose a delivery option:
◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



Automotive > Motorcycle & Powersports > Parts > Controls > Levers > Brake






Roll over image to zoom in

## Brake Clutch Lever For KTM 690 DUKE/SMC-R/Enduro R 2014-2017 15 16 Motorcycle Accessories Adjustable Folding Extendable Black

Brand: RockMute

★★★★★ ▼    1 rating

Price: **$36.59**

Get $50 off instantly: Pay $0.00 $36.59 upon approval for the Amazon Rewards Visa Card. No annual fee.

| Handle Type | Lever |
| Metal Type | Aluminum |
| Brand | RockMute |

**About this item**
- Folding and extendable
- 6 positions adjustment
- T6061 Aluminum Alloy + Stainless Steel Hardware
- Direct Fit. No modification needed
- Please see the below description for the detail fitment information
- ⟩ See more product details

Compare with similar items

**$36.59**

FREE delivery: Nov 12 - Dec 4

In Stock.

Qty: 1 ▼

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... RockMute
Sold by ... RockMute

Return policy: This item is returnable ▼

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $7.24

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ 📧 f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## Customers who viewed this item also viewed

Page 1 of 5






CNC Extendable Folding Motorcycle Adjustment Brake Clutch Levers For KTM 690 Enduro R ...
★★★★☆ 1
$29.99

Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers F...
★★★★☆ 15
$38.99
Only 9 left in stock - order...

FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017...
★★★★☆ 28
$32.99

CNC Folding Extendable Brake & Clutch Levers For KTM 690 Duke/R 2008-2011 KTM 1190...
★★★★★ 1
$34.99

---

## Customers also viewed these products

Page 1 of 7









CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC ...
★★★☆☆ 20
$20.99

JFG RACING CNC Brake Clutch Levers for 250 300 350 450 500 SX SXF EXC EXCF XC XCF XCW ...
★★★★☆ 14
$23.99
Only 12 left in stock - orde...

Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit...
★★★★☆ 15
$38.99
Only 9 left in stock - orde...

NICECNC Rear Brake Pedal Step Plate Tip for 690 DU- SMC ENDURO 08-09 SUPERMOTOR...
★★★★☆ 54
$14.99
Only 5 left in stock - orde...

FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017...
★★★★☆ 28
$32.99

KTM Clutch Lever (Orange) Brembo OEM: 7800293120004
★★★★☆ 5
$29.99

JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SXR SXF XCF XCW ...
★★★★☆ 66
$23.99

---

## Sponsored products related to this item

Page 1 of 22



CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ...
$33.99

Motorcycle Adjustable Folding Extending Brake Clutch Levers Aluminum For KAWASAKI Z...
★☆☆☆☆ 2
$37.99 ✓prime

CNCMOTOK Black Folding Aluminum Brake Clutch Lever for 22mm 7/8 inch...
★★★★☆ 66
$13.99 ✓prime

CNC Rear Brake Foot Pedal Lever - Motorcycle For Kawasaki KX250F 2006-2018 KX250 20...
$34.99

Skull Zombie Brake Clutch Levers For Honda Shadow VT 600 750 1300 1100 CB VF VTX...
★★★★☆ 113
$25.59

CNC Rear Brake Foot Pedal Lever - Motorcycle For Kawasaki KX450F 2006-2018 KX450 20...
★★★★★ 2
$34.99

MACHSWON 7/8" Motorcycle Front Brake Clutch Master Cylinder Lever Set Reservoir...
$36.99

## Compare with similar items



| | **This item** Brake Clutch Lever For KTM 690 DUKE/SMC-R/Enduro R 2014-2017 15 16 Motorcycle Accessories Adjustable Folding Extendable Black | MZS Adjustment Levers Brake Clutch CNC Red Compatible with KTM 690 Duke 2014-2017\| 690 SMC 2014-2017\| 690 SMCR 2014-2017\| 690 Enduro R 2014-2017\| ADVENTURE 1050 2016\| 1090 Adventure R 2017-2018 | Short Motorcycle Brake and Clutch Levers for KTM 690 Enduro R 2014 2015 2016 2017 2018,KTM 1090 Adventure/R 2017 2018,KTM Adventure 1050 2016,KTM 690 DUKE 690 SMC SMCR 2014-2017-Orange | CNC Short Brake Clutch Levers For KTM 1090 Adventure/R 2017 / Adventure 1050 2016/690 Duke/SMC/SMCR 2014-2017/690 Enduro R 2014-2017 - Orange |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★★ (1) | ☆☆☆☆☆ (0) | ★★★★☆ (13) | ★★★½☆ (9) |
| **Price** | $36⁵⁹ | $36⁵⁹ | $59⁹⁹ | $25⁹⁹ |
| **Sold By** | RockMute | nordlichter | RIDE IT | AnXin |

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $36.59!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | RockMute |
| Brand | RockMute |
| Item model number | BRC01348343 |
| Manufacturer Part Number | BRC01348343 |
| Special Features | Extendable |

### Additional Information

| | |
|---|---|
| ASIN | B0899M8G11 |
| Customer Reviews | ★★★★★ ▾   1 rating<br>5.0 out of 5 stars |
| Best Sellers Rank | #1,233,533 in Automotive (See Top 100 in Automotive)<br>#2,050 in Powersports Brake Levers |
| Date First Available | May 28, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ▾

## Videos

Page 1 of 3

#### Videos for related products



**0:29**

Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever

GOOFIT



**0:59**

Motorcycle CNC brake clutch levers

FXCNC Racing

**0:28**

7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir...

Feiteplus



**0:29**

WOOSTAR- How to install a Clutch Brake Bump Lever Assembly for...

WOOSTAR DIRECT US



Street Brake Le...

TARAZON-Moto

Upload your video

## Product description

Motorcycle Folding Extendable Brake Clutch Levers

-Condition: Brand New, High Quality
-Material: CNC 6061 Billet Aluminum
-Feature:

- Extending & Folding
- 6 positions adjustment
- Stainless Steel Hardware
- No Modification is needed

-Item is easy to install without instructions
-Color may have 5% different from the photos shown online.
-Color: as the picture shown
-Package include: 1 brake and 1 clutch lever
*** If you want other color, please contact us ***

Fitment:
- for KTM 690 DUKE 2014-2017
- for KTM 690 SMC-R 2013-2018
- for KTM 690 Enduro R 2014-2018

---

### Need it sooner?
Page 1 of 2

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit... | FTTR Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017... | MZS Motorcycle Levers Brake Clutch CNC Black Compatible with KTM 690 Duke 2014-2019]... | MZS Adjustment Levers Brake Clutch CNC Compatible with KTM 690 Duke SMC SMCR... | NICECNC Rear Brake Pedal Step Plate Tip for 690 DU- SMC ENDURO 08-09 SUPERMOTOR... | CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF... | YOSHIMURA R-77 Stainless Slip-on Wo Finish for KTM 690 Enduro R & Husqvar |
| ★★★★☆ 15 | ★★★★½ 28 | ★★★★☆ 8 | ★★★★½ 2 | ★★★★½ 54 | ★★★★☆ 20 | ★★★★★ 16 |
| $38.99 | $32.99 | $35.88 | $42.99 | $14.99 | $20.99 | $469.00 |
| Only 9 left in stock - order... | | Only 5 left in stock - order... | Only 8 left in stock - order... | Only 5 left in stock - order... | | Only 1 left in stock - on |

---

### Sponsored products related to this item
Page 1 of 11

      

| | | | | | | |
|---|---|---|---|---|---|---|
| CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M 125 144 150 200 250 300 350 ... | CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ... | CNC Rear Brake Foot Pedal Lever - Motorcycle For Honda CRF250X 2004-2017 CRF450X... | CNC Rear Brake Foot Pedal Lever - Motorcycle For Kawasaki KX250F 2006-2018 KX250 20... | Duokon Brake Lever, Rear Hydraulic Brake Lever Pedal & Spring Fit for Pit Dirt Bike... | KIPA Complete Clutch Pad Flywheel Basket Kit For KTM 50 Junior Senior Mini SX Pro L... | 6 Adjustable Positio Red Brake Clutch Le for Suzuki GSXR130 99-07, GSX1250 10- |
| | | ★★★★☆ 1 | | ★★★½☆ 4 | ★★★★☆ 5 | ★★★★★ 9 |
| $32.99 | $33.99 | $34.99 | $34.99 | $20.39 ✓prime | $59.99 ✓prime | $29.99 ✓prime |

Ad feedback

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

★★★★★ 5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

### No customer reviews

There are 0 customer reviews and 1 customer rating.

---

### Review this product



Share your thoughts with other customers

Write a customer review

## Customers who searched for "emoji" ultimately bought

Page 1 of 2

     

LovesTown Mini Emoji Keychain Set, 80pcs Emoji Party Favors for Kids Emoticon Plush...
★★★★☆ 32
$12.99

Emoji Universe: Emoji LED Rings, 24 Count
★★★★☆ 359
$11.95

36 Styles Metallic Glitter Emoji Temporary Tattoos for Kids, Emoji Birthday Party Supplies Games...
★★★★☆ 3
$5.99

Dreampark Emotion Keychain Mini Cute Plush Pillows, Christmas / Birthday Party...
★★★★☆ 740
$10.99

Dreampark 80 Pack Mini Emotion Keychain Plush, Party Favors for Kids, Christmas / Birthday...
★★★★☆ 182
$32.99

## Top subscription apps for you

Page 1 of 9

     

Disney+
Disney
★★★★☆ 386,993
$0.00

CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 98,053
$0.00

STARZ
Starz Entertainment
★★★★☆ 79,756
$0.00

Sling TV
Sling TV LLC
★★★★☆ 47,388
$0.00

SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,921
$0.00

**Your Browsing History**   View or edit your browsing history ➤

Page 1 of 2

See personalized recommendations

       

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

    English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon

Amazon Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Happiness Guarantee

Amazon Ignite

Amazon Rapids
Fun stories for kids on the go



16 results for RockMute : **"KTM"**

Sort by: Featured ▾

**Brand**
RockMute



Brake Clutch Lever For KTM 690 DUKE/SMC-R/Enduro R 2014-2017 15 16 Motorcycle Accessories Adjustable Folding Extendable Black

★★★★★ ▾ 1

$36⁵⁹
FREE Shipping



Brake Clutch Lever For KTM 990/950/640 Adventure Motorcycle Accessories Adjustable Folding Extendable Black

$36⁵⁹
FREE Shipping



Brake Clutch Lever For KTM DUKE 125 200 390 2012-2014 RC 125 200 390 Motorcycle Accessories Adjustable Folding Extendable (black orange)

**black orange**
$36⁵⁹
FREE Shipping
Also available in orange black



Brake Clutch Lever For KTM 1190 ADV/R 13-16, 1290 Super Adventure 15-17 Motorcycle Accessories Adjustable Folding Extendable (orange +...

**orange + black**
$36⁵⁹
FREE Shipping
Also available in black + orange



Brake Clutch Lever For KTM 950 SUPERMOTO 2005-2006 Motorcycle Accessories Adjustable Folding Extendable (orange black)

**orange black**
$36⁵⁹
FREE Shipping
Also available in black orange



Brake Clutch Lever For KTM 950 990 Supermoto R/T SMT SMR Motorcycle Accessories Adjustable Folding Extendable O (orange black)

**orange black**
$36⁵⁹
FREE Shipping





Brake Clutch Lever For KTM 690 DUKE R 2014-2018 15 16 17 Motorcycle Accessories Adjustable Folding Extendable (black orange)

**black orange**
$36⁵⁹
FREE Shipping



☰  **amazon**   All ▾ [                    ] 🔍    🇺🇸   Hello, Sign in
Account & Lists ▾   Returns
& Orders ▾   Try Prime ▾   🛒 0 Cart

Deliver to
Bensenville 60106    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping        Shop deals before they're gone

## RockMute

RockMute storefront
★★★★☆ | 78% positive lifetime (9 total ratings)
RockMute is committed to providing each customer with the highest standard of customer service.

Have a question for RockMute?
[ Ask a question ]

---

## Detailed Seller Information

**Business Name:** Guangzhou Kuantu Trading Co,. Ltd
**Business Address:**
Room 706, Building 1, NO.196, Zeng Cha Road
Song Zhou Street, Bai Yun District
Guangzhou
510000
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

★★★★★  "Very supportive and understanding ready to help and work with you on any issues if any and answer to your concerns product Great and would help getting a better grip on your clutch and break adjustable for smaller hands. "
Read less
By pauline on September 12, 2020.

★☆☆☆☆  "It said in stock when I bought the item then 3 days later i get an email from seller that all items are sold out and may take 1-3 months to make new ones..... I don't appreciate a seller that does not check their stock to avoid these awful customer experience ...i'll pass on this seller in the future.... "
Read less
By Jensen on July 11, 2020.

★☆☆☆☆  "Are you going to reimburse me for the $16.00 extra ship fees I paid to have it expidited. I paid extra to get it here with the rest of the items "
By Arman B. on May 11, 2020.

★★★★★  "Great and early "
By Raven R1 on December 15, 2016.

★★★★★  "Parts arrived early! I always love it when that happens! "
By penny on November 26, 2016.

|          | 30 days | 90 days | 12 months | Lifetime |
| -------- | ------- | ------- | --------- | -------- |
| Positive | -       | 100%    | 33%       | 78%      |
| Neutral  | -       | 0%      | 0%        | 0%       |
| Negative | -       | 0%      | 67%       | 22%      |
| Count    | 0       | 1       | 3         | 9        |

Previous   Next

Leave seller feedback   |   Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 8









Laugh Till You Cry Emoji Pillow 12.5 Inch Large Yellow Smiley Emoticon
★★★★☆ 584
$9.95

Emoji Birthday Candles | Party Supply
★★★★☆ 195
$4.55

Timex Unisex Weekender 38mm Watch
★★★★☆ 12,195
$29.55 - $89.99

24 Make A Emoji Stickers For Kids: Emoji Party Supplies & Party Favors For Emoji Themed...
★★★★☆ 134
$7.25

Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fits ABS &...
★★★★☆ 89
$80.99

### Top subscription apps for you

Page 1 of 9









Disney+
Disney
★★★★☆ 386,993
$0.00

CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 98,053
$0.00

STARZ
Starz Entertainment
★★★★☆ 79,756
$0.00

Sling TV
Sling TV LLC
★★★★☆ 47,388
$0.00

SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,921
$0.00

 

SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

[ Continue ]

---

**Shipment 1 of 1**

**Shipping from RockMute**   (Learn more)

Shipping to: ▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Brake Clutch Lever For KTM 690 DUKE/SMC-R/Enduro R 2014-2017 15 16 Motorcycle Accessories Adjustable Folding Extendable Black**
$36.59 - Quantity: 1
Sold by: RockMute

Change quantities or delete

**Choose a delivery option:**

● **Thursday, Nov. 12 - Friday, Dec. 4**
FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon**.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

(i) Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Shipping address** Change
█████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ████████

Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ] [ Apply ]

**Order Summary**
| | |
|---|---|
| Items: | $36.59 |
| Shipping & handling: | $0.00 |
| Total before tax: | $36.59 |
| Estimated tax to be collected:* | $2.29 |

**Order total:**    **$38.88**

How are shipping costs calculated?



prime   █████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 12, 2020 - Dec. 4, 2020**

Brake Clutch Lever For KTM 690
DUKE/SMC-R/Enduro R 2014-2017 15 16
Motorcycle Accessories Adjustable Folding
Extendable Black
$36.59
**Quantity:** 1 Change
Sold by: RockMute
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Thursday, Nov. 12 - Friday, Dec. 4**
  FREE Shipping

*Why has sales tax been applied? **See tax and seller information**

Do you need help? Explore our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: **Important information regarding sales tax you may owe in your State**

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's **Returns Policy**

Go to the **Amazon.com homepage** without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



☰  amazon  | All ▾ | KTM                                    🔍  | 🇺🇸  | Hello, Sign in  Account & Lists ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping  Registry  Sell | Shop tech gifts

‹ Back to results





Click image to open expanded view

## Brake Clutch Lever For KTM 990/950/640 Adventure Motorcycle Accessories Adjustable Folding Extendable Black

Brand: RockMute

Price: **$36.59**

Get $50 off instantly: Pay $0.00 $36.59 upon approval for the Amazon Rewards Visa Card. No annual fee.

| Handle Type | Lever |
|---|---|
| Metal Type | Aluminum |
| Brand | RockMute |

### About this item
- Extending & Folding
- 6 positions adjustment
- T6061 Aluminum Alloy + Stainless Steel Hardware
- Direct Fit. No modification needed.
- Please see the below description for the detail fitment information

› See more product details

Compare with similar items

**$36.59**

FREE delivery: Nov 12 - Dec 4

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... RockMute
Sold by ... RockMute

Return policy: This item is returnable ▾

Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

## Inspired by your recent shopping trends
Page 1 of 5

    

‹ ›

Motorcycle Aluminum Short Adjustable Brake Clutch Levers for KTM 1090 Adventure/R...
★★★★★ 2
$36.99

MZS Motorcycle Levers Brake Clutch CNC Black Compatible with KTM 690 Duke 2014-2019|...
★★★★½ 8
$35.88
Only 5 left in stock - order...

MZS Adjustment Levers Brake Clutch CNC Compatible with KTM 690 Duke SMC SMCR...
★★★★½ 2
$42.99
Only 8 left in stock - order...

Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit...
★★★★ 15
$38.99
Only 9 left in stock - order...

FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017
★★★★½ 28
$32.99

## Customers who viewed this item also viewed



Brake Clutch Lever For KTM 990/950/640 Adventure Motorcycle Accessories Adjustable Folding Extendable...
$36.59

## Customers also viewed these products
Page 1 of 7

      

‹ ›

Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit...
★★★★ 15
$38.99
Only 9 left in stock - order...

FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017...
★★★★½ 28
$32.99

Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
★★★★ 13
$33.99

Motorcycle Swingarm Guard Swing Arm Protector for TC125 TC250 FC250 FC350...
★★★★½ 44
$21.99
Only 18 left in stock - orde...

CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF...
★★★½ 20
$20.99

CNC Short Brake Clutch Levers for KTM Super Adventure 1290 S/T/R 2015-2017/1190...
★★★½ 9
$23.99

NICECNC Rear Brake Pedal Step Plate Tip 690 DU- SMC ENDU 08-09 SUPERMOTO...
★★★★½ 54
$14.99
Only 5 left in stock - on...

10/22/2020
Amazon.com: Brake Clutch Lever For KTM DUKE 125 200 390 2012-2014 RC 125 200 390 Motorcycle Accessories Adjustable Folding Extendable (black orange)
Case 1:20-cv-06677 Document #: 15 Filed: 11/10/20 Page 136 of 498 PageID #:2306

‹ Back to results






Click image to open expanded view

## Brake Clutch Lever For KTM DUKE 125 200 390 2012-2014 RC 125 200 390 Motorcycle Accessories Adjustable Folding Extendable (black orange)

Brand: RockMute

Price: **$36.59**

Get $50 off instantly: Pay $0.00 $36.59 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **black orange**

| $36.59 | $36.59 |
| --- | --- |

| Handle Type | Lever |
| Metal Type | Aluminum |
| Brand | RockMute |

### About this item
- Extending and folding
- 6 positions adjustment
- T6061 Aluminum Alloy + Stainless Steel Hardware
- Direct Fit. No modification needed
- Please see the below description for the detail fitment information

› See more product details

Compare with similar items

**$36.59**

FREE delivery: Nov 12 - Dec 4

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... RockMute
Sold by ... RockMute

Return policy: This item is returnable ⌄

Deliver to Bensenville 60106

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

---

## Inspired by your recent shopping trends

Page 1 of 4


Motorcycle Aluminum Short Adjustable Brake Clutch Levers for KTM 1090 Adventure/R...
⭐⭐⭐⭐⭐ 2
$36.99


MZS Motorcycle Levers Brake Clutch CNC Black Compatible with KTM 690 Duke 2014-2019]...
⭐⭐⭐⭐ 8
$35.88
Only 5 left in stock - order...


MZS Adjustment Levers Brake Clutch CNC Compatible with KTM 690 Duke SMC SMCR...
⭐⭐⭐⭐⭐ 2
$42.99
Only 8 left in stock - order...


Orange Motorcycle CNC Aluminum Adjustable Folding Extendable Brake Clutch Levers Fit...
⭐⭐⭐⭐ 15
$38.99
Only 9 left in stock - order...


FTRT Adjustable Short Brake Clutch Levers For KTM Duke 125 RC125 2014 2015 2016 2017...
⭐⭐⭐⭐ 28
$32.99


Rawsomes Adjustable Brake Clutch Levers For KTM 390 Duke/RC390 2013-2019, 250 Duke...
⭐⭐⭐ 19
$30.90
Only 1 left in stock - order...


CNC Folding Extend Brake & Clutch Leve For KTM 690 Duke 2 2017 KTM 690 SMC...
⭐⭐⭐⭐⭐ 1
$34.99

---

## Sponsored products related to this item

Page 1 of 14


KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
⭐⭐⭐⭐ 3
$47.99


KTM Clutch Lever (Orange) Brembo OEM: 7800293120004
⭐⭐⭐⭐ 5
$29.99


KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404
⭐⭐⭐⭐⭐ 3
$101.99


KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
⭐⭐⭐⭐⭐ 1
$101.99


For KTM 390 Duke/RC390 2013-2018 for KTM 125 Duke/RC125 2014...
⭐⭐⭐⭐ 1
$36.38


For 690 Duke R 2014-2017 Motorcycle Accessories CNC Adjustable Foldable...
⭐⭐⭐⭐ 1
$32.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
⭐⭐⭐⭐ 44
$21.99 ✓prime
Ad feedback ☐

## Compare with similar items



## amazon

Automotive Parts & Accessories

Deliver to Bensenville 60106

Hello, Sign in Account & Lists — Account

Returns & Orders

Try Prime

0 Cart

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Shop today's epic deals now

Automotive   Your Garage   Deals & Rebates   Best Sellers   Parts   Accessories   Tools & Equipment   Car Care   Motorcycle & Powersports   Truck   RV   Tires & Wheels   Vehicles

Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Grips



Roll over image to zoom in

## Motocyc Grips-Dirt Bike Grips-Pillow Top Grip-Mx Grips-Universal Handle Grips for KTM XC XCW EXC SX SXF SXS EXC EXC-F XC-W SX-F EXC-R XCR-W XC-F XCF-W

Brand: RSG

★★★★☆ 233 ratings | 26 answered questions

Price: **$8.88** & FREE Returns

Get $50 off instantly: Pay $0.00 $8.88 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color: orange**

$8.88   $8.88   $8.88   $8.88

- ☠FITMENT--Inner Diameter(L/R)--22mm/24mm.This motocross grips will universal fit 7/8" bars or oversize bars that taper to 7/8" at bar ends,,fit for most dirt bikes,pit bike,stree bike,ATV KTM Yamaha Suzuki Kawasaki Honda
- ☠GRIPS FUCTION:Dirt bike hand grips can reduces vibration and cushions hard impacts,relieve your hands fatigue,and the pillow top hand grips have a self-cleaning pattern,it's especially great for MX when you don't have time to stop and clean your hand grips
- ☠MADE WITH HIGH QUALITY MATERIAL:Our motorcycle grips constructed of rubber gel material,the pillow top grips offers a tacky gel-like surface compound and a harder inner core compound that enhances the bonding interface with the bars.ANTI-Rip Tip uses denser compound to increase life of the grip
- ☠EASY TO INSTALL:These dirtbike handlebar grips blue have an overall length of 120mm and are easy on,easy off installation,the ultra-bonding black inner core grabs the handlebar like a vise
- ☠BEST AFTER-SALES SERVICE:We warranty for 90 days from date of purchase.We are committed to provide excellent customer service,If you have any questions,please fell free to contact us,we will try our best to solve your problem

› See more product details

Compare with similar items

**$8.88**

& FREE Returns

FREE delivery: **Thursday, Oct 29** on your first order.

Fastest delivery: **Friday, Oct 23** Order within 22 hrs and 19 mins Details

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   Amazon
Sold by   Rudear store

Return policy: Extended holiday return window till Jan 31, 2021

☐ Add gift options

⦿ Deliver to Bensenville 60106

**Add to List**

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

### Exclusive items from our brands

Page 1 of 7









CLEO Plastic Fender Fairing Body Work Set . Plastic Body Fender Kit 7 piece for CRF50...
★★★★☆ 74
$29.99

AmazonBasics Motorbike Powersports Racing Gloves - XX-Large, Red
★★★★☆ 1,253
$11.99

CLEO Rear Hydraulic Caliper Brake Master Cylinder Assembly for Chinese 50cc 90cc...
★★★☆☆ 30
$30.88
Only 14 left in stock - orde...

ConPus Titanium Turbo Blanket T3 Lava cover for Turbocharger Thermal Heat Shield...
★★★★☆ 24
$24.20

LLPT Aluminum Black Foil Tape 2 Inches x 55 Yards 3.94 Mil High Temp Heavy Duty...
★★★★☆ 162
$15.99

ConPus T4 GT40 GT42 GT45 Titanium Lava Cover Turbo Shield Turbo Blanket...
★★★★☆ 29
$25.80

### Customers who viewed this item also viewed

Page 1 of 6








PRO TAPER Pillow Top Motorcycle Grips - BLACK - CRF YFZ RMZ KXF SXF XC --024858
★★★★★ 390
$12.20
In stock on October 27, 20...

Handlebar Grips Rubber Gel Grips For KTM Kawasaki Honda Yamaha Suzuki (Orange) ...
★★★★☆ 137
$11.99

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing...
★★★★☆ 881
$7.99

SclMotor Universal 22mm 7/8"Red Pro Taper Dirt Pit Bike Grips For HONDA CRF150F...
★★★★☆ 565
$16.99

Pro Taper Pillow Top MX Grips - Black/Grey/Orange
★★★★☆ 58
$12.49

Pro Taper Pillow Top Lite MX Handlebar Grips (Black/Red) With Pro Taper Sticker
★★★★☆ 87
$15.39
Only 20 left in stock - orde...

**4 stars and above**   Sponsored

Page 1 of 7










**Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars,...**
★★★★☆ 23,498
$19.98 ✓prime

**Universal Fat Bars 28mm Dirt Bike Pad Pit Bike Handlebar Set Handlebars Motorcycle ...**
★★★★☆ 76
$44.99

**Hopider CNC Wide Foot Pegs MX for Yamaha YZ85 2002-2019, YZ125 1997-2017, YZ250 199...**
★★★★☆ 64
$27.99 ✓prime

**Pro Taper Pillow Top Lite ATV Grips - Black/Grey/Black**
★★★★☆ 103
$12.94 ✓prime

**HTTMT XH4073-Comfort Gel Hand Grips Red 22mm 7/8" Compatible with...**
★★★★☆ 110
$8.39

**Pro Taper Pillow Top MX Grips - Black/Grey/Orange**
★★★★☆ 58
$12.49 ✓prime

Ad feedback

## Compare with similar items



|  | **This item** Motocyc Grips-Dirt Bike Grips-Pillow Top Grip-Mx Grips-Universal Handle Grips for KTM XC XCW EXC SX SXF SXS EXC EXC-F XC-W SX-F EXC-R XCR-W XC-F XCF-W | 2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing Grip for Dirt Bike Motocross Honda CR80R/85R, CRF150R, CR125R/250R, CRF450R（Red） | PRO TAPER Pillow Top Motorcycle Grips - BLACK - CRF YFZ RMZ KXF SXF XC --O24858 | SclMotor Universal 22mm 7/8"Red Pro Taper Dirt Pit Bike Grips For HONDA CR150F CRF230F CRF250F CRF450F |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (233) | ★★★★☆ (881) | ★★★★★ (390) | ★★★★☆ (565) |
| **Price** | $8⁸⁸ | $7⁹⁹ | $12²⁰ | $16⁹⁹ |
| **Sold By** | Rudear store | AnXin | Avid Cycles | E-Buy Inc |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

**Color:orange**

### Technical Details

| Manufacturer | Rudear |
|---|---|
| Brand | RSG |
| Item Weight | 3.98 ounces |
| Package Dimensions | 5.6 x 1.8 x 1.5 inches |
| Manufacturer Part Number | Rudear2 |
| Vehicle Service Type | Motorcycle, Dirt bike, All-terrain-vehicles, Bike |

### Additional Information

| ASIN | B08DRNSD9J |
|---|---|
| Customer Reviews | ★★★★☆ ⌄    233 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #4,669 in Automotive (See Top 100 in Automotive)<br>#10 in Powersports Grips |
| Date First Available | July 28, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

# Videos

### Videos for related products

    

| | | | | |
|---|---|---|---|---|
| 1:31 | 1:57 | 1:26 | 0:17 | |
| How to install motorcycle 7/8" gel grips | Grip-Tek Black Buffed Foam Grips – EPDM Foam Handle Grips for Bik… | Demo-ALPHA MOTO motorcycle 7/8" cafe racer clubman handlebar | Evomosa 1 Pair 7/8" Aluminum Rubber Gel Ergonomic CNC… | Evomosa 1 Pair 7/8" Rubber Gel Ergono |
| Alpha Moto | Trim-Lok, Inc. | Alpha Moto | Evomosa | Evomosa |

Upload your video

## Product description

Color: orange

Having the best pair of dirt bike grips is essential for most riders.Grips can reduce vibrations in the hands, slow down arm pump and give you control of your handlebars when experiencing wet and muddy conditions
If you think you're ready to handle an extra level of comfort on either the MX track or the trail,pick up a set of the Pillow Top Lite grips.

Features:
1.Made of rubber material,soft and durable in using
2.Non-slip rubber provides smooth throttle tuning and better control,offer the ultimate combination of comfort and durability
3.Easy installation.These handle grips are great replacement for your old grips
4.The Anti-Rip Tip is a separate compound from the rest of the grip and is designed for off-road rigors and built for longevity
5.Our 7/8 universal grips are designed to self-clean,and they shed mud away from the grip's outer surface

Description:
Left(bar side) hole:22mm(7/8")
Right(throttle side) hole:24mm
Overall Length: 12cm (1/2")
Material: Durable PVC Gel rubber
Package Includes:2 x motorcycles handlebar grips
Fitment:
Our dirtbike grip fit any standard or oversized handle bars for motorcycles and ATVs with a twist throttle application.
Yamaha YZ125/250 2001-2007
Yamaha YZ250F 2001-2006
Yamaha YZ426F/450F 2001-2007
Yamaha Yz80 Yz85 Yz125 Yz250 Yz465 Yz490 Yz250f Yz450
Yz400 Yz426 Wr250 Wr450 Ttr125 Ttr230 Ttr90 Ttr110 Pw80 Rt100 Rt180

Notices:
Ensure this part fits for your motorcycle before you place an order
If there is any problems, please feel free to contact us, we are glad to help you

## What other items do customers buy after viewing this item?

     

| PRO TAPER Pillow Top Motorcycle Grips - BLACK - CRF YFZ RMZ KXF SXF XC --024858 | 2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing… | Handlebar Grips Rubber Gel Grips For KTM Kawasaki Honda Yamaha Suzuki (Orange) … | PRO TAPER PILLOW TOP LITE GRIP (BLACK) | 2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing… | SciMotor Universal 22mm 7/8"Red Pro Taper Dirt Pit Bike Grips For HONDA CRF150F… |
|---|---|---|---|---|---|
| ★★★★★ 390 | ★★★★☆ 881 | ★★★★☆ 137 | ★★★★☆ 382 | ★★★★☆ 881 | ★★★★☆ 565 |
| $12.20 | $7.99 | $11.99 | $12.83 | $7.99 | $16.99 |
| In stock on October 27, 20… | | | Only 13 left in stock - orde… | | |

## Sponsored products related to this item

     

| Motorcycle HandleBar Handle Clamps Riser Fat Bar Mount 28mm 1 1/8" Universal CNC Fo… | TCMT 1-1/4" Fat Ape Handlebar Fits For Harley Sportster Softail FXDB FLRT FXDWG… | Universal Motorcycle Left Right 7/8" 22mm Clutch Brake Handle Levers Perch + 22mm 2… | 7/8 Universal Grips for Taper Dirt Pit Bike Blue one pair | Pro Taper Pillow Top Grips - Twist Throttle (Grey) | Pro Taper Pillow Top ATV Handlebar Grips 024859 |
|---|---|---|---|---|---|
| ★★★★☆ 3 | ★★★★☆ 1 | ★★★★★ 3 | ★★★★☆ 406 | ★★★★☆ 59 | ★★★★★ 322 |
| $14.59 ✓prime | $84.99 | $16.98 ✓prime | $16.99 ✓prime | $13.49 ✓prime | $13.00 ✓prime |

Ad feedback 

## Customer questions & answers

🔍 Have a question? Search for answers

---

▲ **0** votes ▼

**Question:** can they fit a 2017 crf150r big wheel?

**Answer:** Yes,this moto grips can fit you 2017 crf150r
By Deathos1 on March 4, 2020

∨ See more answers (1)

---

▲ **0** votes ▼

**Question:** Would this fit klx110 bars on Honda Grom

**Answer:** Will fit any standard handlebars.
By TK on August 10, 2020

---

▲ **0** votes ▼

**Question:** Will these fit my 2017 klr 650?

**Answer:** yes,it will fit your bike
By Rudear store **SELLER** on May 7, 2020

---

▲ **0** votes ▼

**Question:** What size of handlebar do these grips fit?

**Answer:** They should fit any motorcycle handlebar that is 7/8" diameter at the bar ends which really is just about any common handlebar. Even the Answer Protaper bars and all the 1 1/8" bars that followed it "taper" down to 7/8" at the grip area so chances are high they will work for you. Personal water craft and snowmobiles ma... see more
By Maggie Lynch on January 16, 2020

[ See more answered questions (22) ]

---

## Customer reviews

★★★★½ 4.6 out of 5

233 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 76% |
| 4 star | █ | 14% |
| 3 star | ▌ | 5% |
| 2 star | | 2% |
| 1 star | ▌ | 4% |

∨ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Adhesion | ★★★★★ | 4.8 |
| Comfort | ★★★★½ | 4.5 |
| Value for money | ★★★★½ | 4.5 |

∨ See more

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Customer images



See all customer images

### Read reviews that mention

[ grip ]  [ bike ]  [ described ]  [ dirt ]  [ rubber ]

Top reviews ▾

### Top reviews from the United States

👤 Amazon Customer

★★★★★ **Good.**

Reviewed in the United States on August 17, 2020

Color: blue | **Verified Purchase**

These are pretty good for the money.

I will tell you, they are thick/girthy. If you like the feel of a thicker grip, these are for you. If you like the thinner grips, definitely get something else. I can also tell you that the softness of the rubber is on the medium-high range. (Meaning they are slightly harder than other grips out there.) So it just depends what you prefer.

Btw, one grip will have a slightly larger center hole. This is NORMAL. It is so that you can fit the larger one, over the twist throttle.
I saw that one person was complaining about that, and he must be unaware that, this is normal, and needed for a dirt bike.

If you have an atv with thumb throttle, get different grips. These are for twist throttles.



One person found this helpful

[ Helpful ]  Comment | Report abuse

---

👤 YannikChen

★★★★★ **Pro taper grips**

Reviewed in the United States on January 25, 2020

Color: red | **Verified Purchase**

I highly recommend these grips, and they buy them again they are pro taper and the at a big brand.Those dirt bike grips are very easy to install,and they are comfortable and durable grips, was as described and worked well on 7/8" handlebars.



41 people found this helpful

[ Helpful ] | Comment | Report abuse

---

James Addleman

★★★★★ **Worth the money**
Reviewed in the United States on July 3, 2020
Color: blue | Verified Purchase

The important thing is that the merchant's attitude is very good, and gave me a detailed description of the product, so that I can further understand the goodness of the product! I would recommend 100% if my friends around me need it.

46 people found this helpful

[ Helpful ] | Comment | Report abuse

---

Joseph E. Romano

★★★★★ **They're Pro Taper!!!**
Reviewed in the United States on May 27, 2020
Color: red | Verified Purchase

Didn't expect Pro Tapers. Nice upgrade from something generic

41 people found this helpful

[ Helpful ] | Comment | Report abuse

---

Huy Le   TOP 100 REVIEWER

★★★★★ **The handle is firm and sturdy, reducing fatigue when gripping.**
Reviewed in the United States on August 13, 2020
Color: blue | Verified Purchase



Motorcycle handlebar will fit by almost all terrain vehicles, stree bikes. The handle of a bicycle can make vibrating dirt and vibrations strong, reducing hand fatigue and grip on self-cleaning models. Made of rubber gel, making the core more rigid.

[ Helpful ] | Comment | Report abuse

---

tomeka

★★★☆☆ **Read description and ask questions.**
Reviewed in the United States on August 11, 2020
Color: red | Verified Purchase

Could use a better and clearer description. I ended up having to remove them because installation was complicated and once on didn't fit properly. I'll accept operator's error but better description and instructions would've helped.

[ Helpful ] | Comment | Report abuse

---

Shahanaz Perveen

★★★★★ **fit it perfectly**
Reviewed in the United States on January 28, 2020
Color: red | Verified Purchase

Just wanna say its fits for my bike nicely.After setup my bike looks great for my eyes.Throw previous one after have these grips.

36 people found this helpful

[ Helpful ] | Comment | Report abuse

---

Tina P

★☆☆☆☆ **Not as advertised**
Reviewed in the United States on August 6, 2020
Color: blue | Verified Purchase | Early Reviewer Rewards  (What's this?)

We purchased these for our Yamaha TTR125. In the listing it stated they were compatible. When we received them, they wouldn't even go on the non-throttle side. The holes were very small and not able to be stretched. I don't know if we received a different size by accident, but they did not work as advertised.

[ Helpful ] | Comment | Report abuse

---

**See all reviews ›**

---

## Newer and similar items

Page 1 of 2

Case 1:20-cv-06677 Document 15 Filed 11/10/20 Page 143 of 198 PageID #: 2313

     

Motorcycle Handlebar Grips 7/8" 22mm 28mm Dirt Pit Bike Universal ATV UTV Pro Part...
★★★★☆ 35
$13.99

Universal 7/8" Dirt Bike Motorcycle Hand Grips Handlebar for Honda Grom CRF150F...
★★★★☆ 114
$9.99

MRELC Motorcycle anti-slip rubber strip handle 7/8" 22mm 24mm motorcycle comfort...
★★★★☆ 12
$8.98

HIAORS 7/8" Motorcycle Hand Grips for CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross...
★★★★☆ 390
$7.99

SclMotor Universal 22mm 7/8" Pro Taper Dirt Pit Bike Grips For YAMAHA SUZUKI BMW...
★★★★☆ 509
$15.99

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing...
★★★★☆ 881
$7.99

## Inspired by your browsing history

     

FMF Racing 11299 Wash Plug
★★★★☆ 1,409
$11.08

72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke...
★★★★☆ 69
$9.99

AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC...
★★★★☆ 17
$27.99

KTM FLAG READY TO RACE 3PW1771500
★★★★☆ 150
$19.99

KTM 6" Die-cut Decal Orange
★★★★☆ 67
$1.81

Troy Lee Designs Men's 20 TLD KTM Team Shirts
★★★★☆ 110
$30.00 - $31.50

## Your Browsing History    View or edit your browsing history ›

See personalized recommendations

**Sign in**

New customer? Start here.

   

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |



English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |



10/21/2020

5 results for **Rudear store** : **"KTM"**

Sort by: Featured

**Brand**
RSG
Gas Tanks&Gas Caps



Motocyc Grips-Dirt Bike Grips-Pillow Top Grip-Mx Grips-Universal Handle Grips for KTM XC XCW EXC SX SXF SXS EXC EXC-F XC-W SX-F EXC-R XCR-...
★★★★☆ 233
orange
$8.88
Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon



Air Fuel Mixture Screw CNC Adjust Carb FCR Air Screw for KEIHIN Carburetor Four-Strokes FCR Carbs Honda KTM Yamaha Suzuki Motorcro...
★★★★☆ 111
blue
$9.99
Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon
Only 13 left in stock - order soon.



6Pcs Gas Fuel Cap Air Vent Hose Universal CNC Tank Valve Vent Tube with Chekc Ball Aluminum Breather for Atv Motorcycle Kawasaki Honda...
★★★★☆ 22
$11.88
Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon



Billet Gas Fuel Cap Air Vent Hose Tube Breather For KTM EXC XC SX SXF XCF XCW
★★★★☆ 6
$16.66
FREE Shipping



Billet Gas Fuel Cap Air Vent Hose Tube Breather For Suzuki RM125 RM250 RMZ250 RM
★★★★★ 1
$16.66
FREE Shipping

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search What's this? ⌄

Page 1 of 3

https://www.amazon.com/s?k=KTM&me=A2TEZWPQ1QJI5V&ref=nb_sb_noss

1/3

☰ amazon

All ▾

🔍

Deliver to
Bensenville 60106

Hello, Sign in
Account & Lists
Account ▾

Returns
& Orders

Try Prime ▾

0 Cart

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping

Shop deals before they're gone

# Rudear store

Rudear store storefront

★★★★½ | **91% positive** in the last 12 months (34 ratings)

Rudear store is committed to providing each customer with the highest level of customer service.

Have a question for Rudear store?

Ask a question

---

## Detailed Seller Information

**Business Name:** yongkangchaohuishangmaoyouxiangongsi

**Business Address:**
shizhuzhenyunxicun
385-1hao
jinhuashiyongkangshi
zhejiangsheng
321300
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |

★★★★★  *" Great grips so far. Nice tacky grip and look nice "*
By Twisted R Ranch on September 30, 2020.

★★★★★  *" Son loved it "*
By Kayla carroll on September 25, 2020.

★★★★★  *" Comfort and looks I give them a 5 star "*
By Randy Nichols on September 24, 2020.

★☆☆☆☆  *" Cheap knock off Pro Taper Grips from China. I have a 2018 YZ125. Never had a problem with grip install before but the throttle side would NOT slide on. Had to cut it off and got a refund from Amazon. I spend 10 bucks more and got the official Pro Taper Grips. I'm not even sure how Amazon allows these knock offs to be sold with Pro Tapers name on it. "*
Read less
By Brandon on September 11, 2020.

★★★★★  *" works great! "*
By Russ O. on September 2, 2020.

Previous  Next

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 88% | 91% | 91% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 12% | 9% | 9% |
| Count | 8 | 17 | 34 | 34 |

Leave seller feedback  |  Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 7

  

FMF Racing 11299 Wash Plug
★★★★½ 1,409
$11.08



72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke Covers...
★★★★½ 69
$9.99



AnXin Foot Pegs Footpegs Footrest Foot Pedals Rests CNC MX For KTM SX SXS XC EXC MXC XCW...
★★★★ 17
$27.99



KTM FLAG READY TO RACE 3PW1771500
★★★★½ 150
$19.99



KTM 6" Die-cut Decal Orange
★★★★½ 67
$1.81



Troy Lee Designs Men's 20 TLD KTM Team Shirts
★★★★½ 110
$30.00 - $31.50

## Top subscription apps for you

Page 1 of 7

 

Disney+
Disney
★★★★½ 384,536
$0.00



CBS Full Episodes and Live TV
CBS Interactive
★★★★ 97,405
$0.00



STARZ
Starz Entertainment
★★★★ 79,150
$0.00



Sling TV
Sling TV LLC
★★★★ 47,051
$0.00



SHOWTIME
Showtime Digital Inc.
★★★★ 22,755
$0.00



Philo: Live & On-Demand TV
PHILO
★★★★½ 64,643
$0.00

---

**Your Browsing History**   View or edit your browsing history  ›

See personalized recommendations

Sign in

 

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from Amazon.com**  (Learn more)

Shipping to: ██████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **Motocyc Grips-Dirt Bike Grips-Pillow Top Grip-Mx Grips-Universal Handle Grips for KTM XC XCW EXC SX SXF SXS EXC EXC-F XC-W SX-F EXC-R XCR-W XC-F XCF-W**
  **$8.88** - Quantity: 1
  Sold by: Rudear store

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

 **Fast, FREE Delivery**
Join Prime to get fast, free delivery, claim Prime exclusive deals, watch movies & TV shows, and listen to the music you love ad-free.

○ **Friday, Oct. 23**
Free Unlimited Two day shipping  amazon prime

○ **Tuesday, Oct. 27**
FREE Shipping on your first order

● **Friday, Oct. 23**
$9.99 - Shipping

○ **Thursday, Oct. 22**
$12.99 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice  © 1996-2020, Amazon.com, Inc.



amazon.com SIGN IN · SHIPPING & PAYMENT · GIFT OPTIONS · PLACE ORDER

## Review your order

**Shipping address** Change
[redacted]
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: [redacted]
Add delivery instructions

Or try Amazon Locker
20 locations near this address

**Payment method** Change
Debit ending in [redacted]

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
Enter Code | Apply

Save $9.99

**[redacted], get fast, FREE delivery and save $9.99 on Prime eligible items in this order when you sign up for Amazon Prime.**

**Join Amazon Prime ▶**

**Receiving government assistance? Get 50% off Prime ▶**

**Delivery: Oct. 23, 2020** If you order in the next 22 hours and 10 minutes (Details)

**Motocyc Grips-Dirt Bike Grips-Pillow Top Grip-Mx Grips-Universal Handle Grips for KTM XC XCW EXC SX SXF SXS EXC EXC-F XC-W SX-F EXC-R XCR-W XC-F XCF-W**
$8.88
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: Rudear store
Add gift options

**Choose a delivery option:**
- ○ **Tuesday, Oct. 27** FREE Shipping on your first order
- ◉ **Friday, Oct. 23** $9.99 - Shipping
- ○ **Thursday, Oct. 22** $12.99 - Shipping

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.88 |
| Shipping & handling: | $9.99 |
| Total before tax: | $18.87 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$19.43** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06678 Document 1-5 Filed 11/10/20 Page 147 of 498 PageID #:231







**6Pcs Gas Fuel Cap Air Vent Hose Universal CNC Tank Valve Vent Tube with Chekc Ball Aluminum Breather for Atv Motorcycle Kawasaki Honda Yamaha Suzuki KTM Dirt Pit Quad Bike Motocross (1)**

Brand: RSG

⭐⭐⭐⭐½ ⋆ 22 ratings | 4 answered questions

Price: **$11.88** & **FREE Returns**

Get $50 off instantly: Pay $0.00 ~~$11.88~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Size :
- Fitment:Our motorcycle gas tank breather is fit for most of dirt pit monkey bike ATV Quad 50cc 110cc 70cc 125cc Motorcycle XR CRF RM KX SSR Honda Yamaha Suzuki KTM EXC XC SX SXF XCF XCW Dirt Pit Quad Bike Atv
- Fuction:This atv gas cap hose can replaces awkward fuel tank breather hoses,one way vent allows the tank to breath while preventing fuel from splashing out and making a mess.There is a check ball inside the hose
- High Quality:This fuel breather vent is made of 6061 T-6 aluminum,perfect anodize surface treatment,while the breather pipe is made from plastic.Easy to install and convenient to carry
- PROTECTION:Fuel tank cap vent can protect your gas tank from filling with dirt,dust and debris in everyday use or more extreme motocross environments,keeps air in and gas from coming out
- WHAT YOU GET:6 x fuel tank vent tube,our 12 month extended warranty & 30 days money back and 24/7 friendly customer service.Please feel free to contact us for help

> See more product details

Compare with similar items

$11.88
& FREE Returns ⌄

FREE delivery: **Thursday, Oct 29** on your first order.

Fastest delivery: **Friday, Oct 23** Order within 22 hrs and 11 mins Details

**In Stock.**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from    Amazon
Sold by ...    Rudear store

Return policy: Extended holiday return window till Jan 31, 2021 ⌄

☐ Add gift options

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## Frequently bought together

Total price: **$22.96**

[ Add both to Cart ]

[ Add both to List ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** 6Pcs Gas Fuel Cap Air Vent Hose Universal CNC Tank Valve Vent Tube with Chekc Ball Aluminum Breather... $11.88
☑ FMF Racing 11299 Wash Plug $11.08

## Exclusive items from our brands

Page 1 of 5

< 



CLEO Plastic Fender Fairing Body Work Kit Set，Plastic Body Fender Kit 7 piece for CRF50...
⭐⭐⭐⭐½ 74
$29.99



AmazonBasics Motorbike Powersports Racing Gloves - XX-Large, Red
⭐⭐⭐⭐½ 1,253
$11.99



Motorcycle, Bicycle, Scooter Phone Mount - Reliable Handlebar Phone Holder for Any...
⭐⭐⭐⭐½ 468
$15.95



CLEO Pull Start for 2 Stroke Engine 47cc 49cc Pocket Dirt Bike Mini
⭐⭐⭐½ 23
$15.99



CLEO Metal Fuel Gas Tank With Cap Over For Chinese 50cc 70cc 90cc 110cc 125cc ATV Quad...
⭐⭐⭐⭐½ 42
$26.88



CLEO Starter Motor Compatible with Kids ATVs Quad Dirt Bike TaoTao 50cc 70cc 90cc...
⭐⭐⭐⭐ 8
$25.89

>

## Customers who viewed this item also viewed

Page 1 of 6







All ▾ | KTM

Hello, Sign in
Account & Lists ▾  Returns & Orders  Try Prime ▾  0 Cart

Deliver to Bensenville 60106

Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping

Shop today's epic deals now

‹ Back to results



Roll over image to zoom in

## Billet Gas Fuel Cap Air Vent Hose Tube Breather For KTM EXC XC SX SXF XCF XCW

Brand: Gas Tanks&Gas Caps

★★★★☆ | 6 ratings | 3 answered questions

Price: **$16.66**

Get $50 off instantly: Pay $0.00 $16.66 upon approval for the Amazon Rewards Visa Card. No annual fee.

- CNC
- Protects from dirt getting into your gas tank
- Relieves pressure from gas tank
- Universal gas cap vent
- Attractive and reasonable price

› See more product details

Compare with similar items

### Consider this Amazon's Choice product that delivers quickly

**Amazon's Choice**

Universal Tank Gas Fuel Cap Valve Vent Breather Hose Tube For 50cc 110cc 70cc 125cc Motorcycle XR CRF RM KX SSR Honda Yamaha Suzuki KTM EXC XC SX SXF XCF XCW Dirt Pit Quad Bike Atv
$11.99 ✓prime
★★★★☆ (162)

**$16.66**

FREE delivery: Nov 10 - Dec 3
Fastest delivery: Oct 26 - 30

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Rudear store
Sold by ... Rudear store

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### Customers who viewed this item also viewed


**NEW KTM SXS ORANGE FUEL VENT TANK CAP VENT U6951010 125-530 CC 1998-2011**
★★★★☆ 5
$15.99
Only 8 left in stock - order...


**AnXin Breather Hose Gas Fuel Tank Cap Vent Hose Tube CNC Universal For ATV Quad CRF YZF...**
★★★★☆ 159
$10.99

### Sponsored products related to this item


**Motorcycle Hose Gas Fuel Tank Cap Vent Hose Tube CNC Universal For ATV Quad CRF YZF...**
★★★★☆ 5
$6.99 ✓prime


**JRL 10pcs Black Fuel Gas Cap Cover Air Vent Tube Breather for 50cc 110cc 125cc 150c...**
★★★★☆ 36
$8.99 ✓prime


**Billet Gas Fuel Tank Cap Cover Hose Vent - YAMAHA YZ85 YZ125 YZ250 YZ250F YZ450F...**
★★★☆☆ 2
$17.99 ✓prime


**AnXin Breather Hose Gas Fuel Tank Cap Vent Hose Tube CNC Universal For ATV Quad CRF...**
★★★★☆ 159
$10.99 ✓prime


**Gas Cap Vent Hose Tube Silver Atv Dirt Bike Pitbike Mx**
★★★★★ 1
$7.95

**YOKEPO Billet Gas Fuel Cap Air Vent Hose Tube Breather For Motorcycle Motocross Pit...**
★★★★☆ 224
$7.99 ✓prime

**JFG RACING Billet Gas Fuel Tank Cap with Hose For YAMAHA 02-15 YZ125 YZ225...**
★★★☆☆ 3
$20.99 ✓prime

Ad feedback ☐

### Customers also viewed these products


**CNC Motorcycle Gas Cap Oil Cap Tank Fuel Air Vent Hose For EXC EXC-F SX SXF XC XCF YZF WR...**
★★★★☆ 159
$5.99


**Billet Gas Fuel Cap Air Vent Hose Tube Breather For Motorcycle Motocross Pit Dirt...**
★★★★☆ 224
$8.99


**LZKZPY CNC Billet Gas Fuel Cap Air Vent Hose Tube Breather for Motorcycle Motocross...**
★★★★☆ 39
$10.90


**6 Pcs Fuel Gas Tank Cap Breather Vent Hose for 50cc 110cc 125cc SSR Yamaha Suzuki...**
★★★★☆ 238
$8.99


**Eriding Gas Tank Fuel Cap Valve Vent Breather Hose CNC For Motorcycle Bikes ATV Dirtbike...**
★★★★☆ 84
$7.50

**10 Pack CNC Motorcycle Gas Cap Two-way Breather Tube Vent for Fits all factory Honda...**
★★★★☆ 178
$6.88

≡ **amazon**

Automotive Parts & Accessories ▾

Deliver to Bensenville 60106

Hello, Sign in
Account & Lists ▾  Account ▾

Returns & Orders ▾

Try Prime ▾

0 Cart

Holiday Deals · Gift Cards · Best Sellers · Customer Service · New Releases · AmazonBasics · Whole Foods · Free Shipping · Registry · Giants vs Eagles live now

Automotive · Your Garage · Deals & Rebates · Best Sellers · Parts ▾ · Accessories ▾ · Tools & Equipment ▾ · Car Care ▾ · Motorcycle & Powersports ▾ · Truck ▾ · RV ▾ · Tires & Wheels ▾ · Vehicles

Automotive › Motorcycle & Powersports › Accessories › Luggage › Saddle Bags





## Rudyness Black Fender Pack Tool Bag for ATV KTM CRF Dirt Bike Enduro&Universal Motorcycle

Visit the Rudyness Store

★★★★☆  29 ratings

Price: **$22.98** & FREE Returns

Get $50 off instantly: Pay $0.00 ~~$22.98~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

- Condition : 100% Brand New
- Color : Black
- Material : Durable PVC Polyester
- Placement on Vehicle : Rear
- Fitment : Universal Motorcycle

> See more product details

> Compare with similar items

Roll over image to zoom in

**$22.98**
& FREE Returns ▾

**FREE delivery: Saturday, Oct 31** on your first order.

Fastest delivery: **Monday, Oct 26** Details

**In Stock.**

Qty: 1 ▾

🛒 Add to Cart

▶ Buy Now

🔒 Secure transaction

Ships from ...   Amazon
Sold by ...     Rudyness66

☐ Add gift options

Deliver to Bensenville 60106

Add to List

Share ✉ f ♥ 𝕡

Have one to sell?

Sell on Amazon



Kemimoto Motorcycle Handlebar Bag Water Resistant with...
20
$28.99

Sponsored ⓘ

---

### Frequently bought together

Total price: **$35.53**

Add both to Cart

Add both to List

☑ **This item:** Rudyness Black Fender Pack Tool Bag for ATV KTM CRF Dirt Bike Enduro&Universal Motorcycle $22.98
☑ BikeMaster Drive Set T-Handle Tool Accessories - Sz. 1/4 in. $12.55

---

### Customers who viewed this item also viewed

Page 1 of 8

    

Nelson-Rigg RG-025R Rigg Gear Rear Fender Bag with Tool Roll,1 Pack
★★★★☆ 53
$49.22
Only 17 left in stock - orde...

Motorcycle Tail Bag Waterproof Luggage Bag Seat Bag Motorbike Saddle Bags...
★★★★☆ 310
$24.99
In stock on November 2, 2...

Nelson-Rigg RG-030 Rigg Gear Enduro Front Fender Bag, One Size, Black
★★★★☆ 69
$35.95
Only 14 left in stock (more...

NEW KTM UNIVERSAL BAG 2007-2017 690 1190 1290 DUKE ENDURO ADVENTURE...
★★★★☆ 58
$23.08
Only 8 left in stock - order...

TUSK Fender Pack
★★★★☆ 23
$67.99
Only 17 left in stock - orde...

---

### What other items do customers buy after viewing this item?

Page 1 of 3

     

Nelson-Rigg RG-025R Rigg Gear Rear Fender Bag with Tool Roll,1 Pack
★★★★☆ 53
$49.22
Only 17 left in stock - orde...

BikeMaster Drive Set T-Handle Tool Accessories - Sz. 1/4 in.
★★★★☆ 203
$12.55

FMF Racing 11299 Wash Plug
★★★★☆ 1,419
$8.74

Motorcycle Tail Bag Waterproof Luggage Bag Seat Bag Motorbike Saddle Bags...
★★★★☆ 310
$24.99
In stock on November 2, 2...

Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars,...
★★★★☆ 23,758
#1 Best Seller in Powersports Electrical Device...
$19.98

Nelson-Rigg RG-030 Rigg Gear Enduro Front Fender Bag, One Size, Black
★★★★☆ 69
$35.95
Only 14 left in stock (more...

---

## Compare with similar items



| | | | |
|---|---|---|---|
| **Universal Motorcycle**<br>**This item** Rudyness Black Fender Pack Tool Bag for ATV KTM CRF Dirt Bike Enduro&Universal Motorcycle | Motorcycle Tail Bag Waterproof Luggage Bag Seat Bag Motorbike Saddle Bags Multifunctional PU Leather Bike Bag Sport Backpack,15 Liters | Nelson-Rigg RG-020 Black Dual Sport Motorcycle Saddlebag | AmazonBasics Motorcycle Tail Bag |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |

| | | | | |
|---|---|---|---|---|
| **Customer Rating** | ★★★★☆ (29) | ★★★★☆ (310) | ★★★★½ (128) | ★★★★☆ (176) |
| **Price** | $22⁹⁸ | $24⁹⁹ | $109³⁸ | $45⁴⁹ |
| **Sold By** | Rudyness66 | JFG RACING | Amazon.com | Amazon.com |

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $22.98!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Ha Zhan |
| Brand | Rudyness |
| Item Weight | 8.7 ounces |
| Package Dimensions | 6.93 x 6.85 x 3.31 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | HW-685 |
| Vehicle Service Type | ATV |

### Additional Information

| | |
|---|---|
| ASIN | B07FKB66J9 |
| Customer Reviews | ★★★★☆<br>4.0 out of 5 stars   29 ratings |
| Best Sellers Rank | #174,295 in Automotive (See Top 100 in Automotive)<br>#270 in Powersports Saddle Bags |
| Date First Available | July 13, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

Page 1 of 2

### Videos for related products


The 10 Best Motorcycle Panniers
Ezvid Wiki


The 10 Best Motorcycle Panniers
Ezvid Wiki


Dowco Willie & Max Wsingarm Bags
Merchant Video


AGM Rolly Motorcycle Travel Bag
Merchant Video


Motorcycle Saddle Bag
ROCKBROS EXPLOR

Upload your video

## Product description

Note ： Drilling is required !
Features ：
Condition ： 100% Brand New
Color ： Black

Material : Durable PVC Polyester
Type : Fender Pack Tool Bag
Style :
It's a great idea to upgrade your motorcycle fender
Don't need to cut your motorcycle fairing
Position : Fix right there on the trail or track Perfect Rear fender pack for tools or small items.
Internal adjustable poly strap to secure items tightly
Keep them from bouncing around.
Size : 7.5X5.5X2.5. in
It mounted easily aand feels very sturdy-will not come off on trail
 Package Include :  1X Bag,
Not include bolts !  No instructions !
Fitment: For Universal Motorcycles ATV,YZ250F,XT600,CRF,KTM,

## You might also like

Sponsored

Page 1 of 34













Necaces Plastic Fender Fairing Kit Set,Plastic Body Fender Kit for Honda XR50 CRF50...
★★★★★ 41
$29.99 prime

Everrich 2 Pack ATV Fender Bag, ATV Tank Saddlebags, Universal Rear Storage Bag for...
★★★★☆ 142
$29.99 prime

Offroading Gear ATV Saddle Bag with with Two Compartments for Quad, Motorcycle, etc.
★★★★☆ 142
$24.99 prime

CKEGUO ATV Fender Bags, 2-Pack Motorcycle ATV Tank Saddlebags, Universal Rear Stora...
$28.79 prime

JAMIEWIN ATV Goggles Motorcycle Motocross Dirt Bike Glasses Off Road Racing Mx Ridi...
★★★★☆ 566
$17.98 prime

Dirt Pit Bike Plastics Kit with Seat, XR50 CRF50 Plastic Kit Red and White, Fenders...
★★★★☆ 36
$48.99 prime

## You might also like

Sponsored

Page 1 of 44













Speedo Angels NANO GLASS Dashboard Screen Protector for 390 ADVENTURE (2020+) x 2
★★★★☆ 2
$14.99

2 Pack Canvas Roll Up Tool Bags Set, Multi-Purpose Tool Pouch, Heavy Duty Hanging T...
★★★★☆ 70
$21.99 prime

KLIM Nac Pak (Concealment)
★★★★★ 112
$99.99

Bike Phone Mount,360°Rotation Bicycle Phone Holder, Motorcycle Handlebar...
★★★★☆ 97
$5.09 prime

Motorcycle Tail Bag Waterproof Luggage Multifunctional Saddle Bags Powersports...
★★★★☆ 6
$28.99 prime

Bike Phone Mount Holder: Best Universal Handlebar Cradle for All Cell Phones & Bike...
★★★★☆ 434
$16.97 prime





Universal Bike Phone Mounts For Bicycle Handlebar

Shop Bone ▶

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0
votes
▼

**Question:** How does this mount to the rear fender?
**Answer:** There are three or four rivets with a hole in it that you can bolt through your plastic fender
By steve shoffner on March 14, 2019

## Customer reviews

★★★★☆ 4 out of 5

29 global ratings

| | | |
|---|---|---|
| 5 star | | 61% |
| 4 star | | 12% |
| 3 star | | 11% |
| 2 star | | 0% |
| 1 star | | 16% |

˅ How are ratings calculated?

## Customer images



See all customer images

Top reviews ▾

## Top reviews from the United States

  Amazon Customer

## By feature

Value for money       ★★★☆☆ 3.4

Durability ⭐⭐⭐☆☆ 3.0

---

**Review this product**

Share your thoughts with other customers

Write a customer review

---

⭐⭐⭐⭐⭐ **Awesome!**

Reviewed in the United States on October 10, 2018

Verified Purchase

Perfect replacement for a Honda XR tool pouch. NOTE: This material is not waterproof.

3 people found this helpful

Helpful | Comment | Report abuse

Marcus M

⭐⭐⭐⭐☆ **good enough**

Reviewed in the United States on August 16, 2020

Verified Purchase

Time will tell how it holds up, seems a little cheaply made, fit perfectly on my 140 SSR, used zip ties, didn't want to drill holes.



Helpful | Comment | Report abuse

Aaron Poindexter

⭐⭐⭐⭐⭐ **Excellent product**

Reviewed in the United States on September 17, 2019

Verified Purchase

Great beer holder for trail riding

One person found this helpful

Helpful | Comment | Report abuse

Ed.

⭐☆☆☆☆ **Zippers are garbage!!**

Reviewed in the United States on January 3, 2020

Verified Purchase

These bags are JUNK !! I bought 2 of them and both the zippers wont stay closed. You can grab the bag and pull on the top and the zippers open right up. If you have them zipped up you can grab it from the other side and it will open right up! Total garbage !

Helpful | Comment | Report abuse

Flaco223

⭐⭐⭐☆☆ **Eh**

Reviewed in the United States on March 18, 2019

Verified Purchase

Did serve it's use but had to cut through the material

Helpful | Comment | Report abuse

michael edmundson

⭐☆☆☆☆ **Garbage**

Reviewed in the United States on July 18, 2019

Verified Purchase

Don't waste your money didn't even last one trail ride , non extreme riding

Helpful | Comment | Report abuse

See all reviews ›

---

**Pages with related products.** See and discover other items: motorcycle fender, ktm motorcycle accessories

Necaces Plastic Fender Fairing Kit Set,Plastic Body Fender Kit for Honda XR50 CRF50 Chinese Mini...

$29.99    41

Shop now

Sponsored ⓘ

---

**Top subscription apps for you**                                                                 Page 1 of 7

‹                                                                                                      ›


**Disney+**
Disney
⭐⭐⭐⭐½ 389,179
$0.00


**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 98,643
$0.00


**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 80,323
$0.00


**SHOWTIME**
Showtime Digital Inc.
⭐⭐⭐⭐ 23,087
$0.00


**Philo: Live & On-Demand TV**
PHILO
⭐⭐⭐⭐ 65,514
$0.00


**BET+**
BET
⭐⭐⭐⭐ 29,720
$0.00

## Popular products inspired by this item

Page 1 of 2


Sporacingrts Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda...
⭐⭐⭐⭐½ 36
$14.99


Motorcycle Universal Crocodile Pattern PU Leather Front Fork Tool Phone Wallet Bag Rear Luggage Saddle Side...
$24.66


Motorcycle Universal Crocodile Pattern Black PU Leather Tool Phone Wallet Bag Luggage Saddle Side Bag Trunk...
$32.66


Motorcycle Universal Cool Skull Ghost PU Leather Front Fork Tool Phone Wallet Bag Rear Luggage Saddle Side...
$23.66


Motorcycle Universal Black PU Leather Tool Phone Wallet Bag Luggage Saddle Side Bag Trunk For Harley...
$34.99


Motorcycle Universal Black Hard PU Leather Tool Phone Wallet Bag Luggage Saddle Side Bag Trunk For Harley...
$52.50

---

**Your Browsing History**   View or edit your browsing history ›

   

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

**amazon**

English | United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| Eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



☰ **amazon**    Rudyness66 ▾   ktm    🔍   🇺🇸 ▾   Hello, Sign in **Account & Lists** ▾ Account ▾   Returns **& Orders**   Try Prime ▾   🛒 Cart 0

📍 Deliver to Bensenville 60106    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

5 results for **Rudyness66** : **"ktm"**

Sort by: Featured ▾



PUPOUSE Kickstand for Bike Adjustable Bicycle Mountain…

84

$11.99

Shop now

Sponsored ⓘ



Side Kick Stand & Spring For KTM XCW 200/250 08-16 400 09-10 450 2009,11-16 500 12-13,15-16 530 2009 EXC-F/XCF-W 350,EXC 500 2012…

$46⁹⁹

FREE Shipping

---



Side Kick Stand & Spring Replace XCW 200/250 08-16,400 09-10,450 2009,11-16/500 12-13,15-16/530 2009 EXC-F/XCF-W 350,EXC 500 201…

**Orange**
$46⁹⁸

✔prime Get it as soon as **Sat, Oct 24**
FREE Shipping by Amazon

---



Side Kick Stand & Spring For KTM XCW 200/250 08-16 400 09-10 450 2009,11-16 500 12-13,15-16 530 2009 EXC-F/XCF-W 350,EXC 500 2012…

$42⁹⁹

FREE Shipping

---



Side Kick Stand & Spring For KTM XCW 200/250 08-16 400 09-10 450 2009,11-16 500 12-13,15-16 530 2009 EXC-F/XCF-W 350,EXC 500 2012…

$46⁹⁹

FREE Shipping

---



Rudyness Black Fender Pack Tool Bag for ATV KTM CRF Dirt Bike Enduro&Universal Motorcycle

★★★★☆ ▾ 29

**Automotive**
$22⁹⁸

Get it as soon as **Mon, Oct 26**
FREE Shipping on your first order shipped by Amazon

---

### Need help?

Visit the help section or contact us

---



KTM XW-Ring Chain (Orange) 520x118 2003-2020
OEM: 79610965118EB
$124.99   ⅰ

Shop now

Sponsored ⓘ

---

## Sponsored products related to this search   What's this? ▾

Page 1 of 3

<     >



# Rudyness66

Rudyness66 storefront

⭐⭐⭐⭐½ 89% positive in the last 12 months (261 ratings)

Rudyness66 is committed to providing each customer with the highest standard of customer service.

Have a question for Rudyness66?

Ask a question

---

## Detailed Seller Information

**Business Name:** Lai Zhan Xin
**Business Address:**
No.15,West Lane4,Laoyuan
Lu Feng
Shui Chao
516545
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |

⭐⭐⭐⭐⭐ " Works just fine. "
By Amazon Customer on August 27, 2020.

⭐⭐⭐⭐⭐ " everything fit like it was suppose to and looks great "
By Amazon Customer on August 27, 2020.

⭐⭐⭐⭐⭐ " Item is as described no issues "
By Daniel on August 25, 2020.

⭐☆☆☆☆ " poorly made did not work properly wiring harness plug hold down tabs would not hold wiring plugs in place "
By Amazon Customer on August 25, 2020.

⭐⭐⭐☆☆ " Fit well, but not chromed out on bottom. you can see unfinished from the front of the bike. Great shipping and fit. "
By James D. on August 23, 2020.

Previous   Next

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 86% | 84% | 89% | 91% |
| Neutral | 14% | 10% | 7% | 5% |
| Negative | 0% | 7% | 5% | 4% |
| Count | 22 | 73 | 261 | 424 |

Leave seller feedback   Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 7















CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
⭐⭐⭐⭐ 89
$25.98

Xitomer Duke 790 Mirror Hole Plugs, for KTM 125/390 / 790 DUKE 2013-2019, 1290 Super...
⭐⭐⭐⭐⭐ 24
$14.99

NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
⭐⭐⭐⭐⭐ 76
$27.50

Motorex Top Speed 4T Oil - 15W50 - 4 Liter 171-435-400
⭐⭐⭐⭐⭐ 108
$47.27

2018 Motorcycle Rear Fluid Reservoir Cap Cover Accessories for KTM Duke 125/200 Duke 390 2013...
⭐⭐⭐⭐½ 7
$12.99

FMF Racing 11299 Wash Plug
⭐⭐⭐⭐ 1,419
$8.74

## Top subscription apps for you

Page 1 of 7













Disney+
Disney
⭐⭐⭐⭐½ 389,179
$0.00

CBS Full Episodes and Live TV
CBS Interactive
⭐⭐⭐⭐ 98,643
$0.00

STARZ
Starz Entertainment
⭐⭐⭐⭐ 80,323
$0.00

SHOWTIME
Showtime Digital Inc.
⭐⭐⭐⭐ 23,087
$0.00

Philo: Live & On-Demand TV
PHILO
⭐⭐⭐⭐ 65,514
$0.00

BET+
BET
⭐⭐⭐⭐ 29,720
$0.00

**Your Browsing History**   View or edit your browsing history ›

See personalized recommendations


Sign in

New customer? Start here.

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

**Continue**

---

## Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to ▮▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Rudyness Black Fender Pack Tool Bag for ATV KTM CRF Dirt Bike Enduro&Universal Motorcycle**
  $22.98 - Quantity: 1
  Sold by: Rudyness66

Change quantities or delete

### Amazon Locker is available

20 pickup locations near you

**Choose a delivery option:**

▮▮▮▮ get FREE Prime Delivery on this order and try other Prime benefits (hello, Prime Video) with a one week trial for $1.99!

○ FREE Prime Delivery with 

○ **Wednesday, Oct. 28**
   FREE Shipping on your first order

● **Monday, Oct. 26**
   $5.99 - Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | **PLACE ORDER**

## Review your order

**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions

 Or try Amazon Locker
20 locations near this address ▾

**Payment method** Change

ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    Apply

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $22.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $28.97 |
| Estimated tax to be collected: | $1.44 |
| **Order total:** | **$30.41** |

How are shipping costs calculated?

---

**SPECIAL OFFER**   we're giving you **One Week of Prime** for only **$1.99!**

**prime**

Save $5.99 instantly with FREE Prime Delivery and enjoy more of what you love with Prime:
✓ Fast, FREE delivery
✓ Exclusive deals and discounts
✓ Endless entertainment and so much more!

Give Prime a try  ›
No commitments. Cancel anytime.

**Delivery: Oct. 26, 2020** If you order in the next 2 hours (Details)

Rudyness Black Fender Pack Tool Bag for ATV KTM CRF Dirt Bike Enduro&Universal Motorcycle
**$22.98**
Amazon Prime eligible Join now
**Quantity: 1** Change
Sold by: Rudyness66
🎁 Add gift options

**Choose a delivery option:**

○ **Wednesday, Oct. 28**
FREE Shipping on your first order

◉ **Monday, Oct. 26**
$5.99 - Shipping

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/23/2020    Amazon.com: Side Kick Stand & Spring For KTM XCW 200/250 08-16 400 09-10 450 2009,11-16 500 12-13,15-16 530 2009 EXC-F/XCF-W 350,EXC 500 2012-2016 EXC-R/XCR-W 450/530 2008 (Bla...

Case 1:20-cv-06771-LLS Document 6-115 Filed 11/10/20 Page 158 of 498 PageID #:2323

☰  **amazon**    All ▾   ktm    🔍   🇺🇸   Hello, Sign in
Account & Lists ▾   Returns & Orders ▾   Try Prime ▾    🛒 Cart 0

📍 Deliver to Bensenville 60106    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry    Giants vs Eagles live now

‹ Back to results






Roll over image to zoom in

## Side Kick Stand & Spring For KTM XCW 200/250 08-16 400 09-10 450 2009,11-16 500 12-13,15-16 530 2009 EXC-F/XCF-W 350,EXC 500 2012-2016 EXC-R/XCR-W 450/530 2008 (Black)

Visit the Rudyness Store

Price:  **$46.99**

Get $50 off instantly: Pay $0.00 ~~$46.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- Condition:100% Brand New
- Material:Aluminum and Plastic Foot Pedal
- Color Optional: Black/Orange/Blue
- Package Included: 1 x Side Stand Cpl With Spring Kits
- Fitment:For 2008-2016 KTM Model

› See more product details



**$46.99**

FREE delivery: **Nov 4 - 13**
Fastest delivery: **Nov 2 - 5**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...   Rudyness66
Sold by ...   Rudyness66

📍 Deliver to Bensenville 60106

[ Add to List ]

Share 🔗 ✉ f 𝕏 📌

Have one to sell?
[ Sell on Amazon ]

Sponsored ⓘ

### Customers who viewed this item also viewed





Side Kick Stand & Spring Replace XCW 200/250 08-16,400 09-10,450 2009,11-16/500 12-13,15-16/530 2009...
$46.98

7075 Aluminum Alloy Forged Kickstand Side Stand For KTM Husqvarna Husaberg...
★★★★★ 2
$45.99

Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
★★★★☆ 13
$33.99

### Customers also viewed these products    Page 1 of 7

‹








›

Nicecnc Black & Blue Side Stand Kickstand for EXC 125-150-200-250-300-400-450-525...
★★★☆☆ 8
$52.99
Usually ships within 1 to 3...

AnXin CNC Rear Brake Pedal Step Plate Tip For Husqvarna TC125 16-20 FC250/350/450 16-20...
★★★★☆ 38
$9.99

KTM Factory seat cover 79207940050 16 SX/SXF/XCF ALL17-18 125-500
★★★★★ 6
$75.99

Motorcycle Swingarm Guard Swing Arm Protector For TC125 TC250 FC250 FC350...
★★★★☆ 44
$21.99
Only 18 left in stock - orde...

JFG RACING White Universal Headlight Head Lamp Light Fairing Street Fighter Mask...
★★★★☆ 140
$20.99

KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
★★★★☆ 134
$21.59

### You might also like    Page 1 of 22

Sponsored ⓘ

‹








›

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 4
$21.99 ✓prime

KTM/FMF Stainless Megabomb Header 250 SX-F/XC-F 2019-2020 OEM: 79105907501
$299.99

CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ...
$33.99

KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
★★★★☆ 11
$31.49

KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
★★★★☆ 17
$29.99

KTM Aluminum Skid Plate 450/500 XC-W/EXC 2012-2016 OEM: 78103990100
$139.99

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**







Click image to open expanded view

### Side Kick Stand & Spring For KTM XCW 200/250 08-16 400 09-10 450 2009,11-16 500 12-13,15-16 530 2009 EXC-F/XCF-W 350,EXC 500 2012-2016 EXC-R/XCR-W 450/530 2008 (Orange)

Visit the Rudnessy Store

Price: **$42.99**

Get $50 off instantly: Pay $0.00 $42.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- Condition:100% Brand New
- Material:Aluminum and Plasitc Foot Pedal
- Color Optional: Black/Orange/Blue
- Package Included: 1 x Side Stand Cpl With Spring Kits
- Fitment:For 2008-2016 KTM Model

› See more product details




**$42.99**

FREE delivery: **Nov 4 - 13**
Fastest delivery: **Nov 2 - 5**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...　Rudnessy66
Sold by ...　Rudnessy66

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 𝕏 𝐏

Have one to sell?
[ Sell on Amazon ]

---

### Customers who viewed this item also viewed



Side Kick Stand & Spring Replace XCW 200/250 08-16,400 09-10,450 2009,11-16/500 12-13,15-16/530 2009...
$46.98

---

### Customers also viewed these products

Page 1 of 7


Nicecnc Black & Blue Side Stand Kickstand for EXC 125-150-200-250-300-400-450-525...
★★★☆☆ 8
$52.99
Usually ships within 1 to 3...


AnXin CNC Rear Brake Pedal Step Plate Tip For Husqvarna TC125 16-20 FC250/350/450 16-20...
★★★★☆ 38
$9.99


KTM Factory seat cover 79207940050 16 SX/SXF/XCF ALL17-18 125-500
★★★★★ 6
$75.99


Motorcycle Swingarm Guard Swing Arm Protector For TC125 TC250 FC250 FC350...
★★★★☆ 44
$21.99
Only 18 left in stock - orde...


KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
★★★★☆ 134
$21.59

KTM
JFG RACING White Universal Headlight Head Lamp Light Fairing Street Fighter Mask...
★★★★☆ 140
$20.99

---

### You might also like

Sponsored ⓘ　　　　　　　　　Page 1 of 14


KTM/FMF Stainless Megabomb Header 250 SX-F/XC-F 2019-2020 OEM: 79105907501
$299.99


Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 ✓prime


KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
★★★★☆ 11
$31.49


KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118B
★★★★★ 1
$124.99


KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-F 79002924100
★★★★☆ 17
$29.99


KTM Aluminum Skid Plate 450/500 XC-W/EXC 2012-2016 OEM: 78103990100
$139.99

---

### Special offers and product promotions

- **Amazon Business**: For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**



Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Windshields & Accessories › Windshields



Roll over image to zoom in

 

## Leluo Ruirui-Glass Motorbike Windscreen Windshield Shield Screen with Bracket, for KTM Duke 125 390 2017 2018 2019 Duke125 Duke390, Durability and Reliability (Color : B)

Brand: Leluo

Price: **$52.27**

Save 12% on 2 select item(s). Shop items

Get $50 off instantly: Pay $2.27 $52.27 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **B**

| B | B |
|---|---|
| $52.27 | $52.27 |

- It has solid hardware, so they are stable.
- The windshield can protect motorcycle enthusiasts from the wind, thrown-up rocks, debris, and bugs.
- Improve the aerodynamics of your motorcycle and deflect more wind to provide relaxing and safe ride for driver.
- Enhancing the design of your motorcycle.
- Aftermarket parts, for modify use.



**$52.27**

FREE delivery: Nov 12 - Dec 4

Only 18 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from — Ruirui US
Sold by — Ruirui US

Return policy: Returnable until Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share

Have one to sell?

Sell on Amazon

## Related products from Our Brands



Classic style made simple

RAVENNA HOME

Page 1 of 3





Amazon Brand – Ravenna Home Classic Micro Mink Trellis Throw Blanket - 50 x 60 Inch, Linen
★★★★ 93
$37.43



Amazon Brand – Ravenna Home Classic Stoneware 3-Piece Filigree Canister Set - Set of 3, Red with Wood Lid
★★★★½ 88
$56.66



Amazon Brand – Ravenna Home Classic Stoneware 3-Piece Labeled Canister Set - Set of 3, White with Red Lid
★★★★½ 71
$65.99



Amazon Brand – Ravenna Home Classic Micro Mink Jacobean Throw Blanket, 60" x 80", Heather Grey
★★★★½ 64
$49.49



Ravenna Classic Stoneware 2-Piece Canister Set, 9.5"H and 7.625"H, White with blue
★★★★½ 60
$27.24

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product description

Color: B

Description:

Condition:100% Aftermarket Brand New

Size: 32.7cm/12.87" * 35cm/13.78"
Material: Plexiglass
Placement on Vehicle: Front

Feature:

1:Improve the aerodynamics of your motorcycle and deflect more wind to provide relaxing and safe ride for driver.
2:Enhancing the design of your motorcycle.
3:Easy to install,mounting hardwares are included.

Fitment:

For KTM 2017-2019 Duke 125 390

Package Included:

1 piece Windshield
1 set Mounting Accessories

## Product information

Color:B

| | |
|---|---|
| Item Weight | 7.72 pounds |
| Manufacturer | Leluo |
| ASIN | B08KZG6JZ9 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

Page 1 of 2

### Videos for related products

‹



0:03

GUDAVO 100% Polycarbonate made Motorcycle Windshield

GUDAVO



0:41

Motorcycle Windscreen Extension

kemimoto



0:16

motorcycle windshield Extension smalll

DUILU



0:12

Universal windshield for motorcycle

DUILU



Classic Accessories UTV Front Windshi

Merchant Video

›

Upload your video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

Case 1:20-cv-06677 Document 8-15 Filed 11/13/20 Page 162 of 498 PageID #:2332

## Deals in magazine subscriptions

Page 1 of 7





**National Geographic Kids**
★★★★☆ 6,385
Print Magazine
$15.00



**Reader's Digest**
★★★★★ 8,514
Print Magazine
$8.00



**Martha Stewart Living**
★★★★☆ 35
Print Magazine
$3.00



**Entertainment Weekly**
★★★★☆ 1,802
Print Magazine
$5.00



**Reader's Digest**
★★★★★ 58
Print Magazine
$5.00



**Highlights High Five**
★★★★★ 1,343
Print Magazine
$29.99

## Best sellers in Kindle eBooks

Page 1 of 6





**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★☆ 863
Kindle Edition
$14.99



**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
★★★★★ 16,841
Kindle Edition
$4.99



**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
★★★★★ 3,494
Kindle Edition
$4.99



**My Dear Hamilton: A Novel of Eliza Schuyler...**
› Stephanie Dray
★★★★★ 3,028
Kindle Edition
$9.99



**Spellbreaker**
› Charlie N. Holmberg
★★★★☆ 1,860
Kindle Edition
$4.99



**The Haunting of Brynn Wilder: A Novel**
› Wendy Webb
★★★★☆ 2,342
Kindle Edition
$4.99

**Your Browsing History**    View or edit your browsing history ›

Page 1 of 2

See personalized recommendations









**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

 English     United States

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |
| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | | | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |



1-16 of 30 results for **Ruirui US** : **"KTM"**

Sort by: Featured ▾

**Brand**
Leluo



Leluo Ruirui-Glass Motorbike Windscreen Windshield Shield Screen with Bracket, for KTM Duke 125 390 2017 2018 2019 Duke125 Duke390,...

$52$^{27}$

FREE Shipping
Only 18 left in stock - order soon.



Lirr- Motorcycle Brake pad Set for KTM SX SXF XC EXC XCW XCF EXCF 125 150 200 250 300 350 400 450 500 525 530,Motorcycle Brake Pads Front...

$27$^{66}$

FREE Shipping
Only 16 left in stock - order soon.



Lirr- Motorcycle Brake pad Set Rear Brake Pads Motorcycle for KTM 690 SMR 690 SMC 07-13 690 SMC-R 12-13 990 Superduke 05-11 990, Stabl...

$23$^{09}$

FREE Shipping
Only 16 left in stock - order soon.



Lirr- Motorcycle Brake pad Set for KTM EXC 125 300 450 500 Six Days (11-18) / EXC 400 450 Racing (04-07) 181-368-1,Front Rear Brake Pads...

$21$^{76}$

FREE Shipping
Only 16 left in stock - order soon.



Lirr- Motorcycle Brake pad Set Motorcycle Brake Pads for KTM Duke 125 200 250 390 4T RC125 RC200 RC250 C390 Front and Rear, Stable and...

$19$^{21}$

FREE Shipping
Only 16 left in stock - order soon.



Lirr- Motorcycle Brake pad Set for KTM 950 Adventure 950 2004 2005 2006 990 Adventure 990 2007,Motorcycle Brake Pads Front and Rear,...

$41$^{76}$

FREE Shipping
Only 16 left in stock - order soon.



Lirr- Motorcycle Brake pad Set Motorcycle Front Rear Brake Pads for KTM SX XC EXC SXF XCF XCW MXC SMR XCRW SIX Days 125 150 200 250 300...

$24$^{97}$

FREE Shipping
Only 16 left in stock - order soon.



# Ruirui US

Ruirui US storefront
Just launched | No feedback yet

Ruirui US is committed to providing each customer with the highest standard of customer service.

Have a question for Ruirui US?

Ask a question

---

## Detailed Seller Information

**Business Name:** TIANJINSHIBINHAIXINQURUIRUISHENGHUOYONGPINDIAN

**Business Address:**
XUNYUANXILU SHIJIXINCUN F DONG 2 MEN 202
BINHAIXINQU KAIFAQUGUANWEIHUI
TIANJIN
TIANJIN
300000
CN

| Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact Ruirui US to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback | Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 7










Martha Stewart Living
★★★★☆ 35
Print Magazine
$3.00

National Geographic Kids
★★★★☆ 6,385
Print Magazine
$15.00

Ranger Rick Jr.
★★★★☆ 441
Print Magazine
$15.00

Food & Wine
★★★★☆ 1,206
Print Magazine
$10.00

Better Homes and Gardens
★★★★☆ 37
Print Magazine
$3.00

Do it Yourself
★★★★☆ 14
Print Magazine
$3.00

## Inspired by your browsing history

Page 1 of 7











FMF Racing 11299 Wash Plug
★★★★☆ 1,410
$11.08

Troy Lee Designs Men's 20 TLD KTM Team Shirts
★★★★☆ 110
$30.00 - $31.50

72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke Covers...
★★★★☆ 69
$9.99

AnXin Foot Pegs Footpegs Rests CNC MX For KTM SX SXS XC EXC MXC XCW...
★★★★☆ 17
$27.99

KTM FLAG READY TO RACE 3PW1771500
★★★★☆ 151
$19.99

KTM 6" Die-cut Decal Orange
★★★★☆ 67
$1.81

---

### Your Browsing History

View or edit your browsing history

Page 1 of 2










See personalized recommendations

Sign in

New customer? Start here.

---

Back to top



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

<div align="right">Continue</div>

---

## Shipment 1 of 1

**Shipping from Ruirui US**   (Learn more)

Shipping to: ███████  1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **Leluo Ruirui-Glass Motorbike Windscreen Windshield Shield Screen with Bracket, for KTM Duke 125 390 2017 2018 2019 Duke125 Duke390, Durability and Reliability (Color : B)**
  $52.27 - Quantity: 1
  Sold by: Ruirui US

Change quantities or delete

**Choose a delivery option:**

○ **Thursday, Nov. 12 - Friday, Dec. 4**
FREE Shipping

---

<div align="right">Continue</div>

---

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change
■■■■■■
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ■■■■■■
Add delivery instructions

**Payment method** Change
Debit ending in ■■

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[Enter Code]  Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                          $52.27
Shipping & handling:            $0.00

Total before tax:               $52.27
Estimated tax to be collected:*  $3.27

**Order total:**               **$55.54**

How are shipping costs calculated?

■■■■■■, we'd like to give you a chance to try Amazon

Join Prime and start saving ▶
Receiving government assistance? Get 50% off Prime ▶

**Estimated delivery:  Nov. 12, 2020 - Dec. 4, 2020**

Leluo Ruirui-Glass Motorbike Windscreen
Windshield Shield Screen with Bracket, for
KTM Duke 125 390 2017 2018 2019 Duke125
Duke390, Durability and Reliability (Color :
B)
$52.27
**Quantity:** 1 Change
Sold by: Ruirui US
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Thursday, Nov. 12 - Friday, Dec. 4**
FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06677-Document 15-Filed 11/20 Page 167 of 498 PageID 333





Roll over image to zoom in



## Leluo Ruirui-Glass Adjustable Windshield Extension Spoiler Windscreen Air Deflector for Honda Suzuki Yamaha KTM,Universal Motorcycle Windshield, Durability and Reliability (Color : Transparent)

Brand: Leluo

Price: **$91.08**

**Save 12%** on 2 select item(s). Shop items

Get $50 off instantly: Pay $41.08 $91.08 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Transparent**

| | |
|---|---|
| $91.08 | **$91.08** |

- It has solid hardware, so they are stable.
- The windshield can protect motorcycle enthusiasts from the wind, thrown-up rocks, debris, and bugs.
- Our high quality windscreen is durable
- Deflect more wind for a more comfortable ride
- Make a more relaxing and safe ride



$91.08

FREE delivery: **Nov 12 - Dec 4**

Only 19 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... Ruirui US
Sold by ... Ruirui US

Return policy: Returnable until Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Related products from Our Brands



pinzon by amazon

Page 1 of 3


Pinzon 6 Piece Blended Egyptian Cotton Bath Towel Set - Driftwood
★★★★☆ 13954
$24.99


Pinzon Velvet Plush Blanket - Twin, Chocolate
★★★★☆ 6612
$25.81


Pinzon Signature Cotton Heavyweight Velvet Flannel Sheet Set - Queen, Cream
★★★★☆ 6162
$74.71


Pinzon Organic Cotton Bathroom Towels, 6 Piece Set, Ivory
★★★★☆ 5817
$34.99


Pinzon Faux Fur Throw Blanket - 50 x 60 Inch, Ivory
★★★★☆ 3665
$31.26

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color:Transparent

Feature:
Motorcycle adjustable windshield, fixed on the above of original windshield, heightening for better head protection rider safety.
To prevent corrosion,STAINLESS STEEL SCREWS-For a long life.
Al 6061 T6 billet Aluminum
Item is easy to install without instructions
Our high quality windscreen is durable
Deflect more wind for a more comfortable ride

10/21/2020 Amazon.com: Ruirui-Glass for BMW R 1200 Gs Honda Vfr 800 Yamaha Kawasaki Versys 650 Triumph Benelli KTM,Motorcycle Wind Deflector Smoked Windshield, Durability and Reliability (Color : Silv...



≡  **amazon**   | All ▾ | KTM | 🔍 | 🇺🇸 ▾  **Hello, Sign in** Account & Lists ▾ Account ▾  **Returns & Orders** ▾  **Try Prime** ▾  🛒 **0** Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | **Shop deals before they're gone**

‹ Back to results



Roll over image to zoom in



     

## Ruirui-Glass for BMW R 1200 Gs Honda Vfr 800 Yamaha Kawasaki Versys 650 Triumph Benelli KTM,Motorcycle Wind Deflector Smoked Windshield, Durability and Reliability (Color : Silver)

Brand: Leluo

Price: **$53.80**

**Save 12%** on 2 select item(s). Shop items

Get $50 off instantly: Pay $3.80 ~~$53.80~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Silver**

- It has solid hardware, so they are stable.
- The windshield can protect motorcycle enthusiasts from the wind, thrown-up rocks, debris, and bugs.
- Countless riders know, there are many reasons why using a windshield helps you enjoy a more comfortable and relaxed travel even on faster stretches!
- As soon as you attach this windshield to your motorcycle, your chances of having rain, dust, wind, insects, not to mention objects like small stones...
- These can all block your vision and wreak havoc by getting in your face or helmet while you're on the road at a moments notice.

**$53.80**

FREE delivery: Nov 12 - Dec 4

**Only 19 left in stock - order soon.**

Qty: 1 ▾

🛒 **Add to Cart**

▶ **Buy Now**

🔒 Secure transaction

Ships from ...... Ruirui US
Sold by ...... Ruirui US

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

## Related products from Our Brands



**Mid-century style**
Exclusively on Amazon
RIVET ®



Amazon Brand – Rivet Rustic Stoneware Indoor Outdoor Flower Plant Home Decor Tall Cylinder Vase, 11"H, Silver
⭐⭐⭐⭐½ 2024
$33.99

Amazon Brand – Rivet Geometric Ceramic Planter, 6.5"H, White and Grey
⭐⭐⭐⭐⭐ 935
$35.73

Amazon Brand – Rivet Cone-Shaped Wall Mount Vase, 7.5"H, Modern Earthenware, White
⭐⭐⭐⭐½ 623
$13.49

Amazon Brand – Rivet Modern Hand-Woven Stripe Fringe Throw Blanket, 50" x 60", Navy Blue and White with Sienna Orange
⭐⭐⭐⭐½ 569
$52.76

Amazon Brand – Rivet Westline Modern Indoor Outdoor Hand Painted Stoneware Planter Flower Pot, 8"H, Red White Blue Black
⭐⭐⭐⭐½ 320
$41.20

Amazon Brand – Rivet Modern Geometric Stoneware Home Decor Flower Vase - 6.9 Inch, White
⭐⭐⭐⭐⭐ 309
$25.65

Amazon Brand – Ri Percale 100% Orga Cotton Bed Sheet S Easy Care, Full, Vap
⭐⭐⭐⭐½ 292
$60.49

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product description





amazon | Clothing, Shoes & Jewelry | Hello, Sign in Account & Lists | Returns & Orders | Try Prime | 0 Cart
Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now
Amazon Fashion | Sales & Deals | Women | Men | Kids | Luggage | New Arrivals | Our Brands | prime wardrobe Try before you buy
Shop kids' gifts by age | 3 - 5 years | 6 - 8 years | 9 - 11 years | 12+ years | Shop all ›

Automotive › Motorcycle & Powersports › Protective Gear › Jerseys

Roll over image to zoom in

Brand: SANON

# SANON Motorcycle Universal Adjustable Windscreen Wind Deflector Windshield for Kawasaki Honda KTM

★★★★★ 2 ratings

Price: $29.98 & **FREE Shipping**

Get $50 off instantly: Pay $0.00 ~~$29.98~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- different from the real object. Please take the real one as standard.
- Perfectly fit for most motorcycle(for Kawasaki BMW Ducati Honda Benelli KTM Triumph etc).
- Package List:
- Specifications:
- Adjustable motorcycle windshield, fixed on the top of the original windshield, to increase riders better head protection.

$29.98
& **FREE Shipping**
Arrives: **Nov 13 - Dec 7**
In Stock.
Qty: 1
Add to Cart
Buy Now
Secure transaction
Ships from ... SANON Direct
Sold by ... SANON Direct
Return policy: Returnable until Jan 31, 2021
Deliver to Bensenville 60106
Add to List
Share

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product description

**Feature:** Made with high strength ABS material, not easy to deform and fracture, for maximum durability. Adjustable motorcycle windshield, fixed on the top of the original windshield, to increase rider's better head protection. Anodized surface prevents corrosion of stainless steel screw and has long service life. Easy to install and disassemble. Perfectly fit for most motorcycle(for Kawasaki BMW Ducati Honda Benelli KTM Triumph etc).
**Specifications:**
Condition: Brand New
Material: ABS
Color: As Picture Show
Size: Approx 270*120*44mm/11*4.7*1.7in
Package Weight: Approx 357g
Fitment: Perfectly fit for most motorcycle(for Kawasaki BMW Ducati Honda Benelli KTM Triumph etc)

**Package List:**
1 * Transparent Windshield
1 * Adjustable Bracket

**Note:**
1. Monitors are not calibrated same, item color displayed in photos may be showing slightly different from the real object. Please take the real one as standard.
2. Please allow 1-3cm error due to manual measurement. Thanks for your understanding.

**Package Including**
Package List:
1 * Transparent Windshield
1 * Adjustable Bracket

## Product details

**Product Dimensions :** 10.63 x 6.69 x 1.97 inches; 12.38 Ounces
**Item model number :** YB-QC12355-628-1121221421
**Department :** Baby-boys
**Date First Available :** October 15, 2019
**Manufacturer :** SANON
**ASIN :** B07Z4JJB68
**Customer Reviews:** ★★★★★ 2 ratings

## Related video shorts (0) Upload your video

**Be the first video**

Your name here

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

 5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

**No customer reviews**

There are 0 customer reviews and 2 customer ratings.

### Review this product

Share your thoughts with other customers

Write a customer review

---

## Deals in magazine subscriptions

Page 1 of 6



National Geographic Kids
★★★★½ 6,454
Print Magazine
$15.00


Real Simple
★★★★½ 6,949
Print Magazine
$10.00


Real Simple
★★★★☆ 31
Print Magazine
$5.00


GQ
★★★★½ 915
Print Magazine
$10.00


Reader's Digest Large Print
★★★★½ 711
Print Magazine
$15.00


Diesel World
★★★★½ 56
Print Magazine
$18.95


Taste of Home
★★★★☆
Print Magazine
$8.00

## Best sellers in Kindle eBooks

Page 1 of 5


A Time for Mercy (Jake Brigance Book 3)
›John Grisham
★★★★½ 1,475
Kindle Edition
$14.99


If You Tell: A True Story of Murder, Family...
›Gregg Olsen
★★★★½ 17,067
Kindle Edition
$4.99


The Cipher (Nina Guerrera Book 1)
›Isabella Maldonado
★★★★½ 4,115
Kindle Edition
$4.99


I Promise You: Stand-Alone College Sports...
›Ilsa Madden-Mills
★★★★½ 586
Kindle Edition
$2.99


The One Love Collection
›Lauren Blakely
★★★★★ 1
Kindle Edition
$0.99


Spellbreaker
›Charlie N. Holmberg
★★★★½ 2,132
Kindle Edition
$4.99


Lying Next...
›Gregg Ol
★★★★½
Kindle Ed
$4.99

---

**Your Browsing History**  View or edit your browsing history  ›

See personalized recommendations

Sign in

      

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English    United States

 

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



Deliver to Bensenville 60106

13 results for **SANON Direct** : **"KTM"**

Sort by: Featured

**Brand**
SANON

Price and other details may vary based on size and color



SANON Motorcycle Universal Adjustable Windscreen Wind Deflector Windshield for Kawasaki Honda KTM
★★★★★ ⌄ 2
$29.98
FREE Shipping



SANON Motorcycle Motorbike Oil Filter Universal for KTM SXS 450 525 400 520 690 660 625 SC 625 590 540
$9.09
FREE Shipping



SANON 1pc Motorcycle Kill Stop Switch Red Push Button Horn Starter For Dirt Bike KTM ATV 22mm 7/8
$8.29
FREE Shipping



SANON OBD2 Engine Fault Diagnosis 6 Pin to 16 Pin Adapter Cable and Detector Fits for KTM Motorcycles
$12.89
FREE Shipping



SANON Motorcycle Magneto Flywheel Puller,M27 M24 Magnetic flywheel Remover Repair Removal Tool for Honda Kawasaki KTM Suzuki Yamaha...
★★★★½ ⌄ 9
$14.57
FREE Shipping



SANON 7/8 1 Universal Motorcycle Vintage Rubber Handlebar Hand Grips
**brown**
$13.00
FREE Shipping
Also available in black





SANON Motorcycle Passenger Armrest ABS Rear Folding Top Case Box Rear Seat Armrest Kit Universal
$73.49
✓prime Get it as soon as Mon, Oct 26
FREE Shipping by Amazon
Only 8 left in stock - order soon.

≡ **amazon** | All ▾ | 🔍 | Hello, Sign in Account & Lists · Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bennsville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

# SANON Direct

SANON Direct storefront

★★★★★ **100% positive** lifetime (7 total ratings)

SANON Direct is committed to providing each customer with the highest standard of customer service.

Have a question for SANON Direct?

Ask a question

---

## Detailed Seller Information

**Business Name:** shenzhenshi xingyijia keji youxian gongsi

**Business Address:**
shenzhenshi longgangqu bantianjiedao maantangshequ
xinhejie2hao jinhuagongyequ 1haochangfang301
shenzhenshi
guangdong
518000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

★★★★★ "This will help you sleep at night. It has a power switch so after you charge it you can unplug it. Most defiantly worth the money."
By Jose on July 24, 2020.

★★★★★ "awsome"
By mary on July 4, 2020.

★★★★★ "good product fast shipping"
By Amazon Customer on December 6, 2019.

★★★★★ "Good credit"
By Hamilton on November 26, 2019.

★★★★★ "It's fast to ship, and it's beautifully packed"
By Javier S. on November 2, 2019.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | 100% | 100% | 100% |
| Neutral | - | 0% | 0% | 0% |
| Negative | - | 0% | 0% | 0% |
| Count | 0 | 1 | 5 | 7 |

Previous  **Next**

Leave seller feedback  |  Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 6

◀

 
National Geographic Kids
★★★★☆ 6,454
Print Magazine
$15.00


Real Simple
★★★★☆ 31
Print Magazine
$5.00


Real Simple
★★★★☆ 6,949
Print Magazine
$10.00


Yachting
★★★★☆ 2
Print Magazine
$8.00


Town & Country
★★★★☆ 4
Print Magazine
$6.00


Reader's Digest
★★★★☆ 8,604
Print Magazine
$8.00


Taste of Home
★★★★☆
Print Magazine
$5.00

▶

### Inspired by your browsing history


FMF Racing 11299 Wash Plug
★★★★☆ 1,419
$8.97


customSwagg KTM Racing 'Orange Print' Black Hoodie - Unisex Hoodie
★★★★☆ 3
$31.90 - $35.99


2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing Grip For...
★★★★☆ 899
$7.99


Scott Red White Diamond and Donuts Handlebar Hand Grips Fits Honda Cr80 Cr85 Cr125 Cr250...
★★★★☆ 191
$17.79


KTM Racing Tee
★★★★☆ 62
$25.00 - $27.50


IRC Rim Strips - 21"/--
★★★★☆ 310
$5.35

---

**Your Browsing History**  View or edit your browsing history ▸

See personalized recommendations


Sign in

New customer? Start here.

  

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from SANON Direct**   (Learn more)

Shipping to: ▮▮▮▮▮▮▮  1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **SANON Motorcycle Universal Adjustable Windscreen Wind Deflector Windshield for Kawasaki Honda KTM**
  $29.98 - Quantity: 1
  Sold by: SANON Direct

Change quantities or delete

**Choose a delivery option:**

○ **Friday, Nov. 13 - Monday, Dec. 7**
FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

.com

SIGN IN     SHIPPING & PAYMENT     GIFT OPTIONS     **PLACE ORDER**

## Review your order

**Shipping address** Change

███████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ███████
Add delivery instructions

**Payment method** Change
Debit ending in ███

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code]   Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:    $29.98
Shipping & handling:    $0.00

Total before tax:    $29.98
Estimated tax to be collected:*    $1.87

**Order total:**    **$31.85**

How are shipping costs calculated?



████, we'd like to give you a chance to try Amazon

**Join Prime and start saving ▶**
Receiving government assistance? Get 50% off Prime ▶

**Estimated delivery: Nov. 13, 2020 - Dec. 7, 2020**

**SANON Motorcycle Universal Adjustable
Windscreen Wind Deflector Windshield for
Kawasaki Honda KTM**
$29.98
**Quantity:** 1 Change
Sold by: SANON Direct
🎁 Gift options not available.

Choose a delivery option:

● **Friday, Nov. 13 - Monday, Dec. 7**
  FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



    

SANON Motorcycle Motorbike Oil Filter Universal for KTM SXS 450 525 400 520 690 660 625 SC 625 590 540

Brand: SANON

Price: **$9.09** & FREE Shipping

Get $50 off instantly: Pay $0.00 $9.09 upon approval for the Amazon Rewards Visa Card. No annual fee.

| Brand | SANON |
| Color | Yellow |
| Item Dimensions LxWxH | 2.76 x 1.57 x 1.57 inches |
| Item Weight | 41 Grams |

**About this item**
- High-efficiency media with uniform pleats.
- Great for high-end synthetic motor oil.
- Helps to provide better throttle response and ultimately increase horsepower.
- Oil filter designs provides for a high rate of oil flow.
- A high quality and brand new motorcycle oil filter for KTM SXS 450 525 400 520 690 660 625 SC 625 590 540.

See more product details



**$9.09**
& FREE Shipping

Arrives: Nov 13 - Dec 7

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... SANON Direct
Sold by ... SANON Direct

Return policy: Returnable until Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?
Sell on Amazon

---

**You might also like**
Sponsored

Page 1 of 16

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 ✓prime

KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
★★★★½ 17
$29.99

NEW OEM KTM FACTORY HIGH QUALITY REPLACEMENT CHAIN 65 SX XC SXS ALL...
$37.99

KTM Clutch Block Kit 50 SXS 2011 2012 (US) OEM: 45232011044
$215.34

14 Tooth Front & 50 Tooth Rear Sprocket for fits KTM 300 XC-W 2007-14 by Race-Driven
$39.95

---

**Have a question?**

Find answers in product info, Q&As, reviews

Type your question or keyword

---

## Product information

### Technical Details

| Manufacturer | SANON |
| Brand | SANON |
| Item Weight | 1.45 ounces |
| Product Dimensions | 2.76 x 1.57 x 1.57 inches |
| Item model number | 1361952/120878AM52US11 |
| Manufacturer Part Number | 1361952/120878AM52US11 |

### Additional Information

| ASIN | B08DCX3BB2 |
| Date First Available | July 21, 2020 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

‹ Back to results


    

Roll over image to zoom in

## SANON OBD2 Engine Fault Diagnosis 6 Pin to 16 Pin Adapter Cable and Detector Fits for KTM Motorcycles

Brand: SANON

Price: **$12.89** & FREE Shipping

Get $50 off instantly: Pay **$0.00** $12.89 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Manufacturing meets standard specifications and strictly follows factory quality control.
- Small size, light and easy to store, easy to carry and use. Converts 6pin to 16pin for engine fault detection, practical in use.
- The adapter is covered with ABS material to ensure excellent flexibility and durability.
- Fits for KTM 990 LC8 / 1190 RC8 / 690 Duke from 2011 / 690 SMC and Enduro / 690 Supermoto.
- We provide lifetime service for SANON products. If you have any questions, please feel free to contact us.

› See more product details



**$12.89**
& **FREE Shipping**

Arrives: Nov 13 - Dec 7

**In Stock.**

Qty: 1 

Add to Cart

Buy Now

Secure transaction

Ships from ...    SANON Direct
Sold by ...    SANON Direct

Return policy: Returnable until Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?

Sell on Amazon

## Customers also viewed these products

Page 1 of 8

    

OHP 10 to 16 Pin Diagnostic Scanner Female OBD2 Adapter for BMW Motorcycles...
★★★★☆ 190
$21.85

FidgetGear Universal Motorcycle scanner Motorbike Diagnostic tool For Honda...
$121.40
Usually ships within 6 to 1...

Wireless Bluetooth OBDII or OBD2 Reader Scanner Tool for Android (NOT iPhone/iOS...
★★★★☆ 20,574
$22.99

OTKEFDI Motorcycle 4pin OBD Diagnostic CANBUS Cable for Yamaha Motorbike
★★★★☆ 48
$25.00

BlueDriver Bluetooth Pro OBDII Scan Tool for iPhone & Android
★★★★☆ 20,624
#1 Best Seller in Code Readers & Scan Tools
$99.95

## You might also like

Sponsored ⓘ

 

Diagnostic Adapter Cable, 6 Pin to 16 Pin Adapter Cable OBD2 Engine Fault Diagnosis...
$10.39

HERCHR 12 Pin to 16 Pin Female OBD1 OBD2 OBD-II Adapter Connector Fit for GM...
★★★☆☆ 7
$9.90 ✓prime

DEALPEAK Motorcycle Diagnostic Adapter Cable OBD2 to 3 Pin Fault Detection Tool...
$12.15

DEALPEAK Motorcycle Diagnostic Adapter Cable 6 Pin to 16 Pin OBD2 Engine Fault...
$12.24

Obd2 6 Pin Adapter, Diagnostics 6 Pin to OBD2 16 Pin Adaptor Cable Motorcycle Fault...
$10.77

Motorcycle 4 Pin Diagnostic Cable, OBD 4 Pin Diagnostic Adapter for Motorcycle, OBD...
$11.79 ✓prime

Rear RipTide Brake Disc and Brake Pad 2001-2002 fits KTM MXC
$55.95

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | SANON |
| Brand | SANON |
| Item Weight | 2.5 ounces |
| Package Dimensions | 6.69 x 4.72 x 1.18 inches |

### Additional Information

| | |
|---|---|
| ASIN | B08D78Z4LY |
| Date First Available | July 18, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here





Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Gas Tanks & Accessories › Gas Tank Protectors



Roll over image to zoom in

## Orange 3D Scratch Protection Motorcycle Gas Fuel Sticker Tank Pad for KTM Duke 790

Brand: primitive man

Price: **$19.99**

Get $50 off instantly: Pay $0.00 ~~$19.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- Clean the gas tank surface before apply
- Colorful graphic
- easy to apply on surface
- FANCY OUTLOOK
- Duke790

› See more product details



**$19.99**

FREE delivery: Nov 13 - Dec 7

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from — saving-depot
Sold by — saving-depot

Return policy: This item is returnable

⊙ Deliver to Bensenville 60106

[ Add to List ]



Have one to sell?

[ Sell on Amazon ]

---

### Customers who viewed this item also viewed



Speedo Angels SAKT6NG2 Nano Glass Screen Protector for KTM 790 Duke...
★★★☆☆ 7
$14.99

---

### Customers also viewed these products

Page 1 of 8


Gas Tank Protector Motorcycle Tank Pad, 3D Motorcycle Tank...
★★★★☆ 282
#1 Best Seller in Powersports Gas Tank Protectors
$9.76


CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
★★★★☆ 88
$25.98


TechSpec Snake Skin Tank Grip Pads (3-Piece/Custom-SS Center) for 19 KTM 790DUKE
★★★★★ 2
$64.95
Only 4 left in stock - order...


Xitomer DUKE 790 Tail Tidy, Fender Eliminator for KTM DUKE 790 2018 2019 2020/890 Duke...
★★★☆☆ 14
$39.99
Only 3 left in stock - order...


For KTM DUKE 790 2018 2019, 890 Duke R 2020 Motorcycle Rubber Gas Tank Pad Traction Side...
★★★★☆ 3
$23.90
Only 10 left in stock - orde...


Puig Engine Spoiler KTM 790 Duke 18-19 C/MATT Black
★★★★★ 1
$184.27
Temporarily out of stock.


Xitomer Frame Slider/Crash Protect For KTM 790 DUKE : 2019 2020, No-Cut.
★★★★☆ 5
$45.99
Only 15 left in stock - o

---

### Sponsored products related to this item

Page 1 of 11





      

For KTM DUKE 690 2012-2019 Motorcycle Tank Pad Gas Anti slip Stickers Adhesive Rubb...
★★★★★ 1
$25.50 ✓prime

For KTM DUKE 690 2012-2019 Motorcycle Tank Pad Gas Anti slip Stickers Adhesive Rubb...
$17.50

For KTM DUKE 690 2012-2019 Motorcycle Tank Pad Gas Anti slip Stickers Adhesive Rubb...
$20.90

Hunter-Bike Motorcycle Radiator Grille Guard Cover for KTM DUKE 790 2018 2019 (Orange)
$53.99

COPART Motorcycle Radiator Grille Guard Cover Protector for KTM Duke 790 2018 2019(...
★★★☆☆ 6
$49.95 ✓prime

JFG RACING Custom Motorcycle Complete Adhesive Decals Stickers Graphics Kit For 125...
★★★☆☆ 4
$99.99

Speedo Angels Dashboard Screen Protector for KTM 7 DUKE (2018+) - 2 x...
★★★★☆ 1
$13.99

Ad feedback

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $19.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Product Description
This listing is for set of decal pad
This set looks great on bike.
Condition: 100% Brand New
Color: as shown in the picture
Material: Epoxy
For: KTM Duke 790

## Product information

### Technical Details

| | |
|---|---|
| Item Weight | 7 ounces |
| Package Dimensions | 11.81 x 7.87 x 0.39 inches |
| Is Discontinued By Manufacturer | No |

### Additional Information

| | |
|---|---|
| ASIN | B08H8H7TP4 |
| Date First Available | March 21, 2017 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

### Videos for related products


0:18
For ZX10R 11-20 Fuel Rear Tank Cover ABS Plastic Carbon Fiber...
MADMOTO


0:30
Real Carbon Fiber Universal sticker for motorcycle
MADMOTO

Upload your video

## Sponsored products related to this item

Page 1 of 3

 



**Hunter-Bike Motorcycle Radiator Grille Guard Cover for KTM DUKE 790 2018 2019...**
$53.99



**COPART Motorcycle Radiator Grille Guard Cover Protector for KTM Duke 790 2018 2018 (...**
★★★☆☆ 6
$49.95 ✓prime



**Speedo Angels SAKT1NG1 Nano Glass Screen Protector for KTM 125/390 Duke...**
★★★★★ 8
$13.99



**Speedo Angels Dashboard Screen Protector for KTM 790 DUKE (2018+) - 2 x...**
★★★★☆ 1
$13.99



**Motorcycle Radiator Grille Guard Protective Cover For KTM 250/390 Duke 2017 2018**
★★★★☆ 3
$25.99 ✓prime



**Front Fork Frame Sliders Wheel Crash Protector, Keenso CNC Aluminum Front Fork...**
★★★☆☆ 12
$12.99 ✓prime



**Speedo Angels Dashboard Screen Protector for KTM 7 DUKE (2018+) - 3 x...**
★★★★☆ 1
$17.99

Ad feedback ▢

## Customer questions & answers

🔍 Have a question? Search for answers

**Typical questions asked about products:**

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

▾ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers who searched for "emoji" ultimately bought

Page 1 of 2

 

**LovesTown Mini Emoji Keychain Set, 80pcs Emoji Party Favors for Kids Emoticon Plush...**
★★★★☆ 32
$12.99



**Emoji Universe: Emoji LED Rings, 24 Count**
★★★★☆ 359
$11.95



**36 Styles Metallic Glitter Emoji Temporary Tattoos for Kids, Emoji Birthday Party...**
★★★★☆ 3
$5.99



**Dreampark Emotion Keychain Mini Cute Plush Pillows, Christmas / Birthday...**
★★★★☆ 740
$10.99



**Dreampark 80 Pack Mini Emotion Keychain Plush, Party Favors for Kids, Christmas...**
★★★★☆ 182
$32.99



## Deals in magazine subscriptions

Page 1 of 9

**Reader's Digest Large Print**
★★★★☆ 705
Print Magazine
$15.00

**Martha Stewart Living**
★★★★☆ 35
Print Magazine
$3.00

**Farm & Ranch Living**
★★★★☆ 19
Print Magazine
$5.00

**National Geographic History**
★★★★☆ 1,307
Print Magazine
$19.00

**National Geographic Little Kids**
★★★★☆ 2,143
Print Magazine
$15.00



1-16 of 68 results for saving-depot : "KTM"

Sort by: Featured

Black Rubber 3D Dots Gas Fuel Tank Traction Pad Anti Side Slip Protector for KTM Duke 390 2013-2016 125 200

★★★★☆ ⌄ 3

Electronics

$12⁹⁹

Get it as soon as **Mon, Oct 26**

FREE Shipping on your first order shipped by Amazon

Only 19 left in stock - order soon.



Orange 3D Scratch Protection Motorcycle Gas Fuel Sticker Tank Pad for KTM Duke 790

Electronics

$19⁹⁹

FREE Shipping



Motorcycle Engine Chassis Skid Plate Guard Protector Cover Decoration Shield for KTM Duke 250 390 2014-2019

★★☆☆☆ ⌄ 1

Electronics

$92⁹⁹

FREE Shipping



Orange 3D Scratch Protection Motorcycle Gas Fuel Sticker Tank Pad for KTM RC390

Electronics

$19⁹⁹

FREE Shipping

3D Carbon Fiber Tank Gas Cap Pad Filler Cover Sticker Decals For KTM DUKE 390 200 13-14

Electronics

$14⁹⁹

FREE Shipping



3D Scratch Protection Motorcycle Gas Fuel Sticker Tank Pad for KTM RC390

Electronics

$19⁹⁹

FREE Shipping



White 3D Scratch Protection Motorcycle Gas Fuel Sticker Tank Pad for KTM RC390

Electronics

$19⁹⁹

FREE Shipping

☰ **amazon** | All ▾ | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

## saving-depot

saving-depot storefront

★★★★½ | 94% positive in the last 12 months (17 ratings)

saving-depot is committed to providing each customer with the highest standard of customer service.

Have a question for saving-depot?

Ask a question

---

### Detailed Seller Information

**Business Name:** guang zhou shi tian lei mao yi you xian gong si
**Business Address:**
bai yun qu zeng cha lu luo chong wei shu ya
bai yun mo tuo che pei jian pi fa shi chang 1109
guang zhou
guang dong
518000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

★☆☆☆☆ "These pads must have sat in a hot warehouse for some time. The glue backing came off with the paper and made it useless and impossible to install. Not worth sending them back, so in the trash they go."
Read less
By Ivan Santiago on January 13, 2020.

★★★★☆ "Slow shipping , no tracking."
By Mr. Honest Abe on December 16, 2019.

★★★★★ "Realmente el vendedor fue muy rápido para su envío gracias mi amigo"
By Lenin Sanchez on November 8, 2019.

★★★★★ "Thanks"
By Michael L. Pasqua on November 1, 2019.

★★★★★ "cool tank pad and it does glow in the dark."
By Kenny on October 1, 2019.

Previous   Next

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | 100%    | 100%    | 94%       | 92%      |
| Neutral  | 0%      | 0%      | 0%        | 2%       |
| Negative | 0%      | 0%      | 6%        | 6%       |
| Count    | 1       | 2       | 17        | 256      |

Leave seller feedback   Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 8

      

Laugh Till You Cry Emoji Pillow 12.5 Inch Large Yellow Smiley Emoticon
★★★★½ 584
$9.95

Timex Unisex Weekender 38mm Watch
★★★★½ 12,195
$29.55 - $89.99

2 Poop Emojis Stress Balls - Nothing a little poo can't make better - One stress ball for each hand…
★★★★☆ 245
$12.54

Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fits ABS &…
★★★★½ 89
$80.99

PLUSH PRINCESS HEART PILLOW - Toys - 1 Piece
★★★★½ 481
$9.99

### Top subscription apps for you

Page 1 of 9

      

Disney+
Disney
★★★★½ 386,993
$0.00

CBS Full Episodes and Live TV
CBS Interactive
★★★★½ 98,053
$0.00

STARZ
Starz Entertainment
★★★★☆ 79,756
$0.00

Sling TV
Sling TV LLC
★★★★☆ 47,388
$0.00

SHOWTIME
Showtime Digital Inc.
★★★★½ 22,921
$0.00

---

Your Browsing History   View or edit your browsing history ›   Page 1 of 3   See personalized recommendations


Sign in
New customer? Start here.

 

# Choose your shipping options

Continue

---

## Shipment 1 of 1

**Shipping from saving-depot** (Learn more)

Shipping to: █████, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Orange 3D Scratch Protection Motorcycle Gas Fuel Sticker Tank Pad for KTM Duke 790**
  $19.99 - Quantity: 1
  Sold by: saving-depot

Change quantities or delete

**Choose a delivery option:**

◉ **Friday, Nov. 13 - Monday, Dec. 7**
   FREE Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Shipping address** Change

▮▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮▮▮▮▮▮
Add delivery instructions

**Payment method** Change

VISA ending in ▮▮▮▮

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ] [ Apply ]

**Order Summary**

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected:* | $1.25 |
| **Order total:** | **$21.24** |

How are shipping costs calculated?

prime ▮▮▮▮, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 13, 2020 - Dec. 7, 2020**



Orange 3D Scratch Protection Motorcycle Gas Fuel Sticker Tank Pad for KTM Duke 790
**$19.99**
Quantity: 1 Change
Sold by: saving-depot
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Friday, Nov. 13 - Monday, Dec. 7**
FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

☰ **amazon**    All ▾ | KTM           🔍    🇺🇸 ▾    Hello, Sign in **Account & Lists** ▾    Returns **& Orders**    Try Prime ▾    🛒⁰ **Cart**

📍 Deliver to Bensenville 60106    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping      Shop deals before they are gone

‹ Back to results



## Black Rubber 3D Dots Gas Fuel Tank Traction Pad Anti Side Slip Protector for KTM Duke 390 2013-2016 125 200

Brand: primitive man

⭐⭐⭐⭐½ 3 ratings

Price: **$12.99** & FREE Returns

Get $50 off instantly: Pay $0.00 $12.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Grip Protector
- Nice outlook
- tank pad knee rubber
- Self-adhesive backing for easy installation
- Duke 390 2013-2016 125 200

› See more product details

Compare with similar items

Roll over image to zoom in

---

**$12.99**
& FREE Returns ▾

FREE delivery: **Friday, Oct 30** on your first order.

Fastest delivery: **Monday, Oct 26** Details

**Only 19 left in stock - order soon.**

Qty: 1 ▾

[ 🛒   **Add to Cart** ]

[ ▶   **Buy Now** ]

🔒 Secure transaction

Ships from   Amazon
Sold by   saving-depot
Packaging   Shows what's inside....

Details

☐ Add gift options

📍 Deliver to Bensenville 60106

[ Add to List ]

Have one to sell?

[ Sell on Amazon ]

Share ✉ f 🐦 📌

---

## Frequently bought together



Total price: **$59.96**

[ Add all three to Cart ]

[ Add all three to List ]

ℹ These items are shipped from and sold by different sellers. Show details

- ☑ **This item:** Black Rubber 3D Dots Gas Fuel Tank Traction Pad Anti Side Slip Protector for KTM Duke 390 2013-2016... **$12.99**
- ☑ NEW KTM TANK PAD PROTECTION SET 2015 390 DUKE 90107011000 **$20.99**
- ☑ CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K **$25.98**

---

### Customers who viewed this item also viewed

Page 1 of 2

‹



CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
⭐⭐⭐⭐ 88
$25.98



ATOPLITE moto LED Headlight High/Low Beam with Angel Eyes DRL & Indicator Turn Signal Light Assembly...
⭐ 1
1 offer from $259.00



Rebacker Motorcycle Radiator Guard Cover Grill Protector for KTM 390 Duke 2017...
⭐⭐⭐⭐⭐ 1
$47.99



Sticker Decal Gas Fuel Tank Protector Pad For KTM DUKE 125 / 200 / 250 / 390 / 690
⭐⭐⭐⭐ 6
$9.99
Only 8 left in stock - order...



NEW KTM TANK PAD PROTECTION SET 2015 390 DUKE 90107011000
⭐⭐⭐⭐½ 11
$20.99
Only 1 left in stock - order...



Gas Tank Protector Motorcycle Tank Pad, 3D Motorcycle Tank Sticker Protector Decal Gas...
⭐⭐⭐⭐½ 282

**#1 Best Seller** in Powersports Gas Tank...
$9.76



COPART Motorcycle Engine Guards Protect Crash Bars with Fram Sliders for KTM DUK
⭐⭐⭐⭐ 34
$125.99

›

---

### Customers also viewed these products

Page 1 of 7

‹



COPART Motorcycle Engine Guards Protector Crash Bars without Frame Sliders for KTM...
⭐⭐⭐⭐ 34
$105.00
Only 7 left in stock - order...



CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
⭐⭐⭐⭐ 88
$25.98



Gas Tank Protector Motorcycle Tank Pad, 3D Motorcycle Tank Sticker Protector Decal Gas...
⭐⭐⭐⭐½ 282
**#1 Best Seller** in Powersports Gas Tank...
$9.76



Sticker Decal Gas Fuel Tank Protector Pad For KTM DUKE 125 / 200 / 250 / 390 / 690
⭐⭐⭐⭐ 6
$9.99
Only 8 left in stock - order...



REVSOSTAR Motorcycle Tank Side Traction Pad, Anti Slip sticker, Gas Tank Pad, Traction Side,...
⭐⭐⭐⭐½ 46
$12.99



NEW KTM TANK PAD PROTECTION SET 2015 390 DUKE 90107011000
⭐⭐⭐⭐½ 11
$20.99
Only 1 left in stock - order...



ATOPLITE moto LED Headlight High/Low Beam with Angel Eyes DRL & Indicator Turn Signal Light Assemb...
1 offer from $259.00

›





‹ Back to results



Roll over image to zoom in

## Orange 3D Scratch Protection Motorcycle Gas Fuel Sticker Tank Pad for KTM RC390

Brand: primitive man

Price: **$19.99**

Get $50 off instantly: Pay $0.00 ~~$19.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- Clean the gas tank surface before apply
- Colorful graphic
- easy to apply on surface
- FANCY OUTLOOK
- RC 390

› See more product details



**$19.99**

FREE delivery: Nov 13 - Dec 7

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... saving-depot
Sold by ... saving-depot
Return policy: This item is returnable ⌄

Deliver to Bensenville 60106

Add to List



Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### Customers also viewed these products

Page 1 of 10

    

**Gas Tank Protector Motorcycle Tank Pad, 3D Motorcycle Tank...**
★★★★☆ 282
#1 Best Seller in Powersports Gas Tank Protectors
$9.76

**CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...**
★★★★☆ 88
$25.98

**Areyourshop Double Bubble Windscreen Windshield Screen for 2014-2019 KTM 390 RC390 Clear**
$38.99

**Competition Werkes Fender Eliminator Kit - Standard (Turn Signals) for 15-18 KTM RC390**
★★★★★ 1
$91.10
Only 1 left in stock - order...

**KTM Ergo Comfort Seat RC390 90507940000**
★★★★☆ 29
$155.99
Only 2 left in stock - order

---

### Sponsored products related to this item

Page 1 of 14

      

**Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...**
★★★★☆ 44
$21.99 ✓prime

**KTM Aluminum Skid Plate 450/500 XC-W/EXC 2012-2016 OEM: 78103990100**
$139.99

**KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB**
★★★★★ 1
$124.99

**KTM Factory Skid Plate (Black) 250/350 2015-2019 OEM: UPP1503020**
$129.99

**KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404**
★★★★☆ 3
$47.99

**KTM Footrest Left Rally 2004-2016 OEM: 76203040250**
$101.84

**KTM/FMF Exhaust F. Pipe 65 SX 2012 20... OEM: SXS11065500**
$239.99

Ad feedback

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $19.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product description

10/24/2020   Amazon.com: Replace | 1 Set of Orange Handlebar Handguards Hand Protector Brake Clutch Protector Covers, for KTM DUKE 125 200 250 390 2012-2020 Motorc: Home Improvement

Case 1:20-cv-06677 Document 1-5 Filed 11/09/20 Page 187 of 498 PageID #:2357



PillPack by Amazon pharmacy   Your medication, delivered   Learn more ›

Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Handguards







Click image to open expanded view

## Replace |1 Set of Orange Handlebar Handguards Hand Protector Brake Clutch Protector Covers, for KTM DUKE 125 200 250 390 2012-2020 Motorc

Brand: Bravic

Price: **$42.99** & **FREE Shipping**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- Our professional technicians do heavy research and development in testing car applications and fitments for our products. RELATED SEARCHES [Boat Hook, Boat For, Boat Stainless, Boat Rope, Flag Wall Metal, Beach Flag, Hook Ship, Cosplay Guy, Phone Battery Bank Free Shipping, Accessory For Boat, Boat, Cafe Flag, The Beach Flag, Boat Pole, Base Boat, Rod]
- We also do rigorous testing on the strength, durability, as well as longevity of the material in order to make sure when the product arrives at the consumers end that it's ready to go without worries. RELATED SEARCHES [Boat Rope, Boat, Boat Fish, Handmade Puppet, Underpants Man Flag, for Samsung A8 2018 Nature, Boat Pvc, Boat For, Carbon Telescopic Pole Rod, Boat Mast, Anchor Boat]
- The car, boat & motorcycle accessories category include: Protective Gear, Frames & Fittings, Brakes, Engines & Engine Parts, Exhaust & Exhaust Systems, Fuel Supply, Ignition, Seat Covers, Electrical System, Wheels & Rims, Bumpers & Chassis Filters, Bags & Luggage. RELATED SEARCHES [Boat, The Beach Flag, Boat Mount, Base Boat, Boat Motor Mount, Foulard Flag, Kayak, Bimini for Marine]
- As automotive technology continues to advance, our commitment to developing the newest performance products is stronger than ever. For whatever you drive now and in the future, We will have the most advanced performance products available. RELATED SEARCHES [Boat Hook, Boat For, Boat Rope, Flag Wall Metal, Boat, Cafe Flag, The Beach Flag, Boat Pole, Base Boat, Rod, Boat Fish]
- Lifetime Waranty and 100% Satisfaction of customer service for ensuring the long-lasting enjoyment of your product.Please feel free to contact our customer support team when you have any question about the product ,and you will receive a satisfactory reply. RELATED SEARCHES [Boat Rope, Boat Mast, Boat Fish, Anchor Boat, Accessory For Boat, Boat Hook, Boat Mount, Boat Kayak]

› See more product details

💬 Report incorrect product information.

**$42.99**
& FREE Shipping

Arrives: Nov 19 - Dec 11

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... Seekee.ha854
Sold by ... Seekee.ha854

Deliver to Bolingbrook 60440

Add to List

Share ✉ f 𝕏 P

Have one to sell?

Sell on Amazon

---

You might also like

Sponsored ⓘ

Page 1 of 12

















7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX...
★★★☆☆ 22
$22.89 ✓prime

JFG-RACING Black Handguards Hand Guards - Universal for 7/8" and 1 1/8" Brush...
★★★★☆ 433
$29.99 ✓prime

KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99

Universal 7/8" 28mm 22mm Motorcycle Handlebar Hand Guards Protector For KTM EXC...
★★★☆☆ 3
$25.99 ✓prime

Dirt Bike Hand Guards Handguards - 7/8" 22mm and 1 1/8" 28mm with Universal Mountin...
★★★★☆ 485
$25.99 ✓prime

3D Blac Alumini 7/8" 22 Clutch B
★★★★
$26.9

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $0.00 instead of $42.99! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

| 🔍 Type your question or keyword |

## Product description

NEW

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | 8 |
| Part Number | Store565 |
| Material | Other |

### Additional Information

| | |
|---|---|
| ASIN | B08JTCFB85 |
| Date First Available | September 23, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for related products



7:29

Installing handguards on 2008 Yamaha WR250F

JFG RACING



1:59

JFG-RACING Black Hand Guards Handguards

JFG RACING



1:53

JFG RACING White Handguards Hand Guards - 7/8" 22mm and 1...

JFG RACING



0:53

handguards show and install

AnXin

Upload your video

## You might also like

Page 1 of 9

Sponsored ⓘ

Case 1:20-cv-06677 Document 1-5 Filed 11/10/20 Page 189 of 498 PageID #:2359










KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
⭐⭐⭐⭐½ 17
$29.99

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
⭐⭐⭐⭐½ 3
$47.99

Worldmotop Hand Guards Motorcycle Hand Brush Guards Handlebar for BMW R1200GS LC...
$79.09

Hand Guards Handguards Guard Handguard - Universal 7/8 inches 22mm and...
⭐⭐⭐⭐☆ 100
$24.99 ✓prime


KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030
$83.99

NEW OI Rear Bra 2004-2( SXF 548
⭐⭐⭐
$83.9

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

---

## Deals in magazine subscriptions

Page 1 of 8








National Geographic Kids
⭐⭐⭐⭐½ 6,490
Print Magazine
$15.00

Reader's Digest
⭐⭐⭐⭐½ 60
Print Magazine
$5.00

Boating
⭐⭐⭐⭐½ 252
Print Magazine
$9.00

Ranger Rick
⭐⭐⭐⭐½ 514
Print Magazine
$15.00

Food & Wine
⭐⭐⭐⭐½ 13
Print Magazine
$3.00

## Best sellers in Kindle eBooks

Page 1 of 6




10/24/2020    Amazon.com: Replace Handlebar Handguards Protector for Honda CRF150R CRF250R CRF450R CRF230F CRF250X Dirt Bike 2012-2020 Motorc: Home Improvement

Case 1:20-cv-06675-AKH Document 45 Filed 11/10/20 Page 190 of 498 PageID #:2360







### Your Browsing History    View or edit your browsing history ›











---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English    United States

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Advertising | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| | Find, attract, and engage customers | | | | | |

| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |

| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |

| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |

| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |

| eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



1-16 of 27 results for **Seekee.ha854** : **"KTM"**

Sort by: Featured ▾

**Brand**
Bravic
EHS



Motorcycle Fender Rear Cover Motorcycle Motorcross Back Mudguard for 12-18 Inch Wheel Suzuki Kawasaki Honda Yamah...
$44⁹⁹
FREE Shipping



Replace |Motorcycle 1 1/8Inch 28MM Handlebar Risers Bar Mount Clamp for KTM SX SXF EXC XCW XCFW EXCF 125 150 200 250...
$52⁹⁹
FREE Shipping



Replace |Motorcycle Rear Brake Disc Disk Rotor For Ktm 125 150 200 250 300 350 400 450 500 Sx Sxf Xc Exc Xcf Xcw Freeride Si...
$47⁹⁹
FREE Shipping

Replace |10PCS Motorcycle Accessories Exhaust Manifold Gasket O-Ring for KTM Motorcycle Exhaust Manifold Seal
$17⁹⁹
FREE Shipping





Replace |Motorcycle Rear Brake Disc Disk Rotor For Ktm 125 150 200 250 300 350 400 450 500 Sx Sxf Xc Exc Xcf Xcw Freeride Si...
$47⁹⁹
FREE Shipping

Replace |2 Pcs Front Shock Absorber Soft and Hard Fork Knob Adjuster Bolt Fit for KTM SX EXC 250 350 450
$19⁹⁹
FREE Shipping





Replace |Motorcycle Exhaust Heat Shield Protector Cover Guard for KTM EXC SXF Honda CRF CB Yamaha YZF WR Kawasaki KXF...

$24$^{99}$

FREE Shipping



Replace |Motorcycle Rectifier Protective Cover for KTM DUKE 390 DUKE390 2017 2018 Motorcycle Accessories

$39$^{99}$

FREE Shipping



Replace |Rear Brake Disc Guard for KTM SX SXF EXC EXCF XC XCF XCW for Husqvarna Husaberg TE FE TC FC TX FX 125 150 250...

$54$^{99}$

FREE Shipping



Replace |Rear Wheel Hub Spacers for KTM 125 150 200 250 300 350 400 450 SX SXF XC XCF 2013-2019 for Husqvarna TC TX FC...

$29$^{99}$

FREE Shipping



Replace |1 Set of Orange Handlebar Handguards Hand Protector Brake Clutch Protector Covers, for KTM DUKE 125 200 250 390...

$42$^{99}$

FREE Shipping



Motorcycle Universal Headlight Motocross Sport DirtBike Head Light for KTM SMR EXC SX/Yamaha WR/Honda XR CQR

$47$^{99}$

FREE Shipping



Rear Brake Disc Rotor Guard for Husqvarna 125 150 250 350-450 TE FE TC FC TX FX KTM 125 250 350 450...

$79$^{99}$

FREE Shipping





**Rear Brake Disc Guard for KTM 125 150 200 250 300 350 450 500 530 SX SXF EXC EXCF XC XCF XCFW XCW 2017 2018 2019…**

$75⁹⁹

FREE Shipping



**Motorcycle Pedal Enlarge Extension,Rear Brake Lever Pedal Enlarge Extension Plate for KTM 990 R 990 SMR 1190 R 1290**

$33⁹⁹

FREE Shipping



**Motorcycle Accessories Tail Fender Eliminator License Plate Holder Black LED Light for KTM Duke 390 390 Duke 2017 2018**

$75⁹⁹

FREE Shipping

← Previous   1   2   Next →

## Need help?

Visit the help section or contact us

## Sponsored products related to this search What's this? ⌄



Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x…

★★★★★ 526

$43.77



RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)…

★★★★½ 3,427

$29.97



Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x…

★★★★★ 124

$74.77



PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure…

★★★★½ 43

$49.95



VULCAN Car Tie Down with Snap Hooks - Lasso Style - 2 Inch x 96 Inch, 4 Pack - High-Viz - 3,300…

★★★★½ 246

$99.99

## Deals in magazine subscriptions





Horse Illustrated



Real Simple



Good Housekeeping



Young Rider



# Seekee.ha854

Seekee.ha854 storefront
*Just launched* | No feedback yet
Seekee.ha854 is committed to providing each customer with the highest standard of customer service.

Have a question for Seekee.ha854?

[Ask a question]

---

## Detailed Seller Information

**Business Name:** Somchai Sukkee
**Business Address:**
720/609 Bangbamru
Bangphlat
Bangkok
10700
TH

---

**Returns & Refunds** | Shipping | Policies | Help | Products

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact Seekee.ha854 to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

---

Leave seller feedback | Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 8

      

Boating
★★★★½ 252
Print Magazine
$9.00

National Geographic Kids
★★★★½ 6,492
Print Magazine
$15.00

Birds & Blooms
★★★★½ 3,127
Print Magazine
$8.00

Street Trucks
★★★★ 45
Print Magazine
$18.95

Womans World
★★★★½ 1,302
Print Magazine
$47.50

## Best sellers in Kindle eBooks

Page 1 of 6

      

A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★½ 1,700
Kindle Edition
$14.99

If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
★★★★½ 17,160
Kindle Edition
$4.99

The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
★★★★½ 4,311
Kindle Edition
$4.99

I Promise You: Stand-Alone College Sports...
› Ilsa Madden-Mills
★★★★½ 605
Kindle Edition
$2.99

Spellbreaker
› Charlie N. Holmberg
★★★★½ 2,236
Kindle Edition
$4.99

**Your Browsing History**    View or edit your browsing history  ›

Page 1 of 2

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

### Shipping from Seekee.ha854  *(Learn more)*

Shipping to: ▉, 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825
United States

- **Replace |1 Set of Orange Handlebar Handguards Hand Protector Brake Clutch Protector Covers, for KTM DUKE 125 200 250 390 2012-2020 Motorc**
  $42.99 - Quantity: 1
  Sold by: Seekee.ha854

Change quantities or delete

**Choose a delivery option:**

○ **Thursday, Nov. 19 - Friday, Dec. 11**
  FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change

■■
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ■■■■■■
Add delivery instructions

**Payment method** Change
■■ ending in ■■■

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ]  Apply

**FREE** DELIVERY  ■■■ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery:  Nov. 19, 2020 - Dec. 11, 2020**

Replace |1 Set of Orange Handlebar Handguards Hand Protector Brake Clutch Protector Covers, for KTM DUKE 125 200 250 390 2012-2020 Motorc
**$42.99**
Quantity: 1 Change
Sold by: Seekee.ha854
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Thursday, Nov. 19 - Friday, Dec. 11**
   FREE Shipping

---

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                           $42.99
Shipping & handling:             $0.00

Total before tax:                $42.99
Estimated tax to be collected:*   $2.69

**Order total:**              **$45.68**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

☰  amazon          All ▾  | KTM                          🔍   📧 ▾  Acct        Lists ▾   Returns      Try Prime ▾    🛒 0  Cart
                                                                   Account ▾           & Orders

📍 Deliver to    Holiday Deals   Gift Cards   Browsing History ▾   Best Sellers   Customer Service        's Amazon.com        Shop today's epic deals now
Bolingbrook 60440

☐ PillPack  Your medication, delivered     Learn more ›

‹ Back to results



Click image to open expanded view

  

# Motorcycle Fender Rear Cover Motorcycle Motorcross Back Mudguard for 12-18 Inch Wheel Suzuki Kawasaki Honda Yamaha KTM

Brand: EHS

---

Price: **$44.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021

Color: **Black**

- 100% Brand new and High quality.
- Car accessories, Motorcycle accessories, Replacement and Repair equipment include: Car Care Accessories, Keyless Entry Remote and Fob, Nuts & Bolts & Clips, Car Connector Plug, Mirrors & Accessories, Theft Protection, Grips & Handlebar, Turn Signal Indicators, Motorcycle Glasses, Decals & Stickers, Motorcycle Covers, Car Electronic.
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service.
- Motorcycle Fender Rear Cover Motorcycle Motorcross Back Mudguard for 12-18 Inch Wheel Suzuki Kawasaki Honda Yamaha KTM

› See more product details

💬 Report incorrect product information.



$44.99

& FREE Shipping

Arrives: **Nov 19 - Dec 11**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...   Seekee.ha854
Sold by ...      Seekee.ha854

📍 Deliver to Bolingbrook 60440

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## You might also like

Sponsored ⓘ



Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 ✓prime

76pc SPECBOLT Body Bolt KIT for Plastics seat fenders Fork Guards shrouds & subfram...
★★★★½ 40
$19.99

120pc Specbolt Bolt Kit fits: KTM SX EX EXC MX Dirtbike OEM Spec Fastener. This Inc...
★★★★½ 30
$29.99 ✓prime

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $44.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product description

Case 1:20-cv-06677 Document 15 Filed 11/19/20 Page 196 of 498 PageID 2368

‹ Back to results





Click image to open expanded view

     

## Motorcycle Universal Headlight Motocross Sport DirtBike Head Light for KTM SMR EXC SX/Yamaha WR/Honda XR CQR

Brand: Bravic

Price: **$47.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Black**

- 100% Brand new and High quality.
- Motorcycle Universal Headlight Motocross Sport DirtBike Head Light for KTM SMR EXC SX/Yamaha WR/Honda XR CQR
- Car Light Assembly Car Switches Relays Mirror Covers Exterior Door Hles Pressure Sensor Racing Grills Styling Mouldings Valves Parts Steering Wheels Steering Wheel Hubs Window Lever Window Winding Hles

› See more product details

⚑ Report incorrect product information.

**$47.99**
& FREE Shipping

Arrives: **Nov 19 - Dec 11**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

| | |
|---|---|
| Ships from ... | Seekee.ha854 |
| Sold by ... | Seekee.ha854 |

Deliver to Bolingbrook 60440

Add to List

Share ✉ f ⴷ 🅿

Have one to sell?

Sell on Amazon

## You might also like

Sponsored ⓘ

Page 1 of 14

KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
★★★★½ 12
$31.49

KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
★★★★½ 17
$29.99

KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
$124.99

KTM Factory seat cover 79207940050 16 SX/SXF/XCF ALL17-18 125-500
★★★★★ 6
$75.99

2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross
★★★★★
$43.95

KTM Ha (Orange) OEM: 7
★★★
$47.9

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $47.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color: **Black**

NEW



## Universal 8"-21" Rims Tubes Decor Protector 72Pcs Bicycle Dirt Bike Wheel Rim Spoke Skins Wraps Set for Yamaha Kawasaki Suzuki Honda KTM (Blue-White)

Brand: SEMIMO

★★★★★ 6 ratings

Price: **$6.31** FREE Shipping on your first order. Details & FREE Returns

**Coupon** ☑ Save an extra 5% when you apply this coupon.
     Details

Get $50 off instantly: Pay $0.00 $6.31 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color:** Blue-White



- *Size: 24mm legth with 5mm cross section
- *Material: soft Resin, Durable and could not break off.
- *Quantity: 72 Pcs Spoke skins enough fot TWO rims.
- *Fitment: Fit for 8"-21" rims and 3.5-5mm spoke. You need to trim a little during installation.
- *Note: Please check your bike's size and confirm this item is suitable for it before ordering.

▸ See more product details

**$6.31**

FREE Shipping on your first order. Details & FREE Returns

Arrives: **Friday, Oct 30**

Fastest delivery: **Friday, Oct 23**
Order within 2 hrs and 54 mins
Details

**Only 13 left in stock - order soon.**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Amazon
Sold by      Semimoto

Return policy: Extended holiday return window till Jan 31, 2021

☐ Add gift options

📍 Deliver to Bensenville 60106

Add to List

Share 📧 📘 🐦 📌

Have one to sell?
Sell on Amazon

## Inspired by your recent shopping trends

Page 1 of 12

    

Bicycle Dirt Bike 72Pcs Wheel Rim Spoke Skins Cover Wraps Set Universal for Yamaha...
★★★★☆ 707
**#1 Best Seller** in Powersports Spokes
$9.99

Motorcycle Spoke Skins, 72pcs/lot 24cm Universal Colorful Motocross Dirt Bike...
★★★★☆ 213
$7.99

72Pcs Motorcycle Dirt Bike Spoke Covers Coats Fits for Suzuki Honda Yamaha Kawasaki KTM...
★★★★☆ 22
$8.98

Handlebar Grips Rubber Gel Grips For KTM Kawasaki Honda Yamaha Suzuki (Orange)...
★★★★☆ 137
$11.99

NEW 2020 KTM PURE SWEATER (SMALL)
$59.99 - $62.99

## Sponsored products related to this item

Page 1 of 9



72Pcs Universal Spoke Skins Covers, Wheel Spoke Wraps Skins Pipe Trim Decoration Pro...
★★★★☆ 261
$9.99 ✓prime

JOYON 72 Pcs Universal Spoke Skins Covers Coats for Motorcycle Dirt Bike Kawasaki H...
★★★★☆ 149
$9.99 ✓prime

Bicycle Dirt Bike 72Pcs Wheel Rim Spoke Skins Wraps Set Universal for Yamaha Kawasa...
★★★★☆ 707
$10.99 ✓prime

72 Pcs Blue Plastic Spoke Guard Wrap Covers Spoked Wheels For 19"-21" rims YAMAHA...
★★★★★ 33
$9.99 ✓prime

Qilu 36pcs Wheel Spoke Protector Motocross Rims Skins Covers Off Road Motorcycle G...
★★★★★ 7
$7.89 ✓prime

Hedume 216 Pieces Motorcycle Spoke Skins Covers Coats, Wheel Decoration, Universal ...
★★★★★ 10
$14.99 ✓prime

Ad feedback

**4 stars and above** Sponsored

Page 1 of 3



JOYON 72 Pcs Universal Spoke Skins Covers Coats for Motorcycle Dirt Bike Kawasaki H...
⭐ 149
$9.99 ✓prime



Activ Life LED Wheel Lights (1 Tire, Green) Fun Bicycle Spoke Wire & Bike Frame Saf...
⭐ 1,157
$13.99 ✓prime



PSLER 72 PCS Spoke Skins Wheel Rim Spoke Covers Trim Wrap Cover Decoration Pr...
⭐ 408
$9.99 ✓prime



Vktech Soft BMX MTB Cycle Road Mountain Bicycle Scooter Bike Handle bar Rubber...
⭐ 2,768
$4.89 ✓prime



WOTOW 16 in 1 Multi-Function Bike Bicycle Cycling Mechanic Repair Tool Kit with 3 p...
⭐ 6,308
$9.99 ✓prime



Excel PST-004 Gold Universal Triangle Motorcycle Stand
⭐ 416
$16.49 ✓prime

 Ad feedback 💬

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**Blue-White**

### Technical Details

| | |
|---|---|
| Manufacturer | Semimo |
| Brand | SEMIMO |
| Item Weight | 5.9 ounces |
| Package Dimensions | 13.27 x 11.77 x 1.3 inches |
| Manufacturer Part Number | SKINS014 |

### Additional Information

| | |
|---|---|
| ASIN | B088DNX24P |
| Customer Reviews | ⭐⭐⭐⭐⭐ ⌄  6 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #358,952 in Automotive (See Top 100 in Automotive)<br>#53 in Powersports Spokes |
| Date First Available | May 6, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for related products

 0:57

JFG RACING 72 Pcs Spoke Covers Guards Red - 19"-21" Rims For...

JFG RACING

OTOM motorcycle Front Rear Wheel Steel Spokes with Nipples 0:46

OTOM RACING

 0:53

Spoke Nipple Wrench Wheel Rim Spoke Adjuster Spanner

OTOM RACING

[ Upload your video ]

## Product description

Color:**Blue-White**

**Semimoto: Strict Quality Test, Enjoy Truly Worry-free Shopping.**

**Package :**
72 Pcs Spoke skins which enough for TWO rims.

**Compatible with following vehicles:**
Perfect to use on all cycles including off-Road, BMX, MTB and kids bikes , like:

For HONDA:
XR CR CRF CRM 50F 230F 230L 230M 250L 250M 250X 70F 80F 80R 85R 100F 110F 125R 150R;
CRF 250 450 1000/L CRM250 XR250 XR400 AR F L M R X;
CR 80 85 125 250/R F50 CRF 70 AR F L M R X;

For YAMAHA:
TTR YZ WR XT 125E 125L 250R 250X 450F 250F 250FX 426F 450FX;
YZ 250X 426F 450F 80 85 TTR 250 600 90 TW200 WR 250R 250X 450F;
DT230LANZA PW50 PW80 RT100 SEROW225;
TRICKER DT TW PW RT YZ WR SEROW TTR XT 50 80 85 90 100 125 225 230 250 426, 450 600 1000 F/X/FX/R/LANZA;

For SUZUKI:
DR DRZ RMX DJEBEL 400E 400S 400SM 450Z 650SE;
DR200 250 DRZ125 E L R S SE SM XC Z;

For KTM:
XC XCF XCRW EXCR EXC SXF SXR XCW SX 350 400 450 500 505 525 530;
XCF XCRW EXCR EXC SXF SXR XCW SX XC XC-F XCF XC-W 65 85 105 125 150 200 250 300;
KX85 EXC450 WR250 KX 500 CRF YZF RMZ KXF;

For Kawasaki:
KDX 65 80 85 125/SR 150S 200 220 250/SR/F 450F/R, KLR650;
KLX 65 80 85 110/L 125 140/L 150/S 250/S/SF 300 400/R/SR 450/R;
KX 500 60 65 80 85 100 125, 250 450 F L R S SF SR;
KFX 65 80 85 125 110L 140L 150S 250/S/SF 300 400/R/SR 450/R;
KX 500 60 65 80 85 100 125,250 450 F L R S SF SR;

---

## Sponsored products related to this item

Page 1 of 5





JOYON 72 Pcs Universal Spoke Skins Covers Coats for Motorcycle Dirt Bike Kawasaki H...
★★★★☆ 149
$9.99 ✓prime


72 Pcs Orange Motorcycle Motocross Dirt Bike Spoke Skins For 19"-21" rims Wheel...
★★★★★ 33
$9.99 ✓prime


Hedume 216 Pieces Motorcycle Spoke Skins Covers Coats, Wheel Decoration, Universal ...
★★★★★ 10
$14.99 ✓prime


Dirt Bike Universal Triangle Motorcycle Stand For Honda Yamaha Suzuki...
★★★★☆ 84
$26.99 ✓prime


72 pcs Dual Color Universal Moto Dirt Bike Enduro Off Road Wheel Rim Spoke Skins Co...
★★★★☆ 9
$12.99


Bicycle Dirt Bike 72Pcs Wheel Rim Spoke Skins Wraps Set Universal for Yamaha Kawasa...
★★★★☆ 707
$10.99 ✓prime

Ad feedback

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

★★★★★ 4.8 out of 5

6 global ratings

| | | |
|---|---|---|
| 5 star | | 79% |
| 4 star | | 21% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

▾ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Top review from the United States

 Jennifer L Burnett

★★★★★ **Worth the purchase**

Reviewed in the United States on August 3, 2020

Color: Blue-White | Verified Purchase

Very easy to put on the spokes, and look really good on my motorcycle/dirt bike

[ Helpful ] | Comment | Report abuse

See all reviews ›

---

## Inspired by your browsing history

Page 1 of 6












FMF Racing 11299 Wash Plug

⭐⭐⭐⭐½ 1,413
$9.63

customSwagg KTM Racing 'Orange Print' Black Hoodie - Unisex Hoodie

⭐⭐⭐⭐ 3
$31.90 - $35.99

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing…

⭐⭐⭐⭐½ 892
$7.99

Scott Red White Diamond and Donuts Handlebar Hand Grips Fits Honda Cr80 Cr85…

⭐⭐⭐⭐½ 189
$17.79

72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke…

⭐⭐⭐⭐½ 71
$9.99

COFIT Motorcycle Gloves for Men and Women, Full Finger Touchscreen Motorbike Gloves for…

⭐⭐⭐⭐½ 7,671
$18.99

RAM X-G Mount w U-Bolt B…

⭐⭐⭐⭐ 
$57.49

## Deals in magazine subscriptions

Page 1 of 6









National Geographic Kids

⭐⭐⭐⭐½ 6,417
Print Magazine
$15.00

Taste of Home

⭐⭐⭐⭐½ 3,516
Print Magazine
$8.00

Elle Décor

⭐⭐⭐⭐½ 919
Print Magazine
$6.00

Martha Stewart Living

⭐⭐⭐⭐½ 35
Print Magazine
$3.00

Ask

⭐⭐⭐⭐½ 225
Print Magazine
$24.95

Real Simple

⭐⭐⭐⭐ 29
Print Magazine
$5.00

InStyle

⭐⭐⭐ 
Print Mag
$3.00

**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

**Sign in**

New customer? Start here.










Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |



English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



☰   **amazon**   [Semimoto ▾] KTM   🔍   🇺🇸   Hello, Sign in / Account & Lists ▾   Returns & Orders ▾   Try Prime ▾   🛒 Cart

⌖ Deliver to Bensenville 60106    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

1 result for Semimoto : "KTM"     Sort by: Featured ▾

**Brand**
SEMIMO



   

Universal 8"-21" Rims Tubes Decor Protector 72Pcs Bicycle Dirt Bike Wheel Rim Spoke Skins Wraps Set for Yamaha Kawasaki Suzuki Honda KTM...

★★★★★ 6

Blue-White

$6.31

Save 5% with coupon

Get it as soon as **Fri, Oct 23**

FREE Shipping on your first order shipped by Amazon

Only 13 left in stock - order soon.

Price may vary by color

## Need help?

Visit the help section or contact us

## Sponsored products related to this search What's this? ▾

Page 1 of 3

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Vehiclex Soft Loop Motorcycle Tie Down Straps 1.5 x 18 inches - Green - 10000 lb Load... ★★★★★ 17 $11.99 | Tumbl Trak Pit Pillow Soft Mat w/Denim Cover ★★★★½ 32 $373.95 | PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure... ★★★★½ 43 $49.95 | CAOS Tie Down Ratchet Straps with Hooks - Heavy Duty Coated Steel, Chromoly... ★★★★½ 22 $49.97 | 4 Auto Retract NO-RATCHETING Ratchet Straps | 1" x 6' Retractable SELF... ★★★★½ 299 $52.99 | CLIMATEX 9A-110-27C-6, 27" x 6' Rubber Floor Protection Runner Mat, Black ★★★★½ 859 $29.87 | FORTEM Down St Securing Loops 1! ★★★★ $25.99 |

## Deals in magazine subscriptions

Page 1 of 6

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Real Simple ★★★★ 29 Print Magazine $5.00 | Food & Wine ★★★★½ 12 Print Magazine $3.00 | National Geographic Kids ★★★★½ 6,417 Print Magazine $15.00 | InStyle ★★★★½ 6 Print Magazine $3.00 | Real Simple ★★★★½ 6,912 Print Magazine $10.00 | Midwest Living ★★★★★ 10 Print Magazine $3.00 | Car and ★★★★ Print Mag $7.50 |

## Your Browsing History   View or edit your browsing history ▸

Page 1 of 2    See personalized recommendations

       

Sign in

New customer? Start here.

Back to top

Get to Know Us    Make Money with Us    Amazon Payment Products    Let Us Help You

☰  amazon

All ▾

Hello, Sign in
Account & Lists ▾   Account ▾

Returns
& Orders

Try Prime ▾

🛒 0 Cart

Deliver to
Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping

Shop deals before they're gone

## Semimoto

Semimoto storefront

★★★★★  100% positive lifetime (5 total ratings)

Semimoto is committed to providing each customer with the highest standard of customer service.

Have a question for Semimoto?

Ask a question

---

### Detailed Seller Information

**Business Name:** SHENZHENSHIGUANCHONGXINXIKEJIYOUXIANGONGSI

**Business Address:**
130 Fengjingtaidasha
1053 Yijinglu,Huangbeijiedaoyijingshequ, Luohuqu
Shenzhen
Guangdong
518000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
|---|---|---|---|---|---|---|

★★★★★ "Just as promised "
By T. Overstake on October 21, 2020.

★★★★★ "Product as described "
By Russ Michel on September 8, 2020.

★★★★★ "Eficiente "
By Gerson m noesi on September 4, 2020.

★★★★★ "Muy eficiente "
By Gerson m noesi on August 18, 2020.

★★★★★ "Fast shipping and good price. Thanks. "
By Fred Ziglar on July 26, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 100% | 100% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 0% | 0% | 0% |
| Count | 1 | 5 | 5 | 5 |

Leave seller feedback  |  Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 6

       

FMF Racing 11299 Wash Plug
★★★★☆ 1,413
$9.63

72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke Covers...
★★★★☆ 71
$9.99

AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC MXC XCW...
★★★★☆ 18
$27.99

Troy Lee Designs Men's 20 TLD KTM Team Shirts
★★★★☆ 110
$30.00 - $31.50

Maxima 70-799202-2PK Air Filter Maintenance Aerosol Combo Kit, (Pack of 2)
★★★★★ 423
$17.45

Pro Taper Grip Glue Adhesive Compound Bottle 1 OZ
★★★★★ 625
$10.75

Dirt Bi Handg and 1 Univer
★★★★☆
$24.9

### Top subscription apps for you

Page 1 of 6

      

Disney+
Disney
★★★★☆ 386,989
$0.00

CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 98,053
$0.00

STARZ
Starz Entertainment
★★★★☆ 79,756
$0.00

Sling TV
Sling TV LLC
★★★★☆ 47,388
$0.00

SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,920
$0.00

Philo: Live & On-Demand TV
PHILO
★★★★☆ 65,100
$0.00

ABCm
Learni
Age of
★★★★☆
$0.00

### Your Browsing History    View or edit your browsing history  ›

      

See personalized recommendations

Sign in

New customer? Start here.

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

<div style="text-align:right">Continue</div>

---

### Shipment 1 of 1

**Shipping from Amazon.com** (Learn more)

Shipping to: ███████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **Universal 8"-21" Rims Tubes Decor Protector 72Pcs Bicycle Dirt Bike Wheel Rim Spoke Skins Wraps Set for Yamaha Kawasaki Suzuki Honda KTM (Blue-White)**
  $6.31 - Quantity: 1
  Sold by: Semimoto

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

 Fast, FREE Delivery
Join Prime to get fast, free delivery, claim Prime exclusive deals, watch movies & TV shows, and listen to the music you love ad-free.

- **Friday, Oct. 23**
  Free Unlimited Two day shipping  amazon prime
- **Tuesday, Oct. 27**
  **FREE Shipping on your first order**
- **Friday, Oct. 23**
  $9.99 - Shipping

---

<div style="text-align:right">Continue</div>

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:
Add delivery instructions

Or try Amazon Locker
20 locations near this address ▾

**Payment method** Change
Debit  ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[Enter Code]    Apply

Save $9.99    get **fast, FREE delivery** and save $9.99 on Prime eligible items in this order when you sign up for Amazon Prime.

Join Amazon Prime ▶

Receiving government assistance? **Get 50% off Prime ▶**

**Delivery: Oct. 23, 2020** If you order in the next 2 hours and 50 minutes (Details)

Universal 8"-21" Rims Tubes Decor
Protector 72Pcs Bicycle Dirt Bike Wheel
Rim Spoke Skins Wraps Set for Yamaha
Kawasaki Suzuki Honda KTM (Blue-White)
**$6.31**
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: Semimoto
🎁 Add gift options

**Choose a delivery option:**
○ Tuesday, Oct. 27
   FREE Shipping on your first order
● Friday, Oct. 23
   $9.99 - Shipping

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                          $6.31
Shipping & handling:            $9.99

Total before tax:               $16.30
Estimated tax to be collected:  $0.39

**Order total:**                **$16.69**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



≡   **amazon**   | Home & Kitchen ▾ | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping | Shop today's epic deals now

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

Automotive › Motorcycle & Powersports › Parts › Exhaust › Complete Systems



For KTM Duke390/250 2017~2019

Roll over image to zoom in



## Universal Motorcycle Short Exhaust Muffler · for KTM Duke 250 390 2017 2018 2019 Black
Brand: SZHSM

Price: **$38.98**

Get $50 off instantly: Pay $0.00 ~~$38.98~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

- ★FUNCTION-100% brand new,Vibration and nose reduction, extended exhaust noise elimination system life.
- ★PREMIUM MATERIAL- Premium stainless steel construction with added coating process, high temperature resistant and anti-corrosion, superior longevity, which is durable in use
- ★DESIGN- A significant part for connecting with your tail pipe, makes your motorcycle to be more aggressive,It's very suitable for your Duke motorcycle Decoration, exquisite workmanship
- ★Easy to install- no installation instructions,Precision cast to make sure its easy installation and perfect fitment.a good replacement for your old or broken one
- ★Delivery time: 15-20 days delivery, if you do not receive the order within 30 days, please contact us

**$38.98**

FREE delivery: **Nov 10 - Dec 3**

**In Stock.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... sfshangpu
Sold by ... sfshangpu

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

### Inspired by your recent shopping trends
Page 1 of 20

   

| | | | |
|---|---|---|---|
| 1 1/8" 28mm Handlebar Fat Handle Bar Riser Mount Clamp Pad Grips Set For Dirt Bike KTM... ★★★★☆ 85 $44.99 | Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... ★★★★☆ 43 $21.99 Only 3 left in stock - order... | 7/8 inch 1 1/8 inches Hand Guards Handguard Protector Protection For KTM EXC EXCF SX SXF... ★★★★☆ 61 $15.99 | 7/8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel Grip Orange Modified... ★★★★☆ 2 $12.99 |

### Customers who viewed this item also viewed



QIDIAN 1Set Slip-on Motorcycle Exhaust Pipes Muffler Silence Rear Tailpipe Tube... ★★★★★ 6 $25.99
Only 8 left in stock - order...

### Sponsored products related to this item
Page 1 of 7

      

| | | | | | | |
|---|---|---|---|---|---|---|
| 4pcs Front and Rear Heel Protective Cover Guard For KTM DUKE 125 250 390 2017 2018 ... ★★★★☆ 22 $69.99 ✓prime | CNC Alu Rear Brake Fluid Reservoir Cap Cover For KTM Duke 390 2013-2018, Duke 250 2... ★★☆☆☆ 2 $25.99 ✓prime | COPART Motorcycle Engine Guards Protector Crash Bars without Frame Sliders for KTM ... ★★★★☆ 34 $105.00 ✓prime | Exhaust Muffler Carbon Fiber 1.5-2"Inlet with Removable DB Killer for Street/Sport ... ★★★★☆ 192 $39.99 ✓prime | Motorcycle Kickstand Side Stand Enlarger Extension Enlarger Pate Pad For KTM 125 20... ★★★☆☆ 21 $25.99 ✓prime | M10 Motorcycle CNC Swingarm Spools Stand Screws Sliders for KTM DUKE 125 200 2012-2... ★★★★☆ 13 $17.99 ✓prime | MotorFansClub Engi Guard Fit For Compa With KTM DUKE 390 2017 2018 2019 Hig $106.95 ✓prime |

Ad feedback 💬

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $0.00 instead of $38.98! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Condition:
100% new and high quality
Material: Stainless Steel
Package Include:
1 * Exhaust Pipe Silencer

Fitment:
For KTM DUKE 250 390 2017 2018 2019

## Product information

| Item Weight | 0.035 ounces |
| --- | --- |
| Manufacturer | SZHSM |
| ASIN | B08FSJH44W |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 3

### Videos for related products


Two Brothers Racing (005-3570408V-B) Black Series Slip-O...
Merchant Video


Two Brothers Racing (005-2420107V-B) Black Series Full-...
Merchant Video


Two Brothers Racing (005-3270107V-B) Black Series Full-...
Merchant Video


Two Brothers Racing (005-2810107V-B) Black Series Full-...
Merchant Video


Two Brothers...
480407DM-B)
Merchant Video

Upload your video

## Sponsored products related to this item

Page 1 of 4


COPART Motorcycle Engine Guards Protector Crash Bars without Frame Sliders for KTM ...
★★★★☆ 34
$105.00 ✓prime


Motorcycle Radiator Grille Guard Protective Cover For KTM 250/390 Duke 2017 2018
★★★★☆ 2
$25.99 ✓prime


Exhaust Muffler Carbon Fiber 1.5-2"Inlet with Removable DB Killer for Street/Sport ...
★★★★☆ 192
$39.99 ✓prime


Kemimoto Duke 390 Fender Eliminator Compatible with KTM DUKE 390 250 125...
★★★★☆ 6
$37.99 ✓prime


Exhaust Muffler, Motorcycle Stainless Steel Exhaust Middle Pipe for KTM DUKE...
★★★★★ 1
$55.99


Exhaust Muffler, Motorcycle Stainless Steel Exhaust Middle Pipe for KTM DUKE...
$98.59


Worldmotop Motorc Exhaust Slider Crash Protector for KTM D 390 RC 390 DUKE39...
$32.85

Ad feedback

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

**Review this product**

Share your thoughts with other customers

Write a customer review

## Related products from Our Brands



Page 1 of 2

       

AmazonBasics Lightweight Super Soft Easy Care Microfiber Bed Sheet Set with 16" Deep Pockets - Twin XL, Beige
126541
$14.99

AmazonBasics Slim, Velvet, Non-Slip Clothes Suit Hangers, Ivory/Silver - Pack of 100
53857
$39.52

AmazonBasics Slim, Velvet, Non-Slip Clothes Suit Hangers, Ivory/Silver - Pack of 50
53857
$22.51

AmazonBasics Slim, Velvet, Non-Slip Clothes Suit Hangers, Ivory/Silver - Pack of 30
53857
$22.69

AmazonBasics 6-Piece Fade-Resistant Cotton Bath Towel Set - White
28639
$20.99

AmazonBasics Collapsible Fabric Storage Cubes Organizer with Handles, Beige - Pack of 6
23472
$19.11

AmazonBasics 3-Shelf Heavy Duty Shelving Storage Unit on 2" Wheel Casters, Metal Organizer Wire Rack Black (23.2L x 13.4W x 32.75H)
22716
$39.99

## Deals in magazine subscriptions

Page 1 of 9

    

Martha Stewart Living
35
Print Magazine
$3.00

Reader's Digest
8,514
Print Magazine
$8.00

National Geographic Kids
6,384
Print Magazine
$15.00

American Farmhouse Style
94
Print Magazine
$23.00

Country
10
Print Magazine
$5.00

## Best sellers in Kindle eBooks

Page 1 of 8

    

A Time for Mercy (Jake Brigance Book 3)
› John Grisham
853
Kindle Edition

If You Tell: A True Story of Murder, Family,...
› Gregg Olsen
16,833
Kindle Edition

The Cipher (Nina Guerrera Book 1)
› Isabella Maldonado
3,491
Kindle Edition

Spellbreaker
› Charlie N. Holmberg
1,858
Kindle Edition
$4.99

The Haunting of Brynn Wilder: A Novel
› Wendy Webb
2,339
Kindle Edition

☰ **amazon**    All ▾    🔍    Hello, Sign in
Account & Lists ▾    Returns
& Orders ▾    Try Prime ▾    🛒 0 Cart

📍 Deliver to
Bensenville 60106    Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping    Shop deals before they're gone

# sfshangpu

sfshangpu storefront

⭐☆☆☆☆ | **0% positive** lifetime (2 total ratings)

sfshangpu is committed to providing each customer with the highest standard of customer service.

| Have a question for sfshangpu? |
| --- |
| **Ask a question** |

---

## Detailed Seller Information

**Business Name:** shouyangxianshengfafandian-shi shengfa
**Business Address:**
shouyangxianwenjiazhuangxiangwenjiazhuangcun(youjuxi)
jinzhong
shanxi
045400
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
| --- | --- | --- | --- | --- | --- |

⭐☆☆☆☆  "very slow receiving product now 2-9-2020 still no show...."
By Amazon Customer on February 10, 2020.

⭐☆☆☆☆  "It arrived ok, but it is a low quality product. The binocular does not work, and it does not match the description shown in the webpage. When looking with both eyes, the images are misaligned. Terrible! Not worth the money, and the carrying strap is crap!"
Read less
By MERCEDES ROJAS on May 18, 2019.

|  | 30 days | 90 days | 12 months | Lifetime |
| --- | --- | --- | --- | --- |
| Positive | - | - | 0% | 0% |
| Neutral | - | - | 0% | 0% |
| Negative | - | - | 100% | 100% |
| Count | 0 | 0 | 1 | 2 |

Leave seller feedback | Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 8

  
CICMOD Motorcycle Front
& Rear Fork Wheel Frame
Slider Crash Protector for
KTM 125 200 390 Duke K
⭐⭐⭐⭐½ 87
$25.98


Orange Accessories CNC
Front Brake Master
Cylinder Cover Fluid for
KTM Duke 125 2013...
⭐⭐⭐⭐☆ 13
$12.99


Pro Taper Grip Glue
Adhesive Compound
Bottle 1 OZ
⭐⭐⭐⭐½ 621
$10.75


KTM Racing HAT Orange
UPW1758300
⭐⭐⭐⭐½ 53
$22.00


FMF Racing 11299 Wash
Plug
⭐⭐⭐⭐½ 1,409
$11.08



### Deals in magazine subscriptions

Page 1 of 9

 
GQ
⭐⭐⭐⭐☆ 902
Print Magazine
$10.00


National Geographic Kids
⭐⭐⭐⭐½ 6,384
Print Magazine
$15.00


Highlights for Children
⭐⭐⭐⭐½ 2,017
Print Magazine
$29.99


Elle Décor
⭐⭐⭐⭐½ 918
Print Magazine
$6.00


Do it Yourself
⭐⭐⭐⭐½ 4,450
Print Magazine
$5.00



**Your Browsing History**  View or edit your browsing history ▸

   

See personalized recommendations

| **Sign in** |
| --- |

New customer? Start here.

---

Back to top

Get to Know Us    Make Money with Us    Amazon Payment Products    Let Us Help You



amazon

KTM

sfshangpu

Hello, Sign in
Account & Lists
Account

Returns
& Orders

Try Prime

0
Cart

Deliver to
Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

1-16 of 90 results for **sfshangpu** : "KTM"

Sort by: Featured

**Brand**
SZHSM
WDINN



Fork Shoes Protector Cover,for KTM SX SXF EXC EXCF XC XCW XCF 125 150 200 250 300 350 400 450 500 2016 2017 2018 2019 2020 (Color :...
$20⁸⁸
FREE Shipping



Motorcycle Skid Plate Engine Guard Protector Cover · for KTM 1050 1090 1190 1290 ADV Super Adventure R 2013-2016 (Color : Orange)
$124³⁹
FREE Shipping



Universal Motorcycle Short Exhaust Muffler · for KTM Duke 250 390 2017 2018 2019 Black
$38⁹⁸
FREE Shipping



Motorcycle Exhaust Heat Shield Protector Anti-scalding Guard/Anti-Ironing Board, for KTM EXC SXF EXCF SMR SX XC XCF EXCW XCFW 250...
$15⁴⁹
FREE Shipping



Engine Sprocket Chain Plate Guard Case Saver,for Husqvarna 701 Enduro SM 2016 2017 2018 2019 Enduro701 for KTM 690 Enduro R SMC R (Col...
$66²⁸
FREE Shipping



16Pcs 17" 18" Strips Reflective Wheel Rim Stripe Decal Sticker Tape Motorbike Bicycle Auto Decals Universal for Honda KTM (Color : FL018)
$22²¹
FREE Shipping



Motorcycle CNC Swingarm Spools Stand Screws Sliders · for Yamaha FJ-09 MT09 MT-09 Tracer FZ09 Kawasaki Suzuki KTM (Color : 10MM Dazzle...
$27⁵⁵



Crash Bar Water Bottle for BMW R1200GS F750GS R1250GS Harley KTM Guard Drinking Cup Bracket Holder Motorcycle Bike Accessories (Color :...

$29.65

FREE Shipping



to Cover The Pedal,Universal Motorcycle Shift Gear Lever Pedal,Rubber Cover Shoe Protector Foot Peg Toe Gel, for Honda Kawasaki Yamaha KT...

$12.23

FREE Shipping



Motorcycle CNC Alloy Forged Parking Side Stand Kickstand+Spring,for KTM EXC EXC-F XC XC-F XC-W EXC-R XCF-W XCR-W EXCF XCW,High...

$114.27

FREE Shipping



Rubber Front Shock Absorber Fork Suspension Protector Guard Wrap Cover,for Honda Suzuki Yamaha KTM Husqvarna Motocross Dirt Bike,Eas...

★★★★★ ⌄ 1

$41.33

FREE Shipping



Motorcycle Frame Slider Crash Pad · for Kawasaki Yamaha Suzuki Honda Harley BMW Benelli KTM Piaggio Peugeot (Color : Red)

$31.04

FREE Shipping



Motorcycle Frame Slider Crash Pad · for Triumph Honda KTM Benelli Suzuki Aprilia (Color : Black)

$48.10

FREE Shipping



Motorcycle Falling Protector Explosion-Proof Cap,for Triumph BMW Husqvarna Honda KTM Benelli Suzuki Aprilia (Color : Silver)

$63.85

FREE Shipping



SZHSM Motorcycle CNC Engine Frame Sliders · for KTM Duke 125 200 390 2013-2018 Duke 250 2017-2018

$85.33

FREE Shipping





**Shock Spanner Wrench for KTM 125 150 200 250 300 350 450 500 SX SXF SX-F XC XCF XC-F XCW XCFW XCF-W EXC EXCF EXC-F (Color : Orange)**

$21⁰⁰

FREE Shipping

← Previous  1 2 3 ⋯ 6 Next → 

## Need help?

Visit the help section or contact us

---

### Sponsored products related to this search  What's this?

Page 1 of 4


Tank Straps Motorcycle Tie Down Straps (2pk) - 10,000 lb Webbing Break Strength 2" x...
★★★★½ 516
$43.77


MIBAO Half Round Doormat, 24 x 36 Non Slip Durable Welcome Door Mats, Boots...
★★★★½ 422
$34.99


RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★½ 3,374
$29.97


Tank Straps Motorcycle Tie Down Straps (4pk) - 10,000 lb Webbing Break Strength 2" x...
★★★★½ 123
$74.77


DEXI Indoor Doormat Front Door Rug, 20"x32" Absorbent Machine Washable Inside Door...
★★★★½ 1,504
$20.99



### Deals in magazine subscriptions

Page 1 of 9


Real Simple
★★★★½ 6,878
Print Magazine
$10.00


Martha Stewart Living
★★★★½ 35
Print Magazine
$3.00


Reader's Digest
★★★★½ 8,514
Print Magazine
$8.00


Highlights for Children
★★★★½ 2,017
Print Magazine
$29.99


Southern Living
★★★★ 30
Print Magazine
$5.00



**Your Browsing History**   View or edit your browsing history   ›

 

See personalized recommendations

[ Sign in ]

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

 

SIGN IN   SHIPPING & PAYMENT   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

<span style="float:right">Continue</span>

## Shipment 1 of 1
**Shipping from sfshangpu**   (Learn more)

Shipping to: ▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Universal Motorcycle Short Exhaust Muffler，for KTM Duke 250 390 2017 2018 2019 Black**
  $38.98 - Quantity: 1
  Sold by: sfshangpu

Change quantities or delete

**Choose a delivery option:**

○ **Tuesday, Nov. 10 - Thursday, Dec. 3**
FREE Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Shipping address** Change

██████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ██████████
Add delivery instructions

**Payment method** Change

VISA ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]  [ Apply ]



prime  ███████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery:  Nov. 10, 2020 - Dec. 3, 2020**

Universal Motorcycle Short Exhaust
Muffler, for KTM Duke 250 390 2017 2018
2019 Black
$38.98
Quantity: 1 Change
Sold by: sfshangpu
🎁 Gift options not available.

**Choose a delivery option:**
◉ Tuesday, Nov. 10 - Thursday, Dec. 3
   FREE Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                                    $38.98
Shipping & handling:               $0.00

Total before tax:                    $38.98
Estimated tax to be collected:*    $2.44

**Order total:**                     **$41.42**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

‹ Back to results



Click image to open expanded view



## Engine Sprocket Chain Plate Guard Case Saver,for Husqvarna 701 Enduro SM 2016 2017 2018 2019 Enduro701 for KTM 690 Enduro R SMC R (Color : Orange)

Brand: SZHSM

Price: **$66.28**

Get $50 off instantly: Pay $16.28 $66.28 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ⌄

Color: **Orange**

 $66.28     $66.28

- ★CNC machined from a solid piece of billet aircraft grade aluminum, this case saver was built to protect your fragile engine case and clutch slave cylinder.
- ★In addition to the protection it also provides a window to view your front sprocket condition and access to clean/remove debris.
- ★Each case saver comes with proper hardware and chain slider.
- ★Delivery time: 15-20 days delivery, if you do not receive the order within 30 days, please contact us

**$66.28**

FREE delivery: **Nov 10 - Dec 3**

**In Stock.**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...   sfshangpu
Sold by ...   sfshangpu

📍 Deliver to Bensenville 60106

[ Add to List ]

[ Add to Wedding Registry ]

Share ✉ f 𝕏 📌

Have one to sell?

[ Sell on Amazon ]

---

## Related products from Our Brands



### Mid-century style
Exclusively on Amazon

RIVET

Page 1 of 2



Amazon Brand – Rivet Rustic Stoneware Indoor Outdoor Flower Plant Home Decor Tall Cylinder Vase, 11"H, Silver
★★★★½ 2024
$33.99



Amazon Brand – Rivet Geometric Ceramic Planter, 6.5"H, White and Grey
★★★★★ 935
$35.73

Amazon Brand – Rivet Cone-Shaped Wall Mount Vase, 7.5"H, Modern Earthenware, White
★★★★½ 623
$13.49



Amazon Brand – Rivet Modern Hand-Woven Stripe Fringe Throw Blanket, 50" x 60", Navy Blue and White with Sienna Orange
★★★★½ 569
$52.76



Amazon Brand – Rivet Westline Modern Indoor Outdoor Hand Painted Stoneware Planter Flower Pot, 8"H, Red White Blue Black
★★★★½ 320
$41.20



Amazon Brand – Rivet Modern Geometric Stoneware Home Decor Flower Vase - 6.9 Inch, White
★★★★★ 309
$25.65



Amazon Brand – Riv Percale 100% Orga Cotton Bed Sheet Se Easy Care, Full, Vapo
★★★★½ 292
$60.49

---

**Sponsored products related to this item**

Page 1 of 13

Motorcycle Skid Plate Engine Guard Protector Cover · for KTM 1050 1090 1190 1290 ADV Super Adventure R 2013-2016 (Color : Orange)



☰ **amazon**

| All ▾ | KTM | 🔍 |

🇺🇸

Hello, Sign in
**Account & Lists** ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 0 Cart

📍 Deliver to
Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping

Shop today's epic deals now

‹ Back to results





Click image to open expanded view

     

### Motorcycle Skid Plate Engine Guard Protector Cover · for KTM 1050 1090 1190 1290 ADV Super Adventure R 2013-2016 (Color : Orange)

Brand: SZHSM

Price: **$124.39**

Get $50 off instantly: Pay **$74.39** $124.39 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

Color: **Orange**

| | $124.39 | | $124.39 |



- ★Help protect your engine from tip-over damage.
- ★This engine guards fit like original factory equipment should, using the existing mountings and requires no modification to your
- ★The guard is CNC machined from aircraft quality aluminium.
- ★The engine guard is finished in black/orange powder coating and the kit includes any required fixings.
- ★Delivery time: 15-20 days delivery, if you do not receive the order within 30 days, please contact us

**$124.39**

FREE delivery: **Nov 10 - Dec 3**

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... sfshangpu
Sold by ... sfshangpu

📍 Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Related products from Our Brands



*Classic style made simple*

**RAVENNA** HOME

Page 1 of 2

‹



Amazon Brand – Ravenna Home Classic Micro Mink Trellis Throw Blanket - 50 x 60 Inch, Linen
★★★★☆ 93
$37.43



Amazon Brand – Ravenna Home Classic Stoneware 3-Piece Filigree Canister Set - of 3, Red with Wood Lid
★★★★☆ 88
$59.64



Amazon Brand – Ravenna Home Classic Stoneware 3-Piece Labeled Canister Set - Set of 3, White with Red Lid
★★★★☆ 71
$65.99



Amazon Brand – Ravenna Home Classic Micro Mink Jacobean Throw Blanket, 60" x 80", Heather Grey
★★★★☆ 64
$49.49



Ravenna Classic Stoneware 2-Piece Canister Set, 9.5"H and 7.625"H, White with blue
★★★★☆ 60
$27.24



Amazon Brand – Ravenna Home Classic Paisley Throw Pillow, 24" x 12", Blue
★★★★☆ 55
$32.08



Amazon Brand – Ravenna Home Vint... Throw Pillow - 20 x Inch, Light Blue
★★★★☆ 38
$37.59

›

## Sponsored products related to this item

Page 1 of 13

‹

›

Case 1:20-cv-06677 Document 1-15 Filed 11/19/20 Page 218 of 498 PageID #: 2388



≡  **amazon**

Tools & Home Improvement | 🔍

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 0 Cart

📍 Deliver to
Bensenville 60106

Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping  Registry  Sell

Gifts for kids

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home   Shop by Room   Launchpad

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories › Foot Pegs

## S-Golden Silk- Motorcycle Mx Foot Pegs Footrest Pedals For Ktm 50 65 85 Sx50 Sx65 Sx85 125 200 250 300 350 450 530 Exc Xcw Freeride 250 350

Brand: S-Golden Silk

Price: **$95.69**

Get $50 off instantly: Pay $45.69 $95.69 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service. [Enduro for Ktm Exc, Leopard Sunglass For Men, for Ktm 450 Exc, Flash for Sony A58, Rc Car Shield, for Canon Eos M50, for Ktm Sx, Foot for Ktm, Footrest For Motorcycle, Case Cover for Iphone Korea, Footrest for Ktm, Exc Tool, for Ktm Seat, Bike Rest, for Ktm Pedal]
- The car & motorcycle accessories category include: Replacement Parts Tools & Equipment, Motorcycle Brake System, Exhaust Filters Fuel Ignition Shocks Lighting Chassis Wiper Blades. [Footrest for Ktm, Bicycle Rest, Pneumatic Safety Valve, for Ktm 65, Orange Pencil, for Ktm, Neck Polo, Game Shield, Case Cover for Iphone Korea, Exc Tool, 26 In Bike Tire, Bike Rest, Jelly Ring, for Ktm Exc]
- FREE SHIPPING: 99% conventional orders will be delivered within 15-17 days. . Other brand is not reliable. [ for Ktm Pedal, Footrest for Ktm, Bicycle Rest, Foot Peg for Ktm, Sl1, for Ktm Plastic, Foot Motorcycle, Motocross Seat, for Ktm 200 390 for DUKE, Enduro for Ktm Exc, Leopard Sunglass For Men, for Ktm 450 Exc, Flash for Sony A58, Rc Car Shield, for Canon Eos M50]
- Worry-free Service: If you don't like this product or receive defective one, you can contact us! Your email feedback will help us get it solved at the first time. Every product guaranties 1 year warranty!!! [Footrest For Motorcycle, Case Cover for Iphone Korea, Footrest for Ktm, Exc Tool, for Ktm Seat, for Canon Eos M50, Bike Rest, for Ktm Sx, Foot for Ktm, for Ktm Pedal, Bicycle Rest, Pneumatic Safety Valve]
- Don't hesitate, Scroll to the top now and click Add to Cart to take this amazing product today!!! [Game Shield, Case Cover for Iphone Korea, Exc Tool, 26 In Bike Tire, Bike Rest, Jelly Ring, for Ktm Exc, for Ktm Plastic, Foot Motorcycle, for Ktm 200 390 for DUKE, for Ktm Pedal, Footrest for Ktm, Bicycle Rest, Foot Peg for Ktm, Sl1, Motocross Seat]

› See more product details

Roll over image to zoom in



**$95.69**

FREE delivery: Nov 9 - 25

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from — S-Golden Silk
Sold by — S-Golden Silk

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f ⅴ 🅿

Have one to sell?

Sell on Amazon

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $45.69 instead of $95.69!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product description

**Best Price and Quality for a Motorcycle MX Foot Pegs FootRest Pedals for Ktm 50 65 85 SX50 SX65 SX85 125 200 250 300 350 450 530 EXC XCW FREERIDE 250 350**

It can benefit you in purchasing options, You Should to:

You should select and acquire from reliable outlet.
Check features, color, size and other specifications of product that suit in your requirements.
The key steps are checking cost, condition of pre-order and value recommendations. The product are right and appropriate that you just demand.

Product Specifics:

- Model Name: 125-990cc (Except 690 models)
- Item Length: 20cm
- Item Width: 10cm

Here is the spot for you to definitely buy in special price and good value for this product:

Best quality, Best price, Best Customer Service for the product line.
Most modern design for this product.
Fast and Free Shipping on most items
SATISFACTION GUARANTEE:100% Satisfaction and Lifetime Replacement Warranty if your not completely happy or the product ever breaks!

★★★ Don't hesitate, Scroll to the top now and click Add to Cart to take this amazing product today.!

---

### Product information

## Technical Details

| Manufacturer | S-Golden Silk |
| --- | --- |
| Part Number | GOLD95549_329105173 |
| Material | Other |
| Item Package Quantity | 1 |

## Additional Information

| ASIN | B08HQQSG48 |
| --- | --- |
| Date First Available | September 9, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 3

### Videos for related products

‹



Highway Pegs Install Instruction

kemimoto



TCMT Highway Pegs Fit For 1.25" Engine Guard

TCMT



1~1.25 inch Highway Pegs Install instruction

kemimoto



Install MX pegs for Harley Bike

TARAZON-Moto Parts Factory



MX Foot Pegs Pedals KTM 85

JFG RACING

›

Upload your video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| 5 star | | 0% |
| --- | --- | --- |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## Deals in magazine subscriptions

Page 1 of 9

‹



National Geographic Kids
★★★★☆ 6,384
Print Magazine
$15.00



Shape
★★★★☆ 5
Print Magazine
$3.00



Country
★★★★★ 10
Print Magazine
$5.00



Diesel World
★★★★★ 55
Print Magazine
$18.95



Zootles (1-year auto-renewal)
★★★★★ 27
Print Magazine
$15.00

›

≡ amazon

S-Golden Silk ⌄    Ktm footrest Pedals    🔍

🇺🇸    Hello, Sign in
Account & Lists ⌄    Returns
& Orders    Try Prime ⌄    🛒 0
Cart

📍 Deliver to
Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping    Registry    Sell    Coupons

4 results for **S-Golden Silk** : "**ktm foot rest pedals**"

Sort by: Featured ⌄

Showing results for *ktm foot rest pedals*
Search instead for *Ktm footrest Pedals*



**S-Golden Silk- Footrest Foot Pegs Rests Rear Brake Lever Pedal For Ktm 125 150 200 250 300 350 450 500 Sx Sxf Exc Excf Xc Xcf Xcw Xcfw 11-...**

$237⁵⁹
FREE Shipping



**S-Golden Silk- Motorcycle Mx Foot Pegs Footrest Pedals For Ktm 50 65 85 Sx50 Sx65 Sx85 125 200 250 300 350 450 530 Exc Xcw Freeride 250 350**

$95⁶⁹
FREE Shipping



**Foot Pegs Footrest Pedals For Ktm Sx Sxf Exc Excf Xc Xcf 65 85 125 200 250 300 350 450 530 690 950 990 1050 1090 1190 1290 Adv (Blue)**

$86⁰⁰
FREE Shipping



**S-Golden Silk- Footrest Foot Pegs Rests Rear Brake Pedal Lever For Honda Crf250X Crf450X Crf 250X 450X Crf 250 X 450 X 2005-2015 2016 2017**

$263⁹⁹
FREE Shipping

## Need help?

Visit the help section or contact us

---

## Deals in magazine subscriptions

Page 1 of 9



Better Homes and Gardens
★★★★½ 37
Print Magazine
$3.00



Cobblestone
★★★★½ 56
Print Magazine
$24.95



Highlights High Five
★★★★★ 1,343
Print Magazine
$29.99



Real Simple
★★★★☆ 29
Print Magazine
$5.00



Reader's Digest
★★★★½ 8,514
Print Magazine
$8.00

‹   ›

## Best sellers in Kindle eBooks

Page 1 of 8

    

‹   ›

☰ **amazon**  | All ▾ |  🔍  | 🇺🇸 Hello, Sign in | Returns | Try Prime ▾ | 🛒 0
                                            Account & Lists ▾ | & Orders |              Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | **Shop the Beauty Gift Guide**

# S-Golden Silk

S-Golden Silk storefront

★★★★½ | **75% positive** lifetime (4 total ratings)

S-Golden Silk is committed to providing each customer with the highest standard of customer service.

Have a question for S-Golden Silk?

[ Ask a question ]

---

## Detailed Seller Information

**Business Name:** DO THI TAM
**Business Address:**
36 Ta Quang Buu, P. 5, Q. 8
TP. Ho Chi Minh
Ho Chi Minh
700000
VN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

★★★★★ "THIS COMPANY ISSUED A REFUND IN FOR FULL AMOUNT FOR THE STEERING KNOB. VERY PLEASED WITH THIS ISSUE. "
By linda simmons on July 9, 2020.

"Dear Sir, Thank you so much for taking the time to share your feedback. Your trust is the pride and the greatest success of our store! We will always try our best to support customer. Best Regards! "
Read less
By S-Golden Silk on July 10, 2020.

★★★★★ "It finally arrived and although I have not started it, the kit looks complete. "
By Memaw on June 14, 2020.

"Dear Sir, Thank you so much for taking the time to share your feedback. We're grateful for customers like you. Your trust is the pride and the greatest success of our store! Best Regards! "
Read less
By S-Golden Silk on June 16, 2020.

★★★☆☆ "I can't give an appropriate rating because it's a Christmas gift "
By Amazon Customer on December 17, 2019.

★★★★★ "I am very happy with my spoons "
By Rita Casey-Vasquez on April 13, 2019.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | - | 67% | 75% |
| Neutral | - | - | 33% | 25% |
| Negative | - | - | 0% | 0% |
| Count | 0 | 0 | 3 | 4 |

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 6









CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
★★★★½ 88
$25.98

NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
★★★★½ 75
$27.50

Xitomer Duke 790 Mirror Hole Plugs, for KTM 125/390 / 790 DUKE 2013-2019, 1290 Super...
★★★★☆ 24
$14.99

Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM RC390 2014-2017
★★★★★ 4
$12.99

MOTOPOWER MP0609A 3.1Amp Motorcycle USB Charger Kit SAE to USB Adapter Phone GPS...
★★★★½ 2,480
$10.99

### Top subscription apps for you

Page 1 of 9








Disney+
Disney
★★★★½ 386,988
$0.00

CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 98,057
$0.00

STARZ
Starz Entertainment
★★★★☆ 79,756
$0.00

Sling TV
Sling TV LLC
★★★★☆ 47,389
$0.00

SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,921
$0.00

  

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

Continue

## Shipment 1 of 1

**Shipping from S-Golden Silk**   (Learn more)

Shipping to: ██, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **S-Golden Silk- Motorcycle Mx Foot Pegs Footrest Pedals For Ktm 50 65 85 Sx50 Sx65 Sx85 125 200 250 300 350 450 530 Exc Xcw Freeride 250 350**
  $95.69 - Quantity: 1
  Sold by: S-Golden Silk

Change quantities or delete

### Choose a delivery option:

○ **Monday, Nov. 9 - Wednesday, Nov. 25**
FREE Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Shipping address** Change
██████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ██████████
Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]  [ Apply ]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                                    $95.69
Shipping & handling:               $0.00
Total before tax:                    $95.69
Estimated tax to be collected:*   $5.98

**Order total:**                    **$101.67**

How are shipping costs calculated?

prime  ██████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery:  Nov. 9, 2020 - Nov. 25, 2020**



S-Golden Silk- Motorcycle Mx Foot Pegs
Footrest Pedals For Ktm 50 65 85 Sx50
Sx65 Sx85 125 200 250 300 350 450 530 Exc
Xcw Freeride 250 350
$95.69
Quantity: 1 Change
Sold by: S-Golden Silk
🎁 Gift options not available.

**Choose a delivery option:**
◉ Monday, Nov. 9 - Wednesday, Nov. 25
   FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/21/2020 Amazon.com: S-Golden Silk- Footrest Foot Pegs Rests Rear Brake Lever Pedal For Ktm 125 150 200 250 300 350 450 500 Sx Sxf Exc Excf Xc Xcf Xcw Xcfw 11-2016



amazon

ktm foot rest pedals

All ▾

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

0 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping

Shop deals before they are gone

‹ Back to results



Roll over image to zoom in

     

## S-Golden Silk- Footrest Foot Pegs Rests Rear Brake Lever Pedal For Ktm 125 150 200 250 300 350 450 500 Sx Sxf Exc Excf Xc Xcf Xcw Xcfw 11-2016

Brand: S-Golden Silk

Price: **$237.59**

Get $10 off instantly: Pay $237.59 $227.59 upon approval for the Amazon Store Card. No annual fee.

- 100% brand new product and lifetime warranty. [Enduro for Ktm Exc, Leopard Sunglass For Men, for Ktm 450 Exc, Exc Tool, Grip Hand Guard Motorcycle, Flash for Sony A58, 26 In Bike Tire, Bike Rest, Foot for Ktm, Footrest for Ktm, Bicycle Rest, Orange Pencil, Jelly Ring, for Ktm Exc, Burgman Cover, Street Bike Foot Rest, Cover for Ktm, Polyester Uv]
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service. [450 Sxf for Ktm, Motorcycle Pedal, Shoes for Ktm, Fluffy Puff, Motorcycle Cover Uv Protector, Meziu Phone, Foot Pegs Pedals Rest for Kawasaki Ninja, Sxf, Tc Tool, Cover for Ktm, Case Cover For Nova 3i, Polyester Uv, Rear Step, Garden Special, Footrest for Ktm, Bicycle Rest]
- 100% MONEY BACK GUARANTEE: Any quality problem with the product, please feel free to contact us, we will refund your money or provide a new one. [ for Ktm 65, for Ktm, Neck Polo, Chopper Foot Rest, Footpeg for Ktm, Hithotwin, for Samsung Note 7, 450 Sxf for Ktm, Soil Moisture Tool, Motorcycle Pedal, Motorcycle Cover Uv Protector, Exc Rear, Enduro for Ktm Exc, Leopard Sunglass For Men, for Ktm 450 Exc]
- FREE SHIPPING: 99% conventional orders will be delivered within 15-17 days. Please make sure to buy this product from S-Golden Silk brand. Other brand is not reliable. [Bike Rest, Foot for Ktm, Footrest for Ktm, Bicycle Rest, Exc Tool, Orange Pencil, 26 In Bike Tire, Jelly Ring, for Ktm Exc, Burgman Cover, Street Bike Foot Rest, Cover for Ktm, Polyester Uv, 450 Sxf for Ktm, Motorcycle Pedal, Shoes for Ktm]
- Don't hesitate, Scroll to the top now and click Add to Cart to take this amazing product today!!! [Foot Pegs Pedals Rest for Kawasaki Ninja, Sxf, Tc Tool, Cover for Ktm, Case Cover For Nova 3i, Polyester Uv, Rear Step, Fluffy Puff, Garden Special, Footrest for Ktm, Bicycle Rest, Footpeg for Ktm, Hithotwin, Orange Pencil, for Ktm 65, for Ktm, Neck Polo, Chopper Foot Rest]

› See more product details



**$237.59**

FREE delivery: Nov 9 - 25

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... S-Golden Silk
Sold by ... S-Golden Silk

⊙ Deliver to Bensenville 60106

Add to List

Share ✉ f 𝕏 📌

Have one to sell?

Sell on Amazon

### Sponsored products related to this item

Page 1 of 4

AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX for TC 85 125 250 FC FE...
★★★☆☆ 6
$28.99 ✓prime

AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For Husqvarna TC TE FC ...
★★★☆☆ 7
$27.59 ✓prime

AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX for Yamaha YZ65 YZ85 YZ...
★★★★☆ 38
$26.99 ✓prime

Billet MX Wide Foot Pegs Footpegs Foot Pedals Rests For KTM 65SX 09-18,85SX 03-17,1...
★★★★☆ 43
$27.99 ✓prime

AnXin CNC Rear Brake Pedal Step Plate Tip for KTM SX SX-F EXC-F XC-F XC-W EXC XC 85...
★★★★☆ 36
$9.99 ✓prime

AnXin Foot Pegs Footpegs Footrest Foot Pedals Rests CNC For HONDA CRF150F...
★★★★☆ 30
$34.98 ✓prime

JFG RACING Billet M Wide Foot Pegs Ped Rests For CR80R/RB 1996-2002 / CR85R
★★★★☆ 53
$33.99 ✓prime

Ad feedback

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $187.59 instead of $237.59!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Here is all for your need- Best Price and Quality for a Footrest Foot Pegs Rests Rear Brake Lever Pedal for Ktm 125 150 200 250 300 350 450 500 SX SXF EXC EXCF XC XCF XCW XCFW 11-2016

Product description:

Package: 1x Pair Pro-Bite Foot Pegs, 1x Rear Brake Pedal Lever

Fitment:
for Ktm 125 EXC 2011-2016
for Ktm 125 SX 2011-2016





≡ amazon | All ▾ | ktm foot rest pedals | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

‹ Back to results



Roll over image to zoom in

## Foot Pegs Footrest Pedals For Ktm Sx Sxf Exc Excf Xc Xcf 65 85 125 200 250 300 350 450 530 690 950 990 1050 1090 1190 1290 Adv (Blue)

Brand: US-SAK

Price: **$86.00**

Get $50 off instantly: Pay $36.00 ~~$86.00~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Blue**

| $86.00 | $86.00 | $86.00 | $86.00 |
| $68.00 | | | |

- 100% brand new product and lifetime warranty. [Enduro for Ktm Exc, Leopard Sunglass For Men, for Ktm 950, Grip Hand Guard Motorcycle, Flash for Sony A58, Deep Sensitive, Rc Car Shield, for Ktm Sx, Motorcycle Pedal, for Ktm 1190 Adv, for Ktm 1190, Cap M24, Bike Rest, Foot for Ktm, 2011 F150, Bicycle Rest, Foot Peg for Ktm, Rcf]
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service. [ for Ktm 65, Orange Pencil, Camper Man, 990 Smt, Guard for Ktm Sx 125, for Ktm 1290 Adv, Hithotwin, Neck Polo, Game Shield, Footpeg, Amber Natural Baltic Bracelet, for Ktm Protector, for Ktm 1190 Adv, Exc Tool, for Ktm, 26 In Bike Tire, Bike Rest]
- 100% MONEY BACK GUARANTEE: Any quality problem with the product, please feel free to contact us, we will refund your money or provide a new one. [Jelly Ring, Burgman Cover, 2011 F150, for Ktm 200 390 for DUKE, Foot Peg for Ktm, Guard for Ktm Sx 125, Set Level Wedges, for Ktm 1290 Adv, for Ktm Plastic, Foot Motorcycle, Enduro for Ktm Exc, Leopard Sunglass For Men, for Ktm 950, Grip Hand Guard Motorcycle]
- FREE SHIPPING: 95% conventional orders will be delivered within 15-17 days. Please make sure to buy this product from S-Golden Silk brand. Other brand is not reliable. [ for Ktm Sx, Motorcycle Pedal, for Ktm 1190 Adv, for Ktm 1190, Deep Sensitive, Cap M24, Bike Rest, Foot for Ktm, 2011 F150, Bicycle Rest, Foot Peg for Ktm, Rcf, for Ktm 65, Orange Pencil, Camper Man, 990 Smt, Guard for Ktm Sx 125]
- Don't hesitate, Scroll to the top now and click Add to Cart to take this amazing product today!!! [Hithotwin, for Ktm 65, Orange Pencil, 990 Smt, Neck Polo, Game Shield, Footpeg, Amber Natural Baltic Bracelet, for Ktm Protector, for Ktm 1190 Adv, Exc Tool, for Ktm, 26 In Bike Tire, Bike Rest, Jelly Ring, Burgman Cover, 2011 F150, for Ktm 200 390 for DUKE, Foot Peg for Ktm]

› See more product details

**$86.00**

FREE delivery: Nov 9 - 25

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... S-Golden Silk
Sold by ... S-Golden Silk

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

## Sponsored products related to this item

Page 1 of 4

‹        ›

| Billet MX Wide Foot Pegs Footpegs Foot Pedals Rests For KTM 65SX 09-18,85SX 03-17,1... | AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For Husqvarna TC TE FC ... | AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For TC 85 125 250 FC FE... | AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX for Yamaha YZ65 YZ85 YZ... | AnXin Foot Pegs Footpegs Footrest Foot Pedals Rests CNC For HONDA CRF150F... | AnXin Foot Pegs Footpegs Footrest Foot Pedals Rests CNC MX For KAWASAKI KX65 2000... | AnXin CNC Rear Bral Pedal Step Plate Tip KTM SX SX-F EXC-F XC-W EXC XC 85... |
| ★★★★☆ 43 | ★★★☆☆ 7 | ★★★☆☆ 6 | ★★★★☆ 38 | ★★★★☆ 30 | ★★★★☆ 32 | ★★★★☆ 36 |
| $27.99 ✓prime | $27.59 ✓prime | $28.99 ✓prime | $26.99 ✓prime | $34.98 ✓prime | $35.99 | $9.99 ✓prime |

Ad feedback 💬

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$76.00 instead of $86.00**! Get **$10.00** off instantly as a gift card upon approval for the **Amazon.com Store Card**. Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color: **Blue**

Here is all for your need- Best Price and Quality for a Foot Pegs FootRest Pedals for Ktm SX SXF EXC EXCF XC XCF 65 85 125 200 250 300 350 450 530 690 950 990 1050 1090 1190 1290 ADV

☰ **amazon**

Automotive Parts & Accessories ▾ | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop the Fashion Gift guide

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾ | Vehicles

⬧ See Automotive holiday deals **Shop now ›**

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake



Roll over image to zoom in

# CNC Motorcross Dirt Bike Pivot Brake Clutch Levers Set Fit For KTM 250XC-W / 250XCF-W 2014 2015 2016 2017 2018

Brand: Shang Zun

Price: **$29.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

- ★ IMPORTANT NOTE - Please check "vehicle fitment list" to make sure that this model type and year work for your bike before ordering.
- ★ Package Inlucing: 2 Piece(left+right) ; No installation Instruction, it is easy to install;
- ★ Lever to fold outward to prevent breakage in the event of a crash.Automatic lever position restoration provides quick recovery from the crash. Made with T6061-T6 Aluminum, Light grade & Light-weight; CNC Machine Finished anodizing process, durable and not easy to fade
- ★ Warranty: 3 months. if you have problem when you install,please don't hestitate to contact us. we must help you resolve it. We offer the serisve for you untill you intall it or resolve this problems.
- ★ Attention: 1. Please leave us a note about the model and year of your bike when you payment, we would check for you before send out the item; 2.If you need the other color(pink black silver gold blue red gray orange green purple), please send the message to us

› See more product details



$29.99
& FREE Shipping

Arrives: Nov 10 - Dec 3
Fastest delivery: Oct 26 - 30

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Shang Zun
Sold by ... Shang Zun

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $0.00 instead of $29.99! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| Manufacturer | Shang Zun |
|---|---|
| Brand | Shang Zun |
| Model | Dirt bike/Off Road/Motorcross |
| Item Weight | 10.6 ounces |
| Package Dimensions | 7.87 x 3.15 x 3.15 inches |
| Manufacturer Part Number | S52149 |

### Additional Information

| ASIN | B08L537T7F |
|---|---|
| Date First Available | October 13, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ▾

---

### Related video shorts (0) Upload your video



**Be the first video**

Your name here

---

### Product description

**Fitment**
**Feature:**
Condition: 100 % brand new
Material : T6061-T6 Aluminum
Surface Finished: CNC & Anodized

10/20/2020
Case 1:20-cv-06677 Document 15 Filed 11/10/20 Page 227 of 498 PageID #: 28977
Amazon.com : 5 mm : 2018: Automotive

Color : Show as pictures
if you need the other color, please send us message to change it
Weight: 300g
Lever Surface Shape Designed for A Comfortable and Smooth Feel
Improves the Sensitivity of Your Brake for Stopping Power and Driving Safety
**Package Including**
1 pair (right + left)
Perfect fit and no modification is needed, no install instructions included

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Best sellers in Kindle eBooks

Page 1 of 8

      

A Time for Mercy (Jake Brigance Book 3)
› John Grisham
⭐ 559
Kindle Edition
$14.99

Mexican Gothic
› Silvia Moreno-Garcia
⭐ 3,186
Kindle Edition
$12.99

The Book of Lost Friends: A Novel
› Lisa Wingate
⭐ 3,137
Kindle Edition
$13.99

If You Tell: A True Story of Murder, Family...
› Gregg Olsen
⭐ 16,730
Kindle Edition
$4.99

The Key to Rebecca
› Ken Follett
⭐ 1,652
Kindle Edition
$1.99

## Deals in magazine subscriptions

Page 1 of 9

     

HGTV Magazine
⭐ 16
Print Magazine
$10.00

National Geographic Kids
⭐ 6,337
Print Magazine
$30.00

Martha Stewart Living
⭐ 35
Print Magazine
$3.00

Bon Appetit
⭐ 11
Print Magazine
$5.00

Highlights for Children
⭐ 2,012
Print Magazine
$34.99

**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

[ Sign in ]

New customer? Start here.

       





4 results for Shang Zun : "KTM"

Sort by: Featured ▾

**Brand**
Shang Zun



Shang Zun Fit KTM Duke 125 200 390 2011-2017,RC250 RC390 RC All Years Motorbike Rearsets Foot pegs Rear sets Footrest Brake Shift...
$129.99
FREE Shipping
Only 5 left in stock - order soon.



Universal 7/8" 22mm Motorcycle Hand Grips Aluminum Handlebar End Cap Plug Slider Most Scooter Sportbikes ATV for Kawasaki Honda KTM...
green
$12.99
FREE Shipping

 



CNC Motorcross Dirt Bike Pivot Brake Clutch Levers Set Fit For KTM 250XC-W / 250XCF-W 2014 2015 2016 2017 2018
$29.99
FREE Shipping



255mm Universal Motorcycle Adjustable Steering Damper Stabilizer Safety Control Linear Reversed For Yamaha Ducati Kawasaki Suzuki Hon...
★★★☆☆ ▾ 2
gray
$37.99
FREE Shipping

   +

### Need help?

Visit the help section or contact us

## Best sellers in Kindle eBooks

Page 1 of 8



A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★½ 559
Kindle Edition
$14.99



Mexican Gothic
› Silvia Moreno-Garcia
★★★★☆ 3,186
Kindle Edition
$12.99



The Book of Lost Friends: A Novel
› Lisa Wingate
★★★★½ 3,137
Kindle Edition
$13.99



If You Tell: A True Story of Murder, Family...
› Gregg Olsen
★★★★½ 16,730
Kindle Edition
$4.99



The Key to Rebecca
› Ken Follett
★★★★½ 1,652
Kindle Edition
$1.99

 

## Deals in magazine subscriptions

Page 1 of 9







☰ **amazon** | All ▾ | 🔍 | Hello, Sign in **Account & Lists** ▾ | **Returns & Orders** | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Get ready for Halloween

## Shang Zun

Shang Zun storefront

★★★★★ 100% positive lifetime (17 total ratings)

Shang Zun is committed to providing each customer with the highest standard of customer service.

| Have a question for Shang Zun? |
| :-- |
| **Ask a question** |

---

### Detailed Seller Information

**Business Name:** Dong Guan Shang Zun Shi Pin You Xian Gong Si
**Business Address:**
Bldg. 3, Yonglida Technical Zone, Wanjiang District,
Dongguan
Guangdong
523067
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
| :-- | :-- | :-- | :-- | :-- | :-- |

★★★★★ "My shirts are in the laundry for the day we can go and eat at Delmonicos . "
By Darryl Vanderpool on June 17, 2020.

★★★★★ "I am a repeat buyer. These are excellent at a wonderful price. I have searched for fairly price MOP collar stays for a long time, and these fit the bill. They make a nice gift. A hidden luxury. "
Read less
By C. D Strother on May 19, 2020.

★★★★★ "My shoe width is EEE. Thursday Boot suggested that wearers of EE & EEE go up a half size & when buying D width to obtain the extra width. The boot I wanted is not available in wide. I ordered up a full size; 13 as there is no 12.5. Size 13 proved to be too tight. This 'size trick' worked for me in the past, but did not work in this instance. I am disappointed as I loved the boots otherwise. "
Read less
By Michael J Ambrose on January 24, 2020.

★★★★☆ "Very nice stays for the money. Wish they were a little bit longer. "
By D William on January 19, 2020.

★★★★★ "Exactly as described would buy again if I need more! "
By Amazon Customer on October 14, 2019.

| | 30 days | 90 days | 12 months | Lifetime |
| :-- | :-- | :-- | :-- | :-- |
| Positive | - | - | 100% | 100% |
| Neutral | - | - | 0% | 0% |
| Negative | - | - | 0% | 0% |
| Count | 0 | 0 | 4 | 17 |

Previous   Next

Leave seller feedback | Tell us what you think about this page

---

### Best sellers in Kindle eBooks

Page 1 of 8

 ‹


A Time for Mercy (Jake Brigance Book 3)
› John Grisham
★★★★☆ 559
Kindle Edition
$14.99


Mexican Gothic
› Silvia Moreno-Garcia
★★★★☆ 3,186
Kindle Edition
$12.99


The Book of Lost Friends: A Novel
› Lisa Wingate
★★★★☆ 3,137
Kindle Edition
$13.99


If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
★★★★☆ 16,730
Kindle Edition
$4.99


The Key to Rebecca
› Ken Follett
★★★★☆ 1,652
Kindle Edition
$1.99

 ›

### Deals in magazine subscriptions

Page 1 of 9

 ‹


Reader's Digest
★★★★☆ 56
Print Magazine
$5.00


National Geographic Kids
★★★★☆ 6,337
Print Magazine
$30.00


National Geographic Little Kids
★★★★☆ 2,118
Print Magazine
$30.00


Real Simple
★★★★☆ 28
Print Magazine
$5.00


Bon Appetit
★★★★☆ 2,516
Print Magazine
$29.99

 ›

---

**Your Browsing History** | View or edit your browsing history › | Page 2 of 2 | See personalized recommendations

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

**Continue**

---

## Shipment 1 of 1

**Shipping from Shang Zun**   (Learn more)

Shipping to: ▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **CNC Motorcross Dirt Bike Pivot Brake Clutch Levers Set Fit For KTM 250XC-W / 250XCF-W 2014 2015 2016 2017 2018**
  $29.99 - Quantity: 1
  Sold by: Shang Zun

Change quantities or delete

### Choose a delivery option:

○ **Tuesday, Nov. 10 - Thursday, Dec. 3**
   FREE Shipping

○ **Monday, Oct. 26 - Friday, Oct. 30**
   $39.61 - Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

**amazon.com**

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | **PLACE ORDER**

## Review your order

(i) Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

| | | | Place your order |
|---|---|---|---|

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Shipping address** Change

▆▆▆▆
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▆▆▆▆▆▆

Add delivery instructions

**Payment method** Change

VISA  ending in ▆▆▆

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]  [ Apply ]

**Order Summary**

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected:* | $1.87 |
| **Order total:** | **$31.86** |

How are shipping costs calculated?

prime  ▆▆▆▆, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and **more**
» Get Started

**Estimated delivery:  Nov. 10, 2020 - Dec. 3, 2020**



CNC Motorcross Dirt Bike Pivot Brake
Clutch Levers Set Fit For KTM 250XC-W /
250XCF-W 2014 2015 2016 2017 2018
$29.99
Quantity: 1 Change
Sold by: Shang Zun
Gift options not available.

Choose a delivery option:
◉ Tuesday, Nov. 10 - Thursday, Dec. 3
   FREE Shipping
○ Monday, Oct. 26 - Friday, Oct. 30
   $39.61 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

≡　**amazon**　　All ▾ | KTM | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop the Halloween Store

❮ Back to results

See Automotive holiday deals **Shop now ▸**




Roll over image to zoom in

## Universal 7/8" 22mm Motorcycle Hand Grips Aluminum Handlebar End Cap Plug Slider Most Scooter Sportbikes ATV for Kawasaki Honda KTM Suzuki Buell Benelli Yamaha Ducati
Brand: Shang Zun

Price: **$12.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 $12.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

Color: **green**

 $12.99　 $12.99　 $12.99　 $12.99

$12.99

- ★ Universal Fit for Most Street bikes ,Sport bike motorcycles with 7/8" (22mm) handlebar
- ★ Perfect Fit. Will work on motorized bicycle bars that are 7/8 inch
- ★ Package Inclding: 1x Pair of Bike Handlebar Grip, Easy to install
- ★ Please Attention: Right diameter (24mm=0.94in); Left diameter (22mm=0.875in); Length: 123mm(4.84in)
- ★ With Custom High quality aluminum twill stripe design. Handlebar grips with Heavy duty aluminum Bar end caps

› See more product details

**$12.99**
& FREE Shipping

Arrives: Nov 9 - Dec 2
Fastest delivery: Oct 23 - 29

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... 　Shang Zun
Sold by ... 　Shang Zun

📍 Deliver to Bensenville 60106

Add to List

Share 📧 f 🐦 📌

Have one to sell?
Sell on Amazon

### Sponsored products related to this item
Page 1 of 13

❮


Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime


KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99


KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
$124.99


2004 fits KTM 300 MXC Race-Driven Rear RiptTide Brake Rotor Disc for MX Motorcross
$43.95


KTM/FMF Stainless Megabomb Header 250 SX-F/XC-F 2019-2020 OEM: 79105907501
$299.99


KTM Aluminum Skid Plate 450/500 XC-W/EXC 2012-2016 OEM: 78103990100
$139.99


14 Tooth Front & 50 Tooth Rear Sprocket fits KTM 300 XC-W 2007-14 by Race-Dr
$39.95

❯

Ad feedback

### Special offers and product promotions
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $12.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information
Color:**green**

### Technical Details

| Manufacturer | Shang Zun |
|---|---|
| Brand | Shang Zun |
| Item model number | Universal for Sport Street bike |
| Manufacturer Part Number | S18 |

### Additional Information

| ASIN | B08GKRRR3F |
|---|---|
| Date First Available | August 24, 2020 |

### Warranty & Support
**Product Warranty:** For warranty information about this product, please click here

### Feedback
Would you like to tell us about a lower price? ▾

10/20/2020                Amazon.com: Shang Zun Fit KTM Duke 125 200 390 2011-2017,RC250 RC390 RC All Years Motorbike Rearsets Foot pegs Rear sets Footrest Brake Shift Adjustable

Case 1:20-cv-06677 Document 1-15 Filed 10/20/20 Page 233 of 498 PageID #: 2403



≡  amazon        All ▾  | KTM                                    🔍  🇺🇸  Hello, Sign in    Returns   Try Prime ▾     🛒 Cart
                                                                     Account & Lists ▾  & Orders              0

📍 Deliver to
Bensenville 60106    Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping          Shop today's epic deals now

◆ See Automotive holiday deals  Shop now ▸

‹ Back to results



SHANGZUN

### Shang Zun Fit KTM Duke 125 200 390 2011-2017,RC250 RC390 RC All Years Motorbike Rearsets Foot pegs Rear sets Footrest Brake Shift Adjustable
Brand: Shang Zun

Price: **$129.99** & FREE Shipping

Get $50 off instantly: Pay **$79.99** $129.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

- ★ Fitment--for KTM Duke 125 200 390 2011-2017,RC250 RC390 RC All Years
- ★ Material - These Racing Adjustable Rear Sets (Footrest) are CNC-Machined from aluminium billet for unbeatable rigidity and robustness.
- ★ Feature - Double Stainless Steel Ball Bearings For The Both The Shift And Brake Levers Fully Adjustable To Suit Your Riding Style
- ★ Adjustable - Foot Rest Adjustable In Different Directions ,It Can Be Raised Or Pulled Back To A Precise Position. With Anti-slip System.
- ★ Package - A Set Of Rear Set As Picture , No Installation Instruction and recommend to ask for professional installation

› See more product details

Compare with similar items

Roll over image to zoom in

**$129.99**
& FREE Shipping

Arrives: Nov 9 - Dec 2
Fastest delivery: Oct 23 - 29

**Only 5 left in stock - order soon.**

Qty: 1 ▾

[ 🛒 **Add to Cart** ]

[ ▶ **Buy Now** ]

🔒 Secure transaction

Ships from ...   Shang Zun
Sold by ...      Shang Zun

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 P

Have one to sell?
[ Sell on Amazon ]

---

### Customers who viewed this item also viewed                                                                                    Page 1 of 2

‹                       ›

NICECNC Aftermarket Motorcycle Stainless Steel Protection Mid Pipe Replace DUK...
★★★★☆ 16
$84.99
Only 5 left in stock - order...

CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
★★★★☆ 87
$25.98

COPART Motorcycle CNC Frame Sliders Crash Falling Protector for KTM Duke 390 200...
★★★★☆ 8
$58.99
Only 12 left in stock - orde...

FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017...
★★★★☆ 28
$32.99

---

### Sponsored products related to this item                                                                                      Page 1 of 23

‹                        ›

NICECNC Orange Left & Right Crash Pad Frame Slider Protection Guard Replace 125/200...
★★★★☆ 4
$49.99 ✓prime

Motorcycle CNC Brake Clutch Gear Pedal Lever for KTM DUKE RC390 RC125 RC200 2013...
★★★★★ 2
$23.99 ✓prime

COPART Motorcycle CNC Engine Frame Sliders Falling Protector for KTM DUKE 390 250 ...
$62.99

RC390 Motorcycle CNC 22MM Handlebar Grips Handle Bar Cap End Plugs For KTM RC 390...
★★★★★ 1
$23.99 ✓prime

NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
★★★★☆ 1
$83.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime

AnXin CNC Rear Brake Pedal Step Plate Tip KTM SX SX-F EXC-F XC-W EXC XC 85...
★★★★☆ 36
$9.99 ✓prime

Ad feedback 🔲

---

### Customers also viewed these products                                                                                        Page 1 of 7

‹                        ›

CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
★★★★☆ 87
$25.98

KTM Ergo Comfort Seat 390 Duke 90207904100
★★★★☆ 16
$129.99
Only 1 left in stock - order...

NICECNC Aftermarket Motorcycle Stainless Steel Protection Mid Pipe Replace DUK...
★★★★☆ 16
$84.99
Only 5 left in stock - order...

COPART Motorcycle CNC Frame Sliders Crash Falling Protector for KTM Duke 390 200...
★★★★☆ 8
$59.99
Only 8 left in stock - order...

FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017...
★★★★☆ 28
$32.99

NEW KTM PILLION SEAT COVER 125-390 DUKE (2017-2019)
★★★★☆ 5
$109.99
Only 1 left in stock - order...

Yoshimura Alpha T S On Exhaust (Street/Stainless Steel/Stainless Stee...
★★★★★ 7
$415.77
Only 8 left in stock - or...



Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake



## MLX CNC Brake Clutch Levers Short Adjustable Lever Set Aluminum Motorcycle for KTM Super Adventure 1290 S/T/R 2015-2018 2016 QLSHAC (Color : Orange)

Brand: MLX

Price: **$77.83**

$77.83

$1.99 delivery: **Nov 12 - Dec 4**

Only 20 left in stock - order soon.

Get $50 off instantly: Pay $27.83 $77.83 upon approval for the Amazon Rewards Visa Card. No annual fee.

Qty: 1

Color: Orange



| | | |
|---|---|---|
| $77.83 | $77.83 | $77.83 |
| $77.83 | $77.83 | $77.83 |
| $77.83 | $77.83 | |

- Made of CNC aluminum, durable, a great choice to replace your damaged levers.
- To enhance the look of your motorcycle.
- Precisely machined pivot bore to ensure a perfect installation.
- No further modifications needed.
- Short in design, durable in use.

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...   shanxijinxinhuishangmao
Sold by ...   shanxijinxinhuishangma...

Return policy: This item is returnable

📍 Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

Roll over image to zoom in

### Sponsored products related to this item

Page 1 of 6









| Motorcycle Aluminium Alloy Radiator Grille Guard Protector Cover for KTM 1050 Adven... | Motorcycle Aluminium Radiator Grille Guard Protector Cover for KTM 1050 Adventure 2... | Motorcycle Radiator Guard For KTM Adventure 1050 2015-2016 1090 2017-2018... | motorcycle kickstand side stand enlarger extension enlarger pate pad For KTM 1050 A... | Motorcycle Radiator Grille Guard Protective Cover For KTM 1050 Adventure 2015-2017 ... | Motorcycle Radiator Grille Guard Protective Cover For KTM 1050 Adventure 2015-2017 ... | Motorcycle Radiator Grille Guard Protect Cover For KTM 1050 Adventure 2015-20... |
| $49.99 ✓prime | $55.99 ✓prime | $55.99 ✓prime | ★★★★☆ 51 $25.99 ✓prime | ★★★★★ 1 $49.99 ✓prime | $49.99 ✓prime | ★★★☆☆ 4 $49.99 ✓prime |

Ad feedback

### Related products from Our Brands



Stone & Beam
Exclusively on Amazon

Page 1 of 3









Amazon Brand – Stone & Beam Rustic Plaid Flannel Pillowcase Set, Standard, Ivory and Cream
★★★★★ 1299
$23.08

Amazon Brand – Stone & Beam Rustic Plaid Flannel Duvet Cover Set, King, Black and White
★★★★☆ 658
$91.67

Amazon Brand – Stone & Beam Rustic Solid 100% Cotton Flannel Bed Sheet Set, Twin, Toast
★★★★☆ 627
$51.49

Amazon Brand – Stone & Beam Modern Ceramic Floral Embossed Decorative Planter Flower Pot, 7.4"H, Blue
★★★★☆ 539
$44.65

Amazon Brand – Stone & Beam Mid-Century Patterned Planter, 10.53"H, Coral Pink
★★★★☆ 472
$54.35

Amazon Brand – Stone & Beam Classic Egyptian Cotton Bathroom Towel Set, Set of 3, Rose
★★★★☆ 442
$36.90

Amazon Brand – Stone & Beam Modern Round Iron Hanging Wall M With Shelf, 30 Inch Height, Dark Bronze
★★★★☆ 421
$100.25

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $27.83 instead of $77.83!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

| 🔍 Type your question or keyword |
|---|

## Product description

Color:**Orange**

Condition: 100% new
Material: CNC-machined aluminum
Weight: 300g
Size: as picture show
Color: black, blue, gold, green, orange, red, silver, titanium
Place of installation: left and right of handlebar
Quantity: 2 pieces (1 brake lever and 1 clutch lever)

Fitment:
For KTM Super Adventure 1290 S/T/R 2015-2018
For KTM 1190 Adventure/R 2013-2016

Note:
1.We try our best to provide clear pictures and measurements. Please check carefully to make sure that the item is the one you need.
2.Please allow small difference due to manual measurement.
3.No instructions are included in this kit. Feel free to contact us when you have queries.

## Product information

Color:**Orange**

| Item Weight | 0.035 ounces |
|---|---|
| Manufacturer | MLX |
| ASIN | B08G8MGHPG |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for related products


0:29
Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever
GOOFIT


0:59
Motorcycle CNC brake clutch levers
FXCNC Racing


0:28
7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir...
Feiteplus


0:29
WOOSTAR- How to install a Clutch Brake Bump Lever Assembly for...
WOOSTAR DIRECT US


Street Brake L
TARAZON-Moto

Upload your video

## Customer questions & answers

| 🔍 Have a question? Search for answers |
|---|

Typical questions asked about products:

- Is the item durable?



- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

No customer reviews

### Review this product
Share your thoughts with other customers

[ Write a customer review ]

## Customers who searched for "emoji" ultimately bought

Page 1 of 2

      

**LovesTown Mini Emoji Keychain Set, 80pcs Emoji Party Favors for Kids Emoticon Plush...**
⭐ 32
$12.99

**Emoji Universe: Emoji LED Rings, 24 Count**
⭐ 359
$11.95

**36 Styles Metallic Glitter Emoji Temporary Tattoos for Kids, Emoji Birthday Party Supplies Games...**
⭐ 3
$5.99

**Dreampark Emotion Keychain Mini Cute Plush Pillows, Christmas / Birthday Party...**
⭐ 740
$10.99

**Dreampark 80 Pack Mini Emotion Keychain Plush, Party Favors for Kids, Christmas / Birthday...**
⭐ 182
$32.99

## Deals in magazine subscriptions

Page 1 of 9

      

**National Geographic Kids**
⭐ 6,417
Print Magazine
$15.00

**Reader's Digest**
⭐ 8,563
Print Magazine
$8.00

**Travel + Leisure**
⭐ 786
Print Magazine
$11.97

**Men's Journal**
⭐ 665
Print Magazine
$12.95

**Highlights High Five**
⭐ 1,353
Print Magazine
$29.99

**Your Browsing History**  View or edit your browsing history ›

Page 1 of 2

     

See personalized recommendations

[ Sign in ]

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | |



☰　amazon　　shanxijinxinhuishangmaoyouxiangongsi ▾ | KTM 🔍 🇺🇸 Hello, Sign in Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals　Gift Cards　Best Sellers　Customer Service　New Releases　AmazonBasics　Whole Foods　Free Shipping　Registry　Sell　Coupons

1-16 of 127 results for **shanxijinxinhuishangmaoyouxiangongsi** : "KTM"

Sort by: Featured ▾

**Brand**
MLX



MLX CNC Brake Clutch Levers Short Adjustable Lever Set Aluminum Motorcycle for KTM Super Adventure 1290 S/T/R 2015-2018 2016...
$77⁸³
$1.99 shipping
Only 20 left in stock - order soon.



22mm 7/8" Rubber Handle Bar Emig Hand Grips for CRF for YZF for WRF for KXF for KLX for KTM Motocross Motorcycle Handle LQCB (Color : Gray)
$36⁵⁴
$1.99 shipping
Only 19 left in stock - order soon.



MLX Motorcycle Led Turn Signals One Pair for Honda for Yamaha for Kawasaki for Suzuki Scooter Dirt Bike for KTM
$33¹⁶
$1.99 shipping
Only 20 left in stock - order soon.



Universal 8mm Footpegs Motorcycle Foot Peg Rearset Footrest Pedal for Honda for Yamaha for Kawasaki for Suzuki for KTM for BMW R1200GS...
$39⁸⁶
$1.99 shipping
Only 20 left in stock - order soon.



Motorcycle 51mm Exhaust Pipe with Muffler Moto Bike Pot Escape for Yamaha for Honda for KTM for Kawasaki for Ducati Slip-on LIMTWG (Col...
$157⁰³
$1.99 shipping
Only 20 left in stock - order soon.



MLX Motorcycle Exhaust Pipe Muffler Silence Rear Pipe Tube Racing Stainless Steel for KTM Duke 250 390 2017 2018 2019 Black LIMTWG
$64⁵⁸
$1.99 shipping
Only 20 left in stock - order soon.



MLX 51mm Inlet Universal Motorcycle Exhaust Muffler Escape for Honda for Kawasaki for Yamaha for KTM for Ducati ATV R1 R3 R6 Ninja 400 250...
$201⁹⁸
$1.99 shipping
Only 20 left in stock - order soon.

☰ amazon

All ▾ 🔍 🇺🇸

Hello, Sign in
Account & Lists ▾ · Returns & Orders · Try Prime ▾ · 🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals · Gift Cards · Best Sellers · Customer Service · New Releases · AmazonBasics · Whole Foods · Free Shipping · Shop the Beauty Gift Guide

# shanxijinxinhuishangmaoyouxiangongsi

shanxijinxinhuishangmaoyouxiangongsi storefront
★★★☆☆ 50% positive lifetime (4 total ratings)
shanxijinxinhuishangmaoyouxiangongsi is committed to providing each customer with the highest standard of customer service.

Have a question for shanxijinxinhuishangmaoyouxiangongsi?

Ask a question

## Detailed Seller Information

Business Name: shanxijinxinhuishangmaoyouxiangongsi
Business Address:
84haohonganguojidasha14ceng
xiaodianqujinyangjie
Tai yuan
Shan xi
030000
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

★★★☆☆ " They're tiny "
By cKat609 on March 16, 2020.

★★★★☆ " fit perfectly on the table, my wife is happy.... "
By John S. on July 30, 2019.

★★☆☆☆ " The brace is not strong enough "
By Florence on April 8, 2019.

★★★★★ " Great product "
By JC on January 9, 2019.

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | -       | -       | 0%        | 50%      |
| Neutral  | -       | -       | 100%      | 25%      |
| Negative | -       | -       | 0%        | 25%      |
| Count    | 0       | 0       | 1         | 4        |

Leave seller feedback · Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 8

     

Laugh Till You Cry Emoji Pillow 12.5 Inch Large Yellow Smiley Emoticon
★★★★☆ 584
$9.95

Emoji Birthday Candles | Party Supply
★★★★☆ 195
$4.55

Timex Unisex Weekender 38mm Watch
★★★★☆ 12,195
$29.55 - $89.99

24 Make A Emoji Stickers For Kids: Emoji Party Supplies & Party Favors For Emoji Themed...
★★★★☆ 134
$7.25

Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fits ABS &...
★★★★☆ 89
$80.99

## Deals in magazine subscriptions

Page 1 of 9

    

TIME
★★★★☆ 1,956
Print Magazine
$14.00

Birds and Blooms
★★★★☆ 57
Print Magazine
$5.00

Southern Living
★★★★☆ 3,403
Print Magazine
$13.97

National Geographic Kids
★★★★☆ 6,417
Print Magazine
$15.00

Martha Stewart Living
★★★★☆ 35
Print Magazine
$3.00

### Your Browsing History
View or edit your browsing history ›

Page 1 of 3

      

See personalized recommendations

Sign in

New customer? Start here.

 

SIGN IN   **SHIPPING & PAYMENT**   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options



[ Continue ]

## Shipment 1 of 1

**Shipping from shanxijinxinhuishangmaoyouxiangongsi**
(Learn more)

Shipping to: ▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **MLX CNC Brake Clutch Levers Short Adjustable Lever Set Aluminum Motorcycle for KTM Super Adventure 1290 S/T/R 2015-2018 2016 QLSHAC (Color : Orange)**
  $77.83 - Quantity: 1
  Sold by: shanxijinxinhuishangmaoyouxiangongsi

Change quantities or delete

**Choose a delivery option:**

○ **Thursday, Nov. 12 - Friday, Dec. 4**
$1.99 - Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **AMAZON.COM**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change
▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮▮▮▮▮
Add delivery instructions

**Payment method** Change
VISA ending in ▮▮▮

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[ Enter Code ] [ Apply ]

prime ▮▮▮▮, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery:  Nov. 12, 2020 - Dec. 4, 2020**

MLX CNC Brake Clutch Levers Short Adjustable Lever Set Aluminum Motorcycle for KTM Super Adventure 1290 S/T/R 2015-2018 2016 QLSHAC (Color : Orange)
$77.83
**Quantity:** 1 Change
Sold by: shanxijinxinhuishangmaoyouxiangongsi
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Thursday, Nov. 12 - Friday, Dec. 4**
$1.99 - Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:    $77.83
Shipping & handling:    $1.99
Total before tax:    $79.82
Estimated tax to be collected:*    $4.86

**Order total:**    **$84.68**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/22/2020 Amazon.com 22mm 7/8" Rubber Handle Bar Emig Hand Grips for CRF for YZF for WRF for KXF for KLX for KTM Motocross Motorcycle Handle LQCB (Color : Gray)



 amazon
KTM

Deliver to Bensenville 60106

Holiday Deals · Gift Cards · Best Sellers · Customer Service · New Releases · AmazonBasics · Whole Foods · Free Shipping

**Shop deals before they're gone**

‹ Back to results




Roll over image to zoom in

### 22mm 7/8" Rubber Handle Bar Emig Hand Grips for CRF for YZF for WRF for KXF for KLX for KTM Motocross Motorcycle Handle LQCB (Color : Gray)

Brand: MLX

Price: **$36.54**

Get $50 off instantly: Pay $0.00 $36.54 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Gray**



- Made of silicone material, soft and durable in using.
- Non-slip silicone, provide an excellent combination of soft feel.
- Enhance the look of your motorcycle, great for decoration.
- Easy installation. These grips are great replacement for your old grips.
- 7 colors for you to choose, make your motorcycle stylish and colorful.

**$36.54**

$1.99 delivery: **Nov 12 - Dec 4**

**Only 19 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from shanxijinxinhuishangma
Sold by shanxijinxinhuishangma

Return policy: This item is returnable

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share ✉ f ✦ 𝕡

Have one to sell?

Sell on Amazon

---

**Sponsored products related to this item**

Page 1 of 14

      

| KTM 3 Boxers Pack - Microfiber (92% Polyester - 8% Elastane) - Multicolored | HIAORS 7/8" Motorcycle Hand Grips for CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Mot... | KTM Probend Handguard Set by Cycra OEM: U6910022 | Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404 | KTM Flex Clutch Lev Brembo (Orange) OE 7870293104404 |
|---|---|---|---|---|---|---|
| ★★★★½ 43 | ★★★★½ 394 | | ★★★★ 44 | ★★★★½ 3 | ★★★★★ 1 | ★★★★★ 3 |
| $26.90 ✓prime | $7.99 ✓prime | $53.99 | $21.99 ✓prime | $47.99 | $101.99 | $101.99 |

Ad feedback

**Related products from Our Brands**



Mid-century style
Exclusively on Amazon
RIVET

Page 1 of 2

10/22/2020 Amazon.com: Universal 8mm Footpegs Motorcycle Foot Peg Rearset Footrest Pedal for Honda for Yamaha for Kawasaki for Suzuki for KTM for BMW R1200GS F800GS MT09 LQJTB





### Universal 8mm Footpegs Motorcycle Foot Peg Rearset Footrest Pedal for Honda for Yamaha for Kawasaki for Suzuki for KTM for BMW R1200GS F800GS MT09 LQJTB
Brand: MLX

Price: **$39.86**

Get $50 off instantly: Pay $0.00 $39.86 upon approval for the Amazon Rewards Visa Card. No annual fee.

Roll over image to zoom in

**$39.86**

$1.99 delivery: **Nov 12 - Dec 4**

**Only 20 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from — shanxijinxinhuishangma...
Sold by — shanxijinxinhuishangma...

Return policy: This item is returnable

Deliver to Bensenville 60106

Add to List

Add to Wedding Registry

Share

Have one to sell?

Sell on Amazon

---

## Related products from Our Brands



Classic style made simple
RAVENNA HOME

Page 1 of 3








Amazon Brand – Ravenna Home Classic Micro Mink Trellis Throw Blanket - 50 x 60 Inch, Linen
★★★★☆ 94
$37.43

Amazon Brand – Ravenna Home Classic Stoneware 3-Piece Filigree Canister Set - Set of 3, Red with Wood Lid
★★★★☆ 88
$54.60

Amazon Brand – Ravenna Home Classic Micro Mink Labeled Canister Set - Set of 3, White with Red Lid
★★★★☆ 71
$65.99

Amazon Brand – Ravenna Home Classic Micro Mink Jacobean Throw Blanket, 60", 3, Heather Grey
★★★★☆ 64
$49.49

Ravenna Classic Stoneware 2-Piece Canister Set, 9.5"H and 7.625"H, White with bl
★★★★☆ 61
$23.52

---

## Sponsored products related to this item

Page 1 of 14









Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 prime

KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor
★★★★☆ 43
$15.99 prime

KTM Footrest Right Rally 2004-2016 OEM: 76203041250
$92.55

GOOFIT Plastic Universal Rear Brake Fluid Reservoir Oil Cup Fit for Honda Yamaha Ka...
★★★★☆ 111
$7.20 prime

KTM Footrest Left Rally 2004-2016 OEM: 76203040250
$101.84

GOOFIT 32mm Carburetor for PWK Yamaha DT100/125/175/250...
★★★★☆ 35
$30.99 prime

Universal Kill Switch Horn Start for KTM SSR SDG MOTOVOX MVX70 MVX110...
★★★★★ 10
$8.69 prime

Ad feedback

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $39.86!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card.** Apply now



Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake



Roll over image to zoom in

## Autobahn88 Motorcycle Clutch + Brake Lever Set for : 690 Duke (2008-2011) (Long Style : Red+Titanium/Handle+Adjuster)

Brand: autobahn88

Price: **$48.06** & **FREE Shipping**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

### Size: **Long Style**

| Long Style | Short Style |

### Color: **Red+Titanium**

- For KTM 690 Duke (2008-2011). A set of 2 pieces of lever (Brake and Clutch)
- A specialized gear for motorcycle racing and showcasing your unique style of your motorcycle. It is a professional aftermarket replacement of the original parts for comfort riding and high performance
- Both levers enable personalized gripping comfort posture by the miniature 6-position clicker adjuster; which controls a roller cam mechanism to adjust lever position while riding
- This is made of high strength billet 6061-T6 aluminum alloy; plus CNC high precision surface finishing ensure a perfect fitting. The assembly components are stainless steel for rustproof and longer life
- Installation is a direct replacement without modification. It is designed to match with the original master cylinders. Some components or bushing from the original levers may be required for the installation

⌄ See more product details

ⓘ Report incorrect product information.



$48.06
& FREE Shipping

Arrives: **Oct 28 - Nov 4**
Fastest delivery: **Oct 26 - 30**

**In stock.**
Usually ships within 3 to 4 days.

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    ShoppingKool-US
Sold by ...    ShoppingKool-US

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $5.69

☐ Add gift options

ⓘ Deliver to ▓▓▓▓ - Bensenville 60106

**Add to List**

Share ✉ f 🐦 📌

Have one to sell?
**Sell on Amazon**

## Inspired by your recent shopping trends

Page 1 of 14


Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM XCF EXC SX...
$18.99
Only 15 left in stock - orde...


Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever For KTM EXC EXCF SX SXF XC XCF...
⭐⭐⭐½ 35
$8.99


Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
⭐⭐⭐⭐ 13
$33.99


Motorcycle Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever For KTM 125 - 530...
⭐⭐⭐⭐⭐ 2
$15.64


Motorcycle CNC Orange Brake Shifter Lever Pedal Step Tip For KTM Factory Editions SXF XCF 250...
⭐⭐⭐⭐½ 7
$23.99


Foot Pegs Rest Pedal Footpegs For KTM 65 85 125 150 200 250 300 350 380 400 450 500...
⭐⭐⭐⭐ 14
$28.99


AnXin CNC Rear Brake Pedal Step Plate Tip KTM SX SX-F EXC-F...
⭐⭐⭐⭐ 36
$9.99

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $48.06!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Size:**Long Style**  |  Color:**Red+Titanium**

### Technical Details

| | |
|---|---|
| Manufacturer | Autobahn88 |
| Brand | Autobahn88 |
| Item Weight | 1.1 pounds |
| Product Dimensions | 9 x 2 x 3 inches |
| Manufacturer Part Number | ML-M11+F11-GP-LONG-RD-ADJ-TI-BCDQQ278 |

### Additional Information

| | |
|---|---|
| ASIN | B07LBWKSRB |
| Date First Available | December 13, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

Page 1 of 3

### Videos for related products



0:29

Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever

GOOFIT



0:29

WOOSTAR- How to install a Clutch Brake Bump Lever Assembly for...

WOOSTAR DIRECT US



0:30

Universal 7/8" CNC Motorcycle Hydraulic Front Brake Master...

Feiteplus



0:28

7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir...

Feiteplus



Clutch Brake L
140cc TTR 125

HIAORS

Upload your video

## Product description

Size:**Long Style**  |  Color:**Red+Titanium**

A series of professional aftermarket motorcycle levers have been carefully crafted based on extensive knowledge on motorcycle levers. It fits to hundreds of specific motorcycle models. Creative styling design and high quality CNC machining ensure best customer experience.

A specialized gear for motorcycle racing and showcasing your unique style of your motorcycle.

Both levers enable personalized gripping comfort posture by the miniature 6-position clicker adjuster; which controls a roller cam mechanism to adjust lever position while riding. Levers can be adjusted for smaller or larger hand sizes by fine tuning the idol angle of the lever.

This is made of high strength billet 6061-T6 aluminum alloy; plus CNC high precision surface finishing ensure a perfect fitting. The assembly components are stainless steel for rustproofing and longer life.

Installation is a direct replacement without modification. It is designed to match with the original master cylinders. Some components or bushing from the original levers may be required for the installation.

All product names, logos, and brands are property of their respective owners. Autobahn88 is trademark of Autobahn88 Company. KTM is trademark of KTM.

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

10/20/2020

Case 1:20-cv-08077-Document 1-6 Filed 11/10/20 Page 245 of 498 PageID #:2445

Amazon.com: Autobahn88 Motorcycle Clutch Brake Lever Dip Set (Fit for Honda CR 125 250 CRF 250X 450X (Short+Adjuster): Automotive

## Inspired by your browsing history

    



**KontrolFreek FPS Freek Galaxy Purple for...**
KontrolFreek
★★★★☆ 7,253
PlayStation 4
$14.99

**KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation...**
KontrolFreek
★★★☆☆ 1,017
$11.99

**KontrolFreek FPS Freek Galaxy White for Xbox...**
KontrolFreek
★★★★☆ 916
Xbox One
47 offers from $22.55

**KontrolFreek FPS Freek Inferno for Xbox One...**
KontrolFreek
★★★★☆ 3,042
Xbox One
$14.99

**FMF Racing 11299 Wash Plug**
★★★★☆ 1,403
$7.98

## Deals in magazine subscriptions

     



**Ranger Rick Jr.**
★★★★☆ 439
Print Magazine
$19.95

**National Geographic Kids**
★★★★☆ 6,337
Print Magazine
$30.00

**American Farmhouse Style**
★★★★☆ 93
Print Magazine
$29.95

**Real Simple**
★★★★☆ 6,839
Print Magazine
$5.00

**Reader's Digest**
★★★★☆ 56
Print Magazine
$5.00

**Your Browsing History**   **View or edit your browsing history ›**

          

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 

English     United States



| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |



10/20/2020

ShoppingKool-US ▾   ktm

1-16 of 17 results for **ShoppingKool-US** : **"ktm"**

Sort by: Featured ▾

**Brand**
autobahn88



Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : Duke 390/200/125 (2013-2016) (Short Style : Red+Titanium/Handle+Adjuster)
$48⁰⁶
FREE Shipping



Autobahn88 Motorcycle Footpeg (Front - GP-Type with 40mm-Extension) fits for KTM Duke 390 (2013-2018) (Black)
$55⁹²
FREE Shipping



Autobahn88 Motorcycle Fuel Tank Cap, Keyless, Quick Lock/Release, for KTM 1090 Adventure R 2017-2019, (Blade Style) (Body-Handle-Cap =...
★★★★★ ▾ 1
$64⁹⁰
FREE Shipping



Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : 690 Duke (2008-2011) (Long Style : Red+Titanium/Handle+Adjuster)
$48⁰⁶
FREE Shipping



Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : 690 Enduro R (2014-2016) (Short Style : Red+Titanium/Handle+Adjuster)
$48⁰⁶
FREE Shipping



Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : Super Adventure 1290 (2015-2016) (Short Style :...
Automotive
$48⁰⁶
FREE Shipping



Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : 990 SuperDuke (2005-2013) (Long Style : Gold+Black/Handle+Adjuster)
Gold+Black
$48⁰⁶
FREE Shipping

  





amazon All Hello, [redacted] Account & Lists Returns & Orders Try Prime 0 Cart
Deliver to [redacted] Bensenville 60106 Holiday Deals Gift Cards Customer Service [redacted]'s Amazon.com Prime Video Best Sellers Browsing History Shop today's epic deals now

# ShoppingKool-US

ShoppingKool-US storefront

92% positive in the last 12 months (174 ratings)

**ShoppingKool is an aftermarket automotive and motorcycle performance parts manufacturer and wholesaler based in Hong Kong and Japan. We specialize in automotive and motorcycle *coilovers, engine cooling systems, exhaust systems, silicone hose kits, hood lift supports, hose lines and fittings, fasteners, Motorcycle levers, Motorcycle footpegs* and many other *performance parts*.**

www.amazon.com/autobahn88

Have a question for ShoppingKool-US?

Ask a question

## Detailed Seller Information

**Business Name:**SHOPPINGKOOL CAPITAL GROUP LIMITED
**Business Address:**
Room B, 17/F ., Nam Pak Hong Building , Bonham Strand West
Bonham Strand West 24, Sheung Wan
Hong Kong
Hong Kong
000000
HK

Feedback | Returns & Refunds | Shipping | Policies | Frequently Asked Questions | Help | Products

"*Product arrived in good order*"
By AradoBlue on August 24, 2020.

"*good*"
By Kindle Customer on August 19, 2020.

"*Exactly what I was looking for.*"
By ETHER35L on August 19, 2020.

"*NOT a good experience dealing with this seller*"
By idk on August 18, 2020.

"*I am very happy with the seller good customer service*"
By Kevin Chang on August 15, 2020.

Previous Next

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 88% | 92% | 96% |
| Neutral | 0% | 0% | 1% | 1% |
| Negative | 0% | 13% | 7% | 3% |
| Count | 12 | 32 | 174 | 1,266 |

Leave seller feedback | Tell us what you think about this page

Inspired by your browsing history Page 1 of 9

KontrolFreek FPS Freek Galaxy Purple for… KontrolFreek 7,253 PlayStation 4 $14.99

KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation 4… KontrolFreek 1,017 $11.99

KontrolFreek FPS Freek Galaxy White for Xbox… KontrolFreek 916 Xbox One 47 offers from $22.55

KontrolFreek FPS Freek Inferno for Xbox One… KontrolFreek 3,042 Xbox One $14.99

FMF Racing 11299 Wash Plug 1,403 $7.98

Top subscription apps for you Page 1 of 9

Disney+ Disney 381,844 $0.00
CBS Full Episodes and Live TV CBS Interactive 96,768 $0.00
STARZ Starz Entertainment 78,532 $0.00
Sling TV Sling TV LLC 46,725 $0.00
SHOWTIME Showtime Digital Inc. 22,585 $0.00

Your Browsing History View or edit your browsing history › Page 1 of 2

SIGN IN   **SHIPPING & PAYMENT**   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

<div align="right">

[ **Continue** ]

</div>

---

## Shipment 1 of 1

### Shipping from ShoppingKool-US  (Learn more)

Shipping to: ▇▇▇▇▇▇▇, 100 W ROOSEVELT AVE, BENSENVILLE, IL, 60106-4106 United States

- **Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : 690 Duke (2008-2011) (Long Style : Red+Titanium/Handle+Adjuster)**
  $48.06 - Quantity: 1
  Sold by: ShoppingKool-US

Change quantities or delete

**Choose a delivery option:**

- ● **Wednesday, Oct. 28 - Wednesday, Nov. 4**
  FREE Shipping
- ○ **Monday, Oct. 26 - Friday, Oct. 30**
  $20.00 - Shipping

---

<div align="right">

[ **Continue** ]

</div>

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS     PLACE ORDER

## Review your order

**Shipping address** Change
███████████
100 W ROOSEVELT AVE
BENSENVILLE, IL 60106-4106
United States
Phone: ███████

Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ]  [ Apply ]



**FREE TRIAL**

████████, we're giving you 30 days of Prime benefits for **FREE**

[ Try Prime FREE for 30 days › ]

**Estimated delivery:  Oct. 28, 2020 - Nov. 4, 2020**

Autobahn88 Motorcycle Clutch + Brake Lever Set for KTM : 690 Duke (2008-2011) (Long Style : Red+Titanium/Handle+Adjuster)
**$48.06**
Quantity: 1 Change
Sold by: ShoppingKool-US

[ 🎁 Add gift options ]

**Choose a delivery option:**
◉ **Wednesday, Oct. 28 - Wednesday, Nov. 4**
FREE Shipping
○ **Monday, Oct. 26 - Friday, Oct. 30**
$20.00 - Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                          $48.06
Shipping & handling:             $0.00
Total before tax:               $48.06
Estimated tax to be collected:*  $3.00

**Order total:                  $51.06**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



10/20/2020

‹ Back to results



Roll over image to zoom in

## Autobahn88 Motorcycle Footpeg (Front - GP-Type with 40mm-Extension) fits for KTM Duke 390 (2013-2018) (Black)

Brand: autobahn88

Price: **$55.92** & FREE Shipping

Get $50 off instantly: Pay $5.92 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ∨

Size: **KTM Duke 390 2013-2018 (Front)**

| KTM RC8 1190 /R 2008-2018 (Front) |
| KTM Duke 125 2011-2013 (Front) |
| KTM Duke 125 2011-2013 (Rear) |
| KTM Duke 200 2012-2013 (Front) |
| KTM Duke 200 2012-2013 (Rear) |
| KTM RC 250 2015-2016 (Front) |
| KTM RC 250 2015-2016 (Rear) |
| KTM Duke 390 2013-2016 (Rear) |
| **KTM Duke 390 2013-2018 (Front)** |
| KTM RC 390 2015-2018 (Front) |
| KTM RC 390 2015-2018 (Rear) |
| KTM 690 DUKE / R 2012-2018 (Front) |
| KTM 690 Duke / R 2012-2018 (Front) |
| KTM 990 Super Duke / R 2005-2012 (Front) |

Color: GP-40MM (Black) ∨

- Fitment fits for KTM Duke 390 (2013-2018)
- Includes one pair of motorcycle footpeg. This aftermarket footpeg is shorter than original footpeg. The length is 78mm (3.1 inch) for all types. The design is to avoid hitting the ground when cornering. It features 12-Adjustable Angles to customize riding posture
- Optional, there are choices of Extension Level of 25mm, 40mm and no-Extension. And there are various designs: STREET-Type, RACE-Type, GP-Type to showcase your personal style
- CNC machined made from T6061-T6 Aluminum Alloy. Bolts are Stainless steel
- Easy installation. Not include "OEM Pin and Spring". Require original parts for installation

› See more product details

⚐ Report incorrect product information.

**$55.92**
& **FREE Shipping**

Arrives: Oct 28 - Nov 4
Fastest delivery: Oct 26 - 30

**In stock.**
Usually ships within 3 to 4 days.

Qty: 1 ∨

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...  ShoppingKool-US
Sold by ...  ShoppingKool-US

☐ Add gift options

📍 Deliver to ▮▮▮ - Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

### Inspired by your recent shopping trends

Page 1 of 14

‹



Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM XCF EXC SX...
$18.99
Only 15 left in stock - orde...



Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever For KTM EXC EXCF SX SXF XC XCF...
$8.99



Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
$33.99



Motorcycle Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever For KTM 125 - 530...
$15.64



Motorcycle CNC Orange Brake Shifter Lever Pedal Step Tip For KTM Factory Editions SXF XCF 250...
$23.99



Foot Pegs Rest Pedal Footpegs For KTM 65 85 125 150 200 250 300 350 380 400 450 500...
$28.99



AnXin CNC Rear Bral Pedal Step Plate Tip KTM SX SX-F EXC-F XC-W EXC XC 85 129...
$9.99

›



≡ amazon | All ▾ | ktm | 🔍 | 🇺🇸 | Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 Cart 0

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Customer Service | ___.Amazon.com | Prime Video | Best Sellers | Browsing History ▾ | Buy Again | Shop tech gifts

‹ Back to results

See Automotive holiday deals — Shop now ▸



Roll over image to zoom in



## Autobahn88 Motorcycle Fuel Tank Cap, Keyless, Quick Lock/Release, for KTM 1090 Adventure R 2017-2019, (Blade Style) (Body-Handle-Cap = Black-Red-Black)

Brand: autobahn88
★★★★★ 1 rating

Price: $64.90 & FREE Shipping

Get $50 off instantly: Pay $14.90 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

**Size: 1090 Adventure R 2017-2019**

| 690 Duke 2012-2013 | 690 Duke R 2014-2017 |
| Adventure 950 2003-2005 | |
| 990 / 990R Super Duke 2005-2013 | |
| Adventure 990 2006-2013 | |
| 1090 Adventure R 2017-2019 | |

**Color: Blade Style: Black-Red-Black**


 



- Guarantee fitment fits for KTM 1090 Adventure R 2017-2019
- Keyless design; Quarter Turn quick Lock / release; built-in Venting System. It serves as direct replacement of the original parts with simple DIY installation
- Billet aluminum T6061-T6 light-weight material. CNC high precision machined. Hard anodized surface finish
- Includes high quality rubber seal to prevent spillage; and bolts for quick installation
- Designed and made in Taiwan. Colors of the product displayed in the monitor may deviate from actual product

› See more product details

💬 Report incorrect product information.

$64.90
& FREE Shipping
Arrives: Oct 28 - Nov 4
Fastest delivery: Oct 26 - 30

In stock.
Usually ships within 3 to 4 days.

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ... ShoppingKool-US
Sold by ... ShoppingKool-US

☐ Add gift options

📍 Deliver to ___ - Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

## Inspired by your recent shopping trends
Page 1 of 14

      

‹

Racing Orange CNC Billet Aluminum Gear Shifter, Shift Lever Arm for KTM XCF EXC SX...
$18.99
Only 15 left in stock - orde...

Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever For KTM EXC EXCF SX SXF XC XCF-W...
★★★☆ 35
$8.99

Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
★★★★ 13
$33.99

Motorcycle Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever For KTM 125 - 530...
★★★★★ 2
$15.64

Motorcycle CNC Orange Brake Shifter Lever Pedal Step Tip For KTM Factory Editions SXF XCF 250...
★★★★★ 7
$23.99

Foot Pegs Rest Pedal Footpegs For KTM 65 85 125 150 200 250 300 350 380 400 450 500...
★★★★ 14
$28.99

AnXin CNC Rear Brake Pedal Step Plate Tip KTM SX SX-F EXC-F XC-W EXC XC XCB 125...
★★★★ 36
$9.99

›

## You might also like
Page 1 of 13

Sponsored ⓘ

      

‹

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★ 43
$21.99 √prime

KTM Probend Handguard Set by Cycra OEM: U6910022
$53.99

KTM Factory Skid Plate (Black) 250/350 2015-2019 OEM: UPP1503020
$129.99

2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross
$43.95

KTM Skid Plate Poly Resin Quick Release KTM 150 2012-2013 OEM: 50303190000
$99.99

Brake Rotor Disc and Brake Pads fits KTM 250 EXC-F 2017-2019 Front RipTide
$55.95

KTM XW-Ring Chain (Orange) 520x118 2 2020 OEM: 79610965118EB
★★★★★ 1
$124.99

›

Case 1:20-cv-06677 Document 15 Filed 11/10/20 Page 252 of 498 PageID #:2412



Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Handguards





Roll over image to zoom in

   

## shuai for 7/8" Motorcycle Handguard Protector for KTM EXC SXF Honda CRF Yamaha YZF WR Kawasaki KXF KX Suzuki RM 22mm Hand Guard (Color : Black)

Brand: shuai

---

Price: **$47.66** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

Color: **Black**



- --Efficiently Protect Hands While Driving
- --Reduce your hands or fingers fatigue
- --Protect your hands from brush, rocks, mud and cold wind
- --Easy to install.Instruction is not included
- Aftermarket racing style offroad handguards

💬 Report incorrect product information.

**$47.66**
& FREE Shipping

Arrives: **Nov 17 - Dec 9**

Fastest delivery: Oct 30 - Nov 4

**In Stock.**

Qty: 1



Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...   shuaiyour
Sold by ...   shuaiyour

 Deliver to Bolingbrook 60440

Add to List

Add to Wedding Registry

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

Sponsored

---

## You might also like

Sponsored ⓘ

Page 1 of 11



| | | | | | |
|---|---|---|---|---|---|
| 7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for Kawasaki KX KLX... | Universal Motorcycles Handguards Handlebar Hand Brush Guards Handle Protector Wind ... | JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off R... | Hand Guards Handlebars Guard Handguard - Universal 7/8 inches 22mm and... | Handguards Hand Guards Guard Handguard - Universal 7/8 inches 22mm and... | 22mm Handgu Kawasa KX125 |
| ⭐⭐⭐⭐ 22 | ⭐⭐⭐⭐ 79 | ⭐⭐⭐⭐ 735 | ⭐⭐⭐⭐ 101 | ⭐⭐⭐⭐ 4 | ⭐⭐⭐ |
| $22.89 ✓prime | $17.99 ✓prime | $19.99 ✓prime | $24.99 ✓prime | $18.99 | $20.9 |

## Related products from Our Brands



Page 1 of 3













| | | | | | |
|---|---|---|---|---|---|
| Pinzon 6 Piece Blended Egyptian Cotton Bath Towel Set - Plum | Pinzon Velvet Plush Blanket - Twin, Chocolate | Pinzon Signature Cotton Heavyweight Velvet Flannel Sheet Set - Queen, Cream | Pinzon Organic Cotton Bathroom Towels, 6 Piece Set, Ivory | Pinzon Faux Fur Throw Blanket - 50 x 60 Inch, Ivory | Pinzon Count C Bed She Californi Pink |
| ★★★★☆ 14025 | ★★★★½ 6680 | ★★★★½ 6189 | ★★★★½ 5871 | ★★★★½ 3707 | ★★★☆ |
| $24.99 | $27.03 | $74.71 | $34.99 | $31.26 | $55.99 |

---

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $47.66**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

[ 🔍 Type your question or keyword ]

---

### Product description

Color: **Black**

Product Description
7/8" Motorcycle Handguard Protector

Product Details:
Material: Aluminum Alloy + Plastic
Color: Black, Green, Yellow, Orange, Blue, Red
Package Included:
1 x pair hand guards
Necessary mounting hardware included
Fitment:
Universal fitment part, will fits for most Street Motorcycles, Pit Bike, Dirt Bike, MX Motocross, Dual Sport , Adventure Motorcycles and ATV etc.
High-quality motorcycle accessories, specially designed to match your motorcycle.

---

### Product information

Color: **Black**

| Item Weight | 10.6 ounces |
|---|---|
| Manufacturer | shuai |
| ASIN | B08L348PN7 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please **click here**

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for related products



7:29

Installing handguards on 2008 Yamaha WR250F

JFG RACING



1:59

JFG-RACING Black Hand Guards Handguards

JFG RACING



1:53

JFG-RACING Black Handguards Hand Guards - Universal for 7/8"...

JFG RACING

Upload your video

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

No customer reviews

5 star ⬜ 0%
4 star ⬜ 0%
3 star ⬜ 0%
2 star ⬜ 0%
1 star ⬜ 0%

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

Sponsored

Sponsored

## Deals in magazine subscriptions

Page 1 of 8




**Reader's Digest**
★★★★☆ 60
Print Magazine
$5.00


**National Geographic Kids**
★★★★☆ 6,501
Print Magazine
$15.00


**OK! Magazine**
★★★★☆ 468
Print Magazine
$34.84


**National Geographic Little Kids**
★★★★☆ 2,165
Print Magazine
$15.00


**VegNews Magazine**
★★★★☆ 104
Print Magazine
$17.00



## Best sellers in Kindle eBooks

Page 1 of 6




**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★☆ 1,812
Kindle Edition
$14.99


**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
★★★★☆ 17,186
Kindle Edition
$4.99


**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
★★★★☆ 4,406
Kindle Edition
$4.99


**I Promise You: Stand-Alone College Sports...**
› Ilsa Madden-Mills
★★★★☆ 613
Kindle Edition
$2.99


**Spellbreaker**
› Charlie N. Holmberg
★★★★☆ 2,285
Kindle Edition
$4.99



## Your Browsing History   View or edit your browsing history ›

Page 1 of 2











Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | |



49-64 of 234 results for shuaiyour : "KTM"

Sort by: Featured ▼

**Brand**
shuai
Shuai



shuai for Motorcycle Fuel Mixture Screw for Keihin FCR Carburetor Fit for KTM SX-F XC-F XCF-W XC-W EXC MXC XC SX...

$27⁸⁰

FREE Shipping



shuai for Front Brake Line Hose Clamp Holder for KTM SX SXF Factory Ed XC XCF XCW XCFW EXC EXCF Six Days 85 125 150 20...

$36⁰²

FREE Shipping



shuai for Control Cover for Husqvarna TE300i TE250i 2019 TE 250 300 2014-2018 TC250 TX300 for KTM EXC SX XC XCW (Col...

$49⁷⁸

FREE Shipping



shuai for CNC Aluminum Magnetic Oil Drain Plug for KTM LC4-E 640 SMC 625/660 Supermoto 2004-2006 (Color Name : Sliver)

$40⁶⁸

FREE Shipping



shuai for Motorcycle CNC Radiator Water Pipe Cap for KTM Duke 125 200 250 390 RC200 RC250 RC390 RC 200 250 390 New

$36¹²

FREE Shipping



shuai for Motorcycle CNC Clutch Master Cylinder Reservoir Cover for KTM 690 950/990 Adventure/ABS 2003-2012

$33⁸⁶

FREE Shipping



shuai for Steering Stem Nut for KTM 625 690 950 990 SXC Duke Enduro SMC SMR Adventure Supermoto Superduke Freeride 350

$38⁴⁰

FREE Shipping



shuai for Clutch Cover Protection Cover for KTM 250 SX-F 250 XC-F 350 XC-F 2013 2014 2015

$42³⁶

FREE Shipping



shuai for Clutch Cover Protection Cover for KTM 250 XCF-W 350 XCF-W Freeride 350 2013-2016

$42³⁶

FREE Shipping



shuai for Water Pump Cover Protector Fits for KTM 350 XCF-W Freeride 350 2013 2014 2015 2016

$38⁵⁶

FREE Shipping



shuai for Water Pump Cover Protector Fits for KTM 250 SX-F 350 XC-F 2013-2015 250 XC-F 2014 15

$38⁵⁶

FREE Shipping



shuai for Water Pump Cover Protector Fits for KTM 250 EXC-F 350 XCF-W SIX Days 2014-2015 2016

$38⁵⁶

FREE Shipping



shuai for Clutch Cover Protection Cover for KTM 350 EXC-F/350 EXC-F SIX Days 2012-2015 2016

$42³⁶

FREE Shipping

10/24/2020





shuai for Orange CNC Clutch Master Cylinder Reservoir Cover for KTM 690 1050 1190 Adventure/R/ABS 1290 Super Adventure...

$40$^{84}$

FREE Shipping



shuai for 7/8" Motorcycle Handguard Protector for KTM EXC SXF Honda CRF Yamaha YZF WR Kawasaki KXF KX Suzuki RM 22mm...

$47$^{66}$

FREE Shipping



shuai for Brake Gear Shift Lever Pedal Tip for KTM 250 350 450 SXF SX-F XC-F XCF 2016 2017 2018 (Color : Orange)

$47$^{66}$

FREE Shipping



← Previous  1  2  3  **4**  5  ...  15  Next →

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search  What's this? ⌄

Page 1 of 3



Orange Motorcycle CNC Aluminum Adjustable Folding Extendable Brake Clutch Levers Fit...
★★★★☆ 16
$38.99



VersaTex Multi-Purpose Rubber Floor Mat for Indoor or Outdoor Use, Utility Mat for...
★★★★☆ 725
$21.99



Pit Posse Motorcycle ATV Metric Tool Kit - Wrenches, Screwdriver, Hex Set, Spark Plug...
★★★★½ 160
$47.95



MOTO4U Dirt Bike Fork Support Brace Transportation Protection 25cm for...
★★★★½ 101
$12.99



Astronaut NASA Nebula Galaxy Unisex Fashion Dustproof Face Decoration, Washable...
★★★★★ 4
$10.05



## Deals in magazine subscriptions

Page 1 of 8




Food Network Magazine



Women's Health

Shape

Stereophile



Real Simple





# shuaiyour

**shuaiyour storefront**
*Just launched* | No feedback yet

shuaiyour is committed to providing each customer with the highest standard of customer service.

Have a question for shuaiyour?

**Ask a question**

---

## Detailed Seller Information

**Business Name:** SHANXIZHIBANGTIANGUANSHANGMAOYOUXIANGONGSI
**Business Address:**
Unit 601, Family Building, Center for Disease Control and Prevention, Yuquan Road
Xianyang
Qindu District
Shaanxi Province
712000
CN

| Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact shuaiyour to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback    Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 8




**Rock & Gem**
★★★★☆ 80
Print Magazine
$23.96



**New York Magazine**
★★★★☆ 359
Print Magazine
$15.00



**Reader's Digest**
★★★★☆ 8,658
Print Magazine
$8.00



**National Geographic Little Kids**
★★★★☆ 2,165
Print Magazine
$15.00



**Real Simple**
★★★★☆ 6,990
Print Magazine
$10.00



## Best sellers in Kindle eBooks

Page 1 of 6



**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★☆ 1,812
Kindle Edition
$14.99



**If You Tell: A True Story of Murder, Family Secrets,...**
› Gregg Olsen
★★★★☆ 17,186
Kindle Edition
$4.99



**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
★★★★☆ 4,406
Kindle Edition
$4.99



**I Promise You: Stand-Alone College Sports...**
› Ilsa Madden-Mills
★★★★☆ 613
Kindle Edition
$2.99



**Spellbreaker**
› Charlie N. Holmberg
★★★★☆ 2,285
Kindle Edition
$4.99



Your Browsing History    View or edit your browsing history ›

Page 1 of 2



SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

> [ Continue ]

---

## Shipment 1 of 1

**Shipping from shuaiyour**   (Learn more)

Shipping to: ▮▮ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825
United States

- **shuai for 7/8" Motorcycle Handguard Protector for KTM EXC SXF Honda
  CRF Yamaha YZF WR Kawasaki KXF KX Suzuki RM 22mm Hand Guard
  (Color : Black)**
  $47.66 - Quantity: 1
  Sold by: shuaiyour

Change quantities or delete

### Choose a delivery option:

- ● **Tuesday, Nov. 17 - Wednesday, Dec. 9**
  FREE Shipping
- ○ **Friday, Oct. 30 - Wednesday, Nov. 4**
  $29.00 - Shipping

---

> [ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

.com

SIGN IN      SHIPPING & PAYMENT      GIFT OPTIONS      **PLACE ORDER**

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change

▮
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ▮

Add delivery instructions

**Payment method** Change

▭ ending in ▮

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]  [ Apply ]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                          $47.66
Shipping & handling:            $0.00
Total before tax:               $47.66
Estimated tax to be collected:* $2.98

**Order total:**                **$50.64**

How are shipping costs calculated?

**FREE** DELIVERY ▮ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery: Nov. 17, 2020 - Dec. 9, 2020**

shuai for 7/8" Motorcycle Handguard Protector for KTM EXC SXF Honda CRF Yamaha YZF WR Kawasaki KXF KX Suzuki RM 22mm Hand Guard (Color : Black)
$47.66
**Quantity:** 1  Change
Sold by: shuaiyour
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Tuesday, Nov. 17 - Wednesday, Dec. 9**
  FREE Shipping
○ **Friday, Oct. 30 - Wednesday, Nov. 4**
  $29.00 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon, Inc.



‹ Back to results



## shuai for Clutch Cover Protection Cover for KTM 250 SX-F 250 XC-F 350 XC-F 2013 2014 2015

Brand: shuai

Price: **$42.36** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- Product Details:
- -- Condition: 100% Brand New
- -- Qty: 1x Clutch Cover Protection Cover
- -- Material: ABS Plastic
- -- Color: Orange

▢ Report incorrect product information.



**$42.36**
& FREE Shipping
Arrives: **Nov 17 - Dec 9**
Fastest delivery: Oct 30 - Nov 4

**In Stock.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... shuaiyour
Sold by ... shuaiyour

◉ Deliver to Bolingbrook 60440

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?

**Sell on Amazon**

Roll over image to zoom in

    

---

## You might also like

Sponsored ⓘ

Page 1 of 17

**NEW OEM KTM PIT WORK MAT FLOOR MAT 3' X 6' SX XC EXC MINI XCW 79012906000**
★★★★★ 28
$103.99

**KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB**
★★★★★ 1
$124.99

**KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100**
★★★★☆ 17
$29.99

**NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX EXC SXF 5481096120004**
★★★★☆ 1
$83.99

**KTM Com KTM Cmp**
$20

---

## Related products from Our Brands



Page 1 of 3



‹ Back to results





## shuai for CNC Aluminum Magnetic Oil Drain Plug for KTM LC4-E 640 SMC 625/660 Supermoto 2004-2006 (Color Name : Sliver)

Brand: **shuai**

Price: **$40.68** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

Size: **Sliver**

- -- Condition: 100% Brand New
- -- Qty: 1x Magnetic Oil Drain Bolt
- -- Material: 6061-T6 Aluminum
- -- Color: As Pic Shown
- -- Size:M22X1.5

⚐ Report incorrect product information.

**$40.68**
& FREE Shipping

Arrives: Nov 17 - Dec 9
Fastest delivery: Oct 30 - Nov 4

**In Stock.**

Qty: 1 ⌄

| Add to Cart |
| Buy Now |

🔒 Secure transaction

Ships from ...        shuaiyour
Sold by ...           shuaiyour

⊙ Deliver to Bolingbrook 60440

| Add to List |
| Add to Wedding Registry |

Share ✉ f 🐦 📌

Have one to sell?

| Sell on Amazon |



Roll over image to zoom in





---

## You might also like

Sponsored ⓘ                                                    Page 1 of 17

NEW OEM KTM RADIATOR DIGITAL FAN KIT 250 300 350 400 450 530 2017...
★★★★★ 7
$184.99

2003 2004 2005 2006 2007 fits KTM 525 EXC CZ 520 MX Gold Chain 120L
$79.20

KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
$124.99

2003 2004 2005 2006 2007 fits KTM 525 EXC 13 Tooth Front Sprocket
$18.95

KTM Micr Poly - Mu
★★
$26

## Related products from Our Brands



Stone & Beam
*Exclusively on Amazon*

Page 1 of 3



Automotive › Motorcycle & Powersports › Parts › Lights › Turn Signal Assemblies & Lenses

## shunyang 4Pcs 14 LED Mini Arrow Light Motorcycle 12V Indicators Turn Signal Lights Blinker Amber Light for Yamaha Honda Suzuki Kawasaki Harley Davidson DUCATI BMW KTM BUELL APRILIA

Brand: shunyang

★★★★☆  62 ratings | 6 answered questions

Price: **$15.64** & FREE Shipping

Get $50 off instantly: Pay $0.00 $15.64 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Size: 4Pcs**

| 2Pcs | 2Pcs Amber | **4Pcs** | 4Pcs Amber | 4Pcs Amber+Cold White |
| 4Pcs Amber+Red | 4Pcs Blue | 4Pcs Cold White +Red | 4Pcs Green |
| 4Pcs Red | 4Pcs White Amber | 4Pcs Yellow Blue | 4Pcs 14 LED |

**Color: 14 LED Amber**

- 4Pcs of motorcycle turn signals. Black in color, Arrow shaped, LED light, Motorcycle turn signal indicator blinkers. Can be used/mounted on the front and rear as turn signals, Brake lights, Running lights, Or stop lights.
- Size approx 8.5cm*2.7cm (3.34"*1.06"), Mounting bolt thread - 10mm, Light source: 56Pcs × super bright LEDs (14LEDs/bulb). Materials - black spear ABS housing & clear lens, Lights color - amber, Working voltage - DC 12V.
- Universal for most of motorcycles such as Honda Harley Yamaha Suzuki Kawasaki. Pls refer to the size and check the compatibility before purchase.
- Easy to Install--- 2-wire connection,Can be used as front or rear turn signals, Black wire ▬ negative, Yellow wire ▬ positive, And you do not need to distinguish between the left and right direction.
- IP65 Waterproof, Material in Durable and Waterproof Plastic, Make it Resistant to Water Damage.Shunyang Motorcycle Turn Signal Light offer 1 year warranty , Perfect after-sale service. Please do not hesitate to contact us if any quality issue or you are not happy with your purchase.

→ See more product details

Compare with similar items

### Consider this Amazon's Choice product that delivers quickly

**Amazon's Choice**

Kinstecks 4PCS Motorcycle Indicators Flowing Turn Signal Lights Motorbike Turning Indicators 12V 12 LEDs Bulbs for Motorcycle Motorbike Scooter Quad Cruiser Off Road-Y Shape
$16.99 ✓prime
★★★★☆ (990)

$15.64
& **FREE Shipping**

Arrives: Nov 13 - Dec 7

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from … shunyang_led
Sold by … shunyang_led

📍 Deliver to Bensenville 60106

**Add to List**

Share ✉ f ☰ y P

Have one to sell?

**Sell on Amazon**

---

### Frequently bought together



Total price: **$25.63**

**Add both to Cart**

**Add both to List**

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** shunyang 4Pcs 14 LED Mini Arrow Light Motorcycle 12V Indicators Turn Signal Lights Blinker Amber...  $15.64
☑ AUDEW 2-Pin Electronic Turn Signal Flasher Relay Fix Motorcycle Turn Signal Hyper Flash $9.99

### Inspired by your recent shopping trends








4 X Motorcycle Motorbike Turn Signal LED Light Indicator For

PBYMT Motorcycle Bullet Turn Signal Light Amber Lamp Compatible for

Motorcycle Mirrors, Universal 10mm Chrome Motorcycle Rear View

Evomosa Mini Stalk Arrow Light Motorcycle Turn Signals Lights

INNGLOW Motorcycle Turn Signal Lights Bulb Amber Universal

Turn Signal Light Justech 4PCs 12V Universal Waterproof Motorcycle

## Exclusive items from our brands








AmazonBasics Battery Charger 12 Volt 800mA
★★★★☆ 1,017
$20.07
Temporarily out of stock.

Marsauto 194 LED Light Bulb 6000K 168 T10 2825 5SMD LED Replacement Bulbs for...
★★★★☆ 6,812
#1 Best Seller in Automotive License Plate Light...
$9.99

KUFUNG Trickle Charger for 12 Volt Batteries, 12V 5A Smart Automatic Battery Charger, Deep...
★★★★☆ 331
$33.99
Only 19 left in stock - orde...

JYFT Solar Panel Cable Connectors (Compatible with MC4) Male/Female IP67 30A 1000V DC...
★★★★☆ 108
$7.59

AmazonBasics Ni-MH AA & AAA Battery Charger With USB Port for Rechargeable Batteries
★★★★☆ 9,192
$16.49

AmazonBasics Rapid USB Battery Charger for AA/ AAA Ni-MH - White
★★★★☆ 2,747
$15.92

## Compare with similar items

| | This item shunyang 4Pcs 14 LED Mini Arrow Light Motorcycle 12V Indicators Turn Signal Lights Blinker Amber Light for Yamaha Honda Suzuki Kawasaki Harley Davidson DUCATI BMW KTM BUELL APRILIA | Evomosa Mini Stalk Arrow Light Motorcycle Turn Signals Lights Universal Motorbike LED Indicator Blinker Amber Lamp for Harley BWM Yamaha Honda (2 pcs) | LemonBest 4pcs 12V Universal Motorcycle Motorbike Turn Signal Indicator Blinker Amber Light Dual Color 12 Led Blue Amber Lamp for Yamaha Honda Suzuki Kawasaki | Cynemo Motorcycle Led Turn Signal Lights Blinkers Front Rear Indicators for Motorbike Yamaha Scooter Harley Cruiser Honda Kawasaki BMW Suzuki(1Pair,Pack of 2) |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (62) | ★★★★☆ (332) | ★★★★☆ (296) | ★★★★☆ (208) |
| Price | $15.64 | $14.99 | $13.99 | $12.99 |
| Sold By | shunyang_led | Evomosa | Lemonbest | Cynemo |
| Color | 14 LED Amber | Black-Smoke | Black | 1.Red light,rear |
| Size | 4Pcs | — | 10.8*2.8*3cm | — |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $15.64**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

Size:**4Pcs**  |  Color:**14 LED Amber**

### Technical Details

| Manufacturer | Shunyang |
|---|---|
| Brand | Shunyang |
| Item Weight | 3.2 ounces |
| Package Dimensions | 5.12 x 2.36 x 2.36 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | May11-0053 |

### Additional Information

| ASIN | B07F9WJMMD |
|---|---|
| Customer Reviews | ★★★★☆ 62 ratings<br>4.0 out of 5 stars |
| Best Sellers Rank | #66,262 in Automotive (See Top 100 in Automotive)<br>#104 in Powersports Turn Signals |
| Date First Available | July 6, 2018 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

### Related video shorts (0)    Upload your video



**Be the first video**

Your name here

### Product description

Size:**4Pcs** | Color:**14 LED Amber**

Specifications:
Usage: Turn signal / Indicator lights
Connection: 2 wire
Voltage: 12V
Compatibility: universal
Actual lamp dimensions - length x width: 8.5cmx 2.7cm (3.34"*1.06")
Cable length: 20cm (7.88")

Benefits: Long-lasting
Faster on/off response time
Smart casing
Easy to fits
Waterproof

Compatibility: Universal
For Honda All Models & Years ( Front or Rear)
For Yamaha All Models & Years ( Front or Rear)
For Suzuki All Models & Years ( Front or Rear)
For Kawasaki All Models & Years ( Front or Rear)
For BMW All Models & Years ( Front or Rear)
For KTM All Models & Years ( Front or Rear)
For DUCATI All Models & Years ( Front or Rear)
For BUELL All Models & Years ( Front or Rear)
For APRILI All Models & Years ( Front or Rear)
For Actual lamp dimensions - As picture show

Package Included:
4 x Motorcycle Turn Signal led Indicators Lights

### Customers who viewed this item also viewed

     

| | | | | | |
|---|---|---|---|---|---|
| LemonBest 4pcs 12V Universal Motorcycle Motorbike Turn Signal Indicator Blinker... | Evomosa Mini Stalk Arrow Light Motorcycle Turn Signals Lights Universal Motorbike... | Kinstecks 4PCS Motorcycle Indicators Flowing Turn Signal Lights Motorbike... | 4 X Motorcycle Motorbike Turn Signal LED Light Indicator For Yamaha Honda Suzuki... | Bompa 2pcs LED Turn Signal Lights Motorcycle Indicators Blinker Amber LED Light for... | OXMART Motorcycle Turn Signals 2pcs LED Rear Turn Signals Amber Turn Signals Universal... |
| ★★★★☆ 296 | ★★★★☆ 332 | ★★★★½ 990 | ★★★★☆ 443 | ★★★☆☆ 19 | ★★★★☆ 132 |
| $13.99 | $14.99 | $16.99 | $14.54 | $10.99 | $11.49 |
| | | | Only 14 left in stock - orde... | | |

### Sponsored products related to this item

      

| | | | | | | |
|---|---|---|---|---|---|---|
| [New Version]Kinstecks 4PCS Motorcycle Indicators Flowing Turn Signal Lights Motorb... | Motorcycle LED Turn Signal Lights Universal Motorbike Scooter Blinker Front Rear Li... | BLUERICE Universal Motorcycle Turn Signals Bullet Blinker Indicator Lights Amber La... | Acelane Motorcycle Indicator Lights Flowing Turn Signal Lights Blinkers Brake L... | BASIKER Motorcycle Running Lights Turn Signals Mini LED Side Marker Lights for Moto... | Auxbar 4PCS Motorcycle Sequential Flowing Turn Signal Lights Motorbike 12V LED Turn... | Justech 4pcs Unive Flowing Waterpro Motorcycle Motorb LED Turn Signal Ind... |
| ★★★★★ 1 | ★★★★★ 2 | $9.85 ✓prime | ★★★★½ 27 | ★★★★☆ 19 | ★★★★★ 2 | ★★★★☆ 45 |
| $17.99 ✓prime | $12.88 ✓prime | | $16.99 ✓prime | $13.88 ✓prime | $15.99 ✓prime | $16.99 ✓prime |

Ad feedback ☐

## Customer questions & answers

🔍 Have a question? Search for answers

**Question:** Will these fit my 2007 kawasaki ex250

**Answer:** This turn signal light for universal.this light voltage is 12V

By shunyang_led SELLER on September 2, 2019

**Question:** Will these fit my 2007 suzuki c50t?

**Answer:** These light for motorcycle universal.

By shunyang_led SELLER on June 11, 2019

**Question:** On models with a running light, does this light shut off when the turn signal is activated?

**Answer:** Such as the daytime running light (white) with Turn signal light(Amber).they can't turn up at same time

By shunyang_led SELLER on February 18, 2020

**Question:** Relayed these require an led relay or is the built in relay all that is needed? my bike currently does not have led signals.

**Answer:** this turn signal for 12V Dc.this light can work with relay.also it can without relay.

By shunyang_led SELLER on April 14, 2020

∨ See more answers (2)

[ See more answered questions (2) ]

## Customer reviews

★★★★☆ 4 out of 5

62 global ratings



| | | |
|---|---|---|
| 5 star | | 54% |
| 4 star | | 15% |
| 3 star | | 16% |
| 2 star | | 5% |
| 1 star | | 10% |

∨ How are ratings calculated?

## Customer images

   

See all customer images

[ Top reviews ▾ ]

### Top reviews from the United States

David

★★☆☆☆ **Not very bright**

Reviewed in the United States on May 29, 2019

Size: 4Pcs   Color: Amber   |   Verified Purchase

These blinkers worked well, but were not very bright. I've replaced them with some brighter ones. In California, blinkers must be visible for 350 feet in the daytime, and I wasn't sure if these met that requirement. Shipping time was very good.

One person found this helpful

 [ Helpful ]   |   Comment   |   Report abuse

Nick

★★★★★ **Looks great**

Reviewed in the United States on April 14, 2019

Size: 2Pcs Amber   Color: 2Pcs Amber   |   Verified Purchase

Very easy to install. I have a 2000 Yamaha R6 and I did not need any in-line resistors. I do have the LED signal relay and the lights blink at normal speed. It looks great, with the oscillating movement of the lights and its easy to spot, even during daylight hours.

 [ Helpful ]   |   Comment   |   Report abuse

team slow

★☆☆☆☆ **one of them arrived broken and the first installed pair have an intermittent problem**

Reviewed in the United States on June 20, 2019

Size: 4Pcs   Color: 12 LED Amber   |   Verified Purchase

They don't always come on, strange issue...

One person found this helpful

 [ Helpful ]   |   Comment   |   Report abuse

Amanda & Guillermo

★★★★★ **Not to bad. Worth it**

Reviewed in the United States on January 9, 2020

Size: 4Pcs   Color: Amber   |   Verified Purchase

Took over a month to get here but im happy with them. Cant wait going on the ninja ex250



 [ Helpful ]   |   Comment   |   Report abuse

steve moss

★☆☆☆☆ **You get what you pay for.**

Reviewed in the United States on October 2, 2020
Size: 2Pcs Amber | Color: 2Pcs Amber | Verified Purchase

Garbage, one light worked halfway the other light did not work at all.

Helpful | Comment | Report abuse

 Devars Woods
★★★★☆ **Decent but amber doesn't work**
Reviewed in the United States on August 20, 2020
Size: 4Pcs White Amber | Color: 4Pcs White Amber | Verified Purchase

They look good but I can't get the amber lights to work it only flashes white. They still look good though.

Helpful | Comment | Report abuse

Belizario Martinez
★★★★★ **Nice look, easy to install**
Reviewed in the United States on September 23, 2018
Size: 2Pcs Amber | Color: 2Pcs Amber | Verified Purchase

Nice look,easy to install.

Helpful | Comment | Report abuse

Erik Schoepke
★★★★☆ **Ok**
Reviewed in the United States on December 22, 2018
Size: 2Pcs Amber | Color: 2Pcs Amber | Verified Purchase

Ok

Helpful | Comment | Report abuse

See all reviews ›

### Top reviews from other countries

Adam
★☆☆☆☆ **Long delivery to the max**
Reviewed in Canada on May 28, 2020
Size: 4Pcs Cold White +Red | Color: 4Pcs Cold White+Red | Verified Purchase

After 45 days the part is now two days late and when I contacted the seller they had no information on where it might be. Since it was allegedly in canada they could not track it and told me to contact my local post... well Candada is not exactly a small country so where exactly am I to contact? Not impressed with the seller at all.

One person found this helpful

Report abuse

See all reviews ›

---

## Deals in magazine subscriptions

Page 1 of 6



**Highlights for Children**
★★★★☆ 2,012
Print Magazine
$34.99



**Harper's Bazaar**
★★★★☆ 677
Print Magazine
$5.00



**National Geographic Kids**
★★★★☆ 6,336
Print Magazine
$30.00



**Cosmopolitan**
★★★★☆ 15
Print Magazine
$6.00



**Reader's Digest**
★★★★☆ 56
Print Magazine
$5.00



**Vanity Fair**
★★★★☆ 8
Print Magazine
$5.00



**National Magazin**
★★★★☆
Print Mag
$39.00

 

## Inspired by your browsing history

Page 1 of 6

     

2-Pin Electronic LED Flasher Relay FIX Motorcycle Turn Signal Bulbs Hyper Flash
★★★★☆ 558
$9.99

Kawell Motorcycle Switch Light Turn Signal Switch Dirt Bike Horn Head Light 7/8 Inches…
★★★★☆ 369
$9.99

CICMOD Rear Fender Mount Red LED Tail Light Brake Lamp Turn Signals License Plate…
★★★☆☆ 75
$18.99

Kuryakyn 4709 Motorcycle LED Lighting Component: Diode Kit Wire Assembly for…
★★★★☆ 158
$15.84

surpassme Motorcycle Grips Non Slip Rubber Bar End Thruster Grip 7/8" 22mm 24mm…
★★★★☆ 608
$9.99

Motorcycle Flasher Relay, Sdootauto 2 Pcs 12V 2-Pin Adjustable Flasher Turn Signal LED…
★★★★☆ 276
$10.99

PerfecTech Motorcy Turn Sig Indicato
★★★★☆
$7.60

**Your Browsing History** **View or edit your browsing history** → Page 1 of 2

See personalized recommendations

Sign in

New customer? Start here.

       

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 English | United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



☰ **amazon**

All ▾ | 🔍

Deliver to Bensenville 60106

Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

# shunyang_led

shunyang_led storefront
★★★★⯪ | 90% positive in the last 12 months (52 ratings)

shunyang_led is committed to providing each customer with the highest standard of customer service.

Have a question for shunyang_led?
Ask a question

---

## Detailed Seller Information

**Business Name:** Guangzhou Shun Yang Electronic Technology Co., Ltd
**Business Address:**
034 layers of overhead layer in trading square
Yongfu Road, 40, grand international
Guangzhou
Guangdong
510095
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

★☆☆☆☆ "been waiting for my package since april .... I think its a scam "
By Hisham Khashman on July 8, 2020.

★★★★★ "Perfect left at door step with photo directly to my phone "
By 3RIC547 on June 17, 2020.

★★★★★ "As shown/described "
By Colin Larimer on June 16, 2020.

★★☆☆☆ "Barely any light output. And extremely flimsy "
By scott mowery on June 13, 2020.

★☆☆☆☆ "Hi, the delivery delay now is 3 month, how many more time I need to wait? please advice. "
By Edmundo on June 8, 2020.

Previous  Next

|         | 30 days | 90 days | 12 months | Lifetime |
|---------|---------|---------|-----------|----------|
| Positive | 100% | 100% | 90% | 90% |
| Neutral | 0% | 0% | 2% | 1% |
| Negative | 0% | 0% | 8% | 8% |
| Count | 3 | 6 | 52 | 83 |

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 6


2-Pin Electronic LED Flasher Relay FIX Motorcycle Turn Signal Bulbs Hyper Flash
★★★★☆ 558
$9.99


Kawell Motorcycle Switch Light Turn Signal Switch Dirt Bike Horn Head Light 7/8 Inches Handlebar...
★★★★☆ 369
$9.99


CICMOD Rear Fender Mount Red LED Tail Light Brake Lamp Turn Signals License Plate Light for...
★★★☆☆ 75
$18.99


Kuryakyn 4709 Motorcycle LED Lighting Component: Diode Kit Wire Assembly for Metric Motorcycles...
★★★★☆ 158
$15.84


surpassme Motorcycle Grips Non Slip Rubber Bar End Thruster Grip 7/8" 22mm 24mm...
★★★★☆ 608
$9.99


Motorcycle Flasher Relay, Sdootauto 2 Pcs 12V 2-Pin Adjustable Flasher Turn Signal LED Flasher Relay...
★★★★☆ 276
$10.99


PerfecT Motorcy Signal L Mount I
★★★★
$7.60

## Top subscription apps for you

Page 1 of 6


Disney+
Disney
★★★★☆ 381,844
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 96,768
$0.00


STARZ
Starz Entertainment
★★★★☆ 78,533
$0.00


Sling TV
Sling TV LLC
★★★★☆ 46,725
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,585
$0.00


Philo: Live & On-Demand TV
PHILO
★★★★☆ 64,180
$0.00


ABCmo Learnin
Age of L
★★★★
$0.00

---

**Your Browsing History** View or edit your browsing history ›

Page 1 of 2

See personalized recommendations
Sign in
New customer? Start here.



amazon

shunyang_led    KTM

Hello, Sign in
Account & Lists ▾    Returns & Orders    Try Prime ▾    0 Cart

Deliver to Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping    Registry    Sell    Coupons

10 results for shunyang_led : "KTM"

Sort by: Featured ▾

**Brand**
shunyang



shunyang Motorcycle License Plate Bracket Holder LED Tail Light Universal Fender Eliminator Kit 6 LEDs Adjustable Universal for Honda KTM Yamah...
Silver
$25.88
Save 5% with coupon
FREE Shipping

shunyang 4Pcs 14 LED Mini Arrow Light Motorcycle 12V Indicators Turn Signal Lights Blinker Amber Light for Yamaha Honda Suzuki Kawasaki...
★★★★☆ ⌄ 62
14 LED Amber
$15.64
FREE Shipping
Price may vary by color





shunyang 2PCS White LED Motorcycle Car License Plate Screw Blot Light Eagle Eye Lamp Universal Motorcycle SMD LED Screw Wiring Bolt-on 56...
★★★★☆ ⌄ 24
$7.29
Get it as soon as Wed, Oct 21
FREE Shipping on your first order shipped by Amazon
Only 10 left in stock - order soon.

shunyang Moto Gear Motorcycle Kickstand Pad Durable Kick Stand Support Plate Helps Park Your Bike on Hot Pavement, Grass, Soft Ground...
★★★★☆ ⌄ 35
Black
$7.62
Get it as soon as Wed, Oct 21
FREE Shipping on your first order shipped by Amazon
Price may vary by color


  

shunyang Motorcycle Headlight U7 LED Spotlight Fog Lights DRL Auxiliary Driving Lights White Halo Ring Hi/Low Beam Strobe With Switch...
★★★★★ ⌄ 9
White
$23.88
FREE Shipping




shunyang LED Flush Mount Turn Signal Light Side Marker Lamp 9 LED Bulbs 12V Triangle Smoke Flush Mount Blinkers Indicator Lights...
★★★★☆ ⌄ 4
$9.22
Get it as soon as Wed, Oct 21
FREE Shipping on your first order shipped by Amazon
Only 9 left in stock - order soon.





2PC Flexible Switchback Dual-Color White & Amber Motorcycle LED Fork Turn Signal Blinkers DRL Daytime Running Light Waterproof Adjustable...
$12.66
Save 5% with coupon
FREE Shipping





## Choose your shipping options

Continue

---

**Shipment 1 of 1**

**Shipping from shunyang_led**   (Learn more)

Shipping to:  ▮▮▮▮  1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **shunyang 4Pcs 14 LED Mini Arrow Light Motorcycle 12V Indicators Turn Signal Lights Blinker Amber Light for Yamaha Honda Suzuki Kawasaki Harley Davidson DUCATI BMW KTM BUELL APRILIA**
  $15.64 - Quantity: 1
  Sold by: shunyang_led

Change quantities or delete

---

**Choose a delivery option:**

○ **Friday, Nov. 13 - Monday, Dec. 7**
  FREE Shipping

Continue

---

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

**AMAZON**.COM

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

▮▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮▮▮▮
Add delivery instructions

**Payment method** Change
▮▮ ending in ▮▮

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[Enter Code]   Apply

| | |
|---|---|
| **Order Summary** | |
| Items: | $15.64 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.64 |
| Estimated tax to be collected:* | $0.98 |
| **Order total:** | **$16.62** |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

How are shipping costs calculated?

**FREE TRIAL**

▮▮▮▮, we're giving you 30 days of Prime benefits for FREE    Try Prime FREE for 30 days ›

**Estimated delivery:** Nov. 13, 2020 - Dec. 7, 2020



shunyang 4Pcs 14 LED Mini Arrow Light Motorcycle 12V Indicators Turn Signal Lights Blinker Amber Light for Yamaha Honda Suzuki Kawasaki Harley Davidson DUCATI BMW KTM BUELL APRILIA
$15.64
**Quantity:** 1 Change
Sold by: shunyang_led
Gift options not available.

**Choose a delivery option:**
◉ **Friday, Nov. 13 - Monday, Dec. 7**
   FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of receipt new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.





‹ Back to results

## shunyang Motorcycle License Plate Bracket Holder LED Tail Light Universal Fender Eliminator Kit 6 LEDs Adjustable Universal for Honda KTM Yamaha Suzuki Ducati

Brand: shunyang



Price: **$25.88** & FREE Shipping

Coupon ☐ Save an extra 5% when you apply this coupon. Details

Get $50 off instantly: Pay $0.00 $25.88 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Silver**

| | | | |
|---|---|---|---|
| $25.88 | $25.88 | $25.88 | $25.88 |
| $25.88 | | | |

Roll over image to zoom in

- The adjustable range of the mounting hole is 30-135mm.The license plate holder kit is universal & amazing for most of motorcycle models, suitable for Harley for Honda for Yamaha for Suzuki for Kawasaki for Victory for Triumph for Aprilla for Vespa and Most Other Models with through hole license plate mounting systems.
- 3 Wires Connection System : Black Wire for Ground, Blue Wire for White License Plate Light, Red Wire for Flash White Light.
- Motorcycle plate bracket can adjust the horizontal angle different from the ground for getting the best view of road legal. Universal fender eliminator with length adjusts function help to avoid scratching the exhaust or rear seat. The installation position of the license plate can be moved up and down, choose a suitable installation position to fit the different sizes of license plate.
- This fender eliminator kit come with a license plate LED light. No need to buy separately. It can clearly highlight the license plate in the night driving.
- Easy To Install. LED Tail Light Eliminator with 3 LEDs, high light output but low power consumption, super bright & it will flash when braking.

› See more product details



**$25.88**
& FREE Shipping
Arrives: Nov 9 - Dec 2

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction
Ships from ... shunyang_led
Sold by ... shunyang_led

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

### Inspired by your recent shopping trends
Page 1 of 14


4 X Motorcycle Motorbike Turn Signal LED Light Indicator For Yamaha Honda Suzuki...
★★★★☆ 443
$14.54
Only 14 left in stock - orde...


PBYMT Motorcycle Bullet Turn Signal Light Amber Lamp Compatible for Chopper Bobber...
★★★★☆ 32
$23.90


Motorcycle Mirrors, Universal 10mm Chrome Motorcycle Rear View Side Mirrors Handle...
★★★★☆ 300
$25.99


Evomosa Mini Stalk Arrow Light Motorcycle Turn Signals Lights Universal Motorbike...
★★★★☆ 332
$14.99


INNOGLOW Motorcycle Turn Signal Lights Bulb Amber Universal Incandescent Lens...
★★★★☆ 258
$16.99
Only 7 left in stock - order...


Turn Signal Light Justech 4PCs 12V Universal Waterproof Motorcycle Motorbike Turn Signal...
★★★★★ 5
$19.99
Only 8 left in stock - order...

### Sponsored products related to this item
Page 1 of 13


Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime


Qiilu Motorcycle License Plate Bracket Holder LED Tail Light Universal Fender Elimi...
★★★★☆ 2
$38.99 ✓prime


Hunter-Bike Universal Fender Eliminator CNC Aluminum License Plate Holder Bracket w...
$29.88 ✓prime


Worldmotop Motorcycle Adjustable Fender Eliminator Universal for Yamaha Kawasaki H...
$29.88


Universal Motorcycle License Plate Holder Fender Eliminator with Aluminium LED Tail...
★★★★☆ 14
$39.99 ✓prime


12V Motorcycle Taillight, License Plate Mount Bracket with LED Brake Light Universa...
$11.09

Ad feedback ✉

### Special offers and product promotions
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$0.00** instead of $25.88! Get a **$50 Amazon Gift Card** instantly upon approval for the Amazon Rewards Visa Card. Apply now

See Automotive holiday deals Shop now›





Automotive > Motorcycle & Powersports > Parts > Controls > Levers > Brake

## For KTM 390 Duke/RC390 2013-2018 for KTM 125 Duke/RC125 2014-2018, Motorcycle Accessories Adjustable Folding Brake Clutch Lever (Orange)

Brand: Sinkees

★★★★☆ 1 rating

Price: **$36.38**



Get $50 off instantly: Pay $0.00 $36.38 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color: Orange**

 $36.38    $36.38    $36.38    $36.38

 $36.38   $36.38   $36.38   $36.38

- Lightweight and aerodynamic design
- 90 degrees foldable design
- Design of 3D effect to enhance the awesome apperance of your motorcycle to a great extent
- Adjustable positions provide with ultimate rider comfort
- Fitment: for KTM 390 Duke 2013-2018, RC390 2013-2018, 200 Duke 2014-2016, RC200 2014-2016, RC125 2014-2018, 125 Duke 2014-2018

› See more product details



**$36.38**

$4.99 delivery: Nov 12 - Dec 4

In Stock.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...   Sinkees
Sold by ...   Sinkees

Return policy: This item is returnable ⌄

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $5.22

 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

### Sponsored products related to this item
Page 1 of 3

for KTM 390 Duke 2013-2016 for KTM RC125/RC200/RC390 2014-2016 Motorcycle...
★★★★☆ 4
$24.08

For Duke 390 2013-2018 For RC125 RC200 RC390 2014-2018 For Duke 250 2017-2018 Motor...
★★★★☆ 4
$39.99

Strada 7 Motorcycle Throttle Lock/Cruise Control for KTM 390 Duke / RC390
$44.95

Motorcycle Accessories Motorbike Front Rear Fork Wheel Frame Slider Crash Pads Prot...
★★★☆☆ 4
$17.99

Road Passion High Performance Oil Filter for KTM 200 Duke 200 2012-2018 450 XC-W...
★★★★★ 1
$8.99

Ad feedback 💬

### Special offers and product promotions
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $36.38!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?
Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information
Color:Orange

### Technical Details

| Manufacturer | Sinkees |
|---|---|
| Brand | Sinkees |
| Manufacturer Part Number | SKS-NJ-008-F16/KL |

### Additional Information

| ASIN | B07QNG4F6S |
|---|---|
| Customer Reviews | ★★★★☆ 4.0 out of 5 stars   1 rating |
| Best Sellers Rank | #3,341,976 in Automotive (See Top 100 in Automotive) #6,200 in Powersports Brake Levers |
| Date First Available | April 19, 2019 |

### Warranty & Support
Product Warranty: For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for related products

‹



`0:29`

Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever

GOOFIT



`0:59`

Motorcycle CNC brake clutch levers

FXCNC Racing



`0:28`

7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir…

Feiteplus



`0:29`

WOOSTAR- How to install a Clutch Brake Bump Lever Assembly for…

WOOSTAR DIRECT US



Street Brake L…

TARAZON-Moto

›

[ Upload your video ]

---

## Product description

Color: **Orange**

Lightweight and aerodynamic design
90 degrees foldable design
Design of 3D effect to enhance the awesome apperance of your motorcycle to a great extent
Adjustable positions provide with ultimate rider comfort

Condition: new
Material: CNC aluminium alloy
Color: red, blue, gold, black, silver, green, orange, gray
Package includes: 1 pair of motorcycle levers (brake & clutch)

Fitment:
For KTM 390 Duke 2013-2018
For KTM RC390 2013-2018
For KTM 200 Duke 2014-2016
For KTM RC200 2014-2016
For KTM RC125 2014-2018
For KTM 125 Duke 2014-2018

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

★★★★☆ 4 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 100% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

No customer reviews

There are 0 customer reviews and 1 customer rating.

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customers who searched for "emoji" ultimately bought

Page 1 of 2








LovesTown Mini Emoji Keychain Set, 80pcs Emoji Party Favors for Kids Emoticon Plush...
★★★★☆ 32
$12.99

Emoji Universe: Emoji LED Rings, 24 Count
★★★★☆ 359
$11.95

36 Styles Metallic Glitter Emoji Temporary Tattoos for Kids, Emoji Birthday Party Supplies Games...
★★★★☆ 3
$5.99

Dreampark Emotion Keychain Mini Cute Plush Pillows, Christmas / Birthday Party...
★★★★☆ 740
$10.99

Dreampark 80 Pack Mini Emotion Keychain Plush, Party Favors for Kids, Christmas / Birthday...
★★★★☆ 182
$32.99

## Inspired by your browsing history

Page 1 of 8








Laugh Till You Cry Emoji Pillow 12.5 Inch Large Yellow Smiley Emoticon
★★★★☆ 584
$9.95

Emoji Birthday Candles | Party Supply
★★★★☆ 195
$4.55

Timex Unisex Weekender 38mm Watch
★★★★☆ 12,195
$29.55 - $89.99

24 Make A Emoji Stickers For Kids: Emoji Party Supplies & Party Favors For Emoji Themed...
★★★★☆ 134
$7.25

Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fits ABS...
★★★★☆ 89
$80.99

---

**Your Browsing History**   View or edit your browsing history

Page 1 of 3

See personalized recommendations










**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

AMAZON    English    United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web

Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go

Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion

Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime

Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems





amazon | Sinkees | KTM | Hello, Sign in Account & Lists | Account | Returns & Orders | Try Prime | 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

6 results for **Sinkees** : **"KTM"**

Sort by: Featured

**Brand**
Sinkees
sinkees

For KTM 390 Duke/RC390 2013-2018 for KTM 125 Duke/RC125 2014-2018， Motorcycle Accessories Adjustable Folding Brake Clutch Lever...
1
Orange
$36.38
$4.99 shipping

For KTM 1090 Adventure/R 2017-2018 for KTM 690 Enduro R 2014-2018, 3D CNC Aluminum folding Motorcycle levers adjustable brake clutch...
1
Orange
$36.38
$4.99 shipping

For KTM Super Adventure 1290 S/T/R 2015-2018, 3D CNC Aluminum Folding Motorcycle Brake Clutch Levers for 1190 Adventure/R 2013-201...
Gold
$36.38
$4.99 shipping

For Duke 690/690R 2016-2017 Ultra-clear Speedometer Screen Protector Motorcycle Accessories (clear)
clear
$8.38
$4.99 shipping

3D CNC Aluminum Folding Motorcycle Brake Clutch Levers, 1 pair, for 690 Duke R 2014-2017 (Red)
Red
$36.38
$4.99 shipping

Universal Motorcycle LED Light Rear License Plate Holder Adjustable Fender Eliminator Bracket for Yamaha for Kawasaki for Ducati (Red)
30
Red
$26.18
$4.99 shipping

## Need help?

Visit the help section or contact us

**Sponsored products related to this search** What's this?

Page 1 of 4

## Sinkees

Sinkees storefront
Just launched | No feedback yet

Sinkees is committed to providing each customer with the highest standard of customer service.

Have a question for Sinkees?

Ask a question

---

### Detailed Seller Information

**Business Name:** Guangzhou Sinkees Motor Vehicle Parts Co., Ltd
**Business Address:**
Room 2003 Building 2 No.54 Zengcha Road Songzhou Street
Guangzhou
Guangdong
510435
CN

| Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact Sinkees to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

#### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback | Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 8









Laugh Till You Cry Emoji Pillow 12.5 Inch Large Yellow Smiley Emoticon
★★★★★ 584
$9.95

Emoji Birthday Candles | Party Supply
★★★★☆ 195
$4.55

Timex Unisex Weekender 38mm Watch
★★★★☆ 12,195
$29.55 - $89.99

24 Make A Emoji Stickers For Kids: Emoji Party Supplies & Party Favors For Emoji Themed...
★★★★☆ 134
$7.25

Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fits ABS &...
★★★★☆ 89
$80.99

### Top subscription apps for you

Page 1 of 9









Disney+
Disney
★★★★☆ 386,991
$0.00

CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 98,053
$0.00

STARZ
Starz Entertainment
★★★★☆ 79,756
$0.00

Sling TV
Sling TV LLC
★★★★☆ 47,388
$0.00

SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,920
$0.00

### Your Browsing History    View or edit your browsing history ›

Page 1 of 3









See personalized recommendations

Sign in

New customer? Start here.

---

Back to top

 



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

**Continue**

## Shipment 1 of 1
**Shipping from Sinkees**   (Learn more)

Shipping to: ▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **For KTM 390 Duke/RC390 2013-2018 for KTM 125 Duke/RC125 2014-2018, Motorcycle Accessories Adjustable Folding Brake Clutch Lever (Orange)**
  $36.38 - Quantity: 1
  Sold by: Sinkees

Change quantities or delete

### Choose a delivery option:
● **Thursday, Nov. 12 - Friday, Dec. 4**
  $4.99 - Shipping

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 

**amazon**.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $36.38 |
| Shipping & handling: | $4.99 |
| Total before tax: | $41.37 |
| Estimated tax to be collected:* | $2.27 |
| **Order total:** | **$43.64** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**Shipping address** Change
▮▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮▮▮▮

Add delivery instructions

**Payment method** Change
VISA ending in ▮▮▮

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code] [Apply]

prime ▮▮▮▮, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 12, 2020 - Dec. 4, 2020**

For KTM 390 Duke/RC390 2013-2018 for KTM 125 Duke/RC125 2014-2018, Motorcycle Accessories Adjustable Folding Brake Clutch Lever (Orange)
$36.38
**Quantity:** 1 Change
Sold by: Sinkees
🎁 Gift options not available.

**Choose a delivery option:**
◉ Thursday, Nov. 12 - Friday, Dec. 4
$4.99 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.





Roll over image to zoom in



## For KTM 1090 Adventure/R 2017-2018 for KTM 690 Enduro R 2014-2018, 3D CNC Aluminum folding Motorcycle levers adjustable brake clutch handle (Orange)

**Brand: Sinkees**

★★★☆☆ 1 rating

Price: **$36.38**



Get $50 off instantly: Pay $0.00 $36.38 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Orange**

 $36.38    $36.38    $36.38    $36.38

 $36.38    $36.38    $36.38   $36.38

- Available color: red, blue, gold, black, silver, green, orange, gray
- Adjustable reach system makes proper lever position available, which can give you a comfortable experience.
- Lightweight and aerodynamic design
- Made by CNC aluminum with anodized surface finishing
- Fitment: for KTM 1090 Adventure/R 2017-2018, for KTM Adventure 1050 2016, for KTM 690 Duke 2014-2017, for KTM 690 SMC 2014-2017, for KTM 690 SMC R 2014-2017, for KTM 690 Enduro R 2014-2018

› See more product details

**$36.38**

$4.99 delivery: **Nov 12 - Dec 4**

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...   Sinkees
Sold by ...   Sinkees

Return policy: This item is returnable

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Sponsored products related to this item

Page 1 of 14

| KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404 | KTM Flex Clutch Lever (Orange) Brembo OEM: 7870293104404 | KTM Clutch Lever (Orange) Brembo OEM: 7800293120004 | Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor | 2004 fits KTM 300 M Race-Driven Rear Rig Brake Rotor Disc for Motorcross |
|---|---|---|---|---|---|---|
| ★★★★☆ 3 | ★★★★★ 1 | ★★★★☆ 3 | ★★★★☆ 5 | ★★★★☆ 44 | ★★★★☆ 43 | |
| $47.99 | $101.99 | $101.99 | $29.99 | $21.99 ✓prime | $15.99 ✓prime | $43.95 |

Ad feedback 💬

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $0.00 instead of $36.38! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color: **Orange**

### Technical Details

| | |
|---|---|
| Manufacturer | Sinkees |
| Brand | Sinkees |
| Manufacturer Part Number | SKS-NJ-008-DB12/A90 |

### Additional Information

| | |
|---|---|
| ASIN | B07RLM59S5 |
| Customer Reviews | ★★★☆☆ 1 rating 3.0 out of 5 stars |
| Date First Available | May 6, 2019 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?



‹ Back to results

## For KTM Super Adventure 1290 S/T/R 2015-2018, 3D CNC Aluminum Folding Motorcycle Brake Clutch Levers for 1190 Adventure/R 2013-2016 (Gold)

Brand: Sinkees

Price: **$36.38**

Get $10 off instantly: Pay $26.38 upon approval for the Amazon Prime Store Card.

**Color: Gold**



| | | | |
|---|---|---|---|
| $36.38 | $36.38 | $36.38 | $36.38 |
| $36.38 | $36.38 | $36.38 | $36.38 |

- Made by CNC aluminum with anodized surface finishing
- Design of 3D effect to enhance the awesome apperance of your motorcycle to a great extent
- Foldable, a self-protection to decrease the damage to the levers and the motorcycle
- Lightweight and aerodynamic design
- Fitment: for KTM Super Adventure 1290 S/T/R 2015-2018, for KTM 1190 Adventure/R 2013-2016

› See more product details



**$36.38**

$4.99 delivery: **Nov 12 - Dec 4**

**In Stock.**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...    Sinkees
Sold by ...    Sinkees

Return policy: This item is returnable

⊚ Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

Roll over image to zoom in

---

### Sponsored products related to this item

Page 1 of 19

    

| KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404 | KTM Clutch Lever (Orange) Brembo OEM: 7800293120004 | KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404 | KTM Air Filter SX SX-F XC-F XC-W XCF-W EXC 2015-2020 OEM:79006015000 |
|---|---|---|---|---|
| ★★★½ 3 | ★★★★★ 3 | ★★★★½ 5 | ★★★★★ 1 | ★★★★½ 11 |
| $47.99 | $101.99 | $29.99 | $101.99 | $31.49 |

Ad feedback

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $36.38!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

Color:**Gold**

### Technical Details

| | |
|---|---|
| Manufacturer | Sinkees |
| Brand | Sinkees |
| Manufacturer Part Number | SKS-NJ-008-D01/A90 |

### Additional Information

| | |
|---|---|
| ASIN | B07Q8R5DGZ |
| Date First Available | March 29, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?



Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ˅ | Accessories ˅ | Tools & Equipment ˅ | Car Care ˅ | Motorcycle & Powersports ˅ | Truck ˅ | RV ˅ | Tires & Wheels ˅ | Vehicles

Automotive › Replacement Parts › Engine Cooling & Climate Control › Radiators








Roll over image to zoom in

## Smadmoto Radiator for KTM 250 350 500 EXC-F XCF-W XC-W 12 13 14 15 16 Husaberg FE 250 350 2013 2014
Brand: Smadmoto

Price: **$122.99**

Get $50 off instantly: Pay **$72.99** $122.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Smadmoto Motorcycle radiators Fit for KTM EXC 500 12-16 \ KTM EXC-F 250/350 12-16 \ KTM XCF-W 250/350 12-16 \ KTM XC-W 450/500 12-16
- Made of High Quality Aluminum,All Aluminum include Core & Tank.More Robust, Higher capacity, and Thicker than other radiators.
- INSTALLATION: Perfect fit. Easy to install. Recommend a professional installation.
- Heavy duty designed,stronger and higher capacity for coolant than stock units.
- Please Read The Size in the Description and Confirm It Is Fit for Your Bike!

› See more product details

Compare with similar items




**$122.99**

FREE delivery: Oct 26 - 30

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from Smad Powersports
Sold by Smad Powersports

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $19.18

Deliver to Bensenville 60106

Add to List

Share ✉ f 𝕏 📌

Have one to sell?

Sell on Amazon

### Customers who viewed this item also viewed
Page 1 of 2








AnXin Radiator Performance Aluminum Fit for KTM 125 XC-W 250 300 350 450 500... ★★★½ 4 $79.99 Only 1 left in stock - order…

Aluminum radiator for KTM 250/350/450 SXF/SX-F/XC-F/XCF 2012 2013 2014 ★★★★ 4 $82.00

Mishimoto MMDB-KTM2-03RX Dirt Bike Aluminum Radiator Compatible with KTM... ★★★ 1 3 offers from $119.95

Zongheng Left and Right Full Aluminum Radiator For KTM 250/350/450/505 SXF... $87.99 Only 10 left in stock - orde…

Left & Right Aluminum Radiator Fit For: 2002-2004 Honda CRF450R 2002 2003 2004 ★★★★★ 2 $82.59 Only 1 left in stock - order…

### Customers also viewed these products
Page 1 of 7








Mishimoto MMDB-KTM2-03LX Dirt Bike Aluminum Radiator Compatible With KTM... ★★★ 1 $117.51 Only 5 left in stock - order…

Aluminum radiator for KTM 250/350/450 SXF/SX-F/XC-F/XCF 2012 2013 2014 ★★★★ 4 $82.00

Aluminum Radiator for KTM 250/350/450 SX/SXC/MXC 2008 2009 2010 2011 2012 ★★★ 3 $83.00 Only 6 left in stock - order…

Left & Right Aluminum Radiator Fit For: 2002-2004 Honda CRF450R 2002 2003 2004 ★★★★★ 2 $82.59 Only 1 left in stock - order…

AnXin Radiator Performance Aluminum Fit for KTM 125 XC-W 250 300 350 450 500... ★★★½ 4 $79.99 Only 1 left in stock - order…

Zongheng Left and Right Full Aluminum Radiator For KTM 2007-2012 250/350/450/505 SXF... $87.99 Only 10 left in stock - order…

### Sponsored products related to this item
Page 1 of 21

ALLOYWORKS All Aluminum Radiator for Yamaha Raptor 700 YFM700 2006-2014... ★★★½ 6 $74.00 ✓prime

Aluminum Radiator For KTM 250/450/505 SX-F/SXF 250SXF 450SXF 505SXF 2007-2011 10 $95.00

L&R Aluminum Radiator For KTM 250/350/450 SXF/SX-F/XC-F/XCF 2011 2012 2013 2014 $83.00

AnXin Radiator Performance Aluminum Fit for KTM 125 XC-W 250 300 350 450 500... ★★★½ 4 $79.99 ✓prime

KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000 ★★★★½ 11 $31.49

Kungfu Graphics Custom Decal Kit for 125 200 250 300 350 450 500 XC-W... ★★★★★ 1 $139.89

Ad feedback

## Compare with similar items



|  | This item Smadmoto Radiator for KTM 250 350 500 500 EXC-F XCF-W XC-W 12 13 14 15 16 Husaberg FE 250 350 2013 2014 | 12-16 MX Radiators for K-T-M 250 350 500 EXC-F XCF-W XC-W Husaberg FE 250 350 13 2014 | Smadmoto Radiator for KTM SX-F SXF 250 350 450 2013 2014 2015 Water Cooler Cooling Pair | L&R Aluminum Radiator For KTM 250/350/450 SXF/SX-F/XC-F/XCF 2011 2012 2013 2014 |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ☆☆☆☆☆ (0) | ★★★½☆ (3) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) |
| Price | $122⁹⁹ | $124⁹⁵ | $118⁹⁹ | $83⁰⁰ |
| Sold By | Smad Powersportparts | TARAZON-Moto Parts Factory | Smad Powersportparts | Newautoparts5 |

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $72.99 instead of $122.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | Smadmoto |
|---|---|
| Brand | Smadmoto |
| Manufacturer Part Number | TRS-R-149 |

### Additional Information

| ASIN | B08CN72Q6C |
|---|---|
| Best Sellers Rank | #388,989 in Automotive (See Top 100 in Automotive) #1,585 in Automotive Replacement Engine Radiators |
| Date First Available | July 9, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 2

### Videos for related products



How to Fix a Car Radiator

Howcast



OSC Cooling Products 944 New Radiator.OSC refrigeracin...

Merchant Video



OSC Cooling Products 1304 New Radiator.OSC Productos de...

Merchant Video



Flex-a-lite 51068LS Aluminum Radiator for Jeep CJ with LS...

Merchant Video



Flex-a-lite 51168LS Fan Combination f...

Merchant Video

Upload your video

## Product description

Package includes 2 pieces of radiator.
Fitment:
KTM EXC 500 12-16

KTM EXC-F 250/350 12-16
KTM XCF-W 250/350 12-16
KTM XC-W 450/500 12-16
Features:
- Quantity: 2
- Condition: 100% Brand new, never mounted
- Material: High Quality Aluminum,All Aluminum include Core & Tank.
- Provides strong, quickly and durable cooling
- The core of the radiator is welded in vacuum brazing furnace, no epoxy. The tanks are 100% welded by TIG

---

## Sponsored products related to this item

Page 1 of 8

     

| CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ... | XFMT Replacement Radiator Compatible with Honda Shadow ACE 750 VT750C 1997... | Aluminum Radiator For 2008-2012 KTM 125/200/250/300 SX/EXC/MXC 08 09 10... | Aluminum Radiator For KTM 250/450/505 SX-F/SXF 2007 2008 2009 2010 2011 2012 | L&R Aluminum Radiator For KTM 250/350/450 SXF/SX-F/XC-F/XCF 2011 2012 2013 2014 | XMT-MOTO Black Aluminum Radiator Cooler for Honda Shadow ACE 750... |
|---|---|---|---|---|---|
| $33.99 | ★★★★½ 6 $85.99 | $83.00 | $93.00 | $83.00 | ★★★★½ 12 $70.77 |

Ad feedback



Grant a few birthday wishes
Shop gift cards ›

Sponsored

## Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

No customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review



CNC Rear Brake Foot Pedal Lever - Motorcycl...
$33.99

Shop now

Sponsored



NEW OEM KTM RADIATOR DIGITAL FAN KIT 250
300 350 400 450 530 2017 55635941044
$184.99              7

Shop now

Sponsored

## Top subscription apps for you

Page 1 of 7



     

| Disney+ | CBS Full Episodes and Live TV | STARZ | Sling TV | SHOWTIME | Philo: Live & On-Demand TV |
|---|---|---|---|---|---|
| Disney | CBS Interactive | Starz Entertainment | Sling TV LLC | Showtime Digital Inc. | PHILO |
| ★★★★☆ 386,993 | ★★★★☆ 98,053 | ★★★★☆ 79,756 | ★★★★☆ 47,388 | ★★★★☆ 22,921 | ★★★★☆ 65,101 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Inspired by your browsing history

Page 1 of 6

     

| Xitomer Duke 790 Mirror Hole Plugs, for KTM 125/390 / 790 DUKE 2013-2019, 1290... | Motorcycle Seat Bag Tail Bag - Dual Use Motorcycle Backpack Waterproof Luggage... | MOTOPOWER MP0609A 3.1Amp Motorcycle USB Charger Kit SAE to USB Adapter Phone GPS... | Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fits ABS... | CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125... | NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010 |
|---|---|---|---|---|---|
| ★★★★☆ 24 | ★★★★☆ 305 | ★★★★☆ 2,480 | ★★★★☆ 89 | ★★★★☆ 88 | ★★★★★ 75 |
| $14.99 | $33.66 | $10.99 | $80.99 | $25.98 | $27.50 |

**Your Browsing History**   View or edit your browsing history

Page 1 of 2

       

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help





Grant a few birthday wishes

Shop gift cards ▸

Sponsored ⓘ

amazon

☰

Smad Powersportparts ▾  |  ktm  🔍

Hello, Sign in
Account & Lists ▾

Returns
& Orders

Try Prime ▾

0
Cart

Deliver to
Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

1-16 of 35 results for **Smad Powersportparts** : **"ktm"**

Sort by: Featured ▾

**Brand**
Smadmoto



Smadmoto Radiator for KTM SX50 SX 50 12 13 14 15 16 17 18 19 Water Cooler Cooling with Core & Tank
$139⁹⁹
$25.00 shipping



Smadmoto Radiator for KTM 250 350 500 EXC-F XCF-W XC-W 12 13 14 15 16 Husaberg FE 250 350 2013 2014
$122⁹⁹
FREE Shipping



Smadmoto Radiator for KTM SX-F SXF 250 350 450 2013 2014 2015 Water Cooler Cooling Pair
$118⁹⁹
FREE Shipping



Smadmoto Motorcycle Radiator Cooling Replacement for KTM FREERIDE 250R 14-17 FREERIDE 350 15-16
$78⁹⁹
FREE Shipping



Smadmoto Motorcycle Radiator Cooling Replacement for KTM SX 85 2013 2014 2015 2016 2017
$124⁴⁹
FREE Shipping



Smadmoto Radiator for KTM DUKE 690 2013 2014 2015 2016 2017 Motorcycle Cooling Replacement
$199⁹⁹
FREE Shipping



Smadmoto Rear Brake Rotor Disc For KTM 950 990 Adventure R S LC8 690 950 Supermoto R 07-10
$44⁹⁹
FREE Shipping

10/22/2020

≡ **amazon**

All ▾ 🔍

Deliver to Bensenville 60106

Hello, Sign in
Account & Lists ▾

Returns & Orders

Try Prime ▾

🛒 0 Cart

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping    Shop deals before they're gone

# Smad Powersportparts

Smad Powersportparts storefront

★★★★½ | **86% positive** lifetime (7 total ratings)

Smad Powersportparts is committed to providing each customer with the highest standard of customer service.

Have a question for Smad Powersportparts?

**Ask a question**

## Detailed Seller Information

**Business Name:** Wuxi Simaide Metal Product Co., Ltd.
**Business Address:**
Anjili, Songshan Village
Houqiao Town
Wuxi
Jiangsu
214106
CN

**Feedback** | Returns & Refunds | Shipping | Policies | Help | Products

★★★★★ "Quality product shipped in a prompt and timely manner"
By Patrick G. on May 27, 2020.

★★★☆☆ "I am modifying my original feedback on this seller. There was no indication as to where this product was coming from and I have come to find out it is from China. So it is understandable that my package would be late! With the virus outbreak that happened there it is sad that this vendor is suffering the problems with shipping and communication. We all hope things get better there :)"
Read less
By J. Ellison on February 15, 2020.

"thank you very much for your understanding!"
By Smad Powersportparts on February 17, 2020.

Previous  Next

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 86% | 86% |
| Neutral | 0% | 0% | 14% | 14% |
| Negative | 0% | 0% | 0% | 0% |
| Count | 1 | 4 | 7 | 7 |

Leave seller feedback | Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 6

      

Xitomer Duke 790 Mirror Hole Plugs, for KTM 125/390 / 790 DUKE 2013-2019, 1290 Super...
★★★★☆ 24
$14.99

Motorcycle Seat Bag Tail Bag - Dual Use Motorcycle Backpack Waterproof Luggage Bags Motorbike...
★★★★☆ 305
$33.66

MOTOPOWER MP0609A 3.1Amp Motorcycle USB Charger Kit SAE to USB Adapter Phone GPS...
★★★★★ 2,480
$10.99

Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fits ABS &...
★★★★½ 89
$80.99

CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
★★★★½ 88
$25.98

NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
★★★★★ 75
$27.50

## Top subscription apps for you

Page 1 of 7

      

Disney+
Disney
★★★★½ 386,993
$0.00

CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 98,053
$0.00

STARZ
Starz Entertainment
★★★★☆ 79,756
$0.00

Sling TV
Sling TV LLC
★★★★☆ 47,388
$0.00

SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,921
$0.00

Philo: Live & On-Demand TV
PHILO
★★★★☆ 65,101
$0.00

## Your Browsing History    View or edit your browsing history ›

Page 1 of 2

      

See personalized recommendations

**Sign in**

New customer? Start here.

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

Continue

---

**Shipment 1 of 1**

**Shipping from Smad Powersportparts**   (Learn more)

Shipping to: ████████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Smadmoto Radiator for KTM 250 350 500 EXC-F XCF-W XC-W 12 13 14 15 16 Husaberg FE 250 350 2013 2014**
  $122.99 - Quantity: 1
  Sold by: Smad Powersportparts

Change quantities or delete

**Choose a delivery option:**

○ **Monday, Oct. 26 - Friday, Oct. 30**
   FREE Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

**amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:
Add delivery instructions

**Payment method** Change
ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    Apply

**Get a $50 Amazon Gift Card instantly**
upon approval for the Amazon Rewards Visa Card.   Apply now

**Estimated delivery:** **Oct. 26, 2020 - Oct. 30, 2020**

Smadmoto Radiator for KTM 250 350 500
EXC-F XCF-W XC-W 12 13 14 15 16
Husaberg FE 250 350 2013 2014
**$122.99**
**Quantity:** 1 Change
Sold by: Smad Powersportparts
Gift options not available.

**Choose a delivery option:**
● **Monday, Oct. 26 - Friday, Oct. 30**
FREE Shipping

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $122.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $122.99 |
| Estimated tax to be collected:* | $7.69 |

**Order total:**    **$130.68**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

☰ **amazon**  All ▾  ktm  🔍  🇺🇸  Hello, Sign in Account & Lists ▾  Returns & Orders  Try Prime ▾  🛒 0 Cart

📍 Deliver to Bensenville 60106   Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Shop Holiday Gift Guides

‹ Back to results




Roll over image to zoom in

## Smadmoto Radiator for KTM SX50 SX 50 12 13 14 15 16 17 18 19 Water Cooler Cooling with Core & Tank

Brand: Smadmoto

Price: **$139.99**

Get $50 off instantly: Pay $89.99 $139.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Smadmoto Motorcycle radiators meet or exceed OEM specifications.Compatible with KTM SX 50 2012-2019
- Made of High Quality Aluminum,All Aluminum include Core & Tank.More Robust, Higher capacity, and Thicker than other radiators.
- INSTALLATION: Perfect fit. Easy to install. Recommend a professional installation.
- Heavy duty designed,stronger and higher capacity for coolant than stock units.
- Please Read The Size in the Description and Confirm It Is Fit for Your Bike!

› See more product details

Compare with similar items

**$139.99**
$25.00 delivery: Oct 29 - Nov 5

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Smad Powersportsparts
Sold by ...  Smad Powersportsparts

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

### Customers who viewed this item also viewed

Page 1 of 2


FOR KTM 50 SX/SX MINI 50cc/49cc 2-STROKE 2012-2018 Aluminum Radiator
$159.00
Only 12 left in stock - orde...


For KTM 50 SX/SXS Mini 49cc/50cc 2012-2018 2016 2013 Braced Aluminum Radiator
★★★★☆ 4
$159.00
Only 7 left in stock - order...


Aluminum radiator + hoses for KTM 50 SX SXS MINI 50cc 49cc 2012-2017 13 14 (orange)
$179.00
Only 8 left in stock - order...


MONROE RACING U0088 Aluminum Radiator for KTM 50 SX SXS MINI 50cc 49cc 2012 2013...
★★★★★ 1
$159.00
Only 8 left in stock - order...


Aluminum Radiator For KTM 50 SX/SXS Mini 49cc/50cc 2-STROKE 2012-2018 13 14 15
$159.00

### Customers also viewed these products

Page 1 of 7


For KTM 50 SX/SXS Mini 49cc/50cc 2012-2018 2016 2013 Braced Aluminum Radiator
★★★★☆ 4
$159.00
Only 7 left in stock - order...


NEW OEM KTM RIGHT SIDE RADIATOR KTM 50 SX SX MINI SXS 2012-2016 45235008200
$164.19
Only 1 left in stock - order...


MONROE RACING U0088 Aluminum Radiator for KTM 50 SX SXS MINI 50cc 49cc 2012 2013...
★★★★★ 1
$159.00
Only 8 left in stock - order...


FOR KTM 50 SX/SX MINI 50cc/49cc 2-STROKE 2012-2018 Aluminum Radiator
$159.00
Only 12 left in stock - orde...


Aluminum Radiator For KTM 50 SX/SXS Mini 49cc/50cc 2-STROKE 2012-2018 13 14 15
$159.00


TARAZON Aluminum MX Radiator for KTM 50 SX50 2012 2013 2014 2015 2016 2017 2018...
★★★★★ 1
$139.95

### Sponsored products related to this item

Page 1 of 20


ALLOYWORKS All Aluminum Radiator for Yamaha Raptor 700 YFM700 2006-2014...
★★★☆☆ 6
$74.00 ✓prime


L&R Aluminum Radiator For KTM 250/350/450 SXF/SX-F/XC-F/XCF 2011 2012 2013 2014
$83.00


Aluminum Radiator + Hose For Suzuki RMZ450 RMZ 450 2008-2017 12 13 14 15 (WHITE)
$102.00


KTM 3 Boxers Pack - Microfiber (92% Polyester - 8% Elastane) - Multicolored
★★★★☆ 43
$26.90 ✓prime


XMT-MOTO Black Aluminum Radiator Cooler for Honda Shadow ACE 750...
★★★★☆ 12
$70.77


XFMT Replacement Radiator Compatible with Honda Shadow ACE 750 VT750C 1997...
★★★★☆ 6
$85.99

Ad feedback

## Compare with similar items

≡ amazon | All ▾ | ktm | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

‹ Back to results





Roll over image to zoom in

## Smadmoto Radiator for KTM SX-F SXF 250 350 450 2013 2014 2015 Water Cooler Cooling Pair

Brand: Smadmoto

Price: **$118.99**

Get $50 off instantly: Pay $68.99 ~~$118.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- Smadmoto Radiator for KTM SX-F SXF 250 350 450 2013 2014 2015 Water Cooler Cooling Pair
- Made of High Quality Aluminum,All Aluminum include Core & Tank.More Robust, Higher capacity, and Thicker than other radiators.
- INSTALLATION: Perfect fit. Easy to install. Recommend a professional installation.
- Heavy duty designed,stronger and higher capacity for coolant than stock units.
- Please Read The Size in the Description and Confirm It Is Fit for Your Bike!

› See more product details



$118.99

FREE delivery: Oct 26 - 30

In Stock.

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... Smad Powersportsparts
Sold by ... Smad Powersportsparts

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### Customers who viewed this item also viewed



AnXin Radiator Performance Aluminum Fit for KTM 125 XC-W 250 300 350 450 500...
★★★☆☆ 4
$79.99
Only 1 left in stock - order...

---

### Customers also viewed these products

Page 1 of 7

‹      ›

| Mishimoto MMDB-KTM2-03LX Dirt Bike Aluminum Radiator Compatible With KTM...<br>★★★★☆ 1<br>$117.51<br>Only 5 left in stock - order... | AnXin Radiator Performance Aluminum Fit for KTM 250/300/350 450 500...<br>★★★☆☆ 4<br>$79.99<br>Only 1 left in stock - order... | Aluminum radiator + hoses for KTM 50 SX SXS MINI 50cc 49cc 2012-2017 13 14 (blue)<br>$200.00<br>Only 7 left in stock - order... | Summit High Pressure Radiator Cap with Temperature Gauge - 1.8 kg (1.8 Bar, 25.6psi),...<br>★★★★☆ 122<br>$26.99 | For KTM 50 SX/SXS Mini 49cc/50cc 2012-2018 2016 2013 Braced Aluminum Radiator<br>★★★★☆ 4<br>$159.00<br>Only 7 left in stock - order... | NEW OEM KTM RIGHT SIDE RADIATOR KTM 50 SX SX MINI SXS 2012-2016 45235008200<br>$164.19<br>Only 1 left in stock - order... |

---

### Sponsored products related to this item

Page 1 of 17

‹       ›

| KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000<br>★★★★★ 11<br>$31.49 | Aluminum Radiator For KTM 250/450/505 SX-F/SXF 250SXF 450SXF 505SXF 2007-2011 10<br>$95.00 | ALLOYWORKS All Aluminum Radiator for Yamaha Raptor 700 YFM700 2006-2014...<br>★★★★☆ 6<br>$74.00 ✓prime | L&R Aluminum Radiator For KTM 250/350/450 SXF/SX-F/XC-F/XCF 2011 2012 2013 2014<br>$83.00 | KTM LOCK ON GRIP SET 2016-2020 250/350/450 SX XC-W EXC-F XC-W EXC-F 79002924100<br>★★★★☆ 17<br>$29.99 | NEW OEM KTM RADIATOR DIGITAL FAN KIT 250 300 350 400 450 530 2017...<br>★★★★★ 7<br>$184.99 |

Ad feedback ⌄

---

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

amazon

All ▾ | KTM

Hello, Sign in
Account & Lists ▾

Returns
& Orders

Try Prime ▾

0 Cart

Deliver to
Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping    Shop today's epic deals now

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake





Roll over image to zoom in

# SMOKU Pivot Dirt Bike Brake Clutch Levers Set for KTM 250 300 350 450 500 250 SX SX-F EXC XC XC-W EXC-F XC-F XCF-W 2014 2015 2016 2017 2018 2019 2020 Orange

Brand: SMOKU

★★★★☆  2 ratings

Price: $24.99 + $2.00 shipping

Get $50 off instantly: Pay $0.00 $24.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

| Handle Type | Lever |
| Metal Type | Aluminum |
| Brand | SMOKU |

## About this item

- Ship From California Warehouse. You will receive it soon!
- Machined from CNC 6061 T6 Aluminum, 6 Position Lever Adjustment stainless steel fasteners
- Foldable design will have a self-protected function. Pivot allow the lever to fold outward to prevent bending or breaking in the event of a crash
- Precision Machined Pivot Bore to Ensure A Perfect Fit! Without Any Modification Easy Installation!
- For Other Compatible Models Please Click "See More Product Details"

› See more product details

Compare with similar items



$24.99
+ $2.00 shipping

Arrives: Nov 18 - Dec 10

In stock.
Usually ships within 3 to 4 days.

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...    SMOKU
Sold by ...    SMOKU

Return policy: Returnable until Jan 31, 2021 ▾

Deliver to Bensenville 60106

Add to List

Share ✉ f 𝕏 𝓟

Have one to sell?
Sell on Amazon

## Inspired by your recent shopping trends

Page 1 of 16

     

| JOYON Motorcycle CNC Aluminium Brake Clutch Gear Pedal Lever for KTM Duke 125 200... | Coolsheep Brake Clutch Gear Foot Pedal Lever for KTM Duke 125 200 390 2013-2017 | Orange Motorcycle CNC Aluminum Adjustable Folding Extendable Brake Clutch Levers Fit... | Short Brake Clutch Levers CNC Adjustable For KTM RC390 DUKE 390 2013-2019 RC200... | for KTM 390 Duke 2013-2016 for KTM RC390/RC390 RC125/RC200/RC390 2014-2016 Motorcycle... | Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers for KTM 350 450 SX SXR SXF... |
| ★★★★☆ 14 | ★★★★★ 1 | ★★★★☆ 15 | ★★☆☆☆ 1 | ★★★★☆ 4 | ★★★☆☆ 20 |
| $25.99 | $23.79 | $38.99 | $26.99 | $24.08 | $20.99 |
| | Only 14 left in stock - orde... | Only 10 left in stock - orde... | | | |

## You might also like

Page 1 of 33

Sponsored ⓘ

     

| MRELC CNC Short Brake Clutch Levers for Honda GROM MSX125 2014-2019, CBR250R 2011-2... | Motorcycle Duke390 250 Handguards Hand Handle Bar Handguard Hand Guards Brush... | MRELC Universal Motorcycle 7/8" 22mm Handlebar Brake Master Cylinder Clutch Lever C... | CNCMOTOK Front Brake Clutch Levers for Yamaha YZ80 YZ125 TW200 XT225 250... | MRELC 7/8" Left 22mm Clutch Brake Handle Lever Perch for Honda XR80 XR100 CRF70... | FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 201... |
| ★★★★★ 1 | ★★★★★ | ★★★★★ 2 | ★★★★☆ 34 | ★★★★☆ 8 | ★★★★★ 29 |
| $24.99 ✓prime | $35.99 ✓prime | $36.99 ✓prime | $14.88 ✓prime | $9.89 ✓prime | $32.99 ✓prime |

## Customers who viewed this item also viewed

Page 1 of 2

     

JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW...
★★★★☆ 67
$23.99

Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers for KTM 350 450 SX SXR SXF...
★★★☆☆ 20
$20.99

JFG RACING CNC Brake Clutch Levers For 250 300 350 450 500 SX SXF EXC EXCF XC XCF XCW...
★★★★★ 14
$23.99
Only 12 left in stock - orde...

Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016...
★★★★☆ 12
$31.96

kemimoto Foldable Brake Clutch Levers Compatible with KTM 125SX 150SX 2016-2019/ 250 SX XCF-W...
★★★★☆ 12
$29.99

MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XCF-F 07...
★★★☆☆ 9
$38.88
Only 17 left in stock - orde...

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Compare with similar items

   

**This item** SMOKU Pivot Dirt Bike Brake Clutch Levers Set for KTM 250 300 350 450 500 250 SX SX-F EXC XC XC-W EXC-F XC-F XCF-W 2014 2015 2016 2017 2018 2019 2020 Orange

Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016-2020,250 XC-W/XCF-W/300 EXC/350 EXC-F/450/EXC-R/500XC-W/EXC/EXC-F (SIX DAYS) 2014-2020 Orange

[Add to Cart]

JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW XCRW XCW EXCR EXC 14-16 125 150 200 250 300 350 500 SX XC EXC XCFW XCW SXF XCF EXC EXCF(SIX DAYS) 14-18 Orange

[Add to Cart]

MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XCF-F 07-13|300 EXC XC XC-W 06-13|350 EXC-F SX-F XC-F XCF-W 11-13|400EXC 09-11|450 EXC EXC-R XC-W 08-13|530EXC-R XC-W 08-11

[Add to Cart]

| | This item | Pivot Dirtbike | JFG RACING | MZS Pivot Levers |
|---|---|---|---|---|
| Customer Rating | ★★★★☆ (2) | ★★★★☆ (12) | ★★★★☆ (67) | ★★★☆☆ (9) |
| Price | From $24.99 | $31.96 | $23.99 | $38.88 |
| Sold By | Available from these sellers | motor-mh | JFG RACING | nordlichter |

## Product description

Ship from Walnut CA warehouse, you will receive item soon! Fitment：for KTM
250 XCF-W 2014-2018
250 SX/SX-F/EXC/XC/XC-W/EXC-F/XC-F 2014-2020
300 SX 2014-2017
300 EXC/XC/XC-W 2014-2020
350 SX-F/EXC-F/XC-F 2014-2020
450 SX/SX-R/EXC-R 2014-2018
500 EXC 2014-2019
500 EXC-F 2017-2020
450 XC-W 2014-2017
450 EXC 2014-2019
450 SX-F/XC-F 2014-2020
450 EXC-F 2017-2020
Package include:
1 Pair Brake Clutch Lever as Pictures

Notices:
Please confirm that this accessory is suitable for your motorcycle before placing an order.

## Product information

### Technical Details

| Manufacturer | SMOKU |
|---|---|
| Part Number | SMK-M1514200EXCO |
| Color | Orange |

### Additional Information

| ASIN | B07X47SHP9 |
|---|---|
| Customer Reviews | ★★★★☆ ✓   2 ratings    4.5 out of 5 stars |
| Best Sellers Rank | #1,390,914 in Automotive (See Top 100 in |

| Item Package Quantity | 1 | | Automotive) |
|---|---|---|---|
| Batteries Required? | No | | #2,302 in Powersports Brake Levers |
| | | Date First Available | August 29, 2019 |

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

**Videos for related products**

 0:29
Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever
GOOFIT

 0:28
7/8" CNC Motorcycle Brake Master Cylinder Reservoir Clutch
Feiteplus

 0:59
Motorcycle CNC brake clutch levers
FXCNC Racing

 1:00
Motorcycle handle gloves
Travay

Upload your video

---

## You might also like

Sponsored ⓘ

Page 1 of 20




MRELC Universal Motorcycle 7/8" 22mm Handlebar Brake Master Cylinder Clutch Lever...
★★★★★ 2
$36.99 ✓prime


Motorcycle Duke390 250 Handguards Hand Handle Bar Handguard Hand Guards Brush...
$35.99 ✓prime


MRELC CNC Short Brake Clutch Levers for Honda GROM MSX125 2014-2019, CBR250R 2011...
★★★★★ 1
$24.99 ✓prime


FTRT Short Brake Clutch Levers for Yamaha YZF R1 2009 2010 2011 2012 2013...
★★★★½ 21
$32.99 ✓prime


KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
★★★★½ 17
$29.99


FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 201...
★★★★½ 29
$32.99 ✓prime

---

## Customer questions & answers

🔍 Have a question? Search for answers

▲
**0 votes**
▼

**Question:** Will this work for a KTM 450sxf 2019 with a hydraulic clutch

**Answer:** If your has an adjustment screw for the clutch and brake, I would not get them. Works ok for the brake, but the clutch would not disengage the power to the wheel all the way
By Amazon Customer on March 29, 2020

---

## Customer reviews

★★★★½ **4.5 out of 5**

2 global ratings



| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇ | 49% |
| 4 star | ▇▇▇▇▇ | 51% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

**No customer reviews**

There are 0 customer reviews and 2 customer ratings.

### Review this product

Share your thoughts with other customers

Write a customer review

---

**4 stars and above**

Sponsored ⓘ

Page 1 of 4















| CNCMOTOK 22mm Aluminum Alloy Chrome Plating Left Clutch Brake Lever for... | CNCMOTOK Black Folding Aluminum Clutch Brake Lever for 22mm 7/8 inch... | Short Brake Clutch Levers for Kawasaki Ninja 250R 08-12, NINJA300R abs 13... | CNCMOTOK Left Right 7/8" 22mm Clutch Brake Handle Levers Perch Fit Honda XR80... | FTRT Short Brake Clutch Levers for Yamaha YZF R1 2002-2003/ YZF R6 1999... | JFG RACING Billet Pivot Foldable Clutch Brake Lever For For Honda CR80R CR85R 98-07... |
|---|---|---|---|---|---|
| ⭐ 104 | ⭐ 67 | ⭐ 224 | ⭐ 107 | ⭐ 69 | ⭐ 51 |
| $11.88 ✓prime | $13.99 ✓prime | $36.99 ✓prime | $15.99 ✓prime | $32.99 ✓prime | $21.99 ✓prime |

## Deals in magazine subscriptions

Page 1 of 6















| TIME | Reader's Digest | American Survival Guide | Taste of Home | Street Trucks | Flying | Read... |
|---|---|---|---|---|---|---|
| ⭐ 1,962 | ⭐ 60 | ⭐ 131 | ⭐ 3,542 | ⭐ 44 | ⭐ 14 | |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Mag... |
| $14.00 | $5.00 | $26.95 | $8.00 | $18.95 | $7.00 | $8.00 |

## Top subscription apps for you

Page 1 of 6















| Disney+ | CBS Full Episodes and Live TV | STARZ | Sling TV | SHOWTIME | Philo: Live & On-Demand TV | ABCmou... Learning... |
|---|---|---|---|---|---|---|
| Disney | CBS Interactive | Starz Entertainment | Sling TV LLC | Showtime Digital Inc. | PHILO | Age of Le... |
| ⭐ 389,190 | ⭐ 98,647 | ⭐ 80,326 | ⭐ 47,678 | ⭐ 23,088 | ⭐ 65,519 | ⭐ 4... |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Your Browsing History**　View or edit your browsing history ›

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

 amazon

English | United States

Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa



4 results for SMOKU : "KTM"

Sort by: Featured

**Brand**
SMOKU
SMOKU MOTOR



SMOKU Pivot Dirt Bike Brake Clutch Levers Set for KTM 250 300 350 450 500 250 SX SX-F EXC XC XC-W EXC-F XC-F XCF-W 2014 2015 2016 2017...

★★★★☆ ∨ 2

$24⁹⁹
$2.00 shipping



SMOKU Motor Dirt Bike Pivot Brake Clutch Levers Set For KTM 250 EXC EXC-F 300 EXC 2003-2005/200 XC-W EXC 144 SX XC EXC 450 SX SX-F SX...

$24⁹⁹
$2.00 shipping
Only 20 left in stock - order soon.



SMOKU Dirt Bike Pivot Brake Clutch Levers Set For KTM 530 XC-W EXC XCR-W EXC-R 08-11/250 SX-F XC-F XCF-W 450 EXC-F 07-13/300 SX-F S...

$24⁹⁹
$2.00 shipping



SMOKU MOTOR Universal Swing Arm Spools Swingarm Sliders Motorcycle Swing Arm Stand Screw CNC Swing Arm Sliders Protector for Duke Suzu...

★★★★☆ ∨ 78

blue
$13⁹⁹

Get it as soon as **Mon, Oct 26**
FREE Shipping on your first order shipped by Amazon
Only 9 left in stock - order soon.

Price may vary by color

  

Need help?

Visit the help section or contact us

---

## Sponsored products related to this search  What's this? ∨

Page 1 of 3



Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 524
$43.77



Rhino USA Ratchet Straps Heavy Duty Tie Down Set, 5,208 Break Strength - (4) Heavy...
★★★★★ 2,197
$59.97



JNR Moto Sports Motorcycle Tie Downs Cam Buckle Motorcycle Straps Easier Than Retractable Ratchet...
$21.99



RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★☆ 3,409
$29.97



Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 123
$74.77



PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure...
★★★★☆ 44
$49.95



VULCAN with Sna Style - 2 Pack - H...
★★★★☆
$99.99

## Deals in magazine subscriptions

Page 1 of 6

☰  amazon

All ▾  🔍  🇺🇸  Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 0
Cart

Deliver to
Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping    Registry    Sell        Shop tech gifts

## SMOKU

SMOKU storefront

★★★★★ | **100% positive** in the last 12 months (10 ratings)

SMOKU is committed to providing each customer with the highest standard of customer service.

Have a question for SMOKU?

Ask a question

Customer Service Phone:
**+8613829746717**

---

### Detailed Seller Information

**Business Name:** Guangzhou SMOKU Trading co., Ltd

**Business Address:**
403-406,4th floor,no.7 building,Luckystar Motor Parts Market
Guangzhou
Guangdong
510165
CN

---

**Feedback**    Returns & Refunds    Shipping    Policies    Help    Products

★★★★★  " Great product and great quality "
By Ahlam on February 6, 2019.

★★★★★  " Fast shipping, great quality for the money "
By Andrew on January 28, 2019.

★☆☆☆☆  " This listing was posted as a 2 Pack. I only received one pack. "
By Andrew S. on January 27, 2019.

★★★★★  " Easy to put on and is helpful to protect the radiator "
By Amazon Customer on December 29, 2018.

★★★☆☆  " ~~Good evening, I received the LED Gear Indicator for Honda CB500X, Model 2018, with instruction how to program it, but it does not say any word about wiring. It has three wire: Black, Red, and White. Please help to insert three pins correctly to ECU Diagnostic of the motorcycle. Thanks a lot for your support! HAPPY HOLIDAY TO YOU AND YOUR SWEET FAMILY... Best regards, Long Nguyen.~~ "
Read less
By Amazon Customer on December 7, 2018.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 100% | 81% |
| Neutral | 0% | 0% | 0% | 5% |
| Negative | 0% | 0% | 0% | 14% |
| Count | 2 | 3 | 10 | 43 |

Previous    Next

Leave seller feedback  |  Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 5


Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit for...
★★★★☆ 15
$38.99


Rawsomes Adjustable Brake Clutch Levers For KTM 390 Duke/RC390 2013-2019, 250 Duke...
★★★☆☆ 19
$30.90


YOHOOLYO Disc Lock Alarm Motorcycle Alarm Padlock with 110db Alarm Sound for Motorcycles...
★★★★☆ 2,152
$28.96


NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
★★★★★ 76
$27.50


FENRIR Front and Rear Fork Wheel Frame Sliders Motorcycle Slider Crash Protector For KTM DUKE...
★★★★☆ 7
$25.00


Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013...
★★★★☆ 14
$12.99


CICMC
Slider
KTM 1
★★★ 1
$25.9

### Deals in magazine subscriptions

Page 1 of 6


Allure
★★★★☆ 748
Print Magazine
$8.00


Reminisce
★★★★☆ 25
Print Magazine
$5.00


Chickens
★★★★☆ 109
Print Magazine
$20.21


Young Rider
★★★★☆ 189
Print Magazine
$16.46


Real Simple
★★★★☆ 6,949
Print Magazine
$10.00


Elle Décor
★★★★☆ 922
Print Magazine
$6.00


Elle
Print M
$5.00





SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options



Continue

---

### Shipment 1 of 1
**Shipping from SMOKU** (Learn more)

Shipping to: ████████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **SMOKU Pivot Dirt Bike Brake Clutch Levers Set for KTM 250 300 350 450 500
  250 SX SX-F EXC XC XC-W EXC-F XC-F XCF-W 2014 2015 2016 2017 2018
  2019 2020 Orange**
  $24.99 - Quantity: 1
  Sold by: SMOKU

Change quantities or delete

**Choose a delivery option:**

○ **Wednesday, Nov. 18 - Thursday, Dec. 10**
  $2.00 - Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN     SHIPPING & PAYMENT     GIFT OPTIONS     **PLACE ORDER**

## Review your order



**Shipping address** Change

�no1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions

**Payment method** Change

Debit ending in ▬

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    Apply

---

▬▬, we'd like to give you a chance to try Amazon

**Join Prime and start saving ▶**
Receiving government assistance? **Get 50% off Prime ▶**

**Estimated delivery: Nov. 18, 2020 - Dec. 10, 2020**

SMOKU Pivot Dirt Bike Brake Clutch Levers
Set for KTM 250 300 350 450 500 250 SX SX-
F EXC XC XC-W EXC-F XC-F XCF-W 2014
2015 2016 2017 2018 2019 2020 Orange
$24.99
Quantity: 1 Change
Sold by: SMOKU
🎁 Gift options not available.

**Choose a delivery option:**

◉ **Wednesday, Nov. 18 - Thursday, Dec. 10**
$2.00 - Shipping

### Place your order

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

**Order Summary**
Items:     $24.99
Shipping & handling:     $2.00

Total before tax:     $26.99
Estimated tax to be collected:*     $1.56

**Order total:**     **$28.55**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? **See tax and seller information**

Do you need help? Explore our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: **Important information regarding sales tax you may owe in your State**

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's **Returns Policy**

Go to the **Amazon.com homepage** without completing your order.

**Conditions of Use | Privacy Notice** © 1996-2020, Amazon.com, Inc.



≡  amazon          All ▾  KTM          🔍  🇺🇸  Hello, Sign in          Returns          Try Prime ▾          0
                                                        Account & Lists ▾          & Orders                                Cart
                                                        Account ▾

📍 Deliver to
Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping          Shop today's epic deals now

‹ Back to results



Roll over image to zoom in

## SMOKU Motor Dirt Bike Pivot Brake Clutch Levers Set For KTM 250 EXC EXC-F 300 EXC 2003-2005/200 XC-W EXC 144 SX XC EXC 450 SX SX-F SX-R 2005-2008/200 XC 2003-2008/525 SX SX-R XC XC-W 2003-2007

Brand: SMOKU

Price: **$24.99** + $2.00 shipping

Get $50 off instantly: Pay $0.00 **$24.99** upon approval for the Amazon Rewards Visa Card. No annual fee.

| Handle Type | Lever |
|---|---|
| Metal Type | Aluminum |
| Brand | SMOKU |

**About this item**
- Machined from CNC 6061 T6 Aluminum, 6 Position Lever Adjustment stainless steel fasteners
- Foldable design will have a self-protected function. Pivot allow the lever to fold outward to prevent bending or breaking in the event of a crash
- Precision Machined Pivot Bore to Ensure A Perfect Fit
- Perfect Fitment Without Any Modification Easy Installation
- For Other Compatible Models Please Click "See More Product Details"

› See more product details

Compare with similar items



**$24.99**
+ $2.00 shipping

Arrives: Nov 16 - Dec 8

**Only 20 left in stock - order soon.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...          SMOKU
Sold by ...          SMOKU

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### Inspired by your recent shopping trends                                                                     Page 1 of 17

‹








›

| MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07... | JOYON Motorcycle CNC Aluminium Brake Clutch Gear Pedal Lever for KTM Duke 125 200... | Coolsheep Brake Clutch Gear Foot Pedal Lever for KTM Duke 125 200 390 2013-2017 | Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers for KTM 350 450 SX SXR SXF... | Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016... | Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit... |
|---|---|---|---|---|---|
| ★★★☆☆ 9 | ★★★★☆ 14 | ★★★★★ 1 | ★★★☆☆ 20 | ★★★★☆ 12 | ★★★★☆ 15 |
| $38.88 | $25.99 | $23.79 | $20.99 | $31.96 | $58.99 |
| Only 17 left in stock - orde... | Only 14 left in stock - orde... |  |  |  | Only 10 left in stock - orde... |

---

### Customers who viewed this item also viewed








| for KTM 125 144 200 250 300 400 450 500 505 525 530 EXC EXC-R EXC-F XC XC-W XC-F... | JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW... | Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers for KTM 350 450 SX SXF... | Pivot Dirtbike Brake Clutch Levers for KTM 250 SX-F/EXC -F/Sixdays 2007-2013, EXC-E 300... | JFG RACING CNC Brake Clutch Levers For 250 300 350 450 500 SX SXF EXC EXCF XC XCF XCW... | Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016... |
|---|---|---|---|---|---|
| ★☆☆☆☆ 1 | ★★★★☆ 67 | ★★★☆☆ 20 | ★★★★☆ 13 | ★★★★★ 14 | ★★★★☆ 12 |
| $27.55 | $23.99 | $20.99 | $31.90 | $23.99 | $31.96 |
| Only 17 left in stock - orde... |  |  |  | Only 12 left in stock - orde... |  |

---

### You might also like

Sponsored ⓘ

Case 1:20-cv-06677 Document 15 Filed 11/10/20 Page 303 of 498 PageID #:2478



‹ Back to results



Roll over image to zoom in

# SMOKU Dirt Bike Pivot Brake Clutch Levers Set For KTM 530 XC-W EXC XCR-W EXC-R 08-11/250 SX-F XC-F XCF-W 450 EXC-F 07-13/300 SX-F SX XC XC-W EXC 06-13

Brand: SMOKU

Price: **$24.99** + $2.00 shipping

Get $50 off instantly: Pay $0.00 ~~$24.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Handle Type | Lever |
| Metal Type | Aluminum |
| Brand | SMOKU |

## About this item

- To Fit KTM 450 XC-W CR-W 2008-2013 / 350 SX-F XC-F XCF-W EXC-F 2011-2013 / 525 530 SX-F EXC-F 2007-2011
- Machined from CNC 6061 T6 Aluminum, 6 Position Lever Adjustment stainless steel fasteners
- Foldable design will have a self-protected function. Pivot allow the lever to fold outward to prevent bending or breaking in the event of a crash
- Precision Machined Pivot Bore to Ensure A Perfect Fit Without Any Modification Easy Installation
- For Other Compatible Models Please Click "See More Product Details"

› See more product details

**$24.99**
+ $2.00 shipping

Arrives: Nov 18 - Dec 10

**In stock.**
Usually ships within 3 to 4 days.

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... SMOKU
Sold by ... SMOKU

Return policy: Returnable until Jan 31, 2021

Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

## Inspired by your recent shopping trends

Page 1 of 17







MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XC-W EXC-F 07...
★★★☆☆ 9
$38.88
Only 17 left in stock - orde...

JOYON Motorcycle CNC Aluminium Brake Clutch Gear Pedal Lever for KTM Duke 125 200...
★★★★☆ 14
$25.99

Cooleshep Brake Clutch Gear Foot Pedal Lever for KTM Duke 125 200 390 2013-2017
★★★★★ 1
$23.79
Only 14 left in stock - orde...

Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers for KTM 350 450 SX SXR SXF...
★★★☆☆ 20
$20.99

Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016...
★★★★☆ 12
$31.96

## You might also like
Sponsored ⓘ









KTM LOCK ON GRIP SET 2016-2020 250 350 450 SX XC-W EXC-F XC-W EXC-F 79002924100
★★★★☆ 17
$29.99

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7870293120004
★★★★☆ 3
$47.99

KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404
★★★★★ 3
$101.99

KTM Clutch Lever (Orange) Brembo OEM: 7800293120004
★★★★★ 5
$29.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 prime

KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99

2004 fits KTM 300 Race-Driven Rear R Brake Rotor Disc fo Motorcross
$43.95

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

### Additional Information

ASIN      B07X11T7MV

≡ **amazon**  | Automotive Parts & Accessories ▾ | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾ | Vehicles

Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake




## CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake Clutch For KTM 640 DUKE II 2003 2004 690 Duke 2012 2013 690 Duke R 2012 2013

Brand: StarknightMT

Roll over image to zoom in

Price: **$31.99**

Get $50 off instantly: Pay $0.00 $31.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Black&Orange**

$31.99 | $31.99

- 【Fitment】: For KTM 640 DUKE II 2003 2004 For KTM 690 Duke 2012 2013 For KTM 690 Duke R 2012 2013
- 【High Quality】: The brake levers use chrome steel precision sealed bearings, stainless steel pivot and bushing parts, Chrome Silicon cantilever springs, aerospace grade stainless steel and chromoly fasteners.
- 【Adjustable】: 6-speed lever adjustable design, just adjust the set screw on the lever to adjust the range the smallest to the largest hands and provide the best clutch or brake response.
- 【Extendable & Foldable】: The brake levers can be stretched and folded to provide cushioning when your motorcycle is tilted, reducing motorcycle losses and protecting it.
- 【Buy with confidence】: StarknightMT stand by 100% customer satisfaction guarantee. If you have any question or any unsatisfy about the honda clutch lever, please contact us first, we will try our best to solve any problem for you in 24 hours.

› See more product details

Compare with similar items



**$31.99**

FREE delivery: Nov 13 - Dec 7
Fastest delivery: Oct 28 - Nov 2

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ... Star Knight Motor
Sold by ... Star Knight Motor

Return policy: This item is returnable ▾

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $7.24

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ 📘 🐦 📌

Have one to sell?
[ Sell on Amazon ]

---

## Sponsored products related to this item

Page 1 of 2







| NTHREEAUTO Foldable Motorcycle Brake Clutch Levers Dirt Bike Billet Pivot Lever Compatible wit... | JFG RACING Billet Pivot Foldable Clutch Brake Lever For For Honda CR125R 250R 04-07... | For KTM 1090 Adventure/R 2017-2018 for KTM 690 Enduro R 2014-2018, 3D CNC... | kemimoto Foldable Brake Clutch Levers Compatible with KTM 125SX 150SX 2016... | JFG RACING Billet Pivot Foldable Clutch Brake Lever For For 125EXC SIX DAYS 125 144SX 1... |
| $22.99 ✓prime | ★★★☆☆ 56 $23.99 ✓prime | ★★★☆☆ 1 $36.38 | $29.99 ✓prime | ★★☆☆☆ 11 $23.99 ✓prime |

 Ad feedback

---

## Compare with similar items



| | This item CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake Clutch For KTM 640 DUKE II 2003 2004 690 Duke 2012 2013 690 Duke R 2012 2013 | CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake Clutch For KTM 125 DUKE 2012-2013 200 DUKE 2013-2014 390 DUKE 2013-2014 | CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake Clutch For KTM 390 DUKE 2015-2016 | CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake Clutch For Honda CBR600RR CBR 600RR 2003 2004 2005 2006 CBR954RR CBR 954RR 2002 2003 |
| --- | --- | --- | --- | --- |
| | [ Add to Cart ] | [ Add to Cart ] | [ Add to Cart ] | [ Add to Cart ] |
| Customer Rating | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ★★★★½ (5) |
| Price | $31.99 | $31.99 | $31.99 | $31.99 |

| Sold By | | | | |
|---|---|---|---|---|
| | Star Knight Motor | Star Knight Motor | Star Knight Motor | Star Knight Motor |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $31.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**Black&Orange**

### Technical Details

| | |
|---|---|
| Manufacturer | StarknightMT |
| Brand | StarknightMT |
| Item Weight | 10.6 ounces |
| Product Dimensions | 6.69 x 0.79 x 1.97 inches |
| Exterior | Smooth |
| Manufacturer Part Number | StarknightMT |
| Vehicle Service Type | All of the above |

### Additional Information

| | |
|---|---|
| ASIN | B0837FQSW3 |
| Date First Available | December 27, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 3

### Videos for related products

    

| | | | | |
|---|---|---|---|---|
| 0:29 | 0:59 | 0:28 | 0:29 | |
| Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever | Motorcycle CNC brake clutch levers | 7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir... | WOOSTAR- How to install a Clutch Brake Bump Lever Assembly for... | Street Brake Le... |
| GOOFIT | FXCNC Racing | Feiteplus | WOOSTAR DIRECT US | TARAZON-Moto... |

Upload your video

## Product description

Color:**Black&Orange**

➤➤➤Notice: Please check the models and years to make sure the short levers brake clutch fit for your bike.

**Fitment:**
**For KTM 640 DUKE II 2003-2004**
**For KTM 690 Duke 2012-2013**
**For KTM 690 Duke R 2012-2013**

**Feature**
Condition: 100% brand new
Material: high quality T6061-T6 aluminum
Color: as shown
Laser Engraved Logo: Duke
Fully adjustable 6 positions
Extensible: approx. 3 cm (extending from 15.7 cm to 18.7 cm)
Foldable: 90 degrees

**Package include**
lever X 2 (brake and clutch)
length adjustment tool

**Description:**
Direct replacement of inventory leverage without any modifications
Easy to install or disassemble, quick and easy
Choose from a variety of colors to perfectly decorate your car
Perfect rider position for all riders with adjustment screws
The lever is folded outward to prevent bending or breakage in the event of a collision

**Serve assurance:**
StarknightMT stand by 100% customer satisfaction guarantee. If you have any question or any unsatisfy about the honda clutch lever, please contact us first, we will try our best to solve any problem for you in 24 hours.

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers who searched for "emoji" ultimately bought

Page 1 of 2

 

LovesTown Mini Emoji Keychain Set, 80pcs Emoji Party Favors for Kids Emoticon Plush...
★★★★½ 32
$12.99



Emoji Universe: Emoji LED Rings, 24 Count
★★★★½ 359
$11.95



36 Styles Metallic Glitter Emoji Temporary Tattoos for Kids, Emoji Birthday Party Supplies Games...
★★★★½ 3
$5.99



Dreampark Emotion Keychain Mini Cute Plush Pillows, Christmas / Birthday Party...
★★★★½ 740
$10.99



Dreampark 80 Pack Mini Emotion Keychain Plush, Party Favors for Kids, Christmas / Birthday...
★★★★½ 182
$32.99



## Inspired by your browsing history

Page 1 of 8

 

Laugh Till You Cry Emoji Pillow 12.5 Inch Large Yellow Smiley Emoticon
★★★★½ 584
$9.95



Emoji Birthday Candles | Party Supply
★★★★½ 195
$4.55



Timex Unisex Weekender 38mm Watch
★★★★½ 12,195
$29.55 - $89.99



24 Make A Emoji Stickers For Kids: Emoji Party Supplies & Party Favors For Emoji Themed...
★★★★½ 134
$7.25



Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fits ABS...
★★★★½ 89
$80.99



**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2

       

See personalized recommendations

Sign in

New customer? Start here.

Back to top



Deliver to Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Sell   Coupons

1-16 of 30 results for **Star Knight Motor** : "**KTM**"      Sort by: Featured ▾

**Brand**
StarknightMT

---

### Motorcycle Kickstand Kick Pad Side Stand Enlarge Extension For KTM 1050 1090 1190 Adventure 2014 2015 2016 2017 2018 2019 KTM...

★★★☆☆ ▾ 12

Orange

$13.99

Get it as soon as **Mon, Oct 26**
FREE Shipping on your first order shipped by Amazon
Only 7 left in stock - order soon.



---




### Orange 10MM Motorcycle Swing Arm Sliders Spools CNC Swingarm Arm Stand Screw For KTM Duke 125 200 2012-2015 Duke 390 2013-2015

★★★★☆ ▾ 10

Orange

$11.99

Get it as soon as **Mon, Oct 26**
FREE Shipping on your first order shipped by Amazon
Only 6 left in stock - order soon.

Also available in Black



---



### Motor Aluminum License Plate Bracket Holder Fender Eliminator For KTM 1190 RC8 2009-2011/125 Duke 2013-2018/200 Duke 2015-...

★★★★☆ ▾ 6

Orange

$29.99

✓prime Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 7 left in stock - order soon.



---

### 4PCS Motorcycle CNC Aluminum M10 x 1.25 Rear view Mirror Hole Plugs Screws Fit For Honda Yamaha Suzuki Kawasaki KTM Triumph Aprilia...

★★★★☆ ▾ 22

Red

$10.99

Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon
Only 10 left in stock - order soon.



---

### 4Pcs Motorcycle CNC Aluminum M10 x 1.25 Rear view Mirror Hole Plugs Screws Fit For KTM 1190 Adventure 2014-2016 1290 Super Duke R...

★★★★★ ▾ 3

$10.99

Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon
Only 8 left in stock - order soon.



---



### Motorcycle Radiator Grille Guard Cover Aluminum Alloy Protector Grille Fit For KTM 250 Duke 2017-2018 390 Duke 2017-2018

★★★☆☆ ▾ 2

$32.99

✓prime Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 7 left in stock - order soon.







### 2 Packs Black Motorcycle Aluminium Tire Stem Valve Caps Air Cover For Kawasaki Ninja ZX6R ZX-10R 250R For CBR600RR CBR250R,CBR300R...

$5.99

Get it as soon as **Mon, Oct 26**
FREE Shipping on your first order shipped by Amazon
Only 2 left in stock - order soon.



### Motorcycle CNC Aluminum Keyless Twist off Gas Tank Cap Cover For KTM RC 125 2011-2016 / RC 200 2012-2016 / RC 390 2013-2016

★★★☆☆ ⌄ 2

Black
$25.99

✓prime Get it as soon as **Mon, Oct 26**
FREE Shipping by Amazon
Only 2 left in stock - order soon.

    +

 

### Motorcycle Aluminum Brake Clutch Fluid Reservoir Front or Rear Oil Cup For KTM 1050 1090 1190 1290 ADV ADVENTURE DUKE 125 200 390...

★★★★½ ⌄ 85

Orange
**31% off**
$8.99 ~~$12.99~~
Lowest price in 30 days
Get it as soon as **Mon, Oct 26**
FREE Shipping on your first order shipped by Amazon
Price may vary by color

    +



### CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake Clutch For KTM 1290 Super Duke R/GT 2014-2016 990...

Black
$31.99

FREE Shipping
Also available in Black&Orange





### Universal Motorcycle mirror side Rearview For BMW Yamaha Ducati Triumph Suzuki Kawasaki KTM Honda CB1000R / CB1300 / CB600F...

★★★☆☆ ⌄ 2

Black
$33.49

FREE Shipping



    +



### Motorcycle Air Fuel Mixture Screw Adjuster Keihin FCR Carburetor Carb For Honda CRF150R 250R 450R For Kawasaki KX450F 250F KLX450R...

Green
$12.99

FREE Shipping

   +



### CNC Aluminum Side Stand Pad Plate Kickstand For KTM 1050 1190 1290 Adventure

★★½☆☆ ⌄ 2

Black
$18.99

FREE Shipping

    +



CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake Clutch For KTM 640 DUKE II 2003 2004 690 Duke 2012 2013 69...

**Black&Orange**
$31⁹⁹
FREE Shipping
Also available in Black





CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake Clutch For KTM 125 DUKE 2012-2013 200 DUKE 2013-2014 390...

**Black**
$31⁹⁹
FREE Shipping
Also available in Black&Orange





M101.25 Motorcycle Swing Arm Sliders Spools CNC Swingarm Arm Stand Screw For Kawasaki ZX-6R Z1000 ER-6N ER-6F Z750 For Yamah...

**Blue**
$11⁹⁹
FREE Shipping

   

   +

← Previous | **1** | 2 | Next →

## Need help?

Visit the help section or contact us

---

### Sponsored products related to this search What's this? ⌄

Page 1 of 4



Vehiclex Soft Loop Motorcycle Tie Down Straps 1.5 x 18 inches - Green - 10000 lb Load...
★★★★★ 17
$11.99



Tumbl Trak Pit Pillow Soft Mat w/Denim Cover
★★★★½ 32
$373.95



PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure...
★★★★½ 43
$49.95



CAOS Tie Down Ratchet Straps with Hooks - Heavy Duty Coated Steel, Chromoly...
★★★★★ 22
$49.97



4 Auto Retract NO-RATCHETING Ratchet Straps | 1" x 6' Retractable SELF...
★★★★½ 299
$52.99



### Deals in magazine subscriptions

Page 1 of 9



Martha Stewart Living
★★★★½ 35
Print Magazine
$3.00



National Geographic Kids
★★★★½ 6,417
Print Magazine
$15.00



Real Simple
★★★★☆ 29
Print Magazine
$5.00



Woman's Day
★★★★☆ 14
Print Magazine
$5.50



Wired
Print Magazine
$5.00

 

---

**Your Browsing History** View or edit your browsing history ›

Page 1 of 3

See personalized recommendations

**Sign in**

New customer? Start here.

       



# Star Knight Motor

Star Knight Motor storefront

★★★★½ | 99% positive in the last 12 months (89 ratings)

Star Knight Motor is committed to providing each customer with the highest standard of customer service.

Have a question for Star Knight Motor?

[Ask a question]

## Detailed Seller Information

**Business Name:** Star Knight Motor
**Business Address:**
Building 1,No.106 Fengzedong Rd,Nansha
Guangzhou
Guangdong
510165
CN

**Feedback** | Returns & Refunds | Shipping | Policies | Help | Products

★☆☆☆☆ "As an engineer I could tell this product was manufactured wrong. The pivot holes need to be rotated 90 deg in order for this to work. The seller claims there is nothing wrong, yet pictures show the license plate facing the bottom of the seat instead of toward the rear of the bike. Now wants me to pay to have it shipped back to them."
Read less
By Tyler Wells on November 22, 2019.

★★★★★ "Loved the product, just as described. Prompt delivery."
By Edgar F. Pacheco on November 14, 2019.

★★★★★ "Shipped promptly, arrived on time, would buy from this seller again."
By Sparkey on October 5, 2019.

★★★★★ "Levers and handgrips fit perfect. Both are working fine and the finish look is great."
By Customer on August 19, 2019.

★★★★★ "A great key fob for your KTM Motorcycle or any vehicle really. Considering that it came from somewhere in China, it arrived here very quickly and was well-packaged."
Read less
By The Dutchman on August 8, 2019.

Previous   Next

|         | 30 days | 90 days | 12 months | Lifetime |
|---------|---------|---------|-----------|----------|
| Positive | 100%   | 100%    | 99%       | 99%      |
| Neutral  | 0%     | 0%      | 0%        | 0%       |
| Negative | 0%     | 0%      | 1%        | 1%       |
| Count    | 16     | 44      | 89        | 100      |

Leave seller feedback   |   Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 8



Laugh Till You Cry Emoji Pillow 12.5 Inch Large Yellow Smiley Emoticon
★★★★½ 584
$9.95


Emoji Birthday Candles | Party Supply
★★★★½ 195
$4.55


Timex Unisex Weekender 38mm Watch
★★★★½ 12,195
$29.55 - $89.99


24 Make A Emoji Stickers For Kids: Emoji Party Supplies & Party Favors For Emoji Themed...
★★★★½ 134
$7.25


Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fits ABS &...
★★★★½ 89
$80.99



## Top subscription apps for you

Page 1 of 9



Disney+
Disney
★★★★½ 386,992
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★½ 98,053
$0.00


STARZ
Starz Entertainment
★★★★☆ 79,756
$0.00


Sling TV
Sling TV LLC
★★★★☆ 47,388
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,921
$0.00



 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

**Continue**

---

## Shipment 1 of 1

**Shipping from Star Knight Motor**   (Learn more)

Shipping to: ▓▓▓, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United
States

- **CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake
  Clutch For KTM 640 DUKE II 2003 2004 690 Duke 2012 2013 690 Duke R 2012
  2013**
  $31.99 - Quantity: 1
  Sold by: Star Knight Motor

Change quantities or delete

**Choose a delivery option:**

◉ **Friday, Nov. 13 - Monday, Dec. 7**
   FREE Shipping

○ **Wednesday, Oct. 28 - Monday, Nov. 2**
   $22.99 - Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

| | | | Place your order |
|---|---|---|---|

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Shipping address** Change
████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ████████
Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

Enter Code     Apply

**Order Summary**
| | |
|---|---|
| Items: | $31.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $31.99 |
| Estimated tax to be collected:* | $2.00 |
| **Order total:** | **$33.99** |

How are shipping costs calculated?

**prime** ████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 13, 2020 - Dec. 7, 2020**



CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake Clutch For KTM 640 DUKE II 2003 2004 690 Duke 2012 2013 690 Duke R 2012 2013
$31.99
Quantity: 1 Change
Sold by: Star Knight Motor
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Friday, Nov. 13 - Monday, Dec. 7**
FREE Shipping
○ **Wednesday, Oct. 28 - Monday, Nov. 2**
$22.99 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06677   Document 1-15   Filed 11/09/20   Page 313 of 498   PageID #: 2483



≡ **amazon**   | All ▾ | KTM | 🔍 |   🇺🇸 ▾   Hello, Sign in Account & Lists ▾   Returns & Orders   Try Prime ▾   🛒 0 Cart

Deliver to Bensenville 60106   Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Shop today's epic deals now

‹ Back to results





Roll over image to zoom in

# CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake Clutch For KTM 1290 Super Duke R/GT 2014-2016 990 SuperDuke 2005-2012 690 Duke 2008-2011

Brand: StarknightMT

Price: **$31.99**

Get $50 off instantly: Pay $0.00 $31.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: Black

| $31.99 | $31.99 |

- 【Fitment】: For KTM 1290 Super Duke R/GT 2014 2015 2016 For KTM 990 SuperDuke 2005-2012 For KTM 690 Duke 2008 2009 2010 2011
- 【High Quality】: The brake levers use chrome steel precision sealed bearings, stainless steel pivot and bushing parts, Chrome Silicon cantilever springs, aerospace grade stainless steel and chromoly fasteners.
- 【Adjustable】: 6-speed lever adjustable design, just adjust the set screw on the lever to adjust the range the smallest to the largest hands and provide the best clutch or brake response.
- 【Extendable & Foldable】: The brake levers can be stretched and folded to provide cushioning when your motorcycle is tilted, reducing motorcycle losses and protecting it.
- 【Buy with confidence】: StarknightMT stand by 100% customer satisfaction guarantee. If you have any question or any unsatisfied about the honda clutch lever, please contact us first, we will try our best to solve any problem for you in 24 hours.

› See more product details

New (3) from $31.99 + FREE Shipping



**$31.99**

FREE delivery: **Nov 13 - Dec 7**
Fastest delivery: **Oct 28 - Nov 2**

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...   Star Knight Motor
Sold by ...   Star Knight Motor

Return policy: This item is returnable ▾

📍 Deliver to Bensenville 60106

Add to List



New (3) from $31.99 + FREE Shipping   ›

Share 📧 f 𝕏 📌

Have one to sell?
Sell on Amazon

---

## Sponsored products related to this item

Page 1 of 19

‹



KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★½ 3
$47.99



KTM Clutch Lever (Orange) Brembo OEM: 7800293120004
★★★★★ 5
$29.99



KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99



KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404
★★★★★ 3
$101.99



Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 ✓prime

›

 Ad feedback

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $31.99!** Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

Color:**Black**

### Technical Details

| Manufacturer | StarknightMT |
|---|---|
| Brand | StarknightMT |
| Item Weight | 12 ounces |
| Product Dimensions | 6.69 x 0.79 x 1.97 inches |
| Exterior | Smooth |

### Additional Information

| ASIN | B0839BWT7J |
|---|---|
| Date First Available | December 30, 2019 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

≡ **amazon**   All ▾ | KTM    🔍   🇺🇸 ▾   Hello, Sign in / Account & Lists ▾   Returns & Orders ▾   Try Prime ▾   🛒 0 Cart

📍 Deliver to Bennsenville 60106 | Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping     Shop deals before they are gone

‹ Back to results






Roll over image to zoom in

# CNC Extendable Foldable Motorcycle Adjustment Pivot Short Levers Brake Clutch For KTM 125 DUKE 2012-2013 200 DUKE 2013-2014 390 DUKE 2013-2014

Brand: StarknightMT

Price: **$31.99**

Get $50 off instantly: Pay $0.00 $31.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Black**

[ $31.99 ] [ $31.99 ]

- 【Fitment】: For For KTM 125 DUKE 2012 2013 For KTM 200 DUKE 2013 2014 For KTM 390 DUKE 2013 2014
- 【High Quality】: The brake levers use chrome steel precision sealed bearings, stainless steel pivot and bushing parts, Chrome Silicon cantilever springs, aerospace grade stainless steel and chromoly fasteners.
- 【Adjustable】: 6-speed lever adjustable design, just adjust the set screw on the lever to adjust the range the smallest to the largest hands and provide the best clutch or brake response.
- 【Extendable & Foldable】: The brake levers can be stretched and folded to provide cushioning when your motorcycle is tilted, reducing motorcycle losses and protecting it.
- 【Buy with confidence】: StarknightMT stand by 100% customer satisfaction guarantee. If you have any question or any unsatisfy about the honda clutch lever, please contact us first, we will try our best to solve any problem for you in 24 hours.

› See more product details

---

**$31.99**

FREE delivery: **Nov 13 - Dec 7**
Fastest delivery: **Oct 28 - Nov 2**

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Star Knight Motor
Sold by ... Star Knight Motor

Return policy: This item is returnable ▾

📍 Deliver to Bennsenville 60106

[ Add to List ]

Share ✉ 📘 🐦 📌

Have one to sell?
[ Sell on Amazon ]



## Sponsored products related to this item
Page 1 of 14

‹


**KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404**
★★★★½ 3
$47.99


**KTM Clutch Lever (Orange) Brembo OEM: 7800293120004**
★★★★½ 5
$29.99


**KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404**
★★★★★ 1
$101.99


**KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404**
★★★★★ 3
$101.99


**2012 2013 2014 fits KTM 350 EXC-F 14 Tooth Front Sprocket**
★★★★★ 1
$18.95


**Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...**
★★★★☆ 44
$21.99 ✓prime


**KTM 3 Boxers Pack - Microfiber (92% Polyester - 8% Elast - Multicolored**
★★★★½ 43
$26.90 ✓prime

Ad feedback 📷

›

## Special offers and product promotions
- **Amazon Business**: For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $31.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

Color:**Black**

### Technical Details

| Manufacturer | StarknightMT |
|---|---|
| Brand | StarknightMT |
| Item Weight | 10.6 ounces |
| Product Dimensions | 6.69 x 0.79 x 1.97 inches |
| Exterior | Smooth |
| Manufacturer Part Number | StarknightMT |

### Additional Information

| ASIN | B0837FMXN3 |
|---|---|
| Date First Available | December 27, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ▾



☰ **amazon**

Automotive Parts & Accessories ▾    [search] 🔍   🇺🇸 ▾

Hello, Sign in
Account & Lists ▾   Returns & Orders ▾   Try Prime ▾   🛒 0 Cart

Account ▾

📍 Deliver to Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping     **Shop deals before they're gone**

Automotive   Your Garage   Deals & Rebates   Best Sellers   Parts ▾   Accessories ▾   Tools & Equipment ▾   Car Care ▾   Motorcycle & Powersports ▾   Truck ▾   RV ▾   Tires & Wheels ▾   Vehicles

Save on Amazon Basics Car Jumper Cables   Shop now ▸

Automotive › Motorcycle & Powersports › Parts › Fuel System



Roll over image to zoom in

# Motorcycle Hose Gas Fuel Tank Cap Vent Hose Tube CNC Universal For ATV Quad CRF YZF RMZ KLX KTM DRZ Pit Dirt Bike Motorcycle Aluminum Fuel Motocross atv utv (a pair black)

Brand: Nonbrand

★★★★☆   5 ratings

Price: **$9.99**   FREE Shipping on your first order. Details & FREE Returns

Get $50 off instantly: Pay $0.00 $9.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **a pair black**

| | | | | | |
|---|---|---|---|---|---|
| $9.99 | $9.99 | $6.99 | $6.31 | $9.99 | |
| $9.99 | $6.99 | | | | |

- ★[FITMENT] - With steel ball ★ Fit for most of Dirt Pit Monkey Bike ATV Quad
- ★[QUANTITY] - One Air Vent As Pictures.Instruction of Installation is NOT Included
- ★[FUNCTION] -Replaces Old vent line, let's your gas tank breathe, and prevent splashing out of the overflow hose. Allows air to go into gas tank while not letting gas and fumes escape,basically a small one way Check valve
- ★[HIGH QUALITY] - Perfect anodize surface treatment.while the breather tube is made from plastic.Easy to install, great looks
- ★[AFTER SALE] - We are committed to provide excellent customer service,If you have any questions,please contact us.We will try our best to solve your problem.

› See more product details

New (2) from $9.99 & FREE Shipping on orders over $25.00

## Consider this Amazon's Choice product that delivers quickly

**Amazon's Choice**

 6 Pcs Fuel Gas Tank Cap Breather Vent Hose for 50cc 110cc 125cc 150cc SSR Yamaha Suzuki Honda XR50 Kawasaki Apollo Pit Dirt Bike Tao tao Kids ATV Quad Trail Bike

$8.99 ✓prime

★★★★☆ (256)

**$9.99**

**FREE Shipping** on your first order. Details & FREE Returns ▾

Arrives: **Wednesday, Nov 4**

Fastest delivery: **Today**
Order within 7 hrs and 39 mins
Details

**Only 13 left in stock - order soon.**

Qty: 1 ▾

[Add to Cart]

[Buy Now]

🔒 Secure transaction

Ships from   Amazon
Sold by    summer racing

Return policy: This item is returnable ▾

☐ Add gift options

📍 Deliver to Bensenville 60106

[Add to List]

New (2) from
$9.99 & FREE Shipping on orders over $25.00 ›

Share ✉ f 🐦 📌

Have one to sell?
[Sell on Amazon]


Sponsored

## You might also like

Sponsored ⓘ     Page 1 of 173

‹

 Gas Fuel Tank Cap CNC Aluminum With Breather Valve For 50cc 70cc 90cc 110cc 125cc 1...
$11.49 ✓prime

 CNCMOTOK 38mm 1.5" Red Air Filter With Two 5mm Gas Fuel Filter For 110cc 150cc 200c...
$10.98 ✓prime

 49cc 2 Stroke Engine Motor Pocket Pit Dirt Bike Mini Quad ATV Bicycle Scooter
★★★★☆ 28
$64.99

 Mingdun Chain Tensioner Guide Roller Slider for Dirt Pit Mini Bike Moto Motorcycle...
★★★★☆ 1
$12.39 ✓prime

 CNCMOTOK Right Front Hydraulic Disc Brake Lever for Taotao Roketa Apollo Peace SunL...
$10.99 ✓prime

›

## Customers who viewed this item also viewed

Page 1 of 2

‹

 YOKEPO Billet Gas Fuel Cap Air Vent Hose Tube Breather For Motorcycle Motocross Pit Dirt Bike...
★★★★☆ 229
$7.89

 Eriding Gas Fuel Tank Cap Valve Vent Breather Hose CNC For Motorcycle Bikes ATV Dirtbike...
★★★★☆ 91
$7.50

 AnXin Breather Hose Gas Fuel Tank Cap Vent Hose Tube CNC Universal For ATV Quad CRF YZF...
★★★★☆ 170
$10.99

 Universal Tank Gas Fuel Cap Valve Vent Breather Hose Tube For 50cc 110cc 70cc 125cc...
★★★★☆ 168
$11.99

 HERIS 6pcs Universal Tank Gas Fuel Cap Valve Air Vent Breather Hose Tube For 50cc 110cc...
★★★★☆ 11
$9.99

 Mtsooning 3pcs Red Gas Fuel Cap Valve Vent Breather Hose Tube Universal
★★★★☆ 18
$8.76

›

## Competitively priced

Sponsored

Page 1 of 2










| JRL 10pcs Black Fuel Gas Cap Cover Air Vent Tube Breather for 50cc 110cc 125cc 150c... | 1.5m0.8cm(4.9 FT.0.3") Tubing Carburetor Fuel Vent Line, PRO BAT, Gas Hose Line Fu... | 15mm Chain Adjuster Tensioner Fit XR CRF 50 70 Bike Scooter CNC 110cc 125cc Pit Dir... | 5mm Tubing Carburetor Fuel Tube Petrol Hose Vent Line for ATV Dirt Bike Go Kart Mop... | Attwood 911526-1 Replacement Cover For P-Trap Fuel Tank Vent Black | uxcell Breather Hose Gas Fuel Tank Cap Vent Hose Tube for Motorcycle Motocross Pit ... |
| --- | --- | --- | --- | --- | --- |
| ★★★★☆ 36 | ★★★★☆ 40 | ★★★☆☆ 19 | ★★★★☆ 41 | ★★★★½ 158 | ★★★★☆ 1 |
| $8.99 ✓prime | $7.88 ✓prime | $7.66 ✓prime | $7.49 ✓prime | $9.55 ✓prime | $4.58 |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**a pair black**

### Technical Details

| | |
| --- | --- |
| Manufacturer | Smmer |
| Brand | Nonbrand |
| Item Weight | 3.52 ounces |
| Product Dimensions | 1.97 x 1.18 x 0.79 inches |
| Manufacturer Part Number | From-132 |

### Additional Information

| | |
| --- | --- |
| ASIN | B089T5X57T |
| Customer Reviews | ★★★★½  5 ratings  4.7 out of 5 stars |
| Best Sellers Rank | #105,462 in Automotive (See Top 100 in Automotive)  #1,064 in Powersports Fuel System Products |
| Date First Available | June 8, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

### Related video shorts (0)  Upload your video



**Be the first video**

Your name here

## Product description

Color:a pair black

Features:
100% Brand New, Never Mounted
Replaces old vent line
Lets your gas tank breathe
And prevent splashing out of the overflow hose
Gorgeous Anodized Surface And Incredible Light
Easy To Install
Specification:
Color Option: As Pictures (It also could be chosen from Silver/Orange/Blue/Red/Green/Gold/Black)
Material: Aluminum And Rubber
Fitment:
Fit for most of Dirt Bike, Pit Bike, ATV Quad.
Package Includes:
2 Air Vents As Picture
Instruction of Installation is NOT Included

## 4 stars and above

Sponsored

Page 1 of 7

       

**10 Pack CNC Motorcycle Gas Cap Two-way Breather Tube Vent for Fits all factory Hond...**
★★★★☆ 187
$8.99 ✓prime

**Gas Fuel Cap Air Vent Hose Tube Tank Breather Valve Universal For KTM Honda Yamaha ...**
★★★★☆ 186
$3.59 ✓prime

**COPART 7/8" Hand Grips Throttle Bar Grips for Motorcycle ATV Dirt Pit Bike Motocros...**
★★★★☆ 124
$9.99 ✓prime

**AnXin Breather Hose Gas Fuel Tank Cap Vent Hose Tube CNC Universal For ATV Quad CRF...**
★★★★☆ 170
$10.99 ✓prime

**Motocyc Grips-Dirt Bike Grips-Pillow Top Grip-Mx Grips-Universal Handle Grips for K...**
★★★★☆ 246
$8.88 ✓prime

**Kool Products (Retail Pack 3) Gas Can Spout Replacement with Gasket, Stopper, Cap w...**
★★★★☆ 2,071
$19.99 ✓prime

## You might also like

Sponsored ⓘ                                                                                                    Page 1 of 24

     

**HIAORS Golden Breather Hose Gas Fuel Cap Tank Air Vent Hose Tube CNC Universal for 50cc...**
★★★★☆ 72
$10.59 ✓prime

**6Pcs Gas Fuel Cap Air Vent Hose Universal CNC Tank Valve Vent Tube with Chekc Ball ...**
★★★★☆ 24
$11.88 ✓prime

**MRELC Universal Motorcycle 7/8" 22mm Handlebar Brake Master Cylinder Clutch Lever C...**
★★★★☆ 2
$36.99 ✓prime

**JRL 10pcs Black Fuel Gas Cap Cover Air Vent Tube Breather for 50cc 110cc 125cc 150c...**
★★★★☆ 36
$8.99 ✓prime

**HERIS 6pcs Universal Tank Gas Fuel Cap Valve Air Vent Breather Hose Tube For 50cc 1...**
★★★★★ 11
$9.99 ✓prime

**Billet Gas Fuel Tank Cap Cover - Fuel Tank Cap Fits for For Yamaha YFZ 450,YFZ450R,...**
★★★☆☆ 3
$17.98 ✓prime

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★☆ **4.7 out of 5**

5 global ratings

| | |
|---|---|
| 5 star | 75% |
| 4 star | 25% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

˅ How are ratings calculated?

**No customer reviews**

There are 0 customer reviews and 5 customer ratings.

## Review this product

Share your thoughts with other customers

Write a customer review



**JRready ST6146 DT Connector Kit,2-12 Pi...**
$299.98

Shop now

Sponsored ⓘ



Gas Fuel Tank Cap CNC Aluminum With Breather
Valve For 50cc 70cc 90cc 110cc 125cc 140cc...
$11.49

Shop now

Sponsored ⓘ

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

## Get to Know Us

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

## Make Money with Us

Sell products on
Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money
with Us

## Amazon Payment Products

Amazon Rewards Visa
Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You

Amazon and COVID-
19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon prime
Returns &
Replacements
Manage Your Content
and Devices
Amazon Assistant
Help

amazon

English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **Eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

☰ amazon | summer racing ▾ | ktm | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

1 result for **summer racing :** **"ktm"**

Sort by: Featured ▾

**Brand**
Nonbrand



Grant a few birthday wishes

Shop gift cards ›

Sponsored ⓘ



Motorcycle Hose Gas Fuel Tank Cap Vent Hose Tube CNC Universal For ATV Quad CRF YZF RMZ KLX KTM DRZ Pit Dirt Bike Motorcycle Aluminu...

★★★★☆ 5

a pair black
$9⁹⁹

Get it as soon as **Tomorrow, Oct 24**
FREE Shipping on your first order shipped by Amazon
Only 15 left in stock - order soon.

Price may vary by color

   +

---

**Need help?**

Visit the help section or contact us

---

6Pcs Gas Fuel Cap Air Vent Hose Universal CNC Tank Valve Vent Tube with Chekc Ball Aluminum...
$11.88     22

Shop now

Sponsored ⓘ

---

**Sponsored products related to this search** What's this? ▾

Page 1 of 4

‹


Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 524
$43.77


RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★☆ 3,409
$29.97


Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 123
$74.77


PROREADY Heavy Duty Ratchet Tie Down Kit – General & Motorcycle Use, Pack of 4, Secure...
★★★★☆ 44
$49.95


Badass Moto - Soft Loop Motorcycle Tie Down Straps - 11,000 Lbs Break Strength, Heavy...
★★★★☆ 349
$15.86

›

**Deals in magazine subscriptions**

Page 1 of 9

‹


National Geographic Kids
★★★★☆ 6,454
Print Magazine
$15.00


Real Simple
★★★★☆ 31
Print Magazine
$5.00


Do it Yourself
★★★★☆ 16
Print Magazine
$3.00


Non-Sport Update
★★★★☆ 3
Print Magazine
$22.36


Diesel World
★★★★☆ 56
Print Magazine
$18.95

›

---

**Your Browsing History** View or edit your browsing history ›



See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

☰ amazon

All ▾ 🔍

🇺🇸 ▾

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

0 Cart

📍 Deliver to
Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping

Shop deals before they're gone

## summer racing

summer racing storefront

★★★★★ 100% positive in the last 12 months (11 ratings)

summer racing is committed to providing each customer with the highest standard of customer service.

Have a question for summer racing?

[ Ask a question ]

---

### Detailed Seller Information

**Business Name:** yongkangshishanmumaoyiyouxianzerengongsi

**Business Address:**
No. 70, Huaxu Road, Gushan Town
yongkangshi
jinhuashi
zhejiang
321307
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
|---|---|---|---|---|---|---|

★★★★★ "It makes a great fit. Make sure if the measurements of clearance between your bars. The thickness of your bars. Some handlebars are only 1 1/2 , some are 2" "
By Izzy Watts on October 20, 2020.

★★★★★ "fast delivery and excellent quality "
By Mario on October 20, 2020.

★★★★★ "Great "
By Tommy on September 30, 2020.

★★★★★ "Excellent service "
By Mario on September 24, 2020.

★★★★★ "Excellent grips, I'm buying not the first time. Excellent fit on the steering wheel pitbike YCF, and on any other fit. Strong, rubber rough is not soft, in gloves perfectly hold. "
Read less
By Joshua Escobar on September 24, 2020.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 100% | 100% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 0% | 0% | 0% |
| Count | 5 | 8 | 11 | 11 |

Previous    Next

Leave seller feedback    Tell us what you think about this page

---

### Top subscription apps for you

Page 1 of 9

‹



Disney+
Disney
★★★★★ 389,187
$0.00



CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 98,646
$0.00



STARZ
Starz Entertainment
★★★★☆ 80,323
$0.00



Sling TV
Sling TV LLC
★★★★☆ 47,675
$0.00



SHOWTIME
Showtime Digital Inc.
★★★★☆ 23,087
$0.00

›

### Deals in magazine subscriptions

Page 1 of 9

‹



National Geographic Little Kids
★★★★☆ 2,153
Print Magazine
$15.00



The New Yorker
★★★★☆ 2,388
Print Magazine
$5.00



Ranger Rick Jr.
★★★★☆ 446
Print Magazine
$15.00



Country Woman
★★★☆☆ 31
Print Magazine
$5.00



Reader's Digest
★★★★☆ 8,604
Print Magazine
$8.00

›

**Your Browsing History**    View or edit your browsing history ›

See personalized recommendations

[ Sign in ]

New customer? Start here.

Case: 1:20-cv-06677 Document #: 15 Filed: 11/10/20 Page 321 of 498 PageID #:2491



SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

# Choose your shipping options

[ Continue ]

---

**Shipment 1 of 1**

**Shipping from Amazon.com** (Learn more)

Shipping to: ▮▮▮▮ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Motorcycle Hose Gas Fuel Tank Cap Vent Hose Tube CNC Universal For ATV Quad CRF YZF RMZ KLX KTM DRZ Pit Dirt Bike Motorcycle Aluminum Fuel Motocross atv utv (a pair black)**
  $9.99 - Quantity: 1
  Sold by: summer racing

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

▮▮▮ get FREE Prime Delivery on this order and try other Prime benefits (hello, Prime Video) with a one week trial for $1.99!

○ FREE Prime Delivery with amazon prime

○ **Thursday, Oct. 29**
  FREE Shipping on your first order

● **Tuesday, Oct. 27**
  $5.99 - Shipping

○ **Monday, Oct. 26**
  $9.99 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

AMAZON.COM

SIGN IN     SHIPPING & PAYMENT     GIFT OPTIONS     PLACE ORDER     🛒

## Review your order



**Shipping address** Change
███████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ███████
Add delivery instructions

Or try Amazon Locker
20 locations near this address ⌄

**Payment method** Change
████ ending in ██

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[Enter Code] [Apply]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:     $9.99
Shipping & handling:     $5.99

Total before tax:     $15.98
Estimated tax to be collected:     $0.62

**Order total:**     **$16.60**

How are shipping costs calculated?

**SPECIAL OFFER** ████ we're giving you One Week of Prime for only $1.99!

prime

Save $5.99 instantly with FREE Prime Delivery and enjoy more of what you love with Prime:
✓ Fast, FREE delivery
✓ Exclusive deals and discounts
✓ Endless entertainment and so much more!

Give Prime a try ›
No commitments. Cancel anytime.

**Delivery: Oct. 27, 2020** If you order in the next 21 hours and 47 minutes (Details)

Motorcycle Hose Gas Fuel Tank Cap Vent Hose Tube CNC Universal For ATV Quad CRF YZF RMZ KLX KTM DRZ Pit Dirt Bike Motorcycle Aluminum Fuel Motocross atv utv (a pair black)
$9.99
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: summer racing
📦 Add gift options

**Choose a delivery option:**
○ **Thursday, Oct. 29**
FREE Shipping on your first order
● **Tuesday, Oct. 27**
$5.99 - Shipping
○ **Monday, Oct. 26**
$9.99 - Shipping

"Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



Case 2:20-cv-06677-Document-Filed 11/10/20-Page 323 Of 498-Page ID #2493

amazon

All ▾ | ktm handguard

Deliver to Bolingbrook 60440

Hello, Account | Lists ▾ | Returns & Orders | Try Prime ▾ | 0 Cart

Holiday Deals | Gift Cards | Customer Service | Amazon.com | Prime Video | Best Sellers | **Shop deals before they're gone**

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾


*Now included: new podcasts, originals, and more* — Start your free trial

Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Handguards



  

Roll over image to zoom in

## 2Pcs 7/8" 22mm Motorcycles Handguards Dirt Bike Universal Handlebar Hand Guards Wind Cold Protector for Honda Yamaha Suzuki Kawasaki KTM(Black)

Brand: Keenso

Price: **$35.79**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ▾

Color: **Black**

| $42.19 | **$35.79** | $32.69 |

- 【 Stylish Appearance 】 Bright color and stylish design can decorate your motorcycle, and reduce hand/finger fatigue, and ensure greater motorcycle handling. Most stylish, functional and durable hand guard
- 【 Universal Compatibility 】 7/8" 22mm handlebar hand guards is universal mounting system to fit most motorcycles, dirt bikes hand guards, such as for Honda, for Yamaha, for Suzuki, for Kawasaki
- 【 Reinforced Protection 】 This reinforced handguard to protect your motorcycle in the event of a crash and protect hands and handlebar from unwanted damage, like bumping into side mirrors, road hazards
- 【 Durable & Sturdy 】 This motorcycle handguard is made of high quality plastic and aluminum, which is of high tenacity and durable. Efficiently protect hands while driving your motorcycle
- 【 Enough Room For Brake Cables 】 Mini size and compact, the handlebar guard won't occupy too much space. With enough room for brake cables and other devices. Comes with screw accessories, easy to install

› See more product details

💬 Report incorrect product information.



**$35.79**

FREE delivery: Nov 10 - Dec 3

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...    sunfany
Sold by ...    sunfany

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $6.41

📍 Deliver to Bolingbrook 60440

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## Inspired by your recent shopping trends

Page 1 of 6


7/8"22mm and 1 1/8"28mm Handguards Universal Hand Guards Brush Bar For off Road...
★★★☆☆ 116
$10.99


Hand Guards Handguards Guard Handguard - Universal 7/8 inches 22mm and...
★★★★☆ 99
$25.99
Only 20 left in stock - orde...


KTM/HQV Handguard Kit (Black)
2650297900030
$69.99
Only 2 left in stock - order...


HUSQVARNA HANDGUARD
7960218204430
★★★★☆ 2
$30.00
Only 3 left in stock - order...


PowerMotor Motorcycle Handguards Dirt bike Hand guards For KTM 50 65 85 125 150 250...
★★★★☆ 5
$19.99
Only 16 left in stock - orde...



---

## Sponsored products related to this item

Page 1 of 12










7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX...
★★★☆☆ 22
$22.89 ✓prime

JFG-RACING Black Handguards Hand Guards - Universal for 7/8" and 1 1/8" Brush...
★★★★☆ 428
$29.99 ✓prime

Dirt Bike Hand Guards Handguards - 7/8" 22mm and 1 1/8" 28mm with Universal Mountin...
★★★★☆ 475
$26.99

JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off R...
★★★★☆ 725
$19.99 ✓prime

Handguards Dirt Bike Hand Guards - Universal For 7/8" And 1 1/8" Handlebar - For Di...
★★★★☆ 162
$28.99 ✓prime

7/8"22mm and 1 1/8"28mm Motorcycle Aluminum Handguard Hand Guards For..
★★★☆☆ 19
$27.98 ✓prime

Ad feedback 💬

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $35.79!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**Black**

### Technical Details

| | |
|---|---|
| Manufacturer | Keenso |
| Brand | Keenso |
| Model | Unknown |
| Item Weight | 1.54 pounds |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | Keensoe0gw19g3tf-01 |

### Additional Information

| | |
|---|---|
| ASIN | B07J582JP1 |
| Date First Available | October 8, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for related products


Installing handguards on 2008 Yamaha WR250F
JFG RACING
7:29


JFG-RACING Black Hand Guards Handguards
JFG RACING
1:59


handguards show and install
AnXin
0:53


JFG-RACING Red Handguard Hand Guard - 7/8" and 1 1/8" Brush...
JFG RACING
1:53

Upload your video

## Product description

Color:**Black**

**Description:**
**Keenso**-- This set of hand guard is made of high quality plastic and aluminum, which is of high tenacity and durable, so that it can effectively protect hands and handlebar from unwanted damage, like bumping into side mirrors. With it's cool appearance and technological design, it has been popular with many people. We stand behind all of our them with a 100% product guarantee and promise to give you the best in customer care!

**Specifications:**
Material: Aluminum + Plastic
Color: Black, White, Red, Blue (Optional)

Placement on Vehicle: Left, Right, Front
Package Weight: Approx. 731g
Fitment: Fit for most 22mm 7/8" diameter handlebar motorcycle, ATV, dirt bike and other models.

**Package Included:**
1 Pair Handlebar Guards (Left & Right)
1 Set Screw Accessories

**Note:**
1. Please make sure the fitment before any bidding.
2. Monitors are not calibrated same, item color displayed in photos may be showing slightly different from the real object. Please take the real one as standard.

---

## Sponsored products related to this item

Page 1 of 41

‹

     

›

Dirt Bike Handguards Motorcycle Universal Handguards with Universal Mounting...
★★★★★ 2
$18.99 ✓prime

Handguards Dirt Bike Hand Guards - Universal For 7/8" And 1 1/8" Handlebar - For Di...
★★★☆☆ 162
$28.99 ✓prime

Handguards Hand Guards Guard Handguard - Universal 7/8 inches 22mm and...
★★★★☆ 97
$28.99 ✓prime

Dirt Bike Hand Guards Handguards - 7/8" 22mm and 1 1/8" 28mm with Universal Mountin...
★★★★☆ 475
$26.99

JFG-RACING Black Handguards Hand Guards - Universal for 7/8" and 1 1/8" Brush...
★★★★☆ 428
$29.99 ✓prime

Black Handguards Universal Vented Guards Brush Bar Road ATV KTM EX
★★★★☆ 12
$18.99 ✓prime

Ad feedback ▭

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

Sponsored

10/21/2020 Amazon.com: 2Pcs ... Handguard Hand Guards Protectors For Dirt Bike Pit Motocross Motorcycle Supermoto Suzuki Kawasaki KTM(Black): Automotive

Case 1:20-cv-06677-Document 15 Filed 11/10/20 Page 326 of 498 PageID #2495



Sponsored

## Inspired by your browsing history

Page 1 of 2







**Motion Pro 08-0471 Bead Buddy II**
⭐⭐⭐⭐ 561
$16.79

**Speedo Angels Sakt111 Dashboard Screen Protector for KTM 790 Adventure (2019+), 1 x...**
⭐⭐⭐⭐ 11
$13.99

**Grip Puppy Comfort Grips - The Original and the Best!**
⭐⭐⭐⭐ 1,771
$19.99

**7/8" Universal Motorcycle Black Left Clutch Brake Handle Lever Perch For Honda...**
⭐⭐⭐⭐ 329
$9.89

**Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars,...**
⭐⭐⭐⭐ 23,500
$19.98

## Popular products inspired by this item

Page 1 of 3







**SHENYUAN-Accessories&Parts Motorbike Handguards Handlebar Hand Guards Motorcycle Motocross...**
$63.80

**Akozon 1 Pair Handlebar Protector Colorful Hand Guards Fit for Motorcycle Dirt Bike Universal (Black)**
$35.79

**Hand Guard,2pcs Universal Motorcycle Hand Guard Handlebar Anti-Fall Autocycle Hand Guard for Motorcycle...**
$30.19

**Motorcycle Hand Guards, 1 Pair Universal Aluminum Alloy Handlebar Hand Guards Fit for Motorcycle...**
$28.39

**Motorcycle Hand Guards,Motorcycle Handguards Motorbike Protectors Pattern Protect Hands And...**
$23.39

**Your Browsing History**   View or edit your browsing history  ›

Page 1 of 2










---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



**amazon**

sunfany ▾ | KTM

Deliver to Bolingbrook 60440

Hello, Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | Cart 0

Holiday Deals | Gift Cards | Customer Service | Amazon.com | Prime Video | Best Sellers | Browsing History ▾ | Buy Again

1-16 of 51 results for sunfany : **"KTM"**

Sort by: Featured ▾

**Brand**
Keenso



12V Motorcycle Flush Mount LED Turn Signal Light, 2 pcs/pair Keenso Universal Motorbike Indicator Lamp Amber Light Front...
★★★☆☆ ▾ 32
$17⁶⁹
Get it as soon as **Tomorrow, Oct 21**
FREE Shipping on your first order shipped by Amazon



Universal Motorcycle Rear Hydraulic Brake Master Cylinder Pump Folding Rear Foot Brake Cylinder Pump for Motorcycle Dirt Bike...
Silver
$19⁷⁹
Save 5% with coupon
FREE Shipping
Price may vary by color





2Pcs 7/8" 22mm Motorcycles Handguards Dirt Bike Universal Handlebar Hand Guards Wind Cold Protector for Honda Yamah...
Black
$35⁷⁹
FREE Shipping
Price may vary by color

 



Motorcycle LED Tail Light, Smoked Integrated Brake Light Turn Signal Light for KTM 200 390 Duke
$30⁹⁹
Save 5% with coupon
FREE Shipping



Tank Traction Pads, Motorcycle Anti-Slip Gas Tank Traction Pad Knee Grip Sticker Protector for KTM DUKE 125 200 390
$16⁹⁹
FREE Shipping



Motorcycle Mixture Screw, FCR Air Fuel Mixture Screw Adjuster for Honda KTM Yamaha Suzuki(Red)
★★★★☆ ▾ 5
Red
$9⁹⁹
Save 5% with coupon
FREE Shipping



**Universal Metal Exhaust Heat Shield Auto Motorcycle Motorbike Exhaust Muffler Pipe Heat Shield Heat Insulation Cover Heel...**
★★★★☆ ⌄ 9

**Black**
$15ⁱ⁹

Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon
Only 1 left in stock - order soon.

Price may vary by color



---



**Motorcycle Air Fuel Mixture Screw, Keenso FCR Carburetor Carb Mixture Screw Pilot Screw Adjuster for Honda KTM Yamaha...**
★★★★☆ ⌄ 72

**Black**
$10⁸⁹ ~~$12.09~~
Save 5% with coupon

Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon
Only 8 left in stock - order soon.

---



**Universal Metal Exhaust Heat Shield Automotive, Motorcycle Motorbike Exhaust Muffler Pipe Heat Shield Heat Insulation...**
★★★★☆ ⌄ 24

**Black**
$17⁷⁹
Save 5% with coupon

Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon
Only 6 left in stock - order soon.

Price may vary by color



---



**12V Universal 15 LED Motorcycle Rear Tail Light Brake Stop Running Tail Light ATV Dirt Bike (A)**
★★★★☆ ⌄ 47

**A**
$16⁹⁹

Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon
Only 2 left in stock - order soon.

Price may vary by color



---



**7/8inch 22mm Motorcycle Handlebar Switch, Universal Motorbike Handlebar Brake Fog Headlight Handle On/Off Grip...**
★★★★☆ ⌄ 19

**Type-A**
$30⁴⁹

Get it as soon as **Fri, Oct 23**
FREE Shipping by Amazon
Only 1 left in stock - order soon.

Price may vary by color

  

---



**7/8 inch 22mm Universal Motorcycle Handlebar Horn Switch Kill Stop Switch for Motorcycle Bike ATV Dirt Bike**
★★★★★ ⌄ 19

$17³⁹
Save 5% with coupon



Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon

Only 6 left in stock - order soon.

---



**36 pcs Universal Wheel Rim Spoke Covers Wheel Spoke Protector Kit Motocross Rims Spoke Wraps Skins Cover Road Guard Wraps...**

★★★☆☆ ⌄ 8

**Black**
$8⁸⁹

Save 5% with coupon

Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon

Only 7 left in stock - order soon.

Price may vary by color

   +

---

2Pcs 12V Motorcycle License Plate Light Lamp, Universal Car Auto 3 LED Motorcycle Waterproof Screw Bolt Lights for Car...

★★★★☆ ⌄ 81

**White**
$11⁸⁹

Save 5% with coupon

Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon

Only 12 left in stock - order soon.

Price may vary by color

  

---



Universal Motorcycle Motorbike Exhaust Muffler Pipe Heat Shield Heat Insulation Cover Heel Guard Flame Staight Metal Exhaust...

★★★★☆ ⌄ 29

**Silver**
$15⁴⁹

Save 5% with coupon

Get it as soon as **Fri, Oct 23**
FREE Shipping on your first order shipped by Amazon

Only 8 left in stock - order soon.

Price may vary by color



---



Motorcycle Exhaust Muffler Heat Shield, Steel Curve Exhaust Pipe Cover for Honda Suzuki(Silver)

★★★★☆ ⌄ 6

**Silver**
$22¹⁹

Save 5% with coupon

FREE Shipping

---

← Previous | **1** | 2 | 3 | 4 | Next →

## Need help?

Visit the help section or contact us




| ☰ | **amazon** | | All ▼ | | 🔍 | | 🇺🇸 ▼ | Hello, Account ▼ | Lists ▼ | Returns & Orders | Try Prime ▼ | 🛒 0 Cart |

| 📍 Deliver to Bolingbrook 60440 | Holiday Deals | Gift Cards | Customer Service | Amazon.com | Prime Video | Best Sellers | | Shop deals before they're gone |

# sunfany

**sunfany storefront**

⭐⭐⭐⭐⯪ **88% positive** in the last 12 months (347 ratings)

sunfany is committed to providing each customer with the highest standard of customer service.

---

Have a question for sunfany?

[ Ask a question ]

---

## Detailed Seller Information

**Business Name:** Dongguan Jinxiuyunhuadianzishangwuyouxiangongsi

**Business Address:**
Dongchengjiedao Tongshashequ Dongcheng
Kejigongyeyuan Dongkelu 1 Hao Zongshijidi 6 Dong 2
Dongguan
Guangdong
523000
CN

---

| **Feedback** | Returns & Refunds | Shipping | Policies | Help | Products |

| ⭐☆☆☆☆ | " *Terrible product doesn't work at all* " | | | | | | |
| | By Michael Constant on October 20, 2020. | | | | | | |

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 89% | 90% | 88% | 93% |
| Neutral | 0% | 2% | 3% | 1% |
| Negative | 11% | 8% | 10% | 6% |
| Count | 18 | 63 | 347 | 1,056 |

⭐☆☆☆☆ " *Even with the factory 3 ft antenna, there is no noticeable improved reception. I actually lost all reception for previously good AM stations, so the reception signal was worse with this product.* "
Read less
By David Allday on October 19, 2020.

⭐⭐⭐⭐⭐ " *Arrived on time, great product for saddle bags for Harley..* "
By L. C. White on October 14, 2020.

⭐⭐⭐⭐⭐ " *Excellent product* "
By Benjamin Dobreuenaski on October 11, 2020.

⭐⭐⭐⭐⭐ " *Item worked exceptionally well on a difficult bearing removal* "
By Javy on October 10, 2020.

Previous  Next

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 2






‹

Motion Pro 08-0471 Bead Buddy II
⭐⭐⭐⭐⯪ 561
$15.48

Speedo Angels Sakt111 Dashboard Screen Protector for KTM 790 Adventure (2019+), 1 x ...
⭐⭐⭐⭐☆ 11
$13.99

Grip Puppy Comfort Grips - The Original and the Best!
⭐⭐⭐⭐⯪ 1,771
$19.99

7/8" Universal Motorcycle Black Left Clutch Brake Handle Lever Perch For Honda CRF XR 80 100...
⭐⭐⭐⭐⯪ 329
$9.89



## Top subscription apps for you

Page 1 of 10




 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from sunfany**  (Learn more)

Shipping to: ▮▮ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825 United States

- **2Pcs 7/8" 22mm Motorcycles Handguards Dirt Bike Universal Handlebar Hand Guards Wind Cold Protector for Honda Yamaha Suzuki Kawasaki KTM(Black)**
  $35.79  $34.72 - Quantity: 1
  $1.07 discount applied ⌄
  Sold by: sunfany

Change quantities or delete

### Choose a delivery option:

◉ **Tuesday, Nov. 10 - Thursday, Dec. 3**
  FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change
■ ■
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ■■■■■
Add delivery instructions

**Payment method** Change
■ ending in ■■

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ]  [ Apply ]

**Order Summary**
| | |
|---|---|
| Items: | $35.79 |
| Shipping & handling: | $0.00 |
| Promotion Applied: | -$1.07 |
| Total before tax: | $34.72 |
| Estimated tax to be collected:* | $2.17 |
| **Order total:** | **$36.89** |

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Qualifying offers:
- Promotion Applied
How are shipping costs calculated?

**FREE** DELIVERY  ■■■ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery:  Nov. 10, 2020 - Dec. 3, 2020**

2Pcs 7/8" 22mm Motorcycles Handguards Dirt Bike Universal Handlebar Hand Guards Wind Cold Protector for Honda Yamaha Suzuki Kawasaki KTM(Black)
$35.79 **$34.72**
$1.07 discount applied ⌄
Quantity: 1 Change
Sold by: sunfany
Gift options not available.

**Choose a delivery option:**
◉ Tuesday, Nov. 10 - Thursday, Dec. 3
   FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



≡  **amazon**   | All ▾ | KTM | 🔍 |   🇺🇸 ▾   Hello, Account ▾  Lists ▾   Returns & Orders   Try Prime ▾   🛒 0 Cart

📍 Deliver to Bolingbrook 60440   |   Holiday Deals   Gift Cards   Customer Service   Amazon.com   Prime Video   Best Sellers   |   Get ready for Halloween

audible ▾  **Now included:** new podcasts, originals, and more   ( Start your free trial )

‹ Back to results



Roll over image to zoom in

## Motorcycle LED Tail Light, Smoked Integrated Brake Light Turn Signal Light for KTM 200 390 Duke

Brand: Keenso

Price: **$30.99**

🏷 Coupon  ☐ Save an extra 5% when you apply this coupon.
Details

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- ☆ LED Motorcycle Tail Light: This motorcycle LED light integrates tail light, brake light and turn signals all in one. Professional manufacturing, high rigidity and durability. Lens Color: Smoke ; Light Color: Red + Yellow; Voltage: 12V
- ☆ Super Bright Light: Built-in super high intensity LED beads, this motorcycle led turn signal light provides intense luminescence and excellent visibility in a variety of conditions. Good safety warning performance, enhance your road safety
- ☆ Perfect Compatibility: The motorcycle led tail light is especially designed for KTM 200 390 Duke. Aftermarket replacement led tail light, perfect match to the original vehicle. Simplify installation steps, no modification, cutting, or drilling required
- ☆ Waterproof & Shockproof: Made of premium plastic shell and smoked PC lens material, this motorcycle led brake light is sturdy, waterproof, and shockproof, not easy to aging and abrasion resistant, to ensure maximum strength and durability for long lasting usage
- ☆ What You Will Get: We stand behind all of our them with a 100% product guarantee and promise to give you the best in customer care! If you have any issue about the item, please contact us by e-mail, we will try our best within 24 hours to reply

› See more product details

Compare with similar items

💬 Report incorrect product information.

$30.99

FREE delivery: **Nov 10 - Dec 3**

**In Stock.**

Qty: 1 ▾

[ **Add to Cart** ]

[ **Buy Now** ]

🔒 Secure transaction

Ships from … sunfany
Sold by … sunfany

📍 Deliver to Bolingbrook 60440

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## Sponsored products related to this item

Page 1 of 16

‹


Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200…
★★★★☆ 43
$21.99 ✓prime


KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★½ 3
$47.99


2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross
$43.95


NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
★★★★☆ 1
$83.99


KTM Supersprox Stealth Rear Sprocket (Orange) 51T OEM: 5841005105104
★★★★★ 2
$83.99


Brake Rotors for fi 520 EXC 2001 200 Front & Rear RipTi Brake Discs
$83.95

›

## Customers also viewed these products

Page 1 of 9

‹


COPART Motorcycle Engine Guards Protector


FEIFEIER 12V Motorcycle Integrated Brake Tail


M10 Motorcycle CNC Swingarm Sliders Spools


CICMOD Motorcycle Brake Tail Light 12V Red


CICMOD Rear Fender Mount Red LED Tail

›



audible
Now included: new podcasts, originals, and more
Start your free trial

‹ Back to results










Roll over image to zoom in

## Tank Traction Pads, Motorcycle Anti-Slip Gas Tank Traction Pad Knee Grip Sticker Protector for KTM DUKE 125 200 390

Brand: Keenso

Price: **$16.99**

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Extended holiday return window till Jan 31, 2021 ⌄

- 【HIGH-QUALITY MATERIAL】: This tank traction pad is made of high-quality rubber material, which is weatherproof and corrosion resistant. It is not easy to break and fade, has a qualified quality and long service life.
- 【EXQUISITE WORKMANSHIP】: This tank traction pad adopts perfect machine cutting technology with beautiful appearance and excellent performance, which can give you a superior using experience.
- 【FUNCTION INTRODUCTION】: Gas Tank Traction Pad Knee Grip Sticker Protector not only can help you to better control your bicycle and relieve riding fatigue and enable you to maintain stable body position, but also can help to prevent scratches on gas tank from armored jacket, belt, etc.
- 【EASY TO USE】: This tank traction pad has ultra-sticky adhesive backing that is easy to apply and remove without damaging the tank surface, which can provide you with a convenient installation experience.
- 【SCOPE OF APPLICATION】: This tank traction pad has high practicability, which is suitable for KTM DUKE 125 200, KTM DUKE 390 2013-2016.

› See more product details

💬 Report incorrect product information.



$16.99

FREE delivery: **Nov 10 - Dec 3**

**In Stock.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...    sunfany
Sold by ...        sunfany

Deliver to Bolingbrook 60440

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

## Sponsored products related to this item

Page 1 of 16



‹

KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
$124.99

KTM Skid Plate Poly Resin Quick Release 125/150 2012-2013 OEM: 50303190000
$99.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime

KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804
★★★★★ 1
$83.99

NEW OEM KTM RADIATOR DIGITAL FAN KIT 250 300 350 400 450 530 2017...
★★★★★ 7
$184.99

KTM Powercore 2. Titanium Silencer 125/150 2019-20
$399.99

›

Ad feedback

---

## Customers also viewed these products

Page 1 of 9



‹

Gas Tank Protector Motorcycle Tank Pad, 3D Motorcycle Tank Sticker Protector Decal Gas...
★★★★☆ 281
$9.76

REVSOSTAR Motorcycle Tank Side Traction Pad, Anti Slip sticker,Gas Tank Pad, Traction Side,...
★★★☆☆ 46
$12.99



REVSOSTAR Motorcycle Tank Side Traction Pad, Anti Slip sticker,Gas Tank Pad, Traction Side,...
★★★★☆ 27
$10.99
Only 8 left in stock - order...



Universal Black Motocycle Fuel Gas Tank Traction Pad Side Knee Grip Protector Decal...
★★★★☆ 37
$17.99
Only 7 left in stock - order...



Rubber Gas Tank Traction Motorcycle Gas Fuel Side Knee Grip Protector For Yamaha...
★★★★★ 4
$16.99
Only 9 left in stock - order...

›



Case 1:20-cv-06677-Document-1-5 Filed-11/10/20  Page 335 of 498 PageID #:2505

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Mirrors & Accessories › Side Mirrors





Roll over image to zoom in

## Alpha Rider CNC Aluminum 7/8" 22mm Handle Bar End Rear View Side Mirrors 360 Degree Adjustable for KTM 690 SMC/Duke R/Enduro/Hard Enduro/Supermoto R 950 Super Enduro R 2007-2011 Black

Visit the Alpha Rider Store

★★★★☆ ▾　3 ratings

Price: **$23.99**

Get $50 off instantly: Pay $0.00 $23.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Item Height:11.2 cm | Item Weight:0.5 kg | Item Width:5.5 cm
- The item is for 22MM 7/8" Handlebars ( Please confirm it can fit for your motorcycle)
- It is essential for you to improve driving safety. This product is benefit to both you and others.
- Fitments: for KTM 690 SMC/Duke R/Enduro/Hard Enduro/Supermoto R 950 Super Enduro R 2007-2011
- PLS MAKE SURE THE INFORMATIONS (YEAR MODEL SUBMODEL) OF YOUR MOTORCYCLE AND CHECK WITH OUR SPECIFICATION PHOTO BEFORE YOU TAKE ORDER. Pls feel free to contact us if you have any other questions. Thx!

› See more product details

### Consider this Amazon's Choice product that delivers quickly



  

**Amazon's Choice**

MICTUNING Universal Motorcycle Mirrors - 3 Inch Round Folding Bar End Side Mirror Compatible with Honda, Scooter, Suzuki, Yamaha, Kawasaki, Victory, Harley Davidson and More
$17.99 ✓prime
★★★★☆ (1117)

---

**$23.99**

$6.29 delivery: **Nov 19 - Dec 11**

**Only 1 left in stock - order soon.**

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...　Sunshine'Store
Sold by ...　Sunshine'Store

Return policy: Returnable until Jan 31, 2021 ▾

Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 P

Have one to sell?

[ Sell on Amazon ]

---

## Customers also viewed these products

Page 1 of 9

      

| kemimoto Motorcycle Handlebar Rearview Mirror Bar End Mirrors 7/8" Handle for Suzuki... | kemimoto Motorcycle Handlebar Bar End Mirrors Rearview Mirror Universal 7/8" Handle... | NEW KTM UNIVERSAL BAG 2007-2017 690 1190 1290 DUKE ENDURO ADVENTURE... | NICECNC Rear Brake Pedal Step Plate Tip for HUSABERG FE 250/350/501 2013 TE... | Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers for KTM 350 450 SX SXR SXF... | YOSHIMURA R-77 Stainless Slip-on Works Finish for KTM 690 Enduro R & Husqvarna... |
|---|---|---|---|---|---|
| ★★★★☆ 246 | ★★★★☆ 192 | ★★★☆☆ 24 | ★★★★☆ 55 | ★★★★☆ 20 | ★★★★★ 16 |
| $36.99 | $38.99 | $67.99 Only 14 left in stock - orde... | $15.99 Usually ships within 1 to 3... | $20.99 | $469.00 Only 6 left in stock - order... |

## What other items do customers buy after viewing this item?

 

| Black Motorcycle Bar End Mirrors Rear View CNC For Honda GROM MSX125 CB500F... | Universal Black 3" Round 7/8" Handle Bar End Rearview Convex Mirrors Inceased Vision Side... |
|---|---|
| ★★★★☆ 82 | ★★★★☆ 145 |
| $26.99 | $13.99 |

## Products related to this item

Page 1 of 17

Sponsored ⓘ

10/29/2020    Amazon.com: Alpha Rider Adjustable Supermoto R 950 Super Enduro R 950 Super Enduro/Supermoto R 950 Super Enduro …

Case 1:20-cv-06677-DLC Document 41-5 Filed 11/10/20 Page 336 of 498 PageID #:2506

     

◀

Heart Horse Universal Aluminum CNC Motorcycle Rearview Side Mirror for TOMOK…
★★★★☆ 386
$16.99 ✔prime

ISIU Universal Motorcycle Rear View Mirrors for 7/8" Handlebar Mount…
★★★★☆ 63
$16.79 ✔prime

Motorcycle Rear View Mirrors Universal, 1 Pair of 8mm 10mm Aluminum Alloy…
★★★★☆ 5
$18.99 ✔prime

Universal Motorcycle Rear View Mirrors Handle Bar End 8mm/10mm MASO…
★★★☆☆ 4
$30.99

NTHREEAUTO Motorcycle Sway Adjustable Rear Side View Mirrors…
★★★☆☆ 14
$29.99 ✔prime

Ampper Motorcycle Side Mirrors, HD Glass Wide Angle Rear View Mirrors For Motorcycl…
★★★★☆ 3
$25.99 ✔prime



▶

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Motofans |
| Brand | Alpha Rider |
| Item Weight | 1.43 pounds |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | M05-13-BB-ZHKTM12 |

### Additional Information

| | |
|---|---|
| ASIN | B01M8FD61D |
| Customer Reviews | ★★★★☆ ∨   3 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #1,645,386 in Automotive (See Top 100 in Automotive)<br>#1,575 in Powersports Side Mirrors |
| Date First Available | January 2, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ∨

## Videos

Page 1 of 2

**Videos for related products**

◀

 4:19
The 5 Best Snowmobile Mirrors
BestReviews

 9:06
Kemimoto Grom Bar End Mirrors - Review - Install
kemimoto

 5:06
FENRIR 801-0324 Motorcycle Bar End Mirror
FENRIR MOTORCYCLE

 14:20
Motorcycle Rear View Mirrors
ISSYAUTO


Xprite UTV Rear Side LED Spot Lights an…
Xprite USA

▶

Upload your video

## Product description

Content:22MM Handle Bar Rear view mirror

NOTE

100% Brand New direct OEM replacement 22MM Handle Bar Rear view mirror
Easy to install, No Installation Instruction

Fitments:
KTM
690 SMC 2008,2010-2011
690 Duke R 2010
690 Enduro 2008
690 Hard Enduro 2008
690 Supermoto 2008
950 Super Enduro R 2007

Pls feel free to contact us if you have anyother questions.Thx!

## Products related to this item

Sponsored ⓘ

Page 1 of 16

     

| | | | | | |
|---|---|---|---|---|---|
| KiWAV Magazi Classic MX black motorcycle Mirrors CNC aluminum for 8mm scooter | Evermotor Upgrade Deluxe Edition Universal Motorcycle Handlebar Side Mirrors Rear V... | LMoDri 2Pcs/Pair Motorcycle Mirror Scooter E-Bike ATV Rear View Mirrors... | KiWAV Magazi mirrors Tulip Style orange & black for motorcycle bobber chopper naked... | ISIU Universal Motorcycle Rear View Mirrors for 7/8" Handlebar Mount... | KiWAV Deus Carbon Motorcycle Mirrors Diamond Shape Chrome Convex Lens Wider... |
| ★★★★★ 1 | ★★★★☆ 3 | ★★★★☆ 43 | ★★★☆☆ 20 | ★★★★☆ 63 | ★★★★★ 3 |
| $83.40 | $37.99 ✓prime | $13.50 ✓prime | $51.80 | $16.79 ✓prime | $69.70 |



Grant a few birthday wishes
Shop gift cards ›

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0
votes
▼

**Question:** These should fit any 7/8" handel bar right?

**Answer:** Yes,they fit the handle bar which is 22mm(7/8")
By Sunshine'Store SELLER  on January 9, 2017

## Customer reviews

★★★★☆ 4.3 out of 5
3 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 78% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | ██ | 22% |
| 1 star | | 0% |

❯ How are ratings calculated?

### Top review from the United States

👤 pete

★★☆☆☆ **Two Stars**

Reviewed in the United States on November 7, 2017
Verified Purchase

China garbage...attractive design tho!

[ Helpful ] | Comment | Report abuse

**See all reviews ›**

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



Heart Horse Universal Aluminum CNC Motorc...
386
$16.99    [ Shop now ]

Sponsored ⓘ



**Pages with related products.** See and discover other items: suzuki supermoto, 2003 kawasaki 360 parts, yamaha enduro motorcycle accessories, 2016 ktm rear parts

Roam Universal Premium Bike Phone Mount for
Motorcycle - Bike Handlebars, Adjustable, Fits...
$19.98    24,427    [ Shop now ]

Sponsored ⓘ

## Inspired by your browsing history

Page 1 of 6

      

| KIPA Fuel Gas Valve Petcock For KTM 50 KTM50 Mini Adventure SX Mini SX Junior... | Motion Pro 08-0423 Flywheel Puller/Primary Gear Extractor KTM 50 | NEW 2002-2008 OEM KTM 50 SX JR MINI CLUTCH GASKET SET 2X 45130025000 | Zinger 24mm&27mm Magneto Flywheel Puller for GY6 50 125 150cc Yamaha Honda... | SunplusTrade 2" x 50' Black Exhaust Heat Wrap Roll for Motorcycle Fiberglass Heat Shield... | 2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing... | Maple Ig KTM 50 JR Adve Ignition |
| ⭐ 41 | ⭐ 50 | ⭐ 31 | ⭐ 755 | ⭐ 3,170 | ⭐ 946 | ⭐ |
| $11.75 | $19.79 | $14.07 | $7.99 | $12.99 | $7.99 | $26.99 |

## Popular products inspired by this item

Page 1 of 5

      

| Chupacabra Offroad Rear View Side Mirror for UTV (Pack of 2) For 1.6" - 2" Roll Cage Bar... | 2020 Upgraded UTV Side View Mirrors, Adjustable Wide Rear Clear View with... | KEMIMOTO 15" UTV SXS Center Mirror with 1.65"-2" Adjustable Low Profile Clamps... | Trkimal Universal Adjustable Motorcycle Rear View Mirror - Rhombus Convex... | Cipa 01140 Golf Cart Side Mount Mirror | UTV Side Rear View Mirror with 1.75" and 2" Roll Bar Cage,ValChoose Large Adjustable Wide... | MZS ATV Degree View Ro Handleb |
| ⭐ 3,284 | ⭐ 570 | ⭐ 178 | ⭐ 120 | ⭐ 266 | ⭐ 228 | ⭐ |
| $39.95 | $29.98 | $39.99 | $14.97 | $23.40 | $23.95 | $28.99 |

**Your Browsing History**    View or edit your browsing history ›

Page 1 of 2

       

See personalized recommendations

[ Sign in ]

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

 amazon   [ English ▾ ]   [ 🇺🇸 United States ]

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |



| ☰ | amazon | | Sunshine'Store ▾ | ktm | 🔍 | 🇺🇸 ▾ | Hello, Sign in<br>Account & Lists ▾<br>Account ▾ | Returns<br>& Orders | Try Prime ▾ | 🛒 Cart |

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

6 results for **Sunshine'Store** : "**ktm**"

Sort by: Featured ▾

**Brand**
Alpha Rider


Grant a few birthday wishes
Shop gift cards ›
Sponsored ⓘ



Alpha Rider CNC Aluminum 7/8" 22mm Handle Bar End Rear View Side Mirrors 360 Degree Adjustable for KTM 690 SMC/Duke R/Enduro/Hard...
⭐⭐⭐⭐½ 3
$23.99
$6.29 shipping
Only 1 left in stock - order soon.



Alpha Rider Motorcycle Dirt Bike Front Forks Protector Shock Absorber Guard Wraps Dust Cover Boot Board For Kawasaki KLX250 KDX 125 200...
⭐⭐⭐⭐☆ 20
Black
$19.99
Save 10% with coupon
Get it as soon as **Fri, Oct 30**
FREE Shipping on your first order shipped by Amazon



Alpha Rider Universal Motorcycle Street Bike 7/8" Anti Vibration Handle Bar Grip 22mm Ends Caps End Plug For Honda Kawasaki Suzuki Yamaha...
⭐⭐⭐⭐☆ 20
Red
$6.99
$2.30 shipping
Only 7 left in stock - order soon.
Price may vary by color




6mm M6 Fairing Body Work Bolts Spire Speed Fastener Clips Screw Spring Nuts 10 PCS (Black)
⭐⭐⭐⭐☆ 87
$6.99
Get it as soon as **Wed, Nov 4**
FREE Shipping on your first order shipped by Amazon



Alpha Rider Motorcycle Bike Chain Cleaning Tool - Multi-purpose for All Bikes - Works Great with Degreasers - Great Brush Action
⭐⭐⭐½ 26
$7.28
$2.75 shipping
Only 19 left in stock - order soon.



6mm M6 Silver Fairing Body Work Bolts Spire Speed Fastener Clips Screw Spring Nuts 10 PCS
$5.99
$2.54 shipping
Only 8 left in stock - order soon.

## Need help?

Visit the help section or contact us

≡ **amazon**    All ▾ [                    ] 🔍    Hello, Sign in / Account & Lists ▾  Account ▾    Returns & Orders    Try Prime ▾    🛒 0 Cart

Deliver to Bensenville 60106    Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping    Shop Holiday Gift Guides

**Alpha Rider**   **Sunshine'Store**
Sunshine'Store storefront
★★★★½  |  **96% positive** in the last 12 months (279 ratings)

Who We Are ?Alpha Rider began designing and manufacturing Motorcycle Parts with an innovative flair in 2010. We've since grown to become one of the largest providers of Motorcycle accessories . We ask ourselves: What would you like to do with your Motorcycle... that enhances your life? Our approach has given birth to some of the best known accessories .Today, Alpha designs, manufactures and delivers useful and Coll solutions for people in the Americas, Europe, and Asia, through major retailers and online.

Read less

Have a question for Sunshine'Store?
[ Ask a question ]

---

### Detailed Seller Information

**Business Name:**wulinshan
**Business Address:**
DaYuan Road NO.3 ShuiLi village JiangGao Town BaiYun Distric
GuangZhou
GuangDong
510450
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

★★★★★  " will by another when i wear it out.....Game changer "
By Carrie on October 28, 2020.

★★★★★  "Works great, thanks! "
By albert e murray jr on October 25, 2020.

★★★★★  "A++++++++++++++ "
By Jeff Barnes on October 22, 2020.

★★★★★  "Great! "
By Johann Jun on October 17, 2020.

★★★★★  "Definitely needed to secure my bags to my Harley. "
By Amazon Customer on October 13, 2020.

Previous  Next

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 99% | 96% | 89% |
| Neutral | 0% | 0% | 0% | 3% |
| Negative | 0% | 1% | 4% | 8% |
| Count | 28 | 88 | 279 | 1,176 |

Leave seller feedback  |  Tell us what you think about this page

---

### Inspired by your browsing history
Page 1 of 6

‹                ›

| KIPA Fuel Gas Valve Petcock For KTM 50 KTM50 Mini Adventure SX Mini SX Junior... | Motion Pro 08-0423 Flywheel Puller/Primary Gear Extractor KTM 50 | NEW 2002-2008 OEM KTM 50 SX JR MINI CLUTCH GASKET SET 2X 45130025000 | Zinger 24mm&27mm Magneto Flywheel Puller for GY6 50 125 150cc Yamaha Honda Kawasaki... | SunplusTrade 2" x 50' Black Exhaust Heat Wrap Roll for Motorcycle Fiberglass Heat Shield... | 2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing Grip For... | Maple l KTM 50 JR Adve Ignition |
|---|---|---|---|---|---|---|
| ★★★★½ 41 | ★★★★½ 50 | ★★★★☆ 31 | ★★★★½ 755 | ★★★★½ 3,170 | ★★★★½ 946 | ★★★☆ |
| $11.75 | $19.79 | $14.07 | $7.99 | $12.99 | $7.99 | $26.99 |

### Top subscription apps for you

          

| Disney+ | CBS Full Episodes and Live TV | STARZ | Sling TV | SHOWTIME | Philo: Live & On-Demand TV |
|---|---|---|---|---|---|
| Disney | CBS Interactive | Starz Entertainment | Sling TV LLC | Showtime Digital Inc. | PHILO |
| ★★★★½ 401,096 | ★★★★☆ 101,641 | ★★★★☆ 83,132 | ★★★★☆ 49,083 | ★★★★☆ 23,976 | ★★★★½ 67,639 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Your Browsing History**  View or edit your browsing history  ›

See personalized recommendations
[ Sign in ]
New customer? Start here.





SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options

Continue

### Shipment 1 of 1

**Shipping from Sunshine'Store**  (Learn more)

Shipping to: ▮▮▮▮▮▮ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Alpha Rider CNC Aluminum 7/8" 22mm Handle Bar End Rear View Side Mirrors 360 Degree Adjustable for KTM 690 SMC/Duke R/Enduro/Hard Enduro/Supermoto R 950 Super Enduro R 2007-2011 Black**
  $23.99 - Quantity: 1
  Sold by: Sunshine'Store

Change quantities or delete

**Choose a delivery option:**

○ **Thursday, Nov. 19 - Friday, Dec. 11**
$6.29 - Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:
Add delivery instructions

**Payment method** Change
ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    Apply

**Get a $50 Amazon Gift Card instantly** upon approval for the Amazon Rewards Visa Card.    Apply now

**Estimated delivery: Nov. 19, 2020 - Dec. 11, 2020**

Alpha Rider CNC Aluminum 7/8" 22mm Handle Bar End Rear View Side Mirrors 360 Degree Adjustable for KTM 690 SMC/Duke R/Enduro/Hard Enduro/Supermoto R 950 Super Enduro R 2007-2011 Black
$23.99
**Quantity:** 1 Change
Sold by: Sunshine'Store
Gift options not available.

**Choose a delivery option:**
◉ **Thursday, Nov. 19 - Friday, Dec. 11**
  $6.29 - Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                                    $23.99
Shipping & handling:                      $6.29
Total before tax:                        $30.28
Estimated tax to be collected:*           $1.50

**Order total:                           $31.78**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06677 Document 1-15 Filed 11/10/20 Page 343 of 498 PageID #:2513

≡ **amazon**  | All ▾ | ktm | 🔍 | 🇺🇸 | Hello, Sign in  Account & Lists ▾  Account ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

Save on Amazon Basics Car Jumper Cables  Shop now ›

‹ Back to results



Roll over image to zoom in

### Alpha Rider Universal Motorcycle Street Bike 7/8" Anti Vibration Handle Bar Grip 22mm Ends Caps End Plug For Honda Kawasaki Suzuki Yamaha BMW KTM Ducati Triumph Red

Visit the Alpha Rider Store

★★★★☆  20 ratings

Price: **$6.99**

Get $50 off instantly: Pay $0.00 $6.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Red**

 $9.95   $6.99

- Fitments: Universal Fit for Honda Kawasaki Suzuki Yamaha BMW KTM Ducati Triumph with 22mm (7/8") handle bars
- Material : Aluminum and rubber
- Package included : 2 x handlebar end plug
- Replacement for the bar end weights
- Eliminate Vibration, Easy to install, durable

› See more product details

Compare with similar items

**$6.99**

$2.30 delivery: **Nov 19 - Dec 11**

Only 7 left in stock - order soon.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Sunshine'Store
Sold by ... Sunshine'Store

Return policy: Returnable until Jan 31, 2021 ▾

Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

**Customers who viewed this item also viewed**



CICMOD Universal Motorcycle Street Bike 7/8" Handlebar Grips Bar End Plugs (Black) for…
★★★★☆ 1,097
$8.99

---

**What other items do customers buy after viewing this item?**

|  |  |  |  |  |
|---|---|---|---|---|
| Goldfie Motorcycle 7/8" Handle Bar End Weights Handlebar Grips Cap Anti Vibration Silder… | Goldfie Motorcycle 7/8" Handle Bar End Weights Handlebar Grips Cap Anti Vibration Silder… | CICMOD Universal Motorcycle Street Bike 7/8" Handlebar Grips Bar End Plugs (Red) for… | CICMOD Universal Motorcycle Street Bike 7/8" Handlebar Grips Bar End Plugs (Black) for… | Goldfie Motorcycle 7/8" Handle Bar End Weights Handlebar Grips Cap Anti Vibration Silder… |
| ★★★★☆ 95 | ★★★★☆ 95 | ★★★★☆ 1,097 | ★★★★☆ 1,097 | ★★★★☆ 95 |
| Currently unavailable. | $6.99 | $8.99 | $8.99 | $6.99 |

---

**Customers also viewed these products**

Page 1 of 7

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| uxcell Motorcycle Black Silver Tone Brake Clutch Handle Bar Grip End Cap 2 Pcs | Goldfie Motorcycle 7/8" Handle Bar End Weights Handlebar Grips Cap Anti Vibration Silder… | COPART Universal Bar Ends for All 7/8" Handlebar Grips, Handle Bar End Plugs Caps For… | BikeMaster Anti-Vibration Bar Ends (Black) | OKSTNO Motorcycle Handlebar Ends,7/8" Handle Bar Slider Caps Weight Plugs CNC… | GTSpeed Universal Red Motorcycle Bar Ends 7/8" Handlebar Grips Plugs - Fits Honda… |
| ★★★★☆ 54 | ★★★★☆ 95 | ★★★☆☆ 2 | ★★★★☆ 71 | ★★★★☆ 57 | ★★★☆☆ 89 |
| $9.69 | $6.99 | $15.99 | $12.27 | $10.99 | $15.99 |
| Only 11 left in stock - orde… | | Only 4 left in stock - orde… | In stock on November 4, 2… | Only 1 left in stock - orde… | Only 1 left in stock - orde… |

‹  ›



Back to results






Roll over image to zoom in

## 6mm M6 Fairing Body Work Bolts Spire Speed Fastener Clips Screw Spring Nuts 10 PCS (Black)

Visit the Alpha Rider Store

★★★★☆ 87 ratings | 3 answered questions

Price: **$6.99** & FREE Returns

Get $50 off instantly: Pay $0.00 $6.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Package Include:10pcs/set :10* screws 10* clips
- Diameter: 0.6cm. Thread Length: 2cm. Screw Length: 2.5cm
- Fitment:Universal fit for motorcycle bikes scooters uses M6 bolts!(Honda, Yamaha, Suzuki,Harley,Kawasaki,Ducati,KTM,BMW,Triump)
- This is a replacement spire/speed clip and bolt kit, as used to secure fairings, bodywork, bumpers or just about any panel to another.
- PLS MAKE SURE THE INFORMATIONS (YEAR MODEL SUBMODEL) OF YOUR MOTORCYCLE AND CHECK WITH OUR SPECIFICATION PHOTO BEFORE YOU TAKE ORDER. Pls feel free to contact us if you have any other questions. Thx!

Compare with similar items

New (2) from $6.99 & FREE Shipping on orders over $25.00

### Consider this Amazon's Choice product that delivers quickly

Amazon's Choice

 GOOACC Engine Under Cover Splash Shield Guard Body Bolts Bumper Fender Liner Push Retainer Fastener Rivet Clips Extruded U-Nuts for Infiniti G35 G37 FX35 FX45 EX35 for Nissan 370Z 350Z
$7.28 √prime
★★★★½ (718)

### $6.99
& FREE Returns ∨

FREE delivery: **Friday, Nov 6** on your first order.

Fastest delivery: **Wednesday, Nov 4**
Order within 14 hrs and 30 mins
Details

**In Stock.**

Qty: 1 ∨

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from — Amazon
Sold by — Sunshine'Store

Return policy: Extended holiday return window till Jan 31, 2021 ∨

☐ Add gift options

📍 Deliver to Bensenville 60106

Add to List

New (2) from
$6.99 & FREE Shipping on orders over $25.00  ›

Share ✉ f 🐦 P

Have one to sell?
Sell on Amazon

---

### Frequently bought together

 +  + 

Total price: **$24.33**

Add all three to Cart

Add all three to List

- ☑ This item: 6mm M6 Fairing Body Work Bolts Spire Speed Fastener Clips Screw Spring Nuts 10 PCS (Black) $6.99
- ☑ Ginsco 102pcs 6.3mm 8mm 9mm 10mm Nylon Bumper Push Fasteners Rivet Clips Expansion Screws… $7.99 ($7.99 / 1 Count)
- ☑ 170Pcs Auto Car U-Clip U Nut and Screw Assortment Kit for Dash Door Panel Interior SAE $9.35

---

### More items to explore

Page 1 of 13


KCRTEK 120 pcs 6.3mm 8mm 9mm 10mm Nylon Bumper Push Fasteners,Bumper…
★★★★½ 375
$8.49


AUTOXEL 88 Pcs Trim Removal Tool,Auto Push Pin Bumper Retainer Clip Set Fastener Terminal…
★★★★★ 796
$25.99


Rexka 30pcs Door Trim Panel Retainers Clips Compatible with Lexus Toyota 90467-A0005…
★★★★½ 76
$10.99

Voilamart 467 PCS Car Retainer Clips and Plastic Fasteners Kit - 19 Most Popular Sizes with…
★★★★½ 309
$14.59

OTUAYAUTO 20Pcs 10mm Hex Head Screw Bolt, 90159-60498 M6.1 x 19mm Fender Linder…
★★★★½ 56
$13.99

Guteauto 620 Pcs Car Retainer Clips Plastic Fasteners Kit Fender Rivet Clips 16 Most…
★★★★½ 101
$20.99

---

### Products related to this item

Page 1 of 39

Sponsored ⓘ

Case 1:20-cv-06677 Document 15 Filed 11/10/20 Page 345 of 498 PageID #:2515



≡ amazon | Automotive Parts & Accessories ▾ | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping | Shop deals before they're gone

Automotive  Your Garage  Deals & Rebates  Best Sellers  Parts ▾  Accessories ▾  Tools & Equipment ▾  Car Care ▾  Motorcycle & Powersports ▾  Truck ▾  RV ▾  Tires & Wheels ▾  Vehicles

Save on Amazon Basics Car Jumper Cables  Shop now ▸

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Gas Tanks & Accessories › Gas Tank Protectors





Roll over image to zoom in

## Suuonee Motorcycle Gas Traction Pad, 1 Pair Motorcycle Anti-Slip Gas Tank Traction Pad Mat Knee Grip Sticker Protector for 125/200 2012-2016
**Brand: Suuonee**

Price: **$16.99**

Get $50 off instantly: Pay $0.00 $16.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Extra Savings** 5% off with promo code 2X68YRED.  1 Applicable Promotion ▾

- Compatible: Perfect machine cutting, fit for **KTM** DUKE 125 200, for KTM DUKE 390 2013-2016.
- Practical: Designed to assist better bikes' control and relieve rider fatigue, enables rider to maintain stable body motion. It also can help to prevent scratches on gas tank from armored jacket, belt, etc.
- High Quality: Made of high quality rubber material, durable & weatherproof, fade and corrosion resistance.
- Easy to Install: Ultra-sticky adhesive backing, easy to paste and remove without damaging the tank surface.
- Service Guarantee: If you meet any problems when using our devices, please feel free to contact us and our staff will help you in 24hrs. You can buy with no worry.

› See more product details

Compare with similar items



**$16.99**

FREE delivery: Nov 16 - Dec 8

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Suuonee
Sold by ..... Suuonee

Return policy: This item is returnable ▾

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 P

Have one to sell?

[ Sell on Amazon ]

---

### Inspired by your recent shopping trends

‹



Troy Lee Designs Men's 2019 TLD KTM Team Backpacks (One Size, Navy)
★★★★½ 53
$77.90
Only 5 left in stock - order...

Troy Lee Designs Men's 2020 TLD KTM Team Backpacks,One Size,Navy
$79.00
Only 9 left in stock - order...

Troy Lee Designs Men's 2018 TLD KTM Team Backpacks,One Size,Navy
★★★★½ 31
$77.50
Only 2 left in stock - order...

Troy Lee Designs Official Men's Team KTM 2019 Dawn Jacket (Medium, Navy)
★★★★☆ 4
$99.77
Only 3 left in stock - order...

DST0598 Customized Motorcross Stickers Dirt Bike Decals 3M Graphics Kit for KTM 125/200...
★★★★★ 1
$120.00
Usually ships with 6 to 1...

Page 1 of 20

›

---

### Compare with similar items

| | This item Suuonee Motorcycle Gas Traction Pad, 1 Pair Motorcycle Anti-Slip Gas Tank Traction Pad Mat Knee Grip Sticker Protector for 125/200 2012-2016 | KIMISS Tank Anti-Slip Pad, Pair of Rubber Motorcycle Anti-Slip Gas Tank Traction Pad Mat Knee Grip Sticker Protector(Black) | KIMISS Motorcycle Tank Anti-Slip Pad, Rubber Pair of Anti-Slip Gas Tank Traction Pad Mat Knee Grip Sticker for MT-07 FZ-07 2014-2016(Black) | Duokon Motorcycle Gas Traction Pad, Rubber Pair of Motorcycle Anti-Slip Gas Tank Traction Pad Mat Knee Grip Sticker Protector(Black) |
|---|---|---|---|---|
| | [ Add to Cart ] | [ Add to Cart ] | [ Add to Cart ] | [ Add to Cart ] |
| **Customer Rating** | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ★☆☆☆☆ (1) | ☆☆☆☆☆ (0) |
| **Price** | $16⁹⁹ | $16⁹⁹ | $18³⁹ | $16⁹⁹ |
| **Sold By** | Suuonee | Kimiss | Kimiss | Eugee |

**Special offers and product promotions**

- Save 5% each on Qualifying items offered by Suuonee when you purchase 1 or more. Enter code 2X68YRED at checkout. Here's how ⌄ (restrictions apply)
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $16.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Suuonee |
| Brand | Suuonee |
| Model | Unknown |
| Item Weight | 5.3 ounces |
| Manufacturer Part Number | Suuoneeabzmtg7rng |

### Additional Information

| | |
|---|---|
| ASIN | B07X8PQRGV |
| Date First Available | September 3, 2019 |

### Feedback

Would you like to **tell us about a lower price?** ⌄

# Videos

### Videos for related products



0:18

For ZX10R 11-20 Fuel Rear Tank Cover ABS Plastic Carbon Fiber...

MADMOTO



0:30

Real Carbon Fiber Oil Tank Cover Decal Sticker

MADMOTO

Upload your video

## Product description

Specifications:
Condition: 100% Brand New
Material: Rubber
Color: Black
Size: Show as Picture
Quantity: 1 Pair (left & right)
Package Weight: approx.150g
Fitment:
For KTM duke 125/200  2012-2016
For KTM duke 390  2013-2016

Package List:
2 * Tank Traction Pads

Sponsored ⓘ

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

Case 1:20-cv-06677 Document 15 Filed 11/10/20 Page 347 of 498 PageID #: 517

- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

Sponsored ⓘ

Sponsored ⓘ

## Inspired by your browsing history

Page 1 of 8




KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
★★★★½ 135
$21.59


JFGRACING Motorbike Offroad CNC Foot Pegs pedals Foot rests For 65-1290 SX SXF EXC EXCF...
★★★★½ 147
$26.69


FMF Racing 11299 Wash Plug
★★★★½ 1,436
$8.88


AnXin CNC Rear Brake Pedal Step Plate Tip for KTM SX SX-F EXC-F XC-F XC-W EXC XC 85 125...
★★★★☆ 38
$9.99


72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke...
★★★★½ 73
$9.89



## Deals in magazine subscriptions

Page 1 of 9




Vanity Fair
★★★★½ 1,274
Print Magazine
$8.00


People
Print Magazine
$47.63


National Geographic Kids
★★★★½ 6,573
Print Magazine
$15.00


Martha Stewart Living
★★★★☆ 42
Print Magazine
$3.00


Coinage
★★★★☆ 23
Print Magazine
$19.96



**Your Browsing History** View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

Sign in



1/4



**LED Flasher Relay, Motorcycle 2 PIN Flasher Relay Decoder for LED Turn Signal Light for Honda/Kawasaki/KTM**

$5⁵⁹

FREE Shipping

---

**Suuonee Handlebar Plug, 22mm 7/8inch Rubber Motorcycle Handlebar End Slider Plug Caps for Racing ATV Offroad (Black)**

⭐⭐⭐⭐☆ ⌄ 10

Black
$10⁹⁹
`Save 5%` with coupon

Get it as soon as **Wed, Oct 28**
FREE Shipping on your first order shipped by Amazon
Only 7 left in stock - order soon.

Price may vary by color



---

**Suuonee Motorcycle Cross Bar, 7/8" 22mm Adjustable Balance Bar Handlebar Strengthen Aluminum Alloy Brace(Silver)**

⭐⭐☆☆☆ ⌄ 3

Silver
$14⁹⁹
`Save 5%` with coupon

Get it as soon as **Tue, Oct 27**
FREE Shipping on your first order shipped by Amazon
Only 5 left in stock - order soon.

Also available in Black



---

**Suuonee Front Fork Cover, 2PCS 205x42mm Motorcycle Front Fork Cover Guard Gaiters Gators Boots Shock Damping Dust Cover(Red)**

⭐⭐⭐☆☆ ⌄ 9

Red
$10²⁹ ~~$11.09~~
`Save 5%` with coupon

Get it as soon as **Tue, Oct 27**
FREE Shipping on your first order shipped by Amazon

Price may vary by color





---

**Suuonee Windshield Deflector, Adjustable Universal Motorcycle Modified Windscreen Windshield Spoiler Air Deflector (Transparent)**

⭐⭐⭐⭐⭐ ⌄ 2

Transparent
$33⁴⁹
`Save 5%` with coupon

FREE Shipping

Price may vary by color



---

**Headlamp Lampshade,Motorcycle Grimace Headlamp Lens ABS Front Light Housing Large Headlight Lampshade(Black)**

Black
$46⁴⁹

FREE Shipping

Also available in Orange





---

≡ amazon

[Suuonee ▾] KTM [🔍]

🇺🇸 Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 0 Cart

⊙ Deliver to
Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

1-16 of 30 results for **Suuonee** : "**KTM**"

Sort by: Featured ▾

**Brand**
Suuonee
Aramox

15

Shop now

Sponsored ⓘ

10/26/2020



**Fork Leg Shoe Guard Protector Cover, Motorcycle Modification Lower Fork Leg Shoe Guard Protector Fit for Husqvarna (Blue)**
Blue
$19²⁹
FREE Shipping
Only 2 left in stock - order soon.
Price may vary by color
 



**Suuonee Motorcycle Kickstands, Orange CNC Side Stand Kickstand Enlarge Plate Pad Fits for 390 Duke 2013-2017**
$12⁰⁹
FREE Shipping



**Suuonee Motorcycle Gas Traction Pad, 1 Pair Motorcycle Anti-Slip Gas Tank Traction Pad Mat Knee Grip Sticker Protector for 125/200 2012-...**
$16⁹⁹
FREE Shipping



**Motorcycle Footrests, Stainless Steel Motorcycle Foot Pegs Footrests Auto Accessory Fit for 50/65**
$28⁶⁹
FREE Shipping
Only 2 left in stock - order soon.



**Suuonee Motorcycle Exhaust Pipe, Motorcycle Full Exhaust System Vent Middle Pipe Link Connect for 250 390 RC390 17-18**
$23⁷⁹
FREE Shipping
Only 1 left in stock - order soon.



**Suuonee Motorcycle Exhaust Pipe, Motorcycle Full Exhaust System Vent Middle Pipe Link Connect for Duke 390 2013-2016**
$65⁸⁹
FREE Shipping



**Suuonee Motorcycle Exhaust Pipe Complete Set, Motorcycle Full Exhaust System Ventilation tube Vent Front Midlle Pipe for X-MAX 300 2017-2018**
$49⁴⁹
FREE Shipping



**Suuonee Motorcycle Body Protector, Fall Frame Sliders Crash Protector Cover Guard for RC390 2014-2016**
$53²⁹







amazon All
Hello, Sign in Account & Lists Account | Returns & Orders | Try Prime | 0 Cart
Deliver to Bensenville 60106
Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop Holiday Gift Guides

# Suuonee

Suuonee storefront
**83% positive** in the last 12 months (191 ratings)
Suuonee is committed to providing each customer with the highest standard of customer service.

Have a question for Suuonee?
Ask a question

## Detailed Seller Information

**Business Name:**Shen zhen shi su wei ke ji you xian gong si
**Business Address:**
Long hua qu da lang jie dao tong sheng she qu
Tong fu yu gong ye yuan 23 hao 508
Shen zhen shi
Guang dong sheng
518109
CN

Feedback | Returns & Refunds | Shipping | Policies | Help | Products

"*nicest ones I have seen for the pirschr or audis*"
By Race Car Builder, Lover, Driver.. on September 29, 2020.

"*Does not advise ONLY displays Km/h not MPH. No wiring diagram.*"
By cbishop on September 25, 2020.

"*did not fit*"
By Tom phun on September 25, 2020.

"*exactly as described. Fast shipping.*"
By IRPlummer on September 24, 2020.

"*thank you for your item best seller*"
By DJ-AUTO on September 17, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 83% | 80% | 83% | 84% |
| Neutral | 0% | 0% | 3% | 4% |
| Negative | 17% | 20% | 14% | 13% |
| Count | 18 | 40 | 191 | 240 |

Previous Next

Leave seller feedback | Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 8

KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
135
$21.59

JFGRACING Motorbike Offroad CNC Foot Pegs pedals Foot rests For 65-1290 SX SXF EXC EXCF…
147
$26.69

FMF Racing 11299 Wash Plug
1,436
$8.88

AnXin CNC Rear Brake Pedal Step Plate Tip for KTM SX SX-F EXC-F XC-F XC-W EXC XC 85 125…
38
$9.99

72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke Covers…
73
$9.89

## Top subscription apps for you

Page 1 of 9

Disney+
Disney
395,395
$0.00

CBS Full Episodes and Live TV
CBS Interactive
100,362
$0.00

STARZ
Starz Entertainment
81,909
$0.00

Sling TV
Sling TV LLC
48,516
$0.00

SHOWTIME
Showtime Digital Inc.
23,617
$0.00

Your Browsing History View or edit your browsing history ›

See personalized recommendations
Sign in
New customer? Start here.

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from Suuonee**    (Learn more)

Shipping to: ▮▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Suuonee Motorcycle Gas Traction Pad, 1 Pair Motorcycle Anti-Slip Gas Tank Traction Pad Mat Knee Grip Sticker Protector for 125/200 2012-2016**
  $16.99 - Quantity: 1
  Sold by: Suuonee

Change quantities or delete

**Choose a delivery option:**

◉ **Monday, Nov. 16 - Tuesday, Dec. 8**
FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon**.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change

██████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ██████████
Add delivery instructions

**Payment method** Change

VISA ending in ██████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ] [ Apply ]

prime ██████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery:  Nov. 16, 2020 - Dec. 8, 2020**

Suuonee Motorcycle Gas Traction Pad, 1 Pair Motorcycle Anti-Slip Gas Tank Traction Pad Mat Knee Grip Sticker Protector for 125/200 2012-2016
**$16.99**
Quantity: 1 Change
Sold by: Suuonee
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Monday, Nov. 16 - Tuesday, Dec. 8**
   FREE Shipping

**Order Summary**
| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $16.99 |
| Estimated tax to be collected:* | $1.06 |

**Order total:** **$18.05**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

How are shipping costs calculated?

**Place your order**

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



KTM

Deliver to Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping        Shop deals before they're gone



Save on Amazon Basics Car Jumper Cables   Shop now ›

‹ Back to results



Roll over image to zoom in

## Suuonee Motorcycle Exhaust Pipe, Motorcycle Full Exhaust System Vent Middle Pipe Link Connect for 250 390 RC390 17-18

Brand: Suuonee

Price: **$23.79**

Get $50 off instantly: Pay $0.00 $23.79 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Extra Savings** 5% off with promo code 2X68YRED. 1 Applicable Promotion ⌄

- Applicable models: Exhaust Middle Pipe Designed for KTM DUKE 250 390 RC390 2017-2018. There may be other models detailed or not mentioned below. If you are not sure if our products meet your needs, please contact us directly!
- Product function: can be connected with 51mm silencer tube, will not rust, exposed to high temperature or rain, with good performance of not easy to accumulate water and reduce exhaust temperature.
- Precision material: Motorcycle Exhaust Pipe adopts high-quality stainless steel structure, high temperature resistance and corrosion resistance, smooth and comfortable surface, high temperature resistance, no deformation, no damage, corrosion resistance and maximum durability.
- Easy to install: the product is easy to install and disassemble, eliminating the need for complicated steps and replacing the original parts.
- Quality Assurance: 12 months warranty, no reason to return for 1 month (no damage to the goods). If you need these products, please do not hesitate to place an order. We believe that our services will satisfy you. We are professional Amazon Sellers. If you have any questions about our products, please contact us.

› See more product details

Sponsored ⓘ

**$23.79**

FREE delivery: **Nov 16 - Dec 8**

Only 1 left in stock - order soon.

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... Suuonee
Sold by ... Suuonee

Return policy: This item is returnable ⌄

⊕ Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## You might also like
Sponsored ⓘ

Page 1 of 17

‹


Suuonee Exhaust Middle Pipe, Motorcycle Full Exhaust System Vent Middle Pipe Link C...
⭐½☆☆☆ 1
$40.39 ✓prime


KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020
OEM:79006015000
$31.49


KTM/FMF Exhaust Fatty Pipe 65 SX 2012 2013
OEM: SXS11065500
$239.99


Suuonee Exhaust Middle Link Pipe, Motorcycle Slip On Exhaust Middle Link Pipe Adapt...
$19.19


Motorcycle Full Exhaust System Vent Middle Pipe Link Connect for KTM 250 390 RC390 ...
⭐⭐⭐⭐⭐ 4
$23.79 ✓prime


Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
⭐⭐⭐⭐☆ 45
$21.99 ✓prime


Suuonee Motorcycle Exhaust Pipe Middle Tube, Motorcycle Exhaust Middle Pipe
$57.39

›

## Special offers and product promotions
- Save 5% each on Qualifying items offered by Suuonee when you purchase 1 or more. Enter code 2X68YRED at checkout. Here's how ⌄ (restrictions apply)
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $0.00 instead of $23.79!** Get a $50 Amazon Gift Card instantly upon approval for the Amazon Rewards Visa Card. Apply now

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | Suuonee |
|---|---|
| Brand | Suuonee |

### Additional Information

| ASIN | B07WCG8LWJ |
|---|---|
| Date First Available | August 10, 2019 |

‹ Back to results



Roll over image to zoom in

## Suuonee Motorcycle Exhaust Pipe, Motorcycle Full Exhaust System Vent Middle Pipe Link Connect for Duke 390 2013-2016

Brand: Suuonee

Price: **$65.89**

Get $50 off instantly: Pay $15.89 ~~$65.89~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

**Extra Savings** 5% off with promo code 2X68YRED. 1 Applicable Promotion ⌄

- [Application] - The motorcycle exhaust pipe is especially designed for KTM Duke 390 2013-2016. It can connect with 51mm muffler pipe and won't rust exposed to high temperature or rain.
- [Premium Quality] - High quality stainless steel, corrosion resistance, rustproof, lightweight and durable. The Exhaust Pipe makes the exhaust smoother and improve the power, give you a nice driving experience.
- [Stylish Decoration] - After installation, it will enhance the hierarchy sense of your motorcycle, full of modified sports style. Exquisite workmanship, stylish design.
- [Easy to Install] - Easy installation, perfect fit in. Exquisite workmanship, stylish design, easy installation by clamp fixed.
- [Service Guarantee] - We provide 24-month worry-free warranty, if you meet any problems when using our devices, please feel free to contact us and our staff will reply in 24hrs. You can buy with no worry.

› See more product details

Sponsored ⓘ

### You might also like

Sponsored ⓘ

Page 1 of 14


KTM/FMF Exhaust Fatty Pipe 65 SX 2012 2013 OEM: SXS11065500
$239.99


KTM Air Filter SX SX-F XC XC-F XC-W XCF-W EXC-F 2015-2020 OEM:79006015000
★★★★½ 13
$31.49


Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 45
$21.99 ✓prime


KTM Aluminum Skid Plate 450/500 XC-W/EXC 2012-2016 OEM: 78103990100
$139.99


2012 2013 2014 fits KTM 350 EXC-F 14 Tooth Front Sprocket
★★★★★ 1
$18.95


13 Tooth Front Sprocket for fits KTM 250 XCF 2007 2008 2009 2010 2011 2012 2013 2014
$18.95


KTM Footrest Left R 2004-2016 OEM: 76203040250
$101.84

### Special offers and product promotions

- Save 5% each on Qualifying items offered by Suuonee when you purchase 1 or more. Enter code 2X68YRED at checkout. Here's how ⌄ (restrictions apply)
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- Your cost could be $15.89 instead of $65.89! Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | Suuonee |
| --- | --- |
| Brand | Suuonee |
| Model | Unknown |
| Item Weight | 2.18 pounds |

### Additional Information

| ASIN | B07W8499YG |
| --- | --- |
| Date First Available | August 9, 2019 |

### Feedback

---

### Right sidebar

**$65.89**

FREE delivery: **Nov 16 - Dec 8**

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... Suuonee
Sold by ... Suuonee

Return policy: This item is returnable ⌄

Deliver to Bensenville 60106

Add to List

Share ✉ f 𝕏 p

Have one to sell?

Sell on Amazon

☰ amazon  | All ▾ | ktm rotor disc | 🔍 | 🇺🇸 ▾ | Hello, Sign in / Account & Lists ▾ / Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106

Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping | Shop today's epic deals now

Automotive  Your Garage  Deals & Rebates  Best Sellers  Parts ▾  Accessories ▾  Tools & Equipment ▾  Car Care ▾  Motorcycle & Powersports ▾  Truck ▾  RV ▾  Tires & Wheels ▾  Vehicles

See Automotive holiday deals  Shop now ▸

Automotive › Motorcycle & Powersports › Parts › Braking › Rotors





Roll over image to zoom in

## TARAZON Rear Brake Disc Rotor for KTM Supermoto 690 07 08 LC8 ADVENTURE R S 990 950 03 05 06 07 12

Brand: TARAZON

⭐⭐⭐☆☆ ▾  1 rating

Price: $49.95 & FREE Shipping

Get $50 off instantly: Pay $0.00 $49.95 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Wave shape brake disc rotor 30% light wieght than OEM, and good heat dissipation
- High quality stainless steel 420 2Cr13 ensure durable braking power, Heat Treatment Harness HRC 36+-2 ensure brake area not warped
- Fit KTM 950 Adventure / S LC8 2003-2005 + 990 Adventure R LC8 2007-2012 + 990 Adventure S LC8 2006-2008 + 990 Adventure LC8 2006-2012 + SUPER ENDURO R 950CC LC8-SE 2006-2008 + 90 Supermoto 2007-2008
- Rotor Size : Outer Diameter 240mm, Thickness 5mm, Bolt Pitch 124mm
- Including 1 piece rear brake disc rotor , we also have matched front rotor

> See more product details



$49.95
& FREE Shipping

Arrives: Oct 27 - Nov 3

In stock.
Usually ships within 2 to 3 days.

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from  TARAZON-Moto Parts...
Sold by  TARAZON-Moto Parts...

Details

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $5.97

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

### Customers also viewed these products

Page 1 of 9








TARAZON Front Brake Discs Rotors for Suzuki GSXR600 GSXR750 1997-2003...
⭐⭐⭐⭐½ 7
$158.95
Only 3 left in stock - order...

JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off Road...
⭐⭐⭐⭐☆ 721
#1 Best Seller in Powersports Handguards
$19.99

TARAZON 17 x 3.5,17 x 5.0, Supermoto Wheels Rims Set for KTM SX EXC XC SXS 125-540 2...
⭐⭐⭐⭐☆ 7
$579.95

Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
⭐⭐⭐⭐☆ 13
$31.99

Arashi Front Rear Brake Disc Rotors for SUZUKI GSXR 1000 2005-2008 Motorcycle...
⭐⭐⭐⭐⭐ 26
$219.85
Only 10 left in stock...

### Sponsored products related to this item

Page 1 of 5

2004 fits KTM 300 MXC Race-Driven Rear RipTide Brake Rotor Disc for MX Motorcross
$43.95

Brake Rotor for fits KTM 125 SX 1999-2003 Front & Rear RipTide Discs by Race-Driven
$83.95

Front RipTide Brake Rotor Disc and Brake Pads fits 2001-2002 fits KTM 520 MXC
$55.95

Front Rear Brake Disc Rotor For KTM 125-450 SX XC 125-530 144 150 200 250 300 350 3...
⭐⭐⭐⭐⭐ 1
$33.99

JFG RACING 320mm Orange Front Floating Brake Disc Rotor For XC XCW XCF MXC GS MX...
⭐⭐⭐⭐½ 18
$79.99

255MM Front Brake Disc Rotor For Honda CRF250L 2012 2013 2014 2015 2016 2017...
$20.99

Ad feedback

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $49.95!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

## Technical Details

| | |
|---|---|
| Manufacturer | Thai-Racing Co.,Ltd |
| Brand | TARAZON |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | WDZC883@#xa2 |

## Additional Information

| | |
|---|---|
| ASIN | B06XTMKWMR |
| Customer Reviews | ★★★☆☆ ▾ 1 rating <br> 3.0 out of 5 stars |
| Best Sellers Rank | #1,168,422 in Automotive (See Top 100 in Automotive) <br> #964 in Powersports Brake Rotors |
| Date First Available | March 24, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ▾

## Videos

### Videos for related products


Arashi Floating brake disc rotors
Arashi Official Store
9:25


Dynamic Friction Company Premium Brake Rotors
MyAutoSupplier
0:34


Arashi Floating brake disc rotors
Arashi Official Store
1:05


Arashi Brake disc rotors
Arashi Official Store
0:34


How does Arashi B... work on my bike?
Arashi Official Store

Upload your video

## Product description

Fitment:

KTM 950 Adventure / S LC8 e1*0180 03-05
KTM 990 Adventure R LC8 e1*0180 07-12
KTM 990 Adventure S LC8 e1*0180 06-08
KTM SUPER ENDURO R 950CC LC8-SE e1*0280 06-08
KTM 990 Adventure LC8 e1*0180 06-12
KTM 690 Supermoto 2007-2008

Material: Made from Racing performance 420 (2Cr13 ) stainless steel
Wave design & Light weight & good heat dissipation
Provides strong, reliable braking power
New scraper slot system to keep your brake system clean and run cooler.
Durable - works with all types of brake pads
We marked the Min Thickness on the surface ,it means you should replace the brake disc rotor when the thickness with Minimum Thickness to ensure save ridding

## Sponsored products related to this item

Page 1 of 4


Brake Pads fits KTM 640 LC4 Adventure 1999-2006 Rear MX by Race-Driven
$18.95


Brake Pads fits KTM 640 LC4 Adventure 1999-2004 Front MX by Race-Driven
$18.95


Motorcycle Kickstand Side Stand Enlarger Extension Enlarger Pate Pad For KTM 125 20...
★★★★☆ 20
$25.99 √prime


Volar Rear Brake Pads for 2004-2006 KTM 950 Adventure/Adventure S
$8.90


New OEM KTM Driver Ergo Heated Seat 18-19 Adventure/Adventure R 790-63507940000
$299.99


Rareelectrical NEW 12V REGULATOR COMPATIBLE WITH KTM MOTORCYCLES 950...
★★★★★ 1
$69.95

Ad feedback

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

Case 1:20-cv-00617 Document 15 Filed 11/03/20 Page 357 of 498 PageID #:2527

# Customer reviews

★★★☆☆ 3 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 100% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

Top reviews ▾

## Top reviews from the United States

There are 0 reviews and 0 ratings from the United States

## Top reviews from other countries

 brad kendrick

★★★☆☆ **Screw holes don't line up**

Reviewed in Canada on April 19, 2020

Verified Purchase

Nice rotor but the screw holes didn't line up properly so had to drill them out a bit to get it to fit

Report abuse

See all reviews ›

## Top subscription apps for you

Page 1 of 6


Disney+
Disney
★★★★☆ 381,844
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 96,769
$0.00


STARZ
Starz Entertainment
★★★★☆ 78,533
$0.00


Sling TV
Sling TV LLC
★★★★☆ 46,725
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,586
$0.00


Philo: Live & On-Demand TV
PHILO
★★★★☆ 64,180
$0.00


ABCmouse Learning
Age of Le
★★★★☆
$0.00

## Popular products inspired by this item

Page 1 of 2


Brake Rotor for fits KTM 125 SX 1999-2003 Front & Rear RipTide Discs by Race-Driven
$83.95


Braking 93-15 KTM 250SX Non-Round Floating 320mm Supermoto Disc Only (320mm)
$268.11


Brake Rotors for fits KTM 125 SX 2010-2016 Front & Rear RipTide Discs by Race-Driven
$83.95


Front RipTide Brake Rotor Discs and Brake Pads fits 2004-2009 fits KTM 450 EXC
$55.95


Alina-Shops - Front Brake Disc Rotor Screw Bolts Kit For KTM 125 150 200 250 300 350 450 500 SX XC SXF...
$87.99


Alina-Shops - Rear Brake Disc Rotor Screw Bolts Set For KTM 125 150 200 250 300 350 450 500 SX XC SXF EGS...
$76.99


Tomyna - Brake Di Protecto 125 150 500 SX S
1 offer f

## Your Browsing History

View or edit your browsing history ›

Page 1 of 2









See personalized recommendations

Sign in

New customer? Start here.

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements



1-16 of 137 results for **TARAZON-Moto Parts Factory** : "KTM"

Sort by: Featured

**Brand**
TARAZON
TARAZON
T



TARAZON for KTM 21" 19" Complete Wheel Set Orange Hub Rims SX EXC SX-F EXC-F 125 250 350 450 500 530 2003-2019
★★★★☆ ⌄ 5
**Automotive**
$449$^{95}$
$70.00 shipping



TARAZON Aluminum MX Radiator for KTM SX 50 SX50 2012 2013 2014 2015 2016 2017 2018 Engine Water Cooling
★★★★★ ⌄ 1
$139$^{95}$
$50.00 shipping



TARAZON 18" Rear MX Wheel Kit Rim Orange Hub Spokes for KTM EXC SX SXS XC-W EXC-F SXS-F XC-F MXC EXC-G EXC-R 125 200 250 300 350 400...
★★★★★ ⌄ 1
**Automotive**
$299$^{95}$
$100.00 shipping



TARAZON Motorcycle Aluminum Cooling Radiators for KTM FREERIDE 250R 250 R 2014 2015 2016 Freeride 350 2015 2016
★★★★★ ⌄ 4
$79$^{95}$
FREE Shipping



Tarazon Supermoto Oversize Front Brake Rotor 320mm for KTM 125 200 250 300 400 450 520 525 530 540 620 640 SX SXF EXC SXS MX MXC XC ...
$99$^{95}$
FREE Shipping



TARAZON Motorcycle Aluminum Cooling Radiators for KTM 250 300 380 EXC MXC SX 1998-2003
$119$^{95}$
FREE Shipping



TARAZON Motorcycle Aluminum Radiators for KTM 400 450 525 SX MXC EXC 03 04 05 06 07
★★★★☆ ⌄ 1
$124$^{95}$
$50.00 shipping



TARAZON Motorcycle Aluminum Radiators for KTM SX-F SXF 250 350 450 2013 2014 2015

$119.95
$50.00 shipping



TARAZON 17 x 3.5,17 x 5.0, Supermoto Wheels Rims Set for KTM SX EXC XC SXS 125-540 2 strokes /4 strokes 2003-2019

★★★★☆ 7
$579.95
$70.00 shipping



TARAZON CNC Wide Fat Foot pegs Pedals Footpegs For KTM SX EXC 65 125 200 250 300 99-15 SXF EXC-F 250 350 400 450 505 500 525

★★★★☆ 29
Black
$54.95
FREE Shipping
Price may vary by color

   +



TARAZON CNC Adjustable Brake Clutch levers for KTM 1190 ADVENTURE/R 2013 2014 2015 2016 Super Adventure 2015-2017

★★★★☆ 72
Red
$39.90
FREE Shipping

   +



TARAZON 2x Front Brake Discs Rotors for KTM SUPER DUKE LC8 990 R 2005-2013

$164.95
FREE Shipping



TARAZON Motorcycle Radiator for KTM DUKE 125 ABS 2013-2016/DUKE 200 ABS 2013-2015 Engine Water Cooling Aluminum Core and Tank

★★★★☆ 1
$144.95
FREE Shipping



TARAZON Rear Brake Disc Rotor for KTM Supermoto 690 07 08 LC8 ADVENTURE R S 990 950 03 05 06 07 12

★★★☆☆ 1
$49.95
FREE Shipping



TARAZON Front Rear Brake Rotors Discs for KTM 950 Adventure LC8 S 2003 2004 2005 2006 Super Enduro 950 06 07 08

★★★★★ 1

1/2

≡ **amazon**

All ▾        🔍

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 0 Cart

Deliver to
Bensenville 60106

Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping      Shop deals before they're gone

## TARAZON-Moto Parts Factory

TARAZON-Moto Parts Factory storefront

★★★★☆ | **90% positive** in the last 12 months (167 ratings)

**TARAZON** ® We are a professinal factory specialized in high quality aluminum motorcycle parts and accessories from year 2004. our products cover almost all the brand ,bike type, all the motorcyle model and popular year on the market.

We are A team, strong support for sales ,design and research, QC and logistic, enough capacity of manufature, ensure our customer have good service.

Have a question for TARAZON-Moto
Parts Factory?

**Ask a question**

---

## Detailed Seller Information

**Business Name:** Zhou Chuan
**Business Address:**
No1 Jangkang Road, Donggang Town, Xishan District
Wuxi
Jiangsu
214199
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

★★★★★ " *Best costumer service ever* "
By Timothy r. on October 12, 2020.

★☆☆☆☆ "*The order indicates that the item has been delivered, but it was delivered to Concord, NC instead of the correct address of Loganville GA. Upon notifying the seller, they said the item was not in stock and they could ship at a later date with a $20.00 discount. Has the item been delivered (to the wrong address)? Or, as the seller indicates, the item is in back order?* "
Read less
By susan h. on October 10, 2020.

"*Dear customer, yes, the wheels have been sold out in US warehouse and will back to stock in few days. If you don't want to wait anymore, we'd like to offer you...* "
Read more
By TARAZON-Moto Parts Factory on October 13, 2020.

★★★★★ " *Nice rotor fit perfectly!* "
By Dan on October 10, 2020.

★☆☆☆☆ " ~~Fully rusted item~~ "
By ivan sapunar on October 8, 2020.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ " *perfect fit 1985 Yamaha 700* "
By Shelly Winfrey on October 6, 2020.

Previous   Next

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 80% | 85% | 90% | 93% |
| Neutral | 0% | 2% | 2% | 3% |
| Negative | 20% | 13% | 8% | 4% |
| Count | 10 | 47 | 167 | 538 |

Leave seller feedback  |  Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 6

<  


2-Pin Electronic LED Flasher Relay FIX Motorcycle Turn Signal Bulbs Hyper Flash
★★★★☆ 558
$9.99


Kawell Motorcycle Switch Light Turn Signal Switch Dirt Bike Horn Head Light 7/8 Inches Handlebar...
★★★★☆ 369
$9.99


CICMOD Rear Fender Mount Red LED Tail Light Brake Lamp Turn Signals License Plate Light for...
★★★☆☆ 75
$18.99


Kuryakyn 4709 Motorcycle LED Lighting Component: Diode Kit Wire Assembly for Metric Motorcycles...
★★★★☆ 158
$15.84


surpassme Motorcycle Grips Non Slip Rubber Bar End Thruster Grip 7/8" 22mm 24mm...
★★★★☆ 608
$9.99


Motorcycle Flasher Relay, Sdootauto 2 Pcs 12V 2-Pin Adjustable Flasher Turn Signal LED Flasher Relay...
★★★★☆ 276
$10.99


PerfecT Motorcy Signal L Mount L
★★★☆☆
$7.60

>  

## Top subscription apps for you

Page 1 of 6



https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ABFHHP0R1B35W&sshmPath=

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from TARAZON-Moto Parts Factory**    (Learn more)

Shipping to: ▮▮▮▮ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **TARAZON Rear Brake Disc Rotor for KTM Supermoto 690 07 08 LC8 ADVENTURE R S 990 950 03 05 06 07 12**
  $49.95 - Quantity: 1
  Sold by: TARAZON-Moto Parts Factory

Change quantities or delete

**Choose a delivery option:**

◉ **Tuesday, Oct. 27 - Tuesday, Nov. 3**
FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



# amazon.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change

▮▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮▮▮▮

Add delivery instructions

**Payment method** Change

▮▮ ending in ▮▮

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code]   Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $49.95 |
| Shipping & handling: | $0.00 |
| Total before tax: | $49.95 |
| Estimated tax to be collected:* | $3.12 |

**Order total:**    **$53.07**

How are shipping costs calculated?

---

**FREE TRIAL**

▮▮▮▮, we're giving you 30 days of Prime benefits for FREE

[ Try Prime FREE for 30 days > ]

**Estimated delivery:** Oct. 27, 2020 - Nov. 3, 2020

TARAZON Rear Brake Disc Rotor for KTM Supermoto 690 07 08 LC8 ADVENTURE R S 990 950 03 05 06 07 12
$49.95
**Quantity:** 1 Change
Sold by: TARAZON-Moto Parts Factory
🎁 Gift options not available.

**Choose a delivery option:**
◉ Tuesday, Oct. 27 - Tuesday, Nov. 3
   FREE Shipping

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.





### TARAZON for KTM 21" 19" Complete Wheel Set Orange Hub Rims SX EXC SX-F EXC-F 125 250 350 450 500 530 2003-2019

Brand: TARAZON

★★★★☆ 5 ratings | 6 answered questions

Price: **$449.95** + $70.00 shipping

Get $50 off instantly: Pay $399.95 upon approval for the Amazon Rewards Visa Card.

- Package includes : 21"x1.60 front wheel with 36 spokes , 19"x2.15" rear wheel with 36 spokes, complete wheels sets. Wheel hubs,spokes,axle spacers,bearings,seals all including, all pre-installed. Net weight : 24.0 lbs,Safety Standard Certification:DOT Certification
- Shipping : front and rear wheels sets will pre-assembly when we get order within 24 hours, each wheel will adjust and test by our assembly tools, each wheel should passed the deflection and vibration test.HUBS, RIMS, CAN CUSTOM COLORS, SHOULD PAY FOR 30 DOLLARS CUSTOM FEES.
- HUBS Specification : Billet aircraft aluminum alloy 6061 material , T6 standard heated treatment, aircraft lighter material and material heated treatment ensure the material have highest density and highest strength. High perfermance than cheap casting wheel hubs.all hubs CNC milled with 5 axles CNC machines.
- RIMS Specification : Rims made from 7075 alloy aluminum materail, three-stage heat treatment process for the highest available strength,this is true aircraft quality material, each rims passed tensile strength test,compressive strength test and hardness test
- SPOKES Specification : Mn 65 spokes,all the spokes passed tension test, better elasticity than stainless steel,since stainless steel easy broken and crack.

› See more product details

Compare with similar items

**$449.95**
+ $70.00 shipping

Arrives: Oct 27 - Nov 3

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... TARAZON-Moto Parts...
Sold by ... TARAZON-Moto Parts...

Details

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

Roll over image to zoom in

---

#### Exclusive items from our brands

Page 1 of 3

     

CLEO Plastic Fender Fairing Body Work Kit Set , Plastic Body Fender Kit 7 piece for CRF50...
★★★★☆ 73
$29.99

HAUSBELL Digital Tire Pressure Gauge, Air Pressure Gauge,Tire Pressure Gauge,...
★★★★☆ 178
$19.99

Summit Tools Tire Pressure Gauge with Glow Dial, 0 to 60 PSI, Hold Valve, 10 in...
★★★★☆ 254
$13.98

HAUSBELL Portable air Compressor for Car Tires, 12V DC Air Compressor tire inflator Pump, 150...
★★★★☆ 2,579
$29.99

Glamore Portable Air Compressor for Car Tires, Digital Tire Inflator, 12V DC Air Compressor...
★★★★☆ 1,179
$29.99

Summit Tools Tire Pressure Gauge with Glow Dial, 0 to 100 PSI, Hold Valve, 10 in...
★★★★☆ 125
$17.99

---

#### Customers who viewed this item also viewed

TARAZON Supermoto 17" & 17" Complete Wheels Set Rims SX SXF EXC SXS XC XC-F XC-W...
★★★☆☆ 7
$559.95

ProTrax Wheel Rim Set Front-Rear 21-19 inches BLK
$450.95
Only 4 left in stock - order...

KKE 21" 18" Casting Enduro Wheels Set for KTM EXC EXC-F XC-W 125 150 200 250 300 350 400 450 500 505...
$379.00

TARAZON 18" Rear MX Wheel Kit Rim Orange Hub Spokes for KTM EXC SX SXS XC-W EXC-F...
★★★★★ 1
$299.95

AnXin Complete Triple Tree Clamps Upper Lower Stem Handlebar Riser Clamp For 03-13...
★★★★★ 2
$188.88
Only 1 left in stock - order...

JFG RACING CNC Foldable Brake Clutch Levers for 350 450 SX SXR SXF XCF XCFW...
★★★★☆ 65
$23.99

---

#### What other items do customers buy after viewing this item?

Case 1:20-cv-06677 Document #: 15 Filed: 11/19/20 Page 364 of 498 PageID #:2534



‹ Back to results







Roll over image to zoom in

## TARAZON Aluminum MX Radiator for KTM SX 50 SX50 2012 2013 2014 2015 2016 2017 2018 Engine Water Cooling

**Brand: TARAZON**

★★★★★ 1 rating

Price: **$139.95** + $50.00 shipping

Get $50 off instantly: Pay $89.95 $139.95 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Made of High Quality Aluminum,All Aluminum include Core & Tank.
- Cap is also included, every radiator passed 2 times leakage test, 100% check
- The core of the radiator is welded in vacuum brazing furnace, no epoxy. The tanks are 100% welded by TIG
- Provides strong, quickly and durable cooling , 30% more cooling strength than original parts
- Fit KTM SX 50 SX50 2012 2013 2014 2015 2016 2017 2018

› See more product details

Compare with similar items

---

**$139.95**
+ $50.00 shipping

Arrives: Oct 27 - Nov 3

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... TARAZON-Moto Parts...
Sold by ... TARAZON-Moto Parts...

Details

Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## Customers who viewed this item also viewed

Page 1 of 2




For KTM 50 SX/SXS Mini 49cc/50cc 2012-2018 2016 2013 Braced Aluminum Radiator
★★★★★ 4
$159.00
Only 8 left in stock - order...


MONROE RACING U0088 Aluminum Radiator for KTM 50 SX SXS MINI 50cc 49cc 2012 2013...
★★★★★ 1
$159.00
Only 8 left in stock - order...


Aluminum radiator + hoses for KTM 50 SX SXS MINI 50cc 49cc 2012-2017 13 14 (orange)
$179.00
Only 8 left in stock - order...


Aluminum Radiator For KTM 50 SX/SXS Mini 49cc/50cc 2-STROKE 2012-2018 13 14 15
$157.00


FOR KTM 50 SX/SX MINI 50cc/49cc 2-STROKE 2012-2018 Aluminum Radiator
$159.00
Only 12 left in stock - orde...

---

## Customers who bought this item also bought

NGK LR8B Standard Spark Plug
★★★★☆ 60
$6.21

---

## Customers also viewed these products

Page 1 of 8


For KTM 50 SX/SXS Mini 49cc/50cc 2012-2018 2016 2013 Braced Aluminum Radiator
★★★★★ 4
$159.00
Only 8 left in stock - order...

NEW OEM KTM RIGHT SIDE RADIATOR KTM 50 SX SX MINI SXS 2012-2016 45235008200
$164.19
Only 1 left in stock - order...

MONROE RACING U0088 Aluminum Radiator for KTM 50 SX SXS MINI 50cc 49cc 2012 2013...
★★★★★ 1
$159.00
Only 8 left in stock - order...

FOR KTM 50 SX/SX MINI 50cc/49cc 2-STROKE 2012-2018 Aluminum Radiator
$159.00
Only 12 left in stock - order...

Aluminum Radiator For KTM 50 SX/SXS Mini 49cc/50cc 2-STROKE 2012-2018 13 14 15
$157.00

Smadmoto Radiator for KTM SX50 SX 50 12 13 14 15 16 17 18 19 Water Cooler Cooling with Core & Tank
$139.99



Automotive ▸ Motorcycle & Powersports ▸ Parts ▸ Body & Frame Parts ▸ Windshields & Accessories ▸ Windshields



Roll over image to zoom in

## TESWNE Motorcycle Adjustable Windscreen Wind Deflector Windshield for Kawasaki Honda KTM Universal

Brand: TESWNE

Price: **$25.00** & FREE Shipping

Get $50 off instantly: Pay $0.00 $25.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- 100% Brand new and High quality.
- Feature:Made with high strength ABS material, not easy to deform and fracture, for maximum durability.
- Anodized surface prevents corrosion of stainless steel screw and has long service life. better head protection.
- Easy to install and disassemble.

▸ See more product details



**$25.00**
& FREE Shipping

Arrives: Nov 13 - Dec 7

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...          TESWNE
Sold by ...              TESWNE

Return policy: Returnable until Jan 31, 2021

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $6.31

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## You might also like

Sponsored ⓘ







TESWNE Windshield Wind Screen Headlight Cover For Kawasaki Z 900 Z900 2017 (Black) ...
★★☆☆☆ 2
$56.00

Universal Motorcycles Handguards Handlebar Hand Brush Guards Handle Protector Wind ...
★★★★☆ 79
$17.99 ✓prime

HONGK- Motorcycle Smoke Black Abs Windshield Windscreen Compatible with 2002...
$25.86

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | TESWNE |
| --- | --- |
| Brand | TESWNE |
| Manufacturer Part Number | MJ-4 |

### Additional Information

| ASIN | B07WQWCC34 |
| --- | --- |
| Date First Available | August 19, 2019 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

# Videos

### Videos for related products



0:03

GUDAVO 100% Polycarbonate made Motorcycle Windshield

GUDAVO



0:41

Motorcycle Windscreen Extension

kemimoto



0:16

motorcycle windshield Extension smalll

DUILU



0:12

Universal windshield for motorcycle

DUILU



Classic Accessories UTV Front Windshi

Merchant Video

Upload your video

## Product description

Feature:Made with high strength ABS material, not easy to deform and fracture, for maximum durability.
Adjustable motorcycle windshield, fixed on the top of the original windshield, to increase rider's better head protection.
Anodized surface prevents corrosion of stainless steel screw and has long service life. Easy to install and disassemble.
Perfectly fit for most motorcycle(for Kawasaki BMW Ducati Honda Benelli KTM Triumph etc).
Specifications:Condition: Brand NewMaterial: ABSColor: As Picture ShowSize: Approx 270*120*44mm/11*4.7*1.7inPackage
Weight: Approx 357gFitment: Perfectly fit for most motorcycle(for Kawasaki BMW Ducati Honda Benelli KTM Triumph etc)Package List:1 * Transparent Windshield1 * Adjustable Bracket
2. Please allow 1-3cm error due to manual measurement. Thanks for your understanding.

## You might also like

Sponsored ⓘ



TESWNE Windshield Wind Screen Headlight Cover For Kawasaki Z 900 Z900 2017 (Black) ...
★★☆☆☆ 2
$56.00



HONGK- Motorcycle Smoke Black Abs Windshield Windscreen Compatible with 2002...
$25.86



Universal Motorcycles Handguards Handlebar Hand Brush Guards Handle Protector Wind ...
★★★★☆ 79
$22.99 ✓prime

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

10/23/2020    Automotive

## Deals in magazine subscriptions

Page 1 of 6

<


**Better Homes and Gardens**
⭐⭐⭐⭐ 38
Print Magazine
$3.00


**Real Simple**
⭐⭐⭐⭐ 31
Print Magazine
$5.00


**Birds & Blooms**
⭐⭐⭐⭐ 3,114
Print Magazine
$8.00


**Food & Wine**
⭐⭐⭐⭐ 1,238
Print Magazine
$10.00


**Martha Stewart Living**
⭐⭐⭐⭐ 4,376
Print Magazine
$5.00


**Foreign Affairs**
⭐⭐⭐⭐ 403
Print Magazine
$39.95


**Martha S**
⭐⭐⭐⭐
Print Mag
$3.00

>

## Best sellers in Kindle eBooks

Page 1 of 5

<


**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐⭐⭐⭐ 1,471
Kindle Edition
$14.99


**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
⭐⭐⭐⭐ 17,065
Kindle Edition
$4.99


**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
⭐⭐⭐⭐ 4,111
Kindle Edition
$4.99


**I Promise You: Stand-Alone College Sports...**
› Ilsa Madden-Mills
⭐⭐⭐⭐ 585
Kindle Edition
$2.99


**Spellbreaker**
› Charlie N. Holmberg
⭐⭐⭐⭐ 2,131
Kindle Edition
$4.99


**The Haunting of Brynn Wilder: A Novel**
› Wendy Webb
⭐⭐⭐⭐ 2,679
Kindle Edition
$4.99


**Girls of I Thriller**
› Kate Mo
⭐⭐⭐⭐
Kindle Ed
$4.99

>

## Your Browsing History

View or edit your browsing history ›

Page 1 of 2

See personalized recommendations


<







>

**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

 **amazon**

 🌐 English     🇺🇸 United States

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** | **Neighbors App** | **Amazon Subscription Boxes** | **PillPack** | **Amazon Renewed** | **Amazon Second Chance** | |

☰ **amazon** | All ▾ | 🔍 | 🇺🇸 ▾ | Hello, Sign in / Account & Lists / Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

## TESWNE

TESWNE storefront
⭐⭐⭐⭐½ 89% positive in the last 12 months (38 ratings)
TESWNE is committed to providing each customer with the highest standard of customer service.

| Have a question for TESWNE? |
| --- |
| Ask a question |

---

## Detailed Seller Information

**Business Name:** wang bei
**Business Address:**
linquxian qushanlu longquanxiaoqu 2dong501
weifang
shandong
262600
CN

---

**Feedback** | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products

⭐⭐⭐⭐⭐ "These look great on my Harley."
By MBC on August 12, 2020.

⭐⭐⭐⭐⭐ "The Clock and the Thermometer fits real good on handle bars and looks good."
By R_USA on August 6, 2020.

⭐☆☆☆☆ "very upset bad business"
By sarah brust on July 26, 2020.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

⭐☆☆☆☆ "This order was canceled on 7/22/20 why am I being charged for it"
By Steven Garland on July 24, 2020.

⭐☆☆☆☆ "Did not work at all. No seller contact information available. Cannot recommend this item at all"
By JiminTexas on July 5, 2020.

Previous   Next

| | 30 days | 90 days | 12 months | Lifetime |
| --- | --- | --- | --- | --- |
| Positive | 100% | 92% | 89% | 97% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 8% | 11% | 3% |
| Count | 4 | 13 | 38 | 137 |

Leave seller feedback | Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 6


FMF Racing 11299 Wash Plug
⭐⭐⭐⭐½ 1,413
$9.63


Troy Lee Designs Men's 20 TLD KTM Team Shirts
⭐⭐⭐⭐½ 110
$30.00 - $31.50


72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke Covers...
⭐⭐⭐⭐½ 71
$9.99


AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX For KTM SX SXS XC EXC MXC XCW...
⭐⭐⭐⭐ 18
$27.99


KTM FLAG READY TO RACE 3PW1771500
⭐⭐⭐⭐½ 151
$19.99


KTM 6" Die-cut Decal Orange
⭐⭐⭐⭐⭐ 67
$6.80


KTM W Sign 3
⭐⭐⭐ 1
$13.50

### Top subscription apps for you

Page 1 of 6


Disney+
Disney
⭐⭐⭐⭐½ 386,989
$0.00


CBS Full Episodes and Live TV
CBS Interactive
⭐⭐⭐⭐ 98,053
$0.00


STARZ
Starz Entertainment
⭐⭐⭐⭐ 79,756
$0.00


Sling TV
Sling TV LLC
⭐⭐⭐⭐ 47,388
$0.00


SHOWTIME
Showtime Digital Inc.
⭐⭐⭐⭐ 22,920
$0.00


Philo: Live & On-Demand TV
PHILO
⭐⭐⭐⭐ 65,100
$0.00


ABCmo
Learni
Age of
⭐⭐⭐ 1

**Your Browsing History** | View or edit your browsing history ▸

See personalized recommendations

Sign in

New customer? Start here.



10/23/2020

| TESWNE ▼ | KTM | 🔍 |

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

0
Cart

Deliver to
Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

1-16 of 35 results for TESWNE : "KTM"

Sort by: Featured ▾

**Brand**
TESWNE
TSWNE
TSEWNE



TESWNE Universal Motorcycle CNC License Plate Holder Bracket with LED Light for KTM Duke 125 200 390 690 Suzuki (orange)
★★★★½ ▾ 3
$26⁹⁹
✓prime Get it as soon as Mon, Oct 26
FREE Shipping by Amazon
Only 3 left in stock - order soon.



TESWNE Motorcycle Universal Handguards Aluminium Alloy Hand Guards Brush Bar Handlebar for ATV Yamaha Kawasaki Suzuki Honda KTM...
★★★☆☆ ▾ 2
$20⁹⁹
Get it as soon as Sat, Oct 24
FREE Shipping on your first order shipped by Amazon
Only 5 left in stock - order soon.



TESWNE 10mm CNC Swingarm Spools Slider Bobbin For Yamaha YZF R3 R6 R6S R1 Triumph KTM (Red)
★★☆☆☆ ▾ 2
Red
$9⁹⁹
Get it as soon as Mon, Oct 26
FREE Shipping on your first order shipped by Amazon
Only 2 left in stock - order soon.
Price may vary by color




TESWNE 8mm CNC Swingarm Spools Slider Bobbin For Yamaha YZF R3 R6 R6S R1 Triumph KTM (Red)
★★★★☆ ▾ 9
Red
$10⁹⁹
Get it as soon as Mon, Oct 26
FREE Shipping on your first order shipped by Amazon
Only 1 left in stock - order soon.
Price may vary by color




TESWNE For KTM DUKE 125 DUKE 200 DUKE 390 Motorcycle Orange CNC Aluminum Handlebar Risers Top Cover Clamp
$14⁹⁹
Get it as soon as Mon, Oct 26
FREE Shipping on your first order shipped by Amazon
Only 1 left in stock - order soon.



TESWNE CNC + Aluminum Alloy Radiator Water Pipe Cap Cover Automotive Parts Brake Fluid Reservoir Cap for KTM
$10⁶⁶
FREE Shipping



TESWNE Universal Motorcycle LED Light Rear License Plate Holder Adjustable Fender Eliminator Bracket for Yamaha for Kawasaki for Ducati...
★★★★☆ ▾ 23



**Black**
$26^{99}$

✓prime Get it as soon as **Mon, Oct 26**
FREE Shipping by Amazon
Only 16 left in stock - order soon.

Price may vary by color

  



TESWNE CNC Billet Gear Shifter Shift Lever Tip For KTM SX SXF SXS EXC EXCF EXCW XC XCF XCW XCFW MX SMC SMR MXC SIXDAYS

$14^{99}$
FREE Shipping
Only 19 left in stock - order soon.



TESWNE Motorcycle Adjustable Windscreen Wind Deflector Windshield for Kawasaki Honda KTM Universal

$25^{00}$
FREE Shipping

  

TESWNE Online Motorcycle Rear Step Plate & Shifter Shift Lever Tip for KTM 125-530cc 690/950/990 Blue

$18^{99}$
FREE Shipping
Only 20 left in stock - order soon.



TESWNE Rear Brake Reservoir Extender Cooling Extension & Cover Cap for KTM 125-560cc EXC SX XC - Orange

$18^{49}$
FREE Shipping



TESWNE Motor-61CM Motorcycle Exhaust Mufflers Anti Hot Aluminum Heat Shield Cover Pipe Leg Protector For Dirt Pit Bikefor Honda for...

$20^{00}$
FREE Shipping



TESWNE Motorcycle Rear Brake Reservoir Cap Cover for KTM SX125/SX250/SXF250/SXF450/EXC125 - Orange

$11^{99}$
FREE Shipping



TESWNE Orange Rear Brake Step Plate & Shifter Shift Lever Set for KTM 125-530CC New

$18^{99}$
FREE Shipping
Only 7 left in stock - order soon.

 

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

<div style="text-align:right">

**Continue**

</div>

---

## Shipment 1 of 1

**Shipping from TESWNE**    (Learn more)

Shipping to: ██████████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **TESWNE Motorcycle Adjustable Windscreen Wind Deflector Windshield for Kawasaki Honda KTM Universal**
  $25.00 - Quantity: 1
  Sold by: TESWNE

Change quantities or delete

**Choose a delivery option:**

◉ **Friday, Nov. 13 - Monday, Dec. 7**
   FREE Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:
Add delivery instructions

**Payment method** Change

Debit ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $25.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $25.00 |
| Estimated tax to be collected:* | $1.56 |
| **Order total:** | **$26.56** |

How are shipping costs calculated?



**, we'd like to give you a chance to try Amazon**

Join Prime and start saving ▶
Receiving government assistance? Get 50% off Prime ▶

**Estimated delivery:  Nov. 13, 2020 - Dec. 7, 2020**

TESWNE Motorcycle Adjustable
Windscreen Wind Deflector Windshield for
Kawasaki Honda KTM Universal
**$25.00**
**Quantity:** 1 Change
Sold by: TESWNE
Gift options not available.

**Choose a delivery option:**

● **Friday, Nov. 13 - Monday, Dec. 7**
FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/22/2020

Case 1:20-cv-06677 Document 15 Filed 11/10/20 Page 373 of 498 PageID #:2543

All ▾ | KTM | 🔍 | 🇺🇸

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping

Shop today's epic deals now

‹ Back to results



Roll over image to zoom in

# TESWNE Motorcycle Accessories CNC Orange Aluminum Engine Magnetic Oil Drain Plug For KTM DUKE 125/200/390

Brand: TESWNE

Price: **$14.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 ~~$14.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- The highly rigid and light weight design.
- Made of 6061-T6 aluminum CNC machined.Light weight CNC alloy.
- Color anodized finish.
- Adds the finishing touch to your bike.
- Takes less time to remove or tighten.

› See more product details

Compare with similar items



**$14.99**
& **FREE Shipping**

Arrives: Nov 12 - Dec 4

**In Stock.**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... TESWNE
Sold by ... TESWNE

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

---

## Customers also viewed these products

Page 1 of 8

     

Magnetic Oil Drain Plug Magnetic Sump Drain Nut Oil Drain Bolt (14x1.5, Blue)
★★★★☆ 359
$8.99

Votex - DP001 Stainless Steel Oil Drain Plug with Neodymium Magnet (M14 x 1.5 MM)...
★★★★★ 323
$24.99

CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
★★★★★ 88
$25.98

NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
★★★★★ 75
$27.50

For DUKE 125 200 390 Motorcycle Orange CNC Aluminum Handlebar Risers Top Cover Clamp
★★★★☆ 12
$14.99

---

## Sponsored products related to this item

Page 1 of 14



Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 ✓prime

KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor
★★★★★ 43
$15.99 ✓prime

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99

KTM Clutch Lever (Orange) Brembo OEM: 7800293120004
★★★★☆ 5
$29.99

KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB
★★★★★ 1
$124.99

NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
★★★★☆ 1
$83.99

Ad feedback 💬

---

## Compare with similar items

  

**This item** TESWNE Motorcycle Accessories CNC Orange Aluminum Engine Magnetic Oil Drain Plug For KTM DUKE 125/200/390

LIWIN Motorbike Accessories Orange Motorcycle Engine Magnetic Oil Drain Plug CNC Aluminum for KTM DUKE 390 2013-2018, DUKE 125/200, Duke 250 2017 2018

QIDIAN For KTM DUKE 125/200/390 For RC 125/200/390 Motorbike Accessories CNC Aluminum Engine Magnetic Oil Drain Plug

Motorcycle Accessories CNC Orange Aluminum Engine Magnetic Oil Drain Plug For KTM DUKE 125/200/390

All ▾ | KTM    🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 ▾ Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping    **Shop deals before they're gone**

‹ Back to results



## TSEWNE for KTM 390 Duke 2013-2016 for KTM RC125/RC200/RC390 2014-2016 Motorcycle Accessories CNC Aluminium Orange Brake Clutch Gear Pedal Lever

Brand: TSEWNE

Price: **$27.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 ~~$27.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- Condition:100% brand new and high quality
- Material: Metal
- Premium quality, anodized surface finish
- Package Include: 1 Pair Brake Gear Pedal Lever
- Fitment: For KTM 125 Duke 2011-2015,  For KTM 200 Duke 2012-2016 ,  For KTM 390 Duke 2013-2016,   For KTM RC125/RC200/RC390 2014-2016

› See more product details

Roll over image to zoom in



**$27.99**
& **FREE Shipping**

Arrives: Nov 12 - Dec 4

**Only 10 left in stock - order soon.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...    TESWNE
Sold by ...    TESWNE

Return policy: Returnable until Jan 31, 2021 ▾

📍 Deliver to Bensenville 60106

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]

Share 📧 f 🐦 📌

---

**Inspired by your recent shopping trends**    Page 1 of 9

‹

  

AQIMY Adjustable Windscreen Extension Cold Wind Shield for Honda Suzuki...
★★★☆☆ 2
$23.69
Only 6 left in stock - order...

Newsmarts Universal Motorcycle Adjustable Clip On Windshield Extension Spoiler Airflow Windscreen Wind...
$21.99

E-Bro Universal Motorcycle Extension Windshield Airflow Adjustable Windscreen Wind Deflector for...
$26.99
Only 1 left in stock - order...

Goldfire Universal Motorcycle Windshield Airflow Adjustable Windscreen Wind...
★★★★☆ 105
$22.99

Universal Adjustable Screen Extension Windscreen Windshield Spoiler Air Deflector...
★★★★★ 3
$32.90
Only 5 left in stock - order...

›

---

**Sponsored products related to this item**

      

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99

KTM Clutch Lever (Orange) Brembo OEM: 7800293120004
★★★★☆ 5
$29.99

KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404
★★★★★ 3
$101.99

KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99 ✓prime

NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
★★★★☆ 1
$83.99

2004 fits KTM 300 Race-Driven Rear R Brake Rotor Disc fo Motorcross
$43.95

Ad feedback ☑

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| Manufacturer | TSEWNE |
| --- | --- |
| Brand | TSEWNE |
| Item Weight | 8.4 ounces |
| Package Dimensions | 6.5 x 4.5 x 1.9 inches |

### Additional Information

| ASIN | B07QM5FWLC |
| --- | --- |
| Best Sellers Rank | #3,853,641 in Automotive (See Top 100 in Automotive) #48,306 in Powersports Controls |
| Date First Available | April 12, 2019 |





Roll over image to zoom in

## Sporacingrts Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM (Black)

Brand: Sporacingrts

★★★★☆ ∨    34 ratings

Was: ~~$15.80~~
Price: **$14.99** **FREE Shipping** on your first order. Details & **FREE Returns**
You Save: $0.81 (5%)

Get $50 off instantly: Pay $0.00 ~~$14.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ∨

- ★[ Practical Storage ]-- Has ample room to store tools, water cup, glasses, key or any essentials for daily life, good choice for short trips
- ★[ Flexible Installation ]-- Easy & quick installation and removal, can be fasten on handlebar, sissy bar, front forks or side frame via the adjustable straps
- ★[ PU Leather Material ]-- PU leather surface design features waterproof and weatherproof, Strongly stitched, reinforced leather sheet helps the bag keep in shape
- ★[ Durable Buckles ]-- 2 ABS quick release buckles ensure firm locking, convenient to close and take out from the fork bag
- ★[ Universal Fit ]-- Universally suits most motorcycle models, but need to verify the size of bags fit your motorcycle before purchasing

› See more product details

Compare with similar items

New (2) from $14.99 & FREE Shipping on orders over $25.00

### Consider this Amazon's Choice product that delivers quickly

**Amazon's Choice**

Motorcycle Bags, Saddlebags with Leather Shell, Black Handlebar Bag
$19.99 ✓prime
★★★★☆ (256)



$14.99
**FREE Shipping** on your first order. Details & **FREE Returns** ∨

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Tomorrow**
Order within 14 hrs and 7 mins
Details

**In Stock.**

Qty: 1 ∨

  Add to Cart

  Buy Now

🔒 Secure transaction

Ships from ...  Amazon
Sold by ...  TFRJNFG

☐ Add gift options

📍 Deliver to Bolingbrook 60440

Add to List

New (2) from
$14.99 & FREE Shipping on
orders over $25.00   ›

Share  ✉ f 🐦 P

Have one to sell?
Sell on Amazon

23

Sponsored

### Frequently bought together



Total price: **$34.97**

Add both to Cart

Add both to List

☑ **This item:** Sporacingrts Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda Sportster... $14.99
☑ Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars, Adjustable, Fits iPhone 11... $19.98

### Inspired by your recent shopping trends

Page 1 of 15



Motorcycle Fork Bag Waterproof Motorbike Tool Bag Handlebar Bag PU Leather Saddlebag...
★★★★☆ 38
$22.00



Dowco Willie & Max 59590-00 Black Jack Series: Synthetic Leather Motorcycle Tool...
★★★★☆ 144
$49.99
Only 6 left in stock (more...



Goldfire Waterproof Motorbike Handlebar Bag PU Leather Saddlebag Front Rear...
★★★★☆ 108
$18.59



Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag, Saddle Roll Bags,...
★★★★☆ 26
$17.99



BTL Motorcycle Windscreen Wind Deflector Replacement for Most Motorcycle...
★★★★☆ 1
$28.00
Only 4 left in stock - order...



Qiilu Motorcycle Windshield Extension Spoiler Air Deflector Clear Acrylic for...
★★★★☆ 6
$27.49
Only 6 left in stock - order...

### Exclusive items from our brands

Page 1 of 14



10/19/2020　Amazon.com: Sporacingrts Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM (Black)

Case 1:20-cv-06677-Document 15 Filed 11/10/20 Page 376 of 498 PageID #:25546








**7 inch LED Headlight Fog Passing Lights DOT Kit Set Ring Motorcycle Headlamp Ring for…**
⭐⭐⭐⭐ 69
$108.00

**CLEO Plastic Fender Fairing Body Work Kit Set, Plastic Body Fender Kit 7 piece for CRF50…**
⭐⭐⭐⭐ 72
$29.99

**AmazonBasics Deluxe Motorcycle Cover, Sport**
⭐⭐⭐⭐ 161
$82.92
Only 13 left in stock - orde…

**AmazonBasics Motorcycle Saddle Bags**
⭐⭐⭐⭐ 56
$78.24
Only 19 left in stock - orde…

**Motorcycle, Bicycle, Scooter Phone Mount - Reliable Handlebar Phone Holder for Any…**
⭐⭐⭐⭐ 468
$15.95

**Marsauto H4/9003/HB2 LED Headlight Bulbs,16000LM 6000K Xenon White,M2…**
⭐⭐⭐⭐ 468
$59.99

## Compare with similar items








| This item Sporacingrts Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM (Black) | Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar Bag Sissy Bar Storage Tool Bag for Honda Kawasaki Suzuki Yamaha Sportster (Black-1) | Motorcycle Fork Bag, PU Leather Handlebar Tool Pouch Sissy Bar Roll Storage Bag with 2 Straps | Cynemo Motorcycle Handlebar Bag, Waterproof Synthetic PU Leather Motorcycle Fork Bags Tool Pouch for Men Women Adult |
|---|---|---|---|
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** ⭐⭐⭐⭐ (34) | ⭐⭐⭐⭐ (604) | ⭐⭐⭐⭐ (465) | ⭐⭐⭐⭐ (26) |
| **Price** $14.99 | $18.68 | $22.99 | $16.19 |
| **Sold By** TFRJNFG | NBOMOTO | ISSYAUTO | Cynemo |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $0.00 instead of $14.99! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Sporacingrts |
| Brand | Sporacingrts |
| Item Weight | 13.5 ounces |
| Package Dimensions | 12.28 x 5.59 x 4.76 inches |
| Manufacturer Part Number | YMX3-1-MB-OT012-BK |

### Additional Information

| | |
|---|---|
| ASIN | B07R13DLK4 |
| Customer Reviews | ⭐⭐⭐⭐ ⌄　34 ratings 4.4 out of 5 stars |
| Best Sellers Rank | #145,252 in Automotive (See Top 100 in Automotive) #237 in Powersports Saddle Bags |
| Date First Available | April 24, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Videos for related products

Page 1 of 2


4:41
**The 10 Best Motorcycle Panniers**
Ezvid Wiki


6:39
**AGM Rolly Motorcycle Travel Bag**
Merchant Video


3:45
**Dowco Willie & Max Wsingarm Bags**
Merchant Video


0:59
**Motorcycle Saddle Bag with Duffel Bag**
ROCKBROS EXPLORER


**AGM 30RB Rolly 3" Black Motorcycle T...**
Merchant Video

[Upload your video]

## Product description

★Features:
[Flexible Installation]
Easy & quick installation and removal, fasten it on different bars on your motorcycle via adjustable straps(no drilling required)

[Practical Storage]
Offers roomy space, has ample room to pack tools, water bottle or glasses or any essentials for short trips

[Durable Buckles]
Exquisite in workmanship, 2 ABS insert buckles ensure firm locking, and make it easier to store and pick.

[PU leather Material]
PU leather surface design features waterproof and weatherproof, Strongly stitched, reinforced leather sheet helps the bag keep in shape ride with no worry.

★Color: Black
★Material: PU leather with plastic quick-release buckle
★Bag size: approx 30.5cm(12")*9cm(3.5")*12cm(4.7")
leather strap: 28.5 cm(11.2") length with metal buckle

★Placement: Sissy bar, Front forks, Handlebar,Tail Rack.

★Fitment: Universally suits all motorcycle models
Please verify the size of bags fit your motorcycle before purchasing

★Package Included:
1x Motorcycle Pannier Side Saddle Bag
2x Adjustable Mounting Straps

## Customers who viewed this item also viewed

Page 1 of 8




Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag Saddlebags Handlebar...
★★★★☆ 604
$18.68


Motorcycle Fork Bag, Handlebar Tool Bag with Internal Zipper Pocket for Motorcycle Front...
★★★★☆ 78
$21.99


Motorcycle Fork Bag, PU Leather Handlebar Tool Pouch Sissy Bar Roll Storage Bag with 2...
★★★★☆ 465
$22.99


Cynemo Motorcycle Handlebar Bag, Waterproof Synthetic PU Leather Motorcycle...
★★★★☆ 26
$16.19


Motorcycle Bags, Saddlebags with Leather Shell, Black Handlebar Bag
★★★★☆ 256
$19.99


Everrich Motorcycle Handlebar Bag, Motorcycle Fork Bag, Sissy Bar Storage Tool...
★★★★☆ 48
$18.99

## Related items to consider

Page 1 of 59

Sponsored ⓘ


Sporacingrts Motorcycle Saddlebags Universal Tool Bag for Scooter Honda Suzuki Yama...
★★★★☆ 2
$20.99 ✓prime


Sporacingrts Motorcycle Canvas Saddle Bag Black
★★★★★ 1
$20.99 ✓prime


Motorcycle 500D PVC Waterproof Reflective Tail Duffle Bag Saddle Dry Luggage Outdoo...
★★★★☆ 247
$39.99


The Nekid Cow | Motorcycle Storage Bag Premium Synthetic Black Plain PVC Leather 2 ...
★★★★☆ 655
$24.49 ✓prime


2pcs Motorcycle Saddle Bags Black, Oxford Motorcycle Saddlebags Small Organizer fo...
★★★★☆ 3
$18.68 ✓prime


Motorcycle Bike Sports Waterproof Back Seat Carry Bag Luggage Tail Bag Saddlebag Bi...
★★★★☆ 37
$25.99

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

⭐⭐⭐⭐½ 4.4 out of 5

34 global ratings

| | | |
|---|---|---|
| 5 star | | 66% |
| 4 star | | 20% |
| 3 star | | 9% |
| 2 star | | 0% |
| 1 star | | 4% |

How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Easy to install | ⭐⭐⭐⭐½ | 4.5 |
| Value for money | ⭐⭐⭐⭐½ | 4.5 |
| Water resistance | ⭐⭐⭐⭐½ | 4.4 |

See more

### Review this product

Share your thoughts with other customers

Write a customer review



Dowco Willie & Max 58282-20 Black Magic Se...
144
$44.12    Shop now

Sponsored ⓘ

### Customer images

  

See all customer images

Top reviews ▾

### Top reviews from the United States

Translate all reviews to English

 daw

⭐⭐⭐⭐⭐ **Great bag**

Reviewed in the United States on June 21, 2020

Verified Purchase

This is a nice bag. It looks good on my 07 Sportster

One person found this helpful

Helpful | Comment | Report abuse

C.Tucker

⭐⭐⭐⭐⭐ **Perfect fit**

Reviewed in the United States on May 25, 2020

Verified Purchase

Bag looks great ... I'm happy with everything about it



One person found this helpful

Helpful | Comment | Report abuse

 Paul McDowell

⭐⭐⭐⭐⭐ **Leather straps will fit any bike**

Reviewed in the United States on March 22, 2020

Verified Purchase

I like the quality and fit it's a classic design that works well

One person found this helpful

Helpful | Comment | Report abuse

 Shane G.

⭐⭐⭐⭐⭐ **Buy it.**

Reviewed in the United States on December 6, 2019

Verified Purchase

Not bad at all. Impressed by quality and price.

One person found this helpful

Helpful | Comment | Report abuse

Case 1:20-cv-06677 Document 1-5 Filed 11/10/20 Page 379 of 498 PageID #:2549



Mario

★★★★★ **Great**

Reviewed in the United States on January 6, 2020

**Verified Purchase**

Cool look

One person found this helpful

| Helpful | | Comment | Report abuse |

Ammar

★☆☆☆☆ **Looks chrap**

Reviewed in the United States on January 23, 2020

**Verified Purchase**

Looks in reality very cheap, and feels not durable

One person found this helpful

| Helpful | | Comment | Report abuse |

Zebadiah

★★★★★ **Nice**

Reviewed in the United States on May 15, 2020

**Verified Purchase**

Very nice

One person found this helpful

| Helpful | | Comment | Report abuse |

Lazaro

★★★★★ **Muy practico¡!!**

Reviewed in the United States on December 29, 2019

**Verified Purchase**

El fondo es un poco de debil.

One person found this helpful

| Helpful | | Comment | Report abuse |

Translate review to English

See all reviews ›

Sponsored

## Top subscription apps for you

Page 1 of 8









**Disney+**
Disney
★★★★☆ 380,776
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
★★★★☆ 96,524
$0.00

**STARZ**
Starz Entertainment
★★★★☆ 78,305
$0.00

**Sling TV**
Sling TV LLC
★★★★☆ 46,590
$0.00

**SHOWTIME**
Showtime Digital Inc.
★★★★☆ 22,512
$0.00

**Philo: Live & On-Demand TV**
PHILO
★★★★☆ 64,011
$0.00

## Deals in magazine subscriptions

Page 1 of 8









**This Old House**
★★★★★ 1
Print Magazine
$8.00

**Reader's Digest**
★★★★☆ 56
Print Magazine
$5.00

**Real Simple**
★★★★☆ 28
Print Magazine
$5.00

**Better Homes and Gardens**
★★★★☆ 35
Print Magazine
$3.00

**Architectural Digest**
★★★★★ 5
Print Magazine
$5.00

**Midwest Living**
★★★★★ 7
Print Magazine
$3.00

**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2    See personalized recommendations



☰ **amazon**  |  TFRJNFG ▾  ktm  🔍  | 🇺🇸 ▾  Hello, Sign in Account & Lists ▾  Account ▾  | Returns & Orders  | Try Prime ▾  | 🛒 0 Cart

Deliver to Bolingbrook 60440  | Holiday Deals  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Gift Cards  Free Shipping  Registry  Sell  Coupons

5 results for **TFRJNFG** : "**ktm**"  |  Sort by: Featured ▾

185

Shop now

Sponsored ⓘ



**Sporacingrts Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM (Black)**
★★★★☆ ▾ 34
$14⁹⁹ $15.80
Get it as soon as **Tomorrow, Oct 20**
FREE Shipping on your first order shipped by Amazon



**Sporacingrts 2 PCs Motorcycle Engine Bumper Guard,Modified Protection Decorative Block Rubber Cover Accessories Universal for 22mm 25mm...**
★★★★☆ ▾ 18
$14⁸⁹
Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by Amazon



**Sporacingrts Motorcycle Windshield Extension Adjustable Clip On Spoiler Windscreen Air Deflector Universal**
$28⁵⁹
✓prime Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon
Only 1 left in stock - order soon.



**Sporacingrts Universal Motorcycle Windshield Extension Adjustable Clip-on for Honda Suzuki Kawasaki Yamaha BMW Harley Buell Triumph Ducat...**
$20⁹⁹
FREE Shipping
Usually ships within 6 to 10 days.

**Sporacingrts Motorcycle Adjustable Extension Windshield White Clear Lens for Honda Suzuki Triumph BMW R1200GS**
white
$22⁵⁹
FREE Shipping
Usually ships within 6 to 10 days.

 

## Need help?

Visit the help section or contact us

Sponsored ⓘ

## Best sellers in Kindle eBooks

Page 1 of 7

‹       ›



# TFRJNFG

TFRJNFG storefront

★★★★★ 94% positive in the last 12 months (158 ratings)

TFRJNFG is committed to providing each customer with the highest standard of customer service.

**Have a question for TFRJNFG?**

Ask a question

---

## Detailed Seller Information

**Business Name:** PuTianShi LiChengQu XinXingWang XieFu ShangHang
**Business Address:**
284Hao,TangCuo,Nanwu Tangcun,Xindu Zhen,LiCheng Qu
PuTian
FuJian
351100
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
| --- | --- | --- | --- | --- | --- | --- |

★★★★★ "Work perfectly"
By carl on June 4, 2020.

★★★★★ "it was nice, but doesnt fit my car"
By G on June 1, 2020.

★★★★★ "Worked"
By Amazon Customer on May 26, 2020.

★★★★★ "Ok"
By Osmin Reyes on May 20, 2020.

★☆☆☆☆ "Product was scratched like it had already been used"
By Curtis on May 19, 2020.

Previous  Next

|  | 30 days | 90 days | 12 months | Lifetime |
| --- | --- | --- | --- | --- |
| Positive | 93% | 90% | 94% | 93% |
| Neutral | 0% | 2% | 3% | 3% |
| Negative | 7% | 7% | 4% | 4% |
| Count | 15 | 41 | 158 | 310 |

Leave seller feedback   Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 7

 

Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars, Adjustable,...
★★★★☆ 23,309
$19.98



Doubletake Mirror - Indestructible Motorcycle Mirrors - Adventure Set
★★★★★ 213
$130.00



XYZCTEM All Season Black Waterproof Sun Motorcycle Cover,Fits up to 108" Motors (XX Large &...
★★★★☆ 6,906
$19.99



MSR Liquid Fuel Bottle
★★★★☆ 1,707
Click for details



RAM Composite Double Socket Arm
★★★★★ 3,746
$9.49



WEFOO Bike or Motorcycle Chain Washer, Cleaning Brush 2 Pcs (Color, Blue and Red)
★★★★☆ 1,043
$6.99

---

## Top subscription apps for you

Page 1 of 8

 

Disney+
Disney
★★★★★ 380,776
$0.00



CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 96,488
$0.00



STARZ
Starz Entertainment
★★★★☆ 78,266
$0.00



Sling TV
Sling TV LLC
★★★★☆ 46,577
$0.00



SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,498
$0.00



Philo: Live & On-Demand TV
PHILO
★★★★☆ 63,983
$0.00

---

## Your Browsing History    View or edit your browsing history

      

See personalized recommendations

Sign in

New customer? Start here.



## Choose your shipping options

Continue

---

**Shipment 1 of 1**

**Shipping from Amazon.com** (Learn more)

Shipping to: ▋ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825 United States

- **Sporacingrts Motorcycle Fork Bag Handlebar Bag Tool Bag Saddlebags for Yamaha Honda Sportster Softail Dyna Kawasaki Suzuki Ducati KTM (Black)**
  $14.99 - Quantity: 1
  Sold by: TFRJNFG

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

Good news ▋, we're giving you a 30-day FREE trial of Prime

○ **Tomorrow, Oct. 20**
  FREE One-Day Delivery with a free trial of **amazon** prime

○ **Tuesday, Oct. 27**
  FREE Shipping on your first order

⦿ **Friday, Oct. 23**
  $5.99 - Shipping

○ **Wednesday, Oct. 21**
  $9.99 - Shipping

○ **Tomorrow, Oct. 20**
  $12.99 - Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order



**Shipping address** Change
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone:
Add delivery instructions

Or try Amazon Locker
20 locations near this address ⌄

**Payment method** Change
ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
Enter Code    Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                              $14.99
Shipping & handling:                 $5.99
Total before tax:                   $20.98
Estimated tax to be collected:       $0.94

**Order total:**                    **$21.92**

How are shipping costs calculated?

prime  , time is money. Why not save both?
Save $5.99 on this order and get FREE One-Day Delivery
Learn more ▶

**Try Prime FREE for 30 days ▶**
No commitments. Cancel anytime.

**Delivery: Oct. 23, 2020** If you order in the next 14 hours and 2 minutes (Details)

Sporacingrts Motorcycle Fork Bag
Handlebar Bag Tool Bag Saddlebags for
Yamaha Honda Sportster Softail Dyna
Kawasaki Suzuki Ducati KTM (Black)
$14.99 & FREE Returns ⌄
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: TFRJNFG
🎁 Add gift options

**Choose a delivery option:**
○ Tomorrow, Oct. 20
   FREE One-Day Delivery with your free trial of amazon prime
○ Tuesday, Oct. 27
   FREE Shipping on your first order
● Friday, Oct. 23
   $5.99 - Shipping
○ Wednesday, Oct. 21
   $9.99 - Shipping
○ Tomorrow, Oct. 20
   $12.99 - Shipping

"Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06677-Document 15 Filed 11/10/20 Page 384 of 498 PageID #: 2554





Roll over image to zoom in



## Sporacingrts 2 PCs Motorcycle Engine Bumper Guard,Modified Protection Decorative Block Rubber Cover Accessories Universal for 22mm 25mm 28mm

Brand: Sporacingrts

★★★★☆ ~ 18 ratings

Price: **$14.89** FREE Shipping on your first order. Details & FREE Returns

Get $50 off instantly: Pay $0.00 $14.89 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

- 【Anti-Scratch】—— Effectively prevent the anti-drop frame and the ground scratch, avoid metal and ground friction caused by the spark to prevent the ground gasoline fire
- 【Application】—— Fit for BMW F700GS R1200GS KTM 1190 1290 Triumph Tiger Explorer 1200 Honda Africa Twin CRF1000L Yamaha XT1200Z Super Tenere Suzuki V-Strom DL 1000 DL650
- 【Superior Quality】—— Made of high quality ABS plastic, lightweight and durable, Universal for 22mm 25mm 28mm
- 【Easy Installation】—— Simple bolt-on installation. Do not install the blocks in bend area of motorcycle bumper
- 【Package included】—— 2 Pcs Motorcycle Bumper Protection Blocks + Screws

› See more product details

New (2) from $14.89 & FREE Shipping on orders over $25.00

**$14.89**

FREE Shipping on your first order. Details & FREE Returns ⌄

Arrives: **Wednesday, Oct 28**

Fastest delivery: **Wednesday, Oct 21**
Order within 14 hrs and 4 mins
Details

**In Stock.**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

Secure transaction

Ships from   Amazon
Sold by   TFRJNFG

☐ Add gift options

Deliver to Bolingbrook 60440

[ Add to List ]

New (2) from
$14.89 & FREE Shipping on orders over $25.00 ›

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

## Frequently bought together

 + 

Total price: **$44.39**

[ Add both to Cart ]

[ Add both to List ]

ⓘ One of these items ships sooner than the other. Show details

☑ This item: Sporacingrts 2 PCs Motorcycle Engine Bumper Guard,Modified Protection Decorative Block Rubber Cover... $14.89
☑ Qiilu Frame Hole Cap Cover Plugs Cover Caps Plug Kit Decor for BMW R1200GS LC Adventure 2014-2018... $29.50

## You might also like

Sponsored ⓘ

    

| Badass Moto Motorcycle Kickstand Pad - Sturgis Orange - American Made in USA. Durab... | Motorcycle Chrome Engine Guard Highway Crash Bars Engine Frame Protector for Victor... | Xitomer 4 PCS M10x1.25 Mirror Hole Plugs, For Yamaha FZ-07 MT-07 / FZ-09 MT-09, HON... | Lorababer Motorcycle RNINET Accessories Black Radiator Grille Guard Protector Grill... | XYZCTEM Motorcycle Cover – All Season Waterproof Outdoor Protection – Precision... | XYZCTEM Motorcycle Cover-All Season Waterproof Outdoor Protection – Fit up to... | LKV R1200GS Head Protector Motorcycle Guard Grille Cover Bracket with La... |
| ★★★★☆ 306 | ★★★★☆ 12 | ★★★★☆ 259 | ★★★★★ 2 | ★★★★☆ 5,056 | ★★★★☆ 505 | ★★★★★ 3 |
| $9.99 ✓prime | $90.00 ✓prime | $13.49 ✓prime | $32.99 ✓prime | $25.99 ✓prime | $29.99 ✓prime | $67.77 ✓prime |

## Exclusive items from our brands

     

| AmazonBasics Motorbike Powersports Racing Gloves - XX-Large, Red | AmazonBasics Motorcycle Helmet Bag | Motorcycle, Bicycle, Scooter Phone Mount - Reliable Handlebar Phone Holder for Any... | AmazonBasics Motorcycle Saddle Bags | 7 inch LED Headlight Fog Passing Lights DOT Kit Set Ring Motorcycle Headlamp Ring for... | CLEO Plastic Fender Fairing Body Work Kit Set,  Plastic Body Fender Kit 7 piece for CRF50... |
| ★★★★☆ 1,239 | ★★★★☆ 91 | ★★★★☆ 468 | ★★★★★ 56 | ★★★★☆ 69 | ★★★★★ 72 |
| $11.99 | $35.51 | $15.95 | $78.24 Only 19 left in stock - orde... | $108.00 | $29.99 |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- Your cost could be $0.00 instead of $14.89! Get a $50 Amazon Gift Card instantly upon approval for the Amazon Rewards Visa Card Apply now



☰ **amazon** | All ▾ | ktm | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 0 Cart

Deliver to Bolingbrook 60440 | Holiday Deals | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Gift Cards | Free Shipping | Registry | Get ready for Halloween

‹ Back to results



 

Roll over image to zoom in

## Sporacingrts Universal Motorcycle Windshield Extension Adjustable Clip-on for Honda Suzuki Kawasaki Yamaha BMW Harley Buell Triumph Ducati Aprilia and More Motorcycle Windshields

Brand: Sporacingrts

Price: **$20.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 ~~$20.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- 【Reduce Noise/Jitter】Motorcycle windshield extension effectively keeps your helmet calm down
- 【Adjustable Windshield】The windshield spoiler fixed on the above of original motorcycle windscreen
- 【Folding Mechanism】Our windshield extension is very simply with clip-mount style and the soft rubber gasket does not pose disadvantage or risk of injury in the windshield
- 【Universal Motorcycle Windshield】Fits all motorcycle with windshield, such as honda suzuki kawasaki yamaha bmw ktm triumph aprilia etc
- 【NOTE】Mounting width required on your bike's original screen between hinge posts is 210mm / 8.26 inches (+/- 10 mm / 0.5 inch, dependent upon your screen's curvature)

› See more product details

Compare with similar items

### Consider this Amazon's Choice product that delivers quickly

**Amazon's Choice**



$20.99
& **FREE Shipping**

Arrives: Nov 17 - Dec 14

Usually ships within 6 to 10 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... TFRJNFG
Sold by ... TFRJNFG

Deliver to Bolingbrook 60440

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon



185

Sponsored ⓘ

Goldfire Universal Motorcycle Windshield Airflow Adjustable Windscreen Wind Deflector for Kawasaki BMW Benelli KTM Triumph (Color: Clear)
$22.99 ✓prime
⭐⭐⭐⭐☆ (102)

## Inspired by your recent shopping trends

Page 1 of 17

    

‹ ›

Motorcycle Fork Bag Waterproof Motorbike Tool Bag Handlebar Bag PU Leather Saddlebag...
⭐⭐⭐⭐☆ 38
$22.00

Goldfire Waterproof Motorbike Handlebar Bag PU Leather Saddlebag Front Rear...
⭐⭐⭐⭐☆ 108
$18.59

Dowco Willie & Max 59260-00 Black Jack Series: Synthetic Leather Motorcycle Tool...
⭐⭐⭐⭐☆ 145
$49.99
Only 6 left in stock (more...

Motorcycle Tool Bag, Universal PU Leather Motorcycle Fork Bag, Saddle Roll Bags,...
⭐⭐⭐⭐☆ 26
$17.99

USA Shipping Black Motorcycle Universal 7/8" 22mm 1 1/8" 28mm HandleBar...
⭐⭐⭐⭐☆ 2
$27.69
Only 3 left in stock - order...

## Customers who viewed this item also viewed

Page 1 of 2

     

‹ ›

Motorcycle Windshield Extension - Mimore Clip On Windshield Extension Fits Honda Suzuki...
⭐⭐⭐⭐☆ 6
$39.99
Only 17 left in stock - order...

Motorcycle Adjustable Windscreen Extension Universal Clip on Windshield Spoiler...
⭐⭐⭐☆☆ 15
$30.99
Only 5 left in stock - order...

Motoparty Motorcycle Adjustable Windshield Extension - Universal Clip-on windscreen for...
⭐⭐⭐☆☆ 107
$37.99

Goldfire Universal Motorcycle Windshield Airflow Adjustable Windscreen Wind...
⭐⭐⭐⭐☆ 102
$22.99

Motoparty Motorcycle Windshield Extension - Universal Adjustable Clip-on Windscreen...
⭐⭐⭐☆☆ 211
$35.99

XMMT Clear Adjustable windshield Extension Spoiler Air Deflector Clip On for Harley Honda...
⭐⭐⭐☆☆ 31
$30.98
Only 8 left in stock - order...

## You might also like

Page 1 of 22

Sponsored ⓘ



Win the holidays — Coleman — Shop the Get Outdoors Gift Guide ▶

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Mirrors & Accessories






Click image to open expanded view

## TOPMOUNT 1 Set Motorcycle Mirror Universal handlebar mirror For Yamaha for Kawasaki for Harley for KTM for Suzuki Parts 7/8" 22mm

Brand: TOPMOUNT

★★★★☆ ∨    5 ratings

Price: **$12.95** & FREE Returns

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

- 100% Brand New Aftermarket high quality bar end mirrors
- Good Working Condition and Easy to Install,Direct bolt on to most motorcycle that are using single mounting bolt mirror
- Its stylish design is perfect to decorate your motorcycle
- Fitment: Universal fits for all motorcycles 7/8" 22mm bar end mirrors
- Packing Include:1 Pair Motorcycle mirrors:2pcs 10mm screw and 3pcs 8mm screw

› See more product details

New & Used (3) from **$9.38** & FREE Shipping on orders over $25.00

💬 Report incorrect product information.



Buy new: **$12.95**

& FREE Returns ∨

**FREE delivery: Friday, Nov 6** on your first order.

Fastest delivery: **Tuesday, Nov 3** Order within 12 hrs and 15 mins Details

Only 19 left in stock - order soon.

Qty: 1 ∨

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by       TOPMOUNT
Packaging   Shows what's insi...

Details

☐ Add gift options

⊙ Deliver to ■ - Glenview 60026

Buy used:   **$9.38**

Add to List

New & Used (3) from $9.38 & FREE Shipping on orders over $25.00 ›

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Products related to this item

Sponsored 🛈    Page 1 of 41





XMT-MOTO Rear View Side Mirrors LED Turn Signal Univeral fit for all Street Bikes(i...
★★★★☆ 26
$25.77

Motorcycle Rearview Side Mirrors Black Compatible for Honda Grom Kawasaki Suzuki...
$15.90 ✓prime

Universal Motorcycle Mirrors 3" inch Round 7/8" Handle Folding Bar End Rear view Co...
$23.80 ✓prime

KiWAV Magazi orange motorc Mirrors CNC al universal
★★★★☆ 2
$88.70

## 4 stars and above

Sponsored 🛈    Page 1 of 10



**Newlight66 Bike Mirror, Adjustable Handlebar Rear View Mirrors for Mountain Road Bi...**
★★★★☆ 727
$22.99 ✓prime



**KiWAV Magazi Classic MX orange motorcycle Mirrors CNC aluminum universal**
★★★★☆ 219
$88.70



**ISIU Universal Motorcycle Rear View Mirrors for 7/8" Handlebar Mount...**
★★★★☆ 64
$16.79 ✓prime



**BETOOLL Upgraded Adjustable Pair UTV Side Mirror Set 1.75 or 2inch Roll Bar Cage, U...**
★★★★☆ 948
$18.99 ✓prime



**Universal CNC Motorcycle Foldable 7/8" Handle Bar End Mirrors Rearview Side...**
★★★★☆ 111
$17.99 ✓prime

---

## Customers who viewed this item also viewed

Page 1 of 3

‹



**MICTUNING Universal Hawk-eye Motorcycle Convex Rear View Mirror - with 10mm Bolt,...**
★★★★☆ 2,109
$17.91



**kemimoto Universal Motorcycle Mirrors, kemimoto M8 M10 Threaded Bolt Double...**
★★★★☆ 408
$19.99



**CICMOD Custom Universal Motorcycle Rearview Side Mirrors for Sports bike Choppers...**
★★★☆☆ 1,146
$12.99



**MZS Motorcycle Mirrors Rear View 8MM 10MM Universal Compatible with Honda Yamaha...**
★★★★☆ 216
$31.88



**MZS ATV Mirrors - Rear View Side 7/8 Handle Mount Compatible with Arctic Cat Can-am...**
★★★★☆ 171
$25.99

›

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $12.95**! Get a **$60 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

---

# Have a question?

Find answers in product info, Q&As, reviews

 Type your question or keyword

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | TOPMOUNT |
| Brand | TOPMOUNT |
| Item Weight | 1.52 pounds |
| Package Dimensions | 13.66 x 5.24 x 2.36 inches |
| Manufacturer Part Number | TP-19001 |

### Additional Information

| | |
|---|---|
| ASIN | B07P61LK2M |
| Customer Reviews | ★★★★☆   5 ratings<br>3.8 out of 5 stars |
| Best Sellers Rank | #965,891 in Automotive (See Top 100 in Automotive)<br>#2,125 in Powersports Mirrors & Accessories |
| Date First Available | March 1, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

### Related video shorts (0)   Upload your video



**Be the first video**

Your name here

### Product description

Aftermarket 100% New
Good Working Condition and Easy to Install,Direct bolt on to most motorcycle that are using single mounting bolt mirror
Its stylish design is perfect to decorate your motorcycle
Position: Left & Right

- 100% Brand New Aftermarket high quality bar end mirrors
- Material: Billet Aluminum( All CNC )
- Color:Black
- Quantity:one pair

PACKAGE INCLUDED: one pair (Left & Right) Motorcycle rear-view mirror

**Fitment: 8mm or 10MM Clockwise Threaded Mounting Bolt Fits Most Fits Most Honda, Kawasaki, Suzuki and Victory Cruisers. (Not Sport Bikes) Contact Hoosier Garage If You Are Unsure If The Mirrors will Fit Your Bike**

---

### Customers also viewed these products                                                    Page 1 of 8

    

| MZS ATV Mirrors - 360 Degree Adjustment Rear View Round Foldable Handlebar Mount… | MICTUNING Universal Hawk-eye Motorcycle Convex Rear View Mirror - with 10mm Bolt,… | MICTUNING Motorcycle Mirrors - Bar End Rear View Mirrors Compatible with Most Honda… | kemimoto Universal Motorcycle Mirrors, kemimoto M8 M10 Threaded Bolt Double… | MZS Bar End Mirrors Motorcycle Rear View Mirror 7/8 Standard Hollow Red Side… |
| ★★★★½ 106 | ★★★★☆ 2,109 | ★★★★☆ 327 | ★★★★½ 408 | ★★★½☆ 387 |
| $28.99 | $17.91 | $22.99 | $19.99 | $29.99 |

---

### Products related to this item                                                            Page 1 of 20

Sponsored ⓘ

    

| MKING Motorcycle Modified Rearview Mirror, with Adapter, ATV Universal Handlebar Re… | KiWAV Magazi mirrors Tulip Style orange & black for motorcycle bobber chopper naked… | XMT-MOTO Rear View Side Mirrors LED Turn Signal Univeral fit for all Street Bikes(i… | NEW Universal Chrome Motorcycle Rear View Mirrors ATV Scooter Back Side Mirror 8mm … | Universal Motorcycl Mirrors 3" inch Roun 7/8" Handle Folding End Rear view Co… |
| ★★★★★ 1 | ★★★½☆ 20 | ★★★★☆ 26 | ★★★★☆ 32 | $23.80 ✓prime |
| $14.99 ✓prime | $51.80 | $25.77 | $12.98 ✓prime | |

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

 3.8 out of 5

5 global ratings

| | | |
|---|---|---|
| 5 star | | 22% |
| 4 star | | 39% |
| 3 star | | 38% |
| 2 star | | 0% |
| 1 star | | 0% |

> How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

**No customer reviews**

There are 0 customer reviews and 5 customer ratings.

---

## Top subscription apps for you

Page 1 of 7





**Disney+**
Disney
419,372
$0.00



**CBS Full Episodes and Live TV**
CBS Interactive
103,853
$0.00



**STARZ**
Starz Entertainment
85,114
$0.00



**Sling TV**
Sling TV LLC
50,160
$0.00



**ABCmouse.com I Learning Academy**
Age of Learning
36,01
$0.00

## Inspired by your browsing history

Page 1 of 6





**K&N Engineering KT-1217 Ktm 125/250/390 Duke; 2017-2019 Replacement Air Filter**
58
$52.99



**Xitomer Duke 790 Mirror Hole Plugs, for KTM 125/390 / 790 DUKE 2013-2019, 1290...**
27
$14.99



**KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)**
138
$21.59



**Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013...**
18
$12.99



**Motorex Top Spee Oil - 15W50 - 4 Li 171-435-400**
112
$47.25

## Your Browsing History   View or edit your browsing history ›










**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help






amazon

English

United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |
| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



3 results for TOPMOUNT : "KTM"

Sort by: Featured



BETOOLL HW9008 Golf Cart Folding Side View Mirrors...
2,579
$11.99
Shop now

Sponsored ⓘ



TOPMOUNT 1 Set Motorcycle Mirror Universal handlebar mirror For Yamaha for Kawasaki for Harley for KTM for...
★★★★☆ ⌄ 5
$12.95
Get it as soon as **Tue, Nov 3**
FREE Shipping on your first order
shipped by Amazon
Only 6 left in stock - order soon.



TOPMOUNT 1 Pair Universal Motorcycle Mirrors ATV Rear View Side Mirrors for 7/8" Handlebar with 10mm/8mm...
★★★★☆ ⌄ 30
$12.99 ~~$13.95~~
Get it as soon as **Tue, Nov 3**
FREE Shipping on your first order
shipped by Amazon



TOPMOUNT 1 Pair Universal Motorcycle Convex Rear View Mirror - with 8mm and 10mm Bolt, 7/8" Handle Bar...
★★★★☆ ⌄ 16
$11.95
Get it as soon as **Tue, Nov 3**
FREE Shipping on your first order
shipped by Amazon



## Need help?

Visit the help section or contact us

ISIU Universal Motorcycle Rear View Mirrors for 7/8" Handlebar Mount Compatible with Motorcycle...
$16.79      64
Shop now

Sponsored ⓘ

## Inspired by your browsing history

Page 1 of 6



K&N Engineering KT-1217 Ktm 125/250/390 Duke; 2017-2019 Replacement Air Filter
★★★★☆ 58
$52.99



Xitomer Duke 790 Mirror Hole Plugs, for KTM 125/390 / 790 DUKE 2013-2019, 1290...
★★★★☆ 27
$14.99



KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
★★★★½ 138
$21.59



Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013...
★★★★☆ 18
$12.99



Motorex Top Spee Oil - 15W50 - 4 Li 171-435-400
★★★★★ 112
$47.25



# TOPMOUNT

TOPMOUNT storefront

★★★★½ | 94% positive in the last 12 months (47 ratings)

**Our main products are home TV hold and products. We are TOPMONUT On Amazon,**

**Our duty is to bring high quality products and good service**

Have a question for TOPMOUNT?

Ask a question

---

## Detailed Seller Information

**Business Name:** Ningbo bomei jingmibujian
**Business Address:**
tianlongshanlu 36 hao 4zhuang1hao1lou
Beilun
Zhejiang
315800
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |

★☆☆☆☆ "Did not receive any mounting brackets could you please send them"
By Jerrod Z. on April 23, 2020.

★★★★★ "Fast shipping"
By Ryan R. Lalone on April 13, 2020.

★★★★★ "Quick shipping great product"
By james scherden on March 27, 2020.

★★★★★ "Items came fast and packaged good. Great mirrors!!!!"
By EMB on March 18, 2020.

★☆☆☆☆ "The even though the box was new the mirrors were clearly used with greasy hand prints all over them, even greasy prints under the clear stick on glass protection film. One mirror was badly scratched up at the mounting flange. The cleaning cloth was so greasy and soiled that it had to be throw away and can not be used."
Read less
By Morgan on March 4, 2020.

Previous  Next

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 94% | 97% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 0% | 6% | 3% |
| Count | 1 | 6 | 47 | 99 |

Leave seller feedback  |  Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 6





SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

**Continue**

---

## Shipment 1 of 1

### Shipping from Amazon.com  (Learn more)

Shipping to: ▇ 1851 TOWER DR, GLENVIEW, IL, 60026-7783 United States

- **TOPMOUNT 1 Set Motorcycle Mirror Universal handlebar mirror For Yamaha for Kawasaki for Harley for KTM for Suzuki Parts 7/8" 22mm**
  $12.95 - Quantity: 1
  Sold by: TOPMOUNT

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

### Choose a delivery option:

**Good news ▇, we're giving you a 30-day FREE trial of Prime**

○ **Tuesday, Nov. 3**
FREE Two-Day Delivery with a free trial of amazon prime

○ **Friday, Nov. 6**
FREE Shipping on your first order

◉ **Thursday, Nov. 5**
$5.99 - Shipping

○ **Tuesday, Nov. 3**
$9.99 - Shipping

---

**Continue**

---

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    🛒 PLACE ORDER

## Review your order

**Shipping address** Change

■
1851 TOWER DR
GLENVIEW, IL 60026-7783
United States
Phone: ████████

Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ] [ Apply ]

Or try Amazon Locker
20 locations near this address ⌄



**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.95 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.94 |
| Estimated tax to be collected: | $0.81 |

**Order total:** **$19.75**

How are shipping costs calculated?

prime   ████, we're giving you 30 days of Prime benefits for FREE    **Try Prime FREE for 30 days ▶**

Learn more ▶    Click to instantly save $5.99 on delivery. Cancel anytime.

**Delivery: Nov. 5, 2020** If you order in the next 12 hours and 2 minutes (Details)



TOPMOUNT 1 Set Motorcycle Mirror Universal handlebar mirror For Yamaha for Kawasaki for Harley for KTM for Suzuki Parts 7/8" 22mm

**$12.95**
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: TOPMOUNT

[ 🎁 Add gift options ]

Item arrives in packaging that shows what's inside. To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

Choose a delivery option:

○ **Tuesday, Nov. 3**
FREE Two-Day Delivery with your free trial of amazon prime

○ **Friday, Nov. 6**
FREE Shipping on your first order

◉ **Thursday, Nov. 5**
$5.99 - Shipping

○ **Tuesday, Nov. 3**
$9.99 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



Automotive › Motorcycle & Powersports › Parts › Electrical & Batteries › Starters

Topteng Motorcycle Starter fits for KTM SXF XCF EXC 250 350 Freeride 2013-2017, Electrical Starter Motor Engine Starting 9-Spline

Visit the Topteng Store

Price: **$92.99** & **FREE Shipping**

Get $50 off instantly: Pay $42.99 $92.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ∨

- Please confirm the replacement part number, the exact model and year of your vehicle before ordering.
- This Starter is suitable for KTM SXF XCF EXC 250 350 Freeride 2013-2017. What you see in the picture is exactly what you get.
- High-quality magnets or field coils deliver more torque for fast starts,good working condition.
- Inside and out starter motors improve reliability over longer periods of time.
- Designed for individual vehicle power consumption, and are ready to be installed quickly and easily.

› See more product details

**$92.99**
& **FREE Shipping**

Arrives: Oct 27 - Nov 3

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ... Topteng
Sold by ... Topteng

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $13.99

Deliver to Bensenville 60106

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

### Sponsored products related to this item

Page 1 of 2







| Rareelectrical NEW STARTER MOTOR COMPATIBLE WITH 2007 2008 2009 2010 2011... **$133.68** | Rareelectrical NEW STARTER MOTOR COMPATIBLE WITH EAGLE ATV EAGLE... **$24.25** | Rareelectrical NEW STARTER COMPATIBLE WITH BMW MOTORCYCLE... **$142.74** | MYK Starter Motor for GY6 125cc 150cc Engines - 9 Tooth **$29.90** | Rareelectrical NEW STARTER COMPATIBLE WITH KTM MOTORCYC 990 SUPERMOTO R T... **$99.81** |

Ad feedback

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $42.99 instead of $92.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

### Product information

**Technical Details**

| Manufacturer | Topteng |
|---|---|
| Brand | Topteng |
| Manufacturer Part Number | M553-A199~TO |

**Additional Information**

| ASIN | B089T2TNNH |
|---|---|
| Date First Available | June 8, 2020 |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ∨

# Videos

**Videos for related products**



maXpeedingrods Complete Recoil
Starter Pull Start Assembly for…

maXpeedingrods-us



NICHE Your Aftermarket
Powersports Replacement Parts…

Mishon Corporation

[ Upload your video ]

---

## Product description

STARTER Motor Engine Starting 9-Spline Fit For KTM SXF XCF EXC 250 350 Freeride 2013-2017

Please confirm the part number before ordering.
PART NUMBER(S):
77240001100

SPECIFICATIONS:
Fitment Type: Direct Replacement
Surface Finish: Heavy Duty
Part: UNIT
Unit Type: Starter
Starter Type: PMDD
Number of Teeth: 9
Rotation: CW
Gear OD: 11.7mm / 0.46 in
Mtg Ear 1 Hole: 6.6mm Unthreaded
Mtg Ear 2 Hole: 7.3mm Unthreaded

FITMENT:
Fits for KTM SX-F 250 2013-2015
Fits for KTM XC-F 250 2013-2015
Fits for KTM XCF-W 250 2014-2016
Fits for KTM EXC-F 250 2014-2016
Fits for KTM EXC-F 250 Six Days  2014-2016
Fits for KTM 350 FREERIDE 350cc 2012-2017
Fits for KTM XC-F 350 2011-2015
Fits for KTM XCF-W 350 2012-2016
Fits for KTM EXC-F 350 2012-2016
Fits for KTM EXC-F 350 FACTORY 2016
Fits for KTM EXC-F 350 Six Days 2012-2016
Fits for KTM EXC-F 350 FACTORY EDITION 2015
Fits for KTM SX-F 350 2011-2015
Fits for KTM SX-F 350 CAIROLI REPLICA 2011-2012

Fits for Husqvarna FC250 2015
Fits for Husqvarna FC250 HQV 2014
Fits for Husqvarna FC350 2015
Fits for Husqvarna FC350 HQV 2014
Fits for Husqvarna FE250 2014-2016
Fits for Husqvarna FE250 HQV 2014
Fits for Husqvarna FE350 2014-2016
Fits for Husqvarna FE350 HQV 2014
Fits for Husqvarna FE350S 2015-2016

Fits for Husaberg FE350 2013

PACKAGE INCLUDED:
1x New Starter

---

## Sponsored products related to this item



Rareelectrical NEW
STARTER MOTOR
COMPATIBLE WITH
EAGLE ATV EAGLE…
$24.25



Rareelectrical NEW
STARTER MOTOR
COMPATIBLE WITH 2007
2008 2009 2010 2011…
$133.68



Rareelectrical NEW
STARTER COMPATIBLE
WITH KTM MOTORCYCLE
990 SUPERMOTO R T…
$99.81



MYK Starter Motor for
GY6 125cc 150cc
Engines - 9 Tooth
$29.90



Rareelectrical NEW
STARTER COMPATIBLE
WITH SUZUKI
MOTORCYCLE…
★☆☆☆☆ 1
$44.90



Rareelectrical NEW
STARTER COMPATIBLE
WITH BMW
MOTORCYCLE…
$142.74

Ad feedback

## Customer questions & answers

[ Have a question? Search for answers ]

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

**Review this product**

Share your thoughts with other customers

Write a customer review

## Deals in magazine subscriptions

Page 1 of 9

      

**Midwest Living**
★★★★½ 642
Print Magazine
$5.00

**Real Simple**
★★★★☆ 28
Print Magazine
$5.00

**National Geographic Kids**
★★★★★ 6,337
Print Magazine
$30.00

**Horse Illustrated**
★★★★½ 204
Print Magazine
$23.95

**Do it Yourself**
★★★★½ 13
Print Magazine
$3.00

## Best sellers in Kindle eBooks

Page 1 of 8

      

**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★½ 559
Kindle Edition
$14.99

**Mexican Gothic**
› Silvia Moreno-Garcia
★★★★½ 3,186
Kindle Edition
$12.99

**The Book of Lost Friends: A Novel**
› Lisa Wingate
★★★★½ 3,137
Kindle Edition
$13.99

**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
★★★★½ 16,730
Kindle Edition
$4.99

**The Key to Rebecca**
› Ken Follett
★★★★½ 1,652
Kindle Edition
$1.99

**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2

       

See personalized recommendations



Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime

10/22/2020

☰ **amazon**

Topteng ▾ | KTM Starter motor | 🔍

🇺🇸 | Hello, Sign in / Account & Lists ▾ / Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

14 results for **Topteng** : "KTM Starter motor"

Sort by: Featured ▾



Topteng New Electric Starter Motor For KTM 250 400 EXC MCX SX 450 520 525 EXC MXC SX SMR 450 XC 540S SXS
$69⁹⁹
FREE Shipping



Topteng Electric Starter Motor for KTM 125 Duke 2011-2017 for KTM 200 Duke 2011-2017#|90140001000
$63⁹⁹
FREE Shipping



Topteng Electric Starter Motor for KTM 200 XC-W 2013-2016 250 300 EXC XC XC-W Six Days
$53⁹⁹
FREE Shipping



Topteng Motorcycle Starter fits for KTM SXF XCF EXC 250 350 Freeride 2013-2017, Electrical Starter Motor Engine Starting 9-Spline
$92⁹⁹
FREE Shipping



Topteng Motorcycle Starter Motor, 9-Spline Starter Replacement fits for KTM EXC 450 2012-2016, EXC 450 SIX DAYS 2012-2016 78140001000
$93⁹⁹
FREE Shipping



Topteng Starter Motor Engine Starting 9-Spline Fit For KTM 400 620 625 640 660 Adventure DUKE SXC XC RALLYE
$87⁹⁹
FREE Shipping



Topteng Electric Motor Starter for Yamaha DT125R 91-96 DT125 RE TDR125 TDR125H KTM LC2 125 Sachs #|3MB-81800-02,4FL-81800-...
$44⁹⁹
FREE Shipping

https://www.amazon.com/s?k=KTM+Starter+motor&me=A1TS0L31WJVRF4&ref=nb_sb_noss

1/4



Topteng Electric Motor Starter for Honda CBR250R CBR250RR 11-13 CBR300R CB300F 15-18 AN125#|16700-KYJ-901,16700-KTM-305

$31⁹⁹

FREE Shipping



Topteng Voltage Regulator Rectifier for KTM Freeride 350 2012-2016 500 EXC 2012-2016

$37⁹⁹

FREE Shipping



Topteng Fuel Pump 90207088000 For KTM RC 390 2014-2016 DUKE 390 2013-2017

$32⁹⁹

FREE Shipping



Topteng Fuel Pump For KTM PE 250 350 690 390 450 570 125 DUKE 09-13 EX-F SX-F FREERIDE

$31⁹⁹

FREE Shipping



Topteng Voltage Regulator Rectifier for KTM 250 450 SX-F 350 XC-F SMR MUSQUIN REPLICA

$27⁹⁹

FREE Shipping



Topteng Voltage Regulator Rectifier for KTM 400 EXC-G RACING 250 EXC-F 300 EXC-E 450 EXC-R

$21⁹⁹

FREE Shipping



Topteng Motorcycle Engine Starter Clutch, Replacement Engine Starter Clutch One Way Bearing Assembly for Husaberg FE FS 400 450 550 650,...

$27⁹⁹

FREE Shipping

## Need help?

Visit the help section or contact us



# Topteng

Topteng storefront

★★★★☆ | 79% positive in the last 12 months (112 ratings)

Topteng is committed to providing each customer with the highest standard of customer service.

**Have a question for Topteng?**

Ask a question

---

## Detailed Seller Information

**Business Name:** Guang Zhou Tuo Teng Ke Ji You Xian Gong Si
**Business Address:**
Tang Xia Yon Dong Lu 400 Hao Zhi Er Shou Ceng Zi Bian 11 Hao
Tian He District
Guang Zhou
Guang Dong
510665
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

★★★★☆  " Had some issues with the shipping but seller was very quick to respond and readily replaced the item. "
By Kira Kagamin on June 9, 2020.

★☆☆☆☆  " I have not received it yet. I'm STILL WAITING for my Tricycle. PLEASE send it immediately. I've been waiting a long time. "
By Pamela Thorn on June 8, 2020.

★★★★★  " this did the trick "
By rick moore on June 4, 2020.

★★★★★  " Refunded my money, only because it never was delivered. Easy to work with. Thanks "
By Carol on June 1, 2020.

★★★★★  " Need this "
By Robert Phipps on May 29, 2020.

Previous  Next

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 92% | 79% | 79% |
| Neutral | 0% | 5% | 4% | 4% |
| Negative | 0% | 3% | 16% | 17% |
| Count | 19 | 38 | 112 | 114 |

Leave seller feedback  |  Tell us what you think about this page

---

### Top subscription apps for you

Page 1 of 9

 
Disney+
Disney
★★★★☆ 381,843
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 96,767
$0.00


STARZ
Starz Entertainment
★★★★☆ 78,532
$0.00


Sling TV
Sling TV LLC
★★★★☆ 46,724
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,585
$0.00



### Deals in magazine subscriptions

Page 1 of 9

 
Reader's Digest
★★★★☆ 56
Print Magazine
$5.00


National Geographic Kids
★★★★☆ 6,337
Print Magazine
$30.00


TIME
★★★★☆ 1,940
Print Magazine
$16.00


Country
★★★★☆ 419
Print Magazine
$5.00


Christopher Kimballs Milk Street
★★★★☆ 98
Print Magazine
$24.95



---

**Your Browsing History**  View or edit your browsing history ›

Page 1 of 2

**See personalized recommendations**

Sign in

New customer? Start here.

  

SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

[ Continue ]

---

### Shipment 1 of 1

**Shipping from Topteng** (Learn more)

Shipping to: ▉, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Topteng Motorcycle Starter fits for KTM SXF XCF EXC 250 350 Freeride 2013-2017, Electrical Starter Motor Engine Starting 9-Spline**
  $92.99 - Quantity: 1
  Sold by: Topteng

Change quantities or delete

**Choose a delivery option:**

⦿ **Tuesday, Oct. 27 - Tuesday, Nov. 3**
    FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



| | |
|---|---|
| **Place your order** | |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $92.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $92.99 |
| Estimated tax to be collected:* | $5.81 |
| **Order total:** | **$98.80** |

How are shipping costs calculated?

**Shipping address** Change

▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮▮▮▮▮

Add delivery instructions

**Payment method** Change
VISA ending in ▮▮▮▮

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code    [Apply]

prime ▮▮▮▮, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery:  Oct. 27, 2020 - Nov. 3, 2020**

**Topteng Motorcycle Starter fits for KTM SXF XCF EXC 250 350 Freeride 2013-2017, Electrical Starter Motor Engine Starting 9-Spline**
$92.99
**Quantity:** 1 Change
Sold by: Topteng

🎁 Gift options not available.

**Choose a delivery option:**
◉ Tuesday, Oct. 27 - Tuesday, Nov. 3
   FREE Shipping

*Why has sales tax been applied? **See tax and seller information**

Do you need help? Explore our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: **Important information regarding sales tax you may owe in your State**

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's **Returns Policy**

Go to the **Amazon.com homepage** without completing your order.

**Conditions of Use** | **Privacy Notice** © 1996-2020, Amazon.com, Inc.



≡ **amazon** | All ▾ | KTM Starter motor | 🔍 | 🇺🇸 ▾ | Hello, Sign in **Account & Lists** Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

‹ Back to results



    

Roll over image to zoom in

## Topteng Electric Starter Motor for KTM 200 XC-W 2013-2016 250 300 EXC XC XC-W Six Days

Visit the Topteng Store

Price: **$53.99** & **FREE Shipping**

Get $50 off instantly: Pay $3.99 ~~$53.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

- ✈ 【High Quality】High class quality and good working condition,Professional installation will be highly recommanded
- ✈ 【Reliability】Inside and out starter motors improve reliability over longer periods of time
- ✈ 【Profession Designed】Designed for individual vehicle power consumption, and are ready to be installed quickly and easily
- ✈ 【Long Service Life】New Armatures are precision-manufactured and tested for long service life
- ✈ 【Best Replacement】Replaces existing starter motor, Just replace and ride again

› See more product details

**$53.99**
& **FREE Shipping**

Arrives: **Oct 29 - Nov 5**

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Topteng
Sold by ... Topteng

📍 Deliver to Bensenville 60106

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?
Sell on Amazon

### Sponsored products related to this item

Page 1 of 22



‹ | › 

Topteng Electric Starter Motor for 04-2008 YAMAHA YZF-R1#J5VY-81890-00, 5VY-81890...
★★★★☆ 4
$169.99

CNCMOTOK 3 bolt Starter Motor With Line For 50cc 70 cc 90cc 100cc 110cc 125cc 4...
★★★★★ 3
$23.99 ✓prime

NICHE Starter Motor Assembly 55140001000 for 2007-2016 KTM Motorcycle 300 200...
★★★★★ 1
$49.95

New Total Power Parts SMU0525 Starter Compatible with/Replacement For...
$60.88

Electric Starter Motor 55140001100 for KTM 250 300 200EXC 250X 250XCW 300XC 2007-...
$75.99 ✓prime

Ad feedback 💬

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account
- **Your cost could be $3.99 instead of $53.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | Topteng |
|---|---|
| Brand | Topteng |
| Manufacturer Part Number | M553-A101-Silver~TO |

### Additional Information

| ASIN | B0816GJQZ3 |
|---|---|
| Date First Available | November 8, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ▾

### Related video shorts (0) Upload your video



**Be the first video**
Your name here

10/22/2020
Case: 1:20-cv-06673 Document #: 15 Filed: 11/11/20 Page 404 of 498 PageID #:2573
Amazon.com: Topteng Motorcycle Starter Motor, 9-Spline Starter Replacement fits for KTM EXC 450 2012-2016 78140001000

☰  amazon

All ▾ | KTM Starter motor

Hello, Sign in
Account & Lists ▾

Returns
& Orders

Try Prime ▾

🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping        Shop today's epic deals now

‹ Back to results



Roll over image to zoom in







## Topteng Motorcycle Starter Motor, 9-Spline Starter Replacement fits for KTM EXC 450 2012-2016, EXC 450 SIX DAYS 2012-2016 78140001000

Visit the Topteng Store

Price: **$93.99** & FREE Shipping

Get $50 off instantly: Pay $43.99 $93.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

- Please confirm the part number of your original Starter Motor before ordering.
- This Stator is suitable for KTM EXC 450 2012-2016, EXC 450 SIX DAYS 2012-2016 78140001000.
- High-quality magnets or field coils deliver more torque for fast starts,good working condition. Inside and out starter motors improve reliability over longer periods of time.
- Designed for individual vehicle power consumption, and are ready to be installed quickly and easily. Designed for individual vehicle power consumption, and are ready to be installed quickly and easily.
- Timely after sales service. If you have any questions about this product, please do not hesitate to contact us. We will do our best to provide you with better service.

› See more product details



Sponsored

**$93.99**
& FREE Shipping

Arrives: Oct 29 - Nov 5

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ...        Topteng
Sold by ...        Topteng

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ 📘 🐦 📌

Have one to sell?
[ Sell on Amazon ]



---

## Sponsored products related to this item

Page 1 of 17



Topteng Electric Starter Motor for 04-2008 YAMAHA YZF-R1#|5VY-81890-00, 5VY-81890...
★★★★☆ 4
$169.99



CNCMOTOK 3 bolt Starter Motor With Line For 50cc 70 cc 90cc 100cc 110cc 125cc 4...
★★★★★ 3
$23.99 ✓prime

New Starter Replacement For Polaris 3090188 3084981 57-2688 Replacement For...
★★★★☆ 321
$31.95 ✓prime

New 120V Electric Starter Replacement For Tecumseh Engine Snow Blowers HM HMSK LK...
★★★★☆ 116
$55.95

New Total Power Parts SVA0011 Starter Compatible with/Replacement for...
$63.54

New Starter Replacement For 1999-2009 Kawasaki FH500V FH531 FH541 FH580...
★★★★★ 21
$55.95

Electric Starter Moto 55140001100 for K 250 300 200EXC 25 250XCW 300XC 200...
$75.99 ✓prime

‹        ›

Ad feedback

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $43.99 instead of $93.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| Manufacturer | Topteng |
|---|---|
| Brand | Topteng |
| Manufacturer Part Number | M553-A200~TO |
| OEM Part Number | 78140001000, SMU0532 |

### Additional Information

| ASIN | B08CSK1YRB |
|---|---|
| Date First Available | July 11, 2020 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ▾



≡ **amazon**  | Automotive Parts & Accessories ▾ | 🔍 | 🇺🇸 | Hello, Sign in — Account & Lists ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 Cart

📍 Deliver to Bensenville 60106   Holiday Deals   Gift Cards   Best Sellers   Customer Service   New Releases   AmazonBasics   Whole Foods   Free Shipping   Registry   Giants vs Eagles live now

Automotive   Your Garage   Deals & Rebates   Best Sellers   Parts ▾   Accessories ▾   Tools & Equipment ▾   Car Care ▾   Motorcycle & Powersports ▾   Truck ▾   RV ▾   Tires & Wheels ▾   Vehicles

Automotive › Motorcycle & Powersports › Parts › Lights › Tail Light Assemblies



### Topzone Moto Smoked Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For KTM 2007-2013 690 DUKE

Brand: **TOPZONE MOTO**

★★★★☆   2 ratings

Price: **$75.95** & FREE Shipping

Get $50 off instantly: Pay $25.95 $75.95 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Specific tail light for the above-mentioned models, Improve the look and lighting of your motorcycle
- It integrates the flashing tail light function; Light has the following functions: Position light, brake light, left turn light ,
- 3-month quality Gurantee
- With built-in Amber Turn Signals;Included connectors and resistors if applicable
- Maximum Quantity LEDS installed

› See more product details

Compare with similar items

**$75.95**
& FREE Shipping

Arrives: Oct 29 - Nov 3

**Only 18 left in stock - order soon.**

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from   TOPZONE MOTO
Sold by   TOPZONE MOTO

Return policy: Returnable until Jan 31, 2021 ▾

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $13.99

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

Roll over image to zoom in

---

**Inspired by your recent shopping trends**    Page 1 of 12

‹  
               
  ›

KTM Racing Tee    NEW 2020 KTM PURE SWEATER (SMALL)    72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins For 8"-21" rims Wheel RIM Spoke...    Bicycle Dirt Bike 72Pcs Wheel Rim Spoke Skins Cover Wraps Set Universal for Yamaha...    72 Pcs Motorcycle Spoke Skins Covers Coats For 8"-21" rims Kawasaki KX KL-XF KLR KL Honda...

★★★★½ 62    ★★★★½    ★★★★½ 71    ★★★★½ 709    ★★★★½ 161

$26.99    $59.99 - $62.99    $9.99    **#1 Best Seller** in Powersports Spokes $9.99    $9.99

Only 2 left in stock - order...      Only 13 left in stock - orde...

---

**You might also like**    Page 1 of 4

Sponsored ℹ

‹  
               [img]
  ›

Davidson Smoked LED Tail Light Brake Turn Signal Lights for 2002-2010 FXST Models S...    HTTMT MT190-SK Smoke Led Tail Light Brake Light with Integrated Turn...    HTTMT- Custom Smoke Lens Led Tail Brake Light w/Integrated Turn Signals Indic...    XKMT-Led Tail Brake Light Turn Signals Compatible With Yamaha Yzf R1 Yzfr1...    XKMT-Clear Led Tail Brake Light Turn Signals Compatible With 2004 2005 Kawasaki Zx1...    XKMT-Led Tail Brake Light Turn Signals Compatible With 2004-2009 Yamaha Fz6...

★★★★½ 143    ★★★★☆ 38    ★★★☆☆ 15

$27.99 ✓prime    $27.99 ✓prime    $23.99 ✓prime    $30.82    $26.24    $27.24

---

## Compare with similar items

         

**This item** Topzone Moto Smoked Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal    Topzone Moto Clear Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp    Topzone Lightings Smoked Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal    Topzone Moto Smoke Lens Sequential Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal

|  | Lamp Indicators For KTM 2007-2013 690 DUKE | Indicators For KTM 2007-2013 690 DUKE | Lamp Indicators For KTM 07-13 690 DUKE | Lamp Indicators For Suzuki 2006-2013 M109/R |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (2) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) |
| Price | $75.95 | $75.95 | $74.95 | $84.95 |
| Sold By | TOPZONE MOTO | TOPZONE MOTO | Topzone Lightings | TOPZONE MOTO |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

### Technical Details

| Manufacturer | HD |
|---|---|
| Brand | TOPZONE MOTO |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | TZKTM-320-INT-S-HD |
| Folding | No |
| Bulb Type | LED |

### Additional Information

| ASIN | B073TSYHSP |
|---|---|
| Customer Reviews | ★★★★☆ ▾  2 ratings<br>4.0 out of 5 stars |
| Best Sellers Rank | #2,808,591 in Automotive (See Top 100 in Automotive)<br>#2,615 in Powersports Tail Light Assemblies<br>#37,069 in Powersports Electrical & Battery Products |
| Date First Available | July 3, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ▾

## Videos

Page 1 of 2

**Videos for related products**


MOVOTOR Harley tail light
XPUTO LIGHTING PARTS
1:25


PSLER Saddle bag light-Installation Method
GuangZhou Yinyuxi Trade Co., LTD
1:16


MOVOTOR Smoked Harley Davidson Tail light
XPUTO LIGHTING PARTS
1:09


SUPAREE Motorcycle LED Smoked Taillights Brake Turn Signal
SUPAREE
0:11


Harley tail light
AUDEXEN LIGHT

Upload your video

## Product description

Topzone Moto Smoked Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For KTM 2007-2013 690 DUKE

## You might also like

Page 1 of 4

Sponsored ⓘ


Davidson Smoked LED Tail Light Brake Turn Signal Lights for 2002-2010 FXST Models S...
★★★★½ 143
$27.99 ✓prime


Xprite Clear Lens Red LED Tail Brake Light Assembly w/Turn Signal & Back Up For 200...
★★★★½ 236
$89.99 ✓prime


HTTMT MT190-SK Smoke Led Tail Light Brake Light with Integrated Turn...
★★★★½ 38
$27.99 ✓prime


HTTMT- Custom Smoke Lens Led Tail Light Brake Light w/Integrated Turn Signals Indic...
★★★½☆ 15
$23.99 ✓prime


Xprite Smoke Lens Red LED Tail Brake Light Assembly w/Turn Signal & Back Up For 200...
★★★★½ 56
$95.99 ✓prime


Motorcycle LED Tail Light, Smoked Integrated Brake Light Turn Signal Light for...
$32.29

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

# Customer reviews

⭐⭐⭐⭐☆ 4 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 100% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

Top reviews ⌄

**Top review from the United States**

 Amazon Customer

⭐⭐⭐⭐☆ **Perfect fit, wish it were a bit brighter**

Reviewed in the United States on August 15, 2018

Verified Purchase

PERFECT fit which I was nervous about for the price. I put it on my 2010 KTM DUKE 690.

4 star since it's not as bright as I'd like. Also doesn't give the classic integrated taillight flash like the others when you hit the brake. It's just the stock one (on and off no extra flash) when you squeeze the brake lever. Looks clean but is not an upgrade in the safety/brightness like I was hoping for.

One person found this helpful

Helpful | Comment | Report abuse

See all reviews ›

**Pages with related products.** See and discover other items: LED Motorcycle Tail Lights

## Inspired by your browsing history

Page 1 of 6










FMF Racing 11299 Wash Plug
⭐⭐⭐⭐⭐ 1,419
$8.74

customSwagg KTM Racing 'Orange Print' Black Hoodie - Unisex Hoodie
⭐⭐⭐⭐⭐ 3
$31.90 - $35.99

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing...
⭐⭐⭐⭐⭐ 899
$7.99

Scott Red White Diamond and Donuts Handlebar Hand Grips Fits Honda Cr80 Cr85...
⭐⭐⭐⭐⭐ 191
$17.79

MOTOPOWER MP0620A 4.2Amp Motorcycle Dual USB Charger Kit SAE to USB Adapter with LED...
⭐⭐⭐⭐⭐ 430
$12.50

KTM Racing Tee
⭐⭐⭐⭐⭐ 62
$25.00 - $27.50

surpassr Grips Nc Bar End 7/8" 22...
⭐⭐⭐⭐⭐
$9.99

## Deals in magazine subscriptions

Page 1 of 6










Time
⭐⭐⭐☆☆ 12
Print Magazine
$10.00

National Geographic Kids
⭐⭐⭐⭐⭐ 6,454
Print Magazine
$15.00

Real Simple
⭐⭐⭐⭐⭐ 6,948
Print Magazine
$10.00

Flying
⭐⭐⭐⭐⭐ 252
Print Magazine
$5.00

Real Simple
⭐⭐⭐⭐☆ 31
Print Magazine
$11.00

Cottages & Bungalows
⭐⭐⭐⭐⭐ 138
Print Magazine
$18.95

InStyle
⭐⭐⭐⭐☆
Print Mag
$11.00

## Your Browsing History    View or edit your browsing history ›

Page 1 of 2

See personalized recommendations










Sign in

New customer? Start here.

10/23/2020



5 results for **TOPZONE MOTO** : **"KTM"**

Sort by: Featured ▾



Topzone Moto Smoked Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For KTM 2007-2013 690...

★★★★☆ ⌄ 2

$75⁹⁵

FREE Shipping

Only 18 left in stock - order soon.

---



Topzone Moto Clear Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For KTM 2007-2013 690 DUKE

$75⁹⁵

FREE Shipping

Only 20 left in stock - order soon.

---



Topzone Moto Smoke Lens Sequential Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For Suzuki 2006-2013...

$84⁹⁵

FREE Shipping

Only 16 left in stock - order soon.

---



Topzone Moto Clear Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For Suzuki 2006-2013 M109,...

$82⁹⁵

FREE Shipping

---



Topzone Moto Smoked Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For BMW K1200R K1200S

$74⁹⁵

FREE Shipping

---

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search   What's this? ⌄

Page 1 of 3

 

https://www.amazon.com/s?k=KTM&me=A1XPC1M3U7O025&ref=nb_sb_noss

1/3



# TOPZONE MOTO

TOPZONE MOTO storefront

★★★☆☆ | 57% positive lifetime (7 total ratings)

TOPZONE MOTO is committed to providing each customer with the highest standard of customer service.

---

Have a question for TOPZONE MOTO?

Ask a question

---

## Detailed Seller Information

**Business Name:** Ningbo Free Trade Zone Hengda International Trade Co., Ltd.
**Business Address:**
# 47 801 International Development Building
Bonded area
ningbo
zhejiang
315000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
| --- | --- | --- | --- | --- | --- |

★★★★★ "Made my a4 sexy af"
By Maurice gazaille on September 21, 2018.

★☆☆☆☆ "Received item ok, but when I connected it did not function correctly, asked them for advise on how to connect correctly and was told to take it to a shop. Decided to return item since it did not function as advertised and had to pay for return shipping myself. Don't bother, deal with a company who backs their products 100%!"
Read less
By Alanna H. on September 21, 2018.

★☆☆☆☆ "never got item ??????"
By Amazon Customer on July 2, 2018.

★★★★★ "Great Item!!"
By Les Davis on June 12, 2018.

★★★★★ "Perfect match for stock taillight replacement."
By Michael A. on March 22, 2018.

|  | 30 days | 90 days | 12 months | Lifetime |
| --- | --- | --- | --- | --- |
| Positive | - | - | - | 57% |
| Neutral | - | - | - | 0% |
| Negative | - | - | - | 43% |
| Count | 0 | 0 | 0 | 7 |

Previous Next

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 6

      

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| FMF Racing 11299 Wash Plug | customSwagg KTM Racing 'Orange Print' Black Hoodie - Unisex Hoodie | 2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing Grip For... | Scott Red White Diamond and Donuts Handlebar Hand Grips Fits Honda Cr80 Cr85 Cr125 Cr250... | MOTOPOWER MP0620A 4.2Amp Motorcycle Dual USB Charger Kit SAE to USB Adapter with LED... | KTM Racing Tee | surpas Grips End Th 22mm |
| ★★★★☆ 1,419 | ★★★★☆ 3 | ★★★★☆ 899 | ★★★★☆ 191 | ★★★★☆ 430 | ★★★★☆ 62 | ★★★ 1 |
| $8.74 | $31.90 - $35.99 | $7.99 | $17.79 | $12.50 | $25.00 - $27.50 | $9.99 |

## Deals in magazine subscriptions

     

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Country Woman | Taste of Home | Real Simple | Reader's Digest | Highlights for Children | The Family Handyman |
| ★★★★☆ 1,003 | ★★★★☆ 3,542 | ★★★★☆ 31 | ★★★★☆ 8,604 | ★★★★☆ 2,039 | ★★★★☆ 63 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $10.00 | $8.00 | $5.00 | $8.00 | $29.99 | $5.00 |

---

**Your Browsing History** View or edit your browsing history ➤

See personalized recommendations

Sign in

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options



---

### Shipment 1 of 1

**Shipping from TOPZONE MOTO**    (Learn more)

Shipping to: ███████ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445
United States

- **Topzone Moto Smoked Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For KTM 2007-2013 690 DUKE**
  $75.95 - Quantity: 1
  Sold by: TOPZONE MOTO

Change quantities or delete

**Choose a delivery option:**

◉ **Thursday, Oct. 29 - Tuesday, Nov. 3**
FREE Shipping

---



Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **AMAZON**.com

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

**Shipping address** Change
████████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ████████
Add delivery instructions

**Payment method** Change
Debit ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code] Apply

| Place your order |
|:---:|

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items: $75.95
Shipping & handling: $0.00

Total before tax: $75.95
Estimated tax to be collected:* $4.75

**Order total:** **$80.70**

How are shipping costs calculated?



████████, we'd like to give you a chance to try Amazon

Join Prime and start saving ▶
Receiving government assistance? Get 50% off Prime ▶

**Estimated delivery: Oct. 29, 2020 - Nov. 3, 2020**

Topzone Moto Smoked Lens Motorcycle
Led Taillights Brake Tail Light with
Integrated Turn Signal Lamp Indicators For
KTM 2007-2013 690 DUKE
$75.95
Quantity: 1 Change
Sold by: TOPZONE MOTO
Gift options not available.

Choose a delivery option:
◉ **Thursday, Oct. 29 - Tuesday, Nov. 3**
FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/23/2020
Case: 1:20-cv-06677 Document: 15 Filed: 11/10/20 Page 412 of 498 PageID #:2582
Amazon.com: Topzone Moto Clear Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For KTM 2007-2013 690 DUKE

≡ **amazon**   | All ∨ | KTM | 🔍 | 🇺🇸 | Hello, Sign in / Account & Lists ∨ / Account ∨ | Returns & Orders | Try Prime ∨ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Giants vs Eagles live now

‹ Back to results








Roll over image to zoom in

## Topzone Moto Clear Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For KTM 2007-2013 690 DUKE

Brand: TOPZONE MOTO

Price: **$75.95** & FREE Shipping

Get $50 off instantly: Pay $25.95 ~~$75.95~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- Specific tail light for the above-mentioned models, Improve the look and lighting of your motorcycle
- It integrates the flashing tail light function; Light has the following functions: Position light, brake light, left turn light ,
- 3-month quallity Gurantee
- With built-in Amber Turn Signals;Included connectors and resistors if applicable
- Maximum Quantity LEDS installed

> See more product details

Compare with similar items



**$75.95**
& FREE Shipping

Arrives: Oct 29 - Nov 3

**Only 20 left in stock - order soon.**

Qty: 1 ∨

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... TOPZONE MOTO
Sold by ... TOPZONE MOTO

Return policy: Returnable until Jan 31, 2021 ∨

📍 Deliver to Bensenville 60106

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]

Share ✉ 📘 🐦 📌

---

### Inspired by your recent shopping trends

Page 1 of 12

‹      ›

waase Motorcycle Rear Taillight Tail Brake Turn Signals Blinker Indicator Integrated Led Light For KTM Duke 125 200...
$36.50

Ready to Ship! Moto Onfire Aftermarket Motorcycle Integrated LED Taillight Brake...
⭐ 1
$69.00
Usually ships within 3 to 5...

GZYF Motorcycle Tail Fender Eliminator License Plate Holder Bracket W/Led Light...
⭐ 20
$20.99

ATOPLITE moto LED Headlight High/Low Beam with Angel Eyes DRL & Indicator Turn Signal Light Assembly...
⭐ 3.5
1 offer from $259.00

72 Pcs Motorcycle Motocross Dirt Bike Spoke Skins for 8"-21" rims Wheel RIM Spoke...
⭐ 71
$9.99
Only 13 left in stock - orde...

---

### You might also like
Sponsored ⓘ

      

Rear RipTide Brake Rotor Disc and Brake Pads fits 2001-2002 fits KTM 520 MXC
$55.95

Front and Rear RipTide Brake Rotors and Brake Pads fits 1998-2003 fits KTM 250 EXC
$110.95

2010-2013 fits KTM 450 EXC Front and Rear RipTide Brake Rotor Discs
$83.95

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
⭐ 3
$47.99

2013, 2015 fits KTM 85SX 85 SX Rear Severe Duty Brake Pads
$21.95

Swing Arm Bearing Kits by Factory Links, Fits: KTM (2003-2017): Husqvarna (2014-201...
⭐ 4
$75.90 ✓prime

14 Tooth Front Spr for fits KTM 250 XC 2007-2014 by Race Driven Motocross M...
$18.95

---

## Compare with similar items

| | **This item** Topzone Moto Clear Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For KTM 2007-2013 690 DUKE | Topzone Moto Smoked Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For KTM 2007-2013 690 DUKE | Topzone Moto Clear Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For BMW R1100S F650CS | Topzone Moto Clear Lens Motorcycle Led Taillights Brake Tail Light with Integrated Turn Signal Lamp Indicators For Suzuki 2006-2013 M109, 2006-2013 M109 R |
|---|---|---|---|---|
| | [ Add to Cart ] | [ Add to Cart ] | [ Add to Cart ] | [ Add to Cart ] |
| Customer Rating | ☆☆☆☆☆ (0) | ⭐⭐⭐⭐☆ (2) | ☆☆☆☆☆ (0) | ☆☆☆☆☆ (0) |
| Price | $75.95 | $75.95 | $74.95 | $82.95 |
| Sold By | TOPZONE MOTO | TOPZONE MOTO | TOPZONE MOTO | TOPZONE MOTO |



Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake

## FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017 2018/  Duke 200 RC200 2014-2018/KTM Duke 390 RC390 2013-2018, Orange

Visit the FTRT Store

★★★★☆ 29 ratings

Price: **$32.99** & FREE Returns

Returnable until Jan 31, 2021

Color: **Orange**

| 🔧 $32.99 | 🔧 $32.99 |

- **Comfortable:** FTRT motorcycle brake clutch evers are made with 6061-T6 aluminum by CNC, delicate appearance, strong metal texture, match your motorcycle
- **Exquisite:** FTRT brake clutch levers surface is anodized to form a protective film that ensures the brake levers set will not be oxidized.four colors for you to choose to match your motorcycle and make your moto unique.
- **Durable:** FTRT clutch levers is anodized and the bolt is 304 stainless steel, ensures the brake clutch levers will not rust and oxidize for long
- **Notice:** Please make sure your motorcycle year and model match the brake clutch levers shown in the title before buying.You also can ask us any questions on Amazon or email us, we will reply you ASAP.
- **Warranty:** FTRT brake clutch levers are one year warranty. If you have any problems during use, we will sincerely solve it for you.

› See more product details

Compare with similar items

$32.99
& FREE Returns

**FREE delivery:** Saturday, Oct 31
Details

Fastest delivery: Saturday, Oct 24
Order within 2 hrs and 27 mins
Details

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...    Amazon
Sold by ...    TORUN TECH

**prime**
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Add a Protection Plan:
☐ 3-Year Auto Parts Protection Plan for $7.24

☐ Add gift options

📍 Deliver to Bensenville 60106

**Add to List**

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Frequently bought together

   + 

Total price: **$71.96**

Add all three to Cart

Add all three to List

☑ **This item:** FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017 2018/ KTM Duke... $32.99
☑ CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K $25.98
☑ Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013-2016 Duke 200... $12.99

## You might also like

Sponsored ⓘ    Page 1 of 46

  

MRELC CNC Short Brake Clutch Levers for Honda GROM MSX125 2014-2019, CBR250R 2011-2...
★★★★★ 1
$24.99 ✓prime

M10 Motorcycle CNC Swingarm Spools Sliders for KTM DUKE 125 200 2012-2...
★★★★☆ 13
$17.99 ✓prime

CNC Alu Rear Brake Fluid Reservoir Cap Cover For KTM Duke 390 2013-2018, Duke 250 2...
★★☆☆☆ 2
$25.99 ✓prime

Motorcycle Crash Bar Engine Guard Frame Protection For KTM Duke 390 2013-2020 Duke ...
★★★★☆ 3
$115.99 ✓prime

DUKE 125 250 390 Motorcycle Aluminium Alloy Radiator Grille Guard Protector Cover.
★★★★☆ 3
$45.99 ✓prime

## Customers who viewed this item also viewed
Page 1 of 7

       

| Orange Motorcycle CNC Aluminum Adjustable Folding Extendable Brake Clutch Levers Fit… | CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125… | JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW… | Rawsomes Adjustable Brake Clutch Levers For KTM 390 Duke/RC390 2013-2019, 250 Duke… | Motorcycle CNC Billet Pivot Foldable Clutch Brake Levers for KTM 350 450 SX SXR SXF… | MZS Short Levers Clutch Brake Adjustment Black CNC Compatible with KTM 125 Duke RC125… | JFG RACING CNC Brake Clutch Levers For 250 300 350 450 500 SX EXC EXCF XC XCF XC… |
|---|---|---|---|---|---|---|
| ★★★★☆ 15 | ★★★★½ 89 | ★★★★☆ 67 | ★★★☆☆ 19 | ★★★☆☆ 20 | ★★★★☆ 19 | ★★★★☆ 14 |
| $38.99 | $25.98 | $23.99 | $30.90 | $20.99 | $35.88 | $23.99 |
| Only 10 left in stock - orde… | | | Only 1 left in stock - order… | | Only 12 left in stock - orde… | Only 12 left in stock - o… |

See all vehicles this product fits.

## Compare with similar items



| | This item FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017 2018/ KTM Duke 200 RC200 2014-2018/KTM Duke 390 RC390 2013-2018, Orange | Pivot Dirtbike Off Road Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016-2020,250 XC-W/XCF-W/300 EXC/350 EXC-F/450/EXC-R/500XC-W/EXC/EXC-F (SIX DAYS) 2014-2020 Orange | Orange Motorcycle CNC Aluminum Adjustable Folding Extendable Brake Clutch Levers Fit for KTM Duke 125 200 390 | JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW XCRW XCW EXCR EXC 14-16 125 150 200 250 300 350 500 SX XC EXC XCFW XCW SXF XCF EXC EXCF(SIX DAYS) 14-18 Orange |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (29) | ★★★★☆ (12) | ★★★★☆ (15) | ★★★★☆ (67) |
| Price | $32⁹⁹ | $31⁹⁶ | $38⁹⁹ | $23⁹⁹ |
| Sold By | TORUN TECH | motor-mh | YP Style | JFG RACING |

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?

Find answers in product info, Q&As, reviews

    Type your question or keyword

## Product information

Color:**Orange**

### Technical Details

| | |
|---|---|
| Manufacturer | TORUN TECH |
| Brand | FTRT |
| Item Weight | 10.7 ounces |
| Package Dimensions | 9.21 x 2.87 x 2.17 inches |
| Manufacturer Part Number | TRM-KTBC0103 |
| Vehicle Service Type | KTM 125 Duke 14 15 16 17 18, KTM RC125 14 15 16 17 18, Street Bike, KTM RC390 13 14 15 16 17 18, KTM 200 Duke 14 15 16 17 18, KTM 390 Duke 13 14 15 16 17 18, KTM RC200 14 15 16 17 18 |

### Additional Information

| | |
|---|---|
| ASIN | B07QQB27C2 |
| Customer Reviews | ★★★★½   29 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #217,698 in Automotive (See Top 100 in Automotive)<br>#336 in Powersports Brake Levers |
| Date First Available | April 25, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?**

## Videos

### Videos for related products


0:29

Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever

GOOFIT


0:28

7/8" CNC Motorcycle Brake Master Cylinder Reservoir Clutch

Feiteplus


0:59

Motorcycle CNC brake clutch levers

FXCNC Racing


1:00

Motorcycle handle gloves

Travay

Upload your video

## Product description

Color:Orange

**Specification:**

*Material: 6061-T6 Aluminum and 304 Stainless steel

*Processing methods: CNC

*Surface treatment: Anodizing

*Size: Short levers for 2 finger

*Color: Black Lever Red Adjustable, red/gold/blue Lever black Adjustable

*Packing: Lever x 2 ( 1 Brake lever & 1 Clutch lever)

**Features:**

*CNC machining ensures Ftrt brake clutch fits perfectly with your motorcycle, make your motorcycle more fashion, cool and different.

*Anodizing make brake clutch levers not be oxidized for long time using. four colors for your choose. There is always one color matches your temperament.

*6061-T6 aluminum processing, not die casting, make the brake clutch more comfortable and durable,

*6-position adjuster allows you to easily adjust your lever reach for the most comfortable position, So that you can control your motorcycle more flexibly.

*No need to change and replace the original brake clutch levers directly. (It may take some components or the casing of the original levers to complete the installation. If it happens, please install it patiently and thanks.)

**Fitment:**

KTM 125 Duke 2014-2018

KTM RC125 2014-2018

KTM 200 Duke 2014-2018

KTM RC200 2014-2018

KTM 390 Duke 2013-2018

KTM RC390 2013-2018

## Customers who bought this item also bought

Page 1 of 5



CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
★★★★☆ 89
$25.98



Xitomer Duke 790 Mirror Hole Plugs, for KTM 125/390 / 790 DUKE 2013-2019, 1290...
★★★★☆ 24
$14.99



Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 2014-2017
★★★★★ 4
$12.99



NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
★★★★★ 76
$27.50



Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013...
★★★★☆ 14
$12.99



7/8" Motorcycle Handle Bar End Mirrors Side Mirrors for KTM Duke 790 690 390 125
★★★☆☆ 18
$19.99
Only 9 left in stock - order...



JOYON Motorcycle C... Aluminium Brake Cl... Gear Pedal Lever for KTM Duke 125 200...
★★★★☆ 14
$25.99

## You might also like

Page 1 of 41

Sponsored ⓘ

      

| KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ... | MZS Short Levers Clutch Brake Adjustment Black CNC Compatible with KTM 125 Duke RC1... | CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M 125 144 150 200 250 300 350 ... | KTM Flex Clutch Lever Brembo (Orange) OEM: 7870293104404 | KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404 | MZS CNC Pivot Brake Clutch Levers for Husqvarna TE250/T 2014-2016,FC250... |
|---|---|---|---|---|---|---|
| ★★★★½ 3 | | ★★★★☆ 19 | | ★★★★★ 3 | ★★★★★ 1 | ★★★★½ 3 |
| $47.99 | $33.99 | $35.88 ✓prime | $32.99 | $101.99 | $101.99 | $36.99 ✓prime |



Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0
votes
▼

**Question:** Will these for a 2019 Duke 390?

**Answer:** yes , these fit 2019 Duke 390.thanks

By TORUN TECH **SELLER** on October 21, 2019

## Customer reviews

★★★★½ **4.4 out of 5**

29 global ratings

| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇▇ | 70% |
| 4 star | ▇ | 15% |
| 3 star | ▇ | 8% |
| 2 star | | 0% |
| 1 star | ▇ | 8% |

▾ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]





MRELC CNC Short Brake Clutch Levers for H...
1
$24.99    [ Shop now ]

Sponsored ⓘ

### Customer images

   

See all customer images

[ Top reviews ▾ ]

### Top reviews from the United States

👤 Standard St8 Kicker

★★★★☆ **Great look, provides comfort and confidence on a budget.**

Reviewed in the United States on March 31, 2020

Color: Orange | **Verified Purchase**

Nice aftermarket "shorty" levers. Price is fair (they are cheaper on ebay but the timeline on there, is months vs days), quality is decent, look is great and the feel is 1000x better than stock. The lever's were a needed addition to my 19' Duke 390. This is my first bike and I knew going in that I would need different levers. Being not very mechanically inclined I would've preferred some kind of info/instructions but that was not provided. Luckily YouTube saved the day as always, my biggest issue was taking off the cluth lever from the cable. Once all was disconnected I had these guys on and I was riding in less than 10 minutes.

I choose shorty's because:

1- I wanted to keep the stock in good condition in case of resale/keeping value.

2- The shorty's (IMHO) allow me easy access without having to extended/reach my hands as much for the stock.

3- COMFORT & CONFIDENCE. I am 100% more comfortable with shorty's vs stock or extenders. The length makes it easier for me to grab the cluth/brake, it feels easier to pull in and that helps build my confidence.

4- I know there's a probability that I will drop my bike... I'm a new rider and I accept that I might drop my bike, if so I'd rather these take the hit vs the stock. Stock are more expensive and you're better off replacing these, than those.

5- Less fatigue and discomfort. Even with the adjustments on my stock levers I found myself having pains in my hands with the OG levers. My hands would tire out quickly as felt like you had to use your strength and more pressure to pull them in. These feel much easier to squeeze, they're closer to the handlebar which also helps your hands to not have to reach for it as much.

I love the functionality of these levers. The look matches the decor of my bike and I think looks better than the plain black stock.

The quality is OKAY, I wish these didn't feel as inferior as they do. There is a little extra give in them, a



small amount of wiggle

I also installed them (without instructions!) And think that it might be user error. The stock levers are certainly stronger and will take a heck of a better beating than these. I personally have seen the stock duke levers take a few drops and still work as they did day 1.

I'd say these are worth a purchase, levers can run you up to $100 a piece depending on what you're looking for. They look amazing, give me comfort and confidence that I need and are priced fair enough that if I break them in 3/4 months, I got my $ worth.

^ Read less



2 people found this helpful

| Helpful |   | Comment |   | Report abuse |


Joshua Stein

★★☆☆☆ **Defective Product**
Reviewed in the United States on May 11, 2020
Color: Orange |  Verified Purchase
The part that connects to my clutch/brake cables was machined improperly and renders the handles completely useless. This shows the terrible quality control this company/seller does with their product. IF you want to completely waste your time with cheap handles that won't work then I recommend buying this. DO NOT BUY!

| Helpful |   | Comment |   | Report abuse |


Tony

★★★★★ **Quick and easy.**
Reviewed in the United States on April 9, 2020
Color: Orange | Verified Purchase
Easy to install. 1 bolt on the brake and 1 bolt and a sensor on the clutch side and done.

One person found this helpful

| Helpful |   | Comment |   | Report abuse |


J. Abston

★★★★★ **Simple installation with a great product**
Reviewed in the United States on January 12, 2020
Color: Orange | Verified Purchase
Worked well and the machine work is perfect.



One person found this helpful

| Helpful |   | Comment |   | Report abuse |


Kevin

★★☆☆☆ **Thumbs Down**
Reviewed in the United States on May 2, 2020
Color: Black | Verified Purchase
These look great, but because the dogleg is out further from the pivot, I can't get my first finger on the clutch without sliding my hand outward on the grip. I also found that, when set to 1, it is as far out as the 5 setting on the original levers. Too far out for me with no usable adjustment.

| Helpful |   | Comment |   | Report abuse |


Mark

★★★☆☆ **Meh, I guess?**
Reviewed in the United States on March 15, 2020
Color: Orange | Verified Purchase
Pros: Inexpensive, good lever shape

Cons: Shoddy assembly (tighten and lube everything yourself), clutch lever similar to stock position in setting 1

| Helpful |   | Comment |   | Report abuse |


Owaiss A. Hussein

★★★★★ **good buy**
Reviewed in the United States on August 5, 2020
Color: Orange | Verified Purchase
Amazing quality  and fits perfect

| Helpful |   | Comment |   | Report abuse |


Chris

★★★★★ **Not bad at all**
Reviewed in the United States on August 21, 2020

Color: Orange    **Verified Purchase**

Fits my 2016 duke 390 perfect

| Helpful |    Comment    Report abuse

See all reviews ›

 M10 Motorcycle CNC Swingarm Spools Stand
Screws Sliders for KTM DUKE 125 200 2012-2015...
**$17.99**    13    | Shop now |

Sponsored ⓘ

## Newer and similar items

Page 1 of 2








Orange Motorcycle CNC
Aliminum Adjustable
Folding Extendable
Brake Clutch Levers Fit...
★★★★☆ 15
$38.99

JFG RACING CNC
Foldable Brake Clutch
Levers For 350 400 SX
SXR SXF XCF XCFW...
★★★★☆ 67
$23.99

MZS Pivot Levers Brake
Clutch CNC Compatible
with KTM 250 EXC SX
SX-F XC XCW XC-F 07...
★★★☆☆ 9
$38.88

Rawsomes Adjustable
Brake Clutch Levers For
KTM 390 Duke/RC390
2013-2019, 250 Duke...
★★★☆☆ 19
$30.90

JFG RACING CNC Brake
Clutch Levers For 250
300 350 450 500 SX SXF
EXC EXCF XC XCF XCW...
★★★★★ 14
$23.99

## Popular products inspired by this item

Page 1 of 5









GZYF Pair Adjustable
Motorcycle Short Brake
Clutch Levers Set
Compatible with...
★★★★☆ 27
$21.99

MZS Short Levers Brake
Clutch Adjustment CNC
Black Compatible with
Yamaha Raptor 700...
★★★★★ 6
$38.88

YAOFAO Short Brake
Clutch Levers Adjustable
CNC for yamaha
FZ1/FZ6//FZ6R/FZ8...
★★★★★ 5
$28.99

NTHREEAUTO Brake
Clutch Levers Adjustable
Dirt Bike Pivot Lever
Compatible with...
★★★★★ 2
$23.69

FXCNC Racing Short
Billet Adjustable
Motorcycle Double
Colors Brake Clutch...
★★★★★ 1
$32.99

**Your Browsing History**    View or edit your browsing history ›



See personalized recommendations


| **Sign in** |

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

amazon    | ⊕ English ▾ |    | 🇺🇸 United States ▾ |

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |

10/21/2020



☰ amazon

TORUN TECH ▾ | KTM | 🔍

Hello, Sign in
Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to
Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

3 results for TORUN TECH : "KTM"

Sort by: Featured ▾

**Brand**
FTRT



BETOOLL HW9008
Golf Cart Folding
Side View Mirrors...
2,438
$11.99

Shop now

Sponsored ⓘ



FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017 2018/ KTM Duke 200 RC200 2014-2018/KTM Duke 39...
⭐⭐⭐⭐⯪ ⌄ 28
Orange
$32.99
✓prime Get it as soon as Tomorrow, Oct 22
FREE Shipping by Amazon
Also available in Black





FTRT Pivot Dirtbike Brake Clutch Levers for KTM 125SX 150SX 250SX/XC-W/XCF-W/EXC-F, 300XC/XC-W/EXC/EXC, 350SX-F/EXC-F, 450XC-W /XC-...
⭐⭐⭐⭐⯪ ⌄ 3
$32.99
✓prime Get it as soon as Tomorrow, Oct 22
FREE Shipping by Amazon
Only 20 left in stock - order soon.



FTRT 7/8" 22mm Side bar Mirrors Bar End Mirrors Universal Rear View Mirrors for Yamaha Honda Kawasaki Suzuki Triumph Ducati KTM Victory...
⭐⭐⭐⯪☆ ⌄ 12
Black+Blue
$27.99
✓prime Get it as soon as Fri, Oct 23
FREE Shipping by Amazon



**Need help?**

Visit the help section or contact us

Xitomer Brake Clutch Levers, for BMW F750GS F850GS 2018 2019 2020, Short Adjustable Lever...
$40.49            1

Shop now

Sponsored ⓘ

**Sponsored products related to this search** What's this? ⌄

Page 1 of 3

‹       ›

Tank Straps Motorcycle Tie Down Straps (2pk) - 10,000 lb Webbing Break Strength 2" x...
⭐⭐⭐⭐⭐ 517
$43.77

MIBAO Half Round Doormat, 24 x 36 Non Slip Durable Welcome Door Mats, Boots...
⭐⭐⭐⭐⯪ 422
$34.99

Rhino USA Ratchet Straps Heavy Duty Tie Down Set, 5,208 Break Strength - (4) Heavy...
⭐⭐⭐⭐⭐ 2,172
$59.97

JNR Moto Sports Motorcycle Tie Downs Cam Buckle Motorcycle Straps Easier Than Retractable Ratchet...
$21.99

Large Door Mats,46x35 Inches XL Jumbo Size Outdoor Indoor Entrance Doormat, Waterproof,...
⭐⭐⭐⭐⯪ 3,188
$22.89

RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
⭐⭐⭐⭐⯪ 3,374
$29.97

**Inspired by your browsing history**

Page 1 of 7

‹       ›

Motorcycle Seat Bag Tail Bag - Dual Use Motorcycle Backpack Waterproof Luggage...
⭐⭐⭐⭐⯪ 299
$33.66

MOTOPOWER MP0609A 3.1Amp Motorcycle USB Charger Kit SAE to USB Adapter Phone GPS...
⭐⭐⭐⭐⯪ 2,467
$10.99

Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fitters ABS...
⭐⭐⭐⭐⯪ 87
$80.99

CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
⭐⭐⭐⭐⯪ 87
$25.98

NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
⭐⭐⭐⭐⭐ 75
$27.50

Xitomer Duke 790 Mirror Hole Plugs, for KTM 125/390 / 790 DUKE 2013-2019, 1290...
⭐⭐⭐⯪☆ 23
$14.99



# TORUN TECH

TORUN TECH storefront

★★★★½ 90% positive in the last 12 months (69 ratings)

TORUN TECH is committed to providing each customer with the highest standard of customer service.

Have a question for TORUN TECH?

Ask a question

## Detailed Seller Information

**Business Name:** DENGQIONG

**Business Address:**
Room 206, Gengyun Building,Bantian street, Longgang District
Shenzhen
Guangdong
518129
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
|----------|-------------------|----------|----------|------|-----------|----------|

★★★★★ "Nice shifters. Easy to install. Perfect fit "
By Amazon Customer on June 7, 2020.

★★★★★ "Super fast shipping. Good quality controls for a decent price. "
By Michael D. Lavin on June 4, 2020.

★★★★★ "These look and feel GREAT it is the same shade of blue of other things like woodcraft framesliders and barends as well so it works out great "
By Naushy on May 28, 2020.

★★★☆☆ "The piece that connects to the cable ends and the mounting bolt was wrong size on both handles.. "
By Alex on May 26, 2020.

★★★★★ "Look great "
By JEFFREY GREGORY on May 26, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---------|---------|---------|-----------|----------|
| Positive | 89% | 96% | 90% | 94% |
| Neutral | 11% | 4% | 4% | 3% |
| Negative | 0% | 0% | 6% | 3% |
| Count | 9 | 23 | 69 | 141 |

Previous Next

Leave seller feedback | Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 7


Motorcycle Seat Bag Tail Bag - Dual Use Motorcycle Backpack Waterproof Luggage Bags Motorbike...
★★★★½ 299
$33.66


MOTOPOWER MP0609A 3.1Amp Motorcycle USB Charger Kit SAE to USB Adapter Phone GPS...
★★★★½ 2,467
$10.99


Shogun Kawasaki Ninja 400 Z400 Z 400 2018 2019 2020 NO Cut Black Frame Sliders Fits ABS &...
★★★★½ 87
$80.99


CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
★★★★½ 87
$25.98


NEW KTM OIL FILTER SERVICE KIT 2014 2015 2016 RC 390 DUKE 90238015010
★★★★★ 75
$27.50


Xitomer Duke 790 Mirror Hole Plugs, for KTM 125/390 / 790 DUKE 2013-2019, 1290 Super...
★★★★ 23
$14.99

## Top subscription apps for you

Page 1 of 8


Disney+
Disney
★★★★½ 384,537
$0.00


CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 97,407
$0.00


STARZ
Starz Entertainment
★★★★☆ 79,151
$0.00


Sling TV
Sling TV LLC
★★★★☆ 47,052
$0.00


SHOWTIME
Showtime Digital Inc.
★★★★☆ 22,755
$0.00


Philo: Live & On-Demand TV
PHILO
★★★★½ 64,644
$0.00

**Your Browsing History** View or edit your browsing history ›

See personalized recommendations

Sign in

New customer? Start here.

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

Continue

### Shipment 1 of 1

**Shipping from Amazon.com**   (Learn more)

Shipping to ▮▮▮▮ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017 2018/ KTM Duke 200 RC200 2014-2018/KTM Duke 390 RC390 2013-2018, Orange**
  $32.99 - Quantity: 1
  Sold by: TORUN TECH

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

**Choose a delivery option:**

▮▮▮▮ **get FREE One-Day Delivery on this order and try other Prime benefits (hello, Prime Video) with a one week trial for $1.99!**

○ **Tomorrow, Oct. 22**
FREE One-Day Delivery with 

○ **Tuesday, Oct. 27**
FREE Shipping

● **Friday, Oct. 23**
$11.33 - Shipping

○ **Tomorrow, Oct. 22**
$14.48 - Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon**.com

SIGN IN     SHIPPING & PAYMENT     GIFT OPTIONS     PLACE ORDER

## Review your order

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:

Add delivery instructions

**Payment method** Change

ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code          Apply

**Order Summary**

| | |
|---|---|
| Items: | $32.99 |
| Shipping & handling: | $11.33 |
| Total before tax: | $44.32 |
| Estimated tax to be collected: | $2.06 |
| **Order total:** | **$46.38** |

How are shipping costs calculated?

Or try Amazon Locker
20 locations near this address

**SPECIAL OFFER** we're giving you **One Week of Prime** for only **$1.99!**

**prime**

Save $11.33 instantly with FREE One-Day Delivery and enjoy more of what you love with Prime:
✓ Fast, FREE delivery
✓ Exclusive deals and discounts
✓ Endless entertainment and so much more!

Give Prime a try  >
No commitments. Cancel anytime.

**Delivery: Oct. 23, 2020** If you order in the next 20 hours and 18 minutes (Details)

FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 2017 2018/ KTM Duke 200 RC200 2014-2018/KTM Duke 390 RC390 2013-2018, Orange
$32.99
Amazon Prime eligible Join now
Quantity: 1 Change
Sold by: TORUN TECH

Add gift options

**Choose a delivery option:**

○ **Tuesday, Oct. 27**
FREE Shipping

● **Friday, Oct. 23**
$11.33 - Shipping

○ **Tomorrow, Oct. 22**
$14.48 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/23/2020 Amazon.com: FTRT Pivot Dirtbike Brake Clutch Levers for KTM 125SX 150SX 250SX/XC-W/XCF-W/EXC-F, 300XC/XC-W/EXC, 350SX-F/EXC-F, 450XC-W/XC-F/0EXC-R/EXC/EXC-F/SX-F, 500...

amazon

All ▾ | ktm | 🔍  🇺🇸

Hello, Sign in
Account & Lists ▾

Returns
& Orders ▾

Try Prime ▾

0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | **Giants vs Eagles live now**

‹ Back to results



Roll over image to zoom in

# FTRT Pivot Dirtbike Brake Clutch Levers for KTM 125SX 150SX 250SX/XC-W/XCF-W/EXC-F, 300XC/XC-W/EXC, 350SX-F/EXC-F, 450XC-W/XC-F/0EXC-R/EXC/EXC-F/SX-F, 500SX-W/EXC/EXC-F. Black

Brand: FTRT

★★★★☆   3 ratings

Price: **$32.99** & FREE Returns

Available at a lower price from other sellers that may not offer free Prime shipping.

Returnable until Jan 31, 2021 ▾

Color: **Black**

- Comfortable: FTRT motorcycle brake clutch evers are made with 6061-T6 aluminum by CNC, delicate appearance, strong metal texture, match your motorcycle
- Exquisite: FTRT brake clutch levers surface is anodized to form a protective film that ensures the brake levers set will not be oxidized.four colors for you to choose to match your motorcycle and make your moto unique.
- Durable: FTRT clutch levers is anodized and the bolt is 304 stainless steel, ensures the brake clutch levers will not rust and oxidize for long
- Notice: Please make sure your motorcycle year and model match the brake clutch levers shown in the title before buying,You also can ask us any questions on Amazon or email us, we will reply you ASAP.
- Warranty: FTRT brake clutch levers are one year warranty. If you have any problems during use, we will sincerely solve it for you.

› See more product details

Compare with similar items

**$32.99**
& FREE Returns ▾

FREE delivery: **Saturday, Oct 31**
Details

Fastest delivery: **Monday, Oct 26** Details

**Only 17 left in stock -** order soon.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from  Amazon
Sold by ...  TORUN TECH

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

📍 Deliver to Bensenville 60106

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

## Frequently bought together



Total price: **$66.42**

[ Add both to Cart ]
[ Add both to List ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** FTRT Pivot Dirtbike Brake Clutch Levers for KTM 125SX 150SX 250SX/XC-W/XCF-W/EXC-F, 300XC/XC-W/EXC... $32.99

☑ Twin Air 154115x Pre-Oiled Dual Foam Air Filter, black $33.43

## Customers who bought this item also bought

Page 1 of 2

‹



FMF Racing 11299 Wash Plug
★★★★☆ 1,419
$8.74



Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 44
$21.99



Twin Air 154115x Pre-Oiled Dual Foam Air Filter, black
★★★★★ 87
$33.43



Engine Ice 1/2 Gallon
★★★★★ 270
$24.49



Rhino USA Motorcycle Tie Down Straps (2 Pack) Lab Tested 3,328lb Break Strength, Steel...
★★★★☆ 1,614
$24.97



Odi Emig V2 Lock-On Grips - 2 & 4-Stroke (Orange/White)
★★★★☆ 391
$25.00

›

## You might also like

Sponsored ⓘ

Page 1 of 42

‹



MRELC CNC Short Brake Clutch Levers for Honda GROM MSX125 2014-2019, CBR250R 2011-2...
★★★★★ 1
$24.99 ✓prime



CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M H usqvarna SX125 SX150 SX-F ...
$33.99



MRELC Universal Motorcycle 7/8" 22mm Handlebar Brake Master Cylinder Clutch Lever C...
★★★★★ 2
$35.99 ✓prime



CNC Rear Brake Foot Pedal Lever - Motorcycle For K T M 125 144 150 200 250 300 350 ...
$32.99



CNCMOTOK Front Brake Clutch Levers for Yamaha YZ80 YZ125 TW200 XT225 250...
★★★★☆ 34
$14.88 ✓prime



MZS CNC Pivot Brake Clutch Levers for Husqvarna TE250/TE300 2014-2016,FC250...
★★★★★ 3
$36.99 ✓prime

›

Case 1:20-cv-06677 Document 1-1 Filed 11/10/20 Page 424 of 498 PageID #:2594

≡ **amazon**

All ▾ | ktm | 🔍

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders ▾

Try Prime ▾

🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | **Giants vs Eagles live now**

Select your vehicle: | Year ▾ | Make ▾ | Model ▾ | Check Fit

Your Garage (0) ▾

‹ Back to results



Roll over image to zoom in

## FTRT 7/8" 22mm Side bar Mirrors Bar End Mirrors Universal Rear View Mirrors for Yamaha Honda Kawasaki Suzuki Triumph Ducati KTM Victory Black-Blue

Visit the FTRT Store

★★★½☆ 14 ratings | 4 answered questions

Price: **$27.99** & FREE Returns

Returnable until Jan 31, 2021 ▾

Color: **Black+Blue**

 $27.99 |  **$27.99** |  $27.99

- 【FITMENT】Only install in standard hollow 7/8 Inch bar end of motorcycles , Just like Yamaha MT-03 MT-07 FZ-07 MT-09 FZ-09 MT-10 FZ-10 MT-25 FZ6 FZ8 FZ6R, Honda GROM MSX125 CB500F / Kawasaki Z125 pro Z650 Z750 Z800 Z900 Z1000 ER6N ER6F ,and it also fit Suzuki KTM BMW Ducati Aprilia Moto Triumph Buell. Please confirm your motorcycle handlebar is 7/8" before purchase.
- 【MATETIAL】Aluminum alloy Housing+ Anti Glare Mirror.
- 【WIDE VISION】180 degrees rotated to eliminate driving blind spots, freely adjust it for the best viewing angle.
- 【COLOR】Black+Blue
- 【EASY INSTALLATION】Only suitable for standard 7/8 inch hollow handlebars. For those handles with threaded ends, simply tighten the screws to the hole. Some models may need to be modified a little to install. Any questions please don't hesitate to contact us and we will response to you within 24 hours.

› See more product details

**$27.99**
✓ FREE Returns ▾

FREE delivery: **Saturday, Oct 31** Details

Fastest delivery: **Monday, Oct 26** Details

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from — Amazon
Sold by — TORUN TECH

**prime**
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

Deliver to Bensenville 60106

Add to List

Share 📧 📘 🐦 📌

Have one to sell?
Sell on Amazon





1,552

Sponsored

### Customers who viewed this item also viewed
Page 1 of 9

‹


MZS Bar End Mirrors - Motorcycle Rear View Mirror 7/8 Standard Hollow Red Side...
★★★½☆ 358
$29.99


FENRIR Cnc Aluminum Alloy Motorcycle Bar End Mirror Handlebar Side For Honda Kawasaki...
★★★★☆ 140
$39.99


MZS Bar End Mirrors - Motorcycle Rear View mirror 7/8 Standard Hollow Handlebar Side...
★★★★☆ 60
$32.99


MICTUNING Motorcycle Mirrors - Bar End Rear View Mirrors Compatible with Most Honda...
★★★★☆ 313
$22.99


MZS Motorcycle Bar End Mirrors Rear View CNC Compatible with Honda GROM MSX125...
★★★★☆ 575
$34.99
Only 1 left in stock - order...

›

### You might also like
Sponsored ⓘ
Page 1 of 66

‹


BETOOLL Upgraded Adjustable Pair UTV Side Mirror Set 1.75 or 2inch Roll Bar Cage, U...
★★★★☆ 892
$18.99 ✓prime


Skull Claw Style Universal Motorcycle Convex Rear View Mirror with 10mm&8mm...
★★★☆☆ 6
$13.99 ✓prime


KiWAV Magazi mirrors Tulip Style gold color & black compatible with motorcycle bobb...
★★★½☆ 20
$51.80


Heart Horse Universal 7/8" Bar End Rear Mirrors Moto Motorcycle Motorbike Scooters ...
★★★★☆ 370
$15.25 ✓prime


KiWAV Magazi Bob Chrome Motorcycle Bar End Mirrors Sturdy and Durable compatible wi...
★★★★☆ 28
$134.10

›

### What other items do customers buy after viewing this item?


MZS Bar End Mirrors - Motorcycle Rear View...


FENRIR Cnc Aluminum Alloy Motorcycle Bar End...


MZS Bar End Mirrors - Motorcycle Rear View...



Automotive › Motorcycle & Powersports › Parts › Electrical & Batteries › Starters

## Triumilynn Electric Starter for KTM 200 250 300 200EXC 250XC 250XCW 300XC 300XCW 2008-2014 Offroad Motorcycle # 19091 / SMU0525 / 55140001100

**Brand: Triumilynn**

★★★★★ ∨    1 rating

Price: **$53.99** & FREE Returns

**Coupon** ☐ Save an extra 7% when you apply this coupon. Details

Get $50 off instantly: Pay $3.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Extra Savings** Promotion Available. 1 Applicable Promotion ∨

- ✏ Part No.: Arrowhead SMU0505, SMU0525 KTM 55140001000, 55140001100 Lester 19091 Tucker Rocky 464244, 463824
- ✏ Fits - Starter for KTM Motorcycles - Off-Road 200 EXC 2013-2014; 200 XC-W 2013-2015; 250 EXC / 250 EXC Six Days 2011-2015; 250 XC 2009-2015; 250 XC-W / 300 EXC / 300 XC / 300 XC-W / 300 EXC Six Days 2008-2015; 300 EXC-E 2007-2010; Freeride 250 R 2014-2015
- ✏ Spec: 410 Watt Heavy Duty, 12 Volt, CCW, 9-Tooth Pinion
- ✏ Package Include: 1 x 55140001100 Starter
- ✏ Note: Please confirm your model for perfect use before purchase

› See more product details

Compare with similar items

💬 Report incorrect product information.

**$53.99**
& FREE Returns ∨

FREE delivery: **Wednesday, Nov 4** Details

Fastest delivery: **Saturday, Oct 31**
Order within 15 hrs and 57 mins
Details

**Only 2 left in stock - order soon.**

Qty: 1 ∨

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from  Amazon
Sold by    Triumilynn

**prime**
We're giving you a 30-day **FREE trial of Prime** Try Prime and start saving today with **Fast, FREE Delivery**

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $9.68

☐ Add gift options

📍 Deliver to ▮ - Glenview 60026

[ Add to List ]

Share ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

## Products related to this item

Sponsored ⓘ                                              Page 1 of 41


**Hardline Products 1702-UT-R Adjustable Height Training Wheels for Razor MX125, MX35...**
★★★★☆ 57
$104.99


**Rareelectrical NEW STARTER COMPATIBLE WITH REBUILD KIT YAMAHA...**
★★★★★ 1
$20.81

**Zsoog 18645 Starter Drive & Relay Solenoid Fits POLARIS 113528 495713 3090188...**
★★★★☆ 7
$51.15 ✓prime


**BossBearing Arrowhead Starter Motor SMU0536 for KTM 1190 RC8 R LTI 2010**
$111.98

## 4 stars and above

Sponsored ⓘ                                              Page 1 of 4








TOPSKY Cambuckle Tie Down Straps, 1 in x 10 ft Securing Straps, 900lb Break Strengt...
★★★★½ 112
$16.98 ✓prime

Antigravity ATZ-10-RS Lithium RE-START Battery, Replace YTZ10, YTX9, others
★★★★ 54
$179.99 ✓prime

Chase Harper USA - Standard Powersports Series Soft Hook Tie Down Extenders - 1" Bl...
★★★★½ 119
$9.99 ✓prime

Sunferno Ratchet Straps Tie Down 2500Lbs Break Strength, 15 Foot - Heavy Duty Strap...
★★★★½ 1,661
$27.97 ✓prime

Antigravity Batteries AG-1201 Lithium-Ion Powersports Battery, Small Case Series
★★★★ 98
$197.99 ✓prime

2000 Cy Miady L Phosph Rechard...
★★★
$29.9

---

## Customers who viewed this item also viewed

Page 1 of 2








New Starter Replacement For 2008-2014 KTM Motorcycle 200 250 300 200EXC...
★★★★ 28
$39.95

DB Electrical SMU0525 Starter Compatible With/Replacement For KTM 250 300 200EXC...
★★★★ 29
$59.73

Electric Starter Motor 55140001100 for KTM 250 300 200EXC 250XC 250XCW 300XC 2007...
$75.99
Only 3 left in stock - order...

Trkimal New Starter Motor For KTM 2008-2014 Motorcycle 250EXC 300EXC 200EXC...
★★★★★ 2
$49.97
Only 16 left in stock - orde...

NICHE Starter Motor Assembly 55140001000 for 2007-2016 KTM Motorcycle 300 200...
★★★★★ 1
$49.95

---

## Compare with similar items






**This item** Triumilynn Electric Starter for KTM 200 250 300 200EXC 250XC 250XCW 300XC 300XCW 2008-2014 Offroad Motorcycle # 19091 / SMU0525 / 55140001100

Electric Starter Motor 55140001100 for KTM 250 300 200EXC 250XC 250XCW 300XC 2007-2010 410 Watt (19091, 410-54153, 55140001100, 55140001000)

Trkimal New Starter Motor For KTM 2008-2014 Motorcycle 250EXC 300EXC 200EXC 250XC 200XCW 250XCW 300XCW 55140001000 SM16 94078610 410 WATT HD

New Starter Replacement For 2008-2014 KTM Motorcycle 200 250 300 200EXC 250XC 250XCW 300XC 300XCW 55140001000 SM16 94078610

[Add to Cart]   [Add to Cart]   [Add to Cart]   [Add to Cart]

| | | | | |
|---|---|---|---|---|
| **Customer Rating** | ★★★★★ (1) | ☆☆☆☆☆ (0) | ★★★★★ (2) | ★★★★ (28) |
| **Price** | $53⁹⁹ | $75⁹⁹ | $49⁹⁷ | $39⁹⁵ |
| **Sold By** | Triumilynn | Parffae | kymlaa | OEG Parts |

---

## Special offers and product promotions

- ☐ Clip this coupon to save 7% on this product when you buy from Triumilynn. Here's how ⌄ (restrictions apply)
- Buy more get more discounts. 1 week promotion for all Triumilynn products. Here's how ⌄ (restrictions apply)
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $3.99 instead of $53.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

---

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Triumilynn Parts |
| Brand | Triumilynn |
| Item Weight | 1.59 pounds |
| Package Dimensions | 5.71 x 3.98 x 2.87 inches |
| Manufacturer Part Number | 55140001100 |
| OEM Part Number | 19091, SM-16, 410-54153, 463824, 464244, 55140001000, 55140001100, SMU0505, SMU0525 |

### Additional Information

| | |
|---|---|
| ASIN | B088WV1TZ3 |
| Customer Reviews | ⭐⭐⭐⭐⭐ ⌄   1 rating<br>5.0 out of 5 stars |
| Best Sellers Rank | #236,360 in Automotive (See Top 100 in Automotive)<br>#714 in Powersports Starters |
| Date First Available | May 20, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

---

## Videos

### Videos for related products



maXpeedingrods Complete Recoil Starter Pull Start Assembly for…

maXpeedingrods-us



NICHE Your Aftermarket Powersports Replacement Parts…

Mishon Corporation

Upload your video

---

## Product description

✓**Replace Number:**

19091, SMU0505, SMU0525, 55140001000, 55140001100, 463824, 464244

✓**Specification:**

Unit Type: Starter KTM 200
Part Type: UNIT
Voltage: 12
Rotation: CCW
Teeth: 9
Starter Type: PMDD

✓**FITMENT:**

For Motorcycles Off-Road
2013-2014 KTM 200EXC 193cc
2013-2015 KTM 200XC-W 193cc
2011-2015 KTM 250EXC 249cc
2011-2015 KTM 250EXC SixDays 249cc
2009-2015 KTM 250XC 249cc
2008-2015 KTM 250XC-W 249cc
2008-2015 KTM 300EXC 293cc
2008-2015 KTM 300EXC SixDays 293cc
2007-2010 KTM 300EXC-E 293cc
2008-2015 KTM 300XC 293cc
2008-2015 KTM 300XC-W 293cc

2014-2015 KTM Freeride250R 250cc

✓Tips:

1.Please check the details to make sure this is the right part before ordering.
2.If you have questions, please don't hestible to contact us.
3.Triumilynn Customer Service Team will spare no efforts to help you within 24 hours.

## Customers also viewed these products

Page 1 of 8











WonVon 12v Starter Motor 55140001000 For KTM Motorcycle 250 300 XC EXC 2008 TO 2016
$55.99
Only 2 left in stock - order...

Trkimal New Starter Motor For KTM 2008-2014 Motorcycle 250EXC 300EXC 200EXC...
★★★★★ 2
$49.97
Only 16 left in stock - orde...

NICHE Starter Motor Assembly 55140001000 for 2007-2016 KTM Motorcycle 300 200...
★★★★★ 1
$49.95

DB Electrical SMU0525 Starter Compatible With/Replacement For KTM 250 300 200EXC...
★★★★☆ 29
$59.73

YaeTek 100% NEW STARTER MOTOR For KTM MOTORCYCLE 2013 2014 250 300 EXC...
★★★★★ 1
$49.99
Only 6 left in stock - order...

## Products related to this item

Page 1 of 20

Sponsored ⓘ











Universal Motorcycle Fork Stem Mount Kit - Techgripper – Universal Phone Mount and ...
★★★★☆ 70
$49.95 ✓prime

Engine Clutch Ignition Cover Protector Water Pump Guard Kit Compatible With SXF...
$56.99 ✓prime

Carburetor Float Bowl Pin Needle and Seat Set for KTM 65 SX XC
$18.99

BossBearing Arrowhead Starter Repair Kit Brush SMU9171 for Arctic Cat Bearcat 454 2...
$47.48

BossBearing Arrowhead Starter Motor SMU0536 for KTM 1190 RC8 R LTD 2010
$111.98

# Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

# Customer reviews

★★★★★ 5 out of 5

1 global rating



| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

▾ How are ratings calculated?

No customer reviews

There are 0 customer reviews and 1 customer rating.

## Review this product

Share your thoughts with other customers

Write a customer review

### Top subscription apps for you

Page 1 of 8









**Disney+**
Disney
⭐⭐⭐⭐½ 401,467
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 101,781
$0.00

**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 83,239
$0.00

**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 49,137
$0.00

**SHOWTIME**
Showtime Digital Inc.
⭐⭐⭐⭐ 24,009
$0.00

### Inspired by your browsing history

Page 1 of 7








**Bestway 58168E Type V Pool Filter Cartridge**
⭐⭐⭐⭐½ 429
$12.99

**Bestway 12' Pool Cover**
⭐⭐⭐⭐ 3,100
$19.60

**Grumpy Cat The Sound Of When You Shut Up Graphic T-Shirt**
⭐⭐⭐⭐½ 11
$19.99

**Grumpy Cat 2021 Wall Calendar: (Cranky Kitty...**
Grumpy Cat
⭐⭐⭐⭐⭐ 481
Calendar
$13.49

**HydroTools by Swimline Floating Mini Tablet Spa Chemical Dispenser**
⭐⭐⭐⭐½ 5,756
$5.50

**Your Browsing History** View or edit your browsing history ›









Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant



3 results for **Triumilynn** : "KTM"

Sort by: Featured



**Triumilynn Electric Starter for KTM 200 250 300 200EXC 250XC 250XCW 300XC 300XCW 2008-2014 Offroad...**

★★★★★ ⌄ 1

$53⁹⁹

Save 7% with coupon

Get it as soon as **Sat, Oct 31**
FREE Shipping by Amazon
Only 2 left in stock - order soon.



**Triumilynn 7/8" 22mm for Honda Yamaha Suzuki Kawasaki,Handlebar Universal Motorcycle Brake Clutch...**

★★★★☆ ⌄ 80

$36⁹⁹ ($1.05/oz)
Join Prime to save $5.55 on this item

Get it as soon as **Tomorrow, Oct 30**
FREE Shipping by Amazon



**Triumilynn Go Kart Rear Hydraulic Brake Master Cylinder for 50cc 70cc 90cc 110cc 125cc Dirt Bike Chinese ATV...**

★★★★☆ ⌄ 26

$14⁹⁹

Save $1.00 with coupon

Get it as soon as **Tomorrow, Oct 30**
FREE Shipping on your first order shipped by Amazon

## Need help?

Visit the help section or contact us

## Recommended based on your browsing history   Sponsored

Page 1 of 3

‹



2000 Cycles 12V 6Ah Miady Lithium Iron Phosphate Battery, Rechargeable LiFePo4...
★★★★½ 282
$29.99



ExpertPower 12V 10Ah Lithium LiFePO4 Deep Cycle Rechargeable Battery | 2500-7000...
★★★★½ 165
$99.99



Weize YTX14AH-BS High Performance - Maintenance Free-Sealed AGM ATV Motorcycle...
★★★★½ 926
$42.99



BossBearing Arrowhead Starter Repair Kit Brush SMU9171 for Arctic Cat Bearcat 454 2x4 1997 1998
$47.48



›

## Inspired by your browsing history

≡ **amazon** | All ▾ | [search] 🔍 | 🇺🇸 ▾ | Hello, | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Glenview 60026 | Holiday Deals | Gift Cards | Amazon.com | Customer Service | Prime Video | **Shop today's epic deals now**

## Triumilynn  Triumilynn

Triumilynn storefront

⭐⭐⭐⭐½ | **93% positive** in the last 12 months (123 ratings)

Triumilynn is a professional company in Automotive parts and we have years of experience in this area.
Our suppliers are the manufacturers which can guarantee our products both in quality and quantity.
Customers satisfaction will always be our top responsibility.
We have professionl team to give you a better service.

**Have a question for Triumilynn?**

[ Ask a question ]

---

## Detailed Seller Information

**Business Name:** Chengdu Sushang Network Technology Co., Ltd
**Business Address:**
No.403, F4, Building 1, No.34,
Hongmen street, Wuhou District
Chengdu
Sichuan
610000
CN

| **Feedback** | Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |
|---|---|---|---|---|---|---|

⭐⭐⭐⭐⭐ "Excellent description and correct install"
By saeed al mubarak on June 25, 2020.

⭐⭐⭐⭐⭐ "Received on time"
By Adele on June 23, 2020.

⭐☆☆☆☆ "the spark plug in the kit was wrong, and i found out after i had taken the equipment apart!!"
By Richard C. on June 22, 2020.

⭐⭐⭐⭐☆ "Good quality reasonable price"
By Edgar W. Scott on June 22, 2020.

⭐⭐⭐⭐⭐ "These fit my 1986 Suzuki Cavalcade perfectly and work fine. Thanks!"
By joel on June 20, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 93% | 94% |
| Neutral | 0% | 0% | 2% | 1% |
| Negative | 0% | 0% | 6% | 5% |
| Count | 14 | 40 | 123 | 399 |

Previous  Next

Leave seller feedback  |  Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 7



‹

**Bestway 58168E Type V Pool Filter Cartridge**
⭐⭐⭐⭐½ 429
$12.99

**Bestway 12' Pool Cover**
⭐⭐⭐⭐☆ 3,100
$19.60

**Grumpy Cat The Sound Of When You Shut Up Graphic T-Shirt**
⭐⭐⭐⭐½ 11
$19.99

**Grumpy Cat 2021 Wall Calendar: (Cranky Kitty...**
Grumpy Cat
⭐⭐⭐⭐⭐ 481
Calendar

›

 

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

**Continue**

---

## Shipment 1 of 1

### Shipping from Amazon.com (Learn more)

Shipping to: ▊ 1851 TOWER DR, GLENVIEW, IL, 60026-7783 United States

- **Triumilynn Electric Starter for KTM 200 250 300 200EXC 250XC 250XCW 300XC 300XCW 2008-2014 Offroad Motorcycle # 19091 / SMU0525 / 55140001100**
  ~~$53.99~~ $52.37 - Quantity: 1
  $1.62 discount applied ⌄
  Sold by: Triumilynn

Change quantities or delete

**Amazon Locker is available**

20 pickup locations near you

### Choose a delivery option:


Upgrade to fast, FREE delivery with Prime.

○ **Saturday, Oct. 31**
FREE Two-Day Delivery with amazon prime

○ **Wednesday, Nov. 4**
FREE Shipping

● **Saturday, Oct. 31**
$11.79 - Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 amazon.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS     PLACE ORDER

## Review your order



**Shipping address** Change

■
1851 TOWER DR
GLENVIEW, IL 60026-7783
United States
Phone: ■

Add delivery instructions

Or try Amazon Locker
20 locations near this address ⌄

**Payment method** Change
VISA ending in ■

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[ Enter Code ]  [ Apply ]

**prime** ■, save $11.79 on this order and enjoy immediate FREE Two-Day Delivery on eligible items when you resume your Prime membership.
» Learn More

**Delivery: Oct. 31, 2020** If you order in the next 15 hours and 6 minutes (Details)

Triumilynn Electric Starter for KTM 200 250 300 200EXC 250XC 250XCW 300XC 300XCW 2008-2014 Offroad Motorcycle # 19091 / SMU0525 / 55140001100
~~$53.99~~ **$52.37**
$1.62 discount applied ⌄
Amazon Prime eligible Join now
**Quantity:** 1 Change
Sold by: Triumilynn
[ 🎁 Add gift options ]

Choose a delivery option:
○ **Saturday, Oct. 31**
   FREE Two-Day Delivery with amazon prime
○ **Wednesday, Nov. 4**
   FREE Shipping
● **Saturday, Oct. 31**
   $11.79 - Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:    $53.99
Shipping & handling:    $11.79
Promotion Applied:    -$1.62

Total before tax:    $64.16
Estimated tax to be collected:    $3.27

**Order total:**    **$67.43**

Qualifying offers:
• Promotion Applied
How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



Automotive › Motorcycle & Powersports › Parts › Controls › Levers › Brake





Click image to open expanded view





## 1 Pair 7/8" 22Mm Universal Motorcycle Brake Clutch Lever Guard Protectors Aluminum Alloy For Honda For Yamaha For Suzuki For Kawasaki For Ktm (Blue)

Brand: TT-OUTDO

Price: **$34.99**

Get $50 off instantly: Pay $0.00 $34.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Blue**

- We are automotive enthusiasts and want to ensure you're getting the most for your money. By offering only the highest quality, tested and proven products on the market, We provides maximum performance for your vehicle. RELATED SEARCHES [Lever Protector, for Ktm Cover Lever, Brake Protector, Clutch Lever Protector, Clutch Guard, Clutch for Ktm, Brake for Suzuki, Clutch Lever for Suzuki, Hot Sexi]
- We also do rigorous testing on the strength, durability, as well as longevity of the material in order to make sure when the product arrives at the consumers end that it's ready to go without worries. RELATED SEARCHES [Clutch for Ktm Exc, Disk Protector, Core Driver, Guard Lever, Motorcycl Lever, Brake Clutch, Disc Protector, Clutch for DUKE, Clutch Hydraulic for Ktm, Handle for Ktm Exc]
- The car & motorcycle accessories category include: Protective Gear, Frames & Fittings, Brakes, Engines & Engine Parts, Exhaust & Exhaust Systems, Fuel Supply, Ingition, Seat Covers, Electrical System, Wheels & Rims, Bumpers & Chassis Filters, Bags & Luggage. RELATED SEARCHES [Brake for Ktm, Brake Disc Guard, Case for Samsung for Galaxy J5 Prime Heart, Boy Fashion Jacket, Brake Protect]
- As automotive technology continues to advance, our commitment to developing the newest performance products is stronger than ever. For whatever you drive now and in the future, We will have the most advanced performance products available. RELATED SEARCHES [Clutch Lever for Suzuki, Hot Sexi, Brake Clutch for Suzuki, Clutch for Suzuki, Disc Guard, Gear Lever for Ktm, Brake Clutch for Ktm, Clutch Guard]
- Lifetime warranty: We provide Lifetime full warranty to cover any issues, just contact us if any problems and we will offer 100% satisfaction solution for you. RELATED SEARCHES [Disc Protector, Clutch for DUKE, Clutch Hydraulic for Ktm, Core Driver, Handle for Ktm Exc, Clutch Lever Gsxr, Ssd Size, Brake Lever Gsxr, Brake Clutch, Brake Clutch for Suzuki, Brake Protect, Brake Clutch Lever for Suzuki]

› See more product details

**$34.99**

FREE delivery: Nov 9 - 25

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    TT-OUTDO
Sold by …     TT-OUTDO

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 P

Have one to sell?

Sell on Amazon



---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $34.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color: Blue

Best Price and Quality for a 1 Pair 7/8" 22mm Universal Motorcycle Brake Clutch Lever Guard Protectors Aluminum Alloy for Honda for Yamaha for Suzuki for Kawasaki for Ktm

Product Specifics:

- Year: 2018
- Model Name: Motorcycle Brake Clutch
- External Testing Certification: CCC
- Item Length: 17.5cm

1 Pair of Motorcycle Brake Clutch Levers Protect Guard Accidental Contact Handlebar 22mm

Features:

- Aftermarket Motorcycle Replacement Brake Clutch with premium quality.
- Fit for 22mm motorcycle handlebar.
- Made of aluminum material for enhancing its stable performance and extra durability.
- Provide the perfect lever position, good brake performance, increase riding security.
- Anti-rust and waterproof. Easy to install.
- Universal fit for most of motorcycles and scooters.

Specification:

Package list:

Note:

Why should you choice TT-OUTDO's products:

- Our professional technicians do heavy research and development in testing car applications and fitments for our products.
- We also do rigorous testing on the strength, durability, as well as longevity of the material in order to make sure when the product arrives at the consumers end that it's ready to go without worries.

★★★ Don't hesitate, Scroll to the top now and click Add to Cart to take this amazing product today! ★

---

## Product information

Color:**Blue**

### Technical Details

| | |
|---|---|
| Manufacturer | TT-OUTDO |
| Part Number | OOU30971_329271360 |
| Color | Blue |
| Material | Other |
| Horsepower | 10 hp |
| Item Package Quantity | 1 |

### Additional Information

| | |
|---|---|
| ASIN | B08JPN4698 |
| Date First Available | September 22, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

---

## Videos

Page 1 of 3

### Videos for related products



0:29

Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever

GOOFIT



0:29

WOOSTAR- How to install a Clutch Brake Bump Lever Assembly for...

WOOSTAR DIRECT US



0:28

7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir...

Feiteplus



0:29

Clutch Brake Lever for 110cc 125cc 140cc TTR 125cc SSR

HIAORS



Universal 7/8" Hydraulic Fron...

Feiteplus

[ Upload your video ]

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

---

## Deals in magazine subscriptions

Page 1 of 9



☰ **amazon**  | TT-OUTDO ▾ | Ktm | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

1-16 of 289 results for **TT-OUTDO** : "**Ktm**"

Sort by: Featured ▾

**Brand**
TT-OUTDO

Price and other details may vary based on size and color



For Ktm 790 Duke 2018 2019 Motorcycle Radiator Guard Stainless Steel Cover Grille Protector Guard For Ktm Duke 790 Accessories (Black)
$146⁵⁹
FREE Shipping



For Ktm 790 Duke 2018 2019 Duke 790 Escape Accessories Slip-On Motorcycle Exhaust Muffler Middle Link Pipe With Heat Shield (A)
$109⁹⁹
FREE Shipping



TT-OUTDO- 20Mm Brake Disc Rotor Guard Cover Protector Protection for Ktm
$94⁴⁹
FREE Shipping



2 Pcs Heavy Duty Motorcycle Spanner Wrench Shocker Adjusting Tools 45-52Mm For Honda For Kawasaki For Suzuki For Ktm
$23⁴⁹
FREE Shipping



1 Pair 7/8" 22Mm Universal Motorcycle Brake Clutch Lever Guard Protectors Aluminum Alloy For Honda For Yamaha For Suzuki For...
$34⁹⁹
FREE Shipping



TT-OUTDO- Universal Motorcycle Accessories Cnc Aluminum Swingarm Spools Slider 10Mm Stand Screws For Kawasaki For Ktm (Black)
$20³⁴
FREE Shipping



Universal Motorcycle Iridium Spark Plug A7Tc D8Tc B7Tc For Suzuki For Yamaha For Honda For Bmw For Kawasaki For Ktm (A7 Iridium)
$24¹⁹
FREE Shipping





TT-OUTDO Motorcycle Front Rear Brake Disc Rotor Guard for KTM 125 200 250 300 350 400 450 500 Sx Xc Sxf Xcf Xcw Exc Xcf-W 2016-2019

$42⁸⁹

FREE Shipping



TT-OUTDO Front Wavy Brake Disc Rotor for KTM 125 200 250 300 400 500 Exc Excf Sx Sxf Xc Xcw 1994-2018 505 525 530 2008 2009 2011

$61⁵⁹

FREE Shipping



TT-OUTDO Fork Air Bleeder Valves for KTM 50 65 85 125 144 150 200 250 300 350 450 520 690 950 990 Sx Xc Exc Mxc Smc Adventure Wp...

$18⁶⁹

FREE Shipping

Brand New Fuel Tank Tap Gas Valve Petcock Switch Water Cooled Screw Tap For Ktm 50 65 Jr Sr 990 1190 1290

$18⁶⁹

FREE Shipping



35mm Motorcycle Shift Lever Pedal Rubber Gear Shift Brake Lever Toe Pegs Pedals for Honda for Kawasaki for Ktm for Ducati Racing Etc

$14²⁹

FREE Shipping



TT-OUTDO- Front Fork Shock Absorber Guard Wrap Cover Skin for Ktm Exc Sx Sxf Xc Xcf Excf Excw Xcfw Mx (Black)

$36⁴⁹

FREE Shipping



TT-OUTDO- 12V Electric Fuel Pump Low Pressure Bolt Fixing Wire Petrol for Kawasaki for Ktm for Suzuki for Yamaha Motorcycle Atv 10Mm Inlet ...

$47⁴⁹

FREE Shipping



 

TT-OUTDO- Air Fork Bleeder Valve for Ktm 125 250 300 350 450 Sx Xc Sxf Xcf 2017 2018 2019 for Husqvarna Tc/Tx/Fc/Fx125-450 2018 2019...

10/21/2020



$28.49

FREE Shipping



TT-OUTDO- Motorcycle Frame Sliders Crash Protector Sturzpad Crashpads for Ktm for DUKE 200 2012-2018 390 for DUKE 2013 2014 2015 2016...

$95.49

FREE Shipping

← Previous | 1 | 2 | 3 | ··· | 19 | Next →

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search  What's this? ▾

Page 1 of 4

 

Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★½ 516
$43.77



MIBAO Half Round Doormat, 24 x 36 Non Slip Durable Welcome Door Mats, Boots...
★★★★½ 422
$34.99



RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★½ 3,374
$29.97



Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 123
$74.77



DEXI Indoor Doormat Front Door Rug, 20"x32" Absorbent Machine Washable Inside Door...
★★★★½ 1,504
$20.99



## Deals in magazine subscriptions

Page 1 of 9



Family Handyman
★★★★½ 11,108
Print Magazine
$8.00



Better Homes and Gardens
★★★★½ 37
Print Magazine
$3.00



Reader's Digest
★★★★½ 58
Print Magazine
$5.00



National Geographic Kids
★★★★½ 6,384
Print Magazine
$15.00



Entertainment Weekly
Print Magazine
$3.00

---

Your Browsing History  View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

       

Sign in

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime

☰ **amazon** | All ▾ | 🔍 | Hello, Sign in
Account & Lists ▾
Account ▾ | Returns
& Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to
Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

# TT-OUTDO

TT-OUTDO storefront

★★★★☆ | 78% positive lifetime (9 total ratings)

TT-OUTDO is committed to providing each customer with the highest standard of customer service.

| Have a question for TT-OUTDO? |
|---|
| Ask a question |

---

## Detailed Seller Information

**Business Name:** VO THI NGOC
**Business Address:**
Phuoc Kien
Nha Be
TP. Ho Chi Minh
700000
VN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |
|---|---|---|---|---|---|

"Product quality plastic reliable sturdy. I have worse quality in local store. "
By Nicole on July 15, 2020.

"Dear Sir, Thank you so much for taking the time to share your feedback. Your satisfaction is our first priority. We will always try our best to support all valued customers. Best Regards! "
Read less
By TT-OUTDO on July 16, 2020.

"Arrived sooner than expected, Excellent Seller. "
By Alejandro Giron on June 24, 2020.

"Dear Sir, Thank you so much for taking the time to share your feedback. Your trust is the pride and the greatest success of our store! We will always try our best to support customer. Best Regards! "
Read less
By TT-OUTDO on July 1, 2020.

"Still have not received my order yet "
By Joseph Smith on May 4, 2020.

"We apologize. Because of the pandemic situation, things have gotten worse. Hope you understand. We will try to fix the problem as soon as possible. Thank You! "
By TT-OUTDO on May 8, 2020.

"Seller informed me that the product was of poor quality and would not ship it. I appreciate the seller's honesty and Amazons assistance in the cancellation. "
By Donny Thomason on April 7, 2020.

"A+ seller "
By Amazon Customer on March 23, 2020.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | - | 78% | 78% |
| Neutral | - | - | 11% | 11% |
| Negative | - | - | 11% | 11% |
| Count | 0 | 0 | 9 | 9 |

Previous  Next

Leave seller feedback | Tell us what you think about this page

---

## Inspired by your browsing history

Page 1 of 8

< 




CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
★★★★☆ 87
$25.98



Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013...
★★★★☆ 13
$12.99



Pro Taper Grip Glue Adhesive Compound Bottle 1 OZ
★★★★☆ 621
$10.75



KTM Racing HAT Orange UPW17S8300
★★★★☆ 53
$22.00



FMF Racing 11299 Wash Plug
★★★★☆ 1,409
$11.08

>

## Deals in magazine subscriptions

Page 1 of 9








SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options



---

## Shipment 1 of 1
**Shipping from TT-OUTDO**   (Learn more)

Shipping to: ▮▮▮, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **1 Pair 7/8" 22Mm Universal Motorcycle Brake Clutch Lever Guard Protectors Aluminum Alloy For Honda For Yamaha For Suzuki For Kawasaki For Ktm (Blue)**
  $34.99 - Quantity: 1
  Sold by: TT-OUTDO

Change quantities or delete

### Choose a delivery option:

○ **Monday, Nov. 9 - Wednesday, Nov. 25**
FREE Shipping

---

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to these delivery and payment options

**Shipping address** Change
██████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ██████
Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code]  [Apply]

**Order Summary**
Items:                                    $34.99
Shipping & handling:                       $0.00
Total before tax:                         $34.99
Estimated tax to be collected:*            $2.19

**Order total:**                        **$37.18**

How are shipping costs calculated?

prime  ████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery:  Nov. 9, 2020 - Nov. 25, 2020**



1 Pair 7/8" 22Mm Universal Motorcycle Brake Clutch Lever Guard Protectors Aluminum Alloy For Honda For Yamaha For Suzuki For Kawasaki For Ktm (Blue)
$34.99
Quantity: 1 Change
Sold by: TT-OUTDO
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Monday, Nov. 9 - Wednesday, Nov. 25**
  FREE Shipping

[Place your order]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:20-cv-06675 Document 1-5 Filed 11/10/20 Page 442 of 498 PageID #: 2612

☰ **amazon**  Ktm  🔍  Account & Lists  Returns & Orders  Try Prime  🛒 Cart

Deliver to Bensenville 60106

Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping  Shop today's epic deals now

Experience Nebia by Moen Spa Shower  Shop now ›

‹ Back to results



   

Click image to open expanded view

# For Ktm 790 Duke 2018 2019 Duke 790 Escape Accessories Slip-On Motorcycle Exhaust Muffler Middle Link Pipe With Heat Shield (A)

Brand: TT-OUTDO

Price: **$109.99**

Get $50 off instantly: Pay $59.99 $109.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

Color: **A**

- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service. [Aluminum Exhaust Pipe, 390 Duke for Ktm, Floor Salon, Flash for Sony A58, Clasp Hook, Exhaust Motorcycl, Exhaust Motorcycle Protector, Fox Muffler, Exhaust Motorcycle Yoshimura, Exhaust Pipe Scooter, Exhaust Mivv, for Ktm, Muffler Yoshimura, Case Of Color, 150cc Muffler]
- The car & motorcycle accessories category include: Replacement Parts Tools & Equipment, Motorcycle Brake System, Exhaust Filters Fuel Ignition Shocks Lighting Chassis Wiper Blades. [26 In Bike Tire, Back Camera for Samsung, 125 Duke for Ktm, Car Pipe, Exhaust Middle Pipe, Case Of Color, Muffler Protector, Db Killer Mivv, Exhaust, Exhaust Motorcycl, Middle Pipe, Cafe Exhaust Rfor Acer]
- FREE SHIPPING: 90% conventional orders will be delivered within 15-25 days. Please make sure to buy this product from TT-OUTDO brand. Other brand is not reliable. [Exhaust for Ktm, Chip Lexmark, Exhaust Motorcycle Muffler, for Ktm, Car Heat Shield, Exhaust Heat Shield, for Ktm, 150cc Muffler, 26 In Bike Tire, Exhaust Shield, Aluminum Exhaust Pipe, 390 Duke for Ktm, Floor Salon]
- Worry-free Service: If you don't like this product or receive defective one, you can contact us! Your email feedback will help us get it solved at the first time. Every product guaranties 1 year warranty!!! [Clasp Hook, Exhaust Pipe Scooter, Exhaust Motorcycl, Exhaust Motorcycle Protector, Exhaust Motorcycle Yoshimura, Exhaust Mivv, for Ktm, Muffler Yoshimura, Case Of Color]
- Don't hesitate, Scroll to the top now and click Add to Cart to take this amazing product today!!! [125 Duke for Ktm, Exhaust Motorcycl, Middle Pipe, Cafe Exhaust Rfor Acer, Akrapovic Exhaust for Ducati, Chip Lexmark, Car Heat Shield, Exhaust Heat Shield, Chopper Muffler, Exhaust Pipe Scooter, Exhaust for Ktm, Exhaust Motorcycle Muffler, for Ktm, 150cc Muffler]

› See more product details



**$109.99**

FREE delivery: Nov 9 - 25

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...  TT-OUTDO
Sold by ...  TT-OUTDO

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

## Customers also viewed these products

Page 1 of 8



Puig Engine Spoiler KTM 790 Duke 18-19 C/MATT Black
★★★★★ 1
$184.27
Temporarily out of stock.

for Ktm 790 Duke 2018 2019 2020 Duke 790 Carbon Fiber Motorcycle Exhaust Muffler and...
★★★☆☆ 2
$187.00
Only 20 left in stock - orde...



Xitomer DUKE 790 Tail Tidy, Fender Eliminator for KTM DUKE 790 2018 2019 2020/890 Duke...
★★★★☆ 14
$39.99
Only 3 left in stock - orde...

CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125...
★★★★☆ 87
$25.98



LJBusRoll Motorcycle DUKE 790 18 19 New Pipe Exhaust Hanger Mount Bracket for...
★★★★★ 24
$23.99



M10 Motorcycle CNC Swingarm Sliders Spools Stand Screw For KTM Duke 125 200 390 690...
★★★★☆ 22
$19.99



for KTM 790 Duke 2 2019 2020 2020 Escape Accessories Slip-on Motorcycle Exhaust...
★★★★☆ 2
$65.00

---

## More to consider from our brands



AmazonBasics 10-in-1 Electrician's Stripping Multi-Tool with Nylon Sheath
★★★★☆ 164
$16.03



AmazonBasics 15-in-1 Multi-Tool Pocket Knife with Nylon Sheath
★★★★☆ 223
$13.61



AmazonBasics 11-in-1 Multi-Tool with Nylon Sheath
★★★★☆ 144
$16.63



AmazonBasics 8-in-1 Multi-Tool with Nylon Sheath
★★★★☆ 145
$15.87

AmazonBasics 10-in-1 Multi-Tool with Nylon Sheath
★★★★☆ 181
1 offer from $10.38

Anti Touch Door Opener - No Touch Door Opener Tool, Multifunctional No Contact Keychain Tool...
★★★★☆ 275
$7.99



No Touch Door Opener Tool Handheld EDC Keychain Tool Support Touch Screen,...
★★★★☆ 330
$6.99



---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account

10/21/2020 Amazon.com: TT-OUTDO Motorcycle Front Rear Brake Disc Rotor Guard for KTM 125 200 250 300 350 400 450 500 Sx Xc Sxf Xcf Xcw Exc Xcf-W 2016-2019 (Rear)

Case 1:20-cv-06677 Document 15 Filed 11/10/20 Page 443 of 498 PageID #: 2612

☰ amazon | Ktm | 🔍 | 🇺🇸 | Hello, Sign in Account & Lists ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 Cart

All ▾

Deliver to Bensenville 60106

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

‹ Back to results





Click image to open expanded view

## TT-OUTDO Motorcycle Front Rear Brake Disc Rotor Guard for KTM 125 200 250 300 350 400 450 500 Sx Xc Sxf Xcf Xcw Exc Xcf-W 2016-2019

Brand: TT-OUTDO

Price: **$42.89**

Get $50 off instantly: Pay $0.00 $42.89 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Rear**

| $156.19 |  $42.89 |

- 100% brand new product and lifetime warranty. [For kawasaki Z1000, Enduro For KTM Exc, Leopard Sunglass For Men, Charger Olaf, Grip Hand Guard Motorcycle, Lock, Flash Sony A58, For KTM Sx, For KTM Exc, Exc Tool, 26 In Bike Tire, Jelly Ring, Burgman Cover, Brake Disc For KTM, 300 Ninja, Accessory For kawasaki, Alarm Stand, Hithotwin]
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service. [Brake Disk For KTM, Universal Car Back Seat Mount Holder, Soil Moisture Tool, For KTM Protector, For KTM Plastic, Exc Rear, Accessory For kawasaki, Set Totoro, Motorcycle Saddle Pouch, For Samsung Note 7, 450 Sxf For KTM, Excf, Motorcycle Cover Uv Protector]
- 100% MONEY BACK GUARANTEE: Any quality problem with the product, please feel free to contact us, we will refund your money or provide a new one. [For KTM Plastic, Disc For KTM, Lemon Plant, Enduro For KTM, Lock For Motorcycle To Disc, For kawasaki Zx9r, Hithotwin, For KTM 65, Orange Pencil, Neck Polo, Universal Car Back Seat Mount Holder, For KTM Protector, For kawasaki Z1000, Enduro For KTM Exc]
- FREE SHIPPING: 90% conventional orders will be delivered within 15-25 days. Please make sure to buy this product from TT-OUTDO brand. Other brand is not reliable. [For KTM Sx, For KTM Exc, Charger Olaf, Exc Tool, Lock, 26 In Bike Tire, Jelly Ring, Burgman Cover, Brake Disc For KTM, 300 Ninja, Accessory For kawasaki, Alarm Stand, Hithotwin, Brake Disk For KTM]
- Don't hesitate, Scroll to the top now and click Add to Cart to take this amazing product today!!! [Accessory For kawasaki, Set Totoro, Motorcycle Saddle Pouch, For Samsung Note 7, 450 Sxf For KTM, Soil Moisture Tool, Excf, Motorcycle Cover Uv Protector, Exc Rear, Lock For Motorcycle To Disc, For KTM 65, 26 In Bike Tire, Jelly Ring, Burgman Cover, For KTM Plastic, Disc For KTM, Lemon Plant, Enduro For KTM]

**$42.89**

FREE delivery: Nov 9 - 25

In stock.
Usually ships within 4 to 5 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... TT-OUTDO
Sold by ... TT-OUTDO

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 P

Have one to sell?

Sell on Amazon

### Customers also viewed these products

Page 1 of 7

‹


Motorcycle Swingarm Guard Swing Arm Protector For TC125 TC250 FC250 FC350...
★★★★☆ 43
$21.99
Only 18 left in stock - orde...


Motorcycle Body Plastics Radiator Shrouds ABS Plastic For KTM 125 150 200 250 300 350 450...
★★★☆☆ 6
$19.99


Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever for KTM EXC EXCF SX SXF XC XCF...
★★★☆☆ 35
$8.99


AnXin CNC Rear Brake Caliper Guard Cover - Fit For Husaberg All Models 125-530 KTM SX EXC...
★★★☆☆ 5
$21.99


AnXin Foot Pegs Footpegs Footrests Foot Pedals Rests CNC MX for KTM 85 125 150 250...
★★★★☆ 23
$26.59


AnXin CNC Rear Brake Disc Guard Rear Brake Caliper Guard Kit - Fit For 125-530 KTM SX...
★★★★☆ 3
$53.99
Only 2 left in stock - order...


Wholesale Decals M Dirt Bike Graphics ki Sticker Decal Compa with KTM SX XCR-W
★★★★★ 3
$89.95

›

### Sponsored products related to this item

Page 1 of 16

‹     ›

Case 4:20-cv-06677 Document 15 Filed 11/10/20 Page 444 of 498 PageID #: 2614



Automotive > Motorcycle & Powersports > Parts > Controls > Levers > Brake



Roll over image to zoom in

## COPART Brake Lever and Clutch lever Set Foldable Extendable Brake Clutch Levers for  KTM Duke 390 200 125 RC 390 200 125 2013-2019

Brand: COPART

Price: **$34.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

Color: **Black and Blue**

- Material: These motorcycle brake levers and clutch levers are made of premium CNC aluminum , prevent bending or breaking in the event of a crash, precision sealed steel bearings, nice look and touch,make it easy to hold and comfort for long riding.
- Fitment: Fit for KTM Duke 390 RC390 2013-2019, for Duke 200 RC200 2014-2016, for RC125 Duke125 2014-2019 . Note: please must check the levers title and products description to make sure that this model year works for your motorcycle before ordering.
- Fashion Design and Color: Black,Gray,Orange,with beautiful glossy and vibrant finish color , anti-oxidizing and long lasting, awesome appearance,makes your motorcycle stand out from the crowd .
- Extendable and Adjustable Brake Clutch Levers : Easy Installation,no modification, offer effortless adjustments with 6-position adjusters that slide over ball bearings and snap securely into place.Durable anodized finish surface which increases resistance to corrosion and wear.
- Sold as pairs ,include Brake Lever and Clutch lever.Shipping time: We ship worldwide, about 7-25 business days.

› See more product details

⚑ Report incorrect product information.



$34.99
& FREE Shipping

Arrives: Nov 9 - Dec 2

**Only 16 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from ... TZmart
Sold by ... TZmart

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $7.24

Deliver to — Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

## Inspired by your recent shopping trends

Page 1 of 14


7075 Aluminum Alloy Forged Rear Brake Foot Pedal Lever Arm For KTM SX XCW SXF XCF...
★★★★☆ 48
$46.99


FXCNC CNC Aluminum Dirt Bike Pivot Brake Clutch Lever Set for KTM 65SX 65XC 2004...
★★★★☆ 5
$28.98


Orange Motorcycle CNC Aliminum Adjustable Folding Extendable Brake Clutch Levers Fit...
★★★★☆ 15
$38.99
Only 11 left in stock - orde...


CNC Billet Pivot Brake Clutch Levers For KTM 250 300 350 450 500 SX SXF EXC EXCF XC XCF...
★★★☆☆ 18
$20.99


MZS Pivot Levers Brake Clutch CNC Compatible with KTM 250 EXC SX SX-F XC XCW XC-F 07...
★★★★☆ 9
$38.88
Only 19 left in stock - orde...


MZS Pivot Levers Brake Clutch CNC Orange Compatible with KTM 125 EXC (SIX DAYS)...
★★★★☆ 3
$38.88
Only 7 left in stock - order...


Pivot Dirtbike Off Ro... Orange Brake Clutch Levers for KTM 125 SX/150 SX 2016...
★★★★☆ 12
$31.96

---

## You might also like

Sponsored ⓘ


FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 201...
★★★★☆ 28
$32.99 ✓prime


Rzmmotor 7/8'' 22mm CNC Brake Clutch Lever Protective Guards Bar Ends Motorcycles H...
★★★★☆ 15
$33.99 ✓prime


Strada 7 Racing CNC Aluminum Hand Grips Orange For KTM 690 Duke
$29.95


Motorcycle Pants For Men Dualsport Motocross Motorbike Pant Riding Overpants...
★★★★☆ 3,250
$59.99 ✓prime


Textile Motorcycle Jacket For Men Dualsport Enduro Motorbike Biker Riding Jacket Br...
★★★★☆ 2,507
$69.99 ✓prime


LEXIN 1pc LX-B4FM Motorcycle Intercom, Universal Helmet Communication...
★★★★☆ 314
$79.99 ✓prime

10/19/2020     Amazon.com: COPART ATV Lever Brake Clutch Foldable Extendable 1 inch Handlebar for KTM Duke 390 200 125 2013-2019: Automotive

Case 4:20-cv-06677 Document 1 Filed 11/10/20 Page 445 of 498 PageID #: 26150

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $0.00 instead of $34.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

**Color:Black and Blue**

### Technical Details

| Manufacturer | COPART |
| --- | --- |
| Brand | COPART |
| Manufacturer Part Number | TZ-SSNJ-L05 |

### Additional Information

| ASIN | B0834R2GNV |
| --- | --- |
| Date First Available | December 27, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

Page 1 of 3

### Videos for related products

    

| 0:29 | 0:30 | 0:28 | 0:29 | |
| --- | --- | --- | --- | --- |
| Motorcycle Hydraulic Clutch Brake Pump Master Cylinder Lever | Universal 7/8" CNC Motorcycle Hydraulic Front Brake Master… | 7/8" Universal Front ATV Brake Clutch Master Cylinder Reservoir… | Clutch Brake Lever for 110cc 125cc 140cc TTR 125cc SSR | WOOSTAR- Ho… Brake Bump Le… |
| GOOFIT | Feiteplus | Feiteplus | HIAORS | WOOSTAR DIRE… |

Upload your video

## Product description

Color:**Black and Blue**

**Material:**aluminum
Color:Color: Black,Gray,Orange
**Fitment:**
Please check your model before you buying~!!Thank you!
Fit for KTM Duke390 RC390 2013 2014 2015 2016 2017 2018
Fit for KTM Duke200 RC200 2014 2015 2016
Fit for KTM Duke125 RC125 2014 2015 2016 2017 2018 2019

**Package List:**
Package included: 1 Pair Motorcycle Brake Clutch Lever.

**Sweet Tip:**
COPART motorcycle brake clutch levers is made of high quality material, which is very strong and durable,If you have any problems during the purchase process, please contact us first, and we will provide you the best solution and after sale service.
Color may be a little different due to monitor and light brightness from pictures.Thank you for your understands.
If you can't find brake clutch lever set for your bike in this listing or amazon, you can go ahead to our store or contact us to find more of our universal type levers.
**RETURN POLICY:**
A: If the item is defective, please inform us within 30 days of receipt, and send the picture that shows different angles of the products and package.we will arrange resend or refund.
B: Buyers have to pay for the return cost and we will pay the cost for resend **C:** We will reply your messages within 2 business days (off-duty at weekend). If you do not get a response from us, then please check your junk or spam mailbox

## You might also like

Sponsored ⓘ

Case 4:20-cv-06677 Document 1 Filed 11/10/20 Page 446 of 498 PageID #: 26126








FTRT Adjustable Short Brake Clutch Levers for KTM Duke 125 RC125 2014 2015 2016 201...
⭐⭐⭐⭐ 28
$32.99 ✓prime

Strada 7 Racing CNC Aluminum Hand Grips Orange For KTM 690 Duke
$29.95

Motorcycle Pants For Men Dualsport Motocross Motorbike Pant Riding Overpants...
⭐⭐⭐⭐ 3,250
$59.99 ✓prime

Textile Motorcycle Jacket For Men Dualsport Enduro Motorbike Biker Riding Jacket Br...
⭐⭐⭐⭐ 2,507
$69.99 ✓prime

Rzmmotor 7/8'' 22mm CNC Brake Clutch Lever Protective Guards Bar Ends Motorcycles H...
⭐⭐⭐⭐ 15
$33.99 ✓prime

LEXIN 1pc LX-B4FM Motorcycle Intercom, Universal Helmet Communication...
⭐⭐⭐⭐ 314
$79.99 ✓prime

## Customer questions & answers

| 🔍 Have a question? Search for answers |

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

ˇ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

Sponsored

Sponsored

## Inspired by your browsing history

Page 1 of 9







KontrolFreek FPS Freek Galaxy Purple for...

KontrolFreek Precision Rings | Aim Assist Motion

KontrolFreek FPS Freek Galaxy White for Xbox...

KontrolFreek FPS Freek Inferno for Xbox One...

Bionik Quickshot - Trigger Stop Lock

‹    ›

| KontrolFreek | Control for PlayStation… | KontrolFreek | KontrolFreek | System for Playstation |
|---|---|---|---|---|
| ⭐⭐⭐⭐ 7,184 | KontrolFreek | ⭐⭐⭐⭐ 910 | ⭐⭐⭐⭐ 3,020 | DualShock 4 Wireless… |
| PlayStation 4 | ⭐⭐⭐ 1,001 | Xbox One | Xbox One | ⭐⭐⭐ 500 |
| $14.99 | New: $11.99 | 45 offers from $22.70 | $14.99 | |

## Best sellers in Kindle eBooks

Page 1 of 8



    

**Mexican Gothic**
› Silvia Moreno-Garcia
⭐⭐⭐⭐ 3,122
Kindle Edition
$12.99

**The Book of Lost Friends: A Novel**
› Lisa Wingate
⭐⭐⭐⭐ 3,099
Kindle Edition
$13.99

**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
⭐⭐⭐⭐ 332
Kindle Edition
$14.99

**The Key to Rebecca**
› Ken Follett
⭐⭐⭐⭐ 1,643
Kindle Edition
$1.99

**If You Tell: A True Story of Murder, Family…**
› Gregg Olsen
⭐⭐⭐⭐ 16,619
Kindle Edition
$4.99

**Your Browsing History**   View or edit your browsing history ›

Page 1 of 2

        

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |



English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



☰ amazon | TZmart ▾ | ktm | 🔍 | 🇺🇸 | Acco... Account ▾ | ...ists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to ████ Bensenville 60106 | Holiday Deals | Customer Service | ████'s Amazon.com | Prime Video | Best Sellers | Browsing History ▾ | Buy Again | Whole Foods | New Releases

17-32 of 64 results for TZmart : "ktm"

Sort by: Featured ▾

**Brand**
COPART
COBIKE
BAIONE
cobike



COPART Crash Bar Highway Engine Guards Side Engine Protectors for KTM 1290 Super Duke R GT 2016 2017 2018 2019,Orange

**Orange**
$215.00
$20.00 shipping
Only 17 left in stock - order soon.

Also available in Black



---

2pcs 10MM M10 Motorcycle Swingarm Spools Sliders CNC Swing Arm Stand Screw for KTM Duke 125 200 2012-2015 Duke 390 2013-2015

⭐⭐⭐⭐½ ˅ 8
**Black**
$14.39

Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by Amazon
Only 8 left in stock - order soon.

Also available in Orange



---

2pac 10MM M10 Motorcycle Universal Swingarm Spools Sliders for KTM Duke Yamaha Kawasaki and More, CNC Swing Arm Stand Screw (Colorful)

⭐⭐⭐⭐☆ ˅ 18
**Colorful**
$12.99
`Save 8%` with coupon
Get it as soon as **Tomorrow, Oct 20**
FREE Shipping on your first order shipped by Amazon
Only 17 left in stock - order soon.

Price may vary by color

 

---

72Pcs Universal Spoke Skins Covers · Wheel Spoke Wraps Skins Pipe Trim Decoration Protector For Motorcycle Dirt Bike Yamaha Honda BMW Suzu...

⭐⭐⭐⭐½ ˅ 257
$9.99

Get it as soon as **Tomorrow, Oct 20**
FREE Shipping on your first order shipped by Amazon



---

COPART Motorcycle CNC Engine Frame Sliders Falling Protection for KTM DUKE 390 250 200 125

**Orange**
$62.99
FREE Shipping
Only 15 left in stock - order soon.

  

---

COPART Headlight Guard Cover Headlamp Protector for KTM 790 Duke Adventure/R ADV 2018 2019 2020

$65.99
`Save 6%` with coupon
Get it as soon as **Tomorrow, Oct 20**
FREE Shipping by Amazon
Only 11 left in stock - order soon.



---

COPART Motorcycle CNC Windshield Windscreen Upper Headlight Top Mount for KTM 390 Duke 2013-2016



10/19/2020




$16^{99}$
FREE Shipping



COPART Brake Lever and Clutch Lever Set Foldable Extendable Brake Clutch Levers for KTM Duke 390 200 125 RC 390 200 125 2013-2019
$34^{99}$
FREE Shipping
Only 14 left in stock - order soon.



Fender Eliminator Tail Tidy License Plate Holder for KTM RC390 2014-2018 RC125 RC200 2014-2016
★★★★★ ⌄ 1
$79^{99}$
FREE Shipping
Only 6 left in stock - order soon.



COBIKE Headlight Grille Guard Headlamp Protector for KTM RC 390 RC 125 RC 200 2014 2015 2016
$37^{00}$
FREE Shipping
Only 9 left in stock - order soon.



BAIONE Motorcycle Frame Sliders CNC Aluminum Engine Crash Protector for KTM Duke 390 2013-2019 Duke 250 125 200 Fairing Falling...
Titanium
$65^{99}$
FREE Shipping
Only 20 left in stock - order soon.

   


BAIONE Foldable Extendable Clutch Brake Levers, Motorcycle CNC Adjustable Short Levers for KTM Duke 690 SMC SMCR 2014-2019
$34^{99}$
FREE Shipping
Only 20 left in stock - order soon.



BAIONE Foldable Extendable Clutch Brake Levers, Motorcycle CNC Adjustable Short Levers for KTM Super Adventure 1290 S/T/R 2015-2019
All Black
$34^{99}$
FREE Shipping
Only 20 left in stock - order soon.

   +

BAIONE Foldable Extendable Clutch Brake Levers, Motorcycle CNC Adjustable Short Levers for KTM Duke 690 2008-2011
$34^{99}$
FREE Shipping
Only 20 left in stock - order soon.





## TZmart

TZmart storefront

⭐⭐⭐⭐☆ | 78% positive in the last 12 months (176 ratings)

TZmart is committed to providing each customer with the highest standard of customer service.

Have a question for TZmart?

[ Ask a question ]

---

### Detailed Seller Information

**Business Name:** guangzhoutengzhanmaoyiyouxiangongsi

**Business Address:**
Dongguanzhanglu 30-34,38hao shouceng 182pu
Guangzhou
Guangdong
510000
CN

---

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

⭐⭐⭐☆☆ "Not quite Kawasaki green little to dark but still good quality"
By MrPhD on October 17, 2020.

⭐⭐⭐⭐⭐ "Fits perfect on my mister 686 2012. It's big for this kind of bike but works awesome. The bike seat more upward and it's super stable. Doesn't seat duly flat though. But still it's way safer than the original position."
Read less
By Manlio Corradi on October 16, 2020.

⭐⭐⭐⭐⭐ "Awesome"
By Jay on October 14, 2020.

⭐⭐⭐⭐⭐ "Exactly as pictured even the color. My son really likes the way they made his bike look."
By Ashley T on October 13, 2020.

⭐⭐☆☆☆ "I returned this item and have not recieved credit."
By Ashley H. on October 13, 2020.

"Hey,friend Please check your email,we have reply you on Sept.17,and you didn't reply us at present. And please give us tracking number after you return it,so that we could refund you soon,thanks for your understanding. Have a good day."
Read less
By TZmart on October 13, 2020.

Previous Next

|          | 30 days | 90 days | 12 months | Lifetime |
|----------|---------|---------|-----------|----------|
| Positive | 71%     | 76%     | 78%       | 83%      |
| Neutral  | 14%     | 10%     | 5%        | 4%       |
| Negative | 14%     | 14%     | 17%       | 13%      |
| Count    | 14      | 51      | 176       | 292      |

Leave seller feedback | Tell us what you think about this page

---

### Inspired by your browsing history

Page 1 of 9



KontrolFreek FPS Freek Galaxy Purple for...
KontrolFreek
⭐⭐⭐⭐½ 7,184
PlayStation 4
$14.99



KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation 4...
KontrolFreek
⭐⭐⭐½☆ 1,001
KontrolFreek
$11.99



KontrolFreek FPS Freek Galaxy White for Xbox...
KontrolFreek
⭐⭐⭐⭐½ 910
Xbox One
45 offers from $22.70



KontrolFreek FPS Freek Inferno for Xbox One...
KontrolFreek
⭐⭐⭐⭐½ 3,020
Xbox One
$14.99



Bionik Quickshot - Trigger Stop Lock System for Playstation DualShock 4 Wireless Controllers
⭐⭐⭐½☆ 500
$12.38



### Top subscription apps for you

Page 1 of 9



Disney+
Disney
⭐⭐⭐⭐½ 379,215
$0.00



CBS Full Episodes and Live TV
CBS Interactive
⭐⭐⭐⭐☆ 96,146
$0.00



STARZ
Starz Entertainment
⭐⭐⭐⭐½ 77,939
$0.00



Sling TV
Sling TV LLC
⭐⭐⭐½☆ 46,406
$0.00



SHOWTIME
Showtime Digital Inc.
⭐⭐⭐⭐☆ 22,399
$0.00





SIGN IN | **SHIPPING & PAYMENT** | GIFT OPTIONS | PLACE ORDER

# Choose your shipping options



Continue

---

## Shipment 1 of 1

### Shipping from TZmart  (Learn more)

Shipping to: ▉▉▉▉▉▉▉, 100 W ROOSEVELT AVE, BENSENVILLE, IL, 60106-4106 United States

- **COPART Brake Lever and Clutch lever Set Foldable Extendable Brake Clutch Levers for KTM Duke 390 200 125 RC 390 200 125 2013-2019**
  $34.99 - Quantity: 1
  Sold by: TZmart

Change quantities or delete

### Choose a delivery option:

⦿ **Monday, Nov. 9 - Wednesday, Dec. 2**
  FREE Shipping

---

Continue

---

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

**amazon.com**

SIGN IN     SHIPPING & PAYMENT     GIFT OPTIONS     PLACE ORDER 

## Review your order

| | | |
|---|---|---|
| **Shipping address** Change | **Payment method** Change | **Add a gift card, promotion code, or voucher** |
| ▉▉▉▉▉▉ | VISA ending in ▉▉▉▉ | |
| 100 W ROOSEVELT AVE | | [ Enter Code ] [ Apply ] |
| BENSENVILLE, IL 60106-4106 | **Billing address** Change | |
| United States | Same as shipping address | |
| Phone: ▉▉▉▉▉ | | |
| Add delivery instructions | | |

**FREE TRIAL**

▉▉▉▉, we're giving you 30 days of Prime benefits for FREE     [ Try Prime FREE for 30 days › ]

**Estimated delivery:  Nov. 9, 2020 - Dec. 2, 2020**



COPART Brake Lever and Clutch lever Set Foldable Extendable Brake Clutch Levers for KTM 390 200 125 RC 390 200 125 2013-2019
**$34.99**
Quantity: 1 Change
Sold by: TZmart
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Monday, Nov. 9 - Wednesday, Dec. 2**
    FREE Shipping

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon, Inc.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $34.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $34.99 |
| Estimated tax to be collected:* | $2.19 |
| **Order total:** | **$37.18** |

How are shipping costs calculated?



☰ **amazon**  All ▾ | ktm | 🔍 | 🇺🇸 | Acco... Account ▾ | ...ists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Customer Service | ...'s Amazon.com | Prime Video | Best Sellers | Browsing History ▾ | Buy Again | Shop today's epic deals now

‹ Back to results

# COPART Crash Bar Highway Engine Guards Side Engine Protectors for KTM 1290 Super Duke R GT 2016 2017 2018 2019,Orange

Brand: COPART

Price: **$215.00** + $20.00 shipping

**Pay $35.83/month for 6 months** (plus S&H, tax) with 0% interest equal monthly payments when you're approved for an Amazon Store Card.

This item is returnable ⌄

Color: **Orange**

 $215.00     $215.00

- These motorcycle crash bars are designed to protect frame and fairing from contacting the ground in the event of a fall or slide, minimizing damage to your motorcycle.
- Precise Fitment: engine guard can be directly fit for KTM 1290 Super Duke R GT 2016 2017 2018 2019, for KTM 1290 Super Duke GT 2016 2017 2018 2019 , alighment without drilling and cutting.
- Classic and Stylish Engine Guards: made of solid tubular iron in orange and black powder coating by well welded,looks factory original and prevents corrosion.
- COPART Crash bar support strong and durable, no deformation after long using time.
- Package Included: 1 crash bars , Instruction is not included.

› See more product details

Compare with similar items

⚑ Report incorrect product information.

Roll over image to zoom in



**$215.00**
+ $20.00 shipping

Arrives: Nov 9 - Dec 2

Only 17 left in stock - order soon.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    TZmart
Sold by    TZmart

📍 Deliver to ■■■■■ - Bensenville 60106

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?
Sell on Amazon



## You might also like
Sponsored ⓘ

Page 1 of 31

‹

      

›

| Xitomer 790 adventure Luggage Racks, for KTM 790 adventure/R 2019-2020 1090 Adventu... ⭐1 **$79.99** ✓prime | WSays Gloss Black Rear Saddlebag Guard Crash Bar Compatible with 2018-Up Harley Sof... ⭐⭐2 **$179.99** ✓prime | KYN 25mm 1" Motorcycle Highway Footpegs Foot Rest Foot Pegs for BMW... ⭐⭐⭐⭐4 **$55.00** | Xitomer Frame Slider/Crash Protector, For KTM 790 DUKE 2018 2019 2020, No-Cut... ⭐⭐⭐⭐⭐5 **$45.99** ✓prime | NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004 ⭐1 **$83.99** | KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 7961096511EB ⭐1 **$124.99** | COPART Motorcycle Engine Guards Protect Crash Bars without Frame Sliders for KT... ⭐⭐⭐⭐34 **$105.00** ✓prime |

## Customers who viewed this item also viewed

     

| COPART Motorcycle Engine Guard Crash Bars Bumper Protector for KTM Duke 790 2018... ⭐⭐⭐⭐2 **$179.00** Only 19 left in stock - orde... | COPART Engine Guards Highway Crash Bars Side Engine Protectors for KTM 1290 Super... ⭐⭐3 **$267.99** Only 4 left in stock - orde... | KTM TANK COVER STICKER 2014-2019 1290 SUPERDUKE R BLACK AB ORANGE A... ⭐⭐⭐⭐25 **$18.99** Only 10 left in stock - orde... | ATOPLITE moto LED Headlight High/Low Beam with Angel Eyes DRL & Indicator Turn Signal Light Assembly... 1 offer from **$259.00** | COPART Clutch Cover for KTM, Transparent Clutch Protector Cover Pressure Spring For KTM 1290... ⭐⭐⭐3 **$128.88** Only 3 left in stock - order... | SuperDuke 1290 Fender Eliminator Kit - New Rage Cycles ⭐⭐⭐⭐19 **$160.00** Only 2 left in stock - order... |

## Customers also viewed these products

Page 1 of 8

‹                                                ›

10/19/2020
Case 1:20-cv-06674 Document #: 1-5 Filed 11/10/20 Page 454 of 498 PageID #:2624



≡  **amazon**   |  All ▾  | ktm | 🔍 | 🇺🇸 ▾ | Account & Lists ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Customer Service | ___'s Amazon.com | Prime Video | Best Sellers | Browsing History ▾ | Buy Again | Get ready for Halloween

‹ Back to results





Roll over image to zoom in

## 2pcs 10MM M10 Motorcycle Swingarm Spools Sliders CNC Swing Arm Stand Screw for KTM Duke 125 200 2012-2015 Duke 390 2013-2015

Brand: COPART

★★★★½   8 ratings

Price: **$14.39** FREE Shipping on your first order. Details & FREE Returns

Save 5% on 2 select item(s). Shop items

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Black**

 $14.39    $14.39

Size: **M10 x1.5**

- Material: High quality CNC.Package includes 1 pair 1.5 screws and 1.25 screws.
- Swingarm Spools Suitable models: For KTM Duke 125 2012 2013 2014 2015 , For KTM Duke 200 2012 2013 2014 2015 , For KTM Duke 390 2013 2014 2015 , For KTM Duke 690 2016 2017
- The swing arm slide screw used with the swing arm can easily get on and off the motorcycle, avoiding damage to the motorcycle body when stopping or repairing the motorcycle, and better protecting your car.
- In order to prevent the swingarm spool screw from loosening and slipping, we have added a black gasket to increase the force area and reduce the friction damage to the body.
- COPART is an excellent international motorcycle parts factory. Through the internet platform, we have already sold our products to Europe/North America/Asia/Middle East/Russia/Australia and have factories in many countries, so you have any After-sales problems, we can provide you with the perfect service plan

› See more product details

Compare with similar items

New (2) from $14.39 & FREE Shipping on orders over $25.00

💬 Report incorrect product information.

---

**$14.39**

**FREE Shipping** on your first order. Details & FREE Returns ▾

Arrives: **Sunday, Oct 25**

Fastest delivery: **Wednesday, Oct 21**
Order within 20 hrs and 46 mins
Details

**Only 8 left in stock - order soon.**

Qty: 1 ▾





🔒 Secure transaction

Ships from ___ Amazon
Sold by ___ TZmart

☐ Add gift options

Deliver to ___ - Bensenville 60106

Add to List

New (2) from $14.39 & FREE Shipping on orders over $25.00 ›

Share ✉ f 🐦 📌

Have one to sell?
Sell on Amazon

## You might also like

Sponsored ⓘ                                                                Page 1 of 27

‹        ›

| Xitomer Frame Slider/Crash Protector, For KTM 790 DUKE 2018 2019 2020, No-Cut... | Motorcycles Swingarm Sliders Spools Swing Arm Protector CNC Stand Screws... | Orange 10MM Motorcycle Swing Arm Sliders Spools CNC Swingarm Arm Stand... | 2pac 10MM M10 Motorcycle Universal Swingarm Spools Sliders for KTM Duke Yamaha... | M10 X1.25 Thread Stainless Steel Swing Arm Spools Sliders Stand Screws FOR KTM duke... | Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | 2pcs M6 X1.5 Motor CNC Swing arm Slider Spools Stand Screw Yamaha FZ01 FZ... |
|---|---|---|---|---|---|---|
| ★★★★½ 5 | ★★★★★ 13 | ★★★★☆ 10 | ★★★★☆ 18 | ★★★★½ 178 | ★★★★☆ 43 | ★★★★½ 95 |
| $45.99 ✓prime | $29.90 ✓prime | $11.99 ✓prime | $12.99 ✓prime | $23.59 ✓prime | $21.99 ✓prime | $17.99 ✓prime |

## Customers who viewed this item also viewed

 

| Orange 10MM Motorcycle Swing Arm Sliders Spools CNC Swingarm Arm Stand... | 2pcs M10 X1.25 Motorcycle Swingarm Sliders Spools CNC Swing Arm Stand... |
|---|---|
| ★★★★☆ 10 | ★★★★½ 178 |
| $11.99 | $17.99 |
| Only 7 left in stock - order... | |

Case 1:20-cv-06677 Document #: 15 Filed: 11/10/20 Page 455 of 498 PageID #:2625



## CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For KTM Super Duke 990 / Super Duke 990R / Adventure 950 S/Adventure 990 S R

Brand: UbuyMotor

★★★★★ 2 ratings

Price: **$27.99** & FREE Shipping

**Coupon** Save an extra 5% when you apply this coupon. Details

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ✓

**Color: Black**



1. Fitment: For KTM Super Duke 990 / Super Duke 990R / Adventure 950 S / Adventure 990 S R
2. Our products are available in eight colors, so you have a variety of choices. Different colors make your motorcycle more fashionable and distinctive. If you want to be a fashion owner, just take action and let your Cars become different!
3. Easy to install or remove, no key, no need to modify, just press the center button to open, convenient, fast and practical, so that you can use more confidence.
4. Using CNC to process 6061-T6 aluminum, it is not easy to be oxidized, it can effectively prevent rust. The product is cost-effective and safe, so you can use it without any concern.
5. We have a professional team and factory that can provide high quality air caps that are durable, safe, comfortable and beautiful. In addition, we not only sell products, but also provide comprehensive services, including pre-purchase recommendations, package tracking and after-sales service. If you have any questions, please feel free to email us and we will get back to you as soon aspossible.

▸ See more product details

**New (2) from** $27.99 + FREE Shipping

🗨 Report incorrect product information.

**$27.99**
& FREE Shipping

Arrives: Nov 9 - Dec 2
Fastest delivery: Oct 23 - 29

**Only 8 left in stock - order soon.**

Qty: 1

**Add to Cart**

**Buy Now**

Secure transaction

Ships from ... UBuyMotor_1
Sold by ... UBuyMotor_1

**Add a Protection Plan:**
☐ 3-Year Auto Parts Protection Plan for $6.26

Deliver to — Bensenville 60106

Add to List

**New (2) from**
$27.99 + FREE Shipping

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

## You might also like
Sponsored ⓘ

 CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For Yamaha YZF R6 99-... ★★★★☆ 10 $27.99 ✓prime

 CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For Kawasaki ZX1400 0... ★★★☆☆ 5 $27.99 ✓prime

 CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For Suzuki SV650 99-0... ★★★★☆ 13 $27.99 ✓prime

 Motorcycle Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For KTM Duke 1... $27.99

 CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For Honda VFR 1200X 0... ★★★★☆ 19 $27.99 ✓prime

 CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For Suzuki GSXR600 GS... ★★★☆☆ 15 $25.99 ✓prime

 JFG RACING Billet G Fuel Tank Cap Cover EXC RXC MXC SX PR LC4 EGS 50 85 105 . ★★★★☆ 188 $17.99

Page 1 of 2

## Special offers and product promotions
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $0.00 instead of $27.99! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

Color:**Black**

### Technical Details

| Manufacturer | UbuyMotor |
| --- | --- |
| Brand | UbuyMotor |
| Model | Motorcycle Fuel Tank Gas Cap For KTM |
| Item Weight | 8.8 ounces |
| Product Dimensions | 4.72 x 4.72 x 1.57 inches |
| Exterior | Smooth |
| Manufacturer Part Number | UbuyMotor |
| OEM Part Number | Motorcycle Fuel Tank Gas Cap For KTM |
| Special Features | 3.Perfect black anodized finish, 1.No keys, just push the center button and open, 2. Very easy to install or remove |
| Vehicle Service Type | All of the above |

### Additional Information

| | |
| --- | --- |
| ASIN | B07PKTJ1JW |
| Customer Reviews | ★★★★★ ⌄   2 ratings <br> 5.0 out of 5 stars |
| Best Sellers Rank | #1,298,223 in Automotive (See Top 100 in Automotive) <br> #903 in Powersports Gas Caps |
| Date First Available | March 7, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

Page 1 of 3

### Videos for related products

    

| UTV RZR Lockable Gas Tank Cap | KaTur Motorcycle Black CNC Fuel Gas Cap | REVO Quick Lock Fuel Cap Installation | Steel Gas/Oil Tank Filler Neck/Vented Cap - Product… | KaTur Motorcy... Fuel Gas Oil Ta... |
| --- | --- | --- | --- | --- |
| PLUSUTV | KaTur | MC Motoparts | Speedway Motors | KaTur |

0:24   0:42   0:56   1:06

Upload your video

## Product description

Color:**Black**

Fitment:
For KTM Super Duke 990 / Super Duke 990R / Adventure 950 S / Adventure 990 S R

Feature:
Condition: 100% brand new
Material: 6061-T6 aluminum
Color: black, blue, gold, green, orange, silver, red, titanium
quantity: 1
No keys, just push the center button and open
Perfect black anodized finish
Please ensure this product fits for your motorcycle

Your satisfaction is our honour and a driving force for us to take a small step forward.
We are a professional motorcycle accessories manufacturer.
In addition, there are a large number of other types of motorcycle accessories in our store.
If you need it, please feel free to contact us and we will provide you with professional advice!

## You might also like

Sponsored ⓘ

Page 1 of 2

      

| CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For Yamaha YZF R6 99-… | CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For Kawasaki ZX1400 0… | CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For Suzuki SV650 99-0… | CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For Honda VFR 1200X 0… | CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For Kawasaki ZZR600 8… | Motorcycle Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For KTM Duke 1… | CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For Triumph Street Tr… |
| --- | --- | --- | --- | --- | --- | --- |
| ★★★★☆ 10 | ★★★☆☆ 5 | ★★★★☆ 13 | ★★★★☆ 19 | ★★★★★ 1 | | ★★★☆☆ 1 |
| $27.99 ✓prime | $27.99 ✓prime | $27.99 ✓prime | $27.99 ✓prime | $27.99 | $27.99 | $27.99 |

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

▲
**0**
votes
▼

**Question:** do you have a cap for ktm 1190?

**Answer:** Dear customer:
I am so sorry. This is not suitable for KTM1190
By UBuyMotor_1 SELLER on October 14, 2019

▲
**0**
votes
▼

**Question:** Is this vented?

**Answer:** I bought this a couple weeks ago and it's not vented but I haven't had any pressure issues the only problem I've had is the gas nozzle hole doesn't line up with the stock one so it makes the pump head lean forward a little bit that's the only minor issue
By Jr on April 2, 2019

## Customer reviews

⭐⭐⭐⭐⭐ 5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



CNC Aluminum Billet Keyless Twist off Gas Fu...
10
**$27.99**
[ Shop now ]

Sponsored

Top reviews ⌄

### Top reviews from the United States

There are 0 reviews and 1 rating from the United States

### Top reviews from other countries

 Client d'Amazon

⭐⭐⭐⭐⭐ **Almost perfect replacement**
Reviewed in Canada on June 14, 2019
Color: Blue | Verified Purchase

The hinge of the original KTM gas cap of my KTM 990 Adventure broke, so I needed a new one fast. This one fits perfectly my KTM but for one thing: the screws are a little too short. So I used the KTM screws I already had and now the gas cap is well sealed. So the length of the screws is not an issue to me.

I ordered an orange one but received a blue one. As I said, I desperately needed a new cap so I decided to keep it anyway.

In fact, I'm so satisfied that I decided to buy another one for the second tank (the KTM 990 Adventure has two tanks and two gas caps).

One thing to consider, and it is advertised as so, this cap does not lock. Myself, I'd rather have a gas cap without a key lock.

Report abuse

See all reviews ›

Sponsored

### Inspired by your browsing history

Page 1 of 9




    

KontrolFreek FPS Freek Galaxy Purple for…
KontrolFreek

KontrolFreek Precision Rings | Aim Assist Motion Control for PlayStation…

KontrolFreek FPS Freek Galaxy White for Xbox…
KontrolFreek

KontrolFreek FPS Freek Inferno for Xbox One…
KontrolFreek

Bionik Quickshot - Trigger Stop Lock System for Playstation

## Deals in magazine subscriptions

<span style="float:right">Page 1 of 9</span>



    



Real Simple
★★★★☆ 28
Print Magazine
$5.00

Shape
★★★★☆ 893
Print Magazine
$5.00

Highlights for Children
★★★★★ 2,012
Print Magazine
$34.99

Reader's Digest
★★★★☆ 56
Print Magazine
$5.00

National Geographic Kids
★★★★☆ 6,337
Print Magazine
$30.00

---

## Your Browsing History     View or edit your browsing history ›

<span style="float:right">Page 1 of 2</span>


       

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

 amazon    English    United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



1-16 of 36 results for **UBuyMotor_1** : **"ktm"**

**Brand**
UbuyMotor
UBuy
UBuyMotor
Ubuymotor

UbuyMotor Universal Motorcycle Fender Eliminator CNC Aluminum License Plate Bracket Fit for Honda Kawasaki Yamaha KTM Suzuki Ducati...
★★★★☆ ∨ 102
Titanium
$27⁹⁹
Save 5% with coupon
Get it as soon as **Thu, Oct 22**
FREE Shipping by Amazon
Only 2 left in stock - order soon.

Price may vary by color
 +

Motorcycle Extension Kickstand CNC Side Stand Enlarger Pate Pad For KTM Duke 125 200 2012 2013 2014 2015 2016 2017 2018 Duke 390...
★★★★☆ ∨ 21
Titanium&Orange
$14⁹⁹
Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by Amazon
Only 15 left in stock - order soon.

Price may vary by color
 +



Motorcycle Radiator Grille Guard Protective Cover For KTM 250/390 Duke 2017 2018
★★★★½ ∨ 2
$25⁹⁹
Save 5% with coupon
Get it as soon as **Wed, Oct 21**
FREE Shipping by Amazon
Only 4 left in stock - order soon.



Motorcycle Air Fuel Mixture Screw FCR Carburetor Carb Mixture Screw Adjuster for Honda KTM Yamaha Suzuki Kawasaki (Black)
★★★☆☆ ∨ 41
Black
$9⁹⁹
Save 5% with coupon
Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by Amazon

Price may vary by color
 +



4PCS Motorcycle M10 X 1.25 Mirror Hole Plugs Screws For YAMAHA FZ07 FZ1 KAWASAKI Z800 Z900RS, Triumph Street, KTM 1190 Adventure,...
★☆☆☆☆ ∨ 1
Red
$9⁹⁹
Get it as soon as **Thu, Oct 22**
FREE Shipping on your first order shipped by Amazon
Only 2 left in stock - order soon.



CNC Front Brake Clutch Fluid Reservoir Cap For KTM DUKE 200 390 690 990 2014-2015
★★★★★ ∨ 3
Automotive
$18⁹⁹
FREE Shipping



10/20/2020




Motorcycle Kits Complete Bolt Fairings Bolt Kits screw Clips For Yamaha Honda Suzuki Bmw Kawasaki Ktm Ducati MT07 MT09 Z1000 CBR1000RR...
★★★☆☆ ⌄ 110
**Blue**
$26⁹⁹
Save 5% with coupon
Get it as soon as **Wed, Oct 21**
FREE Shipping by Amazon
Only 15 left in stock - order soon.
Price may vary by color

   +

 

For KTM RC390 2014 2015 2016 CNC Alloy Complete Fairing Bolt Kit Screws Bodywork
★★★☆☆ ⌄ 140
**Black**
$26⁹⁹
Save 5% with coupon
FREE Shipping

     +



2PCS CNC 10MM Motorcycle Swing Arm Sliders Spools Swing Arm Stand Screw For KTM Duke 390 2013 2014 2015
★★★★☆ ⌄ 1
**Orange**
$13⁹⁹
Get it as soon as **Thu, Oct 22**
FREE Shipping on your first order shipped by Amazon
Only 1 left in stock - order soon.

    +




2PCS CNC Swing Arm Stand Screw 10MM Motorcycle Swing Arm Sliders Spools For KTM Duke 790 2017 2018 2019
★★★★★ ⌄ 2
**Titanium**
$13⁹⁹
Get it as soon as **Wed, Oct 21**
FREE Shipping on your first order shipped by Amazon
Only 2 left in stock - order soon.

    +



CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For KTM Super Duke 990 / Super Duke 990R / Adventure 950 S/Adventure 990 S R
★★★★★ ⌄ 2
**Black**
$27⁹⁹
Save 5% with coupon
FREE Shipping
Only 8 left in stock - order soon.

   +



For KTM 1050 1090 1190 1290 ADV GT 1290 Super Duke R 2013 2014 2015 2016 Speedometer Film Screen Protector Sticker Motorcycle...
**KTM 1050**
$14⁹⁹
FREE Shipping

   



Rearsets Rear Sets Footpegs CNC Adjustable For KTM 1290 SUPER DUKE R 2014 2015 2016 2017 2018 2019
**Gold**
$129⁹⁹
FREE Shipping
Only 10 left in stock - order soon.

  

1/3

# amazon

Deliver to Bensenville 60106

All

Account & Lists
Returns & Orders
Try Prime

0 Cart

Holiday Deals | Gift Cards | Customer Service | _____'s Amazon.com | Prime Video

Shop today's epic deals now

## UBuyMotor_1

UBuyMotor_1 storefront

★★★★½ | **88% positive** in the last 12 months (94 ratings)

Ubuy motor is a factory shop from Guangzhou Baiyun Motorcycle Accessories Wholesale Market, which is the biggest market in China. We would like to provide all of you products in high quality and reasonable price. Thanks for your purchase from us.

email:ubuymotoramazon_M@163.com

wechat:13822215649

phone:+86 13822215649

Have a question for UBuyMotor_1?

Ask a question

### Detailed Seller Information

**Business Name:**guangzhoushiyoubaiqimopeijianyouxiangongsi

**Business Address:**
nanshaqu fengzedonglu 106hao
GuangZhouShi
GuangDongSheng
510000
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

★☆☆☆☆ "Seat arrived late, poorly package, and incorrect. I reach out to the seller and received no response. The seat was packed using two large envelopes ripped upon arrival, causing damage to the leather. Seat ordered was advertised as #4 that is not the seat that I received. The seat was also several inches TOO SMALL to fit adequately on my bike. The listing showed it was compatible, it was not."

Read less

By C on August 10, 2020.

★★★★★ "These tank grip are very useful to me. They really help me keep from sliding to the rear of the seat. I just squeeze my legs tighter to the tank and I don't slide at all"

Read less

By Reze on August 5, 2020.

★★★★★ "Fast and easy service"

By Tess on August 5, 2020.

★★★★★ "Love it. Wish it came with some zip ties but still a great product and came fast."

By robert on August 2, 2020.

★★★★★ "Thanks dog"

By Drock H. on July 29, 2020.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 92% | 89% | 88% | 85% |
| Neutral | 8% | 3% | 1% | 3% |
| Negative | 0% | 9% | 11% | 12% |
| Count | 12 | 35 | 94 | 173 |

Previous  Next

Leave seller feedback | Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 9





SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options

**Continue**

---

## Shipment 1 of 1

### Shipping from UBuyMotor_1 *(Learn more)*

Shipping to: ▮▮▮▮▮▮▮▮, 100 W ROOSEVELT AVE, BENSENVILLE, IL, 60106-4106 United States

- **CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For KTM Super Duke 990 / Super Duke 990R / Adventure 950 S/Adventure 990 S R**
  $27.99 - Quantity: 1
  Sold by: UBuyMotor_1

Change quantities or delete

**Choose a delivery option:**

○ **Monday, Nov. 9 - Wednesday, Dec. 2**
  FREE Shipping

○ **Friday, Oct. 23 - Thursday, Oct. 29**
  $31.41 - Shipping

---

**Continue**

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 **amazon.com**

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS     PLACE ORDER

## Review your order



**Shipping address** Change

████████
100 W ROOSEVELT AVE
BENSENVILLE, IL 60106-4106
United States
Phone: ████

Add delivery instructions

**Payment method** Change
VISA ending in ████

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ] [ Apply ]

**prime** ████, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 9, 2020 - Dec. 2, 2020**

CNC Aluminum Billet Keyless Twist off Gas Fuel Tank Cap Cover For KTM Super Duke 990 / Super Duke 990R / Adventure 950 S/Adventure 990 S R
**$27.99**
Quantity: 1 Change
Sold by: UBuyMotor_1
Gift options not available.

**Choose a delivery option:**
● Monday, Nov. 9 - Wednesday, Dec. 2
FREE Shipping
○ Friday, Oct. 23 - Thursday, Oct. 29
$31.41 - Shipping

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:     $27.99
Shipping & handling:     $0.00
Total before tax:     $27.99
Estimated tax to be collected:*     $1.75

**Order total:**     **$29.74**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



‹ Back to results



| | |
|---|---|
| All ▾ | ktm 🔍 |

Account & Lists ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals   Gift Cards   Customer Service   Amazon.com   Prime Video   Best Sellers   Browsing History ▾   Buy Again   **Get ready for Halloween**



PillPack by Amazon Pharmacy — **Your medication, delivered**   Learn more ›





Roll over image to zoom in



## Motorcycle Extension Kickstand CNC Side Stand Enlarger Pate Pad For KTM Duke 125 200 2012 2013 2014 2015 2016 2017 2018 Duke 390 2013-2018 Duke 690 2012-2016

Brand: UbuyMotor

★★★★☆   21 ratings

Price: **$14.99** FREE Shipping on your first order. Details & FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Titanium&Orange**



| $16.99 | $18.99 | $16.99 |
| $14.99 | $16.99 | $16.99 |

- ❶【Fitment】▶KTM 125 Duke 2011 - 2017 ▶KTM 200 Duke 2011-2016 ▶KTM 250 Duke 2015-2017 ▶KTM 390 Duke 2013-2016 ▶KTM 690 Duke 2012-2017 (▶▶Please see product description for specific model.)
- ❷【Material】Aluminum material, the surface is oxidized to ensure long-term use.
- ❸【Installation】It is easy to install or remove, without any instructions, just complete the installation process by twisting the screws.
- ❹【Design】Extension kickstand with laser logo "DUKE" can increase the charm and uniqueness of your motorcycle.
- ❺【Function】Enlarge kickstand can increase the contact surface between the bracket and the ground, increase friction, and evenly disperse the weight of the bicycle, making the parking of the motorcycle more stable and effectively preventing the motorcycle from tilting.

› See more product details

**New (2) from** $14.99 & FREE Shipping on orders over $25.00

💬 Report incorrect product information.

**$14.99**

**FREE Shipping** on your first order. Details & FREE Returns ▾

Arrives: **Saturday, Oct 24**

Fastest delivery: **Wednesday, Oct 21**
Order within 1 hr and 34 mins
Details

**Only 15 left in stock - order soon.**

Qty: 1 ▾



Add to Cart

▶ Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by   UBuyMotor_1

☐ Add gift options

📍 Deliver to ▮▮▮▮▮▮ - Bensenville 60106

Add to List



New (2) from $14.99 & FREE Shipping on orders over $25.00 ›

Share ✉ f 🐦 P

Have one to sell?

Sell on Amazon

---

## Frequently bought together



Total price: **$40.97**

Add all three to Cart

Add all three to List

- ☑ **This item:** Motorcycle Extension Kickstand CNC Side Stand Enlarger Pate Pad For KTM Duke 125 200 2012 2013 2014… $14.99
- ☑ Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013-2016 Duke 200… $12.99
- ☑ 2018 Motorcycle Rear Fluid Reservoir Cap Cover Accessories for KTM Duke 125/200 Duke 390 2013-2018… $12.99

ⓘ One of these items ships sooner than the other. Show details

---

## 4 stars and above

Sponsored ⓘ     Page 1 of 5

















Favoto Motorcycle Cover Universal 96.5 inches in Length Heavy Duty Oxford Fabric wi…   ★★★★☆ 353   $28.89 ✓prime

M10 X1.25 Thread Stainless Steel Swing Arm Spools Sliders Stand Screws FOR KTM duke…   ★★★★☆ 179   $23.99 ✓prime

Motorcycle Kickstand Pad,Stainessless Motorcycle Parking Stand for Harley…   ★★★★☆ 158   $6.99 ✓prime

Tiakia Bike Phone Mount - Universal Motorcycle Mount Anti Shake & 360° Rotation, Fa…   ★★★★☆ 2,064   $21.98 ✓prime

R&P for BMW R1200GS Mobile Phone Navigation Bracket ADV F700 800GS CRF1000L Africa …   ★★★★☆ 99   $31.58 ✓prime

Badass Moto Motorcycle Kickstand Pad - Sturgis Orange - American Made in USA. Durab…   ★★★★☆ 308   $9.99 ✓prime

ATLAS Throttle Lock - Motorcycle Cruise Control Throttle Ass BOTTOM KIT   ★★★★☆ 381   $135.00 ✓prime

---

## Customers who viewed this item also viewed     Page 1 of 7





‹ Back to results

## Motorcycle Radiator Grille Guard Protective Cover For KTM 250/390 Duke 2017 2018

Brand: UbuyMotor

★★★★☆  2 ratings

Price: **$25.99** & FREE Shipping. Details & FREE Returns

**Coupon** ☐ Save an extra 5% when you apply this coupon. Details

Get **$50 off** instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from **other sellers** that may not offer free Prime shipping.

- ✔✔✔❶ 【FITMENT】► Husqvarna 401 Svartpilen 2018-2019► Husqvarna 401 Vitpilen 2018-2019► KTM 250 Duke 2017-2018► KTM 390 Duke 2017-2018
- ✔✔✔❶ 【MATERIAL】Made of aluminum alloy, the product has an elegant smooth black surface, which has been oxidized to add charm to your motorcycle.
- ✔✔✔❶ 【FUNCTION】It can protect the engine from stone or gravel damage during driving, ensure long-term use of the engine, and reduce maintenance costs. In addition, because of the protection of the radiator shield, you do not need to clean the engine, you only need to clean the shield regularly.
- ✔✔✔❶ 【DESIGN】The grid hollow design can effectively reduce air resistance and make you feel the joy of speed.
- ✔✔✔❶ 【SERVICE】This shop provides you with high-quality motorcycle accessories and also provides you with better services. We provide pre-sale consulting, after-sales service, product information tracking. You can contact us by e-mail, we will reply you as soon as possible.

› See more product details

⚠ Report incorrect product information.

**$25.99**
& **FREE Shipping.** Details
& **FREE Returns** ⌄

Arrives: **Saturday, Oct 24**
Details

Fastest delivery: **Wednesday, Oct 21**
Order within 1 hr and 34 mins
Details

**Only 4 left in stock - order soon.**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from    Amazon
Sold by    UBuyMotor_1

☐ Add **Prime** to get Fast, FREE delivery    prime

☐ Add gift options

📍 Deliver to [ ] - Bensenville 60106

[ Add to List ]

Share  ✉ f 🐦 📌

Have one to sell?
[ Sell on Amazon ]

Roll over image to zoom in

---

### You might also like

Sponsored ⓘ

‹ › 

| KTM XW-Ring Chain (Orange) 520x118 2003-2020 OEM: 79610965118EB | NICECNC Orange Left & Right Crash Pad Frame Slider Protection Guard Replace 125/200... | NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004 | KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804 | Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... |
|---|---|---|---|---|
| ★★★★★ 1 | ★★★★☆ 4 | ★★★★☆ 1 | ★★★★★ 1 | ★★★★☆ 43 |
| $124.99 | $49.99 ✓prime | $83.99 | $83.99 | $21.99 ✓prime |

Page 1 of 35

---

### 4 stars and above

Sponsored ⓘ

‹ ›

| Textile Motorcycle Jacket For Men Dualsport Enduro Motorbike Biker Riding Jacket Br... | 2pcs M8 X1.5 Motorcycle Swing arm Sliders Spools CNC Swing Arm Stand Screw for Duca... | Tiakia Bike Phone Mount - Universal Motorcycle Mount Anti Shake & 360° Rotation, Fa... | 2pcs M6 X1.5 Motorcycle CNC Swing arm Sliders Spools Stand Screw for Yamaha FZ01 FZ... | M10 X1.25 Thread Stainless Steel Swing Arm Spools Sliders Stand Screws FOR KTM duke... | Roam Universal Premium Bike Phone Mount for Motorcycle - Bike Handlebars,... | Motorcycle Backpack Waterproof Hard Sh Backpack Carbon Fi Riding Backpack |
|---|---|---|---|---|---|---|
| ★★★★☆ 2,516 | ★★★★☆ 98 | ★★★★☆ 2,064 | ★★★★☆ 96 | ★★★★☆ 179 | ★★★★☆ 23,360 | ★★★★☆ 570 |
| $69.99 ✓prime | $17.99 ✓prime | $21.98 ✓prime | $17.99 ✓prime | $23.59 ✓prime | $19.98 ✓prime | $49.99 ✓prime |

Page 1 of 2

---

### Customers who viewed this item also viewed

Page 1 of 8

 ‹    ›



Tools & Home Improvement > Power & Hand Tools > Hand Tools > Multitools & Accessories > Multitools





Roll over image to zoom in

   

## Udele-Store - Billet Rear Brake Pedal Step Tips & Gear Shifter Lever Tip For KTM SX SX-F EXC EXC-F XCW XCF SMR SMC 150 200 250 350 450 525 530

Brand: Udele-Store

Price: **$23.99**

Get $50 off instantly: Pay $0.00 $23.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ⌄

- 100% Brand new and High quality.
- Repair & Decorative accessories for Cars and Motorcycles include: Motocross Parts, Hand Control System, Body System, Brake Systm, Exhaust System, Decals & Stickers, Street & Sport Motorbike Parts, Car Accessories parts.
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service.
- 90% conventional orders will be delivered within 15-25 days.
- Please note that the products are only offered by Udele-Store brand. Other sales people is not reliable.

› See more product details

**$23.99**

FREE delivery: Nov 17 - Dec 9

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    Udele store
Sold by ...    Udele store

Deliver to Bensenville 60106

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

## More to consider from our brands

Page 1 of 2

   

Anti Touch Door Opener - No Touch Door Opener Tool, Multifunctional No Contact Keychain Tool...
⭐⭐⭐⭐ 275
$7.99

AmazonBasics 10-in-1 Electrician's Stripping Multi-Tool with Nylon Sheath
⭐⭐⭐⭐⭐ 164
$16.03

AmazonBasics 15-in-1 Multi-Tool Pocket Knife with Nylon Sheath
⭐⭐⭐⭐ 223
$13.61

AmazonBasics 11-in-1 Multi-Tool with Nylon Sheath
⭐⭐⭐⭐½ 144
$16.63

## Customers also viewed these products

Page 1 of 7

      

Motorcycle Rear Foot Brake Pedal Lever For KTM Husqvarna SX SX-F XC XC-F XC-W XCF-W...
⭐⭐⭐⭐ 13
$33.99

Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever for KTM EXC EXCF SX SXF XC XCF...
⭐⭐⭐½ 35
$8.99

AnXin CNC Rear Brake Pedal Step Plate Tip For Husqvarna TC125 16-20 FC250/350/450 16-20...
⭐⭐⭐⭐ 36
$9.99

JFG RACING CNC Foldable Brake Clutch Levers For 350 450 SX SXR SXF XCF XCFW...
⭐⭐⭐⭐ 66
$23.99

NICECNC Rear Brake Pedal Step Plate Tip for 690 DU- SMC ENDURO 08-09 SUPERMOTOR...
⭐⭐⭐⭐ 53
$14.99
Only 5 left in stock - order...

NICECNC Billet 57mm Wide Foot Pegs Footrest for 65SX 09-18,85SX 03-17,150-300XC/250XC...
⭐⭐⭐⭐ 52
$32.99
Only 14 left in stock - orde...

CNC Billet Pivot Bral Clutch Levers For KT 250 300 350 450 5C SX EXC EXCF XC XC...
⭐⭐⭐½ 20
$20.99

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be $0.00 instead of $23.99! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Product Details: - Condition:100% Brand New - Material:Aluminum - Color:As Picture Shown
Package Included:(As Picture Shown) 1x Shift Pedal Tip 1x Brake Pedal Plate
- Made from High Quality Aluminum, Beautiful And Durable - CNC Anodized Surface Finish - Easy To Install
Fitment:
Fit for Most KTM OEM Brake Pedal and shift lever For KTM SX SX-F EXC EXC-F XCW XCF SMR SMC

## Product information

### Technical Details

| Manufacturer | Udele-Store |
| --- | --- |
| Part Number | XAEPE_3273389660 |
| Material | Other |
| Item Package Quantity | 1 |

### Additional Information

| ASIN | B07R7QQ1WM |
| --- | --- |
| Best Sellers Rank | #2,238,214 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #18,687 in Multitools |
| Date First Available | April 24, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

Page 1 of 3

**Videos for related products**



11:47

Top 10 Best Tactical & Military Multi-Tools

Top 10 Zone



12:28

Top 10 Best Pocket Multi Tools

Top 10 Zone



10:48

Top 7 Best EDC Multitools

Top 10 Zone

12:03

Best Full Size Military Tactical Multi Tools

Top 10 Zone



Amazing Every Gears | Best ED

Top 10 Zone

Upload your video

## Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| 5 star | | 0% |
| --- | --- | --- |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

## Deals in magazine subscriptions




**National Geographic Kids**
★★★★☆ 6,384
Print Magazine
$15.00


**Health**
★★★★☆ 7
Print Magazine
$3.00


**Martha Stewart Living**
★★★★☆ 35
Print Magazine
$3.00


**Do it Yourself**
★★★★☆ 4,450
Print Magazine
$5.00


**InStyle**
★★★★☆ 6
Print Magazine
$3.00



## Popular products inspired by this item


**SATA 5 Piece Medium Ratcheting Tap and Die 3/8-Inch Drive Tool Set with T-Handle,...**
★★★★☆ 14
$44.99


**GOSONO 2PCS/Set one 5mm + one 6mm Electric Guitar Tremolo Trem Vibrato Arm Whammy...**
★★★★★ 3
$11.99


**Ag100 Kickstart Kit With Lever Bar For Chinese Qj Keeway For Suzuki Ag50 V100 Scooter Motorcycle Parts**
$100.99


**Motorcycle Handle Bar Clutch Brake Cable Lever Dust Cover For Zj 125 Cg 125...**
★★★★★ 1
$18.99


**USSAK Direct- One Pair Brake Clutch Gear Pedal Lever For Ducati Monster 821 1200 1200R 1200S 2014 2015 2016 2017...**
$145.99



---

**Your Browsing History**   View or edit your browsing history ›

      

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English    United States

| | | | |
|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store |
| **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified |

| | | |
|---|---|---|
| **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

≡ **amazon**

| All ▾ | | 🔍 |

🇺🇸 ▾   Hello, Sign in
Account & Lists ▾   Returns & Orders   Try Prime ▾   🛒 0 Cart

Deliver to Bensenville 60106

Holiday Deals    Gift Cards    Best Sellers    Customer Service    New Releases    AmazonBasics    Whole Foods    Free Shipping                Shop deals before they're gone

# Udele store

Udele store storefront

★★☆☆☆ | 20% positive lifetime (5 total ratings)

Udele store is committed to providing each customer with the highest standard of customer service.

Have a question for Udele store?

[ Ask a question ]

---

## Detailed Seller Information

**Business Name:** HOANG TRONG TIEN
**Business Address:**
9 Hung Vuong, Phu Hoi
Thanh pho Hue
Thua Thien Hue
530000
VN

---

| **Feedback** | Returns & Refunds | Shipping | Policies | Help | Products |

★☆☆☆☆  " been waiting for almost 2 months ordered April 20th "
By mark a. erman on June 10, 2020.

★☆☆☆☆  " never received item, terrible service !!!!!!! "
By Laurene Stamm on May 23, 2020.

★★☆☆☆  " Ordered 2 months ago and still haven't received my order,delayed until last of April,still haven't received and no updates.Not very pleased. "
By Lorrie-jane on May 11, 2020.

★☆☆☆☆  " So poor communication, no responsible manner....Order date is the end of Oct, and now beginning of December, and Still Wailing for ???_Not recommend at all !!! "
By PNK on December 1, 2019.

★★★★★  " Professional seller with good communication and super fast shipping. Seller was fast, understanding and responsive to our return request. "
By Prince Thomas v. Stillwell D.D.S. on November 23, 2019.

|         | 30 days | 90 days | 12 months | Lifetime |
|---------|---------|---------|-----------|----------|
| Positive | - | - | 20% | 20% |
| Neutral | - | - | 0% | 0% |
| Negative | - | - | 80% | 80% |
| Count | 0 | 0 | 5 | 5 |

Leave seller feedback   •   Tell us what you think about this page



## Inspired by your browsing history
Page 1 of 8

CICMOD Motorcycle Front & Rear Fork Wheel Frame Slider Crash Protector for KTM 125 200 390 Duke K
★★★★☆ 87
$25.98

Orange Accessories CNC Front Brake Master Cylinder Cover Fluid for KTM Duke 125 2013...
★★★★☆ 13
$12.99

Pro Taper Grip Glue Adhesive Compound Bottle 1 OZ
★★★★☆ 621
$10.75

KTM Racing HAT Orange UPW1758300
★★★★☆ 53
$22.00

FMF Racing 11299 Wash Plug
★★★★☆ 1,409
$11.08

## Deals in magazine subscriptions
Page 1 of 9

National Geographic Kids
★★★★☆ 6,384
Print Magazine
$15.00

Health
★★★★☆ 7
Print Magazine
$3.00

Martha Stewart Living
★★★★☆ 35
Print Magazine
$3.00

Do it Yourself
★★★★☆ 4,450
Print Magazine
$5.00

InStyle
★★★★☆ 6
Print Magazine
$3.00

## Your Browsing History   View or edit your browsing history ›
Page 1 of 2

See personalized recommendations
[ Sign in ]
New customer? Start here.

https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A27B0T3AZ5S6JL&sshmPath=



1-16 of 176 results for Udele store : "KTM"

**Brand**
Udele-Store



Udele-Store - Motorcycle Exhaust Silencer Tailpipe Rubber Silicon Sleeve For KTM 65 85 105 125 150 200 SX SXS XC EXC MXC 450 660 690 RALLYE

$24.99

FREE Shipping



Udele-Store - Rear Brake Pedal Lever for Husqvarna TE150 FE250 TE350 FE450 FE501 TX125 FX350 FX450 FC 250 350 450 TC125 For KTM

$107.99

FREE Shipping



Udele-Store - 2 Pcs M10x1.25 MM Mirror Hole Plug For Honda Suzuki Yamaha Kawasaki Ducati Harley BMW KTM

$22.99

FREE Shipping



Udele-Store - Motorcycle Rear Swing Arm Sticker Protector For Husqvarna TE250i TE300I TX300 FE TE FC FX TC FS 250 350 450 125 300 For KTM

$28.99

FREE Shipping



Udele-Store - Air/Fuel Mixture Screw For Keihin FCR Carbs For Honda/Yamaha/Kawasaki/Suzuki/KTM

$16.99

FREE Shipping



Udele-Store - 1pc Motorcycle Turn Signal Light Indicator Flowing Amber Lamps For Honda/BMW/Kawasaki/Yamaha/KTM

$11.99

FREE Shipping



Udele-Store - 1pcs Universal Motorcycle Ignition Switch +2 Key For Honda for Yamaha for Kawasaki for Suzuki/KTM

$9.99

FREE Shipping



Udele-Store – Universal Pair 7/8" 22mm Motorcycle Brake Clutch Lever Guard Protectors For Honda/Yamaha/Suzuki/Kawasaki/KTM

$61⁹⁹

FREE Shipping



Udele-Store – Billet Rear Brake Pedal Step Tips & Gear Shifter Lever Tip For KTM SX SX-F EXC EXC-F XCW XCF SMR SMC 150 200 250 350 450 52...

$23⁹⁹

FREE Shipping



Udele-Store – WP fork leg guard protector Cover Fork Guard Bolt Screw FOR KTM EXC SXF For Husqvarna TC TE TX FC FE FX 125 250 300 350 45...

$52⁹⁹

FREE Shipping



Udele-Store – Oil Filler Refueling Funnel For KTM EXC SXF SX XC XCF EXCF 125 250 350 450 525 530 2001- For Husqvarna Husaberg TE FE TC FC

$44⁹⁹



Udele-Store – Clutch Cover Water Pump Guard Protector Oil Fuel Filler Cap for KTM 250 350 SXF EXCF XCF XCFW Freeride SIX DAYS SX-F EXC-F...

$37⁹⁹

FREE Shipping



Udele-Store – Motorcycle Right Side Engine Case Slider Guard Protector for KTM 1290 Super Duke R 2014 2015 RC8 RC8R 2009-2014

$67⁹⁹

FREE Shipping



Udele-Store – Universal 7/8" Lever Brake Clutch Master Cylinder Set Kit Reservoir For KTM 200 250 300 450 505 525 530 XC/EXC/XC-W

$105⁹⁹

FREE Shipping



Udele-Store – Kickstand Side Stand for KTM EXC SX XC XCW EXC-F EGS MXC-G SGP XC-G RACING 125 250 200 300 380 400 450 525 Motorcycle

$147⁹⁹

FREE Shipping





Udele-Store - Motorcycle Kickstand Side Stand For Husqvarna TE FE TX FX 150 250 300 350 450 501 TE150 TE250 TE300 FE250 For KTM EXCF

$134.99

FREE Shipping

← Previous  1  2  3  …  11  Next →

## Need help?

Visit the help section or contact us

---

## Sponsored products related to this search  What's this?

Page 1 of 4




Tank Straps Motorcycle Tie Down Straps (2pk) - 10,000 lb Webbing Break Strength 2" x...
★★★★☆ 517
$43.77


MIBAO Half Round Doormat, 24 x 36 Non Slip Durable Welcome Door Mats, Boots...
★★★★☆ 422
$34.99


RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★☆ 3,374
$29.97


Tank Straps Motorcycle Tie Down Straps (4pk) - 10,000 lb Webbing Break Strength 2" x...
★★★★★ 123
$74.77


DEXI Indoor Doormat Front Door Rug, 20"x32" Absorbent Machine Washable Inside Door...
★★★★☆ 1,504
$20.99



## Deals in magazine subscriptions

Page 1 of 9




Highlights for Children
★★★★☆ 2,017
Print Magazine
$29.99


National Geographic Kids
★★★★☆ 6,384
Print Magazine
$15.00


Martha Stewart Living
★★★★☆ 35
Print Magazine
$3.00


Better Homes and Gardens
★★★★☆ 37
Print Magazine
$3.00


HGTV Magazine
★★★★☆ 17
Print Magazine
$10.00



## Your Browsing History  View or edit your browsing history  ›

See personalized recommendations

**Sign in**

New customer? Start here.

    

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | |

 



SIGN IN   **SHIPPING & PAYMENT**   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from Udele store**  (Learn more)

Shipping to: ■■■■, 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **Udele-Store - Billet Rear Brake Pedal Step Tips & Gear Shifter Lever Tip For KTM SX SX-F EXC EXC-F XCW XCF SMR SMC 150 200 250 350 450 525 530**
  $23.99 - Quantity: 1
  Sold by: Udele store

Change quantities or delete

**Choose a delivery option:**

◉ **Tuesday, Nov. 17 - Wednesday, Dec. 9**
FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

**amazon**.com

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Shipping address** Change
▮▮▮▮
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: ▮▮▮▮▮▮

Add delivery instructions

**Payment method** Change
VISA ending in ▮▮▮

**Billing address** Change
Same as shipping address

Add a gift card, promotion code, or voucher

[Enter Code] [Apply]

### Order Summary
| | |
|---|---|
| Items: | $23.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $23.99 |
| Estimated tax to be collected:* | $1.50 |

**Order total:** **$25.49**

How are shipping costs calculated?



prime ▮▮▮▮, we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music and more
» Get Started

**Estimated delivery: Nov. 17, 2020 - Dec. 9, 2020**

Udele-Store - Billet Rear Brake Pedal Step Tips & Gear Shifter Lever Tip For KTM SX SX-F EXC EXC-F XCW XCF SMR SMC 150 200 250 350 450 525 530
$23.99
**Quantity:** 1 Change
Sold by: Udele store
🎁 Gift options not available.

**Choose a delivery option:**
◉ Tuesday, Nov. 17 - Wednesday, Dec. 9
  FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

10/21/2020 Udele-Store - Rear Brake Pedal Lever for Husqvarna TE150 FE250 TE350 FE450 FE501 TX125 FX350 FX450 FC 250 350 450 TC125 For KTM - - Amazon.com

Case 1:20-cv-06677 Document 15-1 Filed 11/16/20 Page 475 of 498 PageID #: 2645



‹ Back to results



Roll over image to zoom in

# Udele-Store - Rear Brake Pedal Lever for Husqvarna TE150 FE250 TE350 FE450 FE501 TX125 FX350 FX450 FC 250 350 450 TC125 For KTM

Brand: Udele-Store

Price: **$107.99**

Get $50 off instantly: Pay $57.99 $107.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

- 100% Brand new and High quality.
- Repair & Decorative accessories for Cars and Motorcycles include: Motocross Parts, Hand Control System, Body System, Brake Systm, Exhaust System, Decals & Stickers, Street & Sport Motorbike Parts, Car Accessories parts.
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service.
- 90% conventional orders will be delivered within 15-25 days.
- Please note that the products are only offered by Udele-Store brand. Other sales people is not reliable.

› See more product details



**$107.99**

FREE delivery: **Nov 17 - Dec 9**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from ...    Udele store
Sold by ...      Udele store

📍 Deliver to Bensenville 60106



Add to List

Share 🔗 ✉ f 🐦 P

Have one to sell?

Sell on Amazon

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $57.99 instead of $107.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

---

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product description

Rear Brake Pedal Lever for Husqvarna TE150 FE250 TE350 FE450 FE501 TX125 FX350 FX450 2017 2018 2019 FC 250 350 450 TC125 For KTM
Brand new Premium upgrade replacement Rear Brake Pedal Lever. CNC-machined from aircraft arade aluminium for making them stronger and lighter than the stock pedal levers. It comes with a stainless steel cleats for maximum traction, spring loaded flexible tip help prevent the breaking on impact and brake snake cable to prevent the lever from bending or snapping from rocks or roots etc.
Product Details:- Condition: 100% Brand New- Qty: 1x Rear Brake Pedal Lever- Material: 7075-T6 Aluminum- Color: As Picture Shown
- CNC-machined from billet aircraft-grade 7075-T6 aluminum- Features lightweight, hight strength and durability- Flexible pivoting tip to prevents damage from crashes and impacts- Adjustable tip positions can be set longer, shorter or at stock length- Adjustable length brake saver cable also included- Hard anodized finishing
Fitment:
For KTM
125SX 2016-2019
125XC-W 2017
150SX/XC-W 2016-2019
250SX-F/XC-F 2016-2019
250EXC-F 2017-2019
350SX-F/XC-F 2016-2019
350EXC-F 2017-2019
450SX-F 2016-2019
450EXC-F 2017-2019
500EXC-F 2017-2019
for HUSQVARNA
TE150 2017-2019
FE250/350 2017-2019
FE450/501 2017-2019
TC125 2016-2019
FC250/350/450 2016-2019
TX125 2017-2019
FX350/450 2017-2019

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Udele-Store |
| Part Number | XAEPE_3298828201 |
| Material | Other |
| Item Package Quantity | 1 |

### Additional Information

| | |
|---|---|
| ASIN | B07RBPQB6Z |
| Date First Available | April 24, 2019 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback



☰ amazon

All ▾ | KTM

Deliver to Bensenville 60106

Holiday Deals  Gift Cards  Best Sellers  Customer Service  New Releases  AmazonBasics  Whole Foods  Free Shipping

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

0 Cart

Shop today's epic deals now

‹ Back to results



Universal
7/8" 22mm





Roll over image to zoom in

   

## Udele-Store - Universal Pair 7/8" 22mm Motorcycle Brake Clutch Lever Guard Protectors For Honda/Yamaha/Suzuki/Kawasaki/KTM

Brand: Udele-Store

Price: **$61.99**

Get $50 off instantly: Pay $11.99 $61.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Returnable until Jan 31, 2021 ▾

Color: **Blue**

| $61.99 | $61.99 | $61.99 | $61.99 |

- 100% Brand new and High quality.
- Accessories for replacement, repair and decoration of Cars and Motorcycles include: Protective Gears, Motorcycle Accessories, Motorcycle Covers, Motorcycle Repair Tool, Motorcycle Replacment Parts, Grips & Handlebar, Mirrors & Accessories, Motorcycle Ingition, Replacement Part , Motorcycle Seat, Car Electronics, Car Replacement Parts, Car Switch, Light Source, Remote Key & Shell, Car Exterior Accessories, Motorcycle Lighting, Turn Signal Indicators, Motorcycle Headlights.
- Excellent quality, fast delivery, simple after-sales. We make every effort to provide customers with satisfactory service.
- 90% conventional orders will be delivered within 15-25 days.
- Please note that the products are only offered by Udele-Store brand. Other sales people is not reliable.

› See more product details



**$61.99**

FREE delivery: **Nov 17 - Dec 9**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...  Udele store
Sold by ...  Udele store

📍 Deliver to Bensenville 60106

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

---

## Sponsored products related to this item

Page 1 of 13


KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★★ 3
$47.99


Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime


KTM Factory Flex Brake Lever (Orange) OEM: 7871390204404
★★★★★ 1
$101.99


GOOFIT Plastic Universal Rear Brake Fluid Reservoir Oil Cup Fit for Honda Yamaha Ka...
★★★★☆ 111
$7.20 ✓prime


KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor
★★★★☆ 43
$15.99 ✓prime


2003-2010 fits KTM 85SX 85 SX Front and Rear Severe Duty Sintered Metal Brake...
$31.95


KTM Probend Handguard Set by C OEM: U6910022
$53.99

Ad feedback 💬

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $11.99 instead of $61.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color:**Blue**

Universal 7/8" Handlebar Brake Clutch Lever Protective Guard Ends ProtectorSpecification :Product name : brake clutch lever endsMaterial : AluminumSurface finish : anodizedPlacement : front,right ,leftLength : 17.5cm/6.89inColor : red / black / blue / grayFeatures :
1.Can be used for brake or clutch lever protection
2.This guard protects your front brake from accidentally being engaged if you bump into another rider or other object.
3.For street riders, it can also be a good safety addition to against bumping into car mirrors or other road hazards.
3.Significantly reduces the risk of a dangerous front brake lock up.
4.Beneficial for improving safety on the street, especially for riders who regularly ride in groups.Fitment:Universal for Most Sport Street MotorcycleFor all 7/8" handle bar, Such as : for Honda, for Suzuki, for Yamaha, for Kawasaki etc.Package Included:2pcs (brake and clutch side)

## Product information

Color:**Blue**

### Technical Details | | ### Additional Information



☰ **amazon** | KTM 🔍 | Deliver to Bensenville 60106 | Hello, Sign in Account & Lists ▾ Account ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

‹ Back to results



Suitable  2018-2019 KTM Duke 790

Roll over image to zoom in

## UltraSupplier Pair Engine Guard Frame Slider Stator Case Cover Protector for 2018-2019 KTM Duke 790 Duke790 (Orange)

Brand: UltraSupplier

Price: **$39.99**

🏷 Coupon ☐ Save an extra 5% when you apply this coupon.
Details

Get $50 off instantly: Pay $0.00 $39.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

Color: **Orange**

 $39.99    $39.99

- Condition: Aftermarket 100% Brand New
- Material: CNC Aluminum; Quantity: 1 Pair
- Placement on Vehicle: Left & right
- Color: Same as picture showed
- Fitment: 2018-2019 KTM Duke 790

› See more product details

**$39.99**

$4.99 delivery: **Nov 18 - Dec 15**

**Usually ships within 6 to 10 days.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from ... Ultra_Supplier
Sold by ... Ultra_Supplier

📍 Deliver to Bensenville 60106

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]

Share ✉ f 🐦 📌

### Customers who viewed this item also viewed

   

FENRIR Front and Rear Fork Wheel Frame Sliders Motorcycle Slider Crash Protector For...
★★★★☆ 7
$25.00
Only 4 left in stock - order...

Xitomer Frame Slider/Crash Protector, For KTM 790 DUKE 2018 2019 2020, No-Cut...
★★★★★ 5
$45.99
Only 14 left in stock - orde...

### Customers also viewed these products
Page 1 of 8

‹       ›

M10 Motorcycle CNC Swingarm Sliders Spools Stand Screw For KTM Duke 125 200 390 690...
★★★★☆ 22
$19.99

Xitomer Frame Slider/Crash Protector, For KTM 790 DUKE 2018 2019 2020, No-Cut...
★★★★★ 5
$45.99
Only 14 left in stock - order...

Xitomer Rear Axle Fork Sliders/Crash Protector, For KTM 790 DUKE 2018 2019 2020,...
★★★☆☆ 3
1 offer from $19.99

COPART Motorcycle Engine Guards Protector Crash Bars without Frame Sliders for KTM...
★★★★☆ 34
$105.00
Only 7 left in stock - order...

COPART Motorcycle Engine Guard for KTM, Transparent Clutch Protector Cover Pressure Spring For KTM 1290...
★★★☆☆ 3
$128.88
Only 3 left in stock - order...

COPART Motorcycle Engine Guard Crash Bars Bumper Protector for KTM Duke 790 2018...
★★★★☆ 4
$179.00
Only 19 left in stock - orde...

### Sponsored products related to this item
Page 1 of 13

‹       ›

KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
★★★★☆ 3
$47.99

Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200...
★★★★☆ 43
$21.99 ✓prime

COPART Engine Guard Left and Right Side Frame Engine Stator Slider Case Cover Prote...
★★★★★ 2
$56.68

COPART Engine Guard Cover Frame Engine Stator Slider Case Protector for KTM...
$45.00

NEW OEM KTM Orange Rear Brake Disc Guard 2004-2017 SX XC EXC SXF 5481096120004
★★★★☆ 1
$83.99

KTM Boxer Made in Microfiber (92% Polyester - 8% Elastane) - Multicolor
★★★★☆ 43
$15.99 ✓prime

Ad feedback ☐

# Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

Color: **Orange**

### Technical Details

| Manufacturer | UltraSupplier |
|---|---|
| Brand | UltraSupplier |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | Does not apply |

### Additional Information

| ASIN | B07WFKWV1S |
|---|---|
| Best Sellers Rank | #3,668,631 in Automotive (See Top 100 in Automotive) #1,951 in Powersports Engine Guards |
| Date First Available | November 30, 2016 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

Page 1 of 2

### Videos for related products



Gator Guards SkegShield Skeg Guard

GlobalEcom



Engine Upper Crash Bar For Kawasaki Versys 650 2015-2020

LJBBUSROLL-US



PSLER Motorcycle Highway Engine Protection Bar Guard Crash Bars...

pslcustomerservice



Kawasaki Versys 1000 Part Engine Guards Crash Bars protector

LJBBUSROLL-US



Fit for GSXR 600 7... Engine Stator Start...

MADMOTO

Upload your video

## Product description

Color: Orange

The items you ordered will be shipped out in 1-2 business day by Hong Kong Air Mail when your payment is clear. The arrival time is 5-20 business days to United States usually. Customs duty is obligation and liability of a citizen in your country, so buyer should be responsible for any tax and custom duty incurred. Generally, the delay or failure delivery is sometimes caused by the policy of different customs. For example, Laser Pointer is unacceptable in some countries. Therefore, please double check your local customs policy carefully before purchase. Or, we will NOT be responsible for any failure delivery related destination customs issue. We ensure dispatch the item within 1-2 business days. However, you bought the item from opposite side of the earth, so it needs a little longer time to deliver. Please place order only if you agree with the shipping time and all the terms below.

## Sponsored products related to this item

Page 1 of 16




Motorcycle Kickstand Side Stand Enlarger Extension Enlarger Pate Pad For KTM 125 20...

★★★★☆ 21

$25.99 prime



M10 Motorcycle CNC Swingarm Sliders Spools Stand Screw For KTM Duke 125 200 390 690...

★★★★☆ 22

$19.99 prime



COPART Engine Guard Cover Frame Engine Stator Slider Case Protector for KTM...

$45.00



COPART Engine Guard Left and Right Side Frame Engine Stator Slider Case Cover Prote...

★★★★☆ 2

$56.68



HTTMT 249001-Compatible with KTM DUKE 125/200/390 CNC Aluminum Engine Oil...

★★★☆☆ 15

$12.52



MotorFansClub Engine Guard Fit For Compatible With KTM DUKE 390 2017 2018 2019 High...

$106.95 prime

Ad feedback

## Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

> How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## Inspired by your browsing history

Page 1 of 6

       

KTM 2013 Dual Compound Enduro Grips 78102021000 (Original Version)
★★★★☆ 134
$21.59

2pcs 7/8" Universal Motorcycle Hand Bar Grips Pillow Grip Anti-slip Rubber Racing...
★★★★☆ 881
$7.99

7/8 inche 1 1/8 inches Hand Guards Handguard Protector Protection For KTM EXC EXCF SX SXF...
★★★★☆ 61
$15.99

FMF Racing 11299 Wash Plug
★★★★☆ 1,409
$11.08

Motorex Top Speed 4T Oil - 15W50 - 4 Liter 171-435-400
★★★★★ 107
$47.30

Rear Brake Pedal Step Plate Tip Gear Shifter Shift Lever For KTM EXC EXCF SX SXF XC XCF...
★★★★☆ 35
$8.99

ZW Hom Fender LED Bra for Dirt
★★★★
$12.99

## Deals in magazine subscriptions

Page 1 of 6

      

National Geographic Kids
★★★★☆ 6,384
Print Magazine
$15.00

Food & Wine
★★★★☆ 12
Print Magazine
$3.00

Sound & Vision
★★★★☆ 208
Print Magazine
$9.74

Womans World
★★★★☆ 1,283
Print Magazine
$47.50

Martha Stewart Living
★★★★☆ 35
Print Magazine
$3.00

Real Simple
★★★★☆ 6,878
Print Magazine
$10.00

ELLE DE
★★★★
Print Mag
$5.00

**Your Browsing History**   View or edit your browsing history

See personalized recommendations

Sign in

New customer? Start here.

Page 1 of 2

      

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |



10/21/2020

≡ **amazon**  Ultra_Supplier ▾  KTM  🔍  🇺🇸  Hello, Sign in / Account & Lists ▾ / Account ▾ | Returns & Orders | Try Prime ▾ | 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Registry | Sell | Coupons

1-16 of 113 results for Ultra_Supplier : **"KTM"**  Sort by: Featured ▾

**Brand**
UltraSupplier
Tmsuschina
Tmsinchina
Ultrasupplier



UltraSupplier Pair Engine Guard Frame Slider Stator Case Cover Protector for 2018-2019 KTM Duke 790 Duke790 (Orange)
**Orange**
$39⁹⁹
Save 5% with coupon
$4.99 shipping
Usually ships within 6 to 10 days.
Also available in Black





Aluminum CNC Chain Rear Sprocket Guard Cover Protector For KTM Duke 125 200 390 (Black)
**Black**
$22⁹⁹
Save 5% with coupon
$9.00 shipping
Usually ships within 6 to 10 days.
Also available in Orange





RC125 RC200 RC390 Accessories Motorcycle Double Bubble Windscreen Windshield Wind Shield Fly Screen Cover Protector for 2014 2015 2016...
**Dark Somke**
$33⁹⁰
Save 5% with coupon
$4.99 shipping
Usually ships within 6 to 10 days.
Also available in Light Somke





UltraSupplier Duke250 Duke390 Parts Motorcycle Handle Bar Hand Guard Handguard Protector for KTM Duke 250 390 2013 2014 2015 2016 2017...
$32⁹⁹
Save 5% with coupon
$4.99 shipping
Usually ships within 6 to 10 days.



For KTM 1290 Super ADV Adventure R S 2017 2018 2019 Motorcycle Motorbike Large Windscreen Windshield Airflow Wind Deflector Screen...
**Light Smoke**
$48⁹⁹
Save 5% with coupon
$9.00 shipping
Usually ships within 6 to 10 days.
Price may vary by color





for KTM 1050 1090 1190 Adv 1290 Super Duke R Frame Hole Insert Cover Cap Plug (Black)
**Black**
$18⁹⁹
Save 5% with coupon
$4.99 shipping
Usually ships within 6 to 10 days.
Also available in Orange





UltraSupplier Motorcycle Accessories Frame Side Body Cover Panel Protector Motor Parts for KTM 1090 1190 ADVENTURE 1290 (Orange)
**Orange**
$41⁵⁶

≡ **amazon**  | All ▾ | 🔍 | 🇺🇸 ▾ | Hello, Sign in **Account & Lists** ▾ | Returns **& Orders** | Try Prime ▾ | 🛒 **0** Cart

📍 Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop today's epic deals now

# Ultra_Supplier

Ultra_Supplier storefront

⭐⭐⭐⭐½ | **85% positive** in the last 12 months **(13 ratings)**

**Important Information:**

We strive our best to provide you the most reliable, affordable way of shipping service.

But sometimes international delivery is highly depended on the courier company and local customs/duties, so we cannot 100% guarantee that you will receive it in time. sometimes it will take a little longer as estimated. please contact us if any delay shipping.

In case if you do not receive the package on time, or our product come with some problem, or our product not as your expect, et...

Read more

---

## Detailed Seller Information

**Business Name:** Yeung Wai Man

**Business Address:**
Flat E 10 Floor Block 4
Lily Mansion Whampoo
Hung Hom
Kowloon
HK

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | - | 85% | 92% |
| Neutral | - | - | 8% | 4% |
| Negative | - | - | 8% | 4% |
| Count | 0 | 0 | 13 | 2,930 |

⭐⭐⭐⭐⭐ " *as advertised* "
By Laennec Ratard on July 17, 2020.

⭐⭐⭐☆☆ " *I received the cage late yes it is 200$ cheaper then big name brands but the welds I was expecting for the price just wasn't the best they are together but the...* "
Read more
By Richie Brown on May 26, 2020.

⭐⭐⭐⭐⭐ " *Ok* "
By BARRY L EMBRY on May 2, 2020.

⭐☆☆☆☆ " *Item was never received by March 27th. Order was placed in January. That's not my fault at all. Why should I have to pay 121 shipping when YOU FAILED TO ENSURE DELIVERY BY MARCH 27th. ITEM STILL HAS NOT ARRIVED!!!!!!!! your LAST UPDATE SAID "lost in transit"* "
Read less
By Elizabeth Forster on April 11, 2020.

" *We kept contacting and informed you to pick up the parcel from post office since 03/12. You didn't do that, so it's our fault??* "
By Ultra_Supplier on April 13, 2020.

⭐⭐⭐⭐⭐ " *product arrived in 10 days, perfect fit and easy install... looks great on my 2016 FZ09* "
By Amazon Customer on April 2, 2020.

Previous **Next**

Leave seller feedback | Tell us what you think about this page

---

## Have a question for Ultra_Supplier?

Ask a question

---

## Deals in magazine subscriptions

Page 1 of 6

‹

 **National Geographic Kids** ⭐⭐⭐⭐½ 6,384 Print Magazine $15.00

 **Highlights High Five** ⭐⭐⭐⭐½ 1,343 Print Magazine $29.99

 **Food Network Magazine** ⭐⭐⭐⭐½ 5,184 Print Magazine $6.00

 **Martha Stewart Living** ⭐⭐⭐⭐½ 35 Print Magazine $3.00

 **Highlights for Children** ⭐⭐⭐⭐½ 2,017 Print Magazine $29.99

 **Food & Wine** ⭐⭐⭐⭐½ 12 Print Magazine $3.00

 **Reader'** ⭐⭐⭐ Print Ma $8.00

›

---

## Inspired by your browsing history

Page 1 of 6



SIGN IN    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

# Choose your shipping options


Continue

**Shipment 1 of 1**

**Shipping from Ultra_Supplier**   (Learn more)

Shipping to: ▇▇▇ 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **UltraSupplier Pair Engine Guard Frame Slider Stator Case Cover Protector for 2018-2019 KTM Duke 790 Duke790 (Orange)**
  $39.99 - Quantity: 1
  Sold by: Ultra_Supplier

Change quantities or delete

**Choose a delivery option:**

◉ **Wednesday, Nov. 18 - Tuesday, Dec. 15**
$4.99 - Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



## amazon.com

SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    PLACE ORDER

## Review your order



**Shipping address** Change

1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone:
Add delivery instructions

**Payment method** Change
ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

Enter Code   Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:    $39.99
Shipping & handling:    $4.99

Total before tax:    $44.98
Estimated tax to be collected:*    $2.50

**Order total:**    **$47.48**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**FREE TRIAL**

▨, we're giving you 30 days of Prime benefits for FREE    **Try Prime FREE for 30 days** ›

**Estimated delivery:  Nov. 18, 2020 - Dec. 15, 2020**

UltraSupplier Pair Engine Guard Frame Slider Stator Case Cover Protector for 2018-2019 KTM Duke 790 Duke790 (Orange)
$39.99
**Quantity:** 1 Change
Sold by: Ultra_Supplier
Gift options not available.

**Choose a delivery option:**
◉ **Wednesday, Nov. 18 - Tuesday, Dec. 15**
$4.99 - Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case: 1:20-cv-06677 Document #: 15 Filed: 11/10/20 Page 484 of 498 PageID #:2654



‹ Back to results



Roll over image to zoom in

## Aluminum CNC Chain Rear Sprocket Guard Cover Protector For KTM Duke 125 200 390 (Black)

Brand: Tmsuschina

Price: **$22.99**

**Coupon** ☐ Save an extra 5% when you apply this coupon.
Details

Get $50 off instantly: Pay $0.00 $22.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ⌄

**Color: Black**

| $22.99 | $22.99 |

- Condition: 100% Brand New
- Material: CNC Aluminum
- Quantity: 1 piece
- Color: Same as picture showed
- Fitment: KTM Duke 125 200 All Year 2013-2015 KTM 390

› See more product details

---

**$22.99**

$9.00 delivery: **Nov 18 - Dec 15**

**Usually ships within 6 to 10 days.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Ultra_Supplier
Sold by ... Ultra_Supplier

📍 Deliver to Bensenville 60106

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

---

### Customers who viewed this item also viewed



Motorcycle Extension Kickstand CNC Side Stand Enlarger Pate Pad For KTM Duke 125 200...
★★★★☆ 21
$14.99
Only 15 left in stock - orde...

---

### Sponsored products related to this item

Page 1 of 16

   

| Motorcycle Swingarm Guard Swing Arm Protector For KTM EXC125 EXC200... | Orange 10MM Motorcycle Swing Arm Sliders Spools CNC Swingarm Arm Stand... | Motorcycle Black 6061-T6 Aluminum Chain Guard Cover Chain Protector for KTM 125... | KTM Supersprox Stealth Rear Sprocket (Orange) 48T OEM: 5841005104804 | 1998 1999 2000 fits KTM 200 MXC 15 Tooth Front and 50 Tooth Rear Sprocket | Rebacker Motorcycle Radiator Guard Cover Grill Protector for KTM 390 Duke 2017-2018... |
|---|---|---|---|---|---|
| ★★★★☆ 43 | ★★★★☆ 10 | | ★★★★★ 1 | ★★★★★ 1 | ★★★★★ 1 |
| $21.99 ✓prime | $11.99 ✓prime | $26.99 | $83.95 | $39.95 | $47.99 |

Ad feedback

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product information

Color:Black

#### Technical Details

| Manufacturer | Tmsuschina |
|---|---|
| Brand | Tmsuschina |
| Is Discontinued By Manufacturer | No |

#### Additional Information

| ASIN | B07FKHBMFW |
|---|---|
| Best Sellers Rank | #3,336,429 in Automotive (See Top 100 in Automotive) |
| | #3,206 in Powersports Fairing Kits |

10/21/2020 Amazon.com: RC125 RC200 RC390 Accessories Motorcycle Double Bubble Windscreen Windshield Wind Shield Fly Screen Cover Protector for 2014 2015 2016 2017 2018 KTM RC 125 200 390 (Dar...

Case 1:20-cv-06677-Document 1-15 Filed 11/10/20 Page 485 of 498 PageID #: 2655

≡ amazon | All ▾ | KTM | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ | Returns & Orders ▾ | Try Prime ▾ | 🛒 0 Cart

Deliver to Bensenville 60106 | Holiday Deals | Gift Cards | Best Sellers | Customer Service | New Releases | AmazonBasics | Whole Foods | Free Shipping | Shop deals before they're gone

‹ Back to results





2014-2018 KTM RC125/RC200/RC390

Roll over image to zoom in

## RC125 RC200 RC390 Accessories Motorcycle Double Bubble Windscreen Windshield Wind Shield Fly Screen Cover Protector for 2014 2015 2016 2017 2018 KTM RC 125 200 390 (Dark Somke)

Brand: Tmsuschina

Price: **$33.90**

Coupon ☐ Save an extra 5% when you apply this coupon. Details

Get $50 off instantly: Pay $0.00 $33.90 upon approval for the Amazon Rewards Visa Card. No annual fee.

This item is returnable ▾

Color: Dark Somke

[ $33.90 ] [ $33.90 ]

- 【Condition】Aftermarket 100% Brand New 【Color】Light Smoke/Smoke, same as picture showed
- 【Material】High quality ABS plastic and exquisite workmanship, which tends to be more durable and sturdy 【Quantity】1 Piece of windshield, comes with mounting bracket
- 【Feature】--Extremely easy to mount on your bike--Protecting the motorcycle rider from the Wind, Thrown-up Rocks, and Debris. --Reduce wind speed and airflow for a more comfortable ride. --Provides good-looking while adding an excellent degree of wind protection
- 【Service By Us】--Any question, please contact us , we will response to you within 24 hours and solve the problem for you. --If you do not receive the item in the scheduled time, or you are not satisfied with what you receive, please kindly get back to us for a solution. --If you receive defective item (seldom happen), we will either refund or send replacement. Enjoy true worry-free shopping experience in our shop!!!
- 【Fitment】Fits for 2014-2018 KTM RC125/RC200/RC390
- › See more product details



**$33.90**

$4.99 delivery: **Nov 18 - Dec 15**

Usually ships within 6 to 10 days.

Qty: 1 ▾

[ Add to Cart ]
[ Buy Now ]

🔒 Secure transaction

Ships from ... Ultra_Supplier
Sold by ... Ultra_Supplier

📍 Deliver to Bensenville 60106

[ Add to List ]

Share 🔗 ✉ f 🐦 📌

Have one to sell?

[ Sell on Amazon ]

### Sponsored products related to this item

Page 1 of 27



Motorcycle Swingarm Guard Swing Arm Protector For TC125 TC250 FC250 FC350...
⭐⭐⭐⭐ 43
$21.99 ✓prime



RC390 Motorcycle CNC 22MM Handlebar Grips Handle Bar Cap End Plugs For KTM RC 390...
⭐⭐⭐⭐⭐ 1
$25.99 ✓prime



KYN for BMW G310GS 2017 2018 2019 G 310 GS Wind Deflectors 17 18 Motorcycle Double...
⭐⭐⭐⭐ 2
$85.00



KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404
⭐⭐⭐⭐ 3
$47.99



Orange 10MM Motorcycle Swing Arm Sliders Spools CNC Swingarm Arm Stand...
⭐⭐⭐⭐ 10
$11.99 ✓prime

Motorcycle Orange 6061-T6 Aluminum Chain Guard Cover Chain Protector for KTM 125...
$26.99

Ad feedback 💬

‹ ›

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

### Product information

Color:**Dark Somke**

#### Technical Details

| | |
|---|---|
| Manufacturer | Tmsuschina |
| Brand | Tmsuschina |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | Tmsuschina |

#### Additional Information

| | |
|---|---|
| ASIN | B07FW3WXZP |
| Best Sellers Rank | #2,623,292 in Automotive (See Top 100 in Automotive) #427,161 in Motorcycle & Powersports |
| Date First Available | November 30, 2016 |

#### Warranty & Support



Automotive › Motorcycle & Powersports › Parts › Controls › Handlebars & Components › Handguards

## Motorcycle Brush Bar Hand Guard Handguards Protector Protection For  For Honda For Suzuki For Kawasaki For Yamaha (Black)

Brand: Bravic



Roll over image to zoom in

Price: **$96.99** & FREE Shipping

**Get $50 off instantly:** Pay $46.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Green**

| | | |
|---|---|---|
| $96.99 | $96.99 | $96.99 |
| $96.99 | $96.99 | |

- Our professional technicians do heavy research and development in testing car applications and fitments for our products. RELATED SEARCHES [Boat Hook, Boat For, Boat Stainless, Boat Rope, Flag Wall Metal, Beach Flag, Hook Ship, Cosplay Guy, Phone Battery Bank Free Shipping, Accessory For Boat, Boat, Cafe Flag, The Beach Flag, Boat Pole, Base Boat, Rod]
- We also do rigorous testing on the strength, durability, as well as longevity of the material in order to make sure when the product arrives at the consumers end that it's ready to go without worries. RELATED SEARCHES [Boat Rope, Boat Fish, Handmade Puppet, Underpants Man Flag, for Samsung A8 2018 Nature, Boat Pvc, Boat For, Carbon Telescopic Pole Rod, Boat Mast, Anchor Boat]
- The car, boat & motorcycle accessories category include: Protective Gear, Frames & Fittings, Brakes, Engines & Engine Parts, Exhaust & Exhaust Systems, Fuel Supply, Ingition, Seat Covers, Electrical System, Wheels & Rims, Bumpers & Chassis Filters, Bags & Luggage. RELATED SEARCHES [Boat, The Beach Flag, Boat Mount, Base Boat, Boat Motor Mount, Foulard Flag, Kayak, Bimini for Marine]
- As automotive technology continues to advance, our commitment to developing the newest performance products is stronger than ever. For whatever you drive now and in the future, We will have the most advanced performance products available. RELATED SEARCHES [Boat Hook, Boat For, Boat Rope, Flag Wall Metal, Boat, Cafe Flag, The Beach Flag, Boat Pole, Base Boat, Rod, Boat Fish]
- Lifetime Waranty and 100% Satisfaction of customer service for ensuring the long-lasting enjoyment of your product.Please feel free to contact our customer support team when you have any question about the product ,and you will receive a satisfactory reply. RELATED SEARCHES [Boat Rope, Boat Mast, Boat Fish, Anchor Boat, Accessory For Boat, Boat Hook, Boat Mount, Boat Kayak]

› See more product details

⚑ Report incorrect product information.

---

**$96.99**
& **FREE Shipping**

Arrives: Nov 19 - Dec 11

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

🔒 **Secure transaction**

Ships from ... Ung-Car US
Sold by ... Ung-Car US

⊙ Deliver to Bolingbrook 60440

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

Case 1:20-cv-06677 Document 1-5 Filed 11/10/20 Page 487 of 498 PageID #: 265



Sponsored

## You might also like

Sponsored ⓘ

Page 1 of 13








| | | | | | |
|---|---|---|---|---|---|
| Motorcycle Duke390 250 Handguards Hand Handle Bar Handguard Hand Guards Brush... | JFG-RACING Black Handguards Hand Guards - Universal for 7/8" and 1 1/8" Brush... | JFG RACING Motorcycle Universal Handguards Aluminum Hand Guards Brush Bar For off R... | 7/8 Inches 22mm Motorcycle Universal Handguards Hand Guard for KTM EXC EXCF SX... | 7/8"22mm and 1 1/8"28mm Handguards Universal Hand Guards Brush Bar For off Road... | Worldm Motorcy Handgu Univers |
| $35.99 ✓prime | ★★★★☆ 433 | ★★★★☆ 733 | ★★★☆☆ 22 | ★★★☆☆ 119 | ★★★ |
| | $29.99 ✓prime | $19.99 ✓prime | $22.89 ✓prime | $10.99 ✓prime | $16.9 |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $46.99 instead of $96.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Color:**Green**

NEW

## Product information

Color:**Green**

### Technical Details

| | |
|---|---|
| Manufacturer | 8 |
| Part Number | Store565 |
| Color | Green |
| Material | Other |

### Additional Information

| | |
|---|---|
| ASIN | B08J46C8LX |
| Date First Available | September 15, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

# Videos

### Videos for related products

      

7:29     1:59     1:53

Installing handguards on 2008 Yamaha WR250F

JFG RACING

JFG-RACING Black Hand Guards Handguards

JFG RACING

JFG-RACING Black Hand Guards Hand Guards - Universal for 7/8"...

JFG RACING

[ Upload your video ]

---

## You might also like

Sponsored ⓘ

Page 1 of 10

‹                     ›

| KTM Hand Brake Lever (Orange) 2014-2020 OEM: 7871399204404 | KTM Rear Brake Disc Guard (Black) 2004-2020 OEM: 5481096120030 | Worldmotop Hand Guards Motorcycle Hand Brush Guards Handlebar for BMW R1200GS LC... | Hand Guards Handguards Guard Handguard - Universal 7/8 inches 22mm and... | Worldmotop Hand Guards Motorcycle Hand Brush Guards Handlebar for Honda CRF1000L... | Univers... Handgu... Hand B... Handle... |
|---|---|---|---|---|---|
| ★★★★½ 3 | | | ★★★★☆ 100 | | ★★★★ |
| $47.99 | $83.99 | $79.09 | $24.99 ✓prime | $79.09 | $17.9 |

Sponsored

---

## Customer questions & answers

[ 🔍 Have a question? Search for answers ]

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

---

## Review this product

Share your thoughts with other customers

Case 1:20-cv-06677 Document 15 Filed 11/10/20 Page 489 of 498 PageID #: 2659

Write a customer review



7/8 Inches 22mm Motorcycle Universal Handg...

22

$22.89

Shop now

Sponsored

Sponsored

## Deals in magazine subscriptions

Page 1 of 8




**Real Simple**
★★★★☆ 31
Print Magazine
$5.00



**Reader's Digest**
★★★★☆ 8,605
Print Magazine
$8.00



**EatingWell**
★★★★☆ 3,633
Print Magazine
$5.00



**Birds & Blooms**
★★★★☆ 3,114
Print Magazine
$8.00



**This Old House**
★★★★★ 1
Print Magazine
$8.00



## Best sellers in Kindle eBooks

Page 1 of 7




**A Time for Mercy (Jake Brigance Book 3)**
› John Grisham
★★★★☆ 1,492
Kindle Edition
$14.99



**If You Tell: A True Story of Murder, Family...**
› Gregg Olsen
★★★★☆ 17,084
Kindle Edition
$4.99



**The Cipher (Nina Guerrera Book 1)**
› Isabella Maldonado
★★★★☆ 4,126
Kindle Edition
$4.99



**I Promise You: Stand-Alone College Sports...**
› Ilsa Madden-Mills
★★★★☆ 590
Kindle Edition
$2.99



**Spellbreaker**
› Charlie N. Holmberg
★★★★☆ 2,137
Kindle Edition
$4.99



## Your Browsing History   › View or edit your browsing history

Page 1 of 2












Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

English    United States

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Business Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |
| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



☰ **amazon**

Ung-Car US ▾ | Ktm | 🔍

Hello, Account ▾ | Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bolingbrook 60440

Holiday Deals | Gift Cards | Browsing History ▾ | Customer Service | 's Amazon.com | Prime Video | Best Sellers | Buy Again

1-16 of 43 results for **Ung-Car US** : **"Ktm"**

Sort by: Featured ▾

**Brand**
Bravic
EHS



Rear Wheel Hub Spacers for KTM 125 150 200 250 300 350 400 450 SX SXF XC XCF 2013-2019 for Husqvarna TC TX FC FX 2016...
$28⁹⁹
FREE Shipping



Front Fork Guard Bolts Screw For Ktm 50 65 85 125 200 250 300 350 450 530 Sx Sxf Xc Xcf Exc Excf Xcw Xcfw Freeride 250R 300...
$18⁹⁹
FREE Shipping



Mx Motocoross Front Frok Cap Wrench Tool 49Mm For Ktm For Honda For Yamaha For Kawasaki For Suzuki Crf Yzf Kxf Rmz Xc ...
$61⁹⁹
FREE Shipping





Motorcycle Fork Compression Valve Removal Tool For Ktm Sx Sxf Xc Xcf 125 200 250 300 350 450 530 2017 2018 Wp Front Fork...
$66⁹⁹
FREE Shipping

Motorcycle Brush Bar Hand Guard Handguards Protector Protection For Ktm For Honda For Suzuki For Kawasaki For...
$96⁹⁹
FREE Shipping



Motorcycle Front And Rear Brake Pads For Ktm Sx 250 2003-2008 Sxf250 Sxf 250 2005-2014 Xc 250 2006-2014 (Front)
$69⁹⁹
FREE Shipping

10/24/2020



400Mm Motorcycle Front Fender/Mudguard/Mud Guard For Ktm 50 - More Color (White)

$18⁹⁹

FREE Shipping



Motorcycle 22Mm Handlebar Riser For Ktm 105 125 144 150 200 250 300 350 400 450 500 525 530 Sx Sxf Exc Excf Xc Xcw...

$55⁹⁹

FREE Shipping



Motorcycle Plastic Swingarm Protector Cover Heavy Duty For Ktm 150 200 250 300 450 500 Xcw Xcfw Exc Excf Tpi Six Days...

$63⁹⁹

FREE Shipping



Motorcycle Front And Rear Brake Pads For Ktm Lc4 640 Enduro Supermoto 2000 2001 2002 2003 2004 Lc 640 Aventure 2000-...

$69⁹⁹

FREE Shipping



Motorcycle Cnc Barback Handlebar Risers Bracket Kits For Ktm 1050 1090 1190 1290 Adventure Super Adv Super For Duke Gt...

$72⁹⁹

FREE Shipping



7 Color Gel Rubber Handlebar Grips For Crf Yzf Wrf Kxf Klx For Ktm Rmz Pit Dirt Bike Motocross Motorcycle Enduro Mx Offroad...

$13⁹⁹

FREE Shipping



Fuel Gas Tank Petcock Switch For Ktm 50 65 Mini Junior Senior Pro Sr Jr

$15⁹⁹

FREE Shipping



Motorcycle Chain Guard Chain Cover Protector For Ktm 1290 1050 1190 Adv (Orange)

$77⁹⁹

FREE Shipping



Motorcycle Rear Brake Master Cylinder Guard Protector For Ktm 1050/1090 1190 1290 Adventure (Black)

$51⁹⁹

FREE Shipping



Motorcycle Cnc Transparent Clutch Cover Protector For Ktm 1050 1090 1190 1290 Adventure Super For Duke R/Gt Lc8 Engine All...

$549⁹⁹

FREE Shipping

← Previous   | 1 | | 2 | | 3 |   Next →

## Need help?

Visit the help section or contact us

## Sponsored products related to this search What's this? ⌄


Tank Straps Motorcycle Tie Down Straps (2pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 524
$43.77


Rhino USA Ratchet Straps Heavy Duty Tie Down Set, 5,208 Break Strength - (4) Heavy...
★★★★★ 2,197
$59.97


JNR Moto Sports Motorcycle Tie Downs Cam Buckle Motorcycle Straps Easier Than...
★★★☆☆ 1
$21.99


RHINO USA Ratchet Straps (4PK) - 1,823lb Guaranteed Max Break Strength, Includes (4)...
★★★★½ 3,409
$29.97


Tank Straps Motorcycle Tie Down Straps (4pk) - 10.000 lb Webbing Break Strength 2" x...
★★★★★ 123
$74.77

## Deals in magazine subscriptions


Food & Wine


Diesel World


Ask


Midwest Living


Southern Living



☰ **amazon**  | All ▾ | [search] 🔍 | 🇺🇸 | Hello, Account ▾ Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

📍 Deliver to Bolingbrook 60440 | Holiday Deals · Gift Cards · Browsing History ▾ · Customer Service · ⬛'s Amazon.com · Prime Video · Shop deals before they're gone

# Ung-Car US

Ung-Car US storefront
*Just launched · No feedback yet*
Ung-Car US is committed to providing each customer with the highest standard of customer service.

> **Have a question for Ung-Car US?**
> [Ask a question]

---

## Detailed Seller Information

**Business Name:** Sakulchai Hathainiramol
**Business Address:**
3752/10 Chongnonsi
Yannawa
Bangkok
10120
TH

---

| **Returns & Refunds** | Shipping | Policies | Help | Products |
|---|---|---|---|---|

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact Ung-Car US to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

---

Leave seller feedback | Tell us what you think about this page

---

## Deals in magazine subscriptions

Page 1 of 8

‹        ›

| National Geographic Kids | Martha Stewart Living | Martha Stewart Living | Flying | Reader's Digest |
|---|---|---|---|---|
| ★★★★☆ 6,455 | ★★★★½ 4,377 | ★★★★½ 36 | ★★★★☆ 14 | ★★★★½ 8,605 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $15.00 | $5.00 | $3.00 | $7.00 | $8.00 |

## Best sellers in Kindle eBooks

Page 1 of 7

‹        ›

| A Time for Mercy (Jake Brigance Book 3) | If You Tell: A True Story of Murder, Family Secrets,... | The Cipher (Nina Guerrera Book 1) | I Promise You: Stand-Alone College Sports... | Spellbreaker |
|---|---|---|---|---|
| › John Grisham | › Gregg Olsen | › Isabella Maldonado | › Ilsa Madden-Mills | › Charlie N. Holmberg |
| ★★★★½ 1,492 | ★★★★½ 17,084 | ★★★★½ 4,126 | ★★★★½ 590 | ★★★★½ 2,137 |
| Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition |
| $14.99 | $4.99 | $4.99 | $2.99 | $4.99 |

## Your Browsing History    View or edit your browsing history ›

Page 1 of 2

 

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

# Choose your shipping options

<span style="float:right">[ Continue ]</span>

---

**Shipment 1 of 1**

**Shipping from Ung-Car US**  (Learn more)

Shipping to: ▮▮ 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825
United States

- **Motorcycle Brush Bar Hand Guard Handguards Protector Protection For Ktm For Honda For Suzuki For Kawasaki For Yamaha (Black)**
  $96.99 - Quantity: 1
  Sold by: Ung-Car US

Change quantities or delete

**Choose a delivery option:**

- **Thursday, Nov. 19 - Friday, Dec. 11**
  FREE Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

 amazon.com

SIGN IN | SHIPPING & PAYMENT | GIFT OPTIONS | PLACE ORDER

## Review your order

ⓘ Want to save time on your next order and go directly to this step when checking out?
☐ Default to these delivery and payment options



**Shipping address** Change
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone: ▮▮▮▮▮
Add delivery instructions

**Payment method** Change
▮▮ ending in ▮▮▮

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**

[ Enter Code ]  [ Apply ]

**FREE DELIVERY** ▮▮▮ we'd like to give you a chance to try Amazon Prime and instantly enjoy Prime Video, Prime Music, and more.
» Sign up for a free trial

**Estimated delivery:** Nov. 19, 2020 - Dec. 11, 2020

Motorcycle Brush Bar Hand Guard
Handguards Protector Protection For Ktm
For Honda For Suzuki For Kawasaki For
Yamaha (Black)
**$96.99**
Quantity: 1  Change
Sold by: Ung-Car US
🎁 Gift options not available.

**Choose a delivery option:**
● **Thursday, Nov. 19 - Friday, Dec. 11**
FREE Shipping

### Order Summary

| | |
|---|---|
| Items: | $96.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $96.99 |
| Estimated tax to be collected:* | $6.06 |
| **Order total:** | **$103.05** |

How are shipping costs calculated?

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Amazon.com: 7 Color Gel Rubber Handlebar Grips For Crf Yzf Wrf Kxf Klx For Ktm Rmz Pit Dirt Bike Motocross Motorcycle Enduro Mx Offroad (White)



Roll over image to zoom in



# 7 Color Gel Rubber Handlebar Grips For Crf Yzf Wrf Kxf Klx For Ktm Rmz Pit Dirt Bike Motocross Motorcycle Enduro Mx Offroad (White)

Brand: Bravic

Price: **$13.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **White**



| $13.99 | $13.99 | $13.99 |
| $13.99 | $13.99 | **$13.99** |
| $13.99 | | |

- Our professional technicians do heavy research and development in testing car applications and fitments for our products. RELATED SEARCHES [Boat Hook, Boat For, Boat Stainless, Boat Rope, Flag Wall Metal, Beach Flag, Hook Ship, Cosplay Guy, Phone Battery Bank Free Shipping, Accessory For Boat, Boat, Cafe Flag, The Beach Flag, Boat Pole, Base Boat, Rod]
- We also do rigorous testing on the strength, durability, as well as longevity of the material in order to make sure when the product arrives at the consumers end that it's ready to go without worries. RELATED SEARCHES [Boat Rope, Boat, Boat Fish, Handmade Puppet, Underpants Man Flag, for Samsung A8 2018 Nature, Boat Pvc, Boat For, Carbon Telescopic Pole Rod, Boat Mast, Anchor Boat]
- The car, boat & motorcycle accessorries category include: Protective Gear, Frames & Fittings, Brakes, Engines & Engine Parts, Exhaust & Exhaust Systems, Fuel Supply, Ingition, Seat Covers, Electrical System, Wheels & Rims, Bumpers & Chassis Filters, Bags & Luggage. RELATED SEARCHES [Boat, The Beach Flag, Boat Mount, Base Boat, Boat Motor Mount, Foulard Flag, Kayak, Bimini for Marine]
- As automotive technology continues to advance, our commitment to developing the newest performance products is stronger than ever. For whatever you drive now and in the future, We will have the most advanced performance products available. RELATED SEARCHES [Boat Hook, Boat For, Boat Rope, Flag Wall Metal, Boat, Cafe Flag, The Beach Flag, Boat Pole, Base Boat, Rod, Boat Fish]
- Lifetime Waranty and 100% Satisfaction of customer service for ensuring the long-lasting enjoyment of your product.Please feel free to contact our customer support team when you have any question about the product ,and you will receive a satisfactory reply. RELATED SEARCHES [Boat Rope, Boat Mast, Boat Fish, Anchor Boat, Accessory For Boat, Boat Hook, Boat Mount, Boat Kayak]

› See more product details

💬 Report incorrect product information.

**$13.99**
& FREE Shipping

Arrives: **Nov 19 - Dec 11**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

| Ships from ... | Ung-Car US |
| Sold by ... | Ung-Car US |

📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon



# amazon

All ▾ | Ktm | 🔍

Deliver to Bolingbrook 60440

Holiday Deals | Gift Cards | Browsing History ▾ | Customer Service | 's Amazon.com | Prime Video | Best Sellers | **Shop tech gifts**

audible ~~ **Now included:** new podcasts, originals, and more | Start your free trial

‹ Back to results

**400Mm Motorcycle Front Fender/Mudguard/Mud Guard For Ktm 50 - More Color (White)**
Brand: Bravic

Price: **$18.99** & FREE Shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Green**

| | | |
|---|---|---|
| $18.99 | $18.99 | $18.99 |
| $18.99 | $18.99 | $18.99 |

Roll over image to zoom in

- Our professional technicians do heavy research and development in testing car applications and fitments for our products. RELATED SEARCHES [Boat Hook, Boat For, Boat Stainless, Boat Rope, Flag Wall Metal, Beach Flag, Hook Ship, Cosplay Guy, Phone Battery Bank Free Shipping, Accessory For Boat, Boat, Cafe Flag, The Beach Flag, Boat Pole, Base Boat, Rod]
- We also do rigorous testing on the strength, durability, as well as longevity of the material in order to make sure when the product arrives at the consumers end that it's ready to go without worries. RELATED SEARCHES [Boat Rope, Boat, Boat Fish, Handmade Puppet, Underpants Man Flag, for Samsung A8 2018 Nature, Boat Pvc, Boat For, Carbon Telescopic Pole Rod, Boat Mast, Anchor Boat]
- The car, boat & motorcycle accessories category include: Protective Gear, Frames & Fittings, Brakes, Engines & Engine Parts, Exhaust & Exhaust Systems, Fuel Supply, Ingition, Seat Covers, Electrical System, Wheels & Rims, Bumpers & Chassis Filters, Bags & Luggage. RELATED SEARCHES [Boat, The Beach Flag, Boat Mount, Base Boat, Boat Motor Mount, Foulard Flag, Kayak, Bimini for Marine]
- As automotive technology continues to advance, our commitment to developing the newest performance products is stronger than ever. For whatever you drive now and in the future, We will have the most advanced performance products available. RELATED SEARCHES [Boat Hook, Boat For, Boat Rope, Flag Wall Metal, Boat, Cafe Flag, The Beach Flag, Boat Pole, Base Boat, Rod, Boat Fish]
- Lifetime Waranty and 100% Satisfaction of customer service for ensuring the long-lasting enjoyment of your product.Please feel free to contact our customer support team when you have any question about the product ,and you will receive a satisfactory reply. RELATED SEARCHES [Boat Rope, Boat Mast, Boat Fish, Anchor Boat, Accessory For Boat, Boat Hook, Boat Mount, Boat Kayak]

› See more product details

🗨 Report incorrect product information.



**$18.99**
& FREE Shipping

Arrives: **Nov 19 - Dec 11**

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ... Ung-Car US
Sold by ... Ung-Car US

📍 Deliver to Bolingbrook 60440

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

---

**You might also like**
Sponsored ⓘ

Page 1 of 15