9/30/2020    KTM Harley Du Kadi Chest Riding Motorcycle Racing Riding Motorcycle Equipment Bag Crossbody Shoulder Bag | Motorcycle Wheels From Jamydays, $20.26| DHgate.Com

Case 1:20-cv-06677 Document 1 Filed 11/10/20 Page 1 of 167 PageID #: 2669



Buyer Protection | Customer Service ˅ | Drop shipping | United States / USD ˅ | English ˅

# DHgate

jamydays ˅
87.5% Positive Feedback

I'm shopping for...    [On DHgate]    [In this Store]

        0

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us | **Product detail**

Home > All Categories > Bags, Luggage & Accessories > Sport&Outdoor Packs > Cycling Bags > Product detail



**KTM** Harley du Kadi chest Riding motorcycle racing riding motorcycle equipment bag crossbody shoulder bag

| USD ˅ | **$23.9** | $21.23 | $20.26 |
|---|---|---|---|
| | 1 Piece+ | 15 Pieces+ | 50 Pieces+ |

Sale Detail:    **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Color:    ( Red )

Options:    [ KTM-regular ˅ ]

Quantity:    [ − 1 + ]  Piece    Maximum 500 Piece(s)

Shipping:    **Free Shipping** to United States Via ePacket ˅
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ⓘ

Total cost:    **$23.9** ⓘ    Get coupon and you will save extra $3

[ Buy it Now ]    [ Add to Cart ]    ♡ Add to Favorite ˅

Seller Guarantee:    💲 Return Policy    On-time Delivery in 30 Days

Secure Payment:            

💲 Share to be partner    Compare with similar Items

## Customers Who Bought This Item Also Bought


SXME Strong Oxford Men Travel Bags Carry on Luggage Bags
US $55.84 - 65.87 / Piece


Unisex Teenager Travel Bags Large Capacity Designer
US $18.89 - 24.76 / Piece


Fashion Handbags Purses Women Travel Bag Duffle Bags
US $0.08 - 130.86 / Piece
$3 OFF $80+


20SS High quality mens travel luggage bag men totes leather
US $0.02 - 47.91 / Piece


Women Bags Diaper Bag Bed Mummy Bag Waterproof
US $20.00 - 25.01 / Piece
$2 OFF $30+


Hot brand men luxury women travel bag PU Leather duffle
US $40.61 - 47.91 / Piece

## More Choices


luxury Mens Wallet free shipping 2019 Men's Leather
US $17.29 - 21.96 / Piece
$2 OFF $30+


Portable multifunction bag 2020 New folding crib Mommy
US $65.59 - 77.37 / Piece
$5 OFF $50+


Bags Custom Logo for Gift Bag Travel Fitness High-capacity
US $57.00 - 68.33 / Piece
$5 OFF $50+


Travel bag Business bag
US $45.69 - 56.29 / Piece
$5 OFF $50+


The kettle tourism Mountain climbing Sports pockets Annual
US $191.94 - 226.41 / Piece
$5 OFF $50+


2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece
$3 OFF $40+

Item Description    Report Item

Itemcode:TAFf7zjPlV-618930312224;Color Example: red, green, blue, black, white. Size Example: M, L, XL, XXL. Style: You Can Choose Sales model: mix order. Quantity: 1 items per lot.

## Specifications

| | |
|---|---|
| BRAND: | non |
| Gender: | Unisex |
| Material: | Denim |
| Type: | Handle Bar Bags |
| Item Length: | non |
| Closure Type: | No Zipper |
| Item Height: | non |
| Item Width: | non |
| Pattern Type: | Dot |
| Gym Bags Type: | Drawstring Bags |
| Whether rain cover: | no |
| Color: | yamaha KTM honda kawasaki Halley BMW |
| Capacity: | other |
| Material: | non-woven fabric |
| Model: | 222 |
| Item Code: | 562012074 |
| Category: | Cycling Bags |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

Attention: As different computers display colors differently, the color of the actual item may vary slightly from the above images,and the size will be slightly error,thanks for your understanding.





Case 1:20-cv-06677 Document 1-6 Filed 11/10/20 Page 3 of 167 PageID #: 67











9/30/2020 KTM Harley Du Kadi Chest Riding Motorcycle Functional Bag Cross Body Purse Phone Pouch Pack Bicycle Wheels From Jamydays, $20.26| DHgate.Com

Case 1:20-cv-06677 Document 1-26 Filed 11/10/20 Page 4 of 167 PageID #:2672













Case 1:20-cv-06677 Document #: 16 Filed: 11/10/20 Page 5 of 167 PageID #:2673









Case 1:20-cv-06677 Document 1-6 Filed 11/10/20 Page 6 of 167 PageID #: 674





Less Description ^

## Sponsored Products You May be Interested In More Choice    I want to be here too

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Portable multifunction bag 2020 New folding crib Mommy | 2020 latest EMslim HI-EMT machine EMS electromagnetic | DHL UPS Free Shipping Disposable Mask 50pcs 3-Layer | Best Quality For iphone 8 8plus X XR XS XS MAX Back Glass | US Stock-Back Massager with Adjustable Heat and Straps, | free shipping factory price 14 styles 3x5 trump flag 2020 |
| US $65.59 - 77.37 / Piece | US $8.48 - 3780.00 / Piece | US $0.07 - 0.12 / Piece | US $9.16 - 29.76 / Piece | US $24.27 - 39.89 / Piece | US $1.61 - 2.98 / Piece |
| $5 OFF $50 + | $3 OFF $40 + | | $2 OFF $30 + | $2 OFF $30 + | $5 OFF $50 + |

## Compare with similar Items

| |  |  |  |  |  |
|---|---|---|---|---|---|
| | KTM Harley du Kadi chest Riding motorcycle racing riding motorcycle equipment bag | Womens Heart Shape Handbag Clutch Suede Party Bag Tote Purse Bag | PU Guitar Strap Crossbody Bags Hallow out Vintage Style Handmade crossbody guitar | NEW Beautiful Butterfly Jewelry Box PU Jewelry Organizer Display Storage Case for Rings | Oswego Brand Straw Handbag Large Capacity Woven Straw Bag Summer Travel Shopping |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $20.26 - 23.90 / Piece | US $12.19 - 12.77 / Piece | US $10.64 - 14.91 / Piece | US $13.10 - 15.45 / Piece | US $61.56 - 82.74 / Piece |
| | | | | | $2 OFF $30 + |
| My. Order | 1 Piece | 25 Pieces | 10 Pieces | 2 Pieces | 1 Piece |
| Customer Rating / Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0  50 Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0  6 Orders | ★☆☆☆☆ 1.0  2 Orders |
| Shipping Cost | Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping |
| Shipping method | ePacket | ePacket | DHL | ePacket | ePacket |
| Estimated Delivery Time | Oct. 30 and Nov. 21 | Oct. 22 and Nov. 13 | Oct. 17 and Oct. 20 | Oct. 22 and Nov. 13 | Oct. 22 and Nov. 13 |
| Seller Guarantee | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service |
| Store | Shop by jamydays  87.5% Positive Feedback | Shop by sarahzhang88  98.9% Positive Feedback | Shop by memory_love  99.2% Positive Feedback | Shop by sarahzhang88  98.9% Positive Feedback | Shop by sarine  50% Positive Feedback |

## Related Keywords

motorcycles trade    motorcycle honda    victory motorcycles    motorcycle outerwear    cigarette plug motorcycle    motorcycle city    pink black motorcycle    motorcycle mount

motorcycle clock    switch for motorcycle

## You May Also Like



9 Colors Disposable Face Masks Black Pink White with Elastic

US $0.10 - 0.14 / Piece



Women Shoulder Bag Handbag Baguette Nylon Lady High

US $31.51 - 38.95 / Piece



Goophone note 8 9 10 N9 N10 6.3inch Cell phone Note8 Quad

US $74.15 - 113.59 / Piece



Womens Shirt Tied Neck Chain Print Casual Shirt Long Sleeve

US $12.91 - 15.38 / Piece



Astroworld Rapper Hip Hop Hoodies Casual Hooded

US $47.26 - 56.63 / Piece



Mens Clothing Hoodies "Lucky me I see Ghosts" Print Hoodie

US $29.40 - 35.04 / Piece



NEW mans designer jacket High Quality Long Sleeve Shirts

US $0.02 - 263.48 / Piece



Shimmer Lollipop Lashes Package Box 3D Mink Eyelashes

US $0.50 - 0.72 / Piece



2020 fashion sports black buffalo horn glasses men

US $16.83 - 21.02 / Piece



Stone Pirates 19fw Solid color simple style jacket, warm coat

US $79.19 - 93.42 / Piece



Air Purifying Face Mask Anti Dust Fog Face Mouth Filter

US $0.27 - 0.54 / Piece



Glass Water Pipes Gun Smoking Pipe Water Bong Oil Rig

US $20.55 - 25.14 / Piece



NEW 2020 autumn winter sport loose hoodies jogging zipper

US $18.90 - 24.34 / Piece



Golden Mobile Phone Magnet Holder Magnet bracket 360

US $1.86 - 4.76 / Piece



Hot Magnetic Liquid Eyeliner & Magnetic False Eyelashes &

US $0.07 - 4.35 / Lot



Full Screen Goophone N10+ N10 Plus MTK6580 Quad Core

US $882.20 - 103.90 / Piece



in stock 10Pcs retail packaging 3-12 years Kids mask face Mask

US $0.13 - 0.19 / Piece



3D Mink Eyelashes Eyelash 3D Eye makeup Mink False lashes

US $0.96 - 1.29 / Lot



Sporty Fashion Active Wear Black Fitness Tracksuits One

US $14.95 - 17.82 / Piece



Lady Watch 2020 Golden Diamond Watch Lady Famous

US $13.43 - 20.64 / Piece



L-3XL african dresses women Hot Sale Fashion Big size

US $18.55 - 23.72 / Piece



18k gold plated Turkish evil eye necklace lucky girl gift Baguette

US $6.34 - 8.63 / Piece



CP topstoney PIRATE COMPANY 2020 konng gonng Spring and

US $60.92 - 71.86 / Piece



Men Women 3D Print Tupac 2pac T-shirt Short sleeve O-

US $12.23 - 14.42 / Piece

Fast Delivery! Hot Selling Plenty Stock Disposable Mask Face

US $0.12 - 0.21 / Piece















10/3/2020

LOCAL WAREHOUSE Estimated arrival in 3+ days **shop now ▸**

Buyer Protection | Customer Service ∨ | Drop shipping | Save more United States / USD | English ∨

# DHgate.com

I'm shopping for...

Hi, Sign in
My DHgate ∨       ♡   ⏱   🛒 0

ALL CATEGORIES ∨ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery

Home > Seller Review Profile

## Seller Information

**Jamydays**
65 Transactions
**88.9%** Positive Review ?
China
09:32 PM Sat Oct 3 Now
Member since Jul 2020

Recommend seller to friends

## Review Score:7

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| 🟢 Positive | 8 | 8 | 8 | 8 |
| 🟡 Neutral | 0 | 0 | 0 | 0 |
| 🔴 Negative | 1 | 1 | 1 | 1 |

## Service Detail Score (Mainly Industry : --)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | --/-- | -- | -- |
| Communication | --/-- | -- | -- |
| Delivery time | --/-- | -- | -- |
| Shipping charges | --/-- | -- | -- |

---

**Reviews Received** | Reviews Sent

Reviews: Negative ∨                                                          Dates: All ∨

2020 spring and autumn fashion
brand Indian embroidered denim
men's Embroidered Korean fashion
Item code: 560664553

⭐☆☆☆☆ By:1545483448730 🇫🇷 ✓ 09 10,2020

**Product reviews:**
sleeves are 10cm shorter than in the photo.!!! I'm not happy. I do not recommend buying

helpful ( 0 )   unhelpful ( 0 )

‹   1   ›                                                          Go to page: 1  GO

Bookmark & Share  f  g  t  VK  k  del.icio.us  in  reddit  g+

✓ Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products
Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License









**Jamydays** Add To Favorite Stores ( 6 )

**87.5%** Positive Feedback **63** Transactions

Online Chat Message Seller

Share

KTM In this store On DHgate

## Store Categories

- Bags, Luggage & Acce… (6)

**6** matching products found for KTM

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

KTM Harley du Kadi chest Riding motorcycle racing riding mot...
Ships out within 10 business days
**US $20.26 - 23.90** / Piece
Free Shipping
Add to Cart

KTM running Motorcycle bicycle KTM motorcycle chest multifun...
Ships out within 10 business days
**US $18.28 - 21.56** / Piece
Free Shipping
Add to Cart

water bag KTM off- road motorcycle racing backpack off- road m...
Ships out within 10 business days
**US $24.37 - 28.75** / Piece
Free Shipping
Add to Cart

KTM racing KTM motorcycle cross- country racing backpack cros...
Ships out within 10 business days
**US $24.37 - 28.75** / Piece
Free Shipping
Add to Cart

6Rf6y KTM bag new off- road household outsourcing KTM backpac...
Ships out within 10 business days
**US $24.37 - 28.75** / Piece
Free Shipping
Add to Cart

Knight helmet waterproof motorcycle hard case Turtle bag Mot...
Ships out within 10 business days
**US $36.25 - 42.76** / Piece
Free Shipping
Add to Cart

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

**Jamydays** Add To Favorite Stores ( )

87.5% Positive Feedback 63 Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

### Basic Information

Company Name:

Business Type:

Location: China

Year Established: Jul 2020

Main Product(s)/Service:

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| **Review Your Orders** | Payment | Success |

## Review Your Shipping Address

Ship To:        Change Shipping Address

████████ **(United States)**

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ████████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: jamydays



KTM Harley du Kadi chest Rid...

Color: Red
Options: KTM-regular

1   Piece

US $23.90 /Piece    US $23.90

ePacket

**Free Shipping**
Delivery: Estimated between 8-30 (seller ships within 10 business days)

**Add remark to seller**          Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:   US $23.90
Shipping Cost:   US $0.00
Order Total:   US $23.90

## Choose Your Payment Method

○ Credit or Debit Card   VISA DISCOVER 🏦 mastercard

● Other Payment Method

« Back to Cart

Item Subtotal(1 items):   US $23.90
Shipping Cost:   US $0.00
**Grand Total:**   **US $23.90**

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**



Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

Case 1:20-cv-06677-Document 16-Filed 11/30/20 Page 12 of 167 PageID #:2680



Buyer Protection | Customer Service ˅ | Drop shipping | United States / USD ˅ | English ˅

**DHgate**

jamydays ˅
87.5% Positive Feedback

I'm shopping for...   On DHgate   In this Store

🛒 5

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Bags, Luggage & Accessories > Sport&Outdoor Packs > Cycling Bags > Product detail



### KTM racing KTM motorcycle cross-country racing backpack cross-country motorcycle backpack

| USD ˅ | **$28.75** | $25.54 | $24.37 |
|---|---|---|---|
| | 1 Piece+ | 12 Pieces+ | 42 Pieces+ |

Sale Detail:   **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Color:   ( Red )

Options:   Choose an Option ˅

Quantity:   — 1 +   Piece   Maximum 500 Piece(s)

Shipping:   **Free Shipping** to United States Via ePacket ˅
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ⓘ

**Buy it Now**   **Add to Cart**   ♡ Add to Favorite ˅

Seller Guarantee:   💲 Return Policy   🛡 On-time Delivery in 30 Days

Secure Payment:   [payment logos]

## Customers Who Bought This Item Also Bought


SXME Strong Oxford Men Travel Bags Carry on Luggage Bags
US $55.84 - 65.87 / Piece


Unisex Teenager Travel Bags Large Capacity Designer
US $18.89 - 24.76 / Piece


Fashion Handbags Purses Women Travel Bag Duffle Bags
US $0.08 - 130.86 / Piece
$3 OFF $80+


20SS High quality mens travel luggage bag men totes leather
US $0.02 - 47.91 / Piece


Women Bags Diaper Bag Bed Mummy Bag Waterproof
US $20.00 - 25.01 / Piece
$2 OFF $30+


Hot brand men luxury women travel bag PU Leather duffle
US $40.61 - 47.91 / Piece

## More Choices


luxury Mens Wallet free shipping 2019 Men's Leather
US $17.29 - 21.96 / Piece
$2 OFF $30+


Portable multifunction bag 2020 New folding crib Mommy
US $65.59 - 77.37 / Piece
$5 OFF $50+


Bags Custom Logo for Gift Bag Travel Fitness High-capacity
US $57.00 - 68.33 / Piece
$5 OFF $50+


Travel bag Business bag
US $45.69 - 56.29 / Piece
$5 OFF $50+

The kettle tourism Mountain climbing Sports pockets Annual
US $191.94 - 226.41 / Piece
$5 OFF $50+


2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece
$3 OFF $40+

## Item Description

Report Item

Itemcode:4mRgU4It7C-587270412119;Color Example: red, green, blue, black, white. Size Example: M, L, XL, XXL. Style: You Can Choose Sales model: mix order. Quantity: 1 items per lot.

9/30/2020     6Rf6y KTM Bag New Off Road Household Outsourcing KTM Backpack Bicycle Bicycle Bag Motorcycle Backpack New Off Road Motorcycle Household outs From Jam...

Case 1:20-cv-06677 Document 1-6 Filed 11/10/20 Page 13 of 167 PageID #:2631

6Rf6y KTM Bag New Off Road... Trakke Bags Cycling Saddle Bags From Jam...



**DHgate**

jamydays ⌄
87.5% Positive Feedback

I'm shopping for...  🔍 On DHgate  In this Store  👤  🛒 5

Store Home    Products    Time Limited Sale    TopSelling    Review    About Us

Home > All Categories > Bags, Luggage & Accessories > Sport&Outdoor Packs > Cycling Bags > Product detail





6Rf6y KTM bag new off-road household outsourcing KTM backpack bicycle bicycle bag motorcycle backpack new off-road motorcycle household outs

| USD ⌄ | **$28.75** | $25.54 | $24.37 |
|---|---|---|---|
| | 1 Piece+ | 12 Pieces+ | 42 Pieces+ |

Sale Detail:   **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Color:   ( Orange )

Options:   ( 47x31x11cm )

Quantity:   [ − 1 + ] Piece    Maximum 500 Piece(s)

Shipping:   **Free Shipping** to United States Via ePacket ⌄
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ⌄ ❓

Total cost:   **$28.75** ⓘ   Get coupon and you will save extra $3

**Buy it Now**    **Add to Cart**    ♡ Add to Favorite ⌄

Seller Guarantee:   🛡 Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment:   [MasterCard] [VISA] [DISCOVER] [AMEX] [Maestro] [card] [card] [card] ✓ [PCI]

💰 Share to be partner     Compare with similar Items

---

## Customers Who Bought This Item Also Bought

      

SXME Strong Oxford Men Travel Bags Carry on Luggage Bags
US $55.84 - 65.87 / Piece

Unisex Teenager Travel Bags Large Capacity Designer
US $18.89 - 24.76 / Piece

Fashion Handbags Purses Women Travel Bag Duffle Bags
US $0.08 - 130.86 / Piece
$3 OFF $80+

20SS High quality mens travel luggage bag men totes leather
US $0.02 - 47.91 / Piece

Women Bags Diaper Bag Bed Mummy Bag Waterproof
US $20.00 - 25.01 / Piece
$2 OFF $30+

Hot brand men luxury women travel bag PU Leather duffle
US $40.61 - 47.91 / Piece

---

## More Choices

     

luxury Mens Wallet free shipping 2019 Men's Leather
US $17.29 - 21.96 / Piece
$2 OFF $30+

Portable multifunction bag 2020 New folding crib Mommy
US $65.59 - 77.37 / Piece
$5 OFF $50+

Travel bag Business bag
US $45.69 - 56.29 / Piece
$5 OFF $50+

The kettle tourism Mountain climbing Sports pockets Annual
US $191.94 - 226.41 / Piece
$5 OFF $50+

2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece
$3 OFF $40+

DHL UPS Free Shipping Disposable Mask 50pcs 3-Layer
US $0.07 - 0.12 / Piece



 janwhooy ⌄
96.7% Positive Feedback

I'm shopping for... | 🔍 On DHgate | In this Store

👤 🛒 8

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Bags > **Product detail**










Compare with similar Items

### Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06

★★★★☆ | 22 Reviews | 77 Transactions

| USD ⌄ | **$23.87** | $22.86 | $22.29 | $20.32 | $19.80 |
|---|---|---|---|---|---|
| | 1 Piece+ | 5 Pieces+ | 10 Pieces+ | 15 Pieces+ | 30 Pieces+ |

Sale Detail:  **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Options:   Sold Out |  | ...

Quantity: ⊖ 1 ⊕ Piece   72 in Stock ( Stock in: 🇨🇳 CN )

Shipping: **$5.71** to United States Via SF eParcel ⌄
Estimated delivery time: Oct. 22 and Jan. 7, ships out within 4 business days
Logistics Delay Notification ⓘ

**Buy it Now** | Add to Cart | ♡ Add to Favorite ⌄

Seller Guarantee: 🔖 Return Policy | 🚚 On-time Delivery in 85 Days

Secure Payment: 💳 MasterCard VISA 💳 DISCOVER 💳 💳 💳 ... ✅ 🔒

---

### Customers Who Bought This Item Also Bought

     

| Free shipping motorcycle Motocross KTM Hydration pack | Formula 1 Renault Renault F1 Team 2020 short sleeve French | F1 Renault Renault 2019 Ricardo Rider T-shirt short | Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle | dewabiss spray paint gun CV1 Airbrush airless spray gun for | Summer Honda REPSOL Racing POLO Shirt Cavalier Team |
|---|---|---|---|---|---|
| US $19.10 - 23.87 / Piece | US $17.81 - 21.38 / Piece | US $11.76 - 17.06 / Piece | US $29.80 - 36.32 / Piece | US $75.38 - 85.72 / Piece | US $13.81 - 18.34 / Piece |

### More Choices

     

| BTE5 Car MP3 Player Bluetooth FM Transmitter Car FM | BC41 Car MP3 player FM transmitter U disk TF card | Cheap CAR B2 B3 E5 Multifunction Bluetooth | D4 D5 Wireless Bluetooth car MP3 Player Radio Transmitter | Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001 | Hot sale Donald Trump 2020 Baseball Cap Patchwork |
|---|---|---|---|---|---|
| US $2.92 - 4.10 / Piece | US $8.55 - 10.86 / Piece | US $3.02 - 3.39 / Piece | US $6.59 - 10.80 / Piece | US $323.22 - 418.75 / Set | US $2.38 - 3.28 / Piece |
| $3 OFF $100 + | $3 OFF $100 + | $3 OFF $100 + | $3 OFF $100 + | $5 OFF $100 + | |

---

**Item Description** | Customer Reviews (22) | Transaction History (77)     Report Item

Product:KTM motorcycle water backpack;Size:as the pictures shown;Color:black,white;Material:nylon,oxford;Sales model:mix order;Pack:one piece bag and a water bag.

## Specifications

| | |
|---|---|
| Item Type: | Tool Bag |
| Material: | Nylon |
| Color: | white-orange |
| Item Code: | 400937196 |
| Category: | Motorcycle Bags |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description





10/5/2020 Motorcycle Motocross KTM Hydration Pack New Sport Reflective Motorcycle Cycling Backpack Water Bags Ogio Outdoor Hiking Hydration Backpack Hard Bags From Janwhooy, $19.10| DHgate.Com

Case 1:20-cv-06677 Document #: 16 Filed: 11/10/20 Page 16 of 167 PageID #:2634









10/5/2020 Motorcycle Motocross KTM Hydration Pack New Hydration Packs & Bags Motorcycle Accessories From 167 Bags & Luggage Hard Bags From Janwhooy, $19.10| DHgate.Com

Case 1:20-cv-06677 Document 1-1 Filed 11/10/20 Page 18 of 167 PageID #:2636





10/5/2020    Motorcycle Motocross KTM Hydration Pack New Backpack Bag Cycling Bicycle Outdoor Camping Hiking Hydration Water Bag Bladder Hard Bags From Janwhooy, $19.10| DHgate.Com

Case 1:20-cv-06637 Document #: 16 Filed: 11/10/20 Page 19 of 167 PageID #:2637



## ▌SHIPPING

1. Shipping cost: Click &ldquo;Shipping and payment&rdquo; tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

2. Time in transit: Transit time varies with different shipping methods.

| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
| DHL | 2-4 days | www.dhl.com |
| FedEx Express | 2-4 days | www.fedex.com |
| UPS | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| Hongkong Post | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

## ▌FEEDBACK

Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute. Thank you!



## ❙ RETURN POLICY

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.

[ Less Description ˄ ]

## 22 Customer Reviews ›

⭐⭐⭐⭐ 4.2 out of 5 stars ⌄

Reviews ›

| | | | |  |
|---|---|---|---|---|
| **Idris****ramé** 🇫🇷 | **mariell****tit1209** 🇫🇷 | **kai.h****aeuer** 🇩🇪 | **Dav***980** 🇺🇸 | **Semir S****** |
| ⭐⭐⭐⭐⭐ July 02, 2020 | ⭐⭐⭐⭐⭐ September 05, 2020 | ⭐⭐⭐⭐⭐ September 22, 2020 | ⭐⭐⭐⭐⭐ August 21, 2020 | ⭐⭐⭐⭐⭐ |
| Options: black | Options: black | Options: black | Options: black | super,danke... |
| Nickel au top comme sur la photo franchement rien a dire je recommande se vendeurs rapide est délai de livraison respecté | Produit conforme et reçu rapidement je suis ravie!!! | Very good Conditions - DH Gate is a good Partner | Nice! Very good presentation | |

### Sponsored Products You May be Interested In More Choice



BTE5 Car MP3 Player Bluetooth FM Transmitter Car FM

US $2.92 - 4.10 / Piece

[ $3 OFF $100 + ]



TOPPUFF top puff acrylic bong portable screw-on water pipe

US $1.90 - 2.67 / Piece



2020 Kanye West Static Running Shoes New Israfil

US $44.47 - 54.66 / Pair

[ $2 OFF $200 + ]
[ $120 Save $2 ]

### Compare with similar Items

| | | | | | |
|---|---|---|---|---|---|
| |  Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags [Add to Cart] |  Wholesale new ROCK BIKER motorcycle tank bags riding off-road bags racing off-road bags [Add to Cart] | New model Carbon fiber Reflective motorcycle bags knight saddle bags racing off... [Add to Cart] |  MB Star C5 SD Connect C5 with V06 2020 Soft-ware in 320GB HDD used Laptop D630 Auto [Add to Cart] |  4pcs Universal Car Black Fend... Flares Mud Flaps Splash Guard Arch Wheel Eyebrow Lip For C... [Add to Cart] |
| Price | US $19.10 - 23.87 / Piece [$2 OFF $99 +] [Per $99 Save $2] | US $63.06 - 71.70 / Piece [$2 OFF $99 +] [Per $99 Save $2] | US $37.35 - 45.58 / Piece | US $220.11 - 620.84 / Piece | US $7.04 - 8.00 / Set |
| Min. Order | 1 Piece | 1 Piece | 1 Piece | 1 Piece | 1 Set |
| Customer Rating / Orders | ⭐⭐⭐⭐ 4.2   80 Orders | ⭐⭐⭐⭐ 4.0   1 Order | ⭐⭐⭐⭐⭐ 0 | ⭐⭐⭐⭐⭐ 0 | ⭐⭐⭐⭐⭐ 0 |
| Shipping Cost | US $5.71 | US $4.19 | US $11.51 | Free Shipping | US $370.52 |
| Shipping method | SF eParcel | China Post Air Mail | China Post Air Mail | DHL | DHL |
| Estimated Delivery Time | Oct. 22 and Jan. 7 | Oct. 30 and Nov. 20 | Oct. 30 and Nov. 20 | Oct. 17 and Oct. 20 | Oct. 22 and Oct. 25 |
| Seller Guarantee | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service |

| Store | Shop by janwhooy | Shop by sichaoheng... | Shop by sichaoheng... | Shop by diagauto | Shop by bxracing |
|---|---|---|---|---|---|
| | 96.7% Positive Feedback | 96.2% Positive Feedback | 96.2% Positive Feedback | 96.1% Positive Feedback | 96.9% Positive Feedback |

## Related Promotion

fuel tank bag   yamaha motorcycle adjustable levers   motorcycle clutch brake handle   moto clutch   motorbike tank bag   motorbike rear brake   leather saddle bags for motorcycles

saddle bags for bikes   clutch brake lever universal   hard shell backpacks

## Related Keywords

drawstrings backpack   vans backpacks   roll backpacks   punk skull backpack   college student backpacks   boys backpacks for kindergarten   big travelling backpacks

plain purple backpack   outdoor backpack 55l   breathable backpack

## You May Also Like

   

Brand Mens & Women's Cycling Gloves Breathable Summer
US $6.40 - 11.06 / Pair

New model ktm motorcycle off-road bags racing off-road bags
US $15.13 - 18.58 / Piece

New Racing Riding Pack Bags Shoulder Bag Ktm Motocross
US $23.32 - 33.15 / Piece

Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece

Explosive summer quick-drying trousers jacket, motorcycle
US $14.80 - 19.00 / Piece

    

Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $13.81 - 18.34 / Piece

F1 racing suit Renault short-sleeved T-shirt racing fan
US $15.31 - 20.11 / Piece

New motocross racing T-shirt for ktm men's short-sleeved T-
US $12.81 - 14.57 / Piece

2017 ktm Cycling jerseys Men Wear Suit Bicycle Clothing
US $19.10 - 28.33 / Set

Applicable to Yamaha Cross Country Mountain Bike MX
US $14.07 - 16.00 / Piece

2020 hot summer THOR speed surrender cycling jersey, long-
US $15.58 - 19.57 / Piece

New Mens Printed Shirts 100% Cotton Short Sleeve Camisas
US $13.20 - 16.08 / Piece

Hot sale KTM Motorcycle gloves Moto racing gloves Men's
US $7.09 - 9.49 / Pair

2020 New F1 Racing Car Work Clothes Kart AMG Team Short
US $16.72 - 20.86 / Piece

24 cotton baseball net men's and women's universal cap
US $10.35 - 16.58 / Piece

   

Best selling KTM MOTO downhill mountain bike men's
US $9.80 - 11.14 / Piece

New long-sleeved T-shirt downhill clothing mountain
US $15.11 - 19.00 / Piece

Mini LED Car Roof Star Night Lights Projector Light Interior
US $2.87 - 6.52 / Piece

Custom SHIFT all styles mountain bike downhill suit
US $14.44 - 19.10 / Piece

For KTM Racing Team Motorcycle Long Sleeve T-Shirt
US $12.67 - 39.20 / Piece

   



818 Running Shoes Retro des Chaussures Air Cushion Space

US $38.87 - 51.28 / Piece

Explosive F1 spring and autumn long-sleeved downhill

US $14.82 - 19.50 / Piece

dewabiss spray paint gun CV1 Airbrush airless spray gun for

US $75.38 - 85.72 / Piece

F1 Formula One Racing Short Sleeve T-Shirt Team Suit 2019

US $13.86 - 17.60 / Piece

Retro Pursuit Perforated Real Leather Motorcycle Gloves

US $15.13 - 17.21 / Piece

    

New sup F1 fans series downhill service mountain bike bicycle

US $14.48 - 19.14 / Piece

Free shipping motorcycle Motocross KTM Hydration pack

US $19.10 - 23.87 / Piece

7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel

US $6.58 - 9.65 / Pair

ktm summer new MOTO GP motorcycle off-road riding T-

US $12.78 - 17.13 / Piece

KTM downhill t-shirt bike riding suit short sleeve shirt men and

US $16.50 - 19.89 / Piece

    

New team version cross country gloves MX motorcycle

US $10.73 - 14.36 / Piece

Gen 2 Giant Headset Speaker MK101 Bluetooth Car Speaker

US $19.37 - 29.01 / Piece

2019 bicycle gloves hpit FOX ATV MTB BMX Off Road

US $16.59 - 21.32 / Piece

Yamaha MOTO GP Short Sleeve T-Shirt Motorcycle Racing

US $12.66 - 16.42 / Piece

High Quality Keychains Key Buckle New Handmade

US $5.86 - 8.89 / Piece



Full Matte carbon Fiber For Universal Akrapovic Exhaust

US $18.82 - 22.29 / Piece

More ∨

## New Arrival backpack

     

Summer Design Clear Pearl Crossbody Bag Mini Jelly

US $24.87 - 29.81 / Piece

Brand new high quality backpack designer design

US $62.18 - 77.02 / Piece

2016 NEW styles Fashion Bags Ladies handbags bags women

US $18.28 - 25.15 / Piece

Shoulder Bags Totes Bag Womens Handbags Women

US $38.24 - 45.84 / Piece

Ae20 Totes Handbags Shoulder Bags Handbag Womens Bag

US $26.95 - 32.30 / Piece

ROCK BIKER Motorcycle Hard Shell Tank Bag Riding Backpack

US $60.64 - 68.95 / Piece

## About Store janwhooy

We provide a full range of motorcycle equipments and accessories, such as motorcycle pants,jeans,shorts,gloves,equipments,tail bags,leg bags,waist bags; We also provide motorcycle modified accessories. Our company was founded in 2004, based in Guangdong, China and we have extensive experience in motorcycle equipments and accessories. Free shipping on many items across the world by getting up to 50% discount and $10 coupons for all store products.

The gearsack motorcycle bags can help us place the thing we need to carry when driving the motorcycle, unlike cars, there are much less space in motorcycle, the hard bags are tangled at the back at the cycle. The hard bags for motorcycle provided in our shop are made of high quality fiber, which are tough and light, you can carry heavy things in the hard bags for motorcycles without concern that it might break. The hard bags motorcycle are also waterproof, and very easy to be cleaned. So stop hesitating and buy some hard case motorcycle backpack now.

## Wholesale Motorcycle Bags

- Wholesale girls' backpacks
- Wholesale gucci backpack
- Wholesale camelback backpack
- Wholesale girls backpacks
- Wholesale clear backpacks

More ∨



## Related Categories



 **DHgate**   janwhooy ▾
96.7% Positive Feedback

I'm shopping for...   🔍 On DHgate | In this Store   👤   🛒 **8**

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Bags > **Product detail**











Compare with similar Items

### Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06

⭐⭐⭐⭐☆   22 Reviews   |   77 Transactions

| USD ▾ | **$23.87** | $22.86 | $22.29 | $20.32 | $19.80 | ‹ |
| | 1 Piece+ | 5 Pieces+ | 10 Pieces+ | 15 Pieces+ | 30 Pieces+ | › |

**Sale Detail:**   **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

**Options:** Sold Out /  / 

**Quantity:** ─ 1 ＋ Piece   72 in Stock ( Stock in: 🇨🇳 CN )

**Shipping:** **$5.71** to United States Via SF eParcel ▾
Estimated delivery time: Oct. 22 and Jan. 7, ships out within 4 business days
Logistics Delay Notification ⓘ

**Buy it Now**   **Add to Cart**   ♡ Add to Favorite ▾

Seller Guarantee: 🏷 Return Policy   🚚 On-time Delivery in 85 Days

Secure Payment:   🟠 VISA 🔵 DISCOVER ...

---

### Customers Who Bought This Item Also Bought


Free shipping motorcycle Motocross KTM Hydration pack
US $19.10 - 23.87 / Piece


Formula 1 Renault Renault F1 Team 2020 short sleeve French
US $17.81 - 21.38 / Piece


F1 Renault Renault 2019 Ricardo Rider T-shirt short
US $11.76 - 17.06 / Piece


Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece


dewabiss spray paint gun CV1 Airbrush airless spray gun for
US $75.38 - 85.72 / Piece


Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $13.81 - 18.34 / Piece

### More Choices


BTE5 Car MP3 Player Bluetooth FM Transmitter Car FM
US $2.92 - 4.10 / Piece
$3 OFF $100+


BC41 Car MP3 player FM transmitter U disk TF card
US $8.55 - 10.86 / Piece
$3 OFF $100+


Cheap CAR B2 B3 E5 Multifunction Bluetooth
US $3.02 - 3.39 / Piece
$3 OFF $100+


D4 D5 Wireless Bluetooth car MP3 Player Radio Transmitter
US $6.59 - 10.80 / Piece
$3 OFF $100+


Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001
US $323.22 - 418.75 / Set
$5 OFF $100+


Hot sale Donald Trump 2020 Baseball Cap Patchwork
US $2.38 - 3.28 / Piece
$3 OFF $100+

---

Item Description   Customer Reviews (22)   **Transaction History (77)**   Report Item

### 77 Transactions

| Purchaser Experience | Quantity Breakdown | Buyers from 16 countries bought this Item |
|---|---|---|
| 97.33% bought for 1st time | 97.4% bought for 1 Piece | 25.97% bought from FR |
| 2.67% bought for 2nd times | 1.3% bought for 3 Pieces | 16.88% bought from US |
| | 1.3% bought many Pieces | 10.39% bought from UK |

| Buyer | Product Info | Quantity | Order Date |
|---|---|---|---|
| Luc****** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-30 |
| Cox******* | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-28 |
| Den***** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-28 |
| Bae******* | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-26 |
| Ado****** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-26 |
| Kev******* | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-25 |
| Bar******** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-21 |
| Tom******** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-19 |
| Min****************** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-18 |
| Min****************** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-18 |
| Ly.*********** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-04 |
| Van********* | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-09-03 |
| Fil**************** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-08-31 |
| Ze ********** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-08-30 |
| Met**************** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-08-26 |
| Kai*********** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-08-25 |
| Guy******* | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-08-24 |
| Mar************** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-08-20 |
| Emm************** | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-08-15 |
| Zde************* | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-08-08 |
| Col************* | Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle helmet pack BB-KTM-06 | 1 Piece | 2020-08-04 |



10/5/2020

 LOCAL WAREHOUSE Estimated arrival in 3+ days shop now ▶

Customer Service ▾    M Drop shipping    Save more    United States / USD ▾    English ▾

 DHgate.com

I'm shopping for...    🔍

👤 Hi, _____
My DHgate    ♡    🕓    🛒 8

| ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

## Seller Information

**Janwhooy**
**629** Transactions
**96.7%** Positive Review ?

Guangdong, China (Mainland)
02:30 PM Mon Oct 5 Now
Member since Jul 2016

Recommend seller to friends

### Review Score:471

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ⊕ Positive | 27 | 62 | 120 | 503 |
| ⦿ Neutral | 0 | 1 | 2 | 17 |
| ⊖ Negative | 1 | 2 | 4 | 15 |

### Service Detail Score (Mainly Industry : Automobiles & Motorcycles)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.9/ 5.0 | ⬆ Above Average | 535 |
| Communication | 4.9 / 5.0 | ⬆ Above Average | 535 |
| Delivery time | 4.9 / 5.0 | ⬆ Above Average | 535 |
| Shipping charges | 4.9 / 5.0 | ▬ About Average | 535 |

| **Reviews Received** | Reviews Sent |
|---|---|

Reviews: Negative ▾                    Dates: All ▾



Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle
Item code: 400937196

⭐ By:metalgea****bustion 🇺🇸  10 04,2020

**Product reviews:**
Very disappointing. The hydration pack never delivered to my house, yet my app says it did and I got charged. I dont see a way to dispute the transaction and to say the least I am beyond pissed. I was looking forward to actually recieving WHAT I ORDERED

helpful ( **0** )    unhelpful ( 0 )



Hot sales Komine motorcycle riding jeans moto daily cycling protective pants loose straight classical
Item code: 388274712

⭐ By:bori****papi 🇺🇸  07 27,2020

**Product reviews:**
I will not purchase from the seller or this website again. The product took over 3 months to get delivered and the only reason it was even delivered was because i filed a dispute over it. After the seller and I agreed to get a partial refund for the product he went back on his word and didn't give me the partial refund. This was an absolutely horrible experience and again i will not purchase from this seller or site again.

helpful ( **0** )    unhelpful ( 0 )



Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle
Item code: 400937196

⭐ By:grego****ick97 🇬🇧  06 04,2020

**Product reviews:**
Absolutely brilliant

helpful ( **0** )    unhelpful ( 0 )



2018 new volero MOTORPOOL jes-6 jeans men's motorcycle jeans pants protection equipment moto pants
Item code: 428162295

⭐ By:Magi****ick 🇨🇦  03 26,2020

**Product reviews:**
Jeans were overpriced if I may say and shipping time was ridiculous. Upon excepting my payment I was not told that I would have to wait 2 to 3 months for my items one star out of five in an overall for DH gate

helpful ( **0** )    unhelpful ( 0 )

Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle
Item code: 400937196

⭐ By:Dubos****thony 🇫🇷  12 18,2019

**Product reviews:**
Rien reçu, mal grès mes relances très très déçu

helpful ( **0** )    unhelpful ( 0 )

⭐ By:lopez****en96 🇫🇷 07 31,2019



motorcycle modified accessories aluminum alloy key head case For Yamaha motorcycle keys only key
Item code: 423702196

**Product reviews:**
mauvais produit, ne rentre pas dans le Neiman du scooter une fois monté sur la clef

helpful ( 0 )     unhelpful ( 0 )



motorcycle modified accessories aluminum alloy key head case For Yamaha motorcycle keys only key
Item code: 423702196

By:ze***mo     V2     03 30,2019

**Product reviews:**
Dös Not fit

helpful ( 0 )     unhelpful ( 0 )



Free shipping motorcycle Motocross KTM Hydration pack new style bags Travel bags racing packages Bicycle
Item code: 400937196

By:faniavg     V2     02 16,2019

**Product reviews:**
Very unsatisfied

helpful ( 0 )     unhelpful ( 0 )



Free shipping motorcycle casual riding gloves nylon bicycle breathable daily gloves KTM motocycle gloves
Item code: 407251513

By:faniavg     V2     02 16,2019

**Product reviews:**
Es muy mala calidad he comprado 3 pares y todos se me an roto no dura ni una semana 😞

helpful ( 0 )     unhelpful ( 0 )



Hot sales Komine motorcycle riding jeans moto daily cycling protective pants loose straight classical
Item code: 388274712

By:vis***guy     V2     01 11,2019

**Product reviews:**
Item arrived defective. Contacted seller who is not responding. Having to open a dispute to try and get resolution. Avoid this seller.

helpful ( 0 )     unhelpful ( 0 )

‹   **1**   2   ›

Go to page:  1  GO

Bookmark & Share          

Help improve your experience on DHgate.com, Please tell us what you think about this page.



Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License









DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

**Janwhooy** Add To Favorite Stores ( 66 )

96.7% Positive Feedback 629 Transactions

Online Chat Message Seller

Share

ktm In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > ktm

## Store Categories

- Bag (6)
- Motorcycle parts (2)

8 matching products found for ktm

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

Free shipping motorcycle Motocross KTM Hydration pack new st...
Ships out within 4 business days
Item Sold (80) (22)
US $19.10 - 23.87 / Piece
Free Shipping
Add to Cart

Free shipping 2015 new model motorcycle bags KTM chest bags ...
Ships out within 4 business days
Item Sold (11) (8)
US $11.06 - 15.64 / Piece
Free Shipping
Add to Cart

Free shipping new for KTM motorcycle riding backpack bag mot...
Ships out within 4 business days
Item Sold (6)
US $18.10 - 22.50 / Piece
Free Shipping
Add to Cart

Free shipping new chest KTM bag satchel riding backpack shou...
Ships out within 4 business days
Item Sold (10) (6)
US $12.57 - 17.01 / Piece
Free Shipping
Add to Cart

Free shipping Popular style KTM backpack Water bag Travel ba...
Ships out within 4 business days
Item Sold (17) (3)
US $21.11 - 28.44 / Piece
Free Shipping
Add to Cart

Free shipping for KTM Backpack Leisure travel bag Motorcycle...
Ships out within 4 business days
Item Sold (18) (4)
US $28.15 - 39.87 / Piece
Free Shipping
Add to Cart

Free shipping aluminum alloy CNC Motorcycle Flued Gas Tank C...
Ships out within 4 business days
Item Sold (1)
US $24.81 - 37.58 / Piece
Free Shipping
Add to Cart

Free shipping CNC cut Aluminum Handle Grip Security Lock Han...
Ships out within 4 business days
Item Sold (1)
US $18.98 - 26.15 / Set
Free Shipping
Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally

Hello, "[redacted]" ( 3 ) Sign out | My DHgate | Help | English | 8 Cart

Janwhooy

Add To Favorite Stores ( 66 )

**96.7%** Positive Feedback **629** Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

We provide a full range of motorcycle equipments and accessoriess, such as motorcycle pants,jeans,shorts,gloves,equipments,tail bags,leg bags,waist bags; We also provide motorcycle modified accessories. Our company was founded in 2004, based in Guangdong, China and we have extensive experience in......

motorcycle equipments and accessories. Free shipping on many items across the world by getting up to 50% discount and $10 coupons for all store products.

### Basic Information

Company Name:
Business Type:
Location: Guangdong, China (Mainland)
Year Established: Jul 2016
Main Product(s)/Service:

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| **Review Your Orders** | Payment | Success |

## Review Your Shipping Address

Ship To:                                               Add New Address

███████████ (United States)

📍 7215 Lake St, River Forest, Illinois, United States, 60305 .

📞 ███████████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: janwhooy



Free shipping motorcycle Mot…        Options: black        1 Piece        US $23.87 /Piece        US $23.87

SF eParcel
US $5.71
Delivery: Estimated between 8-85 (seller ships within 4 business days)

Add remark to seller                                                                            Use 3rd Party Coupon

Please add remark:(e.g. color, size…), Do not enter <>&

Item Subtotal:        US $23.87
Shipping Cost:        US $5.71
Order Total:        US $29.58

## Choose Your Payment Method

◯ Credit or Debit Card        VISA  Discover  [AE]  mastercard

● Other Payment Method

« Back to Cart

Item Subtotal(1 items):        US $23.87
Shipping Cost:        US $5.71
**Grand Total:**        **US $29.58**

DH  **Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**



Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

10/5/2020     2015 New Model motorcycle bags KTM chest bags Knight's pockets leg bags sports bags | Janwhooy, $11.06| DHGate.Com

Case 1:20-cv-06677 Document #: 16 Filed 11/19/20 Page 30 of 167 PageID #:2698




**DHgate**

janwhooy ˅
96.7% Positive Feedback

Buyer Protection | Customer Service ˅ | Drop shipping | United States / USD ˅ | English ˅

I'm shopping for...    🔍 On DHgate | In this Store

🛒 **8**

Store Home    Products    Time Limited Sale    TopSelling    Review    About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Bags > Product detail





Compare with similar Items

### Free shipping 2015 new model motorcycle bags/KTM chest bags/Knight's pockets/leg bags/sports bags

⭐⭐⭐⭐⭐   8 Reviews | 11 Transactions

| USD ˅ | **$15.64** | $15.18 | $14.72 | $13.42 |
|---|---|---|---|---|
| | 1 Piece+ | 2 Pieces+ | 3 Pieces+ | 23 Pieces+ |

Sale Detail:   **Buy it now, you will save extra $3 when you apply below promotions**

🎁 New User Save $3

Options:     

Quantity:   − 1 +   Piece   147 in Stock ( Stock in 🇨🇳 CN )

Shipping:   **$46.78** to United States Via DHGate Aramex ˅
Estimated delivery time: Oct. 21 and Oct. 24, ships out within 4 business days
Logistics Delay Notification ⊘

**Buy it Now**    Add to Cart    ♡ Add to Favorite ˅

Seller Guarantee:   $ Return Policy    ⊘ On-time Delivery in 10 Days

Secure Payment:   💳 VISA AMEX DISCOVER ...

---

## Customers Who Bought This Item Also Bought

     

| Free shipping motorcycle Motocross KTM Hydration pack | Formula 1 Renault Renault F1 Team 2020 short sleeve French | F1 Renault Renault 2019 Ricardo Rider T-shirt short | Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle | Summer Honda REPSOL Racing POLO Shirt Cavalier Team | ktm summer new MOTO GP motorcycle off-road riding T- |
|---|---|---|---|---|---|
| US $19.10 - 23.87 / Piece | US $17.81 - 21.38 / Piece | US $11.76 - 17.06 / Piece | US $29.80 - 36.32 / Piece | US $13.81 - 18.34 / Piece | US $12.78 - 17.13 / Piece |

## More Choices

     

| BTE5 Car MP3 Player Bluetooth FM Transmitter Car FM | BC41 Car MP3 player FM transmitter U disk TF card | Cheap CAR B2 B3 E5 Multifunction Bluetooth | D4 D5 Wireless Bluetooth car MP3 Player Radio Transmitter | Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001 | Hot sale Donald Trump 2020 Baseball Cap Patchwork |
|---|---|---|---|---|---|
| US $2.92 - 4.10 / Piece | US $8.55 - 10.86 / Piece | US $3.02 - 3.39 / Piece | US $6.59 - 10.80 / Piece | US $323.22 - 418.75 / Set | US $2.38 - 3.28 / Piece |
| $3 OFF $100+ | $3 OFF $100+ | $3 OFF $100+ | $3 OFF $100+ | $5 OFF $100+ | |

---

**Item Description**    Customer Reviews (8)    Transaction History (11)       Report Item

product:KTM waist bag;color:as the pictures black and white color;material:nylon;sale:one set selling.

10/5/2020      New Chest KTM Bag Satchel Riding Backpack Shoulder Motocross Motorcycle Equipment Bag Free Shipping From Janwhooy, $12.57 | DHgate.Com

Case 1:20-cv-06677 Document 16 Filed 11/10/20 Page 31 of 167 PageID #:2699



Buyer Protection   Customer Service   Drop shipping   United States / USD   English

DHgate

janwhooy
96.7% Positive Feedback

I'm shopping for...   On DHgate   In this Store






Store Home   Products   Time Limited Sale   TopSelling   Review   About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Bags > **Product detail**








Compare with similar Items

## Free shipping new chest KTM bag satchel riding backpack shoulder Motocross motorcycle equipment bag

★★★★☆ | **6 Reviews** | **10 Transactions**



| USD | **$17.01** | $16.00 | $14.86 | $14.29 | $13.03 |
|---|---|---|---|---|---|
| | 1 Piece+ | 5 Pieces+ | 10 Pieces+ | 20 Pieces+ | 24 Pieces+ |

Sale Detail:   **Buy it now, you will save extra $3 when you apply below promotions**

🎁 New User Save $3

Options:     

Quantity:   −   1   +   Piece   708 in Stock ( Stock in: 🇨🇳 CN )

Shipping:   **$10.35** to United States Via ePacket
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification ⓘ

**Buy it Now**   **Add to Cart**   ♡ Add to Favorite

Seller Guarantee:   🛡 Return Policy   🛡 On-time Delivery in 30 Days

Secure Payment:  

## Customers Who Bought This Item Also Bought


Free shipping motorcycle Motocross KTM Hydration pack
US $19.10 - 23.87 / Piece


Chest Bags For Men & Women 2019 Fashion Brand Girl Eyes
US $13.06 - 15.91 / Piece


Formula 1 Renault Renault F1 Team 2020 short sleeve French
US $17.81 - 21.38 / Piece


F1 Renault Renault 2019 Ricardo Rider T-shirt short
US $11.76 - 17.06 / Piece


Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece


Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $13.81 - 18.34 / Piece

## More Choices


BTE5 Car Mp3 Player Bluetooth FM Transmitter Car FM
US $2.92 - 4.10 / Piece
$3 OFF $100 +


BC41 Car MP3 player FM transmitter U disk TF card
US $8.55 - 10.86 / Piece
$3 OFF $100 +


Cheap CAR B2 B3 E5 Multifunction Bluetooth
US $3.02 - 3.39 / Piece
$3 OFF $100 +


D4 D5 Wireless Bluetooth car MP3 Player Radio Transmitter
US $6.59 - 10.80 / Piece
$3 OFF $100 +


Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001
US $323.22 - 418.75 / Set
$5 OFF $100 +


Hot sale Donald Trump 2020 Baseball Cap Patchwork
US $2.38 - 3.28 / Piece

**Item Description**   Customer Reviews (6)   Transaction History (10)     Report Item

Product:motorcycle shoulder bags;Size:40cm*17.5cm*9cm;Color:as the options;Material:nylon;Sales model:mix order;Pack:one shoulder bag.



Buyer Protection | Customer Service ▾ | Drop shipping | 🌐 United States / USD ▾ | 🌐 English ▾


jieruiyang66 ▾
96.9% Positive Feedback

I'm shopping for... | 🔍 On DHgate | In this Store

👤 | 🛒 32

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > **Product detail**





Compare with similar Items

### New ktm motorcycle racing gloves mountain bike outdoor sports slope gloves

★★★★★ | 1 Review | 2 Transactions

| USD ▾ | **$11.99** | $10.94 | $10.55 |
|---|---|---|---|
| | $15.99 | $14.58 | $14.07 |
| | 1 Piece+ | 21 Pieces+ | 72 Pieces+ |

App Only $10.41 - $11.83 ▾

Sale Detail: **25% OFF**
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Color : ( Multi )

Size : [ M ▾ ]

Quantity : [ − 1 + ] Piece  98 in Stock ( Stock in: 🇨🇳 CN )

Shipping : **Free Shipping** to United States Via China Post Air ▾
Estimated delivery time: Oct. 24 and Nov. 22, ships out within 3 business days
Logistics Delay Notification ❓

Total cost : **$11.99**  ℹ️ Get coupon and you will save extra $3

[ **Buy it Now** ]  [ **Add to Cart** ]  ♡ Add to Favorite ▾

Seller Guarantee: 🛡 Return Policy  🕐 On-time Delivery in 40 Days

Secure Payment: 💳 MasterCard VISA 💳 DISCOVER 💳 American Express ...

---

## Customers Who Bought This Item Also Bought

     

| | | | | | |
|---|---|---|---|---|---|
| Applicable to Yamaha Cross Country Mountain Bike MX | New team version cross country gloves MX motorcycle | Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike | Retro Pursuit Perforated Real Leather Motorcycle Gloves | Best selling KTM MOTO downhill mountain bike men's | Motorcycle Gloves Leather Goatskin Touch Screen Ready |
| US $14.07 - 16.00 / Piece | US $10.73 - 14.36 / Piece | US $12.07 - 15.43 / Pair | US $15.13 - 17.21 / Piece | US $9.80 - 11.14 / Piece | US $10.56 - 13.72 / Pair |

## More Choices

     

| | | | | | |
|---|---|---|---|---|---|
| Injection Body For YAMAHA YZF R1 1000 YZF-R1 15 16 17 | Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11 | Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05 | 17 types 3D printing Trump 2020 Mask Windproof Cotton | 6 styles Donald Trump 2020 Dollar US President Banknotes | Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-R6 06-07 |
| US $330.46 - 428.13 / Set | US $369.05 - 478.13 / Set | US $346.54 - 448.96 / Set | US $0.58 - 0.98 / Piece | US $0.13 - 0.55 / Piece | US $323.22 - 418.75 / Set |
| $5 OFF $100 + | $5 OFF $100 + | $5 OFF $100 + | | | $5 OFF $100 + |

Case 1:20-cv-06677-Document #: 1-6 Filed: 11/10/20 Page 33 of 167 PageID #:1791

| Item Description | Customer Reviews (1) | Transaction History (2) | | Report Item |
|---|---|---|---|---|

New ktm motorcycle racing gloves mountain bike outdoor sports slope gloves

## Specifications

| | |
|---|---|
| Material: | Nylon |
| Feature: | Fingers Separated |
| Gender: | Women Men Unisex |
| Item Code: | 418130725 |
| Category: | Motorcycle Gloves |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description





| SIZE | Palm width |
|---|---|
| M | 8CM-9CM |
| L | 9CM-10CM |
| XL | 10CM-11CM |







Case 1:20-cv-06677 Document #: 1-6 Filed: 11/10/20 Page 34 of 167 PageID #:2792





Less Description ⌃

## 1 Customer Reviews ›

★★★★★  5 out of 5 stars ⌄

Reviews ›

Sandrin****udem...  🇫🇷
★★★★★  January 14, 2020
Size: M      Color : Multi

top

## Sponsored Products You May be Interested In More Choice      I want to be here too



Quality For iPhone 7 Double
Clip Car Mount, Easy-To-Use



300W Solar led outdoor lighting
solars garden lights Hanging



Chicago Los Bulls Angeles
Basketball Shorts Just Memphis



Mini LED Party Lights Square
Color Changing LED ice cubes



2020 latest EMslim HI-EMT
machine EMS electromagnetic



long pants 2019 2020 marseille
aj soccer pants Real Madrid

10/4/2020    New Ktm Motorcycle Racing Gloves Mountain Bike Outdoor Sports Slope Gloves | Fingerless Motorcycle Gloves Sale From Jieruiyang66, $10.55| DHgate.Com

| US $1.80 - 2.05 / Piece | US $63.86 - 108.86 / Piece | US $16.34 - 19.58 / Piece | US $40.96 - 77.63 / Lot | US $8.48 - 3780.00 / Piece | US $14.69 - 17.72 / Piece |
| $5 OFF $100 + | $100 OFF $2,000 + | | $100 OFF $2,000 + | | |

## Compare with similar Items



|  | New ktm motorcycle racing gloves mountain bike outdoor sports slope gloves | Mig C2 Dain Racing Short Gloves for Motorcycle Bike Gloves Racing Riding | 2019 Leisure long-distance motorcycle Dain Mig C2 Racing Short Gloves Motorcycle Off- | Alpine Motocross stars S1 leather motorcycle glove mountain bike off road racing | MB Star C5 SD Connect C5 wit V06 2020 Soft-ware in 320GB HDD used Laptop D630 Auto |
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $10.55 - 11.99 / Piece | US $35.50 - 40.37 / Pair | US $19.91 - 27.77 / Pair | US $22.22 - 29.72 / Pair | US $220.11 - 620.84 / Piece |
| Min. Order | 1 Piece | 1 Pair | 1 Pair | 1 Pair | 1 Piece |
| Customer Rating / Orders | 5.0   2 Orders | 0 | 0 | 1.0   2 Orders | 0 |
| Shipping Cost | Free Shipping | Free Shipping | Free Shipping | US $2.58 | Free Shipping |
| Shipping method | China Post Air | ePacket | ePacket | China Post Air Mail | DHL |
| Estimated Delivery Time | Oct. 24 and Nov. 22 | Nov. 27 and Dec. 19 | Oct. 22 and Nov. 13 | Nov. 2 and Nov. 23 | Oct. 17 and Oct. 20 |
| Seller Guarantee | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service |
| Store | Shop by jieruiyang66 | Shop by hoya_autom... | Shop by motorcycle... | Shop by sukiliu | Shop by diagauto |
|  | 96.9% Positive Feedback | 100% Positive Feedback | 100% Positive Feedback | 96.3% Positive Feedback | 96.1% Positive Feedback |

## Related Promotion

leather gloves for motorcycle   finger leather glove   black perforated leather   cow leather gloves   scoyco gloves   summer riding gloves   pro biker protective gear

windproof gloves for motorcycle   gloves fox racing   rs taichi gloves xl

## Related Keywords

trike motorcycles   motorcycle shops   motorcycles trade   motorcycle artwork   motorcycle face warmer   protector motorcycle   motorcycle pillow   12v socket motorcycle

motorcycle bike tube   motorcycle chargers

## You May Also Like



2020 new thor head outdoor riding gloves motorcycle bicycle

US $15.14 - 19.40 / Piece

High Quality 2021 New Presto V2 Ultra BR TP QS Black White X

US $40.67 - 54.04 / Pair



New model ktm motorcycle off-road bags racing off-road bags

US $15.13 - 18.58 / Piece



KTM Motorcycle Goggle Motocross Glasses MOTO ATV

US $8.74 - 13.36 / Piece



2019 troy lee designs full finger MTB MX motorcycle motocross

US $16.03 - 20.09 / Piece



KTM Motorcycle gloves Luva Motoqueiro Guantes Moto

US $6.04 - 9.72 / Pair



New long-sleeved T-shirt downhill clothing mountain

US $15.11 - 19.00 / Piece

Explosive summer quick-drying trousers jacket, motorcycle

US $14.80 - 19.00 / Piece



KTM downhill t-shirt bike riding suit short sleeve shirt men and

US $16.50 - 19.89 / Piece



Best selling KTM MOTO downhill mountain bike men's

US $9.80 - 11.14 / Piece



 LOCAL WAREHOUSE Estimated arrival in 3+ days **shop now ▶** 

 DHgate.com

Customer Service ⌄ | Drop shipping | Save more | ⊙ United States / USD ⌄ | 🌐 English ⌄

I'm shopping for... 🔍

Hi, ▓▓▓▓ My DHgate ⌄   ♡   🕓   🛒 33

ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery

Home > Seller Review Profile

## Seller Information

**Jieruiyang66**

439   Transactions

**96.9%** Positive Review ?

Jiangsu, China (Mainland)
09:39 PM undefined Oct 4 Now
Member since Aug 2017

Recommend seller to friends

## Review Score:241

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ⊕ Positive | 49 | 114 | 164 | 256 |
| ⊙ Neutral | 0 | 0 | 2 | 9 |
| ⊖ Negative | 2 | 3 | 4 | 9 |

### Service Detail Score (Mainly Industry : Automobiles & Motorcycles)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.9/ 5.0 | ⬆ Above Average | 274 |
| Communication | 4.9/ 5.0 | ⬆ Above Average | 274 |
| Delivery time | 4.9/ 5.0 | ⬆ Above Average | 274 |
| Shipping charges | 4.9/ 5.0 | ▬ About Average | 274 |

**Reviews Received** | Reviews Sent

Reviews: Negative ⌄

Dates: All ⌄



**Motorcycle Casual KTM Cotton Shorts Racing Shorts Motorcycle Street Cycling Shorts**
Item code: 418150329

★☆☆☆☆ By:15691****4131 🇦🇹  09 24,2020
**Product reviews:**
Still not received
helpful ( 0 )   unhelpful ( 0 )



**Best selling KTM MOTO downhill mountain bike men's professional off-road motorcycle gloves full finger**
Item code: 425464191

★☆☆☆☆ By:mari****c79 🇺🇸 09 15,2020
**Product reviews:**
Very small the different colors do not like me at all very expensive for what it is if there were 0 stars I would put 0
helpful ( 0 )   unhelpful ( 0 )



**Free Shipping Special promotions Aray helmet motorcycle helmet send helmet lens,**
Item code: 418416499

★☆☆☆☆ By:morgan****e_k1H 🇺🇸 11 16,2019
**Product reviews:**
Helmet is not DOT approved so really no good for anything.
helpful ( 0 )   unhelpful ( 0 )



**2018 Latest Waterproof Motorcycle backpack For Yamaha Carbon Fiber Hard Shell Motocross Bag**
Item code: 418758941

★★☆☆☆ By: chiou **** ofian 🇫🇷 09 01,2019
**Product reviews:**
Product received but with the trip too much folds and its plastic does not recover!
helpful ( 0 )   unhelpful ( 0 )



**Leader of sales! Moto GP Motorcycle Jacket Moto Veste for KTM Team Green Motocross Rally Protective**
Item code: 418356665

★☆☆☆☆ By:xavi****aste 🇫🇷 07 22,2019
**Product reviews:**
Very bad be carefull. Very sad
helpful ( 0 )   unhelpful ( 0 )



**New Motorcycle Gloves Racing Gloves Mountain Bike Gloves**
Item code: 426303418

★☆☆☆☆ By: ver *** sa 🇺🇸 06 19,2019
**Product reviews:**
never received the item
helpful ( 0 )   unhelpful ( 0 )



**New off-road motorcycle KTM HYDROTEQ off-road pants windproof motorcycle endurance**
Item code: 418148228

★☆☆☆☆ By:ewy****ace 🇺🇸 04 15,2019
**Product reviews:**
Product itself was ok but the Sizes are way out and very small. I ordered an XL which is supposed to be at least a waist 36 inches but the ones i got were waist 32-33 inches communication was very poor and not really helpful in any way so based on my experience i would not recommend this seller.
helpful ( 0 )   unhelpful ( 0 )







DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

**Jieruiyang66** Add To Favorite Stores ( 45 )

**96.9%** Positive Feedback **439** Transactions

Online Chat Message Seller

Share

ktm | In this store | On DHgate

Car accessories , Motorcycle Accessori , Protective equipment

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > ktm

## Store Categories

- Motorcycle riding suit (5)
- bag (4)
- glove (1)
- shorts (1)
- other (2)

## Popular Search

Car accessories Motorcycle Accessori Protective equipment

**13** matching products found for ktm

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

Best selling KTM MOTO downhill mountain bike men' s prof...
Ships out within 3 business days
Item Sold (**92**) (16)
**US $9.80 - 11.14** / Piece
~~US $13.06 - 14.85~~
Free Shipping
Add to Cart

New motocross racing T- shirt for ktm men' s short- sleeve...
Ships out within 4 business days
Item Sold (**71**) (19)
**US $12.81 - 14.57** / Piece
~~US $17.08 - 19.42~~
Free Shipping
Add to Cart

Motorcycle wholesale sweatshirt XC motorcycle GP mountain bi...
Ships out within 3 business days
Item Sold (**27**) (7)
**US $15.83 - 18.00** / Piece
~~US $21.10 - 23.99~~
Free Shipping
Add to Cart

Motorcycle Casual KTM Cotton Shorts Racing Shorts Motorcycle...
Ships out within 3 business days
Item Sold (**2**) (1)
**US $17.34 - 19.71** / Piece
~~US $23.11 - 26.28~~
Free Shipping
Add to Cart

2018 Defender for ktm Motocross Rally Suits Waterproof Windp...
Ships out within 3 business days
Item Sold (**2**)
**US $203.52 - 231.42** / Piece
~~US $271.35 - 308.56~~
Free Shipping
Add to Cart

Leader of sales! Moto GP Motorcycle Jacket Moto Veste for KT...
Ships out within 3 business days
Item Sold (**8**) (1)
**US $58.04 - 66.00** / Piece
~~US $77.38 - 87.99~~
Free Shipping
Add to Cart

New arrival KTM MOTO GP Motocross T- shirts Mountain Bike Cyc...
Ships out within 4 business days
Item Sold (**27**) (8)
**US $15.58 - 17.72** / Piece
~~US $20.77 - 23.62~~
Free Shipping
Add to Cart

New ktm motorcycle racing gloves mountain bike outdoor sport...
Ships out within 3 business days
Item Sold (**2**) (1)
**US $10.56 - 12.00** / Piece
~~US $14.07 - 15.99~~
Free Shipping
Add to Cart

Wholesale New KTM Motocross T- shirts Mountain Bike Bicycle C...
Ships out within 4 business days
Item Sold (**2**)
**US $15.58 - 17.72** / Piece
~~US $20.77 - 23.62~~
Free Shipping
Add to Cart

OGIO Kawasaki KTM motorcycle shell backpack Backpack Bag car...
Ships out within 4 business days
Item Sold (**3**) (1)
**US $48.82 - 55.52** / Piece
~~US $65.09 - 74.02~~
Free Shipping
Add to Cart

25% OFF

Wholesale KTM waist pack messenger bag ktm motorcycle chest ...
Ships out within 3 business days
**US $13.48 - 15.33** / Piece
~~US $17.97 - 20.44~~

DHgate.com Buy Globally · Sell Globally Hello, [redacted] ( 259 ) Sign out | My DHgate | Help | English | 33 Cart

**Jieruiyang66** Add To Favorite Stores ( 45 )

**96.9%** Positive Feedback **439** Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Car accessories , Motorcycle Accessori , Protective equipment

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

Car and motorcycle accessories and protective equipment The best ship, the best cargo, the best service! welcome to my shop! good luck!

### Basic Information

| | |
|---|---|
| Company Name: | Shanghai Chaijie Trading Co., Ltd. |
| Business Type: | Operational business model |
| Location: | Jiangsu, China (Mainland) |
| Year Established: | Aug 2017 |
| Main Product(s)/Service: | Car accessories;Motorcycle Accessori;Protective equipment |

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com
Buy Globally · Sell Globally

Buyer Protection | Verisign Secured

| Review Your Orders | Payment | Success |

## Review Your Shipping Address

Ship To:                                    Change Shipping Address

███████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ███████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: jieruiyang66



New ktm motorcycle racing glo...

Size : M
Color : Multi

Quantity: 1 Piece

US $11.99 /Piece

US $11.99

China Post Air

**Free Shipping**
Delivery: Estimated between 11-40 (seller ships within 3 business days)

Add remark to seller

Please add remark:(e.g. color, size...), Do not enter <>&

Use 3rd Party Coupon

| Item Subtotal: | US $11.99 |
| Shipping Cost: | US $0.00 |
| Order Total: | US $11.99 |

## Choose Your Payment Method

○ Credit or Debit Card   VISA  DISCOVER  mastercard

◉ Other Payment Method

« Back to Cart

| Item Subtotal(1 items): | US $11.99 |
| Shipping Cost: | US $0.00 |
| **Grand Total:** | **US $11.99** |



**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dispute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

10/4/2020 Best Selling KTM MOTO Downhill Mountain Bike Men's Professional Off Road Motorcycle Gloves Full Finger Riding Leathers From Jieruiyang...

Case 2:20-cv-06677-Document #: 16 Filed: 11/10/20 Page 40 of 167 Page ID #:2708



Buyer Protection | Customer Service ▾ | Drop shipping | 📍 United States / USD ▾ | 🌐 English ▾

**DH**gate  jieruiyang66 ▾  96.9% Positive Feedback

I'm shopping for... 🔍 On DHgate | In this Store

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > Product detail





### Best selling KTM MOTO downhill mountain bike men's professional off-road motorcycle gloves full finger riding gloves racing

⭐⭐⭐⭐½ ▾ | 16 Reviews | 76 Transactions

| USD ▾ | **$11.14** ~~$14.85~~ 1 Piece+ | $10.16 ~~$13.54~~ 23 Pieces+ | $9.8 ~~$13.06~~ 77 Pieces+ |

App Only  $9.66 - $10.99 ▾

**Sale Detail:** 25% OFF
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Color : [ Multi ]

Size : [ M ▾ ]

Quantity : [ − ] 1 [ + ] Piece    463 in Stock ( Stock in 🇨🇳 CN )

Shipping : **Free Shipping** to United States Via China Post Air ▾
Estimated delivery time: Oct. 24 and Nov. 22, ships out within 3 business days
Logistics Delay Notification ⓘ

Total cost : **$11.14**  Get coupon and you will save extra $3

[ **Buy it Now** ] [ **Add to Cart** ] ♡ Add to Favorite ▾

Seller Guarantee : 🛡 Return Policy  ⏱ On-time Delivery in 40 Days

Secure Payment : 💳 VISA 💳 DISCOVER ...

## Customers Who Bought This Item Also Bought








| Applicable to Yamaha Cross Country Mountain Bike MX | New team version cross country gloves MX motorcycle | Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike | Retro Pursuit Perforated Real Leather Motorcycle Gloves | Motorcycle Gloves Leather Goatskin Touch Screen Ready | F-5-Colors Gloves Moter Glove Moto Racing Motocycly Gloves |
| US $14.07 - 16.00 / Piece | US $10.73 - 14.36 / Piece | US $12.07 - 15.43 / Pair | US $15.13 - 17.21 / Piece | US $10.56 - 13.72 / Pair | US $4.83 - 10.97 / Piece |

## More Choices









| Injection Body For YAMAHA YZF R1 1000 YZF-R1 15 16 17 | Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11 | Body+Tank For YAMAHA YZF R1 YZF-1000 YZF 1000 YZFR1 04 05 | 17 types 3D printing Trump 2020 Mask Windproof Cotton | 6 styles Donald Trump 2020 Dollar US President Banknotes | Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-R6 YZFR6 06 07 |
| US $330.46 - 428.13 / Set | US $369.05 - 478.13 / Set | US $346.54 - 448.96 / Set | US $0.58 - 0.98 / Piece | US $0.13 - 0.55 / Piece | US $323.22 - 418.75 / Set |
| $5 OFF $100 + | $5 OFF $100 + | $5 OFF $100 + | | | $5 OFF $100 + |



Buyer Protection · Customer Service ∨ · Drop shipping · United States / USD ∨ · English ∨

 jieruiyang66 ∨
96.9% Positive Feedback

I'm shopping for... | On DHgate | In this Store

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Apparel > **Product detail**



Compare with similar items

### New motocross racing T-shirt for ktm men's short-sleeved T-shirt

★★★★★ | 19 Reviews | 69 Transactions

USD ∨ | **$14.57** $19.42 1 Piece+ | $13.28 $17.70 17 Pieces+ | $12.81 $17.08 59 Pieces+

App Only  $12.64 - $14.37 ∨

Sale Detail: 25% OFF
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Size: | M

Options: 

Quantity: | − 1 + | Piece | 2296 in Stock ( Stock in: 🇨🇳 CN )

Shipping: **Free Shipping** to United States Via China Post Air ∨
Estimated delivery time: Oct. 25 and Nov. 23, ships out within 4 business days
Logistics Delay Notification ⓘ

| Buy it Now | Add to Cart | ♡ Add to Favorite ∨ |

Seller Guarantee: 🛡 Return Policy | On-time Delivery in 40 Days

Secure Payment: 💳 (payment icons)

### Customers Who Bought This Item Also Bought

     

| Formula 1 Renault Renault F1 Team 2020 short sleeve French | Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle | Summer Honda REPSOL Racing POLO Shirt Cavalier Team | WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T- | ktm summer new MOTO GP motorcycle off-road riding T- | For KTM Racing Team Motorcycle Long Sleeve T-Shirt |
| US $17.81 - 21.38 / Piece | US $29.80 - 36.32 / Piece | US $13.81 - 18.34 / Piece | US $16.58 - 20.38 / Piece | US $12.78 - 17.13 / Piece | US $12.67 - 39.20 / Piece |

### More Choices

     

| Injection Body For YAMAHA YZF R1 1000 YZF-R1 15 16 17 | Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11 | Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05 | 17 types 3D printing Trump 2020 Mask Windproof Cotton | 6 styles Donald Trump 2020 Dollar US President Banknotes | Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR06 06 07 |
| US $330.46 - 428.13 / Set | US $369.05 - 478.13 / Set | US $346.54 - 448.96 / Set | US $0.58 - 0.98 / Piece | US $0.13 - 0.55 / Piece | US $323.22 - 418.75 / Set |
| $5 OFF $100+ | $5 OFF $100+ | $5 OFF $100+ | | | $5 OFF $100+ |

Case 1:20-cv-06677 Document 1-6 Filed 11/10/20 Page 42 of 167 PageID #: 71



# DHgate

 joe_he ⌄
95% Positive Feedback

I'm shopping for...    🔍 On DHgate | In this Store

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Apparel > **Product detail**






### Brand-2016 MOTO GP KTM racing Motorcycle racing jersey short sleeves T shirt off road cycling downhill DH MX clothes Men's KTM Jersey

⭐⭐⭐⭐⭐   2 Reviews  |  5 Transactions

USD ⌄

| **$21.20** | $20.57 | $18.75 | $18.09 |
| $30.29 | $29.39 | $26.79 | $25.84 |
| 1 Piece+ | 2 Pieces+ | 12 Pieces+ | 39 Pieces+ |

App Only $17.83 - $20.90 ⌄

Sale Detail:   **30% OFF**   ⏱ 11: 14: 19
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3   &   Store Coupon Save $2

Size:   [ Choose an Option ⌄ ]

Options:   
KTM

Quantity:   [ − 1 + ] Piece   Maximum 10000 Piece(s)

Shipping:   **$3.61** to United States Via ePacket ⌄
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ⌄ ?

[ Buy it Now ]   [ Add to Cart ]   ♡ Add to Favorite ⌄

Seller Guarantee:   🔖 Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment:          

## Customers Who Bought This Item Also Bought


Formula 1 Renault Renault F1 Team 2020 short sleeve French
US $17.81 - 21.38 / Piece


F1 Renault Renault 2019 Ricardo Rider T-shirt short
US $11.76 - 17.06 / Piece


Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece


Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $13.81 - 18.34 / Piece


WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T-
US $16.58 - 20.38 / Piece


ktm summer new MOTO GP motorcycle off-road riding T-
US $12.78 - 17.13 / Piece

## More Choices


23 Colors 3D Rubber Gas Tank Pad Protector Tank stickers
US $3.32 - 7.43 / Piece


3D Carbon Fiber Tank Pad Protector For HONDA
US $3.32 - 7.43 / Piece


100%New Motorcycle Windscreen For HONDA
US $37.09 - 42.18 / Piece


Fairing bolts full screw kit For KAWASAKI Z750 04 05 06 Z-750
US $19.25 - 31.26 / Set


2013 NEW Arrival For SOL COOL Gloss glossy Green white black
US $141.75 - 230.27 / Piece


3D Carbon Fiber Tank Pad Protector For Triumph Daytona
US $3.32 - 7.43 / Piece

| Item Description | Customer Reviews (2) | Transaction History (5) | Report Item |
|---|---|---|---|

all colors are available,size as pictures showed,mores style pls view my store,big order pls contact us for more discount.

## Specifications

| | |
|---|---|
| Style: | Shirts & Tops |
| Material: | 100% Polyester |
| Feature: | Quick Dry Breathable |
| Color: | Orange |
| Gender: | Men |
| Item Code: | 390920290 |
| Category: | Motorcycle Apparel |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

**Feature**
Material : Polyester
Color : As the picture show
Use :motocross racing,dh cycling
Size :M, L, XL,XXL
Weight :0.35kg
Package Include:
1 * Motorcycle Shirt (maybe a keychain gift)
**Size chart(unit:cm)**



| Size | Chest | Length | Sleeve |
|---|---|---|---|
| M | 52 | 69 | 77 |
| L | 54 | 71 | 78 |
| XL | 56 | 73 | 79 |
| XXL | 58 | 75 | 80 |

Note: Please allow 1-3cm differs due to manual measurement, thanks (All measurement in cm and please note 1cm=0.39inch)

**Product display:**











Case 1:20-cv-06677 Document 1 Filed 11/10/20 Page 45 of 167 PageID #: 213

























Case 1:20-cv-06677 Document 1-6 Filed 11/10/20 Page 48 of 167 PageID #:716









Case 1:20-cv-06677 Document 1-6 Filed 11/10/20 Page 49 of 167 PageID #: 2717



## Product size 产品尺码

温馨提示：每款尺码均为手工测量，因丈量手法不同，会存在1-3CM的误差。每个人体型存在差异，着衣喜好不同，请根据自身体型及喜好来选择衣服大小。

| 尺码（CM） | 衣长（CM） | 胸围（CM） | 肩宽（CM） | 袖长（CM） | | |
|---|---|---|---|---|---|---|
| M | 68 | 100 | 45 | 22 | | |
| L | 72 | 108 | 46 | 23 | | |
| XL | 74 | 112 | 47 | 24 | | |
| 2XL | 77 | 116 | 48 | 25 | | |







Case 1:20-cv-06677 Document 1 Filed 11/10/20 Page 50 of 167 PageID #: 2718







## SHIPPING

1. Shipping cost: Click &ldquo;Shipping and payment&rdquo; tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

2. Time in transit: Transit time varies with different shipping methods.

| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
| --- | --- | --- |
| DHL | 2-4 days | www.dhl.com |
| FedEx Express | 2-4 days | www.fedex.com |
| ups | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| Hongkong Post | 5-10 days | www.ems.com.cn |



3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

## ❚ FEEDBACK

Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute. Thank you!

## ❚ RETURN POLICY

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.

Less Description ⌃

### 2 Customer Reviews ›

★★★★★ 5 out of 5 stars ⌄

Reviews ›

| suare****rero 🇪🇸 | Charles ****lton_... 🇺🇸 |
|---|---|
| ★★★★★ April 12, 2018 | ★★★★★ September 14, 2019 |
| Options: KTM Size: M | Options: KTM Size: XL |
| hola buena calida y muy bien un saludo y gracias | love my KTM shirt ,will order another soon |

See all reviews

## Sponsored Products You May be Interested In More Choice



Xiaomi Youpin Cleanfly FVQ Portable Car Hand Helded

US $70.36 - 83.84 / Piece

$3 OFF $100 +



2020 Kanye West Static Running Shoes New Israfil

US $44.47 - 54.66 / Pair

$2 OFF $200 +

$120 Save $2

## Compare with similar Items

| | | | | |
|---|---|---|---|---|
| <br>MOTO CENTERIC & KTM |  |  |  |  |
| Brand-2016 MOTO GP KTM racing Motorcycle racing jersey short sleeves T shirt off road | IRONRIDE 2020 Motorcycle Jacket Men Jaqueta Motociclista Waterproof Riding Racing Moto | For KTM DUKE 125 200 390 Graphics Backgrounds Stickers Kit Decal | Motorcycle cover helmet motorbike funny heeds red yellow white For outdoor | Car modification 25"x 5" Universal Car Kit Rear Bumper Cover Trim Shark Fin Spoiler L |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price US $18.09 - 21.20 / Piece | US $101.76 - 245.56 / Piece | US $46.28 - 55.98 / Set | US $32.23 - 36.65 / Piece | US $19.10 - 34.29 / Piece |
| $2 OFF $40 + | $2 OFF $39 + | | $2 OFF $39 + | |

| | | | | | |
|---|---|---|---|---|---|
| | Per $100 Save $2 | | | Per $100 Save $2 | |
| Min. Order | 1 Piece | 1 Piece | 1 Set | 1 Piece | 1 Piece |
| Customer Rating / Orders | ★★★★★ 5.0   5 Orders | ☆☆☆☆☆ 0   3 Orders | ☆☆☆☆☆ 0   1 Order | ☆☆☆☆☆ 0 | ★★★★★ 5.0   12 Orders |
| Shipping Cost | Free Shipping | | | | Free Shipping |
| Shipping method | China Post Air Mail | | | | China Post Air Mail |
| Estimated Delivery Time | Nov. 1 and Jan. 13 | | | | Oct. 24 and Jan. 5 |
| Seller Guarantee | ✅Guaranteed Service | ✅Guaranteed Service | ✅Guaranteed Service | ✅Guaranteed Service | ✅Guaranteed Service |
| Store | Shop by joe_he  95% Positive Feedback | Shop by pantine02  94.5% Positive Feedback | Shop by moto_pro  100% Positive Feedback | Shop by motorcars  97% Positive Feedback | Shop by geryoun  97% Positive Feedback |

## Related Promotion

gp motocross shirts   free t shirt   komine racing   motogp jackets   blue amsterdam   race ktm   padded motorcycle pants   duhan jackets   classic motorcycle clothing

sale motorcycle jackets

## Related Keywords

mexico jersey   lamar jackson jersey   girls jerseys   ny ranger jerseys   game jerseys   saxo tinkoff jersey   david ortiz green jersey   cool base jerseys   new york rangers jersey sale

sleeve striped jersey

## You May Also Like







TLD thin MOTO GP motorcycle protection off-road KTM gloves
US $15.49 - 20.26 / Piece

Yamaha MOTO GP Short Sleeve T-Shirt Motorcycle Racing
US $12.66 - 16.42 / Piece

Cycling Short Sleeves jerseys bib shorts Suit Hot Sale KTM
US $13.63 - 30.95 / Piece

New model ktm motorcycle off-road bags racing off-road bags
US $15.13 - 18.58 / Piece

2020 TLD KTM tide brand downhill clothing cycling Jersey
US $13.55 - 18.00 / Piece







Free shipping motorcycle Motocross KTM Hydration pack
US $19.10 - 23.87 / Piece

KTM team Cycling Short Sleeves jersey (bib) shorts sets Quick-
US $13.67 - 30.66 / Piece

KTM downhill t-shirt bike riding suit short sleeve shirt men and
US $16.50 - 19.89 / Piece

HONDA 93 motorcycle riding sweater Knight shatter-
US $23.50 - 29.98 / Piece

KTM Hoodie Sweatshirt MotoGP Cycling Windbreaker
US $28.88 - 38.34 / Piece







Zebra Boots 35 men casual shoes Yellow 35 v2 Boots 35V2
US $32.90 - 41.89 / Pair

New sup F1 fans series downhill service mountain bike bicycle
US $14.48 - 19.14 / Piece

New Moto GP Letters KTM Racing Baseball Caps
US $6.04 - 8.00 / Piece

Hot sale KTM Motorcycle gloves Moto racing gloves Men's
US $7.09 - 9.49 / Pair

E68 4K HD Camera WIFI FPV Mini Beginner Drone Toy, Track
US $7.21 - 34.90 / Piece






MOTO GP Bike Clothing Cycling Series Jersey Long Sleeve Top

New motocross racing T-shirt for ktm men's short-sleeved T-

MOTO GP motorcycle quick-drying shirt T-shirt Renault

2019 New Moto GP Letters KTM Racing Baseball Caps

New long-sleeved T-shirt downhill clothing mountain

US $14.08 - 19.32 / Piece    US $12.81 - 14.57 / Piece    US $15.18 - 18.49 / Piece    US $6.04 - 8.00 / Piece    US $15.11 - 19.00 / Piece

    

2018 KTM Men summer Cycling Jersey Breathable Bicycle

New Men KTM cycling jersey cycling clothes maillot ciclismo

New model ktm free shipping motorcycle waist bags knight

Motorcycle wholesale sweatshirt XC motorcycle GP

2019 bicycle gloves hpit FOX ATV MTB BMX Off Road

US $22.12 - 29.95 / Set    US $13.64 - 19.12 / Piece    US $12.06 - 13.71 / Piece    US $15.83 - 17.99 / Piece    US $16.59 - 21.32 / Piece

    

2019 Designer Brand New Wholesale Run Utility New 72C

For KTM Racing Team Motorcycle Long Sleeve T-Shirt

New ktm oxford motorcycle off-road jacket riding jackets racing

Summer mesh breathable racing suit knight off-road

2019 Pro Cartoon Team Cycling Jersey Short 9D set MTB Bike

US $46.64 - 58.60 / Pair    US $12.67 - 39.20 / Piece    US $65.29 - 95.36 / Piece    US $79.75 - 98.99 / Piece    US $16.33 - 34.13 / Piece

    

TLD downhill HONDA HRC mountain bike top men's long-

ktm summer new MOTO GP motorcycle off-road riding T-

Best selling KTM MOTO downhill mountain bike men's

19 KTM speed down mountain bike riding suit jacket, men's

Jersey For KTM Motocross Long sleeve MX ATV BMX MTB Jersey

US $15.65 - 20.41 / Piece    US $12.78 - 17.13 / Piece    US $9.80 - 11.14 / Piece    US $8.30 - 12.43 / Piece    US $15.78 - 19.98 / Piece



Ktm backpack motorcycle ride backpack equipment bag

US $20.11 - 26.86 / Piece

## New Arrival racing jersey

     

NEW 2020 rapidly FOX 180 360 Motocross Jersey and Pants MX

2020 2020 Hot Sale Kids Motorcycle Long Sleeve Jerseys

2019 Motocross Dirt Bike Suit Top Motorcycle Gear Set MX

UP Men Cycling Jersey Motocross Short Sleeves Tops

Attaquer Womens All Day Kaleidoscope cycling Jersey

Get into the bowl! cycling jersey Clearance motocross men M

US $60.91 - 84.27 / Set    US $16.23 - 19.46 / Piece    US $96.83 - 115.38 / Set    US $16.07 - 19.26 / Piece    US $17.31 - 20.75 / Piece    US $15.14 - 18.15 / Piece

## About Store joe_he

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping.

### Wholesale Motorcycle Apparel

- Wholesale girl jerseys
- Wholesale jersey custom
- Wholesale nba jersey
- Wholesale new jersey states
- Wholesale jersey shore



Buyer Protection | Customer Service ⌄ | 🌐 United States / USD ⌄ | 🌐 English ⌄



joe_he ⌄
95% Positive Feedback

I'm shopping for...  🔍 On DHgate   In this Store

👤   🛒 2

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Apparel > **Product detail**



### Brand-2016 MOTO GP KTM racing Motorcycle racing jersey short sleeves T shirt off road cycling downhill DH MX clothes Men's KTM Jersey

★★★★★  2 Reviews | 5 Transactions

| USD ⌄ | **$21.20** | $20.57 | $18.75 | $18.09 |
| | $30.29 | $29.39 | $26.79 | $25.84 |
| | 1 Piece+ | 2 Pieces+ | 12 Pieces+ | 39 Pieces+ |

☐ App Only  $17.83 - $20.90 ⌄

Sale Detail:  **30% OFF**  ⏱ 11: 13: 02
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3  &  🏷 Store Coupon Save $2

Size:  [ Choose an Option ⌄ ]

Options:  ( KTM )

Quantity:  [ − 1 + ] Piece   Maximum 10000 Piece(s)

Shipping:  **$3.61** to United States Via ePacket ⌄
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ⓘ

[ **Buy it Now** ]   [ **Add to Cart** ]   ♡ Add to Favorite ⌄

Seller Guarantee:  🛡 Return Policy   ⏱ On-time Delivery in 30 Days

Secure Payment:  💳 MasterCard VISA DISCOVER ...

Share to be partner    Compare with similar Items

---

## Customers Who Bought This Item Also Bought

     

| Formula 1 Renault Renault F1 Team 2020 short sleeve French | F1 Renault Renault 2019 Ricardo Rider T-shirt short | Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle | Summer Honda REPSOL Racing POLO Shirt Cavalier Team | WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T- | ktm summer new MOTO GP motorcycle off-road riding T- |
| US $17.81 - 21.38 / Piece | US $11.76 - 17.06 / Piece | US $29.80 - 36.32 / Piece | US $13.81 - 18.34 / Piece | US $16.58 - 20.38 / Piece | US $12.78 - 17.13 / Piece |

## More Choices

     

| 23 Colors 3D Rubber Gas Tank Pad Protector Tank stickers | 3D Carbon Fiber Tank Pad Protector For HONDA | 100%New Motorcycle Windscreen For HONDA | Fairing bolts full screw kit For KAWASAKI Z750 04 05 06 Z-750 | 2013 NEW Arrival For SOL COOL Gloss glossy Green white black | 3D Carbon Fiber Tank Pad Protector For Triumph Daytona |
| US $3.32 - 7.43 / Piece | US $3.32 - 7.43 / Piece | US $37.09 - 42.18 / Piece | US $19.25 - 31.26 / Set | US $141.75 - 230.27 / Piece | US $3.32 - 7.43 / Piece |

| Item Description | Customer Reviews (2) | **Transaction History (5)** | Report Item |
|---|---|---|---|

| Buyer | Product Info | Quantity | Order Date |
|---|---|---|---|
| Chr************* | Brand-2016 MOTO GP KTM racing Motorcycle racing jersey short sleeves T shirt off road cycling downhill DH MX clothes Men&#039;s KTM Jersey | 1 Piece | 2019-10-23 |
| Cha**************** | Brand-2016 MOTO GP KTM racing Motorcycle racing jersey short sleeves T shirt off road cycling downhill DH MX clothes Men&#039;s KTM Jersey | 1 Piece | 2019-08-29 |
| Ven****** | Brand-2016 MOTO GP KTM racing Motorcycle racing jersey short sleeves T shirt off road cycling downhill DH MX clothes Men&#039;s KTM Jersey | 1 Piece | 2019-08-26 |
| Csi********* | Brand-2016 MOTO GP KTM racing Motorcycle racing jersey short sleeves T shirt off road cycling downhill DH MX clothes Men&#039;s KTM Jersey | 1 Piece | 2018-03-28 |
| Sua********** | Brand-2016 MOTO GP KTM racing Motorcycle racing jersey short sleeves T shirt off road cycling downhill DH MX clothes Men&#039;s KTM Jersey | 1 Piece | 2018-03-15 |

## Sponsored Products You May be Interested In More Choice



Xiaomi Youpin Cleanfly FVQ Portable Car Hand Helded

US $70.36 - 83.84 / Piece

$3 OFF $100 +



2020 Kanye West Static Running Shoes New Israfil

US $44.47 - 54.66 / Pair

$2 OFF $200 +

$120 Save $2

## Compare with similar Items



| | | | | | |
|---|---|---|---|---|---|
| | Brand-2016 MOTO GP KTM racing Motorcycle racing jersey short sleeves T shirt off road | IRONRIDE 2020 Motorcycle Jacket Men Jaqueta Motociclista Waterproof Riding Racing Moto | For KTM DUKE 125 200 390 Graphics Backgrounds Stickers Kit Decal | Motorcycle cover helmet motorbike funny heeds red yellow white For outdoor | Car modification 25"x 5" Universal Car Kit Rear Bumper Cover Trim Shark Fin Spoiler L |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $18.09 - 21.20 / Piece | US $101.76 - 245.56 / Piece | US $46.28 - 55.98 / Set | US $32.23 - 36.65 / Piece | US $19.10 - 34.29 / Piece |
| | $2 OFF $40 + | $2 OFF $39 + | | $2 OFF $39 + | |
| | | Per $100 Save $2 | | Per $100 Save $2 | |
| Min. Order | 1 Piece | 1 Piece | 1 Set | 1 Piece | 1 Piece |
| Customer Rating / Orders | ★★★★★ 5.0  5 Orders | ★★★★★ 0  3 Orders | ★★★★★ 0  1 Order | ★★★★★ 0 | ★★★★★ 5.0  12 Orders |
| Shipping Cost | Free Shipping | | | | Free Shipping |
| Shipping method | China Post Air Mail | | | | China Post Air Mail |
| Estimated Delivery Time | Nov. 1 and Jan. 13 | | | | Oct. 24 and Jan. 5 |
| Seller Guarantee | ✓ Guaranteed Service | ✓ Guaranteed Service | ✓ Guaranteed Service | ✓ Guaranteed Service | ✓ Guaranteed Service |
| Store | Shop by joe_he  95% Positive Feedback | Shop by pantine02  94.5% Positive Feedback | Shop by moto_pro  100% Positive Feedback | Shop by motorcars  97% Positive Feedback | Shop by geryoun  97% Positive Feedback |

## Related Promotion

 
LOCAL WAREHOUSE  Estimated arrival in 3+ days    shop now ►

Customer Service ▾    Drop shipping    Save more    ◎ United States / USD ▾    ⊕ English ▾

 DHgate.com

I'm shopping for...    🔍

Hi, Sign in    ♡    🕔    🛒 ²
My DHgate ▾

| ALL CATEGORIES ▾ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

## Seller Information

Joe_he

*Sponsor*  2ⁿᵈ year

**5787**  Transactions
**95%**  Positive Review  ?

Fujian, China (Mainland)
12:53 PM Fri Oct 2 Now
Member since May 2016

Recommend seller to friends

### Review Score:3464

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ⊕ Positive | 375 | 1092 | 1774 | 3735 |
| ◐ Neutral | 28 | 71 | 125 | 231 |
| ⊖ Negative | 25 | 56 | 95 | 176 |

### Service Detail Score (Mainly Industry : Shoes & Accessories)

| Service Detail | Service Score  ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | �▬▬▬▬ 4.8/ 5.0 | ↓ Lower than Average | 4142 |
| Communication | ▬▬▬▬ 4.8 / 5.0 | ↓ Lower than Average | 4142 |
| Delivery time | ▬▬▬▬ 4.8 / 5.0 | ↓ Lower than Average | 4142 |
| Shipping charges | ▬▬▬▬ 4.8 / 5.0 | ↓ Lower than Average | 4142 |

---

**Reviews Received**    Reviews Sent

Reviews:  | Negative ▾ |    Dates:  | All ▾ |


Designer- Hot Sale Women Bag New Style Pu Designer Casual Handbags Fashion Female Messenger
Item code: 457639211

★☆☆☆☆  By:Julia A****ez_4ZT 🇪🇸    10 01,2020
**Product reviews:**
It does not look like the original, the material is terrible, it is not leather, it does not have the split area below and it smells terrible, it is bent at the bottom. Anyone would think it was an imitation.
helpful ( **0** )    unhelpful ( 0 )


Hot Sale-2019 Summer designer sandals fashion women casual leather sandals loafers women flip
Item code: 486236440

★★☆☆☆  By:mfa***sh 🇺🇸  V2  09 30,2020
**Product reviews:**
Ordered 2 pairs both pairs sent were the wrong colors The shoes were nice but still not the ones I ordered
helpful ( **0** )    unhelpful ( 0 )


Designer-Mens shoulder bags designers messenger bag trip bags briefcase crossbody good quality PU
Item code: 520387895

★☆☆☆☆  By:Lesl****rand 🇳🇱  V2  09 27,2020
**Product reviews:**
sended wrong bags, keep saying he sended the good ones. asked DHGate for dispute, they helped me.
helpful ( **0** )    unhelpful ( 0 )


Handbags Women Bags New Shoulder Bag Women Handbag Fashion Ladies Bag Package
Item code: 502662418

★☆☆☆☆  By:James****iel71 🇺🇸  V2  09 18,2020
**Product reviews:**
Wasn't what I expected
helpful ( **0** )    unhelpful ( 0 )


Designer- 2019 Crossbody Bags For Women Leather Luxury Handbags Women Bag Designer Ladies Hand
Item code: 503116050

★☆☆☆☆  By:mariajavan2495 🇺🇸  V2  09 17,2020
**Product reviews:**
If I could give this seller a negative star review then I would. I did not receive any package from them. Even though I went to the local post office and asked if they had any packages that was suppose to be sent to my address. I gave the post office the tracking number that this seller had provided for me and yet the post office said that there is NO TRACKING NUMBER that matches the one that the seller had provided. When I went back to the seller for a refund they said NO. So I paid $32 for nothing! Would NOT recommend this seller to anyone! The seller will not communicate and was VERY RUDE when I asked for my money back. They do not have good customer service.
helpful ( **0** )    unhelpful ( 0 )


Designer- Hot Sale Women Bag New Style Pu Designer Casual Handbags Fashion Female Messenger
Item code: 457639211

★☆☆☆☆  By:Fatou****soko 🇫🇷  V2  09 16,2020
**Product reviews:**
Its anarchist I haven't received my package since me from May
helpful ( **0** )    unhelpful ( 0 )

Designer-The Newest Classic waist bag Mens Fashion chestBag Women Bags Famous crossbody
Item code: 504913899

★☆☆☆☆  By:Stephe****hpets 🇨🇦  V2  09 09,2020
**Product reviews:**
⚠ Warning ⚠ this selling will not send you the item you ordered. I ordered a bag that was displayed in the photo and received a completely different style and size. Selling will not refund or send correct item. Do not buy from this seller as it is a SCAM!



**Joe_he** Add To Favorite Stores ( **1912** )

**95%** Positive Feedback **5786** Transactions

Online Chat Message Seller

Share

KTM | In this store | On DHgate

bags , sports bags , Tactical Gloves

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Automobiles & Moto... (24)
- Motorcycle Bags (8)
- Motorcycle Apparel (13)
- Motorcycle Gloves (3)
- Bags, Luggage & Ac... (1)
- Backpack (1)

## Popular Search

bags sports bags Tactical Gloves shoulder bags leg bags Motorcycle Gloves full finger gloves half finger golves OK golves Motorcycle bags

| | | |
|---|---|---|
| App Coupon Issued/Total:12/100 **$17** OFF $320+ Get Now | Store Coupon Issued/Total:7/100 **$16** OFF $320+ Get Now | App Coupon Issued/Total:18/200 **$6** OFF $100+ Get Now |
| Store Coupon Issued/Total:15/200 **$5** OFF $100+ Get Now | App Coupon Issued/Total:30/300 **$3** OFF $40+ Get Now | Store Coupon Issued/Total:22/300 **$2** OFF $40+ Get Now |

Show More

**25** matching products found for KTM

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/2

KTM Suvs gloves Motorcycle gloves bicycle gloves ktm moto lu...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (1)
**US $42.00 - 49.24** / Pair
~~US $60.00 - 70.34~~
Free Shipping
Add to Cart

Brand New 2016 100% Polyester KTM Motocross Jersey MotoGP Mo...
Save $2 With Coupon
Ships out within 10 business days
**US $18.09 - 21.21** / Piece
~~US $25.84 - 30.29~~
Free Shipping
Add to Cart

2016 new fashion style off road gloves motorcycle racing glo...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (6) ★★★★★ (1)
**US $13.65 - 16.01** / Piece
~~US $19.50 - 22.86~~
Free Shipping
Add to Cart

Brand- 2016 MOTO GP KTM racing Motorcycle racing jersey short...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (5) ★★★★★ (2)
**US $18.09 - 21.21** / Piece
~~US $25.84 - 30.29~~
Free Shipping
Add to Cart

Brand- New KTM Motocross T- shirts Mountain Bike Bicycle Cycli...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (1)
**US $18.09 - 21.21** / Piece
~~US $25.84 - 30.29~~
Free Shipping
Add to Cart

Brand- new ktm pants pantalon ktm motorcycle winter pants pan...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (3) ★ (1)
**US $66.88 - 78.40** / Piece
~~US $95.54 - 112.00~~
Free Shipping
Add to Cart

Brand- Men' s KTM Jersey ATV Off Road Quick Dry T- shirt M...
Save $2 With Coupon
Ships out within 10 business days
**US $18.09 - 21.21** / Piece
~~US $25.84 - 30.29~~
Free Shipping
Add to Cart

Brand- 2016 MOTO centeric shirts KTM Jersey ATV Off Road T- sh...
Save $2 With Coupon
Ships out within 10 business days
**US $18.09 - 21.21** / Piece
~~US $25.84 - 30.29~~
Free Shipping
Add to Cart

Brand- 2016 MOTO GP for KTM racing Motorcycle racing jersey ...
Save $2 With Coupon
Ships out within 10 business days
**US $18.09 - 21.21** / Piece
~~US $25.84 - 30.29~~
Free Shipping
Add to Cart

10/2/2020



Winter KTM Soft Breathable Protective Motorcycle Racing Glov...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (4) ★★★★☆ (1)
US $15.71 - 18.41 / Pair
US $22.43 - 26.29
Free Shipping
Add to Cart

Brand- Men KTM Dirt Bike MTB motocross racing jersey motorcyc...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (54) ★★★★★ (6)
US $18.09 - 21.21 / Piece
US $25.84 - 30.29
Free Shipping
Add to Cart

Brand- 2016 KTM Moto Motorcycle racing jersey short sleeves T...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (4) ★★★★★ (2)
US $18.09 - 21.21 / Piece
US $25.84 - 30.29
Free Shipping
Add to Cart

Brand- Hot man style off road MTB KTM MX DH Breathable bicycl...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (8) ★★★★★ (1)
US $18.09 - 21.21 / Piece
US $25.84 - 30.29
Free Shipping
Add to Cart

Brand- 100% polyester KTM motorcycle jersey long sleeve Quick...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (9) ★★★★★ (1)
US $18.09 - 21.21 / Piece
US $25.84 - 30.29
Free Shipping
Add to Cart

Brand New 2016 100% Polyester KTM Motocross Jersey MotoGP Mo...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (1)
US $18.09 - 21.21 / Piece
US $25.84 - 30.29
Free Shipping
Add to Cart

Brand- Men' s KTM Motocross MTB DOWNHILL jerseys Racing V...
Save $2 With Coupon
Ships out within 10 business days
US $96.91 - 113.61 / Piece
US $138.44 - 162.29
Free Shipping
Add to Cart

Designer- Wholesale 2018 for KTM multifunctional mountain cyc...
With Coupon
Ships out within 30 business days
US $31.67 - 37.36 / Piece
US $45.23 - 53.36
Free Shipping
Add to Cart

New 2016 KTM Motorcycle Backpack Moto bag Waterproof shoulde...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (69) ★★★★☆ (24)
US $22.53 - 26.41 / Piece
US $32.18 - 37.72
Free Shipping
Add to Cart

OGIO motorcycle Motocross KTM Hydration pack new style bags ...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (13) ★★★★☆ (6)
US $19.80 - 23.21 / Piece
US $28.28 - 33.16
Free Shipping
Add to Cart

KTM Sports Bags cycling bags motorcycle helmets bags KTM sho...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (13) ★★★★☆ (4)
US $26.96 - 31.61 / Piece
US $38.51 - 45.15
Free Shipping
Add to Cart

KTM motorcycle waterproof leg bags to ride the pockets of mo...
Save $2 With Coupon
Ships out within 10 business days
Item Sold (4) ★★★★★ (1)
US $18.91 - 22.17 / Piece
US $27.01 - 31.66
Free Shipping
Add to Cart

2016 New KTM backpack satchel shoulder bag chest riding moto...
Save $2 With Coupon
Ships out within 10 business days
US $18.09 - 21.21 / Piece
US $25.84 - 30.29
Free Shipping





Joe_he    Add To Favorite Stores ( 1912 )

95% Positive Feedback    5786 Transactions
Online Chat    Message Seller

Share

In this store | On DHgate

bags , sports bags , Tactical Gloves

**About Us**

- Store Introduction
- Basic Information

## Store Introduction

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping.

## Basic Information

| | |
|---|---|
| Company Name: | |
| Business Type: | |
| Location: | Fujian, China (Mainland) |
| Year Established: | May 2016 |
| Main Product(s)/Service: | Hot selling;free shipping;Brand bag;Famous bag;top quality;hot selling;new arrived;big discount;professional;wholesale |

## Contact Us

Online Chat    Message Seller

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

**DHgate.com**
Buy Globally · Sell Globally

Buyer Protection

| Review Your Orders | Payment | Success |

## Review Your Shipping Address

Ship To:                                                          Add New Address

███████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106
.

📞 ███████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: joe_he



Brand-2016 MO TO GP KTM r...        Options: KTM        1  Piece        US $21.20 /Piece        US $21.20        ePacket ▼

US $3.61
Delivery: Estimated between 8-30 (seller ships within 10 business days)

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

Use 3rd Party Coupon

Item Subtotal:        US $21.20
Shipping Cost:        US $3.61
Order Total:        US $24.81

## Choose Your Payment Method

○ Credit or Debit Card        VISA  DISCOVER  mastercard

● Other Payment Method

« Back to Cart

Item Subtotal(1 items):        US $21.20
Shipping Cost:        US $3.61
**Grand Total:**        **US $24.81**

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**



Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

 joe_he

95% Positive Feedback

I'm shopping for...    🔍 On DHgate | In this Store

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > **Product detail**





joe_he

💲 Share to be partner      Compare with similar Items

### KTM Suvs gloves Motorcycle gloves bicycle gloves ktm moto luva motoqueiro cycling off road motocross gloves guantes ciclismo

| USD ⌄ | **$49.24**<br>~~$70.34~~<br>1 Pair+ | **$47.75**<br>~~$68.22~~<br>2 Pairs+ | **$43.53**<br>~~$62.18~~<br>5 Pairs+ | **$41.99**<br>~~$59.99~~<br>17 Pairs+ |
|---|---|---|---|---|

☐ App Only   $41.40 - $48.53 ⌄

**Sale Detail:**   **30% OFF**   ⏱ 11 : 02 : 44

**Buy it now, you will save extra $5 when you apply below promotions**

🎁 New User Save $3   &   🏷 Store Coupon Save $2

Color :    [ Choose an Option ⌄ ]

Size :    [ Choose an Option ⌄ ]

Quantity:    [ − 1 + ] Pair    Maximum 10000 Pair(s)

Shipping:    **$3.61** to United States Via ePacket ⌄

Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days

Logistics Delay Notification ⍰

[ **Buy it Now** ]    [ **Add to Cart** ]    ♡ Add to Favorite ⌄

Seller Guarantee:   💲 Return Policy    ⊙ On-time Delivery in 30 Days

Secure Payment:      

## Customers Who Bought This Item Also Bought


Applicable to Yamaha Cross Country Mountain Bike MX
US $14.07 - 16.00 / Piece


New team version cross country gloves MX motorcycle
US $10.73 - 14.36 / Piece


Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike
US $12.07 - 15.43 / Pair


Retro Pursuit Perforated Real Leather Motorcycle Gloves
US $15.13 - 17.21 / Piece


Best selling KTM MOTO downhill mountain bike men's
US $9.80 - 11.14 / Piece


KTM Motorcycle gloves Luva Motoqueiro Guantes Moto
US $6.04 - 9.72 / Pair

## More Choices


Xiaomi Youpin Cleanfly FVQ Portable Car Hand Helded
US $70.36 - 83.84 / Piece
🏷 $3 OFF $100 +


Body For HONDA VTR1000F SuperHawk 97 98 99 00 01 02
US $315.98 - 409.38 / Set


Body +Tank For HONDA CBR 600F2 CBR600FS CBR 600 FS F2
US $324.03 - 419.80 / Set


Body +Tank For SUZUKI GSX R750 GSXR-600 K1 green hot
US $308.43 - 469.80 / Set


8Gifts 23Colors Injection For YAMAHA YZF-R1 07-08 YZF1000
US $369.85 - 509.38 / Set


2013 NEW Arrival For SOL COOL Gloss glossy Green white black
US $141.75 - 230.27 / Piece

---

**Item Description**      Report Item

10/2/2020
2020 Brand New 2016 100% Polyester KTM Motocross Jersey MotoGP Motorcycle T shirts Summer Personality Casual T shirt_he, $18.09 | DHgate.Com
Case 2:20-cv-06677 Document 1-16 Filed 11/10/20 Page 62 of 167 Page ID #:730

1/6



joe_he
95% Positive Feedback

I'm shopping for...    🔍 On DHgate    In this Store

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Apparel > **Product detail**









### Brand New 2016 100% Polyester KTM Motocross Jersey MotoGP Motorcycle T-shirts Summer Personality Casual T shirt

| USD ⌄ | **$21.20** ~~$30.29~~ 1 Piece+ | $20.57 ~~$29.39~~ 2 Pieces+ | $18.75 ~~$26.79~~ 12 Pieces+ | $18.09 ~~$25.84~~ 39 Pieces+ |

App Only   $17.83 - $20.90 ⌄

Sale Detail:   30% OFF   ⏱ 11: 02: 27

Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3   &   Store Coupon Save $2

Size:   Choose an Option ⌄

Options:    KTM

Quantity:   −  1  +   Piece   Maximum 10000 Piece(s)

Shipping:   **$3.61** to United States Via ePacket ⌄
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ⓘ

**Buy it Now**    Add to Cart    ♡ Add to Favorite ⌄

Seller Guarantee:   🛡 Return Policy    On-time Delivery in 30 Days

Secure Payment:        

Share to be partner    Compare with similar Items

## Customers Who Bought This Item Also Bought








| | | | | | |
|---|---|---|---|---|---|
| Formula 1 Renault Renault F1 Team 2020 short sleeve French | F1 Renault Renault 2019 Ricardo Rider T-shirt short | Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle | Summer Honda REPSOL Racing POLO Shirt Cavalier Team | WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T- | ktm summer new MOTO GP motorcycle off-road riding T- |
| US $17.81 - 21.38 / Piece | US $11.76 - 17.06 / Piece | US $29.80 - 36.32 / Piece | US $13.81 - 18.34 / Piece | US $16.58 - 20.38 / Piece | US $12.78 - 17.13 / Piece |

## More Choices








| | | | | | |
|---|---|---|---|---|---|
| 23 Colors 3D Rubber Gas Tank Pad Protector Tank stickers | Xiaomi Youpin Cleanfly FVQ Portable Car Hand Helded | Body For HONDA VTR1000F SuperHawk 97 98 99 00 01 02 | Body +Tank For HONDA CBR 600F2 CBR600FS CBR 600 FS F2 | 3D Carbon Fiber Tank Pad Protector For HONDA | Body +Tank For SUZUKI GSX R750 GSXR-600 K1 green hot |
| US $3.32 - 7.43 / Piece | US $70.36 - 83.84 / Piece | US $315.98 - 409.38 / Set | US $324.03 - 419.80 / Set | US $3.32 - 7.43 / Piece | US $308.43 - 469.80 / Set |
| | $3 OFF $100 + | | | | |

Item Description    Report Item



Buyer Protection · Customer Service ⌄ · United States / USD ⌄ · English ⌄

johnson2 ⌄
53.8% Positive Feedback

I'm shopping for...  |  On DHgate  |  In this Store

🛒 1

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Apparel > Product detail



The new TLD KTM off-road motorcycle racing short-sleeved T-shirt cycling jersey, bicycle cycling breathable speed surrender

| USD ⌄ | **$19.95** ~~$21.00~~ 1 Piece+ | $19.83 ~~$20.87~~ 2 Pieces+ | $18.51 ~~$19.48~~ 5 Pieces+ | $17.70 ~~$18.63~~ 10 Pieces+ | $16.13 ~~$16.98~~ 18 Pieces+ |

App Only  $15.41 - $19.74 ⌄

Sale Detail:  5% OFF
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Size:  Choose an Option ⌄

Options:

Quantity:  — 1 +  Piece  Maximum 100000 Piece(s)

Shipping:  $3.43 to United States Via ePacket ⌄
Estimated delivery time: Jan. 8 and Jan. 30, ships out within 60 business days
Logistics Delay Notification (?)

**Buy it Now** | **Add to Cart** | ♡ Add to Favorite ⌄

Seller Guarantee:  🛡 Return Policy | 🕐 On-time Delivery in 30 Days

Secure Payment:

### Customers Who Bought This Item Also Bought



Formula 1 Renault Renault F1 Team 2020 short sleeve French
US $17.81 - 21.38 / Piece

F1 Renault Renault 2019 Ricardo Rider T-shirt short
US $11.76 - 17.06 / Piece

Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece

Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $13.81 - 18.34 / Piece

WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T-
US $16.58 - 20.38 / Piece

ktm summer new MOTO GP motorcycle off-road riding T-
US $12.78 - 17.13 / Piece

### More Choices



Injection Body For YAMAHA YZF R1 1000 YZF-R1 15 16 17
US $330.46 - 428.13 / Set

Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14
US $454.28 - 588.55 / Set

Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07
US $323.22 - 418.75 / Set

Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11
US $369.05 - 478.13 / Set

Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001
US $323.22 - 418.75 / Set

Body +Tank For HONDA CBR1000 RR CBR 1000 RR 08 09
US $323.22 - 418.75 / Set

Case 1:20-cv-06677 Document 4-16 Filed 11/10/20 Page 64 of 167 PageID #: 732

| Item Description | Report Item |
|---|---|

Style: Motorcycle quick-drying shirt Color: As shown in the picture Size: S M L XL XXL XXXL Applicable people: Unisex Applicable season: All seasons

## Specifications

| | |
|---|---|
| Style: | Shirts & Tops |
| Material: | 100% Polyester |
| Feature: | Anti-UV Plus Size Quick Dry Breathable |
| Color: | same photo |
| Gender: | Women Men Unisex |
| Item Code: | 572674830 |
| Category: | Motorcycle Apparel |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description



Case 1:20-cv-06677 Document 4-6 Filed 11/10/20 Page 65 of 167 PageID #: 733

**XS (recommended weight 50-58kg or so)**

**S (recommended weight about 58-68KG)**

**M (recommended weight about 68-77KG)**

**L (recommended weight 76-85KG or so)**

**XL (recommended weight 85-95KG or so)**

**XXL (recommended weight 95-110KG or so)**

**XXXL (recommended weight about 110-120KG)**

**This size is for reference only**

**Please choose the size according to your height and weight, or contact customer service, we will be happy to help you.**

**Dear buyer, please refer to the details. All the pictures can be customized. If you ha**
**please feel free to contact customer service! Thanks !!!**









<div align="center">Less Description ⌃</div>

Sponsored Products You May be Interested In More Choice













| Multi-functional Cleaning Soft Clay Gel Keyboard Cleaning | Chicago Los Bulls Angeles Basketball Shorts Just Memphis | 2020 latest EMslim HI-EMT machine EMS electromagnetic | Just Bulls Toronto Basketball Chicago Don Raptors | Cycling Eyewear OO9401 glasses Men Fashion Polarized | Xiaomi Router AX1800 Qualcomm Five-core WiFi6 2,4G |
| US $1.01 - 2.40 / Piece | US $16.34 - 19.58 / Piece | US $8.48 - 3780.00 / Piece | US $16.43 - 19.69 / Piece | US $17.20 - 22.65 / Piece | US $48.36 - 59.50 / Piece |

$3 OFF $100 +

## Compare with similar Items



| | | | | | |
|---|---|---|---|---|---|
| | The new TLD KTM off-road motorcycle racing short-sleeved T-shirt cycling jersey, bicycle | TLD speed surrender and quick-drying T-shirt summer mountain bike cycling short- | IRONRIDE 2020 Motorcycle Jacket Men Jaqueta Motociclista Waterproof Riding Racing Moto | For KTM DUKE 125 200 390 Graphics Backgrounds Stickers Kit Decal | Motorcycle cover helmet motorbike funny heeds red yellow white for outdoor |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $15.57 - 19.95 / Piece | US $16.65 - 20.64 / Piece | US $101.76 - 245.56 / Piece <br> $2 OFF $39 + <br> Per $100 Save $2 | US $46.28 - 55.98 / Set | US $32.23 - 36.65 / Piece <br> $2 OFF $39 + <br> Per $100 Save $2 |
| Min. Order | 1 Piece | 1 Piece | 1 Piece | 1 Set | 1 Piece |
| Customer Rating / Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0  3 Orders | ☆☆☆☆☆ 0  1 Order | ☆☆☆☆☆ 0 |
| Shipping Cost | US $5.92 | US $4.38 | | | |
| Shipping method | China Post Air Mail | China Post Air Mail | | | |
| Estimated Delivery Time | Jan. 10 and Mar. 24 | Jan. 10 and Mar. 24 | | | |
| Seller Guarantee | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service |
| Store | Shop by johnson2 <br> 53.8% Positive Feedback | Shop by nicecar1 <br> 100% Positive Feedback | Shop by pantine02 <br> 94.5% Positive Feedback | Shop by moto_pro <br> 100% Positive Feedback | Shop by motorcars <br> 97% Positive Feedback |

## Related Promotion

mx jersey xxl   motorcycle reflective jacket   pump racing   jacket body protector   motorcycle riding pads   white yellow clothes for summer   resistance clothing   riding pants

women's riding jeans   clothing protectors

## Related Keywords

suit navy   birthday suits   3pc suits   suit grey white design mens   velour jogging suit set   gray tweed suit   women s sexy work suits   deadpool lycra suit   erotic body suits

puff suits

## You May Also Like



KN95 Mask Factory 95% Filter colorful mask Activated Carbon

US $0.03 - 0.59 / Piece



2020 fashion sports black buffalo horn glasses men

US $17.20 - 21.47 / Piece



Woman bag Cross body fashion lady Tote handbags purse

US $50.68 - 62.74 / Piece



Luxury MILLIONAIRE Sunglasses for men full frame

US $9.69 - 13.67 / Piece



Astroworld Rapper Hip Hop Hoodies Casual Hooded

US $47.26 - 56.63 / Piece



Mens clothing Hoodie Light Fleece Sweatshirts Fashion

US $7.57 - 8.92 / Piece



Women Designer Boots Martin Desert Boot Flamingos Love

US $73.87 - 92.73 / Pair



Women Bag Original Box Date code Handbag Purse clutch

US $41.35 - 52.18 / Piece



Hot Magnetic Liquid Eyeliner & Magnetic False Eyelashes &

US $0.07 - 4.58 / Lot



2019 oversized frameless sunglasses women retro

US $5.33 - 8.65 / Piece



Case 1:20-cv-06677 Document 1-6 Filed 11/10/20 Page 68 of 167 PageID #: 736



Glass Water Pipes Gun Smoking Pipe Water Bong Oil Rig

US $20.30 - 24.83 / Piece



Outdoor Pet Dog Harnesses Classic Pattern Fashion

US $8.13 - 13.64 / Set



Womens Shirt Tied Neck Chain Print Casual Shirt Long Sleeve

US $12.91 - 15.38 / Piece



Fashion simple notes ECG heart frequency collarbone necklace

US $0.40 - 0.69 / Piece



Jumpman 1 Basketball Shoes Athletics Sneakers Running

US $5.70 - 51.17 / Pair



Hot Sales Shirt Luxury Design Male Summer Turn-Down

US $11.75 - 13.86 / Piece



Full Screen Goophone N10+ N10 Plus MTK6580 Quad Core

US $82.20 - 103.90 / Piece



2020 New Top Cream Sail Black Cat White Cement Men Women

US $9.30 - 114.59 / Pair



Lady Watch 2020 Golden Diamond Watch Lady Famous

US $13.43 - 20.64 / Piece



New Mouth ice Mask Anti Dust Face Cover PM2.5 Respirator

US $0.21 - 0.31 / Piece



Basketball Shoes Mens Trainers Jumpman 11s 25th Anniversary

US $40.05 - 51.09 / Pair



Women Shoulder Bag Leisure Crossbody Chain Bags Fashion

US $20.63 - 25.10 / Piece



2020 2021 Real Madrid Men Football Training Suits 20 21

US $24.42 - 29.27 / Piece



Newest imported materials polarized European brand

US $7.62 - 13.05 / Piece



in stock 10Pcs retail packaging 3-12 years Kids mask face Mask

US $0.13 - 0.19 / Piece



Autumn And Winter Design New Couples Jacket Hoodie

US $36.19 - 50.30 / Piece



Hot Sale Fashion Shoulder Bags Women Chain Crossbody Bag

US $26.12 - 31.34 / Piece



Air Purifying Face Mask Anti Dust Fog Face Mouth Filter

US $0.27 - 0.54 / Piece



Winter Outerwear Top Quality Men's MEAFORD RAIN 3M

US $1.70 - 100.00 / Piece



Olympique de Marseille Soccer jersey 2020 2021 OM Marseille

US $10.19 - 14.67 / Piece



hot sell Men new Luxury Jackets Coat Luxury Sweatshirt Hoodie

US $17.26 - 22.76 / Piece



700 Wave Runner Reflective Kanye Mens Running Shoes

US $27.33 - 61.68 / Pair



Men Women 3D Print Tupac 2pac T-shirt Short sleeve O-

US $13.98 - 16.48 / Piece



Wedges Shoes For Women Sandals Plus Size High Heels

US $15.08 - 22.76 / Pair



NEW mans designer jacket High Quality Long Sleeve Shirts

US $0.01 - 108.03 / Piece



2019 us business brand thin checked shirt, fashion designer

US $22.34 - 34.26 / Piece



New Arrival tld motorcycle riding suit

 LOCAL WAREHOUSE — Estimated arrival in 3+ days — shop now ►

10/2/2020 

 DHgate.com

I'm shopping for...

Customer Service ▾ | Drop shipping | Save more | ⦿ United States / USD ▾ | 🌐 English ▾

Hi, Sign in
My DHgate ▾     ♡   🕓   🛒 1

| ALL CATEGORIES ▾ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

### Seller Information

Johnson2
65   Transactions
57.1%  Positive Review  ?

Henan, China (Mainland)
10:47 AM Fri Oct 2 Now
Member since Apr 2020

Recommend seller to friends

### Review Score:2

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ⊕ Positive | 6 | 9 | 9 | 9 |
| ⦿ Neutral | 4 | 4 | 4 | 4 |
| ⊖ Negative | 6 | 6 | 6 | 6 |

### Service Detail Score (Mainly Industry : --)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | --/-- | -- | -- |
| Communication | --/-- | -- | -- |
| Delivery time | --/-- | -- | -- |
| Shipping charges | --/-- | -- | -- |

**Reviews Received** | Reviews Sent

Reviews: Negative ▾                           Dates: All ▾




FOX 2020 downhill suit, quick-drying T-shirt, TLD motorcycle racing locomotive, off-road long-sleeved
Item code: 552102997
★☆☆☆☆  By:Maria Monse****h Portugal 🇵🇹  09 30,2020
Product reviews:
I never got my Oder in mail sad I missing the size medium
helpful ( 0 )   unhelpful ( 0 )


Formula F1 summer round neck shirt Polo shirt off-road motorcycle riding racing suit locomotive top mountain
Item code: 545260501
★★☆☆☆  By:15455****2230 🇳🇱  09 19,2020
Product reviews:
quality is not of normal polo quality. More like a sport shirt
helpful ( 0 )   unhelpful ( 0 )


KTM 2020 downhill suit Team version short-sleeved T-shirt sports T-shirt tld summer quick-drying
Item code: 546624426
★☆☆☆☆  By:Asie****ino 🇪🇸  09 15,2020
Product reviews:
Very unsatisfied
helpful ( 0 )   unhelpful ( 0 )


Formula F1 Summer 2020 hot-selling lapel polo shirt top Off-road motorcycle racing suit Mountain
Item code: 555500009
★★☆☆☆  By:Guy****man 🇳🇱  09 14,2020
Product reviews:
Unsatisfied
helpful ( 0 )   unhelpful ( 0 )


F1 Renault 2019 Renault 2019 polyester quick-drying short-sleeved polo shirt lapel T-shirt team racing
Item code: 554634280
★☆☆☆☆  By:Chris O Duai****508011810542 🇮🇪  08 31,2020
Product reviews:
It not like in picture and the size is wrong
helpful ( 0 )   unhelpful ( 0 )


FOX mountain bike cycling off-road motorcycle racing suit custom line top downhill long-sleeved men's
Item code: 545231143
★★☆☆☆  By:Frankli****lado01 🇺🇸  08 27,2020
Product reviews:
Unsatisfied
helpful ( 0 )   unhelpful ( 0 )


Formula 1 Aston Martin 2020 summer new lapel polo shirt top off-road motorcycle riding racing suit
Item code: 555506916
★★☆☆☆  By:Leoi****009 🇪🇸  08 21,2020
Product reviews:
Unsatisfied
helpful ( 0 )   unhelpful ( 0 )

F1 Formula One Polo Shirt Lapel Short Sleeve T-Shirt 2020 Summer
★☆☆☆☆  By:craig****ce23  08 06,2020







DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

**Johnson2** Add To Favorite Stores ( 6 )

53.8% Positive Feedback 65 Transactions

Online Chat | Message Seller

Share

KTM | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Motorcycle clothing (8)
- Motorcycle riding goggles (2)
- Racing jacket (1)

**12** matching products found for KTM

Sort by: Bestselling | Price | Best Match | Price: $ - $ Go | Page 1/1

SALE

KTM 2020 hot sale fleece warm sweater hot men and women moto...
Ships out within 60 business days
US $34.39 - 39.90 / Piece
~~US $36.20 - 42.00~~
Free Shipping
Add to Cart

SALE

KTM 2020 new motorcycle fleece sweater, off- road motorcycle ...
Ships out within 60 business days
US $53.58 - 61.76 / Piece
~~US $56.40 - 65.01~~
Free Shipping
Add to Cart

SALE

KTM 2020 summer new motorcycle quick- drying T- shirt racing l...
Ships out within 60 business days
US $16.54 - 19.79 / Piece
~~US $17.41 - 20.83~~
Free Shipping
Add to Cart

SALE

New TLD MotoGP windbreaker KTM motorcycle racing suit Jacket...
Ships out within 60 business days
US $49.77 - 59.59 / Piece
~~US $52.38 - 62.72~~
Free Shipping
Add to Cart

SALE

2020 MOTO driver racing suit motorcycle riding quick- drying ...
Ships out within 60 business days
US $15.79 - 19.11 / Piece
~~US $16.62 - 20.11~~
Free Shipping
Add to Cart

SALE

Customized TLD KTM Motocross Quick- drying T- shirt Bike Downh...
Ships out within 60 business days
US $15.85 - 20.05 / Piece
~~US $16.68 - 21.10~~
Free Shipping
Add to Cart

SALE

KTM 2020 downhill suit KTM team version short- sleeved T- shir...
Ships out within 60 business days
Item Sold (2) (1)
US $16.34 - 19.38 / Piece
~~US $17.20 - 20.40~~
Free Shipping
Add to Cart

SALE

KTM downhill bike cycling jacket tops men' s short- sleev...
Ships out within 60 business days
US $16.34 - 19.38 / Piece
~~US $17.20 - 20.40~~
Free Shipping
Add to Cart

SALE

The new TLD KTM off- road motorcycle racing short- sleeved T- s...
Ships out within 60 business days
US $15.58 - 19.95 / Piece
~~US $16.39 - 21.00~~
Free Shipping
Add to Cart

SALE

New cross- country motorcycle helmet mountain racing downhill...
Ships out within 60 business days
US $70.19 - 82.11 / Piece
~~US $73.88 - 86.43~~
Free Shipping
Add to Cart

SALE

KTM 2020 new hot selling motorcycle goggles off- road vehicle...
Ships out within 60 business days
US $27.48 - 32.33 / Piece
~~US $28.92 - 34.03~~

DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | Cart

LOGO Factory

Johnson2

Add To Favorite Stores ( 6 )

53.8% Positive Feedback 65 Transactions

Online Chat Message Seller

Share

In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

## Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

## Basic Information

Company Name:

Business Type:

Location: Henan, China (Mainland)

Year Established: Apr 2020

Main Product(s)/Service:

## Contact Us

Online Chat Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

**DHgate.com**
Buy Globally · Sell Globally

Buyer Protection

| **Review Your Orders** | Payment | Success |
|---|---|---|

## Review Your Shipping Address

Ship To:                                    Add New Address

█████████ **(United States)**

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 █████████

Edit

## Review & Confirm Your Order



| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: johnson2

The new TLD K TM off-road m...

Options: 1
Size: XXXL

1 Piece

US $19.95 /Piece

US $19.95

ePacket
US $3.43
Delivery: Estimated between 8-30 (seller ships within 60 business days)

**Add remark to seller**                                    Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:     US $19.95
Shipping Cost:     US $3.43
**Order Total:**     **US $23.38**

## Choose Your Payment Method

○ Credit or Debit Card     VISA  DISCOVER  [JCB]  mastercard

⦿ Other Payment Method

« Back to Cart

Item Subtotal(1 items):     US $19.95
Shipping Cost:     US $3.43
**Grand Total:**     **US $23.38**

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dispute resolution

**Confirm to Pay**



Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

Buyer Protection | Customer Service ⌄ | United States / USD ⌄ | English ⌄

# DHgate

johnson2 ⌄
53.8% Positive Feedback

I'm shopping for... | On DHgate | In this Store

🔍 1

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Apparel > Product detail



Compare with similar items

## KTM 2020 hot sale fleece warm sweater hot men and women motorcycle outdoor riding racing suit sweater jacket

| USD ⌄ | **$39.90** | $39.78 | $39.55 | $36.04 | $35.64 |
|---|---|---|---|---|---|
| | ~~$42.00~~ | ~~$41.87~~ | ~~$41.63~~ | ~~$37.94~~ | ~~$37.52~~ |
| | 1 Piece+ | 2 Pieces+ | 5 Pieces+ | 8 Pieces+ | 10 Pieces+ |

App Only $34.03 - $39.48 ⌄

**Sale Detail:** 5% OFF

Buy it now, you will save extra $3 when you apply below promotions

🎁 New User Save $3

**Size:** Choose an Option ⌄

**Options:**       

**Quantity:** − 1 + Piece    Maximum 100000 Piece(s)

**Shipping:** $3.43 to United States Via ePacket ⌄
Estimated delivery time: Jan. 8 and Jan. 30, ships out within 60 business days
Logistics Delay Notification ?

**Buy it Now** | **Add to Cart** | ♡ Add to Favorite ⌄

Seller Guarantee: 🛡 Return Policy | ⏱ On-time Delivery in 30 Days

Secure Payment:       

## Customers Who Bought This Item Also Bought


Formula 1 Renault Renault F1 Team 2020 short sleeve French
US $17.81 - 21.38 / Piece


F1 Renault Renault 2019 Ricardo Rider T-shirt short
US $11.76 - 17.06 / Piece


Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece


Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $13.81 - 18.34 / Piece


WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T-
US $16.58 - 20.38 / Piece


ktm summer new MOTO GP motorcycle off-road riding T-
US $12.78 - 17.13 / Piece

## More Choices


Injection Body For YAMAHA YZF R1 1000 YZF-R1 15 16 17
US $330.46 - 428.13 / Set


Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14
US $454.28 - 588.55 / Set


Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07
US $323.22 - 418.75 / Set


Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11
US $369.05 - 478.13 / Set


Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001
US $323.22 - 418.75 / Set


Body +Tank For HONDA CBR1000 RR CBR 1000 RR 08 09
US $323.22 - 418.75 / Set

Buyer Protection | Customer Service ⌄ | United States / USD ⌄ | English ⌄



johnson2 ⌄
53.8% Positive Feedback

I'm shopping for...  🔍  On DHgate | In this Store

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Apparel > **Product detail**



Compare with similar Items

### KTM 2020 new motorcycle fleece sweater, off-road motorcycle riding suit, motorcycle suit, racing suit, fleece sweater

| USD ⌄ | **$61.76** | $61.64 | $61.40 | $55.96 | $55.53 |
|---|---|---|---|---|---|
| | ~~$65.01~~ | ~~$64.88~~ | ~~$64.63~~ | ~~$58.91~~ | ~~$58.45~~ |
| | 1 Piece+ | 2 Pieces+ | 5 Pieces+ | 6 Pieces+ | 10 Pieces+ |

App Only  $53.02 - $61.11 ⌄

| Sale Detail: | 5% OFF |
|---|---|
| | Buy it now, you will save extra $3 when you apply below promotions |
| | 🎁 New User Save $3 |

Size:  Choose an Option ⌄

Options:    

Quantity:  − 1 +  Piece   Maximum 100000 Piece(s)

Shipping:  **$3.43** to United States Via ePacket ⌄
Estimated delivery time: Jan. 8 and Jan. 30, ships out within 60 business days
Logistics Delay Notification ?

| Buy it Now | Add to Cart | ♡ Add to Favorite ⌄ |
|---|---|---|

Seller Guarantee:  🛡 Return Policy   ⏱ On-time Delivery in 30 Days

Secure Payment:       

---

## Customers Who Bought This Item Also Bought



Formula 1 Renault Renault F1 Team 2020 short sleeve French

US $17.81 - 21.38 / Piece



F1 Renault Renault 2019 Ricardo Rider T-shirt short

US $11.76 - 17.06 / Piece



Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle

US $29.80 - 36.32 / Piece



Summer Honda REPSOL Racing POLO Shirt Cavalier Team

US $13.81 - 18.34 / Piece



WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T-

US $16.58 - 20.38 / Piece



ktm summer new MOTO GP motorcycle off-road riding T-

US $12.78 - 17.13 / Piece

## More Choices



Injection Body For YAMAHA YZF R1 1000 YZF-R1 15 16 17

US $330.46 - 428.13 / Set



Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14

US $454.28 - 588.55 / Set



Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07

US $323.22 - 418.75 / Set



Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11

US $369.05 - 478.13 / Set



Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001

US $323.22 - 418.75 / Set



Body+Tank For HONDA CBR1000 RR CBR 1000 RR 08 09

US $323.22 - 418.75 / Set



10/4/2020

Buyer Protection | Customer Service | Drop shipping | United States / USD | English

DHgate

juanjie01
50% Positive Feedback

I'm shopping for... | On DHgate | In this Store

🛒 36

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us | **Product detail**

Home > All Categories > Fashion Accessories > Hats, Scarves & Gloves > Gloves & Mittens > Five Fingers Gloves > Product detail



### New KTM motorcycle carbon fiber gloves for motorcycle fans

| USD | **$37.39** ~~$38.55~~ 1 Piece+ | $37.19 ~~$38.34~~ 2 Pieces+ | $36.27 ~~$37.39~~ 5 Pieces+ | $33.06 ~~$34.08~~ 9 Pieces+ | $29.13 ~~$30.03~~ 10 Pieces+ |
|---|---|---|---|---|---|

App Only  $27.52 – $36.62

**Sale Detail:** 3% OFF | ⏱ 08 days left
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

**Gloves Size:** M

**Options:** 

**Quantity:** − 1 + Piece   Maximum 9999 Piece(s)

**Shipping:** **Free Shipping** to United States Via ePacket
Estimated delivery time: Nov. 27 and Dec. 19, ships out within 30 business days
Logistics Delay Notification ⓘ

**Total cost:** **$37.39**  Get coupon and you will save extra $3

| Buy it Now | Add to Cart | ♡ Add to Favorite |
|---|---|---|

Seller Guarantee: 🛡 Return Policy | On-time Delivery in 30 Days
Secure Payment: VISA  DISCOVER ...

## Customers Who Bought This Item Also Bought


Gift 2019 Fashion Winter Unisex Top 100% Cashmere Scarf For
US $19.10 – 21.72 / Piece


Fashion 2020 Top classic bucket cap Foldable Fishing Caps king
US $17.09 – 24.69 / Piece


Luxury brands Design Jeans cap Bucket hats logo Fisherman
US $18.00 – 24.00 / Piece


Bucket Hats Baseball Caps Beanie Baseball Cap for Mens
US $15.99 – 19.39 / Piece


C D designer bucket hat black blue Khaki lady autumn beanie
US $51.36 – 59.60 / Piece


Cheap 2019classic Golf Curved Visor hats Luxury design bone
US $27.66 – 36.58 / Piece

## More Choices


TOP quality sunglass Men women Summer sunglasses
US $8.09 – 13.67 / Piece


Ring buckle mobile phone holder Gift holder Creative
US $0.50 – 0.68 / Piece
$5 OFF $100+



Luxury Keychain High Qualtiy Key Chain & Key Ring Holder
US $12.55 – 14.95 / Piece


bow ties wood bow tie for men vintage neck ties men fashion
US $1.81 – 3.12 / Piece



Protective Hat Anti-spitting Powder Wind Sand Mask Anti-
US $4.78 – 5.31 / Piece


7 Style Baseball Hat Ponytail Baseball Cap Washed Cotton
US $3.02 – 3.59 / Piece

Item Description                                                                    Report Item

New KTM-2 Motorcycle Fans Racing Carbon Fiber Gloves

## Specifications

| | |
|---|---|
| Type: | Finger Gloves |
| Material: | Real Leather |
| Gender: | Man Woman |
| Color: | White Black |
| Style of Length: | Normal |
| Item Code: | 590338640 |
| Category: | Five Fingers Gloves |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received. The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

     

| | | | | | |
|---|---|---|---|---|---|
| South Korea rose sweater chain fall and winter long | Butterfly sweater chain length female models fall | 2019 sweater chain necklace female Rose | Gold-plated mesh flower pendant necklace Clover | men sweater chain accessories chain hanging | National wind female long sweater chain necklace |
| US $4.4-6.95/Piece | US $4.93-7.07/Piece | US $28.68-43.75/Piece | US $3.52-5.87/Piece | US $23.36-61.33/Piece | US $58.49-83.11/Piece |

     

| | | | | | |
|---|---|---|---|---|---|
| New Arrival Spring Men's Genuine Leather Gloves | Explosion retro Yamamoto dark night club bar light | Corzzet Vintage Gothic Black Leather &Gold Metal | Tactical Gloves Soft Shell Leather Fitness Half Finger | High Quality Ladies Fashion Casual Leather | womens Fox fur Real lambskin Gloves skin |
| US $25.88-33.48/Pair | US $27.73-35.86/Piece | US $70.03-90.55/Piece | US $20.56-26.59/Pair | US $12.05-18.05/Piece | US $67.63-88.19/Pair |

     

| | | | | | |
|---|---|---|---|---|---|
| New Oversize Sunglasses Shield Big Frame Alloy One | New sunglasses men designer metal retro | 2019 Futuristic oversized one piece sunglasses | SARA Outdoor Sports Windproof Sunglasses | 2020 new triangle cat's eye sunglasses female big box | 24 colors INS Fashion Sunglasses Big Oversized |
| US $0.57-0.69/Piece | US $49.17-77.06/Piece | US $17.89-25.69/Piece | US $14.03-22.3/Piece | US $3.08-4.95/Piece | US $2.3-3.69/Piece |









More Description

Less Description ^

## Sponsored Products You May be Interested In More Choice    I want to be here too



Men's Women's Fashion Classic Designer Belt Luxury Belt

US $0.32 - 20.78 / Piece

$100 OFF $2,000+



300W Solar led outdoor lighting solars garden lights Hanging

US $63.86 - 108.86 / Piece



Chicago Los Bulls Angeles Basketball Shorts Just Memphis

US $13.25 - 19.58 / Piece



Mini LED Party Lights Square Color Changing LED ice cubes

US $40.96 - 77.63 / Lot

$100 OFF $2,000+



2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece



long pants 2019 2020 marseille aJ soccer pants Real Madrid

US $14.69 - 17.72 / Piece

## Compare with similar Items



| | | | | | |
|---|---|---|---|---|---|
| | New KTM motorcycle carbon fiber gloves for motorcycle fans | Drake In My Feelings Dad Hat Hot singles Kiki do you love me Buzzwords Baseball Cap 100% | Unisex Classic Felt Pork Pie Porkpie Hat Cap Upturn Short Brim Black Ribbon Band | Elegant Silk Hijab Scarf For Women Square Shawls Fashion Print Kerchief Satin Head Scarfs | 2020 fashion sports black buffalo horn glasses men round circle lenses wood fram |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $28.10 - 37.39 / Piece | US $13.25 - 15.06 / Piece | US $7.04 - 9.15 / Piece | US $15.02 - 17.08 / Piece | US $17.20 - 21.47 / Piece |
| | | $3 OFF $99+ | | | |
| | | Per $159 Save $5 | | | |
| My. Order | 1 Piece | 1 Piece | 1 Piece | 1 Piece | 1 Piece |
| Customer Rating / Orders | ☆☆☆☆☆ 0 | ★★★★★ 4.3  26 Orders | ★★★★★ 4.4  67 Orders | ☆☆☆☆☆ 0  1 Order | ★★★★★ 4.4  412 Orders |
| Shipping Cost | Free Shipping | Free Shipping | US $0.64 | US $9.14 | Free Shipping |
| Shipping method | ePacket | ePacket | ePacket | ePacket | ePacket |
| Estimated Delivery Time | Nov. 27 and Dec. 19 | Oct. 23 and Nov. 14 | Oct. 22 and Nov. 13 | Jan. 8 and Jan. 30 | Oct. 20 and Nov. 11 |
| Seller Guarantee | ✔Guaranteed Service | ✔Guaranteed Service | ✔Guaranteed Service | ✔Guaranteed Service | ✔Guaranteed Service |
| Store | Shop by juanjie01 | Shop by lotusflowern | Shop by artstyle | Shop by kawaiiet | Shop by buffalohorn... |
| | 50% Positive Feedback | 97.9% Positive Feedback | 97.1% Positive Feedback | 97.6% Positive Feedback | 96.7% Positive Feedback |

## Related Promotion

long satin gloves blue · gloves styles · cat gloves · korea gloves · fashion women leather gloves · gloves for style men · magic screen · driving gloves for winter · long cashmere gloves · waterproof touch screen gloves

## Related Keywords

cow cartoons · gloves for winter · heating gloves · women winter warm knit gloves fingers · autumn cashmere fingerless gloves · touch cotton gloves · lamb warmer · ladies long evening gloves · driving gloves for winter · leather gloves for girls

## You May Also Like


New Yamaha Motocross T-shirt Short-sleeved quick-drying
US $12.06 - 16.14 / Piece


2018 new Moto jerseys Rockstar Jersey Breathable
US $17.53 - 19.94 / Piece


KTM Hoodie Sweatshirt MotoGP Cycling Windbreaker
US $28.88 - 38.34 / Piece


F1 racing suit Renault short-sleeved T-shirt racing fan
US $15.31 - 20.11 / Piece


Hot KTM Sale Moto GP Letters Racing Baseball Caps
US $5.43 - 10.29 / Piece


Explosive summer quick-drying trousers jacket, motorcycle
US $14.80 - 19.00 / Piece


KTM Troylea speed drop service TLD Jersey outdoor shirt men
US $16.50 - 22.02 / Piece


New long-sleeved T-shirt downhill clothing mountain
US $15.11 - 19.00 / Piece


2020 explosive F1 Mercedes-Benz 2020 short-sleeved polo
US $18.08 - 22.40 / Piece


Explosive F1 spring and autumn long-sleeved downhill
US $14.82 - 19.50 / Piece


Free shipping motorcycle helmet full face helmet ARAI
US $62.56 - 71.14 / Piece


Motorcycle wholesale sweatshirt XC motorcycle GP
US $15.83 - 17.99 / Piece


Summer mesh breathable racing suit knight off-road
US $79.75 - 98.99 / Piece


ktm summer new MOTO GP motorcycle off-road riding T-
US $12.78 - 17.13 / Piece


Formula 1 Renault Renault F1 Team 2020 short sleeve French
US $17.81 - 21.38 / Piece


KTM motorcycle T-shirt 2019 summer casual jacket factory
US $13.49 - 18.08 / Piece


For YAMAHA KTM Carbon Fiber Waterproof Backpack
US $35.70 - 65.15 / Piece


New motocross racing T-shirt for ktm men's short-sleeved T-
US $12.81 - 14.57 / Piece


DELICATE FOX 180 Motocross Jersey Pants 2020 Navy Red
US $49.75 - 69.95 / Set


AMG Team F1 Body T-Shirt Racing Suit Men's Short Sleeve
US $15.31 - 20.11 / Piece


7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel
US $6.58 - 9.65 / Pair


Best selling KTM MOTO downhill mountain bike men's
US $9.80 - 11.14 / Piece


For KTM Racing Team Motorcycle Long Sleeve T-Shirt
US $12.67 - 39.20 / Piece


BMW Motorcycle T-shirt New POLO Short T Casual Wear
US $17.54 - 21.83 / Piece


MOTO GP motorcycle quick-drying shirt T-shirt Renault
US $15.18 - 18.49 / Piece





LOCAL WAREHOUSE Estimated arrival in 3+ days   shop now ▶

DHgate.com

Customer Service ⌄ | Drop shipping | Save more | 📍 United States / USD ⌄ | 🌐 English ⌄

I'm shopping for...   🔍

Hi,
My DHgate ⌄   ♡   ⏱   🛒 36

ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery

Home > Seller Review Profile

## Seller Information

**Juanjie01**
**11**   Transactions
**50%**   Positive Review  ❓
Henan, China (Mainland)
10:47 PM undefined Oct 4 Now
Member since Jun 2020

Recommend seller to friends

### Review Score:0

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| 🟢 Positive | 1 | 1 | 1 | 1 |
| 🟡 Neutral | 0 | 0 | 0 | 0 |
| 🔴 Negative | 1 | 1 | 1 | 1 |

### Service Detail Score (Mainly Industry : --)

| Service Detail | Service Score ❓ | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | --/-- | -- | -- |
| Communication | --/-- | -- | -- |
| Delivery time | --/-- | -- | -- |
| Shipping charges | --/-- | -- | -- |

**Reviews Received** | Reviews Sent

Reviews: Negative ⌄                                        Dates: All ⌄



fashion stainless steel jewelry rivet
bracelet ornaments wholesale palm
leather bracelet cross stripe star
Item code: 576022934

⭐☆☆☆☆   By:elias****musau 🇫🇷   V2  09 21,2020

**Product reviews:**
he sent me something else that does not have the bracelet I order I want to be reimbursed in addition the thing arrived broken

helpful ( 0 )   unhelpful ( 0 )

‹   **1**   ›

Go to page: 1  GO

Bookmark & Share   f  G  t  VK  k  del  St  in  reddit  G+

✅ Help improve your experience on DHgate.com. Please tell us what you think about this page.

mastercard  VISA  AMERICAN EXPRESS  DISCOVER  UnionPay  Maestro  JCB  Sofort  BANK TRANSFER  Verisign Secured  PCI  square trade

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products
Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License









DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

Juanjie01 Add To Favorite Stores ( 0 )

50% Positive Feedback 11 Transactions

Online Chat Message Seller

Share

ktm In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > ktm

## Store Categories

- Simple fashion hat. scarf (1)

1 matching products found for ktm

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

New KTM motorcycle carbon fiber gloves for motorcycle fans
Ships out within 30 business days

US $28.11 - 37.40 / Piece
~~US $28.97 - 38.55~~
Free Shipping
Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally

Hello, [redacted] ( 259 ) Sign out | My DHgate | Help | English | 36 Cart

LOGO Factory

**Juanjie01** Add To Favorite Stores ( 0 )

**50%** Positive Feedback **11** Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

### Basic Information

Company Name:
Business Type:
Location: Henan, China (Mainland)
Year Established: Jun 2020
Main Product(s)/Service:

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

## Review Your Shipping Address

**Ship To:**                                    Change Shipping Address

███████ [United States]

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ███████

Edit

## Review & Confirm Your Order



| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: juanjie01

New KTM motor cycle carbon fi... | Gloves M Size: Options: 1 | 1 Piece | US $37.39 /Piece | US $37.39 | ePacket ▾ <br> **Free Shipping** <br> Delivery: Estimated between 8-30 (seller ships within 30 business days) |

**Add remark to seller**                                    Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal: US $37.39
Shipping Cost: US $0.00
**Order Total:** US $37.39

## Choose Your Payment Method



○ Credit or Debit Card    VISA  Discover  🏦  mastercard

◉ Other Payment Method

« Back to Cart

Item Subtotal(1 items):    US $37.39
Shipping Cost:    US $0.00
**Grand Total:**    US $37.39

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dispute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.



DHgate

juntao1
70.6% Positive Feedback

Buyer Protection | Customer Service | Drop shipping | United States / USD | English

I'm shopping for...   On DHgate   In this Store

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > **Product detail**



Compare with similar Items

A star KTM motorcycle riding gloves summer thin section breathable knight equipment off-road racing locomotive anti-fall gloves male half fi

| USD | **$23.52** ~~$24.75~~ 1 Piece+ | $21.44 ~~$22.57~~ 14 Pieces+ | $20.68 ~~$21.77~~ 46 Pieces+ |
|---|---|---|---|

App Only   $20.46 - $25.75

Sale Detail:   **5% OFF**   08 days left
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Color :   same photo

Size :   M

Options:        

Quantity:   − 1 +   Piece   Maximum 100000 Piece(s)

Shipping:   **$3.43** to United States Via ePacket
Estimated delivery time: Jan. 8 and Jan. 30, ships out within 60 business days
Logistics Delay Notification ?

Total cost:   **$26.95**   Get coupon and you will save extra $3

[ Buy it Now ]   [ Add to Cart ]   ♡ Add to Favorite

Seller Guarantee:   Return Policy   On-time Delivery in 30 Days
Secure Payment:   [payment icons]

---

## Customers Who Bought This Item Also Bought

     

Applicable to Yamaha Cross Country Mountain Bike MX
US $14.07 - 16.00 / Piece

New team version cross country gloves MX motorcycle
US $10.73 - 14.36 / Piece

Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike
US $12.07 - 15.43 / Pair

Retro Pursuit Perforated Real Leather Motorcycle Gloves
US $15.13 - 17.21 / Pair

Motorcycle Gloves Leather Goatskin Touch Screen Ready
US $10.56 - 13.72 / Pair

F-5-Colors Gloves Moter Glove Moto Racing Motocycly Gloves
US $4.83 - 10.97 / Piece

---

## More Choices

Injection Body For YAMAHA YZF R1 1000 YZF-R1 15 16 17
US $330.46 - 428.13 / Set

Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11
US $369.05 - 478.13 / Set

Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05
US $346.54 - 448.96 / Set

17 types 3D printing Trump 2020 Mask Windproof Cotton
US $0.58 - 0.98 / Piece

6 styles Donald Trump 2020 Dollar US President Banknotes
US $0.13 - 0.55 / Piece

Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07
US $323.22 - 418.75 / Set

$5 OFF $100 +    $5 OFF $100 +    $5 OFF $100 +    $5 OFF $100 +

## Item Description

Report Item

Brand: Other Type: Cycling Gloves Size: M L XL Color Classification: As shown in the photo Year Season: General Please contact customer service before buying

### Specifications

| | |
|---|---|
| Material: | Leather |
| Feature: | Half Finger Full Finger Breathable |
| Gender: | Unisex |
| Item Code: | 538929042 |
| Category: | Motorcycle Gloves |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description



Case 1:20-cv-06677 Document #: 16 Filed: 11/10/20 Page 86 of 167 PageID #:2754











10/4/2020 A Star KTM Motorcycle Riding Gloves Summer Half Finger Gloves Kawasaki Retro Rider Moto Motorcycle Gear Warm Motorcycle Gloves Fr...

Case 1:20-cv-06677 Document #: 16 Filed: 11/10/20 Page 88 of 167 PageID #:2756





10/4/2020    A Star KTM Motorcycle Riding Gloves Summer Men Women Fulfinger Electric Full Moto Pit Bike Monster Motorcycle Gear Warm Motorcycle Gloves Fr…

Case 1:20-cv-06677 Document #: 16 Filed: 11/10/20 Page 89 of 167 PageID #:2757





Less Description ⌃

## Sponsored Products You May be Interested In More Choice



Quality For iPhone 7 Double
Clip Car Mount, Easy-To-Use

US $1.80 - 2.05 / Piece

$5 OFF $100 +



300W Solar led outdoor lighting
solars garden lights Hanging

US $63.86 - 108.86 / Piece

$100 OFF $2,000 +



Chicago Los Bulls Angeles
Basketball Shorts Just Memphis

US $16.34 - 19.58 / Piece



Mini LED Party Lights Square
Color Changing LED ice cubes

US $40.96 - 77.63 / Lot

$100 OFF $2,000 +



2020 latest EMslim HI-EMT
machine EMS electromagnetic

US $8.48 - 3780.00 / Piece



long pants 2019 2020 marseille
aJ soccer pants Real Madrid

US $14.69 - 17.72 / Piece

## Compare with similar Items









| | | | | | |
|---|---|---|---|---|---|
| | A star KTM motorcycle riding gloves summer thin section breathable knight equipment | Mig C2 Dain Racing Short Gloves for Motorcycle Bike Gloves Racing Riding | 2019 Leisure long-distance motorcycle Dain Mig C2 Racing Short Gloves Motorcycle Off- | MB Star C5 SD Connect C5 with V06 2020 Software with 320GB HDD used Laptop D630 Auto | 4pcs Universal Car Black Fender Flares Mud Flaps Splash Guard Arch Wheel Eyebrow Lip For C |
| | **Add to Cart** | **Add to Cart** | **Add to Cart** | **Add to Cart** | **Add to Cart** |
| Price | US $20.68 - 26.03 / Piece | US $35.50 - 40.37 / Pair | US $19.91 - 27.77 / Pair | US $220.11 - 620.84 / Piece | US $7.04 - 8.00 / Set |
| Min. Order | 1 Piece | 1 Pair | 1 Pair | 1 Piece | 1 Set |
| Customer Rating / Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 |
| Shipping Cost | US $3.43 | Free Shipping | Free Shipping | Free Shipping | US $368.91 |
| Shipping method | ePacket | ePacket | ePacket | DHL | DHL |
| Estimated Delivery Time | Jan. 8 and Jan. 30 | Nov. 27 and Dec. 19 | Oct. 22 and Nov. 13 | Oct. 17 and Oct. 20 | Oct. 22 and Oct. 25 |
| Seller Guarantee | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service |
| Store | Shop by juntao1 70.6% Positive Feedback | Shop by hoya_autom... 100% Positive Feedback | Shop by motorcycle... 100% Positive Feedback | Shop by diagauto 96.1% Positive Feedback | Shop by bxracing 96.9% Positive Feedback |

## Related Promotion

driver gloves    icon leather    fingerless glove man    black red fox    riding atv    race glove motorcycle    long finger leather gloves    gp pro motorcycles gloves    black leather glove

riding gloves motorcycle

## Related Keywords

motocycle glove    motorcycle gears    leather glove    motorcycle racing gloves    summers motorcycle gloves    gloves motorcycle alpine    full fingered motorcycle gloves

summer motorcycle riding gloves    motorcycle gloves s size    motorcycle gloves warm

## You May Also Like







7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel
US $6.58 - 9.65 / Pair

Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike
US $12.07 - 15.43 / Pair

New team version cross country gloves MX motorcycle
US $10.73 - 14.36 / Piece

KTM Motorcycle Goggle Motocross Glasses MOTO ATV
US $8.74 - 13.36 / Piece

Motorcycle Gloves Leather Goatskin Touch Screen Ready
US $10.56 - 13.72 / Pair







New model ktm motorcycle off-road bags racing off-road bags
US $15.13 - 18.58 / Piece

New sup F1 fans series downhill service mountain bike bicycle
US $14.48 - 19.14 / Piece

New long-sleeved T-shirt downhill clothing mountain
US $15.11 - 19.00 / Piece

Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece

F-5-Colors Gloves Moter Glove Moto Racing Motocycly Gloves
US $4.83 - 10.97 / Piece













LOCAL WAREHOUSE Estimated arrival in 3+ days shop now ▸

Customer Service | Drop shipping | Save more | United States / USD | English

DHgate.com I'm shopping for... Hi, [redacted] My DHgate 32

ALL CATEGORIES | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery

Home > **Seller Review Profile**

## Seller Information

**Juntao1**
**66** Transactions
**70.6%** Positive Review ?
Henan, China (Mainland)
09:20 PM undefined Oct 4 Now
Member since Apr 2020

Recommend seller to friends

## Review Score:5

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| Positive | 6 | 10 | 10 | 10 |
| Neutral | 3 | 3 | 3 | 3 |
| Negative | 4 | 5 | 5 | 5 |

## Service Detail Score (Mainly Industry : --)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | --/-- | -- | -- |
| Communication | --/-- | -- | -- |
| Delivery time | --/-- | -- | -- |
| Shipping charges | --/-- | -- | -- |

**Reviews Received** | Reviews Sent

Reviews: Negative    Dates: All

F1 Formula One locomotive competition competitive quick-drying short-sleeved clothing bike outdoor
Item code: 536299679

By:raulp****a_88 V2 09 30,2020
**Product reviews:**
I make 2 orders and the same size and one good and this giant. Very bad quality, all printed without more ... not worth the money they ask for this
helpful ( 0 ) unhelpful ( 0 )

F1 Ferrari riding racing suit T-shirt custom summer lapel POLO shirt locomotive quick-drying short-
Item code: 535884009

By:raulp****a_88 V2 09 30,2020
**Product reviews:**
Very poor quality, everything printed on the shirt, the zipper does not hold .... terrible. It is not worth the money they ask for this
helpful ( 0 ) unhelpful ( 0 )

F1-McLaren McLaren Mercedes Button men's downhill suit men's short-sleeved shirt polyester quick-
Item code: 554746035

By:fjchinch****ledesma V4 09 17,2020
**Product reviews:**
Nothing is embroidered, they are not even patches, it is a polyester shirt and the advertising is engraved, I do not recommend it.
helpful ( 0 ) unhelpful ( 0 )

New fox head polyester quick-drying long-sleeved directional off-road motorcycle racing clothing quick-
Item code: 545185053

By: ville **** veurs V1 08 15,2020
**Product reviews:**
Missing lots of detail, no labels or tags inside and the fox logo kn the shoulder is hugely misplaced
helpful ( 0 ) unhelpful ( 0 )

FOX motorcycle helmet male full cover summer four seasons female off-road helmet locomotive trend
Item code: 539791056

By:South****Lawn V1 08 04,2020
**Product reviews:**
poor quality compared to authentic. I would not buy again. I feel like u could crush it with my hands if I wanted to. took 3 months to arrive .
helpful ( 0 ) unhelpful ( 0 )

< 1 >    Go to page: 1 GO

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

Share

**Juntao1** Add To Favorite Stores ( 6 )

**70.6%** Positive Feedback **66** Transactions

Online Chat Message Seller

ktm | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > ktm

## Store Categories

- Motorcycle luggage (3)
- goggle (1)
- Ridding gloves (1)
- Locomotive riding hat (1)

**6** matching products found for ktm

Sort by: Bestselling | Price | Best Match | Price: $ - $ Go | Page 1/1

SALE

A star KTM motorcycle riding gloves summer thin section brea...

Ships out within 60 business days

**US $20.69 - 26.03** / Piece

~~US $21.77 - 27.40~~

Free Shipping

Add to Cart

SALE

KTM goggles Germany OSHOW motorcycle off- road goggles anti- f...

Ships out within 60 business days

**US $20.71 - 24.72** / Piece

~~US $21.80 - 26.02~~

Free Shipping

Add to Cart

SALE

KTM motorcycle residence cycling backpack new outdoor cyclin...

Ships out within 60 business days

**US $32.98 - 38.69** / Piece

~~US $34.71 - 40.72~~

Free Shipping

Add to Cart

SALE

KTM motorcycle water bag backpack outdoor leisure off- road r...

Ships out within 60 business days

**US $35.84 - 41.95** / Piece

~~US $37.72 - 44.15~~

Free Shipping

Add to Cart

SALE

KTM motorcycle travel riding waist bag KTM motorcycle chest ...

Ships out within 60 business days

**US $27.25 - 32.18** / Piece

~~US $28.68 - 33.87~~

Free Shipping

Add to Cart

SALE

The new KTM outdoor off- road motorcycle team Coma racing men...

Ships out within 60 business days

**US $14.99 - 18.22** / Piece

~~US $15.77 - 19.17~~

Free Shipping

Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally

Hello [redacted] ( 259 ) Sign out | My DHgate | Help | English | 32 Cart

LOGO Factory

Share

Juntao1 Add To Favorite Stores ( 6 )

70.6% Positive Feedback 66 Transactions

Online Chat Message Seller

In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

## Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

## Basic Information

Company Name:
Business Type:
Location: Henan, China (Mainland)
Year Established: Apr 2020
Main Product(s)/Service:

## Contact Us

Online Chat Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| Review Your Orders | Payment | Success |

## Review Your Shipping Address

Ship To:                                    Change Shipping Address

█████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ████████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: juntao1



A star KTM motorcycle riding ...

Color : same photo
Size: M
Options: 8

1 Piece

US $23.52 /Piece

US $23.52

ePacket
US $3.43
Delivery: Estimated between 8-30 (seller ships within 60 business days)

Add remark to seller

Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal: US $23.52
Shipping Cost: US $3.43
Order Total: US $26.95

## Choose Your Payment Method

○ Credit or Debit Card    VISA  DISCOVER  mastercard

⊙ Other Payment Method

« Back to Cart

Item Subtotal(1 items): US $23.52
Shipping Cost: US $3.43
Grand Total: US $26.95

Dhgate Service Pledge
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dispute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.



Buyer Protection | Customer Service | Drop shipping | United States / USD | English

juntao1
70.6% Positive Feedback

I'm shopping for...  On DHgate | In this Store

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Bags > Product detail





● 侧面/Side view




Compare with similar Items

## KTM motorcycle residence cycling backpack new outdoor cycling equipment racing bag casual backpack

| USD | **$38.68** | $38.57 | $38.26 | $34.87 |
|---|---|---|---|---|
| | ~~$40.72~~ | ~~$40.6~~ | ~~$40.27~~ | ~~$36.7~~ |
| | 1 Piece+ | 2 Pieces+ | 5 Pieces+ | 9 Pieces+ |

App Only  $32.63 - $38.28

Sale Detail: **5% OFF**  ⏱ 08 days left
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Options:      

Quantity: − 1 + Piece  Maximum 100000 Piece(s)

Shipping: **$3.43** to United States Via ePacket
Estimated delivery time: Jan. 8 and Jan. 30, ships out within 60 business days
Logistics Delay Notification ?

Total cost: **$42.11** ⓘ Get coupon and you will save extra $3

**Buy it Now**  **Add to Cart**  ♡ Add to Favorite

Seller Guarantee: 🛡 Return Policy  🚚 On-time Delivery in 30 Days

Secure Payment:

## Customers Who Bought This Item Also Bought

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Free shipping motorcycle Motocross KTM Hydration pack | Chest Bags For Men & Women 2019 Fashion Brand Girl Eyes | Formula 1 Renault Renault F1 Team 2020 short sleeve French | Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle | Summer Honda REPSOL Racing POLO Shirt Cavalier Team | WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T- |
| US $19.10 - 23.87 / Piece | US $13.06 - 15.91 / Piece | US $17.81 - 21.38 / Piece | US $29.80 - 36.32 / Piece | US $13.81 - 18.34 / Piece | US $16.58 - 20.38 / Piece |

## More Choices

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Injection Body For YAMAHA YZF R1 1000 YZF-R1 15 16 17 | Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11 | Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF1000 YZFR1 04 05 | 17 types 3D printing Trump 2020 Mask Windproof Cotton | 6 styles Donald Trump 2020 Dollar US President Banknotes | Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-R6 06 07 |
| US $330.46 - 428.13 / Set | US $369.05 - 478.13 / Set | US $346.54 - 448.96 / Set | US $0.58 - 0.98 / Piece | US $0.13 - 0.55 / Piece | US $323.22 - 418.75 / Set |
| $5 OFF $100+ | $5 OFF $100+ | $5 OFF $100+ | | | $5 OFF $100+ |

Item Description | Report Item





KTM motorcycle travel riding waist bag KTM motorcycle chest bag multifunctional bicycle riding waist bag spot

| USD | **$32.18** | $32.05 | $31.74 | $30.98 | $28.23 |
|---|---|---|---|---|---|
| | $33.87 | $33.74 | $33.41 | $32.61 | $29.72 |
| | 1 Piece+ | 2 Pieces+ | 5 Pieces+ | 10 Pieces+ | 11 Pieces+ |

App Only $26.96 - $31.84

**Sale Detail:** 5% OFF   08 days left

Buy it now, you will save extra $3 when you apply below promotions

🎁 New User Save $3

**Options:**

**Quantity:** 1 Piece   Maximum 100000 Piece(s)

**Shipping:** $3.43 to United States Via ePacket
Estimated delivery time: Jan. 8 and Jan. 30, ships out within 60 business days
Logistics Delay Notification ❓

Buy It Now   Add to Cart   ♡ Add to Favorite

Seller Guarantee: 🛡 Return Policy   🕐 On-time Delivery in 30 Days

Secure Payment:

### Customers Who Bought This Item Also Bought



Free shipping motorcycle Motocross KTM Hydration pack
US $19.10 - 23.87 / Piece

Chest Bags For Men & Women 2019 Fashion Brand Girl Eyes
US $13.06 - 15.91 / Piece

Formula 1 Renault Renault F1 Team 2020 short sleeve French
US $17.81 - 21.38 / Piece

Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece

Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $13.81 - 18.34 / Piece

WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T-
US $16.58 - 20.38 / Piece

### More Choices



Injection Body For YAMAHA YZF R1 1000 YZF-R1 15 16 17
US $330.46 - 428.13 / Set
$5 OFF $100 +

Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11
US $369.05 - 478.13 / Set
$5 OFF $100 +

Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05
US $346.54 - 448.96 / Set
$5 OFF $100 +

17 types 3D printing Trump 2020 Mask Windproof Cotton
US $0.58 - 0.98 / Piece

6 styles Donald Trump 2020 Dollar US President Banknotes
US $0.13 - 0.55 / Piece

Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07
US $323.22 - 418.75 / Set
$5 OFF $100 +

Item Description      Report Item

Buyer Protection | Customer Service ✓ | Drop shipping | 🇺🇸 United States / USD ✓ | 🌐 English ✓

**DHgate**

junyuantrade ✓
100% Positive Feedback

I'm shopping for... 🔍 On DHgate | In Store

👤 🛒 5

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Parts > Handlebars > **Product detail**



22mm 7/8" Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad

⭐⭐⭐⭐⭐    3 Reviews    |    17 Transactions

| USD ✓ | **$1.95** | $1.83 | $1.72 | $1.60 |
|---|---|---|---|---|
| | 1 Pair+ | 3 Pairs+ | 5 Pairs+ | 10 Pairs+ |

Sale Detail:    🎁 New User Save $3

Options:        Choose an Option ✓

Quantity:       − 1 +    Pair    9897 in Stock ( Stock in 🇨🇳 CN )

Shipping:    **$7.91** to United States Via US priority line《CNE》✓
Estimated delivery time: Oct. 23 and Oct. 31, ships out within 2 business days
Logistics Delay Notification ⓘ

| Buy it Now | Add to Cart | ♡ Add to Favorite ✓ |

Seller Guarantee:    📋 Return Policy    ⏱ On-time Delivery in 15 Days

Secure Payment:    💳 MasterCard VISA 💳 DISCOVER 🏦 💳 💳 💳 💳 ✓ PCI

Compare with similar Items

---

## Customers Who Bought This Item Also Bought

‹
     
›

| 7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel | Renthal 250mm Handlebar Round Cushion Crossbar Foam | Handle Grip Pro taper Motorcycle High Quality | 4pcs Motorcycle Sponge Bicycle Grips Handlebar Cover Handle | Summer Honda REPSOL Racing POLO Shirt Cavalier Team | F1 Formula One Racing Short Sleeve T-Shirt Team Suit 2019 |
|---|---|---|---|---|---|
| US $6.58 - 9.65 / Pair | US $2.72 - 3.66 / Piece | US $2.62 - 3.32 / Pair | US $0.51 - 0.92 / Piece | US $14.54 - 19.31 / Piece | US $14.59 - 18.53 / Piece |

## More Choices

‹
     

| Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05 | Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14 | Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07 | Injection Body For YAMAHA YZF R1 1000 YZF R1 15 16 17 | Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11 | Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001 |
|---|---|---|---|---|---|
| US $346.54 - 448.96 / Set | US $454.28 - 588.55 / Set | US $323.22 - 418.75 / Set | US $330.46 - 428.13 / Set | US $369.05 - 478.13 / Set | US $323.22 - 418.75 / Set |
| $5 OFF $100 + | $5 OFF $100 + | $5 OFF $100 + | $5 OFF $100 + | $5 OFF $100 + | $5 OFF $100 + |

---

| **Item Description** | Customer Reviews (3) | Transaction History (17) | | Report Item |

100% Brand New Motorcycles Soft Rubber 22mm 7/8&quot; Hand Grips. Product Details: -- Condition: 100% Brand New -- Material: Rubber -- Color: As Picture Shown -- Inside Diameter Grip: 22mm (7/8&quot;) -- Position: Left,Right Package Included: 1 Pair x Hand Grips NOTE: Please compare our products with your motorcycle or previous parts you have seriously in SIZE, MODEL and other aspects before purchase. Fitment: Universal Motorcycle Vehicle with 7/8&quot; hand grips

Case 1:20-cv-06677 Document 16 Filed 11/10/20 Page 98 of 167 PageID #:2766

## Specifications

| | |
|---|---|
| Type: | Handlebar Grips |
| Make*: | SUZUKI YAMAHA HONDA KTM dirt bikes |
| Model*: | universal |
| Model Year*: | universal |
| Item Code: | 404898643 |
| Category: | Handlebars |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description



### SHIPPING

1. Shipping cost: Click &ldquo;Shipping and payment&rdquo; tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

2. Time in transit: Transit time varies with different shipping methods.

| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
| DHL | 2-4 days | www.dhl.com |
| FedEx Express | 2-4 days | www.fedex.com |
| ups | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| Hongkong Post | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing can be 3 to 15 working days.

### FEEDBACK

Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute. Thank you!

### RETURN POLICY

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.



Case 1:20-cv-96677 Document 16 Filed 11/10/20 Page 99 of 167 PageID #:2767

## 3 Customer Reviews  ›

⭐⭐⭐⭐⭐  5 out of 5 stars  ⌄

**Reviews** ›

| | | | |
|---|---|---|---|
| asaun****aves 🇺🇸 🏅V4 | andrea****za1997 🇮🇹 | ghislai****guille 🇫🇷 | |
| ⭐⭐⭐⭐⭐ August 24, 2020 | ⭐⭐⭐⭐⭐ Febuary 04, 2020 | ⭐⭐⭐⭐⭐ June 19, 2020 | |
| Options: green | Options: red | Options: green | See all reviews |
| Looks nice haven't tried to use it yet | Per ora sembrano ottime | bon produit | |

‹              ›

## Sponsored Products You May be Interested In More Choice



**Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05**
US $346.54 - 448.96 / Set
`$5 OFF $100 +`



**17 Josh Allen 14 Stefon Diggs Tre'Davious White Buffalo**
US $15.77 - 18.90 / Piece
`$20 OFF $322 +`



**2020 latest EMslim HI-EMT machine EMS electromagnetic**
US $8.48 - 3780.00 / Piece

**LeBron Michael 23 James Jersey Anthony Kuzma Davis Scottie**
US $16.34 - 19.58 / Piece
`$20 OFF $322 +`

## Compare with similar Items







| | | | | | |
|---|---|---|---|---|---|
| | 22mm 7 8" Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt | For Benelli TNT 125 135 TNT125 TNT135 Handle Bar Ends Grips 7 8" 22mm Universal | Pair Motorcycle 22mm CNC Handlebar Hand Grips Rubber Gel Handgrips for YZF R3 2020 | PRO ROCKSTAR Dirt bike 22mm 28mm handlebar pads protector Motorcycle Rider | Motorcycle 7 8" 22MM Handlebar Handle Bar + Foam Pad + Red Grips for CRF YZF K... |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $1.41 - 1.95 / Pair | US $27.25 - 30.98 / Piece | US $20.06 - 22.81 / Pair | US $7.04 - 9.72 / Piece | US $27.94 - 31.78 / Piece |
| | | `$2 OFF $39 +` | `$2 OFF $39 +` | | |
| | | `Per $100 Save $2` | `Per $100 Save $2` | | |
| Min. Order | 1 Pair | 1 Piece | 1 Pair | 1 Piece | 1 Piece |
| Customer Rating / Orders | ⭐⭐⭐⭐⭐ 5.0   92 Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0   1 Order | ☆☆☆☆☆ 0 |

| Shipping Cost | US $34.71 | | | US $17.91 | US $18.43 |
|---|---|---|---|---|---|
| Shipping method | UPS | | | FEDEX_IP | FEDEX_IE |
| Estimated Delivery Time | Oct. 18 and Dec. 10 | | | Oct. 19 and Dec. 10 | Jan. 9 and Mar. 2 |
| Seller Guarantee | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service |
| Store | Shop by junyuantrade 100% Positive Feedback | Shop by baixiangguo 96.8% Positive Feedback | Shop by motorcars 97.1% Positive Feedback | Shop by junyuantrade 100% Positive Feedback | Shop by loncar 0% Positive Feedback |

## Related Promotion

honda handle bars   protaper   motorcycle handle bar grips   grips hands   motorcycle hand grips rubber   black bar ends   bar shadow   handlebar blue grips   handle control

aprilia rsv r

## Related Keywords

handlebar warmers   scooter mopeds   handle bars   motorcycle body parts   motorcycle modification parts   motorcycle parts for honda   custom motorcycle parts

motorcycles custom parts   pink motorcycle parts   motorcycle engine parts for

## You May Also Like


New motocross racing T-shirt for ktm men's short-sleeved T-
US $12.81 - 14.57 / Piece


2020 new thor head outdoor riding gloves motorcycle bicycle
US $15.94 - 20.42 / Piece


51 mm Akrapovic Stainless Steel Universal Motorcycle
US $42.22 - 58.29 / Piece


Explosive F1 spring and autumn long-sleeved downhill
US $15.60 - 20.53 / Piece


New sup F1 fans series downhill service mountain bike bicycle
US $15.24 - 20.15 / Piece


Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $14.54 - 19.31 / Piece


Tobacco Smoking Cigarette Rolling Paper Booklet Roll
US $1.15 - 14.55 / Piece


Men's Zipper Hoodies MOTO GP Cotton Jacket For YAMAHA
US $31.52 - 36.57 / Piece


Summer mesh breathable racing suit knight off-road
US $79.75 - 98.99 / Piece


DELICATE FOX 2020 Racing Racing 180 Lovl SE Jersey Pant
US $46.99 - 66.06 / Set


F1 Formula One Racing Short Sleeve T-Shirt Team Suit 2019
US $14.59 - 18.53 / Piece


180*125MM Cartoon Rolling tray Tobacco Metal plate
US $1.65 - 3.42 / Piece


Wholesale 2017 Latest KTM Racing Cap Motocross Riding
US $8.68 - 16.78 / Piece


MOTO GP Bike Clothing Cycling Series Jersey Long Sleeve Top
US $14.08 - 19.32 / Piece


2020 hot summer THOR speed surrender cycling jersey, long-
US $16.40 - 20.60 / Piece


New Pro Team KTM women cycling short sleeve jersey bib
US $22.05 - 30.92 / Piece


DIY sublimation rolling tray metal rolling tobacco tray metal
US $1.69 - 4.23 / Piece


New Racing Riding Pack Bags Shoulder Bag Ktm Motocross
US $23.32 - 33.15 / Piece


10meter X 30cm light sticker Car Headlight Film Stickers
US $17.25 - 22.01 / Lot


Handle Grip Pro taper Motorcycle High Quality
US $2.62 - 3.32 / Pair









| | | | | |
|---|---|---|---|---|
| KTM Motorcycle Goggle Motocross Glasses MOTO ATV | 7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel | New long-sleeved T-shirt downhill clothing mountain | metal roll rolling trays Bob Marley tray 188*125mm | DELICATE FOX 180 Motocross Jersey Pants 2020 Navy Red |
| US $8.74 - 13.36 / Piece | US $6.58 - 9.65 / Pair | US $16.07 - 20.21 / Piece | US $1.23 - 2.50 / Piece | US $55.28 - 77.72 / Set |







| | | | | |
|---|---|---|---|---|
| New Moto GP Letters embroidery KTM Racing Men | OGIO Kawasaki KTM motorcycle shell backpack | KTM Hoodie Sweatshirt MotoGP Cycling Windbreaker | Free shipping motorcycle Motocross KTM Hydration pack | 4pcs Motorcycle Sponge Bicycle Grips Handlebar Cover Handle |
| US $3.83 - 6.52 / Piece | US $48.82 - 55.52 / Piece | US $30.72 - 40.79 / Piece | US $19.10 - 23.87 / Piece | US $0.51 - 0.92 / Piece |







| | | | | |
|---|---|---|---|---|
| Renthal 250mm Handlebar Round Cushion Crossbar Foam | For KTM Racing Team Motorcycle Long Sleeve T-Shirt | KTM Motorcycle gloves Luva Motoqueiro Guantes Moto | HONDA KTM Motocross Riding Equipment Backpack Protective | Motorcycle Handlebar End Turn Signal Light Universal Indicator |
| US $2.72 - 3.66 / Piece | US $12.67 - 39.20 / Piece | US $6.04 - 9.72 / Pair | US $158.13 - 179.81 / Piece | US $1.66 - 5.42 / Piece |



| |
|---|
| 2019 troy lee designs full finger MTB MX motorcycle motocross |
| US $16.87 - 21.15 / Piece |


More ⌄

## New Arrival motorcycle parts








| | | | | | |
|---|---|---|---|---|---|
| Xiaomi Mijia front hook m365 motorcycle skateboard storage | Reflective sticker motorcycle sticker sports outdoor sticker | S2R Motorcycle Front Rear Disc Brake Pads Set for Aprilia | Newest 2019 Men Fashion New York City Motorcycle Club Skull | For ZongShen CB250 Engine Starter Clutch Fit Most | For ZongShen CB250 Engine Starter Clutch Fit Most |
| US $23.92 - 28.22 / Piece | US $27.23 - 32.45 / Piece | US $18.60 - 21.15 / Set | US $16.89 - 19.20 / Piece | US $20.40 - 24.30 / Piece | US $20.40 - 24.30 / Piece |

## About Store junyuantrade

we have more than 10 years on the foreign trade business.we are mainly in the performance parts for ATV ,GO CART, DIRT BIKE,POCKET BIKE,SCOOTER,LAWN MOWER ETC.

## Wholesale Handlebars

- Wholesale motorcycle part
- Wholesale part motorcycles
- Wholesale handle bar
- Wholesale super atv
- Wholesale slider door


More ⌄





Buyer Protection | Customer Service ✓ | Drop shipping ✓ | 🇺🇸 United States / USD ✓ | 🌐 English ✓

DHgate
junyuantrade ✓
100% Positive Feedback

I'm shopping for...    🔍 On DHgate | In This Store

👤 | 🛒 5

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Parts > Handlebars > Product detail



 
 
 
 
 


### 22mm 7/8" Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad

⭐⭐⭐⭐⭐  3 Reviews  |  17 Transactions

| USD ✓ | **$1.95** | $1.83 | $1.72 | $1.60 |
|---|---|---|---|---|
| | 1 Pair+ | 3 Pairs+ | 5 Pairs+ | 10 Pairs+ |

Sale Detail:  🎁 New User Save $3

Options:  [ Choose an Option ✓ ]

Quantity:  [ − 1 + ]  Pair   9897 in Stock ( Stock in 🇨🇳 CN )

Shipping:  **$7.91** to United States Via US priority line（CNE）✓
Estimated delivery time: Oct. 23 and Oct. 31, ships out within 2 business days
Logistics Delay Notification ⓘ

[ **Buy it Now** ]   [ Add to Cart ]   ♡ Add to Favorite ✓

Seller Guarantee:  ⟲ Return Policy    ✓ On-time Delivery in 15 Days

Secure Payment:  MasterCard VISA AMERICAN EXPRESS DISCOVER JCB Maestro iDEAL BANK TRANSFER ✓ PCI

Compare with similar Items

---

## Customers Who Bought This Item Also Bought

    

| 7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel | Renthal 250mm Handlebar Round Cushion Crossbar Foam | Handle Grip Pro taper Motorcycle High Quality | 4pcs Motorcycle Sponge Bicycle Grips Handlebar Cover Handle | Summer Honda REPSOL Racing POLO Shirt Cavalier Team | F1 Formula One Racing Short Sleeve T-Shirt Team Suit 2019 |
|---|---|---|---|---|---|
| US $6.58 - 9.65 / Pair | US $2.72 - 3.66 / Piece | US $2.62 - 3.32 / Pair | US $0.51 - 0.92 / Piece | US $14.54 - 19.31 / Piece | US $14.59 - 18.53 / Piece |

## More Choices

| Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05 | Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14 | Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07 | Injection Body For YAMAHA YZF R1 1000 YZF-R1 15 16 17 | Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11 | Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001 |
|---|---|---|---|---|---|
| US $346.54 - 448.96 / Set | US $454.28 - 588.55 / Set | US $323.22 - 418.75 / Set | US $330.46 - 428.13 / Set | US $369.05 - 478.13 / Set | US $323.22 - 418.75 / Set |
| $5 OFF $100 + | $5 OFF $100 + | $5 OFF $100 + | $5 OFF $100 + | $5 OFF $100 + | $5 OFF $100 + |

---

Item Description | Customer Reviews (3) | **Transaction History (17)**                     Report Item



| Buyer | Product Info | Quantity | Order Date |
|---|---|---|---|
| Ghi************* | | | |

| | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2020-05-28 |

| Ped********* | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2020-04-30 |

| Asa********** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2020-04-16 |

| And************ | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2020-01-11 |

| And************ | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2020-01-11 |

| McI*** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 20 Pieces | 2019-12-31 |

| McI*** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 20 Pieces | 2019-12-31 |

| McI*** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 20 Pieces | 2019-12-31 |

| McI*** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 10 Pieces | 2019-12-31 |

| McI*** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 10 Pieces | 2019-12-31 |

| Dan******* | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2019-08-18 |

| 155********** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2019-06-19 |

| 155********** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2019-06-19 |

| 155********** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2019-06-19 |

| 155********** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2019-06-19 |

| Vic*********** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2018-03-18 |

| Pen******** | 22mm 7/8&quot; Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad | 1 Piece | 2017-12-15 |

## Sponsored Products You May be Interested In More Choice



Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05

US $346.54 - 448.96 / Set

$5 OFF $100 +



17 Josh Allen 14 Stefon Diggs Tre'Davious White Buffalo

US $15.77 - 18.90 / Piece

$20 OFF $322 +



2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece



LeBron Michael 23 James Jersey Anthony Kuzma Davis Scottie

US $16.34 - 19.58 / Piece

$20 OFF $322 +



## Compare with similar Items



# LOCAL WAREHOUSE — Estimated arrival in 3+ days    shop now ▸

Customer Service ▾ | Drop shipping ▾ | Save more ▾ | ⊙ United States / USD ▾ | 🌐 English ▾

 DHgate.com

I'm shopping for...  🔍

Hi, Sign In
My DHgate ▾     ♡   🕑   🛒 5

| ALL CATEGORIES ▾ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

## Seller Information

**Junyuantrade**
379 Transactions
**100%** Positive Review ?

Zhejiang, China (Mainland)
11:44 AM Wed Oct 14 Now
Member since Sep 2017

Recommend seller to friends

## Review Score:257

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ➕ Positive | 19 | 72 | 141 | 264 |
| 🟡 Neutral | 1 | 2 | 3 | 6 |
| ➖ Negative | 0 | 0 | 0 | 2 |

## Service Detail Score (Mainly Industry : Automobiles & Motorcycles)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 5.0 / 5.0 | ⬆ Above Average | 271 |
| Communication | 4.9 / 5.0 | ⚌ About Average | 271 |
| Delivery time | 5.0 / 5.0 | ⬆ Above Average | 271 |
| Shipping charges | 5.0 / 5.0 | ⬆ Above Average | 271 |

---

**Reviews Received** | Reviews Sent

Reviews: Negative ▾                                    Dates: All ▾



Motorcycle electric parts Starter
Relay Solenoid fit KAWASAKI ZX
600 ZX-6R ZX-6RR 1998 1999 2000
Item code: 404406126

★☆☆☆☆  By:joeyskater6 🇺🇸   06 07,2019
**Product reviews:**
completely not for my bike as it says it is
helpful ( 0 )    unhelpful ( 0 )

Handlebar Grip for Domino Dirt Bike
Pit Bike Off Road Motocross
Motorcycle Protaper Motor parts
Item code: 404907037

★★☆☆☆  By:Rei Kondou****6420844982 🔴   07 16,2018
**Product reviews:**
Unsatisfied
helpful ( 0 )    unhelpful ( 0 )

---

‹  **1**  ›                          Go to page: 1  GO

Bookmark & Share  f  g  t  VK  k  ⌁  ⇄  in  ⑅  g+

✔ Help improve your experience on DHgate.com. Please tell us what you think about this page.

MasterCard  VISA  AMERICAN EXPRESS  DISCOVER  MaestroPay  Maestro  JCB  Sofort  BANK TRANSFER  Verisign Secured  PCI  square trade

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products
Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License







DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | Cart

**Junyuantrade**

Add To Favorite Stores ( 21 )

**100%** Positive Feedback **379** Transactions

Online Chat Message Seller

Share Share 0

KTM In this store On DHgate

carburetor , air filter , fuel pump

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Handlebar system (8)
- Electric parts (4)
- Clutch brake system (2)
- Fuel system (1)

## Popular Search

carburetor air filter fuel pump ignition coil fuel petcock valve recoil pull starter Starter Relay Solenoid tyre Voltage Regulator Rectifier IGNITION KEY SWITCH rear brake shoe Magneto Stator Coil gasket kit brake lever handlebar pad

**15** matching products found for KTM

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

Motorcycle Lengthened 250mm Handlebar Pads 7 8" 22mm Sl...
Ships out within 2 business days
**US $2.32 - 2.98** / Piece
Add to Cart

22mm 7 8" Gel Rubber Handlebar Grips For CRF YZF WRF KX...
Ships out within 2 business days
Item Sold (**92**) (3)
**US $1.41 - 1.95** / Pair
Add to Cart

22mm 28mm unviersal motorbike falling protection scooter han...
Ships out within 4 business days
**US $36.69 - 41.72** / Set
Free Shipping
Add to Cart

Protaper metalmulisha Square 2. 0 1 1 8" Handlebar Fat B...
Ships out within 2 business days
Item Sold (**7**) (3)
**US $3.82 - 4.92** / Piece
Add to Cart

Plastic Universal Handguards Hand Guards Brush Bar For CRF Y...
Ships out within 4 business days
**US $13.87 - 15.78** / Set
Free Shipping
Add to Cart

Plastic Handguards Hand guard HandleBar Brush Protection For...
Ships out within 4 business days
Item Sold (**3**)
**US $12.07 - 15.43** / Set
Free Shipping
Add to Cart

Lengthened 250mm Handlebar Pads 7 8" Slider Grip For CR...
Ships out within 4 business days
(3)
**US $2.42 - 3.43** / Piece
Add to Cart

Motorcycle Handguards Handlebar Hand Guards For Motocross Di...
Ships out within 2 business days
**US $27.64 - 32.92** / Set
Free Shipping
Add to Cart

2017 Motorcycle Dirt Bike Pitbike Motocross Universal Headli...
Ships out within 4 business days
Item Sold (**5**)
**US $28.15 - 32.00** / Piece
Free Shipping
Add to Cart

Universal Headlights Headlamp Motorcycle For KTM SX EXC XCF ...
Ships out within 4 business days
Item Sold (**1**)
**US $28.15 - 32.00** / Piece
Free Shipping
Add to Cart

Universal Headlight Headlamp Street Fighter For Motorcycle D...
Ships out within 4 business days
**US $27.14 - 32.00** / Piece
Free Shipping

DHgate.com Buy Globally · Sell Globally
Join Free | Sign in | My DHgate | Help | English | 5 Cart

Junyuantrade

Add To Favorite Stores ( 21 )

100% Positive Feedback 379 Transactions

Online Chat Message Seller

Share

In this store On DHgate

carburetor , air filter , fuel pump

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

## Store Introduction

we have more than 10 years on the foreign trade business.we are mainly in the performance parts for ATV ,GO CART, DIRT BIKE,POCKET BIKE,SCOOTER.LAWN MOWER ETC.

## Basic Information

| | |
|---|---|
| Company Name: | YONGKANG JUNYUAN TRADE CO.,LTD |
| Business Type: | wholesale and retail |
| Location: | Zhejiang, China (Mainland) |
| Year Established: | Sep 2017 |
| Main Product(s)/Service: | Briggs & Stratton carburetor;Tecumseh carburetor;Starter Relay Solenoid for YFM;oil filter for YFM;Starter Solenoid Relay POLARIS;Air Filter for Polaris Replace;GY6 ignition stator motor;Carburetor Intake Manifold Kit;walbro carburetor |

## Contact Us

Online Chat Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

## Review Your Shipping Address

Ship To:                                                          Add New Address

███████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

,

📞 ███████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|



Seller: junyuantrade

22mm 7/8" Gel Rubber Handl... — Options: grey — 1 Pair — US $1.95 /Pair — US $1.95

US priority line ( CN )
US $7.91
Delivery: Estimated between 7-15 (seller ships within 2 business days)

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

Use 3rd Party Coupon

Item Subtotal: US $1.95
Shipping Cost: US $7.91
Order Total: US $9.86

## Choose Your Payment Method

○ Credit or Debit Card   VISA  DISCOVER  mastercard

⦿ Other Payment Method

« Back to Cart

Item Subtotal(1 items): US $1.95
Shipping Cost: US $7.91
**Grand Total:** **US $9.86**



**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

 **jury** ⌄
94.7% Positive Feedback

I'm shopping for...  🔍 On DHgate | In this Store

👤  🛒 2

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us | **Product detail**

Home > All Categories > Sports & Outdoors > Cycling > Cycling Jerseys > Cycling Jersey Sets > Product detail












Compare with similar Items

New KTM Team winter Cycling Jersey Set Men Long Sleeve Thermal Fleece road Bike Outfits MTB Bicycle Clothing sports uniform Y101601

6 Transactions

| USD ⌄ | **$57.12** | $49.68 | $47.93 |
|---|---|---|---|
| | 1 Piece+ | 7 Pieces+ | 21 Pieces+ |

Sale Detail:   **Buy it now, you will save extra $3 when you apply below promotions**

🎁 New User Save $3

Size:   Choose an Option ⌄

Color:          More +

Quantity:   − 1 +   Piece   Maximum 9999 Piece(s)

Shipping:   **Free Shipping** to United States Via ePacket ⌄
Estimated delivery time: Oct. 27 and Nov. 18, ships out within 7 business days
Logistics Delay Notification ⓘ

**Buy it Now**   **Add to Cart**   ♡ Add to Favorite ⌄

Seller Guarantee:   💲 Return Policy   On-time Delivery in 30 Days

Secure Payment:   [payment logos]

## Customers Who Bought This Item Also Bought








| 2019 Pro Cartoon Team Cycling Jersey Short 9D set MTB Bike | 2019 New EF Education First Cycling Jersey Set Summer | 2017 Rapha new summer mountain bike short-sleeved | DUVEL beer MEN cycling jersey set red pro team cycling | GIANT team Cycling Short Sleeves jersey (bib) shorts sets | 2019 Fashion High Quality TOP brand Eyewear Sunglasses |
|---|---|---|---|---|---|
| US $16.33 - 34.13 / Piece | US $13.63 - 30.95 / Piece | US $24.35 - 38.23 / Piece | US $17.24 - 34.13 / Piece | US $23.38 - 32.77 / Piece | US $7.64 - 10.42 / Piece |

## More Choices









| NCAA Dwyane 3 Wade Kemba 8 Walker Jersey 12 Ja Morant | LeBron Michael 23 James Jersey Anthony Kuzma Davis Scottie | 10 MESSI Barcelona Maillots de football shirt soccer jersey 8 A. | 2020 Men Baltimore Raven 8 Lamar Jackson 55 Terrell Suggs | Steve 13 James Nash Russell Harden Nikola 0 Westbrook 15 | Kawhi Paul 2 George Leonard Basketball Jersey Clipper Net |
|---|---|---|---|---|---|
| US $12.18 - 14.60 / Piece | US $16.34 - 19.58 / Piece | US $11.79 - 14.13 / Piece | US $20.48 - 24.55 / Piece | US $13.87 - 19.58 / Piece | US $9.75 - 14.66 / Piece |
| $20 OFF $321 + | | | | | |

Item Description    Transaction History (6)      Report Item

New Team KTM Cycling Jerseys set Long Sleeves Racing Bike maillot Pro Cycling Clothing Mtb bicycle Clothes Roupa de Ciclismo Sportswear Size: XXS-6XL

## Specifications

| | |
|---|---|
| Sleeve Length: | full |
| Feature: | quick dry breathable |
| Gender: | men |
| Material: | polyester lycra |
| Is_customized: | Yes |
| Item: | bicycle ciclismo |
| Sales methods: | factory direct sales |
| Pad: | 3d gel pad |
| Size: | xxs xs s m l xl xxl xxxl 4xl 5xl 6xl |
| Season: | spring / autumn |
| Item 2: | ropa ciclismo hombre / cycling clothing |
| Item 1: | mtb bike /bicycle /bicicleta |
| Item tpye: | cycling jersey/ ropa ciclismo |
| Item Code: | 523439350 |
| Category: | Cycling Jersey Sets |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

The jerseys/pants are designed for cycling bikers.

Material: **Polyester+ Lycra** keep you comfortable when riding, with quick dry moisture and breathable function

Technic: all cycling wear are full dry sublimation printing or computer printing.

Coolmax active quality with quick-dry fabric

Zip: full length, lock down size.

Pockets: 3 rear pockets

Size: XXS,XS, S, M, L, XL, 2XL, 3XL, 4XL, 5XL, 6XL(the size of jersey and pant can be mixed)

Colors: Same as pictures.

We accept customized with your logo.

| Size Chart For Men | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Short Sleeve Set | unit/cm | XXS | XS | S | M | L | XL | XXL | XXXL | 4XL | 5XL | 6XL |
| Jersey | Front(A) | 48 | 50 | 52 | 54 | 56 | 58 | 60 | 62 | 64 | 66 | 68 |
| | Back(B) | 61 | 64 | 67 | 70 | 73 | 76 | 79 | 82 | 85 | 88 | 91 |
| | Chest(C) | 80 | 86 | 92 | 98 | 104 | 110 | 116 | 122 | 128 | 134 | 140 |
| | Sleeve(D) | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 |
| Shorts | Waist(A) | 48 | 51 | 54 | 57 | 60 | 63 | 66 | 69 | 72 | 75 | 78 |
| | Outside (B) | 68 | 71 | 74 | 77 | 80 | 83 | 86 | 89 | 92 | 95 | 98 |
| | Inside (C) | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| Long Sleeve Set | unit/cm | XXS | XS | S | M | L | XL | XXL | XXXL | 4XL | 5XL | 6XL |
| Jersey | Front(A) | 49 | 51 | 53 | 55 | 57 | 59 | 61 | 63 | 65 | 67 | 69 |
| | Back(B) | 59 | 63 | 67 | 71 | 75 | 79 | 83 | 87 | 91 | 95 | 99 |
| | Chest(C) | 85 | 89 | 93 | 97 | 101 | 105 | 109 | 113 | 117 | 121 | 125 |
| | Sleeve(D) | 68 | 70 | 72 | 74 | 76 | 78 | 80 | 82 | 84 | 86 | 88 |
| Pants | Waist(A) | 58 | 60 | 62 | 64 | 66 | 68 | 70 | 72 | 74 | 76 | 78 |
| | Outside (B) | 92 | 94 | 96 | 98 | 100 | 102 | 104 | 106 | 108 | 110 | 112 |
| | Inside (C) | 58 | 60 | 62 | 64 | 66 | 68 | 70 | 72 | 74 | 76 | 78 |
| Suggest Weight (kg) | | 40~45 | 45~50 | 50~55 | 55~65 | 65~70 | 70~75 | 75~80 | 80~85 | 85~90 | 90~95 | 95~100 |
| Suggest Hieght (cm) | | 152~155 | 155~161 | 160~165 | 165~170 | 170~175 | 170~180 | 174~185 | 185~190 | 185~196 | 190~195 | 196~202 |

"Size mearsured by ourselves, sometimes has some errors, but always within 3cm."




10/2/2020    New KTM Team Winter Cycling Jersey Set MTB Cycling Road Bike Clothing Cycling Warmer Long Sleeves Clothing Apparel Custom Cycling Clothing From Ju…

Case 1:20-cv-06677-Document 1-18 Filed 11/18/20 Page 110 of 167 PageID #273








| high quality strava team Cycling short sleeve Jersey | SCOTT Team Men cycling jersey Suits MTB bike | RAPHA Team men cycling jersey Set 2019 Road bike | 2018 RAPHA Cycling Clothing Cycling Jersey | 2018 Pro team Rapha Cycling Jersey Ropa | STRAVA Team Newest winter cycling clothing |
| US $26.49-37.13/Piece | US $26.49-37.13/Piece | US $28.05-37.13/Piece | US $16.24-22.76/Piece | US $29.05-40.72/Piece | US $41.01-57.49/Piece |








| 2018 Cycling Clothing ORBEA Breathable Racing | 2018 Pro team Rapha Cycling Jersey Ropa | Summer Scott 2018 Men cycling jersey Maillot | New Rapha pro Team cycling jerseys 2019 | Hot New autumn cycling clothing Long Sleeves | 2018 New SCOTT winter cycling Jersey Set Men |
| US $16.24-40.72/Piece | US $29.05-40.72/Piece | US $16.24-40.72/Piece | US $26.49-37.13/Piece | US $18.5-27.55/Piece | US $39.34-55.15/Piece |








| 2019 RAPHA Team Mens Cycling Jersey Summer | GIANT 2018 Pro Cycling Set MTB Bicycle Wear | 2019 MORVELO Team Men Cycling Jersey Set summer | Women 2019 LIV Team Cycling Winter Thermal | Women Cycling Jersey Morvelo Team Summe | 2018 New SCOTT winter cycling Jersey Set Men |
| US $26.49-37.13/Piece | US $29.05-40.72/Piece | US $26.49-37.13/Piece | US $23.92-33.54/Piece | US $26.49-37.13/Piece | US $39.34-55.15/Piece |



# Note:

we can mix the size by yourself

but need leave a comment in your order

Like " Jerseys XXL and Pants XL"





10/2/2020 New KTM Team Winter Cycling...Jersey Set Men Coldproof Roadbike Pants 18 Bib...Thermal Fleece Riding Sportswear Cycling Apparel Custom Cycling Clothing From Ju...

Case 1:20-cv-06677-Document 1-18 Filed 10/19/20 Page 112 of 167 PageID 2780





























10/2/2020 New KTM Team Winter Cycling Jersey Set Men Long Sleeve Thermal Fleece road Bike Bib Pants Ropa Ciclismo Invierno Bicycle Wear Clothing Apparel Custom Cycling Clothing From Ju...

Case 1:20-cv-06677-Document 16-Filed 11/18/20 Page 118 of 167 PageID 2786

### Shipping:

1.Please contact us if you want to receive it quickly, we will delivery your items with DHL or EMS,

it takes just about 5-7 working days. But the shipping cost will be higher and you need to pay the extra shipping fee.

2.Please make sure to provide us with correct shipping address and other details(name, telephone number and address )

### Return Policy:

1.If we send the wrong style or the wrong color or size, we could refund your money or send the new items to you.

You should  ensure the item will be returned in good condition with original packaging.

2.If the items can't meet your need or you choose the wrong color we can also accept your return.

You should pay the additional shipping fees and ensure the item will be returned in good condition with original packaging.

### Note:

1.The color shown in the photos may be slightly varied from the actual color due to the lighting and color deviation of monitors.

We accept the return because of misunderstanding of color,but you should pay the additional shipping fees.

2.If you have any problems with the received items,please contact us before you send the items back.

### Customer Satisfaction:

Please contact us if you have any questions or suffering some problems about our productions,

we will try our best to solve the issue and we are committed to your 100% satisfaction.

Please give us a chance to solve your problems.

### Feedback:

Customer satisfaction is very important to us. If you are satisfied with the items you ordered,

please leave us a positive feedback, thank you very much. If there are any problems with your purchase,

please do not leave negative feedback before contacting us for resolution.

We can work together to deal with any disputes .

Hope get your 5 star feedback.thanks so much!

**Less Description ^**

## Sponsored Products You May be Interested In More Choice



Cincinnati Bengals men 71 Andre Smith 81 Tyler Kroft men

US $23.32 - 32.30 / Piece



Chicago Los Bulls Angeles Basketball Shorts Just Memphis

US $16.34 - 19.58 / Piece



2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece



Just Bulls Toronto Basketball Chicago Don Raptors

US $16.43 - 19.69 / Piece



Cycling Eyewear OO9401 glasses Men Fashion Polarized

US $17.20 - 22.65 / Piece



Xiaomi Router AX1800 Qualcomm Five-core WiFi6 2,4G

US $48.36 - 59.50 / Piece

$3 OFF $100 +

## Compare with similar Items



New KTM Team winter Cycling Jersey Set Men Long Sleeve Thermal Fleece road Bike

**Add to Cart**



2020 Morvelo new style summer Cycling Short Quick drying Sleeves jersey bib shorts

**Add to Cart**



Kuota Tour De France Cycling Jersey maillot ciclismo bike clothing men MTB Bicycle

**Add to Cart**



scott Autumn or winter fleece 2015 team Cycling Jerseys Bike Bicycle Long Sleeves Mountaion

**Add to Cart**

Red colnago Concept Carbon Complete Road Bike Store Complete Bicycle Bike With

**Add to Cart**

| Price | US $47.93 - 57.12 / Piece | US $21.43 - 30.04 / Piece | US $20.05 - 32.43 / Set | US $19.69 - 29.93 / Piece | US $2,016.00 - 2100.00 / Piece |
|---|---|---|---|---|---|
| | | $5 OFF $100 + | | | |
| Min. Order | 1 Piece | 1 Piece | 1 Set | 1 Piece | 1 Piece |



| | | | | | |
|---|---|---|---|---|---|
| Customer Rating / Orders | ☆☆☆☆☆ 0  6 Orders | ☆☆☆☆☆ 0  5 Orders | ★★★★★ 5.0  3 Orders | ★★★★★ 5.0  23 Orders | ☆☆☆☆☆ 0  5 Orders |
| Shipping Cost | | US $33.41 | Free Shipping | Free Shipping | Free Shipping |
| Shipping method | | EMS | China Post Air Mail | China Post Air Mail | EMS |
| Estimated Delivery Time | | Oct. 19 and Jan. 5 | Dec. 20 and Mar. 3 | Oct. 29 and Jan. 10 | Nov. 3 and Jan. 20 |
| Seller Guarantee | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service |
| Store | Shop by jury 94.7% Positive Feedback | Shop by notecycling 97% Positive Feedback | Shop by dh18shop327 100% Positive Feedback | Shop by sportshome... 98.3% Positive Feedback | Shop by miyacardenas 97.6% Positive Feedback |

## Related Keywords

xx l    womens bike    blue suites    bike wolf    jerseys shorts    cycling long sleeves    add set    mens cycling bibs    quaresma jersey    long sleeves bib cycling jersey

## You May Also Like


2018 KTM Men summer Cycling Jersey Breathable Bicycle
US $22.12 - 29.95 / Set


2019 USPS US United States Postal cycling Jersey breathable
US $17.24 - 45.51 / Piece


KTM team Cycling Short Sleeves jersey (bib) shorts sets uniform
US $21.87 - 30.66 / Piece


KTM Hoodie Sweatshirt MotoGP Cycling Windbreaker
US $28.88 - 38.34 / Piece


GCN Cycling Suit 2020 PRO Team Shirts Clothing Bike Short
US $13.74 - 30.08 / Set


2019 Pro Cartoon Team Cycling Jersey Short 9D set MTB Bike
US $16.33 - 34.13 / Piece


Rapha team Cycling Short Sleeves jersey (bib) shorts sets
US $21.87 - 30.66 / Piece


High Quality 2020 Pro Team ORBEA Cycling Jersey Set MTB
US $13.63 - 30.72 / Piece


TOUR DE FRANCE 2017 GIANT-Alpecin TEAM Short Sleeve pro
US $13.63 - 20.48 / Piece


Outdoor Bicycle 2017 New Scott Short Sleeves Cycling Jerseys 9D
US $22.15 - 31.05 / Piece


2019 TEAM BLACK Colorful M Cycling jersey 20D PAD bike
US $16.01 - 28.91 / Set


UAE Team 2019 men cycling jersey MTB bike clothing bicycle
US $27.14 - 32.34 / Set


BORA team summer Cycling Short Sleeves jersey (bib) shorts
US $21.43 - 30.04 / Piece


2020 TEAM Turtle PRO cycling jersey 19D gel bike shorts suit
US $17.24 - 34.13 / Piece


2019 KTM cycling jerseys Suit Men's style short sleeve cycling
US $23.39 - 32.80 / Piece


2017 Rapha new summer mountain bike short-sleeved
US $24.35 - 38.23 / Piece


KTM team Cycling Short Sleeves jersey (bib) shorts sets Quick-
US $13.67 - 30.66 / Piece

2019 French Tour Campeon Go Pro Men Ineos Cycling Jersey
US $17.75 - 21.15 / Piece

GIANT team Cycling Short Sleeves jersey (bib) shorts sets
US $23.38 - 32.77 / Piece

Free Shipping 2019 New Team FDJ Men Cycling Jersey Kits
US $29.22 - 36.65 / Set


RAPHA team Cycling Short Sleeves jersey (bib) shorts sets
US $22.81 - 31.98 / Piece


2019 Pro Team Tour de Italy Cycling Bike Wear
US $34.74 - 45.76 / Set

Ropa Ciclismo 2019 Scott Cycling Short Sleeve Clothing
US $21.92 - 30.72 / Piece


KTM motorcycle T-shirt 2019 summer casual jacket factory
US $13.49 - 18.08 / Piece


Brand Mens & Women's Cycling Gloves Breathable Summer
US $6.21 - 10.73 / Pair



10/2/2020 New KTM Team Winter Cycling Jersey Set Men Long Sleeve Road Bike Riding Cloth Ropa Ciclismo Invierno Thermal Fleece Bicycle Clothing Apparel Custom Cycling Clothing From Ju...

Case 1:20-cv-06677 Document 1-16 Filed 11/18/20 Page 120 of 167 PageID #: 788



Free shipping motorcycle Motocross KTM Hydration pack

US $19.10 - 23.87 / Piece



GIANT Cycling jerseys suit long sleeve new arrival mtb bike

US $31.20 - 37.18 / Set



Chateau d'ax Gatorade mens Team Ropa Ciclismo Cycling

US $15.43 - 34.13 / Piece



Tour De France 2020 mens summer breathable Cycling

US $11.25 - 32.33 / Piece



INEOS team Cycling Short Sleeves jersey shorts sets bike

US $22.81 - 31.98 / Piece



DUVEL beer MEN cycling jersey set red pro team cycling

US $17.24 - 34.13 / Piece



New 2019 Men SCOTT Cycling Jersey Pro Team Tour de France

US $14.75 - 39.06 / Piece



2017 ktm Cycling jerseys Men Wear Suit Bicycle Clothing

US $19.10 - 28.33 / Set



2019 New EF Education First Cycling Jersey Set Summer

US $13.63 - 30.95 / Piece



2019 bicycle gloves hpit FOX ATV MTB BMX Off Road

US $16.59 - 21.32 / Piece



Hot Sale Cycling Helmet Super light Adult Road Bike Bicycle

US $18.72 - 25.16 / Piece

## New Arrival new ktm



New Moto GP Letters KTM Racing Baseball Caps

US $10.53 - 11.97 / Piece

2 OFF $60 +



WXLQF New printed Milk silk KTM cartoon children's

US $8.13 - 9.15 / Piece



New cross-country motorcycle helmet mountain racing

US $70.19 - 82.11 / Piece



New KTM Bicycle riding suit men'sroad Motorcycle

US $18.66 - 22.37 / Piece



New KTM motorcycle carbon fiber gloves for motorcycle fans

US $28.10 - 37.39 / Piece



SherryBerg carb Carburettor carburador For KTM 400 EXC

US $215.06 - 255.99 / Piece

## About Store jury

Welcome to our shop .

For bike racing events, a good qualified custom cycling apparel is a basic necessity. We have collected large stock of short sleeve custom cycling clothing for summer and soft road bike shorts for winter. There are also packs of team bicycle jacket. The cycling wear bike riding gear has many colors for you to choose. Buying a suit with hats, gloves and other equipment in it is a good deal. The long trousers bicycle is tight but breathable. You can ask the sellers for more style and size you need.

## Wholesale Cycling Jersey Sets

- Wholesale trek mountain bikes • Wholesale scott white • Wholesale girl bike • Wholesale felt bikes • Wholesale team s

## Related Categories

**Fashion Bags**

See Top 100 in Best Seller >

Shoulder Bags

**Shoes**

First Walkers

Athletic & Outdoor

**Baby & Kids Clothing**

Clothing Sets

Girl's Dresses

**Women's Clothing**

Women's Tracksuits

Women's Blouses & Shirts

**Accessories**

Hair Accessories

Caps & Hats

 LOCAL WAREHOUSE Estimated arrival in 3+ days shop now ▸

## Seller Information

**Jury**
**303** Transactions
**94.7%** Positive Review ?
Fujian, China (Mainland)
12:05 PM Fri Oct 2 Now
Member since Oct 2014

Recommend seller to friends

## Review Score:223

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| Positive | 8 | 17 | 19 | 232 |
| Neutral | 3 | 3 | 3 | 5 |
| Negative | 0 | 1 | 1 | 4 |

## Service Detail Score (Mainly Industry : Sports & Outdoors)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.7/ 5.0 | Lower than Average | 241 |
| Communication | 4.7 / 5.0 | Lower than Average | 241 |
| Delivery time | 4.7 / 5.0 | Lower than Average | 241 |
| Shipping charges | 4.8 / 5.0 | Lower than Average | 241 |

**Reviews Received** | Reviews Sent

Reviews: Negative    Dates: All

CUBE team Cycling Short Sleeves jersey bib shorts sets Wholesale 3D gel pad Top Brand Quality Bike
Item code: 523438293

By:dupuis.****michel V2 08 07,2020
**Product reviews:**
Unsatisfied
helpful ( 0 ) unhelpful ( 0 )

5 Hight Quality Mens Jumpman Paris Saintgermain s Red Suede Basketball Shoes V Michigan Fab
Item code: 505772539

By:petra DeCristofaro_1505959283557 V3 04 14,2020
**Product reviews:**
BUYER BEWARE DO NOT BUY FROM THIS SELLER! DOESN'T REPLY TO MESSAGES. AND SENT ME SNEAKERS TO ME WIT ALL THE WRONG MATERIALS,COLOR WAY OFF,USED VELVET INSTEAD OF WAT WAS REALLY SUPPOSED TO BE USED,AND THAT IS GREEN,FOREST GREEN SUEDE! only redunded me $21 cash money lemme keep item but don't want em and threw them in trash can ALREADY! I would not even donate em. that is how incorrect and terrible they were. SO,PLEASE DO NOT WASTE TIME OR YOUR HARD EARNED MONEY ON SOMETHING THAT IS WORTH LESS,take it from me I was the ginnie pig,lol. learned my LESSON THOUGH...
helpful ( 0 ) unhelpful ( 0 )

WITH SHOES BOX SPLY 350 BOOST 350 V2 BLACK WHITE OREO BELUGA COPPER BLACK
Item code: 411225804

By:Ben_148****699041 V1 05 08,2018
**Product reviews:**
shoes never came and said delivered ,seller would not refund or return any of my messages
helpful ( 0 ) unhelpful ( 0 )

Kylie Cosmetics KKW X KYLIE Lip Set Of 4 Creme Liquid Lipsticks
Item code: 399551695

By:doja****anna V0 07 08,2017
**Product reviews:**
Awful quality
helpful ( 0 ) unhelpful ( 0 )

V2 White Red Zebra Cp9654 Cp9652 9 Colors SPLY-350 Shoes 36-45 Onsale 350 V2 Boost With Box
Item code: 397665842

By:Jfig****o79 V0 05 16,2017
**Product reviews:**
No good
helpful ( 0 ) unhelpful ( 0 )

< 1 >    Go to page: 1 GO

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page. 









DHgate.com Buy Globally · Sell Globally
Join Free | Sign in | My DHgate | Help | English | 0 Cart

**Jury** Add To Favorite Stores ( 54 )

94.7% Positive Feedback 303 Transactions

Online Chat Message Seller

Share

KTM | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Sports & Outdoors (10)
- Cycling Jersey Sets (10)

**10** matching products found for KTM

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

New KTM Team winter Cycling Jersey Set Men Long Sleeve Therm...
Ships out within 7 business days
Item Sold (6)
US $47.93 - 57.12 / Piece
Free Shipping
Add to Cart

KTM team Cycling long Sleeves jersey bib pants sets Men bike...
Ships out within 30 business days
US $40.16 - 47.85 / Piece
Free Shipping
Add to Cart

KTM ORBEA LIV Cycling long Sleeves jersey bib pants sets New...
Ships out within 30 business days
US $39.27 - 46.80 / Piece
Free Shipping
Add to Cart

KTM Cycling Short Sleeves jersey (bib) shorts sets Hot Sale ...
Ships out within 30 business days
US $32.66 - 38.92 / Piece
Free Shipping
Add to Cart

New 2019 KTM Cycling Short Sleeves jersey (bib) shorts sets ...
Ships out within 30 business days
Item Sold (1)
US $33.08 - 39.42 / Piece
Free Shipping
Add to Cart

2019 Pro ktm Cycling Clothing Bike Jerseys Quick Dry Men MTB...
Ships out within 30 business days
US $34.10 - 40.63 / Piece
Free Shipping
Add to Cart

2019 Summer KTM Cycling Jerseys Set racing Bike Clothing MTB...
Ships out within 30 business days
US $34.10 - 40.63 / Piece
Free Shipping
Add to Cart

KTM team outdoor Cycling long Sleeves jersey bib pants sets ...
Ships out within 30 business days
US $39.27 - 46.80 / Piece
Free Shipping
Add to Cart

KTM 2017 TEAM cycling jersey bike shorts set Ropa Ciclismo q...
Ships out within 30 business days
US $34.36 - 40.94 / Piece
Free Shipping
Add to Cart

2017 cycling jersey sets For Men pro team summer ropa ciclis...
Ships out within 30 business days
US $38.26 - 45.59 / Piece
Free Shipping
Add to Cart

DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | Cart

**Jury** Add To Favorite Stores ( 54 )

94.7% Positive Feedback 303 Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

Welcome to our shop .

### Basic Information

Company Name:
Business Type:
Location: Fujian, China (Mainland)
Year Established: Oct 2014
Main Product(s)/Service:

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| **Review Your Orders** | Payment | Success |

## Review Your Shipping Address

Ship To:                                          Add New Address

█████████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

.

📞 █████████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|



Seller: jury

New KTM Team winter Cycling...

Size: 5xl
Color: 08

1  Piece

US $57.12 /Piece

US $57.12

ePacket

**Free Shipping**
Delivery: Estimated between 8-30 (seller ships within 7 business days)

**Add remark to seller**                                    Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:   US $57.12
Shipping Cost:   US $0.00
Order Total:   US $57.12

## Choose Your Payment Method

○ Credit or Debit Card   VISA  DISCOVER  mastercard

⦿ Other Payment Method

« Back to Cart

Item Subtotal(1 items):   US $57.12
Shipping Cost:   US $0.00
**Grand Total:**   US $57.12



**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

10/2/2020 New 2019 KTM Cycling Short Sleeves jersey (bib) shorts sets Road Ride Bike Wear kit Cycling Clothing Sportswear K040706 | DHgate...

Case 1:20-cv-06677-ER Document 16 Filed 11/10/20 Page 125 of 167 PageID #: 2793

    

jury ∨
94.7% Positive Feedback

I'm shopping for...    On DHgate    In this Store

Buyer Protection | Customer Service ∨ | United States / USD ∨ | English ∨

Store Home    Products    Time Limited Sale    TopSelling    Review    About Us    **Product detail**

Home > All Categories > Sports & Outdoors > Cycling > Cycling Jerseys > Cycling Jersey Sets > Product detail




Compare with similar Items

### New 2019 KTM Cycling Short Sleeves jersey (bib) shorts sets Road Ride Bike Wear kit Cycling Clothing Sportswear K040706

| USD ∨ | **$39.42** | $34.29 | $33.08 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

Sale Detail:    **Buy it now, you will save extra $3 when you apply below promotions**

🎁 New User Save $3

Size:    Choose an Option ∨

Color:    

Quantity:    −  1  +    Piece    Maximum 100 Piece(s)

Shipping:    **Free Shipping** to United States Via ePacket ∨
Estimated delivery time: Nov. 27 and Dec. 19, ships out within 30 business days
Logistics Delay Notification ⓘ

**Buy It Now**        **Add to Cart**        ♡ Add to Favorite ∨

Seller Guarantee:    🛡 Return Policy        ⏱ On-time Delivery in 30 Days

Secure Payment:    MasterCard  VISA  AMEX  DISCOVER  ...

## Customers Who Bought This Item Also Bought








| 2019 Pro Cartoon Team Cycling Jersey Short 9D set MTB Bike | 2019 New EF Education First Cycling Jersey Set Summer | 2019 Fashion High Quality TOP brand Eyewear Sunglasses | Cycling Unisex Magic Head Face Protective Mask Neck Gaiter | Unisex Mouth Mask Wholesale Washable PM2.5 Mask Custom | Cycling Wearing Anti-Dust Cotton Mouth Face Mask PM |
|---|---|---|---|---|---|
| US $16.33 - 34.13 / Piece | US $13.63 - 30.95 / Piece | US $7.64 - 10.42 / Piece | US $0.73 - 0.86 / Piece | US $0.27 - 0.75 / Piece | US $0.34 - 0.84 / Piece |
| | | | $20 OFF $2,000 + | $2 OFF $30 + | |

## More Choices








| NCAA Dwyane 3 Wade Kemba 8 Walker Jersey 12 Ja Morant | 10 MESSI Barcelona Maillots de football shirt soccer jersey 8 A. | 2020 Men Baltimore Raven 8 Lamar Jackson 55 Terrell Suggs | Kawhi Paul 2 George Leonard Basketball Jersey Clipper Net | LeBron Bryant 23 James Angeles Lakers Kobe 24 Kyle | 2020 Men 1 Cam Newton 11 Julian Edelman Jarrett Stidham |
|---|---|---|---|---|---|
| US $12.18 - 14.60 / Piece | US $11.79 - 14.13 / Piece | US $20.48 - 24.55 / Piece | US $9.75 - 14.66 / Piece | US $12.18 - 14.60 / Piece | US $19.40 - 25.84 / Piece |
| $20 OFF $321 + | | | | | |

**Item Description**                                        Report Item

our cycling jersey have a little different color is normal, if buyers can&#039;t accept a bit chromatic aberration,please carefully purchase! size: S M L XL XXL XXXL




Buyer Protection | Customer Service ⌄ | 🌐 United States / USD ⌄ | 🌐 English ⌄

# DHgate

jury ⌄
94.7% Positive Feedback

I'm shopping for...

🔍 On DHgate | In this Store

👤 | 🛒 2

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Sports & Outdoors > Cycling > Cycling Jerseys > Cycling Jersey Sets > **Product detail**







Compare with similar Items

## 2019 Pro ktm Cycling Clothing Bike Jerseys Quick Dry Men MTB Bicycle Wear Summer men Cycling Jerseys Sets Short Sleeve 9D PAD 010709Y

| USD ⌄ | **$40.63** | $35.34 | $34.10 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 30 Pieces+ |

**Sale Detail:** **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Size:    Choose an Option ⌄

Color:     More +

Quantity:    − 1 +   Piece   Maximum 100 Piece(s)

Shipping:    **Free Shipping** to United States Via ePacket ⌄
Estimated delivery time: Nov. 27 and Dec. 19, ships out within 30 business days
Logistics Delay Notification ❓

**Buy it Now** | **Add to Cart** | ♡ Add to Favorite ⌄

Seller Guarantee:   🛡 Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment:   💳 MasterCard VISA AMEX DISCOVER ...

## Customers Who Bought This Item Also Bought

     

| 2019 Pro Cartoon Team Cycling Jersey Short 9D set MTB Bike | 2019 New EF Education First Cycling Jersey Set Summer | 2019 Fashion High Quality TOP brand Eyewear Sunglasses | Cycling Unisex Magic Head Face Protective Mask Neck Gaiter | Unisex Mouth Mask Wholesale Washable PM2.5 Mask Custom | Cycling Wearing Anti-Dust Cotton Mouth Face Mask PM |
|---|---|---|---|---|---|
| US $16.33 - 34.13 / Piece | US $13.63 - 30.95 / Piece | US $7.64 - 10.42 / Piece | US $0.73 - 0.86 / Piece | US $0.27 - 0.75 / Piece | US $0.34 - 0.84 / Piece |
| | | | $20 OFF $2,000 + | $2 OFF $30 + | |

## More Choices

     

| NCAA Dwyane 3 Wade Kemba 8 Walker Jersey 12 Ja Morant | 10 MESSI Barcelona Maillots de football shirt soccer jersey 8 A. | 2020 Men Baltimore Raven 8 Lamar Jackson 55 Terrell Suggs | Kawhi Paul 2 George Leonard Basketball Jersey Clipper Net | LeBron Bryant 23 James Angeles Lakers Kobe 24 Kyle | 2020 Men 1 Cam Newton 11 Julian Edelman Jarrett Stidham |
|---|---|---|---|---|---|
| US $12.18 - 14.60 / Piece | US $11.79 - 14.13 / Piece | US $20.48 - 24.55 / Piece | US $9.75 - 14.66 / Piece | US $12.18 - 14.60 / Piece | US $19.40 - 25.84 / Piece |
| $20 OFF $321 + | | | | | |

Item Description      Report Item

New Pro team KTM cycling jersey Short Sleeves Mens 2019 summer MTB Bicycle Clothing Ropa Ciclismo mountain Bike Clothes size: XXS --6XL



⊘ Buyer Protection | Customer Service ˅ | 🚚 Drop shipping ˅ | 🌎 United States / USD ˅ | 🌐 English ˅

**DH**gate

kaimeila ˅
**50%** Positive Feedback

I'm shopping for...  🔍 On DHgate | In this Store

👤  🛒 7

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > **Product detail**






Compare with similar Items

New Ktm Motorcycle Racing Gloves Mountain Bike Outdoor Sports Slope Gloves

| USD ˅ | **$13.71** | $12.51 | $11.4 | $10.99 | $10.61 |
|---|---|---|---|---|---|
| | 1 Piece+ | 21 Pieces+ | 27 Pieces+ | 72 Pieces+ | 95 Pieces+ |

Sale Detail: 🎁 Buy it now, you will get extra **$3** when you apply below promotions
🎁 New User Save **$3**

Color :  ⬭ Multi

Size :  M ˅

Quantity :  ⊖ 1 ⊕  Piece  Maximum 9999 Piece(s)

Shipping:  **Free Shipping** to United States Via ePacket ˅
Estimated delivery time: Oct. 21 and Nov. 12, ships out within 2 business days
Logistics Delay Notification ⓘ

Total cost:  **$13.71**  ⓘ  Get coupon and you will save extra $3

**Buy it Now**  |  **Add to Cart**  |  ♡ Add to Favorite ˅

Seller Guarantee:  🛡 Return Policy  |  ✓ On-time Delivery in 30 Days

Secure Payment:        

---

### Customers Who Bought This Item Also Bought

‹



Retro Pursuit Perforated Real Leather Motorcycle Gloves
US $15.13 - 17.21 / Piece



2019 troy lee designs full finger MTB MX motorcycle motocross
US $16.03 - 20.09 / Piece



2020 DELICATE FOX muit Dirtpaw Race Gloves Moto
US $9.95 - 14.40 / Piece



Ducati gloves motorcycle breathable gloves racing riding
US $22.85 - 29.23 / Piece



3 Gifts Graffiti Cartoon Racing Off-road Motorcycle Helmet
US $57.72 - 65.63 / Piece
$2 OFF $39 +
Per $100 Save $2



BMW racing suit plus velvet thick zipper hooded warm
US $28.48 - 39.06 / Piece

### More Choices

‹



Aluminum Alloy 2 USB Ports Universal Intelligent Charging
US $0.49 - 0.53 / Piece
3 OFF $100 +



BT06 FM Transmitter 2.1A Fast Car Charger Aux Modulator
US $11.06 - 12.97 / Piece
3 OFF $100 +



SP11 Bluetooth Car Phone Sun Visor Hands Free
US $9.55 - 12.58 / Piece
3 OFF $100 +



Cheap CAR B2 B3 E5 Multifunction Bluetooth
US $3.02 - 3.39 / Piece
3 OFF $100 +



Original Xiaomi youpin Bcase Tita Temporary Stop Sign Car
US $8.85 - 10.54 / Piece
3 OFF $100 +



5 Styles hot sale trump 2020 baseball cap USA hat election
US $3.51 - 5.25 / Piece



---

**Item Description**  Report Item

Case 1:20-cv-06677-Document 1-15 Filed 11/10/20 Page 128 of 167 PageID #:2796

New ktm motorcycle racing gloves mountain bike outdoor sports slope gloves

## Specifications

|  |  |
|---|---|
| Material: | Nylon |
| Feature: | Fingers Separated |
| Gender: | Unisex |
| Item Code: | 594381184 |
| Category: | Motorcycle Gloves |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

**Product Name:**
New ktm motorcycle racing gloves mountain bike outdoor sports slope gloves
**Item Code:** 418130725
**Category:** Motorcycle Gloves
**Short Description:**
New ktm motorcycle racing gloves mountain bike outdoor sports slope gloves
**Quantity:** 1　Piece
**Package Size:** 10.0 * 15.0 * 10.0 ( cm )
**Gross Weight/Package:** 0.4 ( kg )



Case 1:20-cv-06678-LDH-RML Document 9-3 Filed 11/30/20 Page 129 of 167 PageID #: 2797

## Sponsored Products You May be Interested In More Choice   I want to be here too



Aluminum Alloy 2 USB Ports Universal Intelligent Charging

US $0.49 - 0.53 / Piece

$3 OFF $100 +



2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece



Original Xiaomi Youpin ENCHEN Men's Electric Hair Clippers

US $10.06 - 14.94 / Piece

$3 OFF $100 +



DHL UPS Free Shipping Disposable Mask 50pcs 3-Layer

US $0.07 - 0.12 / Piece



Best Quality For iphone 8 8plus X XR XS XS MAX Back Glass

US $9.16 - 29.76 / Piece

$5 OFF $100 +



Good Price Good Quality for iphone battery 5S 6G 6P 6S 7G

US $3.58 - 8.50 / Piece

## Compare with similar Items

| |  |  |  |  |  |
|---|---|---|---|---|---|
| | New Ktm Motorcycle Racing Gloves Mountain Bike Outdoor Sports Slope Gloves | Mig C2 Dain Racing Short Gloves for Motorcycle Bike Gloves Racing Riding | 2019 Leisure long-distance motorcycle Dain Mig C2 Racing Short Gloves Motorcycle Off- | Mechanix Wear - M-Pact Covert Tactical Gloves | 4pcs Universal Car Black Fend Flares Mud Flaps Splash Guard Arch Wheel Eyebrow Lip For C |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $10.61 - 13.71 / Piece | US $35.50 - 40.37 / Pair | US $19.91 - 27.77 / Pair | US $17.30 - 19.66 / Piece | US $7.04 - 8.00 / Set |
| My. Order | 1 Piece | 1 Pair | 1 Pair | 1 Piece | 1 Set |
| Customer Rating / Orders | ⭐⭐⭐⭐⭐ 0 | ⭐⭐⭐⭐⭐ 0 | ⭐⭐⭐⭐⭐ 0 | ⭐⭐⭐⭐⭐ 0   1 Order | ⭐⭐⭐⭐⭐ 0 |
| Shipping Cost | Free Shipping | Free Shipping | Free Shipping | Free Shipping | US $370.47 |
| Shipping method | ePacket | ePacket | ePacket | ePacket | DHL |
| Estimated Delivery Time | Oct. 21 and Nov. 12 | Nov. 28 and Dec. 20 | Oct. 23 and Nov. 14 | Oct. 21 and Nov. 12 | Oct. 23 and Oct. 26 |
| Seller Guarantee | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service |

| Store | Shop by kaimeila<br>50% Positive Feedback | Shop by hoya_autom...<br>100% Positive Feedback | Shop by motorcycle...<br>100% Positive Feedback | Shop by elena2012168<br>95.6% Positive Feedback | Shop by bxracing<br>96.9% Positive Feedback |
| --- | --- | --- | --- | --- | --- |

## Related Promotion

black motorcycle gloves | biker gears | top glove | red motocross gloves | dirt bike ride | gloves dirt bike | anti carbon | drop glove | moto gp gloves | ktm cycling gloves

## Related Keywords

bike | lighting bike | kinds bikes | favor bike | bike full | bikes wear | green bike | bike tracks | styles bike | wheeled bike 29

## You May Also Like


New for Motorbike Travel
Backpack Motocross with 2
US $21.18 - 24.08 / Piece


2019 New Fashion Fur Coat
women high Imitation Fur Vest
US $49.77 - 59.31 / Piece


Motorcycle Helmet Wireless
Bluetooth Headsets Riding
US $28.98 - 32.96 / Piece


New four sessons breathable
knight jacket racing clothing
US $71.41 - 87.47 / Piece


KTM Motorcycle gloves
Motorcycle Gloves Guantes
US $6.68 - 9.17 / Pair


best price New model ktm
motorcycle off-road bags racing
US $20.11 - 26.86 / Piece


Unisex Classic Felt Pork Pie
Porkpie Hat Cap Upturn Short
US $7.04 - 9.15 / Piece


New Fashion Retro Felt jazz hat
TOP hats for men & women
US $4.48 - 7.60 / Piece


Ring THICK 13 mm Thickness
Heavy STEEL BRASS KNUCKLE
US $4.31 - 17.76 / Piece


Vintage Men Women Hard Felt
Hat Wide Brim Fedora Trilby
US $7.54 - 9.72 / Piece


2020 Fashion Outer Lime Green
Inner Rosy Patchwork Womens
US $7.54 - 10.86 / Piece


2020 Wide Brim Fedoras Men
Wool Felt Hats Khaki Casual Jazz
US $7.04 - 10.86 / Piece


Womens Shirt Tied Neck Chain
Print Casual Shirt Long Sleeve
US $12.91 - 15.38 / Piece


motorcycle MC fuel tank bag
multifention moto bags
US $38.20 - 51.30 / Set


Spring graffiti printing baseball
cap Child parent hat Long tail
US $6.71 - 8.53 / Piece


Western Cowboy Bling
Swarovski Crystal Rhinestones
US $83.60 - 100.22 / Piece


New Fashion TOP hats for men
& women Elegant fashion Solid
US $4.19 - 5.83 / Piece


Wide Brim Vintage Trilby
Fedoras Style Black Panama
US $5.53 - 10.29 / Piece


Autumn and winter Korean
plain woolen hat, belt buckle,
US $9.60 - 12.54 / Piece


Mini Handheld Game Console
Retro Portable Video Game
US $6.14 - 6.70 / Piece


Outer Camel Inner Red
Patchwork Felt Hat Autumn
US $7.54 - 10.86 / Piece


Trend Outer White Inner Red
Patchwork Women Artificial
US $7.54 - 10.86 / Piece


2020 DELICATE FOX muit
Dirtpaw Race Gloves Moto
US $9.95 - 14.40 / Piece


New THOR gloves off-road
motorcycle MX riding gloves
US $22.39 - 28.10 / Piece


2018 Winter Women Knitted 2
Piece Set Long Sleeve O Neck
US $28.85 - 35.32 / Piece







 DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

**Kaimeila** Add To Favorite Stores ( 0 )

**50%** Positive Feedback **19** Transactions

Online Chat | Message Seller

Share

KTM | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Automobiles & Moto... (72)
- Motorcycle Bags (4)
- Motorcycle Apparel (13)
- Motorcycle Gloves (3)
- Motorcycle Sunglas... (1)

**72** matching products found for KTM

Sort by: Bestselling | Price | Best Match | Price: $ - $ Go | Page 1/3

2020 Ktm Motorcycle Off - Road T - Shirt Male Summer Mountain ...
Ships out within 2 business days
**US $14.83 - 21.66** / Piece
Free Shipping
Add to Cart

Tld Downhill Clothing Ktm Breathable Sweat - Absorbent Long -...
Ships out within 2 business days
**US $15.47 - 22.58** / Piece
Free Shipping
Add to Cart

Ktm Motocross Cycling Race Mountain Bike Pants Downhill Ridi...
Ships out within 2 business days
**US $46.19 - 62.88** / Piece
Free Shipping
Add to Cart

Tld Speed Drop Suit Summer Short - Sleeved Bicycle Jersey Jac...
Ships out within 2 business days
**US $11.77 - 18.07** / Piece
Free Shipping
Add to Cart

Ktm Style Off - Road T - Shirt Mountain Bike Riding Short - Sle...
Ships out within 2 business days
**US $12.45 - 18.58** / Piece
Free Shipping
Add to Cart

Ktm Full Finger Off - Road Gloves Motorcycle Riding Gloves Mo...
Ships out within 2 business days
**US $11.00 - 16.71** / Piece
Free Shipping
Add to Cart

2020 New Ktm Quick - Drying Cross - Country Long - Sleeved Summ...
Ships out within 2 business days
**US $15.87 - 23.00** / Piece
Free Shipping
Add to Cart

Explosion Models Ktm Off - Road T - Shirt Mountain Bike Riding...
Ships out within 2 business days
**US $12.75 - 18.98** / Piece
Free Shipping
Add to Cart

Ktm Motorcycle Gloves Retro Moto Racing Gloves Men S Motocro...
Ships out within 2 business days
**US $8.99 - 13.31** / Piece
Free Shipping
Add to Cart

Motorcycle Casual Ktm Cotton Shorts Racing Shorts Motorcycle...
Ships out within 2 business days
**US $17.42 - 22.53** / Piece
Free Shipping
Add to Cart

New Ktm Motorcycle Racing Gloves Mountain Bike Outdoor Sport...
Ships out within 2 business days
**US $10.61 - 13.71** / Piece
Free Shipping

New Arrival Ktm Moto Gp Motocross T - Shirts Mountain Bike Cy...
Ships out within 2 business days

US $15.66 - 20.26 / Piece
Free Shipping
Add to Cart

 Wholesale New Ktm Motocross T - Shirts Mountain Bike Bicycle ...
Ships out within 2 business days

US $15.66 - 20.26 / Piece
Free Shipping
Add to Cart

 Custom Tld Ktm Motocross Quick - Drying T - Shirt Bicycle Down...
Ships out within 2 business days

US $14.29 - 20.96 / Piece
Free Shipping
Add to Cart

 New Ktm Racing Jacket Racing Suit Outdoor Cycling Jersey Bre...
Ships out within 2 business days

US $61.57 - 84.58 / Piece
Free Shipping
Add to Cart

 2018 Defender For Ktm Motocross Rally Suits Waterproof Windp...
Ships out within 2 business days

US $204.54 - 264.48 / Piece
Free Shipping
Add to Cart

 Newest Motorcycle Eyeglasses Sunglasses Motocross Goggles Ey...
Ships out within 2 business days

US $11.65 - 18.29 / Piece
Free Shipping
Add to Cart

 Ogio Motorcycle Riding Backpack Shoulder Knight Locomotive B...
Ships out within 2 business days

US $53.96 - 73.51 / Piece
Free Shipping
Add to Cart

 Ogio New Ktm Knight Backpack Motorcycle Riding Backpack Knig...
Ships out within 2 business days

US $22.52 - 31.60 / Piece
Free Shipping
Add to Cart

 Ogio Kawasaki Ktm Motorcycle Shell Backpack Backpack Bag Car...
Ships out within 2 business days

US $54.68 - 70.69 / Piece
Free Shipping
Add to Cart

 Motorcycle Waterproof Leg Leg Package Ktm Waist Handbag
Ships out within 2 business days

US $13.38 - 17.31 / Piece
Free Shipping
Add to Cart

 Rear Passenger Seat Cowl Cover For Ktm 125 300 390 Duke 2013...
Ships out within 2 business days

US $24.25 - 43.41 / Piece
Free Shipping
Add to Cart

 4 Colors Motor Turn Signals Lights Brush Bar Hand Guards For...
Ships out within 2 business days

US $14.28 - 26.12 / Piece
Free Shipping
Add to Cart





DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 8 Cart

LOGO Factory

Kaimeila

Add To Favorite Stores ( 0 )

**50%** Positive Feedback **19** Transactions

Online Chat Message Seller

Share

In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

## Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

## Basic Information

| | |
|---|---|
| Company Name: | |
| Business Type: | |
| Location: | China |
| Year Established: | Jul 2020 |
| Main Product(s)/Service: | |

## Contact Us

Online Chat Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| **Review Your Orders** | Payment | Success |

## Review Your Shipping Address



Ship To:  Change Shipping Address

███████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ████████

Edit

## Review & Confirm Your Order



| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: kaimeila

New Ktm Motorcycle Racing Gl...

Color : Multi
Size: M

| 1 | Piece

US $13.71 /Piece

US $13.71

ePacket

**Free Shipping**
Delivery: Estimated between 8-30 (seller ships within 2 business days)

**Add remark to seller**  Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal: US $13.71
Shipping Cost: US $0.00
Order Total: US $13.71

## Choose Your Payment Method

○ Credit or Debit Card  VISA DISCOVER 🔲 mastercard

◉ Other Payment Method

« Back to Cart

Item Subtotal(1 items): US $13.71
Shipping Cost: US $0.00
**Grand Total:** **US $13.71**



**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dispute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

10/9/2020

Buyer Protection | Customer Service ⌄ | Drop shipping | 🌐 United States / USD ⌄ | 🌐 English ⌄

# DHgate

kaimeila ⌄
50% Positive Feedback

I'm shopping for...    🔍 On DHgate    In this Store

👤    🛒 8

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Apparel > **Product detail**



### Ktm Motocross Cycling Race Mountain Bike Pants Downhill Riding Pants

| USD ⌄ | **$62.88** | $62.56 | $61.32 | $50.94 | $49.61 |
|---|---|---|---|---|---|
| | 1 Piece+ | 2 Pieces+ | 5 Pieces+ | 6 Pieces+ | 10 Pieces+ |

🎁 **Sale Detail:** Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Size:      Choose an Option ⌄

Options:   Choose an Option ⌄

Quantity:  [ − ] 1 [ + ]   Piece    Maximum 9999 Piece(s)

Shipping:  **Free Shipping** to United States Via ePacket ⌄
Estimated delivery time: Oct. 21 and Nov. 12, ships out within 2 business days
Logistics Delay Notification ⌄ ?

[ Buy it Now ]    [ Add to Cart ]    ♡ Add to Favorite ⌄

Seller Guarantee:  🛡 Return Policy   ⏱ On-time Delivery in 30 Days

Secure Payment:  💳 VISA 💳 DISCOVER 💳 💳 💳 💳 | ✓ ✓ 🔒

## Customers Who Bought This Item Also Bought


BMW racing suit plus velvet thick zipper hooded warm
US $28.48 - 39.06 / Piece


2019 DELICATE FOX MX 360 Kila Jersey Pants Motocross Dirt
US $46.99 - 66.06 / Set


2019 Motorrad Motorsport Jacket For BMW Tyco
US $30.83 - 38.30 / Piece


NAUGHTY FOX 2020 Racing 180 LOVL SE Blue Red Off Road MX
US $38.90 - 51.44 / Set


2019 F1 Formula One racing suit short-sleeved T-shirt team
US $15.53 - 19.47 / Piece


Formula 1 motorcycle professional competition
US $19.82 - 23.66 / Piece

## More Choices


Aluminum Alloy 2 USB Ports Universal Intelligent Charging
US $0.49 - 0.53 / Piece
$3 OFF $100 +


BT06 FM Transmitter 2.1A Fast Car Charger Aux Modulator
US $11.06 - 12.97 / Piece
$3 OFF $100 +


SP11 Bluetooth Car Phone Sun Visor Hands Free
US $9.55 - 12.58 / Piece
$3 OFF $100 +


Cheap CAR B2 B3 E5 Multifunction Bluetooth
US $3.02 - 3.39 / Piece
$3 OFF $100 +


Original Xiaomi youpin Bcase Tita Temporary Stop Sign Car
US $8.85 - 10.54 / Piece
$3 OFF $100 +


5 Styles hot sale trump 2020 baseball cap USA hat election
US $3.51 - 5.25 / Piece

---

**Item Description**                                    Report Item

KTM Motocross Cycling Race Mountain Bike Pants Downhill Riding Pants



Buyer Protection | Customer Service ∨ | Drop shipping | United States / USD ∨ | English ∨



kaimeila ∨
50% Positive Feedback

I'm shopping for...    [On DHgate]    [In this Store]



Store Home    Products    Time Limited Sale    TopSelling    Review    About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > **Product detail**



Compare with similar Items

### Ktm Full Finger Off -Road Gloves Motorcycle Riding Gloves Mountain Bike Racing Off -Road Breathable Gloves

| USD ∨ | **$16.71** | $16.34 | $15.47 | $14.23 | $12.97 |
|---|---|---|---|---|---|
| | 1 Piece+ | 2 Pieces+ | 5 Pieces+ | 10 Pieces+ | 24 Pieces+ |

Sale Detail:   **Buy it now, you will save extra $3 when you apply below promotions**

🎁 New User Save $3

Color :        same photo

Size:        Choose an Option

Options:     Choose an Option

Quantity:    [ − ] 1 [ + ]    Piece    Maximum 9999 Piece(s)

Shipping:    **Free Shipping** to United States Via ePacket ∨
             Estimated delivery time: Oct. 21 and Nov. 12, ships out within 2 business days
             Logistics Delay Notification ⑦

[ Buy it Now ]    [ Add to Cart ]    ♡ Add to Favorite ∨

Seller Guarantee:    Return Policy    On-time Delivery in 30 Days

Secure Payment:          

## Customers Who Bought This Item Also Bought


Retro Pursuit Perforated Real
Leather Motorcycle Gloves
US $15.13 - 17.21 / Piece


2019 troy lee designs full finger
MTB MX motorcycle motocross
US $16.03 - 20.09 / Piece


2020 DELICATE FOX muit
Dirtpaw Race Gloves Moto
US $9.95 - 14.40 / Piece


Ducati gloves motorcycle
breathable gloves racing riding
US $22.85 - 29.23 / Piece


GIFTS→
3 Gifts Graffiti Cartoon Racing
Off-road motorcycle Helmet
US $57.72 - 65.63 / Piece
$2 OFF $39 +
Per $100 Save $2


BMW racing suit plus velvet
thick zipper hooded warm
US $28.48 - 39.06 / Piece

## More Choices


Aluminum Alloy 2 USB Ports
Universal Intelligent Charging
US $0.49 - 0.53 / Piece
$3 OFF $100 +


BT06 FM Transmitter 2.1A Fast
Car Charger Aux Modulator
US $11.06 - 12.97 / Piece
$3 OFF $100 +


SP11 Bluetooth Car Phone Sun
Visor Hands Free
US $9.55 - 12.58 / Piece
$3 OFF $100 +


Cheap CAR B2 B3 E5
Multifunction Bluetooth
US $3.02 - 3.39 / Piece
$3 OFF $100 +


Original Xiaomi youpin Bcase
Tita Temporary Stop Sign Car
US $8.85 - 10.54 / Piece
$3 OFF $100 +


5 Styles hot sale trump 2020
baseball cap USA hat election
US $3.51 - 5.25 / Piece



Buyer Protection | Customer Service ∨ | Drop shipping | United States / USD ∨ | English ∨



DH gate

kang20208888 ∨
93.8% Positive Feedback

I'm shopping for...    🔍 On DHgate    In this Store

🛒 0

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Bags, Luggage & Accessories > Sport&Outdoor Packs > Backpack > Product detail









Compare with similar Items

### Wholesale 2019 for KTM multifunctional mountain cycling backpack for outdoor sports leisure travel backpack

| USD ∨ | **$38.58** | $34.27 | $32.71 |
|---|---|---|---|
| | 1 Piece+ | 9 Pieces+ | 31 Pieces+ |

**Sale Detail:** Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Color: ( Multi )

Quantity: [ − ] 1 [ + ] Piece    499 in Stock ( Stock in: 🇨🇳 CN )

Shipping: **$9.32** to United States Via ePacket ∨
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification ⓘ

Total cost: **$47.9**    Get coupon and you will save extra $3

| **Buy it Now** | Add to Cart | ♡ Add to Favorite ∨ |
|---|---|---|

Seller Guarantee: 💲 Return Policy | On-time Delivery in 30 Days

Secure Payment:  

---

## Customers Who Bought This Item Also Bought



M69443 TRIO Messenger Bag Eclipse Reverse Canvas Mens
US $69.99 - 89.99 / Piece



Free Shipping!New Travel Toiletry Pouch 26cm Protection
US $17.07 - 20.18 / Piece
$2 OFF $59 +



2018 selling Korean top quality fashion travel bag, printing
US $82.18 - 99.82 / Piece



new.0087. Messenger small postman bag for slanting,
US $64.11 - 78.86 / Piece



Best selling quality men travelling toilet bag fashion
US $17.12 - 20.22 / Piece
$2 OFF $59 +



Gray, 2019 Men's simple and comfortable backpack, suitable
US $38.79 - 45.75 / Piece

## More Choices



Chicago Los Bulls Angeles Basketball Shorts Just Memphis
US $16.34 - 19.58 / Piece



2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece



17 Josh Allen 14 Stefon Diggs Tre'Davious White Buffalo
US $15.77 - 18.90 / Piece

---

**Item Description**    Report Item

Wholesale 2018 for KTM multifunctional mountain cycling backpack for outdoor sports leisure travel backpack



## Specifications

| | |
|---|---|
| Type: | Backpacks |
| Gender: | Unisex |
| Style: | Travel |
| Material: | Canvas |
| Pattern: | Letter Print |
| Capacity: | &lt; 20L |
| Have Drawbars: | No |
| Item Weight: | 0 |
| Decoration: | None |
| Hardness: | Soft |
| Item Height: | 0 |
| Item Length: | 0 |
| Closure Type: | Zipper |
| Lining Material: | Cotton |
| Number of Handles/Straps: | Two |
| Item Code: | 518178664 |
| Category: | Backpack |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

Descripción del producto











Case 1:20-cv-06677-Document 1-16 Filed 11/10/20 Page 140 of 167 PageID #:2808







Less Description ∧



## Sponsored Products You May be Interested In More Choice



Chicago Los Bulls Angeles Basketball Shorts Just Memphis

US $16.34 - 19.58 / Piece



2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece



17 Josh Allen 14 Stefon Diggs Tre'Davious White Buffalo

US $15.77 - 18.90 / Piece

## Compare with similar Items

| | | | | | |
|---|---|---|---|---|---|
| | Wholesale 2019 for KTM multifunctional mountain cycling backpack for outdoor [Add to Cart] | New-bag Snow Mountain Alliance backpack north shoulder bag handbag [Add to Cart] | Marlon Brando duffel bag The godfather tote Pop star backpack Film luggage Exercise [Add to Cart] | new Fashion Women's Wallet Bifold Long Wallet Genuine Leather Large Capacity Lady's [Add to Cart] | Womens Heart Shape Handba Clutch Suede Party Bag Tote Purse Bag [Add to Cart] |
| Price | US $32.71 - 38.58 / Piece | US $37.88 - 46.01 / Piece $2 OFF $40+ | US $21.58 - 29.95 / Piece | US $42.64 - 50.30 / Piece | US $12.19 - 12.77 / Piece |
| Min. Order | 1 Piece | 1 Piece | 1 Piece | 1 Piece | 25 Pieces |
| Customer Rating / Orders | 0 | 0 | 0 | 10 Orders | 50 Orders |
| Shipping Cost | US $9.32 | US $6.67 | Free Shipping | Free Shipping | Free Shipping |
| Shipping method | ePacket | ePacket | ePacket | ePacket | ePacket |
| Estimated Delivery Time | Oct. 22 and Nov. 13 | Nov. 27 and Dec. 19 | Oct. 20 and Nov. 11 | Oct. 27 and Nov. 18 | Oct. 22 and Nov. 13 |
| Seller Guarantee | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service |
| Store | Shop by kang20208888 93.8% Positive Feedback | Shop by junmi 100% Positive Feedback | Shop by tpx_wallet 100% Positive Feedback | Shop by zuileqingyun 100% Positive Feedback | Shop by sarahzhang88 99% Positive Feedback |

## Related Promotion

white rucksacks   bicycle backpacks   camel back backpack   mountain shoulder   shoulder bookbag   back school backpacks   molle backpack   purple backpack double shoulder bags

nylon hop bag   multifunctional backpacks

## Related Keywords

college backpack   dog carrying backpacks   designers backpacks   backpacks compartments   small ladies backpacks   girls backpacks for school dog   kindergarten backpack girl

fast backpack   versatile backpack   women purple backpacks

## You May Also Like



Case 2:20-cv-06677 Document 16 Filed 11/10/20 Page 142 of 167 Page ID #:2610


2019 New Moto GP Letters KTM Racing Baseball Caps
US $5.74 - 7.60 / Piece


Custom SHIFT all styles mountain bike downhill suit
US $14.44 - 19.10 / Piece


New Racing Riding Pack Bags Shoulder Bag Ktm Motocross
US $23.32 - 33.15 / Piece


KTM Motorcycle gloves Luva Motoqueiro Guantes Moto
US $6.04 - 9.72 / Pair

KTM downhill t-shirt bike riding suit short sleeve shirt men and
US $16.50 - 19.89 / Piece


New Yamaha Motocross T-shirt Short-sleeved quick-drying
US $12.06 - 16.14 / Piece

Free shipping 2015 new model motorcycle bags KTM chest
US $11.06 - 15.64 / Piece


Hot sale KTM Motorcycle gloves Moto racing gloves Men's
US $7.09 - 9.49 / Pair


Women and men large capacity luxury handbag global limited
US $9.73 - 118.68 / Piece


New model ktm motorcycle off-road bags racing off-road bags
US $15.13 - 18.58 / Piece


Men Tactical Waist Bag Tactical Pack Hip Hop Function Vest
US $18.51 - 21.05 / Piece


ktm summer new MOTO GP motorcycle off-road riding T-
US $12.78 - 17.13 / Piece


2020 hot summer THOR speed surrender cycling jersey, long-
US $15.58 - 19.57 / Piece


Brand MINI Men off Yellow canvas belt high white Shoulder
US $34.74 - 44.99 / Piece


2018 KTM Men summer Cycling Jersey Breathable Bicycle
US $22.12 - 29.95 / Set


7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel
US $6.58 - 9.65 / Pair


2020 Hot Sale Brand Men Sport Backpack Shoulder Bag Cross
US $30.82 - 35.04 / Piece


2020 new summer cross-country motorcycle riding
US $13.75 - 17.47 / Piece


New Moto GP Letters KTM Racing Baseball Caps
US $5.74 - 7.60 / Piece


Best selling KTM MOTO downhill mountain bike men's
US $9.80 - 11.14 / Piece


Free shipping motorcycle Motocross KTM Hydration pack
US $19.10 - 23.87 / Piece


1PCS Men Tactical Waist Bag Tactical Vest Chest Pack Hip
US $13.89 - 16.01 / Piece


New motocross racing T-shirt for ktm men's short-sleeved T-
US $12.81 - 14.57 / Piece

Chest Bags For Men & Women 2019 Fashion Brand Girl Eyes
US $13.06 - 15.91 / Piece


KTM Hoodie Sweatshirt MotoGP Cycling Windbreaker
US $28.88 - 38.34 / Piece



2019 bicycle gloves hpit FOX ATV MTB BMX Off Road
US $16.59 - 21.32 / Pair


KTM Motorcycle Goggle Motocross Glasses MOTO ATV
US $8.74 - 13.36 / Piece


Brand Bags-KTM Sports Bags cycling bags motorcycle
US $26.37 - 29.99 / Piece


Retro Pursuit Perforated Real Leather Motorcycle Gloves
US $15.13 - 17.21 / Pair



KTM team Cycling Short Sleeves jersey (bib) shorts sets Quick-
US $13.67 - 30.66 / Piece

Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece

Brand Mens & Women's Cycling Gloves Breathable Summer
US $6.40 - 11.06 / Pair

New team version cross country gloves MX motorcycle
US $10.73 - 14.36 / Piece

Mens Outdoor Backpack Waterproof Sports Fitness Solid
US $27.69 - 32.47 / Piece

2018 new Moto jerseys Rockstar Jersey Breathable
US $16.50 - 18.77 / Piece



For KTM Racing Team Motorcycle Long Sleeve T-Shirt
US $12.67 - 39.20 / Piece

More ⌄

## New Arrival backpack

     

a6 Shoulder Bags Totes Bag Womens Handbags Women
US $29.02 - 34.79 / Piece

Ac015 Totes Handbags Shoulder Bags Handbag
US $24.88 - 29.82 / Piece

2020 new cartoon mouse bag print children cute puppy
US $25.13 - 38.33 / Piece

Korean Style Canvas Small Mini Backpack For Women Fashion
US $18.40 - 23.97 / Piece

Fashion Large Capacity Backpacks Women Nylon
US $25.55 - 33.29 / Piece

Lady Women Leather Backpack School Rucksack College
US $17.13 - 22.31 / Piece

The commonly seen womens backpacks is very popular nowadays among young people! The fashionable design of pink backpacks makes them so charming and cool, to show the young energy, the function of daypack is also growing to be more considerate, which can be shown from the small packages on the swissgear backpack for little items. Wholesale swiss backpack are cheap, and of good quality, you can buy a new laptop rucksack for yourself and go for a mountain climbing maybe!

## Wholesale Backpack

- Wholesale toddlers backpacks   •   Wholesale backpacks wheels   •   Wholesale backpacks for boys   •   Wholesale backpack tents   •   Wholesale womens backpacks

More ⌄

## Related Categories

**Sex Products**
See Top 100 In Best Seller >
Chastity Devices
Vibrators
Sex Dolls
Bondage

**Indoor Lighting**
Pendant Lamps
Downlights
Table Lamps
Wall Lamps

**Costumes & Cosplay**
Theme Costume
Anime Costumes
Sexy Costumes
Catsuit Costumes

**Cell Phone Accessories**
Cell Phone Screen Protect...
Cell Phone Mounts & Hold...
Cell Phone Adapters
Cell Phone Chargers

**Game Accessories**
Game Controllers & Joystic...
Cases, Covers & Bags
Batteries & Chargers
Console Decorations

Bookmark & Share            

Help improve your experience on DHgate.com. Please tell us what you think about this page.

       

China Wholesale   |   Security & Privacy   |   About Us   |   China Manufacturers   |   Seller Home   |   New Products   |   Top Searches   |   Products Online   |   Refined Products   |   Discount Products   |   Best Sellers   |   Customer Service   |   Terms of Use   |   Russian   |   Portuguese   |   Italian   |   Spanish   |   French   |   German   |   Turkey   |   한국어   |   العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

10/6/2020



 

LOCAL WAREHOUSE   Estimated arrival in 3+ days   shop now ▸

Customer Service ⌄ | 📦 Drop shipping | 🖫 Save more | 🌎 United States / USD ⌄ | 🌐 English ⌄



I'm shopping for...   🔍

 Hi, �In My DHgate ⌄         ♡   �途   0

| ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

## Seller Information

**Kang20208888**
193   Transactions
**93.8%** Positive Review  ❓

Hubei, China (Mainland)
10:41 AM Tue Oct 6 Now
Member since Dec 2019

Recommend seller to friends

### Review Score:66

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ➕ Positive | 43 | 71 | 71 | 71 |
| 🟡 Neutral | 4 | 8 | 8 | 8 |
| ⛔ Negative | 3 | 5 | 5 | 5 |

### Service Detail Score (Mainly Industry : --)

| Service Detail | Service Score ❓ | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | --/-- | -- | -- |
| Communication | --/-- | -- | -- |
| Delivery time | --/-- | -- | -- |
| Shipping charges | --/-- | -- | -- |

**Reviews Received**   |   Reviews Sent

Reviews: Negative ⌄                                    Dates: All ⌄

---



**Fashion New Ladies Sequin Square bag High quality PU Leather Women's Designer Luxury Handbag**
Item code: 520878286

⭐☆☆☆☆   By:Chloe J****ton_rwB 🇮🇹    09 24,2020
**Product reviews:**
Do not buy from this seller !! Extremely poor quality bags nothing like pictures and wil not give money back ! Scam !! Worst quality!
helpful ( **0** )   unhelpful ( 0 )

---



**2020 New 100% Red Bottom sole high heels pumps square toe genuine leather shoes women ladies**
Item code: 519198699

⭐⭐☆☆☆   By:Rose P****e_R9K 🇺🇸    09 22,2020
**Product reviews:**
unsatisfied
helpful ( **0** )   unhelpful ( 0 )

---



**Fashion Ladies Luxury Designer Bags pu leather Shoulder Bags Totes Handbags Top Handles Cross Body**
Item code: 521334591

⭐☆☆☆☆   By:ahkai****leff 🇺🇸    08 13,2020
**Product reviews:**
Very unsatisfied
helpful ( **0** )   unhelpful ( 0 )

---



**2020 Crossbody Bag For Women Leather Luxury Handbag Women Bag Designer Ladies Shoulder**
Item code: 520897402

⭐☆☆☆☆   By:Ter***90s 🇺🇸    08 08,2020
**Product reviews:**
So I ordered this on early June and received my shipment on early August not only that but both items have been tempered with and the bees look so damaged:( . . Definitely not worth the wait or money.
helpful ( 0 )   unhelpful ( 0 )

---



**Pu Leather Messenger Bags Shoulder Bag Handbag Fashion Women Handbags Simple Crossbody**
Item code: 517829439

⭐⭐☆☆☆   By:amanda****da775 🇮🇹    07 27,2020
**Product reviews:**
sent wrong colour
helpful ( 0 )   unhelpful ( 0 )

---



**Students Backpack France Waterproof backpack Fashion Designer Backpacks For School**
Item code: 519837630

⭐☆☆☆☆   By:Mariya****karova 🇺🇸    06 13,2020
**Product reviews:**
The item has almost noting to do with the picture. The zipper is not the same the logo on the front flap is missing the handle is not the same and the shoulder straps are also not like in the picture . I will defiantly not going to recon and this product
helpful ( **0** )   unhelpful ( 0 )

---



**Handbag Womens Plaid Shoulder Bag Retro Crossbody Bags for Women 2018 Luxury Handbags**
Item code: 521009082

⭐☆☆☆☆   By:lour****baez 🇺🇸    05 29,2020
**Product reviews:**
cheap bags
helpful ( **0** )   unhelpful ( 0 )







DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

Share

**Kang20208888** Add To Favorite Stores ( 27 )

93.8% Positive Feedback 191 Transactions

Online Chat Message Seller

ktm | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > ktm

## Store Categories

- BAGS (1)

1 matching products found for ktm

Sort by: Bestselling | Price | Best Match | Price: $ - $ Go | Page 1/1

Wholesale 2019 for KTM multifunctional mountain cycling back...

Ships out within 4 business days

US $32.71 - 38.38 / Piece

Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

LOGO Factory

**Kang20208888** Add To Favorite Stores ( 27 )

**93.8%** Positive Feedback **191** Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

### Basic Information

| | |
|---|---|
| Company Name: | |
| Business Type: | |
| Location: | Hubei, China (Mainland) |
| Year Established: | Dec 2019 |
| Main Product(s)/Service: | |

### Contact Us

Online Chat | Message Seller

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| **Review Your Orders** | Payment | Success |

## Review Your Shipping Address

Ship To: ██████████████ **(United States)**    Add New Address

📍 7215 Lake St, River Forest, Illinois, United States, 60305 .

📞 ██████████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: kang20208888



| | | | | | |
|---|---|---|---|---|---|
| Wholesale 2019 for KTM multif... | Color: Multi | 1 Piece | US $38.58 /Piece | US $38.58 | ePacket ▼ US $9.32 Delivery: Estimated between 8-30 (seller ships within 4 business days) |

**Add remark to seller**                                                      Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:    US $38.58
Shipping Cost:    US $9.32
**Order Total:**    US $47.90

## Choose Your Payment Method



○ Credit or Debit Card    VISA  DISCOVER  AMERICAN EXPRESS  mastercard

● Other Payment Method

« Back to Cart

Item Subtotal(1 items):    US $38.58
Shipping Cost:    US $9.32
**Grand Total:**    **US $47.90**

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

Case 1:20-cv-06771-CM Document 36 Filed 11/10/20 Page 148 of 167 PageID #:2816



Buyer Protection | Customer Service ⌄ | United States / USD ⌄ | English ⌄

kingjiestar ⌄
83.3% Positive Feedback

I'm shopping for...   On DHgate   In this Store

🛒 2

**Store Home**    Products    Time Limited Sale    TopSelling    Review    About Us

Home > All Categories > Fashion Accessories > Other Fashion Accessories > Product detail



Qianyun

🪙 Share to be partner      Compare with similar Items

Four seasons universal motorcycle off-road riding waterproof gloves for kawasaki suzuki honda yamaha KTM Ducati BMW Triumph

| USD ⌄ | **$19.55** | $17.60 | $15.63 | $13.90 |
|---|---|---|---|---|
| | 1 Piece+ | 10 Pieces+ | 20 Pieces+ | 50 Pieces+ |

Sale Detail:   **Buy it now, you will save extra $3 when you apply below promotions**

🎁 New User Save $3

Options:      More +

Quantity:   [ − 1 + ]   Piece    Maximum 1000 Piece(s)

Shipping:   **$11.96** to United States Via ePacket ⌄
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification ❓

**Buy it Now**    **Add to Cart**    ♡ Add to Favorite ⌄

Seller Guarantee:   🔄 Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment:   💳 VISA AMERICAN EXPRESS DISCOVER JCB MasterCard ...

## Customers Who Bought This Item Also Bought


2020 hot new Ray3447ban Sunglasses Vintage Pilot Band
US $8.53 - 14.38 / Piece


2020 new arrival famous designer French Paris style
US $37.04 - 47.79 / Piece
$2 OFF $55 +
Per $199 Save $15


Genuine leather retro wholesale00 men and women
US $8.96 - 14.33 / Piece


Latest Designer Hoodie Cotton Pullover for Men and Womens
US $22.84 - 29.95 / Piece
$5 OFF $99 +


111 best-selling Rimless Sunglasses For Womens Wood
US $8.96 - 13.96 / Piece


Top Universal Cell Holder with OPP b...
US $0.15 - 0.27 / P...

## More Choices


fashion belts business casual H belt wholesale high quality
US $11.06 - 20.42 / Piece


HOT Classic H casual business fashion belts wholesale mens
US $10.26 - 21.07 / Piece


TOP quality sunglass Men women Summer sunglasses
US $8.09 - 13.67 / Piece


2020 TOP1 fashion casual business belts wholesale high
US $10.57 - 21.54 / Piece


Top men glasses THE ACE design sunglasses square K
US $62.18 - 79.50 / Piece
$4 OFF $80 +


Best-selling glasse... rimless frame gol...
US $36.55 - 47.91...
$4 OFF $80 +

| Item Description | Report Item |
|---|---|

Features: Lightweight construction for long life. Special ergonomic design for maximum protection Silicone fingertip strap Direct injection rubber and graphics Lycra finger reinforcement material TRP shackle closed wrist Durable, soft, elastic, comfortable and breathable Suitable for off-road motorcycle racing, skiing, ice skating, fishing, hiking and other outdoor sports. specification: Back: 80% nylon 20% rubber patch Material: 100% polyester and nylon Type: Unisex Color: blac...

## Specifications

| | |
|---|---|
| Type: | Glove |
| Size: | , , , |
| Item Height: | Gloves |
| Material: | 100% polyester and nylon |
| Gender: | Unisex |
| Item Length: | Gloves |
| Feature: | Full Finger |
| Item Width: | Gloves |
| Special Features: | Full Finger |
| Item Weight: | Gloves |
| Item Code: | 558182361 |
| Category: | Other Fashion Accessories |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### Features:
Lightweight construction for long life.
Special ergonomic design for maximum protection
Silicone fingertip strap
Direct injection rubber and graphics
Lycra finger reinforcement material
TRP shackle closed wrist
Durable, soft, elastic, comfortable and breathable
Suitable for off-road motorcycle racing, skiing, ice skating, fishing, hiking and other outdoor sports.

### specification:
Back: 80% nylon 20% rubber patch

Material: 100% polyester and nylon
Type: Unisex
Color: black, red, green, orange, white
Size: M, L, XL, XXL

### Package Included:
1 motorcycle full finger glove



Case 1:20-cv-06677-Document 1-37 Filed 11/10/20 Page 150 of 167 PageID 2818





Case 1:20-cv-06673-Document 66 Filed 11/10/20 Page 151 of 167 PageID #2819









Case 1:20-cv-06677-Document 66 Filed 11/10/20 Page 153 of 167 PageID 282









Case 1:20-cv-06677-Document 36 Filed 11/10/20 Page 155 of 167 PageID 2823





Case 1:20-cv-06677-Document 1-6 Filed 11/10/20 Page 156 of 167 PageID 2824





Case 1:20-cv-06677-Document 86 Filed 11/10/20 Page 157 of 167 PageID 2825











# PRODUCT
## COLOUR





WHITE



RED





ORANGE



GREEN



BLACK







COMMODITY ATTRIBUTE



Product information

**MODEL:** RH-A010

**TYPE:** FULL-FINGERED GLOVES

**SIZE:** M.L.XL.XXL

**COLOUR:** 5 COLORS

**WEIGHT:** 130G

**SEASON:** FOUR SEASONS

**QTY:** 100PCS

**OUTER BOX：** 50*50*35 CM

Less Description ⌃

## Sponsored Products You May be Interested In More Choice



Top men glasses THE ACE design sunglasses square K

US $62.18 - 79.50 / Piece

$4 OFF $80 +



300W Solar led outdoor lighting solars garden lights Hanging

US $63.86 - 108.86 / Piece

$100 OFF $2,000 +



V Gold Max Hair Straightener Classic Professional styler Fast

US $15.08 - 30.00 / Piece



2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece



Mini LED Party Lights Square Color Changing LED ice cubes

US $40.96 - 77.63 / Lot

$100 OFF $2,000 +



Just Bulls Toronto Chicago Don Rapt

US $16.43 - 19.69

## Compare with similar Items





| | | | | | |
|---|---|---|---|---|---|
| Price | Four seasons universal motorcycle off-road riding waterproof gloves for kawasaki **Add to Cart** | Elegant Ford 100ML Lost Cherry Perfume 1VS1 Quality Oriental Floral Fragrance Acqua **Add to Cart** US $33.50 - 40.00 / Piece | LOUISE PHONE HOLDER M68382 **Add to Cart** US $47.72 - 56.29 / Piece | 40cm 16" Real Fox Fur Tail Plug Stainless Steel Adult Funny Sexual Anal Butt Cosplay Toy **Add to Cart** US $18.27 - 21.56 / Piece | Designer recom women's metal personalized cre **Add t** US $14.27 - 31.0 |
| Min. Order | US $13.26 - 19.55 / Piece | 1 Piece | 1 Piece | 1 Piece | 1 Piece |
| Customer Rating / Orders | | ☆☆☆☆☆ 0 | ★★★☆☆ 3.3  6 Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0  6 |
| Shipping Cost | 1 Piece | | | Free Shipping | US $17.73 |
| Shipping method | ☆☆☆☆☆ 0 | | | China Post Air Mail | FEDEX_IE |
| Estimated Delivery Time | | | | Oct. 24 and Jan. 5 | Oct. 17 and Dec |
| Seller Guarantee | | ⛉ Guaranteed Service | ⛉ Guaranteed Service | ⛉ Guaranteed Service | ⛉ Guaranteed ⅼ |
| Store | ⛉ Guaranteed Service | Shop by ls_jewelry53... 82.8% Positive Feedback | Shop by superplayer... 100% Positive Feedback | Shop by fashionalch... 100% Positive Feedback | Shop by lu2530 100% Positive Fe |
| | Shop by kingjiestar 83.3% Positive Feedback | | | | |

## Related Promotion

hat clasps • pink faux fur headband • bracelet for shoes • brooch for glasses • faux fox tails • girls neon • wedding ring clips • keys anklet • bridal stockings • sells phone lanyard

## Related Keywords

car races games • wax warmers • veiling fans • pen feathers • brown feathers • top hat blanks • halloween wedding hair • buying natural pearls • wool rope • fascinator styles

## You May Also Like



KTM Motorcycle gloves Luva Motoqueiro Guantes Moto

US $6.04 - 9.72 / Pair



KTM Hoodie Sweatshirt MotoGP Cycling Windbreaker

US $28.88 - 38.34 / Piece



Women men Fashion British Triumph Motorcycle Hoodies

US $29.45 - 38.33 / Piece



KTM team Cycling Short Sleeves jersey (bib) shorts sets Quick-

US $13.67 - 30.66 / Piece



Free Shipping Outdoor Sports full finger knight riding

US $6.08 - 8.20 / Pair



New motocross racing T-shirt for ktm men's short-sleeved T-

US $12.81 - 14.57 / Piece



KTM motorcycle T-shirt 2019 summer casual jacket factory

US $13.49 - 18.08 / Piece



best price New model ktm motorcycle off-road bags racing

US $20.11 - 26.86 / Piece



2019 KTM cycling jerseys Suit Men's style short sleeve cycling

US $23.39 - 32.80 / Piece



For KTM Racing Team Motorcycle Long Sleeve T-Shirt

US $12.67 - 39.20 / Piece





New ktm oxford motorcycle off-road jacket riding jackets racing

US $65.29 - 95.36 / Piece



New summer MOTO GP motorcycle off-road riding T-

US $12.66 - 17.01 / Piece



New Racing Riding Pack Bags Shoulder Bag Ktm Motocross

US $23.32 - 33.15 / Piece



Hot sale KTM Motorcycle gloves Moto racing gloves Men's

US $7.09 - 9.49 / Pair

Retro Pursuit Perforated Real Leather Motorcycle Gloves

US $15.13 - 17.21 / Piece



OGIO motorcycle Motocross KTM Hydration pack new style

US $19.80 - 23.21 / Piece



Jersey For KTM Motocross Long sleeve MX ATV BMX MTB Jersey

US $15.78 - 19.98 / Piece



2020 new motorcycle racing riding bag crossbody shoulder

US $18.82 - 23.26 / Piece



2020 new thor head outdoor riding gloves motorcycle bicycle

US $15.14 - 19.40 / Piece

Personalised Unisex Retro Printed Canvas Unbalanced

US $16.71 - 20.04 / Piece



Free shipping motorcycle Motocross KTM Hydration pack

US $19.10 - 23.87 / Piece



Best selling KTM MOTO downhill mountain bike men's

US $9.80 - 11.14 / Piece



Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike

US $12.07 - 15.43 / Pair



Men Motorcycle Bicycle Sliding Bag Femail Messager Shoulder

US $8.56 - 12.99 / Piece



Summer mesh breathable racing suit knight off-road

US $79.75 - 98.99 / Piece



2016 new racing bags model motorcycle bags KTM chest

US $17.75 - 20.80 / Piece



New model ktm motorcycle off-road racing riding off-road bags

US $15.13 - 18.58 / Piece



OGIO motorcycle riding backpack shoulder knight

US $53.69 - 64.32 / Piece



Peruvian Human Hair 3 Bundles 4 30# Ombre Virgin

US $42.15 - 146.68 / Lot



U1 Automatic Mechanical Watch Men Big Magnifier

US $6.60 - 50.43 / Piece



19 KTM speed down mountain bike riding suit jacket, men's

US $8.30 - 12.43 / Piece



For YAMAHA KTM Carbon Fiber Waterproof Backpack

US $35.70 - 65.15 / Piece



7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel

US $6.58 - 9.65 / Pair



Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle

US $29.80 - 36.32 / Piece



Free shipping 2015 new model motorcycle bags KTM chest

US $11.06 - 15.64 / Piece



Brand Designer Backpacks Oxford Parent-child Back Pack

US $16.24 - 28.74 / Piece



## New Arrival qianyun

     

| Qianyun Wall Key Organizer Wall Key Hanger Stainless Steel | Qianyun Wall Key Organizer Wall Key Hanger Stainless Steel | Original New Qianyun Qian69 Hifi In Ear Earphone High | Qianyun Wall Key Organizer Wall Key Hanger Stainless Steel | Qianyun Wall Key Organizer Wall Key Hanger Stainless Steel | Qianyun Wall Key Hanger S |
|---|---|---|---|---|---|
| US $24.73 - 29.47 / Lot | US $24.73 - 29.47 / Lot | US $38.03 - 53.99 / Piece | US $24.73 - 29.47 / Lot | US $24.73 - 29.47 / Lot | US $24.73 - 29.47 |

### About Store kingjiestar

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping!

### Wholesale Other Fashion Accessories

- Wholesale clips for glasses
- Wholesale races cars
- Wholesale red claws
- Wholesale jordan retro
- Wholesale cuffed earrings

### Related Categories

| Men's Clothing | Fashion Bags | Athletic & Outdoor Ap... | Women's Clothing | Home Textiles |
|---|---|---|---|---|
| See Top 100 in Best Seller > | Shoulder Bags | Soccer Wear | Women's Tracksuits | Blankets |
| Men's Hoodies & Sweatshi... | Totes | Football Wear | Women's Hoodies & Sweat... | Other Home Textile |
| Men's Tees & Polos | Cross Body | Basketball Wear | Women's Blouses & Shirts | Towel |
| Men's Tracksuits | Clutch Bags | Fans Tops&Tees | Women's Sweaters | Carpets |
| Men's Pants | | | | |

Bookmark & Share             

 Help improve your experience on DHgate.com, Please tell us what you think about this page.



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License



 LOCAL WAREHOUSE   Estimated arrival in 3+ days   shop now ▸

DHgate.com

I'm shopping for...

Hi, **Sign in**
My DHgate

 2

| ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

## Seller Information

**Kingjiestar**
78   Transactions
83.3%   Positive Review ?
China
04:19 PM Wed Oct 7 Now
Member since Jun 2020

Recommend seller to friends

### Review Score:7

|  | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ➕ Positive | 9 | 9 | 9 | 9 |
| 🟡 Neutral | 0 | 0 | 0 | 0 |
| ➖ Negative | 2 | 2 | 2 | 2 |

### Service Detail Score (Mainly Industry : --)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | --/-- | -- | -- |
| Communication | --/-- | -- | -- |
| Delivery time | --/-- | -- | -- |
| Shipping charges | --/-- | -- | -- |

| **Reviews Received** | Reviews Sent |
|---|---|

Reviews: [ Negative ⌄ ]     Dates: [ All ⌄ ]

 2020 Brand New Polarized Sunglasses Korean Design Men Trendy GM Sunglasses Women
Item code: 560771276

⭐☆☆☆☆   By:star****ing 🇺🇸 👑 VIP1   09 23,2020

**Product reviews:**
This is a complete garbage, unwearable, bad quality, doesn't even look alike with the pictures in description. Box and package will include in the shipment. Please fine someone else to buy and also avoid this seller as well.

helpful ( **0** )    unhelpful ( 0 )

Luxury White Mix Black Buffalo Horn Sunglasses for Men Womens Sunglasses Brand Designer Carter
Item code: 561802595

⭐☆☆☆☆   By:More ****Paid 🇺🇸 👑 VIP1   09 18,2020

**Product reviews:**
I didn't get my order never came

helpful ( **0** )    unhelpful ( 0 )

‹   1   ›      Go to page: [ 1 ] GO

Bookmark & Share   f   g   t   VK   k   del.icio.us   S   in   reddit   g+

Help improve your experience on DHgate.com, Please tell us what you think of this page.



Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products
Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية







DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

Kingjiestar

Add To Favorite Stores ( 8 )

83.3% Positive Feedback 78 Transactions

Online Chat Message Seller

Share

KTM In this store On DHgate

Sunglasses Outlet , Jewelry Outlet , Watches Outlet

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Gloves (1)

## Popular Search

Sunglasses Outlet Jewelry Outlet Watches Outlet wood sunglasses buffalo horn glasses buffalo glasses brand designer sunglasses brand sunglasses rimless sunglasses

**1** matching products found for KTM

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

Four seasons universal motorcycle off- road riding waterproof...

Ships out within 4 business days

**US $13.26 - 19.55** / Piece

Free Shipping

Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | 2 Cart

Share

**Kingjiestar** Add To Favorite Stores ( 8 )

**83.3%** Positive Feedback **78** Transactions

Online Chat Message Seller

In this store | On DHgate

Sunglasses Outlet , Jewelry Outlet , Watches Outlet

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping!

### Basic Information

| | |
|---|---|
| Company Name: | Pu Tian Eight Five Trading Co., Ltd |
| Business Type: | Product Development; Production and Processing |
| Location: | China |
| Year Established: | Jun 2020 |
| Main Product(s)/Service: | Creative Products;Fast shipping;High Quality;Honest Quick Respond;Smart Products |

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

# DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| Review Your Orders | Payment | Success |
|---|---|---|

## Review Your Shipping Address



Ship To:                                    Add New Address

██████████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ██████████

Edit

## Review & Confirm Your Order



| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

**Seller: kingjiestar**

Four seasons un
iversal motorc...

Options: Red-L

Quantity: 1 Piece

US $19.55 /Piece

US $19.55

ePacket

**US $11.96**

Delivery: Estimated between 8-30 (seller ships within 4 business days)

**Add remark to seller**

Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal: US $19.55
Shipping Cost: US $11.96
Order Total: US $31.51

## Choose Your Payment Method



○ Credit or Debit Card    VISA  DISCOVER  mastercard

⦿ Other Payment Method

« Back to Cart

Item Subtotal(1 items): US $19.55
Shipping Cost: US $11.96
**Grand Total: US $31.51**

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.