

 kristina0523 ⌄
100% Positive Feedback

I'm shopping for...          🔍 On DHgate | In this Store          👤    🛒 ²

Store Home    Products    Time Limited Sale    TopSelling    Review    About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > Product detail



Compare with similar Items

 Motorcycle gloves retro Moto racing gloves Men's Motocross full finger gloves M/L/XL/XXL

⭐⭐⭐⭐½    7 Reviews  |  32 Transactions

| USD ⌄ | **$11.64** | $11.12 | $10.63 | $10.16 | ‹ |
|---|---|---|---|---|---|
| | 1 Piece+ | 5 Pieces+ | 10 Pieces+ | 15 Pieces+ | › |

Sale Detail:  **Buy it now, you will save extra $3 when you apply below promotions**

🎁 New User Save $3

Color :          Choose an Option ⌄

Size :           Choose an Option ⌄

Options :          

Quantity :       − 1 + | Piece    Maximum 10000 Piece(s)

Shipping :       **Free Shipping** to United States Via ePacket ⌄
                 Estimated delivery time: Oct. 27 and Nov. 18, ships out within 7 business days
                 Logistics Delay Notification ⓘ

        **Buy it Now**          **Add to Cart**          ♡ Add to Favorite ⌄

Seller Guarantee :  💲 Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment :   💳 MasterCard  VISA  DISCOVER  ...

## Customers Who Bought This Item Also Bought

                    

| Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike | Retro Pursuit Perforated Real Leather Motorcycle Gloves | KTM Motorcycle gloves Luva Motoqueiro Guantes Moto | Best selling KTM MOTO downhill mountain bike men's | F-5-Colors Gloves Moter Glove Moto Racing Motocycl Gloves | Hot sale KTM Motorcycle gloves Moto racing gloves Men's |
|---|---|---|---|---|---|
| US $12.07 - 15.43 / Pair | US $15.13 - 17.21 / Piece | US $6.04 - 9.72 / Pair | US $9.80 - 11.14 / Piece | US $4.83 - 10.97 / Piece | US $7.09 - 9.49 / Pair |

## More Choices

                    

| Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14 | Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07 | Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001 | Hot sale Donald Trump 2020 Baseball Cap Patchwork | Body +Tank For HONDA CBR1000 RR CBR 1000 RR 08 09 | 10pcs 24 SMD 5050 Car Interior LED Panel Light with T10 BA9s |
|---|---|---|---|---|---|
| US $454.28 - 588.55 / Set | US $323.22 - 418.75 / Set | US $323.22 - 418.75 / Set | US $2.38 - 3.28 / Piece | US $323.22 - 418.75 / Set | US $17.76 - 22.43 / Lot |
| $5 OFF $100 + | $5 OFF $100 + | $5 OFF $100 + | | $5 OFF $100 + | |

10/7/2020    KTM Motorcycle Gloves Retro Kawasaki Moto Racing Gloves Men's Motocross Full Finger Gloves M L XL XXL Online 15.70 Piece Dhgate.Com

Case 1:20-cv-06677-Document 1 Filed 11/10/20 Page 2 of 170 PageID #: 2837

Item Description    Customer Reviews (7)    Transaction History (32)    Report Item

Features: Material: Polyester and nylon (If you need the real picture with LOGO , please contact us ) Weight :0.25KG Color:Orange (Please tell me which color do you need,or we will send you randomly ) Suit For : Motorcycle Riding Street Racing Package Include: 1 * Pair Motorcycle Gloves

## Specifications

| | |
|---|---|
| Feature: | Windproof Full Finger Wearable |
| Gender: | Men |
| Material: | Polyester & Nylon Nylon |
| Item Type: | Gloves |
| Weight: | 0.2KG |
| Item Code: | 389547232 |
| Category: | Motorcycle Gloves |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### KTM Motorcycle gloves retro kawasaki Moto racing gloves Men's Motocross full finger gloves M/L/XL/XXL

**Features:**

**Material: Polyester and nylon (If you need the real picture with LOGO , please contact us )**

**Weight :0.25KG**

**Color:Orange (Please tell me which color do you need,or we will send you randomly )**

**Suit For :**

**Motorcycle Riding**

**Street Racing**

**Package Include:**

**1 * Pair Motorcycle Gloves**











Case 1:20-cv-06677-Document #: 1 Filed: 11/10/20 Page 5 of 170 PageID #:2840





Case 1:20-cv-06677 Document 1 Filed 11/10/20 Page 6 of 170 PageID #: 2841











## Why choose SQDeal?

SQDeal is the global online retailer with an affordable item for every hobby and lifestyle. Home improvement, electronics, toys, sports, gifts supplies: available worldwide at unbeatable prices. For convenient shopping and everyday savings, make SQDeal as a part of your daily life!

 Varies choices. Global sources with most competitive products.

 Localize warehouses at United State, China etc...

 Hassle-free quality check.

Fast Delivery. Easy tracking(www.17track.net/en).

 Convenient & Friendly Customer Service



## SHIPPING

• WORLDWIDE SHIPPING. (Except some countries)
• Orders processed within 1-2 business days after the payment verification.
• We only ship to confirmed order addresses. Your order address MUST MATCH your Shipping address
• SERVICE TRANSIT TIME is provided by the carrier and excludes weekends and holidays. Transit times may vary, particularly during the holiday season.
• If you have not received your shipment within 20 days from payment, please contact us. We will track the shipment and get back to you as soon as possible with a reply. Our goal is customer satisfaction!



## RETURN&REFUND

• You have 7 days to contact us and 30 days to return it from the date it was received. If this item is in your possession more than 7 days, it is considered used and WE WILL NOT ISSUE YOU A REFUND OR REPLACEMENT. Shipping cost is bear by both seller and buyer in half.
• All returned items MUST BE in the original packaging and you MUST PROVIDE us with the shipping tracking number, specific reason for the return, and your po#.
• We will refund YOUR FULL WINNING BID AMOUNT, upon receipt of the item in its original condition and packaging with all components and accessories included, AFTER BOTH Buyer and Seller cancel the transaction from aliexpress. OR, you may choose to have a replacement



## FEEDBACK

If, for any reason you are not satisfied with your purchase, please contact us before leaving neutral or negative feedback. We will work with you to until you are satisfied.



### Please give us the best feedback, we'll be grateful.

| Rate this transaction: | ⭐⭐⭐⭐⭐ | 5stars |
| Item is as described: | ⭐⭐⭐⭐⭐ | 5stars |
| The communication: | ⭐⭐⭐⭐⭐ | 5stars |
| The delivery speed: | ⭐⭐⭐⭐⭐ | 5stars |

Contact us before leaving any negative feedback, we will try our best to solve your problems.

[ Less Description ⌃ ]

## 7 Customer Reviews

⭐⭐⭐⭐⭒ 4.4 out of 5 stars ⌄

Reviews ›



| ty***1n 🇺🇸 | ty***1n 🇺🇸 | Jeff****zke 🇺🇸 | danie****ruth 🇩🇪 | vips****r88 |
| ⭐⭐⭐⭐⭐ September 19, 2019 | ⭐⭐⭐⭐⭐ September 19, 2019 | ⭐⭐⭐⭐⭐ September 01, 2020 | ⭐⭐⭐⭐⭐ May 11, 2017 | ⭐⭐⭐⭐⭐ |
| Options: green  Size: L  Color : Gr... | Options: green  Size: XL  Color : ... | Options: orange  Size: M  Color : ... | Options: green  Size: L  Color : Gr... | Options: orang |

as for now the quality seems great will be getting a lot cheaper than the dealer I am well pleased

extremely satisfied nice Quality looks like it came from the dealer

My son loves them and really likes them too

nice gloves 😊 thx for your great Support

awesome prod

## Sponsored Products You May be Interested In More Choice


3.1A Dual USB Car Charger with 2 Cigarette Lighter Sockets
US $4.82 - 9.33 / Piece
$4 OFF $120 +
$40 Save $2


300W Solar led outdoor lighting solars garden lights Hanging
US $63.86 - 108.86 / Piece
$100 OFF $2,000 +


V Gold Max Hair Straightener Classic Professional styler Fast
US $15.08 - 30.00 / Piece


2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece


Mini LED Party Lights Square Color Changing LED ice cubes
US $40.96 - 77.63 / Lot
$100 OFF $2,000 +


Just Bulls Toronto Basketball Chicago Don Raptors
US $16.43 - 19.69 / Piece

## Compare with similar Items

| |  |  |  |  |  |
|---|---|---|---|---|---|
| | KTM Motorcycle gloves retro Moto racing gloves Men's Motocross full finger gloves M L | Mig C2 Dain Racing Short Gloves for Motorcycle Bike Gloves Racing Riding | 2019 Leisure long-distance motorcycle Dain Mig C2 Racing Short Gloves Motorcycle Off- | Mechanix Wear - M-Pact Covert Tactical Gloves | MB Star C5 SD Connect C5 wit V06 2020 Soft-ware in 320GB HDD used Laptop D630 Auto |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $8.94 - 11.64 / Piece | US $35.50 - 40.37 / Pair | US $19.91 - 27.77 / Pair | US $17.30 - 19.66 / Piece | US $220.11 - 620.84 / Piece |
| Min. Order | 1 Piece | 1 Pair | 1 Pair | 1 Piece | 1 Piece |
| Customer Rating / Orders | 4.4 37 Orders | 0 | 0 | 0 1 Order | 0 |
| Shipping Cost | Free Shipping | US $33.77 | Free Shipping | Free Shipping | Free Shipping |
| Shipping method | China Post Air Mail | DHL | China Post Air Mail | China Post Air Mail | FEDEX |
| Estimated Delivery Time | Oct. 29 and Jan. 10 | Nov. 21 and Jan. 13 | Oct. 24 and Jan. 5 | Oct. 22 and Jan. 3 | Oct. 16 and Dec. 8 |
| Seller Guarantee | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service |
| Store | Shop by kristina0523 100% Positive Feedback | Shop by hoya_autom... 100% Positive Feedback | Shop by motorcycle... 100% Positive Feedback | Shop by elena2012168 95.6% Positive Feedback | Shop by diagauto 96.3% Positive Feedback |

## Related Promotion

motorcycles gloves | warm motorcycle gloves | leather gloves rs taichi | cold proof gloves | taichi racing gloves | gp pro motorcycles gloves | glove bmx | gloves gp pro | pro racing gloves motorcycle riding | motorcycle gloves l

## Related Keywords

super moto | motorbike gears | glove moto | motorcycle gloves | riding gloves motorcycle | motorcycle gloves l | motorcycle half finger gloves | short motorcycle gloves | furygan motorcycle gloves | full fingered motorcycle gloves

## You May Also Like


KTM team Cycling Short Sleeves jersey (bib) shorts sets Quick-

US $13.67 - 30.66 / Piece


KTM Motorcycle gloves Luva Motoqueiro Guantes Moto

US $6.04 - 9.72 / Pair


KTM Motorcycle Goggle Motocross Glasses MOTO ATV

US $8.74 - 13.36 / Piece

MOTO GP Bike Clothing Cycling Series Jersey Long Sleeve Top

US $14.08 - 19.32 / Piece


Infant Kanye v2 v3 Glow Azael kids Running shoes Alvah boy&

US $4.02 - 43.82 / Pair


Free Shipping Outdoor Sports full finger knight riding

US $6.08 - 8.20 / Pair


Peruvian Human Hair 3 Bundles 4 30# Ombre Virgin

US $42.15 - 146.68 / Lot


Jersey For KTM Motocross Long sleeve MX ATV BMX MTB Jersey

US $15.78 - 19.98 / Piece


19 KTM speed down mountain bike riding suit jacket, men's

US $8.30 - 12.43 / Piece


New motocross racing T-shirt for ktm men's short-sleeved T-

US $12.81 - 14.57 / Piece


New summer MOTO GP motorcycle off-road riding T-

US $12.66 - 17.01 / Piece


2019 KTM cycling jerseys Suit Men's style short sleeve cycling

US $23.39 - 32.80 / Piece


Motorcycle wholesale sweatshirt XC motorcycle GP

US $15.83 - 17.99 / Piece


Outto Men's Windproof Thermal Cycling Jacket Autumn

US $24.40 - 30.35 / Piece


Best selling KTM MOTO downhill mountain bike men's

US $9.80 - 11.14 / Piece


KTM Hoodie Sweatshirt MotoGP Cycling Windbreaker

US $28.88 - 38.34 / Piece


2020 New F1 Racing Car Work Clothes Kart AMG Team Short

US $16.72 - 20.86 / Piece


7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel

US $6.58 - 9.65 / Pair


la vuelta Quintana red breathable spain cycling jerseys

US $19.29 - 23.12 / Piece


Wheel Spoke Wraps Skins Coat Trim Cover Pipe Motorcycle

US $3.04 - 6.17 / Set


Retro Pursuit Perforated Real Leather Motorcycle Gloves

US $15.13 - 17.21 / Piece


T12 TWS Bluetooth Earphone Mini Twins Bluetooth Sport

US $12.42 - 21.41 / Piece


Men Breathable Cycling Jersey ALE Team Summer Mtb Bike

US $15.07 - 21.13 / Piece


For KTM Racing Team Motorcycle Long Sleeve T-Shirt

US $12.67 - 39.20 / Piece


Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike

US $12.07 - 15.43 / Piece


2019 New Moto GP Letters KTM Racing Baseball Caps

US $5.74 - 7.60 / Piece


Explosive summer quick-drying trousers jacket, motorcycle

US $14.80 - 19.00 / Piece


DELICATE FOX 180 Motocross Jersey Pants 2020 Navy Red

US $49.75 - 69.95 / Set


New model ktm motorcycle off-road bags racing off-road bags

US $15.13 - 18.58 / Piece


Hot sale KTM Motorcycle gloves Moto racing gloves Men's

US $7.09 - 9.49 / Pair



    

Free shipping motorcycle Motocross KTM Hydration pack
US $19.10 - 23.87 / Piece

2019 bicycle gloves hpit FOX ATV MTB BMX Off Road
US $16.59 - 21.32 / Piece

OGIO motorcycle riding backpack shoulder knight
US $53.69 - 64.32 / Piece

Summer mesh breathable racing suit knight off-road
US $79.75 - 98.99 / Piece

ktm summer new MOTO GP motorcycle off-road riding T-
US $12.78 - 17.13 / Piece



2018 new Moto jerseys Rockstar Jersey Breathable
US $16.50 - 18.77 / Piece

## New Arrival ktm motorcycle gloves

      

New KTM motorcycle carbon fiber gloves for motorcycle fans
US $28.10 - 37.39 / Piece

Spring and Autumn KTM Gloves Carbon Fiber SUV Motorcycle
US $30.54 - 34.72 / Piece
$2 OFF $60 +

Four seasons universal motorcycle off-road riding
US $9.28 - 13.69 / Piece
$3 OFF $99 +

veodh KTM hat team Kema racing outdoor sports men's
US $8.05 - 9.15 / Piece

Wholesale KTM Motorcycle gloves Downhill mountain bike
US $11.50 - 14.86 / Pair

2018 KTM Bike Cycling Gloves Full Finger Gel Padded Outdoor
US $15.07 - 21.13 / Piece

## About Store kristina0523

High quality China OEM new motorcycle helmet ,motorcross goggles ,keychain,jacket ,pants ... We supply high quality item and competitive price,excellent service.Welcome to our shop!

We need the protection of black biker gloves from strong and cold wind in winter, and the black leather riding gloves can also block the strong sunlight from our hands. The high quality brown leather riding gloves provided in our shop are of high popularity all year around. There are buy biker gloves made of nylon and cotton and other comfortable fibers, no matter which kind of buy motorcycle clothing is your cup of tea, you can always find the one in our shop, so do not miss this chance and check out the new buy motorcycle gear here.

## Wholesale Motorcycle Gloves

- Wholesale gloves for motorcycles
- Wholesale motorcycle gloves
- Wholesale motorcycles gloves
- Wholesale motorcycle gloves
- Wholesale gloves for moto

## Related Categories

| Motorcycle Accessories | Motorcycle Parts | Indoor Lighting | Home Décor | Office & School Supplies |
|---|---|---|---|---|
| See Top 100 in Best Seller > | Motorcycle Fairings | Ceiling Lights | Wall Stickers | Paper Products |
| Motorcycle Helmets | Handlebars | Chandeliers | Wallpapers | Pencil Cases & Bags |
| Other Motorcycle Accesso... | Other Motorcycle Parts | Pendant Lamps | Vases | Other Office & School Sup... |
| Motorcycle Apparel | Motorcycle Brakes | Table Lamps | Candle Holders | Filing Products |
| Motorcycle Stickers | | | | |

Bookmark & Share          



Buyer Protection | Customer Service ⌄ | United States / USD ⌄ | English ⌄

**DHgate**

 kristina0523 ⌄
100% Positive Feedback

I'm shopping for... | On DHgate | In this Store

🛒 2

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > Product detail



Compare with similar Items

### KTM Motorcycle gloves retro Moto racing gloves Men's Motocross full finger gloves M/L/XL/XXL

★★★★☆   7 Reviews  |  32 Transactions



| USD ⌄ | **$11.64** | $11.12 | $10.63 | $10.16 |
| | 1 Piece+ | 5 Pieces+ | 10 Pieces+ | 15 Pieces+ |

**Sale Detail:** Buy it now, you will save extra $3 when you apply below promotions

🎁 New User Save $3

Color : Choose an Option ⌄

Size : Choose an Option ⌄

Options : 🧤 🧤

Quantity : − 1 + Piece   Maximum 10000 Piece(s)

Shipping : **Free Shipping** to United States Via ePacket ⌄
Estimated delivery time: Oct. 27 and Nov. 18, ships out within 7 business days
Logistics Delay Notification ⌀

| Buy it Now | Add to Cart | ♡ Add to Favorite ⌄ |

Seller Guarantee : 💲 Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment :       

---

### Customers Who Bought This Item Also Bought


Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike
US $12.07 - 15.43 / Pair


Retro Pursuit Perforated Real Leather Motorcycle Gloves
US $15.13 - 17.21 / Piece


KTM Motorcycle gloves Luva Motoqueiro Guantes Moto
US $6.04 - 9.72 / Piece


Best selling KTM MOTO downhill mountain bike men's
US $9.80 - 11.14 / Piece


F-5-Colors Gloves Moter Glove Moto Racing Motocycl Gloves
US $4.83 - 10.97 / Piece


Hot sale KTM Motorcycle gloves Moto racing gloves Men's
US $7.09 - 9.49 / Pair

### More Choices


Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14
US $454.28 - 588.55 / Set
5% OFF $100 +


Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07
US $323.22 - 418.75 / Set
5% OFF $100 +


Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001
US $323.22 - 418.75 / Set
5% OFF $100 +


Hot sale Donald Trump 2020 Baseball Cap Patchwork
US $2.38 - 3.28 / Piece


Body +Tank For HONDA CBR1000 RR CBR 1000 RR 08 09
US $323.22 - 418.75 / Set
5% OFF $100 +


10pcs 24 SMD 5050 Car Interior LED Panel Light with T10 BA9s
US $17.76 - 22.43 / Lot



| Item Description | Customer Reviews (7) | **Transaction History (32)** | | Report Item |
| --- | --- | --- | --- | --- |

## 32 Transactions

| Purchaser Experience | Quantity Breakdown | Buyers from 16 countries bought this Item |
| --- | --- | --- |
| 85.71% bought for 1st time | 93.75% bought for 1 Piece | 🇺🇸 75.0% bought from US |
| 7.14% bought for 17th times | 3.13% bought for 2 Pieces | 🇩🇪 9.38% bought from DE |
| 7.14% bought many times | 3.13% bought many Pieces | 🇨🇦 6.25% bought from CA |

| Buyer | Product Info | Quantity | Order Date |
| --- | --- | --- | --- |
| Vip******** 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-07-24 |
| Tra********** 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 5 Pieces | 2020-07-15 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-06-28 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-06-19 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-06-15 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-06-11 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-06-06 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-06-04 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-30 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-29 |
| Jef******** 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-28 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-26 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-23 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-22 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-20 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-19 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-19 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-18 |
| Rhc******* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-12 |
| Ver*********** 🇮🇹 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-05-03 |

| Rhc******* 🇩🇪 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2020-04-30 |
| Dcs******* 🇨🇦 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2019-11-30 |
| Tyr**** 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2019-08-28 |
| Tyr**** 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2019-08-26 |
| 156********* 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 2 Pieces | 2019-07-08 |
| Dan*********** 🇺🇸 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2019-03-20 |
| Sav************************** 🇫🇷 | KTM Motorcycle gloves retro Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2019-02-24 |
| Sah************ 🇺🇸 | KTM Motorcycle gloves retro kawasaki Moto racing gloves Men&#039;s Motocross full finger gloves M/L/XL/XXL | 1 Piece | 2018-12-05 |

Above is the most recent transactions

## Sponsored Products You May be Interested In More Choice   我也要出现在这里


3.1A Dual USB Car Charger with 2 Cigarette Lighter Sockets
US $4.82 - 9.33 / Piece
$4 OFF $120 +
$40 Save $2


300W Solar led outdoor lighting solars garden lights Hanging
US $63.86 - 108.86 / Piece
100 OFF $2,000 +


V Gold Max Hair Straightener Classic Professional styler Fast
US $15.08 - 30.00 / Piece


2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.94 - 3780.00 / Piece
$100 OFF $2,000 +


Mini LED Party Lights Square Color Changing LED ice cubes
US $40.96 - 77.63 / Lot


Just Bulls Toronto Basketball Chicago Don Raptors
US $16.43 - 19.69 / Piece

## Compare with similar Items



| | | | | | |
|---|---|---|---|---|---|
| | KTM Motorcycle gloves retro Moto racing gloves Men's Motocross full finger gloves M L <br> **Add to Cart** | Mig C2 Dain Racing Short Gloves for Motorcycle Bike Gloves Racing Riding <br> **Add to Cart** | 2019 Leisure long-distance motorcycle Dain Mig C2 Racing Short Gloves Motorcycle Off- <br> **Add to Cart** | Mechanix Wear - M-Pact Covert Tactical Gloves <br> **Add to Cart** | MB Star C5 SD Connect C5 wit V06 2020 Soft-ware in 320GB HDD used Laptop D630 Auto <br> **Add to Cart** |
| Price | US $8.94 - 11.64 / Piece | US $35.50 - 40.37 / Pair | US $19.91 - 27.77 / Pair | US $17.30 - 19.66 / Piece | US $220.11 - 620.84 / Piece |
| Min. Order | 1 Piece | 1 Pair | 1 Pair | 1 Piece | 1 Piece |
| Customer Rating / Orders | ★★★★★ 4.4   37 Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0   1 Order | ☆☆☆☆☆ 0 |
| Shipping Cost | Free Shipping | US $33.77 | Free Shipping | Free Shipping | Free Shipping |
| Shipping method | China Post Air Mail | DHL | China Post Air Mail | China Post Air Mail | FEDEX |
| Estimated Delivery Time | Oct. 29 and Jan. 10 | Nov. 21 and Jan. 13 | Oct. 24 and Jan. 5 | Oct. 22 and Jan. 3 | Oct. 16 and Dec. 8 |
| Seller Guarantee | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service |
| Store | Shop by kristina0523 <br> 100% Positive Feedback | Shop by hoya_autom... <br> 100% Positive Feedback | Shop by motorcycle... <br> 100% Positive Feedback | Shop by elena2012168 <br> 95.6% Positive Feedback | Shop by diagauto <br> 96.3% Positive Feedback |



 LOCAL WAREHOUSE  Estimated arrival in 3+ days   shop now ▶

Customer Service ▾ | Drop shipping | Save more | 🇺🇸 United States / USD ▾ | 🌐 English ▾

  DHgate.com      I'm shopping for...  🔍     👤 Hi, **Sign in** My DHgate ▾   ♡   🕐   🛒 2

| ALL CATEGORIES ▾ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

## Seller Information

**Kristina0523**
902  Transactions
**100%**  Positive Review  ❓
Guangdong, China (Mainland)
03:58 PM Wed Oct 7 Now
Member since May 2012

Recommend seller to friends

### Review Score:695

|  | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| 🟢 Positive | 18 | 79 | 138 | 731 |
| 🟡 Neutral | 1 | 1 | 3 | 23 |
| 🔴 Negative | 1 | 1 | 1 | 13 |

### Service Detail Score (Mainly Industry : Automobiles & Motorcycles)

| Service Detail | Service Score ❓ | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 5.0 / 5.0 | ⬆ Above Average | 767 |
| Communication | 5.0 / 5.0 | ⬆ Above Average | 767 |
| Delivery time | 5.0 / 5.0 | ⬆ Above Average | 767 |
| Shipping charges | 5.0 / 5.0 | ⬆ Above Average | 767 |

**Reviews Received** | Reviews Sent

Reviews: [Negative ▾]                                     Dates: [All ▾]

 **Genuine Leather Motorcycle Rider Vest Punk Retro Classical Badges Motorcycle Jacket Men Biker Club** Item code: 473013224
★★☆☆☆ By:george1****ael1988 🇰🇷  09 07,2020
Product reviews:
I didn't got what i choose so sad i think i need to reorder this time i will send the seller the exact pic of what i want cuz I'm not happy
helpful ( 0 )   unhelpful ( 0 )

 **2019 Carbon fiber Motorcycle Backpack Waterproof Hard shell Tour Luggage Bag Multifunction Computer** Item code: 463665191
★★☆☆☆ By:lc.lu****banas 🇪🇸 09 13,2019
Product reviews:
As described... but you can find it 20% cheaper on amazon.
helpful ( 0 )   unhelpful ( 0 )

 **2017 new men's fashion leisure sports golf motorcycle POLO cotton T-shirt for yamaha M1 Valentino** Item code: 400776078
★☆☆☆☆ By:dieguidos 🇩🇪 07 12,2019
Product reviews:
Nicht bekommen!Fäuml;hle mich Betrogen!!Schlechteste Bewertung!!Werde jeden davon abhalten dort Zukaufen
helpful ( 0 )   unhelpful ( 0 )

 **2017 new men's fashion leisure sports golf motorcycle POLO cotton T-shirt for yamaha M1 Valentino** Item code: 400776078
★★☆☆☆ By:bans****025 🇪🇸 05 05,2019
Product reviews:
Unsatisfied
helpful ( 0 )   unhelpful ( 0 )

 **2017 new men's fashion leisure sports golf motorcycle POLO cotton T-shirt for yamaha M1 Valentino** Item code: 400776078
★☆☆☆☆ By:15266****3236 🇫🇷 12 23,2018
Product reviews:
J'ai commandé du XXL et le polo taille un petit L, c'est mon fils de 14 ans qui le met....
helpful ( 0 )   unhelpful ( 0 )

**2017 new men's fashion leisure sports golf motorcycle POLO cotton T-shirt for yamaha M1 Valentino** Item code: 400776078
★☆☆☆☆ By:Lance****azzon 🇫🇷 11 23,2018
Product reviews:
très déçu j'ai commandé un XL que j'ai reçu mais il taille comme un S. il est écrit akrapovio au lieu de akrapovic et VZR au lieu de YZR voir photo 3
helpful ( 0 )   unhelpful ( 0 )

**2017 new men's fashion leisure sports golf motorcycle POLO cotton** Item code:
★☆☆☆☆ By:Micha****ecker 🇩🇪 10 25,2018
Product reviews:



Item code: 400776078

Very unsatisfied

helpful ( **0** )   unhelpful ( 0 )

---



**2017 new men's fashion leisure sports golf motorcycle POLO cotton T-shirt for yamaha M1 Valentino**
Item code: 400776078

 By:joey****vair  10 03,2018

**Product reviews:**
Very unsatisfied

helpful ( **0** )   unhelpful ( 0 )

---



**Children's clothing sports bike motorcycle riding fashion Kid's T-shirt for YAMAHA Valentino Rossi VR46 T**
Item code: 400776952

 By:Pot***ko  07 20,2018

**Product reviews:**
Very bad seller

helpful ( **0** )   unhelpful ( 0 )

---



**2016 New Summer Motorcycle VR46 T Shirt MOTOGP The Doctor Valentino Rossi T-shirts VR 46 T**
Item code: 386850856

By:Luc***Wan 06 13,2018

**Product reviews:**
Selling something doesn't match what has advertised. It is false advertising and has no intention to remedy the issue after the sale.

helpful ( **0** )   unhelpful ( 0 )

---

< 1 2 >

Go to page: [ 1 ]  GO

---

Bookmark & Share             

Help improve your experience on DHgate.com, Please tell us what you think about this page.

            
mastercard  VISA  AMERICAN EXPRESS  DISCOVER  UnionPay  Maestro  iDEAL  Sofort  BANK TRANSFER  Verified Secured  PCI Security Standards Council  square trade

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products
Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License









DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | 0 Cart

MJ MOTO Helmet,Gloves,Jacket,Goggles

**Kristina0523** Add To Favorite Stores ( 89 )

**100%** Positive Feedback **902** Transactions

Online Chat Message Seller

Share

KTM | In this store | On DHgate

helmet/keychain/pant , gloves/hoddies/cap , mask/trousers

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Motorcycle gloves (1)
- Motorcycle bags (1)

## Popular Search

helmet/keychain/pant
gloves/hoddies/cap
mask/trousers

**2** matching products found for KTM

Sort by: Bestselling | Price | Best Match | Price: $ - $ Go | Page 1/1

KTM Motorcycle gloves retro Moto racing gloves Men' s Mo...
Ships out within 7 business days
Item Sold (**37**) (7)
**US $8.94 - 11.64** / Piece
Free Shipping
Add to Cart

Moto Traveling Motorcycle Backpack Shoulder Cycling Bag For ...
Ships out within 7 business days
Item Sold (**3**) (2)
**US $13.58 - 18.18** / Piece
Free Shipping
Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally
Join Free | Sign in | My DHgate | Help | English | Cart

MJ MOTO
Helmet,Gloves,Jacket,Goggles

Kristina0523 Add To Favorite Stores ( 89 )

**100%** Positive Feedback **902** Transactions

Online Chat Message Seller

Share

In this store On DHgate

helmet/keychain/pant , gloves/hoddies/cap , mask/trousers

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

MJ MOTO
Helmet,Gloves,Jacket,Goggles

High quality China OEM new motorcycle helmet ,motorcross goggles ,keychain,jacket ,pants ... We supply high quality item and competitive price,excellent service.Welcome to visit our shop!

### Basic Information

Company Name: MJ MOTO LIMITED
Business Type: Supplier
Location: Guangdong, China (Mainland)
Year Established: May 2012
Main Product(s)/Service: free shipping;high quality;ATV helmet;VR46;goggles;The Doctor;Kawasaki;Rockstar

### Contact Us

Online Chat Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com
Buy Globally · Sell Globally

🛡 Buyer Protection  ✓ VeriSign

| **Review Your Orders** | Payment | Success |

## Review Your Shipping Address

Ship To:                                    Add New Address

███████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106
.

📞 ███████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: kristina0523



KTM Motorcycle gloves retro M...

Options: orange
Color : Orange
Size: M

1 Piece

US $11.64 /Piece

US $11.64

ePacket ▾
**Free Shipping**
Delivery: Estimated between 8-30 (seller ships within 7 business days)

**Add remark to seller**                          Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:      US $11.64
Shipping Cost:       US $0.00
Order Total:        **US $11.64**

## Choose Your Payment Method

○ Credit or Debit Card      VISA  DISCOVER  mastercard

⦿ Other Payment Method

« Back to Cart

Item Subtotal(1 items):      US $11.64
Shipping Cost:               US $0.00
**Grand Total:**             **US $11.64**



**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**



Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

  

Buyer Protection | Customer Service ⌄ | United States / USD ⌄ | English ⌄

 kristina0523 ⌄
100% Positive Feedback

I'm shopping for…   On DHgate   In this Store     

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Bags > **Product detail**










Compare with similar items

### Moto Traveling Motorcycle Backpack Shoulder Cycling Bag For Chest Off-road Multifunctional Outdoor Sport Crossbody bag For KTM Komine YAMAHA

★★★★☆   2 Reviews   |   3 Transactions

| USD ⌄ | **$18.18** | $17.27 | $16.35 | $14.90 | ‹ |
|---|---|---|---|---|---|
| | 1 Piece+ | 2 Pieces+ | 20 Pieces+ | 21 Pieces+ | › |

Sale Detail:   **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Options:   

Quantity:   − 1 +   Piece   Maximum 10000 Piece(s)

Shipping:   **Free Shipping** to United States Via ePacket ⌄
Estimated delivery time: Oct. 27 and Nov. 18, ships out within 7 business days
Logistics Delay Notification ⓘ

| Buy it Now | Add to Cart | ♡ Add to Favorite ⌄ |
|---|---|---|

Seller Guarantee:   💲 Return Policy   ✓ On-time Delivery in 30 Days

Secure Payment:       

## Customers Who Bought This Item Also Bought


Free shipping motorcycle Motocross KTM Hydration pack
US $19.10 - 23.87 / Piece


Formula 1 Renault Renault F1 Team 2020 short sleeve French
US $17.81 - 21.38 / Piece


F1 Renault Renault 2019 Ricardo Rider T-shirt short
US $11.76 - 17.06 / Piece


Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece


Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $13.81 - 18.34 / Piece


WEC Aston Martin Short Sleeve Polo
US $16.58 - 20.38

## More Choices


Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14
US $454.28 - 588.55 / Set
$5 OFF $100 +


Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07
US $323.22 - 418.75 / Set
$5 OFF $100 +


Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001
US $323.22 - 418.75 / Set
$5 OFF $100 +


Hot sale Donald Trump 2020 Baseball Cap Patchwork
US $2.38 - 3.28 / Piece


Body +Tank For HONDA CBR1000 RR CBR 1000 RR 08 09
US $323.22 - 418.75 / Set
$5 OFF $100 +


10pcs 24 SMD 505 LED Panel Light w
US $17.76 - 22.43



Buyer Protection | Customer Service ⌄ | Drop shipping | 🌐 United States / USD ⌄ | 🌐 English ⌄

DH**gate**

laray ⌄
100% Positive Feedback

I'm shopping for...    🔍 On DHgate | In This Store    👤    🛒 ²

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Parts > Motorcycle Brakes > Product detail






### Aluminum Short Brake Clutch Levers for KTM DUKE 125/200/DUKE 390

⭐⭐☆☆☆    1 Review    2 Transactions

| USD ⌄ | **$29.72** | $27.09 | $26.14 |
|---|---|---|---|
| | 1 Lot | 12 Lots | 39 Lots |

2 Pieces / Lot    $14.86/ Piece

**Sale Detail:**   Buy it now, you will save extra $3 when you apply below promotions

🎁 New User Save $3

Quantity:   − 1 +   Lot   998 In Stock ( Stock in: 🇨🇳 CN )

Shipping:   **$5.14** to United States Via Singapore post ⌄
Estimated delivery time: Nov. 2 and Nov. 23, ships out within 4 business days
Logistics Delay Notification ❓

Total cost:   **$34.86** ⓘ   Get coupon and you will save extra $3

[ **Buy it Now** ]   [ **Add to Cart** ]   [ Instant samples ]   ♡ Add to Favorite ⌄

Seller Guarantee:   🏷 Return Policy    ✓ On-time Delivery in 35 Days

Secure Payment:   💳 MasterCard  VISA  DISCOVER ...

Share to Earn US $0.53        Compare with similar Items

---

## Customers Who Bought This Item Also Bought



‹

Motorcycle 25mm Brake Clutch Master Cylinder Lever Fit on

US $16.62 - 18.90 / Piece

Brake Clutch Lever for MV Agusta Brutale 675 2012-2020

US $54.21 - 61.64 / Piece
$2 OFF $39 +
Per $100 Save $2

Brake Clutch Lever Adjustable Motorcycle Hand Grip

US $49.70 - 56.52 / Set
$2 OFF $39 +
Per $100 Save $2

Free shipping motorcycle Motocross KTM Hydration pack

US $19.10 - 23.87 / Piece

TKOSM Akrapovic Exhaust Motorcycle Exhaust Muffler DB

US $26.44 - 53.02 / Piece
$50 Save $2

New motocross racing T-shirt for ktm men's short-sleeved T-

US $12.81 - 14.57 / Piece

›

## More Choices

‹

Original Xiaomi youpin Bcase Tita Temporary Stop Sign Car

US $8.85 - 10.54 / Piece
$3 OFF $100 +

Original Xiaomi Youpin COOWOO Car Phone Holder

US $9.21 - 10.47 / Piece
$3 OFF $100 +

Body+Tank for YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05

US $346.54 - 448.96 / Set
$5 OFF $100 +

Xiaomi Youpin Cleanfly FVQ Portable Car Hand Helded

US $70.36 - 83.84 / Piece
$3 OFF $100 +

10pcs 24 SMD 5050 Car Interior LED Panel Light with T10 BA9s

US $17.76 - 22.43 / Lot

Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001

US $323.22 - 418.75 / Set
$5 OFF $100 +

›

---

Item Description | Customer Reviews (1) | Transaction History (2)    Report Item

Fitment:KTM 125 Duke 200 Duke 390 Quantity:1 pair

## Specifications

|  |  |
|---|---|
| Type: | Brake Clutch Levers |
| Make*: | KTM |
| Model*: | 200 |
| Model Year*: | 2014 |
| Item Code: | 410908665 |
| Category: | Motorcycle Brakes |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

Fitment:KTM 125 Duke 200 Duke 390

Quantity:1 pair

Machined from CNC Billet T6063 Aluminum

6 Positions Lever Adjustment, stainless steel fasteners

Perfect fitment without any modification

Easy installation,prefessional installation recommended

Photos for illustration purpose only, the shape of mounting part will be varied by different bike models and manufacturing year



10/13/2020

## 1 Customer Reviews ›

★★☆☆☆ 2 out of 5 stars ›

Reviews ›

vischi 🇨🇦
★★☆☆☆ July 08, 2019
Good quality product but not the KTM Orange color. I do not recommand this product.

## Sponsored Products You May be Interested In More Choice


TPU Car Key Cover Case Holder Wallets Skin Set for BMW e30
US $4.60 - 9.65 / Piece
$4 OFF $120 +
$40 Save $2


300W Solar led outdoor lighting solars garden lights Hanging
US $63.86 - 108.86 / Piece
$20 OFF $330 +


2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece


V Gold Max Hair Straightener Classic Professional styler Fast
US $15.08 - 30.00 / Piece


3 in 1 Women Hot Sweat Slim Thigh Trimmer Leg Shapers
US $13.51 - 16.29 / Set
$500 Save $20


Just Bulls Toronto Basketball Chicago Don Raptors
US $16.43 - 19.69 / Piece

## Compare with similar Items

| | Aluminum Short Brake Clutch Levers for KTM DUKE 125 200 DUKE 390 | Car modification 25"x 5" Universal Car Kit Rear Bumper Cover Trim Shark Fin Spoiler Lip | Pair Motorcycle 22mm CNC Handlebar Hand Grips Rubber Gel Handgrips for YZF R3 2020 | Car laser starry sky lights car starry usb atmosphere lights car starry sky ceiling decoration | IRONRIDE 2020 Motorcycle Jacket Men Jaqueta Motociclist Waterproof Riding Racing Mot |
|---|---|---|---|---|---|
| |  |  |  |  |  |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $13.07 - 14.86 / Piece | US $19.10 - 34.29 / Piece | US $20.36 - 23.15 / Pair | US $0.93 - 19.14 / Piece | US $95.77 - 231.12 / Piece |
| | | | $2 OFF $39 + | | $2 OFF $39 + |
| | | | Per $100 Save $2 | | Per $100 Save $2 |
| Min. Order | 2 Pieces | 1 Piece | 1 Piece | 1 Piece | 1 Piece |
| Customer Rating / Orders | ★★☆☆☆ 2.0  2 Orders | ★★★★★ 5.0  12 Orders | ☆☆☆☆☆ 0 | ★★★★☆ 4.6  29 Orders | ★★★★★ 5.0  3 Orders |



| | | | | | |
|---|---|---|---|---|---|
| Shipping Cost | Free Shipping | Free Shipping | | US $24.43 | |
| Shipping method | Singapore post | China Post Air Mail | | DHL | |
| Estimated Delivery Time | Oct. 29 and Jan. 7 | Oct. 29 and Jan. 10 | | Oct. 24 and Dec. 16 | |
| Seller Guarantee | ✅Guaranteed Service | ✅Guaranteed Service | ✅Guaranteed Service | ✅Guaranteed Service | ✅Guaranteed Service |
| Store | Shop by laray<br>100% Positive Feedback | Shop by geryoun<br>97.1% Positive Feedback | Shop by motorcars<br>97.1% Positive Feedback | Shop by auto_access...<br>98.7% Positive Feedback | Shop by pantine02<br>95.2% Positive Feedback |

## Related Promotion

motorcycle clutch levers    yamaha r1 brakes    brake clutch levers for yamaha    honda rear sets    cnc aprilia    cnc tax    motorcycle rear disc brake    engine for suzuki

honda motorcycles 1989    clutch parts

## Related Keywords

quads sale    f 18    e r    brake lever for yamaha    ktm brake lever    motorcycle clutch brake lever kawasaki    motorbike brake clutch levers    brake lever master cylinder

aprilia clutch brake levers    shift brake levers

## You May Also Like


New Racing Riding Pack Bags Shoulder Bag Ktm Motocross
US $23.32 - 33.15 / Piece


Ostrich Black Headless 4 String Electric Guitar Bass Tremolo
US $45.23 - 53.90 / Piece


PCI-E PCI Express 3.0 X4 to NVME M.2 M KEY NGFF SSD
US $8.55 - 10.86 / Piece


Flexible Wire 2M 20 LED Bicycle Bike Cycling Rim Fairy Lamp
US $3.12 - 3.23 / Piece


2019 new fashion sandals fur stiletto heel nubuck leather
US $68.75 - 81.92 / Piece


Best selling KTM MOTO downhill mountain bike men's
US $9.80 - 11.14 / Piece


Medium size Marble Fake Nails Square Dark Pink Ladies Acrylic
US $3.35 - 3.99 / Piece


Luxury Jewelry Rhinestone Queen Crown Tiaras Princess
US $17.47 - 21.54 / Piece


Cartoon DIY Silicone Ice Cream Mold Popsicle Molds Popsicle
US $1.57 - 2.47 / Piece


Free shipping motorcycle Motocross KTM Hydration pack
US $19.10 - 23.87 / Piece


5pcs lot 4000mAh EB-BG892ABA Replacement
US $29.15 - 36.58 / Lot


Orange CNC Folding Extending Brake Clutch Levers For KTM
US $23.78 - 37.09 / Pair


51 mm Akrapovic Stainless Steel Universal Motorcycle
US $42.22 - 58.29 / Piece


New Arrival 1 Meter Vintage Style Short Wedding Veils
US $21.90 - 26.09 / Piece


Baby Girl Sleeveless Dresses Children Green Clothes
US $10.56 - 18.00 / Piece


2020 new arrival black Full Face Motorcycle Helmet off road
US $87.44 - 99.43 / Piece


Wholesale Western Cutlery Kitchen Fruit Fork Flatware
US $10.92 - 14.61 / Set



Universal 7 8" 22mm Front Brake Clutch Master Cylinder
US $22.99 - 31.27 / Piece


Para KTM DUKE 390 DUKE RC390 125 2016 2017 2018 RC
US $111.79 - 127.12 / Piece

Fishing Spinning Reel 1000-7000 Reels 13BB Ball Bearing
US $17.59 - 31.02 / Piece


LED Integrated Tail Light Brake Turn Signal For KTM 125 200
US $23.06 - 33.99 / Piece


Stylish 1 6 BJD Fashion Doll Dress Form Wedding Dress
US $16.96 - 25.91 / Piece


New motocross racing T-shirt for ktm men's short-sleeved T-
US $12.81 - 14.57 / Piece


500cc 600cc r11 carbon motorcycle exhaust pipe
US $130.89 - 148.84 / Piece


Newest 6 in 1 Microneedle Derma Roller Set Skin Care Face
US $8.58 - 13.23 / Piece


Motorcycle Clutch Brake Levers CNC Adjustable For 85SX 2013-
US $42.36 - 48.17 / Piece


New Dog Toys Chews Bone Ropes Pet Dog Toys Woven
US $5.39 - 6.12 / Piece


7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel
US $6.58 - 9.65 / Pair


The new KTM speed drop suit cross country pants
US $59.42 - 69.99 / Piece

3 Gifts Graffiti Cartoon Racing Off-road Motorcycle Helmet
US $57.72 - 65.63 / Piece


Tool Free 3.5 Inch USB 3.0 to SATA III External Hard Drive
US $22.46 - 26.76 / Piece


Fashion Open Back Casual Tops Long Sleeve Deep V Neck T
US $9.05 - 14.14 / Piece


2018 New listing fashion Set auger bow tie Set bow ties for
US $2.92 - 5.06 / Piece


Motorcycle wholesale sweatshirt XC motorcycle GP
US $15.83 - 17.99 / Piece

Home> Security & Surveillance> CCTV Products> CCTV Camera>
US $57.31 - 70.86 / Piece


Wholesale 50pcs Cute Sea Turtles Mood Rings Color
US $23.32 - 34.40 / Lot

More ⌄

## New Arrival brake clutch levers


For YZF R1 2004 2005 2006 2007-2014 Motorcycle
US $56.52 - 64.27 / Pair
$2 OFF $39 +
Per $100 Save $2

Logo XJR For XJR 1300 XJR1300 Racer 2004-2020 Motorcycle
US $53.92 - 61.31 / Pair
$2 OFF $39 +
Per $100 Save $2


Front Rear Brake Lever Right Left Hand Side Handle for
US $7.54 - 9.72 / Set
Per $100 Save $2


Heavy Duty Leather Hand Grips Clutch Brake Lever Cover Wraps
US $14.82 - 16.85 / Pair
$2 OFF $39 +
Per $100 Save $2


Laser Engraved Logo Green&Titanium Motorcycle
US $42.57 - 48.40 / Pair
$2 OFF $39 +
Per $100 Save $2


CNC brake lever clutch For KYMCO DownTown 350 300i
US $18.89 - 54.51 / Pair
$2 OFF $39 +
Per $100 Save $2

## About Store laray

We are professional LED car light manufacturer, our products including headlight, fog light for Jeep Wrangler, off road 4x4 use motorcycle off road truck SUV boat.

### Wholesale Motorcycle Brakes

- Wholesale supra shoes
- Wholesale r s
- Wholesale ktm
- Wholesale f 35
- Wholesale e s r

More ⌄



LOCAL WAREHOUSE    Estimated arrival in 3+ days    shop now ▸



Buyer Protection | Customer Service ▾ | Drop shipping | Save more | ⦿ United States / USD ▾ | English ▾

DHgate.com

I'm shopping for...    🔍

Hi, Sign in
My DHgate

Home > Seller Review Profile

### Seller Information

Row
56  Transactions
100%  Positive Review  ?
Guangdong, China (Mainland)
08:52 AM Tue Oct 20 Now
Member since May 2015

Recommend seller to friends

### Review Score:41



| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ⊕ Positive | 1 | 7 | 9 | 43 |
| ⊙ Neutral | 0 | 1 | 1 | 4 |
| ⊖ Negative | 0 | 0 | 0 | 2 |

### Service Detail Score (Mainly Industry : Automobiles & Motorcycles)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.9/ 5.0 | ▭ About Average | 49 |
| Communication | 4.9/ 5.0 | ▭ About Average | 49 |
| Delivery time | 4.9/ 5.0 | ▲ Above Average | 49 |
| Shipping charges | 5.0 / 5.0 | ▲ Above Average | 49 |



**Reviews Received** | Reviews Sent

Reviews:  Negative ▾                                                     Dates:  All ▾



Aluminum Short Brake Clutch Levers
for KTM DUKE 125/200/DUKE 390
Item code: 410908665

★★☆☆☆  By:vischi  🇨🇭  [V7]  07 08,2019
**Product reviews:**
Good quality product but not the KTM Orange color. I do not recommand this product.
helpful ( 0 )    unhelpful ( 0 )

2Pcs 60cm Flexible Stickers Lights
Car Styling Strip Angel Eye COB
DRL Decorative External Light
Item code: 403487575

★★☆☆☆  By: sa *** c  🇫🇷  [V2]  06 01,2018
**Product reviews:**
I asked for 45 cm I get 30cm disappointed
helpful ( 0 )    unhelpful ( 0 )

‹   1   ›                                         Go to page:  1   GO

Bookmark & Share   f  G  t  VK  k  ⌂  🔖  in  ⓡ  G+

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products
Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic
Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License









DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | 2 Cart

Laray

Add To Favorite Stores ( 1 )

100% Positive Feedback 56 Transactions

Online Chat Message Seller

Share 0

Share

KTM | In this store | On DHgate

LED car light , led headlight for je , LED fog light

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Automobiles & Moto... (2)

## Popular Search

LED car light led headlight for je
LED fog light

2 matching products found for KTM

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

Aluminum Short Brake Clutch Levers for KTM DUKE 125 200 DUKE...

Ships out within 4 business days

Item Sold (2) (1)

US $13.07 - 14.86 / Piece

Free Shipping

Add to Cart

Universal CNC Aluminum Motorcycle Handlebar Rear View Mirror...

Ships out within 4 business days

US $44.53 - 50.63 / Pair

Free Shipping

Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | Cart

Laray

Add To Favorite Stores ( 1 )

100% Positive Feedback 56 Transactions

Online Chat Message Seller

Share

In this store On DHgate

LED car light , led headlight for je , LED fog light

Store Home Products Time Limited Sale TopSelling Review About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

We are professional LED car light manufacturer, our products including headlight, fog light for Jeep Wrangler, off road 4x4 use motorcycle off road truck SUV boat.

### Basic Information

| | |
|---|---|
| Company Name: | |
| Business Type: | |
| Location: | Guangdong, China (Mainland) |
| Year Established: | May 2015 |
| Main Product(s)/Service: | LED car light;led headlight for jeep;LED fog light |

### Contact Us

Online Chat Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

| Review Your Orders | Payment | Success |
|---|---|---|

## Review Your Shipping Address

Ship To:           Add New Address

████████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ████████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: laray



Aluminum Short Brake Clutch …

Quantity: 1 Lot

US $29.72 /Lot

US $29.72

Singapore post

US $5.14

Delivery: Estimated between 14-35 (seller ships within 4 business days)

**Add remark to seller**

Please add remark:(e.g. color, size…), Do not enter <>&

Use 3rd Party Coupon

Item Subtotal:     US $29.72
Shipping Cost:     US $5.14
**Order Total:**     **US $34.86**

## Choose Your Payment Method

○ Credit or Debit Card    VISA DISCOVER 🔵 mastercard

◉ Other Payment Method

« Back to Cart

Item Subtotal(1 items):     US $29.72
Shipping Cost:     US $5.14
**Grand Total:**     **US $34.86**



**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.





Buyer Protection | Customer Service ⌄ | 🚚 Drop shipping ⌄ | 🇺🇸 United States / USD ⌄ | ⊕ English ⌄

# DHgate

laray ⌄
100% Positive Feedback

☰ | I'm shopping for... | 🔍 On DHgate | In this Store | 👤 | 🛒 2

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Parts > Motorcycle Mirrors > **Product detail**





Universal CNC Aluminum Motorcycle Handlebar Rear View Mirrors Blue Anti-glare Convex Mirror for Honda Yamaha Suzuki ktm

| USD ⌄ | **$50.63** | $46.15 | $44.53 |
|---|---|---|---|
| | 1 Pair+ | 7 Pairs+ | 23 Pairs+ |

App Only $30.73 - $34.93 ⌄

Sale Detail: **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Options: Choose an Option ⌄

Quantity: − 1 + Pair 400 in Stock ( Stock in: 🇨🇳 CN )

Shipping: **Free Shipping** to United States Via ePacket ⌄
Estimated delivery time: Oct. 27 and Nov. 18, ships out within 4 business days
Logistics Delay Notification ⓘ

**Buy it Now** | **Add to Cart** | ♡ Add to Favorite ⌄

Seller Guarantee: 🛡 Return Policy | ✓ On-time Delivery in 30 Days

Secure Payment: 💳 VISA DISCOVER ...

Compare with similar Items

## Customers Who Bought This Item Also Bought

‹


Motorcycle Rear Side Mirror For Harley Road King Touring XL
US $7.94 - 15.54 / Pair


Universal Motorcycle LED Turn Signal Mirrors turn light Mirror
US $15.08 - 25.72 / Piece
$5 OFF $100+


For Motorcycle rearview mirror One pair Left Right Wing
US $14.07 - 18.28 / Pair


Areyoushop Motorcycle Handle Bar End Rearview Side
US $19.09 - 22.79 / Piece


TKOSM Akrapovic Exhaust Motorcycle Exhaust Muffler DB
US $26.44 - 53.02 / Piece
$50 Save $2


Wheel Spoke Wraps Skins Coat Trim Cover Pipe Motorcycle
US $3.04 - 6.17 / Set

## More Choices

‹


Original Xiaomi youpin Bcase Tita Temporary Stop Sign Car
US $8.85 - 10.54 / Piece
$3 OFF $100+


Original Xiaomi Youpin COOWOO Car Phone Holder
US $9.21 - 10.47 / Piece
$3 OFF $100+


Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05
US $346.54 - 448.96 / Set
$5 OFF $100+


Xiaomi Youpin Cleanfly FVQ Portable Car Hand Helded
US $70.36 - 83.84 / Piece
$3 OFF $100+


10pcs 24 SMD 5050 Car Interior LED Panel Light with T10 BA9s
US $17.76 - 22.43 / Lot


Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001
US $323.22 - 418.75 / Set
$5 OFF $100+

---

**Item Description**  Report Item

Product Info Condition: 100% Brand New Material: Aluminum Housing, CNC Aluminum Rod Mirror Color: Blue Screw Size: 10mm 8mm 6mm Tips: Each package is exported after being quality tested, but for metal products, the slight scratch on the surface is normal and it is inevitable, it does not affect the normal use, please know! Fitment Universal motorcycles, cruisers, sport bikes, street bikes some motorcycle requires unique mounting bracket, please double confirm before ordering Package 1* Pai

Buyer Protection | Customer Service ∨ | 🌐 Drop shipping | 🇺🇸 United States / USD ∨ | 🌐 English ∨



DH gate

letiteasy ∨
🏆 97.8% Positive Feedback

I'm shopping for... | 🔍 On DHgate | In this Store

👤 | 🛒 0

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Parts > Handlebars > **Product detail**



22mm 7/8 Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt Bike Motocross Motorcycle Enduro MX Offroad

| USD ∨ | **$6.5** | $5.92 | $5.64 | $5.44 |
| | 18 Pieces+ | 51 Pieces+ | 55 Pieces+ | 184 Pieces+ |

**Sale Detail:** **Buy it now, you will save save $8 when you apply below promotions**

🎁 New User Save $8

Options: grey ∨

Quantity: − 18 + Pieces  Maximum 9999 Piece(s)

Shipping: **Free Shipping** to United States Via DHL ∨
Estimated delivery time: Oct. 24 and Oct. 27, ships out within 4 business days
Logistics Delay Notification ?

Total cost: **$117** ⓘ Get coupon and you will save extra $8

Compare with similar Items

| Buy it Now | Add to Cart | ♡ Add to Favorite ∨ |

Seller Guarantee: 💲 Return Policy  ⏱ On-time Delivery in 6 Days

Secure Payment: [payment icons]

## Customers Who Bought This Item Also Bought

     

1-1 8 28MM Motorcycle Handlebars Fat Bars Grips Bar
US $66.00 - 75.04 / Set
$2 OFF $39 +
Per $100 Save $2

Renthal 250mm Handlebar Round Cushion Crossbar Foam
US $2.72 - 3.66 / Piece

DOMINO Universal 22mm Handle Bar 7 8" Motorcycle
US $2.52 - 3.55 / Pair

Motorcycle Fairing kit for Yamaha YZF R6 98 99 00 01 02
US $352.17 - 365.00 / Set

Motorcycle Lamp P15d Ba20d Single Claw Three Side, Double
US $3.54 - 5.87 / Piece

Xmax 250 300 exhaust Akrapovic motorcycle Xmax 250
US $50.41 - 216.00 / Piece

## More Choices

     

New Car Safety Hammer Emergency Escape Tool with
US $4.05 - 12.83 / Piece
$4 OFF $120 +
$40 Save $2

High Power 5000lum Zoomable Headlight Headlamp CREE LED
US $9.45 - 13.72 / Piece
$5 OFF $100 +

2020 New Car Pendant Metal Cross Jesus Christian Religious
US $4.62 - 8.16 / Piece
$4 OFF $120 +
$40 Save $2

Baseus Gravity Car Holder Dashboard Sucker Car Phone
US $7.18 - 12.83 / Piece
$4 OFF $120 +
$40 Save $2

Mini Car Safety Hammer Life Saving Escape Emergency High
US $5.64 - 7.71 / Piece
$4 OFF $120 +
$40 Save $2

Car Ornaments Crystal Diamond Cross Jesus Christian
US $1.39 - 3.42 / Piece
$4 OFF $120 +
$40 Save $2

| Item Description | | Report Item |

100% Brand New Motorcycles Soft Rubber 22mm 7/8&quot; Hand Grips. Product Details: -- Condition: 100% Brand New -- Material: Rubber -- Color: As Picture Shown -- Inside Diameter Grip: 22mm (7/8&quot;) -- Position: Left,Right Package Included: 1 Pair x Hand Grips NOTE: Please compare our products with your motorcycle or previous parts you have seriously in SIZE, MODEL and other aspects before purchase. Fitment:

Universal Motorcycle Vehicle with 7/8&quot; hand grips

### Specifications

| | |
|---:|:---|
| Type: | Handlebars |
| Item Code: | 542472232 |
| Category: | Handlebars |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description



**Need help finding a particular product?**

**We work with hundreds of factories and can help you find exactly what you need.**

We support mixed orders. Please list your **particular** requests, such as color, size, value of declaration, etc. If not  we will random delivery.

1) Can we do our logo both on the item and package box?

Yes, you can. But you will need to pay for the cost of it.

2) Can we get your free samples?

Yes, you can. Our Samples are only free for the customers who confirm order. But the freight for express is on buyer's account.

3) Can you mix different designs?

Yes, we can mix many designs, pls contact with us.

**4) Do you Support small wholesale or mixed batch?**
Yes, we Support small wholesale, support mixed batch.

5) Can you put low value for customs?

Yes, Please do tell us the declared value showed to your local customs when placing the order, better over 30% of the total order amount, it might generate tax sometimes but it is much better than very high fine/penalty(over 5 times of the real value) when judged as "low declared value/improper value" by your local customs. Hope you can understand!

**BEST QUALITY AND BEST PRICE**

Plz contact us if you need any others, thank you!

Sponsored Products You May be Interested In More Choice   I want to be here too



New Car Safety Hammer Emergency Escape Tool with
US $4.05 - 12.83 / Piece
$4 OFF $120 +
$40 Save $2



2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece



Led Lights Polychrome Flash Party Lights LED Glowing Ice
US $0.42 - 0.56 / Piece
$2 OFF $30 +



USA Stock RGB Lights LED Lamp Base for 3D Illusion Lamp
US $28.68 - 45.65 / Lot
$20 OFF $330 +



Best Quality for iphone 8 8plus X XR XS XS MAX Back Glass
US $9.16 - 29.76 / Piece
$2 OFF $30 +



Factory Wholesale - for iphone battery 5S 6G 6P 6S 7G 7P X
US $3.58 - 8.50 / Piece

Compare with similar Items



| | 22mm 7 8 Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX KTM RMZ Pit Dirt | For Benelli TNT 125 135 TNT125 TNT135 Handle Bar Ends Grips 7 8" 22mm Universal | Pair Motorcycle 22mm CNC Handlebar Hand Grips Rubber Gel Handgrips for YZF R3 2020 | PRO ROCKSTAR Dirt bike 22mm 28mm handlebar pads protector Motorcycle Rider | Renthal 250mm Handlebar Round Cushion Crossbar Foam Bar Chest Pad for CRF50 XR50 |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $3.71 - 6.50 / Piece | US $27.25 - 30.98 / Piece | US $20.06 - 22.81 / Pair | US $7.04 - 9.72 / Piece | US $2.72 - 3.66 / Piece |
| | | $2 OFF $39 + | $2 OFF $39 + | | |
| | | Per $100 Save $2 | Per $100 Save $2 | | |
| My. Order | 18 Pieces | 1 Piece | 1 Pair | 1 Piece | 1 Piece |
| Customer Rating / Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0   1 Order | ★★★★★ 5.0   30 Orders |
| Shipping Cost | Free Shipping | | | US $17.90 | US $42.02 |
| Shipping method | DHL | | | FEDEX_IP | UPS |
| Estimated Delivery Time | Oct. 23 and Dec. 15 | | | Oct. 22 and Dec. 13 | Oct. 21 and Dec. 13 |
| Seller Guarantee | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service |
| Store | Shop by letiteasy 97.8% Positive Feedback | Shop by baixiangguo 96.8% Positive Feedback | Shop by motorcars 97.1% Positive Feedback | Shop by junyuantrade 100% Positive Feedback | Shop by junyuantrade 100% Positive Feedback |

 

LOCAL WAREHOUSE Estimated arrival in 3+ days  shop now ▸

Customer Service ⌄ | Drop shipping | Save more | ⦿ United States / USD ⌄ | 🌐 English ⌄



I'm shopping for... 🔍

Hi, Sign in
My DHgate

♡  🕐  🛒 0

| ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

## Seller Information

**Letiteasy**
93　Transactions
97.8%　Positive Review　?
Guangdong, China (Mainland)
05:47 PM Thu Oct 15 Now
Member since Jul 2019

Recommend seller to friends

### Review Score:64

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ⊕ Positive | 9 | 38 | 64 | 65 |
| ◕ Neutral | 0 | 0 | 1 | 1 |
| ⊖ Negative | 0 | 0 | 1 | 1 |

### Service Detail Score (Mainly Industry : --)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | --/-- | -- | -- |
| Communication | --/-- | -- | -- |
| Delivery time | --/-- | -- | -- |
| Shipping charges | --/-- | -- | -- |

| **Reviews Received** | Reviews Sent |
|---|---|

Reviews: Negative ⌄                                                  Dates: All ⌄



4 Colors Car Windshield Ice Scraper
Tool Cone Shaped Outdoor Round
Funnel Car Remove Cleaning Snow
Item code: 497117248

★☆☆☆☆　By: Az *** an 🇺🇸 　V4　12 03,2019

**Product reviews:**
did not do DHP shipment. took long time to get the shipment. though seller says will ship through DHL when he sells. it's a lie

helpful ( 0 )　　unhelpful ( 0 )

‹  1  ›                                          Go to page: 1  GO

Bookmark & Share  f  g  t  VK  k  d  in  r  g+

✅ Help improve your experience on DHgate.com, Please tell us what you think about this page.

           

| China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products |
| Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic |

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License









DHgate.com Buy Globally · Sell Globally
Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory
Share

**Letiteasy**

Add To Favorite Stores ( 11 )

97.8% Positive Feedback 93 Transactions

Online Chat Message Seller
Share 0

ktm In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > ktm

## Store Categories

- Automobiles & Moto... (4)

4 matching products found for ktm

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

22mm 7 8 Gel Rubber Handlebar Grips For CRF YZF WRF KXF KLX ...
Ships out within 4 business days
US $3.71 - 6.50 / Piece
Free Shipping
Add to Cart

KTM 6 inch Washing Cleaning Polishing Waxing Clean Sponge Bu...
Ships out within 4 business days
US $1.63 - 2.61 / Piece
Free Shipping
Add to Cart

Universal Motorcycle Ignition Switch Key For Honda for Yamah...
Ships out within 4 business days
US $1.40 - 2.48 / Piece
Free Shipping
Add to Cart

12V CRF450 Polisport Motorcycle bike rear fender taillight o...
Ships out within 4 business days
US $5.34 - 6.68 / Piece
Free Shipping
Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service
| Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

Letiteasy

Add To Favorite Stores ( 11 )

97.8% Positive Feedback 93 Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

## Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

## Basic Information

Company Name:

Business Type:

Location: Guangdong, China (Mainland)

Year Established: Jul 2019

Main Product(s)/Service:

## Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

Buyer Protection

| Review Your Orders | Payment | Success |
|---|---|---|

## Review Your Shipping Address



Ship To:        Change Shipping Address

▉▉▉▉ **(United States)**

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ▉▉▉▉▉

Edit

## Review & Confirm Your Order



| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: letiteasy

22mm 7/8 Gel Rubber Handle...    Options: grey    18 Pieces    US $6.50 /Piece    US $117.00    DHL

**Free Shipping**
Delivery: Estimated between 3-6 (seller ships within 4 business days)

**Add remark to seller**      Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:    US $117.00
Shipping Cost:    US $0.00
**Order Total:**    **US $117.00**

## Choose Your Payment Method



○ Credit or Debit Card    VISA DISCOVER mastercard

◉ Other Payment Method

« Back to Cart

Item Subtotal(1 items):    US $117.00
Shipping Cost:    US $0.00
**Grand Total:**    **US $117.00**

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dispute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

Case 1:20-cv-06677 Document #: 1 Filed: 11/10/20 Page 38 of 37 PageID #:2373



Buyer Protection | Customer Service ⌄ | 🚚 Drop shipping | United States / USD ⌄ | English ⌄

**DHgate**

letiteasy ⌄
🏅 97.8% Positive Feedback

I'm shopping for...  | 🔍 On DHgate | In this Store

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Car Care & Cleaning > Car Sponge > Product detail



Compare with similar Items

### KTM 6 inch Washing Cleaning Polishing Waxing Clean Sponge Buffer Pad For Car Auto Polisher Wax Free Shipping

| USD ⌄ | $2.62 | $2.28 | $2.17 | $2.10 |
|---|---|---|---|---|
| | 64 Pieces+ | 133 Pieces+ | 201 Pieces+ | 479 Pieces+ |

Sale Detail: **Buy it now, you will save extra $8 when you apply below promotions**
🎁 New User Save $8

Quantity: [ − ] 64 [ + ] Pieces   9999 in Stock ( Stock in: 🇨🇳 CN )

Shipping: **Free Shipping** to United States Via DHL ⌄
Estimated delivery time: Oct. 24 and Oct. 27, ships out within 4 business days
Logistics Delay Notification ⓘ

Total cost: **$167.68** ⓘ Get coupon and you will save extra $8

**Buy it now** | **Add to Cart** | ♡ Add to Favorite ⌄

Seller Guarantee: 🛡 Return Policy   ⏱ On-time Delivery in 6 Days

Secure Payment: 💳 VISA DISCOVER ...

---

### Customers Who Bought This Item Also Bought



| 9pcs set Vehicle Cleaning Kit To Wash Car Exterior & Interior | PP Durable Felt Wrapping Scraper Squeegee Tool for Car | Hot Housekeeping Magic Window Windshield Car Ice | Tire Cleaner Spray Brightener Foam Cleaning Polishing Wax | 2020 new 120W Wired Handheld Auto Car Vacuum | Car Cleaning Handheld Wireless Vacuum Powerful |
|---|---|---|---|---|---|
| US $28.12 - 44.55 / Piece | US $0.51 - 0.53 / Piece | US $1.21 - 2.05 / Piece | US $1.70 - 3.59 / Piece | US $7.10 - 9.68 / Piece $10 OFF $110+ | US $19.67 - 54.50 / Piece |

### More Choices



| New Car Safety Hammer Emergency Escape Tool with | High Power 5000lum Zoomable Headlight Headlamp CREE LED | 2020 New Car Pendant Metal Cross Jesus Christian Religious | Baseus Gravity Car Holder Dashboard Sucker Car Phone | Mini Car Safety Hammer Life Saving Escape Emergency High | Car Ornaments Crystal Diamond Cross Jesus Christian |
|---|---|---|---|---|---|
| US $4.05 - 12.83 / Piece $4 OFF $120+ $40 Save $2 | US $9.45 - 13.72 / Piece $5 OFF $100+ | US $4.62 - 8.16 / Piece $4 OFF $120+ $40 Save $2 | US $7.18 - 12.83 / Piece $4 OFF $120+ $40 Save $2 | US $5.64 - 7.71 / Piece $4 OFF $120+ $40 Save $2 | US $1.39 - 3.42 / Piece $4 OFF $120+ $40 Save $2 |

---

**Item Description**     Report Item

KTM 6 inch Washing Cleaning Polishing Waxing Clean Sponge Buffer Pad For Car Auto Polisher Wax Free Shipping Specifications: Material: Sponge Color: Orange Sponge pad dia.: approx. 150mm Screw Thread: 14mm, 16mm Net Weight: 50g

### Specifications



Buyer Protection | Customer Service ∨ | 🌐 Drop shipping | 🏳 United States / USD ∨ | 🌐 English ∨

**Universal Motorcycle Ignition Switch Key For Honda for Yamaha for Kawasaki Suzuki KTM ATV Beach Carfree Free Shipping**

| USD ∨ | $2.47 | $2.25 | $1.78 | $1.71 |
|---|---|---|---|---|
| | 50 Pieces+ | 134 Pieces+ | 300 Pieces+ | 586 Pieces+ |

**Sale Detail:** Buy it now, you will save save $8 when you apply below promotions

🎁 New User Save $8

Quantity: 50 Pieces    9999 in Stock ( Stock in 🇨🇳 CN )

Shipping: **Free Shipping** to United States Via DHL ∨
Estimated delivery time: Oct. 24 and Oct. 27, ships out within 4 business days
Logistics Delay Notification ⓘ

Total cost: **$123.5**    ⓘ Get coupon and you will save extra $8

**Buy it Now**    **Add to Cart**    ♡ Add to Favorite ∨

Seller Guarantee: 🛡 Return Policy    🛡 On-time Delivery in 6 Days

Secure Payment: MasterCard VISA AMEX DISCOVER

## Customers Who Bought This Item Also Bought



Motorcycle Fairing kit for Yamaha YZF R6 98 99 00 01 02
US $352.17 - 365.00 / Set

Motorcycle Lamp P15d Ba20d Single Claw Three Side, Double
US $3.54 - 5.87 / Piece

Xmax 250 300 exhaust Akrapovic motorcycle Xmax 250
US $50.41 - 216.00 / Piece

HOT!fashion all black body fairing kit for YAMAHA YZF-R1
US $307.56 - 375.02 / Set

New Front Cushion Seat For Honda Shadow Spirit VT750
US $62.32 - 78.72 / Piece
$2 OFF $30 +

2pcs Electric Scooter 10 Inch Inner Tube Camera 10x2 for
US $16.31 - 18.55 / Piece
$2 OFF $39 +
Per $100 Save $2

## More Choices



New Car Safety Hammer Emergency Escape Tool with
US $4.05 - 12.83 / Piece
$4 OFF $120 +
$40 Save $2

High Power 5000lum Zoomable Headlight Headlamp CREE LED
US $9.45 - 13.72 / Piece
$5 OFF $100 +

2020 New Car Pendant Metal Cross Jesus Christian Religious
US $4.62 - 8.16 / Piece
$4 OFF $120 +
$40 Save $2

Baseus Gravity Car Holder Dashboard Sucker Car Phone
US $7.18 - 12.83 / Piece
$4 OFF $120 +
$40 Save $2

Mini Car Safety Hammer Life Saving Escape Emergency High
US $5.64 - 7.71 / Piece
$4 OFF $120 +
$40 Save $2

Car Ornaments Crystal Diamond Cross Jesus Christian
US $1.39 - 3.42 / Piece
$4 OFF $120 +
$40 Save $2

| Item Description | Report Item |
|---|---|

Universal Motorcycle Ignition Switch Key For Honda for Yamaha for Kawasaki for Suzuki for KTM ATV Beach Carfree Free Shipping Specification: Size:30$\ast$25mm Net Weight: 49g

## Specifications

Case 1:20-cv-06677-Document 1-17 Filed 11/10/20 Page 40 of 170 PageID #:2675



Buyer Protection | Customer Service ⌄ | United States / USD ⌄ | English ⌄

# DHgate

**linqi2008** ⌄
97.1% Positive Feedback

I'm shopping for...　　On DHgate　　In this Store

🛒 2

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Baby, Kids & Maternity > Accessories > Gloves & Mittens > Children's Finger Gloves > **Product detail**



Compare with similar Items

 Motorcycle Riding off-Road Race Car Highway Sun-blocking Drop-resistant Gloves M L XL XXL Moto Motocicleta Luvas de moto Cycling gloves

★★★★★   1 Review   |

| USD ⌄ | **$14.29** | $13.54 | $12.78 | $11.90 | $11.36 |
|---|---|---|---|---|---|
| | 1 Pair+ | 2 Pairs+ | 5 Pairs+ | 26 Pairs+ | 89 Pairs+ |

**Sale Detail:** 🔶 **Buy it now, you will save extra $3 when you apply below promotions**

🎁 New User Save $3

Size:   ( M )

Color:   🧤 🧤

Options:   Choose an Option ⌄

Quantity:   − 1 +   Pair   Maximum 10 Pair(s)

Shipping:   **Free Shipping** to United States Via ePacket ⌄
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ?

**Buy it Now**   **Add to Cart**   ♡ Add to Favorite ⌄

Seller Guarantee:   🛡 Return Policy   🕒 On-time Delivery in 30 Days

Secure Payment:   MasterCard VISA AMEX DISCOVER ...

## Customers Who Bought This Item Also Bought


New Women Head Scarf Echarpes Foulards Cachecol
US $9.14 - 11.43 / Piece


free posting Pochette Metis Genuine Leather Messenger
US $181.44 - 255.00 / Piece


Designer Kids Handbags Fashion Girls Messenger Bag
US $10.14 - 12.27 / Piece


Full Crystal Hair Bands For Women Lady Luxury Shiny
US $4.64 - 6.36 / Piece
$2 OFF $40+


Mix Style Women Girls Letter G Hair Rubber Band Letter Elastic
US $1.48 - 2.38 / Piece


Red and green striped headband retro Korean web
US $1.90 - 3.70 / Piece

## More Choices


LeBron 17 Low Glow in the Dark cheap sale With Box
US $59.41 - 73.03 / Piece


Black Mamba 5 Protro Lakers for sale With Box New men
US $54.06 - 66.45 / Piece


Mamba Fury Lakers Home shoes for sales With Box kids
US $52.37 - 64.39 / Piece


Paul George PG 4 IV PG 4 Gatorade White Mens
US $51.49 - 63.29 / Pair


Lebron 18 Empire Jade Men Basketball shoes Hot Sale Best
US $59.07 - 72.62 / Pair


AJ 4 4s SP WMNS Sail Men Women Basketball Shoes 2020
US $59.07 - 72.62 / Pair

| Item Description | Customer Reviews (1) | | Report Item |
|---|---|---|---|

Credit guarantee that all pictures in-kind shooting, please rest assured to buy. As the shooting light, angle and color displays, physical and photos maybe some differences! Kind prevail

## Specifications

| | |
|---|---|
| Type: | Finger Gloves |
| Gender: | Unisex |
| Age: | men |
| Material: | Nylon |
| Pattern: | Letter Patchwork Geometric |
| Item: | ywkangtu1 |
| Item Code: | 490796558 |
| Category: | Children's Finger Gloves |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description



**▌DESCRIPTION**



10/7/2020     KTM Motorcycle Riding Off Road Race Car Highway Nylon Sport Full Finger Gloveless Fashion Gloves From Linqi200...

Case 1:20-cv-06677-Document 17-Filed 11/10/20 Page 42 of 170 PageID #: 2672

1 Pair of Gloves (Left & Right)

+ 添加到快剪辑   🖼   🔳   🔲   🔳   ⚙



**Please measure your palm width before purchase.**

| Palm width(cm) | Recommended size |
|---|---|
| 8.0cm------8.5cm | M |
| 8.5cm------9.0cm | L |
| 9.0cm------9.5cm | XL |
| 9.5cm------11cm | XXL |

Note: Our gloves are Chinese size, as experience, it is smaller than the EU size, so please kindly measure your hands before pu





Case 1:20-cv-06677-Document 1-7 Filed 11/10/20 Page 43 of 170 PageID #:2678





Case 1:20-cv-06677-Document 1-7 Filed 11/10/20 Page 44 of 170 PageID #: 2679













10/7/2020 KTM Motorcycle Riding Off Road Race Car Highway Motorcross Full Finger Gloves Motorcycle Sports Riding Skidproof Sleeveless Gloves Fashion Gloves From Linqi200...

Case 1:20-cv-06678-DLC Document 157 Filed 11/10/20 Page 46 of 170 PageID #:2681





## Payment

There are many payment methods available on DHgate.com such as credit cards, real-time bank transfers, offline payments (bank transfers). You can choose a method which is the most convenient for you. To protect your interests, your payment will be temporarily held by DHgate, and will not be released to us until you receive your order and are satisfied with it.

## Shipping

1.Shipping Cost:
Select the quantity first, then click the country via logistic methods in the page.



| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
| DHL | 2-4 days | www.dhl.com |
| FedEx | 2-4 days | www.fedex.com |
| UPS | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| HongkongPost | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

## ▌ Return Policy

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.

Less Description ⌃

## 1 Customer Reviews ›

★★★★★ 5 out of 5 stars ⌄

Reviews ›

tours****ovic 🇫🇷
★★★★★ January 31, 2020
Options: Size XXL   Color: Green   ...
Parfait

## Sponsored Products You May be Interested In More Choice


Red Gold LeBron 7 MVP shoes for sale With Box 2020 New
US $66.43 - 81.66 / Piece


300W Solar led outdoor lighting solars garden lights Hanging
US $63.86 - 108.86 / Piece
$100 OFF $2,000 +


V Gold Max Hair Straightener Classic Professional styler Fast
US $15.08 - 30.00 / Piece


2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece


Mini LED Party Lights Square Color Changing LED ice cubes
US $40.96 - 77.63 / Lot
$100 OFF $2,000 +


Just Bulls Toronto Basketball Chicago Don Raptors
US $16.43 - 19.69 / Piece

## Compare with similar Items





| | | | | | |
|---|---|---|---|---|---|
| Price | | 8 Styles Cute Infant Toddler Donut Knot Indian Turban cap Kids Headbands Caps Baby | CN Fashion Leopard Sponge Hairbands For Women Lady Soft Fabric Headband Hair | 2020 New Arrival Zoom James 7 Purple White Green Luxury Basketball Shoes For Mens 7s | New Trump Baseball Cap Donald Trump Keep America Great 2020 Ball Hats Patchwork |
| | | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| | KTM Motorcycle Riding off-Road Race Car Highway Sun-blocking Drop-resistant Gloves | US $1.67 - 2.58 / Piece | US $4.24 - 4.77 / Piece | US $61.66 - 81.86 / Piece | US $1.89 - 2.80 / Piece |
| | | | $2 OFF $39 + | | $2 OFF $60 + |
| | Add to Cart | | Per $100 Save $2 | | |
| Min. Order | US $11.36 - 14.29 / Pair | 20 Pieces | 5 Pieces | 1 Piece | 50 Pieces |
| Customer Rating / Orders | | ☆☆☆☆☆ 0   80 Orders | ☆☆☆☆☆ 0   3 Orders | ☆☆☆☆☆ 0   4 Orders | ☆☆☆☆☆ 0   50 Orders |
| Shipping Cost | US $8.96 | | | US $44.59 | Free Shipping |
| Shipping method | China Post Air Mail | | | DHL | DHL |
| Estimated Delivery Time | Nov. 1 and Jan. 13 | | | Jan. 2 and Feb. 24 | Oct. 18 and Dec. 10 |
| Seller Guarantee | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service |
| | 1 Pair | | | | |
| | ★★★★★ 5.0   1 Order | | | | |
| Store | Shop by linqi2008 | Shop by zalakids | Shop by ferdimand | Shop by dhgate615 | Shop by armorcase |
| | 97.1% Positive Feedback | 100% Positive Feedback | 98.9% Positive Feedback | 96.4% Positive Feedback | 95.9% Positive Feedback |

## Related Promotion

knitted kids gloves     finger gloves for babies     gloves for newborn babies     boys white gloves     cotton glove patterns     white winter gloves     mittens for baby boy     wedding gloves for girls

finger gloves for children     mittens patterns

## Related Keywords

riding gloves motorcycle     motorcycle gloves l     motorcycle half finger gloves     short motorcycle gloves     furygan motorcycle gloves     full fingered motorcycle gloves

motorcycle gloves scoyco     summer motorcycle riding gloves     motorcycle gloves xxl     windproof gloves for motorcycle

## You May Also Like







| 2020 New F1 Racing Car Work Clothes Kart AMG Team Short | ktm summer new MOTO GP motorcycle off-road riding T- | F1 Formula One Racing Short Sleeve T-Shirt Team Suit 2019 | New team version cross country gloves MX motorcycle | New motocross racing T-shirt for ktm men's short-sleeved T- |
|---|---|---|---|---|
| US $16.72 - 20.86 / Piece | US $12.78 - 17.13 / Piece | US $13.86 - 17.60 / Piece | US $10.73 - 14.36 / Piece | US $12.81 - 14.57 / Piece |







| Explosive summer quick-drying trousers jacket, motorcycle | New sup F1 fans series downhill service mountain bike bicycle | platform shoes men women casual shoe skateboard shadow | F1 racing suit Renault short-sleeved T-shirt racing fan | 7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel |
|---|---|---|---|---|
| US $14.80 - 19.00 / Piece | US $14.48 - 19.14 / Piece | US $27.47 - 35.04 / Pair | US $15.31 - 20.11 / Piece | US $6.58 - 9.65 / Pair |




New model ktm motorcycle off-road bags racing off-road bags
US $15.13 - 18.58 / Piece


Hot sale KTM Motorcycle gloves Moto racing gloves Men's
US $7.09 - 9.49 / Pair


Formula 1 Renault Renault F1 Team 2020 short sleeve French
US $17.81 - 21.38 / Piece


WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T-
US $16.58 - 20.38 / Piece


KTM Motorcycle gloves Luva Motoqueiro Guantes Moto
US $6.04 - 9.72 / Pair


KTM downhill t-shirt bike riding suit short sleeve shirt men and
US $16.50 - 19.89 / Piece


For KTM Racing Team Motorcycle Long Sleeve T-Shirt
US $12.67 - 39.20 / Piece


Racing suit track field short-sleeved T-shirt customization
US $16.83 - 20.77 / Piece


2020 hot summer THOR speed surrender cycling jersey, long-
US $15.58 - 19.57 / Piece


2020 explosive F1 Mercedes-Benz 2020 short-sleeved polo
US $18.08 - 22.40 / Piece


Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $13.81 - 18.34 / Piece


Yamaha MOTO GP Short Sleeve T-Shirt Motorcycle Racing
US $12.66 - 16.42 / Piece


Player version 2020 2021 Real madrid soccer jerseys home
US $11.86 - 16.73 / Piece


2019 Formula 1 F1 Mercedes-Benz AMG Team T-shirt
US $12.52 - 18.58 / Piece


Custom SHIFT all styles mountain bike downhill suit
US $14.44 - 19.10 / Piece


Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece


New long-sleeved T-shirt downhill clothing mountain
US $15.11 - 19.00 / Piece


KTM Hoodie Sweatshirt MotoGP Cycling Windbreaker
US $28.88 - 38.34 / Piece


2019 bicycle gloves hpit FOX ATV MTB BMX Off Road
US $16.59 - 21.32 / Piece


BMW Motorcycle T-shirt New POLO Short T Casual Wear
US $17.54 - 21.83 / Piece


F1 McLaren McLaren McLaren 2020 Team T-shirt short sleeve
US $15.56 - 19.49 / Piece

Free shipping motorcycle Motocross KTM Hydration pack
US $19.10 - 23.87 / Piece

F1 Renault Renault 2019 Ricardo Rider T-shirt short
US $11.76 - 17.06 / Piece


Best selling KTM MOTO downhill mountain bike men's
US $9.80 - 11.14 / Piece

New Yamaha Motocross T-shirt Short-sleeved quick-drying
US $12.06 - 16.14 / Piece

Explosive F1 spring and autumn long-sleeved downhill
US $14.82 - 19.50 / Piece



New Arrival ktm motorcycle gloves



 **LOCAL WAREHOUSE** Estimated arrival in 3+ days  shop now ►

Customer Service ⌄ | Drop shipping | Save more | ⦿ United States / USD ⌄ | 🌐 English ⌄

 DHgate.com

| I'm shopping for... | 🔍 |

Hi, Sign in
My DHgate ⌄    ♡   🕐   🛒 **2**

| ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

### Seller Information

**Linqi2008**
547 Transactions
**97.1%** Positive Review ?
China
02:40 PM Wed Oct 7 Now
Member since Nov 2018

Recommend seller to friends

### Review Score:330

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ➕ Positive | 79 | 212 | 336 | 349 |
| 🟡 Neutral | 2 | 11 | 27 | 29 |
| ➖ Negative | 3 | 5 | 10 | 12 |

### Service Detail Score (Mainly Industry : Baby, Kids & Maternity)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.8 / 5.0 | 🔻 Lower than Average | 390 |
| Communication | 4.8 / 5.0 | 🔻 Lower than Average | 390 |
| Delivery time | 4.8 / 5.0 | 🔻 Lower than Average | 390 |
| Shipping charges | 4.8 / 5.0 | 🔻 Lower than Average | 390 |

**Reviews Received** | Reviews Sent

Reviews: Negative ⌄                                          Dates: All ⌄


1-6 Ages Children Plaid Canvas Shoes Child Spring Autumn Kids Fashion Sneakers Boys Girls Baby
Item code: 510430042

⭐☆☆☆☆ By:Dpi****102 🇺🇸 📦 09 18,2020
**Product reviews:**
Too small for my child
helpful ( **0** )    unhelpful ( 0 )


1-6 Ages Children Plaid Canvas Shoes Child Spring Autumn Kids Fashion Sneakers Boys Girls Baby
Item code: 510430042

⭐☆☆☆☆ By:an***ga 🇩🇪 09 09,2020
**Product reviews:**
Ich habe den Artikel noch nicht bekommen und ich mach das Geld zurück wenn keine Antwort bekommen
helpful ( **0** )    unhelpful ( 0 )


1-6 Ages Children Plaid Canvas Shoes Child Spring Autumn Kids Fashion Sneakers Boys Girls Baby
Item code: 510430042

⭐⭐☆☆☆ By:Riz***ra 🇫🇷 08 31,2020
**Product reviews:**
Not as good as real Pics are better
helpful ( **0** )    unhelpful ( 0 )


1-6 ages Children trench coats for Boys Long Pattern Casual Boys Belted Trench Coat Child 2019
Item code: 446508825

⭐☆☆☆☆ By:Ben****bee 🇳🇱 08 19,2020
**Product reviews:**
Quality not that good
helpful ( **0** )    unhelpful ( 0 )


Children Shoes Summer 2019 Boy Girls Baby Soft bottom beach Sandals Male baby Sports Sandals
Item code: 450308951

⭐☆☆☆☆ By:dav****ila 🇫🇷 08 15,2020
**Product reviews:**
BUMA au lieu de puma, mauvaise qualité en plus
helpful ( **0** )    unhelpful ( 0 )


Spring Autumn Leisure Kids boys clothes set Children boy Long Sleeve Shirt Pants clothing set 2pcs for big
Item code: 469472610

⭐⭐☆☆☆ By:kan****zab 🇨🇦 07 31,2020
**Product reviews:**
The actual set is reasonable, more like a Tshirt than sweatsuit. Fit is slim and the grandkid likes it. Extremely long time coming and no shipping information, I thought I would not get them and then they showed up months later.
helpful ( **0** )    unhelpful ( 0 )


3-8 Years Boy Shirt Clothes Autumn Kids designer long sleeve plaid tshirt brand pattern lapel Fashion Cotton
Item code: 487867440

⭐⭐☆☆☆ By:michell****izzard 🇺🇸 07 12,2020
**Product reviews:**
it took since February for me to receive my order I'm not happy at all
helpful ( **0** )    unhelpful ( 0 )

⭐☆☆☆☆ By:Mynorar****a197726 🇺🇸 07 09,2020







DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

Share

**Linqi2008** Add To Favorite Stores ( 77 )

97.1% Positive Feedback 546 Transactions

Online Chat Message Seller

KTM | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Baby, Kids & Maternity (1)

1 matching products found for KTM

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

KTM Motorcycle Riding off- Road Race Car Highway Sun- blocking...

Ships out within 10 business days

Item Sold (1) ★★★★★ (1)

US $11.36 - 14.29 / Pair

Free Shipping

Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

LOGO Factory

**Linqi2008** Add To Favorite Stores ( 77 )

**97.1%** Positive Feedback **546** Transactions

Online Chat Message Seller

Share

In this store On DHgate

**About Us**

- Store Introduction
- Basic Information

## Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

## Basic Information

Company Name:
Business Type:
Location: China
Year Established: Nov 2018
Main Product(s)/Service:

## Contact Us

Online Chat Message Seller

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| Review Your Orders | Payment | Success |

## Review Your Shipping Address

Ship To:                                          Add New Address

████████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ████████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: linqi2008



KTM Motorcycle Riding off-Roa...

Size: M
Color: Orange
Options: Size M

1 Pair

US $14.29 /Pair

US $14.29

ePacket ▾

**Free Shipping**
Delivery: Estimated between 8-30 (seller ships within 10 business days)

**Add remark to seller**                                    Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:  US $14.29
Shipping Cost:  US $0.00
Order Total:  US $14.29

## Choose Your Payment Method

○ Credit or Debit Card   VISA  DISCOVER  🅳  mastercard

● Other Payment Method

« Back to Cart

Item Subtotal(1 items):  US $14.29
Shipping Cost:  US $0.00
**Grand Total:**  **US $14.29**

Dhgate Service Pledge
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**



Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

Case 1:20-cv-06677 Document 1 Filed 11/10/20 Page 54 of 170 PageID #: 2680



Buyer Protection | Customer Service ⌄ | United States / USD ⌄ | English ⌄

**DHgate** Ljz88049 ⌄
99% Positive Feedback

I'm shopping for... | On DHgate | In Store

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us | **Product detail**

Home > All Categories > Sports & Outdoors > Cycling > Cycling Jerseys > Cycling Jersey Sets > Product detail









Compare with similar Items

### KTM Team Cycling Sleeveless jersey Vest shorts sets quick dry mtb bike sportswear Bib Shorts sets c2714

| USD ⌄ | **$32.19** ~~$57.49~~ 1 Piece+ | $28.00 ~~$50.00~~ 6 Pieces+ | $26.60 ~~$47.50~~ 10 Pieces+ | $25.20 ~~$45.00~~ 15 Pieces+ |
|---|---|---|---|---|

Sale Detail: **44% OFF**
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Size: Choose an Option ⌄

Color:         More +

Quantity: [ − ] 1 [ + ] Piece  10000 in Stock ( Stock in: 🇨🇳 CN )

Shipping: **$7.19** to United States Via ePacket ⌄
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification ⓘ

[ Buy it Now ] [ Add to Cart ] [ ♡ Add to Favorite ⌄ ]

Seller Guarantee: 🛡 Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment: MasterCard VISA DISCOVER ...

## Customers Who Bought This Item Also Bought


2019 Pro Cartoon Team Cycling Jersey Short 9D set MTB Bike
US $16.33 - 34.13 / Piece


2019 New EF Education First Cycling Jersey Set Summer
US $13.63 - 30.95 / Piece


2019 Fashion High Quality TOP brand Eyewear Sunglasses
US $7.64 - 10.42 / Piece


Cycling Unisex Magic Head Face Protective Mask Neck Gaiter
US $0.73 - 0.86 / Piece
$20 OFF $2,000 +


Unisex Mouth Mask Wholesale Washable PM2.5 Mask Custom
US $0.27 - 0.75 / Piece
$2 OFF $30 +


US STOCK Designer Masks Cycling Face Masks Reusable
US $0.26 - 0.37 / Piece
$14 OFF $500 +

## More Choices


00 Carmelo Anthony 8 24 33 Basketball Jersey Lebron 23
US $8.26 - 14.60 / Piece


Bam 13 Jimmy Tyler 22 Butler 14 Herro Adebayo Basketball
US $12.18 - 14.60 / Piece


Jimmy Tyler Butler 22 Herro Miami Heat Dwayne Dwyane
US $16.34 - 19.58 / Piece


Miami Heat 22 Dwayne Dwyane 3 Wade Jimmy Tyler Butler
US $14.10 - 16.90 / Piece


Giannis Donovan Antetokounmpo Mitchell Jersey
US $12.18 - 14.60 / Piece


17 Josh Allen 14 Stefon Diggs Tre'Davious White Buffalo
US $15.77 - 18.90 / Piece

Item Description                                                    Report Item

Case 1:20-cv-06677 Document 1-7 Filed 11/10/20 Page 55 of 170 PageID #: 2690

The jerseys/pants are designed for cycling bikers. Material: Polyester+ Lycra keep you comfortable when riding, with quick dry moisture and breathable function

## Specifications

| | |
|---|---|
| Sleeve Length: | sleeveless |
| Feature: | quick dry breathable |
| Gender: | men |
| Material: | polyester lycra |
| Is_customized: | Yes |
| Item Code: | 471063974 |
| Category: | Cycling Jersey Sets |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

| Size Chart For Men | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Short Sleeve Set | unit/cm | XXS | XS | S | M | L | XL | XXL | XXXL | 4XL | 5XL | 6XL |
| Jersey | Front(A) | 48 | 50 | 52 | 54 | 56 | 58 | 60 | 62 | 64 | 66 | 68 |
| | Back(B) | 61 | 64 | 67 | 70 | 73 | 76 | 79 | 82 | 85 | 88 | 91 |
| | Chest(C) | 80 | 86 | 92 | 98 | 104 | 110 | 116 | 122 | 128 | 134 | 140 |
| | Sleeve(D) | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 |
| Shorts | Waist(A) | 48 | 51 | 54 | 57 | 60 | 63 | 66 | 69 | 72 | 75 | 78 |
| | | 68 | 71 | 74 | 77 | 80 | 83 | 86 | 89 | 92 | 95 | 98 |
| | Outside (B) | 39 | 41 | 43 | 45 | 47 | 49 | 51 | 53 | 55 | 57 | 59 |
| | Inside (C) | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| Long Sleeve Set | unit/cm | XXS | XS | S | M | L | XL | XXL | XXXL | 4XL | 5XL | 6XL |
| Jersey | Front(A) | 49 | 51 | 53 | 55 | 57 | 59 | 61 | 63 | 65 | 67 | 69 |
| | Back(B) | 59 | 63 | 67 | 71 | 75 | 79 | 83 | 87 | 91 | 95 | 99 |
| | Chest(C) | 85 | 89 | 93 | 97 | 101 | 105 | 109 | 113 | 117 | 121 | 125 |
| | Sleeve(D) | 68 | 70 | 72 | 74 | 76 | 78 | 80 | 82 | 84 | 86 | 88 |
| Pants | Waist(A) | 58 | 60 | 62 | 64 | 66 | 68 | 70 | 72 | 74 | 76 | 78 |
| | | 78 | 80 | 82 | 84 | 86 | 88 | 90 | 92 | 94 | 96 | 98 |
| | Outside (B) | 92 | 94 | 96 | 98 | 100 | 102 | 104 | 106 | 108 | 110 | 112 |
| | Inside (C) | 58 | 60 | 62 | 64 | 66 | 68 | 70 | 72 | 74 | 76 | 78 |
| Suggest Wieght (kg) | | 40-45 | 45-50 | 50-55 | 55-65 | 65-70 | 70-75 | 75-80 | 80-85 | 85-90 | 90-95 | 95-100 |
| Suggest Hieght (cm) | | 152-155 | 155-160 | 160-165 | 165-170 | 170-175 | 170+180 | 174-185 | 185-190 | 185-196 | 190+195 | 196-200 |

"Size mearsured by ourselves, sometimes has some errors, but always within 3cm."



Note:

we can mix the sizeby yourself
but need leave acomment in your order
Like " JerseysXXL and Pants XL``











Case 1:20-cv-06677 Document 1-7 Filed 11/10/20 Page 58 of 170 PageID #: 2893



High elastic foam 3D gel pad will definitely
provide you extra comfort in cycling



Case 1:20-cv-06677 Document 1-7 Filed 11/10/20 Page 59 of 170 PageID #:2694









Case 1:20-cv-06677 Document 1-7 Filed 11/10/20 Page 60 of 170 PageID #: 2695































Case 1:20-cv-06677 Document 1-7 Filed 11/10/20 Page 63 of 170 PageID #:2698














**Shipping:**

1.Please contact us if you want to receive it quickly, we will delivery your items with DHL or EMS,

it takes just about 5-7 working days. But the shipping cost will be higher and you need to pay the extra shipping fee.

2.Please make sure to provide us with correct shipping address and other details(name, telephone number and address )

**Return Policy:**

1.If we send the wrong style or the wrong color or size, we could refund your money or send the new items to you.

You should  ensure the item will be returned in good condition with original packaging.

2.If the items can't meet your need or you choose the wrong color we can also accept your return.

You should pay the additional shipping fees and ensure the item will be returned in good condition with original packaging.

**Note:**

1.The color shown in the photos may be slightly varied from the actual color due to the lighting and color deviation of monitors.

We accept the return because of misunderstanding of color,but you should pay the additional shipping fees.

2.If you have any problems with the received items,please contact us before you send the items back.

**Customer Satisfaction:**

Please contact us if you have any questions or suffering some problems about our productions,

we will try our best to solve the issue and we are committed to your 100% satisfaction.

Please give us a chance to solve your problems.

**Feedback:**

Customer satisfaction is very important to us. If you are satisfied with the items you ordered,

please leave us a positive feedback, thank you very much. If there are any problems with your purchase,

please do not leave negative feedback before contacting us for resolution.

We can work together to deal with any disputes .

Hope get your 5 star feedback,thanks so much!

Less Description ⌃

Sponsored Products You May be Interested In More Choice



BIAS
34
MARYLAND
34

Stitching Len 34 Bias Maryland Terrapins Movie Basketball

US $14.51 - 19.88 / Piece

JUST Shorts

Chicago Los Bulls Angeles Basketball Shorts Just Memphis

US $16.34 - 19.58 / Piece

HIEMT
SPECIAL OFFER
BIG SALE
$3780

2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece

mijia
5G WIFI 6
Xiaomi Mi Router AX1800

Xiaomi Router AX1800 Qualcomm Five-core WiFi6 2,4G

US $48.36 - 59.50 / Piece

Fashion bicycle goggles 9406 Sutro Cycling glasses Outdoor

US $17.20 - 22.52 / Piece

New Arrival Mini TV can store 620 500 Game Console Video

US $9.65 - 11.91 / Piece

## Compare with similar Items

| | | | | | |
|---|---|---|---|---|---|
| | KTM team Cycling Sleeveless jersey Vest shorts sets quick dry mtb bike sportswear Bib Shorts<br>Add to Cart | 2020 Morvelo new style summer Cycling Short Quick drying Sleeves jersey bib shorts<br>Add to Cart | New 2019 RAPHA Cycling jersey Summer Style Bicycle Breathable Quick dry Short<br>Add to Cart | 2019 Spring and Autumn New Fitness Jeans Hip-up Tight Sports Pants Yoga Pants Honey<br>Add to Cart | scott Autumn or winter fleece 2015 team Cycling Jerseys Bike Bicycle Long Sleeves Mountain<br>Add to Cart |
| Price | US $22.97 - 32.19 / Piece | US $21.43 - 30.04 / Piece<br>$5 OFF $100 + | US $11.56 - 18.57 / Piece | US $15.53 - 21.72 / Piece | US $19.69 - 29.93 / Piece |
| Min. Order | 1 Piece | 1 Piece | 1 Piece | 1 Piece | 1 Piece |
| Customer Rating / Orders | 0 | 0 5 Orders | 1.0 4 Orders | 0 11 Orders | 5.0 23 Orders |
| Shipping Cost | US $33.37 | US $33.37 | US $5.99 | US $34.61 | Free Shipping |
| Shipping method | EMS | EMS | China Post Air Mail | EMS | China Post Air Mail |
| Estimated Delivery Time | Oct. 19 and Jan. 5 | Oct. 19 and Jan. 5 | Jan. 10 and Mar. 24 | Oct. 19 and Jan. 5 | Oct. 29 and Jan. 10 |
| Seller Guarantee | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service |
| Store | Shop by ljz88049<br>99% Positive Feedback | Shop by notecycling<br>97% Positive Feedback | Shop by nlgcshop<br>95.4% Positive Feedback | Shop by storexin<br>97.9% Positive Feedback | Shop by sportshome...<br>98.3% Positive Feedback |

## Related Keywords

felt bikes | new guinea | scott white | 4xl cycling jersey sets | black cycling jersey hot | thermal fleece cycling jerseys | thermal winter cycling jersey | sky fleece cycling jersey | coolmax cycling jerseys | giant team cycling jersey

## You May Also Like

Winter Outerwear Top Quality Men's MEAFORD RAIN 3M

US $1.70 - 100.00 / Piece

Womens Shirt Tied Neck Chain Print Casual Shirt Long Sleeve

US $12.91 - 15.38 / Piece

KN95

KN95 Mask Factory 95% Filter colorful mask Activated Carbon

US $0.03 - 0.59 / Piece

Fashion simple notes ECG heart frequency collarbone necklace

US $0.40 - 0.69 / Piece

Astroworld Rapper Hip Hop Hoodies Casual Hooded

US $47.26 - 56.63 / Piece

2019 oversized frameless sunglasses women retro

US $5.33 - 8.65 / Piece

Lady Watch 2020 Golden Diamond Watch Lady Famous

US $13.43 - 20.64 / Piece

Outdoor Pet Dog Harnesses Classic Pattern Fashion

US $8.13 - 13.64 / Set

Woman bag Cross body fashion lady Tote handbags purse

US $50.68 - 62.74 / Piece

Basketball Shoes Mens Trainers Jumpman 11s 25th Anniversary

US $40.05 - 51.09 / Pair





2020 fashion sports black
buffalo horn glasses men

US $17.20 - 21.47 / Piece

Newest imported materials
polarized European brand

US $7.62 - 13.05 / Piece

NEW mans designer jacket High
Quality Long Sleeve Shirts

US $0.01 - 108.03 / Piece

2020 2021 Real Madrid Men
Football Training Suits 20 21

US $24.42 - 29.27 / Piece

Hot Magnetic Liquid Eyeliner &
Magnetic False Eyelashes &

US $0.07 - 4.58 / Lot






Luxury MILLIONAIRE
Sunglasses for men full frame

US $9.69 - 13.67 / Piece

Wedges Shoes For Women
Sandals Plus Size High Heels

US $15.08 - 22.76 / Pair

2020 New Top Cream Sail Black
Cat White Cement Men Women

US $9.30 - 114.59 / Pair

hot sell Men new Luxury Jackets
Coat Luxury Sweatshirt Hoodie

US $17.26 - 22.76 / Piece

Jumpman 1 Basketball Shoes
Athletics Sneakers Running

US $5.70 - 51.17 / Pair






Hot Sales Shirt Luxury Design
Male Summer Turn-Down

US $11.75 - 13.86 / Piece

Men Women 3D Print Tupac
2pac T-shirt Short sleeve O-

US $13.98 - 16.48 / Piece

Kanye West Tail Light Earth
Desert Sage Cinder Zyon Linen

US $13.94 - 80.35 / Piece

Olympique de Marseille Soccer
jersey 2020 2021 OM Marseille

US $10.19 - 14.67 / Piece

700 Wave Runner Reflective
Kanye Mens Running Shoes

US $27.33 - 61.68 / Pair







2019 us business brand thin
checked shirt, fashion designer

US $22.34 - 34.26 / Piece

Hot Sale Fashion Shoulder Bags
Women Chain Crossbody Bag

US $26.12 - 31.34 / Piece

Brand Stainless steel
Watchband bracelet strap

US $9.14 - 12.68 / Piece

Air Purifying Face Mask Anti
Dust Fog Face Mouth Filter

US $0.27 - 0.54 / Piece

Women Designer Boots Martin
Desert Boot Flamingos Love

US $73.87 - 92.73 / Pair



New Mouth ice Mask Anti Dust
Face Cover PM2.5 Respirator

US $0.21 - 0.31 / Piece

Women Bag Original Box Date
code Handbag Purse clutch

US $41.35 - 52.18 / Piece

Full Screen Goophone N10+
N10 Plus MTK6580 Quad Core

US $82.20 - 103.90 / Piece

Glass Water Pipes Gun Smoking
Pipe Water Bong Oil Rig

US $20.30 - 24.83 / Piece

Mens clothing Hoodie Light
Fleece Sweatshirts Fashion

US $7.57 - 8.92 / Piece

Women Shoulder Bag Leisure
Crossbody Chain Bags Fashion

US $20.63 - 25.10 / Piece



New Arrival ktm cycling jersey










| | | | | | |
|---|---|---|---|---|---|
| 2020 Ktm Cycling Jerseys Men Wear Suit Bicycle Clothing | KTM Pro Team Cycling Jersey bicycle Clothing Racing Bike | KTM team Cycling Sleeveless jersey Vest Newest Cycling Hot | KTM team Cycling Sleeveless jersey Vest Breathable Quick | 2019 Men KTM team Cycling Short Sleeves jersey bib shorts | KTM team Cycling Short Sleeves jersey bib shorts sets uniform |
| US $20.50 - 27.00 / Piece | US $12.31 - 17.25 / Piece | US $14.45 - 20.26 / Piece | US $13.78 - 19.31 / Piece | US $38.45 - 53.90 / Piece | US $13.67 - 30.66 / Piece |

## About Store ljz88049

Outdoor EDC :Titanium stainless steel brass G10 Epox... Knuckles Key ring Tactical pen belt buckle tritium Knife fall Utility knife Gyro Bottle open Multi-function tool

For bike racing events, a good qualified biking shorts is a basic necessity. We have collected large stock of short sleeve mountain bike gear for summer and soft cycling trousers for winter. There are also packs of team cycling jacket. The cycling wear waterproof cycling jacket has many colors for you to choose. Buying a suit with hats, gloves and other equipment in it is a good deal. The long trousers biker t shirts is tight but breathable. You can ask the sellers for more style and size you want.

## Wholesale Cycling Jersey Sets

- Wholesale warehouse clothing
- Wholesale orbea bike
- Wholesale orbea
- Wholesale women bike shorts
- Wholesale bicycling jerseys

⌄

## Related Categories

| Motorcycle Parts | Motorcycle Accessories | Indoor Lighting | Home Décor | Office & School Supplies |
|---|---|---|---|---|
| **See Top 100 in Best Seller >** | Motorcycle Helmets | Ceiling Lights | Wall Stickers | Paper Products |
| Motorcycle Fairings | Other Motorcycle Accesso... | Chandeliers | Wallpapers | Pencil Cases & Bags |
| Handlebars | Motorcycle Apparel | Pendant Lamps | Vases | Other Office & School Sup... |
| Other Motorcycle Parts | Motorcycle Stickers | Table Lamps | Candle Holders | Filing Products |
| Motorcycle Brakes | | | | |

Bookmark & Share              

 Help improve your experience on DHgate.com, Please tell us what you think about this page.



Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License




LOCAL WAREHOUSE   Estimated arrival in 3+ days   shop now ▶

Buyer Protection · Customer Service ∨ · Drop shipping · Save more · ⊙ United States / USD ∨ · ⊕ English ∨



| | I'm shopping for... | | Hi, Sign in My DHgate | ♡ | ⟳ | 🛒 1 |

ALL CATEGORIES ∨   |   Flash Deals   Superior Suppliers   Coupon Center   Local Warehouse   Video Gallery

Home > Seller Review Profile

## Seller Information

Ljz88049
342  Transactions
99%  Positive Review  ?
Henan, China (Mainland)
12:15 PM Thu Oct 1 Now
Member since May 2016

Recommend seller to friends

### Review Score:270

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ⊕ Positive | 20 | 51 | 96 | 287 |
| ⊙ Neutral | 1 | 1 | 1 | 3 |
| ⊖ Negative | 1 | 1 | 1 | 3 |

### Service Detail Score (Mainly Industry : Sports & Outdoors)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.9/ 5.0 | About Average | 293 |
| Communication | 4.9/ 5.0 | About Average | 293 |
| Delivery time | 4.9/ 5.0 | About Average | 293 |
| Shipping charges | 4.9/ 5.0 | About Average | 293 |

**Reviews Received** | Reviews Sent

Reviews: Negative ∨                                          Dates: All ∨


**Stainless Steel 304 EDC Magic Organ Box Fidget Finger Focus Multifunction Anti Stress**
Item code: 411043834

 ★★☆☆☆  By:alekse****ajtis  🇺🇸 09 07,2020
Product reviews:
i received your box, but I don't know what to do with it
helpful ( 0 )    unhelpful ( 0 )


**Outdoor EDC G10 Epoxy Resin Ceramic beads Hit Finger Knuckle Duster Punch Tiger Finger CNC**
Item code: 404840606

★★☆☆☆  By:aka***u76  🇪🇸 08 29,2018
Product reviews:
too small
helpful ( 0 )    unhelpful ( 0 )


**EDC Outdoor Multi style Brass Survival Tactics Knuckles Opener key chains Broken window Multi**
Item code: 405314510

★☆☆☆☆  By:mur***rp  🇺🇸 05 05,2018
Product reviews:
This product is garbage! Cheap finish that is already rubbing off on day one. Not sure what kind of metal is under it. Poor machining and or casting with pitting in the metal. Would not recommend! Seeking refund
helpful ( 0 )    unhelpful ( 0 )


**EDC Outdoor shark TC4 Titanium Sand blasting Less blue CNC Crowbar wrench Tactics Knuckles**
Item code: 408824640

★☆☆☆☆  By:sebastia****liermann  🇩🇪 02 13,2018
Product reviews:
Very unsatisfied
helpful ( 0 )    unhelpful ( 0 )

‹  **1**  ›                                          Go to page: 1  GO

Bookmark & Share         

Help improve your experience on DHgate.com, Please tell us what you think about this page.



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products
Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License







Ljz88049 Add To Favorite Stores ( 152 )

99% Positive Feedback 342 Transactions

Online Chat Message Seller

Share

KTM | In this store | On DHgate

Outdoor EDC , Titanium , stainless steel

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Men shorts jerseys set (14)

## Popular Search

Outdoor EDC Titanium stainless steel G10 Epox brass Gyro Knuckles Key ring Tactical pen Utility knife Multi function tool Bottle open tritium Knife fall

**14** matching products found for KTM

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

44% OFF KTM team Cycling Sleeveless jersey Vest shorts sets quick dr...
Ships out within 4 business days
US $22.97 - 32.20 / Piece
~~US $41.01 - 57.49~~
Add to Cart

44% OFF KTM Team selling 2018 Cycling Short Sleeves jersey (bib) sho...
Ships out within 4 business days
US $22.97 - 32.20 / Piece
~~US $41.01 - 57.49~~
Add to Cart

44% OFF KTM team Cycling Sleeveless jersey Vest (bib)shorts sets 201...
Ships out within 4 business days
Item Sold (1) (1)
US $22.97 - 32.20 / Piece
~~US $41.01 - 57.49~~
Add to Cart

44% OFF KTM Cycling Short Sleeves jersey (bib) shorts sets The lates...
Ships out within 4 business days
US $22.97 - 32.20 / Piece
~~US $41.01 - 57.49~~
Add to Cart

44% OFF KTM Cycling Short Sleeves jersey (bib) shorts sets Cycling s...
Ships out within 4 business days
Item Sold (1)
US $22.97 - 32.20 / Piece
~~US $41.01 - 57.49~~
Add to Cart

44% OFF KTM team Cycling Short Sleeves jersey (bib) shorts sets 2018...
Ships out within 4 business days
US $22.97 - 32.20 / Piece
~~US $41.01 - 57.49~~
Add to Cart

44% OFF KTM team Cycling Sleeveless jersey Vest (bib) shorts sets Su...
Ships out within 4 business days
US $22.97 - 32.20 / Piece
~~US $41.01 - 57.49~~
Add to Cart

44% OFF KTM team Cycling Sleeveless jersey Vest (bib) shorts sets Me...
Ships out within 4 business days
US $22.97 - 32.20 / Piece
~~US $41.01 - 57.49~~
Add to Cart

44% OFF KTM team2018 Cycling Short Sleeves jersey shorts sets High Q...
Ships out within 4 business days
US $22.97 - 32.20 / Piece
~~US $41.01 - 57.49~~
Add to Cart

44% OFF KTM team Cycling Sleeveless jersey Vest (bib)shorts sets Sum...
Ships out within 4 business days
US $22.97 - 32.20 / Piece
~~US $41.01 - 57.49~~
Add to Cart

44% OFF KTM team Cycling Short Sleeves jersey (bib) shorts sets summ...
Ships out within 4 business days
US $22.97 - 32.20 / Piece
~~US $41.01 - 57.49~~

DHgate.com Buy Globally · Sell Globally
Join Free | Sign in | My DHgate | Help | English | Cart

Ljz88049 Add To Favorite Stores ( 152 )

99% Positive Feedback 342 Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Outdoor EDC , Titanium , stainless steel

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

## Store Introduction

Outdoor EDC :Titanium stainless steel brass G10 Epox... Knuckles Key ring Tactical pen belt buckle tritium Knife fall Utility knife Gyro Bottle open Multi-function tool

## Basic Information

Company Name:
Business Type:
Location: Henan, China (Mainland)
Year Established: May 2016
Main Product(s)/Service: EMS;DHL;CHINA AIR MAIL;Outdoor EDC;free shipping;Titanium;TC4;Key ring;2017;Gyro

## Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

| Review Your Orders | Payment | Success |
|---|---|---|

## Review Your Shipping Address

Ship To:                                                    Add New Address

██████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

.

📞 ████████

Edit

## Review & Confirm Your Order



| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: ljz88049

KTM team Cycling Sleeveless...    Size: xs    Color: 06    [1] Piece    US $32.19 /Piece    US $32.19    ePacket ▾

US $7.19
Delivery: Estimated between 8-30 (seller ships within 4 business days)

**Add remark to seller**                                    Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:    US $32.19
Shipping Cost:    US $7.19
Order Total:    US $39.38

## Choose Your Payment Method



○ Credit or Debit Card   VISA  Discover  JCB  mastercard

◉ Other Payment Method

« Back to Cart

Item Subtotal(1 items):    US $32.19
Shipping Cost:    US $7.19
**Grand Total:**    **US $39.38**

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.



Buyer Protection | Customer Service ˅ | United States / USD ˅ | English ˅



DHgate

lJz88049 ˅
99% Positive Feedback

I'm shopping for...    On DHgate | In this Store

🛒 1

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home ˃ All Categories ˃ Sports & Outdoors ˃ Cycling ˃ Cycling Jerseys ˃ Cycling Jersey Sets ˃ **Product detail**



Compare with similar Items

KTM Team selling 2018 Cycling Short Sleeves jersey (bib) shorts sets Clothing Mountain Bike Wear Outdoor Sportswear c2912

| USD ˅ | **$32.19** | $30.59 | $26.60 | $25.20 |
|---|---|---|---|---|
| | ~~$57.49~~ | ~~$54.62~~ | ~~$47.50~~ | ~~$45.00~~ |
| | 1 Piece+ | 5 Pieces+ | 7 Pieces+ | 10 Pieces+ |

Sale Detail: **44% OFF**
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Size:    Choose an Option ˅

Color:          

Quantity:    − 1 +    Piece    16200 in Stock ( Stock in 🇨🇳 CN )

Shipping:    **$10.78** to United States Via ePacket ˅
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification ⓘ

**Buy it Now**    **Add to Cart**    ♡ Add to Favorite ˅

Seller Guarantee:    🛡 Return Policy    On-time Delivery in 30 Days

Secure Payment:    [payment logos]

## Customers Who Bought This Item Also Bought

    

| | | | | |
|---|---|---|---|---|
| 2019 Pro Cartoon Team Cycling Jersey Short 9D set MTB Bike | 2019 New EF Education First Cycling Jersey Set Summer | 2019 Fashion High Quality TOP brand Eyewear Sunglasses | Cycling Unisex Magic Head Face Protective Mask Neck Gaiter | Unisex Mouth Mask Wholesale Washable PM2.5 Mask Custom | US STOCK Designer Masks Cycling Face Masks Reusable |
| US $16.33 - 34.13 / Piece | US $13.63 - 30.95 / Piece | US $7.64 - 10.42 / Piece | US $0.63 - 0.86 / Piece | US $0.27 - 0.75 / Piece | US $0.26 - 0.37 / Piece |
| | | | $20 OFF $2,000+ | $2 OFF $30+ | $14 OFF $500+ |

## More Choices

     

| | | | | | |
|---|---|---|---|---|---|
| 00 Carmelo Anthony 8 24 33 Basketball Jersey Lebron 23 | Bam 13 Jimmy Tyler 22 Butler 14 Herro Adebayo Basketball | Jimmy Tyler Butler 22 Herro Miami Heat Dwayne Dwyane | Miami Heat 22 Dwayne Dwyane 3 Wade Jimmy Tyler Butler | Giannis Donovan Antetokounmpo Mitchell Jersey | 17 Josh Allen 14 Stefon Diggs Tre'Davious White Buffalo |
| US $8.26 - 14.60 / Piece | US $12.18 - 14.60 / Piece | US $16.34 - 19.58 / Piece | US $14.10 - 16.90 / Piece | US $12.18 - 14.60 / Piece | US $15.77 - 18.90 / Piece |

Item Description                                                                    Report Item



🛡 Buyer Protection | Customer Service ⌄ | 🇺🇸 United States / USD ⌄ |  English ⌄

# DH<span>g</span>ate


ljz88049 ⌄
👍 99% Positive Feedback

☰  I'm shopping for...   🔍 On DHgate | In this Store     👤  🛒 1

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Sports & Outdoors > Cycling > Cycling Jerseys > Cycling Jersey Sets > **Product detail**



Compare with similar Items

## KTM team Cycling Sleeveless jersey Vest (bib)shorts sets 2018 spring new cycling clothes mountain bike wear quick dry comfort c2201

★★★★☆  **1 Review**

| USD ⌄ | **$32.19**<br>~~$57.49~~<br>1 Piece+ | **$28.00**<br>~~$50.00~~<br>6 Pieces+ | **$26.60**<br>~~$47.50~~<br>10 Pieces+ | **$25.20**<br>~~$45.00~~<br>20 Pieces+ |
| --- | --- | --- | --- | --- |

**Sale Detail:** **44% OFF**
🎁 Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

**Size:**  Choose an Option ⌄

**Color:**      

**Quantity:**  −  1  +   Piece    16199 in Stock ( Stock in: 🇨🇳 CN )

**Shipping:**  **$7.19** to United States Via ePacket ⌄
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification ⓘ

| **Buy it Now** | **Add to Cart** | ♡ Add to Favorite ⌄ |
| --- | --- | --- |

**Seller Guarantee:** 🛡 Return Policy  🛡 On-time Delivery in 30 Days

**Secure Payment:** [payment logos]

## Customers Who Bought This Item Also Bought


2019 Pro Cartoon Team Cycling Jersey Short 9D set MTB Bike
US $16.33 - 34.13 / Piece


2019 New EF Education First Cycling Jersey Set Summer
US $13.63 - 30.95 / Piece


2019 Fashion High Quality TOP brand Eyewear Sunglasses
US $7.64 - 10.42 / Piece


Cycling Unisex Magic Head Face Protective Mask Neck Gaiter
US $0.73 - 0.86 / Piece
$20 OFF $2,000+


Unisex Mouth Mask Wholesale Washable PM2.5 Mask Custom
US $0.27 - 0.75 / Piece
$2 OFF $30+


US STOCK Designer Masks Cycling Face Masks Reusable
US $0.26 - 0.37 / Piece
$14 OFF $500+

## More Choices


00 Carmelo Anthony 8 24 33 Basketball Jersey Lebron 23
US $8.26 - 14.60 / Piece


Bam 13 Jimmy Tyler 22 Butler 14 Herro Adebayo Basketball
US $12.18 - 14.60 / Piece


Jimmy Tyler Butler 22 Herro Miami Heat Dwayne Dwayne
US $16.34 - 19.58 / Piece


Miami Heat 22 Dwayne Dwayne 3 Wade Jimmy Tyler Butler
US $14.10 - 16.90 / Piece


Giannis Donovan Antetokounmpo Mitchell Jersey
US $12.18 - 14.60 / Piece


17 Josh Allen 14 Stefon Diggs Tre'Davious White Buffalo
US $15.77 - 18.90 / Piece

**Item Description** | Customer Reviews (1)                    Report Item





 

# DHgate

logossou ⌄
87.5% Positive Feedback

[ I'm shopping for... ]   🔍 On DHgate    In this Store

👤    🛒²

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Apparel > **Product detail**







Compare with similar Items

**KTM** speed surrender off-road T-shirt polyester quick-drying cycling jersey top men's long-sleeved summer mountain bike off-road motorcycle c

| USD ⌄ | **$20.62** ~~$21.71~~ 1 Piece+ | $20.40 ~~$21.47~~ 2 Pieces+ | $20.16 ~~$21.22~~ 5 Pieces+ | $16.18 ~~$17.03~~ 10 Pieces+ | $14.75 ~~$15.53~~ 20 Pieces+ | ‹ › |

📱 App Only  $14.08 - $20.41 ⌄

Sale Detail:    5% OFF
🎁 Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Size:    [ Choose an Option ⌄ ]

Options:      ³  

Quantity:    [ − 1 + ]  Piece    Maximum 100 Piece(s)

Shipping:    **$3.43** to United States Via ePacket ⌄
Estimated delivery time: Jan. 8 and Jan. 30, ships out within 60 business days
Logistics Delay Notification ⍰

[ Buy it Now ]    [ Add to Cart ]    ♡ Add to Favorite ⌄

Seller Guarantee:    🛡 Return Policy    🛡 On-time Delivery in 30 Days

Secure Payment:    [payment logos]

## Customers Who Bought This Item Also Bought

‹


Formula 1 Renault Renault F1 Team 2020 short sleeve French
US $17.81 - 21.38 / Piece


F1 Renault Renault 2019 Ricardo Rider T-shirt short
US $11.76 - 17.06 / Piece


Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece


Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $13.81 - 18.34 / Piece


WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T-
US $16.58 - 20.38 / Piece


ktm summer new MOTO GP motorcycle off-road riding T-
US $12.78 - 17.13 / Piece

›

## More Choices

‹


Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14
US $454.28 - 588.55 / Set


Body+Tank For YAMAHA YZF R 6 YZF 600 YZF600 YZFR6 06 07
US $323.22 - 418.75 / Set


Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001
US $323.22 - 418.75 / Set


Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05
US $346.54 - 448.96 / Set


Car Body Scratch Swirl Remover Wax Automotive Vehicle Body
US $2.27 - 4.56 / Piece


Universal Car Streeling Steering Wheel Cradle Holder SMART
US $0.66 - 2.99 / Piece
$5 OFF $100+



| | |
|---|---|
| Item Description | Report Item |

Brand: Other Type: Quick-drying short sleeve Size: XS S M L XL XXL XXXL XXXXL XXXXX XXXXXL Color classification: as shown in the application season: summer

## Specifications

| | |
|---|---|
| Style: | Shirts & Tops |
| Material: | Spandex / Polyester |
| Feature: | Plus Size Quick Dry |
| Color: | same photo |
| Gender: | Unisex |
| Item Code: | 559019721 |
| Category: | **Motorcycle Apparel** |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

**XS (recommended weight 50-58kg or so)**

**S (recommended weight about 58-68KG)**

**M (recommended weight about 68-77KG)**

**L (recommended weight 76-85KG or so)**

**XL (recommended weight 85-95KG or so)**

**XXL (recommended weight 95-110KG or so)**

**XXXL (recommended weight about 110-120KG)**

**This size is for reference only**

**Please choose the size according to your height and weight, or contact cust omer service, we will be happy to help you.**

**Dear buyer, please refer to the details. All the pictures can be customized. If you ha please feel free to contact customer service! Thanks !!!**











Case 1:20-cv-06677-Document 1 filed 11/30/20 Page 77 of 170 PageID #2912



Less Description ⌃

## Sponsored Products You May be Interested In More Choice



Multi-functional Cleaning Soft Clay Gel Keyboard Cleaning

US $1.01 - 2.40 / Piece



Chicago Los Bulls Angeles Basketball Shorts Just Memphis

US $16.34 - 19.58 / Piece



2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece



Just Bulls Toronto Basketball Chicago Don Raptors

US $16.43 - 19.69 / Piece



Cycling Eyewear OO9401 glasses Men Fashion Polarized

US $17.20 - 22.65 / Piece



Xiaomi Router AX1800 Qualcomm Five-core WiFi6 2,4G

US $48.36 - 59.50 / Piece

$3 OFF $100 +

## Compare with similar Items



| | | | | | |
|---|---|---|---|---|---|
| | KTM speed surrender off-road T-shirt polyester quick-drying cycling jersey top men's long- | IRONRIDE 2020 Motorcycle Jacket Men Jaqueta Motociclista Waterproof Riding Racing Moto | For KTM DUKE 125 200 390 Graphics Backgrounds Stickers Kit Decal | Motorcycle cover helmet motorbike funny heeds red yellow white For outdoor | Car modification 25"x 5" Universal Car Kit Rear Bumper Cover Trim Shark Fin Spoiler L |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $14.23 - 20.62 / Piece | US $101.76 - 245.56 / Piece<br>Per $100 Save $2 | US $46.28 - 55.98 / Set | US $32.23 - 36.65 / Piece<br>$2 OFF $39 + | US $19.10 - 34.29 / Piece |
| Min. Order | 1 Piece | 1 Piece | 1 Set | 1 Piece | 1 Piece |
| Customer Rating / Order | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0    3 Orders | ☆☆☆☆☆ 0    1 Order | ☆☆☆☆☆ 0 | ★★★★★ 5.0    12 Orders |
| Shipping Cost | US $4.38 | | | | Free Shipping |
| Shipping method | China Post Air Mail | | | | China Post Air Mail |
| Estimated Delivery Time | Jan. 10 and Mar. 24 | | | | Oct. 24 and Jan. 5 |
| Seller Guarantee | ✓ Guaranteed Service | ✓ Guaranteed Service | ✓ Guaranteed Service | ✓ Guaranteed Service | ✓ Guaranteed Service |

| Store | Shop by logossou 87.5% Positive Feedback | Shop by pantine02 94.5% Positive Feedback | Shop by moto_pro 100% Positive Feedback | Shop by motorcars 97% Positive Feedback | Shop by geryoun 97% Positive Feedback |

## Related Promotion

mx jersey xxl   motorcycle reflective jacket   pump racing   jacket body protector   motorcycle riding pads   white yellow clothes for summer   resistance clothing   riding pants

women's riding jeans   clothing protectors

## Related Keywords

jacket motorbike   panama   motorcycle jacket   racing suits for motorcycles   racing suit xl   motorcycle pants racing suits   racing green suit   winter racing suit   car racing suits

car racing suit

## You May Also Like



2020 2021 Real Madrid Men Football Training Suits 20 21

US $24.42 - 29.27 / Piece



Wedges Shoes For Women Sandals Plus Size High Heels

US $15.08 - 22.76 / Pair



Hot Magnetic Liquid Eyeliner & Magnetic False Eyelashes &

US $0.07 - 4.58 / Lot



2019 oversized frameless sunglasses women retro

US $5.33 - 8.65 / Piece



Jumpman 1 Basketball Shoes Athletics Sneakers Running

US $5.70 - 51.17 / Pair



Air Purifying Face Mask Anti Dust Fog Face Mouth Filter

US $0.27 - 0.54 / Piece



Luxury MILLIONAIRE Sunglasses for men full frame

US $9.69 - 13.67 / Piece



hot sell Men new Luxury Jackets Coat Luxury Sweatshirt Hoodie

US $17.26 - 22.76 / Piece



Olympique de Marseille Soccer jersey 2020 2021 OM Marseille

US $10.19 - 14.67 / Piece



Women Shoulder Bag Leisure Crossbody Chain Bags Fashion

US $20.63 - 25.10 / Piece



700 Wave Runner Reflective Kanye Mens Running Shoes

US $27.33 - 61.68 / Pair



Lady Watch 2020 Golden Diamond Watch Lady Famous

US $13.43 - 20.64 / Piece



Full Screen Goophone N10+ N10 Plus MTK6580 Quad Core

US $82.20 - 103.90 / Piece



2019 us business brand thin checked shirt, fashion designer

US $22.34 - 34.26 / Piece



Womens Shirt Tied Neck Chain Print Casual Shirt Long Sleeve

US $12.91 - 15.38 / Piece



Men Women 3D Print Tupac 2pac T-shirt Short sleeve O-

US $13.98 - 16.48 / Piece



NEW mans designer jacket High Quality Long Sleeve Shirts

US $0.01 - 108.03 / Piece



Women Bag Original Box Date code Handbag Purse clutch

US $41.35 - 52.18 / Piece



Hot Sale Fashion Shoulder Bags Women Chain Crossbody Bag

US $26.12 - 31.34 / Piece



Outdoor Pet Dog Harnesses Classic Pattern Fashion

US $8.13 - 13.64 / Set











2020 New Top Cream Sail Black Cat White Cement Men Women

US $9.30 - 114.59 / Pair

Mens clothing Hoodie Light Fleece Sweatshirts Fashion

US $7.57 - 8.92 / Piece

Women Designer Boots Martin Desert Boot Flamingos Love

US $73.87 - 92.73 / Pair

New Mouth ice Mask Anti Dust Face Cover PM2.5 Respirator

US $0.21 - 0.31 / Piece

Hot Sales Shirt Luxury Design Male Summer Turn-Down

US $11.75 - 13.86 / Piece



Astroworld Rapper Hip Hop Hoodies Casual Hooded

US $47.26 - 56.63 / Piece



2020 fashion sports black buffalo horn glasses men

US $17.20 - 21.47 / Piece



Glass Water Pipes Gun Smoking Pipe Water Bong Oil Rig

US $20.30 - 24.83 / Piece



Basketball Shoes Mens Trainers Jumpman 11s 25th Anniversary

US $40.05 - 51.09 / Pair



Fashion simple notes ECG heart frequency collarbone necklace

US $0.40 - 0.69 / Piece



KN95 Mask Factory 95% Filter colorful mask Activated Carbon

US $0.03 - 0.59 / Piece



in stock 10Pcs retail packaging 3-12 years Kids mask face Mask

US $0.13 - 0.19 / Piece



Autumn And Winter Design New Couples Jacket Hoodie

US $36.19 - 50.30 / Piece



Newest imported materials polarized European brand

US $7.62 - 13.05 / Piece



Winter Outerwear Top Quality Men's MEAFORD RAIN 3M

US $1.70 - 100.00 / Piece



Woman bag Cross body fashion lady Tote handbags purse

US $50.68 - 62.74 / Piece

## Wholesale Motorcycle Apparel

- Wholesale motorcycle jack
- Wholesale man motorcycle jacket
- Wholesale sell online
- Wholesale jacket bikers
- Wholesale jackets for motorcycles

## Related Categories

**Men's Clothing**

See Top 100 in Best Seller >
Men's Hoodies & Sweatshi...
Men's Sweaters
Men's Tracksuits
Men's Pants

**Women's Clothing**

Women's Sweaters
Women's Hoodies & Sweat...
Women's Blouses & Shirts
Women's Tracksuits

**Fashion Bags**

Shoulder Bags
Cross Body
Totes
Backpack Style

**Bracelets**

Charm Bracelets
Bangle
Link, Chain
Cuff

**Hats, Scarves & Gloves**

Scarves & Wraps
Gloves & Mittens
Scarf, Hat & Glove Sets
Hats & Caps

Bookmark & Share           

Help improve your experience on DHgate.com, Please tell us what you think about this page.

           

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

  

LOCAL WAREHOUSE Estimated arrival in 3+ days **shop now**

Customer Service ⌄ | Drop shipping | Save more |  United States / USD ⌄ |  English ⌄

 | I'm shopping for... | 🔍 | Hi, Sign in My DHgate ⌄ | ♡ | 🕐 | 🛒 2

| ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

## Seller Information

**Logossou**
70 Transactions
87.5% Positive Review ?
Henan, China (Mainland)
11:37 AM Fri Oct 2 Now
Member since Apr 2020

Recommend seller to friends

### Review Score:6

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| 🟢 Positive | 7 | 7 | 7 | 7 |
| 🟡 Neutral | 4 | 4 | 4 | 4 |
| 🔴 Negative | 1 | 1 | 1 | 1 |

### Service Detail Score (Mainly Industry : --)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | --/-- | -- | -- |
| Communication | --/-- | -- | -- |
| Delivery time | --/-- | -- | -- |
| Shipping charges | --/-- | -- | -- |

**Reviews Received** | Reviews Sent

Reviews: Negative ⌄     Dates: All ⌄

F1 Renault Renault 2019 Ricardo driver's T-shirt short-sleeved racing suit Infiniti polyester quick-drying
Item code: 556150414
★☆☆☆☆ By:Jérôme Soha****lone Dubois 🇫🇷 09 28,2020
Product reviews: pas top
helpful ( 0 ) unhelpful ( 0 )

Fox speed surrender, polyester quick-drying summer cycling jersey, long-sleeved racing jersey, off-road
Item code: 557177795
★★☆☆☆ By:ⁱⁱ***⋄ 🇯🇵 09 15,2020
Product reviews: Unsatisfied
helpful ( 0 ) unhelpful ( 0 )

F1 Renault polyester quick-drying Renault F1 Team Ricciardo 2020 T-Shirt team short sleeve French cock
Item code: 556224430
★☆☆☆☆ By:roma****110 🇫🇷 09 02,2020
Product reviews: Taille trop grand
helpful ( 0 ) unhelpful ( 0 )

< 1 >   Go to page: 1 GO

Bookmark & Share









DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

**Logossou** Add To Favorite Stores ( 4 )

**87.5%** Positive Feedback **70** Transactions

Online Chat Message Seller

Share

KTM | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Quick-drying clothes (2)
- Racing pants (1)
- gloves for motorcycle (1)
- Racing suit quick-dryin... (1)

**5** matching products found for KTM

Sort by: Bestselling | Price | Best Match | Price: $ - $ Go | Page 1/1

KTM speed surrender off- road T- shirt polyester quick- drying ...
Ships out within 60 business days
**US $14.24 - 20.63** / Piece
~~US $14.98 - 21.71~~
Free Shipping
Add to Cart

2020 new SHIFT KTM motorcycle off- road suit TLD venue forest...
Ships out within 60 business days
**US $77.22 - 93.26** / Piece
~~US $81.28 - 98.16~~
Free Shipping
Add to Cart

Free shipping new KTM off- road pants race forest road crossi...
Ships out within 60 business days
**US $63.01 - 81.42** / Piece
~~US $66.32 - 85.70~~
Free Shipping
Add to Cart

KTM speed surrender cycling jersey jacket men' s short- s...
Ships out within 60 business days
**US $14.63 - 20.62** / Piece
~~US $15.40 - 21.70~~
Free Shipping
Add to Cart

Motocross gloves racing KTM gloves forest road field profess...
Ships out within 60 business days
**US $16.07 - 22.67** / Piece
~~US $16.91 - 23.86~~
Free Shipping
Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | Cart

LOGO Factory

Logossou

Add To Favorite Stores ( 4 )

87.5% Positive Feedback 70 Transactions

Online Chat Message Seller

Share

In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

### Basic Information

Company Name:

Business Type:

Location: Henan, China (Mainland)

Year Established: Apr 2020

Main Product(s)/Service:

### Contact Us

Online Chat Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

# DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| **Review Your Orders** | Payment | Success |

## Review Your Shipping Address

Ship To:                                                    Add New Address

[REDACTED] (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 [REDACTED]

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: logossou



KTM speed surr ender off-road...

Size: M
Options: 3

1 Piece

US $20.62 /Piece

US $20.62

ePacket ▼

**US $3.43**
Delivery: Estimated between 8-30 (seller ships within 60 business days)

**Add remark to seller**                                    Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:     US $20.62
Shipping Cost:     US $3.43
Order Total:       **US $24.05**

## Choose Your Payment Method

○ Credit or Debit Card      VISA  Discover  🏦  mastercard

⦿ Other Payment Method

« Back to Cart

Item Subtotal(1 items):     US $20.62
Shipping Cost:              US $3.43
**Grand Total:**            **US $24.05**

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**



Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.



 Buyer Protection | Customer Service ⌄ | 🌐 United States / USD ⌄ | 🌐 English ⌄


logossou ⌄
87.5% Positive Feedback

≡ | I'm shopping for... | 🔍 On DHgate | In this Store | 👤 | 🛒 2

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us | **Product detail**

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Apparel > Product detail









Compare with similar Items

### Free shipping new KTM off-road pants race forest road crossing rally pants cowhide motorcycle racing pants

| USD ⌄ | **$81.42**<br>~~$85.70~~<br>1 Piece+ | $81.20<br>~~$85.47~~<br>2 Pieces+ | $74.01<br>~~$77.90~~<br>4 Pieces+ | $73.80<br>~~$77.68~~<br>5 Pieces+ | $65.29<br>~~$68.73~~<br>10 Pieces+ |
|---|---|---|---|---|---|

App Only   $62.34 - $80.56 ⌄

Sale Detail:   **5% OFF**
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Size:   Choose an Option ⌄

Options:       

Quantity:   − 1 +   Piece   Maximum 100 Piece(s)

Shipping:   **$3.43** to United States Via ePacket ⌄
Estimated delivery time: Jan. 8 and Jan. 30, ships out within 60 business days
Logistics Delay Notification ⓘ

| Buy it Now | Add to Cart | ♡ Add to Favorite ⌄ |
|---|---|---|

Seller Guarantee:   🔒 Return Policy   On-time Delivery in 30 Days

Secure Payment:        

## Customers Who Bought This Item Also Bought








Formula 1 Renault Renault F1 Team 2020 short sleeve French
US $17.81 - 21.38 / Piece

F1 Renault Renault 2019 Ricardo Rider T-shirt short
US $11.76 - 17.06 / Piece

Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle
US $29.80 - 36.32 / Piece

Summer Honda REPSOL Racing POLO Shirt Cavalier Team
US $13.81 - 18.34 / Piece

WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T-
US $16.58 - 20.38 / Piece

ktm summer new MOTO GP motorcycle off-road riding T-
US $12.78 - 17.13 / Piece

## More Choices








Injection Body For YAMAHA YZF R1 1000 YZF-R1 15 16 17
US $330.46 - 428.13 / Set

Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14
US $454.28 - 588.55 / Set

Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07
US $323.22 - 418.75 / Set

Injection For Aprilia RS-125 RS4 RS125 06 07 08 09 10 11
US $369.05 - 478.13 / Set

Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001
US $323.22 - 418.75 / Set

Body +Tank For HONDA CBR1000 RR CBR 1000 RR 08 09
US $323.22 - 418.75 / Set

10/2/2020 Motocross Gloves Racing KTM Gloves Forest Road Field Professional Motorcycle Riding Fall Resistant Gloves From Logossou, $16.06| DHgate.Com

Case 1:20-cv-06677 Document #: 17 Filed: 11/10/20 Page 85 of 170 PageID #:2929



🛡 Buyer Protection | Customer Service ⌄ | 📍 United States / USD ⌄ | 🌐 English ⌄

**DHgate**

 logossou ⌄
87.5% Positive Feedback

I'm shopping for...    🔍  On DHgate    In Store

👤   🛒 2

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > Product detail








Compare with similar Items

### Motocross gloves racing KTM gloves forest road field professional motorcycle riding fall-resistant gloves



| | | | | | |
|---|---|---|---|---|---|
| USD ⌄ | **$22.67** ~~$23.85~~ 1 Piece+ | $22.44 ~~$23.62~~ 2 Pieces+ | $22.18 ~~$23.35~~ 5 Pieces+ | $18.27 ~~$19.23~~ 10 Pieces+ | $16.65 ~~$17.53~~ 18 Pieces+ |

App Only  $15.90 - $22.43 ⌄

Sale Detail:  **5% OFF**
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Color :    ( same photo )

Size :    Choose an Option ⌄

Options :     

Quantity :    ⊖ 1 ⊕  Piece    Maximum 100 Piece(s)

Shipping :   **$3.43** to United States Via ePacket ⌄
Estimated delivery time: Jan. 8 and Jan. 30, ships out within 60 business days
Logistics Delay Notification ⓘ

[ Buy it Now ]    [ Add to Cart ]    ♡ Add to Favorite ⌄

Seller Guarantee:   🛡 Return Policy   ⏱ On-time Delivery in 30 Days

Secure Payment:   💳 mastercard  VISA  💳  DISCOVER  💳  💳  💳  💳  💳  ✓  PCI

## Customers Who Bought This Item Also Bought


Applicable to Yamaha Cross Country Mountain Bike MX
US $14.07 - 16.00 / Piece


New team version cross country gloves MX motorcycle
US $10.73 - 14.36 / Piece


Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike
US $12.07 - 15.43 / Pair


Retro Pursuit Perforated Real Leather Motorcycle Gloves
US $15.13 - 17.21 / Piece


Best selling KTM MOTO downhill mountain bike men's
US $9.80 - 11.14 / Piece


KTM Motorcycle gloves Luva Motoqueiro Guantes Moto
US $6.04 - 9.72 / Pair

## More Choices


Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14
US $454.28 - 588.55 / Set


Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07
US $323.22 - 418.75 / Set


Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001
US $323.22 - 418.75 / Set


Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05
US $346.54 - 448.96 / Set


Car Body Scratch Swirl Remover Wax Automotive Vehicle Body
US $2.27 - 4.56 / Piece


Universal Car Streeling Steering Wheel Cradle Holder SMART...
US $0.66 - 2.99 / Piece
$5 OFF $100+



🛡 Buyer Protection ⌄     Customer Service ⌄     📦 Drop shipping ⌄     🌐 United States / USD ⌄     🌐 English ⌄

**DHgate**

lovechina1975 ⌄
97.3% Positive Feedback

I'm shopping for...    🔍 On DHgate    In this Store

👤    🛒 2

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Apparel > Men's Clothing > Men's Tracksuits > **Product detail**



**Thermal Fleece**



Compare with similar items

2020 NEW KTM Fashion Winter Thermal Fleece Cycling Long Sleeve Jersey Cycling Racing MTB Maillot Bike Bib Long Pants Set free shipping

2 Transactions

| USD ⌄ | $38.38 | $37.28 | $33.12 | $32.14 |
|---|---|---|---|---|
| | $43.12 | $41.89 | $37.21 | $36.11 |
| | 1 Piece+ | 2 Pieces+ | 9 Pieces+ | 20 Pieces+ |

App Only    $30.32 - $37.95 ⌄

Sale Detail:   11% OFF   ⏱ 07 days left
Buy it now, you will save $3 when you apply below promotions
🎁 New User Save $3

Size:     Choose an Option ⌄

Color:           More +

Quantity:   ⊖  1  ⊕   Piece    Maximum 100 Piece(s)

Shipping:   $5.99 to United States Via China Post Air Mail ⌄
Estimated delivery time: Oct. 29 and Nov. 19, ships out within 5 business days
Logistics Delay Notification ?

[ Buy it Now ]    [ Add to Cart ]    ♡ Add to Favorite ⌄

Seller Guarantee:   🛡 Return Policy    🕐 On-time Delivery in 35 Days

Secure Payment:   [payment logos]

## Customers Who Bought This Item Also Bought


Men Designer Hoodies Pants Set Hooded Tracksuit Mens
US $18.04 - 21.27 / Piece


Designer Tracksuit 2018 Best Version Spring Autumn Mens
US $83.77 - 98.82 / Piece


sweatsuit Designer Tracksuit Hoodie Sweatshirts Black White
US $14.53 - 17.14 / Piece


2019 new Mens Designer Tracksuit Brand Tracksuit
US $44.77 - 67.90 / Piece
$10 OFF $359+

Designer Tracksuit Men Luxury Sweat Suits Autumn Brand
US $18.65 - 22.00 / Piece

2019 us business brand thin checked shirt, fashion designer
US $22.34 - 34.26 / Piece

## More Choices

Private gift G-string 10pcs sexy lingerie lady transparent Thong
US $17.06 - 20.58 / Lot

Chicago Los Bulls Angeles Basketball Shorts Just Memphis
US $16.34 - 19.58 / Piece

2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece

17 Josh Allen 14 Stefon Diggs Tre'Davious White Buffalo
US $15.77 - 18.90 / Piece

Item Description        Transaction History (2)                                                                                                                    Report Item

Please don&#039;t hesitate to contact us if you have any questions or concerns before or after your purchase. We are committed to your 100% satisfaction

## Specifications

| | |
|---|---|
| Gender: | Men |
| Type1: | Cardigan |
| Collar: | Lapel Neck |
| Waist Type: | Mid |
| Pant Length: | Knee-Length |
| Sleeve Length: | Long Sleeve |
| Closure Type: | None |
| Material: | 100% Cotton |
| Pattern Type: | Floral |
| Decoration: | Print |
| Sleeve Style : | Regular |
| Athletics : | Dance |
| Type : | Asymmetric Length |
| Style : | Fashion |
| Fabric Type : | Knitted Satin Terry Broadcloth Jersey Oxford |
| Clothing Length : | Regular |
| Clothing Length : | Regular |
| Item Code: | 494405105 |
| Category: | Men's Tracksuits |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### Manual measurement, there will be 1 -- 3 cm error, please accept it.

**1. Please kindly noted that, below are Asian size, please take a look at the detailed measurement in size table.**

**2. The size chart above refers to clothing dimensions, NOT your body measur**

**3. If your measurements happen to be between two sizes, please choose the next bigger one.**

**4. Please allow 1-3CM differences due to manual measurement.Color may be little different due to monitor, thanks for your**

**understanding!**

**5. If you do not know how to choose the size. Please tell me your height and weight**

**6.If you want to see more detailed pictures please contact us.**

## Size Chart

| Jersey(cm) | 2XS | XS | S | M | L | XL | 2XL | 3XL | 4XL | 5XL |
|---|---|---|---|---|---|---|---|---|---|---|
| Chest Circumference | 80 | 86 | 92 | 98 | 104 | 110 | 116 | 122 | 128 | 134 |
| Back Length | 64 | 66 | 68 | 70 | 72 | 74 | 76 | 78 | 80 | 82 |
| Front Length | 50 | 52 | 54 | 56 | 58 | 60 | 62 | 64 | 66 | 68 |
| Sleeve Length | 68 | 70 | 72 | 74 | 76 | 78 | 80 | 82 | 84 | 86 |
| Pants(cm) | 2XS | XS | S | M | L | XL | 2XL | 3XL | 4XL | 5XL |
| Waistline Relaxation | 58 | 60 | 62 | 64 | 66 | 68 | 70 | 72 | 74 | 76 |
| Waistline Stretching | 80 | 82 | 84 | 86 | 88 | 90 | 92 | 94 | 96 | 98 |
| Inside Length | 58 | 60 | 62 | 64 | 66 | 68 | 70 | 72 | 74 | 76 |
| Outside Length | 92 | 94 | 96 | 98 | 100 | 102 | 104 | 106 | 108 | 110 |
| Suitable height | 150~155 | 155~160 | 160~165 | 165~170 | 170~175 | 175~180 | 180~185 | 185~190 | 190~195 | 195~ |
| Suitable weight | ~40 | 40~50 | 50~55 | 55~65 | 65~70 | 70~75 | 75~80 | 80~85 | 85~90 | 90~ |





**|** DESCRIPTION

**|** CUSTOMER SATISFACTION

Please don't hesitate to contact us if you have any questions or concerns before or after your purchase. We are committed to your 100% satisfaction.

**|** PAYMENT

There are many payment methods available on DHgate.com such as credit cards, real-time bank transfers, offline payments (bank transfers and Western Union). You can choose a method which is the most convenient for you. To protect your interests, your payment will be temporarily held by DHgate, and will not be released to us until you receive your order and are satisfied with it.

**|** SHIPPING

1. Shipping cost: Click &ldquo;Shipping and payment&rdquo; tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

2. Time in transit: Transit time varies with different shipping methods.

| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
| DHL | 2-4 days | www.dhl.com |
| FedEx Express | 2-4 days | www.fedex.com |
| ups | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| Hongkong Post | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

**|** RETURN POLICY

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.

**|** FEEDBACK

Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute. Thank you!

<div align="center">

Less Description ⌃

</div>

Sponsored Products You May be Interested In More Choice











Private gift G-string 10pcs sexy lingerie lady transparent Thong

US $17.06 - 20.58 / Lot

Chicago Los Bulls Angeles Basketball Shorts Just Memphis

US $16.34 - 19.58 / Piece

2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece

17 Josh Allen 14 Stefon Diggs Tre'Davious White Buffalo

US $15.77 - 18.90 / Piece

## Compare with similar Items



| | 2020 NEW KTM fashion Winter Thermal Fleece Cycling Long Sleeve Jersey Cycling Racing | 2019 Gyms New tracksuit men pants Sets Fashion Sweatshirt sweat suits heren kleding | High Street Washed Destroyed Jean Upper Body Hole Inside Zipper Men's Self-cultivation | Women designer sweatsuits two piece sets V-neck t-shirts hole pants S-2XL Letter Printed | 2019 Parajumpers mens Down Parkas new thick warm and windproof waterproof long |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $30.67 - 38.38 / Piece | US $37.36 - 44.06 / Piece | US $21.75 - 26.36 / Piece | US $9.63 - 12.40 / Piece | US $24.22 - 28.57 / Piece |
| | | $2 OFF $39 + | $2 OFF $39 + | | |
| | | $90 Save $2 | $90 Save $2 | | |
| Min. Order | 1 Piece | 1 Piece | 1 Piece | 20 Pieces | 1 Piece |
| Customer Rating / Orders | 0    2 Orders | 5.0    21 Orders | 2.0    7 Orders | 2.0    34 Orders | 0    469 Orders |
| Shipping Cost | US $5.99 | Free Shipping | Free Shipping | Free Shipping | Free Shipping |
| Shipping method | China Post Air Mail | ePacket | ePacket | DHL | ePacket |
| Estimated Delivery Time | Oct. 29 and Nov. 19 | Oct. 21 and Nov. 12 | Oct. 22 and Nov. 13 | Nov. 1 and Nov. 4 | Nov. 27 and Dec. 19 |
| Seller Guarantee | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service |
| Store | Shop by lovechina1975 97.3% Positive Feedback | Shop by yujian18 96.9% Positive Feedback | Shop by hellogoodgirl 92.4% Positive Feedback | Shop by tasa11 94.9% Positive Feedback | Shop by wenyun999 100% Positive Feedback |

## Related Promotion

mexico training suit    short sleeve suit jackets men    summer jerseys club    maillots psg    knit tracksuit    mens sweater suits    mens short sleeve tracksuits    set suit skull print

men sweat suit sets    stock football jerseys

## Related Keywords

coat men    sports coats men    men sport coat    men high fashion coats    men fall coat    one coat for men    pop man coat    grey trench coat men    men coats    men dressing coat pant

## You May Also Like











New team version cross country gloves MX motorcycle

US $10.73 - 14.36 / Piece

MOTO GP motorcycle quick-drying shirt T-shirt Renault

US $15.18 - 18.49 / Piece

Summer Honda REPSOL Racing POLO Shirt Cavalier Team

US $13.81 - 18.34 / Piece

2020 new summer cross-country motorcycle riding

US $13.75 - 17.47 / Piece

Best selling KTM MOTO downhill mountain bike men's

US $9.80 - 11.14 / Piece



10/6/2020　　　2020 2020 NEW 2020 new Ktm Fashion Winter Thermal Fleece | Men's Sportswear | clothing from vechina1975, $30.67 | DHgate.Com

Case 1:20-cv-06677 Document 1-7 Filed 11/10/20 Page 90 of 170 PageID #: 2925


For KTM Racing Team Motorcycle Long Sleeve T-Shirt
US $12.67 - 39.20 / Piece


Brand Mens & Women's Cycling Gloves Breathable Summer
US $6.40 - 11.06 / Pair

New summer MOTO GP motorcycle off-road riding T-
US $12.66 - 17.01 / Piece


ktm summer new MOTO GP motorcycle off-road riding T-
US $12.78 - 17.13 / Piece


2020 special offer new motorcycle riding pants
US $48.15 - 56.59 / Piece


TKOSM Universal Motorcycle Exhaust Modify Akrapovic
US $26.59 - 46.86 / Piece


KTM Motorcycle gloves Luva Motoqueiro Guantes Moto
US $6.04 - 9.72 / Pair


Brand Bags-KTM Sports Bags cycling bags motorcycle
US $26.37 - 29.99 / Piece


Summer mesh breathable racing suit knight off-road
US $79.75 - 98.99 / Piece


New Racing Riding Pack Bags Shoulder Bag Ktm Motocross
US $23.32 - 33.15 / Piece


New Moto GP Letters KTM Racing Baseball Caps
US $5.74 - 7.60 / Piece


OGIO motorcycle riding backpack shoulder knight
US $53.69 - 64.32 / Piece


2018 new Moto jerseys Rockstar Jersey Breathable
US $16.50 - 18.77 / Piece


Free shipping motorcycle Motocross KTM Hydration pack
US $19.10 - 23.87 / Piece


New motocross racing T-shirt for ktm men's short-sleeved T-
US $12.81 - 14.57 / Piece


2020 hot summer THOR speed surrender cycling jersey, long-
US $15.58 - 19.57 / Piece


MOTO GP Bike Clothing Cycling Series Jersey Long Sleeve Top
US $14.08 - 19.32 / Piece


New Yamaha Motocross T-shirt Short-sleeved quick-drying
US $12.06 - 16.14 / Piece


2020 new thor head outdoor riding gloves motorcycle bicycle
US $15.14 - 19.40 / Pair


Mens Sportswear Casual Hooded Tracksuit Men 3 Piece
US $58.97 - 71.67 / Piece


10PCS New mini auto car dvr camera dvrs full hd 1080p
US $7.03 - 10.52 / Piece


Hot sale KTM Motorcycle gloves Moto racing gloves Men's
US $7.09 - 9.49 / Pair


Fashion Brand Designer Backpack Double Shoulder
US $15.55 - 19.83 / Piece


KTM Hoodie Sweatshirt MotoGP Cycling Windbreaker
US $28.88 - 38.34 / Piece


High Quality Backpack for Men Women Fashion School Bags
US $23.80 - 29.98 / Piece


New model ktm motorcycle off-road bags racing off-road bags
US $15.13 - 18.58 / Piece


KTM motorcycle T-shirt 2019 summer casual jacket factory
US $13.49 - 18.08 / Piece


Custom SHIFT all styles mountain bike downhill suit
US $14.44 - 19.10 / Piece


Summer TLD KTM downhill clothing Troy Lee Designs
US $13.48 - 19.46 / Piece


Free shipping 2015 new model motorcycle bags KTM chest
US $11.06 - 15.64 / Piece



KTM downhill t-shirt bike riding
suit short sleeve shirt men and

US $16.50 - 19.89 / Piece

More ∨

## New Arrival men leisure sport coat

     

| AJdgv 2020 sweaterCoat hooded sports fashion brand | Tommy cashmere Hoodie Cotton sweater collar Street | Tommy cashmere Hoodie Cotton sweater collar Street | Tommy cashmere Hoodie Cotton sweater collar Street | Tommy cashmere Hoodie Cotton sweater collar Street | Tommy cashmere Hoodie Cotton sweater collar Street |
|---|---|---|---|---|---|
| US $24.37 - 28.75 / Piece | US $31.98 - 39.82 / Piece | US $31.98 - 39.82 / Piece | US $31.98 - 39.82 / Piece | US $31.98 - 39.82 / Piece | US $31.98 - 39.82 / Piece |
| $2 OFF $50 + | | | | | |

## Wholesale Men's Tracksuits

- Wholesale coats for men • Wholesale shearling coats men • Wholesale long men coats • Wholesale winter coats men • Wholesale woolen men coat

More ∨

## Related Categories

| Men's Clothing | Athletic & Outdoor Ap... | Fashion Bags | Women's Clothing | Indoor Lighting |
|---|---|---|---|---|
| See Top 100 in Best Seller > | Soccer Wear | Shoulder Bags | Women's Tracksuits | Pendant Lamps |
| Men's Hoodies & Sweatshi... | Basketball Wear | Totes | Women's Hoodies & Sweat... | Night Lights |
| Men's Tracksuits | Football Wear | Cross Body | Women's Sweaters | Wall Lamps |
| Men's Tees & Polos | Fans Tops&Tees | Backpack Style | Women's Blouses & Shirts | Ceiling Lights |
| Men's Pants | | | | |

Bookmark & Share          

 Help improve your experience on DHgate.com, Please tell us what you think about this page.



           

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License




LOCAL WAREHOUSE    Estimated arrival in 3+ days    shop now ›



Customer Service ∨    📦 Drop shipping    💾 Save more    📍 United States / USD ∨    🌐 English ∨

 DHgate.com

I'm shopping for...    🔍

👤 Hi, ▮▮▮▮ My DHgate ∨    ♡    🕐    🛒 2

| ALL CATEGORIES ∨ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

### Seller Information

Lovechina1975
1059 Transactions
97.3% Positive Review ⓘ
China
10:47 AM Tue Oct 6 Now
Member since Jul 2017

Recommend seller to friends

### Review Score:704

|  | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ⊕ Positive | 62 | 145 | 211 | 754 |
| ◑ Neutral | 2 | 5 | 10 | 56 |
| ⊖ Negative | 0 | 2 | 7 | 35 |

### Service Detail Score (Mainly Industry : Apparel)

| Service Detail | Service Score ❓ | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.8 / 5.0 | ▯ About Average | 845 |
| Communication | 4.8 / 5.0 | ▯ About Average | 845 |
| Delivery time | 4.8 / 5.0 | ▯ About Average | 845 |
| Shipping charges | 4.8 / 5.0 | ▯ About Average | 845 |

**Reviews Received** | Reviews Sent

Reviews: Negative ∨                                         Dates: All ∨


**2019 BORA Cycling Clothing Jersey Bicycle Team Roupa Ciclismo bike Outdoor bicicleta Sportswear Short**
Item code: 483416047

★☆☆☆☆  By:Dennis****hmann 🇩🇪  V2  07 10,2020
Product reviews:
Very unsatisfied
helpful ( 0 )    unhelpful ( 0 )


**2017 large size s-xxxl New arrival Kobe Bryant Black Mamba Spring Autumn Winter Sweatshirt hoodie**
Item code: 404472678

★☆☆☆☆  By:cla***61 🇮🇹  V2  07 06,2020
Product reviews:
Never revived the shirt
helpful ( 0 )    unhelpful ( 0 )


**New Winter 2020 Flour JUMBO TEAM CYCLING Jackets 9D bike pants Ropa Ciclismo MENS thermal**
Item code: 500287072

★★☆☆☆  By:jero****l74 🇫🇷  V2  04 08,2020
Product reviews:
livraison désespérément trop longue ( plus d'un mois ) il a même fallut que je relance le vendeur quel manque de sérieux. Je ne conseille pas de tout ce vendeur.
helpful ( 0 )    unhelpful ( 0 )


**Fashion Tracksuits Men Leisure Sport Suit Luxury Men's Sportswear Brand design Jogger Set Cool**
Item code: 404474789

★★☆☆☆  By:Cne****845 🇺🇸  V2  02 25,2020
Product reviews:
Unsatisfied
helpful ( 0 )    unhelpful ( 0 )


**New Fashion Paris Designer Sweatshirt Women's Cotton Sweatshirt black free shipping**
Item code: 413519745

★★☆☆☆  By:mu***hh 🇦🇺  V2  11 01,2019
Product reviews:
Sizing is a bit off I'm a AUS 8 and got a L and it's huge I needed a smaller size or it's a big run. Tag on sweater doesn't match brand.
helpful ( 0 )    unhelpful ( 0 )


**New Fashion Paris Designer Sweatshirt Women's Cotton Sweatshirt black free shipping**
Item code: 413519745

★☆☆☆☆  By:Santa Buono****8006598369 🇮🇹  V2  10 30,2019
Product reviews:
Very unsatisfied
helpful ( 0 )    unhelpful ( 0 )


**SCOTT team Cycling long Sleeves jersey bib pants sets Full Zipper Bike Clothing Outdoor sports Comfortable**
Item code: 473923461

★★☆☆☆  By:alex****808 🇺🇸  V2  10 20,2019
Product reviews:
took 2 months to get my items, asked the seller and the only response I get was, don't worry, would not recommend,,, communication was ok but the shipment was the worst,,,
helpful ( 0 )    unhelpful ( 0 )


★☆☆☆☆  By:Limak GRA 🇮🇹  10 11,2019



**2020 hot Winter Sweater Men O-neck Casual Knit Jumpers Sweaters Mens Long Pullovers Famous red**
Item code: 403426434

**Product reviews:**
bad Quality and demaged I dont get refound . bad seller . Scheiß Qualität, und die Pullover waren beschädigt . An der Achsel geklebt nicht genäht und auf dem anderen Pullover war ein schwarzer strich . Frechheit !!! nicht bestellen .

helpful ( **0** )    unhelpful ( 0 )



**New Fashion Paris Designer Sweatshirt Women's Cotton Sweatshirt black free shipping**
Item code: 413519745

 By:Angel Re****Randolph   10 04,2019

**Product reviews:**
Cheap

helpful ( **0** )    unhelpful ( 0 )



**Fashion Tracksuits Men Leisure Sport Suit Luxury Men's Sportswear Brand design Jogger Set Cool**
Item code: 404474789

 By:mir****e19   08 15,2019

**Product reviews:**
Unsatisfied

helpful ( **0** )    unhelpful ( 0 )

1   2   3   4   5   ❯

Go to page: 1  GO

Bookmark & Share           

✅ Help improve your experience on DHgate.com, **Please tell us what you think about this page.**

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Products Online | Refined Products
Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. **License**









DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

Lovechina19... Add To Favorite Stores ( 194 )

**96.8%** Positive Feedback **1054** Transactions

Online Chat Message Seller

Share

ktm In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > ktm

## Store Categories

- Jersey (5)

**5** matching products found for ktm

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

2019 Women Jersey KTM Summer quick dry Sportswear Bicicleta ...
Ships out within 5 business days

**US $12.41 - 17.07** / Piece
~~US $13.94 - 19.17~~
Free Shipping
Add to Cart

2020 NEW KTM fashion Winter Thermal Fleece Cycling Long Slee...
Ships out within 5 business days
Item Sold (2)

**US $30.67 - 38.38** / Piece
~~US $34.46 - 43.12~~
Free Shipping
Add to Cart

2019 KTM Cycling Winter Thermal Fleece jersey pants sets bre...
Ships out within 5 business days
Item Sold (2)

**US $29.97 - 37.31** / Piece
~~US $33.67 - 41.92~~
Free Shipping
Add to Cart

KTM Cycling Winter Thermal Fleece jersey (bib) pants sets br...
Ships out within 5 business days
Item Sold (1) ★★★★★ (1)

**US $29.97 - 37.31** / Piece
~~US $33.67 - 41.92~~
Free Shipping
Add to Cart

2020 hot KTM fashion Winter Thermal Fleece Cycling Long Slee...
Ships out within 5 business days

**US $30.67 - 38.38** / Piece
~~US $34.46 - 43.12~~
Free Shipping
Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally

Hello, "[redacted]" ( 3 ) Sign out | My DHgate | Help | English | Cart

LOGO Factory

Lovechina19...

Add To Favorite Stores ( 194 )

96.8% Positive Feedback 1054 Transactions

Online Chat Message Seller

Share

In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

### Basic Information

Company Name:
Business Type:
Location: China
Year Established: Jul 2017
Main Product(s)/Service:

### Contact Us

Online Chat Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

| Review Your Orders | Payment | Success |
|---|---|---|

## Review Your Shipping Address

Ship To: ████████ **(United States)**          Add New Address

7215 Lake St, River Forest, Illinois, United States, 60305 .

████████

Edit

## Review & Confirm Your Order



| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: lovechina1975

2020 NEW KTM fashion Winter…    Size: XS    Color: 14    [1] Piece    US $38.38 /Piece    US $38.38    China Post Air Mail

US $5.99

Delivery: Estimated between 14-35 (seller ships within 5 business days)

**Add remark to seller**                                          Use 3rd Party Coupon

Please add remark:(e.g. color, size…), Do not enter <>&

Item Subtotal:    US $38.38
Shipping Cost:    US $5.99
**Order Total:**    **US $44.37**

## Choose Your Payment Method



○ Credit or Debit Card    VISA  DISCOVER  AMERICAN EXPRESS  MasterCard

◉ Other Payment Method

« Back to Cart

Item Subtotal(1 items):    US $38.38
Shipping Cost:    US $5.99
**Grand Total:**    **US $44.37**

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.





DHgate

lovechina1975
97.3% Positive Feedback

I'm shopping for...

On DHgate | In Store

🛡 Buyer Protection | Customer Service ˅ | 🚚 Drop shipping | 🇺🇸 United States / USD ˅ | 🌐 English ˅

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Apparel > Men's Clothing > Men's Tracksuits > Product detail



Winter Fleece

lovechina1975

Compare with similar Items

### 2019 KTM Cycling Winter Thermal Fleece jersey pants sets breathable Long sleeve men riding Comfortable mtb bike sportwear F60380

2 Transactions



| USD ˅ | **$37.31** ~~$41.92~~ 1 Piece+ | $36.33 ~~$40.82~~ 2 Pieces+ | $32.27 ~~$36.26~~ 9 Pieces+ | $31.40 ~~$35.28~~ 20 Pieces+ |

App Only  $29.63 - $36.89 ˅

Sale Detail: **11% OFF**  ⏱ 07 days left
**Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3



Size:  Choose an Option ˅

Color:    More +

Quantity:  [ − ] 1 [ + ]  Piece  Maximum 100 Piece(s)

Shipping:  **$5.99** to United States Via China Post Air Mail ˅
Estimated delivery time: Oct. 29 and Nov. 19, ships out within 5 business days
Logistics Delay Notification ⍰

[ Buy it Now ]  [ Add to Cart ]  ♡ Add to Favorite ˅

Seller Guarantee:  💲 Return Policy  ⏱ On-time Delivery in 35 Days

Secure Payment: 

## Customers Who Bought This Item Also Bought


Men Designer Hoodies Pants Set Hooded Tracksuit Mens
US $18.04 - 21.27 / Piece


Designer Tracksuit 2018 Best Version Spring Autumn Mens
US $83.77 - 98.82 / Piece


sweatsuit Designer Tracksuit Hoodie Sweatshirts Black White
US $14.53 - 17.14 / Piece


2019 new Mens Designer Tracksuit Brand Tracksuit
US $44.77 - 67.90 / Piece
$10 OFF $359 +


Designer Tracksuit Men Luxury Sweat Suits Autumn Brand
US $18.65 - 22.00 / Piece


2019 us business brand thin checked shirt, fashion designer
US $22.34 - 34.26 / Piece

## More Choices


Private gift G-string 10pcs sexy lingerie lady transparent Thong
US $17.06 - 20.58 / Lot


Chicago Los Bulls Angeles Basketball Shorts Just Memphis
US $16.34 - 19.58 / Piece


2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece


17 Josh Allen 14 Stefon Diggs Tre'Davious White Buffalo
US $15.77 - 18.90 / Piece


Xiaomi Router AX1800 Qualcomm Five-core WiFi6 2,4G
US $48.36 - 59.50 / Piece
$3 OFF $100 +


Professioanl Antifreeze membranes anti freeze
US $2.08 - 3.42 / Piece
$50 OFF $1,000 +




Buyer Protection | Customer Service ⌄ | 🚚 Drop shipping | 🇺🇸 United States / USD ⌄ | 🌐 English ⌄

**DH**gate

lovechina1975 ⌄
97.3% Positive Feedback

I'm shopping for...    🔍 On DHgate | In this Store    👤   🛒²

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Apparel > Men's Clothing > Men's Tracksuits > **Product detail**






Winter Fleece

Compare with similar items

### KTM Cycling Winter Thermal Fleece jersey (bib) pants sets breathable Long sleeve men riding Comfortable mtb bike sportwear F60380

⭐⭐⭐⭐⭐   1 Review   |

| USD ⌄ | **$37.31** ~~$41.92~~ 1 Piece+ | $36.33 ~~$40.82~~ 2 Pieces+ | $32.27 ~~$36.26~~ 9 Pieces+ | $31.40 ~~$35.28~~ 20 Pieces+ |

📱 App Only   $29.63 - $36.89 ⌄

Sale Detail:   11% OFF   🕐 07 days left
**Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Size:   Choose an Option ⌄

Color:        More +

Quantity:   − 1 +   Piece   Maximum 100 Piece(s)

Shipping:   **$5.99** to United States Via China Post Air Mail ⌄
Estimated delivery time: Oct. 29 and Nov. 19, ships out within 5 business days
Logistics Delay Notification ?

| Buy it Now | Add to Cart | 🤍 Add to Favorite ⌄ |

Seller Guarantee:   💲 Return Policy   🛡 On-time Delivery in 35 Days

Secure Payment:   🔲 MasterCard   VISA   DISCOVER   🔲 🔲 🔲 🔲 🔲 🔲 🔲

---

## Customers Who Bought This Item Also Bought

     

| Men Designer Hoodies Pants Set Hooded Tracksuit Mens | Designer Tracksuit 2018 Best Version Spring Autumn Mens | sweatsuit Designer Tracksuit Hoodie Sweatshirts Black White | 2019 new Mens Designer Tracksuit Brand Tracksuit | Designer Tracksuit Men Luxury Sweat Suits Autumn Brand | 2019 us business brand thin checked shirt, fashion designer |
| US $18.04 - 21.27 / Piece | US $83.77 - 98.82 / Piece | US $14.53 - 17.14 / Piece | US $44.77 - 67.90 / Piece $10 OFF $359+ | US $18.65 - 22.00 / Piece | US $22.34 - 34.26 / Piece |

## More Choices

     

| Private gift G-string 10pcs sexy lingerie lady transparent Thong | Chicago Los Bulls Angeles Basketball Shorts Just Memphis | 2020 latest EMslim HI-EMT machine EMS electromagnetic | 17 Josh Allen 14 Stefon Diggs Tre'Davious White Buffalo | Xiaomi Router AX1800 Qualcomm Five-core WiFi6 2,4G | Professioanl Antifreeze membranes anti freeze |
| US $17.06 - 20.58 / Lot | US $16.34 - 19.58 / Piece | US $8.48 - 3780.00 / Piece | US $15.77 - 18.90 / Piece | US $48.36 - 59.50 / Piece $3 OFF $100+ | US $2.08 - 3.42 / Piece $50 OFF $1,000+ |





Buyer Protection | Customer Service ∨ | United States / USD ∨ | English ∨



lovehat ∨
98.9% Positive Feedback

I'm shopping for...  On DHgate  In this Store

 0

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Fashion Accessories > Hats, Scarves & Gloves > Hats & Caps > Ball Caps > Product detail










Compare with similar items



## Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps

★★★★☆  5 Reviews | 18 Transactions

| USD ∨ | **$16.77** | $12.74 | $11.48 | $10.46 |
|---|---|---|---|---|
| | 1 Piece+ | 5 Pieces+ | 20 Pieces+ | 29 Pieces+ |

Sale Detail: **Buy it now, you will save extra $3 when you apply below promotions**

🎁 New User Save $3

Hats & Caps Size:  Free

Color: 

Quantity: − 1 + Piece  Maximum 10000 Piece(s)

Shipping: **Free Shipping** to United States Via ePacket ∨
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification

**Buy it Now**  **Add to Cart**  ♡ Add to Favorite ∨

Seller Guarantee:  $ Return Policy  ⟳ On-time Delivery in 30 Days

Secure Payment: 

## Customers Who Bought This Item Also Bought


Bucket Hats Baseball Caps Beanie Baseball Cap for Mens
US $15.99 - 19.39 / Piece


C D designer bucket hat black blue Khaki lady autumn beanie
US $56.50 - 65.57 / Piece


New Korean wave cap letter embroidery bend fashion cap
US $17.98 - 20.44 / Piece
$3 OFF $99 +
Per $159 Save $5


Cheap 2019 classic Golf Curved Visor hats Luxury designer
US $7.03 - 11.42 / Piece


Summer Trucker Hat With Snapbacks and Animal
US $4.81 - 9.09 / Piece


2020 designer lululemon lulu lu leggings lu yoga lemon pants
US $23.12 - 26.29 / Piece

## More Choices


Neff Beanies With Pom Pom Beanie Hip Hop Snapback
US $4.02 - 7.67 / Piece


2020 New men's casual newsboy hat spring and
US $10.44 - 15.98 / Piece


Donald Trump Train Baseball Cap Outdoor Embroidery
US $2.92 - 4.68 / Piece


Winter Scarf Women scarf Men scarfs Two Side Black Red Silk
US $21.56 - 25.77 / Piece
$4 OFF $300 +


2020 luxury belt Fashion Accessories men's and women's
US $41.05 - 57.40 / Piece


Women Beanie Snapback Adults Lady Crochet Winter
US $1.67 - 3.33 / Piece

10/8/2020 Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Cap From Lovehat, $8.68| DHgate.Com

Case 1:20-cv-06677-Document 1 Filed 11/30/20 Page 100 of 170 PageID #: 2935

| Item Description | Customer Reviews (5) | Transaction History (18) | | Report Item |
|---|---|---|---|---|

Specifications: Item Type: Baseball cap Gender: Unisex Material: cotton,polyester Pattern Type: letter Style: Fashion Hat size:55-60cm

## Specifications

| | |
|---|---|
| Type: | Ball Cap |
| Gender: | Unisex |
| Season: | Summer |
| Material: | Denim Cotton |
| Style: | Active |
| Pattern Type: | Letter Striped |
| Department Name: | Adult |
| Strap Type: | Adjustable |
| Top Type: | Dome |
| Item Code: | 401095360 |
| Category: | Ball Caps |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps

**Features:**
Hat Made from a cotton, very comfortable to wear.
A great accessory  to keep you look cool and classy.

Specifications:
Item Type: Baseball cap
Gender: Unisex
Material: cotton,polyester
Pattern Type: letter
Style: Fashion
Hat size:55-60cm

Notes:
This hat size information is just for reference only.
Item color displayed in photos may be showing slightly different on your monitor.























10/8/2020                Wholesale 2017 Latest KTM Racing Cap Motocross Moto GP Racing Mountain Men Caps Adjustable Casquette Hip Hop Hats Snapback Baseball Cap From Lovehat, $8.68| DHgate.Com

Case 1:20-cv-06677 Document 1-7 Filed 11/30/20 Page 106 of 170 PageID #: 294



Less Description ^

5 Customer Reviews >

★★★★☆  4.2 out of 5 stars  ⌄

Reviews  >

| escott****arlyne 🇫🇷 | rober****cker 🇺🇸 | kar***44 🇦🇺 | paul****y69 🇳🇿 | mn***75 |
|---|---|---|---|---|
| ★★★★★  August 09, 2020 | ★★★★★  May 05, 2018 | ★★★★★  December 18, 2017 | ★★★★☆  March 06, 2020 | ★★★☆☆ |
| Color: Black    Hats & Caps Size: Free ... | Color: Black    Hats & Caps Size: Free ... | Color: Black    Hats & Caps Size: Free ... | Color: Black    Hats & Caps Size: Free ... | Color: Black |

| | | | | |
|---|---|---|---|---|
| Identique à la photo | Very Satisfied | Great hat | Satisfied | You get what y |

## Sponsored Products You May be Interested In More Choice



Neff Beanies With Pom Pom Beanie Hip Hop Snapback

US $4.02 - 7.67 / Piece



Fashion belts men belt women belt Big gold buckle genuine

US $15.21 - 22.18 / Piece

$4 OFF $300 +



2020 Kanye West Static Running Shoes New Israfil

US $44.47 - 54.66 / Pair

$2 OFF $200 +

$120 Save $2

## Compare with similar Items



| | | | | | |
|---|---|---|---|---|---|
| | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual | 2019 Moto GP Letters KTM Racing Baseball Caps Motocross Riding Sports Hats | Drake In My Feelings Dad Hat Hot singles Kiki do you love me Buzzwords Baseball Cap 100% | New Solid Color Silk Satin Night Hat Women Head Cover Sleep Caps Bonnet Hair Care Fashion | Unisex Classic Felt Pork Pie Porkpie Hat Cap Upturn Short Brim Black Ribbon Band |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $8.68 - 16.78 / Piece | US $5.74 - 7.60 / Piece | US $13.25 - 15.06 / Piece | US $0.94 - 1.75 / Piece | US $7.04 - 9.15 / Piece |
| | | | $3 OFF $99 + | | |
| | | | Per $159 Save $5 | | |
| Min. Order | 1 Piece | 1 Piece | 1 Piece | 20 Pieces | 1 Piece |
| Customer Rating / Orders | 4.2  51 Orders | 0  14 Orders | 4.3  30 Orders | 5.0  704 Orders | 4.4  69 Orders |
| Shipping Cost | Free Shipping | US $2.87 | | Free Shipping | US $17.59 |
| Shipping method | China Post Air Mail | China Post Air Mail | China Post Air Mail | EMS | |
| Estimated Delivery Time | Oct. 24 and Jan. 5 | Oct. 29 and Jan. 10 | | Oct. 24 and Jan. 5 | Oct. 19 and Jan. 5 |
| Seller Guarantee | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service |
| Store | Shop by lovehat | Shop by zhuimeng1 | Shop by lotusflowern | Shop by billshuiping | Shop by artstyle |
| | 98.9% Positive Feedback | 99% Positive Feedback | 97.8% Positive Feedback | 97.2% Positive Feedback | 97.1% Positive Feedback |

## Related Promotion

fashion military cap   womens snapback caps   diamond fitted hats   raiders hat   king yarns   sun hats   cardinal cotton   metal snapbacks   snapback crooks castle   wings adjustable

## Related Keywords

swim caps   wigs caps   caps stars   cap police   curl cap   solid wig cap   houndstooth caps   custom key caps   quartz bucket cap   gold toe cap



## You May Also Like



lovehat ⌄
98.9% Positive Feedback

I'm shopping for...    On DHgate    In this Store

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Fashion Accessories > Hats, Scarves & Gloves > Hats & Caps > Ball Caps > **Product detail**



### Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps

★★★★☆  **5 Reviews** | **18 Transactions**

| USD ⌄ | **$16.77** | $12.74 | $11.48 | $10.46 |
|---|---|---|---|---|
| | 1 Piece+ | 5 Pieces+ | 20 Pieces+ | 29 Pieces+ |

Sale Detail: **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Hats & Caps Size:  Free

Color:  

Quantity:  − 1 +   Piece    Maximum 10000 Piece(s)

Shipping: **Free Shipping** to United States Via ePacket ⌄
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification ⓘ

**Buy it Now**    Add to Cart    ♡ Add to Favorite ⌄

Seller Guarantee: 💲 Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment: 

---

## Customers Who Bought This Item Also Bought


Bucket Hats Baseball Caps Beanie Baseball Cap for Mens
US $15.99 - 19.39 / Piece


C D designer bucket hat black blue Khaki lady autumn beanie
US $56.50 - 65.57 / Piece


New Korean wave cap letter embroidery bend fashion cap
US $17.98 - 20.44 / Piece
$3 OFF $99 +
Per $159 Save $5


Cheap 2019 classic Golf Curved Visor hats Luxury designer
US $7.03 - 11.42 / Piece


Summer Trucker Hat With Snapbacks and Animal
US $4.81 - 9.09 / Piece


2020 designer lululemon lulu lu leggings lu yoga lemon pants
US $23.12 - 26.29 / Piece

## More Choices


Neff Beanies With Pom Pom Beanie Hip Hop Snapback
US $4.02 - 7.67 / Piece


2020 New men's casual newsboy hat spring and
US $10.44 - 15.98 / Piece


Donald Trump Train Baseball Cap Outdoor Embroidery
US $2.92 - 4.68 / Piece


Winter Scarf Women scarf Men scarfs Two Side Black Red Silk
US $21.56 - 25.77 / Piece
$4 OFF $300 +


2020 luxury belt Fashion Accessories men's and women's
US $41.05 - 57.40 / Piece


Women Beanie Snapback Adults Lady Crochet Winter
US $1.67 - 3.33 / Piece

| | Item Description | Customer Reviews (5) | **Transaction History (18)** | | | Report Item |
|---|---|---|---|---|---|---|

| Buyer | Product Info | Quantity | Order Date |
|---|---|---|---|
| Jbe***** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 15 Pieces | 2020-08-16 |
| Jbe***** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 15 Pieces | 2020-08-16 |
| Esc************ | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2020-06-23 |
| 156********** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2020-05-08 |
| Nur******* | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2020-03-31 |
| Fre******** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2020-03-27 |
| Pau******** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2020-02-08 |
| 157********** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2019-10-15 |
| 156********** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2019-08-13 |
| Vad**** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2019-05-13 |
| Don******* | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 2 Pieces | 2019-05-10 |
| Yma**** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2019-02-22 |
| Bra****** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2019-02-17 |
| Mnm**** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2018-12-17 |
| Fri***************** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2018-08-31 |
| Ron*********** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2018-06-04 |
| Rob********** | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 5 Pieces | 2018-02-05 |
| Kar******* | Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adujustable Hat Baseball Leisure Baseball Caps | 1 Piece | 2017-11-22 |

## Sponsored Products You May be Interested In More Choice







LOCAL WAREHOUSE   Estimated arrival in 3+ days    shop now ▸



🛡 Buyer Protection    Customer Service ▾    Drop shipping    📦 Save more    United States / USD|    English ▾

DHgate.com

[ I'm shopping for... ]    🔍

Hi, Sign in
My DHgate    ♡    🕐    🛒 0

| ALL CATEGORIES ▾ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

### Seller Information

**Lovehat**
409 Transactions
98.9% Positive Review ?

Guangdong, China (Mainland)
12:32 PM Thu Oct 8 Now
Member since Mar 2017

Recommend seller to friends

### Review Score:338

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ✚ Positive | 23 | 51 | 96 | 352 |
| ● Neutral | 0 | 1 | 1 | 6 |
| ● Negative | 1 | 1 | 1 | 7 |

### Service Detail Score (Mainly Industry : Fashion Accessories)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 5.0 / 5.0 | ⬆ Above Average | 365 |
| Communication | 5.0 / 5.0 | ⬆ Above Average | 365 |
| Delivery time | 5.0 / 5.0 | ⬆ Above Average | 365 |
| Shipping charges | 5.0 / 5.0 | ⬆ Above Average | 365 |

**Reviews Received** | Reviews Sent

Reviews: [ Negative ▾ ]                                   Dates: [ All ▾ ]



**Wholesale CAYLER & SONS Baseball Caps Snapback hats cayler sons Ball Caps Team Snapback**
Item code: 400005511
★★☆☆☆  By:Anibal Gabrie****rdo Schwindt 🇺🇸 | V2 | 08 31,2020
Product reviews:
Low quality
helpful ( 0 )   unhelpful ( 0 )

**Gold Sport GOLD'S GYM Embroidery IGGY Baseball Cap Snapback Hat Sunbonnet Casual**
Item code: 400738622
★☆☆☆☆  By:1553820821182 🇧🇷 | V7 | 05 12,2019
Product reviews:
I bought a cap, now look the "cap" that I'd receive
helpful ( 0 )   unhelpful ( 0 )

**Baseball Cap Unisex Sport casquette bone 3D embroidered Letter Design Hats Sunscreen NY logo cap trucker**
Item code: 397580354
★★☆☆☆  By:mario.****alves 🇫🇷 | V2 | 03 23,2019
Product reviews:
Unsatisfied
helpful ( 0 )   unhelpful ( 0 )

**Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps Women Men Casual Adjustable Hat**
Item code: 401095360
★★☆☆☆  By: mn *** 75 🇺🇸 | V2 | 03 12,2019
Product reviews:
You get what you pay for. Cheap.
helpful ( 0 )   unhelpful ( 0 )

**2017 Moto GP Letters KTM Racing Baseball Caps Motocross Riding Sports Hats For Mens Snapback**
Item code: 397972030
★☆☆☆☆  By:faniavg 🇪🇸 | V2 | 12 17,2018
Product reviews:
Very unsatisfied
helpful ( 0 )   unhelpful ( 0 )

**Good Quality Snapback Hat F1 Champion Racing Sports ///AMG Automobile Trucker Men Hats**
Item code: 397581357
★★☆☆☆  By:massa****igor 🇫🇷 | PO | 11 07,2017
Product reviews:
Unsatisfied
helpful ( 0 )   unhelpful ( 0 )

**Black Cotton Car logo F1 Racing baseball hat sport hat For FORD TOYOTA COROLLA CROWN YARIS**
Item code: 401138039
★☆☆☆☆  By: jal.0071969 🇲🇽 | V2 | 09 29,2017
Product reviews:
Dishonest seller, beware. Definitely do not recommend. Seller could not provide the item I ordered so they decided to just send me another random item. Now they want me to pay to return the item I didn't order to get a refund. This store is a rip-off.
helpful ( 0 )   unhelpful ( 0 )







DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | 0 Cart

**Lovehat** Add To Favorite Stores ( 21 )

98.9% Positive Feedback 409 Transactions

Online Chat Message Seller

Share

ktm | In this store | On DHgate

Hip hop , Baseball Caps , Snapback

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > ktm

## Store Categories

- Racing caps (2)

## Popular Search

Hip hop Baseball Caps Snapback Headwear cap hat

**2** matching products found for ktm

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

Latest Motor GP KTM Racing Snapback Caps Motocross Riding Ca...

Ships out within 4 business days

Item Sold (**69**) (9)

**US $3.49 - 10.82** / Piece

Free Shipping

Add to Cart

Wholesale 2017 Latest KTM Racing Cap Motocross Riding Caps W...

Ships out within 4 business days

Item Sold (**51**) (5)

**US $8.68 - 16.78** / Piece

Free Shipping

Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | 0 Cart

**Lovehat** Add To Favorite Stores ( 21 )

98.9% Positive Feedback 409 Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Hip hop , Baseball Caps , Snapback

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

We offer various kinds of hat. As we cannot list all brand here , please contact us or leave us message if you cannot find your need here.

### Basic Information

| | |
|---|---|
| Company Name: | lovehat |
| Business Type: | |
| Location: | Guangdong, China (Mainland) |
| Year Established: | Mar 2017 |
| Main Product(s)/Service: | Baseball Caps;Hip hop;Snapback;Headwear;hat;cap;Yankees |

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

| Review Your Orders | Payment | Success |
|---|---|---|

## Review Your Shipping Address

Ship To:                                          Change Shipping Address

▮▮▮▮▮ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106
.

📞 ▮▮▮▮▮

Edit

## Review & Confirm Your Order



| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|
| Seller: lovehat | | | | | |
| Wholesale 2017 Latest KTM R... | Color: Black Hats & Free Caps Size: | 1 Piece | US $16.77 /Piece | US $16.77 | ePacket ▾ Free Shipping Delivery: Estimated between 8-30 (seller ships within 4 business days) |

Add remark to seller                                                           Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:    US $16.77
Shipping Cost:    US $0.00
Order Total:    US $16.77

## Choose Your Payment Method

⭕ Credit or Debit Card   VISA  DISCOVER  🔶  mastercard

🔘 Other Payment Method

« Back to Cart

Item Subtotal(1 items):    US $16.77
Shipping Cost:    US $0.00
Grand Total:    US $16.77

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dispute resolution

**Confirm to Pay**



Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.





**DHgate**

lovehat ∨
98.9% Positive Feedback

I'm shopping for...    On DHgate    In this Store

0

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home ∨ All Categories › Fashion Accessories › Hats, Scarves & Gloves › Hats & Caps › Ball Caps › Product detail



Compare with similar items

### Latest Motor GP KTM Racing Snapback Caps Motocross Riding Caps Women Men Casual Adjustable Hat Baseball Cap Motorcycle Cap

★★★★☆  9 Reviews  /  40 Transactions



| USD | $10.82 | $6.91 | $4.74 | $4.32 |
|---|---|---|---|---|
| | 1 Piece+ | 5 Pieces+ | 30 Pieces+ | 70 Pieces+ |

Sale Detail:  **Buy it now, you will save extra $3 when you apply below promotions**

🎁 New User Save $3

Hats & Caps Size:    Free

Color:    Sold Out    Orange/Black

Quantity:    − 1 +    Piece    Maximum 10000 Piece(s)

Shipping:    **Free Shipping** to United States Via ePacket ∨
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification

Total cost:    **$10.82**    ⓘ Get coupon and you will save extra $3

**Buy it Now**    **Add to Cart**    ♡ Add to Favorite ∨

Seller Guarantee:  🛡 Return Policy    🛡 On-time Delivery in 30 Days

Secure Payment:





## Customers Who Bought This Item Also Bought








| | | | | | |
|---|---|---|---|---|---|
| Bucket Hats Baseball Caps Beanie Baseball Cap for Mens | C D designer bucket hat black blue Khaki lady autumn beanie | New Korean wave cap letter embroidery bend fashion cap | Cheap 2019 classic Golf Curved Visor hats Luxury designer | Summer Trucker Hat With Snapbacks and Animal | 2020 designer lululemon lulu lu leggings lu yoga lemon pants |
| US $15.99 - 19.39 / Piece | US $56.50 - 65.57 / Piece | US $17.98 - 20.44 / Piece | US $7.03 - 11.42 / Piece | US $4.81 - 9.09 / Piece | US $23.12 - 26.29 / Piece |

$3 OFF $99+
Per $159 Save $5

## More Choices








| | | | | | |
|---|---|---|---|---|---|
| Donald Trump Train Baseball Cap Outdoor Embroidery | fashion sport sunglasses for women Vintage Men buffalo | Winter fashion sheepskin gloves for women to keep | New Womens Female Girls Travel Bucket Beach Sun Hat | 999 Autumn And Winter Fashion Popular Real Fur Pom- | Fashion Women Ponytail Cap Messy Bun Baseball Hat |
| US $2.92 - 4.68 / Piece | US $18.86 - 24.34 / Piece | US $27.28 - 32.15 / Pair | US $1.96 - 3.76 / Piece | US $13.30 - 18.01 / Piece | US $2.70 - 3.13 / Piece |



Buyer Protection    Customer Service ⌄    Drop shipping    United States / USD ⌄    English ⌄

DHgate

**lovoluo0525** ⌄
100% Positive Feedback

I'm shopping for...

On DHgate   In this Store

 🛒 5

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Parts > Motorcycle Lighting > Product detail



 

### New Universal Dirtbike Off Road Head Lights H3 12V Supermoto Orange Head Lamp For KTM EXC SX SXF XC Free Shipping

| USD ⌄ | $45.6 | $41.57 | $40.11 |
|---|---|---|---|
| | 1 Piece+ | 8 Pieces+ | 25 Pieces+ |

**Sale Detail:**   Buy it now, you will save extra $3 when you apply below promotions

🎁 New User Save $3

Emitting Color:   Yellow

Quantity:   − 1 +   Piece    20 in Stock ( Stock in: 🇨🇳 CN )

Shipping:   **Free Shipping** to United States Via Hongkong Post ⌄
Estimated delivery time: Nov. 1 and Nov. 24, ships out within 4 business days
Logistics Delay Notification ⓘ

Total cost:   **$45.6** ⓘ   Get coupon and you will save extra $3

**Buy it Now**    **Add to Cart**    ♡ Add to Favorite ⌄

Seller Guarantee:   💲 Return Policy    ⏱ On-time Delivery in 35 Days

Secure Payment: 

Compare with similar items

---

## Customers Who Bought This Item Also Bought

     

| | | | | | |
|---|---|---|---|---|---|
| Motorcycle Handlebar End Turn Signal Light Universal Indicator | YENTL free shipping 12V Universal Bobber Cafe Racer | Motorcycle Lamp P15d Ba20d Single Claw Three Side, Double | Motorcycle LED Light Kit RGB Multi-Color Accent Glow Neon | TKOSM Akrapovic Exhaust Motorcycle Exhaust Muffler DB | Wheel Spoke Wraps Skins Coat Trim Cover Pipe Motorcycle |
| US $1.66 - 5.42 / Piece | US $7.64 - 15.78 / Set | US $3.54 - 5.87 / Piece | US $19.10 - 34.19 / Piece | US $26.44 - 53.02 / Piece | US $3.38 - 6.85 / Set |
| | | | | $50 Save $2 | |

## More Choices

     

| | | | | | |
|---|---|---|---|---|---|
| Injection For BMW S 1000RR S1000RR 09 10 11 12 13 14 | Body+Tank For YAMAHA YZF R 6 YZF 600 YZF-600 YZFR6 06 07 | Original Xiaomi youpin Bcase Tita Temporary Stop Sign Car | Original Xiaomi Youpin COOWOO Car Phone Holder | Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05 | Xiaomi Youpin Cleanfly FVQ Portable Car Hand Helded |
| US $454.28 - 588.55 / Set | US $323.22 - 418.75 / Set | US $8.85 - 10.54 / Piece | US $9.21 - 10.47 / Piece | US $346.54 - 448.96 / Set | US $70.36 - 83.84 / Piece |
| $5 OFF $100 + | $5 OFF $100 + | $3 OFF $100 + | $3 OFF $100 + | $5 OFF $100 + | $3 OFF $100 + |

---

| **Item Description** | | **Report Item** |
|---|---|---|

New Universal Dirtbike Off Road Head Lights H3 12V Supermoto Orange Head Lamp For KTM EXC SX SXF XC Free Shipping



## Specifications

| | |
|---|---|
| Type: | Headlights |
| Make: | Universal |
| Item Code: | 388954921 |
| Category: | Motorcycle Lighting |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

### New Universal Dirtbike Off Road Head Lights H3 12V Supermoto Orange Head Lamp For KTM EXC SX SXF XC Free Shipping

**Features:**
**The LED Vision headlight features an innovative and compact design that makes it particularly attractive.**
**Material: Polypropylene**
**Style: Halogen + LED Off-Road Headlight**
**Transparent glass lens cover and back cover to protect lights .**
**The position of the mounting points allow ample room for the brake cable .**
**Universal fitting with anti-vibration rubber strips, Will mount on your motorcycle's forks with 4 rubber straps .**
**Not DOT approved**
**Specifications:**

**The light bulb type:**
**Halogen spec: 4", H3 12V 55W large lamp**
**LED spec: 2", 20 PCS Wilte LED small lamp**
**9 White LED each side for exceptional visibility (can be used as turn signals, just for show or however you want to wire them)**

**Dimensions: 33cm L x 32cm W x 9cmH(Approx)**
**Dual reflector design allows for optimum illumination of both near and distant terrain**
**Compact design fits tighter to forks than other headlights**

**Casing color:Orange as shown in pictures**

**Condition:**
**100% Brand New**
**Package Includes:**
**1 headlight and 4 rubber straps**
**Instructions not included**
**Fitment:**
**Aftermarket headlight kit fits all Dual sport motorcycles, dirt bikes; Street fighter, naked motorcycles.**
**PLEASE NOTE:**
**This is an aftermarket custom item, not an OEM part. It will fit the models listed above but modification may or may not be required. This item is intended for professional installation, instruction manual is not included. Make sure it will fit before you buy.**
**Image shown is for reference only. Actual parts may vary in appearance based on your model.**







Less Description ^

Sponsored Products You May be Interested In More Choice



Nylon Waterproof Dog Pet Car
Bag Holder Carriers Storage
US $18.97 - 36.65 / Piece
$4 OFF $120 +



2020 Kanye West Static
Running Shoes New Israfil
US $44.47 - 54.66 / Pair
$2 OFF $30 +

Mens sneakers basketball
shoes 1s UNC Obsidian Ture
US $37.31 - 47.06 / Pair
$12 OFF $180 +



$40 Save $2    $120 Save $2

## Compare with similar Items

   

| | | | | | |
|---|---|---|---|---|---|
| | New Universal Dirtbike Off Road Head Lights H3 12V Supermoto Orange Head Lamp | Free Shipping Motorcycle LED Headlight High Power 125W Waterproof 3000LM U5 | White Dirtbike Motorcycle Off Road Universal Headlamps Enduro Road for KTM XR WR CR | For 2 Pieces Motorcycle Modified Waterproof Twist Rotating Lights LED Directional | Car modification 25"x 5" Universal Car Kit Rear Bumper Cover Trim Shark Fin Spoiler L |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $40.11 - 45.60 / Piece | US $13.07 - 14.86 / Piece | US $49.24 - 55.99 / Piece | US $13.07 - 17.15 / Pair | US $19.10 - 34.29 / Piece |
| Min. Order | 1 Piece | 1 Piece | 1 Piece | 1 Pair | 1 Piece |
| Customer Rating / Orders | ⭐⭐⭐⭐⭐ 0 | ⭐⭐⭐⭐⭐ 0 | ⭐⭐⭐⭐⭐ 0 | ⭐⭐⭐⭐⭐ 0 | ⭐⭐⭐⭐⭐ 5.0    12 Orders |
| Shipping Cost | Free Shipping | Free Shipping | Free Shipping | Free Shipping | Free Shipping |
| Shipping method | Hongkong Post | China Post Air Mail | Hongkong Post | China Post Air Mail | China Post Air Mail |
| Estimated Delivery Time | Oct. 30 and Jan. 8 | Nov. 5 and Jan. 17 | Oct. 30 and Jan. 8 | Oct. 30 and Jan. 11 | Oct. 30 and Jan. 11 |
| Seller Guarantee | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service |
| Store | Shop by lovelue0525 100% Positive Feedback | Shop by dhgate_stor... 0% Positive Feedback | Shop by yoyo525123 100% Positive Feedback | Shop by aibu 98.5% Positive Feedback | Shop by geryoun 97.1% Positive Feedback |

## Related Promotion

auto reflectors    motorcycle led strobe    light general    bmw indicator lights    led license plate bracket    bobber brake lights    parts turn signal light    xenon hid projector lenses lights

led turn signal indicators    led motorcycle tail light smoke

## Related Keywords

vtec    iron mounting    cruisers bikes    dual motorcycle headlight    custom motorcycle headlight    motorcycle headlight grill    yellow headlights motorcycles

h4 led motorcycle headlight bulbs    universal motorcycle headlight switch    round headlights for motorcycle

## You May Also Like

    

| | | | | |
|---|---|---|---|---|
| 7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel | DIY sublimation rolling tray metal rolling tobacco tray metal | 2020 hot summer THOR speed surrender cycling jersey, long- | metal roll rolling trays Bob Marley tray 188*125mm | New long-sleeved T-shirt downhill clothing mountain |
| US $6.58 - 9.65 / Pair | US $1.69 - 4.23 / Piece | US $16.40 - 20.60 / Piece | US $1.23 - 2.50 / Piece | US $16.07 - 20.21 / Piece |

    

| | | | | |
|---|---|---|---|---|
| 2018 new darkmoon series men's VK quartz movement | KTM Motorcycle gloves retro Moto racing gloves Men's | KTM Hoodie Sweatshirt MotoGP Cycling Windbreaker | MOTO GP Bike Clothing Cycling Series Jersey Long Sleeve Top | New sup F1 fans series downhill service mountain bike bicycle |
| US $70.68 - 88.83 / Piece | US $8.94 - 11.64 / Piece | US $30.72 - 40.79 / Piece | US $14.08 - 19.32 / Piece | US $15.24 - 20.15 / Piece |





New motocross racing T-shirt for ktm men's short-sleeved T-

US \$12.81 - 14.57 / Piece



Renthal 250mm Handlebar Round Cushion Crossbar Foam

US \$2.72 - 3.66 / Piece



Free shipping motorcycle Motocross KTM Hydration pack

US \$19.10 - 23.87 / Piece



1MHz-6.5GHz K18 Multi-function Camera Detector

US \$33.17 - 41.68 / Piece



Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle

US \$31.37 - 38.23 / Piece



51 mm Akrapovic Stainless Steel Universal Motorcycle

US \$42.22 - 58.29 / Piece



DELICATE FOX 180 Motocross Jersey Pants 2020 Navy Red

US \$55.28 - 77.72 / Set



KTM Motorcycle Goggle Motocross Glasses MOTO ATV

US \$8.74 - 13.36 / Piece



KTM Motorcycle gloves Luva Motoqueiro Guantes Moto

US \$6.04 - 9.72 / Pair



4pcs Motorcycle Sponge Bicycle Grips Handlebar Cover Handle

US \$0.51 - 0.92 / Piece



Handle Grip Pro taper Motorcycle High Quality

US \$2.62 - 3.32 / Pair



2020 new thor head outdoor riding gloves motorcycle bicycle

US \$15.94 - 20.42 / Piece



ktm summer new MOTO GP motorcycle off-road riding T-

US \$13.45 - 18.03 / Piece



Tobacco Smoking Cigarette Rolling Paper Booklet Roll

US \$1.15 - 14.55 / Piece



Summer Honda REPSOL Racing POLO Shirt Cavalier Team

US \$14.54 - 19.31 / Piece



DELICATE FOX 2020 Racing Racing 180 Lovl SE Jersey Pant

US \$46.99 - 66.06 / Set



F1 Formula One Racing Short Sleeve T-Shirt Team Suit 2019

US \$14.59 - 18.53 / Piece



Explosive F1 spring and autumn long-sleeved downhill

US \$15.60 - 20.53 / Piece



Summer TLD KTM downhill clothing Troy Lee Designs

US \$14.19 - 20.48 / Piece



For KTM Racing Team Motorcycle Long Sleeve T-Shirt

US \$12.67 - 39.20 / Piece



Men's Zipper Hoodies MOTO GP Cotton Jacket For YAMAHA

US \$31.52 - 36.57 / Piece



180*125MM Cartoon Rolling tray Tobacco Metal plate

US \$1.65 - 3.42 / Piece



Motorcycle Handlebar End Turn Signal Light Universal Indicator

US \$1.66 - 5.42 / Piece



2019 troy lee designs full finger MTB MX motorcycle motocross

US \$16.87 - 21.15 / Piece



2019 DELICATE FOX MX 360 Kila Jersey Pants Motocross Dirt

US \$46.99 - 66.06 / Set

Summer mesh breathable racing suit knight off-road

US \$79.75 - 98.99 / Piece

More ⌄

New Arrival motorcycle headlights






LOCAL WAREHOUSE   Estimated arrival in 3+ days   shop now ▶

Customer Service ⌄ | Drop shipping | Save more | 📍 United States / USD ⌄ | 🌐 English ⌄



I'm shopping for...   🔍

Hi, Sign in
My DHgate ⌄

🤍   🕐   🛒 5

| ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

### Seller Information

**Loveluo0525**
93   Transactions
**100%**   Positive Review  ❓

Guangdong, China (Mainland)
12:58 PM Wed Oct 14 Now
Member since Jun 2014

Recommend seller to friends

### Review Score:85

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ➕ Positive | 0 | 4 | 10 | 88 |
| 🟡 Neutral | 0 | 0 | 0 | 0 |
| 🔴 Negative | 0 | 0 | 0 | 1 |

### Service Detail Score (Mainly Industry : Automobiles & Motorcycles)

| Service Detail | Service Score ❓ | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 5.0 / 5.0 | ⬆ Above Average | 89 |
| Communication | 5.0 / 5.0 | ⬆ Above Average | 89 |
| Delivery time | 5.0 / 5.0 | ⬆ Above Average | 89 |
| Shipping charges | 5.0 / 5.0 | ⬆ Above Average | 89 |



| **Reviews Received** | Reviews Sent |
|---|---|

Reviews: Negative ⌄                                    Dates: All ⌄



Lot 10 packs *3 jumping pills tricky
toys for jokes & Gags lovely jumping
pills move with ur hand gest XD
Item code: 199792216

⭐⭐☆☆☆  By:fr***41  🇺🇸  ✔ V2  08.31,2017
**Product reviews:**
Cheap garbage

helpful ( 0 )      unhelpful ( 0 )

◀   1   ▶                                    Go to page: 1   GO

Bookmark & Share   f  g  t  VK  k  ⚫  ⬆  in  ⚫  g+

✓ Help improve your experience on DHgate.com, Please tell us what you think about this page.

🟠 mastercard  VISA  AMERICAN EXPRESS  DISCOVER  UnionPay  Maestro  JCB  Sofort.  BANK TRANSFER  VeriSign Secured  PCI Security Standards Council  square trade

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products
Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License









DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 5 Cart

LOGO Factory

Share

**Loveluo0525**

Add To Favorite Stores ( 1 )

**100%** Positive Feedback **93** Transactions

Online Chat Message Seller

Share 0

KTM In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Automobiles & Moto… (5)

**5** matching products found for KTM

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

Black Motorbike Wheel Tire Valves Stem Air tyre cap 90 Degre...

Ships out within 4 business days

**US $3.77 - 4.28** / Piece

Free Shipping

Add to Cart

New Universal Dirtbike Off Road Head Lights H3 12V Supermoto...

Ships out within 4 business days

**US $40.11 - 45.60** / Piece

Free Shipping

Add to Cart

White Dirtbike Motorcycle Off Road Universal Headlamps Endur...

Ships out within 4 business days

**US $45.22 - 51.42** / Piece

Free Shipping

Add to Cart

Black Dirtbike Motorcycle Off Road Universal Headlamps Endur...

Ships out within 4 business days

Item Sold (1) ★★★★★ (1)

**US $45.22 - 51.42** / Piece

Free Shipping

Add to Cart

Motorcycle Hand Guards 22 28mm Handguard ATV Hand Protectors...

Ships out within 2 business days

**US $18.05 - 22.80** / Piece

Free Shipping

Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally
Join Free | Sign in | My DHgate | Help | English | Cart

LOGO Factory

Loveluo0525

Add To Favorite Stores ( 1 )

**100%** Positive Feedback **93** Transactions

Online Chat Message Seller

Share

In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

### Basic Information

Company Name:
Business Type:
Location: Guangdong, China (Mainland)
Year Established: Jun 2014
Main Product(s)/Service:

### Contact Us

Online Chat Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

## Review Your Shipping Address

**Ship To:**                                                   Add New Address

[redacted] (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 [redacted]

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|
| Seller: loveluo0525 | | | | | |
|  New Universal Dirtbike Off Roa... | Emitting Yellow Color: | 1  Piece | US $45.60 /Piece | US $45.60 | Hongkong Post ▾ **Free Shipping** Delivery: Estimated between 12-35 (seller ships within 4 business days) |

**Add remark to seller**                                        Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal: US $45.60
Shipping Cost: US $0.00
**Order Total:** US $45.60

## Choose Your Payment Method

○ Credit or Debit Card   VISA  DISCOVER  mastercard

◉ Other Payment Method

« Back to Cart

Item Subtotal(1 items): US $45.60
Shipping Cost: US $0.00
**Grand Total:** US $45.60



**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.



Buyer Protection | Customer Service ⌄ | Drop shipping | United States / USD ⌄ | English ⌄

**DHgate**

Lucky Star Motorcycle Spare...
100% Positive Feedback

I'm shopping for...    🔍    On DHgate    In this Store    👤    🛒 25

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > **Product detail**




Compare with similar Items

**KTM** Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto

★★★★☆    9 Reviews  |  20 Transactions

| USD ⌄ | **$9.12** | $8.66 | $8.4 | $8.03 |
|---|---|---|---|---|
| | $9.6 | $9.12 | $8.84 | $8.45 |
| | 1 Pair+ | 2 Pairs+ | 10 Pairs+ | 30 Pairs+ |

App Only  $6.98 - $9.67 ⌄

Sale Detail:  5% OFF   🕐 07 days left
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Color :    [ Orange ⌄ ]

Size :    [ M ⌄ ]

Options:    ⬜  ⬤ orange

Quantity:    [ − 1 + ]    Pair    Maximum 10000 Pair(s)

Shipping:    **$2.72** to United States Via ePacket ⌄
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ⓘ

Total cost:    **$11.84**  ⓘ    Get coupon and you will save extra $3

[ **Buy it Now** ]    [ **Add to Cart** ]    ♡ Add to Favorite ⌄

Seller Guarantee:    📋 Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment:    💳 MasterCard  VISA  AMERICAN EXPRESS  DISCOVER  ...

## Customers Who Bought This Item Also Bought








| Applicable to Yamaha Cross Country Mountain Bike MX | New team version cross country gloves MX motorcycle | Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike | Retro Pursuit Perforated Real Leather Motorcycle Gloves | Motorcycle Gloves Leather Goatskin Touch Screen Ready | F-5-Colors Gloves Moter Glove Moto Racing Motocycly Gloves |
|---|---|---|---|---|---|
| US $14.07 - 16.00 / Piece | US $10.73 - 14.36 / Piece | US $12.07 - 15.43 / Pair | US $15.13 - 17.21 / Piece | US $10.56 - 13.72 / Pair | US $4.83 - 10.97 / Piece |

## More Choices









| Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001 | Hot sale Donald Trump 2020 Baseball Cap Patchwork | Body +Tank For HONDA CBR1000 RR CBR 1000 RR 08 09 | Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05 | 17 types 3D printing Trump 2020 Mask Windproof Cotton | 6 styles Donald Trump 2020 Dollar US President Banknotes |
|---|---|---|---|---|---|
| US $323.22 - 418.75 / Set | US $2.38 - 3.28 / Piece | US $323.22 - 418.75 / Set | US $346.54 - 448.96 / Set | US $0.58 - 0.98 / Piece | US $0.13 - 0.55 / Piece |

## Item Description     Customer Reviews (9)     Transaction History (20)        Report Item

Specifications: Product Name: Motorcycle gloves Material: syn-leather fabric+pvc+genuine leather+nylon+polyester Model Number: KTM/KAWASAKI Color: Orange; Green Supply Ability: 20000 Pairs per Month Service: OEM and customized service New: 100% new Size: M,L,XL,XXL Packing: Each pack in polyester bag Place of Origin: Guangdong, China (Mainland)

### Specifications

|  |  |
|---|---|
| Material: | Nylon |
| Feature: | Full Finger Breathable |
| Gender: | Men |
| Item Code: | 426193491 |
| Category: | Motorcycle Gloves |

### Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

### Description



### ▍Shipping

1. Shipping cost: Click &ldquo;Shipping and payment&rdquo; tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

2. Time in transit: Transit time varies with different shipping methods.

| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
| DHL | 2-4 days | www.dhl.com |
| FedEx Express | 2-4 days | www.fedex.com |
| ups | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| Hongkong Post | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

### ▍Feedback

Since your feedback is very important to our business`s development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It`ll just take you 1 minute. Thank you!

### ▍Return Policy

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.















10/4/2020      KTM Kawasaki Luva Motoqueiro Guantes Moto Motorcycle Motocross Cycling Motocross Gloves Full Finger Protective Gear Motorbike Racing Gloves For Riding A Motorcycle From X...

Case 1:20-cv-06677 Document 1-17 Filed 11/10/20 Page 128 of 170 PageID #:2963













**Please measure your palm width before purchase.**

| Palm width(cm) | Recommended size |
|---|---|
| 7.0cm------8.0cm | M |
| 8.5cm------9.0cm | L |
| 9.5cm------10cm | XL |
| 10cm------11cm | XXL |





10/4/2020    KTM Kawasaki Luva Motoqueiro Guantes Moto Moto Cycling Gloves Cycling Full Finger Motorcycle Motorcross Riding Gloves For Riding A Motorcycle From X…

Case 1:20-cv-06677 Document 1-17 Filed 11/10/20 Page 131 of 170 PageID #:2966









Less Description ∧

## 9 Customer Reviews >

★★★★☆  4 out of 5 stars ∨

Reviews >



| venom****ker67 | 🇨🇦 |
|---|---|
★★★★★ May 23, 2019
Options: green   Size: L   Color : Gr ...

Took a while for shipping for amazing quality better than expected wow



| fab***nd | 🇮🇹 |
|---|---|
★★★★★ August 21, 2019
Options: green   Size: L   Color : Gr...

Very Satisfied



| Tomw **** t881 | 🇺🇸 |
|---|---|
★★★★★ December 07, 2018
Options: orange   Size: XL   Color ...

spot on



| zanuss **** ncenzo | 🇮🇹 |
|---|---|
★★★★☆ January 16, 2019
Options: orange   Size: L   Color : ...

good for your product drl



| at *** 82 | |
|---|---|
★★★★☆
Options: orang

impeccable no!

## Sponsored Products You May be Interested In More Choice    I want to be here too

Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001

US $323.22 - 418.75 / Set

300W Solar led outdoor lighting solars garden lights Hanging

US $63.86 - 108.86 / Piece
$100 OFF $2,000 +

V Gold Max Hair Straightener Classic Professional styler Fast

US $15.08 - 30.00 / Piece

Chicago Los Angeles Basketball Shorts Just Memphis

US $16.34 - 19.58 / Piece

Mini LED Party Lights Square Color Changing LED ice cubes

US $40.96 - 77.63 / Lot
$100 OFF $2,000 +

2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece



## Compare with similar Items

   

| | | Mig C2 Dain Racing Short Gloves for Motorcycle Bike Gloves Racing Riding | Wholesale- Madbike motorcycle gloves waterproof motorbike warm racing full finger moto | Mechanix Wear - M-Pact Covert Tactical Gloves | For KTM DUKE 125 200 390 Graphics Backgrounds Sticker Kit Decal |
|---|---|---|---|---|---|
| | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | Add to Cart | US $35.50 - 40.37 / Pair | US $28.54 - 32.45 / Piece | US $17.30 - 19.66 / Piece | US $46.28 - 55.98 / Set |
| My. Order | US $7.06 - 9.78 / Pair | 1 Pair | 1 Piece | 1 Piece | 1 Set |
| Customer Rating / Orders | | 0 | 0 | 0   1 Order | 0   1 Order |
| Shipping Cost | 1 Pair | Free Shipping | Free Shipping | Free Shipping | Free Shipping |
| Shipping method | 4.0   20 Orders | ePacket | ePacket | ePacket | ePacket |
| Estimated Delivery Time | US $2.72 | Nov. 27 and Dec. 19 | Oct. 28 and Nov. 19 | Oct. 20 and Nov. 11 | Oct. 30 and Nov. 21 |
| Seller Guarantee | ePacket | Guaranteed Service | Guaranteed Service | Guaranteed Service | Guaranteed Service |
| Store | Oct. 30 and Nov. 21 | Shop by hoya_autom... | Shop by auto_motor... | Shop by elena2012168 | Shop by moto_pro |
| | Guaranteed Service | 100% Positive Feedback | 90.5% Positive Feedback | 95.6% Positive Feedback | 100% Positive Feedback |
| | Shop by xyfmtc | | | | |
| | 100% Positive Feedback | | | | |

## Related Promotion

leather gloves for motorcycle | finger leather glove | black perforated leather | cow leather gloves | scoyco gloves | summer riding gloves | pro biker protective gear | windproof gloves for motorcycle | gloves fox racing | rs taichi gloves xl

## Related Keywords

gear motorbike | super bike | glove moto | riding gloves motorcycle | motorcycle gloves long fingers | motorcycle gloves | motorcycle racing gloves taichi | half fingers motorcycle gloves | motorcycle gloves green | quality motorcycle gloves

## You May Also Like

    

2019 New Moto GP Letters KTM Racing Baseball Caps — US $5.74 - 7.60 / Piece
2020 hot summer THOR speed surrender cycling jersey, long- — US $15.58 - 19.57 / Piece
ktm summer new MOTO GP motorcycle off-road riding T- — US $12.78 - 17.13 / Piece
OGIO motorcycle riding backpack shoulder knight — US $53.69 - 64.32 / Piece
7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel — US $6.58 - 9.65 / Pair

    

2020 DELICATE FOX muit Dirtpaw Race Gloves Moto — US $9.95 - 14.40 / Piece
Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle — US $29.80 - 36.32 / Piece
New Moto GP Letters KTM Racing Baseball Caps — US $5.74 - 7.60 / Piece
2020 new thor head outdoor riding gloves motorcycle bicycle — US $15.14 - 19.40 / Piece
KTM motorcycle T-shirt 2019 summer casual jacket factory — US $13.49 - 18.08 / Piece





⊘ Buyer Protection | Customer Service ∨ | Drop shipping | United States / USD ∨ | English ∨



**DHgate**    Lucky Star Motorcycle Spare...
100% Positive Feedback



I'm shopping for...    🔍 On DHgate    In Store

👤    🛒 25

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > Product detail










Compare with similar Items

### KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto

★★★★☆ ∨    9 Reviews | 20 Transactions

| USD ∨ | **$9.12** ~~$9.6~~ | $8.66 ~~$9.12~~ | $8.4 ~~$8.84~~ | $8.03 ~~$8.45~~ |
|---|---|---|---|---|
| | 1 Pair+ | 2 Pairs+ | 10 Pairs+ | 30 Pairs+ |

⎙ App Only  $6.98 - $9.67 ∨

Sale Detail:  5% OFF  ⏱ 07 days left
🎁 Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Color :  [ Orange ∨ ]

Size :  [ M ∨ ]

Options :    orange

Quantity :  [ − ] 1 [ + ]  Pair   Maximum 10000 Pair(s)

Shipping :  **$2.72** to United States Via ePacket ∨
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ⊙

Total cost :  **$11.84**  ⓘ  Get coupon and you will save extra $3

[ **Buy it Now** ]    [ **Add to Cart** ]    ♡ Add to Favorite ∨

Seller Guarantee:  🛡 Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment:        

---

## Customers Who Bought This Item Also Bought








| | | | | | |
|---|---|---|---|---|---|
| Applicable to Yamaha Cross Country Mountain Bike MX | New team version cross country gloves MX motorcycle | Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike | Retro Pursuit Perforated Real Leather Motorcycle Gloves | Motorcycle Gloves Leather Goatskin Touch Screen Ready | F-5-Colors Gloves Moter Glove Moto Racing Motocycly Gloves |
| US $14.07 - 16.00 / Piece | US $10.73 - 14.36 / Piece | US $12.07 - 15.43 / Pair | US $15.13 - 17.21 / Piece | US $10.56 - 13.72 / Pair | US $4.83 - 10.97 / Piece |

## More Choices









| | | | | | |
|---|---|---|---|---|---|
| Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001 | Hot sale Donald Trump 2020 Baseball Cap Patchwork | Body +Tank For HONDA CBR1000 RR CBR 1000 RR 08 09 | Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05 | 17 types 3D printing Trump 2020 Mask Windproof Cotton | 6 styles Donald Trump 2020 Dollar US President Banknotes |
| US $323.22 - 418.75 / Set | US $2.38 - 3.28 / Piece | US $323.22 - 418.75 / Set | US $346.54 - 448.96 / Set | US $0.58 - 0.98 / Piece | US $0.13 - 0.55 / Piece |

| Buyer | Product Info | Quantity | Order Date |
|---|---|---|---|
| White******** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2020-09-09 |
| G_c** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-06-06 |
| Tho********** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-05-12 |
| Dja**************** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-04-15 |
| Eve************************ | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-04-09 |
| Different******** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-04-08 |
| Friend*********** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-04-03 |
| Mnf ******** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-04-03 |
| Rom********** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-04-02 |
| Fab***** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-03-31 |
| Lpc* | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-03-26 |
| Sku ******* | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-03-24 |
| You are************** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-03-22 |
| Crowd********** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2019-03-05 |
| Kai ******** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2018-12-02 |
| But************* | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2018-11-26 |
| Zan ************ | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2018-11-20 |
| Tom********* | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2018-11-19 |
| Gold**** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2018-11-19 |
| Rob********** | KTM Kawasaki Motorcycle Gloves Guantes Moto Motorcycle Motorcycle Gloves Cycling Motocross gloves protective gear Gants Moto | 1 Piece | 2018-11-04 |

Item Description    Customer Reviews (9)    **Transaction History (20)**    Report Item

LOCAL WAREHOUSE Estimated arrival in 3+ days **shop now →**

 DHgate.com

Customer Service ⌄ | Drop shipping | Save more |  United States / USD ⌄ |  English ⌄

I'm shopping for...   🔍

Hi, Sign in
My DHgate ⌄      ♡   🕐   🛒 0

| ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

## Seller Information

**Xyfmtc**
230   Transactions
100%   Positive Review  ?
Guangdong, China (Mainland)
12:13 PM Wed Oct 7 Now
Member since Mar 2017

Recommend seller to friends

### Review Score:171

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ➕ Positive | 2 | 3 | 24 | 178 |
| 🟡 Neutral | 1 | 1 | 1 | 6 |
| 🔴 Negative | 0 | 0 | 0 | 4 |

### Service Detail Score (Mainly Industry : Automobiles & Motorcycles)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 5.0 / 5.0 | ⬆ Above Average | 188 |
| Communication | 5.0 / 5.0 | ⬆ Above Average | 188 |
| Delivery time | 5.0 / 5.0 | ⬆ Above Average | 188 |
| Shipping charges | 5.0 / 5.0 | ⬆ Above Average | 188 |

**Reviews Received** | Reviews Sent

Reviews: Negative ⌄                                          Dates: All ⌄



KTM Kawasaki Luva Motoqueiro Guantes Moto Motocicleta Luvas de moto Cycling Motocross gloves
Item code: 426193491

⭐ By:Everson Mic**** Meneghello 🇮🇹 V2   09 21,2019
**Product reviews:**
materiale scarso
helpful ( 0 )   unhelpful ( 0 )



2018 New Motorcycle Fashion Cotton MotoGp vr46 Fit For HONDA CBR 93 Motorcycle Hoodie
Item code: 415015300

⭐ By:bradle****ls12m   V2   01 17,2019
**Product reviews:**
it's pretty much kids size
helpful ( 0 )   unhelpful ( 0 )



2018 New Motorcycle Fashion Cotton MotoGp vr46 Fit For HONDA CBR 93 Motorcycle Hoodie
Item code: 415015300

⭐ By:istri****oshop 🇺🇸   12 27,2018
**Product reviews:**
their products are super small, when asked for a larger size their immidiate answer was, thats the largest the quality is very nice though
helpful ( 0 )   unhelpful ( 0 )



New Arrival 2017 Valentino Rossi VR46 Moto GP T-shirt for Yamaha Racing Blue Men Tee Free Shipping
Item code: 415395714

⭐⭐ By:jon***123   10 22,2018
**Product reviews:**
Not great, on top right instead of m1 it says cbr On a Yamaha T-shirt not good :) not too bad quality No tags on
helpful ( 0 )   unhelpful ( 0 )



New Arrival 2017 Valentino Rossi VR46 Moto GP T-shirt for Yamaha Racing Blue Men Tee Free Shipping
Item code: 415395714

⭐ By:jer****oco 🇫🇷   10 14,2018
**Product reviews:**
product is not 100% coton but polyester. this is not tee shirt but jersey.
helpful ( 0 )   unhelpful ( 0 )

‹  **1**  ›                                          Go to page: 1  GO

Bookmark & Share            

Help improve your experience on DHgate.com, Please tell us what you think about this page.









DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

**Lucky Star ...** Add To Favorite Stores ( 22 )

**100%** Positive Feedback **228** Transactions

Online Chat Message Seller

Share

KTM | In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > Products

## Store Categories

- Motorcycle Gloves (11)
- Motorcycle jacket (4)
- Motorcycle Suit Set (2)
- Motorcycle Pants (2)
- Motorcycle T-shirt (1)
- Motorcycle Jersey (1)

**21** matching products found in all products

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

New Arrival 2017 Valentino Rossi VR46 Moto GP T- shirt for Ya...
Ships out within 10 business days
Item Sold (**49**) (18)
**US $13.46 - 17.38** / Piece
~~US $14.16 - 18.29~~
Add to Cart

Leather Racing Glove S1 Motorcycle Gloves Driving Bicycle Cy...
Ships out within 4 business days
Item Sold (**34**) (16)
**US $22.69 - 29.31** / Pair
~~US $23.88 - 30.85~~
Add to Cart

2018 NEW Latest Kawasaki motorcycle racing suit popular bran...
Ships out within 10 business days
Item Sold (**3**) (1)
**US $83.60 - 111.84** / Set
~~US $87.99 - 117.72~~
Add to Cart

2018 KTM Tour de france Cycling Gloves racing TEAM Bike bicy...
Ships out within 10 business days
Item Sold (**6**) (2)
**US $10.24 - 12.92** / Pair
~~US $10.77 - 13.60~~
Add to Cart

New arrival Cycling Gloves Summer Bike Bicycle Gloves Riding...
Ships out within 10 business days
Item Sold (**4**)
**US $10.93 - 14.12** / Pair
~~US $11.50 - 14.86~~
Add to Cart

2017 KTM RADICAL X carbon fiber motorcycle riding gloves mot...
Ships out within 10 business days
Item Sold (**4**) (1)
**US $27.93 - 35.30** / Pair
~~US $29.40 - 37.15~~
Add to Cart

Brand- KTM Motocross jerseys T shirts OFF ROAD motorcycle Bic...
Ships out within 10 business days
Item Sold (**22**) (3)
**US $13.46 - 17.38** / Piece
~~US $14.16 - 18.29~~
Add to Cart

Fashion Komine PK718 Motorcycle Trousers Kevlar Denim Jeans ...
Ships out within 7 business days
Item Sold (**2**)
**US $44.69 - 56.46** / Piece
~~US $47.04 - 59.43~~
Add to Cart

KTM Kawasaki Luva Motoqueiro Guantes Moto Motocicleta Luvas ...
Ships out within 10 business days
Item Sold (**20**) (9)
**US $7.06 - 9.78** / Pair
~~US $7.43 - 10.29~~
Add to Cart

2017 New Red 100% cotton Motocross Sweatshirts Outdoor sport...
Ships out within 10 business days
Item Sold (**7**) (3)
**US $24.07 - 30.40** / Piece
~~US $25.33 - 32.00~~
Add to Cart

5 % OFF

Brand New 2015 SPD Gel Full Long Finger Gloves for bike bicy...
Ships out within 10 business days
**US $9.68 - 12.50** / Pair
~~US $10.18 - 13.15~~

DHgate.com Buy Globally · Sell Globally    Hello, [redacted] ( 259 ) Sign out | My DHgate | Help | English | 26 Cart

**Lucky Star ...**    Add To Favorite Stores ( 22 )

**100%** Positive Feedback    **228** Transactions

Online Chat    Message Seller

Share

In this store    On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

### Basic Information

| | |
|---|---|
| Company Name: | |
| Business Type: | |
| Location: | Guangdong, China (Mainland) |
| Year Established: | Mar 2017 |
| Main Product(s)/Service: | |

### Contact Us

Online Chat    Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

# DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| Review Your Orders | Payment | Success |

## Review Your Shipping Address

Ship To:                                    Change Shipping Address

███████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

.

📞 █████████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: xyfmtc



KTM Kawasaki Motorcycle Gl...    Size: M    39 Pairs    US $7.32 /Pair    US $285.48    ePacket
                                 Color: Orange                                               US $80.10
                                 Options: orange                                             Delivery: Estimated between 8-30 (seller ships within 10 business days)

**Add remark to seller**                                          Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:    US $285.48
Shipping Cost:    US $80.10
Order Total:      US $365.58

## Choose Your Payment Method

⚪ Credit or Debit Card    VISA  DISCOVER  [JCB]  mastercard

⦿ Other Payment Method

« Back to Cart

Item Subtotal(1 items):    US $285.48
Shipping Cost:             US $80.10
**Grand Total:**           **US $365.58**

DHgate Service Pledge
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dispute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.



Buyer Protection | Customer Service ˅ | Drop shipping | United States / USD ˅ | English ˅

DHgate

Lucky Star Motorcycle Spare...
100% Positive Feedback

I'm shopping for...    On DHgate    In Store

🛒 26

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Gloves > Product detail



   

Compare with similar items

### 2018 KTM Tour de france Cycling Gloves racing TEAM Bike bicycles gloves with Gel pads Blue Sports Gloves for Men...

★★★★★  2 Reviews | 6 Transactions

| USD ˅ | $12.92 ~~$13.6~~ 1 Pair+ | $12.28 ~~$12.93~~ 2 Pairs+ | $11.89 ~~$12.52~~ 10 Pairs+ |

App Only $10.12 - $12.78 ˅

Sale Detail:  5% OFF  ⏱ 07 days left
**Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Color :    Blue

Size :    M

Options:

blue

Quantity:    – 1 +    Pair
Maximum 10000 Pair(s)

Shipping:    $1.93 to United States Via ePacket ˅
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ?

Total cost:    **$14.85**    ⓘ Get coupon and you will save extra $3

**Buy it Now**    **Add to Cart**

♡ Add to Favorite ˅
Seller Guarantee:    ↩ Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment:



---

## Customers Who Bought This Item Also Bought


Applicable to Yamaha Cross Country Mountain Bike MX
US $14.07 - 16.00 / Piece


New team version cross country gloves MX motorcycle
US $10.73 - 14.36 / Piece


Motorcycle Gloves Racing Gear Wear A S1 For Men Motorbike
US $12.07 - 15.43 / Pair


Retro Pursuit Perforated Real Leather Motorcycle Gloves
US $15.13 - 17.21 / Piece


Motorcycle Gloves Leather Goatskin Touch Screen Ready
US $10.56 - 13.72 / Pair


F-5 Colors Gloves Moter Glove Moto Racing Motocycly Gloves
US $4.83 - 10.97 / Piece

---

## More Choices


















Lucky Star Motorcycle Spare...
100% Positive Feedback

I'm shopping for...

On DHgate | In this Store



Home > All Categories > Automobiles & Motorcycles > Motorcycle Accessories > Motorcycle Apparel > Product detail



Compare with similar items

### Brand-KTM Motocross jerseys T shirts OFF ROAD motorcycle Bicycle Cycling Jerseys Breathable Sweatshirt MTB Downhill jersey Quick Dry

★★★★☆ | 3 Reviews | 21 Transactions

| USD | $17.38 | $16.51 | $15.99 | $14.57 |
|---|---|---|---|---|
| | $18.29 | $17.38 | $16.83 | $15.34 |
| | 1 Piece+ | 2 Pieces+ | 10 Pieces+ | 20 Pieces+ |

App Only $13.31 - $17.19

Sale Detail: 5% OFF | 07 days left
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Size: M

Options:    

Quantity: 1 Piece | Maximum 10000 Piece(s)

Shipping: $3.11 to United States Via ePacket
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification

**Buy it Now** | **Add to Cart** | ♡ Add to Favorite

Seller Guarantee: Return Policy | On-time Delivery in 30 Days

Secure Payment:

## Customers Who Bought This Item Also Bought

     

| | | | | | |
|---|---|---|---|---|---|
| Formula 1 Renault Renault F1 Team 2020 short sleeve French | Autumn Winter KTM Motorcycle Riding Sweatshirt Motorcycle | Summer Honda REPSOL Racing POLO Shirt Cavalier Team | WEC Aston Martin Team 2019 Short Sleeve Polo Shirt Lapel T- | ktm summer new MOTO GP motorcycle off-road riding T- | New motocross racing T-shirt for ktm men's short-sleeved T- |
| US $17.81 - 21.38 / Piece | US $29.80 - 36.32 / Piece | US $13.81 - 18.34 / Piece | US $16.58 - 20.38 / Piece | US $12.78 - 17.13 / Piece | US $12.81 - 14.57 / Piece |

## More Choices

     

| | | | | | |
|---|---|---|---|---|---|
| Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001 | Hot sale Donald Trump 2020 Baseball Cap Patchwork | Body +Tank For HONDA CBR1000 RR CBR 1000 RR 08 09 | Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05 | 17 types 3D printing Trump 2020 Mask Windproof Cotton | 6 styles Donald Trump 2020 Dollar US President Banknotes |
| US $323.22 - 418.75 / Set | US $2.38 - 3.28 / Piece | US $323.22 - 418.75 / Set | US $346.54 - 448.96 / Set | US $0.58 - 0.98 / Piece | US $0.13 - 0.55 / Piece |



Case 1:20-cv-06677-ER Document 1 Filed 11/18/20 Page 142 of 170 Page ID #2977

DH gate

luggage191 ⌄
97.2% Positive Feedback

I'm shopping for...    🔍 On DHgate    In this Store

👤   🛒 0

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Automobiles & Motorcycles > Motorcycle Parts > Handlebars > Product detail







Compare with similar Items



### 7/8 22mm Motorcycle Hand Grips Handle Rubber Bar Gel Grip Orange Modified Accessory for KTM Duke 125 200 390 690 990 Motocross

| USD ⌄ | **$11.03** | $7.50 | $6.84 | $6.23 | $6.02 |
|---|---|---|---|---|---|
| | 1 Pair+ | 20 Pairs+ | 42 Pairs+ | 49 Pairs+ | 167 Pairs+ |

**Sale Detail:** Buy it now, you will save extra $3 when you apply below promotions

🎁 New User Save $3

**Quantity:**   − 1 +   Pair    Maximum 1000 Pair(s)

**Shipping:**   $11.43 to United States Via ePacket ⌄
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ❓

**Total cost:**   **$22.46**   ⓘ   Get coupon and you will save extra $3

| Buy it Now | Add to Cart | ♡ Add to Favorite ⌄ |
|---|---|---|

**Seller Guarantee:**   🛡 Return Policy    🚚 On-time Delivery in 30 Days

**Secure Payment:**   

## Customers Who Bought This Item Also Bought








| Renthal 250mm Handlebar Round Cushion Crossbar Foam | DOMINO Universal 22mm Handle Bar 7" Motorcycle | 1-1 8 28MM Motorcycle Handlebars Fat Bars Grips Bar | Motorcycle Handlebar End Turn Signal Light Universal Indicator | Motorcycle Exhaust Muffler Carbon Fiber Double Down Slip- | Universal Motorcycle LED Turn Signal Mirrors turn light Mirror |
|---|---|---|---|---|---|
| US $2.72 - 3.66 / Piece | US $2.52 - 3.55 / Pair | US $66.00 - 75.04 / Set | US $1.73 - 5.65 / Piece | US $42.72 - 59.89 / Piece | US $15.08 - 25.72 / Piece |
| | | $2 OFF $39+ | $2 OFF $30+ | | $5 OFF $100+ |
| | | Per $100 Save $2 | | | |

## More Choices








| 5 Styles hot sale trump 2020 baseball cap USA hat election | New Car Polishing Wax Auto Coating Detailing Polishing Soft | Multi-functional Cleaning Soft Clay Gel Keyboard Cleaning | Auto Paint Finishing Carnauba Wax White Hard Paste Car Wax | Hot Product Mini Car Charger USB Charger Adapter for IPOD | 9x8.5cm 3D 3M Skull Metal Skeleton Crossbones Car |
|---|---|---|---|---|---|
| US $3.51 - 5.25 / Piece | US $2.54 - 4.17 / Piece | US $1.01 - 2.40 / Piece | US $3.02 - 5.21 / Piece | US $0.34 - 0.62 / Piece | US $1.13 - 1.18 / Piece |
| | | | | $3 OFF $40+ | $3 OFF $40+ |
| | | | | $40 Save $2 | $40 Save $2 |

### Item Description

Report Item

Feature: - 100% Brand New Aftermarket high quality - Material: Rubber Gel - Color: Orange with Black - Quantity: one pair - Size: 11.8cm long - Special Design for KTM Motorcycles.

### Specifications

| | |
|---|---|
| Type: | Handlebars |
| Make*: | KTM |
| Model*: | 990 |
| Model(Year)*: | 2014 |
| Item Code: | 495566523 |
| Category: | Handlebars |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

"



















---

**▮ SHIPPING**

1. Shipping cost: Click "Shipping and payment" tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

2. Time in transit: Transit time varies with different shipping methods.

| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
| DHL | 2-4 days | www.dhl.com |
| FedEx Express | 2-4 days | www.fedex.com |
| UPS | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| Hongkong Post | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

---

**▮ FEEDBACK**

Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute. Thank you!

---

**▮ RETURN POLICY**

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.



9/30/2020 2020 7/8 22mm Motorcycle Hand Grips Handle Rubber Bar Gel Grip Orange Modified, Cheap Motorcycle Grips from Luggage191, $6.02 | DHgate.Com

Case 1:20-cv-06677-Document 1-1 Filed 11/10/20 Page 146 of 170 PageID #: 2981

Less Description ^

## Sponsored Products You May be Interested In More Choice   I want to be here too



New Car Polishing Wax Auto Coating Detailing Polishing Soft

US $2.54 - 4.17 / Piece



2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece

$3 OFF $40 +



DHL UPS Free Shipping Disposable Mask 50pcs 3-Layer

US $0.07 - 0.12 / Piece



Best Quality For iphone 8 8plus X XR XS XS MAX Back Glass

US $9.16 - 29.76 / Piece

$2 OFF $30 +



US Stock-Back Massager with Adjustable Heat and Straps,

US $24.27 - 39.89 / Piece

$2 OFF $30 +



free shipping factory price 14 styles 3x5 trump flag 2020

US $1.61 - 2.98 / Piece

$5 OFF $50 +

## Compare with similar Items



| | 7 8 22mm Motorcycle Hand Grips Handle Rubber Bar Gel Grip Orange Modified | Pair Motorcycle 22mm CNC Handlebar Hand Grips Rubber Gel Handgrips for YZF R3 2020 | PRO ROCKSTAR Dirt bike 22mm 28mm handlebar pads protector Motorcycle Rider | Renthal 250mm Handlebar Round Cushion Crossbar Foam Bar Chest Pad for CRF50 XR50 | Car modification 25"x 5" Universal Car Kit Rear Bumper Cover Trim Shark Fin Spoiler L |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $6.02 - 11.03 / Pair | US $20.06 - 22.81 / Pair  $2 OFF $39 +  Per $100 Save $2 | US $7.04 - 9.72 / Piece | US $2.72 - 3.66 / Piece | US $19.10 - 34.29 / Piece |
| My. Order | 1 Pair | 1 Pair | 1 Piece | 1 Piece | 1 Piece |
| Customer Rating / Orders | ☆☆☆☆☆ 0   1 Order | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0   1 Order | ★★★★★ 5.0   22 Orders | ★★★★★ 5.0   12 Orders |
| Shipping Cost | | | US $17.66 | US $34.22 | Free Shipping |
| Shipping method | | | FEDEX_IP | UPS | China Post Air Mail |
| Estimated Delivery Time | | | Oct. 15 and Dec. 6 | Oct. 14 and Dec. 6 | Oct. 24 and Jan. 5 |
| Seller Guarantee | 🛡Guaranteed Service | 🛡Guaranteed Service | 🛡Guaranteed Service | 🛡Guaranteed Service | 🛡Guaranteed Service |
| Store | Shop by luggage191  97.2% Positive Feedback | Shop by motorcars  96.9% Positive Feedback | Shop by junyuantrade  100% Positive Feedback | Shop by junyuantrade  100% Positive Feedback | Shop by geryoun  97% Positive Feedback |

## Related Promotion

foam grips  grips hand  universal motorcycle handlebar mount  aluminum grills  bar hand grips  aluminum hand grips  motorcycle handlebar heated grips  handlebar aluminum

universal motorcycle grips  grips yamaha

## Related Keywords

cabinet handles  handle blender  love handles  pot lid handles  handles knobs for furniture  bone knife handles  industrial handles  basket handles  chinese brass handles

micarta handle

## You May Also Like













LOCAL WAREHOUSE Estimated arrival in 3+ days shop now ▸

Customer Service | Drop shipping | Save more | United States / USD | English

DHgate.com

I'm shopping for...

Hi, Sign in
My DHgate

0

ALL CATEGORIES | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery

Home > **Seller Review Profile**

## Seller Information

**Luggage191**
**300** Transactions
**97.3%** Positive Review ?
Jiangsu, China (Mainland)
09:00 PM Wed Sep 30 Now
Member since Jan 2019

Recommend seller to friends

## Review Score:136

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| Positive | 41 | 114 | 142 | 142 |
| Neutral | 1 | 3 | 5 | 5 |
| Negative | 0 | 3 | 4 | 4 |

## Service Detail Score (Mainly Industry : --)

| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | --/-- | -- | -- |
| Communication | --/-- | -- | -- |
| Delivery time | --/-- | -- | -- |
| Shipping charges | --/-- | -- | -- |

**Reviews Received** | Reviews Sent

Reviews: Negative | Dates: All

PU Leather Metal Car Keychain Keyring Key Chain Ring Key Holder For Audi Sline S Line A3 A4 A5 A6
Item code: 489737769

By: info_AVI V2 07 25,2020
**Product reviews:**
The goods didn't arived. :(
helpful ( 0 ) unhelpful ( 0 )

New M performance car windscreen windshield sticker for BMW E30 E36 E60 E46 E90 E71 E87 F30 F10 F20
Item code: 525440931

By: Nuno Te **** ra_MZn V1 06 29,2020
**Product reviews:**
Unsatisfied
helpful ( 0 ) unhelpful ( 0 )

2 Pcs 2.75 inch Car Interior Accessories Anti Slip Cup Mat for for BMW X1/340i/325xi/M3/M4
Item code: 490249891

By:Josep****nsley V2 05 13,2020
**Product reviews:**
Very unsatisfied
helpful ( 0 ) unhelpful ( 0 )

2x Car Door LED Logo Light Laser Projector Lights Ghost Shadow Welcome Lamp Easy Installation for
Item code: 490249900

By:rustin****trand V1 04 04,2020
**Product reviews:**
I still have not received my item! Are you going to send it back to me or reimburse me?
helpful ( 0 ) unhelpful ( 0 )

< 1 > Go to page: 1 GO

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

Share

**Luggage191** Add To Favorite Stores ( 21 )

**97.2%** Positive Feedback **300** Transactions

Online Chat Message Seller

KTM In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Automobiles & Moto... (1)

**1** matching products found for KTM

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

7 8 22mm Motorcycle Hand Grips Handle Rubber Bar Gel Grip Or...

Ships out within 10 business days

Item Sold (**1**)

**US $6.02 - 11.03** / Pair

Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

Luggage191

Add To Favorite Stores ( 21 )

**97.2%** Positive Feedback **300** Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

### Basic Information

| | |
|---|---|
| Company Name: | |
| Business Type: | |
| Location: | Jiangsu, China (Mainland) |
| Year Established: | Jan 2019 |
| Main Product(s)/Service: | |

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

## Review Your Shipping Address

**Ship To:**                                    Change Shipping Address

[REDACTED] [United States]

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 [REDACTED]

Edit

## Review & Confirm Your Order



| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: luggage191

7/8 22mm Motor cycle Hand Gr... | | 1 Pair | US $11.03 /Pair | US $11.03 | ePacket

US $11.43
Delivery: Estimated between 8-30 (seller ships within 10 business days)

Add remark to seller                                    Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:     US $11.03
Shipping Cost:      US $11.43
Order Total:        US $22.46

## Choose Your Payment Method



⭘ Credit or Debit Card

◉ Other Payment Method

« Back to Cart

Item Subtotal(1 items):     US $11.03
Shipping Cost:              US $11.43
**Grand Total:**            **US $22.46**

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

Buyer Protection  |  Customer Service ▾  |  Drop shipping  |  United States / USD ▾  |  English ▾



luggage19q ▾
100% Positive Feedback

I'm shopping for...    On DHgate    In this Store

Home > All Categories > Automobiles & Motorcycles > Motorcycle Parts > Handlebars > **Product detail**






Compare with similar Items

### 7/8 22mm Motorcycle Hand Grips Handle Rubber Bar Gel Grip Orange Modified Accessory for KTM Duke 125 200 390 690 990 Motocross

| USD ▾ | **$12.61** | $11.49 | $11.09 |
|---|---|---|---|
| | 1 Pair+ | 27 Pairs+ | 91 Pairs+ |

Sale Detail:    **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Quantity:    [ − ] 1 [ + ]    Pair    Maximum 100 Pair(s)

Shipping:    **$11.43** to United States Via ePacket ▾
Estimated delivery time: Dec. 2 and Dec. 24, ships out within 30 business days
Logistics Delay Notification ⑦

Total cost:    **$24.04** ⓘ    Get coupon and you will save extra $3

**Buy it Now**    **Add to Cart**    ♡ Add to Favorite ▾

Seller Guarantee:    🛡 Return Policy    🚚 On-time Delivery in 30 Days

Secure Payment:    MasterCard VISA 💳 DISCOVER JCB 🏦 💳 💳 ✓ PCI

## Customers Who Bought This Item Also Bought








| 7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel | Handle Grip Pro taper Motorcycle High Quality | Renthal 250mm Handlebar Round Cushion Crossbar Foam | TKOSM Akrapovic Exhaust Motorcycle Exhaust Muffler DB | Wheel Spoke Wraps Skins Coat Trim Cover Pipe Motorcycle | TKOSM Universal Motorcycle Exhaust Modify Akrapovic |
|---|---|---|---|---|---|
| US $6.58 - 9.65 / Pair | US $2.62 - 3.32 / Pair | US $2.72 - 3.66 / Piece | US $26.44 - 53.02 / Piece | US $3.04 - 6.17 / Set | US $25.94 - 41.02 / Piece |
| | | | $50 Save 2 | | $50 Save 2 |

## More Choices








| Original Xiaomi youpin Bcase Tita Temporary Stop Sign Car | Original Xiaomi Youpin COOWOO Car Phone Holder | Body+Tank For YAMAHA YZF R 1 YZF-1000 YZF 1000 YZFR1 04 05 | Xiaomi Youpin Cleanfly FVQ Portable Car Hand Helded | 10pcs 24 SMD 5050 Car Interior LED Panel Light with T10 BA9s | Body For KAWASAKI ZX 600 CC 6 R ZX636 ZX-6R 2000 2001 |
|---|---|---|---|---|---|
| US $8.85 - 10.54 / Piece | US $9.21 - 10.47 / Piece | US $346.54 - 448.96 / Set | US $70.36 - 83.84 / Piece | US $17.76 - 22.43 / Lot | US $323.22 - 418.75 / Set |
| $3 OFF $100 + | $3 OFF $100 + | $5 OFF $100 + | $3 OFF $100 + | | $5 OFF $100 + |

---

**Item Description**          Report Item

Feature: - 100% Brand New Aftermarket high quality - Material: Rubber Gel - Color: Orange with Black - Quantity: one pair - Size: 11.8cm long - Special Design for KTM Motorcycles.

### Specifications

| | |
|---|---|
| Type: | Handlebars |
| Make*: | KTM |
| Model*: | 990 |
| Model(Year)*: | 2014 |
| Item Code: | 543415417 |
| Category: | Handlebars |

Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

Description

"



















## SHIPPING

1. Shipping cost: Click &ldquo;Shipping and payment&rdquo; tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

2. Time in transit: Transit time varies with different shipping methods.

| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
| DHL | 2-4 days | www.dhl.com |
| FedEx Express | 2-4 days | www.fedex.com |
| UPS | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| Hongkong Post | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

## FEEDBACK

Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute. Thank you!

## RETURN POLICY

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.



10/13/2020 2020 7/8 22mm Motorcycle Hand Grips Handle Rubber Bar Gel Grip Orange Modified From Luggage19q, $11.09 | DHgate.Com

Case 1:20-cv-06677-Document 17-6 Filed 11/10/20 Page 155 of 170 PageID #:2990

Less Description ^

## Sponsored Products You May be Interested In More Choice 我也要出现在这里



TPU Car Key Cover Case Holder Wallets Skin Set for BMW e30

US $4.60 - 9.65 / Piece

$4 OFF $120 +

$40 Save $2



300W Solar led outdoor lighting solars garden lights Hanging

US $63.86 - 108.86 / Piece

$20 OFF $330 +



2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece



V Gold Max Hair Straightener Classic Professional styler Fast

US $15.08 - 30.00 / Piece



3 in 1 Women Hot Sweat Slim Thigh Trimmer Leg Shapers

US $13.51 - 16.29 / Set

$500 Save $20



Just Bulls Toronto Basketball Chicago Don Raptors

US $16.43 - 19.69 / Piece

## Compare with similar Items



| | 7 8 22mm Motorcycle Hand Grips Handle Rubber Bar Gel Grip Orange Modified | For Benelli TNT 125 135 TNT125 TNT135 Handle Bar Ends Grips 7 8" 22mm Universal | Pair Motorcycle 22mm CNC Handlebar Hand Grips Rubber Gel Handgrips for YZF R3 2020 | PRO ROCKSTAR Dirt bike 22mm 28mm handlebar pads protector Motorcycle Rider | Renthal 250mm Handlebar Round Cushion Crossbar Foam Bar Chest Pad for CRF50 XR50 |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $11.09 - 12.61 / Pair | US $27.25 - 30.98 / Piece | US $20.36 - 23.15 / Pair | US $7.04 - 9.72 / Piece | US $2.72 - 3.66 / Piece |
| | | $2 OFF $39 + | $2 OFF $39 + | | |
| | | Per $100 Save $2 | Per $100 Save $2 | | |
| Min. Order | 1 Pair | 1 Piece | 1 Pair | 1 Piece | 1 Piece |
| Customer Rating / Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0   1 Order | ★★★★★ 5.0   30 Orders |
| Shipping Cost | | | | US $17.94 | US $42.07 |
| Shipping method | | | | FEDEX_IP | UPS |
| Estimated Delivery Time | | | | Oct. 18 and Dec. 9 | Oct. 17 and Dec. 9 |
| Seller Guarantee | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service |
| Store | Shop by luggage19q   100% Positive Feedback | Shop by baixiangguo   96.8% Positive Feedback | Shop by motorcars   97.1% Positive Feedback | Shop by junyuantrade   100% Positive Feedback | Shop by junyuantrade   100% Positive Feedback |

## Related Promotion



motocross handlebars | universal motorcycle grips | scooter grips | motorcycle handlebar hand grips | hand grip honda | honda cafe racer | carbon fiber motorcycle handlebars

rubber bends | motorcycle handlebar yamaha | sportster grips

## Related Keywords

super atv | handle bar | hand grip | hand grip equipment | aluminum hand grips | grips hand | motorcycle rubber hand grip | hand grip trainer | hand grip case

gel hand grips motorcycles

## You May Also Like



Case 1:20-cv-06677-Document Filed 11/19/20 Page 156 of 170 PageID #:2991


The new KTM speed drop suit cross country pants

US $59.42 - 69.99 / Piece


Cartoon DIY Silicone Ice Cream Mold Popsicle Molds Popsicle

US $1.57 - 2.47 / Piece


Flexible Wire 2M 20 LED Bicycle Bike Cycling Rim Fairy Lamp

US $3.12 - 3.23 / Piece


2019 new fashion sandals fur stiletto heel nubuck leather

US $68.75 - 81.92 / Piece


Fishing Spinning Reel 1000-7000 Reels 13BB Ball Bearing

US $17.59 - 31.02 / Piece


5pcs lot 4000mAh EB-BG892ABA Replacement

US $29.15 - 36.58 / Lot


Stylish 1 6 BJD Fashion Doll Dress Form Wedding Dress

US $16.96 - 25.91 / Piece


PCI-E PCI Express 3.0 X4 to NVME M.2 M KEY NGFF SSD

US $8.55 - 10.86 / Piece


500cc 600cc r11 carbon motorcycle exhaust pipe

US $130.89 - 148.84 / Piece


Wholesale Western Cutlery Kitchen Fruit Fork Flatware

US $10.92 - 14.61 / Set


Motorcycle wholesale sweatshirt XC motorcycle GP

US $15.83 - 17.99 / Piece


Universal 7 8" 22mm Front Brake Clutch Master Cylinder

US $22.99 - 31.27 / Piece

3 Gifts Graffiti Cartoon Racing Off-road Motorcycle Helmet

US $57.72 - 65.63 / Piece


51 mm Akrapovic Stainless Steel Universal Motorcycle

US $42.22 - 58.29 / Piece


LED Integrated Tail Light Brake Turn Signal For KTM 125 200

US $23.06 - 33.99 / Piece


Home> Security & Surveillance> CCTV Products> CCTV Camera>

US $57.31 - 70.86 / Piece


New Dog Toys Chews Bone Ropes Pet Dog Toys Woven

US $5.39 - 6.12 / Piece


Para KTM DUKE 390 DUKE RC390 125 2016 2017 2018 RC

US $111.79 - 127.12 / Piece


Orange CNC Folding Extending Brake Clutch Levers For KTM

US $23.78 - 37.09 / Pair


2020 new arrival black Full Face Motorcycle Helmet off road

US $87.44 - 99.43 / Piece


Medium size Marble Fake Nails Square Dark Pink Ladies Acrylic

US $3.35 - 3.99 / Piece

New Racing Riding Pack Bags Shoulder Bag Ktm Motocross

US $23.32 - 33.15 / Piece

Best selling KTM MOTO downhill mountain bike men's

US $9.80 - 11.14 / Piece

Fashion Open Back Casual Tops Long Sleeve Deep V Neck T

US $9.05 - 14.14 / Piece


7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel

US $6.58 - 9.65 / Pair



Motorcycle Clutch Brake Levers CNC Adjustable For 85SX 2013-

US $42.36 - 48.17 / Piece

Baby Girl Sleeveless Dresses Children Green Clothes

US $10.56 - 18.00 / Piece


2018 New listing fashion Set auger bow tie Set bow ties for

US $2.92 - 5.06 / Piece

New Arrival 1 Meter Vintage Style Short Wedding Veils

US $21.90 - 26.09 / Piece


Tool Free 3.5 Inch USB 3.0 to SATA III External Hard Drive

US $22.46 - 26.76 / Piece











Luxury Jewelry Rhinestone
Queen Crown Tiaras Princess

US $17.47 - 21.54 / Piece

Newest 6 in 1 Microneedle
Derma Roller Set Skin Care Face

US $8.58 - 13.23 / Piece

New motocross racing T-shirt
for ktm men's short-sleeved T-

US $12.81 - 14.57 / Piece

Free shipping motorcycle
Motocross KTM Hydration pack

US $19.10 - 23.87 / Piece

Wholesale 50pcs Cute Sea
Turtles Mood Rings Color

US $23.32 - 34.40 / Lot



Ostrich Black Headless 4 String
Electric Guitar Bass Tremolo

US $45.23 - 53.90 / Piece

More ∨

## New Arrival hand grips

     

Polymethane grip ring for
portable silicone handle ball

US $33.69 - 38.31 / Piece

7.2 9.7cm Training Arm and
Back Muscles Pull-ups

US $42.74 - 48.60 / Piece

Hand grip strength recovery of
global silicone ring

US $32.09 - 38.23 / Piece

New Aluminum Mobile Cell
Phone Clip Holder Clamp

US $30.27 - 92.40 / Lot

$2 OFF $39 +

Per $100 Save $2

Stickers Silicone Rubber
Clothing Rack Non-slip Strips

US $0.13 - 0.17 / Piece

7.2 9.7cm Training Arm and
Back Muscles Pull-ups

US $42.74 - 48.60 / Piece

## Wholesale Handlebars

- Wholesale handle bars  •  Wholesale exhaust manifolds  •  Wholesale scooter mopeds  •  Wholesale handlebar warmers  •  Wholesale slider door

More ∨

## Related Categories

| Indoor Lighting | Sex Products | Home Décor | Hair Extensions | Home Textiles |
|---|---|---|---|---|
| **See Top 100 in Best Seller >** | Chastity Devices | Wall Stickers | Synthetic Hair Extensions | Cushion/Decorative Pillow |
| Pendant Lamps | Sex Dolls | Wallpapers | Hair Wefts | Carpets |
| Grow Lights | Vibrators | Candle Holders | Ponytails | Towel |
| Wall Lamps | Anal Toys | Tapestries | Top Closures | Blankets |
| Table Lamps | | | | |

Bookmark & Share            

⊘ Help improve your experience on DHgate.com, Please tell us what you think about this page.



China Wholesale     Security & Privacy     About Us     China Manufacturers     Seller Home     New Products     Top Searches     Products Online     Refined Products     Discount Products     Best Sellers     Customer
Service          Terms of Use     Russian     Portuguese     Italian     Spanish     French     German     Turkey     한국어     العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License


LOCAL WAREHOUSE    Estimated arrival in 3+ days    shop now ▶

Customer Service ⌄  |  Drop shipping  |  Save more  |  ⦿ United States / USD ⌄  |  ⊕ English ⌄

DHgate.com

I'm shopping for...    🔍

Hi, **Sign in**
My DHgate ⌄    ♡    ↻    🛒 2

ALL CATEGORIES

Flash Deals    Superior Suppliers    Coupon Center    Local Warehouse    Video Gallery

DHgate > All Categories > **Wholesale Automobiles & Motorcycles** (398 results)

**Automobiles & Motorcycles**
Exterior Accessories (242)
Auto Parts (70)
Interior Accessories (59)
Motorcycle Accessories (15)
Auto Electronics (5)
Car Care & Cleaning (4)
Vehicle Tools (4)
Motorcycle Parts (2)
Car Lights & Lighting (1)

Top Recommendations


US $0.03 - 0.10 / Piece


US $15.38 - 568.75 / Piece


US $204.03 - 447.92 / Piece


US $14.48 - 548.96 / Piece


US $22.62 - 598.96 / Piece

Filter:  Ship to: United States ✕    Clear All

From: Any Countries / Regions ⌄    Min.Order:    Price:    ☐ Superior Suppliers
Ship to: 🇺🇸 United States ⌄    Less than [    ] Unit(s) [Go]    $ [    ] - $ [    ] [Go]    ☐ Guaranteed Service    ☐ Sponsor
☐ Free shipping    ☐ Single Piece    ☐ On Sale    ☐ DHrefer    ☐ Free Samples

Sort by:    **Best Match**    Price ↕    Bestselling    Recently Listed    Customer Review



Chrome " Q 5 " Trunk Rear Number Letters Words Badge Emblem Sticker for Audi Q5

US $14.93 - 16.98 / Set

Ships out within 30 business days

Seller: luggage19q    💬 Chat
100.0% Positive Feedback

[Add to Cart]

Car Fuel tank cover Gas Cap B style For Jeep Wrangler From 2007 To 2017 Auto Exterior Accessories ABS Metal

US $27.49 - 31.26 / Piece

Ships out within 30 business days

Seller: luggage19q    💬 Chat
100.0% Positive Feedback

[Add to Cart]




Car styling 10pcs 82mm blue white for bmw cheap emblem badge cover the trunk logo car quick delivery E39 E38 E90 E60 E46 X1X3X5 X6

US $1.72 - 1.96 / Piece

Ships out within 30 business days
Min. Order: 10 Pieces

Seller: luggage19q    💬 Chat
100.0% Positive Feedback

[Add to Cart]



4D For Chevrolet car led emblem 170x55 mm logo led light white blue red Rear symbols badges

US $17.24 - 19.60 / Piece

Ships out within 30 business days

Seller: luggage19q    💬 Chat
100.0% Positive Feedback

[Add to Cart]






US $77.79 - 2,010.06 / Piece



Chrome Number Letters Trunk Emblem Sticker for Mercedes CLK Class CLK55

US $11.82 - 13.44 / Piece

Ships out within 30 business days

Seller: luggage19q | Chat
100.0% Positive Feedback

Add to Cart

Gzhengtong 4pcs 64mm Wheel Center Hub Cap Universal Calota Tampa Centro Roda Car Wheel Rim Cover Cap Clip 59mm Blank Punisher

US $4.93 - 5.60 / Piece

Ships out within 30 business days
Min. Order: 4 Pieces

Seller: luggage19q | Chat
100.0% Positive Feedback

Add to Cart



Car accessories 10pcs 82mm 74mm Blue White Black White Car Badge BONNET FRONT With 2pins CAR BADGE CHEAP EMBLEMS 51148132375 Styling DHL

US $1.74 - 1.98 / Piece

Ships out within 30 business days
Min. Order: 10 Pieces

Seller: luggage19q | Chat
100.0% Positive Feedback

Add to Cart




20pcs 54mm Blue Black silver Car Wheel Center Caps Hubs covers emblem For Ford for Fiesta Focus Fusion Mondeo 6M211003AA styling

US $1.46 - 1.65 / Piece

Ships out within 30 business days
Min. Order: 20 Pieces

Seller: luggage19q | Chat
100.0% Positive Feedback

Add to Cart



50 pcs 64mm black gray car wheel center caps Hub cap Rims cover emblem badge for Volvo Fit for S60 S80L XC60,3546923 Car styling

US $1.32 - 1.50 / Piece

Ships out within 30 business days
Min. Order: 50 Pieces

Seller: luggage19q | Chat
100.0% Positive Feedback

Add to Cart

9.4*7.55 cm For Renault Car Badges White Blue Red 4D Led Emblem Rear Logo Lights

US $17.24 - 19.60 / Piece

Seller: luggage19q | Chat

10/13/2020



**4D Car LED Emblem for Renault White Blue Red**

Ships out within 30 business days

100.0% Positive Feedback

Add to Cart

---

Black " 340 i " Number Trunk Letters Emblem Badge Sticker for BMW 3 Series 340i

US $16.09 - 18.29 / Set

Seller: luggage19q    Chat

100.0% Positive Feedback

Ships out within 30 business days



Add to Cart

---



High Quality Vitz Front Chrome Badge Emblem For 2006 Toyota Yaris Vios AP038

US $16.11 - 18.31 / Piece

Seller: luggage19q    Chat

100.0% Positive Feedback

Ships out within 30 business days

Add to Cart

---



100pcs New Car Styling ABS Chrome Black A3 A4 A5 A6 A7 A8 A4L A6L A8L 1.8T 3.0T 2.4 3.6 Q3 Q5 Q7 Rear Boot Sticker Badge Emblem

US $3.15 - 3.26 / Piece

Seller: luggage19q    Chat

100.0% Positive Feedback

Ships out within 30 business days
Min. Order: 100 Pieces

Add to Cart

---

7 8 22mm Motorcycle Hand Grips Handle Rubber Bar Gel Grip Orange Modified Accessory for KTM Duke 125 200 390 690 990 Motocross

US $11.09 - 12.61 / Pair

Seller: luggage19q    Chat

100.0% Positive Feedback

Ships out within 30 business days

Add to Cart

---

Wireless No Drill Type Car Logo Projector Light LED Laser Door Light For Alfa Romeo 159 156 147 166 Mito Giulietta Spider GT

US $9.31 - 10.59 / Set

Seller: luggage19q    Chat

100.0% Positive Feedback

Ships out within 30 business days



## DHgate.com
Buy Globally · Sell Globally

🛡 Buyer Protection  ✓ Verisign Secured

| Review Your Orders | Payment | Success |
|---|---|---|

## Review Your Shipping Address

Ship To:                                          Add New Address

████████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ████████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: luggage19q



7/8 22mm Motor cycle Hand Gr...    | 1 Pair | US $12.61 /Pair | US $12.61 | ePacket ▾
US $11.43
Delivery: Estimated between 8-30 (seller ships within 30 business days)

Add remark to seller                                     Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:     US $12.61
Shipping Cost:     US $11.43
Order Total:       US $24.04

## Choose Your Payment Method

◯ Credit or Debit Card    VISA  DISCOVER  🔟  mastercard

◉ Other Payment Method

« Back to Cart

Item Subtotal(1 items):     US $12.61
Shipping Cost:              US $11.43
Grand Total:               US $24.04



Dhgate Service Pledge
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

Buyer Protection | Customer Service ∨ | Drop shipping | ⊙ United States / USD ∨ | ⊕ English ∨



**DH** gate
luggage19s ∨
87% Positive Feedback

I'm shopping for...   🔍 On DHgate | In Store

👤   🛒 12

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Automobiles & Motorcycles > Motorcycle Parts > Handlebars > Product detail








Compare with similar items

### 7/8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel Grip Orange Modified Accessory for KTM Duke 125 200 390 690 990 Motocross

| USD ∨ | **$11.03** | $10.06 | $9.70 |
|---|---|---|---|
| | 1 Pair+ | 30 Pairs+ | 104 Pairs+ |

**Sale Detail:**   Buy it now, you will save extra $3 when you apply below promotions

🎁 New User Save $3

**Quantity:**   − 1 +   Pair   Maximum 100 Pair(s)

**Shipping:**   $11.43 to United States Via ePacket ∨
Estimated delivery time: Nov. 28 and Dec. 20, ships out within 30 business days
Logistics Delay Notification ⑦

**Total cost:**   **$22.46** ⓘ   Get coupon and you will save extra $3

| **Buy it Now** | **Add to Cart** | ♡ Add to Favorite ∨ |
|---|---|---|

Seller Guarantee:   🛡 Return Policy     🚚 On-time Delivery in 30 Days

Secure Payment:   [payment icons]



---

## Customers Who Bought This Item Also Bought








| Renthal 250mm Handlebar Round Cushion Crossbar Foam | 1-1 8 28MM Motorcycle Handlebars Fat Bars Grips Bar | Motorcycle Handlebar End Turn Signal Light Universal Indicator | Motorcycle Exhaust Muffler Carbon Fiber Double Down Slip- | New Hot ABS motorcycle Fairing kits 100% Fit For Suzuki | Universal Motorcycle LED Turn Signal Mirrors turn light Mirror |
|---|---|---|---|---|---|
| US $2.72 - 3.66 / Piece | US $66.00 - 75.04 / Set | US $1.73 - 5.65 / Piece | US $42.72 - 59.89 / Piece | US $452.27 - 468.75 / Set | US $15.08 - 25.72 / Piece |
| | $2 OFF $39+ | | | | $5 OFF $100+ |
| | Per $100 Save $2 | | | | |

## More Choices








| 5 Styles hot sale trump 2020 baseball cap USA hat election | 3 way Car Charger Double USB Port Dual for iPhone Samsung | New Car Safety Hammer Emergency Escape Tool with | USB 3D LED Wood Night Light Cross Animal Tea Style | 9x8.5cm ABS 3M Skull Metal Skeleton Crossbones Car | 2020 New Car Pendant Metal Cross Jesus Christian Religious |
|---|---|---|---|---|---|
| US $3.51 - 5.25 / Piece | US $3.69 - 6.71 / Piece | US $7.94 - 25.15 / Piece | US $13.84 - 29.15 / Piece | US $1.13 - 1.18 / Piece | US $4.62 - 8.16 / Piece |
| $2 OFF $120+ | $4 OFF $120+ | $4 OFF $120+ | $4 OFF $120+ | $4 OFF $120+ | $4 OFF $120+ |
| $40 Save $2 | $40 Save $2 | $40 Save $2 | $40 Save $2 | $40 Save $2 | $40 Save $2 |

---

**Item Description**     Report Item

Feature: 100% Brand New Aftermarket high quality - Material: Rubber Gel - Color: Orange with Black - Quantity: one pair - Size: 11.8cm long - Special Design for KTM Motorcycles.

### Specifications

| | |
|---|---|
| Type: | Handlebars |
| Make*: | KTM |
| Model*: | 990 |
| Model Year*: | 2014 |
| Item Code: | 542801224 |
| Category: | Handlebars |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description



















## SHIPPING

1. Shipping cost: Click &ldquo;Shipping and payment&rdquo; tab on the product detail page, and you will see the delivery details. You can calculate shipping cost by inputting the required information.

2. Time in transit: Transit time varies with different shipping methods.

| Carrier Name | Estimated Time in Transit from China to USA | Tracking Service |
|---|---|---|
| DHL | 2-4 days | www.dhl.com |
| FedEx Express | 2-4 days | www.fedex.com |
| ups | 2-4 days | www.ups.com |
| TNT | 2-4 days | www.tnt.com |
| EMS | 5-10 days | www.ems.com.cn |
| Hongkong Post | 5-10 days | www.ems.com.cn |

3. Item Processing Time: The processing time for a specific order varies with the product type and stock status. Mostly, processing time can be 3 to 15 working days.

## FEEDBACK

Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute. Thank you!

## RETURN POLICY

If you want to exchange the items received, you must contact us within 3 days of the receipt of your order. And you should pay the additional shipping fees incurred and the items returned should be kept in their original status.



Less Description ⌃

## Sponsored Products You May be Interested In More Choice    I want to be here too


3 way Car Charger Double USB Port Dual for iPhone Samsung
US $3.69 - 6.71 / Piece
$4 OFF $120 +
$40 Save $2


2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece


DHL UPS Free Shipping Disposable Mask 50pcs 3-Layer
US $0.07 - 0.12 / Piece


Led Lights Polychrome Flash Party Lights LED Glowing Ice
US $0.42 - 0.56 / Piece
$6 OFF $100 +


Best Quality For iphone 8 8plus X XR XS XS MAX Back Glass
US $9.16 - 29.76 / Piece
$5 OFF $100 +


US Stock-Back Massager with Adjustable Heat and Straps,
US $24.27 - 39.89 / Piece
$2 OFF $30 +

## Compare with similar Items



| | | | | | |
|---|---|---|---|---|---|
| | 7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel Grip Orange Modified **Add to Cart** | For Benelli TNT 125 135 TNT125 TNT135 Handle Bar Ends Grips 7 8" 22mm Universal **Add to Cart** | Pair Motorcycle 22mm CNC Handlebar Hand Grips Rubber Gel Handgrips for YZF R3 2020 **Add to Cart** | PRO ROCKSTAR Dirt bike 22mm 28mm handlebar pads protector Motorcycle Rider **Add to Cart** | Renthal 250mm Handlebar Round Cushion Crossbar Foam Bar Chest Pad for CRF50 XR50 **Add to Cart** |
| Price | US $9.70 - 11.03 / Pair | US $27.25 - 30.98 / Piece $2 OFF $39 + Per $100 Save $2 | US $19.16 - 21.79 / Pair $2 OFF $39 + Per $100 Save $2 | US $7.04 - 9.72 / Piece | US $2.72 - 3.66 / Piece |
| My. Order | 1 Pair | 1 Piece | 1 Pair | 1 Piece | 1 Piece |
| Customer Rating / Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0   1 Order | ★★★★★ 5.0   30 Orders |
| Shipping Cost | US $11.43 | Free Shipping | Free Shipping | US $7.01 | US $13.74 |
| Shipping method | ePacket | ePacket | ePacket | US priority line（CNE） | US priority line（CNE） |
| Estimated Delivery Time | Nov. 28 and Dec. 20 | Oct. 22 and Nov. 13 | Oct. 22 and Nov. 13 | Oct. 20 and Oct. 28 | Oct. 20 and Oct. 28 |
| Seller Guarantee | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service | ✅ Guaranteed Service |
| Store | Shop by luggage19s 87% Positive Feedback | Shop by baixiangguo 97.3% Positive Feedback | Shop by motorcars 97.1% Positive Feedback | Shop by junyuantrade 100% Positive Feedback | Shop by junyuantrade 100% Positive Feedback |

## Related Promotion

motorcycle handlebar heated grips   throttle thumb   motorcycle aluminum   bike handlebar plugs   rubber hand grips   motorcycle handlebars rubber   pit bike grips

handlebar aluminum   motorbike handlebars   motorcycle throttle grips

## Related Keywords

handlebar warmers   handle bars   aluminum hand grips   metal hand grip   black hand grips   hand grip trainer   hand grips exercises   gopro floating hand grip

handlebar hand grips 22mm   grip hands heavy

## You May Also Like







LOCAL WAREHOUSE    Estimated arrival in 3+ days    shop now ▸



🛡 Buyer Protection    Customer Service ⌄    Drop shipping ⌄    ☐ Save more    United States / USD|    English ⌄

**DHgate.com**

I'm shopping for...    🔍

Hi, **Sign in**
My DHgate ⌄    ♡    🕐    🛒 13

| ALL CATEGORIES | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile



### Seller Information

**Luggage19s**
**90** Transactions
**87%** Positive Review ❓

Jiangsu, China (Mainland)
04:26 PM Fri Oct 9 Now
Member since Jan 2019

Recommend seller to friends

### Review Score:16

| | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ⊕ Positive | 11 | 19 | 19 | 19 |
| ⊙ Neutral | 0 | 0 | 0 | 0 |
| ⊖ Negative | 0 | 3 | 3 | 3 |

### Service Detail Score (Mainly Industry : --)

| Service Detail | Service Score ❓ | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | --/-- | -- | -- |
| Communication | --/-- | -- | -- |
| Delivery time | --/-- | -- | -- |
| Shipping charges | --/-- | -- | -- |

**Reviews Received** | Reviews Sent

Reviews: Negative ⌄    Dates: All ⌄



Front Grille Emblem Badge Mark
Logo1.8 Liter Fit For FORD FOCUS
2 2005-2013 #91s
Item code: 534128030

★★☆☆☆  By:franck.gay 🇫🇷  LV2  07 14,2020
**Product reviews:**
Chrome is very bad quality, very thin, becoming black after only one month.... very disappointed !
helpful ( 0 )    unhelpful ( 0 )

For AMG Mercedes Benz W212
W211 W210 GLC GLA E200L C/E
class Car Steering Wheel AMG
Item code: 527823818

★☆☆☆☆  By:sill****oes 🇩🇪  LV2  06 30,2020
**Product reviews:**
not good
helpful ( 0 )    unhelpful ( 0 )

Carbon Fiber High Brake Sticker with
Taillight Sticker Modified for Golf 7
Golf 6 2011-17 Polo Tiguan
Item code: 526228823

★☆☆☆☆  By:97.se****iomar 🇮🇹  LV2  04 28,2020
**Product reviews:**
Very unsatisfied
helpful ( 0 )    unhelpful ( 0 )

‹  **1**  ›

Go to page: 1  GO

Bookmark & Share    f  g  t  VK  k  ⚫  ☊  in  ⬆  ☺  g+

✓ Help improve your experience on DHgate.com, Please tell us what you think about this page.



China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Products Online | Refined Products
Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License







DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

LOGO Factory

Share

**Luggage19s** Add To Favorite Stores ( 4 )

**87%** Positive Feedback **90** Transactions

Online Chat Message Seller

ktm In this store On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > ktm

## Store Categories

- Automobiles & Moto… (1)

**1** matching products found for ktm

Sort by: Bestselling Price Best Match Price: $ - $ Go Page 1/1

7 8" 22mm Motorcycle Hand Grips Handle Rubber Bar Gel G...

Ships out within 30 business days

**US $9.70 - 11.03** / Pair

Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 13 Cart

LOGO Factory

Luggage19s Add To Favorite Stores ( 4 )

**87%** Positive Feedback **90** Transactions

Online Chat Message Seller

Share

In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

LOGO Factory

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

### Basic Information

| | |
|---|---|
| Company Name: | |
| Business Type: | |
| Location: | Jiangsu, China (Mainland) |
| Year Established: | Jan 2019 |
| Main Product(s)/Service: | |

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | Arabic

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

DHgate.com
Buy Globally · Sell Globally

Buyer Protection

| Review Your Orders | Payment | Success |
|---|---|---|

## Review Your Shipping Address

Ship To:                                          Change Shipping Address

████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106
.

📞 ████████

Edit

## Review & Confirm Your Order



| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|
| Seller: luggage19s | | | | | |
| 7/8" 22mm Moto rcycle Hand G... | | 1  Pair | US $11.03 /Pair | US $11.03 | ePacket ▾<br>US $11.43<br>Delivery: Estimated between 8-30 (seller ships within 8 business days) |

Add remark to seller                                              Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:      US $11.03
Shipping Cost:      US $11.43
Order Total:        US $22.46

## Choose Your Payment Method



○ Credit or Debit Card    VISA  DISCOVER  mastercard

◉ Other Payment Method

« Back to Cart

Item Subtotal(1 items):      US $11.03
Shipping Cost:               US $11.43
Grand Total:                 US $22.46

Dhgate Service Pledge
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dispute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.