

Buyer Protection | Customer Service ⌄ | Drop shipping ⌄ | United States / USD ⌄ | English ⌄

DHgate

nulionly ⌄
100% Positive Feedback

I'm shopping for... | On DHgate | In this Store

🛒 13

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Fashion Accessories > Hats, Scarves & Gloves > Gloves & Mittens > Fingerless Gloves > **Product detail**



Compare with similar Items

### 666 embroidered Motorcycle Pointed baseball baseball motogp cotton peaked cap KTM motorcycle car cap fashion sun hat

| USD ⌄ | **$9.15** | $8.34 | $8.05 |
|---|---|---|---|
| | 3 Pieces+ | 36 Pieces+ | 125 Pieces+ |

Sale Detail: **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Gloves Size: One Size

Options: a-Adjustable

Quantity: − 3 + Pieces  Maximum 500 Piece(s)

Shipping: **Free Shipping** to United States Via ePacket ⌄
Estimated delivery time: Oct. 30 and Nov. 21, ships out within 10 business days
Logistics Delay Notification ⓘ

Total cost: **$27.45**  Get coupon and you will save extra $3

**Buy it Now** | Add to Cart | ♡ Add to Favorite ⌄

Seller Guarantee: 💲 Return Policy  ⊙ On-time Delivery in 30 Days

Secure Payment: MasterCard VISA DISCOVER ...

## Customers Who Bought This Item Also Bought


Unisex Flat Brim Wool Felt Fedora Hats with Belt Red Black
US $6.94 - 11.43 / Piece


2020 CP COMPANY two glasses goggles beanies men autumn
US $13.07 - 15.43 / Piece


Summer Trucker Hat With Snapbacks and Animal
US $4.81 - 9.09 / Piece


Ponytail Baseball Caps Washed Cotton Messy Buns Hats
US $2.87 - 4.03 / Piece


New Silk Night Cap Hat Double side wear Women Head Cover
US $2.67 - 3.42 / Piece


Spring graffiti printing baseball cap Child parent hat Long tail
US $6.71 - 8.53 / Piece

## More Choices

2020 TOP1 fashion casual business belts wholesale high
US $10.57 - 21.54 / Piece

Protective Hat Anti-spitting Powder Wind Sand Mask Anti-
US $4.78 - 5.31 / Piece

7 Style Baseball Hat Ponytail Baseball Cap Washed Cotton
US $3.02 - 3.59 / Piece

new fashion designer sunglasses 0101 retro metal
US $41.46 - 54.66 / Piece
$4 OFF $80+

7 Style Baseball Hat Ponytail Baseball Cap Washed Cotton
US $3.07 - 4.06 / Piece

Wholesale fashion sunglasses 4353 cat eye frame simple
US $45.60 - 59.63 / Piece
$4 OFF $80+

## Item Description

Report Item

Itemcode:6CBI34QAsp-598810553908;Color Example: red, green, blue, black, white. Size Example: M, L, XL, XXL. Style: You Can Choose Sales model: mix order. Quantity: 1 items

## Specifications

| | |
|---|---|
| BRAND: | non |
| Type: | Fingerless Gloves |
| Popular elements: | embroidery |
| Applicable sex: | neutral/both male and female |
| Weaving method: | satin weave |
| Material: | cotton |
| Eaves shape: | rolled |
| Product category: | baseball cap |
| Suitable season: | Summer autumn Spring |
| Hat top style: | dome |
| Material: | Bamboo Fiber |
| Gender: | Man |
| Craft: | Jacquard |
| Season: | Spring & Fall |
| Color: | Multi |
| Style of Length: | Opera |
| Pattern Type: | Letter |
| Style: | Active |
| Item Code: | 570822822 |
| Category: | Fingerless Gloves |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description

<span style="color:red">Attention: As different computers display colors differently, the color of the actual item may vary slightly from the above images,and the size will be slightly error,thanks for your understanding.</span>









Case 4:20-cv-06677 Document 1-30 Filed 11/19/20 Page 4 of 48 PageID #: 3205







10/1/2020 2020 666 Embroidered Motorcycle Pointed Baseball Motogp Cotton Peaked Cap Ktm Racing Hat Team Dirtbike Racing Custom Nulionly, $8.05 | DHgate.Com

Case 1:20-cv-09667-Document 20 Filed 11/19/20 Page 5 of 48 PageID 8306



<div align="center">▲ Less Description</div>

Sponsored Products You May be Interested In More Choice    I want to be here too



Protective Hat Anti-spitting Powder Wind Sand Mask Anti-

US $4.78 - 5.31 / Piece



2020 latest EMslim HI-EMT machine EMS electromagnetic

US $8.48 - 3780.00 / Piece



DHL UPS Free Shipping Disposable Mask 50pcs 3-Layer

US $0.07 - 0.12 / Piece



Best Quality For iphone 8 8plus X XR XS XS MAX Back Glass

US $9.16 - 29.76 / Piece



Portable LED UV Disinfection Stick Lamp Handheld UVC Light

US $6.76 - 9.03 / Piece

$6 OFF $100 +



US Stock-Back Massager with Adjustable Heat and Straps,

US $24.27 - 39.89 / Piece

$2 OFF $30 +

Compare with similar Items



666 embroidered Motorcycle Pointed baseball baseball motogp cotton peaked cap KTM

Add to Cart



Gloves Womens Fashion Winter Twist Full Finger Wrist Warm Mittens Women's Fashion

Add to Cart



Drake In My Feelings Dad Hat Hot singles Kiki do you love me Buzzwords Baseball Cap 100%

Add to Cart



Unisex Classic Felt Pork Pie Porkpie Hat Cap Upturn Short Brim Black Ribbon Band

Add to Cart

2020 fashion sports black buffalo horn glasses men round circle lenses wood frame

Add to Cart



| | | | | | |
|---|---|---|---|---|---|
| Price | US $8.05 - 9.15 / Piece | US $11.25 - 12.79 / Piece | US $13.25 - 15.06 / Piece<br>$3 OFF $99 +<br>Per $159 Save $5 | US $7.04 - 9.15 / Piece | US $17.20 - 21.47 / Piece |
| My. Order | 3 Pieces | 1 Piece | 1 Piece | 1 Piece | 1 Piece |
| Customer Rating / Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0  1 Order | ★★★★★ 4.3  23 Orders | ★★★★★ 4.4  65 Orders | ★★★★★ 4.4  383 Orders |
| Shipping Cost | Free Shipping | US $1.23 | Free Shipping | US $0.64 | Free Shipping |

| Shipping method | ePacket | China Post Air Mail | ePacket | ePacket | ePacket |
|---|---|---|---|---|---|
| Estimated Delivery Time | Oct. 30 and Nov. 21 | Jan. 14 and Feb. 4 | Oct. 23 and Nov. 14 | Oct. 22 and Nov. 13 | Oct. 20 and Nov. 11 |
| Seller Guarantee | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service |
| Store | Shop by nulionly<br>100% Positive Feedback | Shop by brooch001<br>90.3% Positive Feedback | Shop by lotusflowern<br>97.9% Positive Feedback | Shop by artstyle<br>97.1% Positive Feedback | Shop by buffalohorn...<br>96.7% Positive Feedback |

## Related Promotion

tactical military fingerless gloves   elbow tendons   workout gloves for women   fingerless computer gloves   hats gloves sale   striped gloves mittens   fingerless cotton gloves

professional winter dress   red gauntlet gloves   leather wrist wraps

## Related Keywords

heated gloves   drive gloves   driving glove   purple gold baseball cap   plastic baseball caps   blue baseball cap   embroidery baseball cap   baseball cap trend   peach baseball caps

athletics baseball cap

## You May Also Like



46 Styles Fashion Bags 2018 Ladies Designer Handbags

US $20.73 - 24.85 / Piece

Sporty Fashion Active Wear Black Fitness Tracksuits One

US $14.95 - 17.82 / Piece



Womens Shirt Tied Neck Chain Print Casual Shirt Long Sleeve

US $12.91 - 15.38 / Piece



Astroworld Rapper Hip Hop Hoodies Casual Hooded

US $47.26 - 56.63 / Piece



OGIO motorcycle riding backpack shoulder knight

US $53.69 - 64.32 / Piece



Outdoor Sports Riding Gloves Motorcycle Nylon Gloves Full

US $7.16 - 8.35 / Piece

Women Shoulder Bag Handbag Baguette Nylon Lady High

US $33.17 - 41.00 / Piece

motorcycle MC fuel tank bag multifention moto bags

US $38.20 - 51.30 / Piece



Summer chic Super beautiful women's large rhinestone heels

US $37.19 - 50.30 / Pair



Glass Water Pipes Gun Smoking Pipe Water Bong Oil Rig

US $20.30 - 24.83 / Piece



Motorcycle racing Harley Knight diagonal fashion trend chest

US $23.98 - 29.06 / Piece



2020 new off-road motorcycle riding backpack racing

US $51.41 - 70.29 / Piece

Luxury Leather Flip Unique Magnet Design Stand Case For

US $13.50 - 19.68 / Piece

Full Face Motorcycle Helmet Double lens ABS Material

US $99.00 - 112.58 / Piece



NEW mans designer jacket High Quality Long Sleeve Shirts

US $0.02 - 263.48 / Piece



2020 fashion sports black buffalo horn glasses men

US $17.20 - 21.47 / Piece

Air Purifying Face Mask Anti Dust Fog Face Mouth Filter

US $0.27 - 0.54 / Piece



in stock 10Pcs retail packaging 3-12 years Kids mask face Mask

US $0.13 - 0.19 / Piece



Fashion Cartoon Printed Casual Set Womens Designer Tracksuit

US $8.55 - 12.58 / Set



Golden Mobile Phone Magnet Holder Magnet bracket 360

US $1.86 - 4.76 / Piece









DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 0 Cart

Share

Nulionly

Add To Favorite Stores ( 5 )

**100%** Positive Feedback **12** Transactions

Online Chat Message Seller

ktm

In this store | On DHgate

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > ktm

## Store Categories

- Fashion Accessories (1)
- Bags, Shoes & Accs (1)

**1** matching products found for ktm

Sort by: Bestselling | Price | Best Match | Price: $ - $ Go | Page 1/1

666 embroidered Motorcycle Pointed baseball baseball motogp ...

Ships out within 10 business days

**US $8.05 - 9.15** / Piece

Free Shipping

Add to Cart

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

Nulionly   Add To Favorite Stores ( 5 )

**100%** Positive Feedback   **12** Transactions

Online Chat   Message Seller

Share

In this store   On DHgate

## About Us

- Store Introduction
- Basic Information

### Store Introduction

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

### Basic Information

Company Name:
Business Type:
Location: China
Year Established: Aug 2020
Main Product(s)/Service:

### Contact Us

Online Chat   Message Seller

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

**Review Your Orders** | Payment | Success

## Review Your Shipping Address

Ship To:                                          Change Shipping Address

▮▮▮▮▮ **(United States)**

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ▮▮▮▮▮

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
|---|---|---|---|---|---|

Seller: nulionly



666 embroidered Motorcycle ...

Options: a-Adjustable Gloves One Size Size:

3 Pieces

US $9.15 /Piece     US $27.45

ePacket

**Free Shipping**
Delivery: Estimated between 8-30 (seller ships within 10 business days)

**Add remark to seller**                                    Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:        US $27.45
Shipping Cost:         US $0.00
Order Total:          US $27.45

## Choose Your Payment Method

○ Credit or Debit Card    VISA  DISCOVER  [JCB]  [mastercard]

⦿ Other Payment Method

« Back to Cart

Item Subtotal(1 items):     US $27.45
Shipping Cost:               US $0.00
**Grand Total:**            **US $27.45**



**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dispute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

22 pcs bdm adapter For KTAG KESS KTM Dimsport BDM Probe Adapters Full Set bdm frame metal adapter | DHgate.Com



DH gate   obdstar

Buyer Protection | Customer Service | Drop shipping | United States / USD | English

I'm shopping for...   On DHgate   In this Store

Home > All Categories > Automobiles & Motorcycles > Vehicle Tools > Code Readers & Scan Tools > Product detail



## 22 pcs bdm adapter For KTAG KESS KTM Dimsport BDM Probe Adapters Full Set bdm frame metal adapter

| USD | $70.05 | $68.58 | $62.50 | $60.31 |
|---|---|---|---|---|
| | 1 Piece+ | 2 Pieces+ | 5 Pieces+ | 17 Pieces+ |

Sale Detail: **Buy it now, you will save extra $3 when you apply below promotions**
🎁 New User Save $3

Quantity:  − 1 +  Piece   188 in Stock ( Stock in: 🇨🇳 CN )

Shipping: **Free Shipping** to United States Via DHL ⌄
Estimated delivery time: Oct. 22 and Oct. 25, ships out within 4 business days
Logistics Delay Notification ⓘ

Total cost: **$70.05**   Get coupon and you will save extra $3

**Buy it Now**   **Add to Cart**   ♡ Add to Favorite ⌄

Seller Guarantee: 💲 Return Policy   🕐 On-time Delivery in 6 Days

Secure Payment: Mastercard VISA DISCOVER ...

### Customers Who Bought This Item Also Bought

     

| Konwnee KW590 OBD2 EOBD Car Universal Diagnostic Receiver USB Transceiver ZF- | dewabiss spray paint gun CV1 Airbrush airless spray gun for | HOT!! OBD mini ELM327 Bluetooth OBD2 V2.1 Auto | X431 CR3001 Full OBD2 Scanner OBD 2 EOBD Code | Dent Puller Bodywork Repair Panel Screen Open Tool | Auto Repair Finger Glove Night Car Motorcycle Repair Tools |
| US $35.18 - 40.00 / Piece | US $75.38 - 85.72 / Piece | US $0.81 - 0.92 / Piece | US $15.18 - 28.12 / Piece | US $4.52 - 5.14 / Piece | US $1.68 - 3.40 / Piece |

### More Choices

     

| Wireless Stereo Audio AUX Receiver USB Transceiver ZF- | C13 T32 C12 FM Transmitter Wireless Bluetooth 5.0 | BTE5 Car MP3 Player Bluetooth FM Transmitter Car FM | Cheap CAR B2 B3 E5 Multifunction Bluetooth | Led Car Moto Charger USB 12 24V Black Waterproof Auto Car | Bluetooth Car FM Transmitter C57 Car Radio Wireless Adapter |
| US $1.81 - 2.40 / Piece | US $5.09 - 7.92 / Piece | US $2.92 - 4.10 / Piece | US $3.02 - 3.39 / Piece | US $2.87 - 3.95 / Piece | US $10.26 - 11.46 / Piece |
| $3 OFF $100 + | $3 OFF $100 + | $3 OFF $100 + | $3 OFF $100 + | $3 OFF $100 + | $3 OFF $100 + |

### Item Description                                      Report Item

with wifi high quality sd c4, large in stock, lifelong tech support, we also offer online tech support, we also have icom a2/next,tech2,vcm2,5054/6154......

### Specifications

| Car Maker: | VW Australia Ford Seat Dadi Volvo Subaru Audi Chevrolet Chrysler Opel Honda Rover Citroen Dacia Suzuki Lancia Porsche Isuzu Yamaha Tata Maruti Hyundai Kia Chevy Renault Holden Demo GM Mazda Saab Mitsubish Smart BMW Romeo Peugeot Land Rover Mahindra Benz Daihatsu Toyota Fiat Skoda Jaguar Brilliance Ford Nissan Daewoo |
| Language: | English |
| Software Update : | Yes |
| Item: | bdm adapter |
| Shipping: | fast and safe |
| Feature: | For KTAG KESS KTM |
| Warranty: | one year |
| Item Code: | 565243298 |
| Category: | Code Readers & Scan Tools |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description









# 14AM00T15M
## For TOYOTA
## NEC76F-20







# 14AM00T16M
## For TOYOTA
## NEC76F-26







10/13/2020 ... $60.31 | DHgate.Com

# 18
## For MOTOROLA MPC56XX
## ECU MARELLI







# 19
## TRW TRUCK ECU(NEXUSMPC5XX)







# For SICMENS C.PCK 2.1







# 7.8.9.10.11
## For JTAG
## ADAPTER





# 1.2.12.13
## BDM For MOTOROLA
## MPC5XX ADATPER



# 5.6.14
## For JTAG NEXUS
## MPC5XX ADAPTER







1.2.12.13
BDM For MOTOROLA
MPC5XX ADATPER

1.2.12.13
BDM For MOTOROLA
MPC5XX ADATPER

3.4
For INF INEONTRICOREAND
ST10XXXADAPTER

3.4
For INF INEONTRICOREAND
ST10XXXADAPTER

1.2.12.13
BDM For MOTOROLA
MPC5XX ADATPER

5.6.14
For JTAG NEXUS
MPC5XX ADAPTER

5.6.14
For JTAG NEXUS
MPC5XX ADAPTER

7.8.9.10.11
For JTAG RENESAS
ADAPTER

7.8.9.10.11
For JTAG RENESAS
ADAPTER

19
TRW TRUCK
ECU(NEXUSMPC5XX)

14AM00T16M
For TOYOTA NEC76F-26

7.8.9.10.11
For JTAG RENESAS
ADAPTER

7.8.9.10.11
For JTAG RENESAS
ADAPTER

7.8.9.10.11
For JTAG RENESAS
ADAPTER

For SICMENS C.PCK 2.1

1.2.12.13
BDM For MOTOROLA
MPC5XX ADAPTER

5.6.14
For JTAG NEXUS
MPC5XX ADAPTER

18
For MOTOROLA MPC56XX
ECU MARELLI

14AM00T15M
For TOYOTA NEC76F-20







**KTAG KESS KTM Dimsport BDM Probe Adapters Full Set (for De-nso,for Mar-lli,for B-osch, S-iemens)**

**Features:**
Adapter width: ~60mm width for original BDM Probe, not for low quality plastic with 40mm width.
Adapter thickness: 2mm
Adapter colour: Green
**A full set comes with 22 BDM adapters.**
Package includes:
1 14AM00T01M B-osch
2 14AM00T02M D-ph DCM
3 14AM00T03M B-ootloader ST10xx
4 14P600KT04 I-nfineon Tricore EDC/MED17
5 14AM00T05M M-arelli MPC55xx JTAG



6 14AM00T06M D-ph MPC55xx JTAG
7 14AM00T07M D-enso CN1 Boot
8 14AM00T08M D-enso CN2 Boot
9 14AM00T09M D-enso CN3 Boot
10 14AM00T10M D-enso CN1 AUD
11 14AM00T11M D-enso CN2 AUD
12 14AM00T00M D-ph DCI
13 14AM00TBAS Base Adapter 1.27
14 14AM00T14M NexusEFI T6 Lotus
15 14AM00TB02 Magneti M-arelli BDM insert
16 14AM00TB01 S-iemens BDM insert
17 14AM00TB03 EDC7 BDM insert
18 14AM00T18M Magneti M-arelli MPC/SPC56xx
19 14AM00T13M N-exus MPC5xx TRW ECU
20 VAG 1.6tdi - S-iemens-Continental PCR2.1
21 14AM00T15M To-yota NEC76F-20
22 14AM00T16M To-yota NEC76F-26

**Less Description ⌃**

## Sponsored Products You May be Interested In More Choice


Car Bluetooth 5.0 Wireless FM Transmitter with Dual USB
US $10.56 - 12.19 / Piece
$3 OFF $100 +


2020 Kanye West Static Running Shoes New Israfil
US $44.47 - 54.66 / Pair
$2 OFF $200 +
$120 Save $2


300W Solar led outdoor lighting solars garden lights Hanging
US $63.86 - 108.86 / Piece
$20 OFF $330 +


V Gold Max Hair Straightener Classic Professional styler Fast
US $15.08 - 30.00 / Piece


2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece

## Compare with similar Items

| |  22 pcs bdm adapter For KTAG KESS KTM Dimsport BDM Probe Adapters Full Set bdm frame |  Probe Pen ECU Tool BDM Probe 4pcs Set With Green Wire Clip Cables ECU Programming |  OBDPROG MT401 Mileage Adjustment Odometer Correction Tool and OBD Code |  2019 More Smart car code grabbers rolling code auto door opener 3 in 1 315MHz 433MHz |  MB Star C5 SD Connect C5 wit V06 2020 Soft-ware in 320GB HDD used Laptop D630 Auto |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $60.31 - 70.05 / Piece | US $24.37 - 47.56 / Piece $2 OFF $39 + | US $315.58 - 329.17 / Piece | US $553.77 - 573.96 / Piece | US $220.11 - 620.84 / Piece |
| Min. Order | 1 Piece | 1 Piece | 1 Piece | 1 Piece | 1 Piece |
| Customer Rating / Orders | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0 | ☆☆☆☆☆ 0   3 Orders | ☆☆☆☆☆ 0 |
| Shipping Cost | Free Shipping | | Free Shipping | Free Shipping | Free Shipping |
| Shipping method | DHL | | DHL | DHL | FEDEX |
| Estimated Delivery Time | Oct. 21 and Dec. 13 | | Oct. 21 and Dec. 13 | Oct. 21 and Dec. 13 | Oct. 21 and Dec. 13 |
| Seller Guarantee | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service | ☑ Guaranteed Service |
| Store | Shop by obdstar 0% Positive Feedback | Shop by bestliner 94.8% Positive Feedback | Shop by obdstar 0% Positive Feedback | Shop by decodingde... 100% Positive Feedback | Shop by diagauto 96.3% Positive Feedback |

## Related Promotion

lexia diagnostic tool   vgate icar2 bluetooth   pp2000 diagbox   vw audi scanner reader obd2   interface obd peugeot bluetooth   obd reader cable   code reader scanner autel

launch car scanner tool   opcom op com   airbag srs

## Related Keywords

blutooth adapter   hd adapter   adapter apple   picatinny adapter   acer adapter   iphone 7 splitter adapter   14.4 18.8 adapter   tape aux adapter   ego adapter istick   sd adapters

## You May Also Like


700 Wave Runner Reflective Kanye Mens Running Shoes
US $27.33 - 61.68 / Pair


Men Designer Hoodies Pants Set Hooded Tracksuit Mens
US $18.04 - 21.27 / Piece


Basketball Shoes Mens Trainers Jumpman 11s 25th Anniversary
US $36.40 - 46.44 / Pair


Astroworld Rapper Hip Hop Hoodies Casual Hooded
US $47.26 - 56.63 / Piece


2019 us business brand thin checked shirt, fashion designer
US $22.34 - 34.26 / Piece


Women Bag Original Box Date code Handbag Purse clutch
US $41.35 - 52.18 / Piece


Autumn And Winter Design New Couples Jacket Hoodie
US $36.19 - 50.30 / Piece


With box 2020 New Jumpman 1 Womens Mens Basketball
US $25.67 - 60.76 / Pair


2020 2021 Real Madrid Men Football Training Suits 20 21
US $24.42 - 29.27 / Piece


Newest imported materials polarized European brand
US $7.62 - 13.05 / Piece


hot sell Men new Luxury Jackets Coat Luxury Sweatshirt Hoodie
US $15.88 - 20.94 / Piece


sweatsuit Designer Tracksuit Hoodie Sweatshirts Black White
US $14.53 - 17.14 / Piece


Hot Sales Shirt Luxury Design Male Summer Turn-Down
US $11.75 - 13.86 / Piece


New Mouth ice Mask Anti Dust Face Cover PM2.5 Respirator
US $0.21 - 0.31 / Piece


8 colors Face Mask Individual pack Fashion Black 3 layers
US $0.08 - 0.15 / Piece


Olympique de Marseille Soccer jersey 2020 2021 OM Marseille
US $10.19 - 14.67 / Piece


Lady Watch 2020 Golden Diamond Watch Lady Famous
US $13.43 - 20.64 / Piece


Luxury MILLIONAIRE Sunglasses for men full frame
US $9.69 - 13.67 / Piece


2020 New Top Cream Sail Black Cat White Cement Men Women
US $9.30 - 114.59 / Pair


2020 fashion sports black buffalo horn glasses men
US $17.20 - 21.47 / Piece


Wholesale Cheap Mens Luxury Watch Male Sport Wristwatch
US $10.57 - 12.67 / Piece


Women Designer Boots Martin Desert Boot Flamingos Love
US $73.87 - 92.73 / Pair


Fashion simple notes ECG heart frequency collarbone necklace
US $0.40 - 0.69 / Piece


Mens Stylist Track Pant Casual Style Hoe Sell Mens
US $30.22 - 36.68 / Piece


KN95 Mask Factory 95% Filter colorful mask Activated Carbon
US $0.03 - 0.59 / Piece



2020 New LONGINE Brand six stitches series Small needle
US $26.09 - 33.04 / Piece

Hot Sale Fashion Shoulder Bags Women Chain Crossbody Bag
US $26.12 - 31.34 / Piece

in stock 10Pcs retail packaging 3-12 years Kids mask face Mask
US $0.13 - 0.19 / Piece

Glass Water Pipes Gun Smoking Pipe Water Bong Oil Rig
US $20.30 - 24.83 / Piece

Womens Shirt Tied Neck Chain Print Casual Shirt Long Sleeve
US $12.91 - 15.38 / Piece



2019 oversized frameless
sunglasses women retro

US $5.33 - 8.65 / Piece



Wedges Shoes For Women
Sandals Plus Size High Heels

US $13.57 - 20.48 / Pair



DHL Free Shipping Disposable
Masks 50pcs Protection and

US $0.07 - 0.12 / Piece



Hot Magnetic Liquid Eyeliner &
Magnetic False Eyelashes &

US $0.07 - 4.35 / Lot



Mens clothing Hoodie Light
Fleece Sweatshirts Fashion

US $7.57 - 8.92 / Piece



Women Tracksuit Two Pieces
Set Casual Long Sleeve

US $11.32 - 18.58 / Lot

More ⌄

## New Arrival bdm adapter



BDM Probe Adapters BDM
Frame ECU Programmer CMD

US $55.12 - 100.50 / Piece

$2 OFF $39+



100% Good quality BDM100
Frame With Full Adapters BDM

US $46.76 - 53.18 / Piece

$2 OFF $39+



KTAG KESS KTM Dimsport BDM
Probe Adapters Full Set 22Pcs

US $84.43 - 96.00 / Piece



KTAG V7.020 V2.23 4 LED
Master Version ECU

US $173.33 - 278.36 / Piece

$2 OFF $39+

Per $100 Save $2



Aluminum BDM Frame for KESS
KTAG FGTECH BDM100 100

US $346.69 - 359.33 / Piece

$2 OFF $39+



Hot Special BDM+4 Adapter
BDM+4 Adapter for CG100

US $128.88 - 146.54 / Piece

$2 OFF $39+

Per $100 Save $2

## Wholesale Code Readers & Scan Tools

- Wholesale iphone adapters
- Wholesale iphone adapter
- Wholesale wi fi adapter
- Wholesale iphone aux adapter
- Wholesale apple adapters

More ⌄

## Related Categories

### Indoor Lighting
See Top 100 in Best Seller >
Pendant Lamps
Grow Lights
Wall Lamps
Table Lamps

### Sex Products
Chastity Devices
Sex Dolls
Vibrators
Anal Toys

### Home Décor
Wall Stickers
Wallpapers
Candle Holders
Tapestries

### Hair Extensions
Synthetic Hair Extensions
Hair Wefts
Ponytails
Top Closures

### Home Textiles
Cushion/Decorative Pillow
Carpets
Towel
Blankets

Bookmark & Share           



Help improve your experience on DHgate.com, Please tell us what you think about this page.


             

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License


LOCAL WAREHOUSE Estimated arrival in 3+ days **shop now ▸**

 DHgate.com

ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery

DHgate > All Categories > **Wholesale Automobiles & Motorcycles** (100 results)

**Automobiles & Motorcycles**
Vehicle Tools (100)

### Top Recommendations




US $15.38 - 568.75 / Piece


US $0.03 - 0.10 / Piece

US $22.62 - 598.96 / Piece


US $77.79 - 2,010.06 / Piece


US $204.03 - 447.92 / Piece

US $14.48 - 548.96 / Piece

**Filter:** Ship to: United States ✕ | Clear All

From: Any Countries / Regions ⌄    Min.Order:    Price:
Ship to: 🇺🇸 United States ⌄    Less than [  ] Unit(s) [Go]    $[  ] - $[  ] [Go]    ☐ Superior Suppliers
☐ Free shipping    ☐ Single Piece    ☐ On Sale ☐ DHrefer    ☐ Guaranteed Service ☐ Sponsor
☐ Free Samples

**Sort by:** Best Match | Price ⌄ | Bestselling | Recently Listed | Customer Review    ▥ ▦

Full Chip MB STAR C4 SD Connect Compact C4 top quality Mb star Multiplexer Diagnostic Tool with WIFI For Car &truck

**US $356.79 - 375.00** / Piece

Free shipping
Ships out within 4 business days
Min. Order: 2 Pieces
💲

Seller: obdstar    💬 Chat

[Add to Cart]

Brake Fluid Tester Tire pressure monitor 2 in 1 Auto Vehicle Diagnostic Tools for DOT3 DOT4 Brake Fluid Liquid TPMS OBD2 Tester

**US $9.65 - 11.19** / Piece

Free shipping
Ships out within 4 business days
Min. Order: 5 Pieces
💲

Seller: obdstar    💬 Chat

[Add to Cart]



Carprog V10.93 Full With Soft ware Activated Adapters Repair Car Prog V10.93 Tool Radios Odometer Dashboards Immobilizer

**US $59.30 - 68.58** / Piece

Free shipping
Ships out within 4 business days
💲

Seller: obdstar    💬 Chat

[Add to Cart]



Built-in TPMS TS61 Tire Pressure Monitoring System Tool Wireless Real-time Cigarette Lighter Plug TPMS Gauge Vehicle Kit

**US $56.29 - 66.28** / Piece

Free shipping
Ships out within 4 business days
💲

Seller: obdstar    💬 Chat

[Add to Cart]





**Professional DPA 5 Dearborn Protocol Adapter 5 Full Adapters DPA5 Heavy Duty Truck Scanner Without Bluetooth Dual CAN DPA5**

**US $216.09 - 250.29** / Piece



Free shipping
Ships out within 4 business days

Seller: obdstar     Chat

[ Add to Cart ]



**Lexia3 PP2000 Lite Diagbox V7.83 NEC chip for Lexia3 V48 V25 ForCitroen forPeugeot OBDII diagnostic Tool Auto Scanner**

**US $73.37 - 85.60** / Piece

Free shipping
Ships out within 4 business days

Seller: obdstar     Chat

[ Add to Cart ]



**USB Link Without Bluetooth Nexiq2 Heavy Duty Truck Diagnostic Tool**

**US $165.83 - 190.86** / Piece

Free shipping
Ships out within 4 business days

Seller: obdstar     Chat

[ Add to Cart ]



**2020 SBB Pro2 V48.88 V48.99 Auto Key Programmer SBB 48.88 48.99 Version OBD2 Key Maker**

**US $101.51 - 121.15** / Piece

Free shipping
Ships out within 4 business days

Seller: obdstar     Chat

[ Add to Cart ]



**KESS V2 V5.017 Red PCB Firmware EU Version V2.47 Supports Online Connection No Token Limited**

**US $88.45 - 101.72** / Piece

Free shipping
Ships out within 4 business days

Seller: obdstar    Chat

[ Add to Cart ]

wifi for bmw icom next 06 2020 for bmw ista hdd ( ISTA-D: 4.23 ISTA-P:3.67) software expert mode windows7 for 95% laptops



US $112.57 - 419.80 / Piece

Free shipping
Ships out within 4 business days

Seller: obdstar  💬 Chat

**Add to Cart**



OBD2 Extension Cable 2 In 1 70CM 16Pin Female To Male Female Extension Connector Wide-range use car tools

US $6.57 - 7.55 / Piece

Free shipping
Ships out within 4 business days
Min. Order: 15 Pieces

Seller: obdstar  💬 Chat

**Add to Cart**



5kits set Full Set 8 Car Cables OBD2 Diagnostic Tool OBDII OBD 2 Connect Cable interface Scanner

US $22.52 - 26.06 / Piece

Free shipping
Ships out within 4 business days
Min. Order: 5 Pieces

Seller: obdstar  💬 Chat

**Add to Cart**



car Diagnostic Auto Tool OBD Music Player V12 ELM 327 OBD 2 ELM327 obd2 Bluetooth Scanner

US $23.72 - 27.43 / Piece

Free shipping
Ships out within 4 business days
Min. Order: 5 Pieces

Seller: obdstar  💬 Chat



**Add to Cart**



V311A OBD II Scanner Car Diagnostic Tool Battery Voltage Detection For All 1996 and Newer OBD II Compliant Vehicles

US $25.13 - 30.51 / Piece

Free shipping
Ships out within 4 business days

Seller: obdstar  💬 Chat



**Add to Cart**

22 pcs bdm adapter For KTAG KESS KTM Dimsport BDM Probe Adapters Full Set bdm frame metal adapter

US $60.31 - 70.05 / Piece

Free shipping
Ships out within 4 business days

Seller: obdstar  💬 Chat



**Add to Cart**





Speed Sensor Module Tacho Sensor Slot-type Optocoupler Tacho-generator Counter Module

US $3.42 - 4.07 / Piece

Free shipping
Ships out within 4 business days
Min. Order: 10 Pieces

Seller: obdstar     Chat

Add to Cart



2020 New AdBlue Emulator AdblueOBD2 for Volvo Trucks Adblue OBD2 for Volvo Adblue DEF Nox Plug & Drive Truck Diagnostic Tool

US $24.63 - 29.03 / Piece

Free shipping
Ships out within 4 business days
Min. Order: 2 Pieces

Seller: obdstar     Chat

Add to Cart



V11 Car TPMS Tire Pressure Monitoring System BT-4.0 BLE for iOS Android Phones 4PCS Car Tire Pressure Detector

US $49.25 - 58.27 / Piece

Free shipping
Ships out within 4 business days

Seller: obdstar     Chat

Add to Cart

Diagnostic Programming PSACOM Replacement of Lexia-3 PP2000 OBD2 Bluetooth Diagnostic Tool PSA-COM For Citroen for Peugeot vehicles

US $70.36 - 82.86 / Piece

Free shipping
Ships out within 4 business days

Seller: obdstar     Chat

Add to Cart

Lowest Price New BDM Frame With Adapters FGTech BDM100 ECU Programmer Tool

US $43.22 - 51.42 / Piece

Free shipping
Ships out within 4 business days

Seller: obdstar     Chat

Add to Cart

10/13/2020



**DHgate.com**
Buy Globally · Sell Globally

Buyer Protection

| Review Your Orders | Payment | Success |
| --- | --- | --- |

## Review Your Shipping Address

Ship To:                                          Add New Address

██████████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ███████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
| --- | --- | --- | --- | --- | --- |

Seller: obdstar



22 pcs bdm ada pter For KTAG...    | 1 | Piece | US $70.05 /Piece | US $70.05 | DHL ▾
**Free Shipping**
Delivery: Estimated between 3-6 (seller ships within 4 business days)

**Add remark to seller**                                          Use 3rd Party Coupon

Please add remark:(e.g. color, size...), Do not enter <>&

Item Subtotal:    US $70.05
Shipping Cost:    US $0.00
Order Total:    US $70.05

## Choose Your Payment Method



○ Credit or Debit Card    VISA DISCOVER 🅐 mastercard

● Other Payment Method

« Back to Cart

Item Subtotal(1 items):    US $70.05
Shipping Cost:    US $0.00
Grand Total:    US $70.05

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

mastercard VISA AMERICAN EXPRESS maestro iD eps Sofort BANK TRANSFER Verisign Secured PCI·DSS

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.



Buyer Protection | Customer Service ⌄ | United States / USD ⌄ | English ⌄

# DHgate

**ofoxxx** ⌄
97.9% Positive Feedback

I'm shopping for...    🔍 On DHgate    In this Store    👤   🛒 1

| Store Home | Products | Time Limited Sale | TopSelling | Review | About Us |

Home > All Categories > Sports & Outdoors > Cycling > Cycling Jerseys > Cycling Jersey Sets > **Product detail**



Compare with similar Items

**KTM** team custom made Summer Men's Comfort Short Sleeve Cycling Shorts Sports Jersey Set Cycling Short Sleeves jersey shorts sets S71526

**2 Transactions**

| USD ⌄ | **$32.77** | $31.13 | $29.50 | $25.65 |
|---|---|---|---|---|
| | $43.12 | $40.96 | $38.81 | $33.75 |
| | 1 Piece+ | 3 Pieces+ | 5 Pieces+ | 9 Pieces+ |

Sale Detail:    **24% OFF**
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Size:    Choose an Option ⌄

Color: 

Quantity:    − 1 +   Piece    7197 In Stock ( Stock in: 🇨🇳 CN )

Shipping:    **$1.2** to United States Via ePacket ⌄
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification ⍰

**Buy it Now**    **Add to Cart**    ♡ Add to Favorite ⌄

Seller Guarantee:   🛡 Return Policy    ✓ On-time Delivery in 30 Days

Secure Payment:   💳 MasterCard VISA AMEX DISCOVER ...

## Customers Who Bought This Item Also Bought


2019 Pro Cartoon Team Cycling Jersey Short 9D set MTB Bike
US $16.33 - 34.13 / Piece


2019 New EF Education First Cycling Jersey Set Summer
US $13.63 - 30.95 / Piece


2019 Fashion High Quality TOP brand Eyewear Sunglasses
US $7.64 - 10.42 / Piece


Cycling Unisex Magic Head Face Protective Mask Neck Gaiter
US $0.73 - 0.86 / Piece
$20 OFF $2,000+


Unisex Mouth Mask Wholesale Washable PM2.5 Mask Custom
US $0.27 - 0.75 / Piece
$2 OFF $30+


Cycling Wearing Anti-Dust Cotton Mouth Face Mask PM
US $0.34 - 0.84 / Piece

## More Choices


LeBron 23 James Morant Jersey Kyle Anthony Kuzma
US $12.23 - 14.66 / Piece


Miami Heat 22 Dwayne Dwyane 3 Wade Jimmy Tyler Butler
US $14.10 - 16.90 / Piece


NCAA Dwyane 3 Wade Kemba 8 Walker Jersey 12 Ja Morant
US $12.18 - 14.60 / Piece
$20 OFF $321+


90 T.J. Watt Pittsburgh Steelers 7 Juju Smith-Schuster Jersey
US $15.77 - 18.90 / Piece


LeBron Michael 23 James Jersey Anthony Kuzma Davis Scottie
US $16.34 - 19.58 / Piece


Miles Sanders Carson Wentz Jalen Hurts Philadelphia Eagles
US $15.77 - 18.90 / Piece

**Item Description**    Transaction History (2)      Report Item



New LOTTO pro team Cycling jerseys Summer Roupa Ciclismo Breathable Bike Clothes Quick Dry short sleeve Bicycle Cycling clothing Sportswear size:XXS-4XL

## Specifications

| | |
|---|---|
| Sleeve Length: | Short |
| Feature: | Quick Dry Breathable |
| Gender: | Men |
| Material: | Lycra Polyester |
| Is_customized: | Yes |
| Item Code: | 476415213 |
| Category: | Cycling Jersey Sets |

## Return policy details

- Buyers can return item(s) for a refund within 7 days from the day the item(s) were received, and the buyer is to afford the return shipping cost. The item(s) must be returned in the same exact condition as once it was delivered.
- Buyers may return the item(s) for a refund if they are not as described or with quality issues within 7 days from the day the item(s) were received.The buyer is required to afford the return shipping cost, based on the condition of the item(s) received.

## Description


ORBEA team Cycling Short Sleeves jersey bib shorts
US $30.76-43.12/Piece


MERIDA team Cycling long Sleeves jersey Mtb
US $22.22-31.14/Piece


Pro Cycling Jersey Bicycle Sportswear Clothes MTB
US $22.22-31.14/Piece


MERIDA team Cycling Winter Thermal Fleece
US $27.34-38.33/Piece


Winter Men long sleeve quick dry comfortable
US $27.34-38.33/Piece


MERIDA team Cycling Winter Thermal Fleece
US $27.34-38.33/Piece


RAPHA custom made Cycling Sleeveless jersey
US $18.8-26.35/Piece


RAPHA Cycling Sleeveless jersey Vest Men's outdoor
US $18.8-26.35/Piece


CAPO team custom made Cycling Short Sleeves
US $18.8-26.35/Piece


Summer CAPO team men cycling custom made
US $18.8-26.35/Piece


Men cycling GIANT team custom made
US $18.8-43.12/Piece


ITALY team Cycling Short Sleeves jersey bib shorts
US $30.76-43.12/Piece


SCOTT team custom made Men quick dry long sleeve
US $46.14-64.68/Piece


SCOTT team custom made Cycling Winter Thermal
US $46.14-64.68/Piece


GIANT team Cycling Winter Thermal Fleece
US $46.14-64.68/Piece


MERIDA team spring autumn men long sleeve
US $37.59-52.7/Piece


Morvelo team Cycling long Sleeves jersey bib pants
US $37.59-52.7/Piece


ORBEA team spring autumn men long sleeve
US $37.59-52.7/Piece

**Note:**

we can mix the sizeby yourself
but need leave acomment in your order
Like " Jerseys XXL and Pants XL"



# Men Short Sleeves jersey Size Chart




| unit: cm | | XXS | XS | S | M | L | XL | XXL | XXXL | 4XL | 5XL | 6XL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jersey | Front (A) | 48 | 50 | 52 | 54 | 56 | 58 | 60 | 62 | 64 | 66 | 68 |
| | Back (B) | 61 | 64 | 67 | 70 | 73 | 76 | 79 | 82 | 85 | 88 | 91 |
| | Chest (C) | 80 | 86 | 92 | 98 | 104 | 110 | 116 | 122 | 128 | 134 | 140 |
| | Sleeve (D) | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 |
| Shorts | Waist (A) | 48-68 | 51-71 | 54-74 | 57-77 | 60-80 | 63-83 | 66-86 | 69-89 | 72-92 | 75-95 | 78-98 |
| | Outside (B) | 39 | 41 | 43 | 45 | 47 | 49 | 51 | 53 | 55 | 57 | 59 |
| | Inside (C) | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| Suggest Wieght(kg) | | 40-45 | 45-50 | 50-55 | 55-60 | 60-65 | 65-70 | 70-75 | 75-80 | 80-85 | 85-90 | 90-100 |
| Suggest Hieght(cm) | | 150-155 | 155-160 | 160-165 | 165-170 | 170-175 | 175-180 | 180-185 | 185-190 | 190-195 | 195-200 | 200-205 |
| Size mearsured by ourselves,sometime has some errors,but always in 3cm | | | | | | | | | | | | |

# Men Long Sleeves jersey Size Chart



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jersey | Front (A) | 49 | 51 | 53 | 55 | 57 | 59 | 61 | 63 | 65 | 67 | 69 |
| | Back (B) | 59 | 63 | 67 | 71 | 75 | 79 | 83 | 87 | 91 | 95 | 99 |
| | Chest (C) | 85 | 89 | 93 | 97 | 101 | 105 | 109 | 113 | 117 | 121 | 125 |
| | Sleeve (D) | 68 | 70 | 72 | 74 | 76 | 78 | 80 | 82 | 84 | 86 | 88 |
| Pants | Waist (A) | 58-78 | 60-80 | 62-82 | 64-84 | 66-86 | 68-88 | 70-90 | 72-92 | 74-94 | 76-96 | 78-98 |
| | Outside (B) | 92 | 94 | 96 | 98 | 100 | 102 | 104 | 106 | 108 | 110 | 112 |
| | Inside (C) | 58 | 60 | 62 | 64 | 66 | 68 | 70 | 72 | 74 | 76 | 78 |
| Suggest Wieght(kg) | | 40-45 | 45-50 | 50-55 | 55-60 | 60-65 | 65-70 | 70-75 | 75-80 | 80-85 | 85-90 | 90-100 |
| Suggest Hieght(cm) | | 150-155 | 155-160 | 160-165 | 165-170 | 170-175 | 175-180 | 180-185 | 185-190 | 190-195 | 195-200 | 200-205 |
| Size mearsured by ourselves,sometime has some errors,but always within 3cm | | | | | | | | | | | | |

DHgate.com











10/2/2020     KTM Team Custom Made Summer Men&apos;s Comfort Cycling Jersey Set Short Sleeve Sport Shirt Set Bicycle Clothes Bike Apparel From Ofoxxx, $23.38| DH…

Case 1:20-cv-06677 Document 1-20 Filed 11/19/20 Page 34 of 48 PageID #: 835



















10/2/2020     KTM Team Custom Made Summer Men s Comfort Cycling Jersey Sets Short Sleeve Pro Team Triathlon Cycling Clothes Bike Apparel From Ofoxxx, $23.38| DH…

Case 1:20-cv-06677 Document 1-20 Filed 11/19/20 Page 37 of 48 PageID #: 838





### Shipment

When you place an order, please choose a shipping method and pay for the order including the shipping fee. We will send the items within 3 days once your payment is completed.

We do not guarantee delivery time on all international shipments due to differences in customs clearing times in individual countries, which may affect how quickly your product is inspected. Please note that buyers are responsible for all additional customs fees, brokerage fees, duties, and taxes for importation into your country. These additional fees may be collected at time of delivery. We will not refund shipping charges for refused shipments.

The shipping cost does not include any import taxes, and buyers are responsible for customs duties.

### Returns

We do our best to serve our customers the best that we can.

We will refund you if you return the items within 15 days of your receipt of the items for any reason. However, the buyer should make sure that the items returned are in their original conditions. If the items are damaged or lost when they are returned, the buyer will be responsible for such damage or loss, and we will not give the buyer a full refund. The buyer should try to file a claim with the logistic company to recover the cost of damage or loss.

The buyer will be responsible for the shipping fees to return the items.

### Warranty and Maintenance

We offer the 1-month free replacement. Buyers may request for a replacement within 15 days from your receipt of the product. The buyer should return the product in the original conditions to us and should bear the shipping costs for return.

We also provide 12-month free maintenance. The buyer should return the product in the original conditions to us and should bear the shipping costs for return. If any part is required to be replaced, the buyer should also pay for the costs of the parts to be replaced.

Before returning the items, please confirm the return address and the logistics method with us. After you give the items to the logistic company, please send us the tracking number. As soon as we receive the items, we will repair or exchange them ASAP.

## OUR FACTORY

[ Less Description ^ ]

## Sponsored Products You May be Interested In More Choice



Cincinnati Bengals men 71 Andre Smith 81 Tyler Kroft men
US $23.32 - 32.30 / Piece



Chicago Los Bulls Angeles Basketball Shorts Just Memphis
US $16.34 - 19.58 / Piece



2020 latest EMslim HI-EMT machine EMS electromagnetic
US $8.48 - 3780.00 / Piece



Just Bulls Toronto Basketball Chicago Don Raptors
US $16.43 - 19.69 / Piece



Cycling Eyewear OO9401 glasses Men Fashion Polarized
US $17.20 - 22.65 / Piece



Xiaomi Router AX1800 Qualcomm Five-core WiFi6 2.4G
US $48.36 - 59.50 / Piece
$3 OFF $100 +



## Compare with similar Items



| | | | | | |
|---|---|---|---|---|---|
| | KTM team custom made Summer Men's Comfort Short Sleeve Cycling Shorts Sports | 2020 Morvelo new style summer Cycling Short Quick drying Sleeves jersey bib shorts | Kuota Tour De France Cycling Jersey maillot ciclismo bike clothing men MTB Bicycle | scott Autumn or winter fleece 2015 team Cycling Jerseys Bike Bicycle Long Sleeves Mountaion | Red colnago Concept Carbon Complete Road Bike Store Complete Bicycle Bike With |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | US $23.38 - 32.77 / Piece | US $21.43 - 30.04 / Piece  $5 OFF $100 ▪ | US $20.05 - 32.43 / Set | US $19.69 - 29.93 / Piece | US $2,016.00 - 2100.00 / Piece |
| Min. Order | 1 Piece | 1 Piece | 1 Set | 1 Piece | 1 Piece |
| Customer Rating / Orders | ☆☆☆☆☆ 0  2 Orders | ☆☆☆☆☆ 0  5 Orders | ★★★★★ 5.0  3 Orders | ★★★★★ 5.0  23 Orders | ☆☆☆☆☆ 0  5 Orders |
| Shipping Cost | US $33.41 | US $33.41 | Free Shipping | Free Shipping | Free Shipping |
| Shipping method | EMS | EMS | China Post Air Mail | China Post Air Mail | EMS |
| Estimated Delivery Time | Oct. 19 and Jan. 5 | Oct. 19 and Jan. 5 | Dec. 20 and Mar. 3 | Oct. 29 and Jan. 10 | Nov. 3 and Jan. 20 |
| Seller Guarantee | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service | 🛡 Guaranteed Service |
| Store | Shop by ofoxxx  97.9% Positive Feedback | Shop by notecycling  97% Positive Feedback | Shop by dh18shop327  100% Positive Feedback | Shop by sportshome...  98.3% Positive Feedback | Shop by miyacardenas  97.6% Positive Feedback |

## Related Keywords

bicycle s   mens suits sale   girl bike   cycling jerseys bibs   tigers cycling jersey   cycling jerseys men   women cycling jersey purple   men thermal cycling jersey   retro cycling jerseys

cool cycling jerseys

## You May Also Like


2020 2021 Real Madrid Men Football Training Suits 20 21

US $24.42 - 29.27 / Piece


Women Bag Original Box Date code Handbag Purse clutch

US $41.35 - 52.18 / Piece


Women Designer Boots Martin Desert Boot Flamingos Love

US $73.87 - 92.73 / Pair


2020 fashion sports black buffalo horn glasses men

US $17.20 - 21.47 / Piece


Men Women 3D Print Tupac 2pac T-shirt Short sleeve O-

US $13.98 - 16.48 / Piece


Air Purifying Face Mask Anti Dust Fog Face Mouth Filter

US $0.27 - 0.54 / Piece


Wedges Shoes For Women Sandals Plus Size High Heels

US $15.08 - 22.76 / Pair


Olympique de Marseille Soccer jersey 2020 2021 OM Marseille

US $10.19 - 14.67 / Piece


Winter Outerwear Top Quality Men's MEAFORD RAIN 3M

US $1.70 - 100.00 / Piece


2019 us business brand thin checked shirt, fashion designer

US $22.34 - 34.26 / Piece


700 Wave Runner Reflective Kanye Mens Running Shoes

US $27.33 - 61.68 / Pair


Hot Sale Fashion Shoulder Bags Women Chain Crossbody Bag

US $26.12 - 31.34 / Piece


Lady Watch 2020 Golden Diamond Watch Lady Famous

US $13.43 - 20.64 / Piece


Glass Water Pipes Gun Smoking Pipe Water Bong Oil Rig

US $20.30 - 24.83 / Piece


NEW mans designer jacket High Quality Long Sleeve Shirts

US $0.01 - 108.03 / Piece




Outdoor Pet Dog Harnesses Classic Pattern Fashion
US $8.13 - 13.64 / Set


Astroworld Rapper Hip Hop Hoodies Casual Hooded
US $47.26 - 56.63 / Piece


New Mouth ice Mask Anti Dust Face Cover PM2.5 Respirator
US $0.21 - 0.31 / Piece


Luxury MILLIONAIRE Sunglasses for men full frame
US $9.69 - 13.67 / Piece

Womens Shirt Tied Neck Chain Print Casual Shirt Long Sleeve
US $12.91 - 15.38 / Piece


Newest imported materials polarized European brand
US $7.62 - 13.05 / Piece


Hot Sales Shirt Luxury Design Male Summer Turn-Down
US $11.75 - 13.86 / Piece

Autumn And Winter Design New Couples Jacket Hoodie
US $36.19 - 50.30 / Piece



in stock 10Pcs retail packaging 3-12 years Kids mask face Mask
US $0.13 - 0.19 / Piece


2019 oversized frameless sunglasses women retro
US $5.33 - 8.65 / Piece


Fashion simple notes ECG heart frequency collarbone necklace
US $0.40 - 0.69 / Piece


hot sell Men new Luxury Jackets Coat Luxury Sweatshirt Hoodie
US $17.26 - 22.76 / Piece

Mens clothing Hoodie Light Fleece Sweatshirts Fashion
US $7.57 - 8.92 / Piece


Women Shoulder Bag Leisure Crossbody Chain Bags Fashion
US $20.63 - 25.10 / Piece


Jumpman 1 Basketball Shoes Athletics Sneakers Running
US $5.70 - 51.17 / Pair


Woman bag Cross body fashion lady Tote handbags purse
US $50.68 - 62.74 / Piece


Full Screen Goophone N10+ N10 Plus MTK6580 Quad Core
US $82.20 - 103.90 / Piece

KN95 Mask Factory 95% Filter colorful mask Activated Carbon
US $0.03 - 0.59 / Piece


2020 New Top Cream Sail Black Cat White Cement Men Women
US $9.30 - 114.59 / Pair


Basketball Shoes Mens Trainers Jumpman 11s 25th Anniversary
US $40.05 - 51.09 / Pair


Hot Magnetic Liquid Eyeliner & Magnetic False Eyelashes &
US $0.07 - 4.58 / Lot

⌄

### New Arrival cycling jerseys

<


sport 2018 New Arrival T Shirt Casual Men Clothing Mountain
US $20.58 - 28.56 / Piece


LUBI 7 Colors Men Summer Pro Cycling Jersey Quick Dry Bike
US $21.11 - 25.15 / Piece


Cycling Jersey Set 2020 New Chic Women's Summer
US $20.74 - 37.77 / Piece
$2 OFF $39 +
Per $100 Save $2


sport Cyclelogically Cycle Skull T-SHIRT Tee Cyclinger Jersey
US $22.86 - 28.56 / Piece


Men STRAVA Team cycling Jersey Winter thermal fleecee
US $19.48 - 27.31 / Piece


NEW !!! Men Spring Autumn Cycling Jersey 2020 New
US $77.73 - 132.35 / Piece
$500 OFF $19,999 +

>

 LOCAL WAREHOUSE Estimated arrival in 3+ days  shop now ▶

 DHgate.com

I'm shopping for...  🔍

Hi, **Sign in**
My DHgate

❤  🕙  🛒 **1**

Customer Service ⌄ | Drop shipping ⌄ | Save more ⌄ | ⦿ United States / USD ⌄ | 🌐 English ⌄

| ALL CATEGORIES ⌄ | Flash Deals | Superior Suppliers | Coupon Center | Local Warehouse | Video Gallery |

Home > Seller Review Profile

### Seller Information

**Ofoxxx**
**534** Transactions
**97.9%** Positive Review ?

Henan, China (Mainland)
10:17 AM Fri Oct 2 Now
Member since Apr 2018

Recommend seller to friends

### Review Score:298

|  | Last 2 months | Last 6 months | Last 12 months | Total |
|---|---|---|---|---|
| ➕ Positive | 39 | 113 | 188 | 311 |
| 🟡 Neutral | 5 | 9 | 10 | 10 |
| ➖ Negative | 1 | 4 | 4 | 7 |

### Service Detail Score (Mainly Industry : Sports & Outdoors)



| Service Detail | Service Score ? | Compared to Industry Average | Number of Ratings |
|---|---|---|---|
| Items as described | 4.8 / 5.0 | 🔻 Lower than Average | 328 |
| Communication | 4.8 / 5.0 | 🔻 Lower than Average | 328 |
| Delivery time | 4.8 / 5.0 | 🔻 Lower than Average | 328 |
| Shipping charges | 4.8 / 5.0 | 🔻 Lower than Average | 328 |

| **Reviews Received** | Reviews Sent |

Reviews: Negative ⌄                                         Dates: All ⌄

 **S5-7**  STRAVA team Cycling Short Sleeves jersey 2019 new men bicycle short sleeve racing sportswear bike cycling
Item code: 469706330

⭐⭐☆☆☆  By:ross****hes 🇦🇺  **V4**  08 31,2020
**Product reviews:**
Very very very slow ....
helpful ( **0** )   unhelpful ( 0 )

 RAPHA team custom made Men's Cycling Short Sleeve Breathable Outdoor Sports mtb Jersey Tops
Item code: 475933987

⭐⭐☆☆☆  By:Pepi****ange 🇳🇱 **V7**  06 30,2020
**Product reviews:**
sleeves are way to wide. not a nice rapha fit. useless
helpful ( 0 )   unhelpful ( 0 )

 RAPHA team custom made Women's tops short sleeve breathable and comfortable sports Jersey Cycling
Item code: 476707762

⭐⭐☆☆☆  By:amv***nd 🇦🇺   06 23,2020
**Product reviews:**
Nice colours and the garment fitted. Poor quality material and stitching. Definitely not the quality you would expect from Rapha. Supplier tried to offer me monies to change this review to a positive one. Instead of improving the quality, Be aware of the quality you are buying. It may be poor.
helpful ( 0 )   unhelpful ( 0 )

CUBE custom made Cycling Sleeveless jersey Vest bib shorts sets Breathable Racing Bicycle
Item code: 461835588

⭐☆☆☆☆  By:Isabe****Boyer 🇫🇷 **V7**  05 17,2020
**Product reviews:**
Commande passée en janvier paiement fait et débite 15 j après et attente depuis 6mois avec excuses : vacances nouvel an chinois vacances et bien sur covid
helpful ( 0 )   unhelpful ( 0 )

 **S5-7**  STRAVA team Cycling Short Sleeves jersey 2019 new men bicycle short sleeve racing sportswear bike cycling
Item code: 469706330

⭐⭐☆☆☆  By:N***m 🇺🇸 **V2**  04 13,2020
**Product reviews:**
I&amp;apos;m a large but ordered a XL and it&amp;apos;s still too small and cheaply made. Thumbs down.
helpful ( **0** )   unhelpful ( 0 )

2018 RAPHA Cycling Sleeveless Sweatshirt Vest Mens Racing Bike Clothing Mountain Bike Shorts

⭐⭐☆☆☆  By:leig****ght9 🇫🇷 **V2**  10 30,2018
**Product reviews:**







DHgate.com Buy Globally · Sell Globally | Join Free | Sign in | My DHgate | Help | English | 0 Cart

Ofoxxx | Add To Favorite Stores ( 30 )

97.9% Positive Feedback | 534 Transactions

Online Chat | Message Seller

Share

KTM | In this store | On DHgate

FDJ , AG2R , Astana

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > KTM

## Store Categories

- Men Long jersey bib sets (10)
- Men shorts jerseys bib ... (5)
- Hot sale (5)
- women Short Sleeve J... (4)
- Men Thermal jersey bib... (4)
- Men shorts jerseys set (3)
- Men Short Sleeve Jersey (3)
- Men Sleeveless jerseys (1)
- Women shorts jerseys ... (1)
- Men Long sleeve jersey (1)

More

## Popular Search

FDJ AG2R Astana BMC Bora Bahrain Data Movistar Scott Quick Step Katusha Lotto Sky Sunweb Lotto

**38** matching products found for KTM

Sort by: Bestselling | Price | Best Match | Price: $ - $ Go | Page 1/2

KTM team Cycling Short Sleeves jersey bib shorts sets summer...
Ships out within 4 business days
Item Sold (1)
US $23.38 - 32.78 / Piece
~~US $30.76 - 43.12~~
Free Shipping
Add to Cart

Spring autumn men long sleeve bib pants quick dry sports jer...
Ships out within 4 business days
Item Sold (2) ★★★★★ (1)
US $28.57 - 40.06 / Piece
~~US $37.59 - 52.70~~
Free Shipping
Add to Cart

2019 KTM team Cycling Sleeveless jersey Vest bib short sets ...
Ships out within 4 business days
US $23.38 - 32.78 / Piece
~~US $30.76 - 43.12~~
Free Shipping
Add to Cart

KTM team custom made Cycling Short Sleeves jersey shorts set...
Ships out within 4 business days
US $23.38 - 32.78 / Piece
~~US $30.76 - 43.12~~
Free Shipping
Add to Cart

KTM team Cycling Short Sleeves jersey bib shorts sets summer...
Ships out within 4 business days
US $23.38 - 32.78 / Piece
~~US $30.76 - 43.12~~
Free Shipping
Add to Cart

Men Cycling Short Sleeve bib Shorts Breathable Sports Jersey...
Ships out within 4 business days
US $23.38 - 32.78 / Piece
~~US $30.76 - 43.12~~
Free Shipping
Add to Cart

KTM team custom made Men' s Comfort Short Sleeve Bib Sho...
Ships out within 4 business days
US $23.38 - 32.78 / Piece
~~US $30.76 - 43.12~~
Free Shipping
Add to Cart

EF Education First KTM KUOTA LIV Cycling Sleeveless jersey V...
Ships out within 4 business days
US $23.38 - 32.78 / Piece
~~US $30.76 - 43.12~~
Free Shipping
Add to Cart

KTM Cycling Sleeveless jersey Vest bib shorts sets Men'...
Ships out within 4 business days
US $23.38 - 32.78 / Piece
~~US $30.76 - 43.12~~
Free Shipping
Add to Cart

24 % OFF

2019 KTM team Cycling long Sleeves jersey (bib) custom made ...
Ships out within 4 business days
US $28.57 - 40.06 / Piece
~~US $37.59 - 52.70~~
Free Shipping

Add to Cart



24% OFF

KTM team Cycling long Sleeves jersey (bib) pants sets Mounta...
Ships out within 4 business days

US $28.57 - 40.06 / Piece
US $37.59 - 52.70
Free Shipping

Add to Cart



24% OFF

NEW KTM team Cycling long Sleeves jersey (bib) pants sets Br...
Ships out within 4 business days

US $28.57 - 40.06 / Piece
US $37.59 - 52.70
Free Shipping

Add to Cart



24% OFF

KTM team Cycling long Sleeves jersey (bib) pants sets Breath...
Ships out within 4 business days

US $28.57 - 40.06 / Piece
US $37.59 - 52.70
Free Shipping

Add to Cart



24% OFF

KTM team custom made spring autumn men Cycling long Sleeves ...
Ships out within 4 business days

US $28.57 - 40.06 / Piece
US $37.59 - 52.70
Free Shipping

Add to Cart



24% OFF

KTM team spring autumn men long sleeve bib pants quick dry s...
Ships out within 4 business days

US $28.57 - 40.06 / Piece
US $37.59 - 52.70
Free Shipping

Add to Cart



24% OFF

KTM team Cycling Winter Thermal Fleece jersey bib pants sets...
Ships out within 4 business days

US $35.07 - 49.16 / Piece
US $46.14 - 64.68
Free Shipping

Add to Cart



24% OFF

KTM team men winter long sleeve bib pants quick dry outdoor ...
Ships out within 4 business days

US $35.07 - 49.16 / Piece
US $46.14 - 64.68
Free Shipping

Add to Cart



24% OFF

2019 NEW KTM Cycling long Sleeves jersey Comfortable bib Qui...
Ships out within 4 business days

US $35.07 - 49.16 / Piece
US $46.14 - 64.68
Free Shipping

Add to Cart



24% OFF

EF Education First KTM KUOTA LIV Cycling Sleeveless jersey V...
Ships out within 4 business days
Item Sold (1)

US $23.38 - 32.78 / Piece
US $30.76 - 43.12
Free Shipping

Add to Cart



24% OFF

KTM team custom made Cycling Short Sleeves jersey bib shorts...
Ships out within 4 business days

US $23.38 - 32.78 / Piece
US $30.76 - 43.12
Free Shipping

Add to Cart



24% OFF

Cycling clothing 2018 team KTM long sleeve cycle jersey kit ...
Ships out within 4 business days

US $28.57 - 40.06 / Piece
US $37.59 - 52.70
Free Shipping

Add to Cart



24% OFF

KTM KUOTA Cycling Winter Thermal Fleece jersey bib pants set...

US $35.07 - 49.16 / Piece



Ships out within 4 business days

Item Sold (1) ★★★★★ (1)

US $46.14 - 64.68

Free Shipping

Add to Cart



**Cycling clothing 2018 team KTM long sleeve cycle jersey kit ...**

Ships out within 4 business days

Item Sold (2)

**US $28.57 - 40.06** / Piece

US $37.59 - 52.70

Free Shipping

Add to Cart



**KTM team custom made Summer Men′s Comfort Short Sleeve ...**

Ships out within 4 business days

Item Sold (2)

**US $23.38 - 32.78** / Piece

US $30.76 - 43.12

Free Shipping

Add to Cart

‹ **1** 2 ›

Items per page: **24** 48

Bookmark & Share            

Help improve your experience on DHgate.com, Please tell us what you think about this page.

           

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service

Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License





DHgate.com Buy Globally · Sell Globally

Join Free | Sign in | My DHgate | Help | English | 1 Cart

**Ofoxxx** Add To Favorite Stores ( 30 )

**97.9%** Positive Feedback **534** Transactions

Online Chat Message Seller

Share

In this store | On DHgate

FDJ , AG2R , Astana

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Store Home > About us

## About Us

- Store Introduction
- Basic Information

### Store Introduction

Welcome to Our Store! We Are Offering High Quality Products with Reasonable Wholesale Price. All Products Are Supply from Factory Directly. Excellent Service and Fast Shipping

### Basic Information

Company Name:

Business Type:

Location: Henan, China (Mainland)

Year Established: Apr 2018

Main Product(s)/Service: UAE;UCI;Orica;Alpecin;Sunweb;Cofidis;Direct Energie;Bahrain;Wanty;Vital

### Contact Us

Online Chat | Message Seller

Bookmark & Share

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | About Us | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount Products | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2020 DHgate.com All rights reserved. License

**DHgate.com**
Buy Globally · Sell Globally

Buyer Protection

| Review Your Orders | Payment | Success |
| --- | --- | --- |

## Review Your Shipping Address

Ship To:                                                    Add New Address

██████ (United States)

📍 1001 Foster Ave, Bensenville, Illinois, United States, 60106

📞 ██████

Edit

## Review & Confirm Your Order

| Product Detail | Options | Quantity | Price | Subtotal | Shipping Method |
| --- | --- | --- | --- | --- | --- |
| Seller: ofoxxx | | | | | |
| KTM team custom made Sum... | Color: Q1 Size: XXS | 1 Piece | US $32.77 /Piece | US $32.77 | ePacket US $1.20 Delivery: Estimated between 8-30 (seller ships within 4 business days) |

**Add remark to seller**

Please add remark:(e.g. color, size...), Do not enter <>&

Use 3rd Party Coupon

Item Subtotal:        US $32.77
Shipping Cost:        US $1.20
Order Total:          US $33.97

## Choose Your Payment Method

○ Credit or Debit Card   VISA  DISCOVER  [JCB]  mastercard

● Other Payment Method

« Back to Cart

Item Subtotal(1 items):        US $32.77
Shipping Cost:        US $1.20
**Grand Total:**        **US $33.97**

**Dhgate Service Pledge**
100% guaranteed refunds
Secure payments with escrow protection
Easier,faster dipute resolution

**Confirm to Pay**

Copyright Notice ® 2004 - 2020 DHgate.com All rights reserved.

DH gate

Buyer Protection | Customer Service | United States / USD | English

ofoxxx
97.9% Positive Feedback

I'm shopping for... | On DHgate | In this Store

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Sports & Outdoors > Cycling > Cycling Jerseys > Cycling Jersey Sets > **Product detail**



Compare with similar Items

### KTM team Cycling Short Sleeves jersey bib shorts sets summer men short sleeve bib shorts 9D gel pad outdoor sports jersey sets S8244

| USD | **$32.77** ~~$43.12~~ 1 Piece+ | $31.13 ~~$40.96~~ 3 Pieces+ | $29.50 ~~$38.81~~ 5 Pieces+ | $25.65 ~~$33.75~~ 9 Pieces |
|---|---|---|---|---|

Sale Detail: **24% OFF**
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Size: Choose an Option

Color: 

Quantity: — 1 + Piece  7199 in Stock ( Stock in: CN )

Shipping: **$1.2** to United States Via ePacket
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification ?

**Buy it Now** | **Add to Cart** | ♡ Add to Favorite

Seller Guarantee: Return Policy    On-time Delivery in 30 Days

Secure Payment: MasterCard VISA American Express DISCOVER ...

## Customers Who Bought This Item Also Bought


2019 Pro Cartoon Team Cycling Jersey Short 9D set MTB Bike
US $16.33 - 34.11 / Piece


2019 New EF Education First Cycling Jersey Set Summer
US $13.63 - 30.95 / Piece


2019 Fashion High Quality TOP brand Eyewear Sunglasses
US $7.64 - 10.42 / Piece


Cycling Unisex Magic Head Face Protective Mask Neck Gaiter
US $0.73 - 0.86 / Piece
$20 OFF $2,000 +


Unisex Mouth Mask Wholesale Washable PM2.5 Mask Custom
US $0.27 - 0.75 / Piece
$2 OFF $30 +

Cyclin... Cotto...
US $0...

## More Choices







Buyer Protection | Customer Service ⌄ | ⦿ United States / USD ⌄ | ⊕ English ⌄



**DHgate**    ofoxxx ⌄
97.9% Positive Feedback

Store Home | Products | Time Limited Sale | TopSelling | Review | About Us

Home > All Categories > Sports & Outdoors > Cycling > Cycling Jerseys > Cycling Jersey Sets > **Product detail**




Compare with similar Items

### 2019 KTM team Cycling Sleeveless jersey Vest bib short sets New Hot Sale summer mountain bike sweatshirt comfort U52003

| USD ⌄ | **$32.77** ~~$43.12~~ 1 Piece+ | $28.50 ~~$37.50~~ 8 Pieces+ | $27.08 ~~$35.63~~ 10 Pieces+ | $25.65 ~~$33.75~~ 20 Pieces+ |
|---|---|---|---|---|

**Sale Detail:** 24% OFF
Buy it now, you will save extra $3 when you apply below promotions
🎁 New User Save $3

Size:    [ Choose an Option ⌄ ]

Color:        

Quantity:   [ − ] 1 [ + ]  Piece    59940 in Stock ( Stock 🇨🇳 CN )

Shipping:   **$1.2** to United States Via ePacket ⌄
Estimated delivery time: Oct. 22 and Nov. 13, ships out within 4 business days
Logistics Delay Notification ⍰

[ **Buy it Now** ]    [ Add to Cart ]    ♡ Add to Favorite ⌄

Seller Guarantee:  🛡 Return Policy    ⏱ On-time Delivery in 30 Days

Secure Payment:  [MasterCard] [VISA] [American Express] DISCOVER [JCB] [Maestro] [iD] [💳] [BANK TRANSFER] [✓]

---

## Customers Who Bought This Item Also Bought


2019 Pro Cartoon Team Cycling Jersey Short 9D set MTB Bike
US $16.33 - 34.13 / Piece


2019 New EF Education First Cycling Jersey Set Summer
US $13.63 - 30.95 / Piece


2019 Fashion High Quality TOP brand Eyewear Sunglasses
US $7.64 - 10.42 / Piece


Cycling Unisex Magic Head Face Protective Mask Neck Gaiter
US $0.73 - 0.86 / Piece
$20 OFF $2,000 +


Unisex Mouth Mask Wholesale Washable PM2.5 Mask Custom
US $0.27 - 0.75 / Piece
$2 OFF $30 +


Cyclin... Cotto...
US $0...

---

## More Choices






