**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KTM AG, ) | |
| ) | Case No.: 20-cv-6677 |
| Plaintiff, ) | |
| ) | Judge Martha M. Pacold |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED ) | |
| LIABILITY COMPANIES, PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS IDENTIFIED ON) | |
| SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65(b)(2), Plaintiff KTM AG seeks to extend the Temporary Restraining Order entered by the Court on November 12, 2020 [Dkt. 24] (the "TRO"), which is set to expire on November 26, 2020, for a period of fourteen (14) days to and including December 10, 2020.

Since entry of the TRO, Plaintiff has been working to ensure compliance with its terms by third parties. In particular, Plaintiff promptly subpoenaed information concerning the identities of Defendants from third party platforms PayPal/eBay, Amazon and DHgate which are in the process of complying. Plaintiff respectfully requests the Court to extend the TRO to provide additional time for the third-party platforms to comply with the terms thereof.

Plaintiff submits that good cause exists for extending the TRO to prevent Defendants from transferring assets from their U.S.-based financial accounts to offshore accounts, modifying the name of their internet store, or removing their internet store from its current platform, among

other things, as outlined in Plaintiff's Memorandum in Support of *Ex Parte* Motion for a Temporary Restraining Order [Dkt. 9]. This probability of harm is significant and continuing.

Wherefore, Plaintiff requests that the TRO be extended for a period of fourteen (14) days to and including December 10, 2020.

Respectfully submitted,

Dated: November 17, 2020

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
KTM AG

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 17, 2020.

                                                                                     s/Michael A. Hierl