**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: KTM AG v. The Individuals et al.  Case Number: 1:20-cv-06677

An appearance is hereby filed by the undersigned as attorney for:

Ruin Puji Co., Ltd. (d/b/a PUCKY)

Attorney name (type or print): Robert P. Greenspoon

Firm: Flachsbart & Greenspoon, LLC

Street address: 333 N. Michigan Ave, Suite 2700

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6229357          Telephone Number: (312) 551-9500
(See item 3 in instructions)

Email Address: rpg@fg-law.com

Are you acting as lead counsel in this case?                    ✔ Yes    ☐ No

Are you acting as local counsel in this case?                   ✔ Yes    ☐ No

Are you a member of the court's trial bar?                      ✔ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?  ✔ Yes    ☐ No

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/30/2020

Attorney signature: S/ Robert P. Greenspoon
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015