# Exhibit B

Hello from Amazon,

We are writing to inform you that we removed some of your listings and your disbursements from your seller account have been placed on hold. We took this action in accordance with a Temporary Restraining Order issued by a federal court. Items that infringe another party's copyright, patent, trademark, design right, database right, or other intellectual property or other proprietary right are prohibited. For more information on this policy, search on "Prohibited Content" in seller Help.

To resolve this dispute, we suggest that you contact the rights owner directly:

Contact info:
Legal Case 20-CV-6677
RO KTM AG
c/o William B. Kalbac
Hughes Socol Piers Resnick & Dym, Ltd.
70 W Madison St., Suite 400
Chicago, IL 60602
(312) 580-0100

If you resolve this matter with the rights owner, please advise them to contact our legal department directly to withdraw their complaint.

Please be advised that we are not in a position to provide any further information regarding this action, nor to address any messages directed to us in appeal. We may not respond to further emails about this issue.

Failure to comply with our policies may result in the removal of your Amazon.com selling privileges.

We appreciate your cooperation

Listings Removed: KTM Products

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com