# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: KTM AG v. The Individuals et al.   Case Number: 1:20-cv-06677

An appearance is hereby filed by the undersigned as attorney for:
Ruin Puji Co., Ltd. (d/b/a PUCKY)

Attorney name (type or print): Michael R. La Porte

Firm: Flachsbart & Greenspoon, LLC

Street address: 333 N. Michigan Ave, Suite 2700

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6237510
(See item 3 in instructions)

Telephone Number: (312) 551-9500

Email Address: mrl@fg-law.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/30/2020

Attorney signature:   S/ Michael R. La Porte
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015